Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN
CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Debtors' Thirty-Second Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), and hereby move this Court,

pursuant to sections 105 and 502 of title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as

follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.   This is a core

proceeding under 28 U.S.C. § 157(b).   Venue of these cases

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.   On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

<u>**OBJECTIONS TO CLAIMS**</u>

11.   By this Objection, the Debtors seek entry of an order, in substantially the form annexed as <u>Exhibit A</u>, pursuant to Bankruptcy Code sections 105(a), 501, and 502 and Bankruptcy Rule 3007, reclassifying and/or modifying the claims filed by shareholders of the Debtors' common stock as set forth on <u>Exhibit C</u> (the "Claims").

12.   The Debtors object to the Claims to the extent that such claims are asserted in dollar amounts on account

of ownership of the Debtors' common stock.  Holders of common stock of the Debtors are not owed money from the Debtors and do not have "claims" against the Debtors or their estates.  See 11 U.S.C. § 501(a) ("An equity security holder may file a proof of **_interest_**.") (emphasis added).  Rather, such parties may hold "interests" in the Debtors that will be treated in accordance with the Debtors' plan of liquidation that will be filed.  As such, the Claims should be reclassified in their entirety because they are not properly asserted "claims" against the Debtors or their estates.[2]

13.  For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

14.  At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or

---

[2] This Objection is without prejudice to such interest holders' rights as owners of common stock of the Debtors.

not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**RESERVATION OF RIGHTS**

15.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

**NOTICE AND PROCEDURE**

16.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to

7

constitute due and sufficient service of this Objection: (a)
service in accordance with Bankruptcy Rule 7004 and the
applicable provisions of Federal Rule of Civil Procedure 4;
(b) to the extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or any
attachment thereto; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the Claimant's
behalf in the Debtors' bankruptcy cases.  The Debtors are
serving the Claimant with this Objection and the exhibit on
which the Claimant's claim is listed.

17.   To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
September 15, 2009** as required by the Case Management Order
and under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any
such responding claimant at **11:00 a.m. on September 22, 2009**
and thereafter schedule the matter for a future hearing as
to the merits of such claim.[3]  However, to the extent any

---

[3]  In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

18.  This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

19.  Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

20.  No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an
Order sustaining this Objection and granting such other and
further relief as the Court deems appropriate.

Dated: Richmond, Virginia
       August 20, 2009

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                    - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

                    - and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x

         **ORDER SUSTAINING DEBTORS' THIRTY-SECOND**
        **OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION**
        **OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

     THIS MATTER having come before the Court on the

Debtors' Thirty-Second Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit C attached to the Objection be disallowed for those

reasons set forth in the Objection; and it appearing that

due and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that no response was timely filed

or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.   The Objection is GRANTED.

     2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reclassified to

interests for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
      _____, 2009

               _____
               HONORABLE KEVIN R. HUENNEKENS
               UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley____
                        Douglas M. Foley

\9780783.1

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Second Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BAC, GREGORY J | 6568 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| BRADLEY, BRIAN | 8144 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| BRADLEY, THOMAS C | 4899 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| CAGWIN, DANIEL | 5209 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| CAGWIN, DANIEL | 5216 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| CAROLYN B TURNER | 9515 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| ELOY FLORES SR | 4605 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| ENGEN, WILLIAM M | 5197 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| ENGEN, WILLIAM M | 5196 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| ENGEN, WILLIAM M | 5194 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| FALCONER, CARIN ELAINE | 4363 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| FRAZIER, ALDUS J | 3536 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| GAUDETTE, TERRY L | 7608 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| GROVE, JACQUELINE | 6823 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| JAMES H ALDINGER | 6272 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| JEAN CLAUDE GIASSON | 6415 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| JOHN AND NUHA NASER | 5732 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| JOSEPH DE GENNARO | 5770 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| JOZEF JAWORSKI JANINA JAWORSKA | 4489 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| LIL BERYL JONES | 4479 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MASCOLA, DENISE | 9443 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MASCOLA, DENISE | 9439 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MASCOLA, DENISE | 9437 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MCDONALD, LAURA | 8086 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MCNEESE, MICHAEL | 6180 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MCNEESE, MICHAEL | 6183 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MERCADO, STEVE | 8356 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MEREDITH, ROSAMOND D | 8260 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MM NISAR MD FACP PA | 7591 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| MOHAMMAD I UDDIN | 6307 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| NAY, KENT N | 8125 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| RAMSEY, DANIEL W | 7031 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| RONALD E MINEARD | 5372 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| SAW, JANICE H | 6520 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| SCHEFFLER, FREDERICK L | 2444 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| SELF, CARLA K | 5397 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| SESSOMS, JOHN D | 6148 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| STAN MEROVITZ | 6433 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| STEVE MERCADO | 8349 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Second Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| STEVEN F DRAXLER | 6955 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| STEVEN M BASS AND LORI A FORDHAM | 5961 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| STOOKSBURY, JEANIE M | 5907 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| STRAUSS, DAVID ROBERT | 4761 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| TELEGADAS, FRANCIS E | 5678 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| TELEGADAS, FRANCIS E | 5675 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| THROCKMORTON, CAROLYN J | 4399 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| TROXELL, LESLIE J | 8005 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| TROXELL, LESLIE J | 8004 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| UKMAN, CRAIG W | 4340 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| VINCENT E RHYNES | 4515 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| WARREN, ELIZABETH R | 4375 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| WARREN, ELIZABETH R | 4374 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |
| ZIMM, ALAN & HALINA | 13018 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) - MODIFIED |

