Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP            One James Center
One Rodney Square       901 E. Cary Street
PO Box 636            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:          :  Chapter 11
             :
CIRCUIT CITY STORES, INC., :  Case No. 08-35653 (KRH)
et al.,         :
             :
       Debtors.  :  Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Debtors' Thirty-Third Omnibus Objection to Claims

(Modification and/or Reclassification of Certain Claims)

(the "Objection"), and hereby move this Court, pursuant to

sections 105 and 502 of title 11 of the United States Code,

11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy

Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy

Rule 3007-1, for an order, the proposed form of which is

attached hereto as Exhibit A, granting the relief sought by

this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Objection in this district is proper under 28

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.   On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.  By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, modifying and/or reclassifying the claims asserted against the Debtors as set forth on Exhibit C (the "Claims").  After reviewing the Claims and the bases upon which they are asserted and reviewing the Debtors' books and records, the Debtors conclude that the Claims are asserted with an incorrect classification, asserted in the incorrect amount, or both, and should be reclassified and/or

modified accordingly.

12.   For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

13.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

<b><u>RESERVATION OF RIGHTS</u></b>

14.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

15.   Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C, and to parties-in-interest in
accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Bankruptcy Rule 7004 and the
applicable provisions of Federal Rule of Civil Procedure 4;
(b) to the extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or any
attachment thereto; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the Claimant's
behalf in the Debtors' bankruptcy cases.   The Debtors are
serving the Claimant with this Objection and the exhibit on
which the Claimant's claim is listed.

16.   To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on September 15, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **11:00 a.m. on September 22, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

17.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

---

[2]   In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

18.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## **NO PRIOR RELIEF**

19.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
       August 21, 2009           FLOM, LLP
                                 Gregg M. Galardi, Esq.
                                 Ian S. Fredericks, Esq.
                                 P.O. Box 636
                                 Wilmington, Delaware 19899-0636
                                 (302) 651-3000

                                          - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                                 Chris L. Dickerson, Esq.
                                 155 North Wacker Drive
                                 Chicago, Illinois 60606-7120
                                 (312) 407-0700

                                          - and -

                                 MCGUIREWOODS LLP

                                 _/s/ Douglas M. Foley_____
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession

## <u>EXHIBIT A</u>

```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - x
In re:                     :   Chapter 11
                           :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                    :
                           :
            Debtors.       :   Jointly Administered
- - - - - - - - - - - - - x
```

### ORDER SUSTAINING DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Thirty-Third Omnibus Objection to Claims

(Modification and/or Reclassification of Certain Claims)

(the "Objection"), which requested, among other things, that

the claims specifically identified on Exhibit C attached to

the Objection be disallowed for those reasons set forth in

the Objection; and it appearing that due and proper notice

and service of the Objection as set forth therein was good

and sufficient and that no other further notice or service

of the Objection need be given; and it further appearing

that no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reclassified as

set forth on Exhibit A for all purposes in these bankruptcy

cases.

Dated: Richmond, Virginia
_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9780859.1

3

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

Exhibit B - Claimants and Related Claims Subject To Thirty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 13630 VICTORY BOULEVARD LLC | 12378 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| ACCO BRANDS CORPORATION | 7982 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| AKITOMO, ANDREA | 5320 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| ALBA, ANNA M | 3758 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| ALSOUFI, GHINA | 9695 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| AMORE CONSTRUCTION COMPANY | 7295 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| ANDREW KONYA | 8346 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR | 12152 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BARR, RUTH | 9405 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BELL O INTERNATIONAL CORP | 7435 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BODLE, KENNETH | 2842 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BOND CIRCUIT V DELAWARE BUSINESS TRUST | 8747 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BOND CIRCUIT VII DELAWARE BUSINESS TRUST | 8676 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| BOSTON ACOUSTICS INC | 9230 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CAREY OAKLEY & CO INC | 5330 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CARMES, BILLY JOE | 3414 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CAROLYN E SARVER | 5550 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| COLORADO STRUCTURES INC DBA CSI CONSTRUCTION CO | 12341 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| COMMERCIAL CONSTRUCTION & RENOVATIONS | 2159 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CORPORATE FACILITIES GROUP INC | 908 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CWAC CUSTOM WOODWORKING AND CABINETRY LLC | 5766 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE | 13950 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CYNDI CYNTHIA ANN HAINES | 9293 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| CZOP, JAMI LYNN | 5852 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| D&W MASONRY INC | 3307 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| DOMZ, SANDI | 3293 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| DONALD, DACUS | 3248 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| DREXEL, LARRY | 6756 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| DWYER, CLINT | 8148 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| EMERSON, ANTHEA | 3907 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| FAYETTEVILLE, CITY OF | 3188 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| FOREST CITY COMMERCIAL MANAGEMENT | 11219 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| FORREST, GREGORY K | 3840 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| FREDDIE, WILSON | 3559 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| FREY, CHARLOTTE R | 3644 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GAUVIN, ANNEMARI | 5398 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| GREETAN, JACOB | 3576 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| HAYDEN, ROBERT | 3064 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| JAMES D WESTBROOK AND KATHRYN E WESTBROOK | 4486 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| JIM GATTERLARO | 7072 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| KIM, SUE | 3153 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LARACUENTI, APRIL | 3217 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LARSON, LYNNAE | 2611 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LEXMARK INTERNATIONAL INC | 7391 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LG ELECTRONICS USA INC | 14211 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LIGHTFOOT, LARRY | 6742 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| LIONETTI, PAUL | 3040 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MARYL PACIFIC CONSTRUCTION INC | 4336 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MATHENY, ED | 7848 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MATTSON, CLARK | 6570 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MAYA COPY REPAIR CENTER | 5564 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MAYNARD R AUGUSTINE | 13839 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| MITAC DIGITAL CORP | 6228 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| ONORATO, MICHAELJ | 6010 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| PR MECHANICAL | 4667 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| PREFERRED INSULATION CONTRACTORS INC | 3809 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| PRYOR, STEPHEN | 3495 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| PUNCH INTEGRATED COMMUNICATIONS INC | 8577 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| QUALITY CONCRETE OF ATLANTA INC | 2941 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| RIVERSIDE COUNTY TREASURER TAX COLLECTOR | 9508 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| RUSSELLVILLE STEEL COMPANY INC | 3806 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SCC SAN ANGELO PARTNERS LTD A TEXAS LIMITED PARTNERSHIP | 7735 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SCHIMENTI CONSTRUCTION COMPANY LLC | 8448 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SEA PROPERTIES I L L C | 2123 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SENSORMATIC ELECTRONICS CORPORATION | 6317 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SHARPE PARTNERS LLC | 6257 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SIMMS, DEREK | 9791 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SLICER & ASSOCIATES LLC | 3915 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SMITH, LOUIS | 3950 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| STANFORD, DEAN RUPERT | 10193 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| STEPHEN GOULD CORPORATION | 9074 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| SUN CONSTRUCTION GROUP INC | 9189 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| THE PARKES COMPANIES INC | 5710 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| THE STEWART PERRY COMPANY INC | 7731 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| THE STEWART PERRY COMPANY INC | 7802 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| TYSON, JULIE | 5286 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| UNIVERSAL REMOTE CONTROL INC RECLAMATION CREDITOR | 7671 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| US SIGNS INC | 7418 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| VAIR, STEVEN T | 5526 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| VIOLA, BOUYER | 3835 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| WALLS, FELICIA | 5668 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| WEC 96D LAGUNA INVESTMENT TRUST | 8718 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| WEC 96D VESTAL INVESTMENT TRUST | 9780 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| WELL FARGO TRADE CAPITAL FDBA WELLS FARGO CENTURY INC | 1428 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |
| WOODBRIDGE GLASS COMPANY INCORPORATED | 3922 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS) - MODIFIED |

