SZABO ASSOCIATES INC.

**szabo**

August 17, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

RICHMOND DIVISION
FILED
AUG 20 2009
CLERK
U.S. BANKRUPTCY COURT

RE:   28th Omnibus Objections List
      Objection to Claim 529
      Circuit City Bankruptcy Case #08-35653

Dear Sirs,

Szabo Associates, Inc. is the agent for Discovery Communications, Inc., an unsecured creditor in the Circuit City Bankruptcy Case #08-35653. We have received the objection to the claim filed on behalf of this client.

The objection states our claim #529 will be disallowed, while the second claim (#7005) by our client will survive. Claim 529 was filed November 25, 2008 for $432,413.70 and was approved by Discovery Communication in a conversation between Discovery and Szabo Associates, Inc. on January 21, 2009. On January 28, 2009 Discovery Communications filed the duplicate claim #7005 for an "unlisted" amount.

Accordingly, we respectfully request claim 529 be allowed in full as our claim was filed two months before the second filing by Discovery Communications, Inc. and after our claim had been acknowledged by our client.

Sincerely,

Jennifer Toolan
Szabo Associates, Inc.

JDT/sun

3355 LENOX ROAD, N.E.   NINTH FLOOR   ATLANTA, GEORGIA 30326-1332
TEL 404-266-2464   FAX 404-266-2165   EMAIL INFO@SZABO.COM   WEBSITE WWW.SZABO.COM