IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF VIRGINIA RICHMOND, DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 |
| et al., | : | |
| | : | |
| | : | Jointly Administered |
| DEBTORS. | : | |

**PENNSYLVANIA STATE TREASURER'S REPONSE TO DEBTORS'
TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY) IN
PARTICULAR DEBTORS' OBJECTION TO CLAIMS 12891, 12895, 12892,
12899, 12889, 12910, 13016, 12890, 12893, 12894, 12900, 12888, 12909**

1. The claimant is the Pennsylvania State Treasury Department ("Treasury"). Pennsylvania's State Treasurer, Robert McCord, serves as custodian of unclaimed property and actively seeks to return such funds to the rightful owners in accordance with Pennsylvania's Disposition of Abandoned and Unclaimed Property Act ("DAUPA").

2. The Bankruptcy Court should overrule the Omnibus Objection as to Treasury's claims, as the claims are for unclaimed property, not tax liabilities as asserted by the debtors. In fact, Treasury has no tax collecting authority under Pennsylvania law.

3. Treasury is the custodian of all unclaimed property that must be remitted to the Commonwealth of Pennsylvania under the DAUPA. In accordance with the DAUPA, the debtors are required to turn over abandoned and unclaimed property to Treasury. Unclaimed property includes but is not limited to employees' uncashed paychecks, unclaimed rebates, unused gift certificates, notes, stocks, etc.

4.  Treasury's claim is based primarily on an audit performed by its contractor, the Unclaimed Property Clearinghouse – ACS, on Young America Corporation. The audit reflects that Young America Corporation processed rebates for debtors and that a portion of outstanding /unclaimed rebated attributable to Circuit City that should be remitted to Pennsylvania amounts to four hundred seventy-one thousand nine hundred and ninety-nine dollars and fifteen cents ($471,999.15). Documentation from that audit will be used as evidence if necessary.

DATED: August 19, 2009

*[signature]*
JENNIFER LANGAN
Assistant Counsel
Pennsylvania Treasury Department
127 Finance Building
Harrisburg, PA  17120
Tel. (717) 787-2740
Fax (717) 772-0970
jlangan@patreasury.org

cc:     (VIA UPS)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
ATTN: Greg M. Galardi
ATTN: Ian S. Fredericks

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
33 West Wacker Drive
Chicago, IL  60606
ATTN: Chris L. Dickerson

MCGUIREWOODS, LLP
One James Center
901 E. Carey Street
Richmond, VA
ATTN: Dion W. Hayes
ATTN: Douglas M. Foley

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND, DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 |
| et al., | : | |
| | : | |
| | : | |
| DEBTORS. | : | |

ORDER TO OVERRULE THE TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY) IN PARTICULAR DEBTORS' OBJECTION TO CLAIMS 12891, 12895, 12892, 12899, 12889, 12910, 13016, 12890, 12893, 12894, 12900, 12888, 12909

It is hereby order of this court that the above omnibus objection is overruled as to the above claims because these claims are for unclaimed property, not tax liability.

Date: _____          _____
                                  HONORABLE KEVIN R. HUENNEKENS

PENNSYLVANIA TREASURY DEPARTMENT
OFFICE OF CHIEF COUNSEL

By: *Jennifer Langan*
Jennifer Langan
Assistant Counsel
127 Finance Building
Harrisburg, PA 17120
Tele: (717) 787-2740
Fax: (717) 772-0970
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2009, a copy of the Pennsylvania Treasury Department's response to the Debtor's Twenty-Seventh Omnibus Objection was sent by overnight UPS to the following representatives of the Debtors.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
ATTN: Greg M. Galardi
ATTN: Ian S. Fredericks

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
33 West Wacker Drive
Chicago, IL 60606
ATTN: Chris L. Dickerson

MCGUIREWOODS, LLP
One James Center
901 E. Carey Street
Richmond, VA
ATTN: Dion W. Hayes
ATTN: Douglas M. Foley