

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>**RESPONSE TO DEBTOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)** |

COMES NOW, the Benton County Treasurer, by and through his undersigned counsel, and files its Response to Debtor's Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims), and in support thereof provides the following:

Debtor's propose that Benton County's Claim No. 11564 be disallowed and Benton County's Claim No. 11825 be allowed as the surviving claim. In as much as Claim No. 11825 is included under a separate objection and Debtor is proposing that it be survived by Claim No. 12235 thereby reducing it to zero ($0.00), Benton County objects.

RESPONSE TO DEBTOR'S TWENTY-NINTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE
CLAIMS) - 1

BENTON COUNTY PROSECUTING ATTORNEY
7122 W. Okanogan Place, Bldg. A
KENNEWICK, WA 99336
(509) 735-3591

1    Benton County requests that its two initial claims, Claim No. 11564 and Claim No. 11711, be allowed as filed.

To provide some background: Two claims were mailed to the claims agent for filing. The claims dated 02/17/09 and 02/27/09 were mailed to claims agent, Kurtzman Carson Consultants, LLC. Upon review of the claims register for the debtors on the claims agent's website, it did not appear that the claims had been filed. Additional review revealed that the claims agent's address had been incorrect. Therefore, the claims were reprocessed. Two claims dated 03/11/09 were then mailed to the claims agent for filing. Thereafter, the claims agents claim's register was examined and confirmed that the two claims had been filed as follows:

| Claim Dated | Claim Filed | Claim No. |
|---|---|---|
| 02/17/09 | 02/24/09 | 11564 |
| 02/27/09 | 03/06/09 | 11711 |
| 03/11/09 | 03/20/09 | 11825 |
| 03/11/09 | 03/20/09 | 11838 |

Since the initial two claims, Claim No. 11564 and Claim No. 11711, had been filed after all, the later two claims (No. 11825 and 11838) were amended by the following two claims to reflect a zero balance:

| Claim Date | Claim Filed | Claim No. |
|---|---|---|
| 04/09/09 | 04/17/09 | 12301 |
| 04/10/09 | 04/17/09 | 12235 |

RESPONSE TO DEBTOR'S TWENTY-NINTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE

BENTON COUNTY PROSECUTING ATTORNEY
7122 W. Okanogan Place, Bldg. A
KENNEWICK, WA  99336
(509) 735-3591

    Thus, this leaves the initial two claims, Claim No. 11564 and 11711, properly as the surviving claims.

    WHEREFORE, the Benton County Superior Court prays that this Court deny Debtor's Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) as to Benton County, allow Claim No. 11564 and Claim No. 11711 in their entirety, award attorney's fees and costs to Benton County for having to defend its claim, and grant it such further relief, at law and in equity, as is just.

    Respectfully submitted this 14th day of August, 2009.

ANDY MILLER
Benton County Prosecuting Attorney

_/s/ Kathleen B. Galioto_
KATHLEEN B. GALIOTO, Sr. Deputy
Prosecuting Attorney
Attorney for Creditor, Benton County Superior Court

---

RESPONSE TO DEBTOR'S TWENTY-NINTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE
CLAIMS) - 3

BENTON COUNTY PROSECUTING ATTORNEY
7122 W. Okanogan Place, Bldg. A
KENNEWICK, WA 99336
(509) 735-3591

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>CERTIFICATE OF SERVICE |

I hereby certify under penalty of perjury that the following is true and correct. On the 18th day of August, 2009, a copy of the Response to Debtor's Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) of the Benton County (Washington) Treasurer was placed in the United States mail, postage prepaid, and addressed to those parties listed on the attached service list.

Executed this 18th day of August, 2009.

*Rosemary B. Ozuna*
Rosemary B. Ozuna for
Kathleen B. Galioto
Sr. Deputy Prosecuting Attorney
Attorney for Creditor, Benton
County Treasurer

CERTIFICATE OF SERVICE - 1            BENTON COUNTY PROSECUTING ATTORNEY
                                      7122 WEST OKANOGAN PLACE, BLDG A
                                      KENNEWICK, WA   99336
                                      (509) 735-3591

## SERVICE LIST

**COUNSEL FOR DEBTORS and DEBTORS IN POSSESSION**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
One Rodney Square
P. O. Box 636
Wilmington, Delaware   19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606

MCGUIREWOODS, LLP
Dion W. Hayes
Douglas M. Foley
One James Center
901 E. Cary Street
Richmond, Virginia   23219


**U. S. TRUSTEE**

United States Trustee
701 E. Broad Street, Suite 4300
Richmond, VA    23219


CERTIFICATE OF SERVICE - 2                BENTON COUNTY PROSECUTING ATTORNEY
                                          7122 WEST OKANOGAN PLACE, BLDG A
                                          KENNEWICK, WA    99336
                                          (509) 735-3591