UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

**Richmond Division**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| Ashley Isaac, *pro se* | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

<u>**DECLARATION OF ASHLEY ISAAC**</u>

I, Ashley Isaac, declare under penalty of perjury:

1. I am the plaintiff in Isaac v. Circuit City Stores, Inc. currently Stayed under the Automatic Stay of The Bankruptcy Code 11 U.S.C. seq. 362 in the Northern District of Alabama Northern Division (civil action 2:09-cv-00942-WMA).

2. In October 2007 I became an employee of Circuit City Stores, Inc. in the Technology Department, and in February 2008 I became subject to unwanted sexual harassment by the Technology Supervisor. I reported the harassment on April 20, 2008 to the Operations Manager and Store Director who transferred me to the Customer Service Department, yet the Harassment continued. In May 2008 I filed a complaint against my employer with the Equal Employment

Opportunity Commission (E.E.O.C.).

    3. I soon became retaliated against for filing a complaint with the E.E.O.C. by being subject to the unwanted work of the department on a daily basis, managers would ignore me when I would call them for assistance, The managers, with whom I initially complained about the harassment to, would tell me to work under the supervision of the person who was harassing me.
I filed a second complaint against my employer (Circuit City Stores, Inc.)

    4. After months of harassment I was diagnosed with depression and anxiety by Dr. Peily Soong at Pediatrics East in Roebuck, AL.

    5. After being transferred back to the Technology Department I faxed my Fall availability to Assistant Manager Shelly Fancher I was told to send further availability to the Operations Manager (who makes the schedules) or the Store Director.

    6. In November 2008 I sent an e-mail to both the Operations Manager and Store Director reminding them that I would be unavailable for that years "Black Friday," seeing that I worked Tuesdays and Thursdays only.  I also explained the situation personally to the Store Director, who told me that I had to work "Black Friday" and there would be no compromise for my schedule. Although I had given two members of management notice of my availability I came to work on "Black Friday" at 4:00 a.m. anyway, and I proceeded to the managers office to tell the Store Director that I would have to leave at 10:00 am instead of 4:00 p.m. While I was telling the store director of my situation he did not look at me or acknowledge me, instead the Entertainment Supervisor, Carley Self told me that my behavior was unacceptable, I had not given proper notice, and I would not go unpunished for this action.

7. In March 2009, after being written off the work schedule for weeks I requested a Right To Sue Letter from the E.E.O.C. (which they issued). In May 2009 I filed a civil lawsuit against Circuit City Stores, Inc. in the Alabama Federal Court. On July 17, 2009 the Honorable Judge William Acker Stayed the action against them according to the Automatic Stay of the 11 U.S.C. seq. 362.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 21, 2009         Signed: _____
                              Ashley Isaac, *pro se*, Plaintiff