UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

*FILED AUG 20 2009 RICHMOND DIVISION U.S. BANKRUPTCY COURT CLERK*

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| Ashley Isaac, *pro se*, ON BEHALF OF HERSELF | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## MOTION TO APPEAR TELEPHONICALLY AT THE NINETEENTH OMNIBUS HEARING AND PERMISSION TO AMEND THE PLAINTIFFS COMPLAINT

1. Ashley Isaac is the plaintiff in the case of Isaac v. Circuit City Stores, INC. that is stayed in the United States District Court For The Northern District Of Alabama Southern Division.

2. Ms. Isaac is a *pro se* litigant who resides in Birmingham, Alabama and is attending school at Miles College located in Fairfield, Alabama, full-time which began August 20th 2009.

3. The hearing for Ms. Isaac's motion for Relief From The Automatic Stay will be held on August 27, 2009 at 11:00 am ET in Richmond, Virginia at the Nineteenth Omnibus hearing.

4. For the above reasons Ms. Isaac will not be able to attend the hearing in person, but respectfully asks that this Court will allow her to appear at the hearing via telephone.

5. Ms. Isaac also prays that this Court allows her to amend the plaintiff's complaint, if granted relief from the stay.

**WHEREFORE, Premises Considered**, for the foregoing reasons and for cause shown, Movant respectfully prays that this Court grants relief and:

(a) allows the movant to appear telephonically at the Nineteenth Omnibus Hearing.

(b) grants the movant additional relief as this Court deems just and proper.

(c) grant the movant permission to amend the plaintiffs complaint if granted relief from the automatic stay.

Date: August 2/2009

Respectfully Submitted

Ashley Isaac, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and an exact copy of the document has been delivered to the following party by certified United States Mail, properly addressed, postage pre-paid

*Ashley Isaac, pro se*

**OF COUNSEL:**
Gregg M. Galardi Esq.
Ian S. Fredericks Esq.
Skadden, Arps, Slate, Meagher & Flom LLP.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636