Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(MODIFACTION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Thirty-Fourth Omnibus Objection to Claims

(Modification of Certain Duplicate 503(b)(9) Claims) (the

"Objection"), and hereby move this Court, pursuant to

section 502 of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule

3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as

Exhibit A, granting the relief sought by this Objection, and

in support thereof state as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this district is proper under 28 U.S.C.

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

§§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105, 502, and 503(b)(9) and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy

Code Sections 105 and 503(b)(9) and Approving Form, Manner
and Sufficiency of Notice of the Bar Date Pursuant to
Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar
Date Order").

7.   Pursuant to the 503(b)(9) Bar Date Order, this
Court approved the form and manner of the 503(b)(9) bar date
notice, which was attached as Exhibit A to the 503(b)(9) Bar
Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to
the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice,
the bar date for filing proofs of claim asserting
administrative priority claims pursuant to section 503(b)(9)
of the Bankruptcy Code was on December 19, 2008 (the
"503(b)(9) Bar Date").

8.   On November 19, 2008, KCC served a copy of the
503(b)(9) Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 358).
In addition, the Debtors published the 503(b)(9) Bar Date
Notice in The New York Times (Docket No. 549), The Wall
Street Journal (Docket No. 548),and The Richmond Times-
Dispatch (Docket No. 547).

9.   On December 10, 2008, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and
502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

10.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

11.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

12.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors'
remaining stores.   As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

13.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

**OBJECTION TO CLAIMS**

14.   As more particularly described herein, and as
further illustrated on Exhibit C attached hereto, the
Debtors seek in this Objection the disallowance of certain
duplicative claims, all as further described herein and
pursuant to the form of order attached hereto as Exhibit A.
Many of the claims that are the subject of this Objection
were included in a previous omnibus objection to claims in

which the claim or portion thereof was modified and/or reclassified.  By this Objection, the Debtors are seeking to modify the claims as set forth on <u>Exhibit C</u> attached hereto.

15.   The claims that are the subject of this Objection may be the subject to additional subsequently filed objections.

16.   The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

17.   Attached as <u>Exhibit B</u> is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number, and the exhibit upon which the claimant's claim is located.  <u>See</u> Bankruptcy Rule 3007(e)(1) and (2).  In addition, this Objection is filed in accordance with this Court's Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## **DUPLICATIVE CLAIMS**

18.   <u>Exhibit C</u> contains a listing of claims that were

filed by certain claimants (collectively, the "Claimants")
who filed two (2) or more proofs of claim, or portions
thereof, against the same Debtor asserting the same
liability (collectively, the "Duplicate Claims").  The
Claimants timely filed proofs of claim asserting
administrative priority pursuant to section 503(b)(9) of the
Bankruptcy Code (collectively, the "503(b)(9) Claims") by
the 503(b)(9) Bar Date.  Thereafter, the Claimants filed
additional proofs of claim asserting additional claims
against the Debtors (e.g., general unsecured claims), which
also reasserted such Claimants' 503(b)(9) claims.  To the
extent that the 503(b)(9) Claims are again asserted in the
Duplicate Claims, the portion(s) of the Duplicate Claims
representing duplicate liability should be disallowed.

     19.  The Debtors object to the Duplicate Claims
because, among other reasons, the amounts and basis of a
portion of the Duplicate Claims also are set forth in a
corresponding 503(b)(9) Claim filed by the same Claimant.
Such repetitive claims should be disallowed.  The Duplicate
Claims listed on Exhibit C should be modified for all
purposes in these bankruptcy cases with the "Modified
Surviving Amount" on Exhibit C (collectively, the "Modified
Surviving Claims").  The classification of the Modified

Surviving Claims shall remain as the classification as filed.[2]

20.   The Debtors reserve the right to object to all of the claims set forth in this Objection on any other grounds at any time.

## RESERVATION OF RIGHTS

21.   As noted above, the Debtors reserve their rights to file objections to the Duplicate Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.   The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

22.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

---

[2]  To the extent an otherwise valid surviving claim, as set forth on Exhibit C, is not allowed administrative expense status under section 503(b)(9) of the Bankruptcy Code, this Objection is without prejudice to such claimant's right to reclassify such claim to general unsecured status.

Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").  The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

23.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. (Eastern) on September 15, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **11:00 a.m. on**

**September 22, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[3]   However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, reclassifying the Misclassified Claims into general unsecured, non-priority claims as set forth in Exhibit C attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

24.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

25.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Objection, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

---

[3]   In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

## NO PRIOR RELIEF

26.    No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia
       August 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO
CLAIMS (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Thirty-Fourth Omnibus Objection to Claims

(Modification of Certain Duplicate 503(b)(9) Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be modified and/or disallowed for all purposes in these bankruptcy cases as set forth on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants[1] being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever disallowed and/or modified for all purposes in these bankruptcy cases; provided, however, to the extent an otherwise valid surviving claim, as set forth on Exhibit A, is not allowed administrative expense status under section 503(b)(9) of the

---

[1] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Objection.

Bankruptcy Code, this Objection is without prejudice to such

claimant's right to reclassify such claim to general

unsecured status.


Dated: Richmond, Virginia
       September ___, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

          - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    _/s/ Douglas M. Foley_____
                    Douglas M. Foley


\9791635.1


4

In re: Circuit City Stores, Inc, et al.                              Debtors' Thirty-Fourth Omnibus Objection to Claims (Partial Duplication)  - Modified
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Fourth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AAMP OF AMERICA | 536 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ACTIONTEC | 3032 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ADD ON COMPUTER | 6692 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ALLIANCE ENTERTAINMENT LLC | 9640 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ALLSOP INC | 3989 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| AUDIOVOX CORPORATION | 7983 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| CLARKSVILLE GAS & WATER DEPARTMENT | 2459 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| COBRA ELECTRONICS | 1803 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| COCA COLA ENTERPRISES INC | 12875 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| COHESION PRODUCTS | 38 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT | 9182 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| CYBER ACOUSTICS | 3290 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| DIRECTV INC | 7963 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| DSI DISTRIBUTING INC | 3332 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| EASTMAN KODAK CO | 5704 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ENERGIZER BATTERY CO | 9221 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| ENVISION PERIPHERALS INC | 6770 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| HEWLETT PACKARD COMPANY | 7527 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATI | 9486 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| JLG INDUSTRIES INC | 929 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP | 3604 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS COR | 3595 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| LENOVO INC | 9456 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| LG ELECTRONICS USA INC | 13233 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| MAJESCO ENTERTAINMENT COMPANY | 8767 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| METRA ELECTRONICS INC | 5090 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| MITAC USA INC DBA MIO TECHNOLOGY USA LTD | 2138 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| MIZCO INTERNATIONAL INC | 3372 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| MOTOROLA INC | 13096 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| PANASONIC CORPORATION OF NORTH AMERICA | 13685 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| PANASONIC CORPORATION OF NORTH AMERICA | 13203 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| SACRAMENTO COCA COLA BOTTLING CO INC | 2140 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| SCREENLIFE LLC | 302 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES | 13999 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| TAMRAC INC | 5833 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| TEMPLE INLAND | 2100 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| TOMTOM INC | 3039 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| TRACFONE WIRELESS INC | 7128 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |
| TRIGEM USA INC | 3449 | EXHIBIT C - (PARTIAL DUPLICATION) - MODIFIED |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 536 | 11/25/2008 | AAMP OF AMERICA | AAMP OF AMERICA 13160 56TH CT CLEARWATER, FL 33760 | AAMP OF AMERICA 13160 56TH CT CLEARWATER, FL 33760 | CIRCUIT CITY STORES, INC. | Unsecured | $303,819.90 | $303,819.90 | $259,893.20 | ($43,926.70) |
