## DECLARATION OF MARY AXELSON

I, Mary Axelson, hereby declare as follows:

1. I am employed as a Deputy Treasurer-Tax Collector in the Shasta County Treasurer-Tax Collector/Public Administrator's Office. I have personal knowledge of the facts set forth herein and if called as a witness could and would testify competently thereto under oath.

2. The Shasta County Assessor-Recorder's office entered on the assessment roll a value for business personal property and fixtures owned, possessed, controlled or managed by Circuit City Stores, Inc. ("Circuit City"). Using this valuation, taxes on Circuit City's business personal property and fixtures for tax year 2009/20010 were calculated at the current tax rate. This resulted in the sum of $5,160.91 in business personal property taxes being due from Circuit City on January 1, 2009.

3. These taxes from Circuit City will become delinquent and subject to penalties as of August 31, 2009. After these taxes became due, the Shasta County Treasurer-Tax Collector authorized the filing of a request for payment of an administrative claim for these taxes, along with penalties (if not paid by August 31, 2009). A true and correct copy of the Proof of Claim is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2009 at Redding, California.

_____
Mary Axelson

**COPY**

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | **PROOF OF CLAIM** |
|---|---|
| RICHMOND DIVISION  ADMINISTRATIVE EXPENSE CLAIM REQUEST | |

| **Name of Debtor** CIRCUIT CITY STORES, INC | **Case Number** 08-35653 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**SHASTA COUNTY TAX COLLECTOR**

Name and address where notices should be sent:
SHASTA COUNTY TAX COLLECTOR
PO BOX 99-1830
REDDING CA 96099-1830

Telephone number: 530-225-5511

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identified debtor:
800-003-290

Check here ☐ replaces ☐ amends   If this claim   a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other_____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Your SS #_____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:** January 1, 2009
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ **5,160.82** *PLUS PENALTIES THAT ACCRUE UNTIL PAID IN FULL.
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other
This tax claim is secured by a statutory lien under California State law. The claim is secured under 11 U.S.C Section 506(b).
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in Secured claim, if any: $_____

Note: This claim is subject to interest under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506(b) and 11 U.S.C. Section 511 as well as costs and fees.

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 5,160.82
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S/C § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or service for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a sp9ouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☒ Taxes or penalties owed to governmental units – 11 U.S.C/ § 507(a)(____).
☐ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(____)
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes Purchase orders, invoices, itemized statements of running accounts, contracts, court Judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the Documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**JUN 15 2009**
**KURTZMAN CARSON CONSULTANTS**

| Date 06/11/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim, (attach copy of power of attorney, if any): *Linda Krtek*  Linda Krtek, Deputy Tax Collector |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

TBUN1-45
1.0.044
Case 08-35653-KRH  Doc 4601-1  Filed 08/21/09  Entered 08/21/09 17:37:13  Desc
Exhibit(s) Axelsons Declaration  Page 3 of 7
6/20/2009
11:26:11AM
Lori J. Scott

# SHASTA COUNTY 2009 - 2010 PROPERTY TAX BILL

**Shasta County Treasurer/Tax Collector  P O Box 991830  Redding CA  96099**

## UNSECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2009 - JUNE 30, 2010

### PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 800-003-290-000 |
| FEE NUMBER: | 071-140-032-000 |
| TAX RATE AREA: | 001-108 |
| LOCATION: | 1175 DANA DR |
| ASSESSED OWNER: | CIRCUIT CITY STORES WEST COAST INC #1614 |

### IMPORTANT MESSAGES

Original bill date 07/14/2009
PENALTY IS CHARGED ON ALL LATE POSTMARKS
Values include 10% penalty
1175 DANA DR

CIRCUIT CITY STORES WEST COAST INC #1614
ATTN/TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

2009 - 2010

DUPLICATE COPY

### COUNTY VALUES, EXEMPTIONS AND TAXES

| PHONE #S | VALUE DESCRIPTION | PRIOR | CURRENT | THIS BILL |
|---|---|---|---|---|
| TAX COLLECTOR (530) 225-5511 | FIXED IMPROVEMENTS | | 328,405 | 328,405 |
| VALUATIONS (530) 225-3600 | PERSONAL PROPERTY | | 143,990 | 143,990 |
| EXEMPTIONS (530) 225-3636 | | | | |
| TAX RATES (530) 225-5199 | NET TAXABLE VALUE | | | 472,395 |
| PERS PROP (530) 225-3640 | | | | |
| ADDRESS CHANGES (530) 225-3600 | | | | |
| GENERAL (530) 225-5511 | | | | |
| PAYMENTS (530) 225-5511 | | | | |

