Gregg M. Galardi, Esq.　　　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &　　MCGUIREWOODS LLP
FLOM, LLP　　　　　　　　　　　　　One James Center
One Rodney Square　　　　　　　　　901 E. Cary Street
PO Box 636　　　　　　　　　　　　 Richmond, Virginia 23219
Wilmington, Delaware 19899-0636　 (804) 775-1000
(302) 651-3000

　　　　- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

    - - - - - - - - - - - - - - -x
    In re:                       :   Chapter 11
                                 :
    CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
    et al.,                      :
                                 :
                 Debtors.        :   Jointly Administered
    - - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS FILED
<u>AGAINST THE WRONG DEBTOR</u>)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Second Omnibus Objection To Claims

(Disallowance Of Certain Claims Filed Against The Wrong

Debtor) (the "Objection"), and it appearing that due and

proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The claims identified on <u>Exhibit A – Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) – Disallowed Claims</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2.  The status hearing on the Objection to the claims identified on <u>Exhibit B – Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) – Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to August 27, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3. The Objection to the claims identified on <u>Exhibit C – Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) – Withdrawn Claims</u> as attached hereto and incorporated herein, is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the claims identified on <u>Exhibit C – Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) – Withdrawn Claims</u> on any grounds and bases are hereby preserved in their entirety.

4. Except as otherwise provided in Paragraph 3 of this Order, the Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
     August __, 2009
     Aug 20 2009

/s/ Kevin Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: August 20 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_/s/ Douglas M. Foley_____
Douglas M. Foley

