# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| CH-11 CIRCUIT CITY STORES, INC | Case No. 08-35653 |
| ("the Debtors") | |
| | Claim. No.: Sched F |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, ORGANIZATIONAL CONCEPTS INTL LLC, IN THE AMOUNT OF $12,000.00, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**  Organizational Concepts Intl LLC
John R Kurhne, EVP & COO
730 Second Avenue S Ste 730
Minneapolis, MN 55402

PLEASE TAKE NOTICE that the transfer of $12,000.00 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**  VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of Schedule F-Creditors Holding Unsecured nonpriority claims and a copy of the claims agent website listing the claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

(FOR CLERK'S OFFICE USE ONLY):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Ch-11 Circuit City Stores, Inc.

Debtor

Case No. 08-35653

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Organizational Concepts Intl LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $12,000.00 | Sched. F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:
Name:
Title:     Roger Von Spiegel
           Managing Director
Date:

ASSIGNOR: Organizational Concepts Intl LLC
Address:  730 Second Avenue S Ste 730
          Minneapolis, MN 55402

Signature:
Name:   John R. Vuenne
Title:  EVP + COO
Date:   7/28/2009

## Creditor Data

| | |
|---|---|
| Creditor Name: ORGANIZATIONAL CONCEPTS INTL LLC<br>Creditor Notice Name: | Date Claim Filed:<br>KCC Claim #:<br>Amend/Replace? No |
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: | Creditor Info Altered? N |
| Schedule: F<br>Schedule Amt: $12,000.00 | |

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653                        Entity # 1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2314372 - 10168900<br>OREN, JOSEPH E<br>ADDRESS ON FILE | EMPLOYEE BENEFITS RESTORATION PLAN | Contingent, Unliquidated | Unknown |
| 1497589 - 10050856<br>ORFIELD, DOUGLAS MORGAN<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent, Unliquidated | Unknown |
| 1182968 - 10171152<br>ORGANIZATIONAL CONCEPTS INTL LLC<br>730 SECOND AVE S STE 730<br>MINNEAPOLIS MN 55402 | EXPENSE PAYABLE | | $12,000.00 |
| 1511311 - 10017980<br>ORHOPAEDIC TRAUMA & RECONSTRUCTIVEASSOC. LLC<br>460 TOTTEN POND ROAD<br>WALTHAM MA 02451 | POTENTIAL CLAIM<br>CLAIM NUMBER: YLB/51548  /AF | Contingent, Disputed, Unliquidated | Unknown |
| 2328937 - 10089474<br>ORICHKO, TERRY<br>292 W MARTIN ST<br>EAST PALESTINE OH 44413 | POTENTIAL CLAIM<br>CLAIM NUMBER - 20060441751-0001 | Contingent, Disputed, Unliquidated | Unknown |
| 2679312 - 10224101<br>ORIHUELA, JORGE<br>112 FARNHAM AVE<br>GARFIELD NJ 07026-0000 | POTENTIAL REFUND CLAIM | Disputed | $58.45 |
| 2702567 - 10209046<br>ORIHUELA, SUSSY<br>4140 DENMAN ST<br>ELMHURST NY 11373-2255 | POTENTIAL REFUND CLAIM | Disputed | $26.85 |
| 2692416 - 10212211<br>ORINDA, SEARS<br>2602 N 4251ST RD<br>SHERIDAN IL 60551-0000 | POTENTIAL REFUND CLAIM | Disputed | $52.24 |