**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:<br><br>CH-11 CIRCUIT CITY STORES, INC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653<br><br><br><br>Claim. No.: 1032 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, BNSF LOGISTICS, LLC, IN THE AMOUNT OF $5,588.30, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**   BNSF Logistics, LLC
Marck Richards, VP Finance
2500 Lou Mik Drive
Forth Worth, TX 76151

PLEASE TAKE NOTICE that the transfer of $5,588.30 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**   VonWin Capital Management, LP
Attn:  Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of the claims agent website listing the claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

   _____
   **Deputy Clerk**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Ch-11 Circuit City Stores, Inc.

Debtor

Case No. 08-35653

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of BNSF Logistics, LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Claim Amount | Claim No. |
|---|---|
| $5,588.30 | 1032 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:  261 Fifth Avenue, 22nd Floor
          New York, NY 10016

Signature:
Name: Roger Von Spiegel
Title: Managing Director
Date:

ASSIGNOR: BNSF Logistics, LLC
Address:  2500 Lou Mink Drive
          Fort Worth, TX 76151

Signature:
Name: Mark Richards
Title: VP Finance
Date: 7.30.09

# Creditor Data for Claim Number 1032

| Creditor Name: BNSF LOGISTICS LLC<br>Creditor Notice Name: | Date Claim Filed: 12/16/2008<br>KCC Claim #: 1032<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $5,588.30 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 5/12/2009 | Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims | Exhibit C - Non-Goods 503(b)(9) Claims | Resolved Not Expunged |