Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     :   Chapter 11
                           :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                    :
                           :
            Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

   **DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
   (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

their Debtors' Thirty-Seventh Omnibus Objection to Claims

(Reduction of Certain Personal Property Tax Claims) (the

"Objection"), and hereby move this Court, pursuant to

sections 105, 502, and 505 of title 11 of the United States

Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy

Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy

Rule 3007-1, for an order, the proposed form of which is

attached hereto as Exhibit A, granting the relief sought by

this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Objection in this district is proper under 28

---

[1]    The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address of
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

## BACKGROUND

2.   On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.   The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.   On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.   On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.   On January 16, 2009, the Court authorized the

Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant

to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

7.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

8.   On May 15, 2009, the Court entered that certain
Order Pursuant to Bankruptcy Code Sections 105 and 503 and
Bankruptcy Rules 2002 and 9007 (I)Setting Administrative Bar
Date and Procedures for Filing and Objecting to
Administrative Expense Requests and (II) Approving Form and
Manner of Notice Thereof (Docket No. 3354) (the
"Administrative Claims Bar Date Order").

9.    Pursuant to the Administrative Claims Bar Date

Order, the deadline for filing all "Administrative Expenses"

(as defined in the Administrative Claims Bar Date Order)

against the Debtors by any person or entity was 5:00 p.m.

(Pacific) on June 30, 2009 (the "Administrative Claims Bar

Date").  Pursuant to the Claims Bar Date Order, this Court

approved the form and manner of the claims bar date notice,

which was attached as Exhibit A to the Administrative Claims

Bar Date Order (the "Administrative Claims Bar Date

Notice").

10.    On or before May 22, 2009, KCC served a copy of

the Administrative Claims Bar Date Notice on all parties who

filed notices of appearance pursuant to Bankruptcy Rule

2002, all of the Debtors' scheduled creditors in these

cases, the Debtors' equity holders, and certain other

parties (Docket Nos. 3397 and 4609).  In addition, the

Debtors published the Administrative Claims Bar Date Notice

in The Financial Times (Docket No. 3970), and The Richmond

Times-Dispatch (Docket No. 3969) and The Wall Street Journal

(Docket No. 3968).

## OBJECTIONS TO CLAIMS

11.    By this Objection, the Debtors seek entry of an

order, in substantially the form annexed as Exhibit A,

pursuant to Bankruptcy Code sections 105(a), 502, and 505
and Bankruptcy Rule 3007, reducing the claims asserted
against the Debtors as set forth on <u>Exhibit C</u> (the
"Claims").  The Claims were filed by local taxing
authorities asserting claims for 2009 personal property
taxes on personal property at the Debtors' store locations
in the taxing authorities' jurisdictions.  The Debtors have
reviewed the Claims and submit that the Claims are
overstated in amount given the value of the personal
property that is the subject of the personal property taxes.

12.  The Debtors, with the assistance of Ernst & Young
LLP ("E&Y"), determined the appropriate personal property
tax value of personal property assets at each of the
Debtors' store locations as of the appropriate assessing
jurisdiction's 2009 assessment date.  The standard used to
determine the value is in accordance with each state's
valuation standard, which is typically fair market value or
an interchangeable and equivalent substitutive term.  In
accordance with these standards, the Debtors applied the
highest possible premise of value under the applicable value
standard.

13.  In determining the appropriate personal property
value of the assets, either in exchange or in place and in

use, as of the 2009 assessment date, the Debtors analyzed
multiple issues and analyses.  To determine the value of the
taxable furniture, fixtures, equipment, and leasehold
improvements, the Debtors reviewed representative models of
the subject property's site configuration and reviewed the
subject store's detailed list of assets, as inventoried by
the Debtors, to determine the replacement costs of the
taxable assets.  The replacement costs were derived using
current vendor costs to the Debtors and, where appropriate,
costs to install and place the assets in service.

14.  Through personal interviews with used equipment
vendors, the Debtors derived the selling price of the assets
to determine the amount of accumulated depreciation to apply
to the replacement costs and, where appropriate for an in
use and in place premise of value, determine the like amount
of accumulated depreciation of the costs to install and
place the assets in service.

15.   Where retail inventory held for sale, and/or
consumable supplies, are taxable assets, the same premise of
value for the furniture, fixtures, equipment, and leasehold
improvements were used.  After a review of the adjustments
made to the Debtors' beginning costs of the retail
inventory, including but not limited to obsolescence,
distribution, and freight, the fair market value of the
inventory did not exceed its book value.  Therefore, the
Debtors used the book value of the inventory as its fair
market value under the stated premise of value.  For
consumable supplies, the Debtors determined the value by the
amount reported on the Debtors personal property tax
rendition, which is approximately a one month's supply of
the year ending balances for expensed supplies.

16.   In this Objection, and for the foregoing reasons,
the Debtors are objecting to 120 claims for 2009 personal
property taxes that were filed in the aggregate amount of
$4,600,321.53 and are seeking to reduce the claims for 2009
personal property taxes to no more than $2,355,096.95 in the
aggregate.

17.   For ease of reference, attached as Exhibit B is an
alphabetical listing of all Claimants whose Claims are
included in this Objection, with a cross-reference by claim

8

number.

18.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## RESERVATION OF RIGHTS

19.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

20.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, and to parties-in-interest in

accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Bankruptcy Rule 7004 and the
applicable provisions of Federal Rule of Civil Procedure 4;
(b) to the extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or any
attachment thereto; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the Claimant's
behalf in the Debtors' bankruptcy cases.  The Debtors are
serving the Claimant with this Objection and the exhibit on
which the Claimant's claim is listed.

    21.  To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
September 25, 2009** as required by the Case Management Order
and under applicable law, and the parties are unable to

otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any
such responding claimant at **2:00 p.m. on October 7, 2009** and
thereafter schedule the matter for a future hearing as to
the merits of such claim.[2]  However, to the extent any
Claimant fails to timely file and properly serve a response
to this Objection as required by the Case Management Order
and applicable law, the Debtors request that the Court enter
an order, substantially in the form attached hereto as
Exhibit A, disallowing the Claims set forth on Exhibit C
attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

22.   This Objection complies with Bankruptcy Rule
3007(e).  Additionally, the Debtors submit that this
Objection is filed in accordance with the Omnibus Objection
Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

23.   Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in the
Motion, the Debtors request that the requirement that all

---

[2]  In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

motions be accompanied by a written memorandum of law be waived.

## **NO PRIOR RELIEF**

24.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER &
      August 24, 2009     FLOM, LLP
                       Gregg M. Galardi, Esq.
                       Ian S. Fredericks, Esq.
                       P.O. Box 636
                       Wilmington, Delaware 19899-0636
                       (302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

          **ORDER SUSTAINING DEBTORS' THIRTY-SEVENTH
          OMNIBUS OBJECTION TO CLAIMS (REDUCTION
          OF CERTAIN PERSONAL PROPERTY TAX CLAIMS))**

     THIS MATTER having come before the Court on the

Debtors' Thirty-Seventh Omnibus Objection to Claims

(Reduction of Certain Personal Property Tax Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be reduced for those reasons set forth in the

Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of

the Objection need be given; and it further appearing that

no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

        IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

        1.    The Objection is GRANTED.

        2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reduced as set

forth on Exhibit A for all purposes in these bankruptcy

cases.

Dated: Richmond, Virginia
       _____, 2009


                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE


                              2

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\9800560.1

3

Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction Of Certain Personal Property Tax Claims)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ADA COUNTY TREASURER | 14430 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ALAMEDA COUNTY TAX COLLECTOR | 13294 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ALIEF INDEPENDENT SCHOOL DISTRICT | 13666 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | 6535 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BEXAR COUNTY | 5119 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BLOUNT COUNTY TRUSTEE | 12879 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BOULDER COUNTY TREASURER | 10419 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT NO 6 | 13683 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BRAZORIA COUNTY TAX OFFICE | 13679 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BREVARD COUNTY FLORIDA TAX COLLECTOR | 13320 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| BROWNSVILLE ISD | 12048 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CAMERON COUNTY | 10987 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CARROLL INDEPENDENT SCHOOL DISTRICT | 6536 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CHARLES COUNTY MARYLAND | 13576 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CHATHAM COUNTY GEORGIA TAX COMMISSIONER | 13638 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY AND COUNTY OF DENVER TREASURY | 14010 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF ANN ARBOR | 14254 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF BRIGHTON | 13834 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF BRIGHTON | 11213 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF BROOKFIELD, WI | 12924 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF CEDAR HILL | 6533 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF CHESAPEAKE | 11842 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF EL PASO | 5118 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF FREDERICKSBURG VIRGINIA | 13080 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF FRISCO | 7420 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF HARLINGEN | 10986 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF HURST | 6534 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF LAKE WORTH | 6530 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF MCALLEN | 5279 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF MEMPHIS TN | 7425 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT | 13394 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF MIDLAND A MUNICIPAL CORPORATION MIDLAND COUNTY HOSPITAL DISTRICT MIDLAND INDEPENDENT SCHOOL DISTRICT | 4557 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CITY OF WACO WACO INDEPENDENT SCHOOL DISTRICT | 4558 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | 13671 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF BRAZOS CITY OF COLLEGE STATION A MUNICIPAL CORPORATION COLLEGE STATION INDEPENDENT SCHOOL DISTRICT | 4553 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF COMAL CITY OF NEW BRAUNFELS A MUNICIPAL CORPORATION COMAL INDEPENDENT SCHOOL DISTRICT FARM ROAD | 4551 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |

Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction Of Certain Personal Property Tax Claims)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| COUNTY OF DENTON | 4554 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF MONTEREY CA | 14131 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF SANTA CLARA | 1529 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF SANTA CRUZ | 10454 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF TAYLOR CITY OF ABILENE A MUNICIPAL CORPORATION ABILENE INDEPENDENT SCHOOL DISTRICT | 4550 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF VENTURA TAX COLLECTOR | 14132 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| COUNTY OF WILLIAMSON | 13199 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| CYPRESS FAIRBANKS ISD | 7143 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| DALLAS COUNTY | 10279 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| DESOTO COUNTY MISSISSIPPI | 13944 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| FORT BEND COUNTY | 7144 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| FORT BEND INDEPENDENT SCHOOL DISTRICT | 13680 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| FORT BEND LEVEE IMPROVEMENT DISTRICT NO 2 | 13670 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | 6532 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| GALENA PARK INDEPENDENT SCHOOL DISTRICT | 13681 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| GASTON COUNTY TAX COLLECTOR | 13350 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| GREGG COUNTY | 12031 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HARFORD COUNTY MARYLAND | 13384 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HARLINGEN CISD | 10985 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HARRIS COUNTY ET AL | 14428 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HENRICO COUNTY | 13729 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HENRICO COUNTY | 14040 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HENRICO COUNTY | 14037 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HENRICO COUNTY | 13730 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HENRICO COUNTY | 14035 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HERNANDO COUNTY FLORIDA TAX COLLECTOR | 13385 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HIDALGO COUNTY | 7259 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| HUMBLE INDEPENDENT SCHOOL DISTRICT | 13682 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| IRVING ISD | 7414 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| JANET HOLLEY | 13792 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| JEFFERSON COUNTY | 11694 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| KITSAP COUNTY TREASURER | 13337 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LA COUNTY TREASURER AND TAX COLLECTOR | 13628 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LARIMER COUNTY | 11534 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LEE COUNTY FLORIDA TAX COLLECTOR | 13322 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | 13579 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LONGVIEW INDEPENDENT SCHOOL DISTRICT | 13198 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| LUBBOCK CENTRAL APPRAISAL DISTRICT | 4647 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |

Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction Of Certain Personal Property Tax Claims)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MADISON, CITY OF | 12861 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MANATEE COUNTY FLORIDA TAX COLLECTOR | 13325 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MARION COUNTY FLORIDA TAX COLLECTOR | 13318 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MARTIN COUNTY TAX COLLECTOR | 13599 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MCALLEN ISD | 5263 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MCLENNAN COUNTY | 5244 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MIDLAND COUNTY TAX OFFICE | 4167 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MONTGOMERY COUNTY | 7145 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| MULTNOMAH COUNTY TAX | 11818 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| NUECES COUNTY | 4845 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| OKALOOSA COUNTY FLORIDA TAX COLLECTOR | 13315 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ORANGE COUNTY FLORIDA TAX COLLECTOR | 13316 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ORANGE COUNTY TREASURER TAX COLLECTOR | 11043 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| OSCEOLA COUNTY FLORIDA TAX COLLECTOR | 13064 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| OSCEOLA COUNTY TAX COLLECTOR STATE OF FLORIDA | 13162 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PALM BEACH COUNTY TAX COLLECTOR | 3882 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PIERCE COUNTY BUDGET & FINANCE | 14034 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PIERCE COUNTY BUDGET & FINANCE | 14033 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PIMA COUNTY | 14083 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PINELLAS COUNTY FLORIDA TAX COLLECTOR | 13309 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PLACER COUNTY TAX COLLECTOR | 13291 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| POLK COUNTY FLORIDA TAX COLLECTOR | 13070 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| PRINCE GEORGES COUNTY MARYLAND | 13465 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ROCKWALL CAD | 6940 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ROCKWALL COUNTY | 7416 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| ROUND ROCK ISD | 4850 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SHASTA COUNTY TAX COLLECTOR | 13381 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SMITH COUNTY | 6941 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SNOHOMISH COUNTY TREASURER | 11646 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SOUTH TEXAS COLLEGE | 5202 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SOUTH TEXAS ISD | 4861 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| SPOKANE COUNTY TREASURER | 12322 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TARRANT COUNTY | 10278 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TAX APPRAISAL DISTRICT OF BELL COUNTY | 13398 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TAX COLLECTOR HIGHLANDS COUNTY | 11636 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TAXING DISTRICTS COLLECTED BY POTTER COUNTY | 4218 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| THE WOODLANDS METRO CENTER MUD | 13677 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| THE WOODLANDS ROAD UTILITY DISTRICT NO 1 | 13678 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TRAVIS COUNTY | 14423 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |

Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction Of Certain Personal Property Tax Claims)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Thirty-Seventh Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TREASURER COUNTY OF LOUDOUN VIRGINIA | 13686 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TREASURER OF ALLEN COUNTY INDIANA | 13395 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| TYLER INDEPENDENT SCHOOL DISTRICT | 5328 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| WAKE COUNTY REVENUE DEPARTMENT | 13627 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| WELD COUNTY TREASURER | 11264 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| WHATCOM COUNTY TREASURER | 1837 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |
| WICHITA COUNTY | 10833 | EXHIBIT C - (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) |

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)                               Document          Page 21 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

---

**Claim: 14430**
Date Filed:   07/01/2009
Docketed Total:   $4,430.71
Filing Creditor Name and Address:
  ADA COUNTY TREASURER
  PO BOX 2868
  BOISE, ID 83701

Claim Holder Name and Address
  ADA COUNTY TREASURER
  PO BOX 2868
  BOISE, ID 83701

Case Number: 08-35653
Docketed Total: **$4,430.71**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $4,430.71 | | |

Case Number: 08-35653
Modified Total: **$792.66**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $792.66 | | |

---

**Claim: 13294**
Date Filed:   06/08/2009
Docketed Total:   $51,622.00
Filing Creditor Name and Address:
  ALAMEDA COUNTY TAX
  COLLECTOR
  1221 OAK ST RM 131
  OAKLAND, CA 94612

Claim Holder Name and Address
  ALAMEDA COUNTY TAX
  COLLECTOR
  1221 OAK ST RM 131
  OAKLAND, CA 94612

Case Number: 08-35653
Docketed Total: **$51,622.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $51,622.00 | | | |

Case Number: 08-35653
Modified Total: **$35,207.49**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $35,207.49 | | | |

---

**Claim: 13666**
Date Filed:   06/26/2009
Docketed Total:   $24,845.18
Filing Creditor Name and Address:
  ALIEF INDEPENDENT SCHOOL
  DISTRICT
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

Claim Holder Name and Address
  ALIEF INDEPENDENT SCHOOL
  DISTRICT
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: **$24,845.18**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $24,845.18 | | |

Case Number: 08-35653
Modified Total: **$13,122.95**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,122.95 | | |

---

**Claim: 6535**
Date Filed:   01/16/2009
Docketed Total:   $34,108.73
Filing Creditor Name and Address:
  ARLINGTON INDEPENDENT
  SCHOOL DISTRICT
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address
  ARLINGTON INDEPENDENT
  SCHOOL DISTRICT
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: **$34,108.73**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $34,108.73 | | |

Case Number: 08-35653
Modified Total: **$16,404.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,404.00 | | |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)    Document    Page 22 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5119**
Date Filed: 01/22/2009
Docketed Total: $168,137.32
Filing Creditor Name and Address:
BEXAR COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| BEXAR COUNTY LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | Docketed Total: | $168,137.32 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $168,137.32 | | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $111,593.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $111,593.00 | | | |

---

**Claim: 12879**
Date Filed: 05/05/2009
Docketed Total: $2,992.00
Filing Creditor Name and Address:
BLOUNT COUNTY TRUSTEE
347 COURT ST
MARYVILLE, TN 37804

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| BLOUNT COUNTY TRUSTEE 347 COURT ST MARYVILLE, TN 37804 | Docketed Total: | $2,992.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,992.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $584.04 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $584.04 | | |

---

**Claim: 10419**
Date Filed: 02/09/2009
Docketed Total: $7,224.00
Filing Creditor Name and Address:
BOULDER COUNTY TREASURER
PO BOX 471
BOULDER, CO 80306-0000

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| BOULDER COUNTY TREASURER PO BOX 471 BOULDER, CO 80306-0000 | Docketed Total: | $7,224.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $7,224.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $2,230.53 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,230.53 | | |

---

**Claim: 13683**
Date Filed: 06/26/2009
Docketed Total: $14,279.54
Filing Creditor Name and Address:
BRAZORIA COUNTY MUNICIPAL
UTILITY DISTRICT NO 6
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT NO 6 1235 NORTH LOOP W STE 600 HOUSTON, TX 77008 | Docketed Total: | $14,279.54 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,279.54 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $6,200.57 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,200.57 | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Row 1

**CLAIM TO BE REDUCED**

Claim: 13679
Date Filed:   06/26/2009
Docketed Total:    $46,734.37
Filing Creditor Name and Address:
  BRAZORIA COUNTY TAX OFFICE
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

**CLAIM AS DOCKETED***

Claim Holder Name and Address        Case Number:        08-35653

BRAZORIA COUNTY TAX OFFICE       Docketed Total:       $46,734.37
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $46,734.37 | | |

**CLAIM AS REDUCED**

Case Number:        08-35653

Modified Total:       $20,293.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $20,293.36 | | |

### Row 2

**CLAIM TO BE REDUCED**

Claim: 13320
Date Filed:   06/11/2009
Docketed Total:    $14,429.43
Filing Creditor Name and Address:
  BREVARD COUNTY FLORIDA TAX
  COLLECTOR
  WILLIAMS MULLEN
  PO BOX 1320
  RICHMOND, VA 23218-1320

**CLAIM AS DOCKETED***

Claim Holder Name and Address        Case Number:        08-35653

BREVARD COUNTY FLORIDA TAX       Docketed Total:       $14,429.43
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,429.43 | | | |

**CLAIM AS REDUCED**

Case Number:        08-35653

Modified Total:       $2,319.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,319.81 | | | |

