

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | Jointly Administered |
| et al., | |
| | **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |
| Debtors. | |
| | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the claim of **BPP-MUNCY, LLC**, (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 7165 in the amount of $560,167.08 had been transferred and assigned other than for security to **CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **BPP-MUNCY, LLC** to **CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim No. 7165 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**BPP-MUNCY, LLC**
**Sherin and Lodgen LLP**
**101 Federal Street**
**Boston, MA  02110**

**TRANSFEREE:**
**CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP**
**c/o Mindy A. Mora, Esq.**
**Bilzin Sumberg Baena Price & Axelrod LLP**
**200 South Biscayne Blvd., Suite 2500**
**Miami, Florida 33131**

MIAMI 1896583.1 7249631413

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on _____ at Miami Beach, Florida.

**CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP**

By: LNR Partners, Inc., its Manager

By: _____

Name: RANDOLPH J. WOLPERT

Title: VICE PRESIDENT

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on _____ at Miami Beach, Florida.

**CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP**

By: LNR Partners, Inc., its Manager

By: _____

Name: RANDOLPH J. WOLPERT

Title: VICE PRESIDENT

## ASSIGNMENT OF CLAIM

**BPP-MUNCY, LLC**, a Delaware limited liability company ("**Assignor**") for good and valuable consideration, hereby absolutely and unconditionally assigns to **CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP**, a Delaware limited partnership ("**Assignee**") all of its interest in that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "**CCS**") pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**"), Case No. 08-35653-KRH, Claim No. ____, filed on January 28, 2009, a copy of which is attached hereto as **Exhibit A**, which evidences a claim for rejection damages in the amount of $560,167.08, together with any and all other claims which Assignor has against CCS in any and all respects.

Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

Assignor hereby waives any notice and hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and further stipulates that any necessary order may be entered by the Clerk of the Bankruptcy Court recognizing Assignee as the valid owner and holder of such Claim.

*(Next page is the signature page)*

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the __30__ day of __Jun__, 2009.

        **BPP-MUNCY, LLC.**, a Delaware limited liability company

By: _____
       Gary Saunders, Manager

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653-KRH |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): BPP-Muncy LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: John C. La Liberte, Esq. / Sherin and Lodgen LLP / 101 Federal Street / Boston, MA 02110 / Telephone number: 617-646-2000 | Court Claim Number:_____ (*If known*) <br><br> Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br><br> Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed: $ 560,167.08**

*If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.*

*If all or part of your claim is entitled to priority, complete item 5.*

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Rent, fees and CAM and any other fees and charges due under the lease arising from lease rejection
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 1/27/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> [signature] <br> John C. La Liberte, Esq., as Attorney for BPP-Muncy LLC | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT A

Rejection Damages Under and Pursuant to 11 U.S.C. § 502(b)(6)

CAPPED CLAIM METHOD

A landlord is entitled to the rent reserved by the lease without acceleration, for the greater of: (a) one year; or (b) 15%, not to exceed three years, of the remaining term of such lease following the earlier of the date of the petition and the date on which the lessor repossesses or the lessee surrenders the leased property.

Step 1: Rent reserved for one year under the Lease.

|  |  |
|---|---|
| Minimum Rent = | $ 280,840.00 |
| CAM = | $ 38,500.00 (est.) |
| Tax = | $ 70,287.44 (est.) |

**TOTAL RENT RESERVED = $ 389,627.44**

Step 2: 15% of the remaining term of the Lease (15% times the total lease payments remaining as of the petition date November 10, 2008).

| Lease Year | Rent Due | CAM Due | Tax | Total per Lease Year |
|---|---|---|---|---|
| 11/10/08-11/30/08 | $15,600.66 | $2,138.67 | $3,904.47 | $21,643.80 |
| 12/01/08-05/31/09 | $140,419.99 | $19,250.00 | $5,857.29 | $165,527.28 |
| 06/01/09-05/31/10 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/10-05/31/11 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/11-05/31/12 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/12-05/31/13 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/14-05/31/15 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/15-05/31/16 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/16-05/31/17 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
| 06/01/17-05/31/18 | $280,840.00 | $38,500.00 | $70,287.44 | $389,627.44 |
|  |  |  |  |  |
| TOTALS | $2,402,740.50 | $329,388.67 | $572,061.28 | $3,304,190.50 |

    15% OF REMAINING TERM                              **$495,628.50**

Step 3: The lesser of the result of Step 2 and 3 year's rent:

    Three years rent reserved                                  $1,168,882.30

    Step 2 15% of remaining term ($495,628.50) is less than three years rent reserved ($1,168,882.30).

Step 4: Greater of the results of Steps 1 and 3: Step 3 ($495,628.50) is greater than Step 1 ($389,627.44).

{00052633.DOC /}
00247496.DOC /
00251371.DOC /

| | | | | | | |
|---|---|---|---|---|---|---|
| Prepetition Claim | | | | | | |
| Before 11/10/08 | | | | | | |
| | | | | | | |
| Electric/Gas | | | | | $14,996.00 | |
| Building Mgt. Fee | | | | | 500.00 | |
| Misc./Legal | | | | | 2,000.00 | |
| Rent | October, 2008 | | | | 23,403.33 | |
| CAM | October, 2008 | | | | 3,308.33 | |
| Taxes | October, 2008 | | | | 5,857.29 | |
| Rent | Nov. 1 through Nov. 9, 2008 | | | | 10,400.43 | |
| CAM | Nov. 1 through Nov. 9, 2008 | | | | 1,470.22 | |
| Taxes | Nov. 1 through Nov. 9, 2008 | | | | 2,602.98 | |
| | | | | Total: | $64,538.58 | |

{00052633.DOC /}
00247496.DOC /
00251371.DOC /

Lycoming Mall/R.D. 2
Williamsport, Pennsylvania

LEASE

between

CIRCUIT CITY STORES, INC.,

as Tenant

and

BPP-Muncy LLC

as Landlord

dated  May 7, 1996

(7763)u:\circuit\staubac3\lease.pa