IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA DIVISION

IN THE MATTER OF: | CASE NO. 08-35653-KRH-11
| CHAPTER 11

CIRCUIT CITY STORES. INC. ET AL

Debtor(s).

RICHMOND DIVISION
FILED AUG 2 4 2009
U.S. BANKRUPTCY COURT

**APPEARANCE**

Comes now Gregory F. Zoeller, Attorney General of Indiana, and enters his appearance by LeGrand L. Clark, Deputy Attorney General, on behalf of Creditor, Indiana Department of Revenue, in the above-entitled cause of action.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-233-6581
Facsimile:  317-232-7979
E-mail:  legrand.clark@atg.in.gov

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By: *[signature]*
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on August 18, 2009.

W. Clarkson McDow
U.S. Trustee
701 E. Broad, Suite 4304
Richmond, VA 23219

Daniel F. Blanks
Attorney for the Debtor
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Circuit City Stores. Inc. et a
9950 Mayland Drive
Richmond, VA 23233

By: _____
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-233-6581
Facsimile: 317-232-7979
E-mail: legrand.clark@atg.in.gov