IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA DIVISION

RICHMOND DIVISION
FILED
AUG 2 4 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE MATTER OF:

CIRCUIT CITY STORES, INC., ET AL.,

Debtors.

CASE NO. 08-35653-KRH-11
CHAPTER 11

## INDIANA DEPARTMENT OF REVENUE'S RESPONSE TO OBJECTION TO CLAIM

Comes now Creditor, Indiana Department of State Revenue (IDR), by counsel, and, for its Response to the Objection to its Claim, states as follows:

1. Creditor has filed an administrative proof of claim in the amount of $1,899,065.83.
2. The Creditor's administrative proof of claim is based, in part on an actual return for Debtors' retail sales tax liability for the period ending 03/31/2009, in which Creditor has no record of amounts due and owing having been paid. Debtors filed a quarterly return when they should have filed monthly returns. Debtors need to file retail sales tax returns for the periods ending January 31, 2009 and February 28, 2009, and an amended return for March 31, 2009.
3. Creditor's administrative proof of claim is also based on estimated returns for Debtors' retail sales tax liability for the period ending 02/28/2009, Creditor has no record of said returns having been filed; however, the claim is valid because Indiana Code § 6.8-1-10-3(a) provides that returns prepared by the Indiana Department of State Revenue based on the best information available are *prima facie* correct, and said taxes have not been paid.
4. Creditor requests that the Court not grant the Debtors' relief at this time.

WHEREFORE, Creditor, Indiana Department of State Revenue, prays that Debtors' objection to IDR's administrative proof of claim be overruled at this time.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-6581
Facsimile: 317-232-7979
E-mail: legrand.clark@atg.in.gov

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

By: *[signature]*
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on August 18, 2009.

W. Clarkson McDow
U.S. Trustee
701 E. Broad, Suite 4304
Richmond, VA 23219

Daniel F. Blanks
Attorney for Debtor
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Circuit City Stores. Inc. et a
9950 Mayland Drive
Richmond, VA 23233

By: _____
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-233-6581
Facsimile: 317-232-7979
E-mail: legrand.clark@atg.in.gov

**STATE OF INDIANA**
## OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.6201
FAX: 317.232.7979

August 18, 2009

U.S. Bankruptcy Court
Clerk, William C Redden
Eastern District of Virginia
701 East Broad Street
Richmond, VA

    Re:    Circuit City Stores. Inc. et a
            Case No.: 08-35653-KRH-11
            Chapter 11

To the Clerk:

Enclosed is Indiana Department of Revenue's Response to Debtor's Objection. I have applied for my user password user information.

Feel free to contact me at (317) 233-6581 with any questions or comments.

Respectfully submitted,

**GREGORY F. ZOELLER**
Attorney General of Indiana
Atty. No. 1958-98

Sincerely,

LeGrand Clark
Deputy Attorney General
Attorney No. 16675-49