Karen D. Adams, C. P. A.
Treasurer-Tax Collector
2222 "M" Street
Merced, CA 95340
(209) 385-7592  Fax (209) 725-3905
Email: www.co.merced.ca.us

RICHMOND DIVISION
FILED
AUG 2 4 2009
CLERK
U.S. BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT

## EASTERN District of CALIFORNIA

## RICHMOND VIRGINIA Division

In re:

CIRCUIT CITY STORES, INC.,

DEBTOR(S)

) Case No. 08-35653 (KRH)
) Chapter 11
)
) REQUEST FOR SPECIAL
) NOTICE FILED BY COUNTY OF
) MERCED, CALIFORNIA
)
) (NO HEARING REQUIRED)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Merced, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of

///

1 | interest to the following address:

2 |     Merced County Tax Collector
    ATTN: Monica Vasquez, Tax Collector Clerk II
3 |     2222 "M" Street
    Merced, California 95340

4 |

5 | Dated: August 20, 2009      Karen D. Adams, C. P. A.
    Treasurer-Tax Collector

6 |

7 |     By: _____
    Monica Vasquez, Tax Collector Clerk II

8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

Karen D. Adams, C. P. A.
Treasurer-Tax Collector
2222 "M" Street
Merced, CA 95340
(209) 385-7592 Fax (209) 725-3905
Email: www.co.merced.ca.us

**UNITED STATES BANKRUPTCY COURT**

**EASTERN District of CALIFORNIA**

**RICHMOND VIRGINIA Division**

In re:

CIRCUIT CITY STORES, INC.,

DEBTOR(S)

) Case No. 08-35653 (KRH)
) Chapter 11
) REQUEST FOR SPECIAL
) NOTICE FILED BY COUNTY OF
) MERCED, CALIFORNIA
)
) (NO HEARING REQUIRED)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Merced, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of

///

1 | interest to the following address:

2 |     Merced County Tax Collector
    ATTN: Monica Vasquez, Tax Collector Clerk II
3 |     2222 "M" Street
    Merced, California 95340

4 |

5 | Dated:  August 20, 2009        Karen D. Adams, C. P. A.
                                     Treasurer-Tax Collector

6 |

7 |                                    By:  _____
                                        Monica Vasquez, Tax Collector Clerk II

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

# County of Merced

**MERCED COUNTY**

**Karen D. Adams, C. P. A.**
Treasurer-Tax Collector

2222 "M" Street
Merced, CA 95340

Telephone: (209) 385-7592
Fax: (209) 725-3905
www.co.merced.ca.us

August 20, 2009

Clerk Of Court Unites Staes Bankruptcy Court
701 East Broad St, Ste 4000

Richmond, Virginia 23219

      RE: Circuit City Stores, Inc.,,
      Case No. 08-35653 (KRH)

Dear Clerk,

Enclosed please find one (1) original and one (1) copy of our request for special notice to be filed in the above-referenced case.

After the document has been filed, please send one copy back to the Merced County Tax Collector in the enclosed self-addressed, stamped envelope. Thank you.

Sincerely,
Karen D. Adams, C. P. A.
Treasurer-Tax Collector


By: Monica Vasquez, Tax Collector Clerk II


cc: Gregg M. Galardi, Esq. Ian S. Fredricks, Esq
    Office U.S Trustee