

**Finance**

**City of New York**
**Department of Finance**
345 Adams Street
Brooklyn, NY 11201

August 13, 2009

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

```
RICHMOND DIVISION
FILED
AUG 18 2009
CLERK
U.S. BANKRUPTCY COURT
```

Bankruptcy Unit
5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187 tel
(718) 403-4436 fax

Subject: Circuit City Stores Inc.

Reference No: 08X- 200

To whom it may concern:

Please acknowledge receipt of the attached "Withdrawal Forms" by stamping the enclosed copy and returning it in the pre-addressed envelope.

Thank You.

Sincerely,

Nahed Iskander
Bankruptcy & Assignment Unit


**Finance**

City of New York
Department of Finance
345 Adams Street
Brooklyn, NY 11201

Bankruptcy Unit
 5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187  tel
(718) 403-4436 fax

August 13, 2009

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Subject:  Circuit City Stores, Inc.

Docket No:    08-35653

Employer ID No:  54-0493875

Amount   $ 27,500.00

Reference No: 08X- 200

Please withdraw our administrative claim filed on or about May 26, 2009
In the amount of $ 27,500.00

Reason: Duplicative Claim

8/13/09
Date

Yehuda Miller
Bankruptcy & Assignment
 (718) 403-4059


**Finance**

**City of New York**
**Department of Finance**
345 Adams Street
Brooklyn, NY 11201

Bankruptcy Unit
 5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187 tel
(718) 403-4436 fax

August 13, 2009

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Subject: Circuit City Stores, Inc.

Docket No:    08-35653

Employer ID No:  54-0493875

Amount   $ 660,000.00

Reference No: 08X- 200

Please withdraw our proof of claim filed on or about December 16, 2008
In the amount of $ 660,000.00

Reason: Duplicative Claim

8/13/09
Date

Yehuda Miller
Bankruptcy & Assignment
(718) 403-4059