**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

**In re**

                                                                      **Case No.** _____

**\***                       **Debtor(s)**                       **Chapter 11**

## NOTICE FIXING TIME FOR HEARING ON DISCLOSURE STATEMENT

TO: Proponent of Proposed Plan and Disclosure Statement

_____ having filed a proposed plan of reorganization and proposed disclosure statement on _____, pursuant to 11 U.S.C. 1125(b), you are hereby notified:

     THAT a hearing will be held on _____, at _____, in the Courtroom, _____, to consider the adequacy of the information contained in the proposed disclosure statement; and

     THAT any person objecting to the adequacy of the information contained in said disclosure statement or desiring to propose modifications thereto shall file an objection or proposed modification with this Court, **in writing**, on or before **five (5)** business days prior to the date of the hearing on the disclosure statement as set forth herein, and shall serve a copy thereof upon the debtor(s) and such other parties as required by Federal Rule of Bankruptcy Procedure 3017(a); and

     THAT on or before _____, the proponent seeking approval of the disclosure statement shall, pursuant to Local Bankruptcy Rule 3016(A), prepare and mail copies of the Notice of Hearing on Disclosure Statement to such parties and entities as set forth in Federal Rule of Bankruptcy Procedure 2002; a copy of the proposed disclosure statement and plan must be mailed with the Notice of Hearing only to such parties and entities as set forth in Federal Rule of Bankruptcy Procedure 3017(a); and the original notice containing proof of service that said notice, plan and disclosure statement were mailed to the appropriate parties and entities as set forth in the above-referenced rules shall be filed with the Clerk's Office within **five (5)** days of service; and

     THAT proponent shall, within **two (2)** business days, mail a copy of the disclosure statement and/or plan to any creditor, equity security holder or other party in interest upon receipt of a written request for same.

     **FAILURE TO TIMELY COMPLY WITH THE NOTICING AND FILING INSTRUCTIONS AS SET FORTH HEREIN WILL RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET WITHOUT FURTHER NOTICE.**

                                                CLERK, UNITED STATES BANKRUPTCY COURT

                                                By _____
                                                                Deputy Clerk

Date: _____

**\*** Include Social Security or
   Tax Identification Number

[ntcfixtm ver. 09/08]