IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CONDITIONAL WITHDRAWAL OF LIMITED OBJECTION OF LOREN STOCKER D/B/A VANITY INTERNATIONAL AND RESPONSE TO DEBTORS' MOTION TO REJECT VANITY AGREEMENT AND SET ASIDE RIGHT OF REFUSAL**

Loren Stocker, d/b/a Vanity International ("Vanity"), by counsel, hereby conditionally withdraws Vanity's limited objection to the proposed Bidding Procedures ("Vanity's Objection") subject to the Court's approving the auction sale as conducted with regard to the domain name "800.com" and associated trademarks ("Domain Name").

Further, Vanity responds to "Debtors' Motion for Order pursuant to Bankruptcy Code Sections 105(a), 363 and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Consulting Service and Domain Name License Agreement Effective as of August 12, 2009 and Setting Aside Right of Refusal" ("Debtors' Motion") (Docket No. 4457) by asserting that Debtors' Motion shall be mooted by the Court's approving the auction sale as conducted. Conditioned upon the Court's approval of the auction sale as conducted, Vanity irrevocably agrees not to exercise any Right of Refusal is might have under the Vanity Agreement or otherwise.

WHEREFORE, Vanity requests that the auction sale of the Domain Name be approved as conducted; that Vanity's Limited Objection thereafter be withdrawn; and that Debtors' Motion be dismissed as moot.

                                                      Respectfully submitted,
                                                      Loren Stocker, d/b/a Vanity International
                                                      By counsel,

>*/s/ Thomas W. Repczynski*
>Thomas W. Repczynski (VSB No. 39967)
>trepczynski@beankinney.com
>Martin J. Yeager (VSB No. 38303)
>myeager@beankinney.com
>BEAN, KINNEY & KORMAN, P.C.
>2300 Wilson Blvd., 7th Floor
>Arlington, Virginia  22201
>(703) 525-4000; (703) 525-2207 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2009, the foregoing Limited Objection is being filed with the Court using the Court's CM/ECF system and is to be served electronically upon all receiving notice thereby.

>*/s/ Thomas W. Repczynski*
>Thomas W. Repczynski