IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CONDITIONAL WITHDRAWAL OF LIMITED OBJECTION OF LOREN STOCKER D/B/A VANITY INTERNATIONAL AND RESPONSE TO DEBTORS' MOTION TO REJECT VANITY AGREEMENT AND SET ASIDE RIGHT OF REFUSAL**

Loren Stocker, d/b/a Vanity International ("Vanity"), by counsel, hereby conditionally withdraws Vanity's limited objection to the proposed Bidding Procedures ("Vanity's Objection") (Docket No. 4455) subject to the Court's approving the auction sale as conducted with regard to the domain name "800.com" and associated trademarks ("Domain Name").

Further, Vanity responds to "Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363 and 365 and Bankruptcy Rule 6006 Authorizing Rejection of Consulting Service and Domain Name License Agreement Effective as of August 12, 2009 and Setting Aside Right of Refusal" ("Debtors' Motion") (Docket No. 4457) by asserting that Debtors' Motion shall be mooted by the Court's approving the auction sale as conducted. Conditioned upon the Court's approval of the auction sale as conducted, Vanity agrees not to exercise any Right of Refusal Vanity might have under the Vanity Agreement or otherwise.

Vanity reserves the right to respond substantively to Debtors' Motion in the event the Court does not approve the sale as conducted. Counsel for Debtors agreed in anticipation of this filing to seek adjournment of Debtors' Motion to the Court's next Omnibus Hearing date and to extend Vanity's response deadline accordingly.

WHEREFORE, Vanity requests that the auction sale of the Domain Name be approved as

conducted; that Vanity's Limited Objection thereafter be withdrawn; and that Debtors' Motion be dismissed as moot.

Respectfully submitted,
Loren Stocker, d/b/a Vanity International
By counsel,


*/s/ Thomas W. Repczynski*_____
Thomas W. Repczynski (VSB No. 39967)
trepczynski@beankinney.com
Martin J. Yeager (VSB No. 38303)
myeager@beankinney.com
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia  22201
(703) 525-4000; (703) 525-2207 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2009, the foregoing Conditional Withdrawal of Limited Objection and Response is being filed with the Court using the Court's CM/ECF system and is to be served electronically upon all receiving notice thereby.

*/s/ Thomas W. Repczynski*
Thomas W. Repczynski