Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM LLP                             One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x

   **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
        AUGUST 27, 2009 AT 11:00 A.M. (EASTERN)**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
August 27, 2009 beginning at 11:00 a.m. Eastern.

I.      **RESOLVED/WITHDRAWN MATTERS**

1.      Motion of Bond-Circuit IV Delaware Business Trust for
        Entry of an Order Granting Allowance of and Compelling
        Payment of Administrative Expense Claim, by Bond-
        Circuit IV Delaware Business Trust (Docket No. 3229)

        Objection
        Deadline:       May 25, 2009 at 5:00 p.m., extended for
                        the Debtors until August 24, 2009 at
                        4:00 p.m.

        Objections/
        Responses
        Filed:          None

        Status:         This matter has been resolved.

2.      Amended Request of by Myrtle Beach Farms Company, Inc.
        for Allowance and Payment of Administrative Expense
        Claim (Docket No. 3282)

        Related
        Documents:

        a.    Notice of Motion and Hearing (Docket No. 3285)

        Objection
        Deadline:       June 16, 2009 at 4:00 p.m., extended for
                        the Debtors until August 20, 2009 at
                        4:00 p.m.

        Objections/
        Responses
        Filed:          None

        Status:         This matter has been resolved.

3.      Motion of Market Heights, Ltd for Allowance and
        Immediate Payment of Administrative Rent Claims (Docket
        No. 3936)

        Related
        Documents:

a.   Notice of Motion and Hearing (Docket No. 3937)

b.   Amended Notice of Motion and Hearing (Docket No. 4162)

Objection
Deadline:        July 18, 2009 at 4:00 p.m., extended for the Debtors until August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

4.   Motion of Team Retail Westbank, Ltd. for Allowance and Immediate Payment of Administrative Rent Claims (Docket No. 3939)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3940)

b.   Amended Notice of Motion and Hearing (Docket No. 4163)

Objection
Deadline:        July 16, 2009 at 4:00 p.m., extended for the Debtors until August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None

Status:          This matter has been resolved.

5.   United States' Motion for Court Approval of Recoupment, and Memorandum in Support Thereof (Docket No. 3488)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3489)

Objection
Deadline:          July 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            This matter has been resolved and an
                   order has been entered (Docket No.
                   4402).

6.    Motion for Relief from Automatic Stay, by Premier
      Contracting, Inc. (Docket No. 4386)

Objection
Deadline:          August 25, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            This matter has been resolved

**II.   CONTINUED/ADJOURNED MATTERS**

7.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1135)

b.    Amended Notice of Motion and Hearing (Docket No.
      1242)

c.    Exhibits to Motion of Motorola Inc. for Allowance
      and Payment of Administrative Expense Claim
      Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
      Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection

Deadline:            February 6, 2009 at 4:00 p.m., extended
                     for the Debtors until October 8, 2009 at
                     4:00 p.m.

Objections/
Responses
Filed:               None at the time of filing this agenda

Status:              This matter has been adjourned to
                     October 15, 2009 at 2:00 p.m.

8.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1136)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1243)

     c.   Notice of Filing Exhibit to Motion (Docket Nos.
          1281, 1282, 1283, 1284, 1285, 1286, 1287)

     Objection
     Deadline:       February 6, 2009 at 4:00 p.m., extended
                     for the Debtors until October 8, 2009 at
                     4:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:         This matter has been adjourned to
                     October 15, 2009 at 2:00 p.m.

9.   Motion of Federal Warranty Services Corporation,
     Sureway, Inc., American Bankers Insurance Company of
     Florida, and United Service Protection, Inc. To Compel
     Assumption Or Rejection Of Agreements Between The
     Assurant Companies And Circuit City Stores, Inc., Or In

The Alternative Motion For Relief From Stay To
Terminate Agreements, And Memorandum In Support (Docket
Nos. 1794 and 1813)

Related
Documents:

a.   Notice of Motion and Hearing (Docket Nos. 1796 and
     1816)

Objection
Deadline:        February 11, 2009 at 4:00 p.m., extended
                 for the Debtors until September 11, 2009
                 at 4:00 p.m.

Objections/
Responses
Filed:           Informal response of the Debtors

Status:          This matter has been adjourned to
                 September 16, 2009 at 1:00 p.m.

10.   Motion of DirecTV, Inc. for Relief from the Automatic
      Stay to Effect Setoff and Memorandum of Points and
      Authorities in Support Thereof (Docket No. 2082)

Objection
Deadline:        February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Motion of DirecTV, Inc. for
     Relief from the Automatic Stay to Effect Setoff
     and Memorandum of Points and Authorities in
     Support Thereof (Docket No. 2331)

Status:          This matter has been adjourned to
                 October 15, 2009 at 2:00 p.m.

11.   Motion of Sony Pictures Home Entertainment Inc. for
      Entry of Order Allowing Administrative Expenses
      Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
      and 507(a)(2) (Docket No. 2294)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2295)

Objection
Deadline:          April 20, 2009 at 4:00 p.m., extended
                   for the Debtors until September 15, 2009
                   at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   September 22, 2009 at 11:00 a.m.

12.   Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2990)

      Objection
      Deadline:          April 24, 2009 at 4:00 p.m., extended
                         for the Debtors until September 15, 2009
                         at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to
                         September 22, 2009 at 11:00 a.m.

13.   Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

      Related

Documents:

a.    Corrected Motion of Sennheiser Electronic Corp.
      (Docket No. 2723)

b.    Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until November 16, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 November 23, 2009 at 10:00 a.m.

14.   Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until September 11, 2009 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 October 15, 2009 at 2:00 p.m.

15.   Application of The City of Newport News, Virginia for
      Payment of Taxes (Docket No. 3095)

Objection
Deadline:        June 2, 2009 at 4:00 p.m., extended for
                 the Debtors until July 17, 2009 at 4:00
                 p.m.

Objections/
Responses

Filed:

a.  Debtors' Response and Objection to Motion for
    Application for Payment of Taxes Filed by the City
    of Newport News (Docket No. 4145)

   Status:          This matter has been adjourned to
                    October 15, 2009 at 2:00 p.m.

