Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,*
*A Delaware Limited Partnership*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | ) <br>) Jointly Administered |
| Debtors. | ) |

**MOTION FOR ADMISSION OF ASHLEY BEANE *PRO HAC VICE***

Catherine E. Creely ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District Court of the Eastern District of Virginia, Richmond Division, and an associate with the Washington, D.C. office of the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby moves (the "Motion") the Court to enter an Order permitting Ashley Beane, an attorney with the Dallas office of the law firm of Akin Gump Strauss Hauer & Feld LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent Golfsmith International, LP, a Delaware Limited Partnership ("Golfsmith"), pursuant to Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2) in the above-captioned proceeding. In support of the Motion, the Movant states as follows:

1. The Admittee is a member in good standing of the bar of the State of Texas, admitted to practice before the United States District Courts for the Northern, Southern, Western, and Eastern Districts of Texas. There are no disciplinary proceedings pending against the Admittee. The Admittee understands that if she is admitted *pro hac vice*, she will be subject to the disciplinary jurisdiction of this Court.

2. Movant requests that the Court allow the Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the requirements that all motions be accompanied by written memorandums of law be waived.

4. Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia and to local counsel for the above-captioned debtors. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

.

Dated: August 26, 2009.

/s/ Catherine Creely
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:   (202) 887-4000
Facsimile:    (202) 887-4288

ATTORNEYS FOR GOLFSMITH INTERNATIONAL,
L.P., A DELAWARE LIMITED PARTNERSHIP

Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,
A Delaware Limited Partnership*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 |
| et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER GRANTING MOTION FOR
## ADMISSION OF ASHLEY BEANE *PRO HAC VICE*

The matter came before the Court upon the Motion for Admission of Ashley Beane *Pro Hac Vice* (the "Motion") filed by Catherine Creely, seeking admission *pro hac vice* for Ashley Beane, an attorney with the Dallas office of the law firm of Akin Gump Strauss Hauer & Feld LLP, in the above-styled bankruptcy cases (the "Bankruptcy Cases") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Ashley Beane be authorized to practice *pro hac vice* before the Court in these Bankruptcy Cases, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

682344.0001 WEST 6394054 v1                    1

2.	Ashley Beane, of the law firm of Akin Gump Strauss Hauer & Feld LLP, is hereby admitted to appear in these Bankruptcy Cases and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Official Committee of Unsecured Creditors of LandAmerica 1031 Exchange Services, Inc.

Date:  August _____, 2009.

Entered:                                                              _____
                                                                       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

_/s/ Catherine Creely_
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 205.955.7827

*Attorneys for Golfsmith International, L.P.,
A Delaware Limited Partnership*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certified that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_/s/ Catherine Creely_
Catherine Creely

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, a true and accurate copy of the foregoing *Motion for Admission of Ashley Beane Pro Hac Vice* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed below.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Dion W. Hayes
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219


                                                                        /s/ Catherine Creely
                                                                          Catherine Creely