17 MARCH 2009                                08-35653

To whom It may concern,

RICHMOND DIVISION
FILED AUG 2 4 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

    I, Mayda Racines, ex-employee of CIRCUIT CITY INC., of Danbury, CT. strongly disagree with the decision of taking my P.T.O check away from me. I never had any notice of changes of any rules, terms, and/or condition about this matter.

    I do understand that acrued hours can not change in the middle of the store "going out of business". I finally do know that I worked there until the end by helping and doing my best for the 5 1/2 years working for Circuit City.

    At this time, I'm currently unemployed and in need of this check ($2,127.55¢). Acrued hours are 160.57.

    Enclosed is my copy of the last pay-stub.

    Thank you for your understanding.

P.S. MAYD RACINES
(203) 744-6928 H.
(203) 482-0274 CELL.

Truly yours,
Mayda Racines

| CIRCUIT CITY PAYROLL<br>PO BOX 563986<br>CHARLOTTE, NC 28256-3986<br>1-800-288-6353<br>MAYDA K RACINES<br>28 Payne rd<br>Bethel, CT 06801 | Pay Group: HLF  EC Hourly<br>Business Unit: USANA<br>Employee ID: 10222926<br>Department: 366800 Danbury Superstore<br>Location: CT Danbury | | Pay Begin Date: 02/12/2009   Check #: 5557429<br>Pay End Date: 02/25/2009   Check Date: 03/05/2009 | | |
|---|---|---|---|---|---|

### HOURS AND EARNINGS

| | | ....Current.... | | ........YTD......... | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hourly | 13.250000 | 73.25 | 970.56 | 403.00 | 5,339.76 |
| Paid Time Off | 13.250000 | 4.75 | 62.94 | 4.75 | 62.94 |
| Average Overtime | | | 0.00 | 12.00 | 79.50 |
| Total: | | 78.00 | 1,033.50 | 419.75 | 5,482.20 |

### TAX DATA:

| | Federal | CT State |
|---|---|---|
| Marital Status | Married | Connecticut With |
| Allowances | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 59.77 | 343.36 |
| Fed MED/EE | 13.12 | 70.20 |
| Fed OASDI/EE | 56.14 | 300.19 |
| CT Withholdng | 37.58 | 203.63 |
| Total: | 166.61 | 917.38 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Dental | 15.02 | 75.10 |
| Employee Medical | 113.08 | 565.40 |
| Total: | 128.10 | 640.50 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### PTO Plan

| PY PTO | |
|---|---|
| Earned | 0.00 |
| Taken | 0.00 |
| Balance | 0.00- |
| Current PTO | |
| Earned | 216.42 |
| Taken | |
| Balance | 160.57 |

### IMPUTED INCOME

| | Current: | 0.00 |
|---|---|---|
| | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,033.50 | 905.40 | 166.61 | 128.10 | 738.79 |
| YTD: | 5,482.20 | 4,841.70 | 917.38 | 640.50 | 3,924.32 |

MESSAGE  VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY       ▼ FOLD AND TEAR HERE ▼

MAYDA RACINES
28 PAYNE RD.
BETHEL, CT 06801
(203) 744-6928  H.
(203) 482-0274 cell.

new balance
$ 2,137.55¢