

August 21, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219



**Debtors : Circuit City Stores, Inc.**
       Case No. 08-35653 (KRH)
       Chapter 11
Debtors' Twenty – Eighth Omnibus Objection to Claims

   Claimant: Pops Cosmic Counters, Inc.
        PO Box 1138
        Greenville, TX 75403-1138
        Claim Amount: $76,827.65 – Services Rendered

Upon request I Jerry Tyler- 145 County Road 4300 – Greenville, Texas 75401-1711
Can and will show proof that services at each location invoiced was performed by
Pops Cosmic Counters, Inc. My Cell Number 214-668-1883, Facsimile # 903-450-0011.
I can produce emails (from Circuit City) referring to each invoice, pictures, receipts
Showing we were at location (Alabama, Florida, Kansas). Invoices that were
Paid for dumpsters @ location, truck rental receipt, etc.

Due to a death in family I could not reply to this notice in a timely manner. I left Texas
July 28th and did not return until August 20th late. Am including copy of father-in-law
Obituary as we could not return to Texas before matters were resolved. I hope you
You will consider this and add this to Omnibus Objection.

Sincerely

Jerry Tyler

---

PO Box 1138  Greenville, TX 75403-1138  (903)455-9397 Fax (903) 450-0011

## In memory



**BRUMFIELD, ZINNER WILLIAM, 88,** returned to his Heavenly Father on Wednesday, July 29, 2009. He was a retired carpenter. He was preceded in death by his daughter, Stella Brumfield. Survivors include his wife of 64 years, Lois Logston Brumfield; his children, Bonnie Tyler (Jerry), Shirley Samples (Curtis), Teresa Phillips (Butch), Brenda Trauth (Cliff), Arthur Brumfield, Zinner Wm. Brumfield, Jr., Lois Rose, Frances Allen and Velma Seward (William); 21 grandchildren; 25 great-grandchildren; and one great-great grandson. Funeral services will be 1 p.m. Monday at Owen Funeral Home, 5317 Dixie Highway with entombment in Resthaven Cemetery. Visitation will be noon 8 p.m. Sunday, and after 10 a.m. on Monday. Condolences to owenfuneralhome.com

*Owen Funeral Home*
*Louisville, Ky.*

## In memory



**BRUMFIELD, ZINNER WILLIAM,** 88, returned to his Heavenly Father on Wednesday, July 29, 2009.
He was a retired carpenter. He was preceded in death by his daughter, Stella Brumfield.
Survivors include his wife of 64 years, Lois Logston Brumfield; his children, Bonnie Tyler (Jerry), Shirley Samples (Curtis), Teresa Phillips (Butch), Brenda Trauth (Cliff), Arthur Brumfield, Zinner Wm. Brumfield, Jr., Lois Rose, Frances Allen and Velma Seward (William); 21 grandchildren; 25 great-grandchildren; and one great great grandson.
Funeral services will be 1 p.m. Monday at Owen Funeral Home, 5317 Dixie Highway with entombment in Resthaven Cemetery.
Visitation will be noon – 8 p.m. Sunday, and after 10 a.m. on Monday.
Condolences to owenfuneralhome.com.

*Owen Funeral Home*
*Louisville, Ky.*