IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 08-35653-KRH-11 |
| | CHAPTER 11 |
| CIRCUIT CITY STORES. INC. ET AL | |
| Debtor(s). | |

RICHMOND DIVISION
FILED AUG 2 6 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

## APPEARANCE

Comes now Gregory F. Zoeller, Attorney General of Indiana, and enters his appearance by LeGrand L. Clark, Deputy Attorney General, on behalf of Creditor, Indiana Department of Revenue, in the above-entitled cause of action.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-233-6581
Facsimile:   317-232-7979
E-mail:  legrand.clark@atg.in.gov

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No.  1958-98

By: _LeGrand L. Clark_
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on August 18, 2009.

W. Clarkson McDow
U.S. Trustee
701 E. Broad, Suite 4304
Richmond, VA 23219

Daniel F. Blanks
Attorney for the Debtor
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Circuit City Stores. Inc. et a
9950 Mayland Drive
Richmond, VA 23233

By: _LeGrand P. Clark_
LeGrand L. Clark
Deputy Attorney General
Atty. No. 16675-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-233-6581
Facsimile: 317-232-7979
E-mail: legrand.clark@atg.in.gov



**STATE OF INDIANA**
**OFFICE OF THE ATTORNEY GENERAL**
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL



August 18, 2009

U.S. Bankruptcy Court
Clerk, William C Redden
Eastern District of Virginia
701 East Broad Street
Richmond, VA

    Re:   Circuit City Stores. Inc. et a
           Case No.: 08-35653-KRH-11
           **Chapter 11**

To the Clerk:

Enclosed is Indiana Department of Revenue's Response to Debtor's Objection. I have applied for my user password user information.

Feel free to contact me at (317) 233-6581 with any questions or comments.

Respectfully submitted,

**GREGORY F. ZOELLER**
Attorney General of Indiana
Atty. No. 1958-98

Sincerely,

LeGrand Clark
Deputy Attorney General
Attorney No. 16675-49

## Track Shipments

**Tracking Detail**

Your package has been delivered. To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1ZRV73220394612423 |
| Status: | Delivered |
| Delivered On: | 08/20/2009 11:12 A.M. |
| Signed By: | ALLEN |
| Location: | OFFICE |
| Delivered To: | RICHMOND, VA, US |
| Shipped/Billed On: | 08/18/2009 |
| Type: | Package |
| Service: | GROUND |
| Weight: | .10 Lb |

**Need to send e-mail notifications?**

Use UPS Quantum View Notify® to send delivery or exception notifications.

E-mail Notifications

To view additional tracking information, please log in to My UPS.

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.