Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,
A Delaware Limited Partnership*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## MOTION FOR LEAVE OF COURT TO ATTEND HEARING ON DEBTORS' MOTION TO SELL CERTAIN REAL PROPERTY LOCATED IN SAN JOSE, CALIFORNIA BY TELEPHONE

COMES NOW, Golfsmith International, L.P. ("Goldsmith") and files this motion (the "Motion") requesting that the Court grant Ashley R. Beane of Akin Gump Strauss Hauer & Feld LLP leave to appear by telephone on its limited objection (the "Objection") to the Amended Motion for Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter Into Agreement for Sale of Certain Real Property in San Jose, California Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Sale of Real Property Free and Clear of All Interests, (D) Approving Assumption, Assignment and Sale of Certain Unexpired Lease of Non-residential Real Property Free and Clear of All Interests and (E) Granting Related Relief (the "Sale Motion") filed by Circuit City Stores West Coast, Inc. (the

682344.0001 WEST 6393600 v1

"Seller," and collectively with the debtors and debtors in possession in the above-captioned jointly administered cases, the "Debtors"), and in support thereof, states the following:

1. Ms. Beane's admission *pro hac vice* is pending and an order has been submitted to this Court.

2. On July 31, 2009, the Debtors filed the Sale Motion, which hearing is set to be heard on August 27, 2009 at 11:00 a.m. (the "Hearing"). Golfsmith has filed the Objection in opposition to the Sale Motion. The Seller and Golfsmith have agreed in principal to a resolution of the Objection and are in the process of documenting such resolution. As such, Ms. Beane wishes to participate in the Hearing via telephone only to ensure that the Court has no questions regarding the proposed resolution of the Objection.

3. Ms. Beane is a member of the Texas Bar and is located in Dallas, Texas. By this Motion, Golfsmith is requesting the Court to permit Ms. Beane to appear by telephone at the Hearing on the Sale Motion. Such request will not cause any undue hardship to the parties herein and would serve the interest of justice. If this request is approved, Ms. Beane will be available on the conference call established for the Hearing.

**WHEREFORE,** Golfsmith respectfully requests this Court enter an order granting this Motion for Ashley R. Beane to appear telephonically the aforementioned Hearing and for such other and further relief the Court deems just and proper.

Dated: August 26, 2009.

           */s/ Catherine Creely*
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288

ATTORNEYS FOR GOLFSMITH
INTERNATIONAL, L.P., A DELAWARE
LIMITED PARTNERSHIP

Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,
A Delaware Limited Partnership*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653 |
| et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

### ORDER GRANTING TELEPHONIC APPEARANCE

Upon consideration of the Motion for Leave of Court to Attend Hearing on Debtors' Motion to Sell Certain Real Property Located in San Jose, California by Telephone (the "Motion"), it is hereby

**ORDERED**, that the Motion is GRANTED and Ashley R. Beane, counsel for Golfsmith International, L.P., is permitted to appear and be heard by telephone on its limited objection at the hearing set for Thursday, August 27, 2009, at 11:00 a.m.

Dated: August _____, 2009
Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

682344.0001 WEST 6393993 v1

WE ASK FOR THIS:

/s/  Catherine Creely
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  205.955.7827

*Attorneys for Golfsmith International, L.P.,*
*A Delaware Limited Partnership*


## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certified that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/  Catherine Creely
Catherine Creely

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, a true and accurate copy of the foregoing *Motion for Leave of Court to Attend Hearing on Debtors' Motion to Sell Certain Real Property Located in San Jose, California by Telephone* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed below.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Dion W. Hayes
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/ Catherine Creely
Catherine Creely