| | |
|---|---|
| Gregory D. Grant (VSB No. 31784) | Todd Rosen (admitted *pro hac vice*) |
| Courtney R. Sydnor (VSB No. 45911) | Munger, Tolles & Olson, LLP |
| Shulman, Rogers, Gandal, Pordy & Ecker, P.A. | 355 South Grand Avenue |
| 12505 Park Potomac Avenue, 6th Floor | Los Angeles, California 90071 |
| Potomac, Maryland 20854 | Telephone: (213) 683-9222 |
| Telephone: (301) 230-5200 or | Facsimile: (213) 683-4022 |
| (703) 684-5200 | todd.rosen@mto.com |
| Facsimile: (301) 230-2891 | |
| ggrant@shulmanrogers.com | |
| csydnor@shulmanrogers.com | |

*Counsel for 99¢ Only Stores*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, et al. | ) Case No. 08-35653-KRH |
| | ) Jointly Administered |
| Debtors. | ) |

### ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Unopposed Motion for Leave of Court to Attend Hearing by Telephone filed by 99¢ Only Stores, and it appearing that the motion having been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that 99¢ Only's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED, and Todd Rosen is permitted to appear and be heard by telephone at the hearing on August 27, 2009 at 11:00 a.m. EDT on behalf of 99¢ Only.

Dated: August ___, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:   (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

Todd Rosen (admitted *pro hac vice*)
Munger, Tolles & Olson, LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9222
Facsimile: (213) 683-4022
todd.rosen@mto.com

*Counsel for 99¢ Only Stores*

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Courtney Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
Pordy & Ecker, P.A.
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
           (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*