Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 |
| et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**ORDER GRANTING TELEPHONIC APPEARANCE**

Upon consideration of the Motion for Leave of Court to Attend Hearing on Debtors' Motion to Sell Certain Real Property Located in San Jose, California by Telephone (the "Motion"), it is hereby

**ORDERED**, that the Motion is GRANTED and Ashley R. Beane, counsel for Golfsmith International, L.P., is permitted to appear and be heard by telephone on its limited objection at the hearing set for Thursday, August 27, 2009, at 11:00 a.m.

Dated: August _____, 2009
Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

_____/s/   Catherine Creely_____
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

Telephone:  202.887.4000

Facsimile:  205.955.7827

*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certified that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/  Catherine Creely_____
Catherine Creely

2