IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Louis E. Dolan, Jr., and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that California Self-Insurers' Security Fund's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Louis J. Cisz, III is permitted to appear and be heard by telephone at the status hearing on August 27, 2009 on behalf of the California Self-Insurers' Security Fund.

_____
United States Bankruptcy Judge

12679486.1

I ask for this:

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (VSB #34437)
Diana V. Vilmenay (VSB #75536)
NIXON PEABODY LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8818
Facsimile: (202) 585-8080
Email: ldolan@nixonpeabody.com
    dvilmenay@nixonpeabody.com

*Counsel for California Self-Insurers'
Security Fund*