IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF VIRIGNIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:    CIRCUIT CITY STORES, et al., | Case No. 08-35653 |
| | Chapter 11 |
| Debtors. | Jointly Administered |

ASHLEY ISAAC, *pro se*,

      Movant,

v.

CIRCUIT CITY STORES, INC.,

      Respondent.

## **ORDER**

This matter came before the Court upon the Motion to Appear Telephonically at Hearing filed by Ashley Isaac, *pro se*. After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided and good cause, as set forth in the Motion, exists to grant the Motion. For good cause shown, it is therefore,

**ORDERED**, that the Motion is granted to permit Ashley Isaac, *pro se*, to appear telephonically at the hearing on August 27, 2009, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

ENTERED: _____

                                                  /s/ Kevin R. Huennekens
                                      UNITED STATES BANKRUPTCY JUDGE