August 20, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, Virginia 23219
**ATTN: HONORABLE JUDGE KEVIN R. HUENNEKENS**

RECEIVED
Judge's Chambers
AUG 27 2009
KEVIN R. HUENNEKENS

Dear Honorable Judge KEVIN R. HUENNEKENS

In re:   CIRCUIT CITY STORES, INC., Debtors.  Chapter 11 Case No. 08-35653 (KRH) Omnibus Objection 9
DOCKET NUMBER <u>3891/4000</u> STATUS HEARING WENT FORWARD ON JULY 6, 2009
THIS RESPONSE IS ADJOURNED UNTIL AUGUST 27, 2009 AT 11:00 A.M.
CLAIM NUMBER <u>11633</u> Sheryl A. Borger $1,019.96

*I am sending this letter to thank you for taking my Claim under further consideration.*
I am totally and permanently disabled since 1995. I have been diagnosed with acoustic neuroma brain tumor on 8th cranial nerve, with occipital neuralgia, vertigo, severe constant tinnitus, sensorineural hearing loss, perilymph fistula; ruptured cervical, thoracic discs, hypothyroid disease with hyperlipidemia, and other medical conditions. I have not owned a vehicle for eight years, relying on Rockwood disability transportation and often homebound.

I did my best to get the computer replaced, as promised at the Circuit City Store, where it was crashed and mistakenly discarded. It was my connection to family, friends, and the world. I was able to do research, etc. It provided security as well as entertainment for my family. As presented in my Response, as a consumer, I could not be aware of a bankruptcy deadline at the time as Circuit City was continuing sales and technical support well beyond November.

I am on a very limited income - SSI Disability. I have spent much time, and money trying to resolve this matter. I have read and reread the documents, addressing this the best I could, using Library facilities for research, as able.

I have medical bills, and losses and costs due to a sewer line break. I simply cannot afford to replace the computer. I cannot claim the computer loss on income tax, as I do not qualify to file.

Prior to disability I had been very active. I cared for my grandmother (94-97 years old); I was attending college and working for the Gibraltar School District. Prior employment also included Administrative Assistant Ford Motor Company, Motor Vehicle Manufacturer's Association, United States Navy - Naval Air Systems Command, Washington DC. I also worked during high school as a co-op secretary and other various employment.

*I just wanted you to know that if my claim is approved, it will be appreciated beyond words.*

Thank you.

Sincerely,

*Sheryl A Borger*
Sheryl A. Borger
31654 Lynne Drive
Rockwood, MI 48173
(734) 379-9632

cc: Kurtzman Carson Consultants, Skadden Arps Slate Meagher & Flom LLP, McGuirewoods LLP