UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**MOTION FOR ADMISSION**
**PRO HAC VICE OF MONICA S. BLACKER**

Christopher L. Perkins ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Monica S. Blacker ("Ms. Blacker"), an attorney with the law firm of Andrews Kurth LLP, to appear pro hac vice in the referenced bankruptcy case before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Steven Ivester and in support of this Motion, the Movant states as follows:

---

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
 (804) 783-2003

and

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
(214) 659-4400

*Counsel for Steven Ivester*

1. Movant is a member in good standing of the State Bar of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Ms. Blacker is a member in good standing of the State Bar of Texas and is an attorney admitted to practice before the Northern, Southern, Eastern and Western Districts of Texas. There are no disciplinary proceedings pending against Ms. Blacker in any jurisdiction in which she is admitted to practice.

3. Movant requests that this Court authorize Ms. Blacker to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Steven Ivester.

4. Movant and his law firm shall serve as co-counsel with Ms. Blacker in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Monica S. Blacker to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Christopher L. Perkins
Movant

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
 (804) 783-2003

and

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
(214) 659-4400

*Counsel for Steven Ivester*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, including the following:

> Robert B. Van Arsdale
> Office of the United States Trustee
> 701 East Broad Street, Suite 4304
> Richmond, Virginia 23219
>     *Assistant United States Trustee*
>
> Dion W. Hayes
> McGuireWoods LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
>     *Counsel for the Debtors*
>
> Gregg M. Galardi
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> Wilmington, Delaware 19899
>     *Counsel for the Debtors*

>     /s/ Christopher L. Perkins
>     Movant

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF MONICA S. BLACKER**

This matter came before the Court upon the Motion for Admission Pro Hac Vice of Monica S. Blacker (the "Motion") filed by Christopher L. Perkins, seeking admission pro hac vice for Monica S. Blacker, of the law firm of Andrews Kurth LLP, in the above-styled bankruptcy case (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that

---

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
 (804) 783-2003

and

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
(214) 659-4400

*Counsel for Steven Ivester*

Monica S. Blacker be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

    ORDERED as follows:

    1.    The Motion be and hereby is granted.

    2.    Monica S. Blacker, of the law firm of Andrews Kurth LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Steven Ivester.

ENTERED:

    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Christopher L. Perkins (Va. Bar No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
 (804) 783-2003

and

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
(214) 659-4400

*Counsel for Steven Ivester*

2

## RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

_____<br>Movant

### SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19899
    *Counsel for the Debtors*