Gregory D. Grant (VSB No. 31784)  
Courtney R. Sydnor (VSB No. 45911)  
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.  
12505 Park Potomac Avenue, 6th Floor  
Potomac, Maryland  20854  
Telephone: (301) 230-5200 or  
            (703) 684-5200  
Facsimile: (301) 230-2891  
ggrant@shulmanrogers.com  
csydnor@shulmanrogers.com  

Todd Rosen (admitted *pro hac vice*)  
Munger, Tolles & Olson, LLP  
355 South Grand Avenue  
Los Angeles, California 90071  
Telephone: (213) 683-9222  
Facsimile: (213) 683-4022  
todd.rosen@mto.com  

*Counsel for 99¢ Only Stores*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, et al. ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtors. ) | |

**ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Unopposed Motion for Leave of Court to Attend Hearing by Telephone filed by 99¢ Only Stores, and it appearing that the motion having been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that 99¢ Only's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED, and Todd Rosen is permitted to appear and be heard by telephone at the hearing on August 27, 2009 at 11:00 a.m. EDT on behalf of 99¢ Only.

Dated:  August ___, 2009  
       Aug 25 2009

/s/ Kevin Huennekens  
_____  
Kevin R. Huennekens  
United States Bankruptcy Judge

Entered on docket: August 26 2009

WE ASK FOR THIS:

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:   (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

Todd Rosen (admitted *pro hac vice*)
Munger, Tolles & Olson, LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9222
Facsimile: (213) 683-4022
todd.rosen@mto.com

*Counsel for 99¢ Only Stores*

**Local Rule 9022-1(C) Certification**

  The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Courtney Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
Pordy & Ecker, P.A.
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
   (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

*Local Counsel for 99¢ Only Stores*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Aug 26, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Aug 28, 2009.
aty           Courtney R. Sydnor,   Shulman, Rogers Gandal, Pordy & Ecker,
              12505 Park Potomac Avenue, 6th Floor,   Potomac, MD  20854
The following entities were noticed by electronic transmission.                                 TOTAL: 0
NONE.
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2009            Signature:    _Joseph Speetjens_