Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653 |
| et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**ORDER GRANTING MOTION FOR**
**ADMISSION OF ASHLEY BEANE *PRO HAC VICE***

The matter came before the Court upon the Motion for Admission of Ashley Beane *Pro Hac Vice* (the "Motion") filed by Catherine Creely, seeking admission *pro hac vice* for Ashley Beane, an attorney with the Dallas office of the law firm of Akin Gump Strauss Hauer & Feld LLP, in the above-styled bankruptcy cases (the "Bankruptcy Cases") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Ashley Beane be authorized to practice *pro hac vice* before the Court in these Bankruptcy Cases, it is hereby

ORDERED as follows:

1

1. The Motion be and hereby is granted.

2. Ashley Beane, of the law firm of Akin Gump Strauss Hauer & Feld LLP, is hereby admitted to appear in these Bankruptcy Cases and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Official Committee of Unsecured Creditors of LandAmerica 1031 Exchange Services, Inc.

Date: August _____, 2009.

        Aug 26 2009

Entered:

  Aug 26 2009

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

_____/s/ Catherine Creely_____
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

Telephone:  202.887.4000

Facsimile:  205.955.7827


*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*


## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certified that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/ Catherine Creely_____
_____
Catherine Creely

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1              Date Rcvd: Aug 26, 2009
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Aug 28, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**                    **Signature:** _Joseph Speetjens_