Catherine E. Creely
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER GRANTING TELEPHONIC APPEARANCE

Upon consideration of the Motion for Leave of Court to Attend Hearing on Debtors' Motion to Sell Certain Real Property Located in San Jose, California by Telephone (the "Motion"), it is hereby

**ORDERED**, that the Motion is GRANTED and Ashley R. Beane, counsel for Golfsmith International, L.P., is permitted to appear and be heard by telephone on its limited objection at the hearing set for Thursday, August 27, 2009, at 11:00 a.m.

Dated: August ___Aug 26 2009___, 2009
Richmond, Virginia

Entered on docket: Aug 26 2009

/s/ Kevin Huennekens
_____

UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

_____/s/ Catherine Creely_____
Catherine E. Creely (Virginia Bar Number: 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP

1333 New Hampshire Avenue, N.W.

Washington, D.C. 20036

Telephone: 202.887.4000

Facsimile: 205.955.7827

*Attorneys for Golfsmith International, L.P.,*

*A Delaware Limited Partnership*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certified that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/ Catherine Creely_____
Catherine Creely

2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Aug 26, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Aug 28, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**             **Signature:** _Joseph Speetjens_