IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF VIRIGNIA
RICHMOND DIVISION

IN RE:    CIRCUIT CITY STORES, et al.,    Case No. 08-35653
                                          Chapter 11
         Debtors.                         Jointly Administered

_____

ASHLEY ISAAC, *pro se*,

        Movant,

v.

CIRCUIT CITY STORES, INC.,

        Respondent.

_____

## ORDER

This matter came before the Court upon the Motion to Appear Telephonically at Hearing filed by Ashley Isaac, *pro se*. After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided and good cause, as set forth in the Motion, exists to grant the Motion. For good cause shown, it is therefore,

**ORDERED**, that the Motion is granted to permit Ashley Isaac, *pro se*, to appear telephonically at the hearing on August 27, 2009, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

ENTERED: __Aug 26 2009_____

Entered on docket: Aug 26 2009

                    ___/s/ Kevin R. Huennekens_____
                    UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1               Date Rcvd: Aug 26, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1
```

```
The following entities were noticed by first class mail on Aug 28, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**              **Signature:** _Joseph Speetjens_