# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court on the Motion for Admission Pro Hac Vice (the "Motion") filed by Louis E. Dolan, Jr. a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and finding that proper notice of the Motion was given; and that Gina M. Fornario is a member in good standing and eligible to practice before the United States District Court for the Northern District of California and the state bars of New York and California,

IT IS HEREBY ORDERED that:

1. The motion is granted; and

2. Gina M. Fornario is hereby permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

Date: _____                                   _____
                                                       United States Bankruptcy Judge

                                                       Entered on docket: _____

I ask for this:

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (VSB #34437)
Diana V. Vilmenay (VSB #75536)
NIXON PEABODY LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8818
Facsimile:  (202) 585-8080
Email: ldolan@nixonpeabody.com
       dvilmenay@nixonpeabody.com

*Counsel for California Self-Insurers'
Security Fund*

## **LOCAL RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Diana V. Vilmenay

Parties to receive copies:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
P.O. Box 636
Wilmington, DE  19899-0636
T: (302) 651-3000
F: (302) 651-3001

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
T: (804) 775-1089
F: (804) 775-1061

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, IL  60606
T: 312-407-0700
F: 312-407-0411

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
T: (804) 771-2310
F: (804) 771-2330

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20th North Eighth Street, Second Fl
Richmond, VA 23219

Louis E. Dolan, Jr., Esq.
Diana V. Vilmenay, Esq.
Nixon Peabody LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004-2128

Louis J. Cisz, III, Esq.
Gina M. Fornario, Esq.
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600