## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit B

TO:            United States Bankruptcy Court ("Bankruptcy Court")
               Eastern District of Virginia (Richmond Division)
               1100 East Main Street
               Richmond, VA 23219
               Attn: Clerk

AND TO:        Circuit City Stores, Inc. ("Debtor")
               Case No. 08-35653 (KRH)

Claim # 1385

**MAJESCO ENTERTAINMENT COMPANY**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE OPPORTUNITY FUND, L.P.**
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

$153,600.00

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of ("Claim No. 1385") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of Claim No. 1385 to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer Claim No. 1385 and recognizing the Buyer as the sole owner and holder of Claim No. 1385.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of Claim No. 1385 to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Aug. 27, 2009.

**MAJESCO ENTERTAINMENT                   LONGACRE OPPORTUNITY
COMPANY                                   FUND, L.P.**

1302202

By: _____
Name: Adam Sultan
Title: SVP, GC
Date: 8/24/09

By Longacre Opportunity Management,
LLC, its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager
Date: 8-27-09

1302202