Brian F. Kenney (VSB #23199)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Ste.. 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CIRCUIT CITY STORES, INC. | ) Case No. 08-35653-KHR |
| | ) |
| Debtor. | ) |
| | ) |

### RESPONSE TO DEBTOR'S OBJECTIONS TO CLAIM OF JLG INDUSTRIES, INC., AND REQUEST FOR HEARING

JLG Industries, Inc. ("JLG"), by counsel, hereby sets forth its Response to the Debtors' Thirty Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims), and requests a hearing, as follows:

1. On December 16, 2008, JLG filed Claim No. 929, in the amount of $105,543.41, as a general unsecured claim.

2. Also on December 16, 2008, JLG filed Claim No. 930, in the amount of $14,403.32, as a Section 503(b)(9) administrative claim.

3. On August 21, 2009, the Debtors filed their Thirty Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims), as Docket No. 4598.

4. In the Objections, the Debtors basically object to the fact that the JLG (and other) claims are duplicate of each other – that is, the $14,403.32 asserted in the Section 503(b)(9) claim also is included in the amount of the unsecured claim.

5. The Debtors are correct, that the amount claimed in the Section 503(b)(9) claim also is included in the unsecured claim.

6. However, the Debtors' Motion also states that "the claims that are the subject of this Objection may be the subject to [sic] additional subsequently filed objections," (Objections, ¶ 15), and that the "the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection..." (Objections, ¶ 16).

7. While the Debtors are correct that the amount stated in the JLG Section 503(b)(9) claim also is included in JLG's general, unsecured claim, the Debtors are essentially putting the cart before the horse here. The amount of the Section 503(b)(9) claim ($14,403.32) should be deducted from the general unsecured claim only if and when the Section 503(b)(9) claim is allowed as an administrative claim and paid.

8. Otherwise, given the Debtors' reservation of rights to object further to these claims as noted above, JLG's unsecured claim could be reduced by the amount of the Section 503(b)(9) claim, and the Debtors could then object to the Section 503(b)(9) claim, for whatever reason. In that event, if the Debtors were successful on a subsequent objection to the Section 503(b)(9) claim, the amount of $14,403.32 would be included in *neither* claim, and potentially would be lost.

## Conclusion

For the foregoing reasons, JLG Industries, Inc. requests: (a) that its general unsecured claim not be reduced, unless and until its Section 503(b)(9) claim is finally allowed and paid; and (b) that the Court schedule a hearing on the foregoing Response.

Respectfully submitted,

JLG Industries, Inc.
By Counsel

**Miles & Stockbridge P.C.**
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

By: /s/ *Brian F. Kenney*
Brian F. Kenney (VSB#23199)
*Counsel for JLG Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via United States Postal Service, first class postage pre-paid, a true and accurate copy of the foregoing **Response to Debtor's Objections to Claim of JLG Industries, Inc., and Request for Hearing**, on September 1, 2009, to the following:

*Office of the U. S. Trustee*:
Robert B. Van Ardsale
Office of the U.S. Trustee
701 E. Broad St., Ste. 4304
Richmond, VA  23219

*Counsel for Debtor, Circuit City Stores, Inc.*:
Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:  Ian S. Fredericks
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

*Counsel for Debtor, Circuit City Stores, Inc.*:
Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:  Chris L. Dickerson
155 North Wacker Drive
Chicago, IL  60606

*Counsel for Debtor, Circuit City Stores, Inc.*:
McGuireWoods LLP
Attn:  Douglas M. Foley
One James Center
901 E. Cary St.
Richmond, VA  23219

*Official Committee of Unsecured Creditors*:
Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Flr.
Los Angeles, CA  90067-4100

*Official Committee of Unsecured Creditors*:
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Flr.
Richmond, VA  23219

*Official Committee of Unsecured Creditors:*
Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th Flr.
New York, NY 10017

                                                                         */s/ Brian F. Kenney*
                                                                          Brian F. Kenney