Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
<u>et</u> <u>al.</u>,                     :
                             :
           Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER SHORTENING NOTICE PERIOD AND
LIMITING NOTICE OF DEBTORS' MOTION, PURSUANT TO BANKRUPTCY
CODE SECTIONS 105 AND 365 AND BANKRUPTCY RULE 9019, FOR
ORDER APPROVING STIPULATIONS BY AND AMONG THE DEBTORS AND (I)
FEDERAL WARRANTY SERVICE CORPORATION AND CERTAIN AFFILIATES;
(II) GENERAL ELECTRIC COMPANY; AND (III) SERVICE PLAN, INC.,
AND CERTAIN AFFILIATES**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move this Court (the "Motion to

Shorten Notice") for an order under section 102 of the title

11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9006 and 9007 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules") approving shortened and

limited notice for Debtors' Motion, Pursuant to Bankruptcy

Code Sections 105 and 365 and Bankruptcy Rule 9019, for

Order Approving Stipulations by and among the Debtors and (I)

Federal Warranty Service Corporation and Certain Affiliates;

(II) General Electric Company; and (III) Service Plan, Inc.,

and Certain Affiliates (the "Motion").  In support of the

Motion to Shorten Notice, the Debtors respectfully represent

as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Motion to Shorten Notice under 28 U.S.C. §§ 157 and 1334.

This is a core proceeding under 28 U.S.C. § 157(b).  Venue

---

[1]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
(0875), Ventoux International, Inc. (1838), Circuit City Purchasing
Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.
(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC
(n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC
(5512).  The address for the Debtors is 4951 Lake Brook Drive, Suite
#500, Glen Allen, VA 23060.

of these cases and this Motion to Shorten Notice in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are Bankruptcy Code section 102 and Bankruptcy Rules 2002, 9006 and 9007.

## BACKGROUND

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors'

3

remaining stores.  On or about March 8, 2009, the going out

of business sales concluded.

### RELIEF REQUESTED

7.    By this Motion to Shorten Notice, the

Debtors request entry of an order shortening the notice

period and limiting notice of the Motion so that it can be

heard, considered and ruled upon by the Court at a hearing

on September 16, 2009.

### BASIS FOR RELIEF

8.    Concurrently herewith, the Debtors filed the

Motion.  The Motion seeks an order authorizing and approving

three stipulations between the Debtors and (I) Federal

Warranty Service Corporation, Sureway, Inc., American

Bankers Insurance Company Of Florida, and United Service

Protection, Inc. (collectively, "Assurant"), (II) General

Electric Company ("GE"), and (III) Service Plan, Inc. and

its affiliates, including but not limited to Virginia Surety

Company, Inc., National Product Care Company, Service Saver,

Inc., Service Saver of Florida, Inc. and TWG Innovative

Solutions, Inc. (collectively, "SPI" and together with

Assurant and GE, the "Settling Parties").

9.    The Debtors believe it is in the best

interest of the Debtors' estates, their creditors, and other

4

parties in interest for the Motion to be heard at the
hearing on September 16, 2009 at 1:00 p.m. because at least
one of the counterparties needs to fund the settlement by
the end of the month and it is not obligated to fund until
after the order becomes final.  Moreover, the Creditors'
Committee has been involved with this settlement for several
months.

10.   The Debtors propose to provide notice of the
Motion to (i) the Office of the United States Trustee for
the Eastern District of Virginia; (ii) counsel to the agent
for the DIP Lenders; (iii) counsel to Creditors' Committee;
(iv) parties who have requested notice pursuant to
Bankruptcy Rule 2002; and (v) the Core Group (as defined in
the Case Management Order entered on November 13, 2008 at
Docket No. 130).  The Debtors submit that, under the
circumstances, no other or further notice need be given and
in light of the circumstances, such notice is reasonably
calculated to provide timely and adequate notice to the
Debtors' major creditor constituencies and those parties
most interested in these cases.

## WAIVER OF MEMORANDUM OF LAW

11.   Pursuant to Local Bankruptcy Rule 9013-1(G),
and because there are no novel issues of law presented in

5

the Motion to Shorten Notice and all applicable authority is set forth in the Motion to Shorten Notice, the Debtors request that the requirement that all motions be accompanied by a separate memorandum of law be waived.

**NO PRIOR REQUEST**

12.  No previous request for the relief sought herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court (i) enter an Order, substantially in the form annexed hereto, granting the relief requested herein, and (ii) such other and further relief as may be just and proper.

Dated: September 1, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                     - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley                .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

7

**[Proposed Order]**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER
SHORTENING NOTICE PERIOD AND LIMITING NOTICE OF DEBTORS'
MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 365 AND
BANKRUPTCY RULE 9019, FOR ORDER APPROVING STIPULATIONS BY
AND AMONG THE DEBTORS AND (I) FEDERAL WARRANTY SERVICE
CORPORATION AND CERTAIN AFFILIATES; (II) GENERAL ELECTRIC
COMPANY; AND (III) SERVICE PLAN, INC., AND CERTAIN
AFFILIATES**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion to

9

Shorten Notice") of Debtors' Motion, Pursuant to Bankruptcy
Code Sections 105 and 365 and Bankruptcy Rule 9019, for
Order Approving Stipulations by and among the Debtors and (I)
Federal Warranty Service Corporation and Certain Affiliates;
(II) General Electric Company; and (III) Service Plan, Inc.,
and Certain Affiliates (the "Motion"); and the Court having
reviewed the Motion to Shorten Notice; and the Court having
determined that the relief requested in the Motion to
Shorten Notice is in the best interests of the Debtors,
their estates, their creditors, and other parties in
interest; and it appearing that proper and adequate notice
of the Motion to Shorten Notice has been given and that no
other or further notice is necessary; and upon the record
herein; and after due deliberation thereon; and good and
sufficient cause appearing therefor, it is hereby

     **ORDERED, ADJUDGED, AND DECREED that:**

     1.    The Motion to Shorten Notice is GRANTED.

     2.    Notice of the Motion is shortened so that it may
be heard, considered and ruled upon by the Court at a
hearing on September 16, 2009 at 1:00 p.m.

     3.    Notice of the Motion is limited to the parties as
set forth in the Motion to Shorten Notice.

4.    This Court will retain jurisdiction with respect
to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
        _____, 2009



                        _____
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

12

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\9860517