| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | Jointly Administered |
| Debtors. | : | **Payment Request Deadline – September 30, 2009 at 5:00 p.m. prevailing Eastern time** |

**NOTICE TO ALL UTILITY COMPANIES OF PAYMENT REQUEST DEADLINE WITH RESPECT TO UTILITY BLOCKED ACCOUNT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU ARE AUTHORIZED TO SUBMIT A PAYMENT REQUEST OR MUST SEND A PAYMENT REQUEST – PLEASE READ THE FOLLOWING CAREFULLY**

PLEASE TAKE NOTICE that, on August 17, 2009, the Debtors filed the Debtors' Motion for an Order Terminating the Utility Blocked Account and Establishing Utility Blocked Account Payment Request Deadline under Bankruptcy Code Sections 105(a) and 366 (D.I. 4528; the "Motion").

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered the Order Terminating the Utility

Blocked Account and Establishing Utility Blocked Account Payment Request Deadline (D.I. 4731, the "Order").[1]  A copy of the Motion and the Order are available at www.kccllc.net/circuitcity.

       PLEASE TAKE FURTHER NOTICE that the Order authorized the debtors and debtors in possession (the "Debtors")[2] to terminate the Utility Blocked Account containing segregated funds held by Bank of America, N.A., as agent ("Bank of America").

## TIME AND PLACE FOR FILING PAYMENT REQUESTS

       PLEASE TAKE FURTHER NOTICE that the Order requires that each Eligible Utility Company (i) with unpaid post-petition payment obligations owed by the Debtors and (ii) that desires payment from the Utility Blocked Account must submit a completed Amended Utility Account Payment Request Form (each a "Payment Request"), attached hereto as Exhibit 1, so that such Payment Request is actually received by the following parties by **5:00 p.m., Eastern Time, on September 30, 2009** -- the **Payment Request Deadline**:

| | |
|---|---|
| Ian S. Fredericks, Esq. | Katie Bradshaw |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Circuit City Stores, Inc. |
| Fax:  (888) 329 9475 | Fax:  (804) 290-4305 |
| Email: Ian.Fredericks@skadden.com | Email: katie_bradshaw@ccswinddown.com |

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

| | |
|---|---|
| Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Fax: (312) 827-9467<br>Email: Sarah.Baker@skadden.com | Marjorie S. Crider, Esq.<br>Riemer & Braunstein LLP<br>Fax: (617) 692-3423<br>Email: mcrider@riemerlaw.com |

**PLEASE TAKE FURTHER NOTICE THAT EACH PAYMENT REQUEST MUST BE SUBMITTED BY THE METHOD DESCRIBED IN THE FOREGOING SENTENCE, AND MUST ACTUALLY BE RECEIVED BY THE DEBTORS AND BANK OF AMERICA BY SEPTEMBER 30, 2009 AT 5:00 P.M., EASTERN TIME.**

**<u>DO NOT FILE YOUR PAYMENT REQUEST WITH THE BANKRUPTCY COURT.</u>**

**CONSEQUENCES OF FAILURE TO FILE
A TIMELY PAYMENT REQUEST**

**Any Utility Company that is eligible to submit (but fails to submit) a Payment Request, i.e., the Eligible Utility Companies, on account of outstanding obligations owed by the Debtors on account of post-petition Utility Services provided to the Debtors in accordance with the procedures set forth herein on or before the Payment Request Deadline shall be forever barred, estopped, and enjoined from obtaining payment from the Utility Blocked Account.**

Dated: September 1, 2009　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　Richmond, Virginia　　FLOM, LLP
　　　　　　　　　　　　　　　　Gregg M. Galardi, Esq.
　　　　　　　　　　　　　　　　Ian S. Fredericks, Esq.
　　　　　　　　　　　　　　　　P.O. Box 636
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　　　　　　　　(302) 651-3000

　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　FLOM, LLP
　　　　　　　　　　　　　　　　Chris L. Dickerson, Esq.
　　　　　　　　　　　　　　　　155 North Wacker Drive
　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　(312) 407-0700

　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　MCGUIREWOODS LLP

　　　　　　　　　　　　　　　　/s/ Douglas M. Foley
　　　　　　　　　　　　　　　　Dion W. Hayes (VSB No. 34304)
　　　　　　　　　　　　　　　　Douglas Foley (VSB No. 34364)
　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　901 E. Cary Street
　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　(804) 775-1000

　　　　　　　　　　　　　　　　Counsel for Debtors and Debtors
　　　　　　　　　　　　　　　　in Possession

**EXHIBIT 1**

**(Payment Request Form)**

AMENDED UTILITIES BLOCKED ACCOUNT PAYMENT REQUEST

**ALL FORMS MUST BE RECEIVED BY BANK OF AMERICA AND THE DEBTORS IN ACCORDANCE WITH THE CONTACT INFORMATION ON PAGES 1-2 BY SEPTEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

_____, 2009

Katie Bradshaw
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060
Fax: (804) 290-4305

Re:   Circuit City Stores, Inc. ("Circuit City") Utility Blocked Account (the "Utility Blocked Account")

The undersigned (the "Beneficiary") hereby certifies to Circuit City that:

(a)   The Beneficiary certifies that it is neither an Excluded Utility Company nor a Utility Company that submitted an Additional Adequate Assurance Request to the Debtors that is the subject of a separate Adequate Assurance Resolution, as those terms are defined in the *Debtors' Motion for an Order Terminating the Utility Blocked Account and Establishing Utility Blocked Account Payment Request Deadline Under Bankruptcy Code Sections 105(a) and 366* .

(a)   The Beneficiary is making a request for payment in lawful currency of the United States of America from the Utility Blocked Account in the amount of $_____.

(b)   The Beneficiary certifies that the Debtors defaulted in the payment of postpetition Utilities Services and amounts on account of such Utility Services are due, outstanding, and unpaid.

(c)   The Beneficiary hereby certifies that it is owed $_____ for postpetition utility services provided to Circuit City or one of its debtor affiliates or subsidiaries in connection with the following account numbers:

_____
_____
_____
_____

(d)   The beneficiary hereby certifies that the amount requested is not and does not relate to an additional adequate assurance request or other form of security.

      (e)      The Beneficiary is entitled to payment of funds reserved through the Utility Blocked Account pursuant to the Order under Bankruptcy Code Sections *105(a),363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Certain Third Party Vendor* (as modified, supplemented and amended, the "Order"), entered by the United States Bankruptcy Court for the Eastern District of Virginia in the bankruptcy cases of <u>In re Circuit City Stores, Inc., et. al.</u>, Case No. 08-35653 (KRH).

Please wire transfer the proceeds of the payment to the following account of the Beneficiary at the financial institution indicated below:

      _____
      _____
      _____

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Payment Request as of the _____ day of _____, 2009.

[UTILITY]

By:   _____

    _____
    Print Name & Title

cc:    Ian S. Fredericks, Esq.                             Katie Bradshaw
       Skadden, Arps, Slate, Meagher & Flom, LLP    Circuit City Stores, Inc.
       Fax: (888) 329 9475                                Fax: (804) 290-4305
       Email: Ian.Fredericks@skadden.com          Email: katie_bradshaw@ccswinddown.com

       Sarah K. Baker, Esq.                             Marjorie S. Crider, Esq.
       Skadden, Arps, Slate, Meagher & Flom, LLP    Riemer & Braunstein LLP
       Fax: (312) 827-9467                                 Fax: (617) 692-3423
       Email: Sarah.Baker@skadden.com              Email: mcrider@riemerlaw.com