# AMENDED UTILITIES BLOCKED ACCOUNT PAYMENT REQUEST

**ALL FORMS MUST BE RECEIVED BY BANK OF AMERICA AND THE DEBTORS IN ACCORDANCE WITH THE CONTACT INFORMATION ON PAGES 1-2 BY SEPTEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

August 25, 2009

Katie Bradshaw
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060
Fax: (804) 290-4305

```
RICHMOND DIVISION
FILED
AUG 3 1 2009
CLERK
U.S. BANKRUPTCY COURT
```

Re:    Circuit City Stores, Inc. ("Circuit City") Utility Blocked Account (the "Utility Blocked Account")

The undersigned (the "Beneficiary") hereby certifies to Circuit City that:

(a)    The Beneficiary certifies that it is neither an Excluded Utility Company nor a Utility Company that submitted an Additional Adequate Assurance Request to the Debtors that is the subject of a separate Adequate Assurance Resolution, as those terms are defined in the *Debtors' Motion for an Order Terminating the Utility Blocked Account and Establishing Utility Blocked Account Payment Request Deadline Under Bankruptcy Code Sections 105(a) and 366*.

(a)    The Beneficiary is making a request for payment in lawful currency of the United States of America from the Utility Blocked Account in the amount of $8179.59.

(b)    The Beneficiary certifies that the Debtors defaulted in the payment of postpetition Utilities Services and amounts on account of such Utility Services are due, outstanding, and unpaid.

(c)    The Beneficiary hereby certifies that it is owed $8179.59 for postpetition utility services provided to Circuit City or one of its debtor affiliates or subsidiaries in connection with the following account numbers:
        564936-002

(d)    The beneficiary hereby certifies that the amount requested is not and does not relate to an additional adequate assurance request or other form of security.

(e) The Beneficiary is entitled to payment of funds reserved through the Utility Blocked Account pursuant to the Order under Bankruptcy Code Sections *105(a),363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Certain Third Party Vendor* (as modified, supplemented and amended, the "Order"), entered by the United States Bankruptcy Court for the Eastern District of Virginia in the bankruptcy cases of In re Circuit City Stores, Inc., et. al., Case No. 08-35653 (KRH).

Please wire transfer the proceeds of the payment to the following account of the Beneficiary at the financial institution indicated below:

```
Alliant Energy/WP &L
P.O.Box 3066
Cedar Rapids, IA 52406-3066
```

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Payment Request as of the __25th__ day of __August__, 2009.

[UTILITY]

By: _[signature]_

Deb Henkle-Collections Consultant Alliant Energy
Print Name & Title

cc:  Ian S. Fredericks, Esq.                          Katie Bradshaw
     Skadden, Arps, Slate, Meagher & Flom, LLP        Circuit City Stores, Inc.
     Fax: (888) 329 9475                              Fax: (804) 290-4305
     Email: Ian.Fredericks@skadden.com                Email: katie_bradshaw@ccswinddown.com

     Sarah K. Baker, Esq.                             Marjorie S. Crider, Esq.
     Skadden, Arps, Slate, Meagher & Flom, LLP        Riemer & Braunstein LLP
     Fax: (312) 827-9467                              Fax: (617) 692-3423
     Email: Sarah.Baker@skadden.com                   Email: mcrider@riemerlaw.com

2