RICHMOND DIVISION

F I L E D

SEP - 1 2009

F I L E D

CLERK
U.S. BANKRUPTCY COURT

Bruce Senator  F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA  93403-8103

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

IN RE:                           :   No.  08-35653-KRH
    CIRCUIT CITY STORES, INC.,     ;
                                   :   BRUCE SENATOR'S MOTION TO BE PAID
BRUCE SENATOR                    :   THE $150 DUE AS HE IS ENTITLED TO
    Creditor & Moving Party        :   PRIORITY UNDER 11 U.S.C. §507(a)(7)

BRUCE SENATOR filed a claim to be paid the $150.00 due him from a product purchase rebate, due from way back in the summer of 2006.  This was far before the debtor filed for bankruptcy.  (EXHIBIT: A).

SENATOR did receive notice of "PROOF OF CLAIM CONFIRMATION" receiving two (2) claim numbers:  13082 and 13413.  (EXHIBIT: B). *There is also a non-noticed Claim #13575. 13575 and 13413 are duplicates.*

In the past few months SENATOR has received several notices from this court in which it appears other creditors have received payments; creditors which do not appear to have priority status.

SENATOR is due $150.00.  Since the debtor has engaged in fraudulent deceit, ... refusing for many months to even provide SENATOR with the case information so he could file his claim, clearly the debtor and their counsel should be assessed SANCTIONS in addition to SENATOR being awarded INTEREST on the $150.00 from Sept. 1, 2006, *some three (3) years ago.*

In any event, SENATOR would like this court to order that SENATOR be PAID his **PRIORITY CLAIM** immediately if not sooner, and if not, to have a concrete explanation as to WHY, and WHEN it may be resolved.

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY:
    August 24, 2009

*Bruce Senator*
Bruce Senator  F-99302

1.

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

**EXHIBIT:** *A*

EXHIBIT

EXHIBIT

*Proof of Claim*

EXHIBIT

EXHIBIT

*5-18-2009*

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

**EXHIBIT:** *A*

EXHIBIT

EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: *CIRCUIT CITY STORES, INC.* | Case Number: *08-35653-KRH* |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): *BRUCE SENATOR*<br><br>Name and address where notices should be sent:<br>*BRUCE SENATOR F-99302*<br>*California Men's Colony*<br>*P.O. Box 8103*<br>Telephone number: *San Luis Obispo, Ca, 93403-8103* | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br>*BRUCE SENATOR*<br>*C/O NANCY LEE*<br>*10502 Lampson Ave.*<br>Telephone number: *Garden Grove, Ca, 92840* | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed: $ *150.00* | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:** *REBATE CHECK FOR GOODS PURCHASED, EXPIRED*
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$ _____ Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>*5-18-2009* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Bruce Senator*<br><br>*5-18-2009    Bruce Senator    Bruce Senator* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| BRUCE SENATOR F-99302<br>California Men's Colony<br>P.O. Box 8103<br>San Luis Obispo, Ca. 93403-8103<br>TELEPHONE NO.:                    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* BRUCE SENATOR IN PRO PER | |

UNITED STATES BANKRUPTCY COURT
STREET ADDRESS: 701 E. BROAD ST., Suite 4000
MAILING ADDRESS:
CITY AND ZIP CODE: Richmond, Va. 23219-1888
BRANCH NAME: Eastern District of Virginia

PLAINTIFF/PETITIONER: IN RE CIRCUIT CITY STORES, INC.

DEFENDANT/RESPONDENT:

| DECLARATION | CASE NUMBER:<br>08-35653-KRH |
|---|---|

Circuit City Stores, Inc. filed its petition Nov. 10, 2008.
The attached letters go back prior to that time, and a copy of
the $150 [expired] rebate check goes back to 04/02/07 [2007]

   Circuit City has refused for <u>over</u> two years now to reissue
the expired check. Circuit City has refused to list me as a
creditor, nor to even respond to my inquiries and demands.
//

   As their actions are an attempt to defraud, and as my
rebate came well over one-year prior to bankruptcy, their
<u>fraud</u> means I must be paid all $150. Not a penny less.
   I had to track down the case by writing to multiple federal
bankruptcy courts. I DEMAND PAYMENT IN FULL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 18, 2009

