# SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

## INDIVIDUAL ASSIGNMENT PART [OR JUSTICE] IAS PART 17 EMILY GOODMAN

YU-LIANG LEI

*Plaintiff(s),*

- against -

CIRCUT CITY STORES, INC, WHITESTONE
DEVELOPMENT PARTNERS, L.P and THE
RELATED COMPANIES, L.P.   *Defendant(s).*

**Index No.** 104507|08

**DCM Track** STANDARD

**PRELIMINARY CONFERENCE
ORDER**

(202.8, 202.12 and 202.19
of the Uniform Rules)

**APPEARANCES**

Plaintiff(s): Yu-Liang Lei, Sackstein, Sackstein & Lee

Defendant(s): Related Properties by Law Office of Chand Haghashel by Christopher Hall
Rents, Pyott & Downs by Jonathan Good (Circit City) d

It is hereby ORDERED that disclosure shall proceed as follows:

**(1) Insurance Coverage:** If not already provided, shall be furnished by DEFENDANTS on or before 12|5|08 .

**(2) Bill of Particulars:**
  (a) Demand for a bill of particulars shall be served by _____ on or before _____ .
  (b) Bill of particulars shall be served by _____ on or before _____ .
  (c) A supplemental bill of particulars shall be served by _____ as to Items _____ on or before _____ .

**(3) Medical Reports and Authorizations:**
  Shall be served as follows: AZ's FOR ALL RELATED MEDICAL TREATMENT, HOSPITALS, MRK+ FILMS WIIN 30 DA 45 DAYS. TO THE EXTENT NOT PROVIDED .

**(4) Physical Examination:**
  (a) Examination of PLAINTIFF shall be held WIIN 45 DAYS OF COMPLETION OF TH'S DEPOSITION.
  (b) A copy of the physician's report shall be furnished to plaintiff within 45 days of the examination.

**(5) Depositions:** Depositions of ☐ Plaintiff(s) ☐ Defendant(s) ☒ All Parties shall be held ON OR BEFORE FEBRUARY 6, 2009 .

**(6) Other Disclosure:**
  (a) All parties, on or before 12|5|08 , shall exchange names and addresses of all eye witnesses and notice witnesses, statements of opposing parties, and photographs, or, if none, provide an affirmation to that effect.
  (b) Authorization for plaintiff(s)' employment records for the period 2 YRS PRIOR TO PRESENT, shall be furnished on or before 12|5|08 .
  (c) Demand for discovery and inspection shall be served by _____ on or before _____ . The items sought shall be produced to the extent not objected to, and objections, if any, shall be stated on or before _____ .
  (d) Other [interrogatories, etc.] _____

Case Name: LEI v. CIRCUIT CITY et al   Index No: 104507/08

PC ORDER - Page 2

(7) **End Date for All Disclosure:** MAY 8, 2009

(8) **Impleader:** Shall be completed on or before WITHIN 45 DAYS AFTER THE COMPLETION OF LBD's

(9) **Compliance Conference:** Shall be held on FEBRUARY 18, 2009 @ 10:30 am.

(10) **Motions:** Any dispositive motion(s) shall be made on or before WITHIN 45 DAYS AFTER THE FILING OF NOI

(11) **Note of Issue:** PLAINTIFF before MAY 15, 2009 shall file a note of issue/certificate of readiness on or before _____. A copy of this order, an affirmation stating that the terms of the order have been complied with, and an affidavit of service of the affirmation and note of issue shall be served and filed with the note of issue on or before said date.

**FAILURE TO COMPLY WITH ANY OF THESE DIRECTIVES MAY RESULT IN THE IMPOSITION OF COSTS OR SANCTIONS OR OTHER ACTION AUTHORIZED BY LAW.**

**SO ORDERED:**

Dated:

_____
J.S.C.

## ADDITIONAL DIRECTIVES

In addition to the directives set forth above, it is further ORDERED as follows:

NO ADJOURNMENTS WITHOUT PRIOR WRITTEN COURT CONSENT, AND FOR GOOD CAUSE ONLY. TO SEEK AN ADJOURNMENT EMAIL LAW CLERK ANDREA FIELDS AT afield @ courts. state ny. us. COPY TO ALL PARTIES. NO EMAIL IF ADJOURNMENT IS ON CONSENT.

Dated:

**SO ORDERED:**

_____
J.S.C.

**EMILY JANE GOODMAN**

TS-134  (REV 4/15/02)

# FLUSHING HOSPITAL
## MEDICAL CENTER
45th Avenue at Parsons Blvd. Flushing, NY 11355

# FACE SHEET

| ACCOUNT NUMBER | MEDICAL RECORD NUMBER | ADMIT DATE & TIME | BAR CODE-MEDICAL RECORD NUMBER |
|---|---|---|---|
| 395350903 | 780049 | 11/23/2007 11:30 | |

| LOCATION | | FIN. CLASS | SOURCE | TYPE | DISCHARGE DATE & TIME | BAR CODE-ACCOUNT NUMBER |
|---|---|---|---|---|---|---|
| 0042 | 451 2 | 22 | 1 | I | | |

**PATIENT**

| LAST NAME | FIRST NAME | M.I. | AKA | VETERAN |
|---|---|---|---|---|
| LEI | YULIANG | | | N |

| DATE OF BIRTH | AGE | SEX | REL | MAR ST. | PLACE OF BIRTH | LANGUAGE | INTERPRETER NEEDED |
|---|---|---|---|---|---|---|---|
| 08/29/1959 | 48Y | M | NO | U | KOREAN | KORE | N |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 136 10 LATIMER PLACE | FLUSHING | NY | 11354 |

| TELEPHONE NUMBER | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|
| (718)539-7038 | | ***-**-**** |

| EMPLOYER NAME | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | |

| NEXT OF KIN | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|---|
| UNKNOWN, UNKNOWN | 09 | | | | | (999)999-9999 |

| EMERGENCY CONTACT NAME | RELATIONSHIP | ADDRESS | | TELEPHONE NUMBER |
|---|---|---|---|---|
| UNKNOWN, UNKNOWN | 09 | | | (999)999-9999 |

**MEDICAL**

| ATTENDING PHYSICIAN / CODE | | PVT./SERV. | OTHER PHYSICIAN / CODE | MEDICAL SERVICE |
|---|---|---|---|---|
| SHIM, JOSEPH Y | 79277 | P | , | SUR |

| ADMITTING DIAGNOSIS | ICD-9-CM CODE |
|---|---|
| FX ANKLE NOS-CLOSED | 824.8 |

| ADMITTING PHYSICIAN / CODE | | NEWBORN WEIGHT | RESERVATION DATE & TIME | TEAM COLOR |
|---|---|---|---|---|
| SHIM, JOSEPH Y | 79277 | | | |

