**PAST MEDICAL/SURGICAL HISTORY:**

( / ) Patient denies any significant past medical history.
( / ) Patient denies any significant past surgical history.
Significant for ______________________

**MEDICATIONS:**

0 ______________________

**ALLERGIES:**

No known drug allergies. Patient is allergic to 0 ______________________

**SOCIAL/PERSONAL HISTORY:**

The patient is single/married/widowed/divorced male/female who has 2 child(ren).

**Family History:**

Non-contributory

Mother: History of 0 ______________________

Father: History of 0 ______________________

Sibling: History of 0 ______________________

**Review of Systems:**

Non-Contributory

Wt 127 lb Ht - 5'

**Physical Examination:**

The patient is a right/left handed, well developed, well nourished, female/male in no/acute distress. Patient is alert and oriented to time, place and person; memory is intact. The examination on the cranial nerves II-XII revealed no obvious deficits.

**Head:**

The head is normocephalic. There is no evidence of contusion, ecchymoses or lacerations of the scalp. There are no tender spots and no enlarged areas. (However, the patient complained of intermittent/constant headaches since the trauma).

**Cervical Spine**

There is no evidence of antalgic posturing at the cervical spine. There is muscle spasms and tenderness to the digital palpation of the right and left trapezium, deltoid, supraspinatus, infraspinatus teres muscles and also the cervical paraspinal muscles. Cervical spine motion studies reveal the following athrometric readings:

| | Normal | Exam | Pain |
|---|---|---|---|
| Flexion | 50 | | + Upon extreme of motion |
| Extension | 60 | | + Upon extreme of motion |
| Right Lateral Flexion | 40 | | + Upon extreme of motion |
| Left Lateral Flexion | 40 | | + Upon extreme of motion |
| Right Rotation | 80 | | + Upon extreme of motion |
| Left Rotation | 80 | | + Upon extreme of motion |

normal

**Lumbar Spine**

There is no evidence of antalgic posturing at the lumbosacral spine. There is muscle spasms and tenderness to digital palpation of the right and left lumbosacral paraspinal muscles. There are multiple myofascial trigger points present. Lumbar spine motion studies reveal the following athrometric readings:

| | Normal | Exam | Pain |
|---|---|---|---|
| Flexion | 90 | | + Upon extreme of motion |
| Extension | 30 | | + Upon extreme of motion |
| Right Lateral Flexion | 20 | | + Upon extreme of motion |
| Left Lateral Flexion | 20 | | + Upon extreme of motion |
| Right Rotation | 30 | | + Upon extreme of motion |
| Left Rotation | 30 | | + Upon extreme of motion |

normal

Straight leg raise (Lasegue's) test was positive/negative on the right _______ degree and left _______ degree. Patient is able/unable to ambulate on heel-toe without major difficulty.

**Thoracic Spine** WNL

There appears to be tenderness on palpation of the thoracic paraspinal muscles. Myofascial trigger points are palpable at levels T____________-T_____________ on the right and left.

( ) The patient will also be referred for an MRI of the neck, low back, ________________ to further evaluate for possible herniated nucleus pulposus/internal derangement of the same

(✓) The patient will also undergo CMT/ROM studies in order to follow the patient's functional changes and document the patient's progress. The CMT/ROM studies will take place at the beginning, midpoint and discharge time of the physical therapy program with home exercise program, written after the final CMT

(✓) The patient will be re-evaluated in one month, the patient is to continue with physical therapy program

[illegible handwritten notes]

Sincerely,

[signature]

MD

[illegible handwritten note] 718-219-8107

**PLEASE MARK X ON THE AREAS OF PAIN**
**POR FAVOR MARQUE CON X DONDE TENGA DOLOR**

**PATIENT'S NAME** LEI, YU LIANG **DATE** 3/3/08

BENIGNO R. SALES, JR., M.D.
INTERNAL MEDICINE
142-18 38TH AVENUE, #CFD
FLUSHING, NEW YORK 11354
TELEPHONE (718) 886-2288

DATE 3/3/08

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT

LEI, YU LIANG

HAS BEEN UNDER MY PROFESSIONAL CARE. AND WAS TOTALLY INCAPACITATED

FROM 11/23/07 TO 3/31/08

REMARKS: FRACTURE (L) ANKLE
S/P SURGICAL REPAIR 11/24/07

DR. [signature]
BENIGNO R. SALES, Jr., MD
INTERNAL MEDICINE
142-18 38 AVE, # CF-D
FLUSHING, NY. 11354
718-886-2288 LIC # 119359

