Hearing Date: September 22, 2009 at 11:00 a.m.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | ) Case No. 08-35653 (KRH)<br>) <br>) *Chapter 11*<br>) <br>) Jointly Administered<br>) |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that on **September 3, 2009**, Miner Fleet Management Group, Ltd. filed the following: **Motion of Miner Fleet Management Group, Ltd. For Leave to File Late Administrative Claim (the "Motion")**

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.) Under Local Bankruptcy Rule 9013-1 unless a written response to the Motion is filed with the Clerk of the Court and served no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. Specifically, if you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline described above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

The response should be served on the moving party at the following address:

        Ronald A. Page, Jr., Esq.
        Cantor Arkema, P.C.
        1111 East Main Street, 16th Floor
        Richmond, Virginia 23219

Attend the hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Standard Time) on September 22, 2009** at the United States Bankruptcy Court, Room 5000, 701 E. Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: September 3, 2009         Respectfully Submitted,

        **Miner Fleet Management Group, Ltd.**

        /s/ Ronald A. Page, Jr.
        By:_____
        Counsel

Ronald A. Page, Jr. (VSB No. 71343)
rpage@cantorarkema.com
Cantor Arkema, P.C.
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 644-1400

and

Raymond W. Battaglia
Texas State Bar No. 01918055
Robert K. ("Chip") Sugg
Texas State Bar No. 24058296
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, TX 78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540

*Counsel for Miner Fleet Management Group, Ltd.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 3, 2009, a copy of the foregoing was served on all parties via electronic means through the Court's ECF noticing system and by regular U.S. first class mail on the parties listed on the attached Service List.

               /s/ Ronald A. Page, Jr.
          By:_____
               Counsel

**CIRCUIT CITY STORES, INC.**
**PRIMARY SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219