Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON REAL PROPERTY IN WHICH THE DEBTORS LEASED THE REAL PROPERTY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Fourth Omnibus Objection To Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property (the "Objection"), and it appearing that due and proper notice

and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Twenty-Fourth Omnibus Objection To Claims (Disallowance o Certain Real Estate Tax Claims of Real Property in which the Debtors Leased the Real Property) – Reclassified Claims</u> as attached hereto and incorporated herein, are forever disallowed for all purposes in these bankruptcy cases.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B – Twenty-Fourth Omnibus Objection To Claims (Disallowance of Certain Real Estate Tax Claims o Real Property in which the Debtors Leased the Real Property)- Adjourned Claims</u> as attached hereto and incorporated herein, is hereby adjourned to September 22,

2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

3. The Objection to the claims identified on <u>Exhibit C – Twenty-Fourth Omnibus Objection To Claims (Disallowance o Certain Real Estate Tax Claims o Real Property in which the Debtors Leased the Real Property)– Withdrawn Claims</u> as attached hereto and incorporated herein, is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the claims identified on <u>Exhibit C – Twenty-Fourth Omnibus Objection To Claims (Disallowance o Certain Real Estate Tax Claims o Real Property in which the Debtors Leased the Real Property)</u> on any grounds and bases are hereby preserved in their entirety.

4. Except as otherwise provided in Paragraph 3 of this Order, the Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
 Aug 31 2009      , 2009

/s/ Kevin Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: September 1 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                               _/s/ Douglas M. Foley_____
                                Douglas M. Foley


\9857772.1

In re: Circuit City Stores, Inc, et al.  Debtors' Twenty-Fourth Omnibus Objection to Claims
Case No. 08-35653-KRH  (Disallowance Of Certain Real Estate Claims On Property That
The Debtor Leased) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALACHUA CO TAX COLLECTOR<br>12 SE 1ST ST<br>GAINESVILLE, FL 32601 | 2268 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $29,546.36<br><br><br><br><br>$29,546.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALACHUA CO TAX COLLECTOR<br>12 SE 1ST ST<br>GAINESVILLE, FL 32601 | 1930 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $29,546.36<br><br><br><br><br>$29,546.36 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BAYBROOK MUNICIPAL UTILITY DISTRICT NO 1<br>CARL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 2046 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $22,113.19<br><br><br><br><br>$22,113.19 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRIDGEWATER TOWNSHIP TAX COLLECTOR SOMERSET<br>OFFICE OF THE TAX COLLECTOR<br>P O BOX 6300<br>BRIDGEWATER, NJ | 2982 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br><br><br>UNL | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 539 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $660.38<br><br><br><br><br>$660.38 | 11/26/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF VOLUSIA FINANCE DEPARTMENT<br>123 W INDIANA AVE RM 103<br>DELAND, FL 32720-4602 | 3873 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$9,303.86<br><br><br><br>$9,303.86 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Twenty-Fourth Omnibus Objection to Claims  
(Disallowance Of Certain Real Estate Claims On Property That  
The Debtor Leased) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CRANSTON, CITY OF<br>TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901 | 2992 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,935.27<br>Total: $2,935.27 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DANE COUNTY TREASURER<br>PO BOX 1299<br>MADISON, WI 53701 | 12390 | Secured: $121,357.83<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $121,357.83 | 03/10/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | 12143 | Secured:<br>Priority: $36,144.75<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $36,144.75 | 03/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 7142 | Secured:<br>Priority:<br>Administrative $290,151.33<br>503(b)(9):<br>Unsecured:<br>Total: $290,151.33 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENNEPIN COUNTY TREASURER<br>A600 GOVERNMENT CENTER<br>300 S 6TH ST<br>MINNEAPOLIS, MN 55487 | 4209 | Secured: $158,877.54<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $158,877.54 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON COUNTY TREASURER<br>C O JEFFERSON COUNTY PROSECUTORS OFFICE<br>16001 STATE RTE 7<br>STEUBENVILLE, OH 43952 | 4040 | Secured: $21,136.38<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $21,136.38 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4766    Filed 09/03/09    Entered 09/04/09 01:50:27    Desc
Imaged Certificate of Service    Page 8 of 17

