Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
562-907-6800
562-907-6820 FAX
romero@mromerolawfirm.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

Attorney for Secured Creditors Los Angeles,
Monterey, and San Bernardino, California and
Placer, California

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appear in the above-referenced cases on behalf of Los Angeles, Monterey, and San Bernardino, California and Placer, California (collectively, the "Taxing Authorities") pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Martha E. Romero
Romero Law Firm
MNR Professional Building
6516 Bright Avenue
Whittier, California 90601
562-907-6800
562-907-6820 FAX
romero@mromerolawfirm.com

W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
jcharboneau@mfgs.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: September 8, 2009                                  Respectfully submitted,

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

RIVERSIDE, CALIFORNIA
Attorneys for Claimants

/s/ Martha E. Romero
Martha E. Romero
Romero Law Firm
MNR Professional Building
6516 Bright Avenue
Whittier, California 90601
562-907-6800
562-907-6820 FAX
romero@mromerolawfirm.com

CERTIFICATE OF SERVICE

I certify that on September 8, 2009, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Romero\Notice of Appearance.doc