1 | MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
2 | BMR Professional Building
6516 Bright Avenue
3 | Whittier, California 90601
(562) 907-6800
4 | (562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com
5 |
Attorney for SECURED CREDITORS
6 | LOS ANGELES, MONTEREY, and
SAN BERNARDINO, CALIFORNIA
7 | THE CALIFORNIA TAXING AUTHORITIES

8 |

**IN THE UNITED STATES BANKRUPTCY COURT**

9 |

**FOR THE EASTERN DISTRICT OF VIRGINIA**

10 |

**RICHMOND DIVISION**

11 |

12 | In re:                                ) Case No. 08-35653 KRH
                                        )
13 | CIRCUIT CITY STORES, INC., et al     ) Chapter 11
                                        )
14 |         Debtor(s).                  )
                                        )
15 |                                      ) **OBJECTION OF LOS ANGELES**
                                        ) **COUNTY, MONTEREY COUNTY,**
                                        ) **SAN BERNARDINO COUNTY,**
16 |                                      ) **CALIFORNIA, COLLECTIVELY**
                                        ) **THE CALIFORNIA TAXING**
17 |                                      ) **AUTHORITIES TO DEBTORS'**
                                        ) **TWENTY-SEVENTH OMNIBUS**
18 | _____     ) **OBJECTION TO CLAIMS**
                                          **(DISALLOWANCE OF CERTAIN**
19 |                                        **TAX CLAIMS FOR NO TAX**
                                          **LIABILITY)**
20 |

21 |

22 |     Collectively the California Taxing Authorities Los Angeles

23 | County, Monterey County, and San Bernardino County, California hereby

24 | object to the Debtors' Twenty-Seventh Omnibus Objection to Claims

25 | (Disallowance of Certain Tax Claims for No Tax Liability) because the

26 | taxes are secured taxes under 11 U.S.C Section 506(b).

27 |     The California Taxing Authorities are currently examining its

28 | records for the taxes which are still due and owing. The California

1

1    Taxing  Authorities  will  amend  this  objection  as  soon  as  the

2    information is ascertained.

3

4                                        Respectfully submitted

5    Dated: September 8, 2009            ROMERO LAW FIRM

6
                                         By /s/ MARTHA E. ROMERO
7                                        MARTHA E. ROMERO (CA--128144)
                                         ROMERO LAW FIRM
8                                        BMR Professional Building
                                         6516 Bright Avenue
9                                        Whittier, California 90601
                                         (562) 907-6800
10                                       (562)907-6820 Facsimile
                                         Email: Romero@mromerolawfirm.com
11
                                         Attorney  for  Secured  Creditors
12                                       County of Los Angeles, CA
                                         County of Monterey, CA
13                                       County of San Bernardino, CA
                                         The California Taxing Authorities
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITORS
6  LOS ANGELES, MONTEREY, and
   SAN BERNARDINO, CALIFORNIA
7  THE CALIFORNIA TAXING AUTHORITIES
8
9                 **IN THE UNITED STATES BANKRUPTCY COURT**

10              **FOR THE EASTERN DISTRICT OF VIRGINIA**

11                      **RICHMOND DIVISION**

12  In re:                        )   Case No. 08-35653 KRH
                                  )
13  CIRCUIT CITY STORES, INC., et al  )   Chapter 11
                                  )
14          Debtor(s).            )
                                  )   **CERTIFICATE OF SERVICE TO**
15                                )   **OBJECTION OF LOS ANGELES**
                                  )   **COUNTY, MONTEREY COUNTY,**
16                                )   **SAN BERNARDINO COUNTY,**
                                  )   **CALIFORNIA, COLLECTIVELY**
17                                )   **THE CALIFORNIA TAXING**
                                  )   **AUTHORITIES TO DEBTORS'**
18  _____   )   **TWENTY-SEVENTH OMNIBUS**
                                      **OBJECTION TO CLAIMS**
19                                    **(DISALLOWANCE OF CERTAIN**
                                      **TAX CLAIMS FOR NO TAX**
20                                    **LIABILITY)**
21
          TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF
22
    INTEREST:
23
          I certify that a true and correct copy of the foregoing has
24
    been served via first class U.S. Mail and/or electronically on this
25
    //
26
    //
27
    //
28

                                    1

1  8th day of September 2009.

2

3                                    Respectfully submitted

4  Dated: September 8, 2009          ROMERO LAW FIRM

5

6                                    By /s/ MARTHA E. ROMERO
                                     MARTHA E. ROMERO (CA-128144)
7                                    Attorney for Secured Creditors County
                                     of Los Angeles, CA
8                                    County of Monterey, CA
                                     County of San Bernardino, CA
9                                    The California Taxing Authorities

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          **SERVICE LIST**

2   Daniel F. Blanks                        Jeffrey Scharf
    McGuireWoods LLP                        Taxing Authority Consulting
3   9000 World Trade Center                 Services, P.C.
    101 W. Main St.                         P.O. Box 771476
4   Norfolk, VA 23510                       Richmond, Virginia 23255

5   Dion W. Hayes                           Bradford F. Englander
    McGuireWoods LLP                        Linowes and Blocher LLP
6   One James Center                        7200 Wisconsin Avenue, Suite 800
    901 E. Cary St.                         Bethesda, Maryland 20814
7   Richmond, VA 23219
                                            David L. Pollack, Esquire
8   Debtor Designee                         BALLARD SPAHR ANDREWS &
    Bruce H. Besanko                        INGERSOLL, LLP
9   9950 Mayland Drive                      51st Floor - Mellon Bank Center
    Richmond, VA 23233                      1735 Market Street
10                                          Philadelphia, Pennsylvania 19103

