1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITOR
6  PLACER, CALIFORNIA
   A CALIFORNIA TAXING AUTHORITY
7

8              **IN THE UNITED STATES BANKRUPTCY COURT**

9              **FOR THE EASTERN DISTRICT OF VIRGINIA**

10                    **RICHMOND DIVISION**

11
   In re:                          )   Case No. 08-35653 KRH
12                                  )
   CIRCUIT CITY STORES, INC., et al )   Chapter 11
13                                  )
              Debtor(s).            )
14                                  )   **OBJECTION OF PLACER,**
                                    )   **CALIFORNIA, A CALIFORNIA**
15                                  )   **TAXING AUTHORITY, TO**
                                    )   **DEBTORS' THIRTY-SEVENTH**
16                                  )   **OMNIBUS OBJECTION TO**
                                    )   **CLAIMS (DISALLOWANCE OF**
17  _____ )   **CERTAIN TAX CLAIMS FOR NO**
                                    )   **TAX LIABILITY)**
18

19

20       Placer County, California, A California Taxing Authority, hereby

21  objects to the Debtors' Thirty-Seventh Omnibus Objection to Claims

22  (Disallowance of Certain Tax Claims for No Tax Liability) because the

23  taxes are secured taxes under 11 U.S.C Section 506(b).

24       Placer County, California is currently examining its records for

25  the taxes which are still due and owing. Placer County will amend this

26

27

28

                                  1

1 | objection as soon as the information is ascertained.

2

3

4 |                                           Respectfully submitted

5 | Dated: September 8, 2009                  ROMERO LAW FIRM

6 |                                           By /s/ MARTHA E. ROMERO

7 |                                           MARTHA E. ROMERO (CA--128144)
                                              ROMERO LAW FIRM
8 |                                           BMR Professional Building
                                              6516 Bright Avenue
9 |                                           Whittier, California 90601
                                              (562) 907-6800
10 |                                          (562)907-6820 Facsimile
                                             Email: Romero@mromerolawfirm.com
11
                                             Attorney  for  Secured  Creditors
12 |                                          County of Placer, CA
                                             A California Taxing Authority
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITOR
6  PLACER, CALIFORNIA
   A CALIFORNIA TAXING AUTHORITY
7

8                **IN THE UNITED STATES BANKRUPTCY COURT**

9                **FOR THE EASTERN DISTRICT OF VIRGINIA**

10                        **RICHMOND DIVISION**

11
   In re:                          )   Case No. 08-35653 KRH
12                                  )
   CIRCUIT CITY STORES, INC., et al )   Chapter 11
13                                  )
            Debtor(s).              )
14                                  )   **CERTIFICATE OF SERVICE TO**
                                    )   **OBJECTION OF PLACER,**
15                                  )   **CALIFORNIA, A CALIFORNIA**
                                    )   **TAXING AUTHORITY, TO**
16                                  )   **DEBTORS' THIRTY-SEVENTH**
                                    )   **OMNIBUS OBJECTION TO**
17                                  )   **CLAIMS (DISALLOWANCE OF**
                                    )   **CERTAIN TAX CLAIMS FOR NO**
18 _____)   **TAX LIABILITY)**

19
        TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF
20
   INTEREST:
21
        I certify that a true and correct copy of the foregoing has
22
   been served via first class U.S. Mail and/or electronically on this
23
   //
24
   //
25
   //
26

27

28

                                    1

8th day of September 2009.


                                Respectfully submitted

Dated: September 8, 2009        ROMERO LAW FIRM


                                By /s/ MARTHA E. ROMERO
                                MARTHA E. ROMERO (CA-128144)
                                Attorney for Secured Creditor County
                                of Placer, CA
                                A California Taxing Authority

<u>**SERVICE LIST**</u>

2

1  Daniel F. Blanks
   McGuireWoods LLP
2  9000 World Trade Center
   101 W. Main St.
3  Norfolk, VA 23510

4  Dion W. Hayes
   McGuireWoods LLP
5  One James Center
   901 E. Cary St.
6  Richmond, VA 23219

7  Debtor Designee
   Bruce H. Besanko
8  9950 Mayland Drive
   Richmond, VA 23233

9
   Brad R. Godshall
10 Pachulski Stang Ziehl & Jones,
   LLP
11 10100 Santa Monica Blvd.
   11th Floor
12 Los Angeles, CA 90067-4100

13
   John D. Fiero
14 Pachulski Stang Ziehl & Jones LLP
   150 California Street, 15th Floor
15 San Francisco, CA 9411-4500

16 Lynn L. Tavenner
   Tavenner & Beran, PLC
17 20 North Eighth Street, 2nd Floor
   Richmond, VA 23219

18 Robert J. Feinstein
19 Pachulski Stang Ziehl & Jones LLP
   780 Third Ave. 36th Floor
20 New York, NY 10017

21 Court Reporter
   Crane-Snead & Associates, Inc.
22 4914 Fitzhugh Ave, Ste 203
   Richmond, VA 23230-3435

23

24 Simon Property Group, Inc.
   Attn: Ronald M. Tucker, Esq.
25 225 West Washington Street
   Indianapolis, Indiana 46204

26

27

28 Jeffrey Scharf
   Taxing Authority Consulting

Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Mitchell B. Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Bruce H. Matson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, Texas 77008

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Laura Lawton Gee
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

| | |
|---|---|
| 1 | Andrew S. Conway | Jeremy S. Friedberg, Esq. |

Andrew S. Conway
200 East Long Lake Rd.
Suite 300
Bloomfield Hills, Michigan 48304

Jeremy S. Friedberg, Esq.
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Marc Barreca
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Eric C. Rusnak
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006-1600

Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

Min Park, Esquire
Connolly Bove Lodge & Hutz LLP
1875 Eye Street NW, 11th Floor
Washington, DC 20006

Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

Richard E. Lear
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Dr., Suite 6200
McLean, Virginia 22102

