

September 1, 2009

# OBJECTION to debtors attempt to disallow CLAIM #13994

CLAIM FOR ADMINISTRATIVE EXPENSES DUE FROM CIRCUIT CITY
STORES, INC. (3875)

a. A caption setting forth the name of the Bankruptcy Court, the name of the
   Debtors, the case number and the title of the Objection to which the
   Response is directed;

   The Unites States Bankruptcy Court for the Eastern District of Virginia
   Richmond Division

   In re:  Circuit City Stores, Inc. , ec at.,

   Case No. 08-35653 (KRH)

b. The claimant's name and an explanation for the amount of the claim.

   PAYEE:    Victoria L. Eastwood

             3919 Southwinds Place

             Glen Allen, VA 23059

             (804)266-3968

   AMOUNT DUE:  $ 17,474

   for unpaid employee compensation – 20% incentive as part of compensation.
   Annual base pay $87,434 x 20% = $17,474 amount due.

c. A concise statement, executed by (or identifying by name, address and
   telephone number" a person with personal knowledge of the relevant facts
   that support the Response, setting forth the reasons why the Bankruptcy

Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim", the specific factual and legal bases upon which the claimant intents to rely in support of its Response and its underlying Claim;

The STIP was an annual bonus plan for eligible salaried associates based on the company's performance and an individual associate performance. As Manager of Multi-Channel Operations, my role was to remain customer centric and create a convenient customer experience. I was accountable to developing short and long term business plans to drive greater revenue and margin through Multi-Channel convenience. Please see attached position summary. I accomplished those goals individually. Each year I received an exceptional rating of 4 on a 5 point scale, with a rating of 3 being average. Annually, I was paid a bonus of 110% because of my outperformance. Further, if you will refer to the attached stellar performance certificates I received in March, August and December of 2008, you will see acknowledgement from Brian Bradley, Senior Vice President, Multi-Channel, and President of circuitcity.com, that my stellar performance included "significant contributions to the overall success of Circuit City." Therefore, I would argue that not only did I earn the individual 50% bonus, but that I also contributed to Circuit City's corporate success and should receive the other half as well.

d. A copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently entends to introduce into evidence insupport of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness toprovide such documentation upon request;

Additional Documents Attached

- Position Summary for Manager, Multi-Channel Operations
- Certificate of Stellar Performance dated March 2008
- Certificate of Stellar Performance dated August 2008
- Certificate of Appreciation for performance during the 2008 Thanksgiving holiday.
- 

e. a declaration of a person with personal knowledge of the relevant facts that support the Response; and

Cindy Viener, former Director of Multi-Channel Operations, and my immediate manager can verify all claims.  Cindy can be reached at (804)486-3954.

f. The Claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and /ordesignated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be disallowed) and only for those Claims in the objection.

**Claimants Address**

Victoria L Eastwood
3919 Southwinds Place
Glen Allen, VA 23059
(804)266-3968 home
(804)683-3290 cell
No fax available.

g. To the extent such person differs from the person identified pursuant to subjection ie, above, the name, address, telephone number, facsimile number, and the electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional address will not become the service address for future .

As of September 1, 2009 I am still unemployed and do not have the funds to hire an attorney. All correspondence should go to my home address as listed.

**Claimants Address**

Victoria L Eastwood
3919 Southwinds Place
Glen Allen, VA 23059
(804)266-3968 home
(804)683-3290 cell
No fax available.

# Circuit City Stores, Inc. Position Summary

*Treat Me Like I Matter, Guide and Support Me, Make It Easy For Me, Excite and Inspire Me*

| POSITION TITLE | DATE |
|---|---|
| **Manager, Multi-Channel Operations** | **10/20/2007** |

| DEPARTMENT | LOCATION |
|---|---|
| **09034** | **030694** |

| REPORTS TO (title) |
|---|
| **Director , Channel Integration** |

## JOB SUMMARY (Summarize why this position exists)

This position will support the Multi-Channel pillar by ensuring we execute our plan to fully leverage the synergies between company channels: Web, Contact Center and Retail division. This person will remain customer centric to ensure we deliver on our Multi-Channel value propositions and create a convenient customer experience. This position is accountable to developing short and long term business plans to drive greater revenue and margin through Multi-Channel convenience.

