United States Bankruptcy Court
For the Eastern District of Virginia - Richmond Division       ①

Re: Claim # 13340
Franklin Wilson Vs Circuit City

Re: Circuit City Stores Inc.
   Case No. 08-35653 (KRH)
   Debtor

[Stamp: RICHMOND DIVISION / FILED SEP - 4 2009 / CLERK U.S. BANKRUPTCY COURT]

Re: Thirty-First Omnibus Objection Claims # (the "Objection")

Re: Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881)

Exhibit 1

Debtor: Circuit City Stores
By the Omnibus Objection, the Debtors seeking to disallow and/or modify the claim case no 13340 - Franklin Wilson
2 Highland Street
Port Chester, NY. 10573

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION

② 

Re: (THE "RESPONSE") FROM FRANKLIN S. WILSON

Re: PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, - A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE NOW FILED BY FRANKLIN WILSON AND FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY - CIRCUIT CITY STORES - KLATZMAN CARSON CONSULTANT

AS WELL AS ASKING THE COURT TO THROW OUT THIS FRAUDULENT SECOND OMNIBUS OBJECTION BY KLATZMAN CARSON FOR CIRCUIT CITY STORES INC! AND CONSEQUENTIAL BRINGING ME TO RAISING THE AMOUNT OF MY CLAIM TO $20,000,000

UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF       (3)
VIRGINIA    RICHMOND DIVISION

b. AN EXPLANATION FOR THE AMOUNT OF THE CLAIM

1.) THREE OF THE WORLDS' MOST VALUEABLE PAINTINGS BY VINCENT VAN GOGH AND REGISTERED IN MY NAME WITH THE ART LOST REGISTER - NEW YORK CITY PHOTOGRAPHED AND FILED FOR E.BAY AUCTION ON THE NOW DESTROYED BY CIRCUIT CITY, WEBSITE TWENTY CENTENNIAL@EBAY.COM

  a.) "SELF PORTRAIT WITH BANDAGE EAR AND PIPE" - VINCENT
   MINIMUM BID $85,000,000.

  b.) "THE FLAME" (SECOND STARRY NIGHT) - VINCENT
   MINIMUM BID - $100,000,000.

  c.) "SELF PORTRAIT, WITH THE ARTIST ON THE ROAD TO TARASCON" - VINCENT
   MINIMUM BID - $75,000,000

2.) ROUGH DIAMOND AUCTION LOTS TOTAL SIXTY-FIVE LOTS - APPROX 1500 CARATS EACH LOT.

UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF
VIRGINIA - RICHMOND DIVISION

④

3.) LONG ISLAND SOUND PETROLEUM DISCOVERY AND GRANT - ANNOUNCEMENT TO THE NATION - BY FRANKLIN S. WILSON FILED WITH SECRETARY-OF-STATE STATE OF N.Y. -
FRANKLIN S. WILSON -
(VAN GOGH AUCT.) FSW LTD - PETROLEUM, DIAMOND, GOLD
EIN - 13-4171316 · Tel. 1-845-326-70

4.) ALL OF MY EFFORTS TO REACH THE NATION AND ESTABLISH MY OIL WELL WERE DESTROYED BY CIRCUIT CITY - BY REASON MY COMPAQ WAS MY ONLY AND FIRST COMPUTER, I AM NOT A COMPUTER TECHNICIAN AND COULD NOT REPAIR IT TO PUT MY GOODS BACK ON EBAY AND THE INTERNET

5.) FOR SECURITY AND MY OWN SAFETY I WORK ALONE IN SECRET.

6.) MICROSOFT IS MY TESTIFYING WITNESS - CAPTURED ON CD

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
OF
VIRGINIA RICHMOND DIVISION    (5)

THAT THIS DESTRUCTION TO MY COMPAQ AND MY CAREERS AND LIFE BY CIRCUIT CITY WAS NOT ACCIDENTAL BUT WAS, AS STATED BY AND INVESTIGATED BY MICROSOFT FOR ME ON REQUEST, "MALICIOUS AND INTENTIONAL" SOFTWARE AND HARDWARE TAMPERING "INTENTIONAL HUMAN MISUSE" CRIMINAL TAMPERING NOT WORTHY OF ANY OMNIBUS OBJECTION - BUT TO PAY THE FULL PRICE OF WHAT I ESTIMATE TO BE THE COST AND DAMAGE TO ME: NOTWITHSTANDING SHORTCIRCUITING MY ATTEMPTS TO FULFILL MY DUTY TO THIS NATION - ARRIVED W/ WITH MY LONG ISLAND SOUND PETROLEUM FIELDS - TO EASE THE STRAIN ON US. AT THE PUMP.

UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF
VIRGINIA - RICHMOND DIVISION

6

AND FINALLY YOUR HONOR, IT HAS ALREADY BEEN DETERMINED BY BANKRUPTCY COURT THAT THIS CASE CLAIM #13340 IS NOT ELIGIBLE TO BE DISALLOWED OR MODIFIED BY OMNIBUS OBJECTION AS SCHREWEDLY REQUESTED OF THE COURT BY MY ADVERSARY KURTZMAN CARSON CONSULTANTS FOR CIRCUIT CITY STORES, ATTEMPTING TO "PULL THE WOOL OVER MY EYES" DOUBLE JEOPARDY, CONTEMPT OF COURT BY KURTMAN CARSON. THIS CASE DOES NOT COME UNDER THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS. NOT ELIGIBLE BY TIME OF THE FILEING AND 2, THIS IS A CRIMINAL CLAIM AS WELL AND NOT ... OF CERTAIN LEGAL CLAIMS SUCH AS CIVIL FOR PROPERTY NOT DELIVERED BY CIRCUIT CITY BUT PAID FOR BY A CLAIMANT. BY REASON OF THIS FRAUDULENT ATTEMPT BY MY OPPONENT THE CLAIM SHOULD BE DOUBLED TO $20,000,000.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
OF VIRGINIA - RICHMOND DIVISION

"RESPONSE":

7

NO, YOUR HONOR, I DO NOT CONCEDE TO KURTZMAN CARSON CONSULTANTS SCHREWD AND FRAUDULENT ATTEMPT TO GET ME TO AUTHORIZE THE DISALLOWANCE OF MY OWN CLAIM. THIS TYPE OF CONSCIENCELESS AND INSULTING ATTEMPT DISQUALIFYS THEM FROM ANY SETTLEMENT OR MODIFICATION WITH ME: I DO NOT HONOR OR REWARD DECIET AND DECEPTION. THEY MUST BE PENALIZED NOT REWARDED, NOT CONSIDERED. AS WELL THE CRIMINAL ACT OF MALICIOUS INTENT BY CIRCUIT CITY HAS LEFT THEM NO MARGIN FOR MODIFICATION OF THE AMOUNT OF MY CLAIM.
ATTEMPTING, AND FRAUDULENTLY, TO BRING THIS CLAIM UNDER, TO DEFINE IT AS "... CERTAIN LEGAL CLAIMS, CERTAIN MINOR LEGAL CLAIMS" IS CONTEMPT OF COURT, LIEING TO THE COURT, BY KURTZMAN CARSON FOR CIRCUIT CITY AND THEY MUST BE PENALIZED FOR DOING THIS BY THE COURT. DECEPTION IT IS.

AUG. 31, 2009            SIGNED: [signature]

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1. By the Omnibus Objection, the Debtors are seeking to disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO | Claim Number | Amount Claimed as Filed |
|---|---|---|
| Franklin Spencer Wilson<br>2 Highland St<br>Port Chester, NY 10513 | 13340 | $10,000,000.00 |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M.(EASTERN) ON SEPTEMBER 15, 2009</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

2

### Critical Information for Claimants
### Choosing to File a Response to the Objection

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on September 15, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

The status hearing on the Objection will be held at **11:00 a.m. (Eastern) on September 22, 2009 at:**

United States Bankruptcy Court
701 East Broad Street - Courtroom 5100
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do **not** need to appear at the status hearing on the Objection.

**Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objectio[n]**

**Contents.** To facilitate a speedy and non-judici[al] resolution of a Claim [su]bject to the Objection, any [party] filing a Response sha[ll] use its best efforts to incl[ude in] following (at a minim[um]) in its filed Response, to t[he] extent such materials [are] not attached to its proof [of] claim:

a. a cap[tion s]etting forth the name of [the] Bank[ruptcy C]ourt, the name of the D[ebtor,] the c[ase num]ber and the title of the [pleading or] Obje[ction to] which the Response is [directed]

```
SKADDEN, ARPS, SLATE, MEAGHER      MCGUIREWOODS LLP
& FLOM, LLP                        One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, VA 23219
Wilmington, DE 19899-0636          Attn: Dion W. Hayes
Attn: Gregg M. Galardi             Attn: Douglas M. Foley
Attn: Ian S. Fredericks

          - and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson
```

The status hearing on the Objection will be held at **11:00 a.m. (Eastern) on September 22, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5100
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do **not** need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents.** To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

✓   a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

4

b. the claimant's name and an explanation for the amount of the Claim;

c. a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; <u>provided</u>, <u>however</u>, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response; and

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be

5

        disallowed) and only for those Claims in the Objection.

    g.    To the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will <u>not</u> become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**. You may also obtain a copy of the Objection or related documents on the internet, by

6

accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

| | |
|---|---|
| Dated: August 20, 2009<br>Richmond, Virginia | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Chris L. Dickerson, Esq.<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>- and -<br><br>MCGUIREWOODS LLP<br><br>/s/ Douglas M. Foley<br>Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br><br>Counsel for Debtors and Debtors in Possession |

\9789328.1

8

Dated: August 20, 2009
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\9789328.1

8

accessing the website of the Debtors at www.kccllc.net/circuitcity.

**Reservation of Rights.** Nothing in this Notice or the Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Debtors. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases. In such event, you will receive a separate notice of any such objections.

7



SVC: 2
PACK NO: 106
OMNI 31

FRANKLIN SPENCER WILSON
2 HIGHLAND ST
PORT CHESTER, NY 10513

CASE NO: 08-35653
PRF NO. 18538