## TRINITY CHIROPRACTIC LLC
### 1100 DIXWELL AVE. HAMDEN, CT 06517
### TEL (203) 787-2000  FAX (203) 458-7780

June 03, 2008

Wambolt & Tolomeo, LLC

Re: Thibodeau, Jeffrey
Date of Injury/Onset: May 3, 2008
Date of Initial Exam: May 9, 2008

To Whom it May Concern:

On May 9, 2008, Mr. Jeffrey Thibodeau presented himself for an initial examination and evaluation of his complaints coming from a slip and fall accident that he was involved in on May 3, 2008.

## INJURY DESCRIPTION:
Mr. Thibodeau reported, Patient stated that he slippe dand fell in front of a circuit city store due to a broken side walk. His right ankle give out and landed on left wrist.

## CURRENT COMPLAINTS:
An assessment of Mr. Thibodeau's current signs and symptoms was performed today. His first symptom is dull and throbbing temporal headaches.

Mr. Thibodeau's second stated symptom is sharp and spastic pain in the neck on the right side. It occurs between three fourths and all of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left and by bending to the right.

He stated his third symptom is shooting, spastic, throbbing and pounding pain in the low back on the right side. It occurs between three fourths and all of the time he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left, bending to the right, twisting to the left, twisting to the right, coughing, sneezing, straining, standing and by lifting.

His next symptom is throbbing pain in the mid back on the right side. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left and by bending to the right.

He stated his next symptom is aching, spastic and throbbing pain in the upper back on the right side. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, standing and by lifting.

Another symptom is dull, aching and throbbing pain in the right ankle. It occurs between one half and three fourths of the time he is awake, and is tolerated but it does cause *some* diminution in his capacity to carry out daily activities. It is aggravated by standing and by walking.

He also complained of numbing and tingling pain in the left wrist. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities.

## HISTORY:

Mr. Thibodeau indicated that he had not experienced prior symptoms similar to his current complaints, and was symptom free at the time of the aforementioned accident/onset of May 3, 2008.

I have determined that Mr. Thibodeau's history has not contributed to his present condition.

## ACTIVITIES OF DAILY LIVING ASSESSMENT:

Based on an assessment of Mr. Thibodeau's history, along with his subjective complaints, objective findings, and other test results, it is evident from a standpoint of medical certainty, that his current condition did result from the type of injury/onset described in this report. He reported suffering varying degrees of losses of functional capacity with the following activities:

With regard to *Self Care and Personal Hygiene*, Mr. Thibodeau stated: bathing, showering, putting on his shoes, tying his shoes and putting on his pants can be managed by himself, despite marked pain.

With regard to *Physical Activity*, Mr. Thibodeau stated: standing, walking, stooping, squatting, kneeling, bending forward, bending backward, bending to the left, bending to the right, twisting to the left and twisting to the right can be managed alone, despite marked pain.

Regarding *Sleeping*, he stated: his ability to sleep a normal, restful nights sleep is moderately restricted by his condition.

## GENERAL PHYSICAL EXAMINATION:

Mr. Thibodeau is a right-handed 28 year-old mentally alert and cooperative male.

**Date of Birth:** December 18, 1979.

His superficial appearance suggested he was in distress.

**Stature:** Well developed.

**Blood Pressure (Left Side):** 120/78 mm Hg. On the left side, Mr. Thibodeau's blood pressure measurement was normal.

**Blood Pressure (Right Side):** 120/80 mm Hg. On the right side, Mr. Thibodeau's blood pressure measurement was normal.

**Pulse Rate (resting):** 69 beats per minute (normal).

**Deep Tendon Reflexes:** An examination of the deep tendon reflexes of the upper and lower extremities was performed in relation to the cervical and lumbar nerve roots, which showed them reacting within normal limits with approximately equal strength, one side being compared to the other.

## RANGE OF MOTION STUDIES:

The following joint range of motion calculations and analyses were performed to determine Mr.

Thibodeau's present condition with regard to joint motion.

| Cervical Spine: | Angle | Analysis |
|---|---|---|
| Flexion | 30 degrees | Norm is 50 degrees. |

Pain and spasms were both present.

| | | |
|---|---|---|
| Extension | 25 degrees | Norm is 60 degrees. |

This caused both pain and spasms.

| | | |
|---|---|---|
| Left Lateral Flexion | 15 degrees | Norm is 45 degrees. |

This caused both pain and spasms.

| | | |
|---|---|---|
| Right Lateral Flexion | 30 degrees | Norm is 45 degrees. |

Pain and spasms were both present.

| | | |
|---|---|---|
| Left Rotation | 40 degrees | Norm is 80 degrees. |

This test brought on both pain and spasms.

| | | |
|---|---|---|
| Right Rotation | 40 degrees | Norm is 80 degrees. |

Pain and spasms were both present.

| Lumbar Spine: | Angle | Analysis |
|---|---|---|
| True Lumbar Flexion | 40 degrees | Moderate restriction: norm is 60+ |
| True Lumbar Extension | 15 degrees | Moderate restriction: norm is 25 |

degrees.

| | | |
|---|---|---|
| Left Lateral Flexion | 10 degrees | Marked restriction: norm is 25 degrees. |

This test brought on both pain and spasms.

| | | |
|---|---|---|
| Right Lateral Flexion | 20 degrees | Slight restriction: norm is 25 degrees. |

Pain and spasms were both present.

