He also complained of numbing and tingling pain in the left wrist. It occurs between one half and three fourths of the time when he is awake, and causes *serious* diminution in his capacity to carry out daily activities.

## HISTORY:
Mr. Thibodeau indicated that he had not experienced prior symptoms similar to his current complaints, and was symptom free at the time of the aforementioned accident/onset of May 3, 2008.

I have determined that Mr. Thibodeau's history has not contributed to his present condition.

## ACTIVITIES OF DAILY LIVING ASSESSMENT:
Based on an assessment of Mr. Thibodeau's history, along with his subjective complaints, objective findings, and other test results, it is evident from a standpoint of medical certainty, that his current condition did result from the type of injury/onset described in this report. He reported suffering varying degrees of losses of functional capacity with the following activities:

With regard to *Self Care and Personal Hygiene*, Mr. Thibodeau stated: bathing, showering, putting on his shoes, tying his shoes and putting on his pants can be managed by himself, despite marked pain.

With regard to *Physical Activity*, Mr. Thibodeau stated: standing, walking, stooping, squatting, kneeling, bending forward, bending backward, bending to the left, bending to the right, twisting to the left and twisting to the right can be managed alone, despite marked pain.

Regarding *Sleeping*, he stated: his ability to sleep a normal, restful nights sleep is moderately restricted by his condition.

## GENERAL PHYSICAL EXAMINATION:
Mr. Thibodeau is a right-handed 28 year-old mentally alert and cooperative male.

**Date of Birth:** December 18, 1979.

His superficial appearance suggested he was in distress.

**Stature:** Well developed.

**Blood Pressure (Left Side):** 120/78 mm Hg. On the left side, Mr. Thibodeau's blood pressure measurement was normal.

**Blood Pressure (Right Side):** 120/80 mm Hg. On the right side, Mr. Thibodeau's blood pressure measurement was normal.

**Pulse Rate (resting):** 69 beats per minute (normal).

**Deep Tendon Reflexes:** An examination of the deep tendon reflexes of the upper and lower extremities was performed in relation to the cervical and lumbar nerve roots, which showed them reacting within normal limits with approximately equal strength, one side being compared to the other.

## RANGE OF MOTION STUDIES:
The following joint range of motion calculations and analyses were performed to determine Mr.

Thibodeau's present condition with regard to joint motion.

| Cervical Spine: | Angle | Analysis |
|---|---|---|
| Flexion | 30 degrees | Norm is 50 degrees. |

Pain and spasms were both present.

| | | |
|---|---|---|
| Extension | 25 degrees | Norm is 60 degrees. |

This caused both pain and spasms.

| | | |
|---|---|---|
| Left Lateral Flexion | 15 degrees | Norm is 45 degrees. |

This caused both pain and spasms.

| | | |
|---|---|---|
| Right Lateral Flexion | 30 degrees | Norm is 45 degrees. |

Pain and spasms were both present.

| | | |
|---|---|---|
| Left Rotation | 40 degrees | Norm is 80 degrees. |

This test brought on both pain and spasms.

| | | |
|---|---|---|
| Right Rotation | 40 degrees | Norm is 80 degrees. |

Pain and spasms were both present.

| Lumbar Spine: | Angle | Analysis |
|---|---|---|
| True Lumbar Flexion | 40 degrees | Moderate restriction: norm is 60+ |
| True Lumbar Extension | 15 degrees | Moderate restriction: norm is 25 degrees. |
| Left Lateral Flexion | 10 degrees | Marked restriction: norm is 25 degrees. |

This test brought on both pain and spasms.

| | | |
|---|---|---|
| Right Lateral Flexion | 20 degrees | Slight restriction: norm is 25 degrees. |

Pain and spasms were both present.

**Extremities Range of Motion Measurements:**

| Upper Extremity: | Angle | Analysis |
|---|---|---|
| **Wrist:** | | |
| Flexion (Left) | 20 degrees | Normal flex. is 60. |
| Extension (Left) | 30 degrees | Normal ext. is 60. |
| Rad. Deviation (Left) | 10 degrees | Norm is 20. |
| Ulnar Deviation (Left) | 10 degrees | Norm is 30. |
| **Lower Extremity:** | **Angle** | **Analysis** |
| **Ankle:** | | |
| Plantar Flexion (Right) | 15 degrees | Normal flexion is 21. |
| Ext. (Dorsiflexion-R.) | 7 degrees | Norm is 10. |

## NEUROLOGICAL EVALUATION:
**Pathologic Reflexes Tests:**
**Babinski Reflex** was negative.

**Posterior Column Disorders:**
The **Finger to Finger Test** was negative. The **Finger to Nose Test** was negative. **Romberg's Sign** was not present.

