Aaron L. Hammer, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6995
ahammer@freebornpeters.com

*Attorneys for ServicePlan, Inc. and all its Affiliates,*
*Virginia Surety Company, Inc.*
*National Product Care Company, Service Saver, Incorporated,*
*ServicePlan of Florida, Inc., TWG Innovative Solutions, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES INC., et al., | Case No.: 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer of the law firm of Freeborn & Peters LLP appears as counsel to ServicePlan, Inc. and all its Affiliates, Virginia Surety Company, Inc. National Product Care Company, Service Saver, Incorporated, ServicePlan of Florida, Inc., TWG Innovative Solutions, Inc. (collectively, "*SPI*")  in the above-captioned, chapter 11 Cases (the "*Bankruptcy Cases*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, SPI hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in this bankruptcy proceeding or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these Bankruptcy Cases:

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone:  312-360-6000
Facsimile:  312-360-6995
ahammer@freebornpeters.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that affect or seek to affect in any way:  (a) any rights or interests of any unsecured creditor or party-in-interest in these Bankruptcy Cases, with respect to, without limitation Circuit City Stores Inc., et al., (the "*Debtors*"); (b) property of the Debtors' estate or proceeds thereof, in which the Debtors' may claim an interest, or (c) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery or any property, payment, or other conduct by unsecured creditors of the Debtors' estate.

PLEASE TAKE FURTHER NOTICE that SPI intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive:  (a) the right of SPI to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of SPI to trial by jury in any proceedings so triable in these Bankruptcy Cases or any case, controversy, or proceeding related to these Bankruptcy Cases; (c) the right of SPI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which SPI is or may be entitled.

Dated: September 9, 2009

ServicePlan, Inc. and all its Affiliates
Virginia Surety Company, Inc.
National Product Care Company
Service Saver, Incorporated
ServicePlan of Florida, Inc.
TWG Innovative Solutions, Inc.

By:   /s/ Aaron L. Hammer
      One of Its Attorneys

Aaron L. Hammer, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6995

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 9, 2009, I served this *Notice of Appearance and Request for Service of Documents* to those parties receiving electronic notice in the above-captioned Cases through the Court's ECF/CM system and via the manner indicated.

/s/ Aaron L. Hammer

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Robin S. Abramowitz    abramowitz@larypc.com
Angela Sheffler Abreu    aabreu@mccarter.com, rowan20@excite.com
Benjamin C. Ackerly    backerly@hunton.com, cloving@hunton.com
Christopher M. Alston    alstc@foster.com, laboj@foster.com
Mark K. Ames    mames777@yahoo.com
Heather Lynn Anderson    Heather.Anderson@dol.lps.state.nj.us
Tara B. Annweiler    tannweiler@greerherz.com
Henry P. Baer    CSommer@fdh.com, csommer@fdh.com
Peter Barrett    peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia    rbattaglia@obht.com
Philip C. Baxa    phil.baxa@mercertrigiani.com, liz.camp@ mercertrigiani.com
Christopher R. Belmonte    cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran    pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
Jason B. Binford    jason.binford@haynesboone.com
Ron C. Bingham    rbingham@stites.com, dclayton@stites.com
Patrick M. Birney    pbirney@rc.com, jcarrion@rc.com
Paul M. Black    pblack@spilmanlaw.com, cquesenberry@spilmanlaw.com
Daniel F. Blanks    dblanks@mcguirewoods.com
Paul S. Bliley    pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com
David S. Berman    dberman@riemerlaw.com
Wanda Borges    borgeslawfirm@aol.com
Anne Elizabeth Braucher    anne.braucher@gmail.com
James J. Briody    jim.briody@sablaw.com, kim.smith@sablaw.com
William A. Broscious    wbroscious@kbbplc.com
Martin A. Brown    martin.brown@lawokc.com
Steven L. Brown    brown@wolriv.com, bankruptcy@wolriv.com

