1 | Gilbert A. Perez

2 | 700 E. Washington Street #128

3 | Colton, CA 92324

[Stamp: RICHMOND DIVISION FILED SEP - 8 2009 CLERK U.S. BANKRUPTCY COURT]

6 | United States Bankruptcy Court

7 | 701 East Broad Street – Room 4000

8 | Richmond, VA 23219

12 | In re:                                    ) Chapter 11

13 | Circuit City Store, Inc.,                 ) Case NO. 08-35653   (KRH)

14 | et al.,

16 |                    Debtors               ) Jointly Administered

### OBJECTION TO OMNIBUS OBJECTION

I, Gilbert A. Perez, object to Omnibus Objection because if you compare my copies of my pay stubs to my time cards you will clearly see that Circuit City did not pay me what was owed to me for hours worked from the months of July 2008 – December 2008.

Dated this __1st___ day of September 2009

*/s/ Gilbert A. Perez*

-1-