COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
## COURT SERVICES DIVISION

### MEMO TO ATTORNEY OR LITIGANT

Your process/document(s) are being returned to you for the reason(s) check below:
- ○ Written Instructions are:
    - ○ Required for service
    - ○ Incomplete
    - ○ Inadequate
    - ○ Not signed
    - ○ Not legible
    - ○ Signed by someone other than the Attorney of record or litigant (CCP § 488.030)
- ○ Fees:
    - ○ Deposit for fees are required in advance
    - ○ Insufficient amount, fees or deposit required $_____
    - ○ Remit fees by Money Order, Cashiers Check or Personal Check payable to the <u>Sheriff's Department, Los Angeles County</u>
      **NOTE: DO NOT SEND CASH THROUGH THE U.S. MAIL**
    - ○ A $_____ Notary Fee is required
    - ○ Witness Fees are required, **made payable to the witness**, amount $_____
    - ○ Check is not signed or amounts differ or check is stale dated
- ○ Writ or Document is:
    - ○ Incomplete (#'s _____)
    - ○ Irregular on its face
    - ○ Not legible
    - ○ Directed to wrong County
    - ○ Writ has changes which are not initialed by the issuing clerk of the court
    - ○ Insufficient number of copies received, need _____ additional copies of the indicated document(s)
    - ○ Additional documents needed for proper service, see below or refer to the attached samples
    - ○ Per our telephone conversation
    - ○ Other:

**EXPLANATION OF ABOVE:**

RICHMOND DIVISION
FILED SEP - 8 2009
CLERK U.S. BANKRUPTCY COURT

<u>**PLEASE ENCLOSE THIS MEMO WHEN RESUBMITTING YOUR PROCESS FOR SERVICE**</u>

### MEMO TO GARNISHEE OR EMPLOYER

The attached document(s)\check number _____ In the amount of $_____ is being returned for the reason check below:
- ○ We have received a total release from the plaintiff or a court order releasing the funds.
- ○ Unable to locate case number given, please provide a copy of the levy\order.
- ○ Defendant has filed Bankruptcy: No._____ Chapter No._____ Date filed_____.
- ○ We have received judgment and costs on this case.
- ○ Make checks payable to the <u>Sheriff's Department, Los Angeles County</u>
- ○ Other:

**Return to Address below:**

L.A. COUNTY SHERIFF'S DEPT
COUNTY COURT HOUSE
110 N. GRAND AVE., RM 525
LOS ANGELES, CA 90012

LEROY D. BACA, SHERIFF

By: _____ Deputy
Date: 9-3-09

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------x
: 
In re:                                  :   Chapter 11
                                        :
Circuit City Stores, Inc., et al.,      :   Case No. 08-35653 (KRH)
                                        :
                    Debtors.            :   (Jointly Administered)
---------------------------------------x

**NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on August 24, 2009, Circuit City Stores, Inc. ("Circuit City") and seventeen (17) of its direct and indirect debtor subsidiaries (together with Circuit City, the "Debtors"), and the Official Committee of Creditors Holding General Unsecured Claims (the "Creditors' Committee") in the above-captioned cases, filed the Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Plan"), and the Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Disclosure Statement"), with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219, on **September 22, 2009 at 11:00 a.m. (Eastern)**, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and approving the Disclosure Statement for solicitation purposes. The Disclosure Statement Hearing may be adjourned from time to time, without further notice to creditors or parties in interest, by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or in the agenda filed with respect to the scheduled Disclosure Statement Hearing.

**THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement and Plan are on file with and may be examined by interested parties at the Office of the Clerk of the Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained at the Debtors' case information website, www.kccllc.net/circuitcity or upon written request to Kurtzman Carson Consultants LLC, 2335 Alaska

Avenue, El Segundo, CA 90245, attn: Circuit City Stores, Inc. et al.. Parties also may obtain a copy of the Disclosure Statement and Plan online through the Bankruptcy Court website at www.vaeb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting or responding party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response, (d) otherwise comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Bankruptcy Court, and (e) be filed, together with proof of service, with the Bankruptcy Court, and served so as to be actually received, on or before **4:00 p.m. (Eastern) on September 18, 2009** by:

The Debtors

If by first-class mail:

Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695
(Attn: Michelle Mosier)

If by overnight delivery or personal service:

Circuit City Stores, Inc.
4951 Lake Brook Drive
Suite #500
Glen Allen, VA 23060
(Attn: Michelle Mosier)

Counsel For The Debtors

If by first-class mail:

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(Attn: Gregg M. Galardi and Ian S. Fredericks)

If by overnight delivery or personal service:

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
(Attn: Gregg M. Galardi and Ian S. Fredericks)

and

2

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson and Jessica S. Kumar)

and

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley and Sarah B. Boehm)

Counsel For The Creditors' Committee

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

and

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

and

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

The United States Trustee

701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)

IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY WILL BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND WILL NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

3

023154_18614_PRODUCT_1_DOMESTIC_2/007807/023421/i

PLEASE TAKE FURTHER NOTICE THAT, following approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

Dated:   August 24, 2009
        Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
---------------------------------x
                                 :
In re:                           :    Chapter 11
                                 :
Circuit City Stores, Inc., et al.,  :  Case No. 08-35653 (KRH)
                                 :
                      Debtors.   :    (Jointly Administered)
---------------------------------x
```

**NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on August 24, 2009, Circuit City Stores, Inc. ("Circuit City") and seventeen (17) of its direct and indirect debtor subsidiaries (together with Circuit City, the "Debtors"), and the Official Committee of Creditors Holding General Unsecured Claims (the "Creditors' Committee") in the above-captioned cases, filed the Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Plan"), and the Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Disclosure Statement"), with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219, on **September 22, 2009 at 11:00 a.m. (Eastern)**, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and approving the Disclosure Statement for solicitation purposes. The Disclosure Statement Hearing may be adjourned from time to time, without further notice to creditors or parties in interest, by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or in the agenda filed with respect to the scheduled Disclosure Statement Hearing.

**THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement and Plan are on file with and may be examined by interested parties at the Office of the Clerk of the Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained at the Debtors' case information website, www.kccllc.net/circuitcity or upon written request to Kurtzman Carson Consultants LLC, 2335 Alaska

Avenue, El Segundo, CA 90245, attn: Circuit City Stores, Inc. et al.. Parties also may obtain a copy of the Disclosure Statement and Plan online through the Bankruptcy Court website at www.vaeb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE THAT responses and objections, if any, to the approval of the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting or responding party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response, (d) otherwise comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Bankruptcy Court, and (e) be filed, together with proof of service, with the Bankruptcy Court, and served so as to be actually received, on or before **4:00 p.m. (Eastern) on September 18, 2009** by:

> The Debtors
>
> If by first-class mail:
>
> Circuit City Stores, Inc.
> P.O. Box 5695
> Glen Allen, VA 23058-5695
> (Attn: Michelle Mosier)
>
> If by overnight delivery or personal service:
>
> Circuit City Stores, Inc.
> 4951 Lake Brook Drive
> Suite #500
> Glen Allen, VA 23060
> (Attn: Michelle Mosier)
>
> Counsel For The Debtors
>
> If by first-class mail:
>
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899-636
> (Attn: Gregg M. Galardi and Ian S. Fredericks)
>
> If by overnight delivery or personal service:
>
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> 10th and King Streets, 7th Floor
> Wilmington, DE 19801
> (Attn: Gregg M. Galardi and Ian S. Fredericks)
>
> and

2

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson and Jessica S. Kumar)

and

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley and Sarah B. Boehm)

Counsel For The Creditors' Committee

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

and

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

and

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

The United States Trustee

701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)

IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY WILL BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND WILL NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

3

PLEASE TAKE FURTHER NOTICE THAT, following approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

Dated:  August 24, 2009
        Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession