

**ROTO-ROOTER.**
**PLUMBING &**
**DRAIN SERVICE**

Roto-Rooter
P.O. Box 2222
South Burlington, VT 05407

802.863.2722
802.863.2504 Fax
1.800.GET-ROTO

*CASE # 08-35653 (KRH)*

March 20, 2009

IPT Service Care
Danielle Mundell
10 Columbus Blvd
4th Floor
Hartford, CT 06106
Ph # 888-928-3276, Fx #860-466-7611

PO # 47118604
Site: Circuit City, 15 Marshall Ave, Williston, VT 05495

Store having a problem with toilet in the girl's bathroom leaking.

December 14, 2008 - Roto-Rooter send 2 technician's to check out the problem.

- Our technician augered the urinal in men's room to clear the line.     Auger   $225.00

- Roto-Rooter technicians installed (2) Urinal Block's.     Urinal Blocks   $24.00

- Roto-Rooter technicians also tighten the spud on first toilet stall in
  Women's room.     Labor   $141.90
  Price Includes Travel Total   $390.00

Time Dispatched  2:10 PM
Time Arrived      2:27 PM
Time Done Job     3:30 PM

In conclusion: I look forward to serving your needs. Should you have any questions please call me.

It is our privilege to serve you.

Sincerely,

Rich Marchuk
General Manager



# EMERGENCY SERVICE REQUEST

| | | | For Inquires Call |
|---|---|---|---|
| **Client:** | **Circuit City** | | **IPT ServiceCare:** |
| **Location:** | **15 Marshall Avenue** | | **888-928-3276** |
| | **Williston, VT 05495** | | **Tracking #:** |
| | | | **47118604** |

| | |
|---|---|
| To: | Roto-Rooter - VT |
| Service Need: | Toilet |
| Root Cause: | Normal Wear and Tear |
| **Authorization Code:** | |
| **Not To Exceed:** | **$425** |
| Service Requested: | 04-Dec-2008 01:39 PM EST |
| **Arrival Required By:** | **05-Dec-2008 01:39 PM EST** |
| Fax Delivery Time: | 04-Dec-2008 01:39 PM |
| **Client Location:** | **Circuit City - Williston/VT - 03732** |
| Client Contact: | (802) 879-7451 |

## Details of Service Request

Bret Anish/Store Operations Manager states that there is a leak from the toilet in the girls bathroom. When he presses the lever to flush the toilet there is water that leaks from it. No safety hazards. the leak can be contained. He has not requested service for this with in the last 30 days. There is no other problems with the toilet.

## Procedural Details

PICTURES ARE REQUIRED FOR ALL QUOTES.
You are assigned as the Service Provider for this EMERGENCY request. Within 30 minutes, you must contact IPT to confirm your response time or decline this RFS. If accepted, pre-call the location to determine if a phone resolution is possible. If so, obtain the Authorization Code from the client and resolve as Phone Fix. If not, schedule service to meet the required arrival time. Upon arrival, obtain the Authorization Code from the client. Remember to check in/out with IPT on each visit. All work associated with this Service Request to be completed in accordance with current Master Agreement between IPT and Contractor

## Client Specific Details

Acceptance of this RFS signifies commitment to the Service Provider Agreement and Handbook at www.goipt.com. Upon completion of the work for the day, you must obtain the manager's signature on a detailed work ticket (signature is not required for Surplus locations).

2008 IPT - All rights Reserved



# SERVICE COMPLETED

| | | For Inquiries Call IPT ServiceCare: 888-928-3276 Tracking #: 47118604 |
|---|---|---|
| **Client:** | **Circuit City** | |
| **Location:** | **15 Marshall Avenue** | |
| | **Williston, VT 05495** | |

| | |
|---|---|
| Service Requested: | 04-Dec-2008 01:39 PM EST |
| Problem: | Toilet |
| Fax Delivery Time: | 04-Dec-2008 08:03 PM EST |

CLIENT LOCATION:
Circuit City - Williston/VT - 03732
Phone: (802) 879-7451
Fax:    (802) 879-8145

SERVICE PROVIDER:
Roto-Rooter - VT
998 South Brownell Road

Williston, VT 05495
Phone: (802) 863-2722
Fax:    (802) 863-2504

| | |
|---|---|
| ETA Date: | 05-Dec-2008 01:39 PM EST |
| First Check In Date: | 04-Dec-2008 01:47 PM EST |
| Last Check Out Date: | 04-Dec-2008 01:52 PM EST |
| Number of Visits: | 1 |
| Labor Hours: | .08 |

Repairs:

## Procedural Details

This Request for Service (RFS) is COMPLETE.
Please update your records accordingly.
If you believe this RFS is not complete, please contact IPT to report the discrepancy/error.

## Client Specific Details

Y

2008 IPT - All rights Reserved

# ROTO-ROOTER
## PLUMBING & DRAIN SERVICE
## 1-800-GET-ROTO

SAVE THIS INVOICE FOR YOUR GUARANTEE
SEE BINDING TERMS ON REVERSE

Roto-Rooter
P. O. Box 2222
South Burlington, VT 05407
1-800-GET-ROTO
(802) 863-2722
Fax (802) 863-2504
Master Plumber #PM-4000

DATE OF SERVICE: 12/4/08    LOCATION: BURLINGTON

SERVICE TECHNICIAN'S NAME: Justin 18 Jay 10 #

INVOICE NO. 4650

| | | | |
|---|---|---|---|
| SEWER & DRAIN ☐ | PLUMBING ☑ | PUMPING ☐ |
| INDUSTRIAL ☐ | EXCAVATION ☐ | DRAIN TILE ☐ |

CUSTOMER NAME: Circuit City

CUSTOMER NO.

CUSTOMER CLASS: RESIDENTIAL ☐  COMMERCIAL ☑

BILLING ADDRESS: TPT Service Care    10 Columbus Blvd    APT. NUMBER: 4th floor

FEDERAL I.D. #: 26-0241640

CITY: Hartford    STATE/PROVINCE: CT    ZIP/POSTAL: 06106    CUSTOMER PHONE NO.: 579-7451    P.O. NUMBER/AUTHORIZATION: 47118604

JOB ADDRESS (IF DIFFERENT THAN BILLING ADDRESS): 15 Marshall Ave    PO# 47118604    CITY: Williston    STATE/PROVINCE: VT    ZIP/POSTAL: 05495

**WORK ORDER AUTHORIZATION** I authorize the services below and agree to pay the amounts indicated. I have read and agree to the terms on the reverse side, including the limits on Roto-Rooter's responsibility specified in those terms.

(SIGNATURE) X    (PRINT NAME) Mike DeNunzio

**REPAIR CODE    ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED** (The approximate starting date is _____, and the approximate completion date is _____. Neither date is guaranteed. Unexpected conditions or problems could cause delays.)

| Description | $ AMOUNT |
|---|---|
| Tighten spud on first stall toilet in womens Room | 155.95 |
| Cable + Treat urinal in mens room when urinal block run out Roto-Rooter will deliver a case | 234.95 |

**ADJUSTMENTS/CHANGES IN WORK TO BE PERFORMED** (Use additional invoice if needed to describe changes)

### RESIDENTIAL GUARANTEE
LABOR
☐ Main/Branch Lines    6 months
☐ Toilet Auger    7 days
☐ Plumbing Repair    6 months
☐ Plumbing Replacement    1 year
☐ Extended Guarantee    1 year
REASON FOR NO GUARANTEE

### COMMERCIAL GUARANTEE
LABOR
☐ Toilet Auger    24 hours
☒ Plumbing Repair    90 days
☐ Plumbing Replacement    90 days

### PAYMENT
☐ CASH
☐ CHECK NO. _____
☐ CREDIT CARD
☑ NET 10 DAYS
OVER 30 DAYS = LATE CHARGE OF 1 1/2% PER MONTH
* In the event check is returned, the COMPANY will charge the CUSTOMER A $25.00 processing fee.

| | |
|---|---|
| LABOR $ | |
| PARTS $ | |
| PRODUCTS $ | |
| OTHER $ | |
| $ | |
| $ | |
| TAX $ | |
| **INVOICE TOTAL $** | 390.90 |

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

(SIGNATURE) X    (PRINT NAME)

(E-MAIL ADDRESS)

Send plumbing tips, product/services information and coupons via email.

| NEXT VISIT | TIME DISPATCHED 2:20 | TIME ARRIVED 2:27 | TIME DONE 3:30 | INVOICE NO. 4650 |
|---|---|---|---|---|

**IRR**    LOCATION    BURLINGTON    10316    INVOICE DATE  /  /

### RECOMMENDATION FOR REPAIR OR REPLACEMENT

| ITEM | LOCATION | ESTIMATED COST | YOU SAVE TODAY |
|---|---|---|---|
| WATER HEATER | CIRCUIT CITY #3732 | | |
| DISPOSER | 150 RETAIL HWY | | |
| SINK | WILLISTON VT 05495 | | |
| TOILET | | | |
| BATHTUB | | | |
| SHOWER | | | |
| FAUCET | | | |
| DRAIN | | | |
| OTHER | | | |

