# LA&K



LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BOULEVARD, SUITE 1650
SHERMAN OAKS, CA 91403
TELEPHONE (818) 382-3434
FACSIMILE (818) 382-3433
www.laklawyers.com

elevey@laklawyers.com

OUR FILE NUMBER
857-063

September 2, 2009

**VIA OVERNIGHT MAIL**

Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District – Richmond Division
701 East Broad Street,
Richmond, VA, 23219-1888

        Attention:    Clerk of the Court
        Re:    *In re Circuit City Stores, Inc., et al.*
                United States Bankruptcy Court - Case No. 08-35653 (KRH)
                Eastern District of Virginia – Richmond Division

Dear Clerk of the Court:

      Please find enclosed the following document: **PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF [I] CERTAIN AMENDED CLAIMS; AND [II] CERTAIN DUPLICATE CLAIMS)** for filing and entry on the docket of the above referenced matter.

                                    Very truly yours,

                                    Elan S. Levey

                                    ELAN S. LEVEY
                                    Levinson Arshonsky & Kurtz, LLP

ESL/lm-g
Enclosure



RECEIVED
Judge's Chambers

SEP – 3 2009

KEVIN R. HUENNEKENS

857-063/65826

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>(Jointly Administered) |

### PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)

1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC (collectively, the "Landlord") hereby files its Preliminary Response ("Response") to the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (the "Claim Objection").

### PRELIMINARY RESPONSE

The Landlord hereby responds to the Debtors' Claim Objection on the following grounds. Briefly stated, the Claim Objection seeks to *disallow* Landlord's Claim Number 9270 filed in the Circuit City Stores, Inc. case (08-35653) in the amount of $2,234,942.29 and to *allow* Landlord's Claim Number 12461 filed in the Circuit City Stores, Inc. case (08-35653) in the amount of $2,468,704.69, on the grounds that Landlord's Claim Number 9270 was amended by the filing of its subsequent Claim Number 12461.

The Landlord agrees that said claims are partially duplicative and requests the following relief:

Claim Number 9270: Landlord agrees to withdraw the portion of said claim consisting of $2,280,032.45 (representing damages sought pursuant to 11 U.S.C. § 502(B)(6)(A)), leaving a remaining claim balance of **$54,909.84** representing, among other things, its pre-petition claim for unpaid rent, property taxes and attorneys' fees and costs, as set forth therein.

Claim Number 12461: This claim shall remain the same as it consists of Landlord's damages sought pursuant to 11 U.S.C. § 502(B)(6)(A).

Consistent with the Notice of the Claim Objection, copies of the Landlord's Claims are intentionally not attached hereto.

Accordingly, upon the limited basis set forth herein, the Landlord objects to the relief sought by the Debtors' Claim Objection as it will prejudice the Landlord's rights to distribution based upon its underlying lease claims.

Further, the Landlord hereby reserves all rights to supplement this Response at a later date, to the extent so necessary.

The Landlord further seeks all other appropriate relief.

DATED: September 2, 2009        **LEVINSON, ARSHONSKY & KURTZ, LLP**

_/s/ Elan S. Levey_
ELAN S. LEVEY
(California State Bar No. 174843)
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433
Email: elevey@laklawyers.com

857-063/65647                    2

## CERTIFICATE OF SERVICE

I, Linda Greenstein, do herby certify that a true and correct copy of the document: ***PRELIMINARY RESPONSE OF 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS, LLC TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)*** was served upon the parties listed below via pre-paid overnight mail, U.S. mail and Express Mail.

<u>Judge's Copy via Overnight Mail (Federal Express)</u>
Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District – Richmond Division
701 East Broad Street,
Richmond, VA, 23219-1888

<u>Following Parties all served via U.S. Mail:</u>

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
  *Assistant United States Trustee*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
  *Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
  & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
  *Counsel for the Debtors*

<u>Following Parties served via U.S. Mail</u> (cont.)

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher
  & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
  *Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
  *Counsel for the Creditors' Committee*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
  *Counsel for the Creditors' Committee*

Dated:  September 2, 2009

*/s/ Linda Greenstein*
Linda Greenstein

857-063/65647

3