Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Ninth Omnibus Objection to Claims

(Disallowance of Certain Duplicate Claims) (the

"Objection"), and it appearing that due and proper notice

and service of the Objection has been given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was

good and sufficient and that no other further notice or

service of the Objection need be given; and it further

appearing that certain parties filed responses to the

Objection; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A - Debtors'

Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims -

Disallowed) as attached hereto and incorporated herein, are

forever disallowed in their entirety for all purposes in

these bankruptcy cases.

3.    The status hearing on the Objection to the claims

identified on Exhibit B - Debtors' Twenty-Ninth Omnibus

Objection to Claims (Duplicate Claims - Adjourned) as

attached hereto and incorporated herein, is hereby adjourned

to October 15, 2009, at 2:00 p.m. (Eastern) or until such

later time as agreed by the parties.

4.    The Debtors' rights and abilities to object to any

claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

    5.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009


       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley_____
                              Douglas M. Foley


\9873864

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

### EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| **Claim:** 6311<br>**Date Filed:** 01/27/2009<br>**Creditor's Name and Address:**<br>ADT SECURITY SERVICES INC<br>C O ALVIN S GOLDSTEIN ESQ<br>FURR & COHEN PA<br>2255 GLADES RD STE 337W<br>BOCA RATON, FL 33431<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $59,367.39<br>Unsecured:<br>Total: $59,367.39 | **Claim:** 14030<br>**Date Filed:** 06/25/2009<br>**Creditor's Name and Address:**<br>ADT SECURITY SERVICES INC<br>C O ALVIN S GOLDSTEIN ESQ<br>FURR & COHEN PA<br>2255 GLADES RD STE 337W<br>BOCA RATON, FL 33431<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $59,367.39<br>Unsecured:<br>Total: $59,367.39 |
| **Claim:** 2305<br>**Date Filed:** 12/19/2008<br>**Creditor's Name and Address:**<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $160,500.00<br>Administrative:<br>Unsecured:<br>Total: $160,500.00 | **Claim:** 5102<br>**Date Filed:** 01/22/2009<br>**Creditor's Name and Address:**<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $160,500.00<br>Administrative:<br>Unsecured:<br>Total: $160,500.00 |
| **Claim:** 11044<br>**Date Filed:** 02/02/2009<br>**Creditor's Name and Address:**<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007-0000<br><br>**Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $293,339.58<br>Administrative:<br>Unsecured: $1,544.15<br>Total: $294,883.73 | **Claim:** 10432<br>**Date Filed:** 02/04/2009<br>**Creditor's Name and Address:**<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>**Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $293,339.58<br>Administrative:<br>Unsecured: $1,544.15<br>Total: $294,883.73 |
| **Claim:** 1685<br>**Date Filed:** 12/17/2008<br>**Creditor's Name and Address:**<br>AT&T CORP<br>AT&T ATTORNEY JAMES GRUDUS ESQ<br>1 ATT WAY RM 3A218<br>BEDMINSTER, NJ 07921<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $203,718.97<br>Total: $203,718.97 | **Claim:** 2056<br>**Date Filed:** 12/23/2008<br>**Creditor's Name and Address:**<br>AT&T CORP<br>AT&T ATTORNEY JAMES GRUDUS ESQ<br>ONE AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $203,718.97<br>Total: $203,718.97 |
| **Claim:** 9331<br>**Date Filed:** 01/30/2009<br>**Creditor's Name and Address:**<br>BAZIKYAN, GAYK<br>1001 GLENWOOD RD<br>GLENDALE, CA 91202<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $959.14<br>Administrative:<br>Unsecured:<br>Total: $959.14 | **Claim:** 9141<br>**Date Filed:** 01/30/2009<br>**Creditor's Name and Address:**<br>BAZIKYAN, GAYK<br>1001 GLENWOOD RD<br>GLENDALE, CA 91202<br><br>**Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $959.14<br>Administrative:<br>Unsecured:<br>Total: $959.14 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 2796 | Debtor: ORBYX ELECTRONICS, LLC (08-35662) | Claim: 2767 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | Date Filed: 01/05/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| BOOKS A MILLION COM | Administrative: | BOOKS A MILLION | Administrative: |
| PETE BESSIERE | Unsecured: $7,315.15 | PO BOX 19728 | Unsecured: $7,315.15 |
| 402 INDUSTRIAL LN | | BIRMINGHAM, AL 35219 | |
| BIRMINGHAM, AL 35211 | | | |
| | Total: $7,315.15 | | Total: $7,315.15 |

