Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER ON DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
  (DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR

3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A – Debtors' Twenty-Seventh Omnibus Objection to Claims (Tax No Liability - Disallowed)</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B - Debtors' Twenty-Seventh Omnibus Objection to Claims (Tax No Liability - Adjourned)</u> as attached hereto and incorporated herein, is hereby adjourned to October 15, 2009, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

    5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
         _____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley____
                                      Douglas M. Foley


\9871855

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ARKANSAS UNCLAIMED PROPERTY<br>UNCLAIMED PROPERTY DIVISION<br>LITTLE ROCK, AR 72201-1811 | 3351 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 01/12/2009 | INTERTAN, INC. (08-35655) |
| AUGUSTA TREASURER OF STATE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006 | 12774 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $49,514.58<br>Total: $49,514.58 | 05/01/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| BENTON COUNTY TREASURER<br>BENTON COUNTY PROSECUTING ATTORNEY<br>7122 W OKANOGAN PL BLDG A<br>KENNEWICK, WA 99336-2359 | 12235 | Secured: UNL<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 04/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENTON COUNTY TREASURER<br>PO BOX 630<br>PROSSER, WA 99350 | 12301 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 04/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 1518 | Secured: $168,137.32<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $168,137.32 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALHOUN COUNTY TAX COLLECTOR<br>KAREN ROPER<br>1702 NOBLE ST STE 104<br>ANNISTON, AL 36201 | 5871 | Secured: $1,565.60<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $1,565.60 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF BARBOURSVILLE<br>PO BOX 266<br>BARBOURSVILLE, WV 25504 | 500 | Secured:<br>Priority: UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 35 | Secured: $119,801.93<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $119,801.93 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF FRISCO<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 516 | Secured: $8,594.85<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $8,594.85 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF GLENDALE<br>141 N GLENDALE AVE LEVEL 2<br>GLENDALE, CA 91206 | 6468 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $9,809.88<br>Total: $9,809.88 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF MCALLEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1408 | Secured: $11,124.70<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $11,124.70 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
Case No. 08-35653-KRH                                                    No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COUNTY OF BRAZOS ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 54 | Secured: $45,036.56<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $45,036.56 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF COMAL ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 59 | Secured: $39,725.27<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $39,725.27 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF DENTON<br>MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 57 | Secured: $11,158.92<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $11,158.92 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF TAYLOR ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 60 | Secured: $47,326.89<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $47,326.89 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF WILLIAMSON ET AL<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 62 | Secured: $66,594.12<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $66,594.12 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CYPRESS FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLC<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 174 | Secured: $30,237.49<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $30,237.49 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
Case No. 08-35653-KRH  No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 286 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $218,146.83<br><br><br><br>$218,146.83 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EAST BATON ROUGE PARISH ASSESSOR<br>222 ST LOUIS ST RM 126<br>BATON ROUGE, LA 70802 | 3524 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $34,941.86<br><br><br><br>$34,941.86 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FORT BEND COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 219 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $15,831.96<br><br><br><br>$15,831.96 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GOLDEN, CITY OF<br>911 10TH ST<br>GOLDEN, CO 80401 | 12015 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br>$300.00<br><br><br>$300.00 | 03/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GRAYSON COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 435 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $51,412.40<br><br><br><br>$51,412.40 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREGG COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 1593 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | $11,823.41<br><br><br><br>$11,823.41 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4807    Filed 09/10/09    Entered 09/10/09 12:03:47    Desc Main
Document    Page 9 of 20

