Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**WITHDRAWAL OF CERTAIN CLAIMS INCLUDED IN DEBTORS'
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN LEGAL CLAIMS)**

On August 20, 2009, the debtors and debtors in

possession in the above-captioned jointly administered cases

(collectively, the "Debtors")[1] filed the Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)(the "Objection"), which objected to, among other claims, the claims listed on <u>Exhibit A</u> attached hereto (the "Claims").

The Debtors hereby withdraw the Objection to the Claims listed on <u>Exhibit A</u>; <u>provided</u>, <u>however</u>, the Debtors reserve their rights to object to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits, and nothing herein shall prejudice such rights.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

| | |
|---|---|
| Dated: Richmond, Virginia<br>September 11, 2009 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Chris L. Dickerson, Esq.<br>155 North Wacker Drive<br>Chicago, Illinois 60606-7120<br>(312) 407-0700<br><br>- and -<br><br>MCGUIREWOODS LLP<br><br>_/s/ Douglas M. Foley_____<br>Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br><br>Counsel for Debtors and Debtors in Possession |

\9885328.1

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 4 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AKHTER, KHANAM FATIMA<br>RIMLAND & ASSOCIATES<br>32 COURT ST STE 1506<br>BROOKLYN, NY 11201 | 5111 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $500,000.00<br>Total: $500,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 6605 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BATEMAN, DANNY<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 6431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BISHOP DWAYNE FUNCHES INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES DIONE FUNCHES AND DWAYNE FUNC<br>LISA TAYLOR HUDSON ESQ<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 9272 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $3,000,000.00<br>Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX 75603 | 4333 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $9,857.39<br>Total: $9,857.39 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BOOTH, NANCY AND CHARLES BOOTH<br>594 WILL RD<br>BRAIDWOOD, IL 60408 | 7595 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRESNOCK, DONNA<br>509 WOODLAND AVE<br>GLENDORA, NJ 08029 | 7175 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BREWER, JUDY<br>11665 NERO DR<br>FLORISSANT, MO 63033 | 4217 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUCHER, CYNTHIA<br>14360 N HWY 6<br>VALLEY MILLS, TX 76689 | 8600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BURRELL, PATTY<br>DAVID L DAWSON ATTORNEY<br>PO BOX 14716<br>BATON ROUGE, LA 70898 | 6867 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $150,000.00<br>Total: $150,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAMACHO, FREDDY<br>9608 TWEEDY LN<br>DOWNEY, CA 90240 | 8856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1.00<br>Total: $1.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 6 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 11647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,000.00<br>Total: $5,000.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHAD PORTER A MINOR<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8604 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARKE, GORDON<br>C O BRIAN T WILSON ESQ<br>719 VASSAR ST<br>ORLANDO, FL 32804 | 8964 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $135,000.00<br>Total: $135,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLEMAN, DOROTHY<br>MICHAEL S WILLIAMS ESQ<br>GOLD ALBANESE & BARLETTI<br>58 MAPLE AVE<br>RED BANK, NJ 07701 | 2733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOPER JR, GLENN RAY<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8606 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOPER, ANNETTE<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 7 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COYNE, JOANNE<br>28 4TH ST<br>PEQUANNOCK, NJ 07440 | 9018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR<br>LISA TAYLOR HUDSON ESQ<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 9274 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $3,000,000.00<br>Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DARE, JEANNE<br>207 SNEAD DR<br>FAIRFIELD BAY, AR 72088 | 2507 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $3,000.00<br>Total: $3,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DE FILIPPO, DOLORES<br>8 LAURETTEA DR<br>EAST