# United States Bankruptcy Court

## For The Eastern Disrtrict of Virginia

Richmond, Virginia

Debtor Circuit City Stores, Inc.

Case number 08-35653-KRH

Debtors' Thirty- First Omnibus Objection To Caims (Disallowance

of Certain Legal Claims)l

RICHMOND DIVISION
FILED SEP 1 0 2009
CLERK
U.S. BANKRUPTCY COURT

# Gary R Lowe

I have presented evidence to the court of a decison by the Circuit Court for Greene County, Tennessee. This court decision has made Circuit City liable for reasonable and necessary treatment for the rest of my life. Having the possibility of no treatment caused by this bankruptcy leaves me vulnerable to pay for my own medical expenses for my back injury. I will settle for 100,000.00 dollars as compensation for this loss of medical embursement, as ordered by the Circuit Court. Please note that all parties agreed to this decision. I expect justice to be done.

The person with direct knowledge of this Workers Compensation decision is:

Rick L Apperson
Attorney for Employer(Circuit City)
800 S. Gay St. Suite 1209
Knoxville, Tn. 37929
423-673-8516

I have no other evidence to introduce, as the decision of the court as given to you earlier should be sufficient.

I am Barbara A Lowe, wife of the claimant. I can attest to the facts in this case and the claimants response.

*Barbara A. Lowe*

Claimants Name and address:

Gary R Lowe
321 Lakecrest Dr.
Kingsport, Tn. 37663
423-239-9632

I, Gary R Lowe, am the person that all correspondence and communication should be directed to for any reconcilation or discussion of this Claim.