UNITED STATES BANKRUTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SEP 1 0 2009

CLERK
BANKRUPTCY COURT

IN RE:                                           :         Chapter 11
                                                 :
Circuit City Stores, Inc., et. al.               :         Case No. 08-35653 (KRH)
                                                 :
Debtors                                          :         Jointly Administered

## RESPONSE TO DEBTOR'S OMNIBUS OBJECTION OF CLAIMS AND A REQUEST FOR A HEARING

PLEASE TAKE NOTICE THAT MARY LOPRESTI, claim number 5401, hereby opposes the relief requested in the Objection. Pursuant to a Notice of Debtors Omnibus Objection to claims dated August 20, 2009, the following is offered in support of this Response:

A.  The claimant's name is Mary LoPresti. The amount of the claim is $5,000.00 as compensation for personal injuries sustained on August 31, 2008 while shopping at the Circuit City Store in North Haven, Connecticut.

B.  Attorney Sally J. Buemi, 270 Quinnipiac Avenue, North Haven, Connecticut 06473, (Telephone 203-865-5567) is familiar with the relevant facts that support this Response. Mary LoPresti, a business invitee, was shopping at the North Haven Circuit City. A store employee was assisting her, and this employee caused a large stereo speaker to fall from a shelf and onto her left foot causing a contusion and swelling, and pain that lasted for several months. The supporting medical bill and report

are attached. The store employee was negligent in causing this speaker to fall on the claimant. Store management made a report of this incident at the time.

    C.    The Claimant's address is 28 Schupp Road, Hamden, Connecticut 06514 (Telephone 203-288-6184)

Claimant's Attorney:    Sally J. Buemi
270 Quinnipiac Avenue
North Haven, CT 06473
203-865-5567
Fax # 203-562-3489

Attorney Sally J. Buemi has the authority to reconcile, settle or otherwise resolve the objection on the Claimant's behalf.

The Claimant requests a hearing on this Response to Debtors' Objection.

Dated September 9, 2009 at North Haven, Connecticut.

_____
Sally J. Buemi
Attorney for Mary LoPresti
270 Quinnipiac Avenue
North Haven, CT 06473
Telephone: (203) 865-5567
Juris No.: 102349

## CERTIFICATION

I hereby certify that a copy of the foregoing Response was mailed, via U.S. Mail, postage pre-paid, on September 9, 2009 to the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636 /10th + King Streets, 7th Floor   19801
Wilmington, DE 19899-0636
Attention: Gregg M. Galardi
Attention: Ian S. Fredericks


Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attention: Chris L. Dickerson


Mcguirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attention: Dion W. Hayes
Attention: Douglas M. Foley

_____
Sally J. Buemi
Attorney for Claimant Mary LoPresti

*Yale University Health Services*
*17 Hillhouse Avenue*
*P.O. Box 208237*
*New Haven, CT 06520-8237*

# Urgent Care

| | | | |
|---|---|---|---|
| Patient: | MARY B. LOPRESTI | MRN: | 00140539 |
| | 28 SCHUPP ROAD | Age/DOB: | 56/Feb 29, 1952 |
| | HAMDEN, CT 06514 | | |
| | | Home: | (203)288-6184 |
| Note Owner: John Dailinger P.A. | | Work: | (203)737-2207 |
| Encounter Date: Sep 1 2008 9:45AM | | | |

**Chief Complaint**
• Mary reports pain and swelling of left foot. States a speaker fell on foot while in Circuit City last pm. --- LYVONDA TART, 09/01/2008, 10:04AM

**HPI**
Ms. Lopresti reports that while she was shopping last night, a speaker fell from a shelf, striking her on the left foot. She's had local pain and swelling since, and has a break in the skin at the area of impact. She is not experiencing any numbness or tingling, but has progressive pain with sustained weight-bearing.

**Active Problems**
Anxiety (300.00)
Bursitis (727.3); ischial
Menopause Oct 2004 (627.2)
Murmurs (785.2)
Open Wound Of The Finger(S) 03 Aug 2008; Left (883.0).

**Current Meds**
Oscal 500/200 D-3 TABS;TAKE 1 TABLET EVERY OTHER DAY; RPT
Lorazepam 1 MG Tablet;TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR ANXIETY; Rx.

