September 6, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

Re: Response to Objection

```
RICHMOND DIVISION
F                              F
I                              I
L        SEP 1 0 2009          L
E                              E
D                              D
            CLERK
   U.S. BANKRUPTCY COURT
```

I am writing in connection with the following:

Court - *United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division*
Debtor - *Circuit City Stores, Inc., et al.*
Case No. - 08-35653 (KRH)
Response to - Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan)

| TO | Claim Number | Amount Claimed as Filed |
|---|---|---|
| Douglas Alan Daniluk<br>4112 Evershot Dr<br>Midlothian, VA 23112<br>(804) 379-4182<br>(also, the Notice Address) | 4306 | $31,250.00 |

I respectfully request that the Bankruptcy Court overrule the Objection to the above Claim. As set forth in my timely-filed Proof of Claim, I was hired on February 1, 2008. As part of my employment offer (copy previously enclosed), I was guaranteed a minimum bonus payment in the amount of $31,250. As part of the Human Resource wind-down team, I remained employed with Circuit City until my release date of March 20, 2009, well beyond the close of the 2009 fiscal year (on February 28, 2009), the period to which this guaranteed payment relates.

As Circuit City was experiencing financial challenges at the time of my hire, I specifically negotiated, and was granted, this guaranteed payment as part of my pay package. Given its guaranteed nature, and my satisfaction of its terms and conditions, this payment is income to which I am rightfully entitled. The unique facts and circumstances of this Claim are entirely different than those of the hundreds of other claims under the Short Term Incentive Plan and give rise to overruling the Objection to the above Claim.

Mr. John M. Nichols ("Mike") (856) 397-6321, former Vice President of Total Rewards for Circuit City and Laurie Lambert-Gaffney (951) 415-7765, former Vice President of Human Resources for Circuit City have personal knowledge of the relevant facts that support this Response.

Your time and consideration of this Response is appreciated.

Sincerely,

*Douglas A. Daniluk*

Douglas A. Daniluk

cc: Dion W. Hayes and Douglas M. Foley of MCGUIREWOODS LLP
    Gregg M. Galardi and Ian S. Fredericks of SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    (Wilmington, DE)
    Chris L. Dickerson of SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP (Chicago, IL)