Gregg M. Galardi, Esq.                     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &            MCGUIREWOODS LLP
FLOM LLP                                   One James Center
One Rodney Square                          901 E. Cary Street
P.O. Box 636                               Richmond, Virginia 23219
Wilmington, Delaware 19899-0636            (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502(C)
AND BANKRUPTCY RULE 3018 TO TEMPORARILY ALLOW CERTAIN
PERSONAL INJURY AND WRONGFUL DEATH CLAIMS IN THE AMOUNT OF
$0.00 SOLELY FOR PURPOSES OF VOTING ON THE PLAN**

            Upon the Debtors' Motion Pursuant To Bankruptcy

Code Sections 105 And 502(c) And Bankruptcy Rule 3018 To

Temporarily Allow Certain Personal Injury Tort And Wrongful

Death Claims In The Amount Of $0.00 Solely For Purposes Of

Voting On The Plan (the "Motion"),[1] which requested that the Claims identified on Exhibit A be temporarily allowed in the amount of $0.00 each for those reasons set forth in the Motion; and it appearing that due and proper notice and service of the Motion as set forth therein was good and sufficient and that no other further notice or service of the Motion need be given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Motion is GRANTED.

2.    Each of the Claims set forth on Exhibit A shall be temporarily allowed for voting purposes only in the amount of $0.00 each.

3.    Each Claimant shall be entitled to vote on the Plan in the class set forth on Exhibit A; provided, further, that each Claimant that casts a ballot voting on the Plan shall have their Claim counted for purposes of numerousity under Bankruptcy Code § 1126(c) only.

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

4.    The Debtors right to object to any and all
claims, including (without limitation) the Claims, for
allowance and/or distribution purposes, and on any other
available grounds applicable law permits is expressly
preserved.

5.    Pursuant to Local Bankruptcy Rule 9013-1(G),
the Debtors request that the requirement that all motions be
accompanied by a written memorandum of law be waived.

6.    This Court shall retain jurisdiction to hear

and determine all matters arising from or related to

implementation or interpretation of this Order.

Dated: Richmond, Virginia
       September _____, 2009


                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     – and –


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022‑1I**

        Pursuant to Local Bankruptcy Rule 9022‑1I, I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                    __/s/ Douglas M. Foley_____
                                    Douglas M. Foley

**EXHIBIT A**