In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| AKHTER, KHANAM FATIMA<br>RIMLAND & ASSOCIATES<br>32 COURT ST STE 1506<br>BROOKLYN, NY 11201 | 5111 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $500,000.00<br>Total: $500,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 6605 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BATEMAN, DANNY<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 6431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\* "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| BISHOP DWAYNE FUNCHES INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES DIONE FUNCHES AND DWAYNE FUNC<br>LISA TAYLOR HUDSON ESQ<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 9272 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $3,000,000.00<br>Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX 75603 | 4333 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $9,857.39<br>Total: $9,857.39 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BOOTH, NANCY AND CHARLES BOOTH<br>594 WILL RD<br>BRAIDWOOD, IL 60408 | 7595 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| BRESNOCK, DONNA<br>509 WOODLAND AVE<br>GLENDORA, NJ 08029 | 7175 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:     $50,000.00<br>Total:         $50,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BREWER, JUDY<br>11665 NERO DR<br>FLORISSANT, MO 63033 | 4217 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:     $300,000.00<br>Total:         $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BUCHER, CYNTHIA<br>14360 N HWY 6<br>VALLEY MILLS, TX 76689 | 8600 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:     $50,000.00<br>Total:         $50,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BURRELL, PATTY<br>DAVID L DAWSON ATTORNEY<br>PO BOX 14716<br>BATON ROUGE, LA 70898 | 6867 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:     $150,000.00<br>Total:         $150,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 4 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| CAMACHO, FREDDY<br>9608 TWEEDY LN<br>DOWNEY, CA 90240 | 8856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1.00<br>Total: $1.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 11647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,000.00<br>Total: $5,000.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CHAD PORTER A MINOR<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8604 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CLARKE, GORDON<br>C O BRIAN T WILSON ESQ<br>719 VASSAR ST<br>ORLANDO, FL 32804 | 8964 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $135,000.00<br>Total: $135,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| COLEMAN, DOROTHY<br>MICHAEL S WILLIAMS ESQ<br>GOLD ALBANESE & BARLETTI<br>58 MAPLE AVE<br>RED BANK, NJ 07701 | 2733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COOPER JR, GLENN RAY<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8606 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COOPER, ANNETTE<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COYNE, JOANNE<br>28 4TH ST<br>PEQUANNOCK, NJ 07440 | 9018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH   Doc 4816-2   Filed 09/11/09   Entered 09/11/09 20:11:58   Desc
Exhibit(s) A    Page 6 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR<br>LISA TAYLOR HUDSON ESQ<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 9274 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $3,000,000.00<br>Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DARE, JEANNE<br>207 SNEAD DR<br>FAIRFIELD BAY, AR 72088 | 2507 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $3,000.00<br>Total: $3,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DE FILIPPO, DOLORES<br>8 LAURETTEA DR<br>EAST BRUNSWICK, NJ 08816 | 2680 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| DE LEON, YOLANDA<br>2809 WEST 8TH ST APT 205<br>LOS ANGELES, CA 90005 | 5918 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $75,000.00<br>Total: $75,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| DEESE, WESTON<br>1206 TRENTON<br>MUSKEGON, MI 49444 | 8389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DESENA, JAMES<br>940 SPANISH CAY DR<br>MERRITT ISLAND, FL 32952 | 5932 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,579.92<br>Total: $2,579.92 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DIO DATI, KEITH<br>RONALD K FRIEDMAN ESQ PLLC<br>1073 MAIN