Hearing Date: September 22, 2009 at 11:00 a.m.
Objection Deadline: September 18, 2009 at 4:00 p.m.

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND
502(C) AND BANKRUPTCY RULE 3018 TO TEMPORARILY ALLOW CERTAIN
PERSONAL INJURY AND WRONGFUL DEATH CLAIMS IN THE AMOUNT OF $0.00
SOLELY FOR PURPOSES OF VOTING ON THE PLAN**

**PLEASE TAKE NOTICE** that on September 11, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion Pursuant to Bankruptcy Code Sections 105 and 502(c) and Bankruptcy Rule 3018 to Temporarily Allow Certain Personal Injury and Wrongful Death Claims in the Amount of $0.00 Solely for Purposes of Voting on the Plan (the "Motion").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you**

**may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

- [X]   File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before September 18, 2009 at 4:00 p.m.**

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

- [X]   Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

- [X]   Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Standard Time) on September 22, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you**

**or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion**.

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: September 11, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
    Richmond, Virginia  FLOM, LLP
                   Gregg M. Galardi, Esq.
                   Ian S. Fredericks, Esq.
                   P.O. Box 636
                   Wilmington, Delaware 19899-0636
                   (302) 651-3000

                     - and -

                   SKADDEN, ARPS, SLATE, MEAGHER &
                   FLOM, LLP
                   Chris L. Dickerson, Esq.
                   333 West Wacker Drive
                   Chicago, Illinois 60606
                   (312) 407-0700

                     - and -

                   MCGUIREWOODS LLP

                   /s/ Douglas M. Foley   .
                   Dion W. Hayes (VSB No. 34304)
                   Douglas M. Foley (VSB No. 34364)
                   One James Center
                   901 E. Cary Street
                   Richmond, Virginia 23219
                   (804) 775-1000

                   Counsel for Debtors and Debtors
                   in Possession

\9893898.1