**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al,** | ) | **Case No. 08-35653-KRH** |
| | ) | **Chapter 11** |
| Debtors. | ) | **Jointly Administered** |

**RESPONSE OF JWC LOFTUS, LLC TO DEBTORS'
THIRTY-FIFTH OBJECTION TO CERTAIN DUPLICATE CLAIMS**

JWC/Loftus, LLC ("Loftus"), by and through its undersigned counsel, submits this

Response to the Debtors' Thirty-fifth Omnibus Objection to Certain Duplicate Claims ("the

Thirty-fifth Omnibus Objection" or "the Objection").  In Support of its Response, Loftus

respectfully states as follows:

**Background**

1. On November 10, 2008, ("the Petition Date"), Circuit City Stores, Inc. and related companies

filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. Loftus is the landlord and lessor under a Lease Agreement ("Lease") with Circuit City

Stores West Coast, Inc. ("the Lessee"), one of the debtors in this matter, for certain real

property and improvements located at 2600 Pearl Street in Boulder, Colorado ("the

Premises") (Store No. 3348).

_____
Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, VA 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

3. Debtor Circuit City Stores, Inc. ("the Debtor") is the guarantor of the Lease. This

Response pertains to the Debtor and to the Lessee. All claims to which Lofus is entitled

under the Lease are claims against the Lessee and the Debtor, jointly and severally.  The Debtor

and Lessee may be referred to herein as ("the Debtors.")

4. Loftus has different types of claims in this proceeding under the Lease, including claims

for amounts owed as of the Petition Date ("the Prepetition Claim"); amounts owed for

damages related to the rejection of the Lease ("the Lease Rejection Claim"); and amounts

owed for Administrative claims ("the Administrative Claim").

5. The Thirty-fifth Omnibus Objection purports to object to duplicative Administrative claims of

Loftus in the Circuit City Stores West Coast, Inc. and the Circuit City Stores, Inc. matters,

respectively.  The Objection does not purport to pertain to any other types of claims of Loftus.

6. In Exhibit D to the Objection, the Debtors identify what they contend are duplicative claims of

Loftus, each in the amount of $237,101.45.  Regarding Circuit City Stores West Coast, Inc., the

Debtors assert that claim no. 13709 was filed on June 16, 2009, and claim no. 13771 was filed on

June 26, 2009.  With respect to the Circuit City Stores, Inc. case, the Debtors assert that claim

no. 13710 was filed on June 16, 2009, and that claim no. 13851 was filed on June 26, 2009.

7. Regarding the Circuit City Stores West Coast, Inc. case, the Debtors propose that Claim No.

13709 be disallowed as the duplicate claim, and that Claim No. 13771 be deemed the surviving

claim.  Regarding the Circuit City Stores, Inc. case, the Debtors propose that Claim No. 13710

be disallowed as the duplicative claim, and that Claim No 13851 be deemed the surviving claim.

8. On June 15, 2009, Loftus sent by overnight delivery, and under separate cover letters,

the following claims ("the Loftus Claims") to claims agent Kurtzman Carson Consultants

LLC ("the Claims Agent") at the designated address:

    a. One claim in the amount of $237,101.45 in the Circuit City Stores, Inc. case; and

b. One claim in the amount of $237,101.45 in the Circuit City Stores West Coast,

Inc. case.

9. Pursuant to the claims process in this matter, Loftus received filed-stamped copies of its cover

letters and claims from the Claims Agent confirming that the Loftus Claims had been received in

each respective case on June 16, 2009.

10. Loftus did not file duplicative claims in the Circuit City Stores West Coast, Inc. matter or in

the Circuit City Stores, Inc. matter.  Therefore, the Objection as it pertains to Loftus is without

basis in fact or law, and should be withdrawn; and Loftus should be awarded its attorney's fees in

responding to the Objection.

11. Claim Nos. 13709 and 13710, respectively, should be deemed allowed claims, and they

should not be disallowed or expunged.  Any other claims for claim numbers do not relate to any

filing by Loftus.  In all events, Loftus objects to any actions to its prejudice regarding the claims

it has filed in this matter.

WHEREFORE, Loftus respectfully requests the Debtors' Objection be denied, and that

the claims of Loftus be deemed allowed. Loftus further asks the Court to award Loftus its

attorney's fees and costs, and to grant Loftus such other and further relief as this Court deems

proper and equitable.  Loftus further asks the Court to deny any requests for payment of

attorney's fees and costs by the Debtors related to this Objection.

Date: September 14, 2009                                        **JWC/LOFTUS, LLC**

By: /s/ Philip C. Baxa
Of Counsel

Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
        Counsel for JWC/Loftus, LLC

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 14th day of September, 2009, this Response will be filed with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the Response via regular mail, postage prepaid, on September 11, 2009 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

/s/ Philip C. Baxa

R0008977