

CLERK – US BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

September 4, 2009

I am responding to the Thirteenth Omnibus Objection to Claims (Disallowance of certain claims for wages and compensation) in the Circuit City Bankruptcy Case NO. 08-95653.

My name is Barbara Raelyn Harris Claim Number 3250 for $141.34 listed on the Thirteenth Omnibus Objection to Claims (Certain Claims for Wages and Compensation) – Disallowed.

I am a 20 year old single mother of a 4 year old daughter. I work part time and go to school in attempts to better the life of myself and my daughter.

I understand that $141.34 may not seem like a large amount to you, but to me and my daughter, it is a great deal of money. I really need all the money that is owed to me regardless of amount for necessary items like groceries and clothing. I had requested Circuit City mail my final pay check and they denied that request.

Barbara Raelyn Harris
3334 West Main St
PMB 194
Norman, OK 73072