September 1, 2009

United States Bankruptcy Court for the Eastern District of Virginia Richmond Division
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH
Debtors Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan)

**Claimants Name: Anne B. Fath**

Dear Sirs,

Per the notice of deadline for filing an objection to the disallowance of certain claims relating to short-term incentive plan I am filing an objection to the disallowance.

I am filing an objection to the disallowance of the short-term incentive plan. As a Director with Circuit City Stores Inc., I participated in the CC Management Incentive Plan. This plan states that the results will be based on the fiscal year beginning March 1, 2008 and ending February, 28,2009. The plan is split between individual performance and Company performance in a 50/50 split. Individual performance is based on achievement of performance objectives set with my Vice President. The objective rating for the achievement of the performance objectives would need to be a 3 or higher to receive payout. I met my personal objectives set by my Vice President was rated a 3 as of the mid-year process and was employed by the Company through February 28, 2009, the end of the plan period. In order to be eligible to receive the pay out of the plan dollars the associate needs to be employed through the pay out date that in past years typically occurred in early May. I was no longer employed by the Company in May due to the bankruptcy declaration and the resulting massive lay-off of Company personnel. Below is the calculation of the award.

Calculation of Award:

Base Pay = $145,938
Annual Incentive target = 25%
Short-Term (Annual) incentive target =$36,484


Sincerely,

*Anne B. Fath*

Anne B. Fath
9608 Gaslight Place
Richmond, Va. 23229
(804) 387-2656
AnneFath@verizon.net

[Stamp: RICHMOND DIVISION FILED SEP 11 2009 CLERK U.S. BANKRUPTCY COURT]

September 1, 2009

United States Bankruptcy Court for the Eastern District of Virginia Richmond Division
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH
Debtors Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan)

**Claimants Name: Anne B. Fath**

Dear Sirs,

Per the notice of deadline for filing an objection to the disallowance of certain claims relating to short-term incentive plan I am filing an objection to the disallowance.

I am filing an objection to the disallowance of the short-term incentive plan. As a Director with Circuit City Stores Inc., I participated in the CC Management Incentive Plan. This plan states that the results will be based on the fiscal year beginning March 1, 2008 and ending February, 28,2009. The plan is split between individual performance and Company performance in a 50/50 split. Individual performance is based on achievement of performance objectives set with my Vice President. The objective rating for the achievement of the performance objectives would need to be a 3 or higher to receive payout. I met my personal objectives set by my Vice President was rated a 3 as of the mid-year process and was employed by the Company through February 28, 2009, the end of the plan period. In order to be eligible to receive the pay out of the plan dollars the associate needs to be employed through the pay out date that in past years typically occurred in early May. I was no longer employed by the Company in May due to the bankruptcy declaration and the resulting massive lay-off of Company personnel. The merit award for individual performance has been paid out for the past several years despite Company performance. Below is the calculation of the award.

Calculation of Award:

Base Pay = $145,938
Annual Incentive target = 25%
Short-Term (Annual) incentive target =$36,484
Individual Performance Award= $18,242


Sincerely,

*[signature: Anne B. Fath]*

Anne B. Fath
9608 Gaslight Place
Richmond, Va. 23229
(804) 387-2656
AnneFath@verizon.net