18576-2

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
                    Debtors.    :   Jointly Administered
---------------x

**DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

The debtors and debtors in possession in the above-

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 4590    Filed 08/21/09    Entered 08/24/09 ... Misclassified Claims) - Modified
Case No. 08-35653 (KRH)                                     Document    Page 23 of 39

# EXHIBIT C

## CLAIM TO BE MODIFIED

| CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Filing Creditor Name and Address: | Claim Holder Name and Address | Case Number: | Docketed Total: | | Filing Creditor Name and Address: | Claim Holder Name and Address | Case Number: | Modified Total: | |
| Claim: 13950<br>Date Filed: 06/30/2009<br>Docketed Total: $145,636.38<br>CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE<br>ATTN LAWRENCE A KATZ AND KRISTEN E BURGERS<br>8010 TOWERS CRESCENT DR STE 300<br>VIENNA, VA 22182-2707 | CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE<br>ATTN LAWRENCE A KATZ AND KRISTEN E BURGERS<br>8010 TOWERS CRESCENT DR STE 300<br>VIENNA, VA 22182-2707 | 08-35653 | $145,636.38 | | | | 08-35653 | $145,636.38 | |
| | **503(b)(9)** | **Reclamation** | **Admin** | **Secured**<br>$145,636.38 | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** **Secured** **Priority** **Unsecured**<br>$145,636.38 |
| Claim: 9293<br>Date Filed: 01/30/2009<br>Docketed Total: $1,136.75<br>CYNDI CYNTHIA ANN HAINES<br>831 SARAH DR<br>DECATAR, IL 62526 | HAINES, CYNDI CYNTHIA ANN<br>831 SARAH DR<br>DECATAR, IL 62526 | 08-35653 | $1,136.75 | | | | 08-35653 | $1,136.75 | |
| | **503(b)(9)** | **Reclamation** | **Admin** | **Secured**<br>$1,136.75 | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** **Secured** **Priority** **Unsecured**<br>$1,136.75 |
| Claim: 5852<br>Date Filed: 01/26/2009<br>Docketed Total: $134.07<br>CZOP, JAMI LYNN<br>656 MONTCLAIR AVE<br>WENONAH, NJ 08090 | CZOP, JAMI LYNN<br>656 MONTCLAIR AVE<br>WENONAH, NJ 08090 | 08-35653 | $134.07 | | | | 08-35653 | $134.07 | |
| | **503(b)(9)** | **Reclamation** | **Admin** | **Secured**<br>$134.07 | **Priority** | **Unsecured** | **503(b)(9)** | **Reclamation** | **Admin** **Secured** **Priority** **Unsecured**<br>$134.07 |

*"UNL" denotes an unliquidated claim.

September 8, 2009

Cyndi Ann Haines (Cynthia)
831 Sarah Drive
Decatur, Illinois 62526     217-412-2169

Circuit City of Decatur Illinois

Paid time off never taken in the 2 3/4 years I worked for Circuit City

Last pay stub which shows unpaid time off of 137 1/4 hrs at $8.60 per hour

*Feb-19, 2009*

| | Pay Group: HLF   EC Hourly | Pay Begin Date: 01/29/2009 | Check #: 5545176 |
|---|---|---|---|
| CIRCUIT CITY PAYROLL<br>BOX 563986<br>CHARLOTTE, NC 28256-3986<br>800-288-6353<br><br>NDI ANN HAINES<br>Sarah Drive<br>Decatur, IL 62526-0000 | Business Unit: USANA<br>Employee ID: 10336949<br>Department: 377400 Decatur Mini Superstore<br>Location: IL Decatur | Pay End Date: 02/11/2009 | Check Date: 02/19/2009 |
| | | TAX DATA: Federal / IL State<br>Marital Status: Single / Not applicable<br>Allowances: 0 / 0<br>Addl. Pct:<br>Addl. Amt: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 8.600000 | 74.00 | 636.40 | 287.25 | 2,470.35 |
| Paid Time Off | 8.600000 | 1.75 | 15.05 | 6.50 | 55.90 |
| **Total:** | | 75.75 | 651.45 | 293.75 | 2,526.25 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 67.53 | 258.18 |
| Fed MED/EE | 9.45 | 36.63 |
| Fed OASDI/EE | 40.39 | 156.63 |
| IL Withholdng | 19.54 | 75.78 |
| **Total:** | 136.91 | 527.22 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### PTO Plan

| | |
|---|---|
| PY PTO | |
| Earned | 0.00 |
| Taken | 0.00 |
| Balance | 0.00- |
| Current PTO | |
| Earned | 158.21 |
| Taken | 27.5? |
| Balance *due* | 137.25 |
| IMPUTED INCOME | |
| Current: | 0.00 |
| YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 651.45 | 651.45 | 136.91 | 0.00 | 514.54 |
| YTD | 2,526.25 | 2,526.25 | 527.22 | 0.00 | 1,999.03 |

MESSAGE: VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