R ARM INJURY/PAIN

☐ ADDITIONAL LABS:

| | |
|---|---|
| WBC | PLT |
| HCT | |

☐ CHEM 7

| Na | Cl | BUN | |
|---|---|---|---|
| K | CO₂ | CR | GLUCOSE |

☐ PT — TROPONIN ____
INR — LIPASE ____
☐ PTT — BHCG ____

☐ URINE Gluc ____
Bili ____
Ketones ____
pH ____
sp. gr ____
Protein ____
Hgb ____
Nitrites ____
Leuk est ____
WBC ____ RBC ____
☐ Bacteria ☐ Squamous
☐ Preg ☐ POS ☐ NEG

**ARTERIAL BLOOD GASES**

| | |
|---|---|
| pH | |
| pCO₂ | |
| pO₂ | |
| O₂ Sat | |
| Amt O₂ L/M | |

| PULSE OXIMETER | % SAT |
|---|---|
| TIME | 98 |

☐ HYPOXIA
☐ NON HYPOXIC

**LABORATORY**

PRE-PROCEDURE TIME OUT: PROCEDURE _____ VERIFIED: PATIENT IDENTIFICATION ☐,

PROCEDURE TYPE ☐, SITE MARKED ☐ PRINT _____ RN _____ MD

**PROGRESS NOTES / PROCEDURES**

EKG: ____
☐ Reviewed c̄ Cardiologist

X-RAYS: ®wrist/Forearm: Non displaced distal radius fx
☐ Reviewed c̄ Radiologist

| SERVICE | TIME CALLED | SERVICE | TIME CALLED |
|---|---|---|---|
| | | | |

**CONSULTS**

☐ MEDICAL RECORD REQUESTED AT ____ AM / PM ☐ MEDICAL RECORD REVIEWED AT ____ AM / PM

TIME: 0630 ☐ I EXAMINED THE PATIENT, I REVIEWED THIS CHART, I DISCUSSED THE CASE WITH THE

RESIDENT, DR. Margues-Baptista

agree c̄ residents assessment, note of plan

INITIAL IMPRESSION:

PLAN:

SELF PAY

**ATTENDING**

ENDORSED TO DR. _____ AT ____

DIAGNOSIS:
1. Contusion forearm. CODE | | | |
2. | | | |
3. | | | |

TIME
☐ AM
☐ PM

DISCHARGE ☐
ADMISSION ☐
☐ SERVICE ☐ PRIVATE
ATTENDING: ____
AM: ____

☐ IMPROVED ☐ GUARDED ☐ EXPIRED
☐ STABLE ☐ CRITICAL

☐ TREATED AND RELEASED
☐ LEFT PRIOR TO MSE/WALKOUT
☐ LEFT PRIOR TO DISCHARGE/ELOPEMENT
☐ LEFT AMA
☐ TRANSFERRED TO ____
☐ DOA / DIED IN ED TIME ____ ME CASE # ____

**CONDITION / DISPOSITION / DIAGNOSIS**

| MD NAME (Signature) | ID NUMBER | MD NAME (Signature) | ID NUMBER | DIAGNOSED & TREATED IN MY PRESENCE ATTENDING MD NAME (Signature) | ID NUMBER |
|---|---|---|---|---|---|
| [signature] 116244 | | | | Stratta | 19625 |
| MD NAME (Print) Margues-Baptista | | MD NAME (Print) | | ATTENDING MD NAME (Print) Stratta | |

43580 (13X05)

**St. Lukes**
1111 Amsterdam Avenue
NY, NY 10025

**St. Luke's Roosevelt**

**Emergency Department**
212-523-3335

**Continuum** Health Partners, Inc.
**Assessment Sheet**

Page 2 Thomas,

DOB: 05/26/1937
Sex: Female
Age: 69

Phone: (718)210-33..
Unit: Main Ed
Address: 99-10 60TH AVENUE #5J, CORONA, NY 11368

MR #: 200094371794
Chart #: ED694398
ACT #: 000449139617

---

| | |
|---|---|
| Complaint: R Arm Injury/pain | Triage Acuity: 2 - Urgent |
| Arrival Date/Time: 05:26 12/29/2006 | Primary Insurance: OXFORD MEDICARE |
| Arrived by: Walk-in | Secondary/Tertiary Insurance: MEDICAID OF NY/ |
| Mobility: | Referring Phys/Facility: |
| Accompanied By: Friend/Family | PMP: Unassigned, |
| Last Date Seen: 07/07/2006 08:07 | Emergency Attending Physician: STRATTON, JENNIFER B |
| Emergency Resident Physician: MARQUES, ANDREIA | |

---

Complaint Code:

Triage Nurse: MAURAIS, RN, MARTIN
Primary Nurse: FUNCK, RN, ERIKA

Treatments PTA:
Travel History: Travel outside US <= 10 days: No. Contact with traveler <= 10 days: No.
Symptoms in the past 7 days: None of the above. Contact with birds at risk: No. Travel History Note: . Hand hygiene: No. Mask applied: No.

Special Needs:

---

Past Medical Hx: Diabetic Insulin Dependent, Hypertension
Tetanus Hx:
Social Hx:
Weights:

LMP Date:

---

### Medications

| Medication | Dosage | Freq | Prescribing Phys | Started |
|---|---|---|---|---|
| Insulin | | | | |
| Atenolol | | | | |
| Hydrochlorothiazide | | | | |
| Norvasc | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Allergy

| Allergy | Allergic Reaction |
|---|---|
| *No Known Allergies | |
| | |
| | |
| | |
| | |
| | |

---

### Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| MM | 05:30 | 98.6 | 200/105 , | 82 | 18 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Pain

| Time | Scale |
|---|---|
| 05:30 | 4/10 |
| | |
| | |
| | |
| | |
| | |
| | |

### Pulse Ox.

| Time | % | Concentration | Peak Flow |
|---|---|---|---|
| 05:30 | 98 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Glasgow Coma

| Time | Score |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

---

### Disposition Information

| | |
|---|---|
| Primary Diagnosis: Fx closed radius, head | Secondary Diagnosis: |
| Disposition: Disch - Home | Discharge Acuity: 2 - Urgent |
| Discharge Time: 11:00 12/29/2006 | Admit To Team: |
| RN Report Called By: | Admit To Floor/Room: / |
| RN Report Given To: | Service/Private: |
| MD Report Called By: | Admit To Physician: |
| MD Report Given To: | Admit - Resident: |
| Follow-up Care: CATALANO, LOUIS | Admit - Intern: |
| Appt Date/Time: | Family Notification: |
| Disability Statement: | |
| Prescriptions: | |

Discharge Instructions: FRACTURED EXTREMITY, FRACTURED HAND, SPLINT CARE

---

**St. Lukes**
1111 Amsterdam Avenue
NY, NY 10025

**St. Luke's Roosevelt**

**Emergency Department**
212-523-3335

**Continuum Health Partners, Inc.**
**Assessment Sheet**

Name: Thomas A
Phone: (718)210-33__
Unit: Main Ed

MR #: 200006371794
Chart #: ED694398
ACT #: 009449139617
Address: 99-10 60TH AVENUE #5J, CORONA, NY  11368

DOB: 05/26/1937
Sex: Female
Age: 69

---

**Initial Triage Info**
06:31 12/29/2006 - Initial Triage Info - MAURAIS, RN MARTIN
Chief Complaint: R Arm injury/pain
Presenting Complaints: Arm pain- right
Duration: 1, days
Quick Assessment: Alert, AIRWAY intact, AIRWAY handling secretions, -Alert and
Oriented x 3
Significant Neg. Findings: Denies back pain, Denies chest pain, Denies syncope,
Denies shortness of breath
Initial Triage Acuity: 2 - Urgent
Mode of Arrival: Walk-in
Accompanied by: Friend/Family
Travel outside US <= 10 days: No
Contact with traveler <= 10 days: No
Symptoms in the past 7 days: None of the above
Contact with birds at risk: No
Hand hygiene: No
Mask applied: No
Note: Was pushed, fell against some shelves at a store, complaining of right arm
pain, swelling. No obvious deformity, but tender, swollen. Pos pulses.

