1

2    SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF QUEENS
3    ------------------------------------------------X
     ANNA THOMAS,
4
                                        PLAINTIFF,
5
               -against-                Index No:
6                                       20767/07

7    CIRCUIT CITY STORES, INC., "JOHN DOES",
     said named being fictitious and is intended
8    to represent the unknown employees of the
     defendant.
9
                                        DEFENDANTS.
10   ------------------------------------------------X

11                     DATE:   April 4, 2008

12                     TIME:   10:30 a.m.

13

14

15          EXAMINATION BEFORE TRIAL of the

16   Plaintiff, ANNA THOMAS, taken by the Defendant,

17   pursuant to a Court Order, held at the offices

18   of SHAEVITZ & SHAEVITZ, ESQS., 148-55 Hillside

19   Avenue, Jamaica, New York, before a Notary

20   Public of the State of New York.

21

22

23

24

25

```
 1

 2     A P P E A R A N C E S:

 3

 4     SHAEVITZ & SHAEVITZ, ESQS.
         Attorneys for the Plaintiff
 5       148-55 Hillside Avenue
         Jamaica, New York 11435
 6
         BY:  STUART SEARS, ESQ.
 7

 8

 9     RENDE, RYAN & DOWNES, LLP
         Attorneys for the Defendant
10       CIRCUIT CITY STORES, INC.
         202 Mamaroneck Avenue
11       White Plains, New York 10601

12       BY:  CHRISTOPHER J. WHITTON, ESQ.
         File #:  S-125
13

14

15     ALSO PRESENT:

16     ELLIE KOTEAS, GREEK INTERPRETER

17

18            *          *          *

19

20

21

22

23

24

25
```

1

2

## 221. UNIFORM RULES FOR THE
## CONDUCT OF DEPOSITIONS

3

**221.1 Objections at Depositions**

4        **(a) Objections in general.** No objections shall be made at a deposition except those

5 which, pursuant to subdivision (b), (c) or (d) of Rule 3115 of the Civil Practice Law and

6 Rules, would be waived if not interposed, and except in compliance with subdivision (e) of

7 such rule.   All objections made at a deposition shall be noted by the officer before

8 whom the deposition is taken, and the answer shall be given and the deposition shall proceed

9 subject to the objections and to the right of a person to apply for appropriate relief pursuant

10 to Article 31 of the CPLR.
        **(b) Speaking objections restricted.**

11 Every objection raised during a deposition shall be stated succinctly and framed so as not

12 to suggest an answer to the deponent and, at the request of the questioning attorney, shall

13 include a clear statement as to any defect in form or other basis of error or irregularity.

14 Except to the extent permitted by CPLR Rule 3115 or by this rule, during the course of the

15 examination persons in attendance shall not make statements or comments that interfere with

16 the questioning.

17 **221.2 Refusal to answer when objection is made**
        A deponent shall answer all questions at

18 a deposition, except (i) to preserve a privilege or right of confidentiality, (ii) to

19 enforce a limitation set forth in an order of the court, or (iii) when the question is

20 plainly improper and would, if answered, cause significant prejudice to any person.   An

21 attorney shall not direct a deponent not to answer except as provided in CPLR Rule 3115 or

22 this subdivision.   Any refusal to answer or direction not to answer shall be accompanied by

23 a succinct and clear statement of the basis therefor.   If the deponent does not answer a

24 question, the examining party shall have the right to complete the remainder of the

25 deposition.

1

2              **221. UNIFORM RULES FOR THE**
               **CONDUCT OF DEPOSITIONS**
3

**221.3 Communication with the deponent**
4              An attorney shall not interrupt the
deposition for the purpose of communicating
5       with the deponent unless all parties consent or
the communication is made for the purpose of
6       determining whether the question should not be
answered on the grounds set forth in section
7       221.2 of these rules and, in such event, the
reason for the communication shall be stated
8       for the record succinctly and clearly.

