1               Thomas

2          question and answer was read back by the

3          Reporter.)

4               THE WITNESS:  But they were big

5          strong guys.

6               MR. SEARS:  No question.

7          Q.    There is no question.

8               Who was the first person that came

9     to your assistance?

10         A.    My husband.

11         Q.    He helped you get back up?

12         A.    They picked me up with the lady.  I

13    don't know if she was the director there, but I

14    was in a lot of pain.

15              MR. WHITTON:  Move to strike the

16         none response I have portions.

17         Q.    Other than your husband, were there

18    other people that helped you get up?

19         A.    No.  My husband.

20         Q.    Did other people come over to you

21    beside your husband?

22         A.    Yes.  There was a lady there.  I

23    think she was the director.  I'm not sure.

24    They brought me a bottle of water, but you

25    don't have to tell him about the bottle of

1                      Thomas

2    water.

3         Q.    When the lady came over, were you

4    already up or were you still on the floor?

5         A.    My husband put me up.  My husband

6    picked me up and then my husband helped me sit

7    on the chair that they brought me there to sit

8    on until the ambulance arrived.

9         Q.    When your husband was helping you

10   up, was this female worker there or did she

11   come after your husband helped you up?

12        A.    She came after.  I think she might

13   have brought me the chair -- actually, I don't

14   remember.

15        Q.    Somebody brought you a chair?

16        A.    Yes.

17        Q.    And you sat in the chair?

18        A.    Yes.

19        Q.    They brought you some water?

20        A.    Yes.  Danasi water, I think.

21        Q.    Were you given anything else by the

22   Circuit City people?

23        A.    No.

24        Q.    Did any of the Circuit City people

25   talk to you?

1                              Thomas

2          A.     I said to them, you pushed me.

3          Q.     Who did you say that to, the female

4    worker or others?

5          A.     To the female.  To the female

6    because I'm assuming she was the manager.

7          Q.     Did you ever learn her name?

8          A.     I don't know.

9          Q.     Can you describe her?

10         A.     She was a nice looking lady.  I

11   think she was Spanish.  Around thirty years

12   old.

13         Q.     Other than this female worker, did

14   you speak with any other workers at the store?

15         A.     No.

16         Q.     When the female came over to you,

17   what was the first thing you said to her?

18         A.     I said, you hit me.  I said, the

19   security people hit me.

20         Q.     How did you know that they were

21   security people?

22         A.     Because they were chasing after the

23   thief.  They must have been working in the

24   store.

25         Q.     Did she say anything to you when

```
1                    Thomas
2    you said that?
3         A.    No.  I don't even remember.
4         Q.    That is fine.  If you don't
5    remember, you tell us.
6              Did you say anything else to this
7    lady?
8         A.    No.  I said thank you for the
9    bottle of Danasi.
10        Q.    Did this lady ask you anything?
11        A.    No.
12        Q.    Did she ask you if you were hurt?
13        A.    Yes.  She called the police and the
14   ambulance.
15        Q.    She told you that?
16        A.    My husband was saying I want police
17   and I want ambulance to take her to the
18   hospital.
19        Q.    When this lady asked you if you
20   were hurt, what did you say in response?
21        A.    I said they hit me.
22        Q.    Did you say where you were hurt?
23        A.    All over here (indicating).
24              MR. WHITTON:  Indicating her right
25              arm and hand.
```

1                          Thomas

2          Q.    Anywhere else beside your right

3    arm/hand?

4          A.    No.  But I was holding onto my head

5    so I don't injure my head and die.

6                MR. WHITTON:  Move to strike the

7                non-responsive portions.

8          Q.    Do you remember anything else you

9    said to the lady in Circuit City?

10         A.    I wanted to go to the hospital to

11   see what was going on.

12         Q.    Is that a no, you said nothing else

13   to her?

14         A.    No.

15         Q.    Do you remember anything else this

16   lady at Circuit City said to either you or your

17   husband?

18         A.    But that particular night a lady

19   called me and told me they put her in jail.

20         Q.    That was on the telephone?

21         A.    It was around 12:30 midnight.

22         Q.    So that was a telephone at your

23   home, right?

24         A.    Yes.

25         Q.    Do you know if that was the same

```
 1                    Thomas
 2   lady you had spoken to at the store?
 3        A.    I don't know because I was in pain.
 4             MR. WHITTON:  Move to strike the
 5        non-responsive portions.
 6        Q.    Did you know this lady was from
 7   Circuit City or was she from the police
 8   department or something else?
 9        A.    I don't know.
10        Q.    Did your husband speak with this
11   female worker other than to ask that the police
12   and ambulance be called?
13        A.    Only that.
14        Q.    Since that time, has your husband
15   ever told you he said something else to any of
16   the workers at Circuit City?
17        A.    He didn't even get involved.  No.
18        Q.    Do you remember if anyone said
19   anything to your husband?
20        A.    No.
21        Q.    Have you spoken to your husband
22   about what happened since that day?
23        A.    Well, I'm in pain and I go to the
24   doctor all the time, Dr. Kyriakides for therapy
25   until now.
```

1                          Thomas

2                 MR. SEARS:  That is not the

3          question he asked.

