```
 1                           Thomas

 2    than those facilities and Lenox Radiology,

 3    other than those, have you gone to any other

 4    doctor or clinic or hospital pertaining to your

 5    right arm --

 6         A.    No.

 7         Q.    -- and hand?

 8         A.    No.  Never.

 9         Q.    Have you ever been involved in a

10    lawsuit before this lawsuit?

11         A.    No.

12         Q.    Does your husband work or is he

13    retired?

14         A.    He's retired.

15              (Continued on next page to include

16         jurat.)

17

18

19

20

21

22

23

24

25
```

```
 1                        Thomas

 2           Q.     What did he do?

 3           A.     He used to be fixing computers

 4   years ago and real estate, but now the real

 5   estate is not that good.  He stays at home.

 6   He's seventy-five.

 7                  MR. WHITTON:  Mrs. Thomas, thank

 8           you very much.

 9                  I have no further questions.

10                  THE WITNESS:  Thank you.

11                  Thank you very much.

12                  (Whereupon, at 12:03 P.M., the

13           Examination of this Witness was

14           concluded.)

15

16                          ANNA THOMAS

17

18   Subscribed and sworn to before me

19   this  6th  day of  May  , 200 8 .

20   _____
            NOTARY PUBLIC

21                  HENRY KONG
                Notary Public, State of New York
22              Qualified in Nassau County
                    No 01KO4988070
23          Commission Expires Feb 10, 20/0

24

25
```

1

2

3                              I N D E X

4

5    EXAMINATION BY                              PAGE

6    MR. WHITTON                                 5

7

8

9       INFORMATION AND/OR DOCUMENTS REQUESTED

10   INFORMATION AND/OR DOCUMENTS               PAGE

11   Production of letters from

12   District Attorney's office            33

13   Fresh authorization for Dr. Kyriakides    60

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2                    C E R T I F I C A T E

 3

 4      STATE OF NEW YORK      )
                              :   SS.:
 5      COUNTY OF SUFFOLK      )

 6

 7

 8              I, LINDA ARSENICOS, a Notary Public for

 9      and within the State of New York, do hereby

10      certify:

11              That the witness whose examination is

12      hereinbefore set forth was duly sworn and that

13      such examination is a true record of the

14      testimony given by that witness.

15              I further certify that I am not related

16      to any of the parties to this action by blood

17      or by marriage and that I am in no way

18      interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto set

20      my hand this 8th day of April, 2008.

