1                          TRAPANI

2     between one bulk stack and another, there

3     were no customers there.

4          Q.      They were walking quickly until

5     there was an area where there was no

6     customer and then they started running?

7          A.      Yes.

8          Q.      Was that running prior to the

9     contact with the old woman?

10         A.      I'm not sure.

11                 MR. WHITTON:  Off the record.

12                 (At this time, there was a

13         discussion held off the record.)

14                 MR. WHITTON:  Read back the last

15         few questions and answers.

16                 (Whereupon, the requested

17         portion was read back by the reporter.)

18                 MR. WHITTON:  Listen, answer and

19         make sure you understand which party to

20         which party you are being asked the

21         distances on.  Take it slow.

22         Q.      We are just going to go back to

23     clarify distances.  When the contact

24     occurred between the old woman and the

25     shoplifter, who was the closest person to

```
 1                         TRAPANI
 2   that; was it Frankie, Daniel, or yourself?
 3        A.      It wasn't me.
 4        Q.      Do you know if it was Daniel or
 5   Frankie?
 6        A.      No.
 7        Q.      Or were they about the same?
 8        A.      I'm not quite sure.
 9        Q.      Do you know how far either
10   Daniel or Frankie were from the old woman
11   when the contact occurred between the
12   shoplifter and the old woman?
13        A.      Ten to 12 feet.
14        Q.      How far behind Daniel and
15   Frankie were you when the contact occurred
16   with the old woman?
17        A.      About five, six feet.
18                MR. SEARS:  Off the record.
19                (At this time, there was a
20        discussion held off the record.)
21        Q.      At that point, when those
22   distances were accurate now, was Daniel and
23   Frankie walking, or running toward the
24   shoplifter?
25        A.      They were quickly walking.
```

```
 1                         TRAPANI
 2         Q.      At some point did they change
 3   from quickly walking to running?
 4         A.      Not running, no.
 5         Q.      Were they ever running, because
 6   before you indicated running.  I just want
 7   to make it clear, was it always a quick walk
 8   or something else?
 9         A.      It was a quick pace, quick walk.
10         Q.      At any point from when you left
11   the office to apprehend, to get the
12   shoplifter and the contact with the
13   shoplifter, did either Daniel or Frankie
14   start to run?
15         A.      I couldn't be sure.
16         Q.      We are going to go back.  The
17   shoplifter fell over the bulk stand,
18   correct?
19         A.      Yes.
20         Q.      Then Daniel and Frankie
21   apprehended the young lady?
22         A.      Yes.
23         Q.      They took her back to Daniel's
24   office?
25         A.      Yes.
```

```
 1                              TRAPANI

 2           Q.       You remained at the scene and

 3    had a brief conversation with the old woman?

 4           A.       Yes.

 5           Q.       You said you directed another

 6    employee to basically stay with the old

 7    woman; is that correct?

 8           A.       Yes.

 9           Q.       What did you do next?

10           A.       I went into the office where

11    Daniel was.

12           Q.       Was Frankie there?

13           A.       Yes.

14           Q.       And the shoplifter?

15           A.       Yes.

16           Q.       Back to Daniel's office?

17           A.       Yes.

18           Q.       Then what happened in that

19    office next, did you or somebody bind the

20    shoplifter, or close the door to the office

21    something else?

22           A.       The door was closed.

23           Q.       Did you ever see that old woman

24    again that was caused to fall?

25           A.       No.
```

```
 1                              TRAPANI
 2          Q.      Do you know if the old woman was
 3    able to get up on her own?
 4          A.      No.
 5          Q.      Do you know if the old woman
 6    needed any type of medical assistance?
 7          A.      No.
 8          Q.      Did you ever learn the identify
 9    of that old woman?
10          A.      No.
11          Q.      Do you know if there was a
12    surveillance camera at the store on the date
13    of the incident, correct?
14          A.      Yes.
15          Q.      To your knowledge, do you know
16    if there was a surveillance video of the
17    apprehension of the young lady?
18          A.      No.
19          Q.      No, you don't know or no, there
20    wasn't?
21          A.      No, I don't know.
22          Q.      Do you know if there was a
23    surveillance video between the contact of
24    the young lady and the old woman?
25          A.      No.
```

```
 1                          TRAPANI

 2          Q.      Did Daniel indicate to you that

 3      there was a video of that?

 4          A.      Not to me.

 5          Q.      To your knowledge, if you know

 6      if there is any videotape out there showing

 7      that?

 8          A.      No, I don't.

 9                  MR. WHITTON:  Off the record.

10                  (At this time, there was a

11          discussion held off the record.)

12          Q.      Does the surveillance camera do

13      they video the whole store or just certain

14      areas of the store?

15                  MR. WHITTON:  What do you mean

16          by video?

17          Q.      Surveillance camera, do you know

18      if they tape?

19          A.      Sometimes.

20          Q.      Do you know if it was taping at

21      the time that this incident occurred?

22          A.      I don't.

23          Q.      At some point did the police

24      arrive?

25          A.      Yes.
```

```
 1                         TRAPANI

 2        Q.     Did they take that young lady

 3   away?

 4        A.     Yes.

 5        Q.     She was arrested?

 6        A.     I don't know.

 7        Q.     Do you know if there are any

 8   guidelines or procedures that Circuit City

 9   employees follow in the apprehension of

10   shoplifters?

11        A.     I don't know.

12        Q.     Is there any written guidelines

13   that are followed for the apprehension of

14   shoplifters for Circuit City?

15             MR. WHITTON:  Note my

16        objection.  Asked and answered.  Go

17        ahead and answer.

18        A.     I don't know.

19        Q.     As far as you know, there are no

20   written guidelines for the apprehension of

21   the shoplifters at Circuit City?

22             MR. WHITTON:  Objection.  She

23        already answered she didn't know either

24        way.

25        Q.     Do you know if there was any
```

```
 1                        TRAPANI
 2    accident reports or incidents reports filled
 3    out involving either the shoplifting or the
 4    incident with the old woman?
 5         A.    Daniel did take information when
 6    it first happened.
 7         Q.    Information from?
 8         A.    From the young lady.
 9         Q.    Do you know if any information
10    was taken from the old woman?
11         A.    I don't know.
12         Q.    If a customer was injured at
13    Circuit City, is usually some type of
14    incident report generated?
15         A.    Yes.
16         Q.    Do you know if there was an
17    accident report generated for the incidents
18    with the old woman?
19         A.    I don't.
20         Q.    Do you know who completes it, is
21    that an employee of Circuit City, Daniel,
22    yourself, or somebody else?
23         A.    Someone in management for
24    Circuit City.
25         Q.    Before coming here, did you ever
```

