# EXHIBIT

# A

# EXHIBIT
# A
# SECTION 1





WELCOME

to the Cityadvantage℠ Protection Plan
PC Resource Kit



To unlock your Resource Kit Bonus Offers, see the
"Quick Start" guide on the inside cover.

# Before You Call for Service

## DIAGNOSE • TROUBLESHOOT • RESOLVE

Save time and identify an unnecessary service event by diagnosing and troubleshooting your own computer. Complete the steps below before calling for service.

- Check that your product is receiving sufficient power. Test wall outlets with another device and check battery-powered equipment for properly charged batteries.
- Turn your product off, wait 15 seconds and turn back on.
- Check that all your connections are secure and plugged in.
- Run "scan disk" or "defrag" programs on computers or external devices (printers, scanners, etc.) running slower than normal.
- If you have more than one computer, monitor or printer, switching components can help isolate the problem.
- Write down any error messages.
- Be at your computer when you call. To save time, have your receipt, brand, model and serial numbers at hand.
- Reserve an average of 20 minutes for a certified technician to walk you through the troubleshooting process.
- Describe your problem in as much detail as possible. Be sure to include information about any recently added hardware or software.
- The technician may ask if you are comfortable opening your computer. If you are, this can speed the diagnostic process.
- If a defect is found, your product will be repaired or replaced as indicated on the Hardware Service & Support page.

**Click on your desktop icon or go to cityadvantagekit.com for help and service.**



**city**advantage

# Hardware Service & Support

## 24/7 TECH SUPPORT • REPAIR • REPLACEMENT

We know how important it is for your computer to work properly.
With the Cityadvantage℠ Protection Plan we have technicians standing
by 24/7, ready to tackle any hardware problem that may arise.

### 24/7 Tech Support for Hardware Problems
Just call (800) 555-4615 and we'll diagnose and troubleshoot
your hardware problem over the phone. Many problems can be
handled this way. If not, we've got product-specific solutions.

### Power Surge Protection*
We offer it from Day 1, most manufacturers don't offer it at all.
Just call (800) 555-4615 for diagnosis and troubleshooting.

### Desktop PCs
### IN-HOME SERVICE*
Just call (800) 555-4615 for diagnosis and troubleshooting.
If that doesn't work, a local service provider will contact you
to schedule a repair visit.

### Notebook PCs
### REPAIR AND SHIPPING*
Just call (800) 555-4615 for diagnosis and troubleshooting.
If that doesn't work, we'll send a postage-paid container for
shipping the product to us.

### BATTERY REPLACEMENT*
If your notebook PC battery fails, we'll send a replacement.
Just call (800) 555-4615.

*The cityadvantage℠ Protection Plan for Computer Products begins on the date
of purchase, with power surge protection and notebook PC battery coverage. All other
benefits begin with the expiration of the manufacturer's warranty or one year, whichever
comes first, and extends for the remaining life of the plan. The plan term is inclusive of
the manufacturer's warranty and store return policy.

Click on your desktop icon for service information and
terms and conditions or go to cityadvantagekit.com.





PMA500064011

# One (1) Year Limited Warranty

## Notebook Computers

# Garantía limitada de un (1) año para computadoras portátiles

## Notebook Computers

For Notebook Computers Purchased within the Fifty (50) United States and District of Columbia; United States Territories; Puerto Rico; Latin America; and the Caribbean.

## TOSHIBA

# One (1) Year Limited Warranty

## TOSHIBA

One (1) Year Limited Warranty ("Limited Period")

For Notebook Computers

Purchased Within the Fifty (50) United States and District of Columbia, United States Territories; Puerto Rico; Latin America; and the Caribbean.

## General Terms

This Limited Warranty applies to Toshiba branded notebook computers ("Products") sold by Toshiba America Information Systems, Inc. ("Toshiba") or Toshiba's resellers to a customer within the fifty (50) United States and the District of Columbia; United States Territories; Puerto Rico; Latin America; and the Caribbean; for such customer's own use and not for resale ("Customer"). During the Limited Warranty Period, this Limited Warranty covers the Product for warranty service required within Customer's country of original purchase. The International Limited Warranty (as defined below) covers the Product when warranty service is required outside of Customer's country of original purchase.

**2**

## One (1) Year Limited Warranty

During the Limited Warranty Period, Toshiba warrants that the Product (1) is free from defects in materials and workmanship and, (2) conforms to the factory specifications in effect at the time the Product was manufactured.

During the Limited Warranty Period, Toshiba will, in its sole discretion, restore the Product to working order in accordance with factory specifications in effect at the time the Product was manufactured or replace the defective Product with a product that is at least equivalent to the original Product. Toshiba reserves the right to use reconditioned parts that are equivalent or superior to original factory specifications. Replacement parts are warranted to be free from defects in materials and workmanship for thirty (30) days or for the remainder of the Limited Warranty Period of the Product in which they are installed, whichever is longer. Parts or products replaced under this Limited Warranty shall become the property of Toshiba.

