*UNITED STATES BANKRUPTCY COURT*

RICHMOND DIVISION

FILED SEP 1 4 2009

U.S. BANKRUPTCY COURT CLERK

FILED

FOR THE EASTERN *District Of* VIRGINIA

*In re* Circuit City Stores, INC., )
et al., )
) *Case No.* 08-35653(KRH)
)
*Chapter* 11

## OBJECTION TO DEBTOR(S) DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF LIQUIDATION

*(A). The Debtor(s) Has Filed Omnibus Objection To Certain Claims & Equity Interest In This Chapter 11 Case. The Debtor(s) Intent Is To Subordinate & Provide Less Faverable Treatment To Certain Register Holder & Beneficial Owner Of The Debtor(s) Existing Common Stock. (1125-c)*

*(B). Therefore, Vincent E. Rhynes Object To The Debtor(s) Disclosure Statement  Base On "A" above. Consent To Any Subordination Agreement Is Hereby Denied At (510-a).*

*(C ). Consent To A Less Faverable Treatment Is Hereby Denied. See Title 11 Section 1123 (a) (4) Of The Bankruptcy Code.*

### -RELIEF REQUESTED-

*That Vincent E. Rhynes Beneficial OwnerShip  Status Be Upheld At Max and That Vincent E. Rhynes Request Be Granted With Respect To "B" & "C" Above.*

-BASIS FOR RELIEF-
Section 105(a) Of The Bankruptcy Code.
Section 1123(a)(4) Of The Bankruptcy Code.
(PHB/ At 1125-b)

Los Angeles CALIF.
Date: 09-07-2009

Vincent E. Rhynes(Pro Se)
1514 W. Manchester AVE. #5
Los Angeles CALIF, 90047
(323)971-6063

| NAME AND ADDRESS OF ATTORNEY: | (323) 971-6063 TELEPHONE NB. | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | | |

**ATTORNEY FOR:**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC., et al

| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>08-35653 |
|---|---|

Hearing:  Date 09-22-09
Time 11:00 am
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF. 90047

I served a copy of the following documents (list documents): Objection To Debtor(s)
Disclosure Statement.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a.   Date of deposit: 09-10-2009

b.   Place of deposit (city and state):  Los Angeles CALIF.

c.   Addressed as follows:  Office Of The United States Trustee
701 East Broad Street, Suite # 4304
Richmond, VA 23219-1888
ATTN: Robert B. Van Arsdale, Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed

on (date) _____09-10-2009_____ , at (place) _____Los Angeles_____ , California.

HERMAN RhyNES          Herman R Rynes

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

| NAME AND ADDRESS OF ATTORNEY:<br><br>Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | TELEPHONE NO.:<br><br>(323)971-6063 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR:<br><br>UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF<br>VIRGINIA | | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC., et al | | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>08-35653 | |

Hearing: Date 09-22-09
Time 11:00 am
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF. 90047

I served a copy of the following documents (list documents): Objection To Debtor(s) Disclosure Statement.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a.  Date of deposit: 09-10-2009

b.  Place of deposit (city and state): Los Angeles CALIF.

c.  Addressed as follows:  Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O Box 636
Wilmington, DE 19899-636
ATTN: Gregg M. Galardi

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 09-10-2009 , at (place) Los Angeles , California.

HERMAN RHYNES
Type or Print Name

_Signature_

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL