UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN District Of VIRGINIA

*In re* Circuit City Stores, INC., et al.,

Case No. 08-35653(KRH)

Chapter 11

[FILED SEP 14 2009 RICHMOND DIVISION U.S. BANKRUPTCY COURT CLERK]

*Response To Debtor(s) Thirty Second Omnibus Objection To Claims Of Equity Security Holders*

(A) I Vincent Testify Under Oath That I Am The Record Holder Of Ten Thousand(10,200) *[Two Hundred]* Shares Of The Debtor(s) Existing Common Stock Asserted In The Proof Of Claim Attach Hereto Along With "SUPPORTING DOCUMENTS" As Found Under # 7 Of Official Form 10(B10)(Proof of claim).

(B) The Stock CERT IS ALSO Attach(the supporting document). *(copy)*

NOTE : See Section 101 (5) A & B  (GP-Definitions).
       See Section 101 (17).

(C) Therefore Vincent Rhynes Object's To The Debtor(s) Thirty-Second Omnibus Objection On The Grounds That It Seeks To Reclassify My Section 101(17) Status To A Simple "street name" Interest.

-RELIEF REQUESTED-

That The Proof Of Claim Be Allowed According To The Supporting Document & That The Debtor(s) Request Be Denied Base On 'C' Above.

## -BASIS FOR RELIEF-
### Section 105 (a) Of The Bankruptcy Code.
### Section 501 (a) & 502(a) Of The Bankruptcy Code.

Los Angeles CALIF.
09-07-2009

*Vincent E. Rhynes*

Vincent E. Rhynes(Pro se)
1514 W. Manchester AVE
Los Angeles CALIF. 90047
(323)971-6063

B10 (Official Form 10) (12/07)

**COPY**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF VIRGINIA EASTERN | PROOF OF CLAIM |
|---|---|

Name of Debtor: Circuit City Stores, INC et al
Case Number: 08-35653

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**VINCENT E. RHYNES**

Name and address where notices should be sent:
VINCENT E. RHYNES
1514 W. Manchester AVE #5
Los Angeles CALIF, 90047

Telephone number: (310)329-4254

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ UNDT.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Recovery etc.
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 3875
   3a. Debtor may have scheduled account as: LESH.
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
   Describe:
   Value of Property: $_____ Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.    SEE STATEMENT OF VINCENT RHYNES Attach Hereto.
If the documents are not available, please explain:

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 01-20-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/ Vincent E. Rhynes

RECEIVED
JAN 20 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

VINCENT E. RHYNES

NUMBER
NW 28172

COMMON STOCK

INCORPORATED UNDER THE LAWS
OF THE
COMMONWEALTH OF VIRGINIA

THIS CERTIFICATE IS TRANSFERABLE
IN NEW YORK, N.Y. OR
IN SOUTH SAINT PAUL, MN.

SEE REVERSE FOR
CERTAIN DEFINITIONS

SHARES
**10200**

# CIRCUIT CITY STORES, INC. — CIRCUIT CITY GROUP

THIS CERTIFIES THAT

VINCENT RHYNES
1614 W MANCHESTER AVE APT E
LOS ANGELES CA 90047

is the owner of

**TEN THOUSAND TWO HUNDRED AND 00/100***

FULLY PAID AND NON-ASSESSABLE SHARES OF THE CIRCUIT CITY STORES, INC. — CIRCUIT CITY GROUP COMMON STOCK OF

Circuit City Stores, Inc., transferable on the books of the corporation by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Charter of Incorporation and amendments thereto, of the Corporation (copies of which are on file with the Transfer Agent) to all of which the holder by the acceptance hereof assents. This Certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

Witness the facsimile seal of the corporation and the facsimile signatures of its duly authorized officers.

Dated: JANUARY 8, 2009

COUNTERSIGNED AND REGISTERED:
WELLS FARGO BANK, N.A.
TRANSFER AGENT AND REGISTRAR
BY
AUTHORIZED SIGNATURE

SECRETARY

PRESIDENT AND CHIEF EXECUTIVE OFFICER

COMMON STOCK




| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: (323)971-6063 | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC., et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 08-35653

Hearing: Date 09-22-09
Time 11:00 am
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Response To Debtor(s) Thirty Second Omnibus Objection To Claims Of Equity Security Holders.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 09-10-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Office Of The United States Trustee
701 East Broad Street, Suite# 4304
Richmond, VA 23219-1888
ATTN: Robert B. Van Arsdale, Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 09-10-2009, at (place) Los Angeles, California.

Mark Rhynes
Type or Print Name

Signature

ACIS Code 33208(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: (323)971-6063 | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC., et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 08-35653

Hearing: Date 09-22-09
Time 11:00 am
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Response To Debtor(s) Thirty Second Omnibus Objection To Claims Of Equity Security Holders.
by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 09-10-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
ATTN: Gregg M. Galardi

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 09-10-2009, at (place) Los Angeles, California.

Mark Rhynes

Type or Print Name                                    Signature

ACIS Code 33208(02)                PROOF OF SERVICE BY MAIL