**JAMES P. MORAN**
**54 TWIN OAKS**
**NEW MILFORD, CT 06776**
**TEL/FAX 860 354 3272**

*RICHMOND DIVISION*
*FILED SEP 1 4 2009*
*CLERK U.S. BANKRUPTCY COURT*

SEPTEMBER 2, 2009

CLERK OF THE BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
701 EAST BROAD ST.
RICHMOND, VA. 23219

NAME OF DEBTOR: CIRCUIT CITY STORES, INC., et al (3875) - CASE NO. 08 35653-KRH, DOCKET 4617 FILED 8/24/09, DOCUMENT 8 PAGES.

RE: PTO EARNED, ACCRUED AND PAYABLE - 231.81 HOURS X $16.56 = $3834.63

COMMENTS:
PAGE 2/8, PARA 1. OBJECTIONS TO DISALLOW CLAIMS FOR PAID TIME OFF (PTO)

PAGE 3/8, PARA 4. FACT - "ALL HOURLY EMPLOYEES WITH 90 DAYS OR MORE OF SERVICE WITH THE DEBTOR ACCRUED PAID TIME OFF FOR EACH HOUR WORKED. COMMENT: I WAS AN HOURLY EMPLOYEE WITH OVER 8 YEARS SERVICE.

PAGE 3/8, ARGUMENT, PARA 6. "ASSOCIATE HANDBOOK DOES NOT SAY THAT UNUSED PAID TIME OFF IS PAID TO THE EMPLOYEES AT THE EMPLOYEE'S TERMINATION OF EMPLOYMENT"
COMMENT: TRUE - IT IS IMPLIED, AS IT IS EARNED AND ACCRUED. THE HANDBOOK ALSO DOES NOT SAY THAT THE PTO IS <u>NOT</u> PAID. PTO IS EARNED, ACCRUED AND PAYABLE!

PAGE 4/8, "CHANGE IN THE DEBTORS' PETITION PRACTICE" PARA 7. "PRIOR TO THE PETITION DATE, ON OR ABOUT NOVEMBER 8, 2008, THE DEBTORS CHANGED THEIR PRACTICE OF PAYING HOURLY ASSOCIATES FOR ANY ACCRUED, UNUSED PAID TIME OFF AT TERMINATION OF EMPLOYMENT"
COMMENT: A CHANGE OF PRACTICE IS EFFECTIVE AT THE TIME OF CHANGE GOING FORWARD NOT RETROACTIVE TO PTO EARNED, ACCRUED AND PAYABLE PRIOR TO THE 'CHANGE OF PRACTICE' - <u>MY PTO GRANDFATHERED!</u>
FURTHER, I WAS NOT TERMINATED, CIRCUIT CITY WENT INTO BANKRUPTCY - THEREFORE, I WAS UNEMPLOYED.

PAGE 2. JAMES P. MORAN

NAME OF DEBTOR: CIRCUIT CITY STORES, INC., et al (3875) - CASE NO. 08 35653-KRH, DOCKET 4617 FILED 8/24/09, DOCUMENT 8 PAGES.

RE: PTO EARNED, ACCRUED AND PAYABLE - 231.81 HOURS X $16.56 = $3834.63

PAGE 5/8, PARA 11. "ON OR ABOUT DECEMBER 16, 2008, THE DEBTORS TRANSMITTED A MEMORANDUM TO ITS EMPLOYEES CONFIRMING THE DEBTORS' POLICY AND REFLECTING THE CHANGE IN THE PRACTICE TO NOT PAY MONEY FOR PAID TIME OFF" DID NOT RECEIVE BUT IMMATERIAL
COMMENT: POLICY NOT RETROACTIVE AS PTO EARNED, ACCRUED AND GRANDFATHERED.

