August 31, 2009
In re: Circuit City Stores, Inc.,
Chapter 11
Case No. 08-35653 (KRH)



From: Claimant: Melissa Michelle Gillard
9255 Tamarack Ave
Sun Valley, Ca 91352-1324
(818) 422-2870
Claim Number: 8522
PRF No. 18538
Amount Claimed as Filed: $2,689.40
Notice of Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation)

To: Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, Virginia 23219

Counsel to the Debtors and Debtors in Possession:
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCQUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dear Bankruptcy Court/To Whom it May Concern,   August 31st, 2009

I __MELISSA MICHELLE GILLARD__ / Melissa Michelle Gillard (Declarant), am a resident of Sun Valley, County of Los Angeles, State of California, and do hereby certify, swear, or affirm and declare that I am competent to give the following declaration based upon my personal knowledge, unless otherwise stated, and that the following facts and things are true and correct to the best of my knowledge: I do hereby legally declare that during the entire time I was employed at Circuit City store 0419 in Woodland Hills, California (2007-2008). According to California State Law I am legally entitled to the claim I filed in October of 2008; claiming $112.63 from 7.5 hours of work at $13.25 an hour earned from 5/19/08 to 5/21/08. As well as additional wages accrued pursuant to California Labor Code Section 203 as a penalty at the rate of $86.13 per day until paid, but not to exceed thirty days for an amount of $2,583.90. Claiming a grand total of $2,689.40. A total amount that I have not yet received. Management was fully aware of this ongoing situation and never actively did anything to relieve the problem, which I understand continued until the final closing of the store in March of 2009. I declare under penalty of perjury that the foregoing is true and correct, and would be my testimony if I were in a court of law. If you have any questions and/or need further clarification, please do not hesitate to contact me or my witness who is also aware of the above situation as this not only affected me but almost all of the employees in the store. I can be reached at the following phone numbers and/or email address printed below.

Sincerely,

_____  08-31-09     _Patrick Gerald Kennedy_ 9-10-09
Signature of Declarant      DATE         Witnessed by             DATE
Melissa Michelle Gillard                 Patrick Gerald Kennedy
9255 Tamarack Ave                        PO BOX 280281
Sun Valley, Ca 91352                     Northridge, Ca 91328-0281
(818) 422-2870                           (818)793-6643
mel.gillard@gmail.com                    patgenken@yahoo.com

Dear Bankruptcy Court/To Whom it May Concern,    September 7, 2009

I PATRICK GERALD KENNEDY Patrick Gerald Kennedy (Declarant), am a resident of Woodland Hills, County of Ventura, State of California, and do hereby certify, swear, or affirm and declare that I am competent to give the following declaration based upon my personal knowledge, unless otherwise stated, and that the following facts and things are true and correct to the best of my knowledge: I do hereby legally declare that during the entire time I was employed at Circuit City store 0419 in Woodland Hills, California ( 2006-2008) as a Full Time Customer Service representative, Circuit City management and Circuit City Human Resources repeatedly failed to follow California State Labor Codes and California State Labor Laws. Specifically those dealing with the payment of regular and overtime time pay as well as final paychecks in a timely manner, California State Labor Code 203. I routinely observed as well as well as took phone calls from upset former/current employees who had not received their final paychecks and/or were missing pay from work completed, sometimes months or years after the work had been completed or in most cases their last day of employment. Management was fully aware of said ongoing situation as numerous employees complained as well as filed claims with the DLSE and never actively did anything to relieve the problem, which I understand continued to the stores ultimate closing sometime in March 2009. I declare under penalty of perjury that the foregoing is true and correct, and would be my testimony if I were in a court of law. If you have any questions and/or need further clarification, please do not hesitate to contact me. I can be reached at the following phone number, mailing address and/or email address printed below.

Sincerely,

_Patrick Gerald Kennedy_ 9-10-09          _[signature]_          09-10-09
Signature of Declarant    DATE         Witnessed by         DATE
Patrick Gerald Kennedy                Melissa Michelle Gillard
PO BOX 280281                         9255 Tamarack Ave
Northridge, Ca 91328-0281             Sun Valley, Ca 91352-1324
(818) 793-6643                        (818) 422-2870
patgenken@yahoo.com                   mel.gillard@gmail.com

December 17, 2008

To Whom It May Concern,

I, Melissa Michelle Gillard, filed a wage claim with the Division of Labor Standards Enforcement (DLSE) against Circuit City Inc. Wages for 8 hours at $13.25 per hour earned from 05/19/2008 to 05/21/08, claiming a total of $106. Also, alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of $86.13 per day until paid, but not to exceed thirty days. A total of $2,689.90.

