

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                             :    Chapter 11
                                   :
CIRCUIT CITY STORES, INC.,         :    Case No. 08-35653 (KRH)
et al.,                            :
                                   :
                Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x

## RESPONSE TO RECLASSIFICATION OF CLAIM

COMES NOW, P.R. Mechanical, Inc., by counsel, and for its

Response to the Debtors' Thirty-Third Omnibus Objection to

Claims seeking to reclassify its claim from secured to

unsecured, states as follows:

1.    P.R. Mechanical, Inc.'s claim arises from construction

materials and services provided to Circuit City at its retail

store located at 4423 S. Laburnum Avenue in Henrico County,

Virginia.

2.    P.R. Mechanical, Inc. duly filed a Mechanic's Lien on

the project within the time, and in conformance with all the

requirements of Va. Code § 43-1 et seq.  A copy of the recorded

lien is attached hereto.

3.    Subsequent to its receipt of Notice of the Bankruptcy

Filing, P.R. Mechanical, Inc. duly filed its Notice of Claim.  A

copy of which is enclosed herewith.  The undersigned, having

prepared and filed the Mechanic's Lien, has personal knowledge

of the relevant facts stated herein.

WHEREFORE, P.R. Mechanical, Inc., by counsel, moves this

Honorable Court to refuse the reclassification of the claim of

P.R. Mechanical, Inc. from secured to unsecured creditor.

RESPECTFULLY SUBMITTED,

P.R. MECHANICAL, INC.
By Counsel

William B. Cave (VSB #15010)
Hopson, Habenicht and Cave
5601 Ironbridge Parkway, Suite 102
Chester, VA  23831
(804) 748-3381
(804) 748-5386 Fax

## CERTIFICATE

I hereby certify that a true copy of the foregoing Response
to Objection to Claims was mailed, postage prepaid, to the
following counsel on this  *11th*  day of September, 2009:

Gregg M. Galardi, Esq.
SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, IL  60606-1720

Dion W. Hayes, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

_____
William B. Cave

Instrument Control Number

LR 200800046621 11/25/2008 2:11:00 PM

# Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

[ILS VLR Cover Sheet Agent 1.0.93]

BK4581PG1428

| | | | |
|---|---|---|---|
| T A X | C O R P | **Date of Instrument:** [11/25/2008 ] | |
| | | **Instrument Type:** [LM     ] | |
| E X E M P T | | **Number of Parcels** [   1] | |
| | | **Number of Pages** [   3] | |
| | | **City** [ ] **County** [x]   [Henrico County | (Box for Deed Stamp Only) |

**First and Second Grantors**

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| [x] | [LABURNUM INVESTM ] [ | ] [ | ] [ | ] |
| [x] | [LABURNUM ASSOCIA ] [ | ] [ | ] [ | ] |

**First and Second Grantees**

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| [x] | [P.R. MECHANICAL, INC.] [ | ] [ | ] [ | ] |
| | [ ] [ | ] [ | ] [ | ] |

| | | |
|---|---|---|
| **Grantee Address** | (Name) | [P.R. Mechanical, Inc. ] |
| | (Address 1) | [630 Research Road ] |
| | (Address 2) | [ ] |
| | (City, State, Zip) | [Richmond                    ] [VA] [23236 ] |

**Consideration** [0.00         ] **Existing Debt** [0.00        ] **Assumption Balance** [0.00         ]

---

**Prior Instr. Recorded at:** City [ ] County [x] [Henrico County        ] **Percent. in this Juris.** [   100]
**Book** [     ]              **Page** [     ]            **Instr. No** [                             ]
**Parcel Identification No (PIN)** [815-718-5710                                                     ]
**Tax Map Num.    (if different than PIN)** [815-718-5710                                           ]
**Short Property Description** [Retail Shopping Mall - S. Laburnum Avenue *see Instrum*
[                                                                                                    ]
**Current Property Address (Address 1)** [4423 S. Laburnum Avenue                                    ]
                              (Address 2) [4531 S. Laburnum Avenue                                   ]
                         (City, State, Zip) [Richmond                        ] [VA ] [23231        ]

