UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF VIRGINIA
RICHMOND DIVISION

FILED
SEP 1 4 2009
CLERK
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc. et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENT NOTICE

COMES NOW, Thomas L. Flynn, of Belin Lamson McCormick Zumbach Flynn Law Firm, a professional corporation, and hereby enters his appearance on behalf of creditor, Grubb & Ellis Mid America PAC and requests notice and service of future pleadings filed with the Court.

Dated: September 10, 2009

                                                           BELIN LAMSON McCORMICK
                                                           ZUMBACH FLYNN, A Professional
                                                           Corporation

                                                           By *s/ Thomas L. Flynn*
                                                              Thomas L. Flynn         IS9999918

                                                           The Financial Center
                                                           666 Walnut Street Suite 2000
                                                           Des Moines, IA 50309-3989
                                                           Telephone: (515) 243-7100
                                                           Telecopier: (515) 243-1408
                                                           tlflynn@belinlaw.com

                                                           ATTORNEYS FOR GRUBB & EILLIS
                                                           MID AMERICA PAC

### CERTIFICATE OF SERVICE

This document was served via first class mail, United States Post Office, postage prepaid on this 10th day of September to the following parties:

                                                           The Debtors

                                                           Circuit City Stores, Inc.
                                                           PO Box 5695
                                                           Glen Allen, VA 23058-5695

(Attn: Michelle Mosier)

Counsel for the Debtors

Skadden, Arps, Sltae, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-636
(Attn:  Gregg M. Galardi and Ian S. Fredericks)

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn:  Chris L. Dickerson and Jessica Kumar)

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Counsel For The Creditor's Committee

Paschulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn:  Robert J. Feinstein)

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn:  Lynn L. Tavenner and Paula S. Beran)

The United States Trustee

701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn:  Robert B. Van Arsdale)


*s/Angela Nemechek*
Angela Nemechek

**BELIN LAMSON McCORMICK ZUMBACH FLYNN**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| Mark McCormick | Robert A. Mullen | Edward M. Mansfield | S. Christian Nelson | David W. Nelmark | Of Counsel |
| Steven E. Zumbach | Patricia A. Shoff | Stephen R. Eckley | Holly M. Logan | William B. Ortman | Danielle M. Shelton |
| Thomas L. Flynn | William D. Bartine | David Swinton | Lance W. Lange | Kelsey J. Knowles | John T. Seitz |
| Jon L. Staudt | Quentin R. Boyken | Margaret C. Callahan | Christopher McDonald | Dean V. Krishna* | |
| Richard W. Lozier, Jr. | Charles F. Becker | Robert D. Sharp | Matthew C. McDermott | | David W. Belin |
| James V. Sarcone, Jr. | Sheila K. Tipton | Garth D. Adams | Silvia J. Hansell | * Admitted in | (1928 – 1999) |
| James R. Swanger | Mark E. Weinhardt | Michael R. Reck | Nathan J. Barber | Pennsylvania and | Roger T. Stetson |
| Jeremy C. Sharpe | Dennis P. Ogden | Wayne E. Reames | Michael B. Abbott | New Jersey only | (1953 – 2004) |

**Angela Nemechek**
Direct Dial: (515) 283-4675
Direct Fax: (515) 558-0605
E-mail:
anemechek@belinlaw.com

September 10, 2009

U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Re:   Circuit City Stores, Inc. et al. – Bankruptcy Case No. 08-35653 (KRH)

Dear Clerk:

Enclosed please find a Notice of Appearance and Request for Document Notice for filing in the above-identified case. Please do not hesitate to contact me with any questions or concerns. Thank you.

Sincerely yours,

*Angela Nemechek*

Angela Nemechek
Assistant to Thomas L. Flynn

TLF/aln

Enclosure
BELIN\F0197\0000\ltr virginia bkcy court re circuit city 091009 (00423754).DOC