IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **Circuit City Stores, Inc.,** *et al.*, | : Case No. 08-35653 (KRH) |
| | : |
| **Debtors.** | : |

**RESPONSE OF BOSTON ACOUSTICS, INC. TO DEBTORS'
THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR
RECLASSIFICATION OF CERTAIN CLAIMS)**

**COMES NOW** Boston Acoustics Inc., ("Boston Acoustics"), by the undersigned counsel, and for its response to *Debtors' Thirty-Third Objection to Claims (Modification and/or Reclassification of Certain Claims)* ("Objection"), and states as follows:

1. On or about January 30, 2009, Boston Acoustics timely filed an amended[1] claim with Debtor's claims agent, Kurtzman Carson Consultants, in the total amount of $503,373.29. The claim has been assigned claim number 9230 (the "Claim"). The Claim asserted $187,454.84 as entitled to administrative expense status, and $315,918.15 as general unsecured. A copy of the Claim is attached hereto and incorporated in full by this reference as **Exhibit A**. The Debtor's Objection seeks to reclassify the Claim entirely to a general unsecured claim.

2. The administrative expense portion of the Claim is based upon goods sold and delivered to Debtor, in Debtor's ordinary course of business, within forty-five (45) days of the commencement of Circuit City's bankruptcy case. See, 11 U.S.C. § 546(c). Additionally, it is

---

[1] The original claim was filed on or about December 19, 2008, in the amount of $187,454.84.

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax:    (804) 783-7291
*Counsel for Boston Acoustics Inc*

based on the reclamation demand letter of November 10, 2008, from John Henderson, Director of Credit, D & M Holdings US, Inc.[2], to Bruce H. Besanko, Chief Financial Officer, Circuit City Stores, Inc. A copy of Mr. Henderson's letter is attached to the Claim.

3. The goods delivered to Debtor within forty-five (45) days of its bankruptcy petition were shipped, in general, pursuant to a letter agreement between Boston Acoustics, Inc. and the Debtor, dated August 2, 2006 ("Letter Agreement"). A copy of the Letter Agreement is attached hereto and incorporated in full by the reference as **Exhibit B.**

4. The person with knowledge of this claim is Mr. John Henderson, as identified above. A Declaration of John Henderson is attached hereto and incorporated in full by this reference as **Exhibit C**.

5. Boston Acoustics reserves it rights to supplement this Response in advance of any final hearing on the Objection.

**WHEREFORE,** Boston Acoustics respectfully requests the Court overrule the Objection, and allow Boston Acoustics' claim as filed, and grant such further relief as is just and proper under the circumstances.

      **Respectfully Submitted,**
      **BOSTON ACOUSTICS, INC.**
      **By Counsel**

      /s/ William A. Gray
      William A. Gray, Esquire – VSB #46911
      C. Thomas Ebel, Esquire – VSB # 18637
      Ashley Burgess, Esquire – VSB # 67998
      Sands, Anderson, Marks & Miller, P.C.
      801 East Main Street, Suite 1800
      (P.O. Box 1998)
      Richmond, Virginia 23219 (23218-1998)
      Phone: (804) 648-1636
      Fax: (804) 783-7291
        *Counsel for Boston Acoustics Inc*

---

[2] D & M Holdings is the parent company to Boston Acoustics.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire  
Tavenner & Beran, PLC  
20 North Eighth Street, Second Floor  
Richmond, Virginia 23219  
*Local Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire  
Pachulski Stang Ziehl & Jones, LLP  
10100 Santa Monica Boulevard, 11th Fl  
Los Angeles, CA 90067  
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire  
Pachulski Stang Ziehl & Jones, LLP  
780 Third Avenue, 26th Floor  
New York, NY 10017  
*Counsel for the Official Committee of Unsecured Creditors*

      /s/ William A. Gray