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 6568<br>Date Filed: 01/27/2009<br>Docketed Total: $825.00<br>Filing Creditor Name and Address:<br>BAC, GREGORY J<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>BAC, GREGORY J | | Docketed Total: | **$825.00** | Modified Total: | **$825.00** |
| | **Case Number** | Secured | Priority | Unsecured | **Case Number** | Interest |
| | 08-35653 | | | $825.00 | 08-35653 | $825.00 |
| Claim: 8144<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BRADLEY, BRIAN<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>BRADLEY, BRIAN | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | Secured | Priority | Unsecured | **Case Number** | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4899<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>BRADLEY, THOMAS C | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | Secured | Priority | Unsecured | **Case Number** | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 5209<br>Date Filed: 01/26/2009<br>Docketed Total: $329,613.18<br>Filing Creditor Name and Address:<br>CAGWIN, DANIEL<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>CAGWIN, DANIEL | | Docketed Total: | **$329,613.18** | Modified Total: | **$329,613.18** |
| | **Case Number** | Secured | Priority | Unsecured | **Case Number** | Interest |
| | 08-35653 | | | $329,613.18 | 08-35653 | $329,613.18 |
| Claim: 5216<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CAGWIN, DANIEL<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>CAGWIN, DANIEL | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | Secured | Priority | Unsecured | **Case Number** | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4587    Filed 08/20/09    Entered 08/20/09 17:43:28    Desc Main
Case No. 08-35653 (KRH)                          Document        Page 17 of 26

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 9515<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CAROLYN B TURNER<br>ADDRESS ON FILE | Claim Holder Name<br>CAROLYN B TURNER | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 4605<br>Date Filed: 01/20/2009<br>Docketed Total: $94,260.00<br>Filing Creditor Name and Address:<br>ELOY FLORES SR<br>ADDRESS ON FILE | Claim Holder Name<br>ELOY FLORES SR | | Docketed Total: | **$94,260.00** | Modified Total: | **$94,260.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$94,260.00 | Case Number<br>08-35653 | Interest<br>$94,260.00 |
| Claim: 5194<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name<br>ENGEN, WILLIAM M | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5196<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name<br>ENGEN, WILLIAM M | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5197<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name<br>ENGEN, WILLIAM M | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |

\*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| **Claim: 4363**<br>Date Filed: 01/22/2009<br>Docketed Total: $63,000.00<br>Filing Creditor Name and Address:<br>FALCONER, CARIN ELAINE<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>FALCONER, CARIN ELAINE | | Docketed Total: | **$63,000.00** | Modified Total: | **$63,000.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $63,000.00 | 08-35653 | $63,000.00 |
| **Claim: 3536**<br>Date Filed: 01/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FRAZIER, ALDUS J<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>FRAZIER, ALDUS J | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| **Claim: 7608**<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>GAUDETTE, TERRY L<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>GAUDETTE, TERRY L | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | UNL | | 08-35653 | $0.00 |
| **Claim: 6823**<br>Date Filed: 01/28/2009<br>Docketed Total: $37,800.00<br>Filing Creditor Name and Address:<br>GROVE, JACQUELINE<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>GROVE, JACQUELINE | | Docketed Total: | **$37,800.00** | Modified Total: | **$37,800.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | $37,800.00 | | 08-35653 | $37,800.00 |
| **Claim: 6272**<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JAMES H ALDINGER<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>JAMES H ALDINGER | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |

*       "UNL" denotes an unliquidated claim.