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Case No. 08-35653 (KRH)    Document    Page 17 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12378**
Date Filed: 04/22/2009
Docketed Total: $783,783.48
Filing Creditor Name and Address:
13630 VICTORY BOULEVARD LLC
BRONWEN PRICE
2600 MISSION ST STE 206
SAN MARINO, CA 91108

Claim Holder Name and Address — Case Number: 08-35653
13630 VICTORY BOULEVARD LLC
BRONWEN PRICE
2600 MISSION ST STE 206
SAN MARINO, CA 91108
Docketed Total: $783,783.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $30,490.68 | | $753,292.80 |

Case Number: 08-35653
Modified Total: $783,783.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $783,783.48 |

---

**Claim: 7982**
Date Filed: 01/29/2009
Docketed Total: $2,231,950.96
Filing Creditor Name and Address:
ACCO BRANDS CORPORATION
WILDMAN HARROLD ALLEN &
DIXON LLP
225 W WACKER DR
CHICAGO, IL 60606

Claim Holder Name and Address — Case Number: 08-35653
ACCO BRANDS CORPORATION
WILDMAN HARROLD ALLEN &
DIXON LLP
225 W WACKER DR
CHICAGO, IL 60606
Docketed Total: $2,231,950.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | UNL | $2,231,950.96 | | UNL |

Case Number: 08-35653
Modified Total: $2,231,950.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $0.00 | | | $2,231,950.96 |

---

**Claim: 5320**
Date Filed: 01/26/2009
Docketed Total: $44.99
Filing Creditor Name and Address:
AKITOMO, ANDREA
330 W DORAN ST
GLENDALE, CA 91203-1794

Claim Holder Name and Address — Case Number: 08-35654
AKITOMO, ANDREA
330 W DORAN ST
GLENDALE, CA 91203-1794
Docketed Total: $44.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $44.99 | |

Case Number: 08-35654
Modified Total: $44.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $44.99 |

---

**Claim: 3758**
Date Filed: 01/15/2009
Docketed Total: $100.00
Filing Creditor Name and Address:
ALBA, ANNA M
6613 VANDIKE ST
PHILADELPHIA, PA 19135-2811

Claim Holder Name and Address — Case Number: 08-35653
ALBA, ANNA M
6613 VANDIKE ST
PHILADELPHIA, PA 19135-2811
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $100.00 | |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $100.00 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9695**
Date Filed:  01/30/2009
Docketed Total:    $118.00
Filing Creditor Name and Address:
ALSOUFI, GHINA
8294 GROGANS FERRY RD
ATLANTA, GA 30350

Claim Holder Name and Address

ALSOUFI, GHINA
8294 GROGANS FERRY RD
ATLANTA, GA 30350

Case Number:    08-35653
Docketed Total:    **$118.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $118.00 | | |

Case Number:    08-35653
Modified Total:    **$118.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $118.00 |

---

**Claim: 7295**
Date Filed:  01/26/2009
Docketed Total:    $894,082.30
Filing Creditor Name and Address:
AMORE CONSTRUCTION
COMPANY
8409 LAUREL FAIR CIR STE 103
TAMPA, FL 33610

Claim Holder Name and Address

AMORE CONSTRUCTION COMPANY
8409 LAUREL FAIR CIR STE 103
TAMPA, FL 33610

Case Number:    08-35653
Docketed Total:    **$894,082.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $886,062.30 | | $8,020.00 |

Case Number:    08-35653
Modified Total:    **$894,082.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $894,082.30 |

---

**Claim: 8346**
Date Filed:  01/23/2009
Docketed Total:    $201.40
Filing Creditor Name and Address:
ANDREW KONYA
2311 N FRONT ST
APT 1208
HARRISBURG, PA 17110

Claim Holder Name and Address

KONYA, ANDREW
2311 N FRONT ST
APT 1208
HARRISBURG, PA 17110

Case Number:    08-35653
Docketed Total:    **$201.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $201.40 | |

Case Number:    08-35653
Modified Total:    **$201.40**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $201.40 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12152**
Date Filed: 03/23/2009
Docketed Total:   $50,000.00
Filing Creditor Name and Address:
BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
C O CAPMARK FINANCE INC
JOSEPH ORSATTI
116 WELSH RD
HORSHAM, PA 19044

Claim Holder Name and Address — Case Number: 08-35653
BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
C O CAPMARK FINANCE INC
JOSEPH ORSATTI
116 WELSH RD
HORSHAM, PA 19044
Docketed Total: $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $50,000.00 | | |

Case Number: 08-35653
Modified Total: $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $50,000.00 |

---

**Claim: 9405**
Date Filed: 01/30/2009
Docketed Total:   $190.01
Filing Creditor Name and Address:
BARR, RUTH
4147 OVERCREST DR
WHITTIER, CA 90601-4703

Claim Holder Name and Address — Case Number: 08-35653
BARR, RUTH
4147 OVERCREST DR
WHITTIER, CA 90601-4703
Docketed Total: $190.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $190.01 |

Case Number: 08-35653
Modified Total: $190.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $190.01 |

---

**Claim: 7435**
Date Filed: 01/28/2009
Docketed Total:   $421,981.05
Filing Creditor Name and Address:
BELL O INTERNATIONAL CORP
FINN DIXON & HERLING LLP
177 BROAD ST
STAMFORD, CT 06901

Claim Holder Name and Address — Case Number: 08-35653
BELL O INTERNATIONAL CORP
FINN DIXON & HERLING LLP
177 BROAD ST
STAMFORD, CT 06901
Docketed Total: $421,981.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $188,720.83 | | $233,260.22 |

Case Number: 08-35653
Modified Total: $421,981.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $101,641.42 | | $320,339.63 |

---

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main

Case No. 08-35653 (KRH)

Document    Page 20 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2842**
Date Filed: 01/07/2009
Docketed Total: $39.99
Filing Creditor Name and Address:
  BODLE, KENNETH
  8822 SVL BOX
  VICTORVILLE, CA 92395-5180

| | Claim Holder Name and Address | | Case Number: | | | 08-35654 | | Case Number: | | | | 08-35654 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BODLE, KENNETH 8822 SVL BOX VICTORVILLE, CA 92395-5180 | | Docketed Total: | | | **$39.99** | | Modified Total: | | | | **$39.99** |
| | 503(b)(9) | Reclamation | Admin | Secured $39.99 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $39.99 |

**Claim: 8747**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
  BOND CIRCUIT V DELAWARE
  BUSINESS TRUST
  THE BERKSHIRE GROUP
  1 BEACON ST STE 1500
  BOSTON, MA 02108

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOND CIRCUIT V DELAWARE BUSINESS TRUST THE BERKSHIRE GROUP 1 BEACON ST STE 1500 BOSTON, MA 02108 | | Docketed Total: | | | **UNL** | | Modified Total: | | | | **$0.00** |
| | 503(b)(9) | Reclamation | Admin | Secured $0.00 | Priority | Unsecured UNL | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $0.00 |