| 49 | 11/25/2008 | AAMP OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $43,926.70 | $43,926.70 | $43,926.70 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3032 | 1/8/2009 | ACTIONTEC | ACTIONTEC 760 NORTH MARY AVE SUNNYVALE, CA 94085 | ACTIONTEC 760 NORTH MARY AVE SUNNYVALE, CA 94085 | CIRCUIT CITY STORES, INC. | Unsecured | $149,312.83 | $149,312.83 | $139,248.73 | ($10,064.10) |
| 501 | 12/1/2008 | ACTIONTEC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $18,349.38 | $18,349.38 | $18,349.38 | $0.00 |
| 501 | 12/1/2008 | ACTIONTEC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6692 | 1/28/2009 | ADD ON COMPUTER | ADD ON COMPUTER 34 MAUCHLY STE A IRVINE, CA 92618 | ADD ON COMPUTER 34 MAUCHLY STE A IRVINE, CA 92618 | CIRCUIT CITY STORES, INC. | Unsecured | $44,557.26 | $44,557.26 | $37,149.50 | ($7,407.76) |
| 182 | 12/5/2008 | ADD ON COMPUTER PERIPHERALS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $7,407.76 | $7,407.76 | $7,407.76 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9640 | 1/30/2009 | ALLIANCE ENTERTAINMENT LLC | ALLIANCE ENTERTAINMENT LLC ATTN DOUGLAS J BATES GEN COUNSEL 27500 RIVERVIEW CTR BLVD BONITA SPRINGS, FL 34134 | ALLIANCE ENTERTAINMENT LLC ATTN DOUGLAS J BATES GEN COUNSEL 27500 RIVERVIEW CTR BLVD BONITA SPRINGS, FL 34134 | CIRCUIT CITY STORES, INC. | Unsecured | $11,646,519.00 | $11,646,519.00 | $7,925,949.24 | ($3,720,569.76) |
| 1442 | 12/17/2008 | ALLIANCE ENTERTAINMENT LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,010,658.44 | $4,010,658.44 | $4,010,658.44 | $0.00 |
| 1442 | 12/17/2008 | ALLIANCE ENTERTAINMENT LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3989 | 1/19/2009 | ALLSOP INC | ALLSOP INC PO BOX 23 BELLINGHAM, WA 98227 | VONWIN CAPITAL MANAGEMENT, LP 261 FIFTH AVE 22ND FL NEW YORK, NY 10016 | CIRCUIT CITY STORES, INC. | Unsecured | $72,811.08 | $72,811.08 | $52,118.04 | ($20,693.04) |
| 234 | 11/28/2008 | ALLSOP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $20,693.04 | $20,023.56 | $20,023.56 | $0.00 |
| 234 | 11/28/2008 | ALLSOP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $669.48 | $669.48 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7983 | 1/29/2009 | AUDIOVOX CORPORATION | AUDIOVOX CORPORATION DUANE MORRIS 30 S 17TH ST PHILADELPHIA, PA 19103 | CREDIT SUISSE INTERNATIONAL 11 MADISON AVE 5TH FL NEW YORK, NY 10010 | CIRCUIT CITY STORES, INC. | Unsecured | $5,636,579.26 | $5,636,579.26 | $2,797,866.23 | ($2,838,713.03) |
| 954 | 12/19/2008 | AUDIOVOX CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $2,901,345.35 | $2,901,345.35 | $2,901,345.35 | $0.00 |
| 954 | 12/19/2008 | AUDIOVOX CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 12/1/2008 | CINTAS FIRST AID & SAFETY | ATTN: JENNIFER SIMPSON 6800 CINTAS BLVD MASON, OH 45040 | ATTN: JENNIFER SIMPSON 6800 CINTAS BLVD MASON, OH 45040 | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $7,849.74 | $7,849.74 | $0.00 | ($7,849.74) |
| 484 | 12/1/2008 | CINTAS FIRST AID & SAFETY | 6800 CINTAS BLVD CINTAS FIRST AID AND SAFETY MASON, OH 45040 | 6800 CINTAS BLVD CINTAS FIRST AID AND SAFETY MASON, OH 45040 | CIRCUIT CITY PURCHASING COMPANY, LLC | 503(b)(9) - Admin Priority | $7,849.74 | $3,255.64 | $3,255.64 | $0.00 |
| 484 | 12/1/2008 | CINTAS FIRST AID & SAFETY | SEE ABOVE | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $0.00 | $4,594.10 | $4,594.10 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2459 | 1/5/2009 | CLARKSVILLE GAS & WATER DEPARTMENT | CLARKSVILLE GAS & WATER DEPARTMENT P O BOX 387 CLARKSVILLE, TN 37041-0387 | CLARKSVILLE GAS & WATER DEPARTMENT P O BOX 387 CLARKSVILLE, TN 37041-0387 | CIRCUIT CITY STORES, INC. | Unsecured | $304.61 | $304.61 | $0.00 | ($304.61) |
| 379 | 12/1/2008 | CLARKSVILLE GAS & WATER DEPT | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $304.61 | $304.61 | $304.61 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1803 | 12/22/2008 | COBRA ELECTRONICS | COBRA ELECTRONICS 6500 W CORTLAND CHICAGO, IL 60707 | COBRA ELECTRONICS 6500 W CORTLAND CHICAGO, IL 60707 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $758.00 | $758.00 | $0.00 | ($758.00) |
| 1803 | 12/22/2008 | COBRA ELECTRONICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $46,457.62 | $46,457.62 | $46,457.62 | $0.00 |
| 647 | 12/8/2008 | COBRA ELECTRONICS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $758.00 | $758.00 | $758.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12875 | 5/5/2009 | COCA COLA ENTERPRISES INC | COCA COLA ENTERPRISES INC MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 800 ATLANTA, GA 30309-7706 | COCA COLA ENTERPRISES INC MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 800 ATLANTA, GA 30309-7706 | CIRCUIT CITY STORES, INC. | Administrative | $217,262.63 | $217,262.63 | $8,387.27 | ($208,875.36) |
| 12875 | 5/5/2009 | COCA COLA ENTERPRISES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $78,352.56 | $78,352.56 | $78,352.56 | $0.00 |
| 1022 | 12/19/2008 | COCA COLA ENTERPRISES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $208,875.36 | $208,875.36 | $208,875.36 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 11/14/2008 | COHESION PRODUCTS | COHESION PRODUCTS 895 DOVE ST STE 311 NEWPORT BEACH, CA 92660 | COHESION PRODUCTS 895 DOVE ST STE 311 NEWPORT BEACH, CA 92660 | CIRCUIT CITY STORES, INC. | Unsecured | $464,250.00 | $464,250.00 | $241,187.16 | ($223,062.84) |
| 1138 | 12/15/2008 | COHESION PRODUCTS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $223,062.84 | $223,062.84 | $223,062.84 | $0.00 |