VALUES X TAX RATE PER $100  1.000000       4,723.95

### VOTER APPROVED TAXES, FEES AND OTHER CHARGES

| PHONE #S | CODE | DESCRIPTION | ASSESSED VALUES | X | TAX RATE PER $100 | = | AGENCY TAXES |
|---|---|---|---|---|---|---|---|
| (530) 241-3261 | 03550 | SHASTA UNION HSD BOND 2001 | 472,395 | | .017100 | | 80.78 |
| (530) 225-4600 | 03651 | S T & T JOINT COMM COLLEGE BOND 20 | 472,395 | | .009100 | | 42.99 |
| (530) 224-4100 | 04952 | ENTERPRISE SCHOOL BOND 1990 | 472,395 | | .044000 | | 207.85 |
| (530) 224-4100 | 04954 | ENTERPRISE SCHOOL BOND 2008 | 472,395 | | .022300 | | 105.34 |

AGENCY TAXES       436.96

| DUE BY AND DELINQUENT AFTER 8/31/2009 | TOTAL TAXES $5,160.91 |
|---|---|

## IMPORTANT INFORMATION REGARDING THIS UNSECURED TAX BILL

THE LIEN DATE OWNER (ASSESSEE AT 12:01 AM ON JANUARY 1) IS RESPONSIBLE FOR PAYMENT OF THIS TAX BILL. THE SALE OR DISPOSAL OF PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THE OBLIGATION TO PAY TAXES.

IF THE TAXES REMAIN UNPAID AT 5:00 PM ON THE DUE DATE, A 10% PENALTY ATTACHES.
IF THE TAXES REMAIN UNPAID TWO MONTHS AFTER THE DUE DATE, AN ADDITIONAL 1.5% PENALTY ATTACHES ON THE FIRST OF EACH MONTH UNTIL THE TAXES ARE PAID IN FULL.

TO ENFORCE PAYMENT, THE LAW ALLOWS THE TAX COLLECTOR TO PURSUE COLLECTION ENFORCEMENT ACTIVITIES. THIS MAY INCLUDE THE FILING OF A CERTIFICATE OF LIEN OR THE SEIZURE AND SALE OF PERSONAL PROPERTY, IMPROVEMENTS OR POSSESSORY INTEREST OF THE ASSESSEE.

### SHASTA COUNTY UNSECURED PROPERTY TAXES - PAYMENT STUB

**ASMT NUMBER:** 800-003-290-000    2009
**ORIG ASMT:** 800-003-290-000
**FEE NUMBER:** 071-140-032-000
**LOCATION:** 1175 DANA DR
**CURRENT OWNER:** CIRCUIT CITY STORES WEST COAST INC #1614
ATTN/TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

MAKE CHECKS PAYABLE TO:
Lori J. Scott, Treasurer/Tax Collector
PO Box 991830
Redding CA 96099-1830

2009-2010

| IF PAID BY 8/31/2009 | $5,160.91 |
|---|---|

DELINQUENT AFTER 8/31/2009 (INCLUDES PENALTY OF $516.09)    $5,677.00

## SECURED TAXES

1. Your Tax Collector does not determine the amount you pay in taxes. The tax bill amount is computed by multiplying the net taxable value of your property by the tax rates applicable.
2. EXAMINE THE BILL CAREFULLY before paying the same. Be certain it covers your property. Your assessment number represents the book, page, and parcel of the Assessor's plot map. If you are in doubt that this is your assessment, contact the Assessor's office. If you have other property not included in this bill, be sure to obtain additional bill(s) for same. This is the taxpayer's responsibility. **PRIOR YEAR(S) TAXES ARE NOT INCLUDED IN THIS BILL.**
3. TAXES ARE LEVIED on both real personal property as listed and assessed at 12:01 a.m. on the first day of January. Removal of personal property from the premises after that date does not relieve the real estate of the personal property tax lien for the following fiscal year.
4. TAXES ARE DUE as follows: One-half secured property taxes due November 1; remaining one-half taxes due February 1. Both installments may be paid at the time the first installment is paid.
5. TIME OF DELINQUENCY: The times and dates of delinquency are shown on the opposite side of this statement. If unpaid, the penalties shown will attach at indicated times. Note: If such time of delinquency falls on a Saturday, Sunday or legal holiday, the time of delinquency is 5:00 p.m. on the next business day. If paid after June 30, the additional penalties as described in item seven will attach.
6. YOU MAY PAY BY MAIL. Personal checks are accepted, but if a check, draft, or money order given in payment of a tax bill be not paid on presentation, the receipt given by the Tax Collector shall be void and of no effect. ANY CHECK TENDERED TO THE COUNTY WHICH IS DISHONORED DUE TO INSUFFICIENT FUNDS OR WHICH IS WITHDRAWN BY MEANS OF A STOP PAYMENT MAY BE SUBJECT TO A SERVICE CHARGE.

    NOTICE - The Tax Collector accepts CHECKS, DRAFTS and MONEY ORDERS only as agent of the taxpayer for his accommodation, and assumes no responsibility for delay in depositing items for collection, for the loss of such item or the proceeds thereof in transit, or for losses through the failure or neglect of any institution used in the collection thereof or upon which said items are drawn.
7. IF "DELINQUENT TAXES FOR PRIOR YEARS" appears on the face of your bill, this indicates taxes unpaid for a previous year. The property has been Tax Defaulted. If taxes are unpaid, it will be necessary, as provided by law, to pay (a) Delinquent penalties, (b) Costs, (c) Redemption penalties, (d) Redemption Fee. (Sec. 2611, R & T Code).