\9708693.1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 9015<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>A 1 A LECTRICIAN INC<br>DONALD F KING ESQ<br>ODIN FELDMAN & PITTLEMAN PC<br>9302 LEE HWY NO 1100<br>FAIRFAX, VA 22031 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br><br><br><br>$251,463.00<br>$251,463.00 | Claim: 9017<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>A 1 A LECTRICIAN INC<br>DONALD F KING ESQ<br>ODIN FELDMAN & PITTLEMAN PC<br>9302 LEE HWY NO 1100<br>FAIRFAX, VA 22031 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES, INC. (08-35653)<br><br><br><br>$251,463.00<br>$251,463.00 |
| Claim: 7955<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES, INC. (08-35653)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 |
| Claim: 7972<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | ORBYX ELECTRONICS, LLC (08-35662)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES, INC. (08-35653)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 |
| Claim: 7974<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | INTERTAN, INC. (08-35655)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES, INC. (08-35653)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 |
| Claim: 7970<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | CIRCUIT CITY STORES, INC. (08-35653)<br><br><br><br>$20,000,000.00<br>$20,000,000.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 7971<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: ABBOTT ADVERTISING AGENCY, INC. (08-35665)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 7968<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 5787<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>CRONE & ASSOCIATES INC, JAMES AS AGENT FOR PLAZA LAS PALMAS LLC<br>CRONE & ASSOCIATES INC JAMES<br>101 N BROADWAY<br>ESCONDIDO, CA 92025 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $626,250.00<br>Unsecured:<br>Total: $626,250.00 | Claim: 5773<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>CRONE & ASSOCIATES INC, JAMES AS AGENT FOR PLAZA LAS PALMAS LLC<br>CRONE & ASSOCIATES INC JAMES<br>101 N BROADWAY<br>ESCONDIDO, CA 92025 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $626,250.00<br>Unsecured:<br>Total: $626,250.00 |
| Claim: 6750<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DALY CITY PARTNERS I LP<br>JULIE H ROME BANKS<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $122,184.46<br>Total: $122,184.46 | Claim: 6578<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DALY CITY PARTNERS I LP<br>JULIE H ROME BANKS<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $122,184.46<br>Total: $122,184.46 |
| Claim: 173<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>DETROIT MEDIA PARTNERSHIP<br>615 WEST LAFAYETTE BLVD<br>DETROIT, MI 48226 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,513.98<br>Total: $180,513.98 | Claim: 899<br>Date Filed: 12/03/2008<br>Creditor's Name and Address:<br>DETROIT MEDIA PARTNERSHIP<br>615 WEST LAFAYETTE BLVD<br>DETROIT, MI 48226 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,513.98<br>Total: $180,513.98 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 11444<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>EVERGREEN MCDOWELL & PEBBLE CREEK LLC<br>C O WILLIAM NOVOTNY<br>MARISCAL WEEKS MCINTYRE & FRIEDLANDER PA<br>2901 N CENTRAL AVE STE 200<br>PHOENIX, AZ 85012<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $706,847.80<br>Total: $706,847.80 | Claim: 11269<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>EVERGREEN MCDOWELL & PEBBLE CREEK LLC<br>C O WILLIAM NOVOTNY<br>MARISCAL WEEKS MCINTYRE & FRIEDLANDER PA<br>2901 N CENTRAL AVE STE 200<br>PHOENIX, AZ 85012<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $706,847.80<br>Total: $706,847.80 |
| Claim: 9483<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>HAMILTON CHASE SANTA MARIA LLC<br>ATTN MARK SHINDERMAN AND SETH GOLDMAN<br>MUNGER TOLLES & OLSON LLP<br>355 S GRAND AVE 35TH FL<br>LOS ANGELES, CA 90071<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,056,912.41<br>Total: $2,056,912.41 | Claim: 9478<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>HAMILTON CHASE SANTA MARIA LLC<br>ATTN MARK SHINDERMAN AND SETH GOLDMAN<br>MUNGER TOLLES & OLSON LLP<br>355 S GRAND AVE 35TH FL<br>LOS ANGELES, CA 90071<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,056,912.41<br>Total: $2,056,912.41 |
| Claim: 2034<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>JNWK<br>1329 W FM 917<br>JOSHUA, TX 76058<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br>Total: $20,000.00 | Claim: 2211<br>Date Filed: 12/31/2008<br>Creditor's Name and Address:<br>JNWK<br>1329 W FM 917<br>JOSHUA, TX 76058<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br>Total: $20,000.00 |
| Claim: 1403<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br>Total: $327.79 | Claim: 1653<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br>Total: $327.79 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 5595<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br>Total: $327.79 | Claim: 1653<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>LOOMIS<br>2500 CITYWEST BLVD STE NO 900<br>HOUSTON, TX 77042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $327.79<br>Total: $327.79 |
| Claim: 9419<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: ORBYX ELECTRONICS, LLC (08-35662)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 9700<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 9422<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: ABBOTT ADVERTISING AGENCY, INC. (08-35665)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 9691<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>SULEKHA ANAND<br>C O CHRISTOPHER A BANDAS<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9694<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>SULEKHA ANAND<br>C O CHRISTOPHER A BANDAS<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: INTERTAN, INC. (08-35655)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 9304<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>SULEKHA ANAND ON BEHALF OF HERSELF<br>AND ALL OTHERS SIMILARLY SITUATED<br>SULEKHA ANAND<br>C O CHRISTOPHER A BANDAS<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 | Claim: 7973<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000,000.00<br>Total: $20,000,000.00 |
| Claim: 9462<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>TORRANCE TOWNE CENTER ASSOCIATES LLC<br>C O IAN S LANDSBERG<br>LANDSBERG MARGULIES LLP<br>16030 VENTURA BLVD STE 470<br>ENCINO, CA 91436 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $37,400.24<br>Unsecured: $43,746.09<br>Total: $81,146.33 | Claim: 9646<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>TORRANCE TOWNE CENTER ASSOCIATES LLC<br>C O IAN S LANDSBERG<br>LANDSBERG MARGULIES LLP<br>16030 VENTURA BLVD STE 470<br>ENCINO, CA 91436 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $37,400.24<br>Unsecured: $43,746.09<br>Total: $81,146.33 |
| Claim: 9376<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>WRI LAKESIDE MARKETPLACE LLC<br>ATTN JENNY J HYUN ESQ<br>C O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON, TX 77008 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,431,093.39<br>Total: $1,431,093.39 | Claim: 9372<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>WRI LAKESIDE MARKETPLACE LLC<br>ATTN JENNY J HYUN ESQ<br>C O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON, TX 77008 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,431,093.39<br>Total: $1,431,093.39 |