### Row 3

**CLAIM TO BE REDUCED**

Claim: 12048
Date Filed:   04/08/2009
Docketed Total:    $53,012.94
Filing Creditor Name and Address:
  BROWNSVILLE ISD
  BEIRNE MAYNARD & PARSONS
  LLP
  1700 PACIFIC AVE STE 4400
  DALLAS, TX 75201

**CLAIM AS DOCKETED***

Claim Holder Name and Address        Case Number:        08-35653

BROWNSVILLE ISD        Docketed Total:       $53,012.94
BEIRNE MAYNARD & PARSONS LLP
1700 PACIFIC AVE STE 4400
DALLAS, TX 75201

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $53,012.94 | | |

**CLAIM AS REDUCED**

Case Number:        08-35653

Modified Total:       $40,234.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,234.10 | | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Claim 10987

| | | |
|---|---|---|
| Claim: 10987 | Claim Holder Name and Address | |
| Date Filed: 02/04/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $41,055.44 | CAMERON COUNTY | Docketed Total: $41,055.44 | Modified Total: $21,418.29 |
| Filing Creditor Name and Address: | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | |
| CAMERON COUNTY | THE TERRACE II 2700 VIA FORTUNA | | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DR STE 400 | | |
| THE TERRACE II 2700 VIA FORTUNA DR STE 400 | PO BOX 17428 | | |
| PO BOX 17428 | AUSTIN, TX 78760-7428 | | |
| AUSTIN, TX 78760-7428 | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $41,055.44 | | | | | | $21,418.29 | | | |

### Claim 6536

| | | |
|---|---|---|
| Claim: 6536 | Claim Holder Name and Address | |
| Date Filed: 01/16/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $36,143.58 | CARROLL INDEPENDENT SCHOOL DISTRICT | Docketed Total: $36,143.58 | Modified Total: $16,897.59 |
| Filing Creditor Name and Address: | PERDUE BRANDON FIELDER | | |
| CARROLL INDEPENDENT SCHOOL DISTRICT | COLLINS & MOTT LLP | | |
| PERDUE BRANDON FIELDER | PO BOX 13430 | | |
| COLLINS & MOTT LLP | ARLINGTON, TX 76094-0430 | | |
| PO BOX 13430 | | | |
| ARLINGTON, TX 76094-0430 | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $36,143.58 | | | | | | $16,897.59 | | |

### Claim 13576

| | | |
|---|---|---|
| Claim: 13576 | Claim Holder Name and Address | |
| Date Filed: 06/19/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $14,363.49 | CHARLES COUNTY MARYLAND | Docketed Total: $14,363.49 | Modified Total: $1,678.79 |
| Filing Creditor Name and Address: | 6801 KENILWORTH AVE STE 400 | | |
| CHARLES COUNTY MARYLAND | RIVERDALE, MD 20737-1385 | | |
| 6801 KENILWORTH AVE STE 400 | | | |
| RIVERDALE, MD 20737-1385 | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $14,363.49 | | | | | | $1,678.79 | | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Claim 13638

Claim: 13638
Date Filed: 06/26/2009
Docketed Total: $21,376.11
Filing Creditor Name and Address:
  CHATHAM COUNTY GEORGIA
  TAX COMMISSIONER
  SANDS ANDERSON MARKS &
  MILLER PC
  801 E MAIN ST STE 1800
  PO BOX 1998
  RICHMOND, VA 23218-1998

Claim Holder Name and Address | Case Number: 08-35653

CHATHAM COUNTY GEORGIA TAX
COMMISSIONER
SANDS ANDERSON MARKS &
MILLER PC
801 E MAIN ST STE 1800
PO BOX 1998
RICHMOND, VA 23218-1998

Docketed Total: $21,376.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $21,376.11 | | | |

Case Number: 08-35653
Modified Total: $16,282.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $16,282.46 | | | |

### Claim 14010

Claim: 14010
Date Filed: 06/29/2009
Docketed Total: $43,903.70
Filing Creditor Name and Address:
  CITY AND COUNTY OF DENVER
  TREASURY
  MCNICHOLS CIVIC CTR BLDG
  144 W COLFAX AVE RM 384
  DENVER, CO 80202-5391

Claim Holder Name and Address | Case Number: 08-35654

CITY AND COUNTY OF DENVER
TREASURY
MCNICHOLS CIVIC CTR BLDG
144 W COLFAX AVE RM 384
DENVER, CO 80202-5391

Docketed Total: $43,903.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $23,003.25 | $20,900.45 | | |

Case Number: 08-35654
Modified Total: $34,211.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $13,310.75 | $20,900.45 | | |

### Claim 14254

Claim: 14254
Date Filed: 06/30/2009
Docketed Total: $4,565.87
Filing Creditor Name and Address:
  CITY OF ANN ARBOR
  100 N 5TH AVE
  ANN ARBOR, MI 48104

Claim Holder Name and Address | Case Number: 08-35653

CITY OF ANN ARBOR
100 N 5TH AVE
ANN ARBOR, MI 48104

Docketed Total: $4,565.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,565.87 | | | |

Case Number: 08-35653
Modified Total: $1,133.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,133.82 | | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 11213**
Date Filed:    02/24/2009
Docketed Total:    $11,320.40
Filing Creditor Name and Address:
    CITY OF BRIGHTON
    200 N FIRST ST
    BRIGHTON, MI 48116-1593

Claim Holder Name and Address
Case Number:    08-35653
CITY OF BRIGHTON PROPERTY TAX
200 N FIRST ST
BRIGHTON, MI 48116-1593
Docketed Total:    $11,320.40

Case Number:    08-35653
Modified Total:    $4,431.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $11,320.40 | | | | | | $4,431.71 | |

**Claim: 13834**
Date Filed:    06/29/2009
Docketed Total:    $17,276.24
Filing Creditor Name and Address:
    CITY OF BRIGHTON
    LAW OFFICE OF PAUL E BURNS
    133 WEST GRAND RIVER
    BRIGHTON, MI 48116

Claim Holder Name and Address
Case Number:    08-35653
CITY OF BRIGHTON
LAW OFFICE OF PAUL E BURNS
133 WEST GRAND RIVER
BRIGHTON, MI 48116
Docketed Total:    $17,276.24

Case Number:    08-35653
Modified Total:    $10,373.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $17,276.24 | | | | | | $10,373.71 | | | |

**Claim: 12924**
Date Filed:    05/08/2009
Docketed Total:    $14,892.66
Filing Creditor Name and Address:
    CITY OF BROOKFIELD, WI
    2000 NORTH CALHOUN ROAD
    BROOKFIELD, WI 53005

Claim Holder Name and Address
Case Number:    08-35653
CITY OF BROOKFIELD, WI
2000 NORTH CALHOUN ROAD
BROOKFIELD, WI 53005
Docketed Total:    $14,892.66

Case Number:    08-35653
Modified Total:    $9,297.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $14,437.58 | $455.08 | | | | | $8,842.78 | $455.08 |

**Claim: 6533**
Date Filed:    01/16/2009
Docketed Total:    $13,128.34
Filing Creditor Name and Address:
    CITY OF CEDAR HILL
    PERDUE BRANDON FIELDER
    COLLINS & MOTT LLP
    PO BOX 13430
    ARLINGTON, TX 76094-0430

Claim Holder Name and Address
Case Number:    08-35653
CITY OF CEDAR HILL
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430
Docketed Total:    $13,128.34

Case Number:    08-35653
Modified Total:    $6,539.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $13,128.34 | | | | | | $6,539.91 | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 11842**
Date Filed: 03/20/2009
Docketed Total: $27,403.46
Filing Creditor Name and Address:
  CITY OF CHESAPEAKE
  CHESAPEAKE CITY TREASURERS
  OFFICE
  PO BOX 16495
  CHESAPEAKE, VA 23328-6495

Claim Holder Name and Address
CITY OF CHESAPEAKE
CHESAPEAKE CITY TREASURERS
OFFICE
PO BOX 16495
CHESAPEAKE, VA 23328-6495

Case Number: 08-35653
Docketed Total: $27,403.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,622.33 | $10,706.91 | $74.22 |

Case Number: 08-35653
Modified Total: $16,036.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,255.04 | $10,706.91 | $74.22 |

---

**Claim: 5118**
Date Filed: 01/22/2009
Docketed Total: $119,801.93
Filing Creditor Name and Address:
  CITY OF EL PASO
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  711 NAVARRO STE 300
  SAN ANTONIO, TX 78205

Claim Holder Name and Address
CITY OF EL PASO
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Case Number: 08-35653
Docketed Total: $119,801.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $119,801.93 | | | |

Case Number: 08-35653
Modified Total: $68,957.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $68,957.53 | | | |

---

**Claim: 13080**
Date Filed: 05/29/2009
Docketed Total: $9,511.99
Filing Creditor Name and Address:
  CITY OF FREDERICKSBURG
  VIRGINIA
  PO BOX 267
  FREDERICKSBURG, VA 22404

Claim Holder Name and Address
CITY OF FREDERICKSBURG
VIRGINIA
PO BOX 267
FREDERICKSBURG, VA 22404

Case Number: 08-35653
Docketed Total: $9,511.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $9,511.99 | |

Case Number: 08-35653
Modified Total: $1,480.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,480.05 | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 7420**
Date Filed: 01/15/2009
Docketed Total: $8,594.85
Filing Creditor Name and Address:
  CITY OF FRISCO
  LINEBARGER BOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Claim Holder Name and Address        Case Number: 08-35653
  CITY OF FRISCO                      Docketed Total: **$8,594.85**
  LINEBARGER BOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Case Number: 08-35653
Modified Total: **$4,372.16**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $8,594.85 | | | | | | | $4,372.16 | | | |