16.  Amended Motion of Site A, LLC for Payment of
     Administrative Expense Claim (Docket No. 3468)

     Related
     Documents:

     a.  Motion of Site A, LLC for Payment of
         Administrative Expense Claim (Docket No. 3052)

     b.  Notice of Motion and Hearing (Docket No. 3469)

     Objection
     Deadline:      June 16, 2009 at 4:00 p.m., extended for
                    the Debtors until October 8, 2009 at
                    4:00 p.m.

     Objections/
     Responses
     Filed:         None at the time of filing this agenda

     Status:        This matter has been adjourned to
                    October 15, 2009 at 2:00 p.m.

17.  Motion of Towne Square Plaza to Allow the Filing of (1)
     Amended Proof of Claim and (2) Late Proof of Claim
     (Docket No. 3582)

     Related
     Documents:

     a.  Notice of Motion and Hearing (Docket No. 3583)

     b.  Notice of Filing of Affidavit in Support of Motion
         of Towne Square Plaza to Allow the Filing of (1)
         Amended Proof of Claim and (2) Late Proof of Claim
         (Docket No. 3782)

Objection
Deadline:          June 26, 2009 at 4:00 p.m., extended for
                   the Debtors until October 8, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   October 15, 2009 at 2:00 p.m.

18.   Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:          June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction
            Company, LLC's Motion for Examination and Order
            Directing Debtor, Circuit City Stores, Inc. to
            Produce Documents Pursuant to Federal Rule of
            Bankruptcy Procedure Rule 2004 (Docket No. 3701)

      Status:            This matter has been adjourned to
                         October 15, 2009 at 2:00 p.m.

19.   Motion of Slam Brands, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 3839)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3840)

Objection
Deadline:          July 17, 2009 at 4:00 p.m., extended for
                   the Debtors until October 8, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   October 15, 2009 at 2:00 p.m.

20.    Motion of AmREIT, a Texas Real Estate Investment Trust
       for Allowance of Administrative Expenses (Docket No.
       3867)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 3868)

       Objection
       Deadline:          July 17, 2009 at 4:00 p.m., extended for
                          the Debtors until October 13, 2009 at
                          4:00 p.m.

       Objections/
       Responses
       Filed:             None

       Status:            This matter has been adjourned to
                          October 15, 2009 at 2:00 p.m.

21.    Waste Management, Inc.'s Motion to Deem Proof of Claim
       Timely Filed, Claim No. 10927 (Docket No. 4095)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 4096)

       Objection
       Deadline:          August 20, 2009 at 4:00 p.m., extended
                          for the Debtors until September 15, 2009
                          at 4:00 p.m.

> Objections/
> Responses
> Filed:          None at the time of filing this agenda
>
> Status:         This matter has been adjourned to
>                 September 22, 2009 at 11:00 a.m.

22.   Amended Motion of the Columbus Dispatch for Allowance
      of Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(1) (Docket Nos. 4358, 3874)

> Objection
> Deadline:       July 15, 2009 at 4:00 p.m., extended for
>                 the Debtors until October 8, 2009 at
>                 4:00 p.m.
>
> Objections/
> Responses
> Filed:          None at the time of filing this agenda
>
> Status:         This matter has been adjourned to
>                 October 15, 2009 at 2:00 p.m.

23.   Debtors' Motion for Order Pursuant to Bankruptcy Code
      Sections 105(a), 363 and 365 and Bankruptcy Rule 6006
      Authorizing Rejection of Consulting Service and Domain
      Name License Agreement Effective as of August 12, 2009
      and Setting Aside Right of Refusal (Docket No. 4457)

> Related
> Documents:
>
> a.    Notice of Motion and Hearing (Docket No. 4458)
>
> Objection
> Deadline:       August 25, 2009 at 4:00 p.m., extend for
>                 Loren Stocker D/B/A Vanity International
>                 until September 18, 2009 at 4:00 p.m.
>
> Objections/
> Responses
> Filed:
>
> a.    Conditional Withdrawal of Limited Objection of

12

Loren Stocker d/b/a Vanity International and
Response to Debtors' Motion to Reject Vanity
Agreement and Set Aside Right of Refusal (Docket
No. 4625)

Status:          This matter has been adjourned to
                 September 22, 2009 at 11:00 a.m.

## III. UNCONTESTED MATTERS

24.   Motion for Orders Under Bankruptcy Code Sections 105,
      363 and 503 and Bankruptcy Rules 2002 and 6004 (I) (b)
      Approving Bidding Procedures for Sale of Certain Real
      Property in Moreno Valley, California, (b) Authorizing
      Sellers to Enter Into Agreement in Connection Therewith
      Subject to Higher and Better Proposals (c) Approving
      Expense Reimbursement in Connection Therewith (d)
      Setting Auction and Sale Hearing Dates; (II) Approving
      Sale of Property Free and Clear of Liens; and (III) and
      Granting Related Relief (Docket No. 3925)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3928)

      b.    Order Under Bankruptcy Code Sections 105, 363 and
            503 and Bankruptcy Rules 2002 and 6004 (I)
            Approving Bidding Procedures for Sale of Certain
            Real Property in Moreno Valley, California, (II)
            Authorizing Sellers to Enter Into Agreement in
            Connection Therewith; (III) Approving Expense
            Reimbursement in Connection Therewith and (IV)
            Setting Auction and Sale Hearing Dates (Docket No.
            4305)

      Objection
      Deadline:        August 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Objection Of Lowe's HIW, Inc. to Motion for Orders
            Under Bankruptcy Code Sections 105, 363 and 503

13

and Bankruptcy Rules 2002 and 6004 (I) (b)
Approving Bidding Procedures for Sale of Certain
Real Property in Moreno Valley, California, (b)
Authorizing Sellers to Enter Into Agreement in
Connection Therewith Subject to Higher and Better
Proposals (c) Approving Expense Reimbursement in
Connection Therewith (d) Setting Auction and Sale
Hearing Dates; (II) Approving Sale of Property
Free and Clear of Liens; and (III) and Granting
Related Relief (Docket No. 4138)

Status:         The objection has been resolved.  This
                matter is going forward.