                                 *Bruce Senator*

BRUCE SENATOR                           *Bruce Senator*
   (TYPE OR PRINT NAME)                               (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other (Specify): Creditor

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"



↓      CIRCUIT CITY STORES      ↓
Check



⑈060138780⑈ ⑆091916873⑆ 737934⑈

Never cashed.
Just found them
recently

May 11, 2009                              Bruce Senator  F-99302
                                         California Men's Colony
                                         P.O. Box 8103
                                         San Luis Obispo, CA  93403-8103


LEGAL COUNSEL
- **BANKRUPTCY ACTION**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233


RE:   REBATE CHECK From Back In The Year 2006
      Check #:          06013878
      Amount:           $150.00
      Other Info:       202223143 / 134647


Dear Counsel,

    As I had not heard a word from you I started writing letters to
the various federal bankruptcy courts.  Finally I was advised by the
court in Delaware that your action is filed in Richmond, VA.  I have
now written to that court seeking forms to file (1) A Creditor Claim,
and (2) A Bankruptcy Fraud Claim.

    You were STUPID to think I would let you slide by without
paying me the $150.00 you still owe me.

    Now, with the FRAUD action I will file, you will NOT be able to
get away with paying anything less than the full $150.

    As soon as the clerk of the court responds I will file my action for
the claim and the fraud.    STUPID!

                              Thank you,

                              Bruce Senator
                              Bruce Senator

January 17, 2009                    Bruce Senator  F-99302
                                    California Men's Colony
                                    P.O. Box 8103
                                    San Luis Obispo, CA  93403-0183

**LEGAL COUNSEL**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233

RE:  REBATE CHECK From Back In The Year 2006
       Check #:  06013878
       Amount:  $150.00
       Other Info:  202223143 / 134647

Dear Legal Counsel,

     Attached are copies of letters dated 10/8/2008, 9/3/2008, and 8/2/2008

along with a xerox of the $150 rebate check in question.  The initial check

was issued in 2006.  I purchased an ACER laptop computer from one of your

stores in the San Fernando Valley, possibly in the City of Burbank, in

August 2006 or Sept 2006.  Shortly afterwards I was arrested and in the

end run went to state prison.

     The check was reissued to my friend's address in Garden Grove, Calif.

as at that time I was in Orange County Jail.  Unfortunately, my friend did

not deposit the check and that is the status currently.

     The $150 rebate is due, and was due prior to your initial bankruptcy

filing and recent decision to liquidate.  I have tried to have it reissued

but to no avail.  Since your offices have not responded, this falls under

the FRAUD statutes and thus bankruptcy would not cover you in this instance.

     I need to know if you have me listed as a CREDITOR in the bankruptcy

filing.  If yes, why have I not been served.  It comes down to this, either

serve me as a CREDITOR or pay me the $150.  Otherwise, I will file a breach

of contract/fraud civil suit in California.

                          Thank you,

                          Bruce Senator
                          Bruce Senator

BRUCE SENATOR F-99302
California Men's Colony
P.O. Bx 8103
San Luis Obispo, Ca. 93403-8103

10/8/2008

Circuit City
-Attn: Rebates
P.O. Bx 469
Coppell, TX 75019

RE: Check #: 06013878
    Amt:    $150.00
    Order No: 20222143 / 034647

Ladies and Gentlemen,
    On 8-12-2008 I sent a letter to my friend
NANCY LEE to mail to you (copy attached). On
9-3-2008 I wrote inquiring as to if you reissued
the $150 rebate check (copy attached).
    Failure to reissue the check will result in
a civil suit; an unnecessary but costly civil suit.
Bankruptcy will not evade liability as the
issue of fraudulent evasion is not protected.
    Please reissue as requested to:
    BRUCE SENATOR
    c/o NANCY LEE
        10502 Lampson Ave.
        Garden Grove, Ca.
            92840-5004

Thank Ya
Bruce Senator

Bruce Senator F-99302
California Men's Colony
P.O. Bx 8103
San Luis Obispo, CA 93403-8103