**GUARANTOR**

| GUARANTOR NAME | RELATIONSHIP | OCCUPATION | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| LEI, YULIANG | 01 | | ***-**-**** |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| 136 10 LATIMER PLACE | FLUSHING | NY | 11354 | (718)539-7038 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| UNKNOWN | | | | | |

**INSURANCE**

| PLAN CODE / PRIMARY INSURANCE | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| WELC   WELLCARE HMO MEDICAID | SZ03095W | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| PO BOX 271000 | TAMPA | FL | 33688 | (800)288-5441 |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| LEI, YULIANG | 01 | 08/29/1959 | ***-**-**** |

| SECONDARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| MGME  MEDICAID GME | SZ03095W | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| CSC HEALTHCARE SYSTEMS | ALBANY | NY | 12204 | (800)522-1892 |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| LEI, YULIANG | 01 | 08/29/1959 | ***-**-**** |

| TERTIARY CARRIER | POLICY NUMBER | SEQ. / GROUP # | AUTHORIZATION NUMBER |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| SUBSCRIBERS NAME | RELATIONSHIP CD | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| DATE OF PREVIOUS HOSPITAL ADMISSION | FACILITY NAME | ADMITTED BY |
|---|---|---|
| | UNSPECIFIED | dseeram |

FORM NO. N 00001

**FLUSHING HOSPITAL MEDICAL CENTER**
45th Avenue at Parsons Blvd. Flushing, NY 11355

**CHART COPY**

LEI, YULIANG
-780049          M       DOB: 08/29/1959          48Y
ADM: 11/23/2007   081X
STAFF, PHYSICIAN          01        395350903

---

TIME SEEN BY M.D. 6:30 ☑AM ☐PM   ALLERGIES: NKDA.

**CHECK (✓) APPROPRIATE BOX**
Results / Interpretations

**HISTORY**

FAMILY

SOCIAL

PAST MEDICAL: None.

cc: was trample while trying to shop g
twisted L ankle.
Pt brought in by ambulance.

SYSTEM REVIEW:   All other systems negative ☐
Fever           Resp           Neuro
Weight Loss     GI             Psych
Eyes            GU             Endo
ENT    +36.8    Musculoskeletal
Cardio          Skin    10?/61 R 20 HR7

Nursing Notes Reviewed & agree ☐
Patient is poor historian ☐
Complete history not obtainable due to treatment urgency ☐

PHYSICAL EXAM (Orientation/Appearance)   NAD.

Head     NC/AT               Eyes   PERRLA
ENT      Fusion              Neck   Supple.
Chest    B/L cTA.            Heart  S.S.
Abd      (+)BS soft.         Back   yCVATmal.
Ext      (+)pulse            Neuro  CN 2-12 intact
         y edema.                   motor 5/5
         swollen L ankle & bony
         abnormality (+)pulses

**Monitor**
(EKG)
ABG                                          (Worded Interp)
Ph _____        HCO3 _____
PC02 _____      % Sat _____
PO2 _____       FIO2 _____
Pulse OX        ☐ Hypoxic
     RA         ☑ Non-Hypoxic  98 %
Peak Flow    Pre _____   Post _____

**Procedures** (Initial Performed By ED Physician)

| | |
|---|---|
| IV Placement | Thoracotomy |
| Venipuncture | Arterial Puncture x |
| Lumbar Puncture | Foley |
| NG Tube | Change Gastrostomy Tube |
| CPR x          Min | Defibrillation x |
| CVP | Arterial Line |
| Intubation | External Pacemaker |
| Chest Tube x | |
| CRITICAL CARE HRS          MINS | |
| Others: | |

**Other Procedures** (Check (✓) and Initial)   **Body Parts Involved**

| | |
|---|---|
| FB Removal | |
| I and D | |
| Splint | |
| Ace Strap | |
| Immobilizers | |
| Cast | |
| Reduction | |
| Others: | |

**SUTURES**                **NERVE BLOCK**
Length _____ cm            ANESTHESIA:
# of Sutures _____
# of Layers _____
Materials Used: _____

CIRCLE LEVEL OF CARE  1  2  3  4  5

NOTIFICATION OF PATIENT'S M.D.     TIME          TIME

**FINAL DIAGNOSIS**   Ankle Fracture

SIGNATURE   Chapola # 006.   PRINT NAME
I WAS PRESENT FOR KEY PORTION OF:  History Y N / Exam Y N / Procedure Y N

**TREATMENT / PROCEDURE / RESPONSE TO THERAPY**
Ortho. called @ 7am.
#138
S/o Dr. Chen tot/u @ 7am.

| ☐ CBC | ☐ SMA | ☐ LABS | ☐ URINALYSIS | X-RAY READING | ☐ Computerized Instructions Given – Type: |
|---|---|---|---|---|---|
| WBC 8.1? | NA+ 143 | ALP | Sp. Gr. | ☐ By. E.D. M.D. | |
| HCT 44.8 | K+ | AST | pH | ☐ By Radiologist | |
| HGB 14.7 | Cl | Mg++ | Protein | | |
| SEGS | CO2 | Amylase | Glucose | L ankle | |
| BANDS | Glucose 99 | CK-MB | Ketone | | |
| LYMPHS | BUN | PT | Blood | Bi Meleolar | ☐ Social Service Referral |
| MONOS | Creatine | PTT | WBC / HPF | displaced | ☑ Expired   ME CASE: ☐ Yes  ☐ No |
| EOS / BASOS | BILIRUBIN | ESR | RBC / HPF | Fracture | |
| METAS | Alb | | Epith. | | ME Name _____ |
| PLATELETS | CA++ | UCG | Cast / LPF | | ME No. _____ |
| | PO4 | BHCG | Bacteria | | ACCEPTED CASE:  ☐ Yes  ☐ No |

| DISPOSITION OF PATIENT | DISCHARGE TIME | CONDITION ON DISCHARGE | ☐ ADMIT | ☐ TRANSFER |
|---|---|---|---|---|
| | ☐ AM  ☐ PM | ☐ Good / Improved  ☐ AMA  ☐ Walked Out  ☐ Critical  ☐ Stable | Dr. _____   Room No. _____   Time: _____ | Facility: _____  ☐ See Transfer Sheet  Time: _____ |