Date 3 / 31 / 08

Patient Name: Last LEI Name YU LIANG
Age: 49 D.O.A 11/23/2007

# OFFICE VISIT FOLLOW UP

Chief Complaint:

Diagnosis

The patient complaints of:

- Headaches
- Pain in the neck area
- Restricted movement in neck
- Pain in the low back
- Restricted movement in the low back

(L) ANKLE SURGERY HEALED, STILL WITH SOME PAIN WHEN WALKING.

Physical Examination:

Physical examination revealed:

CERVICAL SPINE: Range of motion of the cervical spine:

| Examination (degrees) | NORMAL | OBSERVED |
|---|---|---|
| • Flexion | 60 | NL |
| • Extension | 50 | |
| • Right Lateral Flexion | 40 | |
| • Left Lateral Flexion | 40 | |
| • Left Rotation | 40 | |
| • Right Rotation | 40 | |

Examination demonstrates point's tenderness of the cervical spine, trigger points of the upper and middle trapezium muscle.

Shoulder exam's/ R Range of motion: Flexion, Extension, Abduction and Adduction…There is point tenderness and pain by palpitation of the acromialclavicular, glenohumaral, sternoclavoclular joints of the shoulder.

| Examination (degrees) | NORMAL | OBSERVED |
|---|---|---|
| • Flexion | 180 | NL |
| • Extension | 40 | |
| • Abduction | 60 | |
| • Adduction | 25 | |
| • Internal rotation | 30 | |
| • External Rotation | 30 | |

LUMBOSACRAL SPINE: Range of motion of the lumbar spine decreased.

| Examination (degrees) | NORMAL | OBSERVED |
| --- | --- | --- |
| • Flexion | 90 | N/A |
| • Extension | 30 | |
| • Right Lateral Flexion | 20 | |
| • Left Lateral Flexion | 20 | |
| • Right Rotation | 20 | |
| • Left Rotation | 20 | |

(1) ANKLE: [illegible] JOINT STIFF [illegible] 85% loss of [illegible] FLEXION 50% LOSS ROM. ROTATION 50% loss.

Examination de demonstrates tenderness (muscle spasm) of the lumbar Para spinal muscle.
Trigger points at the level L4-S1
Compression test positive at level of L 4-S1

LOWER LIMBS: There is no peripheral edema, Peripheral pulses equal and good
MRI results: C/spine
L/spine

**TREATMENT PLAN:**

1. The patient is advised to continue physical therapy program on the regular schedule basis 3(x) a week for 4-6 weeks.
2. Application of surface neurostimulator (TENS UNIT), low voltage, continuous/reciprocal duration of the treatment.
3. Synaptic (nerve block) treatment 1/ week for 6 weeks.
4. Follow-up visit schedule in 4-6 weeks
5. ROM of upper/Lower Extremities
6. EKG
7. Outcomes Assessment Narrative Summary
8. Neurological Evaluation ( Based on MRI results)
9. Orthopedic Evaluation (based on X-Ray & MRI results)

PT CAN WALK WITHOUT CANE OR CRUTCHES. PT SAYS HIS WORK IS FIXING WATCHES. SITTING DOWN MOSTLY. THEREFORE HE CAN GO BACK TO WORK TOMORROW 4/1/08

[signature]