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims  
(Disallowance Of Certain Real Estate Claims On Property That  
The Debtor Leased) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MARION COUNTY TAX COLLECTOR<br>PO BOX 2511<br>SALEM, OR 97308-2511 | 176 | Secured: $33,422.35<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $33,422.35 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARION COUNTY TAX COLLECTOR<br>PO BOX 2511<br>SALEM, OR 97308-2511 | 177 | Secured: $425.38<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $425.38 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARION COUNTY TAX COLLECTOR<br>PO BOX 2511<br>SALEM, OR 97308-2511 | 175 | Secured: $4,571.31<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $4,571.31 | 12/01/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARY MALONEY POLK COUNTY TREASURER<br>111 COURT AVE<br>DES MOINES, IA 50309-2998 | 3523 | Secured: $116,585.00<br>Priority: UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $116,585.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICK J PADILLA BERNALILLO COUNTY TREASURER<br>PATRICK J PADILLA TREASURER OF BERNALILLO COUNTY<br>PO BOX 627<br>ALBUQUERQUE, NM 87103-0627 | 1794 | Secured:<br>Priority: $12,222.20<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $12,222.20 | 12/17/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PAULDING COUNTY TAX COMMISSIONER<br>25 COURTHOUSE SQ RM 203<br>DALLAS, GA 30132 | 513 | Secured:<br>Priority: $31,281.90<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $31,281.90 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Fourth Omnibus Objection to Claims
Case No. 08-35653-KRH    (Disallowance Of Certain Real Estate Claims On Property That
The Debtor Leased) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR ATTN DAN MCALLISTER 1600 PACIFIC HWY RM 162 SAN DIEGO, CA 92101 | 11263 | Secured: $95,536.53 Priority: Administrative 503(b)(9): Unsecured: Total: $95,536.53 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR C O DAN MCALLISTER 1600 PACIFIC COAST HWY RM 162 SAN DIEGO, CA 92101 | 525 | Secured: $95,536.53 Priority: Administrative 503(b)(9): Unsecured: Total: $95,536.53 | 11/26/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR C O DAN MCALLISTER 1600 PACIFIC HWY RM 162 SAN DIEGO, CA 92101 | 545 | Secured: $95,536.53 Priority: Administrative 503(b)(9): Unsecured: Total: $95,536.53 | 11/26/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SHASTA COUNTY TAX COLLECTOR PO BOX 99 1830 REDDING, CA 96099-1830 | 3348 | Secured: $50,069.76 Priority: Administrative 503(b)(9): Unsecured: Total: $50,069.76 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOLANO COUNTY TAX COLLECTOR 675 TEXAS ST STE 1900 FAIRFIELD, CA 94533 | 191 | Secured: $77,042.34 Priority: Administrative 503(b)(9): Unsecured: Total: $77,042.34 | 12/02/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOLANO COUNTY TAX COLLECTOR 675 TEXAS ST STE 1900 FAIRFIELD, CA 94533 | 519 | Secured: $77,042.34 Priority: Administrative 503(b)(9): Unsecured: Total: $77,042.34 | 12/05/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc,  
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims  
(Disallowance Of Certain Real Estate Claims On Property That  
The Debtor Leased) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SULLIVAN COUNTY TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>PO BOX 550<br>BLOUNTVILLE, TN 37617-0550 | 7672 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $9,260.00<br><br><br><br>$9,260.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMMITT COUNTY TREASURER<br>REGINA M VANVOROUS<br>ASSISTANT PROSECUTING ATTORNEY<br>220 S BALCH ST STE 118<br>AKRON, OH 44302-1606 | 3663 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $71,644.40<br><br><br><br>$71,644.40 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE WOODLANDS ROAD UTILITY DISTRICT NO 1<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 2040 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $14,616.89<br><br><br><br>$14,616.89 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOWN OF SALEM, NH<br>33 GEREMONTY DRIVE<br>SALEM, NH 03079-3390 | 12781 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $142.61<br><br><br><br>$142.61 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    28            $1,506,709.32