11  Brad R. Godshall                        Mitchell B. Weitzman
    Pachulski Stang Ziehl & Jones,          2300 Wilson Blvd., 7th Floor
12  LLP                                     Arlington, VA 22201
    10100 Santa Monica Blvd.
13  11th Floor                              Bruce H. Matson
    Los Angeles, CA 90067-4100              Riverfront Plaza, East Tower
14                                          951 East Byrd Street
    John D. Fiero                           Richmond, Virginia 23218-2499
15  Pachulski Stang Ziehl & Jones LLP
    150 California Street, 15th Floor       David S. Berman
16  San Francisco, CA 9411-4500             Riemer & Braunstein LLP
                                            Three Center Plaza, 6th Floor
17  Lynn L. Tavenner                        Boston, Massachusetts 02108
    Tavenner & Beran, PLC
18  20 North Eighth Street, 2nd Floor  James S. Carr, Esq.
    Richmond, VA 23219                      Kelley Drye & Warren LLP
19                                          101 Park Avenue
    Robert J. Feinstein                     New York, New York 10178
20  Pachulski Stang Ziehl & Jones LLP
    780 Third Ave. 36th Floor               Eric C. Cotton, Esq.
21  New York, NY 10017                      3300 Enterprise Parkway
                                            P.O. Box 227042
22  Court Reporter                          Beachwood, Ohio 44122
    Crane-Snead & Associates, Inc.
23  4914 Fitzhugh Ave, Ste 203              Jenny J. Hyun, Esq.
    Richmond, VA 23230-3435                 Weingarten Realty Investors
24                                          2600 Citadel Plaza Drive
    Simon Property Group, Inc.              Houston, Texas 77008
25  Attn: Ronald M. Tucker, Esq.
    225 West Washington Street              Pamela Gale Johnson
26  Indianapolis, Indiana 46204             BAKER & HOSTETLER, LLP
                                            1000 Louisiana, Suite 2000
27                                          Houston, TX 77002

28

Laura Lawton Gee
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Andrew S. Conway
200 East Long Lake Rd.
Suite 300
Bloomfield Hills, Michigan 48304

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Dr., Suite 6200
McLean, Virginia 22102

Jeffrey L. Tarkenton
Todd D. Ross
Womble Carlyle Sandridge & Rice,
PLLC
1401 Eye Street, N.W., Suite 700
Washington, D.C. 20005

David M. Poitras
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Roy M. Terry, Jr., Esq.
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, VA 23219

Jeremy S. Friedberg, Esq.
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

Marc Barreca
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Eric C. Rusnak
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006-1600

Min Park, Esquire
Connolly Bove Lodge & Hutz LLP
1875 Eye Street NW, 11th Floor
Washington, DC 20006

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard E. Lear
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

Jaime S. Dibble
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Michael L. Cook
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

1  Richard T. Davis
   The Cafaro Company
2  2445 Belmont Avenue
   P.O. Box 2186
3  Youngstown, Ohio 44504-0186

4  Kevin M. Newman
   308 Maltbie St.
5  Suite 200
   Syracuse, NY 13204
6
   James V. Lombardi, III
7  2 Riverway, Suite 700
   Houston, TX 77056
8
   William A. Gray
9  Sands Anderson Marks & Miller
   801 E. Main Street, Suite 1800
10 P.O. Box 1998
   Richmond, Virginia 23218-1998
11
   Michael L. Tuchin
12 1999 Avenue of the Stars
   39th Floor
13 Los Angeles, CA 90067- 6049

14 Katten Muchin Rosenman LLP
   c/o Thomas J. Leanse
15 2029 Century Park East
   Suite 2600
16 Los Angeles, California 90067

17 Brian Sirower, Esq.
   QUARLES & BRADY LLP
18 Renaissance One
   Two North Central Avenue
19 Phoenix, Arizona 85004-2391

20 Elizabeth Weller
   2323 Bryan St.
21 Suite 1600
   Dallas, TX 75201
22
   Billy Ray
23 4421 Waterfront Dr.
   Glen Allen, VA 23060
24
   Fred B. Ringel
25 1345 Avenue of the Americas
   New York, NY 10105
26
   Scott R. Kipnis
27 530 Fifth Ave.
   New York, NY 10036
28

Richard M. Maseles
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Regina Stango Kelbon
One Logan Square
Philadelphia, PA 19103

John L. Senica
225 W. Washington , Suite 2600
Chicago, IL 60606

Timothy F. Brown, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Scott P. Carroll
831 East Morehead St.
Suite 440
Charlotte, NC 28202

James Donaldson
831 East Morehead St.
Suite 445
Charlotte, NC 28202

Anne M. Magruder
1889 Preston White Dr.
Suite 200
Reston, VA 20191

David A. Greer, Esquire
The Law Offices of David A. Greer
PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510

Robert K. Coulter
Assistant United States Attorney
The Justin W. Williams U.S.
Attorneys Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Michael Reed
McCREARY, VESELKA, BRAGG & ALLEN,
P.C.
Attorneys for Claimant,
Williamson County, et al.
P. O. Box 1269
Round Rock, Texas 78680

| | |
|---|---|
| 1 | Richard F. Stein<br>600 East Main Street, Suite 1601 |
| 2 | Richmond, Virginia 23219-2430 |
| 3 | Michael W. Malter<br>Binder & Malter LLP |
| 4 | 2775 Park Ave.<br>Santa Clara, CA 95050 |
| 5 | |
| 6 | Ellen A. Friedman, Esq.<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600 |
| 7 | San Francisco, CA 94105 |
| 8 | Jeffrey Kurtzman<br>260 S. Broad St. |
| 9 | Philadelphia, PA19102 |
| 10 | Elizabeth Banda<br>PO Box 13430 |
| 11 | Arlington, TX 76094 |
| 12 | William H. Casterline, Jr.<br>Blankingship & Keith, P.C. |
| 13 | 4020 University Drive, Suite 300<br>Fairfax, Virginia 22030 |
| 14 | |
| 15 | Josef S. Athanas<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800 |
| 16 | 233 South Wacker Drive<br>Chicago, Illinois 60606 |
| 17 | |
| 18 | Nancy A. Washington, Esq.<br>SAIBER LLC<br>One Gateway Center, 13th Floor |
| 19 | Newark, New Jersey 07102 |
| 20 | Eric D. Goldberg<br>1901 Avenue of the Stars, 12th |
| 21 | Floor<br>Los Angeles, CA 90067 |
| 22 | |
| 23 | Stephen W. Spence<br>1200 N. Broom St.<br>Wilmington, DE 19806 |
| 24 | |
| 25 | Kenneth C. Johnson<br>100 S. Third St.<br>Columbus, OH 43215 |
| 26 | |
| 27 | |
| 28 | |

Attorney General of the United States
Main Justice Building, Room 5111
10th Street and Constitution Avenue, N.W.
Washington, D.C. 20530

Christopher R. Belmonte, Esq..
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169

William J. Factor, Esq..
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603