Jaime S. Dibble
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816

Jeffrey L. Tarkenton
Todd D. Ross
Womble Carlyle Sandridge & Rice,
PLLC
1401 Eye Street, N.W., Suite 700
Washington, D.C. 20005

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

David M. Poitras
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Michael L. Cook
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Roy M. Terry, Jr., Esq.
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, VA 23219

Richard T. Davis
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, Ohio 44504-0186

4

```
 1  Kevin M. Newman                      One Logan Square
    308 Maltbie St.                      Philadelphia, PA 19103
 2  Suite 200
    Syracuse, NY 13204                   John L. Senica
 3                                       225 W. Washington , Suite 2600
    James V. Lombardi, III               Chicago, IL 60606
 4  2 Riverway, Suite 700
    Houston, TX 77056                    Timothy F. Brown, Esq.
 5                                       Arent Fox LLP
    William A. Gray                      1050 Connecticut Avenue, NW
 6  Sands Anderson Marks & Miller        Washington, DC 20036
    801 E. Main Street, Suite 1800
 7  P.O. Box 1998                        Scott P. Carroll
    Richmond, Virginia 23218-1998        831 East Morehead St.
 8                                       Suite 440
    Michael L. Tuchin                    Charlotte, NC 28202
 9  1999 Avenue of the Stars
    39th Floor                           James Donaldson
10  Los Angeles, CA 90067- 6049          831 East Morehead St.
                                         Suite 445
11  Katten Muchin Rosenman LLP           Charlotte, NC 28202
    c/o Thomas J. Leanse
12  2029 Century Park East               Anne M. Magruder
    Suite 2600                           1889 Preston White Dr.
13  Los Angeles, California 90067        Suite 200
                                         Reston, VA 20191
14  Brian Sirower, Esq.
    QUARLES & BRADY LLP                  David A. Greer, Esquire
15  Renaissance One                      The Law Offices of David A. Greer
    Two North Central Avenue             PLC
16  Phoenix, Arizona 85004-2391          500 East Main Street, Suite 1225
                                         Norfolk, VA 23510
17  Elizabeth Weller
    2323 Bryan St.                       Robert K. Coulter
18  Suite 1600                           Assistant United States Attorney
    Dallas, TX 75201                     The Justin W. Williams U.S.
19                                       Attorneys Building
    Billy Ray                            2100 Jamieson Avenue
20  4421 Waterfront Dr.                  Alexandria, Virginia 22314
    Glen Allen, VA 23060
21                                       Michael Reed
    Fred B. Ringel                       McCREARY, VESELKA, BRAGG & ALLEN,
22  1345 Avenue of the Americas          P.C.
    New York, NY 10105                   Attorneys for Claimant,
23                                       Williamson County, et al.
    Scott R. Kipnis                      P. O. Box 1269
24  530 Fifth Ave.                       Round Rock, Texas 78680
    New York, NY 10036
25

26  Richard M. Maseles                   Richard F. Stein
    301 W. High Street, Room 670         600 East Main Street, Suite 1601
27  P.O. Box 475                         Richmond, Virginia 23219-2430
    Jefferson City, MO 65105-0475
28                                       Michael W. Malter
    Regina Stango Kelbon                 Binder & Malter LLP
```

5

| | |
|---|---|
| 1 | 2775 Park Ave. | New York, New York 10169 |

2775 Park Ave.
Santa Clara, CA 95050

New York, New York 10169

William J. Factor, Esq..
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603

Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Jeffrey Kurtzman
260 S. Broad St.
Philadelphia, PA19102

Michael J. Sage
Times Square Tower
7 Times Square
New York, NY 10036

Elizabeth Banda
PO Box 13430
Arlington, TX 76094

Brian P. Hall
Suite 3100, Promenade II
1230 Peachtree St., NE
Atlanta, GA 30309

William H. Casterline, Jr.
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030

Robert S. Westermann, Esq.
Hirschler Fleischer, PC
PO Box 500
Richmond, Virginia 23218

Josef S. Athanas
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Kevin G. Hroblak
7 Saint Paul St.
Baltimore, MD 21202

Nancy A. Washington, Esq.
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102

Raymond W. Battaglia
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, Texas 78205

Eric D. Goldberg
1901 Avenue of the Stars, 12th
Floor
Los Angeles, CA 90067

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

Stephen W. Spence
1200 N. Broom St.
Wilmington, DE 19806

Scott A. Stengel
ORRICK, HERRINGTON & SUTCLIFFE
LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Kenneth C. Johnson
100 S. Third St.
Columbus, OH 43215

Attorney General of the United
States
Main Justice Building, Room 5111
10th Street and Constitution
Avenue, N.W.
Washington, D.C. 20530

Bonnie Holly
PO Box 2016
Bartow, FL 33831

Christopher R. Belmonte, Esq..
Satterlee Stephens Burke & Burke
LLP
230 Park Avenue