*This summary is a general statement of some required duties and responsibilities that must be performed on a regular and continuous basis. Other duties must be performed as assigned and because of business needs, emphasis on certain job duties and responsibilities may vary or change from time to time but are still required functions of the position.  Circuit City is an equal opportunity employer.*

## Circuit City Stores, Inc. Position Summary

*Treat Me Like I Matter, Guide and Support Me, Make It Easy For Me, Excite and Inspire Me*

| ESSENTIAL FUNCTIONS<br>(4 to 6 key general responsibilities which take no less than 10% of overall job time) | % of work time |
|---|---|
| **1. Business owner of the In-Store Pickup Process:** manage and drive the entire XPIC Customer Experience: Beginning on-line through in store execution. Ensure that the XPIC Experience and 24/24 Guarantee really deliver on our North Star and guiding principles of "Make it Easy" and "Treat Me Like I Matter"<br><br>- Manage the 24/24 campaign. Work with retail operations to ensure in-store plans are executed and goals are met<br>- Accountable for growth in XPIC generated sales<br>- Champion Go Get Execution goals - ensure retail is held accountable<br>- Seek ways to refine the in-store process and improve customer satisfaction measured by BizRate<br>- Ensure inventory issues are accounted for and buffers are managed<br>- Seek ways to improve the overall customer experience<br>- Champion growth in XPIC store attachment revenue<br>- Ensure rPos delivers a seamless customer experience | **50%** |
| **2. Champion the in-store Direct Ship process:** provide additional fulfillment options, additional inventory choices, and out-of-stock solutions to our in-store customers by educating our associates on the Endless Aisle products, the benefits of Direct Ship, and more importantly, how and when to use Direct Ship to take care of our customers. The intent is to "Excite and Inspire" our customers with the on-line assortment<br><br>- Work with retail to grow store originated web sales revenue (Endless Aisle). Ensure retail has shared accountability to Direct Ship sales revenue and expense goals/targets<br><br>- Lead consumer behavior research and ways to increase sales revenue<br><br>- Improve store training and communication to influence behavior<br><br>- Build awareness among field and Sales Development about sales potential<br><br>- Seek opportunities to educate consumers via in store signage and a new customer value proposition<br><br>- Understand customer use as an OOS/line extension tool and how it relates to Customer Satisfaction | **25%** |
| **3. Multi-Channel communication and cross channel engagement:** ensure content across channels "Guides and Supports" customers and associates. Facilitate cross channel communication to ensure the strengths of one channel are leveraged in the other.  Ensure general project management of MC initiatives such as rPos, in store signage, retail events, back office operational issues, etc to improve overall  alignment of channels<br><br>- Lead and manage participation in "Retail" sponsored events (Store Manager Meetings, HDX, etc)<br><br>- Seek opportunities to share MC vision, information at retail events including DM and RVP meetings<br><br>- Seek ways to improve in-store awareness of circuitcity.com (signage, ccity.com, training material, store specific web pages, etc<br><br>- Manage the Multi-Channel reference page on ccity.com | **25%** |
| **4.** | |
| **5.** | |

*This summary is a general statement of some required duties and responsibilities that must be performed on a regular and continuous basis. Other duties must be performed as assigned and because of business needs, emphasis on certain job duties and responsibilities may vary or change from time to time but are still required functions of the position.  Circuit City is an equal opportunity employer.*

## Circuit City Stores, Inc. Position Summary
*Treat Me Like I Matter, Guide and Support Me, Make It Easy For Me, Excite and Inspire Me*

6.