**Extremities Range of Motion Measurements:**

| Upper Extremity: | Angle | Analysis |
|---|---|---|
| **Wrist:** | | |
| Flexion (Left) | 20 degrees | Normal flex. is 60. |
| Extension (Left) | 30 degrees | Normal ext. is 60. |
| Rad. Deviation (Left) | 10 degrees | Norm is 20. |
| Ulnar Deviation (Left) | 10 degrees | Norm is 30. |
| Lower Extremity: | Angle | Analysis |
| **Ankle:** | | |
| Plantar Flexion (Right) | 15 degrees | Normal flexion is 21. |
| Ext. (Dorsiflexion-R.) | 7 degrees | Norm is 10. |

# NEUROLOGICAL EVALUATION:

## Pathologic Reflexes Tests:
**Babinski Reflex** was negative.

## Posterior Column Disorders:
**The Finger to Finger Test** was negative. **The Finger to Nose Test** was negative. **Romberg's Sign** was not present.

## Sensory Deficit Testing:
All upper extremity dermatomes tested were normal with no loss of sensibility, abnormal sensation, or pain noted.

All lower extremity dermatomes were found to be within normal limits with no loss of sensibility, abnormal sensation, or pain noted.

# ORTHOPEDIC EVALUATION:

## Cervical Lesion Tests:
**The Jackson Compression Test** was positive on the right side. **The Maximum Cervical Compression Test** was positive on the right side. **The Shoulder Depression Test** was positive on the right side. **Valsalva Maneuver** was positive on the right side.

**Sacroiliac Lesion Tests:**
**Yeoman's Test** was positive on the right side.

**Sciatic Nerve Lesion Tests:**
**Bragard's Sign** was positive on the right side. **The Lasegue (Straight Leg Raise) Test** was positive on the right side. On this patient, moderate pain at was elicited at 45 degrees, which may indicate low back radiculopathy or possibly a lumbar disk lesion.

**Intervertebral Disc Syndromes:**
**Kemp's Test** was positive on the right side. **The Sitting Root Test** was positive on the right side.

## PALPATION EVALUATION:
Palpation, which is an examination using the hands, was performed to evaluate Mr. Thibodeau's response to pressure and to examine tissue consistency.

**Paraspinal Studies:**
Palpation of the left suboccipital muscle group of the neck demonstrated moderate pain. The right suboccipital muscle group of the neck revealed severe pain. Palpating the left paracervical muscles revealed moderate pain. The right paracervical muscles demonstrated severe pain.

Palpation of the left upper thoracic group of the dorsum disclosed moderate pain. The right upper thoracic group of the dorsum revealed severe pain. Palpation of the left mid thoracic group disclosed moderate pain. The right mid thoracic group revealed severe pain. Palpation of the left thoracolumbar group disclosed moderate pain. The right thoracolumbar group revealed severe pain.

Palpating the left iliolumbar group of the low back disclosed moderate pain. The right iliolumbar group of the low back revealed severe pain.

**Trigger Point Studies:**
The left trapezius muscle group disclosed active trigger points. The right trapezius muscle group elicited active trigger points. The left rhomboid muscle group revealed tender trigger points. The right rhomboid muscle group disclosed active trigger points. Palpating the left mid scapular muscles revealed active trigger points. The right mid scapular muscles disclosed active trigger points.

## FUTURE CARE PLAN:
**Present Care Phase:** Mr. Thibodeau is presently in a relief phase of care.

**Future Treatment Plan:** Mr. Thibodeau's future care plan includes ultrasound, moist heat therapy, physiotherapy, EMS (electrical muscle stimulation), massage therapy and spinal manipulation three times a week for four weeks.

**Goals of Treatment Plan:** Our goals for the above proposed treatment plan are decreasing pain, decreasing swelling and inflammation, decreasing spasms, increasing the ability to perform normal activities of daily living, increasing strength, returning the patient to his pre-clinical status, increasing function, stabilizing segments, correcting muscle imbalance, achieving maximum medical improvement, increasing flexibility and improving alignment.

**Prognosis:** Unknown at this time.

If my office can be of further assistance regarding Mr. Thibodeau please do not hesitate to contact me.

Sincerely,

**MANAL MENA, D.C. IME**

## TRINITY CHIROPRACTIC LLC
### 1100 DIXWELL AVE. HAMDEN, CT 06517
### TEL (203) 787-2000  FAX (203) 458-7780

August 05, 2008

Wanbolt & Tolomeo, LLC

FINAL EXAMINATION

Re: Thibodeau, Jeffrey
Date of Injury/Onset: May 3, 2008
Date of Initial Exam: May 9, 2008
Date of Discharge: July 31, 2008

To Whom it May Concern:

On May 9, 2008, Mr. Jeffrey Thibodeau presented himself for a re- examination and evaluation of his complaints coming from a slip and fall accident that he was involved in on May 3, 2008.

**GENERAL PHYSICAL EXAMINATION:**
Mr. Thibodeau is a 28 year-old mentally alert and cooperative male.

His superficial appearance did not indicate any obvious distress. There was no apparent spine tilt with him standing upright.