**Sensory Deficit Testing:**
All upper extremity dermatomes tested were normal with no loss of sensibility, abnormal sensation, or pain noted.

All lower extremity dermatomes were found to be within normal limits with no loss of sensibility, abnormal sensation, or pain noted.

## ORTHOPEDIC EVALUATION:
**Cervical Lesion Tests:**
The **Jackson Compression Test** was positive on the right side. **The Maximum Cervical Compression Test** was positive on the right side. **The Shoulder Depression Test** was positive on the right side. **Valsalva Maneuver** was positive on the right side.

### Sacroiliac Lesion Tests:
Yeoman's Test was positive on the right side.

### Sciatic Nerve Lesion Tests:
Bragard's Sign was positive on the right side. **The Lasegue (Straight Leg Raise) Test** was positive on the right side. On this patient, moderate pain at was elicited at 45 degrees, which may indicate low back radiculopathy or possibly a lumbar disk lesion.

### Intervertebral Disc Syndromes:
Kemp's Test was positive on the right side. **The Sitting Root Test** was positive on the right side.

## PALPATION EVALUATION:
Palpation, which is an examination using the hands, was performed to evaluate Mr. Thibodeau's response to pressure and to examine tissue consistency.

### Paraspinal Studies:
Palpation of the left suboccipital muscle group of the neck demonstrated moderate pain. The right suboccipital muscle group of the neck revealed severe pain. Palpating the left paracervical muscles revealed moderate pain. The right paracervical muscles demonstrated severe pain.

Palpation of the left upper thoracic group of the dorsum disclosed moderate pain. The right upper thoracic group of the dorsum revealed severe pain. Palpation of the left mid thoracic group disclosed moderate pain. The right mid thoracic group revealed severe pain. Palpation of the left thoracolumbar group disclosed moderate pain. The right thoracolumbar group revealed severe pain.

Palpating the left iliolumbar group of the low back disclosed moderate pain. The right iliolumbar group of the low back revealed severe pain.

### Trigger Point Studies:
The left trapezius muscle group disclosed active trigger points. The right trapezius muscle group elicited active trigger points. The left rhomboid muscle group revealed tender trigger points. The right rhomboid muscle group disclosed active trigger points. Palpating the left mid scapular muscles revealed active trigger points. The right mid scapular muscles disclosed active trigger points.

## FUTURE CARE PLAN:
**Present Care Phase:** Mr. Thibodeau is presently in a relief phase of care.

**Future Treatment Plan:** Mr. Thibodeau's future care plan includes ultrasound, moist heat therapy, physiotherapy, EMS (electrical muscle stimulation), massage therapy and spinal manipulation three times a week for four weeks.

**Goals of Treatment Plan:** Our goals for the above proposed treatment plan are decreasing pain, decreasing swelling and inflammation, decreasing spasms, increasing the ability to perform normal activities of daily living, increasing strength, returning the patient to his pre-clinical status, increasing function, stabilizing segments, correcting muscle imbalance, achieving maximum medical improvement, increasing flexibility and improving alignment.

**Prognosis:** Unknown at this time.

If my office can be of further assistance regarding Mr. Thibodeau please do not hesitate to contact me.

Sincerely,

_____
**MANAL MENA, D.C. IME**

TRINITY CHIROPRACTIC LLC
1100 DIXWELL AVE. HAMDEN, CT 06517
TEL (203) 787-2000   FAX (203) 458-7780

August 05, 2008

Warnbolt & Tolomeo, LLC                         FINAL EXAMINATION

Re: Thibodeau, Jeffrey
Date of Injury/Onset: May 3, 2008
Date of Initial Exam: May 9, 2008
Date of Discharge: July 31, 2008

To Whom it May Concern:

On May 9, 2008, Mr. Jeffrey Thibodeau presented himself for a re- examination and evaluation of his complaints coming from a slip and fall accident that he was involved in on May 3, 2008.

### GENERAL PHYSICAL EXAMINATION:
Mr. Thibodeau is a 28 year-old mentally alert and cooperative male.

His superficial appearance did not indicate any obvious distress. There was no apparent spine tilt with him standing upright.

**Gait:** His walk revealed no antalgic gait.

**Deep Tendon Reflexes:** An examination of the deep tendon reflexes of the upper and lower extremities was performed in relation to the cervical and lumbar nerve roots, which showed them reacting within normal limits with approximately equal strength, one side being compared to the other.