4

Timothy Francis Brown     brownt@arentfox.com, giaimo.christopher@arentfox.com
Mark E. Browning     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew M. Brumby     abrumby@shutts-law.com, rhicks@shutts-law.com
William A. Burnett     aburnett@williamsmullen.com
Marc A. Busman     mbusman@busmanandbusman.com
Aaron R. Cahn     cahn@clm.com
Paul K. Campsen     pkcampsen@kaufcan.com
Robert A. Canfield     bcanfield@canfieldbaer.com, sstanley@canfieldbaer.com;hivey@canfieldbaer.com;bhochfelder@canfieldbaer.com
Peter J. Carney     jlerner@whitecase.com,jrubalcava@whitecase.com
William H. Casterline     wcasterlinejr@blankeith.com, bford@bklawva.com
Eugene Chang     echang@steinlubin.com
Jeffrey Chang     jchang@wildman.com
Sara L. Chenetz     schenetz@sonnenschein.com
Dominic L. Chiariello     dc@chiariello.com
Charles W. Chotvacs     cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Anthony J. Cichello     acichello@kb-law.com
City of Newport News, Virginia     jdurant@nngov.com
Darrell William Clark     dclark@stinson.com, cscott@stinson.com
James E. Clarke     vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
Tiffany Strelow Cobb     tscobb@vorys.com, cdfricke@vorys.com
Andrew Lynch Cole     acole@fandpnet.com
Ken Coleman     Ken.Coleman@allenovery.com, amelie.baudot@allenovery.com
Steve Coulombe     steve.coulombe@fticonsulting.com
Michael A. Condyles     michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com
Mark B. Conlan     mconlan@gibbonslaw.com
Andrew S. Conway     aconway@taubman.com
Karen Cordry     kcordry@naag.org
Eric C. Cotton     hsmith@ddr.com
Robert K. Coulter     robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
David H. Cox     dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com
John M. Craig     johncraigg@aol.com, russj4478@aol.com
Catherine Elizabeth Creely     ccreely@akingump.com, bpatrick@akingump.com
William C. Crenshaw     bill.crenshaw@bryancave.com, michelle.mcmahon@bryancave.com;tammy.scott@akerman.com
Paul McCourt Curley     pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Heather D. Dawson     hdawson@kkgpc.com, scarlberg@kkgpc.com;kculpin@kkgpc.com
Gilbert D. Dean     ddean@coleschotz.com, jdonaghy@coleschotz.com
Christopher M. Desiderio     cdesiderio@nixonpeabody.com
Deborah H. Devan     dhd@nqgrg.com
Jaime Sue Dibble     jdibble@stinson.com, lbigus@stinson.com

5

Louis E. Dolan    ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com
Jennifer V. Doran    jdoran@haslaw.com
Seth A. Drucker    sdrucker@honigman.com
Robert Duffy    bob.duffy@fticonsulting.com
Joseph M. DuRant    jdurant@nngov.com
Ronald G. Dunn    bstasiak@gdwo.net
Robert A. Dybing    rdybing@t-mlaw.com, pfemiani@t-mlaw.com
Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov
Carl A. Eason    bankruptcy@wolriv.com
Robert C. Edmundson    redmundson@attorneygeneral.gov
Elizabeth A. Elam    betsyelam@toase.com, wtaylor@toase.com;cfickes@toase.com;kkalos@toase.com
Tara L. Elgie    telgie@hunton.com
Bradford F. Englander    benglander@wtplaw.com, bnestor@wtplaw.com;wbatres@wtplaw.com
Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com
David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Belkys Escobar    Belkys.Escobar@loudoun.gov, Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Michael P. Falzone    mfalzone@hf-law.com, stoboz@hf-law.com
Robert J. Feinstein    rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
John D. Fiero    jfiero@pszjlaw.com
Douglas M. Foley    dfoley@mcguirewoods.com
Gina M Fornario    gfornario@nixonpeabody.com, klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Ian S. Fredericks    ian.fredericks@skadden.com
Jeremy S. Friedberg    jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com
Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com
Ellen A. Friedman    efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Mark J. Friedman    mark.friedman@dlapiper.com
Gary V. Fulghum    gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gregg M. Galardi    gregg.galardi@skadden.com
Karen L. Gilman    KGILMAN@WOLFFSAMSON.COM
Lawrence H. Glanzer    glanzer@rlglegal.com, mozelle@rlglegal.com
Brad R. Godshall    bgodshall@pszjlaw.com
Douglas R. Gonzales    dgonzales@wsh-law.com
Anitra D. Goodman Royster    anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Kimbell D. Gourley    kgourley@idalaw.com, sprescott@idalaw.com
Garry M. Graber    GGraber@HodgsonRuss.com, dpiazza@hodgsonruss.com;ncalderon@hodgsonruss.com