### PARTS USAGE

| FROM O/S OR TRUCK | ✓ | | | | |
|---|---|---|---|---|---|
| VENDOR | PART # | QTY USED | T/OS | DESCRIPTION | TOTAL COST | SELL PRICE |
| | | 2 | T | Urinal Blocks | 24.00 | |

TOTALS → 24.00

(Service Technician's Signature)

# ROTO-ROOTER. Fax

**Roto-Rooter Drain Cleaning**
**998 S. Brownell Road**
**Williston, VT 05495**
**(800) GET-ROTO**
**(802) 863-2722**
**(802) 863-2504 Fax**

Danielle Mundell

To: I P T Service Care     From: Rita

Fax: 1-860-466-7611     Pages: 5     Including cover

Phone:     Date: 3-20-09

Re:     CC:

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments:

Danielle

I hope this is what you
Asked for on the service call

PO# 47118604

Thank You
Rita



# INVOICE AUDIT NOTIFICATION

| | |
|---|---|
| **Client:**  **Circuit City** | **For Inquires Call** |
| **Invoice #:**  **4650** | **IPT ServiceCare:** |
| | **888-928-3276** |
| | **Tracking #:** |
| | **47118604** |

| | |
|---|---|
| To: | Accounts Receivable Department |
| | Roto-Rooter - VT |
| Invoice Date: | |
| IPT Received Date: | 03-FEB-2009 |
| Payable Date: | |
| Current Invoice Status: | Rejected w/notification |
| Amount: | $390.90 |
| A/P Specialist: | Danielle Mundell  danielle.mundell@fmFacilityMaintenance.com |
| Fax Delivery Time: | 18-Feb-2009 03:22 AM EST |

## Cause(s) of Current Invoice Status

This invoice's tracking id is on hold.

## Action(s) Required to Change Status

Contact A/P Specialist at IPT.

## Invoice Notes

*missing signed work ticket need to have hours on site, must break down by labor, travel and material by contracted rates, can't bill as lump sum*

2009 IPT - All Rights Reserved



# INVOICE AUDIT NOTIFICATION

| Client: | **Circuit City** |
|---|---|
| **Invoice #:** | **4650** |

**For Inquires Call
IPT ServiceCare:
888-928-3276
Tracking #:
47118604**

| To: | Accounts Receivable Department |
|---|---|
| | Roto-Rooter - VT |
| Invoice Date: | |
| IPT Received Date: | 20-APR-2009 |
| Payable Date: | |
| Current Invoice Status: | Rejected w/notification |
| Amount: | $390.90 |
| A/P Specialist: | Danielle Mundell danielle.mundell@fmFacilityMaintenance.com |
| Fax Delivery Time: | 29-Apr-2009 03:18 AM EST |

## Cause(s) of Current Invoice Status

This invoice's tracking id is on hold.

## Action(s) Required to Change Status

Contact A/P Specialist at IPT.

## Invoice Notes

Rejection: Invoice needs to be broken down by contracted rates and will not get paid until corrected. Have been notified by phone.

2009 IPT - All Rights Reserved

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                                :        Chapter 11

Circuit City Stores, Inc., et al.,     :        Case No. 08-35653 (KRH)

                  Debtors.   :        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on August 24, 2009, Circuit City Stores, Inc. ("Circuit City") ard seventeen (17) of its direct and indirect debtor subsidiaries (together with Circuit City, the "Debtors"), and the Official Committee of Creditors Holding General Unsecured Claims (the "Creditors' Committee") in the above-captioned cases, filed the Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Plan"), and the Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Disclosure Statement"), with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219, on **September 22, 2009 at 11:00 a.m. (Eastern)**, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and approving the Disclosure Statement for solicitation purposes. The Disclosure Statement Hearing may be adjourned from time to time, without further notice to creditors or parties in interest, by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or in the agenda filed with respect to the scheduled Disclosure Statement Hearing.

**THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement and Plan are on file with and may be examined by interested parties at the Office of the Clerk of the Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained at the Debtors' case information website, www.kccllc.net/circuitcity or upon written request to Kurtzman Carson Consultants LLC, 2335 Alaska

Circuit City Stores, Inc
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, Ca 90245

180292



PRF 18614   4514667

ROTO ROOTER
PO BOX 2222
S BURLINGTON VT 05407-2222

Case No 08-35653 (KRH)