| | | | |
|---|---|---|---|
| Claim: 10847 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10419 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/13/2009 | Secured: $7,224.00 | Date Filed: 02/09/2009 | Secured: $7,224.00 |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BOULDER COUNTY TREASURER | Administrative: | BOULDER COUNTY TREASURER | Administrative: |
| BOB HULLINGHORST | Unsecured: | BOB HULLINGHORST | Unsecured: |
| PO BOX 471 | | PO BOX 471 | |
| BOULDER, CO 80306-0000 | | BOULDER, CO 80306-0000 | |
| | Total: $7,224.00 | | Total: $7,224.00 |

| | | | |
|---|---|---|---|
| Claim: 10178 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10190 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | Secured: | Date Filed: 01/30/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BROWN, MARLO D | Administrative: | BROWN, MARLO | Administrative: |
| 1508 N GARFIELD ST APT 202 | Unsecured: $50,000.00 | 1508 N GARFIELD APT 202 | Unsecured: $50,000.00 |
| MARION, IL 62959 | | MARION, IL 62959 | |
| | Total: $50,000.00 | | Total: $50,000.00 |

| | | | |
|---|---|---|---|
| Claim: 2651 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2650 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/06/2009 | Secured: | Date Filed: 01/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| ECONOMIC RESEARCH SERVICES INC | Administrative: | ECONOMIC RESEARCH SERVICES INC | Administrative: |
| 4901 TOWER CT | Unsecured: UNL | 4901 TOWER CT | Unsecured: UNL |
| TALLAHASSEE, FL 32303 | | TALLASSEE, FL 32303 | |
| | Total: UNL | | Total: UNL |

| | | | |
|---|---|---|---|
| Claim: 3540 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3536 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | Secured: | Date Filed: 01/13/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| FRAZIER, ALDUS J | Administrative: | FRAZIER, ALDUS J | Administrative: |
| 3237 SHERWOOD BLUFF CIRCLE | Unsecured: UNL | 3237 SHERWOOD BLUFF CIRCLE | Unsecured: UNL |
| POWHATAN, VA 23139 | | POWHATAN, VA 23139 | |
| | Total: UNL | | Total: UNL |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 3539   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/13/2009 <br> Creditor's Name and Address: <br> Secured: <br> Priority: <br> Administrative: <br> FRAZIER, ALDUS J <br> 3237 SHERWOOD BLUFF CIRCLE <br> POWHATAN, VA 23139   Unsecured: UNL <br><br> Total: UNL | Claim: 3536   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/13/2009 <br> Creditor's Name and Address: <br> Secured: <br> Priority: <br> Administrative: <br> FRAZIER, ALDUS J <br> 3237 SHERWOOD BLUFF CIRCLE <br> POWHATAN, VA 23139   Unsecured: UNL <br><br> Total: UNL |
| Claim: 4755   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/20/2009 <br> Creditor's Name and Address: <br> Secured: <br> Priority: <br> Administrative: <br> GLOBE NEWSPAPER CO INC DBA BOSTON GLOBE <br> JOSEPH ASTINO <br> BOSTON GLOBE <br> 135 MORRISSEY BLVD <br> BOSTON, MA 02125   Unsecured: $176,943.96 <br><br> Total: $176,943.96 | Claim: 9971   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/30/2009 <br> Creditor's Name and Address: <br> Secured: <br> Priority: <br> Administrative: <br> THE BOSTON GLOBE <br> LAW OFFICE OF WILLIAM J MCDERMOTT LLP <br> 499 JERICHO TPK STE 100 <br> MINEOLA, NY 11501   Unsecured: $176,943.96 <br><br> Total: $176,943.96 |
| Claim: 12228   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 03/30/2009 <br> Creditor's Name and Address:   Secured: $35,475.38 <br> Priority: <br> GREGG COUNTY   Administrative: <br> ELIZABETH WELLER MICHAEL W DEEDS   Unsecured: <br> LAURIE A SPINDLER <br> LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> 2323 BRYAN ST STE 1600 <br> DALLAS, TX 75201-2691   Total: $35,475.38 | Claim: 12031   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 03/31/2009 <br> Creditor's Name and Address:   Secured: $35,475.38 <br> Priority: <br> GREGG COUNTY   Administrative: <br> ELIZABETH WELLER   Unsecured: <br> MICHAEL W DEEDS & LAURIE A SPINDLER <br> LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> 2323 BRYAN ST STE 1600 <br> DALLAS, TX 75201-2691   Total: $35,475.38 |
| Claim: 3107   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/07/2009 <br> Creditor's Name and Address: <br> Secured: <br> GUILLAUME, JASON JAMES   Priority: $222.49 <br> 310 ARDMORE AVE   Administrative: <br> TRENTON, NJ 08629   Unsecured: <br><br> Total: $222.49 | Claim: 2836   Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Date Filed: 01/07/2009 <br> Creditor's Name and Address: <br> Secured: <br> GUILLAUME, JASON   Priority: $222.49 <br> 310 ARDMORE AVE   Administrative: <br> TRENTON, NJ 08629-0000   Unsecured: <br><br> Total: $222.49 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

### EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Claim: 5837 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 7142 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/16/2009 | | | Date Filed: 01/26/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| HARRIS COUNTY ET AL | Administrative: | $290,151.33 | HARRIS COUNTY ET AL | Administrative: | $290,151.33 |
| JOHN P DILLMAN | Unsecured: | | JOHN P DILLMAN | Unsecured: | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | |
| PO BOX 3064 | Total: | $290,151.33 | PO BOX 3064 | Total: | $290,151.33 |
| HOUSTON, TX 77253-3064 | | | HOUSTON, TX 77253-3064 | | |

| | | | | | |
|---|---|---|---|---|---|
| Claim: 11853 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11552 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/19/2009 | | | Date Filed: 02/23/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| HARRIS COUNTY ET AL | Administrative: | $237,952.61 | HARRIS COUNTY ET AL | Administrative: | $237,952.61 |
| JOHN P DILLMAN | Unsecured: | | JOHN P DILLMAN | Unsecured: | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | |
| PO BOX 3064 | Total: | $237,952.61 | PO BOX 3064 | Total: | $237,952.61 |
| HOUSTON, TX 77253-3064 | | | HOUSTON, TX 77253-3064 | | |

| | | | | | |
|---|---|---|---|---|---|
| Claim: 4421 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 7259 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/20/2009 | | | Date Filed: 01/28/2009 | | |
| Creditor's Name and Address: | Secured: | $17,427.73 | Creditor's Name and Address: | Secured: | $17,427.73 |
| | Priority: | | | Priority: | |
| HIDALGO COUNTY | Administrative: | | HIDALGO COUNTY | Administrative: | |
| JOHN T BANKS | Unsecured: | | JOHN T BANKS | Unsecured: | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | | | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | | |
| 3301 NORTHLAND DR STE 505 | Total: | $17,427.73 | 3301 NORTHLAND DR STE 505 | Total: | $17,427.73 |
| AUSTIN, TX 78731 | | | AUSTIN, TX 78731 | | |

| | | | | | |
|---|---|---|---|---|---|
| Claim: 2719 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2720 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/06/2009 | | | Date Filed: 01/06/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| HOLIDAY INN EXPRESS ALLEN | Administrative: | | HOLIDAY INN EXPRESS ALLEN | Administrative: | |
| 205 N CENTRAL EXPY | Unsecured: | $10,332.00 | 205 N CENTRAL EXPY | Unsecured: | $10,332.00 |
| ALLEN, TX 75013 | | | ALLEN, TX 75013 | | |
| | Total: | $10,332.00 | | Total: | $10,332.00 |