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 288 | Secured: $29,842.37<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $29,842.37 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACKSON COUNTY PAYMENT CENTER<br>PO BOX 1569<br>MEDFORD, OR 97501 | 1510 | Secured: $4,712.33<br>Priority: $4,712.33<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $9,424.66 | 12/08/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEFFERSON COUNTY<br>CLAYTON E MAYFIELD<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>1148 PARK ST<br>BEAUMONT, TX 77701-3614 | 1577 | Secured: $95,612.20<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $95,612.20 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAFAYETTE PARISH TAX COLLECTOR<br>PO DRAWER 92590<br>LAFAYETTE, LA 705092590 | 13396 | Secured:<br>Priority: $57,488.34<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $57,488.34 | 06/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAKE COUNTY TREASURER<br>LAKE COUNTY TREASURER BANKRUPTCY<br>2293 N MAIN ST<br>CROWN POINT, IN 46307 | 13406 | Secured:<br>Priority: $7,295.75<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $7,295.75 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAKE COUNTY TREASURER<br>LAKE COUNTY TREASURER BANKRUPTCY<br>2293 N MAIN ST<br>CROWN POINT, IN 46307 | 13403 | Secured:<br>Priority: $4,667.48<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $4,667.48 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGVIEW INDEPENDENT SCHOOL DISTRICT<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 56 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $20,567.19<br><br><br><br><br>$20,567.19 | 11/25/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LOUISIANA DEPARTMENT OF REVENUE<br>617 N THIRD ST<br>PO BOX 66658<br>BATON ROUGE, LA 70896-6658 | 13515 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$6,770.96<br><br><br>$6,770.96 | 06/25/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| LOUISIANA DEPARTMENT OF REVENUE<br>STATE OF LOUISIANA<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 520 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>UNL<br><br><br><br>UNL | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCALLEN ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1449 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $30,234.47<br><br><br><br><br>$30,234.47 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCLENNAN COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRANCE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1446 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $11,726.89<br><br><br><br><br>$11,726.89 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION MSTC<br>PO BOX 22808<br>JACKSON, MS 39225 | 10428 | Secured:<br>Priority: $550.00<br>Administrative 503(b)(9):<br>Unsecured: $425.00<br>Total: $975.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY TOWNSHIP BD SPRVSRS<br>1001 STUMP RD<br>MONTGOMERYVILLE, PA 18936 | 5446 | Secured:<br>Priority: $22,875.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $22,875.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 11474 | Secured:<br>Priority: $9,316.53<br>Administrative 503(b)(9):<br>Unsecured: $1,916.31<br>Total: $11,232.84 | 02/26/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C FOUNTAIN<br>BANKRUPTCY MANAGER<br>COLLECTIONS EXAMINATION DIVISION<br>NORTH CAROLINA DEPARTMENT OF REVENUE<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | 13037 | Secured:<br>Priority: $1,106,016.25<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $1,106,016.25 | 05/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1440 | Secured: $46,552.83<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $46,552.83 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PRATTVILLE, CITY OF<br>PO BOX 680190<br>PRATTVILLE, AL 36068 | 12800 | Secured:<br>Priority: $3,404.42<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $3,404.42 | 04/30/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| ROCKWALL CAD<br>ELIZABETH WELLER<br>LAURIE A SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | 1576 | Secured: $40,283.60<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $40,283.60 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCKWALL COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 1579 | Secured: $7,656.15<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $7,656.15 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROUND ROCK ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1439 | Secured: $31,624.27<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $31,624.27 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOUTH TEXAS COLLEGE<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1409 | Secured: $3,955.57<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $3,955.57 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SOUTH TEXAS ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 1404 | Secured: $1,299.16<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $1,299.16 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE OF ILLINOIS<br>SECRETARY OF STATE<br>DEPT OF BUSINESS SERVICES<br>351 HOWLETT BUILDING<br>SPRINGFIELD, IL 62756 | 11246 | Secured:<br>Priority: $24,685.04<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $24,685.04 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>VICTORIA A REARDON<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL STE 10 200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 2257 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $125,000.00<br>Total: $125,000.00 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>VICTORIA A REARDON<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL STE 10 200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 2259 | Secured:<br>Priority: $521,916.68<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $521,916.68 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 279 | Secured: $197,174.51<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $197,174.51 | 11/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 12969 | Secured:<br>Priority: $346.80<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $346.80 | 05/11/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| THE COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE<br>WILBUR E HOOKS DIRECTOR<br>C O ATTORNEY GENERAL<br>TAX ENFORCEMENT DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 12960 | Secured:<br>Priority:<br>Administrative $649.60<br>503(b)(9):<br>Unsecured:<br>Total: $649.60 | 05/11/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DR SW<br>OLYMPIA, WA 98502-6080 | 4509 | Secured: $2,250.51<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $2,250.51 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOM GREEN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 1539 | Secured: UNL<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOWN OF BRAINTREE<br>TAX COLLECTOR<br>PO BOX 859209<br>BRAINTREE, MA 02185 | 4394 | Secured: $296.57<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $296.57 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 54    $3,362,909.68

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 11819 | Secured:  UNL<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total:  UNL | 03/10/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 12028 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total:  UNL | 03/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 11896 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total:  UNL | 03/18/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 11811 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total:  UNL | 03/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 11895 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total:  UNL | 03/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUISE J CISZ ESQ GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CTR 18TH FL<br>SAN FRANCISCO, CA 94111 | 11721 | Secured: UNL<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CATAWBA COUNTY<br>TAX COLLECTOR<br>NEWTON, NC 28658 | 7638 | Secured:<br>Priority: $6,446.18<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $6,446.18 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARK COUNTY TREASURER<br>ATTY FRANK BALLARD<br>425 E 7TH ST<br>JEFFERSONVILLE, IN 47130 | 2073 | Secured:<br>Priority: $5,357.36<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $5,357.36 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNANDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNANDINO, CA 92415 | 13359 | Secured: $56,868.45<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $56,868.45 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 11630 | Secured: $660.38<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $660.38 | 02/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 220 | Secured: $290,151.33<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $290,151.33 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDIANA DEPARTMENT OF STATE REVENUE<br>CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 N SENATE AVE RM N203<br>INDIANAPOLIS, IN 46204 | 12984 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $1,899,065.83<br><br><br>$1,899,065.83 | 05/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACKSON COUNTY<br>PO BOX 1569<br>DEPT OF TAXATION<br>MEDFORD, OR 97501 | 3688 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $4,712.33<br><br><br><br>$4,712.33 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 11862 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$228,180.77<br><br><br>$228,180.77 | 02/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006 | 12773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$49,514.58<br>$49,514.58 | 05/01/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| MONTEREY COUNTY TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>P O BOX 891<br>SALINAS, CA | 4733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$5,861.58<br><br><br>$5,861.58 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax
No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12899 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | VENTOUX INTERNATIONAL, INC. (08-35656) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12892 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | ABBOTT ADVERTISING AGENCY, INC. (08-35665) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12895 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | ORBYX ELECTRONICS, LLC (08-35662) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12909 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 13016 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | XSSTUFF, LLC (08-35669) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12888 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | PRAHS, INC. (08-35670) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12889 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12910 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12890 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | PATAPSCO DESIGNS, INC. (08-35667) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12894 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | KINZER TECHNOLOGY, LLC (08-35663) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12900 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | INTERTAN, INC. (08-35655) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12891 | Secured: Priority: Administrative 503(b)(9): Unsecured: UNL Total: UNL | 05/07/2009 | MAYLAND MN, LLC (08-35666) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Tax  
No Liability - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12893 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 05/07/2009 | COURCHEVEL, LLC (08-35664) |
| SHASTA COUNTY TAX COLLECTOR PO BOX 99 1830 REDDING, CA 96099-1830 | 13381 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | $5,160.82 $5,160.82 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     **30**     **$2,551,979.61**

\*    "UNL" denotes an unliquidated claim.