BRUNSWICK, NJ 08816 | 2680 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DE LEON, YOLANDA<br>2809 WEST 8TH ST APT 205<br>LOS ANGELES, CA 90005 | 5918 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $75,000.00<br>Total: $75,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 8 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DEESE, WESTON<br>1206 TRENTON<br>MUSKEGON, MI 49444 | 8389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DESENA, JAMES<br>940 SPANISH CAY DR<br>MERRITT ISLAND, FL 32952 | 5932 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,579.92<br>Total: $2,579.92 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIO DATI, KEITH<br>RONALD K FRIEDMAN ESQ PLLC<br>1073 MAIN ST STE 205<br>FISHKILL, NY 12524 | 4049 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNWELL, DONOVAN<br>CHIARIELLO & CHIARIELLO<br>118 21 QUEENS BLVD<br>FOREST HILLS, NY 11375 | 2210 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| EISNER, JOANNE<br>C O MARSHALL E KRESMAN ESQ<br>1950 STREET RD STE 103<br>BENSALEM, PA 19020 | 3852 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ENGELKE, KARL<br>1001 BICKELLY BAY DR SUITE 1200<br>MIAMI, FL 33131 | 5276 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\* "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 9 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FIORETTI, MICHAEL EDWARD<br>4620 LAKE TRAIL DR 1B 1B<br>LISLE, IL 60532 | 4909 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $350,000.00<br>Total: $350,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FISHER, DENISE<br>2479 OLEANDER CIRCLE<br>JAMISON, PA 18929 | 3544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $307.27<br>Total: $307.27 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLEMING, ROBERT A<br>131 FRONT ST<br>CATASAUQUA, PA 18032 | 4176 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/20/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| FRANCO, IRENE<br>1225 LA PUERTA<br>LOS ANGELES, CA 90023 | 5554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GRANDE, RICHARD<br>832 ELLSWORTH ST<br>PHILADELPHIA, PA 19147 | 6242 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $750,000.00<br>Total: $750,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GROMEK, ERICK<br>17200 EAST 10 MILE RD STE 100<br>EASTPOINTE, MI 48021 | 6566 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $10,000.00<br>Total: $10,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document      Page 10 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HAIRFIELD, DEBRORAH<br>11028 BALFOUR DR<br>NOBLESVILLE, IN 46060 | 10195 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $557.00<br>Total: $557.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAWKINS, ELZENA<br>36913 CAPRICIOUS LN<br>MURRIETA, CA 92563 | 10076 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HENSLEY, DEMETRIA<br>212 1/2 CARROLL HEIGHTS RD<br>TANEYTOWN, MD 21787 | 8615 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $54,468.33<br>Total: $54,468.33 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HINKELDAY, TORA<br>C O LAW OFFICE OF STEPHEN H FRANKEL<br>368 WILLIS AVE<br>MINEOLA, NY 11501 | 2700 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $10,000,000.00<br>Total: $10,000,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOOD, MARY<br>310 SE 8TH CT<br>POMPANO BEACH, FL 33060 | 9600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $960.00<br>Total: $960.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOANNE COYNE<br>STEVEN ROBERT LEHR ESQ<br>LAW OFFICES OF STEVEN ROBERT LEHR PC<br>33 CLINTON RD STE 100<br>WEST CALDWELL, NJ 07006 | 13214 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 11 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN BATIOFF<br>GILBERT D SIGALA ESQ<br>LAW OFFICES OF GILBERT D SIGALA<br>1818 W BEVERLY BLVD STE 206<br>MONTEBELLO, CA 90640 | 13267 | Secured:<br>Priority:<br>Administrative $275,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $275,000.00 | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JORDAN, SHEILA<br>1 SNELLS WAY<br>WEST BRIDGEWATER, MA 02379 | 4006 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KARL ENGELKE<br>ATTN RACHELLE R BOCKSCH<br>SIMON & BOCKSCH<br>ATTORNEYS FOR PLAINTIFFS<br>1001 BRICKELL BAY DR STE 1200<br>MIAMI, FL 33131 | 13287 | Secured:<br>Priority:<br>Administrative $450,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $450,000.