**Allergies**
No Known Drug Allergy.

**Vital Signs**
Recorded by lt232 on 01 Sep 2008 10:00 AM
BP:143/77, Sitting,
HR: 76 b/min,
Resp: 16 r/min,
Temp: 98.2 F, Oral,
Pain Scale: 5.

**Physical Exam**
Exam reveals a very pleasant, healthy appearing woman who has initial antalgic gait when wgt-bearing on the left foot, but this seems to correct within 3 or 4 steps. Specific attention to the left foot and ankle reveals dorsomedial swelling over the area of the tarsal navicula as well as a small abrasion in this area (2or 3mm in diam.). There may be some ecchymosis evolving, and there is local soft tissue tenderness but no elicitable bony tenderness. ROM of the ankle and foot is intact, as is tendon function. There is excellent strength of the ankle and foot in all planes, and no soft tissue crepitation. The ankle joint is stable on clinical stress exam., and distal color, temperature, and both dorsalis pedis and post. tibialis pulses are intact. There is no Achilles' tenderness or swelling, and x-rays are currently deferred.

**Assessment**
Contusion/abrasion of the left ankle/foot, with local soft tissue swelling/tederness.

*Yale University Health Services*
*17 Hillhouse Avenue*
*P.O. Box 208237*
*New Haven, CT 06520-8237*

MARY B. LOPRESTI /00140539/Feb 29, 1952

**Plan**
The situation was discussed with the pt., and rest, ice, elevation, daytime ace wrap or support hose were recommended as well as advil up to 3 tabs. taken three or four times daily with food (she has taken this much in the past without problems). If the situation worsens, she has my card and will contact me to arrange any further necessary f/u.

**Coun/Edu**
She is informed that it is not unusual for injuries similar to this to feel somewhat worse over the frist three to four days, and then plateau for up to a week for slowly beginning to improve. She is informed that it may require as long as 4-6 weeks before the area feels normal. and some swelling locally, especially later in the day, may persist for a period of up to twice that. If things get worse or she has increased difficulty walkling despite the above measures, she'll contact me. She appears to have a good understanding of the situation and plan, and knows how to reach me if she has further questions.

**Signature**
Signed By: LYVONDA TART R.N.; 09/01/2008 10:05 AM EST; Co-author.
Signed By: John Dailinger P.A.; 09/01/2008 11:04 AM EST.
Signed By: John Dailinger P.A.; 09/01/2008 6:32 PM EST.

MARY B LOPRESTI
28 SCHUPP ROAD
HAMDEN, CT 06514

225

**1500**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN [X] / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1): 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 118542 |
| 2. PATIENT'S NAME: LOPRESTI, MARY B | 3. PATIENT'S BIRTH DATE: 02/29/1952  SEX: F [X] |
| | 4. INSURED'S NAME: |
| 5. PATIENT'S ADDRESS: 28 SCHUPP ROAD | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 7. INSURED'S ADDRESS: |
| CITY: HAMDEN  STATE: CT | 8. PATIENT STATUS: Single [X] |
| ZIP CODE: 06514  TELEPHONE: (203) 288-6184 | |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER: |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER: | a. EMPLOYMENT? [ ]YES [ ]NO | a. INSURED'S DATE OF BIRTH / SEX |
| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? [ ]YES [ ]NO  PLACE (State): | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME: | c. OTHER ACCIDENT? [X]YES [ ]NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: | 10d. RESERVED FOR LOCAL USE: | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ]YES [ ]NO |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:
19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? [ ]YES [ ]NO  $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 924 21
2. 924 20

22. MEDICAID RESUBMISSION CODE:
23. PRIOR AUTHORIZATION NUMBER:

| # | From DATE | To DATE | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 01 2008 | | 11 | | 99213 | | 1,2 | 165 00 | 1 | | NPI | 1346282639 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 060646973  SSN/EIN: [X]
26. PATIENT'S ACCOUNT NO.: I1927397
27. ACCEPT ASSIGNMENT? [ ]YES [ ]NO
28. TOTAL CHARGE: $165.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $165.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
DAILINGER PAC, JOHN
771564  12/16/2008

32. SERVICE FACILITY LOCATION INFORMATION:
URGENT VISIT
TPL-SLIP/FALL

33. BILLING PROVIDER INFO & PH #:
YALE UNIV HLTH SVCS - FFS
P.O. Box 2052
New Haven, CT 06521-2052

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)