ST STE 205<br>FISHKILL, NY 12524 | 4049 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 8 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| DUNWELL, DONOVAN<br>CHIARIELLO & CHIARIELLO<br>118 21 QUEENS BLVD<br>FOREST HILLS, NY 11375 | 2210 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| EISNER, JOANNE<br>C O MARSHALL E KRESMAN ESQ<br>1950 STREET RD STE 103<br>BENSALEM, PA 19020 | 3852 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ENGELKE, KARL<br>1001 BICKELLY BAY DR SUITE 1200<br>MIAMI, FL 33131 | 5276 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| FIORETTI, MICHAEL EDWARD<br>4620 LAKE TRAIL DR 1B 1B<br>LISLE, IL 60532 | 4909 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $350,000.00<br>Total: $350,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 9 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| FISHER, DENISE<br>2479 OLEANDER CIRCLE<br>JAMISON, PA 18929 | 3544 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $307.27<br>Total: $307.27 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| FLEMING, ROBERT A<br>131 FRONT ST<br>CATASAUQUA, PA 18032 | 4176 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 01/20/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) | Unsecured | 4 | $0.00 |
| FRANCO, IRENE<br>1225 LA PUERTA<br>LOS ANGELES, CA 90023 | 5554 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| GRANDE, RICHARD<br>832 ELLSWORTH ST<br>PHILADELPHIA, PA 19147 | 6242 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $750,000.00<br>Total: $750,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 10 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| GROMEK, ERICK<br>17200 EAST 10 MILE RD STE 100<br>EASTPOINTE, MI 48021 | 6566 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $10,000.00<br>Total: $10,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HAIRFIELD, DEBRORAH<br>11028 BALFOUR DR<br>NOBLESVILLE, IN 46060 | 10195 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $557.00<br>Total: $557.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HAWKINS, ELZENA<br>36913 CAPRICIOUS LN<br>MURRIETA, CA 92563 | 10076 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| HENSLEY, DEMETRIA<br>212 1/2 CARROLL HEIGHTS RD<br>TANEYTOWN, MD 21787 | 8615 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $54,468.33<br>Total: $54,468.33 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 11 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| HINKELDAY, TORA<br>C O LAW OFFICE OF STEPHEN H FRANKEL<br>368 WILLIS AVE<br>MINEOLA, NY 11501 | 2700 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $10,000,000.00<br>Total: $10,000,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HOOD, MARY<br>310 SE 8TH CT<br>POMPANO BEACH, FL 33060 | 9600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $960.00<br>Total: $960.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| JOANNE COYNE<br>STEVEN ROBERT LEHR ESQ<br>LAW OFFICES OF STEVEN ROBERT LEHR PC<br>33 CLINTON RD STE 100<br>WEST CALDWELL, NJ 07006 | 13214 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| JOHN BATIOFF<br>GILBERT D SIGALA ESQ<br>LAW OFFICES OF GILBERT D SIGALA<br>1818 W BEVERLY BLVD STE 206<br>MONTEBELLO, CA 90640 | 13267 | Secured:<br>Priority:<br>Administrative $275,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $275,000.00 | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 12 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| JORDAN, SHEILA<br>1 SNELLS WAY<br>WEST BRIDGEWATER, MA 02379 | 4006 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:     $25,000.00<br>Total:             $25,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| KARL ENGELKE<br>ATTN RACHELLE R BOCKSCH<br>SIMON & BOCKSCH<br>ATTORNEYS FOR PLAINTIFFS<br>1001 BRICKELL BAY DR STE 1200<br>MIAMI, FL 33131 | 13287 | Secured:<br>Priority:<br>Administrative   $450,000.00<br>503(b)(9):<br>Unsecured:<br>Total:             $450,000.