**PMH/Current Meds/Allergies**
05:26 12/29/2006 - Allergy Information - MAURAIS, RN MARTIN
Allergy: *No Known Allergies
05:27 12/29/2006 - Medicine - MAURAIS, RN MARTIN
Medication: Insulin
Medication: Atenolol
Medication: Hydrochlorothiazide
Medication: Norvasc
Notes: quinapril   glimepiride   precose
06:27 12/29/2006 - Past Medical History - MAURAIS, RN MARTIN
Medical history: Diabetic Insulin Dependent, Hypertension
Surgical history: -None
Special Needs: -Potential Educ. Barrier-none
11:00 12/29/2006 - Medicine - MUKHERJEE KOUSTAV, MD
Medication: Insulin
Medication: Atenolol
Medication: Hydrochlorothiazide
Medication: Norvasc
Note: quinapril   glimepiride   precose

**Medication Summary**
Patient name, medication and allergy verification required at time of order.
Patient name, medication, allergy and DOB verification required before
administration.
06:22 12/29/2006 - Percocet 1 po - STRATTON JENNIFER, MD
Medication Administered - 06:28 12/29/2006 by SCOTT, RN KASI
Medication: Percocet 1 po
Response to Medication - 06:28 12/29/2006 by SCOTT, RN KASI
Medication: Percocet
Pain Scale: 4/10

**Lab Order & Result Summary**
(None)

**POCT Results**
(None)

**Xray Order & Result Summary**
06:21 12/29/2006 - Forearm (R) - STRATTON JENNIFER, MD
09:19 12/29/2006 - Final Order Results
Accession:
Procedure: FOREARM 2 VIEWS
Procedure Notes: 3-3338-- 69 yo female s/p fall on right arm.
with pain--
Result:
Right wrist:
There is a transverse nondisplaced fracture of the distal
radius
and the metaphyseal level. The distal radius and ulna are
slightly separated, 2 mm. There is neutral ulnar variance.
The alignment of the carpal bones is normal.
Impression:
Nondisplaced distal radius fracture.
Discussed with Dr. Mukherje.

Right forearm:
Frontal and lateral projections were obtained.
There is no fracture along the shaft of the radius or ulna.
The
elbow joint appears normal, though not optimally centered.

06:22 12/29/2006 - Wrist 3vws (R) - STRATTON JENNIFER, MD
09:19 12/29/2006 - Final Order Results
Accession:
Procedure: WRIST COMP 3+V
Procedure Notes: 3-3338-- 69 yc female s/p fall on right arm
with tenderness---
Result:
Right wrist:
There is a transverse nondisplaced fracture of the distal
radius
and the metaphyseal level. The distal radius and ulna are
slightly separated, 2 mm. There is neutral ulnar variance.
The alignment of the carpal bones is normal.
Impression:
Nondisplaced distal radius fracture.
Discussed with Dr. Mukherje.
Right forearm:
Frontal and lateral projections were obtained.
There is no fracture along the shaft of the radius or ulna.
The
elbow joint appears normal, though not optimally centered.

**EKG Results**
(None)

**IVs Given**
(None)

**Intake and Output**
(None)

**Assessment/Reassessment**
05:30 12/29/2006 - Vital Signs - MAURAIS, RN MARTIN
Systolic: 200
Diastolic: 105
Pulse Rate: 82
Respirations: 18
Temperature: 98.6
Pain Scale: 4/10
Pulse Oximetry %: 96
05:31 12/29/2006 - Acuity - MAURAIS, RN MARTIN
Acuity: 2 - Urgent
05:34 12/29/2006 - Domestic Violence - GUILLORY, RN KELLY
Emotionally/Physically hurt?: No
Currently hurt by someone close?: No
Forced sex, activity in last yr?: No
Fear of partner or other?: No
History of Domestic Violence: No
05:34 12/29/2006 - Fall Risk Assessment - GUILLORY, RN KELLY
Low fall risk because: Ambulatory, steady gait, Independent and continent, No hx
of falls, No orthostasis
07:32 12/29/2006 - Primary Survey - FUNCK, RN ERIKA
Airway: Patent and clear
Breathing: Present
Circulation: Warm and dry
Note: pt a&ox3, no acute distress at this time, awaiting x-ray
10:29 12/29/2006 - Reassessment - FUNCK, RN ERIKA
Note: pt remains a&ox3, no acute distress, awaiting x-ray results

**CPP Risk Assessment**
(None)

**Other Orders**
05:26 12/29/2006 - Initial Patient Orders - REG$
HIS Registration - REG$ at 12/29/2006 05:26
Begin Full Registration - STEELE, BA MILTON at 12/29/2006 05:36
Complete Full Reg. - STEELE, BA MILTON at 12/29/2006 05:59
05:31 12/29/2006 - Domestic Violence - MAURAIS, RN MARTIN
Record Dom. Violence Info - GUILLORY, RN KELLY at 12/29/2006 05:34
05:34 12/29/2006 - ER Physician Eval. - ALCANA, RN ANDRES

---

St. Lukes
1111 Amsterdam Avenue
NY, NY 10025



St. Luke's
Roosevelt

Emergency Department
212-523-3335

Continuum Health Partners, Inc.
Assessment Sheet

Page Thomas, A

Phone: (718)310-335
Unit: Main Ed

MR #: 200004371794
Chart #: ED694398
ACT #: 000449139617
Address: 99-10 60TH AVENUE #5J, CORONA, NY  11368

DOB: 05/26/1937
Sex: Female
Age: 69

---

Evaluate Patient - MARQUES ANDREIA, MD at 12/29/2006 06:02
10:52 12/29/2006 - Disch - Home - MUKHERJEE KOUSTAV, MD
  Medication Reconciliation - MUKHERJEE KOUSTAV, MD at 12/29/2006 11:00
  Discharge Condition - FUNCK, RN ERIKA at 12/29/2006 11:00
  Discharge Patient (completion not documented)
  Co-pay cash collection (completion not documented)
  Administrative Discharge (completion not documented)
  Charting is Complete (completion not documented)

**Discharge Information**
10:52 12/29/2006 - Discharge Diagnosis - MUKHERJEE KOUSTAV, MD
  Primary: Fx closed radius, head
10:55 12/29/2006 - Ref/App - MUKHERJEE KOUSTAV, MD
  Appointment with: CATALANO, LOUIS
  Phone: 212-523-7590
  Follow up in: 5 days
10:57 12/29/2006 - Discharge Instructions - MUKHERJEE KOUSTAV, MD
  Discharge Instruction: SPLINT CARE, FRACTURED EXTREMITY, FRACTURED
  HAND
10:57 12/29/2006 - Discharge Note - MUKHERJEE KOUSTAV, MD
  Note: Please follow up with Dr. Catalano next week. Come back to the hospital if
  you have any concerns. Take the pain medication for pain as needed.
10:57 12/29/2006 - DOH Reporting - MUKHERJEE KOUSTAV, MD
  DOH Reporting: Not Required
11:00 12/29/2006 - Discharge Condition - FUNCK, RN ERIKA
  Acuity: 2 - Urgent
  Condition: Stable
  Mobility at Discharge: Ambulatory
  Patient Teaching: Reviewed care plan with parent/guardian, Reviewed follow-up
  with parent/guardian, Reviewed DC instruct w/parent/guardian, Reviewed
  understanding w/parent/guardian
  Mode of Discharge: Walking
  Pain Scale: 1/10 - mild

**Disposition Order**
10:52 12/29/2006 - Disch - Home - MUKHERJEE KOUSTAV, MD
  Discharge Condition - FUNCK, RN ERIKA at 12/29/2006 11:00
  Discharge Patient: (Pending)
  Administrative Discharge: (Pending)
  Charting is Complete: (Pending)