9

10

11              IT IS FURTHER STIPULATED AND AGREED that
the transcript may be signed before any Notary
12      Public with the same force and effect as if
signed before a clerk or a Judge of the court.
13

14              IT IS FURTHER STIPULATED AND AGREED that
the examination before trial may be utilized
15      for all purposes as provided by the CPLR.

16

               IT IS FURTHER STIPULATED AND AGREED that
17      all rights provided to all parties by the CPLR
cannot be deemed waived and the appropriate
18      sections of the CPLR shall be controlling with
respect hereto.
19

20              IT IS FURTHER STIPULATED AND AGREED by
and between the attorneys for the respective
21      parties hereto that a copy of this examination
shall be furnished, without charge, to the
22      attorneys representing the witness testifying
herein.
23

24

25

1

2      E L L I E     K O T E A S ,

3        a Greek interpreter, solemnly swore to

4        translate the following questions from

5        English to Greek and answers from Greek to

6        English:

7

8      A N N A      T H O M A S,

9        called as a witness, having been first duly

10       sworn, through an interpreter, by a Notary

11       Public of the State of New York, was

12       examined and testified as follows:

13

14     EXAMINATION BY

15     MR. WHITTON

16          Q.    Please state your name for the

17     record.

18          A.    Anna Thomas.

19          Q.    Where do you reside?

20          A.    99-10 60th Avenue, Apartment 5J,

21     Corona, New York 11368.

22          Q.    Good morning, ma'am.  My name is

23     Christopher Whitton.  I represent Circuit City.

24                I'm going to have some questions

25     for you today.

```
 1                        Thomas

 2          A.     Okay.

 3          Q.     Before we begin just some ground

 4    rules.  Please, wait for me to fully ask my

 5    question and for the interpreter to interpret

 6    it before you respond.

 7          A.     Until you finish the questions.

 8          Q.     Very good.

 9                 If you don't understand the

10    question, will you, please, tell me?

11          A.     Okay.

12          Q.     The address that you provided in

13    Corona, how long have you lived there?

14          A.     Thirty-six years.

15          Q.     Presently, do you live there with

16    anyone?

17          A.     With my husband and son.

18          Q.     What is your husband's name?

19          A.     Raymond Thomas.

20          Q.     Your son, what is his name and

21    approximate age?

22          A.     Tony Thomas.

23          Q.     Tony?

24          A.     Thomas.

25          Q.     How old is Tony?
```

```
 1                         Thomas

 2          A.    Forty-three.

 3          Q.    Back in December of 2006, was your

 4   husband and son living with you at that

 5   address?

 6          A.    Yes.

 7          Q.    Ma'am, do you work right now out of

 8   the home?

 9          A.    No.  I'm on pension.

10          Q.    When was the last time you worked

11   outside of the home?

12          A.    In 1996 I worked in a bank,

13   Crossland Savings in accounting in Brooklyn.

14          Q.    It was in the accounting department

15   that you worked?

16          A.    Yes.

17          Q.    How long did you work there at that

18   bank?

19          A.    Ten years.  Previously I worked at

20   a different bank.  Wells Fargo in 40 Wall

21   Street that was 1972 up until 1988.

22          Q.    And now you are retired collecting

23   a pension?

24          A.    Yes.

25                Do you want to know how much?
```

```
 1                         Thomas
 2          Q.    No.
 3                Thank you.
 4                MR. SEARS:  Just tell her she has
 5          to worry about the questions.
 6                MR. WHITTON:  Off the record.
 7                (Discussion held off the record.)
 8          Q.    You had an incident that occurred
 9    back in December of 2006 that occurred at
10    Circuit City Stores; is that correct?
11          A.    Yes.  They injured me.
12                MR. WHITTON:  Move to strike the
13          non-responsive portion.
14          Q.    Do you remember what date that was?
15          A.    I don't recall, but I have the
16    receipt from the stuff that I purchased which
17    might have the date.
18          Q.    Were you there that day by yourself
19    or did you go with someone?
20          A.    With my husband.  We were shopping.
21          Q.    Did you drive there or go by train
22    or something else?
23          A.    By foot because we don't live far.
24          Q.    Where is this store?
25          A.    Queens Boulevard near Sears.
```

1                          Thomas

2          Q.    This is the Rego Park area?

3          A.    Right.

4          Q.    Before this day, had you ever been

5     inside that Circuit City?