4                 MR. WHITTON:  Move to strike the

5          non-responsive.

6          Q.    Has your husband ever told you what

7     he saw happened?

8          A.    He saw that I was yelling for help

9     and he was ahead of me.

10         Q.    Did your husband see the person or

11    people that pushed you?

12         A.    No because my husband always walks

13    ahead like this and we just wanted to leave.  I

14    didn't know I'm going to get injured.

15                MR. WHITTON:  Move to strike the

16         non-responsive portions.

17         Q.    So your husband had his back to you

18    and you were following him out, right?

19         A.    Yes.  But I was yelling help, help

20    and I was yelling out his name to come and help

21    me because I had gotten injured and he couldn't

22    believe it.

23                MR. WHITTON:  Move to strike the

24         non-responsive portions.

25         Q.    Did you speak with any of the

Diamond Reporting -718-624-7200- 16 Court Street, B'klyn, NY 11241

 1                    Thomas

 2    police that arrived?

 3         A.    No, but I think my husband was

 4    talking with them.

 5         Q.    Did your husband ever tell you what

 6    he said to the police or the police said to

 7    him?

 8         A.    He was just -- it's just as he was

 9    standing there in a minute.  He was very upset

10    with what happened to me.

11              MR. WHITTON:  Move to strike.

12         Q.    Did your husband ever tell what you

13    the police said to him?

14         A.    No.

15         Q.    From the chair, did you go into a

16    little room, I believe you said earlier?

17         A.    Yes.  It was the office.

18         Q.    Why did you go into the office?

19         A.    They took me in there.

20         Q.    Circuit City people asked you to

21    come into the office or the police did or

22    someone else?

23         A.    I don't recall if it was the police

24    or the Circuit City people.  This had never

25    happened to me before.

1                        Thomas

2         Q.    Inside the office was the female

3    thief; is that right?

4         A.    Actually, they had her in a

5    different office with the police.

6         Q.    Did you do something inside this

7    office or did you just sit?

8         A.    They checked my blood pressure and

9    stuff like that.

10              MR. WHITTON:  Off the record.

11              (Discussion held off the record.)

12              MR. SEARS:  It seems that the

13              plaintiff is able to speak both English

14              and in Greek.  We're having some

15              difficulty with the answers and

16              questions.

17              What we're going to do is we're

18              going to try, on consent, we're going to

19              try to do it in English.  The plaintiff

20              herself indicated that she's

21              understanding everything that is going

22              on in English.  We're going to try it.

23              If there is any difficulty, she's aware

24              she's going to ask the Greek

25              interpreter.

1                    Thomas

2              MR. WHITTON:  The Interpreter is

3         here and will remain here.

4         Q.   Mrs. Thomas, when did the ambulance

5    people get there?  While you were still in the

6    chair or while you were in the office?

7         A.   I think I was in the office.

8         Q.   Did you speak with the ambulance

9    people?

10        A.   No.  They didn't -- can I speak

11   English?

12             MR. SEARS:  You're speaking

13        English.

14        A.   They didn't want to put my husband

15   in the ambulance and I was crying.  I said I

16   want my husband to come with me in the

17   hospital.  Who is going to bring me home.  Any

18   way and then they put me -- I told them to take

19   me to St. John's Hospital.  They say no.  We're

20   going to take you to Elmhurst.  So they put

21   some ice on the hand.

22        Q.   Your right hand and arm?

23        A.   Yes.  Yes.  All over and still I

24   had pain (indicating).  They left me there for

25   five hours.

```
 1                        Thomas

 2          Q.     In the hospital?

 3          A.     Right.

 4          Q.     Hold on.  We'll get there.

 5                 The ambulance people, you told them

 6     that your right arm and hand is what was

 7     paining you; is that right?

 8          A.     Yes.

 9          Q.     Was there any other part of your

10     body that you were complaining was paining you?

11          A.     No.  They asked me.

12          Q.     Before you left Circuit City, did

13     anyone have you write anything down about what

14     happened?

15          A.     I don't think so.  I don't

16     remember.

17          Q.     Do you remember if either workers

18     at Circuit City or the police officers were

19     talking to you and writing things down while

20     they were talking to you?

21          A.     Maybe they did.

22          Q.     I don't want you to guess.  If you

23     don't remember --

24          A.     I don't remember.

25          Q.     Perfect.
```

1                    Thomas

2                    Other than that telephone call that

3       you received later that night, did the police

4       ever contact you again about what happened?