21

22

23                          LINDA ARSENICOS

24

25
```

**Diamond Reporting, Inc.**

# ERRATA SHEET



**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**DATE:**

**NAME OF WITNESS:**

**SIGNATURE:**

Subscribed and sworn to before me
this _____ day of _____, 2008.

_____

NOTARY PUBLIC

**Look-See Concordance Report**

- - -

UNIQUE WORDS: **840**
TOTAL OCCURRENCES: **2,539**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **8,724**

- - -

SINGLE FILE CONCORDANCE

- - -

CASE SENSITIVE

- - -

INCLUDES ALL TEXT OCCURRENCES

- - -

DATES ON

- - -

INCLUDES PURE NUMBERS

- - -

POSSESSIVE FORMS ON

**– DATES –**

**April, 2008** [1]
*64:20*
**April 4, 2008** [1]
*1:11*
**December 28th, 2006** [3]
*10:4, 12, 16*
**December of 2006** [4]
*7:3; 8:9; 43:14, 18*

**– 1 –**

**10601** [1]
*2:11*
**10:30** [1]
*1:12*
**11368** [1]
*5:21*
**113th** [1]
*39:13*
**11435** [1]
*2:5*
**11:30** [1]
*39:4*
**12:03** [1]
*62:12*
**12:30** [1]
*26:21*
**148-55** [2]
*1:18; 2:5*
**1972** [1]
*7:21*
**1988** [1]
*7:21*
**1996** [1]
*7:12*

**– 2 –**

**20** [1]
*62:19*
**2006** [7]
*7:3; 8:9; 10:4, 12, 17; 43:14, 18*
**2008** [2]
*1:11; 64:20*
**202** [1]
*2:10*
**20767/07** [1]
*1:6*

**221** [2]
*3:2; 4:2*
**221.1** [1]
*3:3*
**221.2** [2]
*3:17; 4:7*
**221.3** [1]
*4:3*
**28th** [3]
*10:4, 12, 16*
**2:30** [1]
*10:18*

**– 3 –**

**31** [1]
*3:10*
**3115** [3]
*3:5, 14, 21*
**33** [1]
*63:12*

**– 4 –**

**4** [1]
*1:11*
**40** [1]
*7:20*
**425** [1]
*43:21*

**– 5 –**

**5** [1]
*63:6*
**5J** [1]
*5:20*

**– 6 –**

**60** [1]
*63:13*
**60th** [1]
*5:20*

**– 8 –**

**8th** [1]
*64:20*

**– 9 –**

**99-10** [1]
*5:20*
**9th** [1]
*43:21*

**– A –**

**a.m.** [1]
*1:12*
**able** [2]
*14:13; 30:13*
**accident** [2]
*54:23; 59:2*
**accompanied** [1]
*3:22*
**accounting** [2]
*7:13, 14*
**acquaintance** [1]
*47:22*
**action** [1]
*64:16*
**address** [2]

**6:12; 7:5**
**afterwards** [1]
*21:3*
**age** [1]
*6:21*
**AGREED** [4]
*4:11, 14, 16, 20*
**aisle** [5]
*14:4, 18; 20:16, 23, 24*
**ambulance** [10]
*23:8; 25:14, 17; 27:12; 31:4, 8, 15; 32:5; 37:8, 13*
**ANNA** [3]
*1:3, 16; 62:16*
**Anna** [1]
*5:18*
**answer** [12]
*3:8, 12, 17, 21, 22, 23; 14:25; 20:13; 21:24; 22:2*
**answered** [2]
*3:20; 4:6*
**answers** [3]
*5:5; 21:24; 30:15*
**Antonio** [1]
*11:10*
**anybody** [2]
*35:2; 42:6*
**anymore** [1]
*55:10*
**Anywhere** [1]
*26:2*
**anywhere** [1]
*39:19*
**Apartment** [1]
*5:20*
**apply** [1]
*3:9*
**appreciate** [1]
*57:6*
**appropriate** [2]
*3:9; 4:17*
**approximate** [1]
*6:21*
**approximately** [2]
*48:7, 10*
**April** [2]
*1:11; 64:20*
**area** [4]
*9:2; 11:6; 18:18; 36:11*
**arm** [42]
*16:13, 15; 18:5, 9, 17; 25:25; 26:3; 31:22; 32:6; 36:11; 37:5; 38:19; 39:17, 20, 21, 22; 40:4, 12; 41:4, 12; 42:9, 14, 25; 44:18, 21, 25; 45:5, 8, 12; 47:5; 49:23; 51:15; 53:24; 54:6, 14; 56:4, 6; 57:22; 58:3; 59:25; 60:14; 61:5*
**arrived** [3]
*11:24; 23:8; 29:2*
**ARSENICOS** [2]
*64:8, 23*
**Article** [1]
*3:10*
**asking** [2]
*21:11; 57:7*
**assistance** [1]
*22:9*
**assuming** [3]
*17:20; 19:8; 24:6*
**attendance** [1]

**3:15**
**attorney** [4]
*3:12, 21; 4:4; 33:20; 34:5*
**Attorney's** [4]
*33:7; 35:7, 9; 63:12*
**Attorneys** [2]
*2:4, 9*
**attorneys** [4]
*4:20, 22; 59:4, 5*
**authorization** [2]
*59:22; 63:13*
**Avenue** [5]
*1:19; 2:5, 10; 5:20; 43:21*
**aware** [1]
*30:23*

**– B –**

**baby** [1]
*11:2*
**badly** [1]
*38:2*
**bank** [3]
*7:12, 18, 20*
**basis** [2]
*3:13, 23*
**Bayside** [1]
*11:9*
**behind** [1]
*13:22*
**believe** [2]
*28:22; 29:16*
**benadine** [1]
*53:6*
**beside** [3]
*22:21; 26:2; 39:20*
**Besides** [1]
*54:18*
**bit** [3]
*53:25; 60:23, 24*
**blood** [2]
*30:8; 64:16*
**blouse** [1]
*54:10*
**body** [6]
*16:7; 18:2, 9; 32:10; 35:25; 37:23*
**bottle** [3]
*22:24, 25; 25:9*
**bought** [1]
*13:7*
**Boulevard** [2]
*8:25; 34:9*
**boys** [1]
*11:5*
**break** [1]
*35:5*
**brief** [1]
*35:4*
**broken** [2]
*57:2, 3*
**Brooklyn** [1]
*7:13*
**Buy** [1]
*11:22*
**buy** [8]
*9:25; 10:23; 11:23; 12:12; 17:11; 51:2; 55:25; 56:2*
**buying** [2]
*12:6, 15*

**– C –**

California [1]
  11:8
call [2]
  33:2; 34:10
care [3]
  55:7; 56:2; 60:24
Carman [1]
  44:2
case [1]
  14:13
cashier [1]
  12:3
cast [12]
  41:9, 13, 15, 16; 46:14; 56:6,
  9, 13, 20, 25; 57:11, 20
center [2]
  34:8, 9
certify [2]
  64:10, 15
chair [7]
  20:10; 23:7, 13, 15, 17;
  29:15; 31:6
chance [3]
  15:4; 19:25; 42:21
charge [1]
  4:21
chasing [4]
  17:5; 19:10; 21:13; 24:22
check [2]
  39:3; 51:14
checked [1]
  30:8
children [1]
  11:4
Christina [1]
  52:24
CHRISTOPHER [1]
  2:12
Christopher [1]
  5:23
CIRCUIT [2]
  1:7; 2:10
Circuit [30]
  5:23; 8:10; 9:5, 8, 14, 16, 21,
  24; 10:13, 16; 11:16, 19, 24;
  23:22, 24; 26:9, 16; 27:7, 16;
  29:20, 24; 32:12, 18; 34:11,