1                              TRAPANI

2    search to see if there were any incident

3    reports involving this old woman?

4         A.      No.

5         Q.      To your knowledge, do you know

6    if an incident report existed for an

7    incident involving the old woman?

8         A.      I don't know.

9              MR. SEARS: Off the record.

10             (At this time, there was a

11        discussion held off the record.)

12        Q.      Did you ever have to generate

13   any type of written reports involving this

14   incident either for the shoplifting or the

15   incident with the old woman?

16

17        (Continued on Page 75 to include

18        jurat.)

19

20

21

22

23

24

25

```
 1                    TRAPANI
 2      A.      I don't remember.
 3              MR. SEARS:  No further
 4      questions.
 5              (Whereupon, at 11:40 A.M., the
 6      Examination of this Witness was
 7      concluded.)
 8
 9
10              _____
                         JOSEPHINE TRAPANI
11
     Subscribed and sworn to before me
12
     this _____ day of _____ 20___
13
14   _____
                NOTARY PUBLIC
15
16
17
18
19
20
21
22
23
24
25
```

76

```
 1                          TRAPANI
 2               C E R T I F I C A T E
     STATE OF NEW YORK         )
 3                        :  SS.:
     COUNTY OF QUEENS          )
 4

 5

 6

 7        I, VERONICA PAOLINI, a Notary Public

 8   for and within the State of New York, do

 9   hereby certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14        I further certify that I am not related

15   to any of the parties to this action by

16   blood or by marriage and that I am in no way

17   interested in the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto set

19   my hand this 31st day of August, 2008.

20

21

22                    _____Veronica Paolini_____
                          VERONICA PAOLINI
23

24

25
```

**Diamond Reporting, Inc.**

# ERRATA SHEET



**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |



**DATE:**

**NAME OF WITNESS:**

**SIGNATURE:**

Subscribed and sworn to before me
this _____ day of _____, 2008.

_____

NOTARY PUBLIC

**Chapter 11**
**Case No.: 08-35653 (KRH)**
**Jointly Administered**

## THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al,

Debtors.

**RESPONSE TO DEBTORS' OBJECTION
TO DISALLOW CLAIM UPON ALLEGED NO "LEGAL LIABILITY"**

**AFFIRMATION IN SUPPORT OF RESPONSE TO DEBTORS' OBJECTION
TO DISALLOW ANNA THOMAS' CLAIM NUMBERED 3145
BASED UPON ALLEGED NO "LEGAL LIABILITY"**

**And SUPPORTING PAPERS**

## *SHAEVITZ & SHAEVITZ, ESQS.*

*Attorneys for ANNA THOMAS*
*Office and Post Office Address*
*148-55 Hillside Avenue*
*Jamaica, New York 11435*
*718-291-3400*

*" WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"*