Toshiba may service Customer-replaceable parts, by shipment of new or remanufactured replacement parts to Customer on an exchange basis. Upon receipt by the Customer of the replacement part, the original part becomes the property of Toshiba, and shall be returned by Customer to Toshiba at Toshiba's expense. Customer shall pay Toshiba the retail value of the replacement part if Toshiba does not receive the original part within ten (10) days after Customer's receipt of the replacement part.

If Customer authorizes Toshiba to perform any services excluded under this Limited Warranty, Customer shall pay standard repair fees for such work.

Customer may assign the Limited Warranty to a subsequent purchaser or assignee of the Product by providing written notice to Toshiba at the following address: 4 Jenner, Suite 150, Irvine, CA 92618-3809, within thirty (30) days after the assignment. Any other purported transfer or assignment of this Limited Warranty is void.

## One (1) Year Limited Warranty

The terms and conditions of this Limited Warranty constitute the complete and exclusive warranty agreement between Customer and Toshiba for the Product and supersede any prior agreements or representations made in any Toshiba sales document or advice that may be provided to Customer by any Toshiba representative in connection with Customer's purchase of the Product. No change to the conditions of this Limited Warranty is valid unless it is made in writing and signed by an authorized representative of Toshiba.

# Disclaimer and Limitation of Remedy

ALL OTHER EXPRESS AND IMPLIED WARRANTIES FOR THIS PRODUCT, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND/OR NONINFRINGEMENT OF THIRD PARTY RIGHTS, ARE HEREBY DISCLAIMED. TOSHIBA EXPRESSLY DISCLAIMS ALL WARRANTIES NOT STATED IN THIS LIMITED WARRANTY. ANY IMPLIED WARRANTIES THAT MAY BE IMPOSED BY LAW ARE LIMITED IN DURATION TO THE TERM OF THIS EXPRESS LIMITED WARRANTY. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO CUSTOMER.

CUSTOMER MUST READ AND FOLLOW ALL SET-UP AND USAGE INSTRUCTIONS IN THE APPLICABLE USER GUIDES AND/OR MANUALS ENCLOSED. IF CUSTOMER FAILS TO DO SO, THIS PRODUCT MAY NOT FUNCTION PROPERLY AND CUSTOMER MAY LOSE DATA OR SUFFER OTHER DAMAGE. TOSHIBA, ITS AFFILIATES AND SUPPLIERS DO NOT WARRANT THAT OPERATION OF THIS PRODUCT WILL BE UNINTERRUPTED OR ERROR FREE.

**3**

**4**

IF THIS PRODUCT FAILS TO WORK AS WARRANTED ABOVE, CUSTOMER'S SOLE AND EXCLUSIVE REMEDY SHALL BE REPAIR OR REPLACEMENT. IN NO EVENT WILL TOSHIBA, ITS AFFILIATES OR SUPPLIERS BE LIABLE TO CUSTOMER OR ANY THIRD PARTY FOR ANY DAMAGES IN EXCESS OF THE PURCHASE PRICE OF THE PRODUCT. THIS LIMITATION APPLIES TO DAMAGES OF ANY KIND WHATSOEVER INCLUDING (1) DAMAGE TO, OR LOSS OR CORRUPTION OF, CUSTOMER'S RECORDS, PROGRAMS, DATA OR REMOVABLE STORAGE MEDIA, OR (2) ANY DIRECT OR INDIRECT DAMAGES, LOST PROFITS, LOST SAVINGS OR OTHER SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, WHETHER FOR BREACH OF WARRANTY, CONTRACT, TORT OR OTHERWISE, OR WHETHER ARISING OUT OF THE USE OF OR INABILITY TO USE SUCH PRODUCT AND/OR THE ENCLOSED USER GUIDES AND/OR MANUALS, EVEN IF TOSHIBA, OR AN AUTHORIZED TOSHIBA REPRESENTATIVE, ASP (AS DEFINED BELOW) OR RESELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR OF ANY CLAIM BY ANY OTHER PARTY.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR SOME PRODUCTS, SO THE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO CUSTOMER. THIS LIMITED WARRANTY GIVES CUSTOMER SPECIFIC LEGAL RIGHTS, AND CUSTOMER MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM COUNTRY/STATE/JURISDICTION TO COUNTRY/STATE/JURISDICTION.