PAGE 7/8, PARA.18. "THE DEBTORS CONCLUDE THAT THEY HAVE NO LIABILITY FOR SUCH PAID TIME OFF CLAIM BECAUSE THE DEBTORS' PRE-PETITION PRACTICE OF PAYING SUCH ACCRUED PAID TIME OFF WAS CHANGED PRIOR TO THE PETITION DATE.
COMMENT: UNDERSTOOD AND JUSTIFIED GOING FORWARD, NOT RETROACTIVE TO PAID TIME OFF MONIES EARNED, UNUSED - ACCRUED AND GRANDFATHERED - PAYABLE.

PAGE7/8, PARA 19. "THE WAGE MOTION ......SPECIFICALLY STATES THAT IT DOES NOT SEEK AUTHORIZATION TO PAY EMPLOYEES UPON TERMINATION FOR ACCRUED, UNUSED PAID TIME OFF."
COMMENT: THE MOTION IS IMMATERIAL! PAID TIME OFF WAS EARNED, ACCRUED AND PAYABLE. WAS NOT TERMINATED - CIRCUIT CITY WAS TERMINATED - BANKRUPT!

CONCLUSIONS: WAS HOURLY EMPLOYEE WITH OVER 100 MONTHS EMPLOYMENT AT CIRCUIT CITY AND HAD EARNED AND ACCRUED 231.81 HOURS OF PTO @ $16.56/HR = $3834.63. PTO EARNED, ACCRUED, GRANDFATHERED AND PAYABLE. ALSO, WAGES ARE PAYABLE PRIOR TO OTHER CLAIMS.

SINCERELY,

*[signature]*

JAMES P. MORAN

ENCL: PAY STUB DOCUMENTING PTO HOURS AND HOURLY RATE.

COPY: KURTZMAN CARSON CONSULTANTS LLC

```
PO BOX 563986                Business Unit:  USANA                         Pay End Date:  03/11/2009    Advice Date: 03/09/2009
CHARLOTTE, NC 28256-3986     Employee                                                       Federal    CT State
                             Department:  366800 Danbury Superstore
JAMES P MORAN                Location: Danbury
54 Twin Oaks                                                                Marital Status    Single        Connecticut With
New Milford, CT  06776-1047                                                 Allowances:         0              0
                                                                            Addl. Pct:
                                                                            Addl. Amt:
```

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | ......Current...... | | | ......YTD...... | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hourly | 16.560000 | 72.00 | 1,192.32 | 479.25 | 7,936.38 | Fed Withholdng | 130.93 | 1,021.91 |
| Average Overtime | | | 0.00 | 24.50 | 202.86 | Fed MED/EE | 15.58 | 117.34 |
| Supervisor Bonus | | | 0.00 | | 292.50 | Fed OASDI/EE | 66.60 | 501.72 |
| Paid Time Off | | | 0.00 | 11.00 | 182.16 | CT Withholdng | 18.68 | 251.68 |
| Total: | | 72.00 | 1,192.32 | 514.75 | 8,613.90 | Total: | 231.79 | 1,892.65 |

16.56/Hr

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | PTO Plan | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | | |
| Employee Dental | 13.56 | 47.46 | Long Term Disability | 33.10 | 115.85 | PY PTO | |
| Employee Medical | 100.00 | 344.60 | | | | Earned | 0.00 |
| Employee Vision | 4.62 | 4.62 | | | | Taken | 0.00 |
| Health Care Flex Spending Acct | 0.00 | 125.00 | | | | Balance | 0.00 |
| 401K | 0.00 | 321.23 | | | | Current PTO | |
| | | | | | | Earned | 236.83 |
| | | | | | | Taken | 15.03 |
| | | | | | | Balance | 231.81 |
| | | | | | | IMPUTED INCOME | |
| | | | | | | Current: | 0.00 |
| Total: | 118.18 | 842.91 | Total: | 33.10 | 115.85 | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,192.32 | 1,074.14 | 231.79 | 151.28 | 809.25 |
| YTD: | 8,613.90 | 7,770.99 | 1,892.65 | 958.76 | 5,762.49 |

MESSAGE   VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