Detailed Description of Claim: On 05/19/08, I was clocked out at 4:01pm however, was still working another half hour helping with customer returns. On 05/21/08 my timesheet only reflects the time that I came back from lunch. I came in at 6 a.m. went to lunch at 12 p.m. came back at 12:30 p.m. and clocked out for the day at 2 p.m. With both days, totaling 8 hours, I was not paid for. My dates of employment were 06/15/07 to 06/05/08. I received my "final" check on 06/10/08. This specific check did not include 05/19/08, 05/21/08, and 06/05/08. I informed my manager, Ron Particelli, of the matter and he said he would take care of it. On 07/02/08 I received a check for 06/05/08 but not for the other two days. Mr. Particelli said he would give me a call when the check came in. I did not hear from him as I tried to contact him on several occasions. Finally, on 10/03/08 I filed a wage claim with DLSE. My Deputy Labor Commissioner was Susan Johnson. On 11/03/08, 11/10/08, and 11/18/08 I called Deputy Johnson to check the status of my claim. I received a notice after Thanksgiving that I must pursue my claim with the Bankruptcy Court.

The following pages are supporting documents. The first page is my notice of claim filed. Attached to that is my timesheet with a manual timesheet to adjust the times of 05/19/08 and 05/21/08 that is faxed to the Corporate offices of Circuit City. The last two pages is the notice sent from DSLE to pursue my claim with the Bankruptcy court and a copy of my claim with the court.

If any further information is needed please feel free to contact me. Thank you for your time as it is greatly appreciated.

*[signature]*

Melissa M. Gillard
(818) 689-6584
9255 Tamarack Ave
Sun Valley, Ca. 91352

| Direct any correspondence to: <br> **LABOR COMMISSIONER, STATE OF CALIFORNIA** <br> Department of Industrial Relations <br> Division of Labor Standards Enforcement <br> 6150 Van Nuys Boulevard, Room 206 <br> Van Nuys, CA 91401 <br> Tel: (818) 901-5315   Fax: (818) 901-5307 ||
|---|---|
| **PLAINTIFF:** | Melissa Michelle Gillard <br> 9255 Tamarack Avenue <br> Sun Valley, CA  91352-1324 |
| **DEFENDANT:** | Circuit City <br> 6401 Canoga Avenue <br> Woodland Hills, CA  91367 |
| **State Case Number** <br> 17 - 50567     SJ | **NOTICE OF CLAIM FILED** |

A notice of your claim has been mailed to the above named defendant.
Your complaint was described as follows:

**Wages for 7.5 hours at $13.25 per hour earned from 5/19/08 to 5/21/08, claiming $99.38.**

**TOTAL CLAIMED = $99.38**

☒ and also alleging additional wages accrued pursuant to Labor Code Section 203 as a penalty at the rate of **$86.13** per day until paid, but not to exceed thirty days.

☐ and also alleging additional wages accrued pursuant to Labor Code Section 203.1, as a penalty of ................................. per day for issuance of an insufficient payroll check for an indeterminate number of days not to exceed thirty days.

In addition you may be subject to penalties due to the State of California, which may be assessed pursuant to Labor Code Section 210.
This claim may be settled immediately by mailing to this office a check or money order made payable to the **Plaintiff**. If the claim is disputed your employer will submit a written statement **in duplicate** of the facts and include payment of any amount conceded due, **plus penalties**. Payment must be accompanied by a separate or detachable itemized statement of any deductions made as provided by the Labor Code. No payroll deductions will be made from the amounts paid as penalties but you must report this amount as income.

We requested a written reply, in duplicate, to this letter within 10 days from the date below.

If this claim is not settled, it will be resolved as provided by Section 98 of the California Labor Code.