---

| | | |
|---|---|---|
| **Instrument Prepared By** | | [William B. Cave, Esquire ] |
| **Recording Paid for By** | | [William B. Cave, Attorney, P.C. ] |
| **Return Recording To** | (Name) | [William B. Cave, Esq. ] |
| | (Address 1) | [Hopson, Habenicht and Cave ] |
| | (Address 2) | [5601 Ironbridge Parkway, Suite 102 ] |
| | (City, State, Zip) | [Chester                       ] [VA ] [23831 ] |
| **Customer Case ID** | | [             ] [        ] [         ] |



**Cover Sheet Page # 1 of 2**

Instrument Control Number

BK 4 5 8 1 PG 1 4 2 9

## Commonwealth of Virginia
## Land Record Instruments
## Continuation Cover Sheet
## Form B
**[ILS VLR Cover Sheet Agent 1.0.93]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T A X E X E M P T | G R A N T O R | G R A N T E E | C O R P | | | | |

Date of Instrument:     [11/25/2008  ]
Instrument Type:     [LM          ]

Number of Parcels     [    1]
Number of Pages     [    3]

City ☐  County ☒   [Henrico County                    ]

(Box for Deed Stamp Only)

**Grantors/Grantees/Parcel Continuation Form B**

| | | | | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☒ | [SUN BELT GENERAL  ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |
| ☐ | ☐ | ☐ | ☐ | [ | ] [ | ] [ | ] [ | ] |

Prior Instr. Recorded at: City ☐  County ☐  [                    ] Percent. in this Juris.  [         ]
Book   [          ]       Page   [          ]        Instr. No  [                    ]
Parcel Identification No (PIN)           [                                        ]
Tax Map Num.     (if different than PIN)  [                                        ]
Short Property Description     [                                        ]
[                                        ]
Current Property Address (Address 1)  [                                        ]
(Address 2)  [                                        ]
(City, State, Zip)  [                    ] [        ] [        ]



**Cover Sheet Page # 2 of 2**

BK 4 5 8 1 PG 1 4 3 0

Prepared by and return to:
William B. Cave, Esquire
Hopson, Habenicht and Cave
5601 Ironbridge Parkway, Suite 102
Chester, VA 23831

Tax Map #815-718-5710

VIRGINIA:

## IN THE CIRCUIT COURT OF HENRICO COUNTY

### MEMORANDUM FOR MECHANIC'S LIEN
### CLAIMED BY SUBCONTRACTOR

| | |
|---|---|
| Name of Owner: | Laburnum Investment, LLC |
| Address of Owner: | c/o Registered Agent<br>CT Corporation System<br>4701 Cox Road, Suite 301<br>Glen Allen, VA 23060-6802 |
| Name of Owner: | Laburnum Associates, LLC |
| Address of Owner: | c/o Registered Agent<br>CT Corporation System<br>4701 Cox Road, Suite 301<br>Glen Allen, VA 23060-6802 |
| Name of General Contractor: | Sun Belt General Contractors, Inc. |
| Address of General Contractor: | c/o Registered Agent<br>CT Corporation System<br>4701 Cox Road, Suite 301<br>Glen Allen, VA 23060-6802 |
| Name of Claimant: | P.R. Mechanical, Inc. |
| Address of Claimant: | 630 Research Road<br>Richmond, VA 23236 |

(1)   Type of materials or services furnished:

Furnish and install plumbing systems

(2)   Amount claimed:        $13,039.90

BK 4 5 8 1 PG 1 4 3 1

(3)    Type of structure on which work done or materials furnished:    Retail Shopping Mall

(4)    Brief description and location of real property:

A part of 4423 S. Laburnum Avenue, Henrico County, Virginia, being constructed as a Circuit City Retail Store at 4531 S. Laburnum Avenue.

(5)    Date from which interest on above amount is claimed:    September 20, 2008

It is the intent of the claimant to claim the benefit of a lien.

P.R. MECHANICAL, INC.

By: _____

William B. Cave, Its Attorney

STATE OF VIRGINIA

County of Chesterfield, to-wit:

I, Deborah L. Cribb, a Notary Public for the jurisdiction aforesaid, do certify that William B. Cave, Attorney for P.R. Mechanical, Inc., and agent for the claimant, this day made oath before me in my jurisdiction aforesaid that Sun Belt General Contractors, Inc. is justly indebted to claimant in the sum of $13,039.90 for the consideration stated in the foregoing Memorandum, and that the same is payable as therein stated.