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 6415<br>Date Filed:  01/27/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JEAN CLAUDE GIASSON<br>  ADDRESS ON FILE | Claim Holder Name<br><br>  JEAN CLAUDE GIASSON | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5732<br>Date Filed:  01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JOHN AND NUHA NASER<br>  ADDRESS ON FILE | Claim Holder Name<br><br>  JOHN AND NUHA NASER | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5770<br>Date Filed:  01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JOSEPH DE GENNARO<br>  ADDRESS ON FILE | Claim Holder Name<br><br>  JOSEPH DE GENNARO | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 4489<br>Date Filed:  01/21/2009<br>Docketed Total:     $5,920.00<br>Filing Creditor Name and Address:<br>  JOZEF JAWORSKI JANINA<br>  JAWORSKA<br>  ADDRESS ON FILE | Claim Holder Name<br><br>  JOZEF JAWORSKI JANINA<br>  JAWORSKA | | Docketed Total: | **$5,920.00** | Modified Total: | **$5,920.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$5,920.00 | Case Number<br>08-35653 | Interest<br>$5,920.00 |
| Claim: 4479<br>Date Filed:  01/21/2009<br>Docketed Total:     $422.74<br>Filing Creditor Name and Address:<br>  LIL BERYL JONES<br>  ADDRESS ON FILE | Claim Holder Name<br><br>  LIL BERYL JONES | | Docketed Total: | **$422.74** | Modified Total: | **$422.74** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$422.74 | Case Number<br>08-35653 | Interest<br>$422.74 |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 9437￼Date Filed: 01/30/2009￼Docketed Total: $0.00￼Filing Creditor Name and Address:￼ MASCOLA, DENISE￼ ADDRESS ON FILE | Claim Holder Name￼ MASCOLA, DENISE | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**￼08-35653 | **Secured** | **Priority** | **Unsecured**￼UNL | **Case Number**￼08-35653 | **Interest**￼$0.00 |
| Claim: 9439￼Date Filed: 01/30/2009￼Docketed Total: $0.00￼Filing Creditor Name and Address:￼ MASCOLA, DENISE￼ ADDRESS ON FILE | Claim Holder Name￼ MASCOLA, DENISE | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**￼08-35653 | **Secured** | **Priority** | **Unsecured**￼UNL | **Case Number**￼08-35653 | **Interest**￼$0.00 |
| Claim: 9443￼Date Filed: 01/30/2009￼Docketed Total: $0.00￼Filing Creditor Name and Address:￼ MASCOLA, DENISE￼ ADDRESS ON FILE | Claim Holder Name￼ MASCOLA, DENISE | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**￼08-35653 | **Secured** | **Priority** | **Unsecured**￼UNL | **Case Number**￼08-35653 | **Interest**￼$0.00 |
| Claim: 8086￼Date Filed: 01/29/2009￼Docketed Total: $0.00￼Filing Creditor Name and Address:￼ MCDONALD, LAURA￼ ADDRESS ON FILE | Claim Holder Name￼ MCDONALD, LAURA | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**￼08-35653 | **Secured** | **Priority** | **Unsecured**￼UNL | **Case Number**￼08-35653 | **Interest**￼$0.00 |
| Claim: 6180￼Date Filed: 01/27/2009￼Docketed Total: $11,295.00￼Filing Creditor Name and Address:￼ MCNEESE, MICHAEL￼ ADDRESS ON FILE | Claim Holder Name￼ MCNEESE, MICHAEL | | Docketed Total: | **$11,295.00** | Modified Total: | **$11,295.00** |
| | **Case Number**￼08-35654 | **Secured** | **Priority**￼$11,295.00 | **Unsecured** | **Case Number**￼08-35654 | **Interest**￼$11,295.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4587    Filed 08/20/09    Entered 08/20/09 17:43:28    Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 21 of 26