**Claim: 8676**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
  BOND CIRCUIT VII DELAWARE
  BUSINESS TRUST
  THE BERKSHIRE GROUP
  1 BEACON ST STE 1500
  BOSTON, MA 02108

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOND CIRCUIT VII DELAWARE BUSINESS TRUST THE BERKSHIRE GROUP 1 BEACON ST STE 1500 BOSTON, MA 02108 | | Docketed Total: | | | **UNL** | | Modified Total: | | | | **$0.00** |
| | 503(b)(9) | Reclamation | Admin | Secured $0.00 | Priority | Unsecured UNL | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $0.00 |

**Claim: 9230**
Date Filed: 01/30/2009
Docketed Total: $503,373.29
Filing Creditor Name and Address:
  BOSTON ACOUSTICS INC
  100 CORPORATE DR
  MAHWAH, NJ 07430

| | Claim Holder Name and Address | | Case Number: | | | 08-35653 | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOSTON ACOUSTICS INC 100 CORPORATE DR MAHWAH, NJ 07430 | | Docketed Total: | | | **$503,373.29** | | Modified Total: | | | | **$503,373.29** |
| | 503(b)(9) | Reclamation | Admin $187,454.84 | Secured | Priority | Unsecured $315,918.45 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured $503,373.29 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 4590  Filed 08/21/09  Entered 08/21/09 09:39:25  Desc Main

Case No. 08-35653 (KRH)  Document  Page 21 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5330**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 5330 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Date Filed: 01/26/2009 | | | | |
| Docketed Total: $6,510.00 | CAREY OAKLEY & CO INC | Docketed Total: $6,510.00 | | Modified Total: $6,510.00 |
| Filing Creditor Name and Address: | 5039 HUROP RD | | | |
| CAREY OAKLEY & CO INC | SANDSTON, VA 23150 | | | |
| 5039 HUROP RD | | | | |
| SANDSTON, VA 23150 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim 5330 | | | | $6,510.00 | | UNL | | | | | | $6,510.00 |

**Claim: 3414**

| | | | | |
|---|---|---|---|---|
| Claim: 3414 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Date Filed: 01/12/2009 | | | | |
| Docketed Total: $2,254.00 | CARMES, BILLY JOE | Docketed Total: $2,254.00 | | Modified Total: $2,254.00 |
| Filing Creditor Name and Address: | 19181 HWY 59 | | | |
| CARMES, BILLY JOE | CARMESVILLE, GA 30521 | | | |
| 19181 HWY 59 | | | | |
| CARMESVILLE, GA 30521 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim 3414 | | | | $2,254.00 | | | | | | | | $2,254.00 |

**Claim: 5550**

| | | | | |
|---|---|---|---|---|
| Claim: 5550 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Date Filed: 01/26/2009 | | | | |
| Docketed Total: $0.00 | CAROLYN E SARVER | Docketed Total: UNL | | Modified Total: $0.00 |
| Filing Creditor Name and Address: | 7446 BURNETT FIELD DR | | | |
| CAROLYN E SARVER | MECHANICSVILLE, VA 23111-4928 | | | |
| 7446 BURNETT FIELD DR | | | | |
| MECHANICSVILLE, VA 23111-4928 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim 5550 | | | | $0.00 | | | | | | | | $0.00 |

**Claim: 12341**

| | | | | |
|---|---|---|---|---|
| Claim: 12341 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
| Date Filed: 04/23/2009 | | | | |
| Docketed Total: $116,622.26 | COLORADO STRUCTURES INC DBA | Docketed Total: $116,622.26 | | Modified Total: $116,622.26 |
| Filing Creditor Name and Address: | CSI CONSTRUCTION CO | | | |
| COLORADO STRUCTURES INC | MCDONOUGH HOLLAND & ALLEN | | | |
| DBA CSI CONSTRUCTION CO | PC | | | |
| MCDONOUGH HOLLAND & | 555 CAPITOL MALL 9TH FL | | | |
| ALLEN PC | SACRAMENTO, CA 95814-4692 | | | |
| 555 CAPITOL MALL 9TH FL | | | | |
| SACRAMENTO, CA 95814-4692 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim 12341 | | | | $116,622.26 | | | | | | | | $116,622.26 |

\*  "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Case No. 08-35653 (KRH)
Document    Page 22 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2159**
Date Filed:    01/02/2009
Docketed Total:    $64,564.91
Filing Creditor Name and Address:
COMMERCIAL CONSTRUCTION &
RENOVATIONS
PO BOX 289
BYESVILLE, OH 43723

Claim Holder Name and Address    Case Number:    08-35653
COMMERCIAL CONSTRUCTION &
RENOVATIONS
PO BOX 289
BYESVILLE, OH 43723    Docketed Total:    $64,564.91

Case Number:    08-35653
Modified Total:    $64,564.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,040.00 | | $24,524.91 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $64,564.91 |

**Claim: 908**
Date Filed:    12/10/2008
Docketed Total:    $115,228.74
Filing Creditor Name and Address:
CORPORATE FACILITIES GROUP
INC
2000 RIVEREDGE PKWY STE 945
ATLANTA, GA 30328

Claim Holder Name and Address    Case Number:    08-35653
CORPORATE FACILITIES GROUP INC
2000 RIVEREDGE PKWY STE 945
ATLANTA, GA 30328    Docketed Total:    $115,228.74

Case Number:    08-35653
Modified Total:    $115,228.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,950.00 | $104,278.74 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $115,228.74 |

**Claim: 5766**
Date Filed:    01/26/2009
Docketed Total:    $5,723.00
Filing Creditor Name and Address:
CWAC CUSTOM WOODWORKING
AND CABINETRY LLC
2420 SMITH ST UNITE 1
KISSIMMEE, FL 34744

Claim Holder Name and Address    Case Number:    08-35653
CWAC CUSTOM WOODWORKING
AND CABINETRY LLC
2420 SMITH ST UNITE 1
KISSIMMEE, FL 34744    Docketed Total:    $5,723.00

Case Number:    08-35653
Modified Total:    $5,723.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,723.00 | | UNL |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,723.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Case No. 08-35653 (KRH)                Document        Page 23 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13950**
Date Filed: 06/30/2009
Docketed Total: $145,636.38
Filing Creditor Name and Address:
CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE
ATTN LAWRENCE A KATZ AND KRISTEN E BURGERS
8010 TOWERS CRESCENT DR STE 300
VIENNA, VA 22182-2707

Claim Holder Name and Address
Case Number: 08-35653
CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE
ATTN LAWRENCE A KATZ AND KRISTEN E BURGERS
8010 TOWERS CRESCENT DR STE 300
VIENNA, VA 22182-2707
Docketed Total: $145,636.38

Case Number: 08-35653
Modified Total: $145,636.38

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $145,636.38 | | | | | | | | $145,636.38 |

**Claim: 9293**
Date Filed: 01/30/2009
Docketed Total: $1,136.75
Filing Creditor Name and Address:
CYNDI CYNTHIA ANN HAINES
831 SARAH DR
DECATAR, IL 62526

Claim Holder Name and Address
Case Number: 08-35653
HAINES, CYNDI CYNTHIA ANN
831 SARAH DR
DECATAR, IL 62526
Docketed Total: $1,136.75