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9182 | 12/18/2008 | COMCAST CABLE COMMUNICATIONS MANAGEMENT | COMCAST CABLE COMMUNICATIONS MANAGEMENT BALLARD SPAHR ANDREWS & INGERSOLL LLP 300 E LOMBARD ST 18TH FL BALTIMORE, MD 21202 | COMCAST CABLE COMMUNICATIONS MANAGEMENT BALLARD SPAHR ANDREWS & INGERSOLL LLP 300 E LOMBARD ST 18TH FL BALTIMORE, MD 21202 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $184,757.76 | $184,757.76 | $180,707.76 | ($4,050.00) |
| 1474 | 12/16/2008 | COMCAST | COMCAST COMMERCIAL PAYMENT PROCESSING PO BOX 60177 PHILADELPHIA, PA 19102-0177 | COMCAST COMMERCIAL PAYMENT PROCESSING PO BOX 60177 PHILADELPHIA, PA 19102-0177 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $7,800.00 | $4,050.00 | $4,050.00 | $0.00 |
| 1474 | 12/16/2008 | COMCAST | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $3,750.00 | $0.00 | ($3,750.00) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3290 | 1/12/2009 | CYBER ACOUSTICS | CYBER ACOUSTICS 3109 NE 109TH AVE VANCOUVER, WA 98682 | CYBER ACOUSTICS 3109 NE 109TH AVE VANCOUVER, WA 98682 | CIRCUIT CITY STORES, INC. | Unsecured | $223,961.06 | $223,961.06 | $146,871.14 | ($77,089.92) |
| 423 | 12/1/2008 | CYBER ACOUSTICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $223,961.06 | $223,961.06 | $223,961.06 | $0.00 |
| 423 | 12/1/2008 | CYBER ACOUSTICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7963 | 1/29/2009 | DIRECTV INC | DIRECTV INC 660 WOODWARD AVE 2290 FIRST NATIONAL BLDG DETRIOT, MI 48226 | DIRECTV INC 660 WOODWARD AVE 2290 FIRST NATIONAL BLDG DETRIOT, MI 48226 | CIRCUIT CITY STORES, INC. | Secured | $405,000.00 | $405,000.00 | $256,625.00 | ($148,375.00) |
| 7963 | 1/29/2009 | DIRECTV INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $83,075.00 | $83,075.00 | $83,075.00 | $0.00 |
| 1237 | 12/18/2008 | DIRECTV INC | DIRECTV INC 2230 E IMPERIAL HWY EL SEGUNDO, CA 90245 | DIRECTV INC 2230 E IMPERIAL HWY EL SEGUNDO, CA 90245 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $148,375.00 | $148,375.00 | $148,375.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3332 | 1/12/2009 | DSI DISTRIBUTING INC | DSI DISTRIBUTING INC 11338 AURORA AVE DES MOINES, IA 50322 | DSI DISTRIBUTING INC 11338 AURORA AVE DES MOINES, IA 50322 | CIRCUIT CITY STORES, INC. | Unsecured | $6,473.96 | $6,473.96 | $4,396.61 | ($2,077.35) |
| 719 | 12/1/2008 | DSI DISTRIBUTING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $2,077.35 | $2,077.35 | $2,077.35 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