## SUPPLEMENTAL TAXES

DUE DATE: Taxes on the supplemental bill are due on the date mailed and shall become delinquent on the last day of the month following the month in which the bill is mailed; thereafter, a delinquent penalty of 10% attaches. If the taxes are to be paid in two installments, the second installment shall be delinquent on the last day of the fourth calendar month following the date the first installment is delinquent and thereafter, a penalty of 10% and $10.00 cost attaches on each separate valuation of real property or possessory interest. Note: If the last day of the months falls on a Saturday, Sunday, or legal holiday, the time of delinquency is 5:00 p.m. on the next business day. For bills mailed in the months of July through October, the first installment becomes delinquent at 5:00 p.m. on December 10, the second installment at 5:00 p.m. on April 10 (Section 75.52 R & T Code).

## UNSECURED TAXES

1. OWNERSHIP ON THE LIEN DATE DETERMINES OBLIGATION TO PAY TAXES: The removal or disposal of property after the lien date (January 1) does not relieve the assessee of his tax liability for the ensuing fiscal year (Sec. 2192 R & T Code.)
2. TAXES DUE: All tax liens attach annually as of 12:01 a.m., January 1 preceding the fiscal year for which the taxes are levied (Sec. 2192 R & T Code). The Tax Collector may enforce the collection of unsecured property taxes at any time subsequent to the entry of the tax lien on the assessment roll (Sec. 2902 R & T Code).
3. DELINQUENCY DATE: Taxes on the Unsecured Roll as of July 31 are delinquent if not paid on or before August 31, and thereafter a penalty of 10% attaches to them. An additional penalty of 1 ½% per month attaches 60 days after the 10% penalty attaches (Sec. 2922 R & T Code). If August 31 (or the last day of any month) falls on Saturday, Sunday, or a legal holiday, the time of delinquency is 5:00 p.m. on the next business day.
4. ENFORCEMENT OF PAYMENT: TAXES ON THE UNSECURED ROLL MAY BE COLLECTED BY SEIZURE AND SALE OF ANY OF THE FOLLOWING PROPERTY BELONGING OR ASSESSED TO THE ASSESSEE: (a) Personal Property, (b) Improvements, (c) Possessory Interests (Sec. 2951 R & T Code).
5. CERTIFICATE OF LIEN: If not paid by delinquent date, a certificate of lien will be recorded upon all real or personal property which will result in charges in addition to penalties. Collection costs will be charged on Delinquent Unsecured Tax Accounts (Sec. 2922(e) R & T Code).
6. For information concerning payment of Escaped Assessments in installments, contact the tax collector at (530) 225-5511.

**Assessor Inquiry - Main**
**Asmt: 800-003-290-000  Feeparcel: 071-140-032-000**
**Owner: CIRCUIT CITY STORES WEST COAST INC #1614**

| Field | Value | | | |
|---|---|---|---|---|
| Situs Address | 1175 DANA DR REDDING 96003 | | | |
| NameAddress | CIRCUIT CITY STORES WEST COAST INC #1614 ATTN/TAX DEPT PO BOX 42304 RICHMOND VA 23242-2304 | | | |

| | | | Values | |
|---|---|---|---|---|
| Status | INACTIVE | Date | 06/24/2009 | |
| Taxability Code | 001 | Descr | BUSINESS OWNERSHIP | |
| | | | Land | |
| TRA | | Base Date | | Structure |
| Creating Doc# | 001-108 | Date | | Fixtures    328,405 |
| Current Doc# | | Date | 08/13/1999 | Growing |
| Terminating Doc# | 2009Iw030809 | Date | 05/26/2009 | Total L&I    328,405 |
| Neighborhood C... | COME | Supl Cnt | | Fixture RP |
| Asmt Description | EQUIPMENT AND SUPPLIES | | | MH PP |
| Land Use 1 | | Land Use 2 | | PP    143,990 |
| Zoning 1 | | Dwell 1 | | Exemption |
| Acres | 0 | SqFt | 0 | Net    472,395 |
| SSN1 | | SSN2 | | R/C # |
| | | | | TR/Date |
| | | | | Status |
| | | | | Description  ENROLLED is BASE YEAR |

**Parcel Desc:**

| Section | TownShip | Range | | | |
|---|---|---|---|---|---|
| Description | | | | | |
| TPZ | Ag Pres | Etal | | Bonds | |
| Multi... | 910 MH | Flag 1 | | Flag 2 | |
| Asmt PP | Tax PP | Appeal | ✓ | Split | |
| Comments | | | | | |

Main | Notes | Ownership Detail | Ownership History | Exemptions | Mfg Homes | Attributes | Value History | Situs | Sales

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Shasta County Tax Collector
PO Box 991830
Redding, CA 96099-1830

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc., case no **08-35653** was received on **6/15/2009** and assigned claim number **13381**

For more information, please visit www.**kccllc.net/circuitcity** or call 1-866-381-91