**Total Claims To Be Disallowed:** 23
**Total Asserted Amount To Be Disallowed:** $245,477,066.95

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS LLC<br>LORI E EROPKIN ESQ SBN 253048<br>LEVINSON ARSHONSKY & KURTZ LLP<br>15303 VENTURA BLVD STE 1650<br>SHERMAN OAKS, CA 91403 | 9271 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,234,942.29<br>Total: $2,234,942.29 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| ALLIANCE ENTERTAINMENT LLC<br>C O SOURCE INTERLINK COMPANIES INC<br>ATTN DOUGLAS J BATES GEN COUNSEL<br>27500 RIVERVIEW CTR BLVD<br>BONITA SPRINGS, FL 34134 | 9833 | Secured: $1,028,153.34<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $1,028,153.34 | 01/30/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| ALLIANCE ENTERTAINMENT LLC<br>C O SOURCE INTERLINK COMPANIES INC<br>ATTN DOUGLAS J BATES GEN COUNSEL<br>27500 RIVERVIEW CTR BLVD<br>BONITA SPRINGS, FL 34134 | 1202 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $4,010,658.44<br>Unsecured:<br>Total: $4,010,658.44 | 12/17/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| ALLIANCE ENTERTAINMENT LLC<br>C O SOURCE INTERLINK COMPANIES INC<br>ATTN DOUGLAS J BATES GEN COUNSEL<br>27500 RIVERVIEW CTR BLVD<br>BONITA SPRINGS, FL 34134 | 928 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $4,010,658.44<br>Unsecured:<br>Total: $4,010,658.44 | 12/17/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CORMARK INC<br>NEIL E MCCULLAGH ESQ<br>CANTOR ARKEMA PC<br>PO BOX 561<br>RICHMOND, VA 23218-0561 | 7304 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $13,185.58<br>Total: $13,185.58 | 01/28/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 2

Case 08-35653-KRH    Doc 4603    Filed 08/22/09    Entered 08/23/09 01:03:06    Desc
Imaged Certificate of Service    Page 11 of 14

In re: Circuit City Stores, Inc.,   Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH              Of Certain Claims Filed Against The Wrong Debtor) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DE RITO PAVILIONS 140 LLC<br>ADAM B NACH ESQ<br>LANE & NACH PC<br>2025 N 3RD ST STE 157<br>PHOENIX, AZ 85004 | 4863 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$594,334.52<br>$594,334.52 | 01/21/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MITAC DIGITAL CORP<br>BRANDY GREEN<br>471 EL CAMINO REAL<br>SANTA CLARA, CA 95050 | 6238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $2,328,695.86<br><br><br><br><br>$2,328,695.86 | 01/26/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

**Total:** 7     **$14,220,628.47**

\*    "UNL" denotes an unliquidated claim.

Page 2 of 2

Case 08-35653-KRH    Doc 4603    Filed 08/22/09    Entered 08/23/09 01:03:06    Desc
Imaged Certificate of Service    Page 12 of 14

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance
Of Certain Claims Filed Against The Wrong Debtor) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BEAR VALLEY ROAD PARTNERS LLC<br>ATTN BRAD BECKER<br>C O BECKER DEVELOPMENT INVESTMENTS<br>12730 HIGH BLUFF DR<br>SAN DIEGO, CA 92130 | 12651 | Secured:<br>Priority:<br>Administrative $36,335.39<br>503(b)(9):<br>Unsecured: $968,611.45<br>Total: $1,004,946.84 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 7168 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $74,907.39<br>Total: $74,907.39 | 01/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814 | 12918 | Secured:<br>Priority:<br>Administrative $58,908.69<br>503(b)(9):<br>Unsecured: $1,142,447.41<br>Total: $1,201,356.10 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MANTECA STADIUM PARK LP<br>ATTN DONALD GLATTHORN<br>C O KITCHELL DEVELOPMENT COMPANY<br>703 PALOMAR AIRPORT RD NO 320<br>CARLSBAD, CA 92011 | 12659 | Secured:<br>Priority:<br>Administrative $52,683.77<br>503(b)(9):<br>Unsecured: $687,120.27<br>Total: $739,804.04 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| OTR CLAIREMONT SQUARE<br>ATTN JULIA A VISKANTA<br>C O STATE TEACHERS RETIREMENT SYSTEM OF OHIO<br>44 MONTGOMERY ST STE 2388<br>SAN FRANCISCO, CA 94104-4704 | 12650 | Secured:<br>Priority:<br>Administrative $40,641.08<br>503(b)(9):<br>Unsecured: $586,668.33<br>Total: $627,309.41 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| POINT WEST PLAZA II INVESTORS<br>ATTN LORENE SUBLETT<br>C O BUCKEYE PACIFIC INVESTORS<br>201 HOFFMAN AVE<br>MONTEREY, CA 93940 | 6588 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $126,932.68<br>Total: $126,932.68 | 01/27/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc.,**  Debtors' Twenty Second Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                Of Certain Claims Filed Against The Wrong Debtor) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 6 | $3,775,256.46 | | |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Aug 20, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Aug 22, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2009**              **Signature:** _Joseph Speetjens_