**Claim: 10986**
Date Filed: 02/04/2009
Docketed Total: $14,393.64
Filing Creditor Name and Address:
  CITY OF HARLINGEN
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  THE TERRACE II 2700 VIA
  FORTUNA DR STE 400
  PO BOX 17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address        Case Number: 08-35653
  CITY OF HARLINGEN                   Docketed Total: **$14,393.64**
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  THE TERRACE II 2700 VIA FORTUNA
  DR STE 400
  PO BOX 17428
  AUSTIN, TX 78760-7428

Case Number: 08-35653
Modified Total: **$7,565.77**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $14,393.64 | | | | | | | $7,565.77 | | | |

**Claim: 6534**
Date Filed: 01/16/2009
Docketed Total: $13,690.47
Filing Creditor Name and Address:
  CITY OF HURST
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address        Case Number: 08-35653
  CITY OF HURST                       Docketed Total: **$13,690.47**
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Case Number: 08-35653
Modified Total: **$7,255.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $13,690.47 | | | | | | | $7,255.96 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 6530**
Date Filed: 01/16/2009
Docketed Total: $7,124.66
Filing Creditor Name and Address:
CITY OF LAKE WORTH
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Holder Name and Address
CITY OF LAKE WORTH
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: $7,124.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $7,124.66 | | |

Case Number: 08-35653
Modified Total: $2,965.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,965.57 | | |

---

**Claim: 5279**
Date Filed: 01/21/2009
Docketed Total: $11,124.70
Filing Creditor Name and Address:
CITY OF MCALLEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
CITY OF MCALLEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $11,124.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,124.70 | | | |

Case Number: 08-35653
Modified Total: $7,727.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $7,727.20 | | | |

---

**Claim: 7425**
Date Filed: 01/27/2009
Docketed Total: $4,048.18
Filing Creditor Name and Address:
CITY OF MEMPHIS TN
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address
CITY OF MEMPHIS TN
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Case Number: 08-35653
Docketed Total: $4,048.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,048.18 | | | |

Case Number: 08-35653
Modified Total: $2,902.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,902.12 | | | |

---

* "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13394**
Date Filed: 06/16/2009
Docketed Total: $37,237.55
Filing Creditor Name and Address:
CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT TAX ASSESSOR COLLECTOR CITY OF MESQUITE MESQUITE ISD 711 N GALLOWAY MESQUITE, TX 75149

Claim Holder Name and Address — Case Number: 08-35653
CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT TAX ASSESSOR COLLECTOR CITY OF MESQUITE MESQUITE ISD 711 N GALLOWAY MESQUITE, TX 75149
Docketed Total: $37,237.55

Case Number: 08-35653
Modified Total: $21,143.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $37,237.55 | | | | | | $21,143.70 | | | |

**Claim: 4557**
Date Filed: 01/20/2009
Docketed Total: $81,890.07
Filing Creditor Name and Address:
CITY OF MIDLAND A MUNICIPAL CORPORATION MIDLAND COUNTY HOSPITAL DISTRICT MIDLAND INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680

Claim Holder Name and Address — Case Number: 08-35653
CITY OF MIDLAND A MUNICIPAL CORPORATION MIDLAND COUNTY HOSPITAL DISTRICT MIDLAND INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680
Docketed Total: $81,890.07

Case Number: 08-35653
Modified Total: $66,907.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $81,890.07 | | | | | | $66,907.51 | | |

**Claim: 4558**
Date Filed: 01/20/2009
Docketed Total: $114,278.63
Filing Creditor Name and Address:
CITY OF WACO WACO INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680

Claim Holder Name and Address — Case Number: 08-35653
CITY OF WACO WACO INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680
Docketed Total: $114,278.63

Case Number: 08-35653
Modified Total: $95,373.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $114,278.63 | | | | | | $95,373.37 | | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

| Claim: 13671 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 06/26/2009 | | | | |
| Docketed Total: $67,368.85 | CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | Docketed Total: $67,368.85 | | Modified Total: $49,689.94 |
| Filing Creditor Name and Address: | 1235 NORTH LOOP W STE 600 | | | |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | HOUSTON, TX 77008 | | | |
| 1235 NORTH LOOP W STE 600 | | | | |
| HOUSTON, TX 77008 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $67,368.85 | | | | | | $49,689.94 | | |

| Claim: 4553 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/20/2009 | | | | |
| Docketed Total: $47,108.39 | COUNTY OF BRAZOS CITY OF COLLEGE STATION A MUNICIPAL CORPORATION COLLEGE STATION INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC | Docketed Total: $47,108.39 | | Modified Total: $24,047.40 |
| Filing Creditor Name and Address: | 700 JEFFREY WAY STE 100 | | | |
| COUNTY OF BRAZOS CITY OF COLLEGE STATION A MUNICIPAL CORPORATION COLLEGE STATION INDEPENDENT SCHOOL DISTRICT MCCREARY VESELKA BRAGG & ALLEN PC | PO BOX 1269 | | | |
| 700 JEFFREY WAY STE 100 | ROUND ROCK, TX 78680 | | | |
| PO BOX 1269 | | | | |
| ROUND ROCK, TX 78680 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $47,108.39 | | | | | | $24,047.40 | | |

| Claim: 4551 | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|
| Date Filed: 01/20/2009 | | | | |
| Docketed Total: $41,711.53 | COUNTY OF COMAL CITY OF NEW BRAUNFELS A MUNICIPAL CORPORATION COMAL INDEPENDENT SCHOOL DISTRICT FARM ROAD MCCREARY VESELKA BRAGG & ALLEN PC | Docketed Total: $41,711.53 | | Modified Total: $19,612.41 |
| Filing Creditor Name and Address: | 700 JEFFREY WAY STE 100 | | | |
| COUNTY OF COMAL CITY OF NEW BRAUNFELS A MUNICIPAL CORPORATION COMAL INDEPENDENT SCHOOL DISTRICT FARM ROAD MCCREARY VESELKA BRAGG & ALLEN PC | PO BOX 1269 | | | |
| 700 JEFFREY WAY STE 100 | ROUND ROCK, TX 78680 | | | |
| PO BOX 1269 | | | | |
| ROUND ROCK, TX 78680 | | | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $41,711.53 | | | | | | $19,612.41 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)                                    Document        Page 32 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|

**Claim: 4554**
Date Filed: 01/20/2009
Docketed Total: $11,716.86
Filing Creditor Name and Address:
  COUNTY OF DENTON
  MCCREARY VESELKA BRAGG &
  ALLEN PC
  700 JEFFREY WAY STE 100
  PO BOX 1269
  ROUND ROCK, TX 78680

Claim Holder Name and Address
COUNTY OF DENTON
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: **$11,716.86**

Case Number: 08-35653
Modified Total: **$5,744.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $11,716.86 | | | | | | $5,744.75 | | |

**Claim: 14131**
Date Filed: 06/30/2009
Docketed Total: $21,678.00
Filing Creditor Name and Address:
  COUNTY OF MONTEREY CA
  MONTEREY COUNTY TREASURER
  TAX COLLECTOR
  ROMERO LAW FIRM
  6516 BRIGHT AVE
  WHITTIER, CA 90601

Claim Holder Name and Address
COUNTY OF MONTEREY CA
MONTEREY COUNTY TREASURER
TAX COLLECTOR
ROMERO LAW FIRM
6516 BRIGHT AVE
WHITTIER, CA 90601

Case Number: 08-35653
Docketed Total: **$21,678.00**

Case Number: 08-35653
Modified Total: **$1,545.21**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $21,678.00 | | | | | | $1,545.21 | | |

**Claim: 1529**
Date Filed: 12/10/2008
Docketed Total: $25,833.48
Filing Creditor Name and Address:
  COUNTY OF SANTA CLARA
  COUNTY GOVERNMENT CENTER
  6TH FL EAST WING
  70 WEST HEDDING ST
  SAN JOSE, CA 95110

Claim Holder Name and Address
COUNTY OF SANTA CLARA
COUNTY GOVERNMENT CENTER
6TH FL EAST WING
70 WEST HEDDING ST
SAN JOSE, CA 95110

Case Number: 08-35653
Docketed Total: **$25,833.48**

Case Number: 08-35653
Modified Total: **$14,841.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $25,833.48 | | | | | | $14,841.00 | | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 10454**
Date Filed:   02/17/2009
Docketed Total:   $4,916.34
Filing Creditor Name and Address:
   COUNTY OF SANTA CRUZ
   701 OCEAN ST RM 150
   SANTA CRUZ, CA 95060

Claim Holder Name and Address

COUNTY OF SANTA CRUZ
701 OCEAN ST RM 150
SANTA CRUZ, CA 95060

Case Number:   08-35653
Docketed Total:   $4,916.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $4,916.34 |

Case Number:   08-35653
Modified Total:   $542.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $542.78 |

---

**Claim: 4550**
Date Filed:   01/20/2009
Docketed Total:   $49,693.24
Filing Creditor Name and Address:
   COUNTY OF TAYLOR CITY OF
   ABILENE A MUNICIPAL
   CORPORATION ABILENE
   INDEPENDENT SCHOOL
   DISTRICT
   MCCREARY VESELKA BRAGG &
   ALLEN PC
   700 JEFFREY WAY STE 100
   PO BOX 1269
   ROUND ROCK, TX 78680

Claim Holder Name and Address

COUNTY OF TAYLOR CITY OF
ABILENE A MUNICIPAL
CORPORATION ABILENE
INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number:   08-35653
Docketed Total:   $49,693.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $49,693.24 | | |

Case Number:   08-35653
Modified Total:   $25,734.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $25,734.73 | | |

---

**Claim: 14132**
Date Filed:   06/30/2009
Docketed Total:   $9,021.37
Filing Creditor Name and Address:
   COUNTY OF VENTURA TAX
   COLLECTOR
   ATTN BANKRUPTCY
   800 S VICTORIA AVE
   VENTURA, CA 93009-1290