25.    Motion for Orders Pursuant to Bankruptcy Code Sections
       105 and 363 and Bankruptcy Rules 2002 and 6004 (I)(A)
       Approving Procedures in Connection with Sales of
       Miscellaneous Intellectual Property Assets, (B)
       Authorizing Sellers to Enter into Stalking Horse
       Agreements in Connection Therewith, (C) Approving the
       Payment of Termination Fees in Connection Therewith,
       (D) Approving Form and Manner of Sale Notice and (E)
       Setting Auction and Hearing Dates; (II) Approving Sales
       of Miscellaneous Intellectual Property Assets Free and
       Clear of All Interests; and (III) Granting Related
       Relief (Docket No. 3960)

       Related
       Documents:

       a.    Order Under Bankruptcy Code Sections 105 and 363
             and Bankruptcy Rules 2002 and 6004 (I) Approving
             Procedures in Connection with Sales of
             Miscellaneous Intellectual Property Assets, (II)
             Authorizing Sellers to Enter into Stalking Horse
             Agreements in Connection Therewith, (III)
             Approving the Payment of Termination Fees in
             Connection Therewith, (IV) Setting Auction and
             Hearing Dates and (V) Granting Related Relief
             (Docket No. 4157)

       b.    Notice of Entry of Order (Docket No. 4174)

       Objection
       Deadline:       August 11, 2009 at 5:00 p.m.

14

Objections/
Responses
Filed:

a.    Limited Objection of Loren Stocker D/B/A Vanity
      International to the Bidding Procedures in
      Connection with Sales of Miscellaneous
      Intellectual Property Assets and the Anticipated
      Sale Motion Relating to the Domain Name "800.COM"
      and Associated Trademarks (Docket No. 4455)

      Related
      Document:

      i.    Notice of Hearing (Docket No. 4456)

      ii.   Conditional Withdrawal of Limited Objection
            of Loren Stocker d/b/a Vanity International
            and Response to Debtors' Motion to Reject
            Vanity Agreement and Set Aside Right of
            Refusal (Docket No. 4625)

   Status:        The objection has been withdrawn.  This
                  matter is going forward.

26.  Debtors' Motion for Order Under Bankruptcy Code
     Sections 105 and 363 and Bankruptcy Rules 2002 and 6004
     (a) Authorizing Seller to Enter Into Agreement for Sale
     of Certain Real Property in Los Angeles, California
     Subject to Higher or Otherwise Better Bids, (b)
     Approving Sale of Real Property Free and Clear of All
     Interests and (c) Granting Related Relief (Docket No.
     4321)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 4322)

     Objection
     Deadline:       August 20, 2009 at 4:00 p.m.

     Objections/
     Responses

Filed:          None

Status:         This matter is going forward.

27.   Debtors Motion for Order Under Bankruptcy Code Sections
      105, 363 and 503 and Bankruptcy Rules 2002 and 6004 (A)
      Authorizing Seller to Enter into Agreement for Sale of
      Certain Real Property in Atlanta, Georgia Subject to
      Higher or Otherwise Better Bids, (B) Approving Expense
      Reimbursement in Connection Therewith, (C) Approving
      Sale of Real Property Free and Clear of All Interests
      and (D) Granting Related Relief (Docket No. 4397)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 4398)

      Objection
      Deadline:       August 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None

      Status:         This matter is going forward.

28.   Debtors' Motion for an Order Terminating the Utility
      Blocked Account and Establishing Utility Blocked
      Account Payment Request Deadline Under Bankruptcy Code
      Sections 105(a) and 366 (Docket No. 4528)

      Objection
      Deadline:       August 25, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None as of the filing of this agenda

      Status:         This matter is going forward.

29.   Debtors' Motion for Order Extending Objection Deadline
      to Disclosure Statement with Respect to Joint Plan of
      Liquidation of Circuit City Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and Its

Official Committee of Creditors Holding General
Unsecured Claims Under Local Bankruptcy Rule 3016-
1(B)(Docket 4626)

Related
Documents:

a.    Notice of Motion and Notice of Hearing (Docket No.
      4628)

Objection
Deadline:        August 27, 2009 at 11:00 a.m.

Objections/
Responses
Filed:           None as of the filing of this agenda

Status:          This matter is going forward.

30.  Motion of the Debtors Pursuant to 11 U.S.C. § 105, and
     Local Bankruptcy Rule 9013-1(M) for an Order Setting an
     Expedited Hearing (Docket No. 4627)

     Related
     Documents:

     a.    Debtors' Motion for Order Extending Objection
           Deadline to Disclosure Statement with Respect to
           Joint Plan of Liquidation of Circuit City Stores,
           Inc. and Its Affiliated Debtors and Debtors in
           Possession and Its Official Committee of Creditors
           Holding General Unsecured Claims Under Local
           Bankruptcy Rule 3016-1(B)(Docket 4626)

     b.    Notice of Motion and Notice of Hearing (Docket No.
           4629)

     Objection
     Deadline:        August 27, 2009 at 11:00 a.m.

     Objections/
     Responses
     Filed:           None as of the filing of this agenda

     Status:          This matter is going forward.

**IV.  CONTESTED MATTERS**

31.  Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property
     Leases and (C) Lease Rejection Procedures (Docket No.
     1946)

     Related
     Documents:

     a.   Notice of Hearing (Docket No. 1947)

     b.   Order under Bankruptcy Code Sections 105, 363, and
          265 (I) Approving Bidding and Auction Procedures
          for Sale of Unexpired Nonresidential Real Property
          Leases, (II) Setting Sale Hearing Dates and (III)
          Authorizing and Approving (A) Sale of Certain
          Unexpired Nonresidential Real Property Leases Free
          and Clear of All Interests, (B) Assumption and
          Assignment of Certain Unexpired Nonresidential
          Real Property Leases and (C) Lease Rejection
          Procedures (Docket No. 2242)

     c.   Notice of February Lease Bid Deadline, Auction
          Date and Related Objection Deadline and Sale
          Hearing Date (Docket No. 2245)

     d.   Supplemental Order Under Bankruptcy Code Sections
          105, 363, and 365 Approving Amended Bid Deadline
          in Connection with Bidding and Auction Procedures
          for Sale of Unexpired Nonresidential Real Property
          Leases (Docket No. 2346)

     e.   Notice of Amended March Bid Deadline – New
          Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
          (Docket No. 2351)

     f.   Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Supplemental Cure Schedule (Docket No. 2421)

i.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

Objection
Deadline:            March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Related
      Document:

      i.    Debtors' Reply to Objection of 444
            Connecticut, LLC to Debtors' Proposed Cure
            Amount (Docket No. 4151)

General
Status:              This matter is going forward with
                     respect to Objection (a).