9-3-2008

Circuit City
— Attn: Rebates
P.O. Bx 469
Coppell, TX 25019

Re: Check #: 06013878
    Amount: $150.00
    Other Info: 202223143 / 034647

Ladies and Gentlemen,
    Attached is a copy of a letter I mailed to my
friend NANCY LEE which was to be forwarded to
you for reissuance of the $150 check. (A copy of
which is attached).
    Have you reissued the check? It should be
pretty easy to VOID-OUT, STOP, etc and reissue
... mailing directly to: NANCY LEE
                    10502 LAMPSON AVE
                    GARDEN GROVE, CA.
                        92840


                    Thank You
                    Bruce Senator

Bruce Senator

[illegible]

8-14-2009

Circuit City
— Attn: Rebate Checks
P.O. Box 469
Coppell, TX 75019

Re: Check #: 00613898
Amount: $150.00
Other Info: 80322/45/03460

Ladies and Gentlemen,
    The enclosed check for a $150 rebate was
misplaced, being issued 04/22/07.
It states "Void 90 days after issue."

[illegible]

Thank You
Bruce Senator

*ICATION – 446, 2015.5 C.C.P.)

*OF CALIFORNIA
Y OF SAN LUIS OBISPO

party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis
County. My current address is:

> BRUCE SENATOR, CDCR No.: F-99302
> California Men's Colony-West
> P.O. Box 8103 / Unit 4 Dorm 23 Bed 25T
> San Luis Obispo, California 93403-8103

*FY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
*UTED ON 5-13-09, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
PETITIONER (Signature)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

*OF OF SERVICE BY MAIL

*TE OF CALIFORNIA
*NTY OF SAN LUIS OBISPO

not the party of the above entitled actions, am a citizen of the United States, over the age of eighteen years and a resident of San
Obispo County. My current address is:

> BRUCE SENATOR, CDCR No.: F-99302
> California Men's Colony-West
> P.O. Box 8103 / Unit 4 Dorm 23 Bed 25T
> San Luis Obispo, California 93403-8103

_____ May 19, 2009 _____ I SERVED THE WITHIN Proof of Claim;
                                                Declaration;
*THE PARTY: _____ Attachments

SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
*EPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103,
*DRESS AS FOLLOWS:
U.S. Bankruptcy Court 701 E. Broad St. #4000 Richmond, Va. 23219

| |
|---|
| Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC |
| 2335 Alaska Ave. El Segundo, Ca. 90245 |
| Gregg M. Galardi Skadden Arps Slate Meagher + Flom LLP |
| One Rodney Sq. P.O. Box 636 Wilmington, DE 19899 |

*CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
*ECUTED ON 5-19-2009, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
DECLARANT (Signature)

FV 8403

EXHIBIT: _B_

Proof of Claim
Confirmation
5-27-2009 #13413
5-29-2009 #13082

EXHIBIT: _B_

EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Bruce Senator
Bruce Senator F 99302
California Mens Colony
PO Box 8103
San Luis Obispo, CA 93403-8103

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **5/29/2009**
and assigned claim number **13082**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Bruce Senator
Bruce Senator F 99302
California Mens Colony
PO Box 8103
San Luis Obispo, CA 93403-8103

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **5/27/2009**
and assigned claim number **13413**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

(VERIFICATION – 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County.  My current address is:

Bruce Senator        CDCR No.: _F 99302_
_California Men's Colony – West_
P.O. Box 8103 / Unit _4_ Dorm _23_ Bed _25 L_
San Luis Obispo, California 93403-8103

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON _8/24/09_, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

*Bruce Senator*
PETITIONER (Signature)

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am not the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County.  My current address is:

ON _Aug. 27, 2009_       I SERVED THE DOCUMENT _BRUCE SENATOR'S MOTION TO BE PAID_
_THE $150 DUE AS HE IS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507(a)(7)_
_____
_____
_____

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103, ADDRESS AS FOLLOWS:  Clerk of the Bankruptcy Court
_Undited States Bankruptcy Court  Eastern District of Virinia  Richmond Division_
_701 East Broad Street  Richmond, VA 23219_
_Gregg M. Galardi  Skadden, Arps, Slate, Meagher 7 Flom LLP  (Counsel for Circuit City Stores)_
_One Rodney Square  P.O. Box 636  Wilmington, DE 1989°_
_Circuit City Claims Processing  c/o Kurtzman Carson Consultants LLC_
_2335 Alaska Ave.  El Segundo, CA 90245_
_____

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON _8/27/09_, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

*Bruce Senator*
DECLARANT (Signature)

REV. 7/09