F00012A 11/06

**FLUSHING HOSPITAL
MEDICAL CENTER**

LEI, YULIANG
780049     M   DOB: 08/29/1959          48Y
ADM:11/23/2007   081X
STAFF PHYSICIAN          01   395350903

## INTERDISCIPLINARY PATIENT HISTORY, ASSESSMENT AND INITIAL PLAN

### 16. MEDICAL HISTORY

MD/PA/NP

Chief Complaint  Pan (L) ankle since Trampled w crowd

History of Present Illness  shopping "Black Friday"

NO PMOR Hx

### 17. PAST SURGICAL HISTORY

MD/PA/NP

DATE          TYPE OF OPERATION                    REASON

Denis

### 18. PAST MEDICAL HISTORY

| CARDIAC | PULMONARY |
|---|---|
| MI (Dates: _____) Denis | Asthma: Last attack: _____ Deny |
| ☐ Angina: ☐ Stable  ☐ Unstable  CHF | Steroids: ☐ Yes  ☐ No |
| ☐ Arrhythmia _____  ☐ Murmur | ☐ COPD  ☐ TB  Hx of Intubation: ☐ Yes ☐ No |
| ☐ CABG   Other : | Other : |
| **VASCULAR** Deny | **ENDOCRINE** Deny |
| HTN (x_____ yrs) ☐ CVA: Describe:_____ | DM (x _____ yrs ☐ Type I   ☐ Type II |
| ☐  TIA  Claudication/Rest pain  ☐ R  ☐ L | ☐ Thyroid ☐ ↓   ☐↑  Other: |
| # of Blocks:          Other: | **GI** |
| **NEUROMUSCULAR** | ☐ Ulcers    ☐ Gastritis    ☐ Hiatus Hernia |
| Seizures   Type ___ Deny | ☐ Hepatitis    Other:  Deny |
| Last Episode _____ | **HEMATOLOGY** Deny |
| Arthritis   Location _____  ☐ Disc Disease | ☐ Anemia  ☐ Leukemia  ☐ Sickle Cell  ☐ Disease |
| Level _____  Other: | ☐ Trait  ☐ Other: |
| Transfusions: ☐ Yes  ☐ No | OTHERS: |
| If YES, what year: | |



**FLUSHING HOSPITAL**
**MEDICAL CENTER**

LEI, YULIANG
780049      M      DOB: 08/29/1959      48Y
ADM:11/23/2007 081X
STAFF, PHYSICIAN      01   395350903



INTERDISCIPLINARY  PATIENT HISTORY,
ASSESSMENT  AND  INITIAL PLAN

| 19.    REVIEW OF SYSTEMS | | | MD / NP / PA |
|---|---|---|---|

Describe any Pertinent Positives and Negatives

| No | Yes | | |
|---|---|---|---|
| ☐ | ☐ | General Symptoms | |
| ☐ | ☐ | Any Sign of Infection? | |
| ☐ | ☐ | HEENT | |
| ☐ | ☐ | Neck | |
| ☐ | ☐ | Breasts | |
| ☐ | ☐ | Cardiovascular | |
| ☐ | ☐ | Peripheral Vascular | |
| ☐ | ☐ | Respiratory | |
| ☐ | ☐ | Gastrointestinal | |
| ☐ | ☐ | Genito-urinary | |
| ☐ | ☐ | Sexual and Venereal Disease | |
| ☐ | ☐ | Menstrual and Obstetrical | |
| ☐ | ☐ | Neurological | |
| ☐ | ☐ | Musculoskeletal | *(handwritten notes)* |
| ☐ | ☐ | Endocrine | |
| ☐ | ☐ | Hematological | |
| ☐ | | Please see Section 25 for Additional Information | |

☐  ☐  Psychiatric/ Suicide Risk Assessment
        [For Ages 13 and above]    Over the past two weeks, have you

1.  Felt little interest or pleasure in doing things?    ☐ Yes  ☐ No
2.  Felt down, depressed or hopeless?    ☐ Yes  ☐ No
3.  Been bothered by thoughts that you would be    ☐ Yes  ☐ No
    better off dead or hurting yourself in some way?

Yes to # 1 & 2, consider treatment for
depression.
Yes to # 3, **call psych consult at x 5546**
& implement suicide prevention protocol.
Consult requested  ☐ Yes  ☐ No

Comments

| 20.   MEDICATIONS | | | MD / NP / PA |
|---|---|---|---|
| Drug | Dose | Frequency | Date & Time of Last Dose |
| *Dose* | | | |
| | | | |
| | | | |
| | | | |
| | | | |


**FLUSHING HOSPITAL MEDICAL CENTER**

LEE, YULIANG
**780049**    M    DOB: 08/29/1959    48Y
ADM:11/23/2007  081X
STAFF, PHYSICIAN    01    395350903

## INTERDISCIPLINARY PATIENT HISTORY, ASSESSMENT AND INITIAL PLAN

### 21. ALLERGIES and ADVERSE DRUG REACTIONS

NO KNOWN ALLERGIES    ☐ ENVIRONMENTAL ALLERGIES    MD/NP/PA

|  | Anaphylaxis | Swelling | Rash/Hives | Others | ADRs |
|---|---|---|---|---|---|
| ☐ PCN  ☐ Sulfa |  |  |  |  |  |
| Other Medications |  |  |  |  |  |
| Food |  |  |  |  |  |
| Others |  |  |  |  |  |

### 22. SOCIAL HISTORY          MD/NP/PA

Tobacco  ☑ None  ☐ Quit: _____

☐ Yes   Quantity   ppd X _____ yrs

ETOH  ☑ None  ☐ Quit: _____

☐ Yes   Quantity _____

Drug  ☑ None  ☐ Quit: _____

☐ Yes   Drug _____

Routine:  ☐ IV  ☐ Other

Quantity: _____

### 23. FAMILY HISTORY

_____
_____
_____
_____
_____
_____
_____

### 24. VACCINATIONS    ☐ Pneumococcal _____

☐ Influenza          Other: _____

### 25. PHYSICAL EXAMINATION    Vital Signs  BP ____  P ____  R ____  T ____

General Description          MD/NP/PA

| Skin | C/D/I |
|---|---|
| HEENT | PERLS, EOM. |
| Neck | & Trachee |
| Breasts | N/A |
| Heart / Lungs | All fields clear / ⊕1 ⊕2 ⊘gallop-murmur |
| Abdomen | ⊕ BOS  ∂ jms |
| Pelvic/Genitalia |  |
| Rectal/Prostate |  |
| Lymph Nodes |  |
| Extremities |  |