**Benigno R. Sales M.D.**

**B. R. Sales M.D. P.C.**
136-75 37th Ave Suite # 11 Flushing NY 11354
Tel: (718) 886 – 6088, Fax: (718) 886 – 6033

Lic.# ________________

PATIENT NAME: Lei, Yu Liang D.O.B.: ____________

ADDRESS: ________________________________________

| | |
|---|---|
| ___CERVICAL COLLAR | ___LUMBAR CUSHION |
| ___ORTHO/CERVICAL PILLOW | ___LSO BACK SUPPORT |
| ___ORTHOPEDIC CAR SEAT | ___T/L/S/O BACK SUPPORT |
| ___CERVICAL TRACTION | ___BED BOARD |
| ___SHOWER MASSAGER | ___EGG CRATE MATTRESS |
| ___THERMOPHORE | X INFRA RED LAMP |
| ___MASSAGER | ___D/L/S SUPPORT |
| ___COLD/HOT PACK | ___OVERDOOR PULLEY EXERCISER |
| ___ANKLE SUPPORT | ___SHOWER MASSAGER |
| ___KNEE SUPPORT | ___ARM SLING |
| ___SHOULDER SUPPORT | ___ELOW SUPPORT |
| ___WRIST SUPPORT | ___CANE |
| ___EMS UNIT | ___LSO SUPPROT (CUSTOM FITTED) |
| ___EMS BELT | ___PARAFFIN BATH |
| X WHIRLPOOL | ___K.O.RIGID ADJ. (CUSTOM FITTED) |

COMMENTS: ________________________________________

Signature: [signature] Date: 3/3/08

## Physical Therapy Evaluation

Patient: Yu Liang, Lei Date: 3/4/08

☒ Male ☐ Female Age: 49

PERSONAL DATA:

Are you currently working? ☐ Yes ☒ No

What is your occupation?

COMPLAINT:

ankle

(L) weakness

Level of Pain: 1 2 3 4 5 (6 7) 8 9 10

Mild Discomfort — Moderate Pain — Extreme Agony

Description of Pain:

☐ Sharp ☐ Dull ☐ Burning

☒ Aching ☐ Tingling ☒ Numb

☐ Constant ☐ Variable ☐ Radiating (moves)

Positions or Activities that make Pain Worse: walking c̄ crutch, pain after walking

Positions or Activities that Lessen Pain: rest

HISTORY:

How did the problem(s) start? fell, slip 11/07 — s/p ORIF 11/07 (ankle)

PMHx: (–)

Medications you are taking for this problem: (–)

Test or Treatments you have had for this problem:

Posture:

Sitting: mild kyphotic posture

Standing:

Therapist: Ki Yom, RPT

**RANGE OF MOTION: (P=PAIN) (Note ROM)**

Comments:

| Neck/Trunk | | Neck/ Trunk | |
|---|---|---|---|
| ______ | Flexion | ______ | Extension |
| ______ | L. Side Glide | ______ | R. Side Glide |
| ______ | L. Rotation | ______ | R. Rotation |
| ______ | L. Side Bend | ______ | R. Side Bend |

ankle DF WFL 0-5
PF WFL 0-15
INV WFL 0-5
EV WFL 0-2

Active Movement:
KEY:

Muscle Test:

**Neck**

______ Cervical Flexion ______ Cervical L. Rotation ______ Cervical L. Side Bend
______ Cervical Extension ______ Cervical R. Rotation ______ Cervical R. Side Bend

**Upper Extremities**

| | R | L | | R | L |
|---|---|---|---|---|---|
| C5 Deltoid | ____ | ____ | C7 Triceps | ____ | ____ |
| C6 Wrist Extensors | ____ | ____ | C8 Fingers Flexors | ____ | ____ |

**Trunk**

______ Trunk Flexion ______ Trunk Extension

**Lower Extremities**

| | R | L | | R | L |
|---|---|---|---|---|---|
| L1,2 Psoas | ____ | ____ | L5 Extensor Hallicus Longus | | 2/5 |
| L3 Quad | ____ | ____ | S1 Peroneals | 3+/5 | 2/5 |
| L4 Anterior Tibialis | 3+/5 | 2/5 | | | |

**Neurological:**
Sensation:
Reflexes:

Soft Tissue/Palpation:
Gait: antalgic gait c crutch
Special Tests:

Rx Given:
Assessment: (L) ankle calf atrophy, discoloration, lower leg

**Goals:**

Short-Term Goals (Less than 3 weeks) stretching / strengthening ankle
- [ ] Independent Home Program
- [x] Decrease Pain 50%
- [ ] Increase ROM

Long-Term Goals (Less than 6 weeks)
- [ ] Independent in Activities of Daily Living
- [ ] Decrease Pain 0/10
- [x] Increase ROM 100%

PLAN: attended HEP
neuro-muscular re-educ
PRE
functional training

Duration: 4 wks Frequency: 2~3 times/wk

# PHYSICAL THERAPY PROGRESS NOTE

| | |
|---|---|
| LAST NAME: Lei | FIRST NAME: Yu Liang |
| AGE: 49 | M[ ] F[ ] |
| DIAGNOSIS: (L) ankle | |
| PRECAUTION: | |
| DOA: | [X] N/F |

| DATE | | | P.T. Modality/ Procedure | | | | | | | REMARK | Provider's signature | Patient's signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | HP | ES | US | TM | TE | PB | OTHER | | | |
| 3 | 4 | 2008 | ✓ | | | ✓ | ✓ | | [illegible] | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 5 | 2008 | ✓ | | | ✓ | ✓ | | open chain [illegible] ankle | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 6 | 2008 | ✓ | | | ✓ | ✓ | | open chain ex of (L) ankle | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 7 | 2008 | ✓ | | | ✓ | ✓ | | stretching, open chain ex. | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 11 | 2008 | ✓ | | | ✓ | ✓ | | stretching, [illegible] ex, AROM ex, | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 18 | 2008 | ✓ | | | ✓ | ✓ | | leg press [illegible] | weakness of (L) ankle | [signature] | [signature] |
| 3 | 20 | 2008 | ✓ | | | ✓ | ✓ | | BAPS, AROM ex, open chain ex | weakness of (L) ankle | [signature] | [signature] |
| 3 | 24 | 2008 | ✓ | | | ✓ | ✓ | | Tenderness of lat. & medial asp. of (L) ankle | pain & weakness of (L) ankle | [signature] | [signature] |
| 3 | 28 | 2008 | ✓ | | | ✓ | ✓ | | calf strengthening, [illegible] | pain & weakness | [signature] | [signature] |
| 3 | 31 | 2008 | ✓ | | | ✓ | ✓ | | calf strengthening, stretching, Tenderness of lat. asp. of (L) ankle | pain & weakness of (L) ankle | [signature] | [signature] |

| | | |
|---|---|---|
| ✓ HP - hot pack | ✓ US - ultrasound | ✓ TE - therapeutic exercise |
| ✓ ES - electrical stimulation | ✓ TM - therapeutic massage | ✓ PB - paraffin bath |

# PHYSICAL THERAPY PROGRESS NOTE

LAST NAME: Lai FIRST NAME: Yu Liang

AGE: 49 M[X] F[ ]

DIAGNOSIS: ® ankle

PRECAUTION:

DOA: [X] N/F

| DATE | | | P.T. Modality/ Procedure | | | | | | | REMARK | Provider's signature | Patient's signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | HP | ES | US | TM | TE | PB | OTHER | | | |
| 4 | 3 | 2008 | | | | | | | closed chain ex, strengthening ex | pain & weakness of ® ankle | [signature] | [signature] |
| 4 | 4 | 2008 | | | | | | | closed chain ex, strengthening | weakness of ® ankle | [signature] | [signature] |
| 4 | 7 | 2008 | | | | | | | BAPS, calf stretching (L) calf | [illegible] | [signature] | [signature] |
| 4 | 10 | 2008 | | | | | | | closed chain ex. Arom ex. | weakness of ® calf | [signature] | [signature] |
| 4 | 14 | 2008 | | | | | | | tenderness of medial aspect of ® ankle | pain & weakness of ® ankle | [signature] | [signature] |
| 4 | 18 | 2008 | | | | | | | [illegible] stretching [illegible], BAPS | pain - weakness of (L) calf & foot | [signature] | [signature] |
| 4 | 22 | 2008 | | | | | | | BAPS, stretching, strengthening ex | pain & weakness of ® calf & foot | [signature] | [signature] |
| 4 | 24 | 2008 | | | | | | | closed chain ex | pain & weakness of ® calf & foot BAPS, Arom ex | [signature] | [signature] |
| 4 | 29 | 2008 | | | | | | | closed chain ex, big toe ex | pain & weakness of ® calf & foot | [signature] | [signature] |
| 5 | 2 | 2008 | | | | | | | closed chain ex. Big toe ex | weakness of ® foot | [signature] | [signature] |