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR LABURNUM INVESTMENT LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 12035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$9,795.38<br><br><br>$9,795.38 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11451 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $45,530.58<br><br><br><br><br>$45,530.58 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11476 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $6,433.65<br><br><br><br><br>$6,433.65 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11790 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$658,968.45<br><br><br>$658,968.45 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11454 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $23,481.30<br><br><br><br><br>$23,481.30 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11450 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $476,730.42<br><br><br><br><br>$476,730.42 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc,  
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11789 | Secured:<br>Priority:<br>Administrative: $441,614.61<br>503(b)(9):<br>Unsecured:<br>Total: $441,614.61 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11788 | Secured:<br>Priority:<br>Administrative: $34,695.60<br>503(b)(9):<br>Unsecured:<br>Total: $34,695.60 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 11457 | Secured: $417,625.23<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Total: $417,625.23 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 2246 | Secured: $12,914.72<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Total: $12,914.72 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 2253 | Secured: $229,693.87<br>Priority: UNL<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Total: $229,693.87 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HENRICO COUNTY VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 2256 | Secured: $3,540.47<br>Priority: UNL<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Total: $3,540.47 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc.,  
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HENRICO COUNTY VIRGINIA<br>ACCT NO CI0096001<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | 7664 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $18,864.24<br><br><br><br><br>$18,864.24 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANE COUNTY DEPT OF ASSESSMENT & TAXATION<br>125 E 8TH AVE<br>EUGENE, OR 97401 | 1621 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $5,876.96<br><br><br><br><br>$5,876.96 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PULASKI COUNTY TREASURER<br>PO BOX 430<br>LITTLE ROCK, AR | 11874 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$72,968.54<br><br><br><br>$72,968.54 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAVIS COUNTY<br>C O KAREN Y WRIGHT<br>TRAVIS COUNTY ATTYS OFFICE<br>PO BOX 1748<br>AUSTIN, TX 78767-0000 | 10531 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $121,008.34<br><br><br><br><br>$121,008.34 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

        **Total:**    16        $2,579,742.36

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH   Doc 4766   Filed 09/03/09   Entered 09/04/09 01:50:27   Desc
Imaged Certificate of Service   Page 14 of 17

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Property 4 of the Omnibus Objection to Claims (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BAY COUNTY FLORIDA TAX COLLECTOR<br>PAUL S BLILEY JR ESQ<br>ATTORNEY AND AGENT FOR BAY COUNTY TAX COLLECTOR<br>WILLIAMS MULLEN<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | 11928 | Secured: $1,452.39<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $1,452.39 | 03/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MERIDEN TAX COLLECTOR, CT<br>142 E MAIN ST RM 117<br>MERIDEN, CT 06450-8022 | 8056 | Secured: $621.27<br>Priority: $15,148.74<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $15,770.01 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR<br>ATTN DOUG BELDEN<br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>601 E KENNEDY BLVD 14TH FL<br>PO BOX 172920<br>TAMPA, FL 33672-2920 | 3969 | Secured: $13,386.90<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $13,386.90 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ESCAMBIA COUNTY TAX COLLECTOR<br>PO BOX 1312<br>PENSACOLA, FL 32591 | 1624 | Secured: $4,999.79<br>Priority: $4,999.79<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $9,999.58 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEBEN FAMILY LP<br>1700 W PIONEER RD<br>CEDARBURG, WI 53012 | 6968 | Secured:<br>Priority: $103,039.15<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $103,039.15 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc.,
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MCCRACKEN COUNTY CLERK<br>MICHAEL R MURPHY ASSITANT COUNTY ATTORNEY<br>301 S SIXTH ST<br>PADUCAH, KY 42003 | 3200 | Secured:<br>Priority: $10,859.68<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $10,859.68 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479 | 12037 | Secured: $13,083.61<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $13,083.61 | 03/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479 | 11673 | Secured: $13,083.61<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $13,083.61 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ONSLOW COUNTY TAX COLLECTOR<br>39 TALLMAN STREET<br>JACKSONVILLE, NC 28540-4846 | 1667 | Secured:<br>Priority: $20,759.84<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $20,759.84 | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERCE COUNTY BUDGET & FINANCE<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | 11795 | Secured: $5,207.83<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $5,207.83 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERCE COUNTY BUDGET & FINANCE<br>PO BOX 11621<br>TACOMA, WA 98411-6621 | 11921 | Secured: $1,215.07<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $1,215.07 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4766    Filed 09/03/09    Entered 09/04/09 01:50:27    Desc
Imaged Certificate of Service    Page 16 of 17

In re: Circuit City Stores, Inc,
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance
Of Certain Real Estate Claims On Property That The Debtor Leased) -
Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE WOODLANDS METRO CENTER MUD<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 2041 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $5,861.56<br><br><br><br><br>$5,861.56 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TSA STORES INC<br>ATTN GENERAL COUNSEL<br>1050 W HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | 6586 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$38,670.23<br>$38,670.23 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WASHINGTON COUNTY COLLECTOR<br>280 N COLLEGE AVE<br>FAYETTEVILLE, AR 72701 | 340 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$15,453.81<br><br><br><br>$15,453.81 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| YUMA COUNTY TREASURER<br>410 MAIDEN LN<br>YUMA, AZ 85364 | 1515 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $3,133.10<br>$3,133.10<br><br><br><br>$6,266.20 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

      Total:    15    $274,109.47

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Sep 01, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Sep 03, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 03, 2009**                              **Signature:** _/s/ Joseph Speetjens_