Michael J. Sage
Times Square Tower
7 Times Square
New York, NY 10036

Brian P. Hall
Suite 3100, Promenade II
1230 Peachtree St., NE
Atlanta, GA 30309

Robert S. Westermann, Esq.
Hirschler Fleischer, PC
PO Box 500
Richmond, Virginia 23218

Kevin G. Hroblak
7 Saint Paul St.
Baltimore, MD 21202

Raymond W. Battaglia
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, Texas 78205

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

Scott A. Stengel
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

```
 1  Bonnie Holly                          Michael A. Condyles
    PO Box 2016                           KUTAK ROCK LLP
 2  Bartow, FL 33831                      1111 East Main Street, Suite 800
                                          Richmond, Virginia 23219-3500
 3  Mark Stromberg
    Two Lincoln Centre                    Jeremy W. Ryan, Esq.
 4  5420 LBJ Freeway, Suite 300           Saul Ewing LLP
    Dallas, TX 75240                      222 Delaware Avenue
 5                                        P.O. Box 1266
    Christopher A. Camardello             Wilmington, DE 19801
 6  225 S. Sixth St.
    Suite 3500                            Edith K. Altice, Esq.
 7  Minneapolis, MN 55402                 Saul Ewing LLP
                                          Lockwood Place
 8  Ernie Zachary Park                    500 East Pratt Street, Suite 900
    13215 E. Penn St.                     Baltimore, MD 21202-3171
 9  Suite 510
    Whittier, CA 90602                    Paul Rubin
10                                        Two Park Ave.
    John J. Lamoureux, Esquire            New York, NY 10016
11  CARLTON FIELDS, P. A.
    4221 West Boy Scout Blvd.             Ruth Weinstein
12  10th Floor                            1 Canon Plaza
    Tampa, Florida 33607-5736             Lake Success, NY 11042
13  PO Box 3239
    Tampa, Florida 33601-3239             Andrew Herenstein
14                                        535 Madison Ave.
    Wanda Borges, Esq.                    New York, NY 10022
15  Borges & Associates, LLC
    575 Underhill Blvd., Suite 118        Daniel J. Ansell
16  Syosset, NY 11791                     200 Park Ave.
                                          New York, NY 10166
17  Jennifer V. Doran, Esq.
    Hinckley, Allen & Snyder LLP          Christine D. Lynch, Esq.
18  28 State Street                       Peter D. Bilowz, Esq.
    Boston, MA 02109                      GOULSTON & STORRS, P.C.
19                                        400 Atlantic Avenue
    Augustus C. Epps, Jr., Esquire        Boston, MA 02110-3333
20  Christian & Barton, L.L.P.
    909 E. Main Street, Suite 1200        Michelle Leeson
21  Richmond, Virginia 23219              PO Box 25300
                                          Bradenton, FL 34206
22  Steven J. Adams, Esquire
    Stevens & Lee, PC                     Daniel T. Powers
23  111 North Sixth Street                PO Box 8321
    Reading, Pennsylvania 19603           Savannah, GA 31412
24
    Mike Lynch                            Deborah H. Devan, Esquire
25  One Tower Square, 5MN                 Neuberger, Quinn, Gielen, Rubin &
    Hartford, CT 06183                    Gibber, P.A.
26                                        One South Street, 27th Floor
    Lloyd B. Sarakin                      Baltimore, Maryland 21202-3282
27  1 Sony Dr., MD #1E-4
    Park Ridge, NJ 07656
28
```

```
 1  ANNE MILGRAM                          Michael S. Kogan
    Attorney General of New Jersey        9401 Wilshire Blvd., 9th Floor
 2  Richard J. Hughes Justice Complex     Beverly Hills, CA 90212
    25 Market Street
 3  P.O. Box 106                          Jess R. Bressi
    Trenton, New Jersey 08625-0119        19800 MacArthur Blvd.
 4                                        Suite 500
    Laura A. Otenti, Esquire              Irvine, CA 92612
 5  Posternak Blankstein & Lund LLP
    Prudential Tower                      Justin D. Leonard
 6  800 Boylston Street                   BALL JANIK LLP
    Boston, MA 02199                      101 SW Main Street, Suite 1100
 7                                        Portland, OR 97204
    Lawrence S. Burnat
 8  1100 Peachtree St., NE                Lawrence J. Hilton
    Suite 800                             19900 MacArthur Blvd.
 9  Atlanta, GA 30309                     Suite 1050
                                          Irvine, CA 92612
10  Jeffrey A. Krieger
    1900 Avenue of the Stars              Jeffrey J. Graham
11  Suite 2100                            TAFT STETTINIUS & HOLLISTER LLP
    Los Angeles, CA 90067                 One Indiana Square, Suite 3500
12                                        Indianapolis, IN 46204
    Peter N. Tamposi
13  547 Amherst St., Suite 204            William C. Crenshaw, Esq.
    Nashua, NH 03063                      Powell Goldstein LLP
14                                        Third Floor
    Michael W. Malter                     901 New York Avenue, NW
15  Binder & Malter LLP                   Washington, D.C. 20001
    2775 Park Ave.
16  Santa Clara, CA 95050                 G. David Dean
                                          300 East Lombard St.
17  Jeffrey N. Pomerantz, Esquire         Suite 2000
    Pachulski Stang Ziehl & Jones LLP     Baltimore, MD 21202
18  10100 Santa Monica Blvd.
    11th Floor                            Clement J. Farley
19  Los Angeles, CA 90067-4100            McCARTER & ENGLISH, LLP
                                          Four Gateway Center
20  Robert J. Feinstein, Esquire          100 Mulberry Street
    Pachulski Stang Ziehl & Jones LLP     Newark, New Jersey 07102-4096
21  780 Third Avenue, 36th Floor
    New York, NY 10017                    Ian S. Landsberg, Esq.
22                                        Landsberg Margulies LLP
    Lynn L. Tavenner, Esquire             16030 Ventura Boulevard, Suite
23  Tavenner & Beran, PLC                 470
    20 North Eighth Street, 2nd Floor     Encino, California 91436
24  Richmond, Virginia 23219
                                          David K. Spiro
25  William H. Schwarzschild, III         Cantor Arkema, PC
    WILLIAMS, MULLEN                      PO Box 561
26  Two James Center, 16th Floor          1111 E. Main St., 16th Floor
    1021 East Cary Street                 Richmond, VA 23218
27  Post Office Box 1320
    Richmond, Virginia 23218-1320
28
```