Mark Stromberg
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

Christopher A. Camardello

```
 1  225 S. Sixth St.                    Edith K. Altice, Esq.
    Suite 3500                          Saul Ewing LLP
 2  Minneapolis, MN 55402               Lockwood Place
                                        500 East Pratt Street, Suite 900
 3  Ernie Zachary Park                  Baltimore, MD 21202-3171
    13215 E. Penn St.
 4  Suite 510                           Paul Rubin
    Whittier, CA 90602                  Two Park Ave.
 5                                      New York, NY 10016
    John J. Lamoureux, Esquire
 6  CARLTON FIELDS, P. A.               Ruth Weinstein
    4221 West Boy Scout Blvd.           1 Canon Plaza
 7  10th Floor                          Lake Success, NY 11042
    Tampa, Florida 33607-5736
 8  PO Box 3239
    Tampa, Florida 33601-3239           Andrew Herenstein
 9                                      535 Madison Ave.
    Wanda Borges, Esq.                  New York, NY 10022
10  Borges & Associates, LLC
    575 Underhill Blvd., Suite 118      Daniel J. Ansell
11  Syosset, NY 11791                   200 Park Ave.
                                        New York, NY 10166
12  Jennifer V. Doran, Esq.
    Hinckley, Allen & Snyder LLP        Christine D. Lynch, Esq.
13  28 State Street                     Peter D. Bilowz, Esq.
    Boston, MA 02109                    GOULSTON & STORRS, P.C.
14                                      400 Atlantic Avenue
    Augustus C. Epps, Jr., Esquire      Boston, MA 02110-3333
15  Christian & Barton, L.L.P.
    909 E. Main Street, Suite 1200      Michelle Leeson
16  Richmond, Virginia 23219            PO Box 25300
                                        Bradenton, FL 34206
17
    Steven J. Adams, Esquire            Daniel T. Powers
18  Stevens & Lee, PC                   PO Box 8321
    111 North Sixth Street              Savannah, GA 31412
19  Reading, Pennsylvania 19603
                                        Deborah H. Devan, Esquire
20  Mike Lynch                          Neuberger, Quinn, Gielen, Rubin &
    One Tower Square, 5MN               Gibber, P.A.
21  Hartford, CT 06183                  One South Street, 27th Floor
                                        Baltimore, Maryland 21202-3282
22  Lloyd B. Sarakin
    1 Sony Dr., MD #1E-4
23  Park Ridge, NJ 07656
                                        ANNE MILGRAM
24  Michael A. Condyles                 Attorney General of New Jersey
    KUTAK ROCK LLP                      Richard J. Hughes Justice Complex
25  1111 East Main Street, Suite 800    25 Market Street
    Richmond, Virginia 23219-3500       P.O. Box 106
26                                      Trenton, New Jersey 08625-0119
    Jeremy W. Ryan, Esq.
27  Saul Ewing LLP                      Laura A. Otenti, Esquire
    222 Delaware Avenue                 Posternak Blankstein & Lund LLP
28  P.O. Box 1266                       Prudential Tower
    Wilmington, DE 19801                800 Boylston Street
```

1   Boston, MA 02199                              101 SW Main Street, Suite 1100
                                                 Portland, OR 97204
2   Lawrence S. Burnat
    1100 Peachtree St., NE                        Lawrence J. Hilton
3   Suite 800                                     19900 MacArthur Blvd.
    Atlanta, GA 30309                             Suite 1050
4                                                 Irvine, CA 92612
    Jeffrey A. Krieger
5   1900 Avenue of the Stars                      Jeffrey J. Graham
    Suite 2100                                    TAFT STETTINIUS & HOLLISTER LLP
6   Los Angeles, CA 90067                         One Indiana Square, Suite 3500
                                                 Indianapolis, IN 46204
7   Peter N. Tamposi
    547 Amherst St., Suite 204                    William C. Crenshaw, Esq.
8   Nashua, NH 03063                              Powell Goldstein LLP
                                                 Third Floor
9   Michael W. Malter                             901 New York Avenue, NW
    Binder & Malter LLP                           Washington, D.C. 20001
10  2775 Park Ave.
    Santa Clara, CA 95050                         G. David Dean
11                                                300 East Lombard St.
    Jeffrey N. Pomerantz, Esquire                 Suite 2000
12  Pachulski Stang Ziehl & Jones LLP             Baltimore, MD 21202
    10100 Santa Monica Blvd.
13  11th Floor                                    Clement J. Farley
    Los Angeles, CA 90067-4100                    McCARTER & ENGLISH, LLP
14                                                Four Gateway Center
    Robert J. Feinstein, Esquire                  100 Mulberry Street
15  Pachulski Stang Ziehl & Jones LLP             Newark, New Jersey 07102-4096
    780 Third Avenue, 36th Floor
16  New York, NY 10017                            Ian S. Landsberg, Esq.
                                                 Landsberg Margulies LLP
17  Lynn L. Tavenner, Esquire                     16030 Ventura Boulevard, Suite
    Tavenner & Beran, PLC                         470
18  20 North Eighth Street, 2nd Floor             Encino, California 91436
    Richmond, Virginia 23219
19                                                David K. Spiro
    William H. Schwarzschild, III                 Cantor Arkema, PC
20  WILLIAMS, MULLEN                              PO Box 561
    Two James Center, 16th Floor                  1111 E. Main St., 16th Floor
21  1021 East Cary Street                         Richmond, VA 23218
    Post Office Box 1320
22  Richmond, Virginia 23218-1320

23
    Michael S. Kogan                              Samuel S. Oh, Esq.
24  9401 Wilshire Blvd., 9th Floor                Lim, Ruger & Kim, LLP
    Beverly Hills, CA 90212                       1055 West Seventh Street
25                                                Suite 2800
    Jess R. Bressi                                Los Angeles, CA 90017
26  19800 MacArthur Blvd.
    Suite 500                                     Christopher Combest, Esq.
27  Irvine, CA 92612                              500 West Madison Street, Suite
                                                 3700
28  Justin D. Leonard                             Chicago, IL 60661
    BALL JANIK LLP

1  Michael P. Falzone                     Christopher M. Alston
   PO Box 500                             Foster Pepper PLLC
2  Richmond, VA 23218                     1111 Third Avenue, Suite 3400
                                          Seattle, WA 98101
3  Benjamin C. Ackerly
   HUNTON & WILLIAMS LLP                  R. Timothy Bryan
4  Riverfront Plaza, East Tower          Patton Boggs LLP
   951 E. Byrd Street                     8484 Westpark Dr., 9th Floor
5  Richmond, VA 23219                     McLean, VA 22102