## LEADERSHIP/SUPERVISORY RESPONSIBILITIES (Indicate jobs directly supervised)

☐ Not applicable

**Exempt Positions:** 1 - Project Manager to assist with the execution of above

**Non-Exempt Positions:**

## EDUCATION (List the MINIMUM qualifications to perform the essential functions of the position)

☐ **Required** ☒ **Preferred**
Explain: BA/BS Degree

## WORK EXPERIENCE (Years and specific background)

☒ **Required** ☐ **Preferred**
Years: 5-7
Specific Background:

- Minimum of 5 years of strategic leadership in retail and/or ecommerce

- Experience leading cross-functional teams

- Strong portfolio of previous business contributions. Emphasis on leadership approach, business value added, and project management effectiveness

*This summary is a general statement of some required duties and responsibilities that must be performed on a regular and continuous basis. Other duties must be performed as assigned and because of business needs, emphasis on certain job duties and responsibilities may vary or change from time to time but are still required functions of the position. Circuit City is an equal opportunity employer.*

# Circuit City Stores, Inc. Position Summary
*Treat Me Like I Matter, Guide and Support Me, Make It Easy For Me, Excite and Inspire Me*

## SKILLS & COMPETENCIES (Organization, analytical, technical, communication, etc.)

☒ **Required**  ☐ **Preferred**

Explain:

Required Competencies:

• Strong leadership skills and demonstrated ability to champion change

• Demonstrated initiative to drive efforts beyond concept to implementation

• Strong decision making, problem solving, and analytical/quantitative skills

• Exceptional communication, presentation and interpersonal skills with all levels in the organization

• **Ability to build strong organizational networks**

Skills:

• Proficient with Microsoft Word, Excel, and Powerpoint (required)

• Strong understanding of store systems and operations  (required)

• Previous store experience (preferred)

• Strong Project Management Skills (required)

• Willing to travel (required)

## PROFESSIONAL CERTIFICATIONS

☐ **Required**  ☐ **Preferred**

Explain: N/A

## BUDGETS MANAGED (Department or budgets this position is responsible for)

☐ Employee is accountable for the quality and quantity of his/her own work. Individual financial dimensions are not readily measurable.

☒ Sales:

The following financial goals/metrics will all be in this positions PE
- Influencing and managing the $776m XPIC Budget
- Influencing and managing the $28m in-store attachment revenue budget
- Directly managing the $1.5m 24/24 Gift Card Budget
- Influencing and managing the $55m Direct Ship budget

☐ Inventory:

☒ Other (e.g., budget): Misc P&L lines: Contest Funds, Project Budgets, Services Purchaesd, etc

## ORGANIZATIONAL IMPACT (Ways this position impacts the success of the organization)

This position is key to managing customer experiences across channels:
- Experience that starts on-line and ends in-store (XPIC)
- Leveraging the Web inventory to close an in-store sale (Direct Ship)
- Communicating the Multi-Channel value proposition to associates and customers in all channels

In order to become a true Multi-Channel retailer vs a Multiple Channel retailer we need to have business owners

*This summary is a general statement of some required duties and responsibilities that must be performed on a regular and continuous basis. Other duties must be performed as assigned and because of business needs, emphasis on certain job duties and responsibilities may vary or change from time to time but are still required functions of the position.  Circuit City is an equal opportunity employer.*

# Circuit City Stores, Inc. Position Summary

*Treat Me Like I Matter, Guide and Support Me, Make It Easy For Me, Excite and Inspire Me*

accountable to driving this competitive advantage. This role is critical to integrating and linking our channels.

**PEER POSITIONS** What other positions in the organization are you familiar with which might be considered peer positions? (These have similar professional experience and other requirements)

Retail Transformation Manager
Firedog Customer Experience Manager
Sales Development Manager
Operations Manager, CCA

## FOR COMPENSATION USE ONLY

**APPROVAL DATE:**

**APPROVED BY:**

**APPROVED POSITION TITLE:**

**EXEMPTION STATUS:**

**LEVEL/FLSA:**

**JOB CODE:**

*This summary is a general statement of some required duties and responsibilities that must be performed on a regular and continuous basis. Other duties must be performed as assigned and because of business needs, emphasis on certain job duties and responsibilities may vary or change from time to time but are still required functions of the position. Circuit City is an equal opportunity employer.*



performance

It's All
About
Helping
You

March, 2008

Vicki Eastwood

Our sincerest thank you.