**Gait:** His walk revealed no antalgic gait.

**Deep Tendon Reflexes:** An examination of the deep tendon reflexes of the upper and lower extremities was performed in relation to the cervical and lumbar nerve roots, which showed them reacting within normal limits with approximately equal strength, one side being compared to the other.

**RANGE OF MOTION STUDIES:**

| Cervical Spine: | Angle | Analysis |
|---|---|---|
| Flexion | 50 degrees | No restriction: norm is 50 degrees. |
| Extension | 60 degrees | No restriction: norm is 60 degrees. |
| Left Lateral Flexion | 45 degrees | No restriction: norm is 45 degrees. |
| Right Lateral Flexion | 45 degrees | No restriction: norm is 45 degrees. |
| Left Rotation | 80 degrees | No restriction: norm is 80 degrees. |
| Right Rotation | 80 degrees | No restriction: norm is 80 degrees. |
| **Lumbar Spine:** | **Angle** | **Analysis** |
| Lumbar Flexion | 70 degrees | No restriction: norm is 60+ |
| Lumbar Extension | 25 degrees | No restriction: norm is 25 degrees. |
| L. Straight Leg Raise | 90 degrees | |
| R. Straight Leg Raise | 90 degrees | |
| Left Lateral Flexion | 25 degrees | No restriction: norm is 25 degrees. |
| Right Lateral Flexion | 25 degrees | No restriction: norm is 25 degrees. |
| **Extremities Range of Motion Measurements:** | | |
| **Upper Extremity:** | **Angle** | **Analysis** |
| **Wrist:** | | |
| Flexion (Left) | 50 degrees | Normal flex. is 60. |

| Extension (Left) | 50 degrees | Normal ext. is 60. |
| Rad Deviation (Left) | 15 degrees | Norm is 20. |
| Ulnar Deviation (Left) | 30 degrees | Norm is 30. |
| **Lower Extremity:** | **Angle** | **Analysis** |
| **Ankle:** | | |
| Plantar Flexion (Right) | 20 degrees | Normal flexion is 21. |
| Ext. (Dorsiflexion-R.) | 10 degrees | Norm is 10. |

## NEUROLOGICAL EVALUATION:
### Pathologic Reflexes Tests:
Babinski Reflex was negative.

### Posterior Column Disorders:
The Finger to Finger Test was negative. The Finger to Nose Test was negative. The Heel-Knee Test was negative. **Romberg's Sign** was not present.

## ORTHOPEDIC EVALUATION:
### Cervical Lesion Tests:
The Cervical Distraction Test was negative. The Jackson Compression Test was negative. The Maximum Cervical Compression Test was negative. The Shoulder Depression Test was negative.

### Sacroiliac Lesion Tests:
Yeoman's Test was negative.

### Sciatic Nerve Lesion Tests:
Bragard's Sign was negative. The Lasegue (Straight Leg Raise) Test was negative, as both legs could be straight leg raised to 90 degrees without pain.

### Intervertebral Disc Syndromes:
Kemp's Test was negative.

## PALPATION EVALUATION:
Palpation, which is an examination using the hands, was performed to evaluate Mr. Thibodeau's response to pressure and to examine tissue consistency.

### Paraspinal Studies:
Palpation of the left suboccipital muscle group of the neck demonstrated slight pain and tenderness. The right suboccipital muscle group of the neck revealed slight pain and tenderness. Palpating the left paracervical muscles revealed slight pain and tenderness. The right paracervical muscles demonstrated slight pain and tenderness.

Palpation of the left upper thoracic group of the dorsum disclosed slight pain and tenderness. The right upper thoracic group of the dorsum revealed slight pain and tenderness. Palpation of the left mid thoracic group disclosed slight pain and tenderness. The right mid thoracic group revealed slight pain and tenderness. Palpation of the left thoracolumbar group disclosed slight pain and tenderness. The right thoracolumbar group revealed slight pain and tenderness.

### Trigger Point Studies:
The left trapezius muscle group disclosed slight pain and tenderness. The right trapezius muscle group elicited slight pain and tenderness. The left rhomboid muscle group revealed slight pain and tenderness. The right rhomboid muscle group disclosed slight pain and tenderness. Palpating the left mid scapular muscles revealed slight pain and tenderness. The right mid scapular muscles disclosed slight pain and tenderness.

**PROGNOSIS:**

The patient's prognosis at this time is good but guarded.

**CLOSING COMMENTS:**

Mr. Thibodeau has been under my care for injuries resulting from a slip and fall. He has been coming for his treatments as recommended to do so. As noted above, his condition has improved as a result of our treatments.

The patient could therefore remain intermittently symptomatic for a prolonged period of time. May required periodical medical treatment on an as needed basis. And, it is my opinion as well as the opinion of many other experts/authorities, and studies done and documented on similar cases (available upon request). That the need for such additional treatment is casually related to the injuries sustained and probably would not be necessary had the accident/injury not occurred.

Although I have discharged this patient, he was advised to return to this office on an as needed basis should pain recur or aggravated.

If my office can be of further assistance regarding Mr. Thibodeau, please do not hesitate to contact me.