### RANGE OF MOTION STUDIES:

| Cervical Spine: | Angle | Analysis |
|---|---|---|
| Flexion | 50 degrees | No restriction: norm is 50 degrees. |
| Extension | 60 degrees | No restriction: norm is 60 degrees. |
| Left Lateral Flexion | 45 degrees | No restriction: norm is 45 degrees. |
| Right Lateral Flexion | 45 degrees | No restriction: norm is 45 degrees. |
| Left Rotation | 80 degrees | No restriction: norm is 80 degrees. |
| Right Rotation | 80 degrees | No restriction: norm is 80 degrees. |
| **Lumbar Spine:** | **Angle** | **Analysis** |
| Lumbar Flexion | 70 degrees | No restriction: norm is 60+ |
| Lumbar Extension | 25 degrees | No restriction: norm is 25 degrees. |
| L. Straight Leg Raise | 90 degrees | |
| R. Straight Leg Raise | 90 degrees | |
| Left Lateral Flexion | 25 degrees | No restriction: norm is 25 degrees. |
| Right Lateral Flexion | 25 degrees | No restriction: norm is 25 degrees. |

**Extremities Range of Motion Measurements:**

| Upper Extremity: | Angle | Analysis |
|---|---|---|
| Wrist: | | |
| Flexion (Left) | 50 degrees | Normal flex. is 60. |

| | | |
|---|---|---|
| Extension (Left) | 50 degrees | Normal ext. is 60. |
| Rad Deviation (Left) | 15 degrees | Norm is 20. |
| Ulnar Deviation (Left) | 30 degrees | Norm is 30. |
| **Lower Extremity:** | **Angle** | **Analysis** |
| **Ankle:** | | |
| Plantar Flexion (Right) | 20 degrees | Normal flexion is 21. |
| Ext. (Dorsiflexion-R.) | 10 degrees | Norm is 10. |

## NEUROLOGICAL EVALUATION:
### Pathologic Reflexes Tests:
Babinski Reflex was negative.

### Posterior Column Disorders:
The Finger to Finger Test was negative. The Finger to Nose Test was negative. The Heel-Knee Test was negative. Romberg's Sign was not present.

## ORTHOPEDIC EVALUATION:
### Cervical Lesion Tests:
The Cervical Distraction Test was negative. The Jackson Compression Test was negative. The Maximum Cervical Compression Test was negative. The Shoulder Depression Test was negative.

### Sacroiliac Lesion Tests:
Yeoman's Test was negative.

### Sciatic Nerve Lesion Tests:
Bragard's Sign was negative. The Lasegue (Straight Leg Raise) Test was negative, as both legs could be straight leg raised to 90 degrees without pain.

### Intervertebral Disc Syndromes:
Kemp's Test was negative.

## PALPATION EVALUATION:
Palpation, which is an examination using the hands, was performed to evaluate Mr. Thibodeau's response to pressure and to examine tissue consistency.

### Paraspinal Studies:
Palpation of the left suboccipital muscle group of the neck demonstrated slight pain and tenderness. The right suboccipital muscle group of the neck revealed slight pain and tenderness. Palpating the left paracervical muscles revealed slight pain and tenderness. The right paracervical muscles demonstrated slight pain and tenderness.

Palpation of the left upper thoracic group of the dorsum disclosed slight pain and tenderness. The right upper thoracic group of the dorsum revealed slight pain and tenderness. Palpation of the left mid thoracic group disclosed slight pain and tenderness. The right mid thoracic group revealed slight pain and tenderness. Palpation of the left thoracolumbar group disclosed slight pain and tenderness. The right thoracolumbar group revealed slight pain and tenderness.

### Trigger Point Studies:
The left trapezius muscle group disclosed slight pain and tenderness. The right trapezius muscle group elicited slight pain and tenderness. The left rhomboid muscle group revealed slight pain and tenderness. The right rhomboid muscle group disclosed slight pain and tenderness. Palpating the left mid scapular muscles revealed slight pain and tenderness. The right mid scapular muscles disclosed slight pain and tenderness.

### PROGNOSIS:
The patient's prognosis at this time is good but guarded.

### CLOSING COMMENTS:

Mr. Thibodeau has been under my care for injuries resulting from a slip and fall. He has been coming for his treatments as recommended to do so. As noted above, his condition has improved as a result of our treatments.

The patient could therefore remain intermittently symptomatic for a prolonged period of time. May required periodical medical treatment on an as needed basis. And, it is my opinion as well as the opinion of many other experts/authorities, and studies done and documented on similar cases (available upon request). That the need for such additional treatment is casually related to the injuries sustained and probably would not be necessary had the accident/injury not occurred.