Jeffrey J. Graham    jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com;mburns@sandsanderson.com
William F. Gray    wgray@torys.com, tmartin@torys.com
Peter A. Greenburg    pgreenburg@aol.com
Steven H. Greenfeld    steveng@cohenbaldinger.com
David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
Elizabeth L. Gunn    egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
Richard E. Hagerty    richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
Jerry Lane Hall    jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com
Gina Baker Hantel    agbankcal@ag.tn.gov
Michael E. Hastings    michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
David Emmett Hawkins    dhawkins@velaw.com
Dion W. Hayes    dhayes@mcguirewoods.com
Melissa S. Hayward    mhayward@lockelord.com
Andrew H. Herrick    aherrick@albemarle.org
William Heuer    wheuer@duanemorris.com
Robert B. Hill    kcummins@hillrainey.com
John E. Hilton    jeh@carmodymacdonald.com
Matthew E. Hoffman    mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com
Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com
Lisa Taylor Hudson    lhudson@sandsanderson.com
F. Marion Hughes    marion.hughes@smithmoorelaw.com
Jessica Regan Hughes    jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Peter C. Hughes    phughes@dilworthlaw.com
Martha E. Hulley    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com;deborah.sharpe@leclairryan.com
Richard Iain Hutson    rhutson@fullertonlaw.com
Alexander Xavier Jackins    ajackins@seyfarth.com
Thomas Neal Jamerson    tjamerson@hunton.com, tomjam2003@yahoo.com
Russell R. Johnson    russ4478@aol.com
Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com
Nathan Jones    heather@usdrllc.com
Dexter D. Joyner    caaustin@comcast.net
Gary M. Kaplan    gmkaplan@howardrice.com
Douglas D. Kappler    dkappler@rdwlawcorp.com

Lawrence Allen Katz     lakatz@venable.com
Adam K. Keith     akeith@honigman.com, tsable@honigman.com
Gerald P. Kennedy     gpk@procopio.com
Brian F. Kenney     bkenney@milesstockbridge.com
Erin Elizabeth Kessel     ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
Thomas G. King     tking@kech.com, dholmgren@kech.com
Jeffrey E. Klusmeier     Jeff.Klusmeier@ago.mo.gov
Kurt M. Kobiljak     kkobi@aol.com
Michael S. Kogan     mkogan@ecjlaw.com, rfraire@ecjlaw.com
Charles Gideon Korrell     gkorrell@dl.com
Leonidas Koutsouftikis     lkouts@magruderpc.com, mcook@magruderpc.com
Darryl S. Laddin     bkrfilings@agg.com
Kevin A. Lake     klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
John J. Lamoureux     jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
Ian S. Landsberg     ilandsberg@lm-lawyers.com
Jennifer Langan     jlangan@patreasury.org
Stephen E. Leach     sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
Richard E. Lear     richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Robert L. Lehane     rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Stephen K. Lehnardt     skleh@lehnardt-law.com
Justin D. Leonard     jleonard@balljanik.com
Fredrick J. Levy     fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Dennis T. Lewandowski     dtlewand@kaufcan.com
Arthur Lindquist-Kleissler     arthurlindquistkleissler@msn.com
James V. Lombardi     jvlombardi@rossbanks.com
Henry Pollard Long     hlong@hunton.com
John E. Lucian     lucian@blankrome.com
Donald K. Ludman     dludman@brownconnery.com
Christine D. Lynch     clynch@goulstonstorrs.com
Joel T. Marker     joel@mbt-law.com
Jeremy W. Martin     jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com
Richard M. Maseles     edvaecf@dor.mo.gov
Gary E. Mason     gmason@masonlawdc.com
Bruce H. Matson     bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
David McCall     bankruptcy@ntexas-attorneys.com
Kevin R. McCarthy     krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com