| | | | | | |
|---|---|---|---|---|---|
| Claim: 623 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 622 | | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/08/2008 | | | Date Filed: 12/08/2008 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority: | | | Priority: | |
| J & F MANUFACTURING INC | Administrative: | | J & F MANUFACTURING INC | Administrative: | $438,704.37 |
| 370 ALLIED DR | Unsecured: | $438,704.37 | 104 46 DUNKIRK ST | Unsecured: | |
| CONWAY, SC 29526 | | | JAMAICA, NY 11412 | | |
| | Total: | $438,704.37 | | Total: | $438,704.37 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims
(Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| Claim: 4224 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 622 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/20/2009 | | Date Filed: 12/08/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| J&F MFG INC | Administrative: | J & F MANUFACTURING INC | Administrative: $438,704.37 |
| 104 46 DUNKIRK ST | Unsecured: $438,704.37 | 104 46 DUNKIRK ST | Unsecured: |
| JAMAICA, NY 11412 | | JAMAICA, NY 11412 | |
| | Total: $438,704.37 | | Total: $438,704.37 |

| Claim: 4750 | Debtor: CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) | Claim: 4748 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/15/2009 | | Date Filed: 01/15/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: $21,962.23 | | Priority: $21,962.23 |
| LACOURSIERE, BRIAN L | Administrative: | LACOURSIERE, BRIAN L | Administrative: |
| 4347 KINGS CHURCH RD | Unsecured: | 4347 KINGS CHURCH RD | Unsecured: |
| TAYLORSVILLE, KY 40071-7907 | | TAYLORSVILLE, KY 40071-7907 | |
| | Total: $21,962.23 | | Total: $21,962.23 |

| Claim: 12473 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12948 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 04/28/2009 | | Date Filed: 05/11/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: $5,766.78 | | Priority: $5,766.78 |
| LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: | LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: |
| PO BOX 4024 | Unsecured: | PO BOX 4024 | Unsecured: |
| LAFAYETTE, LA 70502-4024 | | LAFAYETTE, LA 70502-4024 | |
| | Total: $5,766.78 | | Total: $5,766.78 |

| Claim: 13348 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12948 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 06/15/2009 | | Date Filed: 05/11/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: $5,766.78 | | Priority: $5,766.78 |
| LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: | LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: |
| PO BOX 4024 | Unsecured: | PO BOX 4024 | Unsecured: |
| LAFAYETTE, LA 70502-4024 | | LAFAYETTE, LA 70502-4024 | |
| | Total: $5,766.78 | | Total: $5,766.78 |