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KENNEDY, JOY<br>7727 TOMMY ST<br>SAN DIEGO, CA 92119 | 2813 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $30,000.00<br>Total: $30,000.00 | 01/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 5401 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,000.00<br>Total: $5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORROW, REBECCA<br>9575 SOUTH EVANS AVE<br>INVERNESS, FL 34452 | 6507 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $350,000.00<br>Total: $350,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 12 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MURPHY, LEEDELL<br>7722 GRANT ST<br>MERRILLVILLE, IN 46410 | 5832 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $1,250,000.00<br>Total:  $1,250,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ODUTOLA, ADEOYE<br>9736 W 10TH CT<br>WICHITA, KS 67212 | 2543 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $2,500.00<br>Total:  $2,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREZ, JESSEE<br>C O BARRY K BAKER ESQ<br>BOGIN MUNNS & MUNNS PA<br>924 GARFIELD ST<br>MELBOURNE, FL 32935 | 6008 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $50,000.00<br>Total:  $50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PISHVA, FRED<br>C O DAVID S KOHM & ASSOCIATES<br>1414 E RANDOL MILL RD STE 118<br>ARLINGTON, TX 76012 | 10200 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $150,000.00<br>Total:  $150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTILLO, SONIA<br>2770 HARRISON ST<br>SAN FRANCISCO, CA 94110 | 6773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $16,800.00<br>Total:  $16,800.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PRESSEL, DONALD<br>2004 ACORN LANE<br>RED LION, PA 17356 | 6400 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $5,000.00<br>Total:  $5,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 13 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| REED, SHARON<br>3240 7TH AVE NORTH<br>SAINT PETERSBURG, FL 33713 | 5012 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSS, ANGELA<br>111 MOONSTONE CT<br>PORT ORANGE, FL 32129 | 5031 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUIZ, DANIEL<br>1222 HELIX AVE<br>CHULA VISTA, CA 91911 | 4437 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $3,400.00<br>Total: $3,400.00 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SCHROEDER, JERRI<br>4510 BELLEVIEW SUITE 202<br>KANSAS CITY, MO 64111 | 7475 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $455,000.00<br>Total: $455,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHAW, JACKIE B<br>7819 WOODLARK CV<br>CORDOVA, TN 38016 | 5463 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIERRA, VERONICA<br>3037 ASHLAND LANE SOUTH<br>KISSIMMEE, FL 34741 | 6416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 14 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SMITH, GREG AND INMAN, FRAN<br>C O KERR & SHELDON<br>16480 HARBOR BLVD STE 100<br>FOUNTAIN VALLEY, CA 92708 | 10201 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,152,848.50<br>Total: $2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| STEIB, MARQUELYN<br>1852 PLAZA DR<br>MARRERO, LA 70072 | 4941 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $24,597.37<br>Total: $24,597.37 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THIBODEAU, JEFFREY<br>32 SYCAMORE WAY<br>WALLINGFORD, CT 06492 | 8383 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMAS, ANNA<br>99 10 60TH AVE<br>APT 5J<br>CORONA, NY 11368 | 3145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VANNELLI, PATRICIA<br>3522 WILDFLOWER WY<br>CONCORD, CA 94518 | 8411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WIENER, MURRAY<br>43 W 70TH ST<br>NEW YORK, NY 10023 | 9914 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4808    Filed 09/11/09    Entered 09/11/09 11:12:07    Desc Main
Document    Page 15 of 15
In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH
Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WITZ, RUTH<br>600 19 PINE HOLLOW RD<br>EAST NORWICH, NY 11732 | 3996 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $15,000,000.00<br>Total: $15,000,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOODS MORSE, FORTIS DAVIS<br>1005 SE 49TH AVE<br>PORTLAND, OR 97215 | 10161 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $13,409.00<br>Total: $13,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| YU LIANG LEI<br>ATTN MARK J DECICCO ESQ<br>SACKSTEIN SACKSTEIN & LEE LLP<br>1140 FRANKLIN AVE STE 210<br>GARDEN CITY, NY 11530 | 13307 | Secured:<br>Priority:<br>Administrative: $2,000,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $2,000,000.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    67            $45,155,285.78

\*    "UNL" denotes an unliquidated claim.