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| KENNEDY, JOY<br>7727 TOMMY ST<br>SAN DIEGO, CA 92119 | 2813 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:     $30,000.00<br>Total:             $30,000.00 | 01/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 5401 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:     $5,000.00<br>Total:             $5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| MORROW, REBECCA<br>9575 SOUTH EVANS AVE<br>INVERNESS, FL 34452 | 6507 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $350,000.00<br>Total: $350,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| MURPHY, LEEDELL<br>7722 GRANT ST<br>MERRILLVILLE, IN 46410 | 5832 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $1,250,000.00<br>Total: $1,250,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ODUTOLA, ADEOYE<br>9736 W 10TH CT<br>WICHITA, KS 67212 | 2543 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $2,500.00<br>Total: $2,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PEREZ, JESSEE<br>C O BARRY K BAKER ESQ<br>BOGIN MUNNS & MUNNS PA<br>924 GARFIELD ST<br>MELBOURNE, FL 32935 | 6008 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4816-2    Filed 09/11/09    Entered 09/11/09 20:11:58    Desc
Exhibit(s) A    Page 14 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| PISHVA, FRED<br>C O DAVID S KOHM & ASSOCIATES<br>1414 E RANDOL MILL RD STE 118<br>ARLINGTON, TX 76012 | 10200 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    $150,000.00<br>Total:    $150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PORTILLO, SONIA<br>2770 HARRISON ST<br>SAN FRANCISCO, CA 94110 | 6773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    $16,800.00<br>Total:    $16,800.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PRESSEL, DONALD<br>2004 ACORN LANE<br>RED LION, PA 17356 | 6400 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    $5,000.00<br>Total:    $5,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| REED, SHARON<br>3240 7TH AVE NORTH<br>SAINT PETERSBURG, FL 33713 | 5012 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    $300,000.00<br>Total:    $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| ROSS, ANGELA<br>111 MOONSTONE CT<br>PORT ORANGE, FL 32129 | 5031 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $25,000.00<br>Total:  $25,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| RUIZ, DANIEL<br>1222 HELIX AVE<br>CHULA VISTA, CA 91911 | 4437 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $3,400.00<br>Total:  $3,400.00 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| SCHROEDER, JERRI<br>4510 BELLEVIEW SUITE 202<br>KANSAS CITY, MO 64111 | 7475 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $455,000.00<br>Total:  $455,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SHAW, JACKIE B<br>7819 WOODLARK CV<br>CORDOVA, TN 38016 | 5463 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:  UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| SIERRA, VERONICA<br>3037 ASHLAND LANE SOUTH<br>KISSIMMEE, FL 34741 | 6416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SMITH, GREG AND INMAN, FRAN<br>C O KERR & SHELDON<br>16480 HARBOR BLVD STE 100<br>FOUNTAIN VALLEY, CA 92708 | 10201 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,152,848.50<br>Total: $2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| STEIB, MARQUELYN<br>1852 PLAZA DR<br>MARRERO, LA 70072 | 4941 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $24,597.37<br>Total: $24,597.37 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| THIBODEAU, JEFFREY<br>32 SYCAMORE WAY<br>WALLINGFORD, CT 06492 | 8383 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| THOMAS, ANNA<br>99 10 60TH AVE<br>APT 5J<br>CORONA, NY 11368 | 3145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| VANNELLI, PATRICIA<br>3522 WILDFLOWER WY<br>CONCORD, CA 94518 | 8411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| WIENER, MURRAY<br>43 W 70TH ST<br>NEW YORK, NY 10023 | 9914 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| WITZ, RUTH<br>600 19 PINE HOLLOW RD<br>EAST NORWICH, NY 11732 | 3996 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $15,000,000.00<br>Total: $15,000,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH   Doc 4816-2   Filed 09/11/09   Entered 09/11/09 20:11:58   Desc
Exhibit(s) A   Page 18 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| WOODS MORSE, FORTIS DAVIS<br>1005 SE 49TH AVE<br>PORTLAND, OR 97215 | 10161 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:  $13,409.00<br>Total:  $13,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| YU LIANG LEI<br>ATTN MARK J DECICCO ESQ<br>SACKSTEIN SACKSTEIN & LEE LLP<br>1140 FRANKLIN AVE STE 210<br>GARDEN CITY, NY 11530 | 13307 | Secured:<br>Priority:<br>Administrative  $2,000,000.00<br>503(b)(9):<br>Unsecured:<br>Total:  $2,000,000.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

**Total:**   67   $45,155,285.78

\*   "UNL" denotes an unliquidated claim.