**Labs Ordered**
(None)

**X-Rays Ordered**
06:21 12/29/2006 - Forearm (R) - STRATTON JENNIFER, MD
  Order Placed By: MARQUES ANDREIA, MD
  Prepare Patient for Xray - MARQUES ANDREIA, MD at 12/29/2006 06:24
  Transport to X-ray - MARQUES ANDREIA, MD at 12/29/2006 06:24
  Obtain Xray - HIS$ at 12/29/2006 06:43
  Complete Xray - HIS$ at 12/29/2006 09:19
  Review Results - MUKHERJEE KOUSTAV, MD at 12/29/2006 09:21
  Order Information:
  Pregnancy Status: PT Not Pregnant
  Pregnancy Status Obtained thru: Patient history
  Mode of Transportation: Stretcher
  Priority: STAT
  Patient name confirmed: Yes
  Test confirmed: Yes
  Clin DX/Pert HX/Phys Findings: 69 yo female s/p fall on right arm. with pain
06:22 12/29/2006 - Wrist 3vws (R) - STRATTON JENNIFER, MD
  Order Placed By: MARQUES ANDREIA, MD
  Prepare Patient for Xray - MARQUES ANDREIA, MD at 12/29/2006 06:25
  Transport to X-ray - MARQUES ANDREIA, MD at 12/29/2006 06:25
  Obtain Xray - HIS$ at 12/29/2006 06:34
  Complete Xray - HIS$ at 12/29/2006 09:19
  Review Results - MUKHERJEE KOUSTAV, MD at 12/29/2006 09:21
  Order Information:
  Pregnancy Status: PT Not Pregnant
  Pregnancy Status Obtained thru: Patient history
  Mode of Transportation: Ambulatory
  Priority: STAT
  Patient name confirmed: Yes
  Test confirmed: Yes
  Clin DX/Pert HX/Phys Findings: 69 yo female s/p fall on right arm with tenderness

**Registration Info/Demographics**

---

06:26 12/29/2006 - Registration Information - REG$
  First Name: Ana
  Last Name: Thomas
  Chief Complaint: R ARM INJURY/PAIN
  Date of Birth: 19370526
  Sex: F
  Medical Record Number: 200004371794
  Social Security Number: 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
  Account Number: 000449139617
  Zip Code: 11368
06:57 12/29/2006 - Registration Information - REG$
  Chief Complaint: R ARM INJURY/PAIN
06:59 12/29/2006 - Registration Information - REG$
  First Name: Anna
06:59 12/29/2006 - Registration Information - STEELE, BA MILTON
  Arrival Time: 12/29/2006 06:26
  Chief Complaint: R Arm Injury/pain
  Date of Birth: 05/26/1937

**Provider/RN/Location Changes**
06:26 12/29/2006 - Change Room - REG$
  Change Room: Waiting Area Medicine ED
05:32 12/29/2006 - Change Room - MAURAIS, RN MARTIN
  Change Room: Exam Room 17 Chair 1
05:34 12/29/2006 - Change Physician - ALCANA, RN ANDRES
  ER Physician: STRATTON, JENNIFER B
  Resident: Unassigned
  Prim. Care Provider: Unassigned
  Responsible Physician: STRATTON, JENNIFER B
05:34 12/29/2006 - Change Nurse - GUILLORY, RN KELLY
  Primary Nurse: GUILLORY, RN, KELLY
  Secondary Nurse: Unassigned
  Responsible Nurse: GUILLORY, RN, KELLY
05:36 12/29/2006 - Change Nurse - SCOTT, RN KASI
  Primary Nurse: SCOTT, RN, KASI
  Secondary Nurse: Unassigned
  Responsible Nurse: SCOTT, RN, KASI
06:02 12/29/2006 - Change Physician - MARQUES ANDREIA, MD
  ER Physician: STRATTON, JENNIFER B
  Resident: MARQUES, ANDREIA
  Prim. Care Provider: Unassigned
  Responsible Physician: STRATTON, JENNIFER B
07:12 12/29/2006 - Change Nurse - FUNCK, RN ERIKA
  Primary Nurse: FUNCK, RN, ERIKA
  Secondary Nurse: Unassigned
  Responsible Nurse: FUNCK, RN, ERIKA
07:42 12/29/2006 - Change Room - FUNCK, RN ERIKA
  Change Room: Xray Area (Adult Patient)
08:21 12/29/2006 - Providers - ABE MINAKO, MD
  Physician 2: ABE, MINAKO
08:21 12/29/2006 - Change Physician - ABE MINAKO, MD
  ER Physician: STRATTON, JENNIFER B
  Resident: MARQUES, ANDREIA
  Prim. Care Provider: Unassigned
  Responsible Physician: ABE, MINAKO
08:30 12/29/2006 - Change Room - JULIEN, RN MARIE
  Change Room: Exam Room 17 Chair 1

**Follow Up**
(None)

---

# St. Lukes Emergency Department

**1111 Amsterdam Avenue, NY, NY 10025**

**212-523-3335**



**St. Luke's Roosevelt**

Continuum Health Partners, Inc.

**Prescriptions Received:** Acetaminophen w/codeine 30mg

**Discharge Instructions Received:** FRACTURED EXTREMITY, FRACTURED HAND, SPLINT CARE

**Drug Instructions Received:**

Referral:
CATALANO, LOUIS  - 212-523-7590 in 5 days

---

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as instructed above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please follow up with Dr. Catalano next week. Come back to the hospital if you have any concerns. Take the pain medication for pain as needed.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date/Time: 12/29/2006 10:57        Treating MD: STRATTON, JENNIFER B

Patient Signature: X_____

Account Number: 000449139617

Medical Record Number: 200004371794

I have removed IV access / heplock: ____YES ___NO ___NOT APPLICABLE

RN/LPN/MD _____    Date: _____

I have explained the instructions and have given a copy to the patient.

Patient: **Thomas, Anna**              Page 4 of 5              Friday - December 29, 2006 - 10:57

# St. Lukes Emergency Department

**1111 Amsterdam Avenue, NY, NY  10025**
**212-523-3335**

St. Luke's
Roosevelt

Continuum Health Partners, Inc.

Signature: _____    Date: _____

Emergency/Primary Nurse: FUNCK, RN, ERIKA

Patient: **Thomas, Anna**                    Page 5 of 5                    Friday - December 29, 2006 - 10:57

St. Lukes Emergency Department

SA CN RxPadsAN34315  I  Pae 35 of 96 3/28/2006  N

# OFFICIAL NEW YORK STATE PRESCRIPTION 3

## ST LUKES-ROOSEVELT HOSPITAL CENTER

1000 TENTH AVENUE, NEW YORK, NY  10019 (212) 523-4000
1111-AMSTERDAM AVE., NEW YORK, NY  10025 (212) 523-4000

INSTITUTION DEA NUMBER (IF APPLICABLE)   SUFFIX   Imprinted Prescriber Name (Institutions Only)
B  9  3  7  9  7  8  5  6

Patient Name ____Anne Thomes____   Date __12/29/06__

Address ___99-10  60th Ave  #5___

City __Corona__   State _N.Y._  Zip _11368_  Age _69_   Sex M (F)

℞        Percocet  5/325

sig:  ī – īī  tab  po  q 4-6 h

Disp:  #30

        8
MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X ___K. M.___

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS  ☑ None      0F8BW8 45
         Refills:

PHARMACIST
TEST AREA:              Dispense As Written



# St. Lukes Emergency Department

**1111 Amsterdam Avenue, NY, NY  10025**

**212-523-3335**



**St. Luke's Roosevelt**

**Continuum** Health Partners, Inc.

If you smoke, you are encouraged to quit in order to live longer, feel better, and heal faster. Quitting will lower your chance of heart attack, stroke, or cancer. The people you live with, especially children, will be healthier. Please contact the following numbers for additional information:

At St. Luke's: (212) 523-4410            At Roosevelt: (212) 523-6056

**************************************************

## SPLINT CARE:

Your doctor has applied a splint to rest and protect your injury. Splints can be made of plaster, fiberglass, or metal; they are used to treat fractures, sprains, tendonitis, and and other injuries. Please keep your injury elevated to reduce swelling and pressure under your splint. If an elastic bandage has been used hold the splint, it can be loosened if you have increased swelling or pain.
Try to keep your splint clean and dry. They can be used for weeks if needed to treat serious sprains, or minor fractures. Do not put objects under your splint to scratch yourself. Call your doctor right away if you have:
- Increased pain or pressure around the injury.
- Numbness, tingling, or painful, cool toes or fingers.

Call your doctor for follow up care as recommended, especially if your splint becomes too soft or broken before you are healed.