6          A.    No.

7          Q.    So this was the first time you were

8     visiting the Rego Park Circuit City store?

9          A.    It wasn't the first time.  We had

10    previously purchased stuff, but that hadn't

11    happened to me.

12         Q.    All I want to know is:  Before the

13    day of this incident, had you ever visited this

14    Circuit City store?

15         A.    No.

16         Q.    Had you visited other Circuit City

17    Stores?

18         A.    No.  Because it's close to me.

19         Q.    So is my understanding, right, that

20    before the day that you were hurt you had never

21    been to a Circuit City store?

22         A.    No.

23         Q.    How many times have you ever been

24    to a Circuit City store?

25         A.    My husband used to buy, you know

```
 1                    Thomas

 2    recorder.  Stuff like that.  I don't remember.

 3    Sometimes he used to go by himself.

 4         Q.    Does the date December 28th, 2006

 5    refresh your memory as the day of this

 6    incident?

 7         A.    Yes.

 8               I will never forget it because I'm

 9    in pain.

10               MR. WHITTON:  Move to strike the

11               non-responsive portions.

12         Q.    Before December 28th, 2006, did you

13    ever go to the Rego Park Circuit City store?

14         A.    No.

15         Q.    Do you remember what time you got

16    to the Circuit City store on December 28th,

17    2006?

18         A.    Around two, to 2:30 because it was

19    a nice, sunny day, so we decided to walk up

20    there.

21         Q.    What was the reason why you were

22    going to the store?

23         A.    My husband, he buy -- I'm sorry.

24    My husband has a small recorder from there and

25    I wanted to purchase a recorder for my
```

```
 1                      Thomas

 2   daughter-in-law's baby.  A little one.  Just

 3   like that (indicating).

 4          Q.    How many children do you have?

 5          A.    I have four.  Four boys.

 6          Q.    Do they live in the area?

 7          A.    No.  One of my sons is married in

 8   California.  My other son is married in

 9   Georgia.  Then -- George lives in Bayside and

10   Antonio, the younger one, lives with me.

11          Q.    Do you know if your son --

12          A.    Because he's disabled.

13          Q.    Tony is disabled?

14          A.    Yes.

15          Q.    Do you know if your son, Tony, had

16   ever been to this Circuit City store?

17          A.    No.

18          Q.    Your son, George, has he ever been

19   to this Circuit City store?

20          A.    I have no idea because -- I don't

21   know because he does not live with me.  He

22   shops at Best Buy.  I don't know.  I don't get

23   involved in what they buy.

24          Q.    When you arrived at the Circuit

25   City store this day, did you speak with anyone
```

1                        Thomas

2    that worked there?

3         A.    No.  We -- only at the cashier

4    where we paid.

5         Q.    When you paid for the things that

6    you were buying, was that before this incident

7    or after this incident?

8         A.    Before.  Prior to getting injured.

9         Q.    During the time that you were

10   shopping in the store before this incident, did

11   you observe any commotions going on?

12        A.    I didn't notice because we just buy

13   and then we leave.

14        Q.    When you went to pay for the things

15   you were buying, was that at the front counter

16   towards the entrance of the store?

17        A.    No.  It was in the back because it

18   was empty.

19        Q.    Can you describe for me where in

20   the back the counter was that you purchased

21   your items at?

22        A.    Well, I went this way to the -- I

23   went this way to go to the door and my husband

24   was walking in front of me and it was at this

25   point that they pushed me and I knocked into

1               Thomas

2    that metal shelf, but luckily there were no

3    computers on the shelf to fall and kill me

4    (indicating).