5            A.    No.

6            Q.    Did anyone from the District

7       Attorney's Office ever contact you about what

8       happened?

9            A.    Yes.  Yes.

10           Q.    Did they contact you by phone or in

11      writing?

12           A.    Letter.

13           Q.    Do you still have the letter?

14           A.    Twice.

15                 I think I have them at home.

16                 MR. WHITTON:  I'm going to make a

17           request to be provided with copies of

18           them.

19                 I ask that you find them and turn

20           them over to your attorney.

21           A.    He was very respectful in the

22      letter.

23           Q.    Do you remember what the letter

24      said?

25           A.    Tell you the truth, I read it and

```
 1                        Thomas
 2     then I put it in a file.  I don't remember
 3     where is that file, but also the -- the Jewish
 4     ladies wrote me a letter also to help me to
 5     find an attorney.  To help me, but I said I
 6     have already.
 7          Q.    What lady wrote you that?
 8          A.    Jewish center.  It was a Jewish
 9     center for the elderly in Queens Boulevard.
10          Q.    Other than that telephone call late
11     at night, did anyone from Circuit City ever
12     contact you again?
13          A.    No.
14          Q.    Did you receive anything in
15     writing?
16          A.    Never.
17          Q.    Did you ever go back to the Circuit
18     City store?
19          A.    No, I didn't go.
20          Q.    Has your husband gone back --
21          A.    Nobody in my family.
22          Q.    Nobody in your family has ever gone
23     back to the store?
24          A.    Nobody.
25          Q.    Has anyone from your family spoken
```

1                         Thomas

2       with anybody from Circuit City?

3           A.      Nobody.

4                   (A brief was taken.)

5           Q.      Ma'am, just before the break you

6       told me about the two letters from the District

7       Attorney's Office.

8                   Did you ever actually speak with

9       anyone from the District Attorney's Office?

10          A.      No.

11          Q.      On the telephone, did you speak

12      with anyone from that office?

13          A.      No.

14          Q.      Do you remember what those letters

15      said?

16          A.      Yes.

17          Q.      What did three say?

18          A.      Sorry for what happened and things

19      like that.   Twice.

20          Q.      Other than what you told me, do you

21      remember anything else that anyone from Circuit

22      City said to you that day?

23          A.      No.

24          Q.      When you were pushed, did you hit

25      anything?  Did any part of your body hit

```
 1                          Thomas
 2      anything before you landed on the floor, such
 3      as a shelf or a counter or something?
 4              A.      Shelf.
 5              Q.      A shelf?
 6              A.      Metal.  It was metal.
 7              Q.      That was what was on your
 8      right-hand side?
 9              A.      Yes.
10              Q.      You hit that with your right
11      arm/hand area?
12              A.      With the right.  Only with the
13      right.
14              Q.      Did anything from the shelf or the
15      shelf itself fall?
16              A.      The things were down.
17              Q.      The shelves?
18              A.      Yes.  Like that, down (indicating).
19              Q.      They fell down?
20              A.      Yes.  And have some things like --
21      I don't know how to explain -- like a small
22      wall.
23              Q.      That was on the shelf that fell,
24      too?
25              A.      No.  My hand felt that.
```

1                              Thomas

2            Q.    Your hand hit against it?

3            A.    Yes.

4            Q.    Did the shelf itself fall down when

5     your arm hand hit it?

6            A.    No.

7            Q.    Other than the police, the

8     ambulance people and the female Circuit City

9     worker and your husband, did anyone else come

10    up to you after this had happened while you

11    were in the Circuit City store and talk to you?

12           A.    No.

13           Q.    The ambulance took you to Elmhurst

14    Hospital?

15           A.    Right.

16           Q.    Did your husband get there, too?

17           A.    Of course.

18           Q.    For how long were you there?

19           A.    I was for five hours.

20           Q.    This was in the emergency room?

21           A.    Right.

22           Q.    When you saw a doctor, what parts

23    of your body did you say hurt you?

24           A.    Well, the doctor, you know, going

25    and coming and they said what happened.  I said

1                          Thomas

2    they hurt me in the hand very badly and nothing

3    she did.  Only they asked me for my insurance

4    and stuff like that.

5          Q.    Did they take any X-rays of you?

6          A.    In Elmhurst, nothing.

7          Q.    No X-rays?

8          A.    No, nothing at all.

9          Q.    Did they take any MRIs?

10         A.    Nothing.  They took when my husband

11   took me about four o'clock in the morning in

12   St. Luke's they took X-rays.

13         Q.    We'll get there.

14               At Elmhurst they didn't do anything

15   any of that?