  17; 35:2, 21; 37:8, 11; 40:17
CITY [2]
  1:7; 2:10
City [30]
  5:23; 8:10; 9:5, 8, 14, 16, 21,
  24; 10:13, 16; 11:16, 19, 25;
  23:22, 24; 26:9, 16; 27:7, 16;
  29:20, 24; 32:12, 18; 34:11,
  18; 35:2, 22; 37:8, 11; 40:18
Civil [1]
  3:5
clean [3]
  54:16, 19
cleaning [2]
  54:18; 58:6
clear [2]
  3:13, 23
clerk [1]
  4:12
Clinic [1]
  43:22
clinic [2]

cloth [1]
  57:14
clothes [1]
  55:11
collecting [1]
  7:22
color [1]
  42:3
coming [1]
  37:25
comments [1]
  3:15
commotions [1]
  12:11
communicating [1]
  4:4
Communication [1]
  4:3
communication [2]
  4:5, 7
complaining [1]
  32:10
complete [1]
  3:24
compliance [1]
  3:6
computers [2]
  13:3; 62:3
concluded [1]
  62:14
condition [1]
  14:12
CONDUCT [2]
  3:2; 4:2
confidentiality [1]
  3:18
consent [2]
  4:5; 30:18
contact [4]
  33:4, 7, 10; 34:12
Continued [1]
  61:15
continued [2]
  20:3; 21:16
controlling [1]
  4:18
cooking [3]
  54:22, 25; 58:6
copies [1]
  33:17
copy [1]
  4:21
Corona [2]
  5:21; 6:13
counter [6]
  12:15, 20; 13:7, 12; 17:9;
  36:3
counters [1]
  17:14
COUNTY [2]
  1:2; 64:5
course [3]
  3:14; 37:17; 54:24
COURT [1]
  1:2
Court [1]
  1:17
court [2]
  3:19; 4:12
cover [2]

60:10; 61:4

53:8
CPLR [6]
  3:10, 14, 21; 4:15, 17, 18
Crossland [1]
  7:13
crying [1]
  31:15
cup [1]
  58:15
cut [1]
  42:20

**– D –**

damage [3]
  50:8; 54:2; 60:3
Danasi [2]
  23:20; 25:9
DATE [1]
  1:11
date [3]
  8:14, 17; 10:4
daughter-in-law's [1]
  11:2
day [21]
  8:18; 9:4, 13, 20; 10:5, 19;
  11:25; 27:22; 35:22; 39:6, 9;
  40:2; 42:24; 45:4, 11; 48:14;
  51:20, 23, 24; 62:19; 64:20
December [7]
  7:3; 8:9; 10:4, 12, 16; 43:14,
  18
decided [1]
  10:19
deemed [1]
  4:17
defect [1]
  3:13
Defendant [2]
  1:16; 2:9
defendant [1]
  1:8
DEFENDANTS [1]
  1:9
Definitely [1]
  39:18
department [2]
  7:14; 27:8
deponent [6]
  3:12, 17, 21, 23; 4:3, 5
deposition [8]
  3:4, 7, 8, 11, 18, 25; 4:4
DEPOSITIONS [2]
  3:2; 4:2
Depositions [1]
  3:3
describe [2]
  12:19; 24:9
destroy [1]
  49:14
destroyed [4]
  16:4; 49:23; 50:7; 57:9
determining [1]
  4:6
die [1]
  26:5
difficulty [3]
  30:15, 23; 58:9
direct [1]
  3:21
directed [1]

51:4
direction [1]
  3:22
director [2]
  22:13, 23
dirty [1]
  57:18
disabled [2]
  11:12, 13
discussed [1]
  60:22
Discussion [4]
  8:7; 30:11; 47:2; 58:24
display [1]
  17:9
District [4]
  33:6; 35:6, 9; 63:12
doctor [21]
  27:24; 37:22, 24; 39:10;
  41:10; 42:21; 43:15, 16, 19,
  20, 25; 44:5, 21; 45:7; 46:4,
  20; 47:12; 48:22; 53:11;
  60:23; 61:4
doctors [4]
  43:23; 44:18; 60:9, 25
DOCUMENTS [2]
  63:9, 10
dog [2]
  15:24; 19:11
dominant [1]
  45:18
door [2]
  12:23; 13:24
DOWNES [1]
  2:9
downstairs [1]
  55:12
Dr [42]
  27:24; 42:18; 43:20, 22; 44:2,
  5, 6, 11, 12, 15, 22, 24; 45:3;
  46:18, 19, 21; 47:7, 25; 48:5,
  10, 15, 17, 25; 49:4, 9; 50:19;
  51:4, 11, 21; 52:11, 13, 15;
  56:8, 13, 24; 59:10, 24; 60:7,
  15, 16; 63:13
drive [1]
  8:21
duly [2]
  5:9; 64:12

**– E –**

earthquake [1]
  14:23
eat [2]
  13:16; 17:12
Ecotrin [3]
  50:21, 23; 55:24
effect [1]
  4:12
eighth [1]
  44:16
elbow [1]
  41:21
elderly [1]
  34:9
electrical [3]
  49:24; 51:9; 53:10
ELLIE [1]
  2:16
Elmhurst [7]

31:20; 37:13; 38:6, 14; 40:21;
60:8, 19
**elsewhere** [1]
18:13
**emergency** [3]
37:20; 40:7; 46:3
**employees** [1]
1:8
**empty** [2]
12:18; 13:15
**encompassing** [1]
41:21
**end** [2]
48:4; 59:18
**enforce** [1]
3:19
**English** [7]
5:5, 6; 30:13, 19, 22; 31:11,
13
**enter** [1]
13:23
**entrance** [2]
12:16; 13:11
**error** [1]
3:13
**ESQ** [2]
2:6, 12
**ESQS** [2]
1:18; 2:4
**estate** [2]
62:4, 5
**event** [1]
4:7
**EXAMINATION** [3]
1:15; 5:14; 63:5
**Examination** [1]
62:13
**examination** [6]
3:15; 4:14, 21; 44:20; 64:11,
13
**examine** [1]
53:11
**examined** [1]
5:12
**examines** [1]
51:15
**examining** [2]
3:24; 51:17
**Except** [1]
3:14
**except** [4]
3:4, 6, 18, 21
**experiencing** [1]
40:3
**explain** [3]
36:21; 50:16; 56:24
**explained** [1]
59:24
**extent** [1]
3:14

**– F –**

**faces** [1]
21:21
**facilities** [1]
61:2
**fall** [5]
13:3; 18:22; 36:15; 37:4;
58:19
**fallen** [2]

19:24; 21:22
**falls** [1]
54:9
**family** [11]
34:21, 22, 25; 43:15, 16, 19,
20; 47:21; 60:9, 12, 23
**Fargo** [1]
7:20
**feel** [1]
15:21
**fell** [7]
18:21, 22, 24; 19:7, 15;
36:19, 23
**felt** [3]
15:23; 17:25; 36:25
**female** [10]
21:6; 23:10; 24:3, 5, 13, 16;
27:11; 30:2; 37:8
**fictitious** [1]
1:7
**Fifteen** [1]
53:15
**fifteen** [1]
53:10
**File** [1]
2:12
**file** [2]
34:2, 3
**find** [3]
33:19; 34:5; 59:18
**Fine** [1]
43:4
**fine** [3]
25:4; 42:22; 43:2
**finish** [2]
6:7; 53:12
**First** [2]
18:14; 49:25
**first** [14]
5:9; 9:7, 9; 15:21, 22; 17:25;
20:25; 22:8; 24:17; 39:25;
44:5; 48:14, 17; 49:3
**five** [3]
31:25; 37:19; 38:23
**fixing** [1]
62:3
**floor** [3]
23:4; 36:2; 44:16