# Standard Limited Warranty

## Binding Arbitration

Customer and Toshiba acknowledge and agree that any claim, dispute, or controversy between Customer and Toshiba arising from or relating to (i) this Limited Warranty, including the validity of this binding arbitration provision, or (ii) the use of the Product ("Dispute") shall be resolved EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION ADMINISTERED BY THE NATIONAL ARBITRATION FORUM (NAF) UNDER NAF'S CODE OF PROCEDURE THEN IN EFFECT. CUSTOMER UNDERSTANDS THAT, IN THE ABSENCE OF THIS PROVISION, CUSTOMER WOULD HAVE HAD A RIGHT TO LITIGATE DISPUTES THROUGH A COURT IN FRONT OF A JUDGE OR JURY, INCLUDING THE RIGHT TO LITIGATE CLAIMS ON A CLASS-WIDE OR CLASS-ACTION BASIS, AND THAT CUSTOMER HAS EXPRESSLY AND KNOWINGLY WAIVED THOSE RIGHTS AND AGREED TO RESOLVE ANY DISPUTES THROUGH BINDING ARBITRATION IN ACCORDANCE WITH THE PROVISIONS OF THIS PARAGRAPH. Should either party bring a Dispute in a forum other than NAF, the arbitrator may award the other party its reasonable costs and expenses (including but not limited to attorneys' fees) incurred in enforcing compliance with this binding arbitration provision, including staying or dismissing such other proceeding. Information about the NAF is available on line at www.arb-forum.com, by phone at 800-474-2371 or by writing to P.O. Box 50191, Minneapolis, MN, 55405. For the purposes of this binding arbitration Paragraph, the term "Toshiba" means Toshiba America Information Systems, Inc., its parents, subsidiaries and affiliates, and each of their officers, directors, employees, agents, beneficiaries, assigns and suppliers; and the term "Customer" means Customer, or those in privity with

Customer, such as Customer's family members, beneficiaries and/or assigns. If NAF should cease operations, Customer and Toshiba shall agree on another arbitration forum. The arbitration shall be held at a reasonable, mutually agreed upon location by submission of documents, by telephone, online or in person as selected by Customer. The arbitration will be conducted before a single arbitrator, and will be limited solely to the Dispute between Customer and Toshiba. The arbitration, or any portion of it, will not be consolidated with any other arbitration and will not be conducted on a class-wide or class action basis. If Customer prevails in the arbitration of any Dispute with Toshiba, Toshiba will reimburse Customer for any fees Customer actually paid to NAF in connection with the arbitration. Any decision or award of the arbitrator rendered in such arbitration proceeding shall be final and binding on each of the parties, and may be entered as a judgment in any court of competent jurisdiction. This binding arbitration provision shall be governed by the United States Federal Arbitration Act, 9 U.S.C. Section 1, *et seq.*

## Protection of Stored Data

For Customer's important data, please make periodic back-up copies of all the data stored on the hard disk or other storage devices as a precaution against possible failures, alteration, or loss of the data. IF CUSTOMER'S DATA IS ALTERED OR LOST DUE TO ANY TROUBLE, FAILURE OR MALFUNCTION OF THE HARD DISK DRIVE OR OTHER STORAGE DEVICES AND THE DATA CANNOT BE RECOVERED, TOSHIBA SHALL NOT BE LIABLE FOR ANY DAMAGE OR LOSS OF DATA, OR ANY OTHER DAMAGE RESULTING THEREFROM. WHEN COPYING OR TRANSFERRING CUSTOMER'S DATA, PLEASE BE SURE TO CONFIRM WHETHER THE DATA HAS BEEN SUCCESSFULLY COPIED OR TRANSFERRED. TOSHIBA DISCLAIMS ANY LIABILITY FOR THE

FAILURE TO COPY OR TRANSFER THE DATA CORRECTLY.

BEFORE RETURNING ANY PRODUCT FOR SERVICE, BE SURE TO BACK UP DATA AND REMOVE ANY CONFIDENTIAL, PROPRIETARY, OR PERSONAL INFORMATION. TOSHIBA IS NOT RESPONSIBLE FOR (1) DAMAGE TO OR LOSS OF ANY PROGRAMS, DATA, OR REMOVABLE STORAGE MEDIA, OR (2) THE RESTORATION OR REINSTALLATION OF ANY PROGRAMS OR DATA OTHER THAN SOFTWARE INSTALLED BY TOSHIBA WHEN THE PRODUCT WAS MANUFACTURED.

## Critical Applications

This Product is not designed for any "critical applications." "Critical applications" means life support systems, medical applications, connections to implanted medical devices, commercial transportation, nuclear facilities or systems or any other applications where product failure could lead to injury to persons or loss of life or catastrophic property damage. ACCORDINGLY, TOSHIBA DISCLAIMS ANY AND ALL LIABILITY ARISING OUT OF THE USE OF THE PRODUCT IN ANY CRITICAL APPLICATIONS. IF CUSTOMER USES THE PRODUCT IN A CRITICAL APPLICATION, CUSTOMER, AND NOT TOSHIBA, ASSUMES FULL RESPONSIBILITY FOR SUCH USE. FURTHER, TOSHIBA RESERVES THE RIGHT TO REFUSE TO SERVICE ANY PRODUCT USED IN A CRITICAL APPLICATION, AND DISCLAIMS ANY AND ALL LIABILITY ARISING OUT OF TOSHIBA'S SERVICE OR REFUSAL TO SERVICE SUCH PRODUCT.

# Limited Warranty Period and Warranty Requirements

The Limited Warranty Period for Customer's Product begins on the date of purchase from Toshiba or an authorized Toshiba reseller ("Purchase Date").