DATED: October 3, 2008

Susan Johnson          Deputy Labor Commissioner
818-901-5308

DLSE 546/PLT. (REV 9/96)          NOTICE OF CLAIM FILED          LC 98

*PAGE 2*

```
02:49:08        05/22/08                              TIMESHEET

GILLARD     MELISSA    LOC: 419 SSN: 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 WWK:~5   SUPERVISOR, CUST SERV ASSOC    Mgr: 000000 PERIOD END: 5/21/08

DAY DATE   IN    OUT    IN    OUT    IN    OUT    IN    OUT    IN    OUT    REG    MISC TYPE   MISC TYPE   MISC TYPE   TOTAL
====================================================================================================================================

THU  5/ 8                                                                    . 0      . 0         . 0         . 0         . 0

FRI  5/ 9  8:09a 12:04p 1:04p 5:02p ✓                                        8.00     . 0         . 0         . 0         8.00

SAT  5/10  5:01p 8:19p  8:49p 11:00p ✓                                       5.50     . 0         . 0         . 0         5.50

SUN  5/11  KATRINA TOOK MY SHIFT                                             . 0      . 0         . 0         . 0         . 0

MON  5/12  9:13a 12:07p 12:59p 3:53p ✓                                       5.75     . 0         . 0         . 0         5.75

TUE  5/13  11:50a 2:29p 3:29p 6:05p ✓  I TOOK KATRINAS                       5.25     . 0         . 0         . 0         5.25
                                        SHIFT
WED  5/14  11:31a 3:09p ✓                                                    3.75     . 0         . 0         . 0         3.75
                                                                             =====                                        ====
                                                                             28.25                                        28.25

                        1.42a(n) ?
THU  5/15                                                                    . 0      . 0         . 0         . 0         . 0

FRI  5/16  7:51a 12:00p 1:42p 4:54p ✓                                        7.25     . 0         . 0         . 0         7.25

SAT  5/17  5:00p 6:39p  7:49p 11:14p ✓                                       5.00     . 0         . 0         . 0         5.00

SUN  5/18  7:36a 9:30a  (              )  1-CLOSE                            2.00     . 0         . 0         . 0         2.00

MON  5/19  9:00a 12:01p 1:01p 4:01p ✓                                        6.00     . 0         . 0         . 0         6.00

TUE  5/20                                                                    . 0      . 0         . 0         . 0         . 0

WED  5/21  12:30P  ?         600-12   1-4                                    . 0      . 0         . 0         . 0         . 0
                                                                             =====                                        ====
                                                                             20.25                                        20.25

                                                                             =====                                        ====
                                                                             48.50                                        48.50
```

COMMENT:
EMP. SIGNATURE: _____                    MGR. SIGNATURE: _[signature]_

# CIRCUIT CITY — HOURLY TIME SHEET

Fax Timesheet to: (281) 298-0845

**NAME:** MELISSA GILLARD  **JOB TITLE:** CSA Sup

**SOCIAL SECURITY #** 666706537  **LOCATION #** 0419  **PERIOD ENDING** 05/21/08

| DAYS | DATE | IN | OUT | IN | OUT | IN | OUT | REG | OT | PTO | FUNER | REMOD | WEATH | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THU |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FRI |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SAT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SUN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| WED |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| THU |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FRI |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SAT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SUN | 05/19 |  |  |  | 4pm |  |  |  |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TUE |  | 6:00AM | 12pm | 1pm | 4pm |  |  |  |  |  |  |  |  |  |  |
| WED | 05/21 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**MANAGER'S COMMENTS:** PUNCH IN ON 5/21 @ 1230p (TOTAL OF 7 HOURS) BY CHRIS GOVANI TO DO SALES.

**BI-WEEKLY TOTAL:**

MELISSA GILLARD
EMPLOYEE PRINTED NAME

_(signature)_
EMPLOYEE SIGNATURE

Ron Pasicell
MANAGER'S PRINTED NAME

_(signature)_  5-25-08
MANAGER'S SIGNATURE    DATE

I HEREBY CERTIFY THAT THE HOURS LISTED ABOVE ARE THE TOTAL HOURS WORKED BY ME DURING THE INDICATED PERIOD.

**Department of Industrial Relations**
**DIVISION OF LABOR STANDARDS ENFORCEMENT**
6150 Van Nuys Boulevard, Room 206
Van Nuys, CA 91401
Tel: (818) 901-5315   Fax: (818) 901-5307



November 25, 2008

Melissa Michelle Gillard                    Reply to: 17 - 50567     SJ
9255 Tamarack Avenue
Sun Valley, CA  91352-1324


RE: Your claim v. Circuit City Stores, Inc.

Dear Ms. Gillard

Please be advised that the above mentioned employer has filed for bankruptcy protection. Therefore, we have no jurisdiction and are closing our file.

Please see the copy of filing attached. It is imperative that you file a claim with the Bankruptcy Court listed below.

The address for the Bankruptcy Court is as follows:

> United States Bankruptcy Court, For the Eastern District of
> Virginia, Richmond Division Case Nos. 08-35653 thru 08-356-70
> CONTACT FOR FILING SECTION 503(b) (9) CLAIM FORM:
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Sugundo, CA 90245


Sincerely,

*Susan Johnson*

**Susan Johnson**
**Deputy Labor Commissioner**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: **CIRCUIT CITY STORES, INC (TAX I.D No. 54-0493875)**  Case Number: **08-35653**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **MELISSA GILLARD**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
**MELISSA GILLARD
9255 TAMARACK AVE
SUN VALLEY, CA 91352**

Telephone number: **8186096584**

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **2,684.90**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. **LABOR CODE SECTION 203 VIOLATION**

2. Basis for Claim: **CA LABOR CODE VIOLATION**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Date:    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.