Given under my hand this _25th_ day of November, 2008.

My commission expires: __5\31\2010__

_____

Notary Public

Deborah L. Cribb
NOTARY PUBLIC
Commonwealth of Virginia
ID #113577 Com Exp 05/31/10

## NOTICE TO LAST KNOWN ADDRESS

To Laburnum Investment, LLC, c/o Registered Agent, CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, Virginia, 23060-6802, by Certified Mail, Return Receipt Requested; to Laburnum Associates, LLC, c/o Registered Agent, CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, Virginia, 23060-6802, by Certified Mail, Return Receipt Requested; and to Sun Belt General Contractors, Inc. c/o Registered Agent, CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, Virginia, 23060-6802, by Certified Mail, Return Receipt Requested.

You are hereby notified that Sun Belt General Contractors, Inc. is indebted to P.R. Mechanical, Inc. for plumbing improvements to the building located at 4531 S. Laburnum Avenue, Henrico County, Virginia, and that P.R. Mechanical, Inc. has duly recorded a Mechanic's Lien for the same.

Given under my hand this _25th_ day of November, 2008.

P.R. MECHANICAL, INC.

By: _____

William B. Cave, Its Attorney

INSTRUMENT #46621
RECORDED IN THE CLERK'S OFFICE OF
HENRICO COUNTY ON
NOVEMBER 25, 2008 AT 02:11PM

YVONNE G. SMITH, CLERK
RECORDED BY: TDC

the amount of $13,939.00. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

Case 08-35653-KRH    Doc 4843    Filed 09/14/09    Entered 09/14/09 15:18:08    Desc Main
Document    Page 9 of 10

**B 10 (Official Form 10) (12/07)**

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | **PROOF OF CLAIM** |
|---|---|

**Debtor against which claim is asserted : (Check only one box below:)**

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35669)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**PR MECHANICAL** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>NameID: 4985314    PackID: 414579<br><br>PR MECHANICAL<br>630 RESEARCH RD<br>RICHMOND VA 23236<br><br>Telephone number: (804) 675-4052 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $ 13,039.90<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐   Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)    Construction Services | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4). |
| **3.** Last four digits of any number by which creditor identifies debtor:_____<br><br>**3a.** Debtor may have scheduled account as:_____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☒ Real Estate    ☐ Motor Vehicle    ☐ Other   Leasehold<br>Describe:    Interest<br><br>Value of Property: $ Unknown    Annual Interest Rate ___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____    Basis for perfection: Mechanic's Lien<br><br>Amount of Secured Claim: $ 13,039.90    Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **6.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
| **Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**Date:**<br>01/13/09    P.R. Mechanical, Inc.<br><br>By: _____<br>William B. Cave, Its Attorney | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Hopson, Habenicht and Cave
5601 Ironbridge Parkway, Suite 102
MasterCode: 10149716 Chester, VA  23831
(804) 748-3381



0835653081218074058165032

HOPSON, HABENICHT AND CAVE

R. CRAIG HOPSON
CHRISTOPHER J. HABENICHT
WILLIAM B. CAVE

An Association of Professional Corporations
5601 IRONBRIDGE PARKWAY, SUITE 102
CHESTER, VIRGINIA 23831-7771

TEL. (804) 748-3381
FAX (804) 748-5386
hophab@aol.com

September 11, 2009

William C. Redden, Clerk
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA  23219

Re:  In re:  Circuit Court Stores, Inc., et al.
     Case No. 08-35653 (KRH)

Dear Mr. Redden:

     Please find enclosed herewith the Response to Objection to
Claims filed herein on behalf of P.R. Mechanical, Inc. which I
ask that you accept as filed in the captioned matter.  Thanking
you, as always, for your usual good cooperation.  I remain,

Very truly yours,

William B. Cave

WBC/dlc
Enclosure
cc:  Mr. John Proffitt
     Gregg M. Galardi, Esq.
     Chris L. Dickerson, Esq.
     Dion W. Hayes, Esq.