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|---|
| Claim: 6183<br>Date Filed: 01/27/2009<br>Docketed Total: $3,765.00<br>Filing Creditor Name and Address:<br>MCNEESE, MICHAEL<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>MCNEESE, MICHAEL<br><br><br>Case Number<br>08-35654 | Secured | Priority<br>$3,765.00 | Unsecured | Docketed Total: $3,765.00<br><br>Modified Total: $3,765.00<br><br>Case Number<br>08-35654 | Interest<br>$3,765.00 | |
| Claim: 8356<br>Date Filed: 01/22/2009<br>Docketed Total: $8,606.25<br>Filing Creditor Name and Address:<br>MERCADO, STEVE<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>MERCADO, STEVE<br><br><br>Case Number<br>08-35653 | Secured | Priority<br>$8,606.25 | Unsecured | Docketed Total: $8,606.25<br><br>Modified Total: $8,606.25<br><br>Case Number<br>08-35653 | Interest<br>$8,606.25 | |
| Claim: 8260<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MEREDITH, ROSAMOND D<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>MEREDITH, ROSAMOND D<br><br><br>Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Docketed Total: UNL<br><br>Modified Total: $0.00<br><br>Case Number<br>08-35653 | Interest<br>$0.00 | |
| Claim: 7591<br>Date Filed: 01/28/2009<br>Docketed Total: $8,567.94<br>Filing Creditor Name and Address:<br>MM NISAR MD FACP PA<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>MM NISAR MD FACP PA<br><br><br>Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$8,567.94 | Docketed Total: $8,567.94<br><br>Modified Total: $8,567.94<br><br>Case Number<br>08-35653 | Interest<br>$8,567.94 | |
| Claim: 6307<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MOHAMMAD I UDDIN<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>MOHAMMAD I UDDIN<br><br><br>Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Docketed Total: UNL<br><br>Modified Total: $0.00<br><br>Case Number<br>08-35653 | Interest<br>$0.00 | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 8125<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>NAY, KENT N<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>NAY, KENT N | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 7031<br>Date Filed:  01/28/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>RAMSEY, DANIEL W | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5372<br>Date Filed:  01/26/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>RONALD E MINEARD<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>RONALD E MINEARD | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 6520<br>Date Filed:  01/23/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>SAW, JANICE H<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>SAW, JANICE H | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 2444<br>Date Filed:  01/05/2009<br>Docketed Total:  $7,229.25<br>Filing Creditor Name and Address:<br>SCHEFFLER, FREDERICK L<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>SCHEFFLER, FREDERICK L | | Docketed Total: | **$7,229.25** | Modified Total: | **$7,229.25** |
| | Case Number<br>08-35653 | Secured<br>$7,229.25 | Priority | Unsecured | Case Number<br>08-35653 | Interest<br>$7,229.25 |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 5397<br>Date Filed:   01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>    SELF, CARLA K<br>    ADDRESS ON FILE | Claim Holder Name<br>    SELF, CARLA K | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 6148<br>Date Filed:   01/26/2009<br>Docketed Total:     $445.50<br>Filing Creditor Name and Address:<br>    SESSOMS, JOHN D<br>    ADDRESS ON FILE | Claim Holder Name<br>    SESSOMS, JOHN D | | Docketed Total: | **$445.50** | | Modified Total: | **$445.50** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | $445.50 | | 08-35653 | $445.50 |
| Claim: 6433<br>Date Filed:   01/27/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>    STAN MEROVITZ<br>    ADDRESS ON FILE | Claim Holder Name<br>    STAN MEROVITZ | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 8349<br>Date Filed:   01/22/2009<br>Docketed Total:     $15,118.41<br>Filing Creditor Name and Address:<br>    STEVE MERCADO<br>    ADDRESS ON FILE | Claim Holder Name<br>    STEVE MERCADO | | Docketed Total: | **$15,118.41** | | Modified Total: | **$15,118.41** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $15,118.41 | 08-35653 | $15,118.41 |
| Claim: 6955<br>Date Filed:   01/28/2009<br>Docketed Total:     $5,440.00<br>Filing Creditor Name and Address:<br>    STEVEN F DRAXLER<br>    ADDRESS ON FILE | Claim Holder Name<br>    STEVEN F DRAXLER | | Docketed Total: | **$5,440.00** | | Modified Total: | **$5,440.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | $5,440.00 | | 08-35653 | $5,440.00 |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 5961<br>Date Filed:  01/27/2009<br>Docketed Total:    $30.00<br>Filing Creditor Name and Address:<br>  STEVEN M BASS AND LORI A<br>  FORDHAM<br>    ADDRESS ON FILE | Claim Holder Name<br>  STEVEN M BASS AND LORI A<br>  FORDHAM | | Docketed Total: | | **$30.00** | Modified Total: | **$30.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | | **Case Number** | **Interest** |
| | 08-35653 | | | $30.00 | | 08-35653 | $30.00 |
| Claim: 5907<br>Date Filed:  01/26/2009<br>Docketed Total:    $4,231.04<br>Filing Creditor Name and Address:<br>  STOOKSBURY, JEANIE M<br><br>    ADDRESS ON FILE | Claim Holder Name<br>  STOOKSBURY, JEANIE M | | Docketed Total: | | **$4,231.04** | Modified Total: | **$4,231.04** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | | **Case Number** | **Interest** |
| | 08-35653 | $4,231.04 | | | | 08-35653 | $4,231.04 |
| Claim: 4761<br>Date Filed:  01/15/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  STRAUSS, DAVID ROBERT<br><br>    ADDRESS ON FILE | Claim Holder Name<br>  STRAUSS, DAVID ROBERT | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | | 08-35653 | $0.00 |
| Claim: 5675<br>Date Filed:  01/26/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  TELEGADAS, FRANCIS E<br><br>  ADDRESS ON FILE | Claim Holder Name<br>  TELEGADAS, FRANCIS E | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | | 08-35653 | $0.00 |
| Claim: 5678<br>Date Filed:  01/26/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  TELEGADAS, FRANCIS E<br><br>  ADDRESS ON FILE | Claim Holder Name<br>  TELEGADAS, FRANCIS E | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | | 08-35653 | $0.00 |