Case Number: 08-35653
Modified Total: $1,136.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,136.75 | | | | | | | | $1,136.75 |

**Claim: 5852**
Date Filed: 01/26/2009
Docketed Total: $134.07
Filing Creditor Name and Address:
CZOP, JAMI LYNN
656 MONTCLAIR AVE
WENONAH, NJ 08090

Claim Holder Name and Address
Case Number: 08-35653
CZOP, JAMI LYNN
656 MONTCLAIR AVE
WENONAH, NJ 08090
Docketed Total: $134.07

Case Number: 08-35653
Modified Total: $134.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $134.07 | | | | | | | | $134.07 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Document      Page 24 of 39
Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3307**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|

Claim: 3307
Date Filed:   01/12/2009
Docketed Total:    $74,120.49
Filing Creditor Name and Address:
  D&W MASONRY INC
  473 VILLAGE PARK DR
  POWELL, OH 43065

Claim Holder Name and Address

D&W MASONRY INC
473 VILLAGE PARK DR
POWELL, OH 43065

Case Number:    08-35653
Docketed Total:    **$74,120.49**

Case Number:    08-35653
Modified Total:    **$74,120.49**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $43,869.88 | | $30,250.61 | | | | | | $74,120.49 |

---

Claim: 3293
Date Filed:   01/09/2009
Docketed Total:    $1,664.52
Filing Creditor Name and Address:
  DOMZ, SANDI
  969 MOUNTAIN RIDGE RD
  SANTA YNEZ, CA 93460

Claim Holder Name and Address

DOMZ, SANDI
969 MOUNTAIN RIDGE RD
SANTA YNEZ, CA 93460

Case Number:    08-35653
Docketed Total:    **$1,664.52**

Case Number:    08-35653
Modified Total:    **$1,664.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $1,664.52 | | | | | | | $1,664.52 |

---

Claim: 3248
Date Filed:   01/09/2009
Docketed Total:    $181.88
Filing Creditor Name and Address:
  DONALD, DACUS
  455 E HARDING
  STANFIELD, OR 97875-0000

Claim Holder Name and Address

DONALD, DACUS
455 E HARDING
STANFIELD, OR 97875-0000

Case Number:    08-35654
Docketed Total:    **$181.88**

Case Number:    08-35654
Modified Total:    **$181.88**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $181.88 | | | | | | | | $181.88 |

---

Claim: 6756
Date Filed:   01/28/2009
Docketed Total:    $54.24
Filing Creditor Name and Address:
  DREXEL, LARRY
  441 BLUE POINT RD
  FARMINGVILLE, NY 11738-1811

Claim Holder Name and Address

DREXEL, LARRY
441 BLUE POINT RD
FARMINGVILLE, NY 11738-1811

Case Number:    08-35653
Docketed Total:    **$54.24**

Case Number:    08-35653
Modified Total:    **$54.24**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $54.24 | | | | | | | $54.24 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

Document    Page 25 of 39

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 8148**
Date Filed: 01/29/2009
Docketed Total: $74,107.82
Filing Creditor Name and Address:
DWYER, CLINT
1306 MANCHESTER DR
CRYSTAL LAKE, IL 60014

Claim Holder Name and Address
DWYER, CLINT
1306 MANCHESTER DR
CRYSTAL LAKE, IL 60014

Case Number: 08-35653
Docketed Total: $74,107.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $74,107.82 | | |

Case Number: 08-35653
Modified Total: $74,107.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $74,107.82 |

---

**Claim: 3907**
Date Filed: 01/15/2009
Docketed Total: $86.66
Filing Creditor Name and Address:
EMERSON, ANTHEA
2271 WEATHERFORD DR
DELTONA, FL 32738-7814

Claim Holder Name and Address
EMERSON, ANTHEA
2271 WEATHERFORD DR
DELTONA, FL 32738-7814

Case Number: 08-35653
Docketed Total: $86.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $86.66 | |

Case Number: 08-35653
Modified Total: $86.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $86.66 |

---

**Claim: 3188**
Date Filed: 01/12/2009
Docketed Total: $100.00
Filing Creditor Name and Address:
FAYETTEVILLE, CITY OF
P O DRAWER D
FAYETTEVILLE, NC 28302

Claim Holder Name and Address
FAYETTEVILLE, CITY OF
P O DRAWER D
FAYETTEVILLE, NC 28302

Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $100.00 | $0.00 | |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $100.00 | |

---

**Claim: 11219**
Date Filed: 02/20/2009
Docketed Total: $3,669.00
Filing Creditor Name and Address:
FOREST CITY COMMERCIAL
MANAGEMENT
50 PUBLIC SQUARE STE 1360
CLEVELAND, OH 44113

Claim Holder Name and Address
FOREST CITY COMMERCIAL
MANAGEMENT
50 PUBLIC SQUARE STE 1360
CLEVELAND, OH 44113

Case Number: 08-35653
Docketed Total: $3,669.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,669.00 | | | |

Case Number: 08-35653
Modified Total: $3,669.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,669.00 |

---

*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3840**
Date Filed: 01/15/2009
Docketed Total: $150.00
Filing Creditor Name and Address:
FORREST, GREGORY K
4309 W LASALLE ST
TAMPA, FL 33607

Claim Holder Name and Address
FORREST, GREGORY K
4309 W LASALLE ST
TAMPA, FL 33607
Case Number: 08-35653
Docketed Total: $150.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.00 |

Case Number: 08-35653
Modified Total: $150.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.00 |

**Claim: 3559**
Date Filed: 01/13/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
FREDDIE, WILSON
2601 NW 56TH AVE
LAUDERHILL, FL 33313-2486

Claim Holder Name and Address
FREDDIE, WILSON
2601 NW 56TH AVE
LAUDERHILL, FL 33313-2486
Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**Claim: 3644**
Date Filed: 01/13/2009
Docketed Total: $3,600.00
Filing Creditor Name and Address:
FREY, CHARLOTTE R
1016 PELICAN DR
NEW BERN, NC 28560

Claim Holder Name and Address
FREY, CHARLOTTE R
1016 PELICAN DR
NEW BERN, NC 28560
Case Number: 08-35653
Docketed Total: $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,600.00 | | |

Case Number: 08-35653
Modified Total: $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,600.00 |

**Claim: 5398**
Date Filed: 01/26/2009
Docketed Total: $176.00
Filing Creditor Name and Address:
GAUVIN, ANNEMARI
1204 SOMERSET AVE
TAUNTON, MA 02780-5033

Claim Holder Name and Address
GAUVIN, ANNEMARI
1204 SOMERSET AVE
TAUNTON, MA 02780-5033
Case Number: 08-35653
Docketed Total: $176.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $176.00 | |

Case Number: 08-35653
Modified Total: $176.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $176.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Case No. 08-35653 (KRH)                                        Document      Page 27 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3576**
Date Filed: 01/13/2009
Docketed Total: $2,300.00
Filing Creditor Name and Address:
GREETAN, JACOB
6296 COUNTY J
LENA, WI 54139

Claim Holder Name and Address
GREETAN, JACOB
6296 COUNTY J
LENA, WI 54139
Case Number: 08-35653
Docketed Total: $2,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,300.00 | | |

Case Number: 08-35653
Modified Total: $2,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,300.00 |