Exhibit C

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5704 | 1/27/2009 | EASTMAN KODAK CO | EASTMAN KODAK CO 14718 GODDINGHAM CT MIDLOTHIAN, VA 23113-6714 | EASTMAN KODAK CO 14718 GODDINGHAM CT MIDLOTHIAN, VA 23113-6714 | CIRCUIT CITY STORES, INC. | Unsecured | $11,819,087.63 | $11,819,087.63 | $7,944,658.75 | ($3,874,428.88) |
| 1147 | 12/16/2008 | EASTMAN KODAK CO | EASTMAN KODAK CO 343 STATE ST ROCHESTER, NY 14650-0207 | EASTMAN KODAK CO 343 STATE ST ROCHESTER, NY 14650-0207 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $3,874,428.88 | $3,874,428.88 | $3,874,428.88 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9221 | 1/30/2009 | ENERGIZER BATTERY CO | ENERGIZER BATTERY CO 533 MARYVILLE UNIVERSITY DR ST LOUIS, MO 63141 | ENERGIZER BATTERY CO 533 MARYVILLE UNIVERSITY DR ST LOUIS, MO 63141 | CIRCUIT CITY STORES, INC. | Unsecured | $701,640.72 | $701,640.72 | $575,726.01 | ($125,914.71) |
| 975 | 12/19/2008 | ENERGIZER BATTERY CO | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $147,984.63 | $125,914.71 | $125,914.71 | $0.00 |
| 975 | 12/19/2008 | ENERGIZER BATTERY CO | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $22,069.92 | $0.00 | ($22,069.92) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6770 | 1/28/2009 | ENVISION PERIPHERALS INC | ENVISION PERIPHERALS INC BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | ENVISION PERIPHERALS INC BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | CIRCUIT CITY STORES, INC. | Unsecured | $559,896.00 | $559,896.00 | $250,380.00 | ($309,516.00) |
| 244 | 12/3/2008 | ENVISION PERIPHERALS INC | ENVISION PERIPHERALS INC 47490 SEABRIDGE DR FREMONT, CA 94538 | ENVISION PERIPHERALS INC 47490 SEABRIDGE DR FREMONT, CA 94538 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $559,896.00 | $309,516.00 | $309,516.00 | $0.00 |
| 244 | 12/3/2008 | ENVISION PERIPHERALS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $250,380.00 | $0.00 | ($250,380.00) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7527 | 1/29/2009 | HEWLETT PACKARD COMPANY | HEWLETT PACKARD COMPANY 150 SPEAR ST STE 1600 SAN FRANCISCO, CA 94105 | HEWLETT PACKARD COMPANY 150 SPEAR ST STE 1600 SAN FRANCISCO, CA 94105 | CIRCUIT CITY STORES, INC. | Unsecured | $129,849,874.68 | $129,849,874.68 | $97,873,167.71 | ($31,976,706.97) |
| 1076 | 12/19/2008 | HEWLETT PACKARD COMPANY | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $37,500,000.00 | $37,500,000.00 | $37,500,000.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9486 | 1/30/2009 | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | CIRCUIT CITY STORES, INC. | Secured | $1,474,385.22 | $1,474,385.22 | $1,249,055.90 | ($225,329.32) |
| 1240 | 12/18/2008 | IMATION ENTERPRISES CORP | IMATION ENTERPRISES CORP 1 IMATION PL BLDG 303 1S 14 OAKDALE, MN 55128 | IMATION ENTERPRISES CORP 1 IMATION PL BLDG 303 1S 14 OAKDALE, MN 55128 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $451,382.26 | $451,382.26 | $451,382.26 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 929 | 12/16/2008 | JLG INDUSTRIES INC | JLG INDUSTRIES INC 1 JLG DR MCCONNELLSBURG, PA 17233-9533 | JLG INDUSTRIES INC 1 JLG DR MCCONNELLSBURG, PA 17233-9533 | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $105,543.41 | $105,543.41 | $91,140.09 | ($14,403.32) |
| 930 | 12/16/2008 | JLG INDUSTRIES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | 503(b)(9) - Admin Priority | $14,403.32 | $14,403.32 | $14,403.32 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3604 | 1/14/2009 | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | CIRCUIT CITY STORES, INC. | Unsecured | $1,144,665.44 | $1,144,665.44 | $202,424.38 | ($942,241.06) |
| 602 | 12/4/2008 | JVC COMPANY OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $1,030,219.68 | $942,241.06 | $942,241.06 | $0.00 |
| 602 | 12/4/2008 | JVC COMPANY OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $87,978.62 | $0.00 | ($87,978.62) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3595 | 1/14/2009 | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | CIRCUIT CITY STORES, INC. | Unsecured | $495,149.49 | $495,149.49 | $168,690.09 | ($326,459.40) |
| 572 | 12/4/2008 | JVC AMERICAS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $479,904.40 | $326,459.40 | $326,459.40 | $0.00 |
| 572 | 12/4/2008 | JVC AMERICAS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $153,445.00 | $0.00 | ($153,445.00) |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9456 | 1/30/2009 | LENOVO INC | LENOVO INC 1009 THINK PL MORRISVILLE, NC 27560 | LENOVO INC 1009 THINK PL MORRISVILLE, NC 27560 | CIRCUIT CITY STORES, INC. | Unsecured | $8,589,126.82 | $8,589,126.82 | $7,327,808.34 | ($1,261,318.48) |