Claim Holder Name and Address

COUNTY OF VENTURA TAX
COLLECTOR
ATTN BANKRUPTCY
800 S VICTORIA AVE
VENTURA, CA 93009-1290

Case Number:   08-35654
Docketed Total:   $9,021.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,021.37 | | |

Case Number:   08-35654
Modified Total:   $771.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $771.17 | | |

---

*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13199**
Date Filed:  06/01/2009
Docketed Total:  $69,923.83
Filing Creditor Name and Address:
  COUNTY OF WILLIAMSON
  MCCREARY VESELKA BRAGG &
  ALLEN PC
  700 JEFFREY WAY STE 100
  PO BOX 1269
  ROUND ROCK, TX 78680

Claim Holder Name and Address
  COUNTY OF WILLIAMSON
  MCCREARY VESELKA BRAGG &
  ALLEN PC
  700 JEFFREY WAY STE 100
  PO BOX 1269
  ROUND ROCK, TX 78680

Case Number:    08-35653
Docketed Total:    **$69,923.83**

Case Number:    08-35653
Modified Total:    **$65,709.76**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $69,923.83 | | | | | | $65,709.76 | | | |

**Claim: 7143**
Date Filed:  01/26/2009
Docketed Total:  $30,237.49
Filing Creditor Name and Address:
  CYPRESS FAIRBANKS ISD
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLC
  PO BOX 3064
  HOUSTON, TX 77253-3064

Claim Holder Name and Address
  CYPRESS FAIRBANKS ISD
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLC
  PO BOX 3064
  HOUSTON, TX 77253-3064

Case Number:    08-35653
Docketed Total:    **$30,237.49**

Case Number:    08-35653
Modified Total:    **$21,029.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $30,237.49 | | | | | | $21,029.96 | | | |

**Claim: 10279**
Date Filed:  02/13/2009
Docketed Total:  $177,301.67
Filing Creditor Name and Address:
  DALLAS COUNTY
  LINEBARGER BOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Claim Holder Name and Address
  DALLAS COUNTY
  LINEBARGER BOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Case Number:    08-35653
Docketed Total:    **$177,301.67**

Case Number:    08-35653
Modified Total:    **$109,463.99**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $177,301.67 | | | | | | $109,463.99 | | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13944**

Date Filed: 06/30/2009
Docketed Total: $38,355.77
Filing Creditor Name and Address:
DESOTO COUNTY MISSISSIPPI
BUTLER SNOW OMARA STEVENS
& CANNADA PLLC
17FL AMSOUTH PLZ
PO BOX 22567
JACKSON, MS 39225-2567

Claim Holder Name and Address
Case Number: 08-35653

DESOTO COUNTY MISSISSIPPI
BUTLER SNOW OMARA STEVENS &
CANNADA PLLC
17FL AMSOUTH PLZ
PO BOX 22567
JACKSON, MS 39225-2567

Docketed Total: $38,355.77

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $38,355.77 | | | |

Case Number: 08-35653
Modified Total: $18,562.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $18,562.34 | | | |

---

**Claim: 7144**

Date Filed: 01/26/2009
Docketed Total: $15,831.96
Filing Creditor Name and Address:
FORT BEND COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address
Case Number: 08-35653

FORT BEND COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Docketed Total: $15,831.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $15,831.96 | | | |

Case Number: 08-35653
Modified Total: $9,492.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $9,492.71 | | | |

---

**Claim: 13680**

Date Filed: 06/26/2009
Docketed Total: $27,654.87
Filing Creditor Name and Address:
FORT BEND INDEPENDENT
SCHOOL DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
Case Number: 08-35653

FORT BEND INDEPENDENT SCHOOL
DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Docketed Total: $27,654.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27,654.87 | | |

Case Number: 08-35653
Modified Total: $15,074.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,074.20 | | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)    Document    Page 36 of 58    Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13670**
Date Filed: 06/26/2009
Docketed Total: $3,157.45
Filing Creditor Name and Address:
FORT BEND LEVEE
IMPROVEMENT DISTRICT NO 2
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
FORT BEND LEVEE IMPROVEMENT DISTRICT NO 2
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $3,157.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,157.45 | | |

Case Number: 08-35653
Modified Total: $1,721.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,721.07 | | |

---

**Claim: 6532**
Date Filed: 01/16/2009
Docketed Total: $23,623.84
Filing Creditor Name and Address:
FORT WORTH INDEPENDENT
SCHOOL DISTRICT
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Holder Name and Address
FORT WORTH INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: $23,623.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $23,623.84 | | |

Case Number: 08-35653
Modified Total: $15,078.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,078.91 | | |

---

**Claim: 13681**
Date Filed: 06/26/2009
Docketed Total: $30,516.23
Filing Creditor Name and Address:
GALENA PARK INDEPENDENT
SCHOOL DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
GALENA PARK INDEPENDENT SCHOOL DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $30,516.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $30,516.23 | | |

Case Number: 08-35653
Modified Total: $17,306.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $17,306.60 | | |

---

**Claim: 13350**
Date Filed: 06/15/2009
Docketed Total: $5,133.19
Filing Creditor Name and Address:
GASTON COUNTY TAX
COLLECTOR
PO BOX 1578
GASTONIA, NC 28053

Claim Holder Name and Address
GASTON COUNTY TAX COLLECTOR
PO BOX 1578
GASTONIA, NC 28053

Case Number: 08-35653
Docketed Total: $5,133.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,133.19 | | | |

Case Number: 08-35653
Modified Total: $896.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $896.80 | | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 12031**
Date Filed:   03/31/2009
Docketed Total:    $35,475.38
Filing Creditor Name and Address:
  GREGG COUNTY
  MICHAEL W DEEDS & LAURIE A
  SPINDLER
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Claim Holder Name and Address

GREGG COUNTY
MICHAEL W DEEDS & LAURIE A
SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number:    08-35653
Docketed Total:    **$35,475.38**

Case Number:    08-35653
Modified Total:    **$20,229.13**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $35,475.38 | | | | | | $20,229.13 | | |

**Claim: 13384**
Date Filed:   06/15/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
  HARFORD COUNTY MARYLAND
  220 S MAIN ST 3RD FL
  BEL AIR, MD 21014

Claim Holder Name and Address

HARFORD COUNTY MARYLAND
220 S MAIN ST 3RD FL
BEL AIR, MD 21014

Case Number:    08-35653
Docketed Total:    **UNL**

Case Number:    08-35653
Modified Total:    **$1,262.83**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNL | | | | | | $1,262.83 | | | |

**Claim: 10985**
Date Filed:   02/04/2009
Docketed Total:    $27,455.50
Filing Creditor Name and Address:
  HARLINGEN CISD
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  THE TERRACE II 2700 VIA
  FORTUNA DR STE 400
  PO BOX 17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address

HARLINGEN CISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number:    08-35653
Docketed Total:    **$27,455.50**

Case Number:    08-35653
Modified Total:    **$14,436.26**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $27,455.50 | | | | | | $14,436.26 | | | |

*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 14428**
Date Filed: 07/01/2009
Docketed Total: $335,630.40
Filing Creditor Name and Address:
HARRIS COUNTY ET AL
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address

Case Number: 08-35653
HARRIS COUNTY ET AL
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064
Docketed Total: $335,630.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $335,630.40 | | | |

Case Number: 08-35653
Modified Total: $235,270.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $235,270.18 | | | |

---

**Claim: 13729**
Date Filed: 06/30/2009
Docketed Total: $12,251.46
Filing Creditor Name and Address:
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775

Claim Holder Name and Address

Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775
Docketed Total: $12,251.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $12,251.46 | | | |

Case Number: 08-35653
Modified Total: $2,464.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,464.00 | | | |

---

**Claim: 13730**
Date Filed: 06/30/2009
Docketed Total: $593,196.93
Filing Creditor Name and Address:
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775

Claim Holder Name and Address

Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775
Docketed Total: $593,196.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $593,196.93 | | | |

Case Number: 08-35653
Modified Total: $139,138.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $139,138.11 | | | |

---

**Claim: 14035**
Date Filed: 06/30/2009
Docketed Total: $6,677.89
Filing Creditor Name and Address:
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775

Claim Holder Name and Address

Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775
Docketed Total: $6,677.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,677.89 | | | |

Case Number: 08-35653
Modified Total: $1,669.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,669.50 | | | |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)                          Document        Page 39 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 14037**
Date Filed:   06/30/2009
Docketed Total:     $17,278.42
Filing Creditor Name and Address:
  HENRICO COUNTY
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address          Case Number:          08-35653
HENRICO COUNTY                         Docketed Total:       $17,278.42
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $17,278.42 | | | |

Case Number:          08-35653
Modified Total:       $4,922.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,922.75 | | | |

---

**Claim: 14040**
Date Filed:   06/30/2009
Docketed Total:     $24,577.85
Filing Creditor Name and Address:
  HENRICO COUNTY
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address          Case Number:          08-35653
HENRICO COUNTY                         Docketed Total:       $24,577.85
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO, VA 23273-0775

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $24,577.85 | | | |

Case Number:          08-35653
Modified Total:       $5,295.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,295.50 | | | |

---

**Claim: 13385**
Date Filed:   06/15/2009
Docketed Total:     $6,996.62
Filing Creditor Name and Address:
  HERNANDO COUNTY FLORIDA
  TAX COLLECTOR
  WILLIAMS MULLEN
  PO BOX 1320
  RICHMOND, VA 23218-1320

Claim Holder Name and Address          Case Number:          08-35653
HERNANDO COUNTY FLORIDA TAX            Docketed Total:       $6,996.62
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,996.62 | | | |

Case Number:          08-35653
Modified Total:       $894.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $894.59 | | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Claim 7259