32.   Motion of Export Development Canada for Allowance of
      the Late Filed Administrative Expense Claim (Docket No.
      2960)

      Objection
      Deadline:            April 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Preliminary Objection To Motion For
            Allowance Of The Late Filed Administrative Expense
            Claim Of Export Development Canada (Docket No.
            3131)

    b.   Reply to Debtors' Preliminary Objection to Motion for Allowance of the Late Filed Administrative Expense Claim (Docket No. 3152)

    c.   Debtors' Amended Preliminary Objection To Motion For Allowance Of The Late Filed Administrative Expense Claim Of Export Development Canada (Docket No. 3154)

Status:    This matter was originally before this Court on April 28, 2009 and has since been adjourned pursuant to this Court's case management order.  All matters requesting similar relief have been consensually adjourned.  At this time, however, the movant has requested that this matter go forward.  The Debtors continue to oppose the movant's request and believe this matter should be adjourned until after confirmation of a plan of liquidation, at which time it should be set for a status hearing.

33.   Amended Motion for Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter Into Agreement For Sale of Certain Real Property in San Jose, California Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, (D) Approving Assumption, Assignment and Sale of Certain Unexpired Lease of Non-Residential Real Property Free and Clear of all Interests and (E) Granting Related Relief (Docket No. 4359)

Related
Documents:

    a.   Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter Into Agreement For Sale of Certain Real Property in San Jose, California Subject to Higher or Otherwise Better Bids, (B) Approving

Termination Fee in Connection Therewith, (C)
Approving Sale of Real Property Free and Clear of
All Interests, (D) Approving Assumption,
Assignment and Sale of Certain Unexpired Lease of
Non-Residential Real Property Free and Clear of
all Interests and (E) Granting Related Relief
(Docket No. 4324)

b.   Amended Notice of Motion and Hearing (Docket No.
     4360)

Objection
Deadline:      August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Limited Objection of Golfsmith International, L.P.
     to the Debtors' Motion to Sell Certain Real
     Property Located in San Jose, California (Docket
     No. 4580)

Status:        The parties are working to resolve this
               matter.  This matter is going forward.

34.  Amended Motion of Ashley Isaac, Pro Se, for Relief from
     the Automatic Stay Under Section 362 of the Bankruptcy
     Code (Docket No. 4450)

Related
Document:

a.   Declaration Of Ashley Isaac (Docket No. 4594)

Objection
Deadline:      August 27, 2009 at 11:00 a.m.

Objections/
Responses
Filed:

a.   Debtors' Response And Objection To Ashley Isaac's
     Amended Motion For Relief From Automatic Stay
     (Docket No. 4586)

Status:          This matter is going forward.

**V.    OMNIBUS CLAIM OBJECTIONS - ADJOURNED MATTERS**

35.   Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2789)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2790)

      b.    Order on Debtors' Second Omnibus Objection to
            Certain Late 503(b)(9) Claims (Docket No. 3356)

      Objection
      Deadline:        April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see Exhibit A attached hereto.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned as set
                       forth on Exhibit A.

36.   Debtors' Third Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2791)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2792)

      b.    Order on Debtors' Third Omnibus Objection to
            Certain Late 503(b)(9) Claims (Docket No. 3357)

      Objection
      Deadline:        April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see Exhibit A attached hereto.

|  |  |  |
|---|---|---|
| Status: | An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned as set forth on Exhibit A. |

37.  Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (Docket No. 3096)

Related
Documents:

a.  Order on Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (Docket No. 3494)

Objection
Deadline:          May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned as set forth on Exhibit A.

38.  Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506)

Related
Documents:

a.  Order On Debtors' Seventh Omnibus Objection To Certain Late Claims (Docket No. 4169)

Objection
Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned as set
                    forth on Exhibit A.

39.  Debtors' Eighth Omnibus Objection to Certain Late
     Claims (Docket No. 3507)

     Related
     Documents:

     a.    Order On Debtors' Eighth Omnibus Objection To
           Certain Late Claims (Docket No. 4170)

     Objection
     Deadline:          June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             Please see Exhibit A attached hereto.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned as set
                        forth on Exhibit A.

40.  Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

     Related
     Documents:

     a.    Amended Exhibit C to Debtors' Ninth Omnibus
           Objection to Certain (i) Late Claims (ii) Late
           503(b)(9) Claims (Docket No. 3512)

     b.    Order On Debtors' Ninth Omnibus Objection To
           Certain (I) Late Claims And (II) Late 503(B)(9)
           Claims (Docket No. 4171)

     Objection
     Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          Please see <u>Exhibit A</u> attached hereto.

Status:         An order has been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned as set
                forth on <u>Exhibit A</u>.

41.   Debtors' Tenth Omnibus Objection to Certain Duplicate
      Claims (Docket No. 3513)

      Related
      Documents:

      a.    Order On Debtors' Tenth Omnibus Objection To
            Certain Duplicate Claims (Docket No. 4172)

      b.    Supplemental Order on Debtors' Tenth Omnibus
            Objection To Certain Duplicate Claims (Docket No.
            4406)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Please see <u>Exhibit A</u> attached hereto.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned as set
                      forth on <u>Exhibit A</u>.

42.   Debtors' Eleventh Omnibus Objection to Certain
      Qualified Pension Plan Claims and 401(k) Claims (Docket
      No. 3525)

      Related
      Documents:

      a.    Amended Notice of Debtors' Eleventh Omnibus
            Objection to Certain Qualified Pension Plan Claims

25

and 401(k) Claims (Docket No. 3715)

b.    Order on Debtors' Eleventh Omnibus Objection to
      Certain Qualified Pension Plan Claims and 401(k)
      Claims (Docket No. 4403)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned as set
                 forth on Exhibit A.