R    L

| Vascular | Carotid | Brachial | Radial | Femoral | Popliteal | DP/PT |
|---|---|---|---|---|---|---|
| Right |  |  |  |  |  |  |
| Left |  |  |  |  |  |  |
| Bruits |  |  |  |  |  |  |

Pulses:    0 = Absent    1 = Markedly Impaired    2 = Moderately Impaired   3 = Slightly Impaired   4 = Normal

**FLUSHING HOSPITAL**
**MEDICAL CENTER**

LEI, YULIANG
780049 — M — DOB 08/29/1959          48Y
ADM:11/23/2007  081X
STAFF PHYSICIAN          01   395350903

## INTERDISCIPLINARY PATIENT HISTORY, ASSESSMENT AND INITIAL PLAN

### NEUROLOGICAL

| | |
|---|---|
| Mental Status | A&O x3 |
| GCS (if indicated) | |
| Cranial Nerves | CN I → XII ntact |
| Motor Nerves | |
| Sensory System | |

### 26.  LAB, X-RAY & EKG RESULTS

Pending                                                   MD/NP/PA

$$\frac{8.7}{}\; \frac{15.2}{41.3} \; 173 \qquad \frac{109}{0.3}\; \frac{12}{99}$$

PT/PTT  12.4/23.8          HCG  ☐ Pos
INR  1.                                  ☐ Neg
UA

ALT 1264  Alk pho
82  4  134     CXR  WNL

EKG  WNL

Others  ⊕ Type / Screen

### 27.  PHYSICIAN IMPRESSION and THERAPEUTIC PLAN

MD/NP/PA

48 yo ♂ Ⓛ R md
∅ PMHx pre op for T&C, room c Dr. Thm
med clearance ∅ needed
> NPO for ORIF (simile Frog) 11/24/07
> NWB Ⓛ
> IM med for pain prn
A/O /pw appl / ⊕DP/PT pulse

Consult Requested   Service: ORTHO   Doctor Davidson PA   Beeper: 533
   Service: _____   Doctor _____   Beeper: _____

### 28.  ADDITIONAL INITIAL ASSESSMENT NOTES   Sign and date each additional note

### 29.  SIGNATURES

| MD/PA/NP (PRINT) | SIGNATURE | BEEPER 533 | DATE 11/23 | TIME 900 |
|---|---|---|---|---|
| MD/PA/NP (PRINT) | SIGNATURE | BEEPER | DATE | TIME |
| ATTENDING (PRINT) | SIGNATURE | BEEPER | DATE | TIME |

# FLUSHING HOSPITAL
## MEDICAL CENTER

45TH Avenue at Parsons Blvd., Flushing, New York 11355

LEI, YULIANG
780049          M      DOB: 08/29/1959
ADM:11/23/2007  0042   451 2              48Y
SHIM, JOSEPH Y           22      395350903

## SHORT STAY DISCHARGE SUMMARY
### (FOR HOSPITALIZATION LESS THAN 10 DAYS)

**PRESENTING ILLNESS** (L) Ankle bimalleodal fx

**PERTINENT HISTORY** Twist my (L) ankle (L) fx

**PERTINENT PHYSICAL FINDINGS** (L) ankle f

**SIGNIFICANT LAB/X-RAY/DIAGNOSTIC STUDIES** fx bimalledal (L) Ankle

**HOSPITAL COURSE** ORIF (L) ankle

D/c home post op day 1

| PRINCIPAL DIAGNOSIS | Left ankle fx | PRINCIPAL PROCEDURE | ORIF (L) ankle |
|---|---|---|---|
| SECONDARY DIAGNOSES | | OTHER PROCEDURES | |
| 1 | | 1 | |
| 2 | | 2 | |
| 3 | | 3 | |
| 4 | | 4 | |

**CONDITION ON DISCHARGE**

| | | | | | |
|---|---|---|---|---|---|
| DISPOSITION | ☑ HOME | ☐ TRANSFER: | ☐ SNF | ☐ AMA | ☐ EXPIRED |
| DIET | ☑ REGULAR | ☐ OTHER | | | |
| ACTIVITY | ☐ NORMAL | ☑ RESTRICTED: | NWB (L) LE | | |
| MEDICATION | If none, check ☐ | | | | |
| FOLLOW-UP | ☐ CLINIC | NAME OF CLINIC: | | MD OFFICE: Shim | |

DATE: 11/24    PRINT: Wagner    SIGN: 2 wks



**FLUSHING HOSPITAL MEDICAL CENTER**

LEI, YULIANG
780049      M    DOB: 08/29/1959                48Y
ADM:11/23/2007  0042   451 2
SHIM, JOSEPH Y              22    395350903

# DISCHARGE INSTRUCTIONS

**INSTRUCTIONS HAVE BEEN GIVEN ABOUT:**

( ) The nature of the illness                          ( ) Diet (specify type): _____

( ) Activities & exercise – what to do, what not to do

( ) Calling MD/coming to ER if symptoms develop/worsen

( ) Smoking cessation ( ) N/A   **(Quitline 1-888-609-6292; Smoking Cessation Program 1-718-670-5476)**

( ) Weight monitoring ( ) N/A   (• weigh yourself every morning same time, after emptying bladder • same scale &
        amount of clothing • keep a log and show to your doctor • report weight gains of 2-4 lbs. over 1-3 days)

( ) Follow-up with: ☒ Private MD _Shim___ ☐ Clinic _____ ☐ Other _____ When: _____
                                    _Qub S_

**MEDICATIONS:** (all drugs must be **reconciled** with <u>current</u> medications and those taken <u>prior to admission</u>)

| NAME | DOSE/ROUTE | FREQUENCY/DURATION |
|------|-----------|-------------------|
| Vicodin ES | 7.5/700 T-II tabs PO Q 4-6 | Pro |
| Keflex 500g | 1 tab PO QID | Orga 2days unt |

| | | |
|---|---|---|

**PHYSICIAN'S REFERENCE ONLY FOR PATIENTS WITH AMI/CHF** | Ejection Fraction: _____ | Check off those medications that are contraindicated at the time of discharge: ☐ ACE Inhibitor ☐ ARB ☐ β blocker ☐ Aspirin