| | | |
|---|---|---|
| ✓ HP - hot pack | ✓ US - ultrasound | ✓ TE - therapeutic exercise |
| ✓ ES - electrical stimulation | ✓ TM - therapeutic massage | ✓ PB - paraffin bath |

# PHYSICAL THERAPY PROGRESS NOTE

| | |
|---|---|
| LAST NAME: Lai | FIRST NAME: Yu Liang |
| AGE: 49 | M[X] F[ ] |
| DIAGNOSIS: (L) ankle | |
| PRECAUTION: | |
| DOA: | [X] N/F |

| DATE M | D | Y | HP | ES | US | TM | TE | PB | OTHER | REMARK | Provider's signature | Patient's signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 2008 | ✓ | | | | ✓ | | transfer strengthening, calf stretching [illegible] | weakness of (L) ankle | [signature] | [signature] |
| 5 | 8 | 2008 | | | ✓ | | ✓ | | Calf stretching, (L) exc, chair exs, hamstring stretching | weakness of (L) ankle | [signature] | [signature] |
| 5 | 18 | 2008 | ✓ | | ✓ | ✓ | | | tenderness, [illegible] [illegible] 12 reps | pain on (L) ankle after long walking | [signature] | [signature] |
| 5 | 15 | 2008 | ✓ | | | ✓ | | | tenderness of (L) ankle | pain on calf | [signature] | [signature] |
| | | 2008 | | | | | | | | | | |
| | | 2008 | | | | | | | | | | |
| | | 2008 | | | | | | | | | | |
| | | 2008 | | | | | | | | | | |
| | | 2008 | | | | | | | | | | |
| | | 2008 | | | | | | | | | | |

| | | |
|---|---|---|
| ✓ HP - hot pack | ✓ US - ultrasound | ✓ TE - therapeutic exercise |
| ✓ ES - electrical stimulation | ✓ TM - therapeutic massage | ✓ PB - paraffin bath |

# EAST WEST ACUPUNCTURE N.Y., PC
## NEW YORK STATE LICENSED ACUPUNCTURIST S.O.A.P. PROGRESS NOTES

PATIENT'S NAME: LEI, Yu LIANG
ACUPUNCTURIST: XIAOBIN YE

DOA: 11/23/07
NY STATE LICENSE NO: 210[illegible]

| DATE MM | DD | YY | Subjective Findings (Patient's Complaints) | Neck | Shoulder | Back | Knees | Others | Type of Needles | Injection Sites | Degree of Relief | Treatment Plan | Patient's Signature | Acupuncturist's Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | leg foot Ⓛ Ankle Ⓛ | | initial Exam | | | [signature] | [signature] |
| 3 | 3 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | foot Ⓛ leg Ⓛ Ankle Ⓛ | 36×1 | KI3. KI4 Ⓛ BL60 ST40 Ⓛ | 36×1 | L | [signature] | [signature] |
| 3 | 4 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | Ⓛ Ankle EL | 36X1.0. | KD3. KD4 Ashi pts BL60. ST40 | L | 1 | [signature] | [signature] |
| 3 | 5 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | Ⓛ Ankle EL | 36×1.0. | Ashi pts KD3. KD4 | L | 1 | [signature] | [signature] |
| 3 | 6 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | Ⓛ Ankle EL | 36X1.0. | Ashipts ST40. KD3 | L | 1 | [signature] | [signature] |
| 3 | 10 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | EL | 36X10 | ST36. Ashipts KD3. KD4 | L | 1 | [signature] | [signature] |
| 3 | 11 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | EL | 36×1.0. | Ashi pts. KD3. ST36 | L | 1 | [signature] | [signature] |
| ~~3~~ | ~~12~~ | ~~08~~ | | | | | | | | | | | | |
| 3 | 18 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | EL | 36X1.0 | Ashi pts KD3 ST36 | L | 1 | [signature] | [signature] |
| 3 | 24 | 08 | PA Ⓛ SF Ⓛ leg Ⓛ | | | | | EL | 36X1.0. | Ashi pts KD3 ST36 | L | 1 | [signature] | [signature] |