| | | |
|---|---|---|
| 1 | Samuel S. Oh, Esq.<br>Lim, Ruger & Kim, LLP | Larry Stopol, Esquire<br>Levy, Stopol & Camelo, LLP |
| 2 | 1055 West Seventh Street<br>Suite 2800 | 1425 RexCorp Plaza<br>Uniondale, NY 11556-1425 |
| 3 | Los Angeles, CA 90017 | Malcolm M. Mitchell, Jr. |
| 4 | Christopher Combest, Esq.<br>500 West Madison Street, Suite | Vorys, Sater, Seymour and Pease<br>LLP |
| 5 | 3700<br>Chicago, IL 60661 | 277 South Washington Street<br>Suite 310 |
| 6 | | Alexandria, VA 22314 |
| 7 | Michael P. Falzone<br>PO Box 500 | Christopher M. Alston<br>Foster Pepper PLLC |
| 8 | Richmond, VA 23218 | 1111 Third Avenue, Suite 3400<br>Seattle, WA 98101 |
| 9 | Benjamin C. Ackerly<br>HUNTON & WILLIAMS LLP | |
| 10 | Riverfront Plaza, East Tower<br>951 E. Byrd Street | R. Timothy Bryan<br>Patton Boggs LLP<br>8484 Westpark Dr., 9th Floor |
| 11 | Richmond, VA 23219 | McLean, VA 22102 |
| 12 | Michael S. Fox, Esq.<br>Olshan Grundman Frome Rosenzweig | John G. McJunkin, Esquire |
| 13 | & Wolosky LLP<br>Park Avenue Tower | McKenna Long & Aldridge LLP<br>1900 K Street, NW |
| 14 | 65 East 55th Street<br>New York, New York 10022 | Washington, DC 20006 |
| 15 | C. Thomas Ebel | Timothy A. Bortz<br>625 Cherry St., Room 203 |
| 16 | 801 E. Main Street<br>Richmond, VA 23219 | Reading, PA 19602 |
| 17 | Albert A. Ciardi, III | Neil D. Goldman<br>510 King St. |
| 18 | One Commerce Square, Suite 1930<br>2005 Market St. | Suite 416<br>Alexandria, VA 22313 |
| 19 | Philadelphia, PA 19103 | Lei Lei Wang Ekvall |
| 20 | Seth A. Drucker<br>2290 First National Building | 650 Town Center Dr.<br>Suite 950 |
| 21 | 660 Woodward Ave.<br>Detroit, MI 48226 | Costa Mesa, CA 92626 |
| 22 | James A. Pardo, Jr. | Michael F. McGrath<br>4545 IDS Center |
| 23 | Thaddeus D. Wilson<br>King & Spalding LLP | 80 s. Eighth St.<br>Minneapolis, MN 55402 |
| 24 | 1180 Peachtree Street<br>Atlanta, Georgia 30309 | Ann E. Schmitt |
| 25 | Rudolph J. Di Massa, Jr. | Culbert & Schmitt, PLLC<br>30C Catoctin Circle, SE |
| 26 | Duane Morris LLP<br>30 South 17th Street | Leesburg, VA 20175 |
| 27 | Philadelphia, Pennsylvania 19103 | Colorado Structures, Inc.<br>c/o Mary E. Olden, Esq.<br>McDonough, Holland & Allen PC |
| 28 | | 555 Capitol Mall, Suite 950<br>Sacramento, CA 95814 |

| | | |
|---|---|---|
| 1 | Douglas D. Kappler | Gennan YusufovlTerri A. Roberts |
| | 1888 Century Park East | Deputy County Attorneys |
| 2 | Suite 1500 | 32 North Stone Avenue, Suite 2100 |
| | Los Angeles, CA 90067 | Tucson, Puizona 85701 |
| 3 | | |

Douglas D. Kappler
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Lionel J. Postic
125 Townpark Dr.
Suite 300
Kennesaw, GA 30144

Anthony J. Cichello
600 Atlantic Ave.
Boston, MA 02210

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Donald K. Ludman
6 N. Broad St., Suite 100
Woodbury, NJ 08096

Jeffrey L. Tarkenton
WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC
1401 Eye Street, NW, 7th Floor
Washington, D.C. 20005

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Thomas G. King
One Moorsbridge Road
PO Box 4010
Kalamazoo, MI 49003-4010

Sara B. Eagle, Esq.
Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Mark E. Browning
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, TX 78711-2548

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226

Gennan YusufovlTerri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Puizona 85701

John P. Dillman
PO Box 3064
Houston, TX 77253

Steven H. Newman
605 Third Ave., 16th Floor
New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

1   Edmond P. O'Brien
675 Third Ave.
2   31st Floor
New York, NY 10017
3

4   Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
5   909 E. Main Street, Suite 1200
Richmond, Virginia 23219
6

7   David R. McFarlin, Esq.
Wolff, Hill, McFarlin & Herron,
P.A.
8   1851 W. Colonial Drive
Orlando, FL 32804
9

10   Michael A. Condyles, Esquire
KUTAK ROCK LLP
11   1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
12

13   Robert S. Westermann, Esq.
Hunton & Williams LLP
14   Riverfront Plaza, East Tower
951 East Byrd Street
15   Richmond, Virginia 23219-4074

16   Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
17   WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
18   Sacramento, CA 95814

19   Dexter D. Joyner
4701 Preston Ave
20   Pasadena, Texas 77505

21
Kevin M. Newman
22   308 Maltie St., Suite 200
Syracuse, NY 13204
23

24   William L. Wallander
VINSON & ELKINS L.L.P.
25   2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975

26

27

28

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy &
Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743

Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

German Yusufov
PIMA COUNTYATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701

William H. Schwarzchild
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

C. Thomas Ebel, Esquire
Sands Anderson Marks & Miller,
P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23219

J. Bennett Friedman
Hamburg, Karic, Edwards & Martin
LLP
1900 Avenue of the Stars, Suite
1800
Los Angeles, California 90067

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Stephen E. Leach
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102

Sheila L. Shadmand, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

11

1 | Jeffrey B. Ellman
JONES DAY
2 | 1420 Peachtree Street, N.E.,
Suite 800
3 | Atlanta, Georgia 30309-3053

4 | John B. Price
5 | 250 W. Main St., Ste. 1600
Lexington, KY 40507

6 |
Ken Coleman
7 | ALLEN & OVERY LLP
1221 Avenue of the Americas
8 | New York, New York 10020