6  Michael S. Fox, Esq.                   John G. McJunkin, Esquire
   Olshan Grundman Frome Rosenzweig       McKenna Long & Aldridge LLP
7  & Wolosky LLP                          1900 K Street, NW
   Park Avenue Tower                      Washington, DC 20006
8  65 East 55th Street
   New York, New York 10022               Timothy A. Bortz
9                                         625 Cherry St., Room 203
   C. Thomas Ebel                         Reading, PA 19602
10 801 E. Main Street
   Richmond, VA 23219                     Neil D. Goldman
11                                        510 King St.
   Albert A. Ciardi, III                  Suite 416
12 One Commerce Square, Suite 1930        Alexandria, VA 22313
   2005 Market St.
13 Philadelphia, PA 19103                 Lei Lei Wang Ekvall
                                          650 Town Center Dr.
14 Seth A. Drucker                        Suite 950
   2290 First National Building           Costa Mesa, CA 92626
15 660 Woodward Ave.
   Detroit, MI 48226                      Michael F. McGrath
16                                        4545 IDS Center
   James A. Pardo, Jr.                    80 s. Eighth St.
17 Thaddeus D. Wilson                     Minneapolis, MN 55402
   King & Spalding LLP
18 1180 Peachtree Street                  Ann E. Schmitt
   Atlanta, Georgia 30309                 Culbert & Schmitt, PLLC
19                                        30C Catoctin Circle, SE
   Rudolph J. Di Massa, Jr.               Leesburg, VA 20175
20 Duane Morris LLP
   30 South 17th Street                   Colorado Structures, Inc.
21 Philadelphia, Pennsylvania 19103       c/o Mary E. Olden, Esq.
                                          McDonough, Holland & Allen PC
22                                        555 Capitol Mall, Suite 950
                                          Sacramento, CA 95814
23
   Larry Stopol, Esquire                  Douglas D. Kappler
24 Levy, Stopol & Camelo, LLP             1888 Century Park East
   1425 RexCorp Plaza                     Suite 1500
25 Uniondale, NY 11556-1425               Los Angeles, CA 90067

26 Malcolm M. Mitchell, Jr.               Lionel J. Postic
   Vorys, Sater, Seymour and Pease        125 Townpark Dr.
27 LLP                                    Suite 300
   277 South Washington Street            Kennesaw, GA 30144
28 Suite 310
   Alexandria, VA 22314                   Anthony J. Cichello

1  600 Atlantic Ave.
   Boston, MA 02210
2
   Paul K. Campsen
3  150 West Main St.
   Suite 2100
4  Norfolk, VA 23510

5  Donald K. Ludman
   6 N. Broad St., Suite 100
6  Woodbury, NJ 08096

7  Jeffrey L. Tarkenton
   WOMBLE CARLYLE SANDRIDGE & RICE,
8  PLLC
   1401 Eye Street, NW, 7th Floor
9  Washington, D.C. 20005

10 Michael P. Falzone
   PO Box 500
11 Richmond, VA 23218

12 Thomas G. King
   One Moorsbridge Road
13 PO Box 4010
   Kalamazoo, MI 49003-4010
14
   Sara B. Eagle, Esq.
15 Pension Benefit Guaranty
   Corporation
16 Office of the Chief Counsel
   1200 K Street, N.W.
17 Washington, D.C. 20005-4026

18 Mark E. Browning
   Assistant Attorney General
19 Texas Attorney General's Office
   P.O. Box 12548
20 Austin, TX 78711-2548

21 William A. Broscious, Esquire
   KEPLEY BROSCIOUS & BIGGS, PLC
22 7201 Glen Forest Drive, Suite 102
   Richmond, Virginia 23226
23
   Gennan YusufovlTerri A. Roberts
24 Deputy County Attorneys
   32 North Stone Avenue, Suite 2100
25 Tucson, Puizona 85701

26 John P. Dillman
   PO Box 3064
27 Houston, TX 77253

28 Steven H. Newman
   605 Third Ave., 16th Floor

New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

Edmond P. O'Brien
675 Third Ave.
31st Floor
New York, NY 10017

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

| | |
|---|---|
| 1 | David R. McFarlin, Esq. |
| | Wolff, Hill, McFarlin & Herron, |
| 2 | P.A. |
| | 1851 W. Colonial Drive |
| 3 | Orlando, FL 32804 |

David R. McFarlin, Esq.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

German Yusufov
PIMA COUNTYATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701

Michael A. Condyles, Esquire
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

William H. Schwarzchild
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Robert S. Westermann, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

C. Thomas Ebel, Esquire
Sands Anderson Marks & Miller,
P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23219

Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

J. Bennett Friedman
Hamburg, Karic, Edwards & Martin
LLP
1900 Avenue of the Stars, Suite
1800
Los Angeles, California 90067

Dexter D. Joyner
4701 Preston Ave
Pasadena, Texas 77505

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Kevin M. Newman
308 Maltie St., Suite 200
Syracuse, NY 13204

Stephen E. Leach
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102

William L. Wallander
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975

Sheila L. Shadmand, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy &
Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309-3053

Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

John B. Price
250 W. Main St., Ste. 1600
Lexington, KY 40507

| | |
|---|---|
| 1 | Ken Coleman<br>ALLEN & OVERY LLP | Lei Lei Wang Ekvall<br>650 Town Center Dr. |
| 2 | 1221 Avenue of the Americas<br>New York, New York 10020 | Suite 950<br>Costa Mesa, CA 92626 |
| 3 | | |
| 4 | Benjamin C. Ackerly<br>HUNTON & WILLIAMS LLP | C. Thomas Ebel<br>801 E. Main St. |
| 5 | Riverfront Plaza, East Tower<br>951 E. Byrd Street | Richmond, VA 23219 |
| 6 | Richmond, VA 23219 | David B. Wheeler, Esquire<br>Moore & Van Allen PLLC |
| 7 | Thomas G. Yoxall<br>LOCKE LORD BISSELL & LIDDELL LLP | 40 Calhoun Street, Suite 300<br>Post Office Box 22828 |
| 8 | 2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201 | Charleston, SC 29413-2828 |
| 9 | | William H. Ramsey, AAG |
| 10 | Elizabeth C. Freeman<br>LOCKE LORD BISSELL & LIDDELL LLP | Wisconsin Department of Justice<br>Post Office Box 7857 |
| 11 | 600 Travis Street, Suite 3400<br>Houston, Texas 77002 | Madison, Wisconsin 53707-7857 |
| 12 | | Mary A. House |
| 13 | Gregg S. Kleiner<br>101 California St., 5th Floor | 1333 New Hampshire Ave., NW<br>Washington, DC 20036 |
| 14 | San Francisco, CA 94111 | William A. (Trey) Wood, III |
| 15 | Kimbell D. Gourley<br>The 9th and Idaho Center | BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300 |
| 16 | 225 N. 9th St., Ste. 820<br>PO Box 1097 | Houston, Texas 77002 |
| 17 | Boise, ID83701 | SEYFARTH SHAW LLP<br>Robert W. Dremluk, Esq. |
| 18 | Edmond P. O'Brien<br>675 Third Ave., 31st Floor | 620 Eighth Avenue<br>New York, New York 10018 |
| 19 | New York, NY 10017 | |
| 20 | | Rhett Petcher<br>Seyfarth Shaw LLP |
| 21 | Suzanne Jett Trowbridge<br>Goodwin & Goodwin, LLP | 975 F. Street NW<br>Washington D.C. 20004 |
| 22 | 300 Summers Street, Suite 1500<br>Charleston, WV 25301 | |
| 23 | | |
| 24 | Roy S. Kobert<br>390 N. Orange Ave. | Paul K. Campsen<br>150 West Main St. |
| 25 | Suite 1400<br>Orlando, FL 32801 | Suite 2100<br>Norfolk, VA 23510 |
| 26 | | |
| 27 | Wayne R. Terry<br>15910 Ventura Blvd., 12th Floor | Byron Z. Moldo<br>2029 Century Park East |
| 28 | Encino, CA 91436 | 21st Floor<br>Los Angeles, CA 90067 |

1 | Christopher Desiderio
437 Madison Ave.
2 | New York, NY 10022

3 | Michael R. Dal Lago
909 Third Avenue
4 | New York, New York 10022

5 | Louis Benza, Esq.
6 | 10022 15 Metro Tech Center
6th Floor
7 | Brooklyn, New York 11201

8 | Gary M. Kaplan
9 | Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
10 | Three Embarcadero Center, 7th
Floor
11 | San Francisco, California 94111-
4065
12 |
Neil E. Herman, Esq.
13 | Morgan, Lewis & Bockius LLP
14 | 101 Park Avenue
New York, New York 10178-0600
15 |
Andrew L. Cole
16 | Franklin & Prokopik, P.C.
The B & O Building
17 | Two N. Charles Street, Suite 600
Baltimore, MD 21201
18 |
Henry P. Baer, Jr., Esq.
19 | Finn Dixon & Herling LLP
20 | 177 Broad Street
Stamford, CT 06901-2048
21 |
Ramesh Singh
22 | 25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
23 |
Lisa Taylor Hudson, Esquire
24 | Sands Anderson Marks & Miller,
P.C.
25 | 801 E. Main Street, Suite 1800
P.O. Box 1998
26 | Richmond, VA 23219

27 |
Jordan M. Humphreys
28 | Ford, Parshall & Baker
3210 Bluff Creek

Columbia, MO 65201

Anthony J. Cichello
600 Atlantic Ave.
Boston, MA 02210

Gail B. Price
2600 Mission St.
Suite 206
San Marino, CA 91108

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Timothy W. Brink, Esq.
203 North LaSalle Street, Suite
1900
Chicago, IL 60601

Anne Braucher, Esq.
500 Eighth Street, NW
Washington, DC 20004

Rebecca L. Saitta
Wiley Rein LLP
7925 Jones Branch Drive, Suite
6200
McLean, Virginia 22102

James A. Wagner
Wagner Choi & Verbrugge
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813

George Rosenberg,
S. Prince Street
Littleton, CO 80166

Richard I. Hutson, Esq.
Fullerton & Knowles, P .C .
12644 Chapel Road Suite 20 6
Clifton, Virginia 20124

Amy Pritchard Williams
Hearst Tower, 47th Floor
214 North Tryon Street

1  Charlotte, North Carolina 28202

2  Gabriela P. Cacuci

3  100 Church Street, Room 5-223
   New York, New York 10007

4
   Joseph R. Sgroi, Esq.
5  Honigman Miller Schwartz and Cohn
   LLP
6  2290 First National Building
   660 Woodward Avenue, Suite 2290
7  Detroit, MI 48226

8
   Ashley M. Chan
9  One Logan Square, 27th Floor
   Philadelphia, PA 19103

10
   Thomas W. Daniels
11 1265 Scottsville Rd.
   Rochester, NY 14624
12

13 Jason Binford
   Haynes and Boone, LLP
14 2323 Victory Avenue, Suite 700
   Dallas, Texas 75219
15

16 Michael F. Ruggio
   1152 15th St. NW
   Suite 800
17 Washington, DC 20005

18 Ronald G. Dunn, Esq.
   Gleason, Dunn, Walsh & O'Shea
19 40 Beaver Street
   Albany, New York 12207
20

21 William A. Broscious, Esquire
   KEPLEY BROSCIOUS & BIGGS, PLC
22 7201 Glen Forest Drive, Suite 102
   Richmond, Virginia 23226
23

24
   Paul A. Driscoll
25 PENDER & COWARD, P.C.
   222 Central Park Avenue, Suite
26 400
   Virginia Beach, VA 23462
27
   Gregory D. Grant, Esquire
28 Shulman, Rogers, Gandal, Pordy &
   Ecker, P.A.

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

Peter J. Gurfein
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Mary A. House
Catherine E. Creely
1333 New Hampshire Avenue, N.W.