**Brian S. Bradley**
Senior Vice President, Multi-Channel

On behalf of the Multi-Channel Team





# Here's to performance

It's All About Helping You

## Vicki Eastwood

August, 2008

Our sincerest thank you.

**Brian S. Bradley**
Senior Vice President, Multi-Channel

On behalf of the Multi-Channel Team



"ACHIEVEMENT IS HONEST ENDEAVOR, PERSISTENT EFFORT TO DO THE BEST POSSIBLE UNDER ANY AND ALL CIRCUMSTANCES"

-ORSIN SWETT MARDEN

Thank you for your help and dedication during the 2008 Thanksgiving holiday.

# Vicki Eastwood

Brian Bradley, SVP Multi-Channel

Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

                  - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :    Jointly Administered
- - - - - - - - - - - - - - x

                **NOTICE OF DEBTORS' THIRTY-SIXTH OMNIBUS
                 OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
                 CLAIMS RELATING TO SHORT TERM INCENTIVE PLAN)**

        **PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' Thirty-Sixth Omnibus
Objections to Claims (Disallowance of Certain Claims
Relating to Short Term Incentive Plan) (the "Objection")
with the Bankruptcy Court.  A copy of the Objection is
attached to this notice (this "Notice") as Exhibit 1.  By
the Objection, the Debtors are seeking to disallow certain
claims.

        **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO | Claim Number | Amount Claimed as Filed |
|---|---|---|
| Eastwood, Victoria L<br>3919 Southwinds Pl<br>Glen Allen, VA 23059 | 13994 | $17,474.00 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. **YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.** THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M.(EASTERN) ON SEPTEMBER 15, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

## Critical Information for Claimants
## Choosing to File a Response to the Objection

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on September 15, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

```
SKADDEN, ARPS, SLATE, MEAGHER   MCGUIREWOODS LLP
& FLOM, LLP                     One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, VA 23219
Wilmington, DE 19899-0636       Attn: Dion W. Hayes
Attn: Gregg M. Galardi          Attn: Douglas M. Foley
Attn: Ian S. Fredericks
```