Sincerely,

MANAL MENA, D.C. IME

10/29/2008  13:36    1-203-777-8919    GENERAL PRACTITIONES    PAGE  01

# TRIINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_    D.O.I. 5/3/08.

## Progress Notes

DATE 7/9/08

S: _fee_ Initial Exam

O: _____

A: _____

P: 3x wk.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐Lumbar  ☐Lower Extremities  ☐Upper Extremities
MANIPULATION  ☐1-2 ☐3-4 ☐4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ___ MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ___ MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CF/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned were rendered to me on the above date.
PATIENTS SIGNATURE -

DATE 5/3/08

S: Pt presents to days C@ in rect, mid of low back. He states @ ankle severe @ & @ wrist @ at the Thenar region.

O: Palas c/s t/l/s. Ms Spasm Mod. Mid of L B Muscles.

A: Unchanged.

P: Continue c to plan

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐Lumbar  ☐Lower Extremities  ☐Upper Extremities
MANIPULATION  ☐1-2 ☐3-4 ☐4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ___ MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ___ MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CF/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned were rendered to me on the above date.
PATIENTS SIGNATURE -

DR. MANAL MENA, D.C. _____

10/29/2008  13:40    1-203-777-8919        GENERAL PRACTITIONES            PAGE   04

# ~RINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_____                          D.O.I. _5/3/08_

## Progress Notes

DATE

S: Pt returns today feeling seen (R) L (R) Ankle still well he feels the same.

C: ↓ AROM cle. T/s & L/s. Segmental dysfunction C4-C5 – T6-T8, L5

A: unchanged.

P: Continue & tx plan.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐ Lower Extremities ☐ Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
E/AS____MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
U/S____MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CF/HP ☐ MR ☐TPT ☐THERAPEUTIC EXERCISES ☐MASSAGE ☐OTHION ☐DIA   MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

---

DATE

S: Pt reports (R) in his neck, difficulty turning when driving. Persistent (R) between shoulder blades.

C: Limited ROM in cle. T & LL/s due to (R) & Stiffen

A: unchanged.

P: Continue & tx plan.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐ Lower Extremities ☐ Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
E/AS____MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
U/S____MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CF/HP ☐ MR ☐TPT ☐ THERAPEUTIC EXERCISES ☐MASSAGE ☐OTHION ☐DIA   MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered  I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

DR. MANAL MENA, D.C.

10/29/2008   13:40   1-203-777-8919   GENERAL PRACTITIONES   PAGE   03

## TRINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_   D.O.I. 5/3/08

## Progress Notes

DATE

S: pt presents today c̄ ℗ in neck & low back as well as between shoulder blades
O: ⊕ ortho cl. cl. ↓ AROM cl's & l's palpable tender ℗ hand.
A: Slow progress
P: Continue c̄ tx plan.
Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐Lower Extremities ☐Upper Extremities
MANIPULATION ☐1-2 ☐3 4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS___MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US___MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CP/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DATE

S: pt reports decr complain however ℗ ankle started to improve slightly ℗
O: ↓ AROM in c/s & l/s segmental dysfunct C3-c4 T6-T5
A: Slow progress
P: continue c̄ tx plan.
Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐Lower Extremities ☐Upper Extremities
MANIPULATION ☐1-2 ☐3 4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS___MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US___MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CP/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DR. MANAL MENA, D.C.

10/29/2008  13:36   1-203-777-8919   GENERAL PRACTITIONES   PAGE  02

# TRINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_____     D.O.I. _5/3/08_

## Progress Notes

DATE

5/28/08

S: Pt presents today stating ℗ in the neck is ↓ slightly s
   (feeling overall improvmt)
O: M⁺ tightness C/S region ℗. ↓ AROM in C/S 2° t/s due to
   PD spasm
A: Slow improvmt.
P: Continue c̄ tx plan.
Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐ Lumbar  ☐ Lower Extremities  ☐ Upper Extremities
MANIPULATION   ☐ 1-2 ☐ 3 ☐ 4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5,  S/SI
EMS ___ MIN C/S T/S L/S R  L SHOULDER  R  L  ELBOW  R  L  WRIST  R  L  HIP  R  L  KNEE R  L  ANKLE
US ___ MIN C/S T/S L/S R  L SHOULDER  R  L  ELBOW  R  L  WRIST  R  L  HIP  R  L  KNEE R  L  ANKLE
☐ CP/HP ☐ MR  ☐ TPT  ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE _____

DATE

6/3/08

   sharp
S: Pt reports feeling ^℗ in between shoulder blades today
   Pt rated the same. Neck continues to improve
O: Trigger pt Noted ℗ Rhomboid. Segmental dysf. C3-C4, L4, T8-T9
A: Slow improvmt.
P: Continue c̄ tx plan.
Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐ Lumbar  ☐ Lower Extremities  ☐ Upper Extremities
MANIPULATION   ☐ 1-2 ☐ 3 ☐ 4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5,  S/SI
EMS ___ MIN C/S T/S L/S R  L SHOULDER  R  L  ELBOW  R  L  WRIST  R  L  HIP  R  L  KNEE R  L  ANKLE
US ___ MIN C/S T/S L/S R  L SHOULDER  R  L  ELBOW  R  L  WRIST  R  L  HIP  R  L  KNEE R  L  ANKLE
☐ CP/HP ☐ MR  ☐ TPT  ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE _____

DR. MANAL MENA, D.C. _____

10/29/2008  13:36    1-203-777-8919    GENERAL PRACTITIONES    PAGE  03

# TRIINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_    D.O.I. _5/3/08_

## Progress Notes

**DATE** 6/4/08

S: pt returned today stating feeling better since last tx. mid back R bet shoulder blades still hurt

O: ↓ segmental mobility Mid Th region T8-T9 C4-C5 & L4.