Although I have discharged this patient, he was advised to return to this office on an as needed basis should pain recur or aggravated.

If my office can be of further assistance regarding Mr. Thibodeau, please do not hesitate to contact me.

Sincerely,

MANAL MENA, D.C. IME

09/05/2008  14:22   1-203-777-8919          GENERAL PRACTITIONES                    PAGE 01

**Dr. Manal Mena**
1100 Dixwell Ave.
Hamden, CT 06517
**(203) 787-2000**

**Statement**
10/5/2008
Page 1 of 2

JEFFERY THIBODEAU
32 SYCAMORE WAY
WALLINGFORD, CT 06492

For Professional Services Rendered

| Date | Service | | Charge | Co-Pay | Ins Pay | Adjustment | Running Bal |
|---|---|---|---|---|---|---|---|
| 05/09/2008 | 99202 | Initial Evaluation w/exam | $135.00 | $0.00 | $0.00 | $0.00 | $135.00 |
| 05/09/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $210.00 |
| 05/09/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $247.00 |
| 05/09/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $284.00 |
| 05/13/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $359.00 |
| 05/13/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $396.00 |
| 05/13/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $433.00 |
| 05/14/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $508.00 |
| 05/14/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $545.00 |
| 05/14/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $582.00 |
| 05/15/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $657.00 |
| 05/15/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $694.00 |
| 05/15/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $731.00 |
| 05/20/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $806.00 |
| 05/20/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $843.00 |
| 05/20/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $880.00 |
| 05/22/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $955.00 |
| 05/22/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $992.00 |
| 05/22/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,029.00 |
| 05/28/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,104.00 |
| 05/28/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,141.00 |
| 05/28/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,178.00 |
| 06/03/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,253.00 |
| 06/03/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,290.00 |
| 06/03/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,327.00 |
| 06/04/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,402.00 |
| 06/04/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,439.00 |
| 06/04/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,476.00 |
| 06/05/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,551.00 |
| 06/05/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,588.00 |
| 06/05/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,625.00 |
| 06/17/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,700.00 |
| 06/17/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,737.00 |
| 06/17/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,774.00 |
| 06/19/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,849.00 |
| 06/19/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $1,886.00 |
| 06/19/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $1,923.00 |

09/05/2008  14:22    1-203-777-8919            GENERAL PRACTITIONES                        PAGE  02

**Dr. Manal Mena**
1100 Dixwell Ave.
Hamden, CT 06517
**(203) 787-2000**

**Statement**
10/5/2008
Page 2 of 2

JEFFERY THIBODEAU
32 SYCAMORE WAY
WALLINGFORD, CT 06492

For Professional Services Rendered

| Date | Service | | Charge | Co-Pay | Ins Pay | Adjustment | Running Bal |
|---|---|---|---|---|---|---|---|
| 06/24/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $1,998.00 |
| 06/24/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,035.00 |
| 06/24/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,072.00 |
| 06/26/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,147.00 |
| 06/26/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,184.00 |
| 06/26/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,221.00 |
| 07/01/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,296.00 |
| 07/01/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,333.00 |
| 07/01/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,370.00 |
| 07/03/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,445.00 |
| 07/03/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,482.00 |
| 07/03/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,519.00 |
| 07/09/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,594.00 |
| 07/09/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,631.00 |
| 07/09/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,668.00 |
| 07/22/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,743.00 |
| 07/22/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,780.00 |
| 07/22/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,817.00 |
| 07/23/2008 | 98941 | Chiro Mal. 3-4 Regons | $75.00 | $0.00 | $0.00 | $0.00 | $2,892.00 |
| 07/23/2008 | 97014 | ES | $37.00 | $0.00 | $0.00 | $0.00 | $2,929.00 |
| 07/23/2008 | 97035 | Ultrasound | $37.00 | $0.00 | $0.00 | $0.00 | $2,966.00 |
| 07/31/2008 | 99203 | Initial Evaluation w/ History and Exam | $210.00 | $0.00 | $0.00 | $0.00 | $3,176.00 |
| | | Totals | $3,176.00 | $0.00 | $0.00 | $0.00 | $3,176.00 |

Please Pay This Amount:**$3,176.00**

National Elevator Industry
Health Benefit Plan
19 Campus Blvd.
Suite 200
Newtown Square, PA 19073-3288