8

Michael Keith McCrory     mmcrory@btlaw.com
Neil E. McCullagh     nmccullagh@cantorarkema.com, jstern@cantorarkema.com
W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov
David R. McFarlin     dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
Annemarie G. McGavin     annemarie.mcgavin@bipc.com
Frank F. McGinn     ffm@bostonbusinesslaw.com
Robert P. McIntosh     Robert.McIntosh@usdoj.gov
John D. McIntyre     jmcintyre@wilsav.com, wedwards@wilsav.com
John G. McJunkin     jmcjunkin@mckennalong.com, sparson@mckennalong.com
Jennifer McLain McLemore     jmclemore@cblaw.com, avaughn@cblaw.com
Janet M. Meiburger     admin@meiburgerlaw.com
Stephen A. Metz     smetz@shulmanrogers.com
C. Christopher Meyer     cmeyer@ssd.com
Kalina Boyanova Miller     kmiller@wileyrein.com, rours@wileyrein.com
Stephan William Milo     smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;khunter@wawlaw.com;KRichman@wawlaw.com;wlevin@wawlaw.com
Satchidananda Mims     smims21@hotmail.com
Malcolm M. Mitchell     mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Byron Z. Moldo     bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Joseph T. Moldovan     bankruptcy@morrisoncohen.com
Denise S. Mondell     denise.mondell@po.state.ct.us
Valerie P. Morrison     vmorrison@wileyrein.com, rours@wileyrein.com
Michael D. Mueller     mmueller@cblaw.com, avaughn@cblaw.com
Mona M. Murphy     mona.murphy@akerman.com, tammy.scott@akerman.com;joan.levit@akerman.com
Thomas Francis Murphy     tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com
Linda K. Myers     lmyers@kirkland.com
Linda Lemmon Najjoum     lnajjoum@hunton.com
Kevin M. Newman     knewman@menterlaw.com
Steven H. Newman     snewman@katskykorins.com
Alan Michael Noskow     anoskow@pattonboggs.com, tbryan@pattonboggs.com
Darlene M. Nowak     nowak@marcus-shapira.com
Michael John O'Grady     mjogrady@fbtlaw.com, ahammerle@fbtlaw.com
Samuel S. Oh     sam.oh@limruger.com
Tracey Michelle Ohm     tohm@stinson.com
Mary E. Olden     molden@mhalaw.com, akauba@mhalaw.com
Laura Otenti     lotenti@pbl.com
Ronald Allen Page     rpage@cantorarkema.com, jstern@cantorarkema.com
Craig M. Palik     cpalik@yahoo.com, cpalik@mhlawyers.com
R. Chase Palmer     cpalmerplf@gmail.com
Min Park     mpark@cblh.com
Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
Peter M. Pearl     ppearl@sandsanderson.com

Frank T. Pepler    fpepler@peplermastromonaco.com
Christopher L. Perkins    christopher.perkins@leclairryan.com, stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
Rhett E. Petcher    rpetcher@seyfarth.com
Loc Pfeiffer    loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
Kimberly A. Pierro    kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
Tim Pohl    tim.pohl@skadden.com
David M. Poitras    dmp@jmbm.com
Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com
Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Raymond Pring    rpring@pringlaw.com
Julie Ann Quagliano    quagliano@quagseeg.com, belcher@quagseeg.com
Albert F. Quintrall    a.quintrall@quintrall.com
William H. Ramsey    ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us
Victoria A. Reardon    reardonv@michigan.gov, jacksonst@michigan.gov
Michael Reed    othercourts@mvbalaw.com
Linda Dianne Regenhardt    lregenhardt@garyreg.com, jtadlock@garyreg.com;cmarchant@garyreg.com
Thomas W. Repczynski    trepczynski@beankinney.com, bsockwell@beankinney.com
Matthew Righetti    matt@righettilaw.com, erin@righettilaw.com
Fred B. Ringel    fbr@robinsonbrog.com
Philip M. Roberts    mroberts@bdlaw.org
Terri A. Roberts    pcaocvbk@pcao.pima.gov
James H. Rollins    jim.rollins@hklaw.com, avis.francis@hklaw.com
Martha E. Romero    romero@mromerolawfirm.com
Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com
Alan Rosenblum    alan@rosenblumllc.com, lynn@rosenblumllc.com
Edward L. Rothberg    erothberg@wkpz.com
David R. Ruby    druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com
Michael F. Ruggio    mruggio@polsinelli.com, cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com
Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Jeremy W. Ryan    jryan@saul.com
Denyse Sabagh    dsabagh@duanemorris.com
Travis Aaron Sabalewski    tsabalewski@reedsmith.com, shicks@reedsmith.com
Michael J. Sage    msage@omm.com, kzeldman@omm.com
Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com
Troy Savenko    tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com
Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com
Ann E. Schmitt    aschmitt@culbert-schmitt.com