| Claim: 12321 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12948 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 04/22/2009 | | Date Filed: 05/11/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: $5,766.78 | | Priority: $5,766.78 |
| LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: | LAFAYETTE CONSOLIDATED GOVERNMENT | Administrative: |
| PO BOX 4024 | Unsecured: | PO BOX 4024 | Unsecured: |
| LAFAYETTE, LA 70502-4024 | | LAFAYETTE, LA 70502-4024 | |
| | Total: $5,766.78 | | Total: $5,766.78 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 4061 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3778 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/20/2009 | | Date Filed: 01/15/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| LOPEZ, JOHN C | Administrative: | LOPEZ, JOHN C | Administrative: |
| 21111 BARDADOS CIRCLE | | 21111 BARDADOS CIRCLE | |
| HUNTINGTON BEACH, CA 92646 | Unsecured: $60,334.68 | HUNTINGTON BEACH, CA 92646 | Unsecured: $60,334.68 |
| | Total: $60,334.68 | | Total: $60,334.68 |
| Claim: 3706 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3778 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/14/2009 | | Date Filed: 01/15/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| LOPEZ, JOHN | Priority: | LOPEZ, JOHN C | Priority: |
| LOPEZ JOHN C | Administrative: | 21111 BARDADOS CIRCLE | Administrative: |
| 21111 BARDADOS CIRCLE | | HUNTINGTON BEACH, CA 92646 | |
| HUNTINGTON BEACH, CA 92646 | Unsecured: $60,334.68 | | Unsecured: $60,334.68 |
| | Total: $60,334.68 | | Total: $60,334.68 |
| Claim: 1416 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 742 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | | Date Filed: 11/26/2008 | |
| Creditor's Name and Address: | Secured: $3,965.99 | Creditor's Name and Address: | Secured: $3,965.99 |
| | Priority: | | Priority: |
| METROPOLITAN GOVERNMENT TRUSTEE | Administrative: | METROPOLITAN GOVERNMENT TRUSTEE | Administrative: |
| METROPOLITAN DEPARTMENT OF LAW | Unsecured: | METROPOLITAN DEPARTMENT OF LAW | Unsecured: |
| PO BOX 196300 | | PO BOX 196300 | |
| NASHVILLE, TN 37219-6300 | | NASHVILLE, TN 37219-6300 | |
| | Total: $3,965.99 | | Total: $3,965.99 |
| Claim: 1413 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 737 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | | Date Filed: 11/26/2008 | |
| Creditor's Name and Address: | Secured: $2,190.93 | Creditor's Name and Address: | Secured: $2,190.93 |
| | Priority: | | Priority: |
| METROPOLITAN GOVERNMENT TRUSTEE | Administrative: | METROPOLITAN GOVERNMENT TRUSTEE | Administrative: |
| METROPOLITAN DEPARTMENT OF LAW | Unsecured: | METROPOLITAN DEPARTMENT OF LAW | Unsecured: |
| PO BOX 196300 | | PO BOX 196300 | |
| NASHVILLE, TN 37219-6300 | | NASHVILLE, TN 37219-6300 | |
| | Total: $2,190.93 | | Total: $2,190.93 |
| Claim: 13201 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12973 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/01/2009 | | Date Filed: 05/08/2009 | |
| Creditor's Name and Address: | Secured: $41,826.51 | Creditor's Name and Address: | Secured: $41,826.51 |
| | Priority: | | Priority: |
| MIKE HOGAN TAX COLLECTOR | Administrative: | MIKE HOGAN TAX COLLECTOR | Administrative: |
| C O EDWARD C TANNEN | | C O EDWARD C TANNEN | |
| ASSISTANT GENERAL COUNSEL | Unsecured: | ASSISTANT GENERAL COUNSEL | Unsecured: |
| 117 W DUVAL ST 480 CITY HALL | | 117 W DUVAL ST 480 CITY HALL | |
| JACKSONVILLE, FL 32202 | | JACKSONVILLE, FL 32202 | |
| | Total: $41,826.51 | | Total: $41,826.51 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13025 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/18/2009<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Secured: $41,826.51<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $41,826.51 | Claim: 12973 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/08/2009<br>Creditor's Name and Address:<br>MIKE HOGAN TAX COLLECTOR<br>C O EDWARD C TANNEN<br>ASSISTANT GENERAL COUNSEL<br>117 W DUVAL ST 480 CITY HALL<br>JACKSONVILLE, FL 32202<br>Secured: $41,826.51<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $41,826.51 |
| Claim: 5794 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY MARYLAND<br>OFFICE OF COUNTY ATTORNEY FOR<br>MONTGOMERY COUNTY MD<br>101 MONROE ST 3RD FL<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority: $23,764.24<br>Administrative:<br>Unsecured:<br>Total: $23,764.24 | Claim: 9606 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>MONTGOMERY COUNTY MARYLAND<br>OFFICE OF COUNTY ATTORNEY FOR<br>MONTGOMERY COUNTY MD<br>101 MONROE ST 3RD FL<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority: $23,764.24<br>Administrative:<br>Unsecured:<br>Total: $23,764.24 |
| Claim: 10126 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $222.22<br>Total: $222.22 | Claim: 12377 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/24/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Secured:<br>Priority: $45,532.36<br>Administrative:<br>Unsecured: $222.22<br>Total: $45,754.58 |
| Claim: 12947 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/11/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Secured:<br>Priority: $45,532.36<br>Administrative:<br>Unsecured: $222.22<br>Total: $45,754.58 | Claim: 12377 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/24/2009<br>Creditor's Name and Address:<br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702<br>Secured:<br>Priority: $45,532.36<br>Administrative:<br>Unsecured: $222.22<br>Total: $45,754.58 |
| Claim: 1731 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>OSPREY AUDIT SPECIALISTS LLC<br>10124 J WEST BROAD ST<br>GLEN ALLEN, VA 23060<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,111,943.66<br>Total: $1,111,943.66 | Claim: 5145 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>OSPREY AUDIT SPECIALISTS<br>10124 J WEST BROAD ST<br>GLEN ALLEN, VA 23060<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,111,943.66<br>Total: $1,111,943.66 |