## FRACTURED EXTREMITY:

Your exam shows you have a broken bone.  Broken bones (fractures) take many weeks to heal. The broken ends must be lined up correctly and kept perfectly still for proper healing.  Please do not remove the splint, immobilizer, or cast that has been applied to treat your injury.  This is the most important part of your treatment.  Other measures to treat fractures include:
- Keep the injured limb at rest and elevated as recommended by your doctor.  This will help reduce pain and swelling.
- Ice packs can be applied to your fracture site frequently for next 2-3 days.
- Pain medicine is often prescribed in the first days after a fracture.

Call your doctor or the emergency room at once if you notice increasing pain or pressure in the injured limb, or if it becomes cold, numb, or pale. Proper follow-up care is very important, so call your doctor for an appointment as soon as possible.

Patient: **Thomas, Anna**            Page 2 of 5            Friday - December 29, 2006 - 10:57

**St. Lukes Emergency Department**

# St. Lukes Emergency Department
**1111 Amsterdam Avenue, NY, NY  10025**
**212-523-3335**



**St. Luke's
Roosevelt**

**Continuum** Health Partners, Inc.

### Take-Home Instructions for the Patient

**Patient's Name: Thomas, Anna**               **Date: 12/29/2006**
**Medical Record Number: 200004371794**        **Date of Service: 12/29/2006**
**Diagnosis: Fx closed radius, head**
**Emergency Attending Physician: STRATTON, JENNIFER B**
**Emergency Resident Physician: MARQUES, ANDREIA**
**Emergency Primary Nurse: FUNCK, RN, ERIKA**

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical service.  A follow-up doctor or facility is named below.  It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by the Radiologist.

Call to arrange an appointment to see the following physician for follow-up care.

Referral:
CATALANO, LOUIS  - 212-523-7590 in 5 days

*****************************************************************************
Please follow up with Dr. Catalano next week. Come back to the hospital if you have any concerns.
Take the pain medication for pain as needed.
*****************************************************************************

When you call for an appointment, say that you were referred from this Emergency Department.

If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

### PLEASE TAKE THIS WITH YOU WHEN YOU SEE DOCTOR LISTED ABOVE

*********************************************************
Patient: **Thomas, Anna**               Page 1 of 5               Friday - December 29, 2006 - 10:57

**St. Lukes Emergency Department**

# St. Lukes Emergency Department

**1111 Amsterdam Avenue, NY, NY  10025**

**212-523-3335**



Continuum Health Partners, Inc.

## FRACTURED HAND:

Your exam shows you have a fractured hand.  Broken bones in the hand can be caused by crush injuries or from hitting objects with a fist.  If the bones are in good position and the hand is properly immobilized and rested, these injuries will usually heal in about 6 weeks.

A cast or splint is usually applied to keep the fracture site from moving.  Keep your hand elevated above the level of your heart as much as possible for the next 2-3 days until the swelling and pain are better.  Please see your doctor or an orthopedic specialist for follow-up care within the next 10 days to make sure the fracture is beginning to heal properly.  Call your doctor or the emergency room right away if you notice your fingers are cold or numb, or the pain of your injury is severe.

Patient: **Thomas, Anna**                     Page 3 of 5                     Friday - December 29, 2006 - 10:57

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGISTRATION DATE AND TIME | | | | | | PATIENT ACCOUNT NO. | MEDICAL RECORD # |
| 12/28/2006 05:( | | 12/28/06 | | | 309 | 333273164:0 | 2731646 |

**D E M O G R A P H I C  I N F O R M A T I O N**

| PATIENT'S NAME (LAST-FIRST-M.I.) | | | | PATIENT'S PHONE | M/S | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|---|---|
| THOMAS | ANNA | | | 718-511-3786 | M | F | 05/28/1937 | 69Y |

| ADDRESS (NUMBER & STREET) | APT. NO. | CITY | STATE | ZIP CODE | RELIGION | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| 99-10 60TH AVENUE | 5J | CORONA | NY | 11368 | GOP | 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 |

| PATIENT'S EMPLOYER | EMPLOYER'S ADDRESS (STREET & NO.) | EMPLOYER'S CITY | STATE | LIVES ALONE? | RACE |
|---|---|---|---|---|---|
| ? TYPED | | | | | W |

| EMPLOYER'S PHONE | MOTHER'S FIRST NAME | CONT. VISIT | HMO SITE | ACCIDENT CODE | MODE OF ARRIVAL | AMB | PRECINCT | BADGE NO. |
|---|---|---|---|---|---|---|---|---|
| | MARIA | | | 09 | CAM | | | |

| NOTIFY | RELATIONSHIP | RELATION NAME (LAST-FIRST-M.I.) | RELATION BUSINESS PHONE |
|---|---|---|---|
| ? | | THOMAS, J? JOHO | |

| RELATION ADDRESS (NUMBER & STREET) | APT. | RELATION CITY | STATE | REL. ZIP | RELATION HOME PHONE |
|---|---|---|---|---|---|
| 99-10 60TH AVENUE | | CORONA | NY | 11368 | 718-210-320 |

| GUARANTOR'S NAME (LAST-FIRST-M.I.) | | GUARANTOR'S RELATION | GUARANTOR'S ADDRESS (NUMBER & STREET) |
|---|---|---|---|
| THOMAS | ANNA | SELF XX1 | 99-10 60TH AVENUE |

| APT. | GUARANTOR'S CITY | STATE | GUAR. ZIP | GUARANTOR'S PHONE | GUARANTOR'S EMPLOYER |
|---|---|---|---|---|---|
| 5J | CORONA | NY | 11368 | 718-210-3350 | RETIRED |

| GUARANTOR'S EMPLOYER ADDRESS (NUMBER & STREET) | GUAR. EMPLOYER'S CITY | STATE | GUAR. EMP. ZIP | GUAR. EMPLOYER'S PHONE |
|---|---|---|---|---|
| | | | | |

| F/C | CLINIC CODE | FEE SCALE | FEE AMOUNT | OTHER INS. PLAN | OTHER INS. GROUP NO. | OTHER POLICY NO. |
|---|---|---|---|---|---|---|
| Z | 000 | | 314.75 | | | 059463970 |

| BLUE CROSS I.D. | GROUP NO. | B.C. SUFFIX | VERIFY? | UNION NAME | BILL AMOUNT |
|---|---|---|---|---|---|

| PREFIX | MEDICARE NO. | SUFFIX | MEDICAID NO. | INTERVIEWED | $ |
|---|---|---|---|---|---|
| | | | M794148H | JSC | |

THIS VISIT

| VISIT | PT. TYPE | SERVICE PROVIDER NAME & SERVICE PROVIDER NUMBER |
|---|---|---|
| | E | |

| PRIMARY DX CODE | PRIMARY HCPCS CODE | SECONDARY DX CODE | SECONDARY HCPCS CODE |
|---|---|---|---|

| PROCEDURE CODE | PROCEDURE CODE | PROCEDURE CODE | PROCEDURE CODE | CLOSED BY |
|---|---|---|---|---|

| RECENT ED VISITS | RECENT HOSPITAL DISCHARGE | PENDING OPD APPOINTMENTS |
|---|---|---|
| 9999 | | |

CHIEF COMPLAINT:
ASSAULTED/PAIN TO RT WRIST/RIB

NOTES:
M40    Z55

NEEDS CONSENT/PT UNABLE TO SIGN

**R E Q U E S T  F O R  R A D I O L O G Y**

| X-RAY ORDER: | NAME |
|---|---|
| | MR: |

EXAM REQUESTED

INFORMATION DESIRED

HISTORY & PHYSICAL FINDINGS

LAB DATA

| REQUESTED BY: | | BEEPER NUMBER | M.D. HOSP. I.D. # |
|---|---|---|---|
| PRINT _____ M.D. | | | |
| SIGNATURE _____ M.D. | | | |

| TECHNOLOGIST SIGNATURE | DATE OF EXAM | | | | | | X-RAY ROOM # |
|---|---|---|---|---|---|---|---|
| | | 8 x 10 | 10 x 12 | 9.5 x 9.5 | 14 x 17 | OTHER | |

REV. 1/99  ELM 401

ROUTINE DIAGNOSTIC RADIOLOGY          TO BE COMPLETED BY RADIOLOGY STAFF

PATIENT NAME

| | TIME | MD | ORDERS | | ATURE | TIME |
|---|---|---|---|---|---|---|
| **O R D E R S** | | | | | | |
| | | | | | | |

| | SERVICE | TIME CALLED | TIME RESPONDED | TIME ARRIVED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | SOCIAL WORK CONSULT | | | |