5               MR. WHITTON:  Move to strike the

6          non-responsive portions.

7          Q.    The counter where you bought the

8    items, was that in the back of the store?

9          A.    Yes.

10         Q.    If you were standing at the

11   entrance to the store looking into the store,

12   would this counter be in the back towards the

13   right side, the middle side or the left side?

14         A.    In the back on the right side.  It

15   was empty over there, so we said let's just,

16   you know, get it over with so we can go eat I

17   said to my husband.

18         Q.    After you purchased these items,

19   you and your husband began walking together to

20   leave?

21         A.    No.  My husband was here in the

22   front.  I was over here behind my husband and

23   we were going like so we can enter from the

24   door.

25         Q.    Were you following your husband?

```
 1                        Thomas

 2         A.    Yes.  Yes.

 3         Q.    Were you and your husband walking

 4    down the same aisle after you purchased but

 5    before the incident?

 6         A.    The same.

 7         Q.    How far ahead was your husband from

 8    you when this incident happened?

 9         A.    I was over here and my husband was

10    over here (indicating) but luckily my husband

11    didn't get hit because if he did they would

12    have killed him because he has heart condition.

13    In my case I got hit, but I was able to

14    tolerate the pain.  I don't have heart trouble.

15              MR. WHITTON:  Move to strike the

16         non-responsive portion.

17         Q.    Listen to my question.

18              While walking down the aisle, how

19    far was your husband ahead of you before this

20    incident happened?

21         A.    He was way ahead of me.  I was over

22    here, but they hit me over here (indicating).

23    I thought it was an earthquake.

24              MR. SEARS:  If you could, tell her

25         to answer the question that is asked.
```

<pre>
 1                      Thomas

 2              MR. WHITTON:  Move to strike the

 3         non-responsive portion.

 4         Q.    I'm going to give you a chance to

 5    tell me the whole story.

 6         A.    Okay.

 7         Q.    But to have a nice reading record,

 8    I want to do it one step at a time.

 9         A.    I understand.

10         Q.    You and your husband were walking

11    toward the front of the store to leave, right?

12         A.    Yes.

13         Q.    At some point you were knocked

14    down, right?

15         A.    Yes.

16         Q.    Did you see what happened to you

17    before you were knocked down?

18         A.    Well, I was walking in order to

19    leave.  I didn't know they were going to hit

20    me.

21         Q.    Did you feel something first or did

22    you see it first?

23         A.    I felt the strike when they pushed

24    me because you don't even push a dog like that.

25              MR. WHITTON:  Move to strike the
</pre>

```
 1                      Thomas

 2          non-responsive portion.

 3          Q.    Where on you were you pushed?

 4          A.    (Indicating).  They destroyed my

 5    hand nerves.

 6                MR. SEARS:  If you can -- what part

 7          of the body --

 8                MR. WHITTON:  Move to strike the

 9          non-responsive portion.

10                THE WITNESS:  All this

11          (indicating).

12                MR. SEARS:  Would that be the right

13          arm?

14                THE WITNESS:  The right one.  Yes.

15          Q.    Is it on your right arm that you

16    were pushed?

17          A.    I was like this and in this

18    position as I was walking and they pushed me to

19    the wall and I'm still hurting on the metal.

20          Q.    As you were walking, just before

21    you were pushed, what was on your right-hand

22    side, a wall or something else?

23          A.    It was a metal wall.  There were

24    things on it.

25          Q.    What was on your left side as you
```

```
 1                        Thomas
 2   were walking just before this incident?
 3        A.    There was nothing there.  There was
 4   nothing there, but they came suddenly because
 5   they were chasing the thief.
 6              MR. WHITTON:  Move to strike the
 7          non-responsive portions.
 8        Q.    On your left side, at some point
 9   was there a counter or display or something
10   else?
11        A.    I think there were.  I just buy my
12   stuff and I want to leave and go eat.
13        Q.    You said you think there were.
14              My question is were what, counters?
15        A.    Where I got injured?
16        Q.    No.
17              When you were walking and you had
18   the metal wall to your right side, what was on
19   the left side of you?
20        A.    I'm assuming there was stuff there,
21   but I didn't really observe.
22        Q.    I don't want you to guess.  If you
23   don't recall then you just say so.
24        A.    I didn't notice.
25        Q.    The first moment that you felt a
```

1                          Thomas

2     push, what part of your body was touched?