16         A.    Nothing.

17         Q.    Did they give you ice?

18         A.    Ice.

19         Q.    They put ice on your arm and wrist?

20         A.    Yes.

21         Q.    They give you any medication?

22         A.    Nothing at all.

23         Q.    After about five hours the hospital

24   said you can go?

25         A.    Well, my husband was telling them,

1                              Thomas

2    you going to do X-rays for my wife?  Are you

3    going to check on my wife?  Not yet.  Not yet

4    not yet.  So about 11:30 at night he took me

5    home giving me Tylenol and stuff like that.

6          Q.    Do you remember what day of the

7    week that was?

8          A.    I don't.

9          Q.    The very next day, did you see any

10   doctor or go to any hospital?

11         A.    I went to the hospital.

12         Q.    That was St. Luke's?

13         A.    Yes.  113th Street.

14         Q.    And your husband took you there?

15         A.    Yes.

16         Q.    Did you go there because you still

17   had pain in your right arm and wrist?

18         A.    Definitely, yes.

19         Q.    Did you have pain anywhere else

20   beside your right arm --

21         A.    Only my right arm (indicating).

22         Q.    Only your right arm?

23         A.    Yes.

24         Q.    Let me re-ask the question.  Let me

25   ask it first.

1                        Thomas

2                    On the day your husband took you to

3      St. Luke's, was the pain you were experiencing

4      still to just your right arm and hand?

5           A.    Yes.

6           Q.    When you got to St. Luke's that was

7      the emergency room?

8           A.    Yes.

9           Q.    Did you tell them what was paining

10     you?

11          A.    Yes.

12          Q.    That was your right arm and right

13     hand?

14          A.    Yes.

15                Can I talk?

16          Q.    What else did you tell them?

17          A.    I told them I got hurt in Circuit

18     City.

19          Q.    Anything else that you remember

20     telling them?

21          A.    I went to Elmhurst Hospital and

22     they didn't do anything, that's why I came to

23     you I said.

24          Q.    Did they do anything for you?

25          A.    Yes.

1                           Thomas

2          Q.    What did they do?

3          A.    X-rays.

4          Q.    X-rays of your right arm and hand?

5          A.    Yes.

6          Q.    Anything else?

7          A.    I don't know what else they did,

8    but I took two or four X-rays, they gave me and

9    then they put it in a cast.

10         Q.    So a doctor looked at you?

11         A.    Yes.

12         Q.    And then he put your right arm in a

13   cast?

14         A.    Right.

15         Q.    Was this a hard cast or was that

16   soft cast?

17         A.    I think the hard.  I don't

18   remember.  I had those things, but it was from

19   here to here (indicating).

20         Q.    Indicating from just above your

21   right elbow down encompassing the lower portion

22   of your right hand?

23         A.    (Indicating).

24         Q.    Was it a wrap or was it something

25   that stayed permanently on?

1                    Thomas

2        A.     Permanent.

3        Q.     What color was it?

4        A.     White.

5        Q.     When you were at St. Luke's, did

6    anybody tell you what the X-rays showed?

7        A.     No.  I don't remember.

8        Q.     Did anyone at the hospital tell you

9    what was wrong with your right arm and hand?

10       A.     No, not really, but they have my

11   records there.

12       Q.     Sure.

13              Do you have an understanding of

14   what happened to your right arm and hand?

15       A.     I understand -- can I say this --

16       Q.     Yes.  You learned later on in other

17   words?

18       A.     No.  I went to Dr. Kyriakides after

19   that hospital.

20       Q.     Let me cut you off.  We're going to

21   get to that doctor.  I will give you the chance

22   then.  That's fine.

23              When you were at St. Luke's that

24   day, do you remember if you learned what was

25   wrong with your right arm and if you don't

```
 1                      Thomas
 2   remember, that's fine?
 3          A.    I don't remember.
 4          Q.    Fine.
 5          A.    Not that I don't remember.  I don't
 6   know.
 7          Q.    Did they give you any medication?
 8          A.    No.  No.
 9          Q.    How long were you at St. Luke's?
10          A.    Hour -- I didn't stay in the
11   hospital.  About two, three hours.
12          Q.    And then they sent you back home?
13          A.    Yes.
14          Q.    Back in December of 2006, did you
15   have a family doctor?
16          A.    I have a family doctor before that,
17   too.
18          Q.    In December of 2006, who was your
19   family doctor?
20          A.    My family doctor is Dr. Goorny,
21   Mark Goorny, in St. Luke's.  425 9th Avenue.
22   St. Luke's Clinic and Dr. Pal.  I have two
23   doctors.
24          Q.    What was the name of the second
25   doctor?
```