**follow** [1]
59:20
**following** [3]
5:4; 13:25; 28:18
**follows** [1]
5:12
**foot** [1]
8:23
**force** [1]
4:12
**forearm** [1]
49:15
**forget** [1]
10:8
**form** [1]
3:13
**forth** [3]
3:19; 4:6; 64:12
**Forty-three** [1]
7:2
**forward** [1]
18:23
**Four** [1]

11:5
**four** [4]
11:5; 38:11; 41:8; 53:4
**framed** [1]
3:11
**Fresh** [1]
63:13
**fresh** [1]
59:21
**friend** [1]
47:21
**front** [4]
12:15, 24; 13:22; 15:11
**fully** [1]
6:4
**furnished** [1]
4:21
**future** [2]
50:11; 59:12

**– G –**

**G-O-O-R-N-Y** [1]
44:8
**gave** [2]
20:9; 41:8
**George** [2]
11:9, 18
**Georgia** [1]
11:9
**gets** [1]
57:18
**give** [7]
15:4; 38:17, 21; 42:21; 43:7;
48:21; 50:19
**given** [3]
3:8; 23:21; 64:14
**giving** [1]
39:5
**glass** [2]
20:10; 58:16
**goes** [1]
55:10
**Goorny** [6]
43:20, 21; 44:6, 11, 15, 24
**gotten** [1]
28:21
**GREEK** [1]
2:16
**Greek** [8]
5:3, 5; 30:14, 24; 47:18, 19;
52:24
**ground** [1]
6:3
**grounds** [1]
4:6
**guess** [2]
17:22; 32:22
**guys** [2]
22:5; 52:25

**– H –**

**hadn't** [1]
9:10
**half** [1]
48:12
**hand** [49]
16:5; 18:3, 5, 11; 25:25; 26:3;
31:21, 22; 32:6; 36:11, 25;
37:2, 5; 38:2; 40:4, 13; 41:4,
22; 42:9, 14; 44:18; 45:5, 9,

12, 14; 47:6; 49:14, 16;
51:15; 53:4, 9; 54:7, 17, 19;
55:2, 3; 57:9; 58:3, 16, 17,
18, 20, 21, 22; 59:25; 60:14;
61:7; 64:20
**hands** [1]
54:10
**hard** [4]
41:15, 17; 46:23; 56:20
**He's** [3]
52:19; 61:14; 62:6
**he's** [1]
11:12
**head** [4]
18:7, 10; 26:4, 5
**heart** [3]
14:12, 14; 53:11
**held** [5]
1:17; 8:7; 30:11; 47:2; 58:24
**help** [10]
18:25; 28:8, 19, 20; 34:4, 5;
53:24; 55:17
**helped** [4]
22:11, 18; 23:6, 11
**helping** [2]
23:9; 55:10
**helps** [1]
53:25
**hereby** [1]
64:9
**herein** [1]
4:22
**hereinbefore** [1]
64:12
**hereto** [2]
4:18, 21
**hereunto** [1]
64:19
**Hillside** [2]
1:18; 2:5
**hit** [16]
14:11, 13, 22; 15:19; 19:9;
21:16, 18, 19; 24:18, 19;
25:21; 35:24, 25; 36:10; 37:2,
5
**Hold** [1]
32:4
**hold** [2]
20:9; 57:14
**holding** [2]
26:4; 58:7
**home** [9]
7:8, 11; 26:23; 31:17; 33:15;
39:5; 43:12; 45:20; 62:5
**horses** [1]
19:17
**Hospital** [7]
31:19; 37:14; 40:21; 47:3;
49:6; 60:8, 9
**hospital** [13]
25:18; 26:10; 31:17; 32:2;
38:23; 39:10, 11; 42:8, 19;
43:11; 56:14; 60:10; 61:4
**Hospitals** [1]
60:20
**Hour** [1]
43:10
**hours** [4]
31:25; 37:19; 38:23; 43:11
**house** [2]
54:16, 20

household [1]
55:6

hurt [8]
9:20; 25:12, 20, 22; 37:23;
38:2; 40:17; 45:4

hurting [1]
16:19

husband [54]
6:17; 7:4; 8:20; 9:25; 10:23,
24; 12:23; 13:17, 19, 21, 22,
25; 14:3, 7, 9, 10, 19; 15:10;
18:25; 20:9; 22:10, 17, 19,
21; 23:5, 6, 9, 11; 25:16;
26:17; 27:10, 14, 19, 21;
28:6, 10, 12, 17; 29:3, 5, 12;
31:14, 16; 34:20; 37:9, 16;
38:10, 25; 39:14; 40:2; 55:16,
22; 61:12

husband's [1]
6:18

### – I –

Ice [1]
38:18

ice [5]
31:21; 38:17, 19; 46:12, 13

idea [1]
11:20

ii [1]
3:18

iii [1]
3:19

improper [1]
3:20

INC [2]
1:7; 2:10

incident [11]
8:8; 9:13; 10:6; 12:6, 7, 10;
14:5, 8, 20; 17:2; 47:9

include [2]
3:13; 61:15

Index [1]
1:5

indicated [3]
18:17; 30:20; 59:15

Indicating [4]
16:4; 25:24; 41:20, 23

indicating [17]
11:3; 13:4; 14:10, 22; 16:11;
18:3, 13; 20:8; 25:23; 31:24;
36:18; 39:21; 41:19; 49:14;
54:12; 58:4, 16

INFORMATION [2]
63:9, 10

injure [1]
26:5

injured [6]
8:11; 12:8; 17:15; 19:2;
28:14, 21

Inside [1]
30:2

inside [3]
9:5; 30:6; 53:7

instance [3]
54:8, 10; 58:14

insurance [2]
38:3; 55:23

intended [1]
1:7

interested [1]

interfere [1]
3:15

interpreted [1]
3:6

interpret [1]
6:5

INTERPRETER [1]
2:16

Interpreter [1]
31:2

interpreter [4]
5:3, 10; 6:5; 30:25

interrupt [1]
4:4

involved [3]
11:23; 27:17; 61:9

irregularity [1]
3:13

items [3]
12:21; 13:8, 18

### – J –

jail [1]
26:19

Jamaica [2]
1:19; 2:5

Jewish [3]
34:3, 8

JOHN [1]
1:7

John's [1]
31:19

Judge [1]
4:12

jumping [1]
49:25

jurat [1]
61:16

### – K –

kill [1]
13:3

killed [1]
14:12

kills [1]
54:15

kitchen [1]
58:15

knocked [3]
12:25; 15:13, 17

knowledge [1]
59:7

KOTEAS [1]
2:16

Kyriakides [31]
27:24; 42:18; 44:22; 45:3;
46:18, 19; 47:7, 25; 48:5, 10,
15, 17, 25; 49:4, 9; 50:19;
51:4, 11, 21; 52:11, 13, 15;
56:8, 13, 24; 59:10, 24; 60:7,
15, 16; 63:13

### – L –

ladies [1]
34:4

lady [17]
20:19, 22, 25; 21:4; 22:12,
22; 23:3; 24:10; 25:7, 10, 19;

26:9, 16, 18; 27:2, 6; 34:7

land [1]
55:4

landed [1]
36:2

Last [1]
48:2

last [5]
7:10; 44:3; 47:24; 53:14;
59:11

late [1]
34:10

Latos [2]
47:20

laundry [4]
55:7, 9, 12, 17

Law [1]
3:5

lawsuit [2]
61:10

lawyer [4]
47:13, 14, 18, 19

learn [4]
19:18, 21; 24:7; 47:11

learned [2]
42:16, 24

leave [6]
12:13; 13:20; 15:11, 19;
17:12; 28:13

Lenox [2]
49:5; 61:2

let's [1]
13:15

Letter [1]
33:12

letter [4]
33:13, 22, 23; 34:4

letters [3]
35:6, 14; 63:11

limitation [1]
3:19

LINDA [2]
64:8, 23

Listen [1]
14:17

live [4]