The Limited Warranty period for the rechargeable battery that is included with the Product is one (1) year from the Purchase Date.

Product registration is strongly recommended, and allows Toshiba to send Customer periodic updates, announcements, and special offers applicable to the Product. Product registration is best completed during the initial start-up of the Product, or can be completed online at www.registertoshiba.com. Customer's failure to complete Product Registration will not diminish Customer's rights under this Limited Warranty.

Customer's dated sales or delivery receipt, showing the date of purchase of the Product, is Customer's proof of the Purchase Date. Customer may be required to provide proof of purchase as a condition of receiving warranty service.

## What is Not Covered by This Limited Warranty?

❖ Service made necessary by accident, misuse, abuse, neglect, improper installation, or improper maintenance

❖ Replacement of missing parts, the provision of retrofits, or preventive maintenance

❖ Installation or removal of accessory retrofits, peripheral equipment or computer systems of which the Product may be a part

❖ Replacement or fixes of software

❖ Repair or replacement of covers, plastics, or appearance parts such as interior or exterior finishes or trim

❖ Repair or damage that is cosmetic only or does not affect Product functionality, such as wear and tear, scratches and dents, and scratched, faded or discolored keypads

❖ Service made necessary by any external cause, including fire, theft, acts of God, alteration, problems arising from software or hardware not supplied by Toshiba, power failures, surges or shortages, lightning, or repairs by persons other than those authorized by Toshiba to service the Product

❖ Service on Product purchased outside the fifty (50) United States and the District of Columbia; United States Territories; Puerto Rico; Latin America, and the Caribbean

❖ Service on Toshiba-branded accessory items purchased with the Product

❖ Service on third party products or service made necessary by use of incompatible third party products

❖ Service of Product on which the TOSHIBA label or logo, rating label or serial number have been defaced or removed

❖ On-site service and repair of the Product

❖ Damage caused by use of the Product outside the usage or storage parameters set forth in the Product User's Guide

❖ Modifications to the Product not approved in writing by Toshiba

## 10 One (1) Year Limited Warranty

## Toshiba Accessories

Toshiba accessory items purchased with the Product are covered by their own respective limited warranties.

## Toshiba Software Included with Product

Toshiba's sole obligations with respect to software distributed with the Product under the Toshiba brand name are set forth in the applicable end-user license agreement. Unless otherwise stated in writing, non-Toshiba software is provided on an "as is" basis by Toshiba. However, non-Toshiba manufacturers, suppliers or publishers may offer their own warranties.

## Warranty Extensions and Upgrades

Toshiba offers a full line of optional service programs to complement its limited warranty. For more information, visit our web site at www.warrantytoshiba.com or call 1-800-TOSHIBA (U.S. only). If outside of the U.S., please contact your local reseller.

## Obtaining Service for Product Purchased in the Fifty (50) United States and District of Columbia

In the fifty (50) United States and District of Columbia, Customer is entitled to either Carry-In Service through Toshiba's network of Authorized Service Providers or Repair-Return Service through Toshiba's Notebook Depot during the Limited Warranty Period.

## One (1) Year Limited Warranty 11

## Carry-In Service

Toshiba's network of Authorized Service Providers provides warranty repair service on Toshiba Products. A list of Authorized Service Providers is available on the Toshiba Web site at www.pcsupport.toshiba.com or by calling the Toshiba Global Support Centre at 1-800-457-7777. If Customer chooses to ship Product to an Authorized Service Provider, Customer must pay any shipping charges, insurance, taxes or duties associated with transportation of the Product to the Authorized Service Provider.

## Notebook Depot Service

Instructions for scheduling Notebook Depot Service are on the Toshiba Web site at www.pcsupport.toshiba.com (select the Depot Repair option) or by calling the Toshiba Global Support Centre at 1-800-457-7777. Toshiba will issue a Return Material Authorization Number and provide Customer with instructions for shipment of the Product to Toshiba. Customer is responsible for proper packing of the Product and for shipment to Toshiba. Customer must pay any shipping charges, insurance, taxes or duties associated with shipment of the Product to the Notebook Depot. Upon receipt of the Product, Toshiba will make reasonable efforts to repair the Product and will ship the repaired Product to the Customer.

If Toshiba determines that the Product failure is not covered under this Limited Warranty, Toshiba will notify Customer and provide service alternatives that are available to Customer on a fee basis.

BEFORE RETURNING ANY PRODUCT FOR SERVICE, BE SURE TO REMOVE ANY ACCESSORIES, INCLUDING, BUT NOT LIMITED TO, POWER CORDS, CD'S, DISKETTES, PC CARDS, OR DOCKING STATION. TOSHIBA SHALL NOT BE RESPONSIBLE AND FULLY DISCLAIMS ANY AND ALL LIABILITY FOR ANY ACCESSORIES SHIPPED WITH THE PRODUCT.