*      "UNL" denotes an unliquidated claim.

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4399<br>Date Filed: 01/22/2009<br>Docketed Total: $2,434.00<br>Filing Creditor Name and Address:<br>THROCKMORTON, CAROLYN J<br>ADDRESS ON FILE | Claim Holder Name<br>THROCKMORTON, CAROLYN J | | Docketed Total: | **$2,434.00** | | Modified Total: **$2,434.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | $2,434.00 | 08-35653 | $2,434.00 |
| Claim: 8004<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TROXELL, LESLIE J<br>ADDRESS ON FILE | Claim Holder Name<br>TROXELL, LESLIE J | | Docketed Total: | **UNL** | | Modified Total: **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 8005<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TROXELL, LESLIE J<br>ADDRESS ON FILE | Claim Holder Name<br>TROXELL, LESLIE J | | Docketed Total: | **UNL** | | Modified Total: **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4340<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>UKMAN, CRAIG W<br>ADDRESS ON FILE | Claim Holder Name<br>UKMAN, CRAIG W | | Docketed Total: | **UNL** | | Modified Total: **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4515<br>Date Filed: 01/20/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>VINCENT E RHYNES<br>ADDRESS ON FILE | Claim Holder Name<br>VINCENT E RHYNES | | Docketed Total: | **UNL** | | Modified Total: **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4587    Filed 08/20/09    Entered 08/20/09 17:43:28    Desc Main

Case No. 08-35653 (KRH)                              Document    Page 26 of 26

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4374<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WARREN, ELIZABETH R<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>WARREN, ELIZABETH R | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4375<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WARREN, ELIZABETH R<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>WARREN, ELIZABETH R | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 13018<br>Date Filed: 05/15/2009<br>Docketed Total: $49,198.51<br>Filing Creditor Name and Address:<br>ZIMM, ALAN & HALINA<br><br>ADDRESS ON FILE | Claim Holder Name<br><br>ZIMM, ALAN & HALINA | Docketed Total: | | **$49,198.51** | Modified Total: | **$49,198.51** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | $49,198.51 | | | 08-35653 | $49,198.51 |
| | | | | | **Total Claims To Be Modified: 53**<br><br>**Total Amount As Docketed:** $648,201.82<br><br>**Total Amount As Modified:** $648,201.82 | |

\*     "UNL" denotes an unliquidated claim.