---

**Claim: 3064**
Date Filed: 01/09/2009
Docketed Total: $1,000.00
Filing Creditor Name and Address:
HAYDEN, ROBERT
8704 MIDDLE CROSS PLACE
TAMPA, FL 33635

Claim Holder Name and Address
HAYDEN, ROBERT
8704 MIDDLE CROSS PLACE
TAMPA, FL 33635
Case Number: 08-35653
Docketed Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,000.00 | | |

Case Number: 08-35653
Modified Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

---

**Claim: 4486**
Date Filed: 01/21/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
JAMES D WESTBROOK AND
KATHRYN E WESTBROOK
232 PHEASANT WAY
FOUNTAIN INN, SC 29644

Claim Holder Name and Address
WESTBROOK, JAMES D & KATHRYN E
232 PHEASANT WAY
FOUNTAIN INN, SC 29644
Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $10,000.00 | $10,000.00 | |

Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 7072**
Date Filed: 01/28/2009
Docketed Total: $195.00
Filing Creditor Name and Address:
JIM GATTERLARO
12 LINNEA LN
NORTH CHILI, NY 14514

Claim Holder Name and Address
GATTLARO, JIM
12 LINNEA LN
NORTH CHILI, NY 14514
Case Number: 08-35653
Docketed Total: $195.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $195.00 | |

Case Number: 08-35653
Modified Total: $195.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $195.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 4590   Filed 08/21/09   Entered 08/21/09 09:39:25   Desc Main

Case No. 08-35653 (KRH)

Document      Page 28 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3153**
Date Filed: 01/12/2009
Docketed Total: $29.87
Filing Creditor Name and Address:
KIM, SUE
349 OPHELIA ST
PITTSBURGH, PA 15213-4254

Claim Holder Name and Address
KIM, SUE
349 OPHELIA ST
PITTSBURGH, PA 15213-4254
Case Number: 08-35653
Docketed Total: $29.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $29.87 | | |

Case Number: 08-35653
Modified Total: $29.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29.87 |

**Claim: 3217**
Date Filed: 01/09/2009
Docketed Total: $294.98
Filing Creditor Name and Address:
LARACUENTI, APRIL
90 ALBERT RD
VALLEY STREAM, NY 11580

Claim Holder Name and Address
LARACUENTI, APRIL
90 ALBERT RD
VALLEY STREAM, NY 11580
Case Number: 08-35653
Docketed Total: $294.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $294.98 | |

Case Number: 08-35653
Modified Total: $294.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294.98 |

**Claim: 2611**
Date Filed: 01/09/2009
Docketed Total: $55.46
Filing Creditor Name and Address:
LARSON, LYNNAE
70 GAYLORD ST APT 210
BRISTOL, CT 06010-5642

Claim Holder Name and Address
LARSON, LYNNAE
70 GAYLORD ST APT 210
BRISTOL, CT 06010-5642
Case Number: 08-35653
Docketed Total: $55.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27.73 | $27.73 | |

Case Number: 08-35653
Modified Total: $55.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $55.46 |

**Claim: 7391**
Date Filed: 01/28/2009
Docketed Total: $2,769,062.06
Filing Creditor Name and Address:
LEXMARK INTERNATIONAL INC
LEGAL DEPARTMENT
740 W NEW CIRCLE RD
LEXINGTON, KY 40550

Claim Holder Name and Address
LEXMARK INTERNATIONAL INC
LEGAL DEPARTMENT
740 W NEW CIRCLE RD
LEXINGTON, KY 40550
Case Number: 08-35653
Docketed Total: $2,769,062.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,365,658.00 | | $1,403,404.06 |

Case Number: 08-35653
Modified Total: $2,769,062.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $333,540.34 | | $2,435,521.72 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main

Case No. 08-35653 (KRH)    Document    Page 29 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim: 14211

Claim: 14211
Date Filed:   06/30/2009
Docketed Total:    $38,943,015.44
Filing Creditor Name and Address:
 LG ELECTRONICS USA INC
 WILEY REIN LLP
 7925 JONES BRANCH DR STE 6200
 MCLEAN, VA 22102

Claim Holder Name and Address
LG ELECTRONICS USA INC
WILEY REIN LLP
7925 JONES BRANCH DR STE 6200
MCLEAN, VA 22102

Case Number:                      08-35653
Docketed Total:          **$38,943,015.44**

Case Number:                      08-35653
Modified Total:          **$38,943,015.44**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $38,943,015.44 | | | | | | | | | $38,943,015.44 |

### Claim: 6742

Claim: 6742
Date Filed:   01/28/2009
Docketed Total:    $305.00
Filing Creditor Name and Address:
 LIGHTFOOT, LARRY
 1329 LONGFELLOW DR
 CLARKSVILLE, IN 47129

Claim Holder Name and Address
LIGHTFOOT, LARRY
1329 LONGFELLOW DR
CLARKSVILLE, IN 47129

Case Number:                      08-35653
Docketed Total:          **$305.00**

Case Number:                      08-35653
Modified Total:          **$305.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $305.00 | | | | | | | $305.00 |

### Claim: 3040

Claim: 3040
Date Filed:   01/09/2009
Docketed Total:    $99.61
Filing Creditor Name and Address:
 LIONETTI, PAUL
 9 KYLE DR
 PHILLIPSBURG, NJ 08865-7309

Claim Holder Name and Address
LIONETTI, PAUL
9 KYLE DR
PHILLIPSBURG, NJ 08865-7309

Case Number:                      08-35653
Docketed Total:          **$99.61**

Case Number:                      08-35653
Modified Total:          **$99.61**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $99.61 | | | | | | | $99.61 |

### Claim: 4336

Claim: 4336
Date Filed:   01/22/2009
Docketed Total:    $1,799,467.92
Filing Creditor Name and Address:
 MARYL PACIFIC CONSTRUCTION
 INC
 O CONNOR PLAYDON & GUBEN
 LLC
 773 BISHOP ST STE 2400
 HONOLULU, HI 96813

Claim Holder Name and Address
MARYL PACIFIC CONSTRUCTION
INC
O CONNOR PLAYDON & GUBEN LLC
773 BISHOP ST STE 2400
HONOLULU, HI 96813

Case Number:                      08-35653
Docketed Total:          **$1,799,467.92**