| 1382 | 12/19/2008 | LENOVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $1,261,318.48 | $1,261,318.48 | $1,261,318.48 | $0.00 |
| 1382 | 12/19/2008 | LENOVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13233 | 6/1/2009 | LG ELECTRONICS USA INC | LG ELECTRONICS USA INC WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | LG ELECTRONICS USA INC WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | CIRCUIT CITY STORES, INC. | Unsecured | $41,478,011.85 | $41,478,011.85 | $20,878,941.60 | ($20,599,070.25) |
| 1261 | 12/18/2008 | LG ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $20,599,070.25 | $5,397,977.00 | $5,397,977.00 | $0.00 |
| 1261 | 12/18/2008 | LG ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $15,201,093.25 | $15,201,093.25 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 8767 | 1/30/2009 | MAJESCO ENTERTAINMENT COMPANY | MAJESCO ENTERTAINMENT COMPANY PORZIO BROMBERG & NEWMAN PC 100 SOUTHGATE PKWY MORRISTOWN, NJ 07962 | MAJESCO ENTERTAINMENT COMPANY PORZIO BROMBERG & NEWMAN PC 100 SOUTHGATE PKWY MORRISTOWN, NJ 07962 | CIRCUIT CITY STORES, INC. | Unsecured | $258,432.00 | $258,432.00 | $104,832.00 | ($153,600.00) |
| 1385 | 12/19/2008 | MAJESCO ENTERTAINMENT COMPANY | MAJESCO ENTERTAINMENT COMPANY 160 RARITAN CTR PKWY EDISON, NJ 08837 | MAJESCO ENTERTAINMENT COMPANY 160 RARITAN CTR PKWY EDISON, NJ 08837 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $153,600.00 | $153,600.00 | $153,600.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5090 | 1/21/2009 | METRA ELECTRONICS INC | METRA ELECTRONICS INC ATTORNEY FOR METRA ELECTRONICS CORP 255 N LIBERTY ST JACKSONVILLE, FL 32202 | METRA ELECTRONICS INC ATTORNEY FOR METRA ELECTRONICS CORP 255 N LIBERTY ST JACKSONVILLE, FL 32202 | CIRCUIT CITY STORES, INC. | Unsecured | $1,445,697.02 | $1,445,697.02 | $986,020.88 | ($459,676.14) |
| 1300 | 12/18/2008 | METRA ELECTRONICS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $457,580.46 | $457,580.46 | $457,580.46 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2138 | 12/30/2008 | MITAC USA INC DBA MIO TECHNOLOGY USA LTD | MITAC USA INC DBA MIO TECHNOLOGY USA LTD ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH ST NW COLUMBIA CENTER WASHINGTON, DC 20005-1706 | MITAC USA INC DBA MIO TECHNOLOGY USA LTD ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH ST NW COLUMBIA CENTER WASHINGTON, DC 20005-1706 | CIRCUIT CITY STORES, INC. | Unsecured | $1,577,425.26 | $1,577,425.26 | $1,281,325.26 | ($296,100.00) |
| 230 | 11/28/2008 | MITAC USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $296,100.00 | $296,100.00 | $296,100.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3372 | 1/9/2009 | MIZCO INTERNATIONAL INC | MIZCO INTERNATIONAL INC 140 58TH ST BROOKLYN, NY 11220 | MIZCO INTERNATIONAL INC 140 58TH ST BROOKLYN, NY 11220 | CIRCUIT CITY STORES, INC. | Unsecured | $443,969.76 | $443,969.76 | $275,386.84 | ($168,582.92) |
| 754 | 12/12/2008 | MIZCO INTERNATIONAL INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $168,582.92 | $113,760.96 | $113,760.96 | $0.00 |
| 754 | 12/12/2008 | MIZCO INTERNATIONAL INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $54,821.96 | $54,821.96 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13096 | 12/19/2008 | MOTOROLA INC | MOTOROLA INC<br>BUCHANAN INGERSOLL & ROONEY PC<br>1700 K ST NW STE 300<br>WASHINGTON, DC 20006-3807 | MOTOROLA INC<br>BUCHANAN INGERSOLL & ROONEY PC<br>1700 K ST NW STE 300<br>WASHINGTON, DC 20006-3807 | CIRCUIT CITY STORES, INC. | Administrative | $495,963.00 | $495,963.00 | $0.00 | ($495,963.00) |
| 1320 | 12/19/2008 | MOTOROLA INC | MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044 | MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $495,963.74 | $495,963.74 | $495,963.74 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13203 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA 1 PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | BANK OF AMERICA N A BANK OF AMERICA TOWER 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $3,951,683.90 | $3,951,683.90 | $0.00 | ($3,951,683.90) |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,251,352.72 | $3,951,683.90 | $3,951,683.90 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $299,668.82 | $299,668.82 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                    **Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13685 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA ONE PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | PANASONIC CORPORATION OF NORTH AMERICA ONE PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | CIRCUIT CITY STORES, INC. | Administrative | $3,951,683.90 | $3,951,683.90 | $0.00 | ($3,951,683.90) |