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 7259 | Claim Holder Name and Address | | | |
| Date Filed: 01/28/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $17,427.73 | HIDALGO COUNTY | Docketed Total: $17,427.73 | | Modified Total: $12,105.27 |
| Filing Creditor Name and Address: | PERDUE BRANDON FIELDER | | | |
| HIDALGO COUNTY | COLLINS & MOTT LLP | | | |
| PERDUE BRANDON FIELDER | 3301 NORTHLAND DR STE 505 | | | |
| COLLINS & MOTT LLP | AUSTIN, TX 78731 | | | |
| 3301 NORTHLAND DR STE 505 | | | | |
| AUSTIN, TX 78731 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $17,427.73 | | | | | | $12,105.27 | | |

### Claim 13682

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 13682 | Claim Holder Name and Address | | | |
| Date Filed: 06/26/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $25,568.25 | HUMBLE INDEPENDENT SCHOOL | Docketed Total: $25,568.25 | | Modified Total: $1,775.25 |
| Filing Creditor Name and Address: | DISTRICT | | | |
| HUMBLE INDEPENDENT SCHOOL | 1235 NORTH LOOP W STE 600 | | | |
| DISTRICT | HOUSTON, TX 77008 | | | |
| 1235 NORTH LOOP W STE 600 | | | | |
| HOUSTON, TX 77008 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $25,568.25 | | | | | | $1,775.25 | | |

### Claim 7414

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 7414 | Claim Holder Name and Address | | | |
| Date Filed: 01/14/2009 | | Case Number: 08-35653 | | Case Number: 08-35653 |
| Docketed Total: $29,842.37 | IRVING ISD | Docketed Total: $29,842.37 | | Modified Total: $13,032.18 |
| Filing Creditor Name and Address: | LINEBARGER BOGGAN BLAIR & | | | |
| IRVING ISD | SAMPSON LLP | | | |
| LINEBARGER BOGGAN BLAIR & | 2323 BRYAN ST STE 1600 | | | |
| SAMPSON LLP | DALLAS, TX 75201-2691 | | | |
| 2323 BRYAN ST STE 1600 | | | | |
| DALLAS, TX 75201-2691 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $29,842.37 | | | | | | $13,032.18 | | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)                                Document        Page 41 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

**EXHIBIT C**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 13792<br>Date Filed: 06/26/2009<br>Docketed Total: $4,638.06<br>Filing Creditor Name and Address:<br>JANET HOLLEY<br>213 PALAFOX PL<br>PO BOX 1312<br>PENSACOLA, FL 32591 | Claim Holder Name and Address        Case Number:        08-35653<br><br>ESCAMBIA COUNTY TAX<br>COLLECTOR        Docketed Total:        $4,638.06<br>213 PALAFOX PL<br>PO BOX 1312<br>PENSACOLA, FL 32591 | Case Number:        08-35653<br><br>Modified Total:        $1,085.46 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $4,638.06 | | | | | | $1,085.46 | | | |

| | | |
|---|---|---|
| Claim: 11694<br>Date Filed: 02/27/2009<br>Docketed Total: $99,622.72<br>Filing Creditor Name and Address:<br>JEFFERSON COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1148 PARK ST<br>BEAUMONT, TX 77701-3614 | Claim Holder Name and Address        Case Number:        08-35653<br><br>JEFFERSON COUNTY        Docketed Total:        $99,622.72<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1148 PARK ST<br>BEAUMONT, TX 77701-3614 | Case Number:        08-35653<br><br>Modified Total:        $57,407.27 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $99,622.72 | | | | | | $57,407.27 | | |

| | | |
|---|---|---|
| Claim: 13337<br>Date Filed: 06/15/2009<br>Docketed Total: $2,438.30<br>Filing Creditor Name and Address:<br>KITSAP COUNTY TREASURER<br>ELLY MARTS<br>614 DIVISION ST<br>MS 32<br>PORT ORCHARD, WA 98366-4678 | Claim Holder Name and Address        Case Number:        08-35653<br><br>KITSAP COUNTY TREASURER        Docketed Total:        $2,438.30<br>ELLY MARTS<br>614 DIVISION ST<br>MS 32<br>PORT ORCHARD, WA 98366-4678 | Case Number:        08-35653<br><br>Modified Total:        $1,706.20 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $1,192.34 | | $1,245.96 | | | | $460.24 | | $1,245.96 | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13628**
Date Filed: 06/26/2009
Docketed Total: $167,612.00
Filing Creditor Name and Address:
LA COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Holder Name and Address
LA COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Case Number: 08-35653
Docketed Total: $167,612.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $167,612.00 | | | |

Case Number: 08-35653
Modified Total: $34,342.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $34,342.59 | | | |

**Claim: 11534**
Date Filed: 02/23/2009
Docketed Total: $9,535.36
Filing Creditor Name and Address:
LARIMER COUNTY
PO BOX 2336
TREASURER
FORT COLLINS, CO 80522-2366

Claim Holder Name and Address
LARIMER COUNTY
PO BOX 2336
TREASURER
FORT COLLINS, CO 80522-2366

Case Number: 08-35654
Docketed Total: $9,535.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,535.36 | | |

Case Number: 08-35654
Modified Total: $6,183.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,183.26 | | |

**Claim: 13322**
Date Filed: 06/11/2009
Docketed Total: $22,838.25
Filing Creditor Name and Address:
LEE COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
LEE COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $22,838.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $22,838.25 | | | |

Case Number: 08-35653
Modified Total: $2,759.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,759.49 | | | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13579**
Date Filed: 06/19/2009
Docketed Total: $24,851.29
Filing Creditor Name and Address:
LEWISVILLE INDEPENDENT
SCHOOL DISTRICT
LAW OFFICES OF ROBERT E
LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Holder Name and Address
Case Number: 08-35653
LEWISVILLE INDEPENDENT
SCHOOL DISTRICT
LAW OFFICES OF ROBERT E LUNA
PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205
Docketed Total: $24,851.29

Case Number: 08-35653
Modified Total: $14,475.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $24,851.29 | | | | | | $14,475.22 | | | |

**Claim: 13198**
Date Filed: 06/01/2009
Docketed Total: $21,595.55
Filing Creditor Name and Address:
LONGVIEW INDEPENDENT
SCHOOL DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address
Case Number: 08-35653
LONGVIEW INDEPENDENT SCHOOL
DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680
Docketed Total: $21,595.55

Case Number: 08-35653
Modified Total: $10,911.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $21,595.55 | | | | | | $10,911.49 | | | |

**Claim: 4647**
Date Filed: 01/16/2009
Docketed Total: $40,408.33
Filing Creditor Name and Address:
LUBBOCK CENTRAL APPRAISAL
DISTRICT
PO BOX 817
LUBBOCK, TX 79408

Claim Holder Name and Address
Case Number: 08-35653
LUBBOCK CENTRAL APPRAISAL
DISTRICT
PO BOX 817
LUBBOCK, TX 79408
Docketed Total: $40,408.33

Case Number: 08-35653
Modified Total: $28,404.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $40,408.33 | | | | | | $28,404.05 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 12861**
Date Filed: 05/04/2009
Docketed Total: $13,363.79
Filing Creditor Name and Address:
MADISON, CITY OF
TREASURER
MADISON, WI 537012999

Claim Holder Name and Address
MADISON, CITY OF
TREASURER
MADISON, WI 537012999

Case Number: 08-35653
Docketed Total: $13,363.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,363.79 | | |

Case Number: 08-35653
Modified Total: $9,139.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,139.13 | | |

**Claim: 13325**
Date Filed: 06/11/2009
Docketed Total: $14,728.02
Filing Creditor Name and Address:
MANATEE COUNTY FLORIDA
TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
MANATEE COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $14,728.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,728.02 | | | |

Case Number: 08-35653
Modified Total: $2,771.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,771.21 | | | |

**Claim: 13318**
Date Filed: 06/11/2009
Docketed Total: $5,663.50
Filing Creditor Name and Address:
MARION COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
MARION COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $5,663.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,663.50 | | | |

Case Number: 08-35653
Modified Total: $841.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $841.13 | | | |

**Claim: 13599**
Date Filed: 06/22/2009
Docketed Total: $8,072.45
Filing Creditor Name and Address:
MARTIN COUNTY TAX
COLLECTOR
3485 SE WILLOUGHBY BLVD
STUART, FL 34994

Claim Holder Name and Address
MARTIN COUNTY TAX COLLECTOR
3485 SE WILLOUGHBY BLVD
STUART, FL 34994

Case Number: 08-35653
Docketed Total: $8,072.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $8,072.45 | | |

Case Number: 08-35653
Modified Total: $574.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $574.12 | | |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5263**
Date Filed: 01/21/2009
Docketed Total: $30,234.47
Filing Creditor Name and Address:
MCALLEN ISD
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
MCALLEN ISD
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $30,234.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $30,234.47 | | | |

Case Number: 08-35653
Modified Total: $21,000.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $21,000.81 | | | |

**Claim: 5244**
Date Filed: 01/21/2009
Docketed Total: $11,726.89
Filing Creditor Name and Address:
MCLENNAN COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRANCE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
MCLENNAN COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRANCE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $11,726.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,726.89 | | | |

Case Number: 08-35653
Modified Total: $6,886.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,886.46 | | | |

**Claim: 4167**
Date Filed: 01/20/2009
Docketed Total: $3,695.85
Filing Creditor Name and Address:
MIDLAND COUNTY TAX OFFICE
PO BOX 50188
MIDLAND, TX 79710

Claim Holder Name and Address
MIDLAND COUNTY TAX OFFICE
PO BOX 50188
MIDLAND, TX 79710

Case Number: 08-35653
Docketed Total: $3,695.85

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,695.85 | | |

Case Number: 08-35653
Modified Total: $2,281.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,281.84 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 7145**
Date Filed: 01/26/2009
Docketed Total: $59,846.59
Filing Creditor Name and Address:
MONTGOMERY COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address
Case Number: 08-35653
MONTGOMERY COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064
Docketed Total: **$59,846.59**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $59,846.59 | | | |