43.  Debtors' Twelfth Omnibus Objection to Certain Qualified
     Pension Plan Claims and 401(k) Claims (Docket No. 3526)

Related
Documents:

a.    Amended Notice of Debtors' Twelfth Omnibus
      Objection to Certain Qualified Pension Plan Claims
      and 401(k) Claims (Docket No. 3718)

b.    Order on Debtors' Twelfth Omnibus Objection to
      Certain Qualified Pension Plan Claims and 401(k)
      Claims (Docket No. 4405)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned as set
                 forth on Exhibit A.

44.   Debtors' Thirteenth Omnibus Objection to Certain
      Amended Claims (Docket No. 3527)

      Related
      Documents:

      a.   Amended Notice of Debtors' Thirteenth Omnibus
           Objection to Certain Amended Claims (Docket No.
           3528)

      b.   Second Amended Notice of Debtors' Thirteenth
           Omnibus Objection to Certain Amended Claims
           (Docket No. 3720)

      c.   Order on Debtors' Thirteenth Omnibus Objection to
           Certain Amended Claims (Docket No. 4446)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see Exhibit A attached hereto.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned as set
                       forth on Exhibit A.

45.   Debtors' Fifteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3676)

      Related
      Documents:

      a.   Order on Debtors' Fifteenth Omnibus Objection to
           Claims (Reclassification of Claims Filed By Equity
           Holders to Interests) (Docket No. 4445)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

```
          Objections/
          Responses
          Filed:         Please see Exhibit A attached hereto.

          Status:        An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned as set
                         forth on Exhibit A.
```

46.   Debtors' Sixteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3677)

```
          Related
          Documents:

          a.    Order on Debtors' Sixteenth Omnibus Objection to
                Claims (Reclassification of Claims Filed By Equity
                Holders to Interests) (Docket No. 4444)

          Objection
          Deadline:      July 16, 2009 at 4:00 p.m.

          Objections/
          Responses
          Filed:         Please see Exhibit A attached hereto.

          Status:        An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned as set
                         forth on Exhibit A.
```

47.   Debtors' Seventeenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3678)

```
          Related
          Documents:

          a.    Order on Debtors' Seventeenth Omnibus Objection to
                Claims (Reclassification of Claims Filed By Equity
                Holders to Interests) (Docket No. 4447)
```

```
Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned as set
                 forth on Exhibit A.
```

48.   Debtors' Eighteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3679)

      Related
      Documents:

      a.    Order on Debtors' Eighteenth Omnibus Objection to
            Claims (Reclassification of Claims Filed By Equity
            Holders to Interests) (Docket No. 4449)

```
      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Please see Exhibit A attached hereto.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned as set
                       forth on Exhibit A.
```

49.   Debtors' Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      General Unsecured, Non-Priority Claims) (Docket No.
      3703)

      Related
      Documents:

a.   Order on Debtors' Nineteenth Omnibus Objection to
     Claims (Reclassification of Certain Misclassified
     Claims to General Unsecured, Non-Priority Claims)
     (Docket No. 4449)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned as set
                   forth on Exhibit A.

50.  Debtors' Twentieth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases (Docket No. 3704)

Related
Documents:

a.   Order On Debtors' Twentieth Omnibus Objection To
     Claims (Reclassified To Unsecured Claims Of
     Certain Claims Filed As 503 (B) (9) Claims For
     Goods Received By The Debtors Not Within Twenty
     Days Of The Commencement Of The Case (Docket No.
     4576)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned as set

forth on <u>Exhibit A</u>.

51.   Debtors' Twenty-First Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      3709)

      Related
      Documents:

      a.    Order on Debtors' Twenty-First Omnibus Objection
            to Claims (Disallowance of Certain Duplicate
            Claims) (Docket No. 4466)

      Objection
      Deadline:       July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Please see <u>Exhibit A</u> attached hereto.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned as set
                      forth on <u>Exhibit A</u>.

52.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.    Order On Debtors' Twenty-Second Omnibus Objection
            To Claims (Disallowance Of Certain Claims Filed
            Against The Wrong Debtor) (Docket No. 4577)

      Objection
      Deadline:       July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Please see <u>Exhibit A</u> attached hereto.

      Status:         An order has been entered partially

sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned as set
forth on Exhibit A.

53.  Debtors' Twenty-Third Omnibus Objection to Claims
(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 3711)

Related
Documents:

a.   Order on Debtors' Twenty-Third Omnibus Objection
to Claims (Modification of Certain Duplicate
503(b)(9) Claims) (Docket No. 4465)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned as set
forth on Exhibit A.

**VI.   OMNIBUS CLAIM OBJECTIONS – STATUS CONFERENCE MATTERS**

54.  Debtors' Twenty-Seventh Omnibus Objection to Claims
(Disallowance of Certain Tax Claims for No Tax
Liability) (Docket No. 4276)

Objection
Deadline:        August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          The status hearing is going forward with
respect to those claims for which a
response was filed.  **However, those
parties who filed a response do not need**

**to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

55.  Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 4277)

Objection
Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Please see Exhibit A attached hereto.

Status:           The status hearing is going forward with respect to those claims for which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

56.  Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (Docket No. 4278)

Objection
Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Please see Exhibit A attached hereto.

Status:           The status hearing is going forward with respect to those claims for which a response was filed.  **However, those**

**parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

## VII. OMNIBUS CLAIM OBJECTIONS - CONTESTED MATTER GOING FORWARD

57.   Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3310)

b.   Order Adjourning Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4007)

c.   Order on Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4008)

Objection
Deadline:      June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         Please see <u>Exhibit A</u> attached hereto.

Status:        This matter is going forward as forth in matter 58 below.  In all other respects, this matter is adjourned to October 15, 2009 at 2:00 p.m.

58.   Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3312)

b.   Order Adjourning Debtors' Sixth Omnibus Objection
     to Certain Misclassified Non-Goods 503(b)(9)
     Claims (Docket No. 4011)

c.   Order on Debtors' Sixth Omnibus Objection to
     Certain Misclassified Non-Goods 503(b)(9) Claims
     (Docket No. 4012)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Please see Exhibit A attached hereto.

Status:          This matter is going forward as forth in
                 matter 58 below.  In all other respects,
                 this matter is adjourned to October 15,
                 2009 at 2:00 p.m.