**TREATMENTS/SPECIAL INSTRUCTIONS/REMARKS:** _____

_rest ice Elevate_

_____
_____
_____

**IMMUNIZATIONS** | **Pneumococcal** ☐ given ☐ contraindicated ☐ refused | **Influenza** ☐ given ☐ contraindicated ☐ refused

Physician: Print Name: _____

**PHYSICIAN SIGNATURE:** _____ Date: _11/23_ Time: _____

**I have received discharge instructions and understand the information that has been given to me.**

| PATIENT/RESPONSIBLE OTHER: | Signature: | Date: |
|---|---|---|
| RESPONSIBLE OTHER ONLY: | Print Name: | Relationship: |
| INTERPRETER: | Print Name: | Signature: | Date: |

**PLEASE BRING THIS FORM TO YOUR PHYSICIAN WHEN YOU MAKE YOUR NEXT VISIT**

WHITE – MEDICAL RECORD          YELLOW – PATIENT'S COPY

Rev 06/06



FLUSHING HOSPITAL MEDICAL CTR.
45th Avenue at Parsons Blvd.
FLUSHING, NY 11355

## DEPARTMENT OF RADIOLOGY

Patient Name:   LEI, YULIANG                          DOB:  08/29/1959
       MRN #:   200780049         Account Number:2395350903
Patient Loc:   BLS ambulance service
Attending MD:   SHIM, JOSEPH Y              Completed on:  11/23/2007
Requested by:   SHIM, JOSEPH Y

       Exam:   DX fluoro w/rad assist/MD          ACC #:  1830396

History:

---

Fracture left ankle

Fluoroscopy provided for the clinical service.  Fluoroscopic time
57 seconds.   Fluoroscopic spot films are available in the
radiology department for review.

Impressions: See above

ALICE MD VELOUDIOS              /signed by/ALICE MD VELOUDIOS
Transcribed on: 11/26/2007 5:10 PM by Articulate Interface
Finalized on: 11/26/2007   5:10 PM by Articulate Interface

FLUSHING HOSPITAL MEDICAL CTR.
45th Avenue at Parsons Blvd.
FLUSHING, NY 11355

## DEPARTMENT OF RADIOLOGY

Patient Name:   LEI, YULIANG                          DOB: 08/29/1959
       MRN #:   200780049          Account Number:2395350903
Patient Loc:   BLS ambulance service
Attending MD:   staff, physician           Completed on:  11/23/2007
Requested by:   STAFF, PHYSICIAN

        Exam:   DX ankle left 3 views              ACC #:  1829883

History:

---

    Left ankle:

    On examination, a bimalleolar fracture of of the left ankle is
    seen.  Soft tissue swelling is seen over the medial malleolus.  A
    joint effusion is seen.  Fracture of the posterior malleolus
    cannot be ruled out.
    ER physicians are aware of this finding.

SABIHA RAOOF, M.D.              /signed by/SABIHA RAOOF, M.D.
Transcribed on: 11/23/2007 8:42 AM by Articulate Interface
Finalized on: 11/23/2007   8:42 AM by Articulate Interface

FLUSHING HOSPITAL MEDICAL CTR.
45th Avenue at Parsons Blvd.
FLUSHING, NY 11355

## DEPARTMENT OF RADIOLOGY

Patient Name:  LEI, YULIANG                          DOB:  08/29/1959
       MRN #:  200780049           Account Number:2395350903
Patient Loc:  BLS ambulance service
Attending MD:  staff, physician              Completed on:  11/23/2007
Requested by:  STAFF, PHYSICIAN

         Exam:  DX chest single view                ACC #:  1829886

History:

_____

        Single frontal radiograph of the chest:

        The lungs are clear.  No gross infiltrates are seen.  There is no
        evidence of pleural effusions.  Cardiac silhouette is within
        normal limits.  Visualized osseous structures are unremarkable.

SABIHA RAOOF, M.D.              /signed by/SABIHA RAOOF, M.D.
Transcribed on: 11/23/2007 8:44 AM by Articulate Interface
Finalized on: 11/23/2007  8:44 AM by Articulate Interface



**FLUSHING HOSPITAL MEDICAL CENTER**

Medisys Health Network
Surgical Documentation



**MediSys**
Health Network, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient Name:** | *LEI, YULIANG* | | **DOB:** | *8/29/59* | **Age:** *48* | **Sex:** *M* |

| | | | | | |
|---|---|---|---|---|---|
| **Medical Record:** | *780049* | | **Acct Number:** | *395350903* | |
| **Admit Date:** | *11/23/07* | **Loc:** *0042* | **Room:** *451* | **Bed:** *2* | |
| **Date:** | *11/23/07* | **Surgeon:** *SHIM, JOSEPH Y.,* | | **Room:** *FOR02* | |

| | | | | |
|---|---|---|---|---|
| Patient In: | 15:50 | Patient Out: | 18:02 | |
| Anes Start: | 15:50 | Anes End: | *See anesthesia record* | |
| Procedure Start: | 16:22 | Procedure End: | 17:56 | **Procedure Mins:** **94** |

**Preop Diagnosis:** FX LEFT ANKLE    BIMALEOLAR  FX    LEFT ANKLE

**Postop Diagnosis:** SAME

**Anes Type:** GENERAL    **ASA Class:** I    **Wound Class:** I

**Actual Procedure:**

ORIF  LEFT ANKLE

---

| **Time Out:** | **Proposed Procedure:** |
|---|---|
| 16:22 | ORIF  LEFT ANKLE |

**Surgical Staff:**

| | | | Time In: | Time Out: |
|---|---|---|---|---|
| **Surgeons:** | SHIM, JOSEPH Y., MD | | 15:55 | 18:02 |
| **Anesthesia:** | BENHAMOU, SOL , MD | | 15:47 | 18:02 |
| | | Role: | Time In: | Time Out: |
| **Residents:** | YUSHUVAYEV, EDUARD , PA | PHYSICIAN ASSISTANT | 15:50 | 18:02 |
| **Circulator** | HOM, ELEANOR , RN | CIRCULATING NURSE | 15:15 | 16:30 |
| | PARK, SOON HO, RN | CIRCULATING NURSE | 16:15 | 18:02 |
| **Scrub:** | KAVANAGH, TRACEY , RN | SCRUB PERSON | 15:25 | 18:02 |
| **Other Staff/Visitors:** | | | | |
| | S. MARDAKH | MEDICAL STUDENT | 15:50 | 18:02 |