**Complaints**
CA: Cervalgia
PA: Pain, Ankle
PE: Pain, Elbow
PH: Pain, Hip
PK: Pain, Knee
PCS: Pain, Solatica
PLB: Pain, Lower Back
PSH: Pain, Shoulder
PTS: Pain, Thoracic
SH: Pain, Strain, Hand

**Degree of Relief**
L: Little Relief
M: Moderate Relief
S: Significant Relief

**Treatment Plans**
1. Continuous Acupuncture Treatment
2. Revisit if Symptoms Persist
3. No Future Treatment Needed at Present

A

# EAST WEST ACUPUNCTURE N.Y., PC
## NEW YORK STATE LICENSED ACUPUNCTURIST S.O.A.P. PROGRESS NOTES

PATIENT'S NAME: LEI. YULIANG
ACUPUNCTURIST: XIAOBIN - YE

DOA: 11/23/07
NY STATE LICENSE NO: 2102

| DATE | | | Subjective Findings (Patient's Complaints) | Objective Findings: Pain/ Stiffness/ Spasm | | | | | Assessment: Treatment | | | | Patient's Signature | Acupuncture's Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | | Neck | Shoulder | Back | Knees | Others | Type of Needles | Injection Sites | Degree of Relief | Treatment Plan | | |
| 3 | 28 | 08 | PA (L) SF (L) leg (L) | | | | | Ankle (L) Foot (L) | (EL) 36x1 | ST35.36 (L) KI3.4 BL60 (L) | L | 1 | [signature] | [signature] |
| 3 | 31 | 08 | PA (L) SF (L) leg (L) | | | | | Ankle (L) foot | 36X1.0 | ST35.ST36 KD3.4 BL60 | L | 1 | [signature] | [signature] |
| 4 | 3 | 08 | (L) PA (L) SF (L) p. leg | | | | | Ankle (L) foot | 36X1.0 | Ashi pts ST35.ST36 | L | 1 | [signature] | [signature] |
| 04 | 07 | 08 | (L) PA (L) SF (L) p. leg | | (L) ankle | | (L) leg | (EL) | 36x1.0 | UB55.56.57 SP5 KI3.5.4.6 Ashi | L | 1 | [signature] | [signature] |
| 4 | 10 | 08 | (L) PA (L) SF (L) leg | | (L) Ankle | | (L) leg | (EL) | 36X1.0 | KD3.56. Ashi pts. UB5556 | L | 1 | [signature] | [signature] |
| 04 | 14 | 08 | (L) PA (L) SF (L) p. leg | | (L) ankle | | (L) leg | (EL) | 36x1.0 | UB55.56.57 SP5 KI3.5.4.6 Ashi | L | 1 | [signature] | [signature] |
| 4 | 18 | 08 | (L) PA (L) SF (L) p. leg | | (L) Ankle | | (L) leg | (EL) | 36x1 | ST35.36 (L) KI3.4 BL60 (L) | L | 1 | [signature] | [signature] |
| 4 | 22 | 08 | (L) PA (L) SF (L) p. leg | | (L) Ankle | | (L) leg | | 36X1.0 | ST35.36. KD3.4 BL60 | L | 1 | [signature] | [signature] |
| 4 | 24 | 08 | (L) PA (L) SF (L) p leg | | (L) Ankle | | (L) leg | | 36X1.0 | ST35, ST36 KD3.4 BL60 | L | 1 | [signature] | [signature] |
| 4 | 28 | 08 | (L) PA (L) SF (L) p leg | | (L) Ankle | | (L) leg | Ankle (L) foot (L) | 36x1 | ST40.36 (L) KI3.4 BL60 | L | 1 | [signature] | [signature] |