9 | Benjamin C. Ackerly
10 | HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
11 | 951 E. Byrd Street
Richmond, VA 23219
12 |
13 | Thomas G. Yoxall
LOCKE LORD BISSELL & LIDDELL LLP
14 | 2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
15 |
16 | Elizabeth C. Freeman
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 3400
17 | Houston, Texas 77002

18 | Gregg S. Kleiner
19 | 101 California St., 5th Floor
San Francisco, CA 94111

20 | Kimbell D. Gourley
21 | The 9th and Idaho Center
225 N. 9th St., Ste. 820
22 | PO Box 1097
Boise, ID 83701
23 |
24 | Edmond P. O'Brien
675 Third Ave., 31st Floor
New York, NY 10017
25 |
26 | Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
27 | 300 Summers Street, Suite 1500
Charleston, WV 25301

28 |

Roy S. Kobert
390 N. Orange Ave.
Suite 1400
Orlando, FL 32801

Wayne R. Terry
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

C. Thomas Ebel
801 E. Main St.
Richmond, VA 23219

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Mary A. House
1333 New Hampshire Ave., NW
Washington, DC 20036

William A. (Trey) Wood, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

SEYFARTH SHAW LLP
Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York 10018

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

1  Paul K. Campsen
   150 West Main St.
2  Suite 2100
   Norfolk, VA 23510
3

4  Byron Z. Moldo
   2029 Century Park East
5  21st Floor
   Los Angeles, CA 90067
6

7  Christopher Desiderio
   437 Madison Ave.
8  New York, NY 10022

9  Michael R. Dal Lago
   909 Third Avenue
10 New York, New York 10022

11 Louis Benza, Esq.
   10022 15 Metro Tech Center
12 6th Floor
   Brooklyn, New York 11201
13

14 Gary M. Kaplan
   Howard, Rice, Nemerovski, Canady,
15 Falk & Rabkin
   Three Embarcadero Center, 7th
16 Floor
   San Francisco, California 94111-
17 4065

18 Neil E. Herman, Esq.
   Morgan, Lewis & Bockius LLP
19 101 Park Avenue
   New York, New York 10178-0600
20

21 Andrew L. Cole
   Franklin & Prokopik, P.C.
22 The B & O Building
   Two N. Charles Street, Suite 600
23 Baltimore, MD 21201

24 Henry P. Baer, Jr., Esq.
   Finn Dixon & Herling LLP
25 177 Broad Street
   Stamford, CT 06901-2048
26

27 Ramesh Singh
   25 SE 2nd Avenue, Suite 1120
28 Miami, FL 33131-1605

Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller,
P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23219

Jordan M. Humphreys
Ford, Parshall & Baker
3210 Bluff Creek
Columbia, MO 65201

Anthony J. Cichello
600 Atlantic Ave.
Boston, MA 02210

Gail B. Price
2600 Mission St.
Suite 206
San Marino, CA 91108

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Timothy W. Brink, Esq.
203 North LaSalle Street, Suite
1900
Chicago, IL 60601

Anne Braucher, Esq.
500 Eighth Street, NW
Washington, DC 20004

Rebecca L. Saitta
Wiley Rein LLP
7925 Jones Branch Drive, Suite
6200
McLean, Virginia 22102

James A. Wagner
Wagner Choi & Verbrugge
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813

George Rosenberg,
S. Prince Street
Littleton, CO 80166

13

1  Richard I. Hutson, Esq.
   Fullerton & Knowles, P .C .
2  12644 Chapel Road Suite 20 6
3  Clifton, Virginia 20124

4  Amy Pritchard Williams
   Hearst Tower, 47th Floor
5  214 North Tryon Street
6  Charlotte, North Carolina 28202

7  Gabriela P. Cacuci
   100 Church Street, Room 5-223
8  New York, New York 10007

9  Joseph R. Sgroi, Esq.
10 Honigman Miller Schwartz and Cohn
   LLP
11 2290 First National Building
   660 Woodward Avenue, Suite 2290
12 Detroit, MI 48226

13 Ashley M. Chan
   One Logan Square, 27th Floor
14 Philadelphia, PA 19103

15
   Thomas W. Daniels
16 1265 Scottsville Rd.
   Rochester, NY 14624

17
   Jason Binford
18 Haynes and Boone, LLP
   2323 Victory Avenue, Suite 700
19 Dallas, Texas 75219

20
   Michael F. Ruggio
21 1152 15th St. NW
   Suite 800
22 Washington, DC 20005

23 Ronald G. Dunn, Esq.
   Gleason, Dunn, Walsh & O'Shea
24 40 Beaver Street
   Albany, New York 12207
25
   William A. Broscious, Esquire
26 KEPLEY BROSCIOUS & BIGGS, PLC
27 7201 Glen Forest Drive, Suite 102
   Richmond, Virginia 23226

28

Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462

Gregory D. Grant, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

1   Peter J. Gurfein
    2029 Century Park East
2   Suite 2400
    Los Angeles, CA 90067
3

4   Mary A. House
    Catherine E. Creely
5   1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
6

    Nicholas M. Miller, Esq.
7   DLA Piper LLP (US)
    203 North LaSalle Street
8   Suite 1900
    Chicago, IL 60601
9

10  Anne Braucher, Esq.
    DLA Piper LLP (US)
11  500 Eighth Street, NW
    Washington, DC 20004
12

    Eric C. Cotton, Esquire
13  Developers Diversified Realty
    Corporation
14  3300 Enterprise Parkway
    P.O. Box 228042
15  Beachwood, Ohio 44122

16

    William F. Gray Jr., Esq.
17  Torys LLP
    237 Park Avenue
18  New York, New York 10017

19
    Howard, Rice, Nemerovski, Canady,
20  Falk & Rabkin
    Attn: Gary M. Kaplan, Esq.
21  Three Embarcadero Center, 7th
    Floor
22  San Francisco, California 94111-
    4065
23

    Mitchell B. Weitzman, Esquire
24  BEAN, KINNEY & KORMAN, P.C.
    2300 Wilson Boulevard, 7th Floor
25  Arlington, Virginia 22201

26
    Lauren Lonergan Taylor
27  Duane Morris LLP
    30 South 17th Street
28  Philadelphia, Pennsylvania 19103

Hollace Topol Cohen
Vivieon E. Kelley
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174

John Lucian, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Erica S. Zaron
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N. W. First Street
Miami, FL 33128-1993

Eric J. Snyder
SILLER WILK LLP
675 Third Avenue
New York, New York 10017-5704

Ron C. Bingham, II, Esq.
STITES & HARBISON, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308

Denyse Sabagh, Esquire
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

Matthew E. Hoffman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Peter E. Strniste
Robinson & Cole 1
280 Trumbull Street
Hartford, CT 06103

Neil R. Lapinski
1000 West Street
Suite 1440
Wilmington, DE 19899

15

1  Douglas R. Gonzales
   200 East Broward Blvd.
2  Suite 1900
   Fort Lauderdale, FL 33301
3

4  Dennis J. Drebsky
   Christopher M. Desiderio
5  NIXON PEABODY, LLP
   437 Madison Avenue
6  New York, New York 10022

7  Menachem O. Zelmanovitz
   101 Park Ave.
8  New York, NY 10178

9  Michael P. Falzone
10 PO Box 500
   Richmond, VA 23218
11

   Madeline C. Wanslee
12 201 E. Washington St.
   Suite 800
13 Phoenix, AZ 85004

14 Michael R. Dal Lago
   Morrison Cohen LLP
15 909 Third Avenue
16 New York, New York 10022

17 Louis Benza, Esq.
   Senior Executive Counsel
18 Empire Blue Cross Blue Shield
   15 Metro Tech Center
19 6th Floor
   Brooklyn, New York 11201
20

21 Rebecca L. Saitta, Esquire
   Wiley Rein LLP
22 7925 Jones Branch Drive
   Suite 6200
23 McLean, Virginia 22102

24 John E. Hilton
   120 S. Central
25 Suite 1800
   Clayton, Missouri 63105
26

27 Rhett Petcher
   Seyfarth Shaw LLP
28 975 F. Street NW
   Washington D.C. 20004

Peter C. Hughes
1500 Market St.
Suite 3500E
Philadelphia, PA 19103

Christopher L. Perkins
LeClairRyan, A Professional
Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23218-2499

Joon M. Khang
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

Gary T. Holtzer
767 Fifth Ave.
New York, NY 10153

Brenda Moody Whinery, Esq.
MESCH, CLARK & ROTHSCHILD, P.C.
259 N Meyer Avenue
Tucson AZ 85701

Wendy M. Mead
11 Pleasant St.
Suite 30
Worcester, MA 01609

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Victoria A. Reardon
Cadillac Place, Ste. 10-100
3030 W. Grand Blvd.
Detroit, MI 48202

Walter W. Kelley
PO Box 70879
Albany, GA 31708

Michael J. Darlow
1235 North Loop West
Suite 600
Houston, TX 77008

```
 1  Lawrence A. Katz                      Dominic L. Chiariello
    Venable LLP                           CHIARIELLO & CHIARIELLO
 2  8010 Towers Crescent Drive, Suite     118-21 Queens Boulevard
    300                                   Forest Hills, New York 11375
 3  Vienna, Virginia 22182-2707
                                          Plazas Las Americas, Inc.
 4                                        Attn: James H. Rollins
    Linda D. Regenhardt                   One Atlantic Center
 5  Gary & Regenhardt PLLC                Suite 2000
    8500 Leesburg Pike, Suite 7000        1201 W. Peachtree St.
 6  Vienna, Virginia 22182-2409           Atlanta, GA 30309

 7  Davor Rukavina
    500 N. Akard St.                      Kurt M. Kobiljak
 8  Suite 3800                            Edelson Building, Suite 200
    Dallas, TX 75201                      Wyandotte, Michigan 48192
 9
    David McCall                          Aaron R. Cahn
10  777 East 15th St.                     2 Wall St.
    Plano, TX 75074                       New York, NY 10005
11
12  Betsy Johnson Burn                    J. Scott Douglass
    PO Box 11070                          909 Fannin
13  Columbia, SC 29201                    Suite 1800
                                          Houston, TX 77010
14  Travis A. Sabalewski
15  REED SMITH LLP                        Christopher B. Mosley
    Riverfront Plaza- West Tower          1000 Throckmorton St.
16  901 E. Byrd St.                       Fort Worth, TX 76102
    Suite 1700
17  Richmond, VA 23219                    Robert E. Greenberg
                                          1101 Seventeenth St., NW
18  Kurt F. Gwynne                        Suite 700
    REED SMITH LLP                        Washington, DC 20036
19  1201 N. Market St.
20  Suite 1500                            Michael K. McCrory, Esquire
    Wilmington, DE 19801                  BARNES&THORNBURG LLP
21                                        11 SouthMeridian Street
    Joseph D. Frank                       Indianapolis, Indiana 46204
22  Jeremy C. Kleinman
    Frank/Gecker LLP                      Noelle M. James, Esquire
23  325 North LaSalle Street, Suite       CHRISTIAN & BARTON, LLP
    625                                   909 East Main Street, Suite 1200
24  Chicago, Illinois 60654               Richmond, Virginia 23219

25  PriceGrabber.com Inc.                 Richard I. Hutson, Esq.
    Attn: Katerina Canyon                 Fullerton & Knowles, P.C.
26  5150 Goldleaf Circle, 2nd Floor       12644 Chapel Road Suite 206
    Los Angeles, California 90056         Clifton, Virginia 20124
27
28
```

| | |
|---|---|
| GIBBONS P.C.<br>Mark B. Conlan, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5310 | James E. Clarke<br>Draper & Goldberg, PLLC<br>803 Sycolin Road, Suite 301<br>Leesburg, Virginia 20175 |
| James M. Lewis, Esquire<br>Holland & Knight LLP<br>1600 Tysons Boulevard, Suite 700<br>McLean, Virginia 22102 | Linda D. Regenhardt<br>Gary & Regenhardt PLLC<br>8500 Leesburg Pike, Suite 7000<br>Vienna, Virginia 22182-2409 |
| Robert R. Musick<br>*Thompson*McMullan, P.C.<br>100 Shockoe Slip<br>Richmond, Virginia 23219 | Michael P. Falzone<br>PO Box 500<br>Richmond, VA 23218 |
| CB Blackard<br>301 E. Dave Ward Dr.<br>PO Box 2000<br>Conway, AR 72033 | Robert C. Edmundson<br>Office of Attorney General<br>564 Forbes Avenue, 5th Floor,<br>Manor Bldg.<br>Pittsburgh, PA 15219 |
| Donald G. Scott<br>605 W. 47th St.<br>Suite 350<br>Kansas City, MO 64112 | Alberto Burnstein<br>140 W. Flagler St.<br>Suite 1403<br>Miami, FL 33130 |
| Christi M. Carrano<br>270 Quinnipac Ave.<br>North Haven, CT 06473 | DelBello Donnellan Weingarten<br>One North Lexington Ave.<br>White Plaints, NY 10601 |
| Terri L. Gardner<br>Anitra Goodman Royster<br>Nelson Mullins Riley &<br>Scarborough LLP<br>4140 Parklake Avenue<br>Raleigh, NC 27612 | Gary V. Fulghum<br>2800 Commerce Tower, 911 Main<br>Kansas City, MO 64105<br><br>Brian T. Hanlon<br>Post Office Box 3715<br>West Palm Beach, Florida 33402 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | Linda D. Regenhardt<br>Gary & Regenhardt PLLC<br>8500 Leesburg Pike, Suite 7000<br>Vienna, Virginia 22182-2409 |
| Judy Gawlowski<br>200 Allegheny Center Mall<br>Pittsburgh, Pa. 15212 | W. Joel Charboneau<br>Magee, Foster, Goldstein &<br>Sayers, P.C.<br>Post Office Box 404<br>Roanoke, Virginia 24003 |
| Troy Savenko, Esquire<br>Gregory Kaplan, PLC<br>7 East Second Street<br>Post Office Box 2470<br>Richmond, VA 23218-2470 | |

1  Paul A. Driscoll
   PENDER & COWARD, P.C.
2  222 Central Park Avenue
   Suite 400
3  Virginia Beach, VA 23462

4  Michael P. Falzone
5  PO Box 500
   Richmond, VA 23218

6
   Christopher A. Camardello
7  225 South Sixth St.
   Suite 3500
8  Minneapolis, MN 55402

9
   Edward L. Rothberg
10 Jessica L. Hickford
   11 East Greenway Plaza
11 Suite 1400
   Houston, Texas 77046
12
   Shawn M. Christianson, Esq.
13 Buchalter Nemer, A Professional
   Corporation
14 333 Market Street, 25th Floor
15 San Francisco, California 94105

16 Michael P. Falzone
   PO Box 500
17 Richmond, VA 23218

18 Frederick Black
   Tara B. Annweiler
19 Greer, Herz & Adams, LLP
   One Moody Plaza, 18th Floor
20 Galveston, Texas 77550

21
   Washington Green TIC
22 c/o Bradley S. Copeland
   PO Box 1758
23 Eugene, OR 97440

24 Woods Rogers PLC
   Richard C. Maxwell
25 10 South Jefferson Street
   Suite 1400
26 P.O. Box 14125
27 Roanoke, Virginia 24038-4125

28

Matthew Righetti
456 Montgomery St., Ste. 1400
San Francisco, CA 94104

Joel T. Marker
170 South Main
Suite 800
Salt Lake City, UT 84101

Darlene M. Nowak
Marcus & Shapira LLP
35 Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219

Lawrence H. Glanzer, Esquire
Roussos, Lassiter, Glanzer &
Marcus, P.L.C.
580 East Main Street, Suite 300
Norfolk, VA 23510

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Karen L. Gilman
WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey 07052

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Raul A. Cuervo
JORDEN BURT LLP
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007

Gregory Lee McCall
PO Box 9000
Forrest City, Arkansas 72336

| | |
|---|---|
| 1 | Denise Mondell |
| | Assistant Attorney General |
| 2 | P.O. Box 120 |
| 3 | 55 Elm Street, Fourth Floor |
| | Hartford, CT 06141-0120 |
| 4 | |
| | Valerie L. Marciano |
| 5 | JABURG & WILK, P.C. |
| | 3200 N. Central Avenue, Suite |
| 6 | 2000 |
| | Phoenix, Arizona 85012 |
| 7 | |
| | JEFF KLUSMEIER |
| 8 | Assistant Attorney General |
| | P.O. Box 899 |
| 9 | Jefferson City, Missouri 65102 |
| 10 | |
| | R. Chase Palmer |
| 11 | PALMER LAW FIRM, INC. |
| | P. O. Drawer M |
| 12 | Marshall, TX 75671 |
| 13 | |
| | Ann Marie Bredin, Esq. |
| | DLA Piper LLP (US) |
| 14 | 203 North LaSalle Street |
| | Suite 1900 |
| 15 | Chicago, IL 60601 |
| 16 | |
| | Shannon E. Hoff |
| 17 | 301 South College St. |
| | Suite 2300 |
| 18 | Charlotte, NC 28202 |
| 19 | |
| | Brian D. Womac |
| 20 | Two Memorial City Plaza |
| | 820 Gessner |
| 21 | Suite 1540 |
| | Houston, TX 77024 |
| 22 | |
| | William A. Gray |
| 23 | 801 E. Main St. |
| | Richmond, VA 23219 |
| 24 | |
| | Paul J. Laurin, Esq. |
| 25 | Stephen M. Astor, Esq. |
| | Laurin & Associates |
| 26 | 280 South Beverly Drive |
| | Suite 304 |
| 27 | Beverly Hills, California 90212 |
| 28 | |

Linda J. Brame
P.O. Box 700
Marion, IL 62959

W. Joel Charboneau, Esq.
Magee, Foster, Goldstein &
Sayers, P.c.
Post Office Box 404
Roanoke, Virginia 24003-0404

R. Lee Allen, Esq.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, Illinois 62705

Michael J. O'Grady, Esq.
Frost Brown Todd LLC
201 E. Fifth Street
Suite 2200
Cincinnati, OH 45202

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

R. Timothy Brian
8484 Westpark Dr., 9th floor
McLean, VA 22102

Kenneth Miller
9401 Wilshire Blvd.
9th Floor
Beverly Hills, CA 90212

Michael H. Izsak
1505 S. Big Bend Blvd.
St. Louis, MO 63117

Clement & Wheatley
Attn: Darren W. Bentley, Esq.
549 Main Street
P.O. Box 8200
Danville, Virginia 24543-8200

Kenneth B. Roseman
105 W. Madison St.
Suite 810
Chicago, IL 60602

```
 1  Paul K. Campsen                       Troy Savenko, Esquire
    150 West Main St.                     Gregory Kaplan, PLC
 2  PO Box 3037                           7 East Second Street (23224-4253)
    Norfolk, VA 23514                     Post Office Box 2470
 3                                        Richmond, VA 23218-2470

 4  Terrance A. Hiller
    25800 Northwestern Highway            J. Seth Moore
 5  Suite 950                             1700 Pacific Ave.
    Southfield, MI 48075                  Suite 4400
 6                                        Dallas, TX 75201

    Ted A. Berkowitz
 7  Farrell Fritz, P.C.                   Michael E. Lacy
    1320 RexCorp Plaza                    1001 Haxall Point
 8  Uniondale, New York 11556-1320        Richmond, VA 23219

 9
    William D. Buckner                    Timothy C. Bass
10  3146 Redhill Ave.                     GREENBERG TRAURIG, LLP
    Suite 200                             2101 L Street, N.W., Suite 1000
11  Costa Mesa, CA 92626                  Washington, DC 20037

12  Adam R. Nelson, Esquire (VSB No.      Virginia E. Robinson
    39137)                                GREENBERG TRAURIG, LLP
13  100 Shockoe Slip, 3rd Floor           1750 Tysons Boulevard, Suite 1200
    Richmond, Virginia 23219              McLean, VA 22102
14

15  Elizabeth A. Elam                     Peter J. Carney
    6000 Western Place                    WHITE & CASE LLP
16  Suite 200                             3000 El Camino Real
    I-30 @ Bryant-Irvin Rd.               5 Palo Alto Square, 9th Floor
17  Fort Worth, TX 76107                  Palo Alto, CA 94306

18  Matthew Righetti                      J. Seth Moore
    456 Montgomery St.                    1700 Pacific Ave.
19  Suite 1400                            Suite 4400
    San Francisco, CA 94104               Dallas, TX 75201
20

21  Paul M. Black, Esq.                   Valerie P. Morrison
    Spilman Thomas & Battle, PLLC         7925 Jones Branch Dr.
22  P. O. Box 90                          Suite 6200
    Roanoke, VA 24002                     McLean, VA 22102
23

    Sara L. Chenetz, Esq.                 Albert F. Quintrall
24  Sonnenschein Nath & Rosenthal LLP     1550 Hotel Circle North
    601 South Figueroa Street             Suite 120
25  Suite 2500                            San Diego, CA 92108
    Los Angeles, CA 90017-5704
26
                                          Penny R. Stark
27                                        17 Bon Pinck Way
                                          East Hampton, NY 11937
28
```

1  Joseph M. DuRant, Deputy City
   Attorney
2  Office of the City Attorney
   City of Newport News, Virginia
3  2400 Washington Avenue, 9th Floor
4  Newport News, VA 23607

5  Henry (Toby) P. Long III
   Thomas N. Jamerson
6  Hunton & Williams, LLP
   Riverfront Plaza, East Tower
7  951 East Byrd Street
8  Richmond, VA 23219-4074

9  Kern County Treasurer-Tax
   Collector
10 Attn: Bankruptcy Div.
   c/o Angelica Leon
11 PO Box 579
   Bakersfield, CA 93302
12
   Linda J. Brame
13 P.O. Box 700
   Marion, IL 62959
14
   W. Joel Charboneau, Esq.
15 Magee, Foster, Goldstein &
   Sayers, P.c.
16 Post Office Box 404
17 Roanoke, Virginia 24003-0404

18 Gordon S. Woodward, Esquire
   SCHNADER HARRISON SEGAL & LEWIS
19 LLP
   750 9th Street, NW
20 Suite 550
21 Washington, DC 20001-4534

22 Millman 2000 Charitable Trust
   Attn: David Bennett
23 2400 Cherry Creek Drive South
   Suite 7002
24 Denver, Colorado 80209-3261

25 Valerie P. Morrison, Esquire
26 Dylan G. Trache, Esquire
   Wiley Rein LLP
27 7925 Jones Branch Drive, Suite
   6200
28 McLean, Virginia 22102

Valerie L. Marciano
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite
2000
Phoenix, Arizona 85012

Richard E. Hagerty
Troutman Sanders LLP
1660 International Dr.
Suite 600
McLean, VA 22102

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Paul K. Campsen
150 W. Main St., Ste. 2100
Norfolk, VA 23510

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

Penny R. Stark
9861 Sunrise Lakes Blvd.
Suite 308
Sunrise, FL 33322

Robert S. Westermann
PO Box 500
Richmond, VA 23218

Michael E. Hastings, Esquire
LeClairRyan, A Professional
Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006

William H. Schwarzchild, III
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Ann K. Crenshaw
2101 Parks Ave., Ste. 700
Virginia Beach, VA 23415

1  Adam R. Nelson, Esquire
   *Thompson*McMullan, P.C.
2  100 Shockoe Slip, 3rd Floor
   Richmond, Virginia 23219
3
4  Daniel R. Sovocool
   Louis J. Cisz, III
5  Gina M. Fornario
   NIXON PEABODY LLP
6  One Embarcadero Center
   18th Floor
7  San Francisco, California 94111
8
   Ricmac Equities Corporation
9  6 Harbour Point Dr.
   Northport, NY 11768
10
   Jeremy S . Friedberg , Esq.
11 Leitess Leitess Friedberg +
   Fedder PC
12 One Corporate Center
   10451 Mi ll Run Circle
13 Suite 1000
   Owings Mills, Maryland 21117
14
   Malcolm M. Mitchell, Jr.
15 Kara D. Lehman
   Vorys, Sater, Seymour and Pease
16 LLP
17 277 South Washington Street
   Suite 310
18 Alexandria, VA 22314
19 Caroline R. Djang
   1900 Avenue of the Stars
20 7th Floor
21 Los Angeles, CA 90067
22 Darrell W. Clark
   STINSON MORRISON HECKER LLP
23 1150 18thStreet, NW
   Suite 800
24 Washington, DC 20036-3816
25 Chris L. Dickerson, Esq.
26 333 West Wacker Drive
   Chicago, Illinois 60606
27
28

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Kimo C. Leong
737 Bishop St., # 2060
Honolulu, HI 96813

Louis E. Dolan, Jr.
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111

David V. Cooke
201 W. Colfax Ave.
Dept. 1207
Denver, CO 80202

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite
1700
Chicago, IL 60602

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Stephan W. Milo
125 S. Augusta St.
Suite 2000
Staunton, VA 24401

LeGrand L. Clark
302 W. Washington St.
Indianapolis, IN 46204

Louis J. Cisz, III
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111