14

1  Washington, D.C. 20036

2  Nicholas M. Miller, Esq.
   DLA Piper LLP (US)
3  203 North LaSalle Street
   Suite 1900
4  Chicago, IL 60601

5  Anne Braucher, Esq.
   DLA Piper LLP (US)
6  500 Eighth Street, NW
   Washington, DC 20004
7
   Eric C. Cotton, Esquire
8  Developers Diversified Realty
9  Corporation
   3300 Enterprise Parkway
10 P.O. Box 228042
   Beachwood, Ohio 44122
11
   William F. Gray Jr., Esq.
12 Torys LLP
   237 Park Avenue
13 New York, New York 10017
14
   Howard, Rice, Nemerovski, Canady,
15 Falk & Rabkin
   Attn: Gary M. Kaplan, Esq.
16 Three Embarcadero Center, 7th
   Floor
17 San Francisco, California 94111-
18 4065

19 Mitchell B. Weitzman, Esquire
   BEAN, KINNEY & KORMAN, P.C.
20 2300 Wilson Boulevard, 7th Floor
   Arlington, Virginia 22201
21
   Lauren Lonergan Taylor
22 Duane Morris LLP
   30 South 17th Street
23 Philadelphia, Pennsylvania 19103
24
   Hollace Topol Cohen
25 Vivieon E. Kelley
   Troutman Sanders LLP
26 405 Lexington Avenue
   New York, New York 10174
27
28 John Lucian, Esquire
   Blank Rome LLP

One Logan Square
Philadelphia, PA 19103

Erica S. Zaron
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N. W. First Street
Miami, FL 33128-1993

Eric J. Snyder
SILLER WILK LLP
675 Third Avenue
New York, New York 10017-5704

Ron C. Bingham, II, Esq.
STITES & HARBISON, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308

Denyse Sabagh, Esquire
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

Matthew E. Hoffman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Peter E. Strniste
Robinson & Cole 1
280 Trumbull Street
Hartford, CT 06103

Neil R. Lapinski
1000 West Street
Suite 1440
Wilmington, DE 19899

Douglas R. Gonzales
200 East Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301

Dennis J. Drebsky
Christopher M. Desiderio

15

| | |
|---|---|
| 1 | NIXON PEABODY, LLP | LeClairRyan, A Professional |
| | 437 Madison Avenue | Corporation |
| 2 | New York, New York 10022 | Riverfront Plaza, East Tower |
| | | 951 East Byrd Street, 8th Floor |
| 3 | | Post Office Box 2499 |
| | Menachem O. Zelmanovitz | Richmond, Virginia 23218-2499 |
| 4 | 101 Park Ave. | |
| | New York, NY 10178 | |
| 5 | | Joon M. Khang |
| | Michael P. Falzone | 1901 Avenue of the Stars |
| 6 | PO Box 500 | 2nd Floor |
| | Richmond, VA 23218 | Los Angeles, CA 90067 |
| 7 | | |
| | Madeline C. Wanslee | Gary T. Holtzer |
| 8 | 201 E. Washington St. | 767 Fifth Ave. |
| | Suite 800 | New York, NY 10153 |
| 9 | Phoenix, AZ 85004 | |
| 10 | | Brenda Moody Whinery, Esq. |
| | Michael R. Dal Lago | MESCH, CLARK & ROTHSCHILD, P.C. |
| 11 | Morrison Cohen LLP | 259 N Meyer Avenue |
| | 909 Third Avenue | Tucson AZ 85701 |
| 12 | New York, New York 10022 | |
| 13 | | Wendy M. Mead |
| | Louis Benza, Esq. | 11 Pleasant St. |
| 14 | Senior Executive Counsel | Suite 30 |
| | Empire Blue Cross Blue Shield | Worcester, MA 01609 |
| 15 | 15 Metro Tech Center | |
| | 6th Floor | TKG Coffee Tree, L.P. |
| 16 | Brooklyn, New York 11201 | c/o Eugene Chang |
| | | Stein & Lubin LLP |
| 17 | Rebecca L. Saitta, Esquire | 600 Montgomery Street, 14th Floor |
| | Wiley Rein LLP | San Francisco, CA 94111 |
| 18 | 7925 Jones Branch Drive | |
| | Suite 6200 | Victoria A. Reardon |
| 19 | McLean, Virginia 22102 | Cadillac Place, Ste. 10-100 |
| | | 3030 W. Grand Blvd. |
| 20 | | Detroit, MI 48202 |
| | John E. Hilton | |
| 21 | 120 S. Central | |
| | Suite 1800 | Walter W. Kelley |
| 22 | Clayton, Missouri 63105 | PO Box 70879 |
| | | Albany, GA 31708 |
| 23 | Rhett Petcher | |
| | Seyfarth Shaw LLP | Michael J. Darlow |
| 24 | 975 F. Street NW | 1235 North Loop West |
| | Washington D.C. 20004 | Suite 600 |
| 25 | Peter C. Hughes | Houston, TX 77008 |
| | 1500 Market St. | |
| 26 | Suite 3500E | Lawrence A. Katz |
| | Philadelphia, PA 19103 | Venable LLP |
| 27 | | 8010 Towers Crescent Drive, Suite |
| | | 300 |
| 28 | Christopher L. Perkins | Vienna, Virginia 22182-2707 |

1  Linda D. Regenhardt                Attn: James H. Rollins
   Gary & Regenhardt PLLC             One Atlantic Center
2  8500 Leesburg Pike, Suite 7000     Suite 2000
3  Vienna, Virginia 22182-2409        1201 W. Peachtree St.
                                      Atlanta, GA 30309
4  Davor Rukavina
   500 N. Akard St.                   Kurt M. Kobiljak
5  Suite 3800                         Edelson Building, Suite 200
   Dallas, TX 75201                   Wyandotte, Michigan 48192
6
   David McCall                       Aaron R. Cahn
7  777 East 15th St.                  2 Wall St.
   Plano, TX 75074                    New York, NY 10005
8
9  Betsy Johnson Burn                 J. Scott Douglass
   PO Box 11070                       909 Fannin
10 Columbia, SC 29201                 Suite 1800
                                      Houston, TX 77010
11 Travis A. Sabalewski
   REED SMITH LLP                     Christopher B. Mosley
12 Riverfront Plaza- West Tower       1000 Throckmorton St.
   901 E. Byrd St.                    Fort Worth, TX 76102
13 Suite 1700
   Richmond, VA 23219                 Robert E. Greenberg
14                                    1101 Seventeenth St., NW
15 Kurt F. Gwynne                     Suite 700
   REED SMITH LLP                     Washington, DC 20036
16 1201 N. Market St.
   Suite 1500                         Michael K. McCrory, Esquire
17 Wilmington, DE 19801               BARNES&THORNBURG LLP
                                      11 SouthMeridian Street
18 Joseph D. Frank                    Indianapolis, Indiana 46204
   Jeremy C. Kleinman
19 Frank/Gecker LLP                   Noelle M. James, Esquire
   325 North LaSalle Street, Suite    CHRISTIAN & BARTON, LLP
20 625                                909 East Main Street, Suite 1200
21 Chicago, Illinois 60654            Richmond, Virginia 23219
22 PriceGrabber.com Inc.              Richard I. Hutson, Esq.
   Attn: Katerina Canyon              Fullerton & Knowles, P.C.
23 5150 Goldleaf Circle, 2nd Floor    12644 Chapel Road Suite 206
   Los Angeles, California 90056      Clifton, Virginia 20124
24
25
26 Dominic L. Chiariello              GIBBONS P.C.
   CHIARIELLO & CHIARIELLO            Mark B. Conlan, Esq.
27 118-21 Queens Boulevard            One Gateway Center
   Forest Hills, New York 11375       Newark, New Jersey 07102-5310
28
   Plazas Las Americas, Inc.          James M. Lewis, Esquire

Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Robert R. Musick
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219

Michael P. Falzone
PO Box 500
Richmond, VA 23218

CB Blackard
301 E. Dave Ward Dr.
PO Box 2000
Conway, AR 72033

Robert C. Edmundson
Office of Attorney General
564 Forbes Avenue, 5th Floor,
Manor Bldg.
Pittsburgh, PA 15219

Donald G. Scott
605 W. 47th St.
Suite 350
Kansas City, MO 64112

Alberto Burnstein
140 W. Flagler St.
Suite 1403
Miami, FL 33130

Christi M. Carrano
270 Quinnipac Ave.
North Haven, CT 06473

DelBello Donnellan Weingarten
One North Lexington Ave.
White Plaints, NY 10601

Terri L. Gardner
Anitra Goodman Royster
Nelson Mullins Riley &
Scarborough LLP
4140 Parklake Avenue
Raleigh, NC 27612

Gary V. Fulghum
2800 Commerce Tower, 911 Main
Kansas City, MO 64105

Brian T. Hanlon
Post Office Box 3715
West Palm Beach, Florida 33402

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, Pa. 15212

W. Joel Charboneau
Magee, Foster, Goldstein &
Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street
Post Office Box 2470
Richmond, VA 23218-2470

James E. Clarke
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue
Suite 400
Virginia Beach, VA 23462

1 | Michael P. Falzone
PO Box 500
2 | Richmond, VA 23218

3 | Christopher A. Camardello
4 | 225 South Sixth St.
Suite 3500
5 | Minneapolis, MN 55402

6 | Edward L. Rothberg
Jessica L. Hickford
7 | 11 East Greenway Plaza
Suite 1400
8 | Houston, Texas 77046

9 | Shawn M. Christianson, Esq.
10 | Buchalter Nemer, A Professional
Corporation
11 | 333 Market Street, 25th Floor
San Francisco, California 94105
12 |
Michael P. Falzone
13 | PO Box 500
Richmond, VA 23218
14 |

15 | Frederick Black
Tara B. Annweiler
16 | Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
17 | Galveston, Texas 77550

18 | Washington Green TIC
c/o Bradley S. Copeland
19 | PO Box 1758
Eugene, OR 97440
20 |

21 | Woods Rogers PLC
Richard C. Maxwell
22 | 10 South Jefferson Street
Suite 1400
23 | P.O. Box 14125
Roanoke, Virginia 24038-4125
24 |

25 |

26 | Matthew Righetti
456 Montgomery St., Ste. 1400
27 | San Francisco, CA 94104

28 | Joel T. Marker
170 South Main

Suite 800
Salt Lake City, UT 84101

Darlene M. Nowak
Marcus & Shapira LLP
35 Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219

Lawrence H. Glanzer, Esquire
Roussos, Lassiter, Glanzer &
Marcus, P.L.C.
580 East Main Street, Suite 300
Norfolk, VA 23510

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Karen L. Gilman
WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey 07052

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Raul A. Cuervo
JORDEN BURT LLP
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007

Gregory Lee McCall
PO Box 9000
Forrest City, Arkansas 72336

Denise Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fourth Floor
Hartford, CT 06141-0120

1  Valerie L. Marciano                    Magee, Foster, Goldstein &
   JABURG & WILK, P.C.                    Sayers, P.c.
2  3200 N. Central Avenue, Suite          Post Office Box 404
   2000                                   Roanoke, Virginia 24003-0404
3  Phoenix, Arizona 85012
                                          R. Lee Allen, Esq.
4  JEFF KLUSMEIER                         Suite 800 Illinois Building
5  Assistant Attorney General            P.O. Box 5131
   P.O. Box 899                           Springfield, Illinois 62705
6  Jefferson City, Missouri 65102
                                          Michael J. O'Grady, Esq.
7  R. Chase Palmer                        Frost Brown Todd LLC
   PALMER LAW FIRM, INC.                  201 E. Fifth Street
8  P. O. Drawer M                         Suite 2200
9  Marshall, TX 75671                     Cincinnati, OH 45202

10 Ann Marie Bredin, Esq.                 Nancy Hotchkiss, Esq.
   DLA Piper LLP (US)                     Trainor Fairbrook
11 203 North LaSalle Street              980 Fulton Avenue
   Suite 1900                             Sacramento, California 95825
12 Chicago, IL 60601
                                          R. Timothy Brian
13 Shannon E. Hoff                        8484 Westpark Dr., 9th floor
   301 South College St.                  McLean, VA 22102
14 Suite 2300
15 Charlotte, NC 28202                    Kenneth Miller
                                          9401 Wilshire Blvd.
16 Brian D. Womac                         9th Floor
   Two Memorial City Plaza                Beverly Hills, CA 90212
17 820 Gessner
   Suite 1540                             Michael H. Izsak
18 Houston, TX 77024                      1505 S. Big Bend Blvd.
                                          St. Louis, MO 63117
19 William A. Gray
20 801 E. Main St.                        Clement & Wheatley
   Richmond, VA 23219                     Attn: Darren W. Bentley, Esq.
21                                        549 Main Street
   Paul J. Laurin, Esq.                   P.O. Box 8200
22 Stephen M. Astor, Esq.                 Danville, Virginia 24543-8200
   Laurin & Associates
23 280 South Beverly Drive               Kenneth B. Roseman
   Suite 304                              105 W. Madison St.
24 Beverly Hills, California 90212        Suite 810
                                          Chicago, IL 60602
25

26 Linda J. Brame                         Paul K. Campsen
27 P.O. Box 700                           150 West Main St.
   Marion, IL 62959                       PO Box 3037
28                                        Norfolk, VA 23514
   W. Joel Charboneau, Esq.

Terrance A. Hiller
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Ted A. Berkowitz
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-1320

William D. Buckner
3146 Redhill Ave.
Suite 200
Costa Mesa, CA 92626

Adam R. Nelson, Esquire (VSB No.
39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Elizabeth A. Elam
6000 Western Place
Suite 200
I-30 @ Bryant-Irvin Rd.
Fort Worth, TX 76107

Matthew Righetti
456 Montgomery St.
Suite 1400
San Francisco, CA 94104

Paul M. Black, Esq.
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

J. Seth Moore
1700 Pacific Ave.
Suite 4400
Dallas, TX 75201

Michael E. Lacy
1001 Haxall Point
Richmond, VA 23219

Timothy C. Bass
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037

Virginia E. Robinson
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

Peter J. Carney
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

J. Seth Moore
1700 Pacific Ave.
Suite 4400
Dallas, TX 75201

Valerie P. Morrison
7925 Jones Branch Dr.
Suite 6200
McLean, VA 22102

Albert F. Quintrall
1550 Hotel Circle North
Suite 120
San Diego, CA 92108

Penny R. Stark
17 Bon Pinck Way
East Hampton, NY 11937

Joseph M. DuRant, Deputy City
Attorney
Office of the City Attorney
City of Newport News, Virginia
2400 Washington Avenue, 9th Floor
Newport News, VA 23607

Henry (Toby) P. Long III
Thomas N. Jamerson
Hunton & Williams, LLP
Riverfront Plaza, East Tower

1  951 East Byrd Street
   Richmond, VA 23219-4074

2

3  Kern County Treasurer-Tax
   Collector

4  Attn: Bankruptcy Div.
   c/o Angelica Leon

5  PO Box 579
   Bakersfield, CA 93302

6

7  Linda J. Brame
   P.O. Box 700

8  Marion, IL 62959

9  W. Joel Charboneau, Esq.
   Magee, Foster, Goldstein &

10 Sayers, P.C.
   Post Office Box 404

11 Roanoke, Virginia 24003-0404

12 Gordon S. Woodward, Esquire
   SCHNADER HARRISON SEGAL & LEWIS

13 LLP

14 750 9th Street, NW
   Suite 550

15 Washington, DC 20001-4534

16 Millman 2000 Charitable Trust
   Attn: David Bennett

17 2400 Cherry Creek Drive South
   Suite 7002

18 Denver, Colorado 80209-3261

19 Valerie P. Morrison, Esquire
   Dylan G. Trache, Esquire

20 Wiley Rein LLP

21 7925 Jones Branch Drive, Suite
   6200

22 McLean, Virginia 22102

23

24 Valerie L. Marciano
   JABURG & WILK, P.C.

25 3200 N. Central Avenue, Suite
   2000

26 Phoenix, Arizona 85012

27 Richard E. Hagerty
   Troutman Sanders LLP

28 1660 International Dr.
   Suite 600

McLean, VA 22102

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Paul K. Campsen
150 W. Main St., Ste. 2100
Norfolk, VA 23510

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

Penny R. Stark
9861 Sunrise Lakes Blvd.
Suite 308
Sunrise, FL 33322

Robert S. Westermann
PO Box 500
Richmond, VA 23218

Michael E. Hastings, Esquire
LeClairRyan, A Professional
Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006

William H. Schwarzchild, III
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Ann K. Crenshaw
2101 Parks Ave., Ste. 700
Virginia Beach, VA 23415

Adam R. Nelson, Esquire
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Daniel R. Sovocool
Louis J. Cisz, III
Gina M. Fornario
NIXON PEABODY LLP

22

One Embarcadero Center
18th Floor
San Francisco, California 94111

Ricmac Equities Corporation
6 Harbour Point Dr.
Northport, NY 11768

Jeremy S . Friedberg , Esq.
Leitess Leitess Friedberg +
Fedder PC
One Corporate Center
10451 Mi ll Run Circle
Suite 1000
Owings Mills, Maryland 21117

Malcolm M. Mitchell, Jr.
Kara D. Lehman
Vorys, Sater, Seymour and Pease
LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Caroline R. Djang
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Darrell W. Clark
STINSON MORRISON HECKER LLP
1150 18thStreet, NW
Suite 800
Washington, DC 20036-3816

Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Kimo C. Leong
737 Bishop St., # 2060
Honolulu, HI 96813

Louis E. Dolan, Jr.
NIXON PEABODY LLP

One Embarcadero Center
18th Floor
San Francisco, California 94111

David V. Cooke
201 W. Colfax Ave.
Dept. 1207
Denver, CO 80202

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Stephan W. Milo
125 S. Augusta St.
Suite 2000
Staunton, VA 24401

LeGrand L. Clark
302 W. Washington St.
Indianapolis, IN 46204

Louis J. Cisz, III
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111