> \- and -

```
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Objection will be held at **11:00 a.m. (Eastern) on September 22, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5100
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents.** To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

4

b.  the claimant's name and an explanation for
    the amount of the Claim;

c.  a concise statement, executed by (or
    identifying by name, address and telephone
    number) a person with personal knowledge of
    the relevant facts that support the Response,
    setting forth the reasons why the Bankruptcy
    Court should overrule the Objection as to the
    claimant's claim, including, without
    limitation (to the extent not set forth in
    its proof of claim), the specific factual and
    legal bases upon which the claimant intends
    to rely in support of its Response and its
    underlying Claim;

d.  a copy of or identification of any other
    documentation or other evidence of the Claim,
    to the extent not already included with the
    Claim that the claimant presently intends to
    introduce into evidence in support of its
    Claim at the hearing; provided, however, that
    for a Response filed in support of a Claim
    arising out of a lease of real property, the
    Response need not attach such lease if the
    claimant indicates its willingness to provide
    such documentation upon request;

e.  a declaration of a person with personal
    knowledge of the relevant facts that support
    the Response; and

f.  the claimant's address, telephone number and
    facsimile number and/or the name, address,
    telephone number and facsimile number of the
    claimant's attorney and/or designated
    representative to whom the attorneys for the
    Debtors should serve a reply to the Response,
    if any (collectively, the "Notice Address").
    If a Response contains Notice Address that is
    different from the name and/or address listed
    on the Claim, the Notice Address will control
    and will become the service address for
    future service of papers with respect to all
    of the claimant's Claims listed in the
    Objection (including all Claims to be

5

disallowed) and only for those Claims in the
Objection.

g.   To the extent such person differs from the
person identified pursuant to subjection e,
above, the name, address, telephone number,
facsimile number, and electronic mail address
of the representative of the claimant (which
representative may be the claimant's counsel)
party with authority to reconcile, settle or
otherwise resolve the Objection on the
claimant's behalf (collectively, the
"Additional Addresses"). Unless the
Additional Addresses are the same as the
Notice Addresses, the Additional Address will
not become the service address for future
service of papers.

**Additional Information**.  To facilitate a resolution of
the Objection, your Response should also include the name,
address, telephone number and facsimile number of the party
with authority to reconcile, settle or otherwise resolve the
Objection on the claimant's behalf. Unless the Additional
Addresses are the same as the Notice Addresses, the
Additional Addresses will not become the service address for
future service of papers.

**Failure to File Your Timely Response**.  If you fail to
file and serve your Response on or before the Response
Deadline in compliance with the procedures set forth in this
Notice, the Debtors will present to the Bankruptcy Court an
appropriate order granting the relief requested in the
Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim
subject to the Objection and the Response thereto shall
constitute a separate contested matter as contemplated by
Bankruptcy Rule 9014, and any order entered by the
Bankruptcy Court will be deemed a separate order with
respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy
of the Objection or related documents on the internet, by

6

accessing the website of the Debtors at
www.kccllc.net/circuitcity.

**Reservation of Rights.** Nothing in this Notice or the
Objection constitutes a waiver of the Debtors' right to
assert any claims, counterclaims, rights of offset or
recoupment, preference actions, fraudulent-transfer actions
or any other claims against you by the Debtors. Unless the
Bankruptcy Court allows your Claims or specifically orders
otherwise, the Debtors have the right to object on any
grounds to the Claims (or to any other Claims or causes of
action you may have filed or that have been scheduled by the
Debtors) at a later date on any grounds or bases. In such
event, you will receive a separate notice of any such
objections.

Dated: August 21, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP

                                 /s/ Douglas M. Foley
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

\9795614.1

8

*Claim # 13994*

June 26, 2009

## CLAIM FOR ADMINISTRATIVE EXPENSES DUE FROM CIRCUIT CITY STORES, INC. (3875)

AMOUNT DUE:  $ 17,474

for unpaid employee compensation – 20% incentive as part of compensation. Annual base pay $87,434 x 20% = $17,474 amount due.

PAYEE:          Victoria L. Eastwood

3919 Southwinds Place

Glen Allen, VA 23059

(804)266-3968

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Eastwood, Victoria L
3919 Southwinds Pl
Glen Allen, VA 23059

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **6/30/2009**
and assigned claim number **13994**

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100



# A Personal Statement of Your Compensation under the Circuit City Compensation Structure

## About You:

| | |
|---|---|
| **Name:** | Eastwood,Victoria L |
| **Title:** | Mgr, Multi-Channel Operations |
| **Level:** | L08 |
| **Department Description:** | CC Direct MultiChannel OH |
| **Department ID:** | 9034030694 |
| **Effective Date:** | 7/4/2008 |

## About Your Compensation:

| | Current | New |
|---|---|---|
| **Current Base Pay** | $ 84,434.00 | |
| **Retention/ LTI Adjustment** | | $ 3,000.00 |
| **New Base Pay** | | $ 87,434.00 |
| **Incentive Target %** | 20% | 20% |
| **Incentive Target $** | | |
| **Target Total Cash Compensation Opportunity** [Note: Annual Incentive is calculated based on Annual Incentive Eligible Earnings (not base pay) multiplied by your Incentive Target %] | $101,320.80 | $104,920.80 |



Circuit City Stores, Inc.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245

096360



14660    4993352

EASTWOOD, VICTORIA L
3919 SOUTHWINDS PLACE
GLEN ALLEN VA 23059

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,     MCGUIREWOODS LLP
LLP                                       One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - -    x
In re:                           :  Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       :  Case No. 08-35653
et al.,                          :
                                 :  Jointly Administered
                Debtors.         :
- - - - - - - - - - - - - - -    x

                          NOTICE OF DEADLINE
                FOR FILING ADMINISTRATIVE EXPENSE REQUESTS


TO POTENTIAL HOLDERS OF ADMINISTRATIVE EXPENSES:

PLEASE TAKE NOTICE OF THE FOLLOWING:

        THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU
    HAVE AN ADMINISTRATIVE EXPENSE OR MUST FILE AN ADMINISTRATIVE
      EXPENSE REQUEST - PLEASE READ THE FOLLOWING CAREFULLY

        On May 15, 2009, the United States Bankruptcy Court
for the Eastern District of Virginia (the "Bankruptcy Court")
entered an order (the "Administrative Bar Date Order") in the
above captioned chapter 11 cases establishing **June 30, 2009 at
5:00 p.m. (Pacific Time)** as the administrative expense bar date

022324_14660_PRODUCT_1_DOMESTIC_2/096360/385438

property, accrued) *from and after November 10, 2008, i.e.,* the
Petition Date, through and including April 30, 2009, *i.e.,* the
Administrative Period.

### EXCLUSION OF 503(B)(9) ADMINISTRATIVE
### CLAIMANTS FROM ADMINISTRATIVE BAR DATE.

      Any holder of a 503(b)(9) administrative claim/expense
(each a "503(b)(9) Holder"), which *claim/expense was* required to
be filed by December 19, 2009 (the "503(b)(9) Bar Date"),
pursuant to order of this Court, is **not** now permitted to file an
Administrative Expense Request. As set forth in the order
establishing the 503(b)(9) Bar Date, any person or entity holding
a claim/expense pursuant to Bankruptcy Code section 503(b)(9)
that failed to file a claim/expense request on or before December
19, 2008, is forever barred and estopped from asserting a
claim/expense pursuant to Bankruptcy Code section 503(b)(9)
against the Debtors, their estates, or the property of any of
them, absent further order of the Court.

### PERSONS OR ENTITIES WHO <u>MUST</u> FILE
### ADMINISTRATIVE EXPENSE REQUESTS

      Pursuant to the Administrative Bar Date Order, all
persons and entities (each as defined in the Bankruptcy Code)
holding one or more Administrative Expenses against the Debtors,
including, without limitation, any Administrative Expenses held
by the officers and directors of the Debtors no longer employed
or serving as of April 30, 2009, former employees of the Debtors
no longer employed as of April 30, 2009, indemnitees,
individuals, partnerships, corporations, estates, trusts,
indenture trustees, unions, governmental units, and non-Debtor
parties to any unexpired leases or executory contracts
(collectively the "Agreements") (individually, an "Entity" and
collectively, "Entities") with any of the Debtors who allege
that any amounts arising or accruing under any of the Agreements
from and after the Petition Date are due, owing and unpaid as of
April 30, 2009, are required to file an Administrative Expense
Request on or before the Administrative Expense Bar Date.

### PERSONS OR ENTITIES WHO <u>NEED NOT</u> FILE
### ADMINISTRATIVE EXPENSE REQUEST

      The following Entities are <u>not</u> at this time required
to file an Administrative Expense Request:

3

1.    Entities that have already properly filed an
Administrative Expense Request with the Court or KCC that
clearly sets forth that such party is asserting an
Administrative Expense.

2.    Entities whose Administrative Expense has been
previously allowed by order of the Court.

3.    Debtors holding an Administrative Expense against
another Debtor.

4.    Professional persons (i.e., attorneys, financial
advisors, accountants, investment bankers, real estate advisors,
"ordinary course professionals") retained by the Debtors or the
Creditors' Committee under Bankruptcy Code sections 327, 328 or
1103 and whose Administrative Expense is for services rendered
and reimbursement of expenses in these Chapter 11 cases;
provided, further, that any professional retained by court order
under Bankruptcy Code section 327, 328 or 1103 need not submit a
request for reimbursement of any expense under section 503(b)
for any period subsequent to the Petition Date until such
professional is so required under the Bankruptcy Code,
Bankruptcy Rules and orders of the Court.

## INFORMATION THAT MUST BE INCLUDED WITH
## YOUR ADMINISTRATIVE EXPENSE REQUEST

To be considered, each Administrative Expense Request
must (a) be in writing, (b) be denominated in lawful United
States Currency, (c) specify the Debtor against which the Entity
asserts the Administrative Expense (see additional requirements
below), (d) set for the with specificity the legal and factual
basis for the Administrative Expense, and (e) have attached to
it supporting documentation upon which the claimant will rely to
support the Administrative Expense Request.

## FILING ADMINISTRATIVE EXPENSE REQUESTS
## AGAINST MULTIPLE DEBTORS

Any Entity asserting Administrative Expenses against
more than one Debtor must file a separate Administrative Expense
with respect to each such Debtor.  All Entities must identify in
their Administrative Expense Request the particular Debtor
against which their Administrative Expense is asserted and the
case number of that Debtor's bankruptcy case.  An Administrative
Expense Request listing no reference to a particular Debtor or

4

an Administrative Expense Request listing all of the Debtors will be deemed filed against Circuit City Stores, Inc., Case No. 08-35653.

CONSEQUENCES OF FAILURE TO FILE
ADMINISTRATIVE EXPENSE REQUESTS

**Any holder of an Administrative Expense that is required to file (but fails to file) an Administrative Expense Request in accordance with the procedures set forth herein on or before the Administrative Bar Date (a) shall be forever barred, estopped, and enjoined from asserting any Administrative Expense against the Debtors and the Debtors (shall be forever discharged from any and all indebtedness or liability with respect to such Administrative Expense and (b) shall not be permitted to receive payment from the Debtors' estates or participate in any** distribution under any plan or plans of liquidation in the Debtors' chapter 11 cases on account of such Administrative Expense.

TIME AND PLACE FOR FILING ADMINISTRATIVE EXPENSE REQUESTS

A signed original of Administrative Expense Request, together with accompanying documentation, must be **delivered so as to be received** no later than 5:00 p.m., Pacific Time on or **before June 30, 2009,** at the following address by mail, hand delivery or overnight courier:

> Circuit City Stores, Inc., **et al**.
> Claims Processing Dept.
> Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA  90245

**Any Administrative Expense Request submitted by facsimile or other electronic means will not be accepted and will not be deemed filed until such Administrative Expense Request is submitted by the method described in the foregoing sentence. Administrative Expense Requests will be deemed filed only when actually received at the address listed above.** If you wish to receive acknowledgment of the Debtors' receipt of your Administrative Expense Request, you must also submit a copy of your Administrative Expense Request and a self-addressed, stamped envelope.

5

## ADDITIONAL INFORMATION

If you require additional information regarding the filing of an Administrative Expense Request, you may contact the Debtors in writing, through their counsel, at the address listed above.  You may also contact Kurtzman Carson Consultants LLC, at (888)830-4650 between 9:00 a.m. and 5:00 p.m. Pacific Time.

## RESERVATION OF RIGHTS

The Debtors reserve the right to: object to (i) any claim, whether filed or scheduled (e.g., as contingent, unliquidated or disputed), and (ii) any Administrative Expense on any ground, or to dispute, or to assert offsets against or defenses to, any claim or Administrative Expense, as to amount, liability, classification, or otherwise, and to subsequently designate any claim as disputed, contingent or unliquidated.

PLEASE REFER TO THE ADMINISTRATIVE BAR DATE ORDER FOR OBJECTION PROCEDURES APPROVED BY THE BANKRUPTCY COURT APPLICABLE TO ADMINISTRATIVE EXPENSE REQUESTS

## DEBTORS AND DEBTORS IN POSSESSION AND THE LAST FOUR DIGITS OF THEIR RESPECTIVE TAXPAYER IDENTIFICATION NUMBERS

Circuit City Stores, Inc. (3875)
Abbott Advertising Agency, Inc. (4659)
Circuit City Stores West Coast, Inc. (0785)
CC Distribution Company of Virginia, Inc. (2821)
Circuit City Properties, LLC (3353)
Patapsco Designs, Inc. (6796)
Ventoux International, Inc. (1838)
Sky Venture Corporation (0311)
PRAHS, INC. (n/a)
XSStuff, LLC (9263)
Kinzer Technology, LLC (2157)
Circuit City Purchasing Company, LLC (5170)
Orbyx Electronics, LLC (3360)
InterTAN, Inc. (0875)
CC Aviation, LLC (0841)
Courchevel, LLC (n/a)
Circuit City Stores PR, LLC (5512)
Mayland MN, LLC (6116)

BY ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA DATED MAY 15, 2009.