A: Slow progress

P: Continue c tx plan.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐Lower Extremities ☐Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ☐MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ☐MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐CP/HP ☐MR ☐TPT ☐THERAPEUTIC EXERCISES ☐MASSAGE ☐OTHION ☐DIA    MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned were rendered to me on the above date.
PATIENTS SIGNATURE -

**DATE** 6/5/08

S: pt returned c R in Mid back region that is constant. Neck & low back R is improving.

O: ↓ Segmental mobility c/s c4-c5. T/s T8-T9 & L/s L4. Ms spasm R Rhomboid.

A: Slow progression.

P: Continue c tx plan

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐Lower Extremities ☐Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ☐MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ☐MIN C/S T/S L/S R L SHOULBER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐CP/HP ☐MR ☐TPT ☐THERAPEUTIC EXERCISES ☐MASSAGE ☐OTHION ☐DIA    MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned were rendered to me on the above date.
PATIENTS SIGNATURE -

DR. MANAL MENA, D.C.

# TRIINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_                                      D.O.I. _____

## Progress Notes

**DATE** 6/17/08

S: Jeff reports @ in the mid back L > R. Neck & LBP

O: progressive spasm NP at C3-C6 & T6-T9 & L4 hours
L is less intense than prev. Mr. spasm L Rhomboid.

A: pt is showing improvement

P: continue ē tx plan.

Notes:

**DR'S INITIALS**

Procedures Performed Today: CMT ☐Cervical   ☐Thoracic ☐Lumbar   ☐Lower Extremities   ☐Upper Extremities
MANIPULATION   ☐1-2 ☐3-4 ☐4-5 REGIONS   C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5, S/S1
B☐    MIN C/S T/S L/S R L SHOULBER  R L ELBOW  R L WRIST R L HIP  R L KNEE R L ANKLE
U☐    MIN C/S T/S L/S  R L SHOULBER  R L ELBOW  R L WRIST  R L HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐ TPT  ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA     MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

**DATE** 6/19/08

S: Jeff stated continued impro't, showing concern about @
ankle. ē L wrist that @ is less intense home 60 hrs

O: @ ankle dorsiflexion limited @ ē left. + Mobility dl.
T/C & L/S due to Mr tightness & Subluxation

A: pt continues to improve.

P: continue ē tx plan.

Notes:

**DR'S INITIALS**

Procedures Performed Today: CMT ☐Cervical   ☐Thoracic ☐Lumbar   ☐Lower Extremities   ☐Upper Extremities
MANIPULATION   ☐1-2 ☐3-4 ☐4-5 REGIONS   C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5, S/S1
B☐    MIN C/S T/S L/S R L SHOULBER  R L ELBOW  R L WRIST R L HIP  R L KNEE R L ANKLE
U☐    MIN C/S T/S L/S  R L SHOULBER  R L ELBOW  R L WRIST  R L HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐ TPT  ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA     MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

DR. MANAL MENA, D.C.

10/29/2008   13:40    1-203-777-8919            GENERAL PRACTITIONES                    PAGE  01

# TRIINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_                                                           D.O.I. _____

## Progress Notes

DATE

6/24/08

S: pt reports feeling ℗ in mid back region & ℗ ankle today

C: Ms spasm cls region & mid back ℗ XR
↓ Mobility cls Cz-C3   T8-T5 — Ly

A: progressing as expected.

P: continue ē tx plan

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical   ☐Thoracic ☐Lumbar  ☐Lower Extremities  ☐Upper Extremities
MANIPULATION   ☐1-2 ☐3-4 ☐4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5, S/SI
E/S☐   MIN C/S T/S  L/S  R  L SHOULBER  R L ELBOW  R L  WRIST  R L HIP  R L KNEE R L ANKLE
U/S☐   MIN  C/S T/S  L/S  R L SHOULBER  R L  ELBOW  R L  WRIST  R L  HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA    MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

---

DATE

6/26/8

S: Jeff reports feeling better since last tx. expressing concerns about his ℗ ankle & mid back ℗ that seems constant.

C: palpable tenderness ℗ ankle. ↓ Mobility cls Cz-Cy T/S. T8-T5 & Ly

A: pt continues to improve.

P: Continue ē tx plan.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical   ☐Thoracic ☐Lumbar  ☐Lower Extremities  ☐Upper Extremities
MANIPULATION   ☐1-2 ☐3-4 ☐4-5 REGIONS  C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5, S/SI
E/S☐   MIN C/S T/S  L/S  R  L SHOULBER  R L ELBOW  R L  WRIST  R L HIP  R L KNEE R L ANKLE
U/S☐   MIN  C/S T/S  L/S  R L SHOULBER  R L  ELBOW  R L  WRIST  R L  HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA    MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DR. MANAL MENA, D.C.

10/29/2008   13:36   1-203-777-8919   GENERAL PRACTITIONES   PAGE   04

## TRIINITY CHIROPRACTIC

1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_   D.O.I. _____

## Progress Notes

DATE

7/1/08

S: Pt states his neck is stiff today, he had difficulty in turning his head to the R.

C: proprioceptive maneuver elicited P in neck & L/s region at C3-C4 & L3-L4 respectively.

A: pt continues to improve

P: continue c plan

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐ Lower Extremities ☐ Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ☐ MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ☐ MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CP/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE -

DATE

7/3/08

S: pt states that he feels better since last tx. he complains of R wrist & thumb R today.

O: palpable tender palmar area of R thenar. ↓ Mobility ab: C3-C4, T4 T6-T8, L5 L3-L4.

A: progressing as expected

P: continue tx plan.

Notes:

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical ☐Thoracic ☐Lumbar ☐ Lower Extremities ☐ Upper Extremities
MANIPULATION ☐1-2 ☐3-4 ☐4-5 REGIONS C 1 2 3 4 5 6 7, T 1 2 3 4 5 6 7 8 9 10 11 12, L 1 2 3 4 5, S/SI
EMS ☐ MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
US ☐ MIN C/S T/S L/S R L SHOULDER R L ELBOW R L WRIST R L HIP R L KNEE R L ANKLE
☐ CP/HP ☐ MR ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DR. MANAL MENA, D.C.

10/29/2008   13:36      1-203-777-8919          GENERAL PRACTITIONES                    PAGE   85

## PROGRESS NOTES

Date _7/9/08_

**Sub:**
Neck pain:
[]int., []cons. []m, []mo, []sev.  []eft, []right side more.   Left  []arm, []forearm, []hand.   []weakness, []numbness, []pain.  []int, []con.
Right []arm, []forearm, []hand.   []weakness, []numbness, []pain  []int, []con.
Headaches: []int., []constant  []occip, []frontal, []left, []right []parietal, []temporal, []vertex, []int, []con.  []dizziness, []nausea,

Midback pain:   []int., []cons.  []m, []mo, []sev.  []left, []right side more.

Lowback pain:
[]int., []cons. []m, []mo, []sev.  []left, []right side more.  Right []buttock, []thigh, []calf, []foot. []pain, []weak,[]numb. []int, []con.
Left  []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.

(R) ankle (R) & discomfort.

**Obj:**
Paracervical musc. guarding []m, []mod, []sev, []left, []right side more.   []seg. jt. dys.
Parathoracic musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Paralumbar musc. guarding []m, []mod, []sev, []left, []right side more.   []seg. jt. dys.

**Ortho maneuvers:**

**Assessment:**  []unchanged, []improving,   []worse due to flare up,
**Tx:**
[]cerv, []thor, []numb manipulation   []cerv. man. traction,  []flex/distraction .
Physical therapy; []electrical muscle stimulation, []ultrasound  []hot packs, []cold packs to the []cerv, []thor, []lumbar region.
Plan: []cont with tx. plan []decrease freq. to []once, []twice, []three x's per week     For the next []one, []two, []three, []four weeks
Placed on inactive treatment, return in []four, []six weeks     []dismissed from care

---

## PROGRESS NOTES

Date _7/24/08_

**Sub:**
Neck pain:
[]int []cons. []m, []mo, []sev.  []left, []right side more. Left  []arm, []forearm, []hand.   []weakness, []numbness, []pain.  []int, []con.
Right []arm, []forearm, []hand.   []weakness, []numbness, []pain  []int, []con.
Headaches: []int., []constant  []occip, []frontal, []left, []right []parietal, []temporal, []vertex, []int, []con.  []dizziness, []nausea,

Midback pain:   []int., []cons.  []m, []mo, []sev.  []left, []right side more.

Lowback pain:
[]int []cons. []m, []mo, []sev.  []left, []right side more.  Right []buttock, []thigh, []calf, []foot. []pain, []weak,[]numb. []int, []con.
Left  []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.

(R) ankle continues to hurt & mid back (R).

**Obj:**
Paracervical musc. guarding []m, []mod, []sev, []left, []right side more.   []seg. jt. dys.
Parathoracic musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Paralumbar musc. guarding []m, []mod, []sev, []left, []right side more.   []seg. jt. dys.

**Ortho maneuvers:**

**Assessment:**  []unchanged, []improving,   []worse due to flare up,
**Tx:**
[]cerv, []thor, []numb manipulation   []cerv. man. traction,  []flex/distraction
Physical therapy; []electrical muscle stimulation, []ultrasound  []hot packs, []cold packs to the []cerv, []thor, []lumbar region.
Plan: []cont with tx. plan []decrease freq. to []once, []twice, []three x's per week     For the next []one, []two, []three, []four weeks
Placed on inactive treatment, return in []four, []six weeks     []dismissed from care

**PROGRESS NOTES**

Date __7/22/08__

**Sub:**

Neck pain:
[]int., []cons. []m, []mo, []sev. []left, []right side more.   Left []arm, []forearm, []hand.   []weakness, []numbness, []pain. []int, []con.
                                                            Right []arm, []forearm, []hand.   []weakness, []numbness, []pain  []int, []con.
Headaches: []int, []constant []occip, []frontal, []left, []right []parietal, []temporal, []vertex, []int, []con.  []dizziness, []nausea,

Midback pain:   []int., []cons.  []m, []mo, []sev.  []left, []right side more.

Lowback pain:
[]int, []cons. []m, []mo, []sev.  []left, []right side more.  Right []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.
                                                          Left []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.

R ankle (R), Mid back (B) is still stiff

**Obj:**

Paracervical musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Parathracic musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Paralumbar musc. guarding  []m, []mod, []sev. []left, []right side more.   []seg. jt dys.

**Ortho maneuvers:**

**Assessment:** []unchanged, []improving,   []worse due to flare up,
**Tx:**
[]cerv, []thor, []lumb manipulation    []cerv. man. traction,  []flex/distraction .
Physical therapy: []electrical muscle stimulation, []ultrasound    []hot packs, []cold packs to the []cerv, []thor, []lumbar region.
**Plan:** []cont with tx. plan []decrease freq. to []once, []twice, []three x's per week    For the next []one, []two, []three, []four weeks
Placed on inactive treatment, return in []four, []six  weeks     []dismissed from care

X

**PROGRESS NOTES**

Date __7/23/08__

**Sub:**

Neck pain:
[]int, []cons. []m, []mo, []sev. []left, []right side more.   Left []arm, []forearm, []hand.   []weakness, []numbness, []pain. []int, []con.
                                                            Right []arm, []forearm, []hand.   []weakness, []numbness, []pain  []int, []con.
Headaches: []int, []constant []occip, []frontal, []left, []right []parietal, []temporal, []vertex, []int, []con.  []dizziness, []nausea,

Midback pain:   []int., []cons.  []m, []mo, []sev.  []left, []right side more.

Lowback pain:
[]int, []cons. []m, []mo, []sev.  []left, []right side more.  Right []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.
                                                          Left []buttock, []thigh, []calf, []foot. []pain, []weak, []numb. []int, []con.

**Obj:**

Paracervical musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Parathoracic musc. guarding []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.
Paralumbar musc. guarding  []m, []mod, []sev. []left, []right side more.   []seg. jt. dys.

**Ortho maneuvers:**

**Assessment:** []unchanged, []improving,   []worse due to flare up,
**Tx:**
[]cerv, []thor, []lumb manipulation    []cerv. man. traction,  []flex/distraction
Physical therapy: []electrical muscle stimulation, []ultrasound    []hot packs, []cold packs to the []cerv, []thor, []lumbar region.
**Plan:** []cont with tx. plan []decrease freq. to []once, []twice, []three x's per week    For the next []one, []two, []three, []four weeks
Placed on inactive treatment, return in []four, []six  weeks     []dismissed from care

10/29/2008  13:36   1-203-777-8919          GENERAL PRACTITIONES              PAGE  07

# TRINITY CHIROPRACTIC
1100 DIXWELL AVE.
HAMDEN, CT 06517
(203) 787-2000

NAME: _Jeff_____              D.O.I. _____

## Progress Notes

DATE

7/31/08

S: ___D) 8 change d_____
O: _Mid back (P) to on & off_____
A: _____
P: _____
Notes: _____

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐ Lumbar  ☐ Lower Extremities  ☐ Upper Extremities
MANIPULATION  ☐ 1-2 ☐ 3-4 ☐ 4-5 REGIONS  C 1 2 3 4 5 6 7,  T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5,  S/SI
EMS___ MIN C/S T/ S L/S R L SHOULBER  R L ELBOW  R L  WRIST  R L HIP  R L KNEE R L ANKLE
US ___ MIN C/S T/ S L/S R L SHOULBER  R L ELBOW  R L WRIST  R L HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DATE

8/27/08

S: _Pt returned today due to (P) in the mid back.___
O: _____
A: _____
P: _____
Notes: _____

DR'S INITIALS

Procedures Performed Today: CMT ☐Cervical  ☐Thoracic ☐ Lumbar  ☐ Lower Extremities  ☐ Upper Extremities
MANIPULATION  ☐ 1-2 ☐ 3-4 ☐ 4-5 REGIONS  C 1 2 3 4 5 6 7,  T 1 2 3 4 5 6 7 8 9 10 11 12,  L 1 2 3 4 5,  S/SI
EMS___ MIN C/S T/ S L/S R L SHOULBER  R L ELBOW  R L  WRIST  R L HIP  R L KNEE L ANKLE
US ___ MIN C/S T/ S L/S R L SHOULBER  R L ELBOW  R L WRIST  R L HIP  R L KNEE R L ANKLE
☐ CP/HP ☐ MR  ☐ TPT ☐ THERAPEUTIC EXERCISES ☐ MASSAGE ☐ OTHION ☐ DIA ___ MIN Area
I authorize payment from my insurance carrier to be made on my behalf for the above mention date. I understand that I
am responsible if my insurance carrier does not cover the services rendered. I attest that the above services mentioned
were rendered to me on the above date.
PATIENTS SIGNATURE

DR. MANAL MENA, D.C. _____

200 45 N 2 (2)

08/05/2008   14:22     1-203-777-8919          GENERAL PRACTITIONES          PAGE   01

**Dr. Manal Mena**
1100 Dixwell Ave.
Hamden, CT 06517
**(203) 787-2000**

**Statement**

10/5/2008
Page 1 of 2

JEFFERY THIBODEAU
32 SYCAMORE WAY
WALLINGFORD, CT 06492

For Professional Services Rendered

| Date | Service | | Charge | Co-Pay | Ins Pay | Adjustment | Running Bal |
|------|---------|--|--------|--------|---------|------------|-------------|
| 05/09/2008 | 99202 | Initial Evaluation w/exam | $135.00 | $0.00 | $0.00 | $0.00 | $135.00 |
| 05/09/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $210.00 |
| 05/09/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $247.00 |
| 05/09/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $284.00 |
| 05/13/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $359.00 |
| 05/13/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $396.00 |
| 05/13/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $433.00 |
| 05/14/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $508.00 |
| 05/14/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $545.00 |
| 05/14/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $582.00 |
| 05/15/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $657.00 |
| 05/15/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $694.00 |
| 05/15/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $731.00 |
| 05/20/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $806.00 |
| 05/20/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $843.00 |
| 05/20/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $880.00 |
| 05/22/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $955.00 |
| 05/22/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $992.00 |
| 05/22/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,029.00 |
| 05/28/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,104.00 |
| 05/28/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,141.00 |
| 05/28/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,178.00 |
| 06/03/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,253.00 |
| 06/03/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,290.00 |
| 06/03/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,327.00 |
| 06/04/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,402.00 |
| 06/04/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,439.00 |
| 06/04/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,476.00 |
| 06/05/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,551.00 |
| 06/05/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,588.00 |
| 06/05/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,625.00 |
| 06/17/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,700.00 |
| 06/17/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,737.00 |
| 06/17/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,774.00 |
| 06/19/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,849.00 |
| 06/19/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,886.00 |
| 06/19/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,923.00 |

08/05/2008  14:22    1-203-777-8919    GENERAL PRACTITIONES    PAGE  02

**Dr. Manal Mena**
1100 Dixwell Ave.
Hamden, CT 06517
**(203) 737-2000**

**Statement**

10/5/2008
Page 2 of 2

JEFFERY THIBODEAU
32 SYCAMORE WAY
WALLINGFORD, CT  06492

For Professional Services Rendered

| Date | Service | | Charge | Co-Pay | Ins Pay | Adjustment | Running Bal |
|------|---------|---|--------|--------|---------|------------|-------------|
| 06/24/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $1,998.00 |
| 06/24/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,035.00 |
| 06/24/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,072.00 |
| 06/26/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,147.00 |
| 06/26/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,184.00 |
| 06/26/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,221.00 |
| 07/01/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,296.00 |
| 07/01/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,333.00 |
| 07/01/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,370.00 |
| 07/03/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,445.00 |
| 07/03/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,482.00 |
| 07/03/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,519.00 |
| 07/09/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,594.00 |
| 07/09/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,631.00 |
| 07/09/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,668.00 |
| 07/22/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,743.00 |
| 07/22/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,780.00 |
| 07/22/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,817.00 |
| 07/23/2008 | 98941 | Chiro Mal. 3-4 Regions | $75.00 | $0.00 | $0.00 | $0.00 | $2,892.00 |
| 07/23/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,929.00 |
| 07/23/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,966.00 |
| 07/31/2008 | 99203 | Initial Evaluation w/ History and Exam | $210.00 | $0.00 | $0.00 | $0.00 | $3,176.00 |
| | | **Totals** | **$3,176.00** | **$0.00** | **$0.00** | **$0.00** | $3,176.00 |

**Please Pay This Amount:$3,176.00**

# TRINITY CHIROPRACTIC LLC
## 1100 DIXWELL AVE. HAMDEN, CT 06517
### TEL (203) 787-2000  FAX (203) 458-7780

June 03, 2008

Wambolt & Tolomeo, LLC

Re: Thibodeau, Jeffrey
Date of Injury/Onset: May 3, 2008
Date of Initial Exam: May 9, 2008

To Whom it May Concern:

On May 9, 2008, Mr. Jeffrey Thibodeau presented himself for an initial examination and evaluation of his complaints coming from a slip and fall accident that he was involved in on May 3, 2008.

## INJURY DESCRIPTION:
Mr. Thibodeau reported, Patient stated that he slippe dand fell in front of a circuit city store due to a broken side walk. His right ankle give out and landed on left wrist.

## CURRENT COMPLAINTS:
An assessment of Mr. Thibodeau's current signs and symptoms was performed today. His first symptom is dull and throbbing temporal headaches.

Mr. Thibodeau's second stated symptom is sharp and spastic pain in the neck on the right side. It occurs between three fourths and all of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left and by bending to the right.

He stated his third symptom is shooting, spastic, throbbing and pounding pain in the low back on the right side. It occurs between three fourths and all of the time he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left, bending to the right, twisting to the left, twisting to the right, coughing, sneezing, straining, standing and by lifting.

His next symptom is throbbing pain in the mid back on the right side. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, bending to the left and by bending to the right.

He stated his next symptom is aching, spastic and throbbing pain in the upper back on the right side. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities. It is aggravated by bending forward, bending backward, standing and by lifting.

Another symptom is dull, aching and throbbing pain in the right ankle. It occurs between one half and three fourths of the time he is awake, and is tolerated but it does cause *some* diminution in his capacity to carry out daily activities. It is aggravated by standing and by walking.