1 OF 4

Forwarding Service Requested

200808130101

3-DIGIT 064

9394 0.8496 AT 0.346

JEFFREY R THIBODEAU     38
32 SYCAMORE WAY
WALLINGFORD, CT 06492-4381

If you have any questions, please call
1-800-CLAIM11

Date: 08/12/08

ENV 9394

## Explanation of Medical Benefits

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF964  Birth Date: 12/18/79 | | Patient: JEFFREY R THIBODEAU  Member: JEFFREY R THIBODEAU | | | Patient Acct #: THIB000001  Member #: 801053005 | | | | | Payee #: 203369157  Provider Name: REZA MOIEN MD INTERNAL | | |
| 01 | 07/31/08-07/31/08 | PHYSICIAN VISIT | 100.00 | 0.00 | 22.64 | | 77.36 | 0.00 | 100 | 77.36 | 0.00 | 0.00 |
| | | TOTALS | 100.00 | 0.00 | 22.64 | | 77.36 | 0.00 | | 77.36 | 0.00 | 0.00 |

Total Plan Pays: 77.36
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 77.36

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF965  Birth Date: 12/18/79 | | Patient: JEFFREY R THIBODEAU  Member: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999  Member #: 801053005 | | | | | Payee #: 134356089  Provider Name: GUILFORD CHIROPRACTIC W | | |
| 01 | 05/28/08-05/28/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 06/03/08-06/03/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 05/28/08-05/28/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 05/28/08-05/28/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 06/03/08-06/03/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 06/03/08-06/03/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF966  Birth Date: 12/18/79 | | Patient: JEFFREY R THIBODEAU  Member: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999  Member #: 801053005 | | | | | Payee #: 134356089  Provider Name: GUILFORD CHIROPRACTIC W | | |
| 01 | 05/09/08-05/09/08 | PHYSICIAN VISIT | 135.00 | 0.00 | 88.00 | 126 | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 05/13/08-05/13/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 05/09/08-05/09/08 | MANIPULATION | 75.00 | 0.00 | 75.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 05/09/08-05/09/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 05/09/08-05/09/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 05/13/08-05/13/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 396.00 | 0.00 | 302.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF967  Birth Date: 12/18/79 | | Patient: JEFFREY R THIBODEAU  Member: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999  Member #: 801053005 | | | | | Payee #: 134356089  Provider Name: GUILFORD CHIROPRACTIC W | | |
| 01 | 07/09/08-07/09/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 07/09/08-07/09/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 03 | 07/09/08-07/09/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 149.00 | 0.00 | 102.00 | | 47.00 | 0.00 | | 47.00 | 0.00 | 0.00 |

Total Plan Pays: 47.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 47.00

National Elevator Industry
Health Benefit Plan
19 Campus Blvd.
Suite 200
Newtown Square, PA 19073-3288



If you have any questions, please call
1-800-CLAIM11

Date: 08/12/08

## Explanation of Medical Benefits

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF968 | | Patient: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999 | | | Payee #: 134356089 | | | | |
| Birth Date: 12/18/79 | | Member: JEFFREY R THIBODEAU | | | Member #: 801053005 | | | Provider Name: GUILFORD CHIROPRACTIC W | | | | |
| 01 | 05/13/08-05/13/08 | PHYS MED THERPY | 37.00 | 0.00 | 0.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| | | TOTALS | 37.00 | 0.00 | 0.00 | | 47.00 | 0.00 | | 47.00 | 0.00 | 0.00 |

Total Plan Pays: 47.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 47.00

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF969 | | Patient: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999 | | | Payee #: 134356089 | | | | |
| Birth Date: 12/18/79 | | Member: JEFFREY R THIBODEAU | | | Member #: 801053005 | | | Provider Name: GUILFORD CHIROPRACTIC W | | | | |
| 01 | 07/01/08-07/01/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 07/03/08-07/03/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 07/01/08-07/01/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 07/01/08-07/01/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 07/03/08-07/03/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 07/03/08-07/03/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF970 | | Patient: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999 | | | Payee #: 134356089 | | | | |
| Birth Date: 12/18/79 | | Member: JEFFREY R THIBODEAU | | | Member #: 801053005 | | | Provider Name: GUILFORD CHIROPRACTIC W | | | | |
| 01 | 05/14/08-05/14/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 05/15/08-05/15/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 05/14/08-05/14/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 05/14/08-05/14/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 05/15/08-05/15/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 05/15/08-05/15/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim #: YCF971 | | Patient: JEFFREY R THIBODEAU | | | Patient Acct #: 999999999 | | | Payee #: 134356089 | | | | |
| Birth Date: 12/18/79 | | Member: JEFFREY R THIBODEAU | | | Member #: 801053005 | | | Provider Name: GUILFORD CHIROPRACTIC W | | | | |
| 01 | 06/04/08-06/04/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 06/05/08-06/05/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 06/04/08-06/04/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 06/04/08-06/04/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 06/05/08-06/05/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 06/05/08-06/05/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |



2 OF 4
ENV 9394

National Elevator Industry
Health Benefit Plan
19 Campus Blvd.
Suite 200
Newtown Square, PA 19073-3288



If you have any questions, please call
1-800-CLAIM11

Date: 08/12/08

## Explanation of Medical Benefits

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

**Claim #:** YCI972  **Patient:** JEFFREY R THIBODEAU  **Patient Acct. #:** 999999999  **Payee #:** 134356089
**Birth Date:** 12/18/79  **Member:** JEFFREY R THIBODEAU  **Member #:** 801053005  **Provider Name:** GUILFORD CHIROPRACTIC W

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/24/08-06/24/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 06/26/08-06/26/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 06/24/08-06/24/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 06/24/08-06/24/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 06/26/08-06/26/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 06/26/08-06/26/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

**Claim #:** YCI973  **Patient:** JEFFREY R THIBODEAU  **Patient Acct. #:** 999999999  **Payee #:** 134356089
**Birth Date:** 12/18/79  **Member:** JEFFREY R THIBODEAU  **Member #:** 801053005  **Provider Name:** GUILFORD CHIROPRACTIC W

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/20/08-05/20/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 05/22/08-05/22/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 05/20/08-05/20/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 05/20/08-05/20/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 05/22/08-05/22/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 05/22/08-05/22/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00

**Claim #:** YCI974  **Patient:** JEFFREY R THIBODEAU  **Patient Acct. #:** 999999999  **Payee #:** 134356089
**Birth Date:** 12/18/79  **Member:** JEFFREY R THIBODEAU  **Member #:** 801053005  **Provider Name:** GUILFORD CHIROPRACTIC W

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/17/08-06/17/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 02 | 06/19/08-06/19/08 | MANIPULATION | 75.00 | 0.00 | 28.00 | | 47.00 | 0.00 | 100 | 47.00 | 0.00 | 0.00 |
| 03 | 06/17/08-06/17/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 04 | 06/17/08-06/17/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 05 | 06/19/08-06/19/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| 06 | 06/19/08-06/19/08 | PHYS MED THERPY | 37.00 | 0.00 | 37.00 | | 0.00 | 0.00 | 0 | 0.00 | 0.00 | 0.00 |
| | | TOTALS | 298.00 | 0.00 | 204.00 | | 94.00 | 0.00 | | 94.00 | 0.00 | 0.00 |

Total Plan Pays: 94.00
Less COB Adjustment: 0.00
Less Prior Payment Adjustment: 0.00
Total Benefits Paid: 94.00




National Elevator Industry
Health Benefit Plan
19 Campus Blvd.
Suite 200
Newtown Square, PA 19073-3288





| If you have any questions, please call |
| --- |
| 1-800-CLAIM11 |

Date: 08/12/08

## Explanation of Medical Benefits

| Line | Dates of Service | Service Description | Amount Charged | Not Covered | Provider Discount | Remark Codes | Amount Allowed | Deductible | % | Plan Pays | Other Payment | Patient Amount |
|------|------------------|---------------------|----------------|-------------|-------------------|--------------|----------------|------------|---|-----------|---------------|----------------|

| Payment To | Amount | Check Number |
| --- | --- | --- |
| REZA MOIEN MD INTERNAL ME | 77.36 | 2224750 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 47.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 47.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |
| GUILFORD CHIROPRACTIC WEL | 94.00 | 2224732 |

| Claim # | Code | Messages |
| --- | --- | --- |
| YCF965 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF966 | 126 | THIS SERVICE IS COVERED 2x PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF967 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF969 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF970 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF971 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF972 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF973 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |
| YCF974 | | CHIROPRACTIC BENEFITS ARE LIMITED TO 28 MEDICALLY NECESSARY VISITS PER CALENDAR YEAR. CHIROPRACTIC BENEFITS ARE AVAILABLE FOR THE TREATMENT OF INJURIES AND ILLNESSES OF THE NEUROMUSCULOSKELETAL SYSTEM ONLY. |

If your claim for benefits has been denied, in whole or in part, you may request the Board of Trustees to review the benefit denial. To file an appeal, please follow the steps as outlined in your Summary Plan Description. Your written appeal must be submitted within 180 days of receiving this notice and include your name and address, your Member Identification Number and the reason(s) for your appeal.

Sent By: CT HEALTH & INJURY;         2038745287;         Aug-31-09 12:52PM;         Page 1

INS CHARGES ONLY

# ITEMIZED STATEMENT

CLAIM:                                            DATE: 08/31/2009

                                                  IRS#: 061412712

PATIENT: JOSEPH MATTEIS 116923
8 NOBLE ST                                        EMPLOYER:
HAMDEN CT 06514
            POL#
DATE/INJ: 05/18/2008  GRP#

                                                  OMNI PHYSICAL AQUATIC THERAPY CENTER
TO: ATTORNEY ALBERT WAMBOLT                       8 RESEARCH PARKWAY
    P.O. BOX 2037                                 WALLINGFORD CT 06492
    NORTH HAVEN CT 06473                          203-294-1998 Fax:203-294-1189

DIAGNOSIS:
723.4

847.0

840.9

842.12
FC: INSURANCE
DATE OF LAST BILL: 04/30/2009 PR# 1487752770 ID# 050001202CT04

| DATE | CPT | DESCRIPTION | * POS | TOS | # | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/2008 | 99080 | NARRATIVE REPORT FEE | 11 | 1 | 1 | 250.00 |
| 05/23/2008 | 99203 | NEW PATIENT EXAM | 11 | 1 | 1 | 155.00 |
| 05/23/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 05/23/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 05/27/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 05/27/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 05/27/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 05/28/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 05/28/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 05/28/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 05/28/2008 | 97035 | ULTRASOUND | 11 | 1 | 1 | 35.00 |
| 06/02/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 06/02/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 06/02/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 06/04/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 06/04/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 06/04/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 06/05/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 06/05/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 06/05/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/01/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/01/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 07/01/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/08/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/08/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 07/08/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/10/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |

CONTINUED

                                                  SUBTOTAL:         1,400.00

INS CHARGES ONLY

# ITEMIZED STATEMENT

CLAIM:                                          DATE: 08/31/2009

                                                IRS#: 061412712

PATIENT: JOSEPH MATTEIS 116923
8 NOBLE ST                                      EMPLOYER:
HAMDEN CT 06514
              POL#
DATE/INJ: 05/18/2008    GRP#

                                                OMNI PHYSICAL AQUATIC THERAPY CENTER
TO: ATTORNEY ALBERT WAMBOLT                     8 RESEARCH PARKWAY
    P.O. BOX 2037                               WALLINGFORD CT 06492
    NORTH HAVEN CT 06473                        203-294-1998 Fax:203-294-1189

DIAGNOSIS:
723.4

847.0

840.9

842.12
FC: INSURANCE
DATE OF LAST BILL: 04/30/2009 PR# 1487752770 ID# 050001202CT04
================================================================================
DATE          CPT       DESCRIPTION                    * POS TOS   #     AMOUNT
================================================================================

| DATE | CPT | DESCRIPTION | POS | TOS | # | AMOUNT |
|---|---|---|---|---|---|---|
| 07/10/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/10/2008 | 97035 | ULTRASOUND | 11 | 1 | 1 | 35.00 |
| 07/15/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/15/2008 | 97035 | ULTRASOUND | 11 | 1 | 1 | 35.00 |
| 07/15/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/28/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/28/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 07/28/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/29/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/29/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 07/29/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 07/30/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 07/30/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 07/30/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/11/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 08/11/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 08/11/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/13/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 08/13/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 08/13/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/19/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 08/19/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 08/19/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/21/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 08/21/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 08/21/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/26/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS CONTINUED | 11 | 1 | 1 | 60.00 |

================================================================================
                                                SUBTOTAL:              2,480.00

INS CHARGES ONLY

# ITEMIZED STATEMENT

CLAIM:                                          DATE: 08/31/2009

                                                IRS#: 061412712

PATIENT: JOSEPH MATTEIS 116923
8 NOBLE ST                                      EMPLOYER:
HAMDEN CT 06514
              POL#
DATE/INJ: 05/18/2008   GRP#

                                                OMNI PHYSICAL AQUATIC THERAPY CENTER
TO: ATTORNEY ALBERT WAMBOLT                     8 RESEARCH PARKWAY
    P.O. BOX 2037                               WALLINGFORD CT 06492
    NORTH HAVEN CT 06473                        203-294-1998 Fax:203-294-1189

DIAGNOSIS:
723.4

847.0

840.9

842.12
FC: INSURANCE
DATE OF LAST BILL: 04/30/2009 PR# 1487752770 ID# 050001202CT04

| DATE | CPT | DESCRIPTION | * POS | TOS | # | AMOUNT |
|---|---|---|---|---|---|---|
| 08/26/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 08/26/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 08/26/2008 | 99080 | NARRATIVE REPORT FEE | 11 | 1 | 1 | 250.00 |
| 08/26/2008 | 99213 | RE-EXAMINATION - ESTABLISHED PATIENT | 11 | 1 | 1 | 150.00 |
| 08/26/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 08/26/2008 | 97035 | ULTRASOUND | 11 | 1 | 1 | 35.00 |
| 08/26/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 12/26/2008 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 12/26/2008 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 12/26/2008 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 02/26/2009 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 02/26/2009 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 02/26/2009 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |
| 04/22/2009 | 98940 | CHIROPRACTIC MANIP 1-2 AREAS | 11 | 1 | 1 | 60.00 |
| 04/22/2009 | 97032 | INTERFERENTIAL - ATTENDED | 11 | 1 | 1 | 35.00 |
| 04/22/2009 | 97010 | HOT OR COLD PACKS | 11 | 1 | 1 | 25.00 |

PROVIDER: ANTHONY LAVORGNA DC                             TOTAL: $   3,420.00
                                                  BALANCE 08/31/2009: $   3,420.00
Page  3

# Omni Physical & Aquatic Therapy Center, Inc

Dr. Anthony A. LaVorgna

Telephone (203)288-1101
Fascimile (203)288-1106

Patient: Matteis Joseph          Soc. Sec: 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          Policy: UNINSURED
Date of Birth: February 27, 1960   Our File #: 116923
Date of Injury: May 18, 2008        Case Type: Personal Injury

Diagnoses:   723.4 - Cervical - Radiculopathy   § 847.0 - Cervical Strain / Sprain

## Daily Treatment Notes

**December 26, 2008**

Neck   Joe states he has been experiencing an increase in neck pain, left shoulder pain and left thumb pain. He states he pain has been moderate to severe and constant. This visit was not prescheduled. The patient was PRN; called today to be seen ASAP. Home therapies were administered without significant relief.

Cervical range of motion assessment revealed a 40 percent deficit. There was marked to severe restriction noted and mild to moderate pain was noted at end range. 1+spasm left rotator cuff muscles, pain in all planes of motion, +Apley's scratch test, +spasm left pollisus brevis and longis, pain on opposition.

Clinical evaluation of the neck included: Biomechanical Stress and Soft Tissue Integrity tests. Axial loading (Foramen Compression) produced mild to moderate pain. The pain travels into the shoulder. Fixation is palpated at C5,C6 and C7 with spasm and myofascial trigger points of the rotator cuff musculature.

The patient was treated today consistent with the prescribed treatment plan: C4 seated adjustment, interferential current, hot moist packs.

The patient to return twice per week during this flare up of pain.

**February 26, 2009**

Neck   Joe enters today with moderate to severe left thumb pain. He states the past few days he has had severe pain.

Left thumb range of motion decreased with severe pain in oposition. 1+spasm left pollisis brevis.

The patient was treated today consistent with the prescribed treatment plan: Left thumb long axis adjustment, ultrasound and hot moist packs. The patient's home instructions are re-enforced.

The patient to return in five days.

**April 22, 2009**

*Omni Physical & Aquatic Therapy Center, Inc*

Page 2

| Patient: Mattels Joseph | Policy: UNINSURED | Date of Injury: May 18, 2008 |

**Left Neck**  Joseph enters today stating he is having left side neck and shoulder pain. This visit was not prescheduled. The patient was PRN; called today to be seen ASAP. Home therapies were administered without significant relief.

Cervical range of motion evaluation(s) showed a marked loss. The patient experienced mild to moderate pain on end range. A loss of 30 percent was noted in all planes overall.

Assessment of the neck included: Biomechanical Stress and Soft Tissue Integrity tests. Axial loading (Foramen Compression) produced mild to moderate pain. The pain travels into the shoulder. Fixation is palpated at C5,C6 and C7 with spasm and myofascial trigger points of the rotator cuff musculature.

The patient was treated today consistent with the prescribed treatment plan: C5 supine long axis adjustment, interferential current, hot moist packs.

The patient states he is improved and will return prn.

```
*********************
***   RX REPORT   ***
*********************
```

RECEPTION OK

| | |
|---|---|
| RECIPIENT ADDRESS | 2038745287 |
| ST. TIME | 08/31 11:50 |
| TIME USE | 00:02 |
| PGS. | 5 |
| RESULT | OK |