William H. Schwarzschild    tschwarz@williamsmullen.com
Douglas Scott    BankruptcyCounsel@gmail.com
Sheila L. Shadmand    slshadmand@jonesday.com
Gilbert D. Sigala    sigalaw1@aol.com
Glenn H. Silver    ctbghs@aol.com
Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com
Kevin L. Sink    ksink@nichollscrampton.com
John Ronald Smith    jrsmith@hunton.com
Eric J. Snyder    esnyder@sillerwilk.com
Rhysa Griffith South    sou06@co.henrico.va.us
Aryeh E. Stein    astein@wtplaw.com
Richard F. Stein    richard.f.stein@irscounsel.treas.gov
Peter E. Strniste    pstrniste@rc.com, kcooper@rc.com
Mark Stromberg    mark@stromberglawfirm.com, sschild@stromberglawfirm.com;kiacaboni@stromberglawfirm.com
Lisa P. Sumner    lsumner@poyners.com, cjeckel@poyners.com
Courtney R. Sydnor    csydnor@shulmanrogers.com, lsmith@shulmanrogers.com
Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com
Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
Mark D. Taylor    mataylor@kilpatrickstockton.com
Robert D. Tepper    rtepper@sabt.com, pcoover@sabt.com
Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
Lucy L. Thomson    lthomson2@csc.com
Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com
Suzanne J. Trowbridge    sjt@goodwingoodwin.com
Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com,dgrimes@simon.com
Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov, june.e.turner@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov
John P. Van Beek    jvanbeek@ygvb.com, awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com
James G. Verrillo    jverrillo@zeislaw.com
Madeleine C. Wanlsee    mwanslee@gustlaw.com, rstein@gustlaw.com
Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com
Jennifer J. West    jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
Robert S. Westermann    rwestermann@hf-law.com, sharris@hf-law.com
David B. Wheeler    davidwheeler@mvalaw.com
Brenda M. Whinery    bwhinery@mcrazlaw.com
Nicholas W. Whittenburg    nwhittenburg@millermartin.com, mcsmith@millermartin.com
Michael L. Wilhelm    ECF@w2lg.com
Amy Pritchard Williams    amy.williams@klgates.com, hailey.andresen@klgates.com

Walter Laurence Williams    walter.williams@wilsonelser.com, mary.skow@wilsonelser.com
William A. Wood    trey.wood@bgllp.com, gale.gattis@bgllp.com
Gordon S. Woodward    gwoodward@schnader.com
J. Christian Word    chefiling@lw.com;robert.klyman@lw.com
Hale Yazicioglu    hyazicioglu@jshllp.com
Martin J. Yeager    myeager@beankinney.com, TGross@beankinney.com
Meredith Linn Yoder    myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
Jonathan W. Young    young@wildman.com
German Yusufov    pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Erica S. Zaron    cao.bkc@miamidade.gov
Sheila G. deLa Cruz    sdelacruz@hf-law.com, jbsmith@hf-law.com

**<u>Via Facsimile</u>**
Securities & Exchange Commission
Attn: Bankruptcy Unit
202-772-9293

Corporate Sales And Use, Employer Withholding, And Litter Tax
Virginia Department of Taxation
804-254-6111