*UNL denotes an unliquidated claim

Case 08-35653-KRH    Doc 4805    Filed 09/10/09    Entered 09/10/09 11:59:07    Desc Main
Document    Page 12 of 16

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims
(Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 9710 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 9305 | Debtor: | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| Date Filed: 01/29/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| PENNSYLVANIA  DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $2,441.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $2,441.00 |
| | Administrative: | | | Administrative: | |
| | Unsecured: | $175.00 | | Unsecured: | $175.00 |
| | Total: | $2,616.00 | | Total: | $2,616.00 |
| Claim: 9100 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 9211 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $8,398.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $8,398.00 |
| | Administrative: | | | Administrative: | |
| | Unsecured: | $503.00 | | Unsecured: | $503.00 |
| | Total: | $8,901.00 | | Total: | $8,901.00 |
| Claim: 9161 | Debtor: | PATAPSCO DESIGNS, INC. (08-35667) | Claim: 9162 | Debtor: | PATAPSCO DESIGNS, INC. (08-35667) |
| Date Filed: 01/30/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $48,422.51 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $48,422.51 |
| | Administrative: | | | Administrative: | |
| | Unsecured: | $28,070.96 | | Unsecured: | $28,070.96 |
| | Total: | $76,493.47 | | Total: | $76,493.47 |
| Claim: 9712 | Debtor: | PATAPSCO DESIGNS, INC. (08-35667) | Claim: 9162 | Debtor: | PATAPSCO DESIGNS, INC. (08-35667) |
| Date Filed: 01/29/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $48,422.51 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $48,422.51 |
| | Administrative: | | | Administrative: | |
| | Unsecured: | $28,070.96 | | Unsecured: | $28,070.96 |
| | Total: | $76,493.47 | | Total: | $76,493.47 |
| Claim: 9711 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 9211 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | | | Date Filed: 01/30/2009 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $8,398.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Priority: | $8,398.00 |
| | Administrative: | | | Administrative: | |
| | Unsecured: | $503.00 | | Unsecured: | $503.00 |
| | Total: | $8,901.00 | | Total: | $8,901.00 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

### EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

**Claim to be Disallowed:**

Claim: 7312
Date Filed: 01/28/2009
Creditor's Name and Address:
PRINCETON INFORMATION LTD
ATTN MICHAEL BELLUCCI
ACCOUNTS RECEIVABLE
2 PENN PLAZA STE 1100
NEW YORK, NY 10121

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $271,086.04
Total: $271,086.04

**Surviving Claim:**

Claim: 7822
Date Filed: 01/29/2009
Creditor's Name and Address:
PRINCETON INFORMATION LTD
ATTN MICHAEL BELLUCCI
ACCOUNTS RECEIVABLE
2 PENN PLAZA STE 1100
NEW YORK, NY 10121

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $271,086.04
Total: $271,086.04

---

**Claim to be Disallowed:**

Claim: 7258
Date Filed: 01/28/2009
Creditor's Name and Address:
RIVERSIDE COUNTY TREASURER TAX
COLLECTOR
PAUL MCDONNELL TREASURER TAX
COLLECTOR
PO BOX 12005
RIVERSIDE, CA 92502-2205

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured: $104,422.96
Priority:
Administrative:
Unsecured:
Total: $104,422.96

**Surviving Claim:**

Claim: 9508
Date Filed: 01/29/2009
Creditor's Name and Address:
RIVERSIDE COUNTY TREASURER TAX
COLLECTOR
PAUL MCDONNELL TREASURER TAX
COLLECTOR
PO BOX 12005
RIVERSIDE, CA 92502-2205

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured: $104,422.96
Priority:
Administrative:
Unsecured:
Total: $104,422.96

---

**Claim to be Disallowed:**

Claim: 3724
Date Filed: 01/13/2009
Creditor's Name and Address:
SHAW, JACKIE B
7819 WOODLARK COVE
CORDOVA, TN 38016

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: UNL
Total: UNL

**Surviving Claim:**

Claim: 5463
Date Filed: 01/27/2009
Creditor's Name and Address:
SHAW, JACKIE B
7819 WOODLARK CV
CORDOVA, TN 38016

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: UNL
Total: UNL

---

**Claim to be Disallowed:**

Claim: 170
Date Filed: 12/01/2008
Creditor's Name and Address:
STANDARD ELECTRIC SUPPLY COMPANY
INC
JEFFREY J PHILLIPS ESQ
PHILLIPS & ANGLEY
ONE BOWDOIN SQ
BOSTON, MA 02114

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $338,620.67
Total: $338,620.67

**Surviving Claim:**

Claim: 338
Date Filed: 11/21/2008
Creditor's Name and Address:
STANDARD ELECTRIC SUPPLY COMPANY
INC
JEFFREY J PHILLIPS ESQ
PHILLIPS & ANGLEY
ONE BOWDOIN SQ
BOSTON, MA 02114

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $388,620.67
Total: $388,620.67

---

**Claim to be Disallowed:**

Claim: 11
Date Filed: 11/13/2008
Creditor's Name and Address:
STREATER
MELANIE CRABTREE
411 S FIRST AVE
ALBERT LEA, MN 56007

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $574,514.00
Total: $574,514.00

**Surviving Claim:**

Claim: 4057
Date Filed: 01/21/2009
Creditor's Name and Address:
STREATER INC
3460 COLLECTION CENTER DR
CHICAGO, IL 60693

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Unsecured: $574,514.00
Total: $574,514.00

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims
(Duplicate Claims) - Disallowed

## EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 1792 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 6455 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/12/2008 | | Date Filed: 01/15/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| SYLVANIA LIGHTING SERVICES | Priority: | CREDIT SUISSE INTERNATIONAL | Priority: |
| NANCY PIERGENTILI | Administrative: | GIL GOLAN | Administrative: |
| 100 ENDICOTT ST | Unsecured: $392,648.60 | 11 MADISON AVE 5TH FL | Unsecured: $392,648.60 |
| DANVERS, MA 01923 | | NEW YORK, NY 10010 | |
| | Total: $392,648.60 | | Total: $392,648.60 |

| | | | |
|---|---|---|---|
| Claim: 13191 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13300 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/12/2009 | | Date Filed: 06/09/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| TRAVIS COUNTY TAX COLLECTOR | Priority: | TRAVIS COUNTY | Priority: |
| DAVID ESCAMILLA TRAVIS COUNTY | Administrative: $121,008.34 | C O KARON Y WRIGHT | Administrative: $121,008.34 |
| ATTORNEY | Unsecured: | PO BOX 1748 | Unsecured: |
| PO BOX 1748 | | AUSTIN, TX 78767 | |
| AUSTIN, TX 78767 | Total: $121,008.34 | | Total: $121,008.34 |

| | | | |
|---|---|---|---|
| Claim: 13358 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13300 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/12/2009 | | Date Filed: 06/09/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| TRAVIS COUNTY | Priority: | TRAVIS COUNTY | Priority: |
| C O KARON Y WRIGHT | Administrative: $121,008.34 | C O KARON Y WRIGHT | Administrative: $121,008.34 |
| PO BOX 1748 | Unsecured: | PO BOX 1748 | Unsecured: |
| AUSTIN, TX 78767 | | AUSTIN, TX 78767 | |
| | Total: $121,008.34 | | Total: $121,008.34 |

| | | | |
|---|---|---|---|
| Claim: 13189 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13300 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/15/2009 | | Date Filed: 06/09/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| TRAVIS COUNTY | Priority: | TRAVIS COUNTY | Priority: |
| DAVID ESCAMILLA | Administrative: $121,008.34 | C O KARON Y WRIGHT | Administrative: $121,008.34 |
| PO BOX 1748 | Unsecured: | PO BOX 1748 | Unsecured: |
| AUSTIN, TX 78767 | | AUSTIN, TX 78767 | |
| | Total: $121,008.34 | | Total: $121,008.34 |

| | | | |
|---|---|---|---|
| Claim: 3612 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1774 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | | Date Filed: 12/11/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| UNIDEN AMERICA CORPORATION | Priority: | UNIDEN AMERICA CORPORATION | Priority: |
| ATTN LEGAL DEPARTMENT | Administrative: | EULER HERMES ACI | Administrative: |
| 4700 AMON CARTER BLVD | Unsecured: $703,485.97 | AGENT OF UNIDEN AMERICA CORPORATION | Unsecured: $703,485.97 |
| FORT WORTH, TX 76155 | | 800 RED BROOK BLVD | |
| | Total: $703,485.97 | OWINGS MILLS, MD 21117 | Total: $703,485.97 |

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

### EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 2454 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 375 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | | Date Filed: 12/01/2008 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority: | | | Priority: |
| UNITED PACKAGING SUPPLY CO | Administrative: | | UNITED PACKAGING SUPPLY CO | Administrative: $8,274.86 |
| PO BOX 850053723 | Unsecured: $8,274.86 | | 727 WICKER AVE | Unsecured: UNL |
| PHILADELPHIA, PA 19178-3723 | | | BENSALEM, PA 19020 | |
| | Total: $8,274.86 | | | Total: $8,274.86 |

| | | | | |
|---|---|---|---|---|
| Claim: 3532 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 3534 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/13/2009 | | | Date Filed: 01/13/2009 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority: | | | Priority: |
| UTAH, STATE OF | Administrative: | | STATE TREASURERS OFFICE | Administrative: |
| 341 S MAIN ST 5TH FL | Unsecured: UNL | | KIM OLIVER UNCLAIMED PROPERTY | Unsecured: UNL |
| TREASURER UNCLAIMED PROPERTY | | | ADMINISTRATOR | |
| SALT LAKE CITY, UT 84111 | Total: UNL | | 341 S MAIN ST 5TH FL | Total: UNL |
| | | | TREASURER UNCLAIMED PROPERTY | |
| | | | SALT LAKE CITY, UT 84111 | |

| | | | | |
|---|---|---|---|---|
| Claim: 7668 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 8852 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | | | Date Filed: 01/30/2009 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority: | | | Priority: |
| WAYNE VF LLC AND VORNADO REALTY | Administrative: | | WAYNE VF LLC AND VORNADO REALTY | Administrative: |
| TRUST | Unsecured: UNL | | TRUST | Unsecured: UNL |
| WALTER WILLIAMS ESQ | | | WALTER WILLIAMS ESQ | |
| WILSON ELSER MOSKOWITZ EDELMAN & | Total: UNL | | WILSON ELSER MOSKOWITZ EDELMAN & | Total: UNL |
| DICKER LLP | | | DICKER LLP | |
| 844 WESTPARK DR STE 510 | | | 844 WESTPARK DR STE 510 | |
| MCLEAN, VA 22102 | | | MCLEAN, VA 22102 | |

**Total Claims To Be Disallowed:** 52

**Total Asserted Amount To Be Disallowed:** $6,790,792.25

*UNL denotes an unliquidated claim

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims
(Duplicate Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BENTON COUNTY TREASURER BENTON COUNTY PROSECUTING ATTORNEY 7122 W OKANOGAN PL BLDG A KENNEWICK, WA 99336-2359 | 11564 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $3,848.80 _____ $3,848.80 | 02/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          1                    $3,848.80

*     "UNL" denotes an unliquidated claim.