NAME

MR:

- ☐ CBC
- ☐ BCx _____
- ☐ CARDIAC ENZYMES
- ☐ U/A
- ☐ SMA _____
- ☐ T&C _____
- ☐ VDRL
- ☐ URINE C&S
- ☐ LFT's
- ☐ T&H
- ☐ TOX SCREEN
- ☐ UCG
- ☐ β-HCG
- ☐ EKG
- ☐ ETOH
- ☐ GC/CHLAMYDIA
- ☐ ABG
- ☐ X-RAY
- ☐ PT/PTT

☐ OTHER: _____    MD SIGNATURE: _____

# ELMHURST HOSPITAL

PATIENT NAME:

Time Seen: _____   Print MD Name: _____

☐ Translator Used   ☐ Medical Record requested/reviewed   ☐ FT   ☐ Card   ☐ Tr   ☐ A   ☐ B

cc

## HPI

## EMERGENCY DEPARTMENT PHYSICAL SERVICES

### PMH:

P SURG Hx:

SOCIAL Hx:

FAMILY Hx:

### MEDICATIONS:

ALLERGIES:

LMP:

LAST TETANUS:

### ROS:

☐ Unable to obtain @ present
   due to patient's condition

☐ All other systems reviewed
   and negative or noncontributory

☐ Following abnormalities noted

| TIME | BP | PULSE | RR | TEMP | O₂ SAT |
|------|-----|-------|-----|------|--------|
|      |     |       |     |      |        |
|      |     |       |     |      |        |

RESIDENT/PA SIGNATURE: _____   ID #: _____   PRINT: _____

ORIG

PATIENT NAME

| CBC | CHEM | ABG |
|-----|------|-----|

| X-RAY | EKG - 12 LEAD | OTHER: |
|-------|---------------|--------|

| TIME | MANAGEMENT/PROCEDURE NOTE: |
|------|----------------------------|
| | ☐ Risks, benefits and alternatives of _____ |
| | explained to patient and consent obtained |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**ATTENDING NOTE/ASSESSMENT:**

☐ Patient seen, examined and discussed with resident/PA

DIAGNOSIS: _____

☐ Admit To: _____  ☐ Transfer: _____

☐ T&R Condition:  Stable / Improved  ☐ AMA  ☐ Elopement  ☐ DOA/DIE - ME#: _____

ATTENDING SIGNATURE: _____  ID #: _____  PRINT: _____

FINAL

# FDNY Prehospital Care Report

Station # ___   Unit # ___   □ ALS   7 1 2 _ . 5

**CALL INFO**

| Today's Date | 911 # | En Route @2 | On Scene @3 | Patient Contact | To Destination @5 | At Destination | Avail in Service |
|---|---|---|---|---|---|---|---|
| 1 2 / 1 1 / 0 4 | 1 8 9 1 2 | 1 8 | 1 8 | 1 8 | | | |

Incident Address: 96-05 Queens Blvd   Apt Number: ___   Driver's Shield #: 3 2 5 0

Prior Treatment(s) / by whom: ___   Police Agency: ___   Shield #: ___   Responded From: CFCH / 104   Tech / Documentation Shield #: 3 0 7 9

CREW 1: ___   CREW 2: ___

**PATIENT INFO**

Last Name: Thomas   First Name: Anna   MI: ___   □ Male  ☑ Female   Weight (lb): 1 5 0

THOMAS ANNA 732
303 75641 732

Street Address □ Check this box if same as Incident Address: 49-10 60 Ave   □ Check if Not Residence Hospital   Apt Number: 5 J
273 16 40 11/20/06
8.15/ ___ 4057 ER

City: Flushing   State: NY   Zip Code: 11368   Social Security Number: 0 5 4 6 8 8 9 9   □ SSN UTO

Age: 8 4   □ Days □ Months ☑ Years   Date of Birth: 0 5 - 2 8 - 1 9 ___   Home Phone: 7 1 8 - 2 7 3 - 3 3 5 0   Emergency Contact / Emergency Contact Phone #: ___

**PRESENTING PROBLEM**

**Medical**

- □ 10 Abdominal Pain
- □ 11 Airway Obstruction
- □ 12 Allergic Reaction
- □ 13 Altered Mental
- □ 14 Asthma
- □ 15 Behavioral Disorder
- □ 16 Cardiac Arrest
- □ 17 Cardiac Symptoms
- □ 18 Chest Pain
- □ 19 Cough
- □ 20 Cough W/Blood
- □ 21 CVA / Stroke
- □ 22 Dehydration
- □ 23 Depression
- □ 24 Diabetic Symptoms
- □ 25 Dizziness
- □ 26 Dyspnea / SOB
- □ 27 Fever
- □ 28 Flu Symptoms
- □ 29 Gen. Malaise
- □ 30 GI (Bleed)
- □ 31 GI (Constipation)
- □ 32 GI (Diarrhea)
- □ 33 Headache
- □ 34 Hyperthermia
- □ 35 Hyperventilation
- □ 36 Hypothermia
- □ 37 Med. Reaction
- □ 38 Nausea
- □ 39 Newly Born
- □ 40 Nose Bleed
- □ 41 GYN
- □ 42 OB-GYN (Comp.)
- □ 43 OB-In Labor
- □ 44 Obvious Death
- □ 45 Resp. Arrest
- □ 46 Resp. Failure
- □ 47 Seizure
- □ 48 Sickle Cell Crisis
- □ 49 Sore Throat
- □ 50 Syncope
- □ 51 Unconscious
- □ 52 Urinary Bleeding
- □ 53 Urination Problem
- □ 54 Vomiting
- □ 55 Vomiting Blood
- □ 56 Weakness
- □ 57 Post- Op Comp.
- □ 58 Infectious Disease / Public Health Risk
- □ 97 Not listed (specify in Comments sect.)
- □ 98 Unknown Medical
- ☑ 99 No Medical Prob.

**Cause of Injury / Illness**

- □ 10 Alcohol
- □ 11 Animal Bites
- □ 12 Blunt Force
- □ 13 Bicycle Accident
- □ 14 Collapse
- □ 15 Crush
- □ 16 Dom. Violence
- □ 17 Near Drowning
- □ 18 Drug
- □ 19 Electric Injury
- □ 20 Excessive Cold
- □ 21 Excessive Heat
- □ 22 Explosion
- □ 23 Fall
- □ 24 Fight / Assault
- □ 25 Fire / Scald
- □ 26 Foreign Object
- □ 27 Gun Shot
- □ 28 Haz Mat.
- □ 29 Lightning
- □ 30 Machinery
- □ 31 Med. Device Failure
- □ 32 MVA Off Road
- □ 33 MVA Traffic
- □ 34 Pedestrian Struck
- □ 35 Poisoning
- □ 36 Radiation Exp.
- □ 37 Railway Accident
- □ 38 Sexual Assault
- □ 39 Smoke Inhalation
- □ 40 Stabbing
- □ 41 Suffocate / Hypoxia
- □ 42 Susp. Child Abuse
- □ 43 Susp. Elder Abuse
- □ 44 Susp. Suicide
- □ 45 Water Accident
- □ 97 Not listed here (specify in Comments)
- □ 98 Unknown Cause
- □ 99 No Injuries

**Body Matrix**

| (Mark all that apply) | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Face | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Eye | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Neck | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Chest | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Back (Upper) | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Back (Lower) | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Shoulder/Up Arm | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Elbow / Forearm | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Wrist | □ | □ | □ | □ | □ | □ | ☑ | □ | □ |
| Hands / Fingers | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Abdomen (Upper) | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Abdomen (Lower) | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Pelvis | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Genitals | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Upper Leg | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Knee | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Lower Leg | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Ankle / Foot | □ | □ | □ | □ | □ | □ | □ | □ | □ |

**ASSESSMENT**

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 0 3 | 1 6 4 | 9 8 | 9 4 P | 1 3 | 7 |

SPO2: ___   Temperature: ___   GCE: 4   GCV: 5   GCM: 6   GST: 1 5   Patient Status: □ C □ P □ U ☑ S

**Breathing**

Quality: ☑ Normal  □ Labored  □ Shallow  □ Irregular

Lung Sounds: L □ / R □ Clear, Rales, Wheeze, Rhonchi, Diminish, Absent

**Circulation (skin)**
Color: Normal ☑ / Cyanotic / Pale / Flush / Jaundice
Temp.: Normal / Hot / Cool / Cold
Cond.: Normal ☑ / Diaphor. / Moist / Dry / Rash
Radial Pulse (A): Present ☑ / Absent
Cap. Refill (P): <2 Sec / >2 Sec

**Pupils**
L ☑ / R □ Reacts
□ Sluggish
□ Unreactive
□ Dilated
□ Constricted

Mental Status: ☑ A □ V □ P □ U

**TREATMENT (right column)**

- □ CPR   Crew #
- □ AED Application □ 1 □ 2
  - □ NSI   # Shocks Delivered ___
- □ Airway Maintenance
- □ Modified Jaw Thrust
- □ Oral Airway
- □ Nasal Airway
- □ Mouth to Mask
- □ Abd./Chest Thrust
- □ Suction
- □ Cervical Collar
  - SSID: □ Vest □ SSB
- □ Long SID
- □ Head Immobilizer
- □ Rapid Extrication
  - Splint: □ Fixation □ Traction
- □ Sling / Swathe
- □ Pressure Point
- □ Pressure Dressing
- □ Wound Dressing
- □ Elevation
- □ Irrigation
- ☑ Cold Application
- □ Patient Warming
- □ Burn Care
- □ Induced Vomiting
- Restrained by: □ PD □ EMS

- □ Nasal Cannula
- □ Non-Rebreather   Oxygen L / M
- □ Bag Valve Mask
- □ Nebulizer
- □ Baby : ___
- APGAR - Initial ___   5 min ___
- □ Placenta Delivered

**ALS Crew Only**
- □ ALS Assessment
- □ Magill Forceps   Crew 1 Attempts / Crew 2 Attempts
- □ Endotracheal Tube   Tube Size ___   □ S □ UTO
- □ Secondary ETT Verification
- □ Cricothyrotomy   Crew # □ 1 □ 2
- □ Needle Decompression   L R   Crew # □ 1 □ 2
- □ NG Tube   Crew # □ 1 □ 2
- □ I.V. □ I.O □ S. Lock   Gauge ___   Crew 1 Attempts / Crew 2 Attempts   □ S □ UTO
- □ 2nd I.V   Gauge ___   Crew 1 Attempts / Crew 2 Attempts   □ S □ UTO

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 1 2 | 1 6 8 | 9 8 | 9 2 P | 1 8 | 7 |

**Breathing**

Quality: ☑ Normal  □ Labored  □ Shallow  □ Irregular

Lung Sounds: □ Clear, Rales, Wheeze, Rhonchi, Diminish, Absent

**Circulation (skin)**
Color: Normal / Cyanotic / Pale / Flush / Jaundice
Temp.: Normal / Hot / Cool / Cold
Cond.: Normal / Diaphor. / Moist / Dry / Rash
Radial Pulse (A): Present ☑ / Absent
Cap. Refill (P): <2 Sec / >2 Sec

**Pupils**
L ☑ / R □ Reacts
□ Sluggish
□ Unreactive
□ Dilated
□ Constricted

Mental Status: ☑ A □ V □ P □ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | | P | | |

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Months | | | |
| Years | | | |

## Medical

**PRESENTING PROBLEM**

| | | | |
|---|---|---|---|
| ☐ 10 Abdominal Pain | ☐ 27 Fever | ☐ 44 Obvious Death | ☐ 30 Machinery |
| ☐ 11 Airway Obstruction | ☐ 28 Flu Symptoms | ☐ 45 Resp. Arrest | ☐ 31 Med. Device Failure |
| ☐ 12 Allergic Reaction | ☐ 29 Gen. Malaise | ☐ 46 Resp. Failure | ☐ 32 MVA Off Road |
| ☐ 13 Altered Mental | ☐ 30 GI (Bleed) | ☐ 47 Seizure | ☐ 33 MVA Traffic |
| ☐ 14 Asthma | ☐ 31 GI (Constipation) | ☐ 48 Sickle Cell Crisis | ☐ 34 Pedestrian Struck |
| ☐ 15 Behavioral Disorder | ☐ 32 GI (Diarrhea) | ☐ 49 Sore Throat | ☐ 35 Poisoning |
| ☐ 16 Cardiac Arrest | ☐ 33 Headache | ☐ 50 Syncope | ☐ 36 Radiation Exp. |
| ☐ 17 Cardiac Symptoms | ☐ 34 Hyperthermia | ☐ 51 Unconscious | ☐ 37 Railway Accident |
| ☐ 18 Chest Pain | ☐ 35 Hyperventilation | ☐ 52 Urinary Bleeding | ☐ 38 Sexual Assault |
| ☐ 19 Cough | ☐ 36 Hypothermia | ☐ 53 Urination Problem | ☐ 39 Smoke Inhalation |
| ☐ 20 Cough W/Blood | ☐ 37 Med. Reaction | ☐ 54 Vomiting | ☐ 40 Stabbing |
| ☐ 21 CVA / Stroke | ☐ 38 Nausea | ☐ 55 Vomiting Blood | ☐ 41 Suffocate / Hypoxia |
| ☐ 22 Dehydration | ☐ 39 Newly Born | ☐ 56 Weakness | ☐ 42 Susp. Child Abuse |
| ☐ 23 Depression | ☐ 40 Nose Bleed | ☐ 57 Post - Op Comp. | ☐ 43 Susp. Elder Abuse |
| ☐ 24 Diabetic Symptoms | ☐ 41 GYN | ☐ 58 Infectious Disease / Public Health Risk | ☐ 44 Susp. Suicide |
| ☐ 25 Dizziness | ☐ 42 OB-GYN (Comp.) | ☐ 97 Not listed (specify in Comments sect.) | ☐ 45 Water Accident |
| ☐ 26 Dyspnea / SOB | ☐ 43 OB In Labor | ☐ 98 Unknown Medical | ☐ 97 Not listed here (specify in Comments) |
| | | ☐ 99 No Medical Prob. | ☐ 98 Unknown Cause |

## Cause of Injury / Illness

| | |
|---|---|
| ☐ 10 Alcohol | ☐ 30 Machinery |
| ☐ 11 Animal Bites | ☐ 31 Med. Device Failure |
| ☐ 12 Blunt Force | ☐ 32 MVA Off Road |
| ☐ 13 Bicycle Accident | ☐ 33 MVA Traffic |
| ☐ 14 Collapse | ☐ 34 Pedestrian Struck |
| ☐ 15 Crush | ☐ 35 Poisoning |
| ☐ 16 Dom. Violence | ☐ 36 Radiation Exp. |
| ☐ 17 Near Drowning | ☐ 37 Railway Accident |
| ☐ 18 Drug | ☐ 38 Sexual Assault |
| ☐ 19 Electric Injury | ☐ 39 Smoke Inhalation |
| ☐ 20 Excessive Cold | ☐ 40 Stabbing |
| ☐ 21 Excessive Heat | ☐ 41 Suffocate / Hypoxia |
| ☐ 22 Explosion | ☐ 42 Susp. Child Abuse |
| ☐ 23 Fall | ☐ 43 Susp. Elder Abuse |
| ☐ 24 Fight / Assault | ☐ 44 Susp. Suicide |
| ☐ 25 Fire / Scald | ☐ 45 Water Accident |
| ☐ 26 Foreign Object | ☐ 97 Not listed here (specify in Comments) |
| ☐ 27 Gun Shot | ☐ 98 Unknown Cause |
| ☐ 28 Haz Mat. | ☐ 99 No Injuries |
| ☐ 29 Lightning | |

## Body Matrix

(Mark all that apply)

| | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Face | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Eye | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Neck | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Chest | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Back (Upper) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Back (Lower) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Shoulder/Up Arm | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Elbow / Forearm | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Wrist | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| Hands / Fingers | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Abdomen (Upper) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Abdomen (Lower) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Pelvis | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Genitals | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Upper Leg | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Knee | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Lower Leg | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ankle / Foot | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## ASSESSMENT

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 0 3 | 1 6 4 | 9 8 | P 7 4 | 1 3 | 7 |

| SPO2 | Temperature | GCE GCV GCM GST | Patient Status |
|---|---|---|---|
| | | 4 5 6 15 | ☐ C ☐ P ☐ U ☐ S |

**Breathing**

Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds: L / R
Clear ☑ / ☐
Rales ☐ / ☐
Wheeze ☐ / ☐
Rhonchi ☐ / ☐
Diminish ☐ / ☐
Absent ☐ / ☐

**Circulation (skin)**

Color: Normal ☑ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice ☐
Temp.: Normal ☑ Hot ☐ Cool ☐ Cold ☐
Cond.: Normal ☑ Diaphor. ☐ Moist ☐ Dry ☐ Rash ☐
Radial Pulse (A): Present ☐ Absent ☐
Cap. Refill (P): < 2 Sec ☐ > 2 Sec ☐

**Pupils**

L / R
Reacts ☑ / ☐
Sluggish ☐ / ☐
Unreactive ☐ / ☐
Dilated ☐ / ☐
Constricted ☐ / ☐

**Mental Status**
☑ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 1 2 | 1 6 8 | 9 8 | P 9 2 | 1 8 | 7 |

**Breathing**

Quality: ☑ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds: L / R
Clear ☑ / ☐
Rales ☐ / ☐
Wheeze ☐ / ☐
Rhonchi ☐ / ☐
Diminish ☐ / ☐
Absent ☐ / ☐

**Circulation (skin)**

Color: Normal ☑ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice ☐
Temp.: Normal ☑ Hot ☐ Cool ☐ Cold ☐
Cond.: Normal ☑ Diaphor. ☐ Moist ☐ Dry ☐ Rash ☐
Radial Pulse (A): Present ☐ Absent ☐
Cap. Refill (P): < 2 Sec ☐ > 2 Sec ☐

**Pupils**

L / R
Reacts ☑ / ☐
Sluggish ☐ / ☐
Unreactive ☐ / ☐
Dilated ☐ / ☐
Constricted ☐ / ☐

**Mental Status**
☐ A ☐ V ☐ P ☐ U

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| | | | P | | |

## TREATMENT

☐ CPR
☐ AED Application   Crew # ☐ ☐
 ☐ NSI
 # Shocks Delivered _____

☐ Airway Maintenance
☐ Modified Jaw Thrust
☐ Oral Airway
☐ Nasal Airway
☐ Mouth to Mask
☐ Abd./Chest Thrust
☐ Suction

☐ Cervical Collar
 SSID: ☐ Vest ☐ SSB
☐ Long SID
☐ Head Immobilizer
☐ Rapid Extrication
 Splint: ☐ Fixation ☐ Traction
☐ Sling / Swathe

☐ Pressure Point
☐ Pressure Dressing
☐ Wound Dressing
☐ Elevation
☐ Irrigation
☑ Cold Application
☐ Patient Warming
☐ Burn Care
☐ Induced Vomiting

Restrained by: ☐ PD ☐ EMS

☐ Nasal Cannula
☐ Non-Rebreather        Oxygen L M
☐ Bag Valve Mask
☐ Nebulizer

☐ Baby : ____

APGAR - Initial ____ 5 min ____
☐ Placenta Delivered

### ALS Crew Only

☐ ALS Assessment
☐ Magill Forceps        Crew 1 / Crew 2 Attempts
☐ Endotracheal Tube
 Tube Size ____    S ☐ UTO ☐
☐ Secondary ETT Verification

☐ Cricothyrotomy       Crew #
☐ Needle Decompression   L ☐ R ☐   Crew # ☐ ☐
☐ NG Tube   Crew # ☐ ☐

☐ I.V. ☐ I.O ☐ S. Lock   Crew 1 / Crew 2 Attempts
 Gauge ____    S ☐ UTO ☐

☐ 2nd I.V.   Crew 1 / Crew 2 Attempts
 Gauge ____    S ☐ UTO ☐

## FLOW CHART

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

1310 712 15

**Narrative History:** Key Words - Onset Provokes Quality Radiates Severity Position Changes En Route Medications

**PMH:** ☐ Asthma ☐ Chronic Renal Failure ☐ Cardiac ☒ Diabetes ☐ Frail / Debilitated ☒ Hypertension ☐ IV Drug Use ☐ Seizure Disorder ☐ Tracheostomy ☐ Amputee ☐ Cancer ☐ COPD ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Incontinent ☐ Psychiatric Hx. ☐ Substance Abuse ☐ Tuberculosis

**Special Conditions:** ☐ Bed Confined ☐ Non-Ambulatory ☐ Required Stretcher ☐ Valid DNR

**Obvious Death** ☐ Decomposition ☐ Dependent Lividity ☐ Rigor Mortis ☐ Mortal Injury

**Allergies:** ☒ No known allergies PMH + high cholesterol

**Medications:** ☐ Unknown [illegible]

[illegible handwritten narrative]

**Cardiac Arrest Information**

Witnessed By: ☐ PD ☐ CFR / EMS ☐ Other

ROSC: ☐ PD ☐ CFR / EMS ☐ Other

CPR was started by: ☐ Bystander ☐ Family ☐ PD ☐ CFR ☐ EMS ☐ Medical

Minutes Since: Arrest / CPR Started / CPR Stopped

AED was used by: ☐ PD ☐ CFR ☐ EMS ☐ Other

Minutes Since: 1st AED Shock

**Chief Complaint:** [illegible]

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

**Presumptive Diagnosis:** [illegible]

Continuation Form ☐

**OLMC**

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number

Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐

**PAYER INFO**

Insurance Company Name

Policy Number

Group Number

**Insurance Related Information**

☐ Auto Insurance ☐ Self Pay ☐ Private Insurance

Medicare # 053463979A

Medicaid #

Work related? ☐

**(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

(1) Information Release Patient / Auth. Rep. Signature X

☐ Patient Unable to Sign ☐ Patient Refused to Sign

**(2) OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:

(2) Out of Area Transport Patient Signature

**(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign

*List care refused:*

(3) RMA Patient Signature | RMA Witness Name / Signature

Lights / Siren Conditions Causing Delay

**S Y & C O M M E N T S**

Chief Complaint: _____

Have the patient's symptoms appeared ☑ Yes
or gotten worse in the last 72 hours? ☐ No

Presumptive Diagnosis: _____

Continuation Form ☐

**O L M C**

| Time of Contact | OLMC Physician | Reason For Contact | OLMC Terminate Time | ED Chart Number |
|---|---|---|---|---|

Reason For Contact: ☐ RMA  ☐ Consult  ☐ Orders  ☐ Transport Decision  ☐ Onscene Triage

| Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐ |
|---|---|---|---|---|---|---|---|

SO ☐

**P A Y E R  I N F O**

Insurance Company Name

Policy Number

Group Number

Insurance Related Information
☐ Auto Insurance  ☐ Self Pay
☐ Private Insurance

Medicare #  | 0 | 5 | 3 | 4 | 6 | 3 | 9 | 7 | 9 | A |

Medicaid #

Work related? ☐

**(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

☐ Patient Unable to Sign  ☐ Patient Refused to Sign

Information Release Patient / Auth. Rep. Signature
(1)  X

**(2) OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign  ☐ Patient Refused to Sign  Hospital Requested: _____

Out of Area Transport Patient Signature
(2)

**(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

☐ Pre-hospital care refused:  ☐ Transportation to hospital refused  ☐ Patient Unable to Sign  ☐ Patient Refused to Sign

List care refused:

RMA Patient Signature
(3)

RMA Witness Name / Signature

**S A F E T Y**

Lights / Siren
☑ To Scene (63)
☐ To Destination (82)

**Conditions Causing Delay**

| | Traffic | Weather | Crowd | Scene Unsafe | Bed Address | Difficult Location | Extrication | Elevator | Building Access | Door Barrier | Distance To Pt | Awaiting Escort | Vehicle Mech |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| To Scene | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| To Patient | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
| To Hospital | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Seat Belt Use
☐ Lap Belt
☐ Shoulder Belt
Car Seat
☐ Front Facing
☐ Side Facing
☐ Rear Facing

Airbags Deployed
☐ Steering Wheel
☐ Passenger Dash
☐ Driver Door
☐ Passenger Door
☐ Other

Patient Safety Equip
☐ Eye Protection
☐ Helmet
☐ Personal Floatation
☐ Protective Clothing
☐ Protective Gear

**D I S P O S I T I O N**

Removed to Vehicle By
☑ Chair
☐ Walked
☐ Carried
☐ Scoop Stretcher
☐ Flat
☐ Stretcher
☐ Met at Ambulance

Transport From
☐ Residence (Home)
☑ Scene of Accident or Acute Event
☐ Residential, Custodial Facility
☐ Skilled Nursing Facility (SNF)
☐ Inter-facility

Transport From Code:

Transport Position
☐ Supine
☐ Sitting
☐ Shock
☑ Semi / Full Fowlers
☐ Left Lateral Recumbent
☐ Restrained

Pt Transported In Vehicle
#of Patients Transported | 1 |
Transport Miles | 0 | 2 |

Hospital Destination | 3 | 2 |

Hospital Selection
☑ Nearest Facility
☐ Patient / Family Choice
☐ Specialty Referral
☐ Hospital Diversion

Diverted From code

Pt Not Transported In This Vehicle
☐ Assisted in Transport         With Unit #
☐ RMA
☐ Pronounced, NOT Transported
☐ Onscene Triage
☐ Transferred Care              To Unit #
☐ Other

**A D M**

Hospital Receiving Agent Signature
X

FDNY Code

Qty  Supply Code  Qty  Supply Code

Technician Signature
_Rodriguez_

28 Dec 06   1619                                                           Page 1 of 2

Elmhurst Hospital Center
ED Patient Without Medical Record Number Notification

Pt Name           MRN            Age    Birthdate    Sex    SSN
THOMAS, ANNA                     69     05/26/1937   F

# Urgent            Urgent            Urge

Visit Date/Time:    12/28/06 1619
ED Service:         SURG (Team B)
ED Triage Class:    Urgent
Chief Complaint:    PAIN TO RIGHT WRIST, S/P ASSAULTED, HIGH BP, NON-COMPLIANT
                    WITH MEDS
**Location:**       ~~21 Old Welding   #8~~    *Broom*
Information Source: EMS
Language Spoken:    ENGLISH
Comment:

Printed At:         12/28/2006 1619
By:                 Walton,Fe G., RN

Clinical Information

**Med Allergy**     **N - N**
**Other Allergy**   **N - N**

Additional Meds:    AMAYRL,INSULIN,HCTZ,ATENOLOL,ACUPRIL,GLYCETTE,NORVASC, ECOT
Past Medical Hx:    HTN
                    NIDDM/DDM

**Pulse:**          99
**Resp:**           18
**BP:**             231/96
**Temp:**           97.6
Wt:

Current Pain?       Yes
Pain in Last 2 Wks? No
Location:           RIGHT WRIST
Intensity:          7-9 severe pain,
Description:        ACHING
Comment:            PT WAS ASSAULTED AND FELL, -LOC
LMP:                NA
Nursing Assessment: PAIN TO RIGHT WRIST, S/P ASSAULTED, -LOC
Domestic Violence:  No
O2 Sat:             100 %
FS Glucose:         333 mg/dL
Initial Treatment:  Diabetes
Presented To MD:    DUQUE

_____                    12/28/06
        Nurse                                    Date

Thomas
anna

## CONTINUATION ER NURSES' RECORD
### TEAM ASSESSMENT & REASSESSMENT

DATE: _____  TIME: _____     SHIFT:  I   II   III

PROPERTY VALUABLE LIST:  ☐ To Admitting Office   ☐ Family: _____     ADDRESSOGRAPH PLATE (ID LABEL)
Nurse Initials: _____  ☐ With Patient

### ON-GOING VITAL SIGNS

| TIME | TEMP/ MODE | B/P | PR | RR | O₂ SAT | PAIN Use scale |
|------|-----------|-----|-----|-----|--------|----------------|
| 1800 | | 183/76 | 76 | 17 | 100 | 34 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### ON-GOING THERAPY/MONITORING

**CARDIAC MONITOR**  EKG Rhythm: _____

**OXYGEN THERAPY**  Type: ☐ Nonrebreather FiO2: ___  ☐ Nasal Cannula FiO2: ___  ☐ Others: ___ FiO2: ___

**IV THERAPY:** _____ @ _____ cc/hr
ACCESS: ☐ Angio Cath  ☐ Med lock     ☐
SITE _____
☐ No redness, no infiltration

### PROCEDURES/DIAGNOSTIC TESTS
Time Done:

| | Time Done | | Time Done |
|---|---|---|---|
| ☐ Straight Catheterization | | ☐ CT Scan  ☐ Head  ☐ Abdomen  ☐ Others: ___ | |
| ☐ Chest X-ray  Radiology  Portable | | ☐ | |
| ☐ C-Spine | | ☐ 12 LEAD EKG | |
| ☐ Pelvis | | ☐ | |
| ☐ Sonogram | | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |

### PROGRESS NOTES

1800 Recieved pt B Hallway
A+0x3 reports pt.
was accidentle pushed into
wall hitting R arm
no bruise no deformity
noted pt denies any
other complaints pending
MD evaluation.  Marrero

### REPEAT LABS

| | Time/Initial |
|---|---|
| ☐ CPK Time due # 2 _____ | / |
| ☐ CPK Time due # 3 _____ | / |
| ☐ Troponin Time due # 2 _____ | / |
| ☐ HCT Spun | / |
| ☐ PT/PTT | / |
| ☐ | / |
| ☐ | / |
| ☐ | / |

**0 - 10 NUMERIC PAIN INTENSITY SCALE**
(0 = LEAST PAIN; 10 = WORST POSSIBLE PAIN)

0 NO PAIN  1  2  3  4  MODERATE PAIN  5  6  7  8  9  10 WORST POSSIBLE PAIN

| 0 | 1-2 | 3-4 | 5-6 | 7-8 | 9-10 |
|---|-----|-----|-----|-----|------|

## CONTINUATION ER NURSES' RECORD
## TEAM ASSESSMENT & REASSESSMENT

DATE: _____ TIME: _____ SHIFT:   I   II   III

PROPERTY VALUABLE LIST:   ☐ To Admitting Office   ☐ Family: _____
Nurse Initials: _____   ☐ With Patient

ADDRESSOGRAPH PLATE (ID LABEL)

### ON-GOING VITAL SIGNS

| TIME | TEMP/ MODE | B/P | PR | RR | O₂ SAT | PAIN Use scale |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### ON-GOING THERAPY/MONITORING

**CARDIAC MONITOR**
EKG Rhythm: _____

**OXYGEN THERAPY**
Type:  ☐ Nonrebreather   FiO2: _____
☐ Nasal Cannula   FiO2: _____
☐ Others:_____   FiO2: _____

**IV THERAPY:** _____ @ _____ cc/hr
ACCESS:  ☐ Angio Cath   ☐ Med lock
SITE _____
☐ No redness, no infiltration

### PROCEDURES/DIAGNOSTIC TESTS

Time Done:                    Time Done:

| | |
|---|---|
| ☐ Straight Catheterization | ☐ CT Scan   ☐ Head   ☐ Abdomen ☐ Others:_____ |
| ☐ Chest X-ray   Radiology   Portable | |
| ☐ C-Spine | ☐ 12 LEAD EKG |
| ☐ Pelvis | ☐ |
| ☐ Sonogram | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

### PROGRESS NOTES

### REPEAT LABS

| | Time available |
|---|---|
| ☐ CPK Time due # 2 _____ | / |
| ☐ CPK Time due # 3 _____ | / |
| ☐ Troponin Time due # 2 _____ | / |
| ☐ HCT Spun | / |
| ☐ PT/PTT | / |
| ☐ | / |
| ☐ | / |
| ☐ | / |

**0 - 10 NUMERIC PAIN INTENSITY SCALE**
(0 = LEAST PAIN; 10 = WORST POSSIBLE PAIN)

0  1  2  3  4  5  6  7  8  9  10
NO PAIN          MODERATE PAIN          WORST POSSIBLE PAIN

0   1-2   3-4   5-6   7-8   9-10

TriageForm2a.Rev:10/2000
ELM 284