3          A.     My hand (indicating).

4          Q.     Were you touched on your entire

5     right arm and hand?

6          A.     As I was pushed, I thought I got

7     scared for my head.

8          Q.     When you were pushed, where on your

9     body were you pushed; your back, your arm, your

10    head or somewhere else?

11         A.     The entire hand starting from here

12    and even up until now I'm in pain and it

13    reaches elsewhere, too (indicating).

14              MR. WHITTON:  First, move to strike

15         the non-responsive portions.

16              Let the record reflect the witness

17         indicated her right arm and shoulder

18         area.

19         Q.     When you were pushed, what happened

20    to you?

21         A.     I fell down and I was screaming.

22         Q.     When you fell down, did you fall

23    forward or to a side or something else?

24         A.     I fell on my right side and then I

25    was yelling to my husband, help, help.  They

```
 1                       Thomas

 2   injured me.

 3             MR. WHITTON:  Move to strike the

 4        non-responsive portions.

 5        Q.   Was it one person or more than one

 6   person that was by you when you were pushed and

 7   fell?

 8        A.   I'm assuming it was more than one

 9   person because of the way they hit me and then

10   they were chasing after the thief and they left

11   me there like a dog.

12             MR. WHITTON:  Move to strike the

13        non-responsive portion.

14        Q.   Did you see any of these people

15   before you fell on your right side?

16        A.   No.  They came suddenly running

17   like horses.

18        Q.   Did you ever learn where they came

19   from?

20        A.   From the store.

21        Q.   Did you ever learn where in the

22   store they came from?

23        A.   No.

24        Q.   After you had fallen down, did you

25   get a chance to see the people that were
```

```
1                        Thomas
2    running?
3         A.    No because they continued running
4    after the thief from that side, the right side.
5         Q.    Your right side?
6         A.    No.
7               I mean from the back of me.  They
8    went like this (indicating) because I said, you
9    know, my husband hold me up and they gave me
10   chair and then they brought me a glass of
11   water.
12              MR. WHITTON:  Read it back.
13              (Whereupon, the referred to answer
14         was read back by the Reporter.)
15        Q.    When you said they went like this,
16   were these people going up a different aisle
17   past you?
18        A.    I was over here and they were
19   running to get that thief, the lady who was
20   next to me.
21        Q.    Did the people that went running to
22   get this lady, did they run past you or did
23   they go down a different aisle?
24        A.    Same -- yes.  The same aisle.
25        Q.    The first person was this lady
```

```
 1                        Thomas

 2   thief; is that right?

 3        A.    They told me afterwards about it

 4   when the police came and they put the lady in

 5   prison.

 6        Q.    Did you see the female thief at any

 7   time?

 8        A.    No.  I didn't see her, but when

 9   they took me to this little room -- the police

10   took me there she was in a little room and they

11   were asking her questions.  I don't know

12   otherwise.  I really didn't want to see her.

13        Q.    How many people did you see chasing

14   the thief?

15        A.    Well, I don't know because as they

16   hit me they continued to run after her, but I

17   don't know how many people, but I know it

18   was -- it was like a strong hit.

19        Q.    You did not see who actually hit,

20   is that right?

21        A.    I didn't see their faces because I

22   had fallen down.

23              MR. WHITTON:  Could you read two

24          answers back the question and answer.

25              (Whereupon, the referred to
```