6:15; 8:23; 11:6, 21

lived [1]
6:13

lives [2]
11:9, 10; 55:13

living [1]
7:4

LLP [1]
2:9

lobby [1]
55:12

local [1]
51:2

located [1]
44:14

lot [2]
22:14; 54:15

lower [1]
41:21

luckily [2]
13:2; 14:10

Luke's [14]
38:12; 39:12; 40:3, 6; 42:5,
23; 43:9, 21, 22; 45:21; 47:3;
56:9; 60:8, 19

### – M –

Ma'am [2]
7:7; 35:5

ma'am [1]
5:22

Mamaroneck [1]
2:10

manager [1]
24:6

Mark [2]
43:21; 44:5

marriage [1]
64:17

married [2]
11:7, 8

massage [1]
53:13

matter [1]
64:18

mean [2]
20:7; 48:12

medical [3]
47:5; 55:20; 56:2

medication [4]
38:21; 43:7; 46:11; 50:20

medications [1]
46:10

memory [1]
10:5

mentioned [1]
46:17

Metal [1]
36:6

metal [5]
13:2; 16:19, 23; 17:18; 36:6

middle [1]
13:13

midnight [1]
26:21

minute [1]
29:9

minutes [2]
53:10, 15

moment [1]
17:25

month [10]
48:2, 3, 4, 7, 11, 18; 51:13;
52:14; 59:16, 19

months [8]
48:13; 52:14; 56:8, 11, 22;
57:16, 21; 59:16

morning [1]
5:22; 38:11

Move [19]
8:12; 10:10; 13:5; 14:15;
15:2, 25; 16:8; 17:6; 19:3, 12;
22:15; 26:6; 27:4; 28:4, 15,
23; 29:11; 45:16; 54:3

move [5]
18:14; 45:13, 23, 24; 46:6

MR [43]
5:15; 8:4, 6, 12; 10:10; 13:5;
14:15, 24; 15:2, 25; 16:6, 8,
12; 17:6; 18:14; 19:3, 12;
20:12; 21:23; 22:6, 15; 25:24;
26:6; 27:4; 28:2, 4, 15, 23;
29:11; 30:10, 12; 31:2, 12;
33:16; 45:16; 46:23, 25; 54:3;
58:23; 59:20; 60:13; 62:7;
63:6

**MRI** [4]
*49:5, 8, 9; 51:8*
**MRIs** [1]
*38:9*
**Mrs** [2]
*31:4; 62:7*
**muscles** [1]
*49:23*

– N –

**name** [10]
*5:16, 22; 6:18, 20; 24:7;*
*28:20; 43:24; 44:3; 46:17;*
*47:19*
**named** [1]
*1:7*
**names** [1]
*52:22*
**neighbor** [1]
*55:9*
**nerves** [5]
*16:5; 49:13, 14, 24; 50:18*
**nice** [3]
*10:19; 15:7; 24:10*
**night** [4]
*26:18; 33:3; 34:11; 39:4*
**Nobody** [4]
*34:21, 22, 24; 35:3*
**non-responsive** [18]
*8:13; 10:11; 13:6; 14:16;*
*15:3; 16:2, 9; 17:7; 18:15;*
*19:4, 13; 26:7; 27:5; 28:5, 16,*
*24; 45:17; 54:4*
**NOTARY** [1]
*62:20*
**Notary** [4]
*1:19; 4:11; 5:10; 64:8*
**noted** [1]
*3:7*
**notice** [2]
*12:12; 17:24*

– O –

**o'clock** [1]
*38:11*
**objection** [2]
*3:11, 17*
**Objections** [2]
*3:3, 4*
**objections** [4]
*3:4, 7, 9, 10*
**observe** [2]
*12:11; 17:21*
**occurred** [2]
*8:8, 9*
**offer** [1]
*53:23*
**Office** [3]
*33:7; 35:7, 9*
**office** [13]
*29:17, 18, 21; 30:2, 5, 7;*
*31:6, 7; 35:12; 47:15; 48:25;*
*49:2; 63:12*
**officer** [1]
*3:7*
**officers** [1]
*32:18*
**offices** [1]
*1:17*
**Okay** [4]

*6:2, 11; 15:6; 53:4*
**okay** [1]
*46:22*
**old** [2]
*6:25; 24:12*
**operation** [3]
*50:12, 14, 16*
**Order** [1]
*1:17*
**order** [3]
*3:19; 15:18; 55:4*
**outcome** [1]
*64:18*
**outside** [1]
*7:11*
**Over-the-counter** [1]
*50:24*

– P –

**P-A-L** [1]
*44:4*
**P.M.** [1]
*62:12*
**PAGE** [2]
*63:5, 10*
**page** [1]
*61:15*
**paid** [2]
*12:4, 5*
**pain** [15]
*10:9; 14:14; 18:12; 22:14;*
*27:3, 23; 31:24; 39:17, 19;*
*40:3; 50:23; 54:5, 11, 15;*
*56:3*
**paining** [3]
*32:7, 10; 40:9*
**Pal** [5]
*43:22; 44:2, 12, 14, 24*
**palm** [1]
*53:5*
**paper** [3]
*48:21; 53:7; 59:13*
**Park** [3]
*9:2, 8; 10:13*
**part** [5]
*16:6; 18:2; 32:9; 35:25; 57:6*
**parties** [4]
*4:5, 17, 21; 64:16*
**parts** [1]
*37:22*
**party** [1]
*3:24*
**pay** [2]
*12:14; 55:22*
**pension** [2]
*7:9, 23*
**people** [22]
*19:14, 25; 20:16, 21; 21:13,*
*17; 22:18, 20; 23:22, 24;*
*24:19, 21; 28:11; 29:20, 24;*
*31:5, 9; 32:5; 37:8; 52:20, 23;*
*54:19*
**Perfect** [1]
*32:25*
**Permanent** [1]
*42:2*
**permanent** [2]
*50:8; 60:2*
**permanently** [2]
*41:25; 57:10*

**permitted** [1]
*3:14*
**person** [10]
*3:9, 20; 19:5, 6, 9; 20:25;*
*22:8; 28:10; 47:17, 21*
**persons** [1]
*3:15*
**pertaining** [1]
*61:4*
**phone** [1]
*33:10*
**physical** [4]
*51:5, 7; 52:16; 55:21*
**physician** [2]
*47:9; 60:11*
**pick** [1]
*54:9*
**picked** [2]
*22:12; 23:6*
**pictures** [1]
*58:25*
**piece** [1]
*53:7*
**place** [3]
*44:14, 16; 59:2*
**plainly** [1]
*3:20*
**Plains** [1]
*2:11*
**PLAINTIFF** [1]
*1:4*
**Plaintiff** [2]
*1:16; 2:4*
**plaintiff** [2]
*30:13, 19*
**plate** [1]
*54:9*
**Please** [1]
*5:16*
**please** [2]
*6:4, 10*
**point** [3]
*12:25; 15:13; 17:8*
**police** [16]
*21:4, 9; 25:13, 16; 27:7, 11;*
*29:2, 6, 13, 21, 23; 30:5;*
*32:18; 33:3; 37:7*
**portion** [7]
*8:13; 14:16; 15:3; 16:2, 9;*
*19:13; 41:21*
**portions** [12]
*10:11; 13:6; 17:7; 18:15;*
*19:4; 22:16; 26:7; 27:5;*
*28:16, 24; 45:17; 54:4*
**position** [1]
*16:18*
**Practice** [1]
*3:5*
**prejudice** [1]
*3:20*
**prescriptions** [1]
*50:20*
**PRESENT** [1]
*2:15*
**Presently** [2]
*6:15; 51:25*
**presently** [1]
*54:5*
**preserve** [1]
*3:18*
**pressure** [1]

*30:8*
**Previously** [1]
*7:19*
**previously** [1]
*9:10*
**Prior** [1]
*12:8*
**prison** [1]
*21:5*
**private** [1]
*46:4*
**privilege** [1]
*3:18*
**problems** [3]
*45:8; 54:6; 59:25*
**proceed** [1]
*3:8*
**Production** [1]
*63:11*
**professional** [1]
*52:19*
**pronounce** [1]
*46:24*
**provided** [5]
*3:21; 4:15, 17; 6:12; 33:17*
**PUBLIC** [1]
*62:20*
**Public** [4]
*1:20; 4:12; 5:11; 64:8*
**purchase** [1]
*10:25*
**purchased** [5]
*8:16; 9:10; 12:20; 13:18; 14:4*
**purpose** [2]
*4:4, 5*
**purposes** [1]
*4:15*
**pursuant** [3]
*1:17; 3:5, 9*
**push** [2]
*15:24; 18:2*
**pushed** [14]
*12:25; 15:23; 16:3, 16, 18,*
*21; 18:6, 8, 9, 19; 19:6; 24:2;*
*28:11; 35:24*

– Q –

**QUEENS** [1]
*1:2*
**Queens** [2]
*8:25; 34:9*
**question** [14]
*3:19, 24; 4:6; 6:5, 10; 14:17,*
*25; 17:14; 21:24; 22:2, 6, 7;*
*28:3; 39:24*
**questioning** [2]
*3:12, 16*
**questions** [8]
*3:17; 5:4, 24; 6:7; 8:5; 21:11;*
*30:16; 62:9*

– R –

**Radiology** [1]
*61:2*
**raised** [1]
*3:11*
**Raymond** [1]
*6:19*
**re-ask** [1]
*39:24*

re-injured [1]
45:12

reaches [1]
18:13

Read [1]
20:12

read [4]
20:14; 21:23; 22:2; 33:25

reading [1]
15:7

real [2]
62:4

reason [2]
4:7; 10:21

recall [4]
8:15; 17:23; 29:23; 48:14

receipt [1]
8:16

receive [1]
34:14

received [1]
33:3

record [13]
4:8; 5:17; 8:6, 7; 15:7; 18:16;
30:10, 11; 46:25; 47:2; 58:23,
24; 64:13

recorder [1]
10:2, 24, 25

records [1]
42:11

refer [1]
46:20

referred [2]
20:13; 21:25

reflect [1]
18:16

refresh [1]
10:5

Refusal [1]
3:17

refusal [1]
3:22

regarding [2]
45:8; 47:5

Rego [3]
9:2, 8; 10:13

related [2]
56:4; 64:15

relief [2]
3:9; 53:23

remain [1]
31:3

remainder [1]
3:24

remember [28]
8:14; 10:2, 15; 23:14; 25:3, 5;
26:8, 15; 27:18; 32:16, 17,
23, 24; 33:23; 34:2; 35:14,
21; 39:6; 40:19; 41:18; 42:7,
24; 43:2, 3, 5; 48:16; 57:7, 8

RENDE [1]
2:9

Reporter [2]
20:14; 22:3

represent [2]
1:8; 5:23

representing [1]
4:22

request [2]
3:12; 33:17

REQUESTED [1]

reside [1]
5:19

respect [1]
4:18

respectful [1]
33:21

respective [1]
4:20

respond [1]
6:6

response [2]
22:16; 25:20

restricted [1]
3:10

result [1]
49:21

results [2]
50:2, 5

retired [3]
7:22; 61:13, 14

Right [8]
9:3; 32:3; 37:15, 21; 41:14;
48:8; 51:10; 52:21

right [61]
3:9, 18, 24; 7:7; 9:19; 13:13,
14; 15:11, 14; 16:12, 14, 15;
17:18; 18:5, 17, 24; 19:15;
20:4, 5; 21:2, 20; 25:24; 26:2,
23; 28:18; 30:3; 31:22; 32:6,
7; 36:10, 12, 13; 39:17, 20,
21, 22; 40:4, 12; 41:4, 12, 21,
22; 42:9, 14, 25; 44:18; 45:5,
8, 12; 47:5; 49:15; 51:5;
52:18; 54:6; 55:3; 58:18, 21;
60:17, 20; 61:5

right-hand [3]
16:21; 36:8; 45:18

rights [1]
4:17

room [6]
21:9, 10; 29:16; 37:20; 40:7;
46:4

Rule [3]
3:5, 14, 21

rule [2]
3:7, 14

RULES [2]
3:2; 4:2

Rules [1]
3:6

rules [2]
4:7; 6:4

run [2]
20:22; 21:16

running [5]
19:16; 20:2, 3, 19, 21

RYAN [1]
2:9

– S –

S-125 [1]
2:12

sat [1]
23:17

Savings [1]
7:13

saying [1]
25:16

scared [1]

18:7

screaming [1]
18:21

SEARS [11]
2:6; 8:4; 14:24; 16:6, 12;
22:6; 28:2; 30:12; 31:12;
46:23; 60:13

Sears [1]
8:25

second [1]
43:24

section [1]
4:6

sections [1]
4:18

security [2]
24:19, 21

sending [1]
51:8

seventy-five [1]
62:6

SHAEVITZ [4]
1:18; 2:4

She's [1]
52:24

she's [3]
30:20, 23, 24

Shelf [1]
36:4

shelf [8]
13:2, 3; 36:3, 5, 14, 15, 23;
37:4

shelves [2]
36:17; 58:15

shopping [2]
8:20; 12:10

shops [1]
11:22

shoulder [7]
18:17; 45:5, 8, 12; 54:13;
59:25; 60:14

sic [1]
53:6

sign [1]
53:21

signed [2]
4:11, 12

significant [1]
3:20

sit [5]
23:6, 7; 30:7; 57:24; 58:2

six [1]
59:16

sling [2]
57:12, 14

soft [1]
41:16

solemnly [1]
5:3

Somebody [1]
23:15

Someone [1]
52:18

someone [3]
8:19; 29:22; 52:12

somewhere [1]
18:10

son [10]
6:17, 20; 7:4; 11:8, 11, 15,
18; 55:10, 13, 16

sons [1]

11:7

Sorry [1]
35:18

sorry [2]
10:23; 50:22

Spanish [1]
24:11

speak [10]
11:25; 24:14; 27:10; 28:25;
30:13; 31:8, 10; 35:8, 11;
49:9

Speaking [1]
3:10

speaking [1]
31:12

special [1]
53:5

spell [1]
44:3, 7

spoken [4]
27:2, 21; 34:25; 59:6

SS [1]
64:4

St [15]
31:19; 38:12; 39:12; 40:3, 6;
42:5, 23; 43:9, 21, 22; 45:21;
47:3; 56:9; 60:8, 19

standing [2]
13:10; 29:9

starting [1]
18:11

starts [1]
54:2

STATE [2]
1:2; 64:4

State [3]
1:20; 5:11; 64:9

state [1]
5:16

stated [2]
3:11; 4:7

statement [2]
3:13, 23

statements [1]
3:15

stay [2]
43:10; 56:7

stayed [2]
41:25; 56:22

stays [1]
62:5

step [1]
15:8

STIPULATED [4]
4:11, 14, 16, 20

store [26]
8:24; 9:8, 14, 21, 24; 10:13,
16, 22; 11:16, 19, 25; 12:10,
16; 13:8, 11; 15:11; 19:20,
22; 24:14, 24; 27:2; 34:18,
23; 37:11; 51:2

STORES [2]
1:7; 2:10

Stores [2]
8:10; 9:17

story [1]
15:5

Street [2]
7:21; 39:13

strike [21]
8:12; 10:10; 13:5; 14:15;

15:2, 23, 25; 16:8; 17:6;
18:14; 19:3, 12; 22:15; 26:6;
27:4; 28:4, 15, 23; 29:11;
45:16; 54:3

**strong** [2]
  21:18; 22:5
**STUART** [1]
  2:6
**Stuff** [1]
  10:2
**stuff** [10]
  8:16; 9:10; 17:12, 20; 30:9;
  38:4; 39:5; 53:12; 55:7, 11
**subdivision** [3]
  3:5, 6, 22
**subject** [1]
  3:9
**Subscribed** [1]
  62:18
**succinct** [1]
  3:23
**succinctly** [2]
  3:11; 4:8
**SUFFOLK** [1]
  64:5
**suggest** [1]
  3:12
**sunny** [1]
  10:19
**SUPREME** [1]
  1:2
**swore** [1]
  5:3
**sworn** [3]
  5:10; 62:18; 64:12

— T —

**talk** [5]
  23:25; 37:11; 40:15; 44:18;
  59:9
**Talking** [1]
  49:15
**talking** [3]
  29:4; 32:19, 20
**telephone** [5]
  26:20, 22; 33:2; 34:10; 35:11
**telling** [3]
  38:25; 40:20; 46:6
**Ten** [1]
  7:19
**testified** [1]
  5:12
**testifying** [1]
  4:22
**testimony** [1]
  64:14
**tests** [4]
  49:24; 50:6; 51:9, 12
**Thank** [5]
  8:3; 44:9, 23; 62:10, 11
**thank** [2]
  25:8; 62:7
**therapist** [2]
  60:8, 17
**Therapy** [2]
  51:19; 57:25
**therapy** [15]
  27:24; 48:3, 23, 24; 51:5, 7,
  20; 52:2, 10, 16, 23; 53:2, 17;
  55:21; 59:11

**therefor** [1]
  3:23
**They're** [1]
  58:19
**thief** [9]
  17:5; 19:10; 20:4, 19; 21:2, 6,
  14; 24:23; 30:3
**thirty** [1]
  24:11
**Thirty-six** [1]
  6:14
**THOMAS** [3]
  1:3, 16; 62:16
**Thomas** [6]
  5:18; 6:19, 22, 24; 31:4; 62:7
**three** [3]
  35:17; 43:11; 48:13
**times** [3]
  9:23; 52:4; 53:5
**tolerate** [1]
  14:14
**Tony** [6]
  6:22, 23, 25; 11:13, 15; 55:15
**touched** [2]
  18:2, 4
**towards** [2]
  12:16; 13:12
**towels** [1]
  53:9
**train** [1]
  8:21
**transcript** [1]
  4:11
**translate** [1]
  5:4
**treat** [3]
  44:24; 45:7; 49:6
**treated** [2]
  47:8; 60:10
**treatment** [4]
  47:5; 50:10; 51:12; 55:21
**TRIAL** [1]
  1:15
**trial** [1]
  4:14
**trouble** [1]
  14:14
**true** [1]
  64:13
**truth** [1]
  33:25
**twenty** [1]
  53:15
**Twice** [2]
  33:14; 35:19
**Tylenol** [1]
  39:5
**type** [4]
  46:9; 47:4; 50:13; 56:18
**types** [1]
  51:12

— U —

**undergo** [1]
  51:12
**understand** [3]
  6:9; 15:9; 42:15
**understanding** [3]
  9:19; 30:21; 42:13
**UNIFORM** [2]

3:2; 4:2
**unknown** [1]
  1:8
**upset** [1]
  29:9
**utilized** [1]
  4:14

— V —

**visited** [2]
  9:13, 16
**visiting** [1]
  9:8

— W —

**wait** [1]
  6:4
**waived** [2]
  3:6; 4:17
**walk** [1]
  10:19
**walking** [10]
  12:24; 13:19; 14:3, 18; 15:10,
  18; 16:18, 20; 17:2, 17
**walks** [1]
  28:12
**Wall** [1]
  7:20
**wall** [5]
  16:19, 22, 23; 17:18; 36:22
**wanted** [3]
  10:25; 26:10; 28:13
**water** [6]
  20:11; 22:24; 23:2, 19, 20;
  53:5
**We'll** [2]
  32:4; 38:13
**We're** [4]
  30:14, 22; 31:19; 42:20
**we're** [3]
  30:17, 18
**wear** [1]
  57:21
**wearing** [2]
  54:11; 58:3
**week** [7]
  39:7; 48:2, 23; 52:3, 4, 6
**Wells** [1]
  7:20
**WHEREOF** [1]
  64:19
**Whereupon** [3]
  20:13; 21:25; 62:12
**White** [3]
  2:11; 42:4; 56:19
**white** [1]
  56:20
**WHITTON** [34]
  2:12; 5:15; 8:6, 12; 10:10;
  13:5; 14:15; 15:2, 25; 16:8;
  17:6; 18:14; 19:3, 12; 20:12;
  21:23; 22:15; 25:24; 26:6;
  27:4; 28:4, 15, 23; 29:11;
  30:10; 31:2; 33:16; 45:16;
  46:25; 54:3; 58:23; 59:20;
  62:7; 63:6
**Whitton** [1]
  5:23
**wife** [2]
  39:2, 3

**wires** [1]
  53:11
**WITNESS** [5]
  16:10, 14; 22:4; 62:10; 64:19
**Witness** [1]
  62:13
**witness** [5]
  4:22; 5:9; 18:16; 64:11, 14
**words** [1]
  42:17
**work** [3]
  7:7, 17; 61:12
**worked** [5]
  7:10, 12, 15, 19; 12:2
**worker** [5]
  23:10; 24:4, 13; 27:11; 37:9
**workers** [3]
  24:14; 27:16; 32:17
**working** [1]
  24:23
**worry** [1]
  8:5
**wrap** [1]
  41:24
**wrist** [2]
  38:19; 39:17
**write** [1]
  32:13
**writes** [1]
  57:4
**writing** [4]
  32:19; 33:11; 34:15; 59:21
**written** [1]
  48:22
**wrong** [2]
  42:9, 25
**wrote** [3]
  34:4, 7; 57:4

— X —

**X-rays** [8]
  38:5, 7, 12; 39:2; 41:3, 4, 8;
  42:6

— Y —

**year** [3]
  48:12, 13; 59:16
**years** [4]
  6:14; 7:19; 24:11; 62:4
**yelling** [4]
  18:25; 28:8, 19, 20
**YORK** [2]
  1:2; 64:4
**York** [7]
  1:19, 20; 2:5, 11; 5:11, 21;
  64:9
**younger** [1]
  11:10
**yourself** [1]
  8:18

1

2      SUPREME COURT OF THE STATE OF NEW YORK
       COUNTY OF QUEENS

3      ----------------------------------------------X

       ANNA THOMAS,

4

                                    PLAINTIFF,

5

            -against-             Index No.: 20767/07

6

       CIRCUIT CITY STORES, INC., AND "JOHN DOES,"

7      SAID NAMES BEING FICTITIOUS AND INTENDED TO
       REPRESENT EMPLOYEES OF THE DEFENDANT,

8

                                    DEFENDANTS.

9      ----------------------------------------------X

10                          DATE: August 27, 2008

11                          TIME: 10:15 A.M.

12

13

14                  EXAMINATION BEFORE TRIAL of the

15     Defendant, by a witness: JOSEPHINE TRAPANI,

16     taken by the Plaintiff, pursuant to a Court

17     Order, held at the Law Offices of Shaevitz &

18     Shaevitz, Esqs., 148-55 Hillside Avenue,

19     Jamaica, New York, before a Notary Public of

20     the State of New York.

21

22

23

24

25

```
 1

 2   A P P E A R A N C E S:

 3

 4   SHAEVITZ & SHAEVITZ, ESQS.
         Attorneys for the Plaintiff
 5       148-55 Hillside Avenue
         Jamaica, New York 11435
 6       BY: STUART SEARS, ESQ.

 7

 8

     RENDE, RYAN & DOWNES, LLP
 9       Attorneys for the Defendants
         202 Mamaroneck Avenue
10       White Plains, New York 10601
         BY: CHRISTOPHER WHITTON, ESQ.
11       File #: S-125-CW

12
                    *           *           *
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    **221. UNIFORM RULES**
           **FOR THE CONDUCT OF DEPOSITIONS**
3   **221.1 Objections at Depositions**
           **(a) Objections in general.**  No
4   objections shall be made at a deposition
    except those which, pursuant to subdivision
5   (b), (c) or (d) of Rule 3115 of the Civil
    Practice Law and Rules, would be waived if
6   not interposed, and except in compliance
    with subdivision (e) of such rule.  All
7   objections made at a deposition shall be
    noted by the officer before whom the
8   deposition is taken, and the answer shall be
    given and the deposition shall proceed
9   subject to the objections and to the right
    of a person to apply for appropriate relief
10  pursuant to Article 31 of the CPLR.
           **(b) Speaking objections restricted.**
11  Every objection raised during a deposition
    shall be stated succinctly and framed so as
12  not to suggest an answer to the deponent
    and, at the request of the questioning
13  attorney, shall include a clear statement as
    to any defect in form or other basis of
14  error or irregularity.  Except to the extent
    permitted by CPLR Rule 3115 or by this rule,
15  during the course of the examination persons
    in attendance shall not make statements or
16  comments that interfere with the
    questioning.
17  **221.2 Refusal to answer when objection is
    made.**  A deponent shall answer all questions
18  at a deposition, except (i) to preserve a
    privilege or right of confidentiality, (ii)
19  to enforce a limitation set forth in an
    order of the court, or (iii) when the
20  question is plainly improper and would, if
    answered, cause significant prejudice to any
21  person.  An attorney shall not direct a
    deponent not to answer except as provided in
22  CPLR Rule 3115 or this subdivision.  Any
    refusal to answer or direction not to answer
23  shall be accompanied by a succinct and clear
    statement of the basis therefor.  If the
24  deponent does not answer a question, the
    examining party shall have the right to
25  complete the remainder of the deposition.

1

2          **221.  UNIFORM RULES FOR THE
             CONDUCT OF DEPOSITIONS**

3
       **221.3 Communication with the deponent**

4          An attorney shall not interrupt the
       deposition for the purpose of communicating

5      with the deponent unless all parties consent
       or the communication is made for the purpose

6      of determining whether the question should
       not be answered on the grounds set forth in

7      section 221.2 of these rules and, in such
       event, the reason for the communication

8      shall be stated for the record succinctly
       and clearly.

9

10         IT IS FURTHER STIPULATED AND AGREED
       that the transcript may be signed before any

11     Notary Public with the same force and effect
       as if signed before a clerk or a Judge of

12     the court.

13
           IT IS FURTHER STIPULATED AND AGREED

14     that the examination before trial may be
       utilized for all purposes as provided by the

15     CPLR.

16
           IT IS FURTHER STIPULATED AND AGREED

17     that all rights provided to all parties by
       the CPLR cannot be deemed waived and the

18     appropriate sections of the CPLR shall be
       controlling with respect hereto.

19

20         IT IS FURTHER STIPULATED AND AGREED by
       and between the attorneys for the respective

21     parties hereto that a copy of this
       examination shall be furnished, without

22     charge, to the attorneys representing the
       witness testifying herein.

23

24

25

1

2      J O S E P H E I N E   T R A P A N I, called

3      as a witness, having been first duly sworn

4      by a Notary Public of the State of New York,

5      was examined and testified as follows:

6      EXAMINATION BY

7      MR. SEARS:

8           Q.      Please state your name for the

9      record.

10          A.      Josephine Trapani.

11          Q.      Where do you reside?

12          A.      89-23 63rd Avenue, Rego Park,

13     New York 11374.

14          Q.      Good morning, Ms. Trapani.

15          A.      Good morning.

16          Q.      My name is Stuart Sears.  I'm

17     from the law offices of Shaevitz & Shaevitz,

18     who represent a plaintiff named Anna Thomas

19     involving an alleged incident that occurred

20     back on December 28, 2006.  I'm going to ask

21     that you answer verbally so the reporter can

22     take it down rather than gesturing.  If you

23     don't understand the question that I'm

24     saying, say so and I will try to rephrase

25     it.  At any time you want to take a break

```
 1                        TRAPANI

 2    let your attorney know we will do so at your

 3    convenience.

 4         A.      Okay.

 5         Q.      How long have you resided at the

 6    address that you previous gave us?

 7         A.      All of my life.

 8         Q.      Who do you presently reside

 9    there with?

10         A.      Excuse me?

11         Q.      Who do you live with?

12         A.      My mother and brothers.

13         Q.      Back on December 28, 2006 you

14    resided at the same address?

15         A.      Yes.

16         Q.      What is your date of birth?

17         A.      1/31/64.

18         Q.      Are you presently employed?

19         A.      Yes.

20         Q.      By whom?

21         A.      T-Mobile.

22         Q.      Where is T-Mobile located?

23         A.      Right now I'm between stores.

24         Q.      What store are you working at

25    now?
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                          TRAPANI

 2        A.      Five Towns in Rosedale.

 3        Q.      What do you do presently for

 4   T-Mobile?

 5        A.      I'm in training.

 6        Q.      Training to do what?

 7        A.      Retail store manager.

 8        Q.      Have you held any other

 9   positions with T-Mobile?

10        A.      No.

11        Q.      Prior to T-Mobile, where was

12   your last employment?

13        A.      Circuit City.

14        Q.      When did you start working for

15   Circuit City?

16        A.      1999.

17        Q.      Was there a specific location

18   you started working in 1999?

19        A.      The Rego Park location.

20        Q.      Is that the location located at

21   9605 Queens Boulevard?

22        A.      Yes.

23        Q.      When you were hired by Circuit

24   City, what was your position in 1999?

25        A.      Customer service associate.
```

```
 1                        TRAPANI

 2        Q.       How long all together did you

 3   work at Circuit City?

 4        A.       About nine years.

 5        Q.       Until approximately this year?

 6        A.       Yes.

 7        Q.       When did you stop working for

 8   them, January of '08, February, something

 9   else?

10        A.       June of '08.

11        Q.       Your whole time in Circuit City,

12   was it at that specific location?

13        A.       No.

14        Q.       Many stores?

15        A.       Yes.

16        Q.       Back in December of '06, were

17   you working at the Rego Park store?

18        A.       Yes.

19        Q.       Were there any other stores that

20   you were working at in December of '06?

21        A.       Not that I remember.

22        Q.       Did you hold any other

23   employment other than Circuit City on

24   December 28, 2006?

25        A.       No.
```

```
 1                        TRAPANI
 2        Q.      Was it a full-time position?
 3        A.      Yes.
 4        Q.      If you could just explain what
 5   your duties were as a customer service
 6   associate back in December of '06?
 7                MR. WHITTON:  Note my
 8        objection.  At that time it was not her
 9        title.
10        Q.      When you were hired as a
11   customer service associate in 1999, did you
12   then have other positions with that company?
13        A.      Yes.
14        Q.      What other positions, what was
15   the next position that you held?
16        A.      Customer service manager.
17        Q.      When was that?
18        A.      That was about a year and a half
19   after.
20        Q.      After that, did you hold any
21   other position?
22        A.      Operations manager.
23        Q.      After that, did you hold any
24   other positions with them?
25        A.      No.
```