## 12 One (1) Year Limited Warranty

### Obtaining Service for Products Purchased in United States Territories, Puerto Rico, Latin America, and the Caribbean

In the country of original purchase, Customer is entitled to Carry-In Service through Toshiba's network of Authorized Service Providers during the Limited Warranty Period.

### Carry-In Service

Toshiba's network of Authorized Service Providers provides warranty repair service on Toshiba Products. A list of Authorized Service Providers is available on the Toshiba Web site at www.pcsupport.toshiba.com or by calling the Toshiba Global Support Centre at 1-949-859-4273. If Customer chooses to ship Customer's Product to an Authorized Service Provider, Customer must pay any shipping charges, insurance, taxes or duties associated with the transportation of the Product, unless local law provides otherwise.

### International Limited Warranty - Obtaining Service Outside the Country of Original Purchase

During the Limited Warranty Period, the International Limited Warranty covers the Product when warranty service is required outside the country of original purchase. A list of ASPs is available on the Toshiba Web site at www.pcsupport.toshiba.com or by calling the Toshiba Global Support Centre at 1-800-457-7777 if Customer is in the United States or 1-949-859-4273 if outside the United States.

---

All the terms and conditions of the Limited Warranty shall apply to this International Limited Warranty. However, warranty service availability and response times may vary from country to country and Customer may be subject to additional charges and registration requirements in the country of service. Products may also be subject to United States and international export control regulations.

Under the International Limited Warranty,

1. Customer will pay all of the following charges, if any, incurred by Toshiba to repair Customer's Product:

❖ Telephone/facsimile/telex communication charges;

❖ Import duties/taxes/tariffs/licensing fees for importing of any spare parts; and,

❖ Transport/delivery/insurance costs incurred in returning the parts to a Toshiba authorized reseller or service provider and the cost of returning the Product to Customer or the location that Customer specifies.

2. If replacement of the keyboard is required, only English language keyboards, or keyboards in the native language of the country where service is provided, if available, will be provided under the terms of this International Limited Warranty.

3. Service may be excluded on certain country-specific component parts or devices, including but not limited to the following: batteries, power cords, floppy disk drive attachment case, computer casing, modems, and PC cards.

# 14 One (1) Year Limited Warranty

## Contacting Toshiba

### Online Support

Technical support is available electronically on Toshiba's Web site at www.pcsupport.toshiba.com. At this Web site, Customer will find answers for many commonly asked technical questions plus many downloadable software drivers, BIOS updates and other downloads.

Additionally, Customer can obtain a listing of Authorized Service Providers or receive the current status of Customer's Toshiba Notebook Depot repair (if applicable).

### Ask IRIS Online™

Toshiba makes it even easier for customers to obtain technical support with immediate solutions from Ask IRIS Online™. Type in Customer's technical support question and IRIS (Instant Response Information Service) provides answers from an extensive technical database.

### Technical and Customer Support

**Toshiba Global Support Centre at 1-800-457-7777**

(1-949-859-4273 outside the United States)

An expert staff provides technical assistance 24 hours a day, 7 days a week.

© 2001-2004 Toshiba America Information Systems, Inc. Ask IRIS Online is a trademark of Toshiba America Information Systems, Inc. and/or Toshiba Corporation.

All rights reserved.

**TOSHIBA**

Toshiba America Information S96 Systems, Inc.

Digital Products Division

P.O. Box 19724, Irvine, Californiinia 92623-972

1-800-TOSHIBA • www.toshiba.com

# EXHIBIT
# A
# SECTION 2

NOTEBOOK COMPUTERS                    TOS     M45S265

Sale Date: 09/07/2005
Type of Service: CARRY IN
**Offer Expires: 09/07/2007**
**Policy Begins 09/08/2007 if purchased.**

| AVAILABLE COVERAGE | PAYMENT OPTIONS (INCLUDES TAX, IF ANY) | TOTAL ENCLOSED |
|---|---|---|
| 2 Years | $ 242.99 or $ 48.59 down & 3 payments of $ 64.80 | $ 48.59 |

B1046648334
**Satchi Mims**
**PO Box 19304**
**Oakland, CA  94619-0304**

IllIuluIuIIIIuuIIIIIuIIIuuuIIIuIIIuIIuIIIul

☑ **BILL MY CREDIT CARD** for the full amount due or the amount
I have indicated above. (If I have chosen the partial pay option, charge
the remaining payments, on their due dates, to my credit card.)
☐ Circuit City Charge   ☐ Visa/MC   ☑ AmEx   ☐ Discover

CREDIT
CARD #                                                 EXP.
                                                       DATE

Signature (Required for credit card payment, including Circuit City)

☐ **PAYMENT ENCLOSED.** (Please make payable to Circuit City.)
☐ **CHECK BOX** on left to indicate address or phone number change.
Please update information on reverse side of this form.
☑ **E-MAIL ADDRESS**

**OFFER EXPIRES: 09/07/2007**

Please detach top portion
and mail payment in
enclosed envelope.

B1046648334
Type of Service: CARRY IN
**Offer expires 09/07/2007. Please allow sufficient time for mail delivery.**
**Policy Begins 09/08/2007 if purchased.**

Sale Date: 09/07/2005
Plan Price: $ 242.99*

| PRODUCT DESCRIPTION | BRAND | MODEL |
|---|---|---|
| NOTEBOOK COMPUTERS | TOS | M45S265 |

### ***PROTECTION FOR YOUR COMPUTER EQUIPMENT***

Your Circuit City Advantage℠ Protection Plan on the product(s) listed above will expire
09/07/2007, so act now to renew this valuable protection quickly and easily.

Simply choose the options above that you prefer and send your request to us in the envelope
provided. Or call 1-800-395-4377, Monday through Friday from 9:00 am to 10:00 pm, EST.  Our
customer service representatives are ready to assist you.

We appreciate your continued business.

**Keep your gear working like new.**
Your Circuit City Advantage℠ Protection Plan provides these benefits:

- ■ **hassle-free repair or replacement**
- ■ **expert tech support available 24/7**
- ■ **convenient in-home service for desktop PCs**
- ■ **repair & shipping for notebook PCs, digital cameras & PDAs**
- ■ **power surge protection**
- ■ **service available nationwide**
- ■ **no estimates, no deductibles, no records to keep**
- ★ The Circuit City Advantage℠ Protection Plan is fully and easily refundable within 30 days of purchase.

S1900? 00001013 C3W2





**IT'S  EASY  TO**
**PAY BY PHONE**
9:00am to 10:00pm (ET) Mon-Fri
**Habla Español?** Para ayuda en español llame al 1-800-395-4377.

# 1-800-395-4377

Preguntas en español, llame 1-800-395-4377



Product/Coverage Information

| Contract No: | 85 6512453 |
|---|---|
| Brand/Model: | TOS/M45S265 |
| Sale Date: | September 07, 2005 |
| Prod. Descript: | COMPUTER EQUIPMENT |
| Sales Assoc: | Mail Order |

| Period Covered: | 09-08-2007 - 09-08-2009 |
|---|---|
| Service Type: | Carry In |
| Length of Plan: | 2 yrs |
| Price of Plan: | $242.99 |
| *(Includes tax if any)* | |

Account History

| Date | Amount | Description |
|---|---|---|
| 11-23-2007 | $ 64.80 | AMX payment |
| 10-23-2007 | $ 64.80 | AMX payment |
| 09-24-2007 | $ 64.80 | AMX payment |
| 08-24-2007 | $ 48.59 | AMX payment |
| | | PAID IN FULL |

**Satchi Mims**
**PO Box 19304**
**Oakland, CA  94619-0304**

# CERTIFICATE

## for COMPUTER PRODUCTS

■ **For service call 1-800-555-4615 Monday – Friday, 9:00 am to 9:00 pm, and Saturday 9:00 am to 8:00 pm Eastern Time.**

■ Congratulations! This is your Circuit City Advantage™ Protection Plan Certificate, and it will be valid until 09-08-2009.

■ This certificate is your proof of coverage. Please keep it with your other important papers.

■ If you have any questions regarding your Circuit City Advantage℠ Protection Plan, please call **1-800-395-4377** Monday-Friday, 9:00 am to 10:00 pm, Eastern Time.

C20402-0000088

---

| Product Description | Brand/Model |
|---|---|
| NOTEBOOK COMPUTER | TOS/M45S265 |

✂ Detach



| Satchi Mims | |
|---|---|
| Contract No: | 85 6512453 |
| Brand/Model: | TOS/M45S265 |
| Sale Date: | September 07, 2005 |
| Product Description: | COMPUTER EQUIPMENT |
| Period Covered: | 09-08-2007 - 09-08-2009 |
| Service Type: | Carry In |
| Length of Plan: | 2 yrs |
| Price of Plan: | $242.99 |

## PAID IN FULL

## Thank you!

**Circuit City Advantage Protection Plan**
**This Contract is not an insurance contract.**

**The Special State Disclosures in section 18 supersede any provision herein to the contrary.**

**1. Parties.** The obligor ("Obligor") under this service contract is Federal Warranty Service Corporation, P.O. Box 105689, Atlanta, GA 30348 in all states except in CA, where Sureway, Inc., P.O. Box 105689, Atlanta, GA 30348 is the Obligor, in FL where **UNITED SERVICE PROTECTION, INC.** is the Obligor and in MA, where General Electric Company is the Obligor. "We", "Us", and "Our" mean the Obligor under the service contract. "You" and "Your" mean the purchaser of the product(s) covered under the service contract and any authorized transferee/assignee of the purchaser. "Product(s)" means the product covered under this service contract as listed on Your sales receipt.  The administrator ("Administrator") is Federal Warranty Service Corporation, P.O. Box 105689, Atlanta GA 30348, 1-800-555-4615 except that for Home and Car Electronics the Administrator is Circuit City Stores, Inc. 9950 Mayland Drive, Richmond, Virginia 23233, 1-888-333-2333.

**2. Contract.** These terms and conditions ("Terms and Conditions"), together with the sales receipt or other evidence of purchase of the service contract ("Sales Receipt") shall constitute the entire service contract ("Contract"). Your Sales Receipt describes the Product, the type of plan purchased, the purchase price of the Contract ("Contract Price"), and when the Contract starts and how long it lasts.  The Contract provides coverage only for the Product listed on Your Sales Receipt.

**3. Coverage and How You Get Service.** Subject to these Terms and Conditions, the Contract provides for the repair or replacement of the Product resulting from failures that occur during normal use and operation in accordance with the manufacturer's written specifications, including normal wear and tear. Coverage is available for products purchased **in the 48 contiguous states, Hawaii and Puerto Rico.  Products placed in service outside of the 48 contiguous states, Hawaii and Puerto Rico may be covered if carried or mailed into an authorized location at your expense and liability.** The following plans are available:

**A. Circuit City Advantage Protection Plan ® for Computer Products:**
• **For service call 1-800-555-4615**
• You may check the status of Your claim at any time by going to www.circuitcity.com/protection-plan and typing in Your claim incident number. If You do not have Internet access, please call the Administrator.
• Your Contract covers damage resulting from power surge, and if the Product requires a lamp to generate a

1

picture. Your Contract covers one lamp replacement per Contract term, and such lamp replacement coverage may or may not be renewed at Circuit City's discretion. Your Contract also covers one laptop battery replacement in the event the laptop battery fails to retain power in accordance with manufacturer specifications.

• **LAPTOP BATTERY REPLACEMENT AND POWER SURGE BEGIN ON THE DATE OF PURCHASE; ALL OTHER BENEFITS BEGIN AFTER ONE YEAR FROM THE DATE OF PURCHASE OR UPON EXPIRATION OF THE MANUFACTUER'S WARRANTY, WHICH EVER COMES FIRST.**

### B. Circuit City Advantage Protection Plan® for Home and Car Electronics:

• **For service call 1-888-333-2333**

• Your Contract covers damage resulting from power surge, and if the Product requires a lamp to generate a picture. Your Contract covers one lamp replacement per Contract term and such lamp replacement coverage may or may not be renewed at Circuit City's discretion. Your Contract covers one annual cleaning or other preventative maintenance per Product required to maintain normal operation in accordance with the manufacture's specifications for the following Products: home cassette decks, camcorders and TV/VCR combinations. All such preventative maintenance shall be performed on a drop-off basis.

• **ALL BENEFITS BEGIN ON THE DATE OF PURCHASE**

### C. Circuit City Advantage Protection Plan® Plus ("The Plus Plan"):
Provides added coverage for accidental damage from handling and is available on certain computer and electronics products. **THE ACCIDENTAL DAMAGE BENEFIT IS AVAILABLE ON THE DATE OF PURCHASE.** Labor & replacement parts for screen & lens repair associated with the Product, where applicable, are provided under The Plus Plan. Limit of up to 2 screen or lens claim events per 12-month period. **The Plus Plan may or may not be renewed** at Circuit City's discretion.

### D. Details of Service:

The Administrator will advise you whether your product is eligible for in-home, carry-in, or mail-in service, and may request your assistance in diagnosing the Product(s) failure over the phone prior to providing service. If the Product is eligible for carry-in service, you may carry your Product into a Circuit City store location for service. If Your Product is eligible for mail-in service, We will pay standard shipping charges (or expedited shipping charges if You have The Plus Plan). Service is available and provided during regular working hours. Some in-home service events may require the authorized servicer to take the Product(s) to a repair facility rather than perform the service on-site; shipping

2

costs associated with moving the Product to and from the repair facility will be covered under this Contract.

In rare instances, if We cannot locate a service provider We may authorize you to locate a service provider near You and provide us with an estimate for repair prior to commencing with repair. This Contract will reimburse You for any repair expenses paid by You if you have been authorized to locate a service provider.

The Administrator, will not be responsible for delays or failure in performing service caused by acts of nature, acts of any government, or causes beyond its control. The use of NON-ORIGINAL MANUFACTURER PARTS is allowed under this Contract.

**THIS CONTRACT IS INCLUSIVE OF THE MANUFACTURER'S WARRANTY; IT DOES NOT REPLACE THE MANUFACTURER'S WARRANTY, BUT PROVIDES CERTAIN ADDITIONAL BENEFITS DURING THE TERM OF THE MANUFACTURER'S WARRANTY.**

**4. Non-Repairable Products and Replacement Products.** If the Administrator decides that the Product is non-repairable, or if repair parts become unavailable, You may receive a new or reconditioned product of like kind and quality. We will attempt to provide a replacement product with equal or similar features and functionality, regardless of brand or current retail purchase price. Changes in technology may result in a replacement product with a lower selling price than the original Product and may limit the Administrator's ability to provide the same or similar model or a unit with the exact same features as your original Product. At the Administrator's sole discretion, You may be required to return Your defective Product to the Administrator with freight pre-paid by the Administrator prior to receiving Your replacement product. If You refuse the replacement product, the Administrator may issue a Gift Card to You equal to the current cost for Us to replace Your Product with a product of like kind and quality. If a replacement product is not available the Administrator may issue a Circuit City Gift Card ("Gift Card") up to the original purchase price of the Product. If Your Product is replaced after expiration of the manufacturer's warranty and during the term of this Contract for any reason, via Gift Card or Product replacement, this Contract is deemed fully performed. If Your Product is replaced at any time during the term of this Contract due to accidental damage this Contract is deemed fully performed.

**5. Circuit City Gift Card.** The Gift Card may be used to purchase the replacement of Your choice, at any Circuit City store location or at www.circuitcity.com. You are

3

responsible for any difference between the purchase price of Your selected replacement and the amount paid for the Product. Please refer to the Gift Card for controlling terms of use.

**6. Cancellation by You.** You may cancel the Contract at any time for any reason by sending Your written notice to Service Contract Administration, 9950 Mayland Drive, Richmond, Virginia 23233. If Your written cancellation notice is received within 30 days of the original purchase date (which is also the date of receipt) on Your Sales Receipt, and no claim has been made, You will receive a full refund of the Contract Price. A 10% penalty per month shall be added to a refund that is not paid or credited within 30 days after return of the Contract. If Your written cancellation notice is received more than 30 days after the original purchase date on Your Sales Receipt, You will receive a prorated refund of the Contract Price (based on the duration of the Contract), less claims paid and less an administrative fee equal to the lesser of 10% of the Contract Price or $25.00.

**7. Cancellation by Us.** We can cancel the Contract for a breach of contract by You, nonpayment by You, fraud or material misrepresentation by You in obtaining the Contract or in presenting a claim for service. If We cancel the Contract after the first 30 days for any contractual reason, You will receive a refund equal to a prorated amount of the Contract Price (based on the duration of the Contract), less claims paid. Notice of cancellation by Us will be sent to You at least 30 days before cancellation, and will state the effective date and reason for cancellation.

**8. Transfer of Contract.** You may transfer this Contract for the Product to another person by writing to the Administrator at Circuit City Stores, Inc., Service Contract Administration, 9950 Mayland Dr, Richmond, VA 23233. The notice must include the name, address and phone number of the person to whom the Contract is being transferred. As long as Your Contract is valid, Your transfer takes affect as soon as the Administrator receives your written notice.

**9. EXCLUSIONS FROM SERVICE. YOUR CONTRACT DOES NOT COVER LOSS OR DAMAGE RESULTING FROM:**

**a. use of the Product in a manner other than normal use and operation in accordance with the manufacturer's specifications, lack of manufacturer specified maintenance, improper equipment modifications, minor pixel illumination issues that do not affect the overall viewing of the panel, improper installation or attachments, improper electrical/power supply, any**

**repair that is a result of a recall.**

**b. theft, exposure to weather, negligence, accident and subsequent damage (unless covered by The Plus Plan), misuse, abuse, vandalism, animal or insect infestation, rust, dust, corrosion, mold, battery leakage, water damage, burned phosphor (including image ghosting) in CRTs, or any external peril.**

**c. product(s) used as a server product or network connected computers.**

**d. loss or damage to recording media, software or data, computer viruses, software defects, software generated problems.**

**e. pre-existing conditions that occur prior to the Contract effective date and known to You.**

**f. consumables such as toner, ribbons, drums, belts, cosmetic items such as finish and cabinetry, consumer replaceable printer heads, TV accessories including all TV stands, and all batteries (except laptop power source batteries).**

**g. unauthorized transportation charges, transportation damage (except damage incurred by authorized shipment of product to and from an authorized service provider).**

**h. unauthorized repairs by third parties.**

**i. product(s) with removed or altered serial numbers.**

**j. products used in a commercial environment.**

**k. repair of product upon the noncompliance of any part of Section 12 by you.**

**l. cleaning or other preventative maintenance unless specifically covered.**

**10. No Lemon Guarantee.**

**A. Home and Car Electronics:** During the term of the Contract, if Your Product is repaired three times and it fails a fourth time, as verified by the Administrator, we will replace it under Our no lemon guarantee and as set forth in Section 4. Lamp replacement, "customer education", "no defect found", cleaning and preventative maintenance, and repairs due to accidental damage do not constitute repair events under this no lemon guarantee.

**B. Computer Products:** If Your Product or any component of Your Product is repaired three times and it fails a fourth time due to the same problem within any twelve (12) month period immediately following the expiration date of the manufacturer's warranty or one year from the Contract purchase date, whichever comes first as verified by the Administrator, We will replace the Product or component under Our No Lemon Guarantee and as set forth in Section 4. Lamp replacement, "customer education," "no defect found," cleaning and preventative maintenance, laptop battery replacement, and repairs due to accidental damage do not constitute a repair events under this no lemon guarantee.

4

5