Case Number:                      08-35653
Modified Total:          **$1,799,467.92**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,799,467.92 | | | | | | | | $1,799,467.92 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Case No. 08-35653 (KRH)                              Document      Page 30 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7848<br>Date Filed: 01/29/2009<br>Docketed Total: $582.96<br>Filing Creditor Name and Address:<br>MATHENY, ED<br>16225 JAYESS LN<br>NORTH FORT MYERS, FL 33917 | Claim Holder Name and Address: Case Number: 08-35653<br>MATHENY, ED<br>16225 JAYESS LN<br>NORTH FORT MYERS, FL 33917<br>Docketed Total: $582.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$582.96 | Case Number: 08-35653<br>Modified Total: $582.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$582.96 |
| Claim: 6570<br>Date Filed: 01/27/2009<br>Docketed Total: $159.96<br>Filing Creditor Name and Address:<br>MATTSON, CLARK<br>2560 VALE CREST RD<br>GOLDEN VALLEY, MN 55422-3424 | Claim Holder Name and Address: Case Number: 08-35653<br>MATTSON, CLARK<br>2560 VALE CREST RD<br>GOLDEN VALLEY, MN 55422-3424<br>Docketed Total: $159.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$159.96 | Case Number: 08-35653<br>Modified Total: $159.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$159.96 |
| Claim: 5564<br>Date Filed: 01/23/2009<br>Docketed Total: $5,200.00<br>Filing Creditor Name and Address:<br>MAYA COPY REPAIR CENTER<br>9060 NW 162 TERRACE<br>MIAMI, FL 33018 | Claim Holder Name and Address: Case Number: 08-35653<br>MAYA COPY REPAIR CENTER<br>9060 NW 162 TERRACE<br>MIAMI, FL 33018<br>Docketed Total: $5,200.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,200.00 | Case Number: 08-35653<br>Modified Total: $5,200.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$5,200.00 |
| Claim: 13839<br>Date Filed: 06/29/2009<br>Docketed Total: $69.99<br>Filing Creditor Name and Address:<br>MAYNARD R AUGUSTINE<br>4950 78TH ST<br>SACRAMENTO, CA 95820 | Claim Holder Name and Address: Case Number: 08-35654<br>MAYNARD R AUGUSTINE<br>4950 78TH ST<br>SACRAMENTO, CA 95820<br>Docketed Total: $69.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$69.99 | Case Number: 08-35654<br>Modified Total: $69.99<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$69.99 |

*     "UNL" denotes an unliquidated claim.

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 6228**
Date Filed: 01/26/2009
Docketed Total: $2,328,695.86
Filing Creditor Name and Address:
MITAC DIGITAL CORP
471 EL CAMINO REAL
SANTA CLARA, CA 95050

Claim Holder Name and Address
MITAC DIGITAL CORP
471 EL CAMINO REAL
SANTA CLARA, CA 95050

Case Number: 08-35653
Docketed Total: $2,328,695.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,328,695.86 | | UNL |

Case Number: 08-35653
Modified Total: $2,328,695.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $115,782.56 | | $2,212,913.30 |

**Claim: 6010**
Date Filed: 01/27/2009
Docketed Total: $423.40
Filing Creditor Name and Address:
ONORATO, MICHAEL J
1519 DURAN CIRCLE
SALINAS, CA 93906

Claim Holder Name and Address
ONORATO, MICHAEL J
1519 DURAN CIRCLE
SALINAS, CA 93906

Case Number: 08-35654
Docketed Total: $423.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $423.30 | | $0.10 |

Case Number: 08-35654
Modified Total: $423.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $423.40 |

**Claim: 4667**
Date Filed: 01/16/2009
Docketed Total: $13,039.90
Filing Creditor Name and Address:
PR MECHANICAL
630 RESEARCH RD
RICHMOND, VA 23236

Claim Holder Name and Address
PR MECHANICAL
630 RESEARCH RD
RICHMOND, VA 23236

Case Number: 08-35653
Docketed Total: $13,039.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,039.90 | | |

Case Number: 08-35653
Modified Total: $13,039.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,039.90 |

**Claim: 3809**
Date Filed: 01/15/2009
Docketed Total: $1,090.00
Filing Creditor Name and Address:
PREFERRED INSULATION
CONTRACTORS INC
1678 S LEWIS ST
ANAHEIM, CA 92805

Claim Holder Name and Address
PREFERRED INSULATION
CONTRACTORS INC
1678 S LEWIS ST
ANAHEIM, CA 92805

Case Number: 08-35653
Docketed Total: $1,090.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,090.00 | | UNL |

Case Number: 08-35653
Modified Total: $1,090.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,090.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main

Case No. 08-35653 (KRH)    Document    Page 32 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3495**
Date Filed: 01/13/2009
Docketed Total: $100.00
Filing Creditor Name and Address:
  PRYOR, STEPHEN
  1515 CUTHILL WAY
  CASSELBERRY, FL 32707

Claim Holder Name and Address
  PRYOR, STEPHEN
  1515 CUTHILL WAY
  CASSELBERRY, FL 32707
Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $100.00 |  |  |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $100.00 |

---

**Claim: 8577**
Date Filed: 01/29/2009
Docketed Total: $9,464.74
Filing Creditor Name and Address:
  PUNCH INTEGRATED
  COMMUNICATIONS INC
  605 BOXWOOD DR
  CAMBRIDGE, ON N3E 1A5
  CANADA

Claim Holder Name and Address
  PUNCH INTEGRATED
  COMMUNICATIONS INC
  605 BOXWOOD DR
  CAMBRIDGE, ON N3E 1A5
  CANADA
Case Number: 08-35653
Docketed Total: $9,464.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $8,929.00 |  | $535.74 |

Case Number: 08-35653
Modified Total: $9,464.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $9,464.74 |

---

**Claim: 2941**
Date Filed: 01/08/2009
Docketed Total: $3,120.84
Filing Creditor Name and Address:
  QUALITY CONCRETE OF
  ATLANTA INC
  2910 PEACHTREE INDUSTRIAL
  BLVD
  BUFORD, GA 30518

Claim Holder Name and Address
  QUALITY CONCRETE OF ATLANTA
  INC
  2910 PEACHTREE INDUSTRIAL BLVD
  BUFORD, GA 30518
Case Number: 08-35653
Docketed Total: $3,120.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $2,800.00 |  | $320.84 |

Case Number: 08-35653
Modified Total: $3,120.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $3,120.84 |

---

**Claim: 9508**
Date Filed: 01/29/2009
Docketed Total: $104,422.96
Filing Creditor Name and Address:
  RIVERSIDE COUNTY TREASURER
  TAX COLLECTOR
  PO BOX 12005
  RIVERSIDE, CA 92502-2205

Claim Holder Name and Address
  RIVERSIDE COUNTY TREASURER
  TAX COLLECTOR
  PO BOX 12005
  RIVERSIDE, CA 92502-2205
Case Number: 08-35653
Docketed Total: $104,422.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $104,422.96 |  |  |

Case Number: 08-35653
Modified Total: $104,422.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $104,422.96 |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3806**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3806<br>Date Filed: 01/15/2009<br>Docketed Total: $13,906.00<br>Filing Creditor Name and Address:<br>RUSSELLVILLE STEEL COMPANY INC<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811 | Claim Holder Name and Address<br>Case Number: 08-35653<br>RUSSELLVILLE STEEL COMPANY INC<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811<br>Docketed Total: $13,906.00 | Case Number: 08-35653<br>Modified Total: $13,906.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $6,953.00 | $6,953.00 | | | | | | | $13,906.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7735<br>Date Filed: 01/29/2009<br>Docketed Total: $918,095.32<br>Filing Creditor Name and Address:<br>SCC SAN ANGELO PARTNERS LTD A TEXAS LIMITED PARTNERSHIP<br>C O KANE RUSSELL COLEMAN & LOGAN PC<br>3700 THANKSGIVING TOWER<br>1601 ELM ST<br>DALLAS, TX 75201 | Claim Holder Name and Address<br>Case Number: 08-35653<br>SCC SAN ANGELO PARTNERS LTD A TEXAS LIMITED PARTNERSHIP<br>C O KANE RUSSELL COLEMAN & LOGAN PC<br>3700 THANKSGIVING TOWER<br>1601 ELM ST<br>DALLAS, TX 75201<br>Docketed Total: $918,095.32 | Case Number: 08-35653<br>Modified Total: $918,095.32 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $6,706.15 | | $911,389.17 | | | | | | $918,095.32 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8448<br>Date Filed: 01/30/2009<br>Docketed Total: $812,861.70<br>Filing Creditor Name and Address:<br>SCHIMENTI CONSTRUCTION COMPANY LLC<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877 | Claim Holder Name and Address<br>Case Number: 08-35653<br>SCHIMENTI CONSTRUCTION COMPANY LLC<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877<br>Docketed Total: $812,861.70 | Case Number: 08-35653<br>Modified Total: $812,861.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $128,737.00 | | $684,124.70 | | | | | | $812,861.70 |

* "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2123**
Date Filed: 12/30/2008
Docketed Total: $39,166.66
Filing Creditor Name and Address:
SEA PROPERTIES I L L C
223 RIVERVIEW DRIVE
DANVILLE, VA 24541

Claim Holder Name and Address:
SEA PROPERTIES I L L C
223 RIVERVIEW DRIVE
DANVILLE, VA 24541

Case Number: 08-35653
Docketed Total: $39,166.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $19,583.33 | $19,583.33 | |

Case Number: 08-35653
Modified Total: $39,166.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $19,583.33 | $19,583.33 |

---

**Claim: 6317**
Date Filed: 01/27/2009
Docketed Total: $108,263.45
Filing Creditor Name and Address:
SENSORMATIC ELECTRONICS
CORPORATION
FURR & COHEN PA
2255 GLADES RD STE 337W
BOCA RATON, FL 33431

Claim Holder Name and Address:
SENSORMATIC ELECTRONICS
CORPORATION
FURR & COHEN PA
2255 GLADES RD STE 337W
BOCA RATON, FL 33431

Case Number: 08-35653
Docketed Total: $108,263.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $108,263.45 | | UNL |

Case Number: 08-35653
Modified Total: $108,263.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $22,445.00 | | $85,818.45 |

---

**Claim: 6257**
Date Filed: 01/26/2009
Docketed Total: $245,100.00
Filing Creditor Name and Address:
SHARPE PARTNERS LLC
61 BROADWAY STE 2305
NEW YORK, NY 10006

Claim Holder Name and Address:
SHARPE PARTNERS LLC
61 BROADWAY STE 2305
NEW YORK, NY 10006

Case Number: 08-35653
Docketed Total: $245,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $157,978.75 | | | $87,121.25 |

Case Number: 08-35653
Modified Total: $245,100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $245,100.00 |

---

**Claim: 9791**
Date Filed: 01/29/2009
Docketed Total: $3,600.00
Filing Creditor Name and Address:
SIMMS, DEREK
1415 JONES VILLAGE RD
HURLOCK, MD 27643

Claim Holder Name and Address:
SIMMS, DEREK
1415 JONES VILLAGE RD
HURLOCK, MD 27643

Case Number: 08-35653
Docketed Total: $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,800.00 | $1,800.00 | |

Case Number: 08-35653
Modified Total: $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,600.00 |

---

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main

Case No. 08-35653 (KRH)

Document    Page 35 of 39

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain
Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 3915**
Date Filed:    01/13/2009
Docketed Total:    $9,949.75
Filing Creditor Name and Address:
  SLICER & ASSOCIATES LLC
  PO BOX 1647
  WEST CHATHAM, MA 02669

Claim Holder Name and Address

SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, MA 02669

Case Number:    08-35653

Docketed Total:    **$9,949.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $8,250.00 | $1,699.75 |

Case Number:    08-35653

Modified Total:    **$9,949.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,949.75 |

---

**Claim: 3950**
Date Filed:    01/15/2009
Docketed Total:    $305.46
Filing Creditor Name and Address:
  SMITH, LOUIS
  331 ARAMBELL DR
  PATTERSON, CA 95363

Claim Holder Name and Address

SMITH, LOUIS
331 ARAMBELL DR
PATTERSON, CA 95363

Case Number:    08-35654

Docketed Total:    **$305.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $152.73 | $152.73 | |

Case Number:    08-35654

Modified Total:    **$305.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $305.46 |

---

**Claim: 10193**
Date Filed:    01/30/2009
Docketed Total:    $733.32
Filing Creditor Name and Address:
  STANFORD, DEAN RUPERT
  918 MORRIS AVE 4J
  BRONX, NY 10451

Claim Holder Name and Address

STANFORD, DEAN RUPERT
918 MORRIS AVE 4J
BRONX, NY 10451

Case Number:    08-35653

Docketed Total:    **$733.32**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $733.32 | | |

Case Number:    08-35653

Modified Total:    **$733.32**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $733.32 |

---

**Claim: 9074**
Date Filed:    01/30/2009
Docketed Total:    $167,131.35
Filing Creditor Name and Address:
  STEPHEN GOULD CORPORATION
  35 S JEFFERSON RD
  ATTN ACCTS PAYABLE
  WHIPPANY, NJ 07981

Claim Holder Name and Address

STEPHEN GOULD CORPORATION
35 S JEFFERSON RD
ATTN ACCTS PAYABLE
WHIPPANY, NJ 07981

Case Number:    08-35653

Docketed Total:    **$167,131.35**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $167,131.35 | | | |

Case Number:    08-35653

Modified Total:    **$167,131.35**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $167,131.35 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 9189**
Date Filed:   01/30/2009
Docketed Total:    $403,425.11
Filing Creditor Name and Address:
  SUN CONSTRUCTION GROUP INC
  KEVIN S DALE ESQ
  HENDRICK PHILLIPS SALZMAN
  & FLATT
  230 PEACHTREE ST NW STE 2500
  ATLANTA, GA 30303

Claim Holder Name and Address

SUN CONSTRUCTION GROUP INC
KEVIN S DALE ESQ
HENDRICK PHILLIPS SALZMAN &
FLATT
230 PEACHTREE ST NW STE 2500
ATLANTA, GA 30303

Case Number:                08-35653
Docketed Total:         $403,425.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $304,963.23 |  | $98,461.88 |

Case Number:                08-35653
Modified Total:         $403,425.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $403,425.11 |

---

**Claim: 5710**
Date Filed:   01/27/2009
Docketed Total:    $96,324.95
Filing Creditor Name and Address:
  THE PARKES COMPANIES INC
  PORTER & HEDGES LLP
  1000 MAIN ST 36TH FL
  HOUSTON, TX 77002-0000

Claim Holder Name and Address

THE PARKES COMPANIES INC
PORTER & HEDGES LLP
1000 MAIN ST 36TH FL
HOUSTON, TX 77002-0000

Case Number:                08-35653
Docketed Total:          $96,324.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $96,324.95 |  |  |

Case Number:                08-35653
Modified Total:          $96,324.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $96,324.95 |

---

**Claim: 7731**
Date Filed:   01/29/2009
Docketed Total:    $404,817.00
Filing Creditor Name and Address:
  THE STEWART PERRY COMPANY
  INC
  BRADLEY ARANT BOULT
  CUMMINGS LLP
  1819 5TH AVE N
  BIRMINGHAM, AL 35203

Claim Holder Name and Address

THE STEWART PERRY COMPANY
INC
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

Case Number:                08-35653
Docketed Total:         $404,817.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $1.00 |  | $404,816.00 |

Case Number:                08-35653
Modified Total:         $404,817.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $404,817.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/21/09 09:39:25    Desc Main
Document    Page 37 of 39

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| **Claim:** 7802<br>Date Filed: 01/29/2009<br>Docketed Total: $318,607.33<br>Filing Creditor Name and Address:<br>  THE STEWART PERRY COMPANY INC<br>  BRADLEY ARANT BOULT CUMMINGS LLP<br>  1819 5TH AVE N<br>  BIRMINGHAM, AL 35203 | Claim Holder Name and Address<br><br>THE STEWART PERRY COMPANY INC<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1819 5TH AVE N<br>BIRMINGHAM, AL 35203 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$318,607.33 | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$318,607.33 |
| | 503(b)(9)  Reclamation  Admin  Secured $1.00  Priority  Unsecured $318,606.33 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $318,607.33 | | |
| **Claim:** 5286<br>Date Filed: 01/26/2009<br>Docketed Total: $283.00<br>Filing Creditor Name and Address:<br>  TYSON, JULIE<br>  371 PLAZA<br>  ATLANTIC BCH, FL 32233-5441 | Claim Holder Name and Address<br><br>TYSON, JULIE<br>371 PLAZA<br>ATLANTIC BCH, FL 32233-5441 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$283.00 | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$283.00 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority $283.00  Unsecured | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $283.00 | | |
| **Claim:** 7671<br>Date Filed: 01/27/2009<br>Docketed Total: $65,068.08<br>Filing Creditor Name and Address:<br>  UNIVERSAL REMOTE CONTROL INC RECLAMATION CREDITOR<br>  550 MAMARONECK AVE STE 510<br>  HARRISON, NY 10528 | Claim Holder Name and Address<br><br>UNIVERSAL REMOTE CONTROL INC RECLAMATION CREDITOR<br>550 MAMARONECK AVE STE 510<br>HARRISON, NY 10528 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$65,068.08 | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$65,068.08 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority $65,068.08  Unsecured | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $65,068.08 | | |
| **Claim:** 7418<br>Date Filed: 01/29/2009<br>Docketed Total: $351,573.08<br>Filing Creditor Name and Address:<br>  US SIGNS INC<br>  C O RICHARD I HUTSON<br>  12644 CHAPEL RD STE 206<br>  CLIFTON, VA 20124 | Claim Holder Name and Address<br><br>US SIGNS INC<br>C O RICHARD I HUTSON<br>12644 CHAPEL RD STE 206<br>CLIFTON, VA 20124 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>$351,573.08 | | Case Number:<br><br>Modified Total: | 08-35653<br><br>$351,573.08 |
| | 503(b)(9)  Reclamation  Admin  Secured $272,158.23  Priority  Unsecured $79,414.85 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $351,573.08 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5526**
Date Filed: 01/26/2009
Docketed Total: $727.46
Filing Creditor Name and Address:
VAIR, STEVEN T
2701 ENVILLE COURT
WAKEFOREST, NC 27587

Claim Holder Name and Address
VAIR, STEVEN T
2701 ENVILLE COURT
WAKEFOREST, NC 27587

Case Number: 08-35653
Docketed Total: $727.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $727.46 | | |

Case Number: 08-35653
Modified Total: $727.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $727.46 |

**Claim: 3835**
Date Filed: 01/15/2009
Docketed Total: $173.38
Filing Creditor Name and Address:
VIOLA, BOUYER
836 JEFFERSON AVE
BROOKLYN, NY 11221-3584

Claim Holder Name and Address
VIOLA, BOUYER
836 JEFFERSON AVE
BROOKLYN, NY 11221-3584

Case Number: 08-35653
Docketed Total: $173.38

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $173.38 | |

Case Number: 08-35653
Modified Total: $173.38

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $173.38 |

**Claim: 5668**
Date Filed: 01/23/2009
Docketed Total: $220.00
Filing Creditor Name and Address:
WALLS, FELICIA
102 13TH ST
KENTWOOD, LA 70444-2220

Claim Holder Name and Address
WALLS, FELICIA
102 13TH ST
KENTWOOD, LA 70444-2220

Case Number: 08-35657
Docketed Total: $220.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $220.00 | | |

Case Number: 08-35657
Modified Total: $220.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $220.00 |

**Claim: 8718**
Date Filed: 01/30/2009
Docketed Total: $149,719.68
Filing Creditor Name and Address:
WEC 96D LAGUNA INVESTMENT TRUST
THE BERKSHIRE GROUP
1BEACON ST STE 1500
BOSTON, MA 02108

Claim Holder Name and Address
WEC 96D LAGUNA INVESTMENT TRUST
THE BERKSHIRE GROUP
1BEACON ST STE 1500
BOSTON, MA 02108

Case Number: 08-35653
Docketed Total: $149,719.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | $149,719.68 |

Case Number: 08-35653
Modified Total: $149,719.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $149,719.68 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH Doc 4590 Filed 08/21/09 Entered 08/21/09 09:39:25 Desc Main Document Page 39 of 39

Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims (Reclassification Of Certain Misclassified Claims) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

### Claim 9780

Claim: 9780
Date Filed: 01/30/2009
Docketed Total: $57,180.00
Filing Creditor Name and Address:
WEC 96D VESTAL INVESTMENT TRUST
THE BERKSHIRE GROUP
ONE BEACON ST STE 1500
BOSTON, MA 02108

Claim Holder Name and Address
WEC 96D VESTAL INVESTMENT TRUST
THE BERKSHIRE GROUP
ONE BEACON ST STE 1500
BOSTON, MA 02108

Case Number: 08-35653
Docketed Total: $57,180.00

Case Number: 08-35653
Modified Total: $57,180.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNL | $0.00 | | $57,180.00 | | | | $0.00 | | $57,180.00 |

### Claim 1428

Claim: 1428
Date Filed: 12/09/2008
Docketed Total: $1,137,813.12
Filing Creditor Name and Address:
WELL FARGO TRADE CAPITAL
FDBA WELLS FARGO CENTURY INC
119 W 40TH ST
NEW YORK, NY 10018

Claim Holder Name and Address
WELL FARGO TRADE CAPITAL FDBA
WELLS FARGO CENTURY INC
119 W 40TH ST
NEW YORK, NY 10018

Case Number: 08-35653
Docketed Total: $1,137,813.12

Case Number: 08-35653
Modified Total: $1,137,813.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $361,686.75 | $776,126.37 | | | | | | $1,137,813.12 |

### Claim 3922

Claim: 3922
Date Filed: 01/16/2009
Docketed Total: $32,060.00
Filing Creditor Name and Address:
WOODBRIDGE GLASS COMPANY INCORPORATED
14312 JEFFERSON DAVIS HWY
WOODBRIDGE, VA 22191

Claim Holder Name and Address
WOODBRIDGE GLASS COMPANY INCORPORATED
14312 JEFFERSON DAVIS HWY
WOODBRIDGE, VA 22191

Case Number: 08-35653
Docketed Total: $32,060.00

Case Number: 08-35653
Modified Total: $32,060.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $32,060.00 | | | | | | $32,060.00 | | |

**Total Claims To Be Modified: 85**

**Total Amount As Docketed:** $56,840,887.34

**Total Amount As Modified:** $56,840,887.34

*  "UNL" denotes an unliquidated claim.