| 13685 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $3,990,249.63 | $3,990,249.63 | $3,990,249.63 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA 1 PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | BANK OF AMERICA N A BANK OF AMERICA TOWER 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,251,352.72 | $3,951,683.90 | $3,951,683.90 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $299,668.82 | $299,668.82 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2140 | 12/30/2008 | SACRAMENTO COCA COLA BOTTLING CO INC | SACRAMENTO COCA COLA BOTTLING CO INC PO BOX 160608 SACRAMENTO, CA 95816 | SACRAMENTO COCA COLA BOTTLING CO INC PO BOX 160608 SACRAMENTO, CA 95816 | CIRCUIT CITY STORES, INC. | Unsecured | $6,111.03 | $6,111.03 | $0.00 | ($6,111.03) |
| 985 | 12/16/2008 | SACRAMENTO COCA COLA BOTTLING | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $6,111.03 | $6,111.03 | $6,111.03 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 302 | 11/20/2008 | SCREENLIFE LLC | SCREENLIFE LLC CO SCREENLIFE LLC 111 SOUTH JACKSON ST SEATTLE, WA 98104 | SCREENLIFE LLC CO SCREENLIFE LLC 111 SOUTH JACKSON ST SEATTLE, WA 98104 | CIRCUIT CITY STORES PR, LLC | Unsecured | $611,361.40 | $611,361.40 | $596,207.88 | ($15,153.52) |
| 964 | 12/19/2008 | SCREENLIFE LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $15,153.52 | $15,153.52 | $15,153.52 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13999 | 6/30/2009 | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES TWO JAMES CTR 17TH FL 1021 E CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES TWO JAMES CTR 17TH FL 1021 E CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $291,833.28 | $291,833.28 | $107,075.52 | ($184,757.76) |
| 1221 | 12/18/2008 | SOUTHPEAK INTERACTIVE | SOUTHPEAK INTERACTIVE 2900 POLO PKWY MIDLOTHIAN, VA 23113 | SOUTHPEAK INTERACTIVE 2900 POLO PKWY MIDLOTHIAN, VA 23113 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $184,757.76 | $184,757.76 | $184,757.76 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---------|-----------|---------------|------------------|---------------------|-----------------|------------------------|------------------------|-------------------------------|--------------------------|----------|
| 5833 | 1/26/2009 | TAMRAC INC | TAMRAC INC 9240 JORDAN AVE CHATSWORTH, CA 91311 | TAMRAC INC 9240 JORDAN AVE CHATSWORTH, CA 91311 | CIRCUIT CITY STORES, INC. | Unsecured | $183,956.38 | $183,956.38 | $131,228.71 | ($52,727.67) |
| 187 | 12/5/2008 | TAMRAC INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $52,727.67 | $52,727.67 | $52,727.67 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2100 | 1/2/2009 | TEMPLE INLAND | TEMPLE INLAND LEGAL DEPT 1300 S MOPAC 3RD FL AUSTIN, TX 78746-6933 | TEMPLE INLAND LEGAL DEPT 1300 S MOPAC 3RD FL AUSTIN, TX 78746-6933 | CIRCUIT CITY STORES, INC. | Unsecured | $82,377.37 | $82,377.37 | $41,996.88 | ($40,380.49) |
| 1185 | 12/15/2008 | TEMPLEINLAND | TEMPLEINLAND PO BOX 360853M PITTSBURGH, PA 15251-6853 | TEMPLEINLAND PO BOX 360853M PITTSBURGH, PA 15251-6853 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $40,380.49 | $27,632.59 | $27,632.59 | $0.00 |
| 1185 | 12/15/2008 | TEMPLEINLAND | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $12,747.90 | $12,747.90 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3039 | 1/9/2009 | TOMTOM INC | TOMTOM INC<br>NIXON PEABODY LLP<br>437 MADISON AVE<br>NEW YORK, NY 10128 | TOMTOM INC<br>NIXON PEABODY LLP<br>437 MADISON AVE<br>NEW YORK, NY 10128 | CIRCUIT CITY STORES, INC. | Unsecured | $10,522,043.17 | $10,522,043.17 | $2,109,513.61 | ($8,412,529.56) |
| 368 | 11/24/2008 | TOMTOM INC | TOMTOM INC<br>150 BAKER AVE EXT<br>CONCORD, MA 01742 | TOMTOM INC<br>150 BAKER AVE EXT<br>CONCORD, MA 01742 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $8,412,529.56 | $8,412,529.56 | $8,412,529.56 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | TOSHIBA AMERICA CONSUMER PRODUCTS LLC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | CIRCUIT CITY STORES, INC. | Administrative | $6,393,681.50 | $6,393,681.50 | $1,100,432.50 | ($5,293,249.00) |
| 1331 | 12/19/2008 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $5,735,769.00 | $5,293,249.00 | $5,293,249.00 | $0.00 |
| 1331 | 12/19/2008 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $442,520.00 | $442,520.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                                    **Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified**

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7128 | 1/28/2009 | TRACFONE WIRELESS INC | TRACFONE WIRELESS INC SENIOR VICE PRESIDENT LEGAL 9700 NW 112 AVE MIAMI, FL 33178 | TRACFONE WIRELESS INC SENIOR VICE PRESIDENT LEGAL 9700 NW 112 AVE MIAMI, FL 33178 | CIRCUIT CITY STORES, INC. | Unsecured | $147,377.83 | $147,377.83 | $46,297.83 | ($101,080.00) |
| 752 | 12/12/2008 | TRACFONE WIRELESS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $101,080.00 | $101,080.00 | $101,080.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection (Partial Duplication) - Modified

**Exhibit C**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3449 | 1/13/2009 | TRIGEM USA INC | TRIGEM USA INC C O SAM S OH LIM RUGER & KIM LLP 1055 W 7TH ST STE 2800 LOS ANGELES, CA 90017 | TRIGEM USA INC C O SAM S OH LIM RUGER & KIM LLP 1055 W 7TH ST STE 2800 LOS ANGELES, CA 90017 | CIRCUIT CITY STORES, INC. | Unsecured | $955,968.00 | $955,968.00 | $762,936.00 | ($193,032.00) |
| 111 | 12/2/2008 | AVERATEC INC TRIGEM USA INC | AVERATEC INC TRIGEM USA INC 1231 E DYER RD STE 150 SANTA ANA, CA 92705 | AVERATEC INC TRIGEM USA INC 1231 E DYER RD STE 150 SANTA ANA, CA 92705 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $321,720.00 | $321,720.00 | $321,720.00 | $0.00 |
| 111 | 12/2/2008 | AVERATEC INC TRIGEM USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **Total** | **$349,788,112.08** | **$349,788,112.08** | **$258,524,972.05** | **($91,263,140.03)** |

**Note:**

(1) To the extent that a claim has appeared on  a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court.  Otherwise, the original claimed amount is shown.