Case Number: 08-35653
Modified Total: **$44,639.48**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $44,639.48 | | | |

---

**Claim: 11818**
Date Filed: 03/09/2009
Docketed Total: $27,829.22
Filing Creditor Name and Address:
MULTNOMAH COUNTY TAX
PO BOX 2716
PORTLAND, OR 97208-2716

Claim Holder Name and Address
Case Number: 08-35654
MULTNOMAH COUNTY TAX
PO BOX 2716
PORTLAND, OR 97208-2716
Docketed Total: **$27,829.22**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27,829.22 | | |

Case Number: 08-35654
Modified Total: **$14,301.76**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,301.76 | | |

---

**Claim: 4845**
Date Filed: 01/21/2009
Docketed Total: $46,552.83
Filing Creditor Name and Address:
NUECES COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
Case Number: 08-35653
NUECES COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Docketed Total: **$46,552.83**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $46,552.83 | | | |

Case Number: 08-35653
Modified Total: **$31,901.76**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $31,901.76 | | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13315**

Date Filed: 06/11/2009

Docketed Total: $2,571.85

Filing Creditor Name and Address:
OKALOOSA COUNTY FLORIDA
TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address       Case Number:       08-35653

OKALOOSA COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Docketed Total:       $2,571.85

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,571.85 | | | |

Case Number:       08-35653

Modified Total:       $418.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $418.07 | | | |

**Claim: 13316**

Date Filed: 06/11/2009

Docketed Total: $38,947.79

Filing Creditor Name and Address:
ORANGE COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address       Case Number:       08-35653

ORANGE COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Docketed Total:       $38,947.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $38,947.79 | | | |

Case Number:       08-35653

Modified Total:       $4,261.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,261.55 | | | |

**Claim: 11043**

Date Filed: 02/02/2009

Docketed Total: $112,356.55

Filing Creditor Name and Address:
ORANGE COUNTY TREASURER
TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

Claim Holder Name and Address       Case Number:       08-35653

ORANGE COUNTY TREASURER TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

Docketed Total:       $112,356.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $112,356.55 | | | |

Case Number:       08-35653

Modified Total:       $11,720.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,720.86 | | | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13064**
Date Filed:    05/28/2009
Docketed Total:    $9,905.78
Filing Creditor Name and Address:
OSCEOLA COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address    Case Number:    08-35653
OSCEOLA COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320
Docketed Total:    $9,905.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $9,905.78 | | | |

Case Number:    08-35653
Modified Total:    $1,565.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,565.73 | | | |

**Claim: 13162**
Date Filed:    04/13/2009
Docketed Total:    $6,560.33
Filing Creditor Name and Address:
OSCEOLA COUNTY TAX
COLLECTOR STATE OF FLORIDA
1021 EAST CARY ST
TWO JAMES CENTER 17TH FL
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address    Case Number:    08-35653
OSCEOLA COUNTY TAX
COLLECTOR STATE OF FLORIDA
1021 EAST CARY ST
TWO JAMES CENTER 17TH FL
PO BOX 1320
RICHMOND, VA 23218-1320
Docketed Total:    $6,560.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,560.33 | | | |

Case Number:    08-35653
Modified Total:    $1,565.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,565.73 | | | |

**Claim: 3882**
Date Filed:    01/20/2009
Docketed Total:    $42,176.63
Filing Creditor Name and Address:
PALM BEACH COUNTY TAX
COLLECTOR
PO BOX 3715
W PALM BEACH, FL 33402-3715

Claim Holder Name and Address    Case Number:    08-35653
PALM BEACH COUNTY TAX
COLLECTOR
PO BOX 3715
W PALM BEACH, FL 33402-3715
Docketed Total:    $42,176.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $42,176.63 | | |

Case Number:    08-35653
Modified Total:    $4,144.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $4,144.82 | | |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 14033<br>Date Filed: 06/29/2009<br>Docketed Total: $4,475.66<br>Filing Creditor Name and Address:<br>PIERCE COUNTY BUDGET &<br>FINANCE<br>615 S 9TH ST STE 100<br>TACOMA, WA 98405-4673 | Claim Holder Name and Address    Case Number: 08-35653<br><br>PIERCE COUNTY BUDGET &<br>FINANCE<br>615 S 9TH ST STE 100<br>TACOMA, WA 98405-4673<br><br>Docketed Total: $4,475.66 | Case Number: 08-35653<br><br>Modified Total: $889.20 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $4,475.66 | | | | | | $889.20 | | |

| | | |
|---|---|---|
| Claim: 14034<br>Date Filed: 06/29/2009<br>Docketed Total: $1,060.69<br>Filing Creditor Name and Address:<br>PIERCE COUNTY BUDGET &<br>FINANCE<br>615 S 9TH ST STE 100<br>TACOMA, WA 98405-4673 | Claim Holder Name and Address    Case Number: 08-35653<br><br>PIERCE COUNTY BUDGET &<br>FINANCE<br>615 S 9TH ST STE 100<br>TACOMA, WA 98405-4673<br><br>Docketed Total: $1,060.69 | Case Number: 08-35653<br><br>Modified Total: $498.52 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1,060.69 | | | | | | $498.52 | | |

| | | |
|---|---|---|
| Claim: 14083<br>Date Filed: 06/30/2009<br>Docketed Total: $7,000.00<br>Filing Creditor Name and Address:<br>PIMA COUNTY<br>32 N STONE AVE STE 2100<br>TUCSON, AZ 85701 | Claim Holder Name and Address    Case Number: 08-35653<br><br>PIMA COUNTY<br>32 N STONE AVE STE 2100<br>TUCSON, AZ 85701<br><br>Docketed Total: $7,000.00 | Case Number: 08-35653<br><br>Modified Total: $3,920.37 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $7,000.00 | | | | | | $3,920.37 | | | |

| | | |
|---|---|---|
| Claim: 13309<br>Date Filed: 06/11/2009<br>Docketed Total: $17,205.37<br>Filing Creditor Name and Address:<br>PINELLAS COUNTY FLORIDA<br>TAX COLLECTOR<br>WILLIAMS MULLEN<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | Claim Holder Name and Address    Case Number: 08-35653<br><br>PINELLAS COUNTY FLORIDA TAX<br>COLLECTOR<br>WILLIAMS MULLEN<br>PO BOX 1320<br>RICHMOND, VA 23218-1320<br><br>Docketed Total: $17,205.37 | Case Number: 08-35653<br><br>Modified Total: $1,910.65 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $17,205.37 | | | | | | $1,910.65 | | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|

**Claim: 13291**
Date Filed: 06/08/2009
Docketed Total: $8,610.00
Filing Creditor Name and Address:
  PLACER COUNTY TAX
  COLLECTOR
  2976 RICHARDSON DR
  AUBURN, CA 95603

Claim Holder Name and Address

PLACER COUNTY TAX COLLECTOR
2976 RICHARDSON DR
AUBURN, CA 95603

Case Number: 08-35653
Docketed Total: $8,610.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $8,610.00 | | |

Case Number: 08-35653
Modified Total: $839.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $839.93 | | |

---

**Claim: 13070**
Date Filed: 05/28/2009
Docketed Total: $8,416.84
Filing Creditor Name and Address:
  POLK COUNTY FLORIDA TAX
  COLLECTOR
  WILLIAMS MULLEN
  PO BOX 1320
  RICHMOND, VA 23218-1320

Claim Holder Name and Address

POLK COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $8,416.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $8,416.84 | | | |

Case Number: 08-35653
Modified Total: $796.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $796.34 | | | |

---

**Claim: 13465**
Date Filed: 06/19/2009
Docketed Total: $19,565.27
Filing Creditor Name and Address:
  PRINCE GEORGES COUNTY
  MARYLAND
  6801 KENILWORTH AVE STE 400
  RIVERDALE, MD 20737-1385

Claim Holder Name and Address

PRINCE GEORGES COUNTY
MARYLAND
6801 KENILWORTH AVE STE 400
RIVERDALE, MD 20737-1385

Case Number: 08-35653
Docketed Total: $19,565.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $19,565.27 | | | |

Case Number: 08-35653
Modified Total: $1,140.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,140.23 | | | |

---

\*   "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 6940**
Date Filed:   01/15/2009
Docketed Total:   $40,283.60
Filing Creditor Name and Address:
ROCKWALL CAD
LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address — Case Number: 08-35653
ROCKWALL CAD — Docketed Total: $40,283.60
LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,283.60 | | |

Case Number: 08-35653
Modified Total: $16,776.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,776.88 | | |

---

**Claim: 7416**
Date Filed:   01/14/2009
Docketed Total:   $7,656.15
Filing Creditor Name and Address:
ROCKWALL COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address — Case Number: 08-35653
ROCKWALL COUNTY — Docketed Total: $7,656.15
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $7,656.15 | | | |

Case Number: 08-35653
Modified Total: $3,188.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,188.55 | | | |

---

**Claim: 4850**
Date Filed:   01/21/2009
Docketed Total:   $31,634.27
Filing Creditor Name and Address:
ROUND ROCK ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address — Case Number: 08-35653
ROUND ROCK ISD — Docketed Total: $31,634.27
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $31,634.27 | | | |

Case Number: 08-35653
Modified Total: $17,681.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $17,681.80 | | | |

---

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|

**Claim: 13381**
Date Filed: 06/15/2009
Docketed Total: $5,160.82
Filing Creditor Name and Address:
SHASTA COUNTY TAX
COLLECTOR
PO BOX 99 1830
REDDING, CA 96099-1830

Claim Holder Name and Address — Case Number: 08-35653
SHASTA COUNTY TAX COLLECTOR — Docketed Total: **$5,160.82**
PO BOX 99 1830
REDDING, CA 96099-1830

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,160.82 | | | |

Case Number: 08-35653
Modified Total: **$526.58**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $526.58 | | | |

---

**Claim: 6941**
Date Filed: 01/14/2009
Docketed Total: $18,885.42
Filing Creditor Name and Address:
SMITH COUNTY
MICHAEL W DEEDS & LAURIE A
SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address — Case Number: 08-35653
SMITH COUNTY — Docketed Total: **$18,885.42**
MICHAEL W DEEDS & LAURIE A
SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $18,885.42 | | |

Case Number: 08-35653
Modified Total: **$15,754.37**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,754.37 | | |

---

**Claim: 11646**
Date Filed: 02/27/2009
Docketed Total: $3,516.16
Filing Creditor Name and Address:
SNOHOMISH COUNTY
TREASURER
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201-4060

Claim Holder Name and Address — Case Number: 08-35653
SNOHOMISH COUNTY TREASURER — Docketed Total: **$3,516.16**
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201-4060

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,516.16 | | |

Case Number: 08-35653
Modified Total: **$818.52**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $818.52 | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5202**
Date Filed: 01/21/2009
Docketed Total: $3,955.57
Filing Creditor Name and Address:
SOUTH TEXAS COLLEGE
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address | Case Number: 08-35653
SOUTH TEXAS COLLEGE
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Docketed Total: $3,955.57

Case Number: 08-35653
Modified Total: $2,747.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $3,955.57 | | | | | | $2,747.53 | | | |

**Claim: 4861**
Date Filed: 01/21/2009
Docketed Total: $1,299.16
Filing Creditor Name and Address:
SOUTH TEXAS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address | Case Number: 08-35653
SOUTH TEXAS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Docketed Total: $1,299.16

Case Number: 08-35653
Modified Total: $902.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $1,299.16 | | | | | | $902.39 | | | |

**Claim: 12322**
Date Filed: 04/22/2009
Docketed Total: $6,148.23
Filing Creditor Name and Address:
SPOKANE COUNTY TREASURER
PO BOX 199
SPOKANE, WA 99210

Claim Holder Name and Address | Case Number: 08-35653
SPOKANE COUNTY TREASURER
PO BOX 199
SPOKANE, WA 99210
Docketed Total: $6,148.23

Case Number: 08-35653
Modified Total: $4,478.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $6,148.23 | | | | | | $4,478.32 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4613    Filed 08/24/09    Entered 08/24/09 19:03:30    Desc Main
Case No. 08-35653 (KRH)                        Document        Page 54 of 58

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 10278**
Date Filed: 02/13/2009
Docketed Total: $165,577.07
Filing Creditor Name and Address:
TARRANT COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address
TARRANT COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $165,577.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $165,577.07 | | |

Case Number: 08-35653
Modified Total: $84,733.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $84,733.63 | | |

---

**Claim: 13398**
Date Filed: 06/16/2009
Docketed Total: $148,343.37
Filing Creditor Name and Address:
TAX APPRAISAL DISTRICT OF
BELL COUNTY
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address
TAX APPRAISAL DISTRICT OF BELL
COUNTY
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: $148,343.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $148,343.37 | | | |

Case Number: 08-35653
Modified Total: $131,466.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $131,466.46 | | | |

---

**Claim: 11636**
Date Filed: 02/27/2009
Docketed Total: $16,447.21
Filing Creditor Name and Address:
TAX COLLECTOR HIGHLANDS
COUNTY
540 S COMMERCE AVE
SEBRING, FL 33870

Claim Holder Name and Address
TAX COLLECTOR HIGHLANDS
COUNTY
540 S COMMERCE AVE
SEBRING, FL 33870

Case Number: 08-35653
Docketed Total: $16,447.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,447.21 | | |

Case Number: 08-35653
Modified Total: $9,849.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,849.53 | | |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 4218**
Date Filed: 01/20/2009
Docketed Total: $46,811.09
Filing Creditor Name and Address:
TAXING DISTRICTS COLLECTED
BY POTTER COUNTY
PO BOX 9132
AMARILLO, TX 79105

Claim Holder Name and Address
TAXING DISTRICTS COLLECTED BY
POTTER COUNTY
PO BOX 9132
AMARILLO, TX 79105

Case Number: 08-35653
Docketed Total: $46,811.09

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $46,811.09 | | |

Case Number: 08-35653
Modified Total: $27,590.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27,590.99 | | |

---

**Claim: 13677**
Date Filed: 06/26/2009
Docketed Total: $6,447.71
Filing Creditor Name and Address:
THE WOODLANDS METRO
CENTER MUD
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
THE WOODLANDS METRO CENTER
MUD
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $6,447.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,447.71 | | |

Case Number: 08-35653
Modified Total: $4,605.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $4,605.44 | | |

---

**Claim: 13678**
Date Filed: 06/26/2009
Docketed Total: $16,078.58
Filing Creditor Name and Address:
THE WOODLANDS ROAD
UTILITY DISTRICT NO 1
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
THE WOODLANDS ROAD UTILITY
DISTRICT NO 1
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $16,078.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,078.58 | | |

Case Number: 08-35653
Modified Total: $11,484.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $11,484.53 | | |

---

**Claim: 14423**
Date Filed: 06/15/2009
Docketed Total: $121,008.34
Filing Creditor Name and Address:
TRAVIS COUNTY
P O BOX 1748
AUSTIN, TX 78767

Claim Holder Name and Address
TRAVIS COUNTY
P O BOX 1748
AUSTIN, TX 78767

Case Number: 08-35653
Docketed Total: $121,008.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $121,008.34 | | | |

Case Number: 08-35653
Modified Total: $59,603.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $59,603.60 | | | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13686**
Date Filed:   06/01/2009
Docketed Total:    $28,853.19
Filing Creditor Name and Address:
   TREASURER COUNTY OF
   LOUDOUN VIRGINIA
   PO BOX 347
   MSC NO 31
   LEESBURG, VA 20178-0347

Claim Holder Name and Address        Case Number:        08-35653

TREASURER COUNTY OF LOUDOUN
VIRGINIA
PO BOX 347
MSC NO 31
LEESBURG, VA 20178-0347

Docketed Total:        **$28,853.19**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $23,190.87 | $5,662.32 | | |

Case Number:        08-35653

Modified Total:        **$24,295.47**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $23,190.87 | $1,104.60 | | |

---

**Claim: 13395**
Date Filed:   06/16/2009
Docketed Total:    $6,057.92
Filing Creditor Name and Address:
   TREASURER OF ALLEN COUNTY
   INDIANA
   927 S HARRISON ST
   FORT WAYNE, IN 46802

Claim Holder Name and Address        Case Number:        08-35653

TREASURER OF ALLEN COUNTY
INDIANA
927 S HARRISON ST
FORT WAYNE, IN 46802

Docketed Total:        **$6,057.92**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,057.92 | | | |

Case Number:        08-35653

Modified Total:        **$3,947.79**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,947.79 | | | |

---

**Claim: 5328**
Date Filed:   01/26/2009
Docketed Total:    $36,850.56
Filing Creditor Name and Address:
   TYLER INDEPENDENT SCHOOL
   DISTRICT
   PERDUE BRANDON FIELDER
   COLLINS & MOTT LLP
   PO BOX 2007
   TYLER, TX 75710-2007

Claim Holder Name and Address        Case Number:        08-35653

TYLER INDEPENDENT SCHOOL
DISTRICT
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 2007
TYLER, TX 75710-2007

Docketed Total:        **$36,850.56**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $36,850.56 | | |

Case Number:        08-35653

Modified Total:        **$30,741.04**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $30,741.04 | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS REDUCED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 13627**
Date Filed:  06/26/2009
Docketed Total:   $14,336.97
Filing Creditor Name and Address:
WAKE COUNTY REVENUE
DEPARTMENT
PO BOX 550
RALEIGH, NC 27602-0550

Claim Holder Name and Address
WAKE COUNTY REVENUE
DEPARTMENT
PO BOX 550
RALEIGH, NC 27602-0550

Case Number:   08-35653
Docketed Total:   $14,336.97

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $14,336.97 |  |  |  |

Case Number:   08-35653
Modified Total:   $2,626.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $2,626.04 |  |  |  |

---

**Claim: 11264**
Date Filed:   02/02/2009
Docketed Total:   $18,454.00
Filing Creditor Name and Address:
WELD COUNTY TREASURER
1400 N 17TH AVE
GREELEY, CO 80631

Claim Holder Name and Address
WELD COUNTY TREASURER
1400 N 17TH AVE
GREELEY, CO 80631

Case Number:   08-35653
Docketed Total:   $18,454.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $18,454.00 |  |  |

Case Number:   08-35653
Modified Total:   $10,623.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $10,623.84 |  |  |

---

**Claim: 1837**
Date Filed:   12/22/2008
Docketed Total:   $3,882.62
Filing Creditor Name and Address:
WHATCOM COUNTY TREASURER
PO BOX 5268
BELLINGHAM, WA 98227

Claim Holder Name and Address
WHATCOM COUNTY TREASURER
PO BOX 5268
BELLINGHAM, WA 98227

Case Number:   08-35653
Docketed Total:   $3,882.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $3,882.62 |  |  |

Case Number:   08-35653
Modified Total:   $2,519.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $2,519.10 |  |  |

---

**Claim: 10833**
Date Filed:   02/02/2009
Docketed Total:   $36,421.95
Filing Creditor Name and Address:
WICHITA COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307

Claim Holder Name and Address
WICHITA COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307

Case Number:   08-35653
Docketed Total:   $36,421.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $36,421.95 |  |  |

Case Number:   08-35653
Modified Total:   $19,553.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $19,553.58 |  |  |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims)

EXHIBIT C

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| | | Total Claims To Be Reduced: 120 |
| | | Total Amount As Docketed:     $4,600,321.53 |
| | | Total Amount As Reduced:     $2,355,096.95 |

*     "UNL" denotes an unliquidated claim.