59.  Debtors' Fourteenth Omnibus Objection to Claims
     (Reclassification of Certain Non-Goods 503(b)(9) Claims
     to General Unsecured Non-Priority Claims) (Docket No.
     3672)

     Related
     Document:

     a.   Order on Debtors' Fourteenth Omnibus Objection to
          Claims (Reclassification of Certain Non-Goods
          503(b)(9) Claims to General Unsecured Non-Priority
          Claims) (Docket No. 4443)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Please see Exhibit A attached hereto.

     Status:          This matter is going forward as forth in
                      matter 58 below.  In all other respects,

this matter is adjourned to October 15, 2009 at 2:00 p.m.

60.  Notice of Hearing on the Applicable Definition and Legal Standard of "Goods" Under 11 U.S.C. Section 503(b)(9) for Responding Claimants to Debtors' Pending Omnibus Objections to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4204)

Related Documents:

a.   Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

b.   Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

c.   Debtors' Fourteenth Omnibus Objection to Claims (Reclassification of Certain Non-Goods 503(b)(9) Claims to General Unsecured Non-Priority Claims) (Docket No. 3672)

Objection Deadline:        August 20, 2009 at 4:00 p.m.

Objections/ Responses Filed:

a.   Touchpoint Retail Design, Inc.'s Response to Sixth Omnibus Objection (Docket No. 3409)

b.   Lexington County Treasurer's Response to Sixth Omnibus Objection (Docket No. 3410)

c.   E-Z Spread n' Lift Industries' Response to Sixth Omnibus Objection (Docket No. 3492)

d.   Consumer Vision, LLC's Response to Sixth Omnibus Objection (Docket No. 3521)

e.   Winn Bus Lines, Inc.'s Response to Sixth Omnibus

Objection (Docket No. 3522)

f.   Lee County Tax Collector's Response to Sixth
     Omnibus Objection (Docket No. 3559)

g.   Charleston Newspapers' Response to Fifth Omnibus
     Objection (Docket No. 3561)

h.   Retail MDS, Inc.'s Response to Fifth Omnibus
     Objection (Docket No. 3563)

i.   Magnus Magnusson's Response to Fifth Omnibus
     Objection (Docket No. 3573)

j.   Towne Square Plaza's Response to Sixth Omnibus
     Objection (Docket No. 3586)

k.   Graphic Communications, Inc.'s Response to Fifth
     Omnibus Objection (Docket No. 3600)

l.   Miner Fleet Management Group, Ltd.'s Response to
     Fifth Omnibus Objection (Docket No. 3608)

m.   Vector Security, Inc.'s Response to Fifth Omnibus
     Objection (Docket No. 3612)

n.   County of Albemarle's Response to Sixth Omnibus
     Objection (Docket No. 3613)

o.   Schimenti Construction Company, LLC's Response to
     Fifth Omnibus Objection (Docket No. 3622)

p.   U.S. Signs' Response to Fifth Omnibus Objection
     (Docket No. 3623)

q.   AA Home Services, LLC's Response to Sixth Omnibus
     Objection (Docket No. 3634)

r.   Town of Enfield, Connecticut's Response to Sixth
     Omnibus Objection (Docket No. 3637)

s.   Performance Printing Corporation's Response to
     Sixth Omnibus Objection (Docket No. 3644)

t.   Eastern Security Corp.'s Response to Sixth Omnibus

Objection (Docket No. 4094)

u.   I/O Magic Corp's Response to the Fourteenth
     Omnibus Objection (Docket No. 4368)

Status:        This matter is going forward to
               determine the applicable definition and
               legal standard of "goods" under 11
               U.S.C. § 503(b)(9).

Dated: August 25, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                     - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                     - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley_____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\9819986.3

**EXHIBIT A**

**GLOBAL RESPONSE CHART**

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 2 | Hayden Meadows Joint Venture (TMT Development Company, Inc.) | 3161 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 2 | Orange County Treasurer-Tax Collector | 3206 | Debtors have withdrawn their objection pursuant to Stipulation and Consent Order (Docket No. 4009) |
| 2 | Export Development Canada | 3209 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 2 | Gamergraffix | 3222 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 3 | Tasler Pallet, Inc. | 3162 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |

---

[1]  For all responses for which a status hearing will go forward on August 27, 2009, the respondent does not need to appear at the hearing. Their rights will not be affected at this hearing.

[2]  For all responses which have been adjourned to a date and time to be determined, the respondent does not need to appear at the August 27, 2009 hearing. Their rights will not be affected at this hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 4 | ION Audio, LLC | 3380 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384/ 3386 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 4 | Onkyo USA Corporation | 3389 | Status Hearing went forward on May 13, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 4 | Bethesda Softworks LLC | N/A | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 5 | Charleston Newspapers | 3561 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Retail MDS, Inc. | 3563 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Magnus Magnusson | 3573 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Graphic Communications, Inc.) | 3600 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Miner Fleet Management Group, Ltd., | 3608 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Vector Security, Inc. | 3612 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | Schimenti Construction Company, LLC | 3622 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 5 | U.S. Signs | 3623 | This matter is going forward with |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 6 | Touchpoint Retail Design, Inc. | 3409 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Lexington County Treasurer | 3410 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | E-Z Spread n' Lift Industries | 3492 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Consumer Vision, LLC | 3521 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Winn Bus Lines, Inc. | 3522 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Lee County Tax Collector | 3559/ 3702 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Towne Square Plaza | 3586 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | County of Albemarle | 3613 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 6 | AA Home Services, LLC | 3634 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Town of Enfield, Connecticut | 3637 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Performance Printing Corporation | 3644 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| 6 | Eastern Security Corp | 4094 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 7 | Kim E's Flowers, Inc. | 3611 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 7 | Marian B. Frauenglass | 3636 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Sie Ling Chiang | 3639 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Cheryl Daves | 3661 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | David Cates | 3690 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Louis C. Jones III | 3791 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Ty Holbrook | 3792 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Marilyn N. Campbell | 3794 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Michael Lay | 3795 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Richard L. Schurz | 3802 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Barbara Lay | 3803 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 7 | Cheryl Daves | 3811 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Renukaben S. Naik | 3812 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Dino Bazdar | 3814 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Austin James Harthun | 3815 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Mikael Salovaara | 3835 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Bernice Slipow | 3875 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Edward A. Winfree | 3878 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Jean Abdallah | 3880 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Jakob Joffe | 3886 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Michael McCabe | 3887 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Elton J. Turnage | 3889 | Status Hearing went forward on July 6, |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
|  |  |  | 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | Michael Boger | 3905 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 7 | WINK TV - Fort Myers Broadcasting | 3920 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
|  |  |  |  |
| 8 | Times and News Publishing Company | 3640 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Dr. Robert A. Koenig | 3642/ 3643 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Ismay Gayle | 3659 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | First Baptist Church of Sunrise | 3662 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | PuntoAparte Communications, Inc. | 3785 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Taylor B. Phillips | 3788 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Ervin C. Olson | 3789 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 8 | Gloria E. Scarnati | 3790 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Ty Holbrook | 3793 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Marsha L. Blanchette | 3798 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Alex P. Thorson | 3804 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Michael Alexander | 3805 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Richard Daly | 3806 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | American Power Conversion Corp. | 3818 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Vertis, Inc. | 3827 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Cornella Diane Beverly | 3832 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Waste Management, Inc. | 3834 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Snagajob.com | 3857 | Status Hearing went forward on July 6, |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
|  |  |  | 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Connie Y. Boyer | 3883 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Margaret L. Given | 3894 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Craig Bender | 3897 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | KPLR TV | 3903 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Cornella Diane Beverly | 3908 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Nicholas S. Weeks | 3913 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | WXCW TV – Sun Broadcasting | 3919 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | John P. Raleigh | 3921 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 8 | Natalia Hilton | 3964/ 3965/ | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | 3966 | until October 15, 2009 at 2:00 p.m. |
| 8 | Ollie L. Stukes | N/A | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 9 | Kenneth Giacone | 3635/ 3955 | Status Hearing went forward on July 6, 2009.  This response is adjourned until a date and time to be determined by the Debtors. |
| 9 | United States Customs and Border | 3656 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Jerry L. Knighten | 3658 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Mary H. Stienemann | 3660 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Kisha T. Buchanan | 3692 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Patricia A. Bean | 3693 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | C & A Consulting | 3694 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 9 | Compass Group USA, Inc. | 3712 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Richard Stevens | 3786 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Lacrosse Technology, Ltd. | 3787 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Alice Norton | 3801 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Chang Rao, Chuan Fa Liu | 3809 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Sharon Brown Hope | 3813 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | SimpleTech by Hitachi Global Storage Technologies | 3821/ 3848 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Michael T. Chalifoux | 3826 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Laura L. Scannell | 3838 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Belkin International | 3851 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Oklahoma Gas & Electric Company | 3858 | Status Hearing went forward on July 6, |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Tec-Com Services, Inc. | 3865 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Deanna Heckman-Harding. | 3885 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Michael Karpinski | 3890/ 3963 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Sheryl A. Borger | 3891/ 4000 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Marin Municipal Water District | 3900 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | John Batioff. | 3901/ 3902 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | WPBF TV | 3904 | Status Hearing went forward on July 6, 2009.  This response is adjourned until August 27, 2009 at 11:00 a.m. |
| 9 | Mary Ann Hudspeth | 3911 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Harris County Toll Road Authority | 3912 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 9 | Lyle Alonso Epps | 3914 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Mary Riordan | 3918 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 9 | Scott Warren | 4320 | The status hearing is going forward. |
| | | | |
| 10 | Martin Garcia | 3667 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Syed Asrar Naqvi | 3691 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Catellus Operating Limited Partnership | 3708 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Plaza Las Americas, Inc. | 3777 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Cormark, Inc. | 3800 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC | 3828 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | M&M Berman Enterprises | 3829 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
|  |  |  | until October 15, 2009 at 2:00 p.m. |
| 10 | Cottonwood Corners-Phase V, LLC | 3833 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Southroads, L.L.C. | 3836 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | TKG Coffee Tree, L.P. | 3841 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Alliance Entertainment, LLC, now known as Source Interlink Distribution, LLC, and (II) Source Interlink Media | 3844 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Eagleridge Associates, LLC, Torrance Towne Center Associates, LLC. | 3849 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Belkin International | 3852 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Greenback Associates LLC | 3854 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Donahue Schriber Realty Group, L.p. | 3855 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | 1251 Fourth Street Investors, LLC and Beverly Gemini Investments | 3876/ 3877 | Status Hearing went forward on July 6, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 10 | Satchidananda Mims | 3907 | Status Hearing went forward on July 6, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| | | | |
| 11 | Bobby G. Wilson | 3638 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Johnny L. Ferguson | 3646 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Erica  and Jerome Randolph | 3784 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Aubina Yates | 3882 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Marcea Wolfe | 3931 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | August E. Spalding | 4021 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Barbara A. Koesel, Robert F. Koesel | 4067 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | Michael Tucker | 4082 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 11 | James H. Morton | 4137 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | |
| 12 | Anna Maccanelli | 2910 | |
| 12 | Maria-Teresa R.P. Turner | 3783 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Rick Sharp | 3810 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Victoria G. Moore | 3881 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Nancy Darling | 3882 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Alexander M. Russell | 3888 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Julia M. Given | 3895 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Carole Shook | 3909 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Mary Ella Holm | 4018 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Susan M. Johnson | 4023 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Mark H. Turner, Maria Teresa Turner | 4052 | Status Hearing went forward on July 23, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 12 | Richard Thompson | 4054 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Normand C. Dionne | 4083 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Christopher Borglin, Rebecca Hylton DeCamps, Hilton Ellis Epps Sr., Phyllis M Pearson, Paul Schaapman | 4150 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 12 | Sharon Joyce Savary | 4190 | The status hearing is going forward. |
| | | | |
| 13 | The Columbus Dispatch | 3924 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 13 | General Electric Company's Consumer & Industrial Division | 4089 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 14 | I/O Magic Corp | 4368 | This matter is going forward with respect to a hearing to determine the proper applicable definition and legal standard of "goods" under 11 U.S.C. § 503(b)(9).  In all other respects, this matter is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 15 | Donald F. & Rebecca A. Peterson | 3899 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Cynda Ann Berger | 3934 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Derek Laumbach | 3987 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Edwin Ellis | 4001 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Bruce Davis | 4030 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Tony F. Esposito | 4053 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Robert J. Appleby | 4055 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | George T. Bentzen | 4131 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Allan M. Anderson | 4140 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Gary Kurzenhauser | 4147 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Cecil M. Booker Family Trust | 4181 | Status Hearing went forward on July |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 15 | Steven Draxler | 4184 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 16 | Herman and Marion Gallati | 3996 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Muriel To Yang | 4015 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | James Shober | 4031 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Nancy E. Mirshah, Hassan Mirshah | 4033 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | John H. Davis-El. | 4039 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Lourena Pruett Cole Irrevocable Trust | 4056 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Jean Theodule | 4070 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Benjamin R. Knighton. | 4071 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 16 | Delores I. Louchak, Louis A. Luchak | 4072 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Robert E. Kniesche | 4084 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Karen L. Buckley | 4086 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | James Lubary | 4101 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 16 | Juanita Atwood, James W. Atwood | 4153 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
|  |  |  |  |
| 17 | Virginia V. Phillips | 3929 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Seth Kranz | 3932 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Anna L. Ubben | 3978 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Pauline B. Griskey, Richard G. Griskey* (Obj. to 17 & 18) | 4028 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Shirley A. Munselle | 4029 | Status Hearing went forward on July 23, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 17 | Andrea Wright | 4032 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Richard Smith* (Obj to 18) | 4038 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Susan Grace Strickland | 4069/ 4182/ 4378 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Joan M. Keller, Raymond E. Keller | 4088 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Regina J. Cody | 4109 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 17 | Youde Wang | 4134 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 18 | Thomas Tecza | 4068 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 18 | Rhonda S. Johnson | 4087 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 19 | Thomas Gibson | 3933 | Status Hearing went forward on July 23, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 19 | Donna M. Kincheloe | 3985 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | The Landing at Arbor Place II, LLC | 4019 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Imation Enterprises Corp. | 4026 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Jack Hernandez | 4027 | This response is adjourned until a date and time to be determined by the Debtors. |
| 19 | Henrico County, Virginia | 4062/ 4108 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Walter E. Hartman & Sally J. Hartman, as Trustee of the Hartman 1995 Ohio Property | 4065 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Slam Brands, Inc. | 4081 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Estate of Joseph Y. Einbinder | 4085 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | General Electric Company's Consumer & Industrial Division | 4090 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | This response is adjourned until a date and time to be determined by the Debtors. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 19 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola Inc. | 4098 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Motorola Inc. | 4099 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Laurel Plumbing, Inc | 4102 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Union County Construction Group, Inc | 4103 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Inland Continental Property Management Corp., Inland US Management LLC | 4106 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Seagate Technology, LLC | 4115 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Plantronics, Inc. | 4118 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Cisco-Linksys, LLC | 4120 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | LumiSource, Inc | 4122 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | The Parkes Companies Inc. | 4125 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Toshiba America Information | 4128 | Status Hearing went forward on July |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | Systems, Inc. | | 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Toshiba America Consumer Products, L.L.C. | 4141 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Jason W. Martinez | 4142 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Denon Electronics | 4148 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Snell Acoustics, Inc. | 4149 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Phillip Lee Steele | 4152 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Paramount Home Entertainment | 4154 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 19 | Dish It Up, Inc. | 4156 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 20 | Mitsubishi Digital Electronics America, I | 3946 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Cyber Acoustics | 4014 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 20 | Actiontec Electronics, Inc. | 4024 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Kinyo Company, Inc | 4057 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Averatec/Trigem USA | 4063 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Fujitsu Ten Corp. of America | 4066 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | This response is adjourned until a date and time to be determined by the Debtors. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Monster, LLC | 4110 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Toshiba America Consumer Products, L.L.C. | 4143 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 20 | Paramount Home Entertainment | 4155 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

27

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
|  |  |  |  |
| 21 | Tuscaloosa County Tax Collector | 3980 | This response is adjourned until a date and time to be determined by the Debtors. |
| 21 | Blount County Trustee | 4025 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 21 | U. S. Attorney on behalf of Internal Revenue Service | 4075/ 4097 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
|  |  |  |  |
|  |  |  |  |
| 22 | Del Rito Partners Development, Inc. | 3864 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 22 | 1251 Fourth Street Investors, LLC, Beverly Gemini Investments, LLC | 4022 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 22 | Hayward 880, LLC | 4076 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 22 | Cormark, Inc. | 4100 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 22 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 22 | Point West Plaza II Investors, Bear Valley Road Partners LLC, Laguna Gateway Phase 2, LP, | 4173 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

28

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | Manteca Stadium Park, L.P., OTR-Clairemont Square | | |
| 22 | MiTAC Digital Corp. (Magellan). | 4179 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 23 | Mitsubishi Digital Electronics America, I | 3946 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | SouthPeak Interactive | 4123 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | Vonage Marketing Inc. | 4124 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | Monster, LLC | 4129 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | Digital Innovations, LLC | 4132 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | Samsung Electronics America, Inc. | 4136 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | Status Hearing went forward on July 23, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | |
| | | | |
| 27 | Jackson County | 4415 | The status hearing is going forward. |
| 27 | Catawba County North Carolina | 4424 | The status hearing is going forward. |
| 27 | Pierce County | 4425 | The status hearing is going forward. |
| 27 | Clark County Treasurer | 4526 | The status hearing is going forward. |
| 27 | Pima County | 4529 | The status hearing is going forward. |
| 27 | State of Maine, Treasurer. | 4533 | The status hearing is going forward. |
| 27 | California Self-Insurers' Security Fund | 4581/ 4582 | The status hearing is going forward. |
| 27 | Pennsylvania State Treasurer | 4592 | The status hearing is going forward. |
| 27 | Shasta County | 4601 | The status hearing is going forward. |
| 27 | Indiana Department of Revenue | 4620 | The status hearing is going forward. |
| | | | |
| 28 | Internal Revenue Service | 4578 | The status hearing is going forward. |
| 28 | Source Interlink Media, LLC | 4579 | The status hearing is going forward. |
| 28 | Discovery Communications, Inc. | 4591 | The status hearing is going forward. |
| | | | |
| 29 | Benton County Treasurer | 4593 | The status hearing is going forward. |

\9820170.1