**Preparation:**

| Preparation: | Site: | Laterality: |
|---|---|---|
| PREPPED WITH ALCOHOL 7O% | Ankle | Left |
| PREPPED WITH BETADINE | Ankle | Left |
| PREPPED WITH ALCOHOL 7O% | Foot | Left |
| PREPPED WITH BETADINE | Foot | Left |

*Hair Clipped:*
N/A

**Positioning:**

---

Medical Record: 780879  Acct Number: 395350903

| Admit Date: | 11/23/07 | Loc: | 0042 | Room: | 451 | Bed: | 2 | |
|---|---|---|---|---|---|---|---|---|

Date: 11/23/07  Surgeon: SHIM, JOSEPH Y.  Room: FOR02

| Positioning: | Aides: | Location: |
|---|---|---|
| SUPINE POSITION | ARMBOARD<br>SAFETY BELT | BILATERAL<br>OVER ABDOMEN |

**Catheters used?** N

**IVs:**

Existing?  Y  Site:  RIGHT ANTECUBITAL

Comments:

**Drains:** N

**Equipment:** Y

| Equipment: | | Location: | Skin Condition: | Setting |
|---|---|---|---|---|
| ESU 8 | FORCE 2 VALLEYLAB SN F9B6898T | RIGHT THIGH | DRY | 30/30 |
| TOURN 3 | TOURNIQUET ZIMMER ATS1500 S | LEFT THIGH | DRY | 300MMHG |

Other Equipment:  Observations:

| Equipment | Start time | End time | Post Op Skin Condition |
|---|---|---|---|
| ESU 8 | 16:22 | 17:45 | DRY |
| TOURN 3 | 16:22 | 17:26 | DRY |

Comments:

**Medications:** Y

| Medication: | Dose/Unit: | Time: | Route: | By: |
|---|---|---|---|---|
| CEFAZOLIN VIAL (ANCEF) | GM 1 | 16:00 | IV | DR. BENHAMOU |

Med. Comments:

**Radiology:** Y  **Type:** C-ARM

**Specimen:** N

**Implants:** Y

Stock #:  Manufacturer:  Description:  Catalog #:

Lot Number:  Serial Number:  Site:  Exp Date:

**Transfusion:** N

**Counts:** Y

**Final Counts:**

| Sponges | Instruments | Sharps |
|---|---|---|
| COR | COR | COR |

| Scrub Person | Circulator |
|---|---|
| KAVANAGH, TRACEY , RN | PARK, SOON HO, RN |

Comments:

**Irrigation and Suction:**

Case: Patient Name:   RH   Doc# 4786   DOB:   Age: 48   Sex:   M
Medical Record:   78064   Account Number:   395350903

| Admit Date: | 11/23/07 | Loc: | 0042 | Room: | 451 | Bed: | 2 |

Date:   11/23/07   Surgeon:   SHIM, JOSEPH Y.,                              Room:   FOR02

| Irrigation Fluid Used: | Suction Contents: | Foley Fluid: |
| 300ML | 200ML | |

## Case Summary:

Comments:   1/3 TUBULAR 6 HOLE PLATE    4.0 CANCELLOUS FULLY THREADED  18
THREADED  16
3.5CORTICAL SCREW 12  12  14   24
4.0  45    CANCELLOUS PARTIALLY THREADED
4.0  40    CANCELLOUS PARTIALLY  THREADED     USED  BY DR SHIM

Discharged to:              Endotracheal Tube Left In?
PACU                        N

Mental Status:   CALM                          Postop         STABLE

Case Comments:

Report Given to:   Recovery Staff:        Inpatient Floor Staff:
                   YAHN

Circulating RN:   _____

FLUSHING HOSPITAL MEDICAL CENTER

ORDER SESSION PRINT                          Page:    1


      Pat #: 395350903 LEI, YULIANG                 Loc:  081X ER
 Attend MD: STAFF, PHYSICIAN                        MRN:  000780049
 Entered By: AAP                           Date/Time: 11/23/07 / 0624


 Seq# Req Date / Time Order Description          Prior Freq Code Stop Date
 ---- --------------- ----------------------------- ----- --------- ---------
 0001 11/23/07 / 0625 ANKLE XRAY,LEFT,(3VIEWS)       S
 Ordering MD: 081111 STAFF, PHYSICIAN


 Total Number of Orders:          1

FLUSHING HOSPITAL MEDICAL CENTER

~~ORDER SESSION~~ PRINT                                        ~~Page:~~  1

```
    Pat #: 395350903 LEI, YULIANG              Loc: 081X ER
Attend MD: STAFF, PHYSICIAN                    MRN: 000780049
Entered By: LYA                          Date/Time: 11/23/07 / 0653
```

```
Seq# Req Date / Time Order Description              Prior Freq Code Stop Date
---- --------------- ------------------------------ ----- --------- ---------
0002 11/23/07 / 0654 CBC WITH DIFF                    S
Ordering MD: 081111 STAFF, PHYSICIAN

0003 11/23/07 / 0654 COMP 14 METABOLIC PANEL          S
Ordering MD: 081111 STAFF, PHYSICIAN

0004 11/23/07 / 0654 PT/PTT                           S
Ordering MD: 081111 STAFF, PHYSICIAN

0005 11/23/07 / 0654 TYPE & SCREEN (ABO/RH,AB SCREENI S
Ordering MD: 081111 STAFF, PHYSICIAN
```

Total Number of Orders:          4

**FLUSHING HOSPITAL**
**MEDICAL CENTER**
45th Avenue at Parsons Blvd. Flushing, NY 11355

LEI, YULIANG
780049        M        DOB: 08/29/1959        48Y
ADM: 11/23/2007        081X
STAFF: PHYSICIAN                    01    395350903

**CHART COPY**

| ACCT #<br>395350903 | MED.REC.#<br>780049 | DATE    REG. TIME<br>11/23/2007    06:01 | | F/C<br>01 | PTP<br>E | MSV<br>EMG | S.S. #<br>***-**-**** |
|---|---|---|---|---|---|---|---|

| LAST NAME<br>LEI | YULIANG | | D.O.S.<br>08/29/1959 | AGE<br>48Y | SEX<br>M | RACE<br>A | REL   M/S<br>NO    U | COUNTY<br>61 |
|---|---|---|---|---|---|---|---|---|

| STREET ADDRESS<br>136 10 LATIMER PLACE | CITY<br>FLUSHING | STATE<br>NY | ZIP + 4<br>11354 | TELEPHONE<br>(718)539-7038 |
|---|---|---|---|---|

| EMPLOYER<br>UNKNOWN | EMPLOYER ADDRESS | TELEPHONE |
|---|---|---|

| GUARANTOR NAME<br>LEI, YULIANG | S.S. #<br>***-**-**** | PT. REL.<br>01 | TELEPHONE<br>(718)539-7038 |
|---|---|---|---|

| GUARANTOR ADDRESS<br>136 10 LATIMER PLACE | CITY<br>FLUSHING | STATE<br>NY | ZIP + 4<br>11354 |
|---|---|---|---|

| GUARANTOR EMPLOYER<br>UNKNOWN | EMPLOYER ADDRESS |
|---|---|

| RELATIVE / EMERGENCY CONTACT<br>UNKNOWN, UNKNOWN | PT. REL.<br>09 | TELEPHONE<br>(999)999-9999 |
|---|---|---|

| ADDRESS | CITY | STATE | ZIP + 4 |
|---|---|---|---|

| | CO #<br>1  SELF | PLAN #<br>SELF | INS. NAME<br>SELF PAY | SUBSCRIBER<br>LEI, YULIANG | GRP # | AUTHORIZATION |
|---|---|---|---|---|---|---|
| | 2 | | | , | | |
| | 3 | | | , | | |

| SOURCE | PT. ARRIVED VIA<br>B | OCC CODE/DATE/TIME | PVT. MD.<br>N/A | REG.<br>whannifo |
|---|---|---|---|---|

| PATIENT STATES<br>ANKLE PAIN |
|---|

I AUTHORIZE AND REQUEST THE EMERGENCY DEPARTMENT AT FHMC TO PROVIDE EMERGENCY MEDICAL CARE. THIS INCLUDES ANY
DIAGNOSTIC TESTS, TREATMENTS. MEDICAL AND/OR SURGICAL PROCEDURES CONSIDERED NECESSARY IN PROVIDING EMERGENCY CARE

I AUTHORIZE FHMC AND FLUSHING EMERGENCY PRACTICE PLAN TO RELEASE ANY OR ALL MEDICAL INFORMATION RELATING TO MY TREATMENT, TO DESIGNATED THIRD PARTY
PAYORS AND/OR THEIR REPRESENTATIVES, MY PHYSICIAN AND ANY DESIGNATED HEALTH CARE AGENCIES, SUCH INFORMATION AS MAY BE DEEMED NECESSARY FOR FOLLOW-UP
CARE AND/OR PROCESSING OF MY HOSPITAL CLAIM. I UNDERSTAND THAT I WILL BE FINANCIALLY RESPONSIBLE FOR SERVICES RENDERED.

SIGNATURE                                                RELATIONSHIP

DATE                                                     WITNESS

| LABORATORY / EKG (M.D. TO CIRCLE ORDER / NURSE CHECKS WHEN DONE) | | | | | | |
|---|---|---|---|---|---|---|
| ☐ CBC  ☐ SMA-7  ☐ SMA-13 | ☐ Amylase  ☐ BHCG  ☐ CPK | ☑ Type & Screen | ☐ RH Factor | ☐ Type & Cross ___ | Units Packed RBC ___ | |
| ☐ U/A  ☐ UCG  ☐ Urine C&S | ☐ Blood Cultures # ___ | ☐ G.C.  ☐ NA Probe | ☐ G.C. Culture | ☐ Chlamydia Probe | ☐ Chlamydia Culture | ☐ RPR |
| ☑ EKG  ☐ ABG  ☐ Pulse Oximetry ___ | ☐ Peak Flow  ☐ Fingerstick Glucose ___ | | | ☐ Strep Screen | ☐ Wound Culture | |
| ☑ XR  ☐ Other X-Ray (L) ankle | ☐ Ultrasound ___ | | | ☐ CT Scan ___ | | |
| OTHER LAB / X-RAY        ☑ PT/PTT | | | | | | |

| MEDICATION / I.V. FLUID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | TIME | M.D. | MEDICATION / FLUID | RATE or FREQ | ROUTE / SITE | DATE | TIME | R.N. |
| 11/23/07 | | RC | Percocet 2 tabs | PO X 1 | PO | 11/23/0 | 6²⁵ | |
| | | 7AM | IVF NS @ 200ml/hr | | IV | 11/23/07 | 7¹⁵ | |
| | | | NPO | | | | | |
| | | | | | | | | |

| NURSES' NOTES | TIME note written  ☐ AM<br>☐ PM | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | BP | PULSE RESP. | TEMP. | TIME BLOOD DRAWN | TYPE | TIME | |
|---|---|---|---|---|---|---|---|
| | | | | FIRST SET | | | ☐ AM<br>☐ PM |
| | | | | SECOND SET | | | ☐ AM<br>☐ PM |
| | | | | THIRD SET | | | ☐ AM<br>☐ PM |



Joseph Y. Shang MD.

### North Queens Orthopaedics, P.C.

56-50 Francis Lewis Blvd.    Bayside, New York 11364
Tel: (718) 279-8107    Fax: (718) 279-8101

12/5/07

**RE:** Yu-Liang Lei

**CC:** Left ankle bimalleolar fracture first postoperative office visit

**HPI:** The patient is a 48-year-old male status post a severe left ankle fracture on the morning of 11/23/07. He started waiting with his 12-year-old son in front of Circuit City at 8 PM on Thanksgiving awaiting the store opening at 5 AM the following morning for the start of the after-Thanksgiving sale. They report that police and ambulance were already at the scene by 5 AM anticipating possible crowd control problems. As the store opened, employees began handing out fliers causing the crowd to go out of control. The patient and his son were both pushed aside and trampled. He was brought by ambulance to the emergency room at Flushing Hospital Medical Center, and I was consulted for orthopedic evaluation and treatment. X-rays revealed a displaced bimalleolar ankle fracture. He underwent ORIF of the bimalleolar ankle fracture later that same day. He tolerated the surgery well, and he was discharged home soon thereafter. He has no complaints, and he presents for suture removal.

**PMH:** None.

**PSH:** As above.

**Meds:** None.

**Allergies:** No known drug allergies.

**FH:** Noncontributory.

**SH:** He lives with his wife, mother, and two children. He is employed full-time in watch repair and warehousing. The job involves significant standing and walking, and he has been unable to work since the ankle fracture. He has smoke one pack per day for 30 years. He drinks alcohol approximately once a month.

**ROS:** Noncontributory. No previous history of significant left ankle fractures or sprains. His present left ankle fracture is causally related to being pushed and trampled on the morning of 11/23/07.

**PE:** Well developed, well nourished male in no acute distress. He ambulates with crutches non-weightbearing on the left lower extremity.

Examination of the left ankle reveals a short leg plaster splint to be intact. It was removed. The medial and lateral surgical incisions are healing well with no drainage or

Exhibit Part 22 of 46

**North Queens Orthopaedics, P.C.**
56-50 Francis Lewis Blvd.    Bayside, New York 11364
Tel: (718) 279-8107    Fax: (718) 279-8101

12/5/07

<u>RE:</u>  Yu-Liang Lei

erythema. The nylon sutures were removed. The foot remains moderately swollen but well perfused and sensate.

**Procedure:**  A short leg fiberglass walking cast was applied with the ankle in neutral position. He was prescribed a cast shoe.

**Radiologic Studies:**  AP, lateral, and mortise x-rays of the left ankle were taken in the short leg cast. The Weber B lateral malleolus fracture and transverse medial malleolus fracture remain well reduced with hardware intact. The ankle mortise is restored.

**A/P:**  48-year-old male status post a left ankle displaced bimalleolar fracture requiring surgical fixation on 11/23/07. He was instructed to keep the cast clean and dry. He may begin touchdown weight-bearing on the left lower extremity with crutches. He may advance to weight-bearing as tolerated four weeks postoperatively. He should keep the left leg elevated as much as possible when not walking. Follow-up in 4 weeks for cast removal, repeat examination, and x-ray. If the cast become significantly loose in the interim with resolution of swelling, he should follow-up sooner for a cast change. He will be unable to work requiring significant standing and walking for approximately two more months.

Joseph Y. Shim, M.D.

# Joseph Y. Shim, M. D.
**North Queens Orthopaedics, P. C.**
56-50 Francis Lewis Blvd. Bayside, NY 11364
Tel: (718) 279-8107  Fax: (718) 279-8101

Date: 2/29/2008

RE:  Lei, Yu Liang

CC: Ⓛ ankle bimall'ℓ ⓕ 11/23/07.

HPI: s/p ORIF 11/23/07. SLC removed 12/28/07. Did not have formal PT but he continued home exercises. Still c̄ signif limited walking ability. Not yet returned to work requiring standing for 9 hours.

PE: Amb c̄ single crutch signif favoring Ⓛ LE.
Ⓛ ankle incision well healed. Still reports med > lat ankle discomfort with WB. DF 15° PF 30°. Subtalar motion ~50%.

Radiologic Studies: AP/lat/mortise vw Ⓛ ankle reveals med/ext hardware intact. Fractures well reduced. Fx lines not obviously visible. Ankle mortise intact.

Procedure: Ø

A/P: 48 yo ♂ > 3 months s/p ORIF Ⓛ ankle bimall fx. Patient again strongly advised to have physical therapy for Ⓛ ankle ROM/strengthening. Amb WBAT weaning crutch. 2-3x/wk for 2 months. f/u 6 weeks.

Joseph Y. Shim M. D.

## Joseph Y. Shim, M. D.
### North Queens Orthopaedics, P. C.
56-50 Francis Lewis Blvd. Bayside, NY 11364
Tel: (718) 279-8107  Fax: (718) 279-8101

**Date:** 4/11/2008

**RE:** Lei, Yu Liang

**CC:** Ⓡ ankle biwall fx 11/23/07.

**HPI:** S/p ORIF 11/23/07. SLC removed 1/28/07. Last seen 2/29/08. Had PT 5x/wk x1
those of los. Now has PT 2x/wk c̄ gradual improvement. His job was
held for him for 3 months then he was replaced. He is looking for new
work. Wants note clearing him for work.

**PE:** Amb fairly well min. favoring Ⓡ LE. D/c crutch early 3/08.
Reports difficulty walking faster and longer distances.
Ⓡ ankle incision well healed. No point tenderness. Diffuse med/lat
discomfort c̄ ↑ walking - AF 15°/PF 35°. Subtalus motion slightly
limited on Ⓡ vs Ⓛ.

**Radiologic Studies:** ∅

**Procedure:** ∅

**A/P:** 48yo ♂ 4½ months s/p ORIF Ⓡ ankle biwall fx 11/23/08.
He was written a note allowing return to work 4/21/08 as tolerated.
Continue ankle knee/strengthening. Continue PT 2x/wk under direction
of Mr. B. Sales. F/u 6 weeks

Joseph Y. Shim M. D.

**B. R. Sales, M.D, P.C**
136-75 37th Ave #11
Flushing, NY 11354
Tel. (718) 886-6088

## INITIAL CONSULTATION

Patient Name: Lei Yu Liang
Date of Accident: 11/23/07
Date of Examination: 3/3/08

## CHIEF COMPLAINTS:

The patient is a ___79___ year old, male/female who was involved in a motor vehicle
accident on _11/23/07_. The patient was a/an restrained/unrestrained driver/front-
back seat passenger/pedestrian. The vehicle the patient was in was hit from the front-rear
end/right-left side. There was no loss of consciousness however patient states that on
impact, she/he was thrown in various direction and sustained injuries to his/her neck, low
back, and _PT WAS INSIDE A SHOPPING MALL IN A CROWDED LINE, HE WAS PUSHED_
_& FELL & BROKE HIS (L) ANKLE._

The patient did/did not seek medical attention at the time of the accident and proceeded
to rest at home.
She/he was taken via private vehicle/via ambulance to _FLUSHING MEDICAL CTR_
Hospital. At the hospital, X-rays of the _(L) ANKLE_ were taken,
which revealed no fracture/fractures. The patient was observed for some time, and
ultimately released to home. _PT HAD SURGERY & DISCHARGED AFTER 2 DAYS_.
Since the accident, the patient had been experiencing new onset of the following:

- Constant/Intermittent, diffuse pounding headaches
- Dizziness, blurred vision, nausea, ringing in the ears
- Impaired ability to concentrate and forgetfulness, irritability
- Insomnia, nightmares, inability to find comfortable position in the bed
- Fear of driving/riding in a car/of crossing a street
- Constant/intermittent neck pain and stiffness with radiation to
- Constant/intermittent upper/middle back pain and stiffness
- Constant/intermittent lower back pain with radiation to
- Constant/intermittent weakness in the right/left arm, right/left leg
- Constant/intermittent numbness/tingling, muscle cramps in the right/left arm, leg
- Constant/intermittent pain in _____

_(L) DISTAL LEG & ANKLE MILDLY TENDER & PAINFUL_