**Complaints**

CA: Cervalgia
PA: Pain, Ankle
PE: Pain, Elbow
PH: Pain, Hip
PCS: Pain, Solatica
PLB: Pain, Lower Back
PSH: Pain, Shoulder
PTS: Pain, Thoracic

**Degree of Relief**

L: Little Relief
M: Moderate Relief
S: Significant Relief

**Treatment Plans**

1. Continuous Acupuncture Treatment
2. Revisit if Symptoms Persist
3. No Future Treatment Needed at Present

B

# EAST WEST ACUPUNCTURE N.Y., PC
## NEW YORK STATE LICENSED ACUPUNCTURIST S.O.A.P. PROGRESS NOTES

PATIENT'S NAME: LEI YULIANG

ACUPUNCTURIST: PYONG YUN

DOA: 11/23/07

NY STATE LICENSE NO: 3621

| DATE | | | Subjective Findings (Patient's Complaints) | Objective Findings: Pain/ Stiffness/ Spasm | | | | | Assessment: Treatment | | | | Patient's Signature | Acupuncture Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | | Neck | Shoulder | Back | Knees | Others | Type of Needles | Injection Sites | Degree of Relief | Treatment Plan | | |
| 05 | 02 | 08 | (L) PA (L) SF (L) leg | | | (L) Ankle | | (EL) | 36x1.0 | UB60.61.62 GB40 ST41.44 SP4.5 K2.5.3 | L | 1 | [signature] | [signature] |
| 05 | 05 | 08 | (L) PA (L) SF (L) leg | | | (L) Ankle | | (EL) | 36x1.0 | UB60.61.62 SP3.KI1.2.5 Ashi SP4.5.6 ST36 | L | 1 | [signature] | [signature] |
| 5 | 8 | 08 | (L) PA (L) SF (L) leg | | | (L) Ankle | | foot (L) Ankle | 36x1 | ST35.36 (L) KI3.4 [illegible] | L | 1 | [signature] | [signature] |
| 5 | 10 | 08 | (L) PA (L) SF (L) leg | | | (L) Ankle | | foot (L) Ankle | 36x1 | ST35.36 (L) [illegible] | L | 1 | [signature] | [signature] |
| 5 | 15 | 08 | (L) PA (L) SF (L) leg | | | (L) Ankle | | (L) Foot Ankle | 36x1.0 | ST35 ST36 Ashi pts | L | 1 | [signature] | [signature] |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**Complaints**

CA: Cervalgia
PA: Pain, Ankle
PE: Pain, Elbow
PH: Pain, Hip
PCS: Pain, Solatica
PLB: Pain, Lower Back
PSH: Pain, Shoulder
PTS: Pain, Thoracic

**Degree of Relief**

L: Little Relief
M: Moderate Relief
S: Significant Relief

**Treatment Plans**

1. Continuous Acupuncture Treatment
2. Revisit if Symptoms Persist
3. No Future Treatment Needed at Present

C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No.: 08-35653 (KRH) |
| et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

**RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)**

SACKSTEIN SACKSTEIN & LEE, LLP
Attorneys for Claimant
YU-LIANG LEI (Claim Number 13307)
1140 Franklin Avenue - Suite 210
Garden City, New York 11530
(516) 248-2234

To:

*Attorneys for* Defendants

Service of a copy of the within is hereby admitted.

Dated

. . . . . . . . . . . . . . . . . . . .
Attorney(s) for

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
entered in the office of the clerk of the within named court on

NOTICE OF ENTRY

☐ that an Order of which the within is a true copy will be presented
for settlement to the Hon. one of the
judges of the within named Court.

NOTICE OF SETTLEMENT

Dated: