**<u>Exhibit E1</u>**

# McGuireWoods

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

June 11, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO.  ******

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:              $297,007.66
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                     $228,283.50
    Current Disbursements:              $6,295.33
    **Current Invoice Total:**                    $234,578.83

Total Balance Due:                           $531,586.49

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
804.775.1144

One James Center
901 East Cary Street
Richmond, VA 23219-4030

June 11, 2009

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233

Bill Through: 05/31/09

INVOICE NO.  ******                                        TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.              2055557-0010
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

05/01/09 Multiple telephone conferences and e-mails with
         parties in interest and creditors regarding
         bankruptcy cases and related issues and review
         and analyze documents, pleadings and other
         material regarding same (2.4); review, analyze,
         revise and file multiple affidavits of service
         and related pleadings and e-mails with KCC and
         debtors' professionals regarding same (.9)
         Daniel F. Blanks   3.30 hours at  375.00 per hour.        $1,237.50

05/01/09 Review requests on powerbrief portal and
         prepare responses
         Linda J. Neilson    .90 hours at  185.00 per hour.          $166.50

05/04/09 Review, analyze, and file affidavits of service
         (.8); multiple telephone conferences and
         e-mails with parties in interest and creditors
         regarding bankruptcy case and related issues
         (2.4); e-mails with debtors' professionals
         regarding status of matters and adjourned
         matters for May 13, 2009 omnibus hearing (.8)
         Daniel F. Blanks   4.00 hours at  375.00 per hour.        $1,500.00

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. ******                                     June 11, 2009

05/04/09  Monitor calls from hot line and revise log for
          hot line calls (.6); return hot line calls (.2)
          Frances C. Smith    .80 hours at  215.00 per hour.          $172.00

05/04/09  Review garnishment requests and prepare
          responses (2.3); correspondence regarding same
          (.4); revise tracking chart for same (1.1)
          Linda J. Neilson   3.80 hours at  185.00 per hour.          $703.00

05/05/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze issues and pleadings regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.          $637.50

05/05/09  Prepare response letters to garnishments,
          subpoenas, etc. and update tracking chart
          regarding same
          Linda J. Neilson   3.40 hours at  185.00 per hour.          $629.00

05/05/09  Review and analysis of original proofs of claim
          (.9); research electronic documents to confirm
          proper submittal of filings (1.1); maintenance
          of original pleading documents and files (2.1)
          Karen B. Cain   4.10 hours at  195.00 per hour.             $799.50

05/06/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze pleadings, documents and other
          material regarding same
          Daniel F. Blanks   2.10 hours at  375.00 per hour.          $787.50

05/06/09  Prepare response letters to garnishments,
          subpoenas, etc. (2.1); update tracking chart
          regarding same (1.5)
          Linda J. Neilson   3.60 hours at  185.00 per hour.          $666.00

05/06/09  Research and analysis of original pleading
          documents and files (3.2); analysis of
          electronic documents to confirm proofs of claim
          (.6); work on administrative expense claim
          chart for professionals (.7)
          Karen B. Cain   4.50 hours at  195.00 per hour.             $877.50

05/07/09  Multiple telephone conferences with creditors
          and parties in interest regarding bankruptcy
          cases and related issues and review documents,
          pleadings and other materials regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.          $562.50

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. ******                                     June 11, 2009

05/07/09  Prepare response letters to garnishments,
          subpoenas, etc. (1.9); correspondence and
          teleconferences regarding same (.6); prepare
          binder and tracking chart for responses to
          omnibus objections (1.3); prepare documents for
          5/13/09 hearing (2.1)
          Linda J. Neilson   5.90 hours at  185.00 per hour.        $1,091.50

05/07/09  Research bankruptcy court docket and research
          filings (.7); work on administrative expense
          claims (.6)
          Karen B. Cain   1.30 hours at  195.00 per hour.             $253.50

05/08/09  Multiple e-mails and telephone conferences with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          docket, pleadings and other matters regarding
          same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.          $562.50

05/08/09  Prepare documents for 5/13/09 hearing (.6);
          review and revise tracking chart for responses
          to omnibus objections (.7); prepare response
          letters to garnishments, subpoenas, etc. (2.4)
          Linda J. Neilson   3.70 hours at  185.00 per hour.          $684.50

05/08/09  Research bankruptcy court docket and filings
          (1.2); work on case calendar (.7)
          Karen B. Cain   1.90 hours at  195.00 per hour.             $370.50

05/11/09  Multiple telephone conferences with creditors
          and parties in interest regarding bankruptcy
          cases (1.5); continue review, analyze, revise
          and file proposed hearing agenda for May 13th
          omnibus hearing and review docket and e-mails
          with debtors' professionals regarding hearing
          and strategies (1.2)
          Daniel F. Blanks   2.70 hours at  375.00 per hour.        $1,012.50

05/11/09  Review and revise 5/13/2009 hearing agenda for
          filing (1.3); correspondence regarding same
          (.5); review garnishment requests and prepare
          responses (2.2); review docket and prepare
          hearing items chart for 5/28/2009 (.9)
          Linda J. Neilson   4.90 hours at  185.00 per hour.          $906.50

Circuit City Stores Inc
File Number: 2055557                              Page    4
Invoice No. ******                               June 11, 2009

05/12/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze cases, pleadings and other material
          regarding same
          Daniel F. Blanks     .00 hours at  .00 per hour.              $.00

05/12/09  Prepare omnibus objections responses tracking
          chart and binder (.6); review garnishment
          requests and prepare responses (4.1)
          Linda J. Neilson   4.70 hours at  185.00 per hour.         $869.50

05/12/09  Analysis of bankruptcy court docket and filings
          (.3); work on omnibus hearing binders (.4)
          Karen B. Cain     .70 hours at  195.00 per hour.          $136.50

05/13/09  Meeting with client and debtors professionals
          to prepare for and attend omni hearings on 5/13
          and follow-up e-mails regarding orders
          approving various transactions (7.8)
          Douglas M. Foley   7.80 hours at  550.00 per hour.      $4,290.00

05/13/09  Prepare for and participate in omnibus hearing
          and review and analyze documents, pleadings and
          other material regarding same and draft, revise
          and submit orders regarding same
          Daniel F. Blanks   5.50 hours at  375.00 per hour.      $2,062.50

05/13/09  Review garnishment requests and prepare
          responses
          Linda J. Neilson   4.20 hours at  185.00 per hour.         $777.00

05/13/09  Assist with omnibus hearing binder preparations
          for professionals (1.1); work on sale
          transcript with exhibits (1.4); prepare
          multiple court exhibits and documents for
          submittal (2.7)
          Karen B. Cain    5.20 hours at  195.00 per hour.       $1,014.00

05/14/09  Review docket and prepare 5/28/09 hearing items
          chart (1.4); review garnishment requests and
          prepare responses (3.2)
          Linda J. Neilson   4.60 hours at  185.00 per hour.         $851.00

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. ******                                     June 11, 2009

05/15/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings, notices and
          other items regarding same (1.1); e-mails with
          chambers, clerk's office and KCC regarding
          orders from May 13, 2009 omnibus hearing (1.3)
          Daniel F. Blanks   2.40 hours at  375.00 per hour.        $900.00

05/15/09  Review garnishment requests and prepare
          responses
          Linda J. Neilson   2.60 hours at  185.00 per hour.        $481.00

05/15/09  Research entry of court orders from omnibus
          hearing (.5); conference with court clerk
          regarding order entry (.4)
          Karen B. Cain    .90 hours at  195.00 per hour.           $175.50

05/17/09  Return multiple telephone calls regarding
          bankruptcy case and related issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

05/18/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze pleadings, documents, orders,
          notices and other items regarding same
          Daniel F. Blanks   2.30 hours at  375.00 per hour.        $862.50

05/18/09  Monitor calls from hot line and revise lot of
          hot line calls
          Frances C. Smith   .70 hours at  215.00 per hour.         $150.50

05/18/09  Review adversary and appellate proceedings
          (.5); revise 5/28/09 hearing items chart and
          circulate (.7); review garnishment requests and
          prepare responses (2.9)
          Linda J. Neilson   4.10 hours at  185.00 per hour.        $758.50

05/19/09  Multiple telephone conferences and e-mails with
          claimants and parties in interest regarding
          bankruptcy case and related issues and review
          and analyze documents, pleadings and other
          material regarding same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

05/19/09  Prepare response letters to garnishments,
          subpoenas, etc.  (4.1); teleconference with A.
          Henderson regarding same (.2); retrieve
          documents from cscglobal regarding same (.4)
          Linda J. Neilson   4.70 hours at  185.00 per hour.        $869.50

Circuit City Stores Inc
File Number: 2055557                                            Page    6
Invoice No. ******                                             June 11, 2009

05/20/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and e-mails
          and telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks    2.10 hours at  375.00 per hour.        $787.50

05/20/09  Prepare response letters to garnishments,
          subpoenas, etc. (4.6); review hearing agenda
          and prepare documents for hearing (1.3)
          Linda J. Neilson    5.90 hours at  185.00 per hour.      $1,091.50

05/20/09  Monitor creditor hot line for telephone calls
          Karen B. Cain    .60 hours at  195.00 per hour.            $117.00

05/21/09  Begin review of agenda for matters on 5/28 omni
          hearing
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

05/21/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze issues regarding same and review
          and analyze documents, pleadings, and other
          material regarding same (1.3); telephone
          conference and e-mails with debtors'
          professionals regarding local rules and related
          issues (.8)
          Daniel F. Blanks    2.10 hours at  375.00 per hour.        $787.50

05/21/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith    .60 hours at  215.00 per hour.         $129.00

05/21/09  Prepare responses to garnishment requests
          (2.1); retrieve documents from CSC (.6); revise
          omni objections binder and tracking chart (.8)
          Linda J. Neilson    3.50 hours at  185.00 per hour.        $647.50

05/21/09  Monitor creditor hot line (.9); return creditor
          telephone calls (1.3)
          Karen B. Cain    2.20 hours at  195.00 per hour.           $429.00

05/22/09  Begin review and revision of agenda for 5/28
          omni hearing date and e-mails and telephone
          conference with co-counsel and client regarding
          same (1.4); e-mails with restitution advocate
          and client regarding direction of payments for
          restitution claim (.3)
          Douglas M. Foley    1.70 hours at  550.00 per hour.        $935.00

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. ******                                     June 11, 2009

05/22/09 Multiple telephone calls and e-mails with
         creditors and parties regarding bankruptcy
         cases and related issues and review and analyze
         multiple issues regarding same and review and
         analyze multiple pleadings, documents, notices
         and orders regarding same (3.5); telephone
         conference with clerk's office and chambers
         regarding case management and additional
         omnibus hearing dates and related issues and
         e-mails with debtors' professionals regarding
         same (.7)
         Daniel F. Blanks    4.20 hours at  375.00 per hour.      $1,575.00

05/22/09 Prepare documents for 5/28/2009 hearing (2.1);
         prepare responses to garnishment, subpoenas and
         complaint requests (3.2)
         Linda J. Neilson    5.30 hours at  185.00 per hour.        $980.50

05/25/09 Review and revised agenda in preparation for
         5/28 omni hearing date and e-mails with debtors
         professionals regarding same and status of
         various matters
         Douglas M. Foley    1.70 hours at  550.00 per hour.        $935.00

05/25/09 Review, analyze, revise and file multiple
         affidavits of service for KCC (1.3); multiple
         telephone conference and e-mails with creditors
         and parties in interest regarding bankruptcy
         case and related issues (1.1)
         Daniel F. Blanks    2.40 hours at  375.00 per hour.        $900.00

05/26/09 Review, draft and finalize agenda in
         preparation for 5/28 omnibus hearing and
         e-mails with client and debtors professionals
         regarding status of matters (1.6); review
         pleadings and forms of order in preparation for
         hearings on 5/28 (.9)
         Douglas M. Foley    2.50 hours at  550.00 per hour.      $1,375.00

05/26/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues (2.3);
         multiple telephone conferences and e-mail with
         parties regarding May 28, 2009 omnibus hearing
         and issues regarding same (.9); draft, revise
         and file proposed hearing agenda for May 28,
         2009 omnibus hearing (.9)
         Daniel F. Blanks    4.10 hours at  375.00 per hour.      $1,537.50

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. ******                                     June 11, 2009

05/26/09  Review and revise hearing agenda for filing
          (2.1); prepare documents for hearing for
          5/28/09 (1.0); retrieve and organize omnibus
          objections and update tracking chart (2.0);
          prepare responses to requests for garnishments,
          subpoenas, etc. (1.5)
          Linda J. Neilson   6.60 hours at  185.00 per hour.      $1,221.00

05/27/09  Continue preparation for hearings on 5/28 and
          e-mails and telephone calls with client,
          opposing counsel and debtors professionals
          regarding same (2.9); review, revise and file
          amended agenda (.9)
          Douglas M. Foley   3.80 hours at  550.00 per hour.      $2,090.00

05/27/09  Prepare for May 28, 2009 omnibus hearing and
          e-mails with parties regarding same and analyze
          multiple issues regarding same (1.8); revise
          and file amended agenda and e-mails with
          debtors' professionals and KCC regarding same
          (.5)
          Daniel F. Blanks   2.30 hours at  375.00 per hour.       $862.50

05/27/09  Prepare amended hearing agenda for filing
          Linda J. Neilson    .50 hours at  185.00 per hour.        $92.50

05/28/09  Meeting with client and debtors professionals
          to prepare for and attend 5/28 omnibus hearings
          and review and revise orders regarding same
          Douglas M. Foley   2.70 hours at  550.00 per hour.      $1,485.00

05/28/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   2.70 hours at  215.00 per hour.       $580.50

05/28/09  Work on omnibus binders and hearing preparation
          (1.9); work on chart of administrative expense
          claims (.8); update case calendar (.4)
          Karen B. Cain   3.10 hours at  195.00 per hour.          $604.50

05/29/09  Review, analyze, revise and submit orders
          regarding May 28th omnibus hearing and e-mails
          and telephone conferences with debtors'
          professionals and clerk's office regarding same
          (.8); multiple e-mails and telephone
          conferences with creditors and parties in
          interest regarding bankruptcy cases and related
          issues and review and analyze material
          regarding same (.9)
          Daniel F. Blanks   1.70 hours at  375.00 per hour.       $637.50

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. ******                                     June 11, 2009

05/29/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith   5.30 hours at  215.00 per hour.      $1,139.50

05/29/09 Review docket and prepare chart for hearing
         items for 6/9/09 hearing (2.1); prepare
         responses to requests for garnishments,
         subpoenas, etc. (5.4); teleconferences
         regarding same (.3)
         Linda J. Neilson   6.80 hours at  185.00 per hour.      $1,258.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 20.6 | $11,330.00 |
| Daniel F. Blanks | $375.00 | 49.2 | $18,450.00 |
| Frances C. Smith | $215.00 | 10.1 | $2,171.50 |
| Karen B. Cain | $195.00 | 24.5 | $4,777.50 |
| Linda J. Neilson | $185.00 | 79.7 | $14,744.50 |
| TOTAL FEES | | 184.1 | $51,473.50 |

**Re: Restructuring and General Strategy**
     Our File No.              2055557-0020
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley

05/05/09 Numerous e-mails with client and co-counsel
         regarding issues raised by committee with
         respect to plan process and strategy going
         forward with respect to claim objections,
         including 503(b)(9) claims and 502(d)
         objections
         Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

05/18/09 Several telephone conferences and e-mails with
         debtors professionals and client regarding
         review and revisions and analysis of
         presentation to unsecured creditors committee
         and strategy regarding same and with respect to
         moving case forward
         Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

05/18/09 Prepare for and participate in telephone
         conference regarding case strategies
         Daniel F. Blanks   .90 hours at  375.00 per hour.        $337.50

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. ******                                     June 11, 2009

05/19/09 Review drafts of presentation for update to
         creditors committee and telephone calls and
         meetings with client and debtors professionals
         regarding same and strategy going forward with
         case
         Douglas M. Foley   3.20 hours at  550.00 per hour.      $1,760.00

05/22/09 E-mails with co-counsel and client regarding
         exclusivity period and timing of filing plan
         Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

05/28/09 Conference with debtors professionals, client
         and creditors committee counsel regarding
         status, timing and content of plan of
         liquidation and analyze issues regarding same
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

05/28/09 Draft bridge order and review, analyze and
         revise motion to extend deadline to remove
         actions and file same and e-mails and telephone
         conferences with debtors' professionals
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 8.5 | $4,675.00 |
| Daniel F. Blanks | $375.00 | 2.0 | $750.00 |
| TOTAL FEES | | 10.5 | $5,425.00 |

**Re: Schedule and SOFAS**
     Our File No.              2055557-0050
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley

05/08/09 Review, analyze and file revised SOFA and
         e-mails with debtors' professionals regarding
         same and research issues regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $375.00 | 1.2 | $450.00 |
| TOTAL FEES | | 1.2 | $450.00 |

**Re: Monthly Operating Reports**
     Our File No.              2055557-0060
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. ******                                     June 11, 2009

05/15/09 Review, analyze, revise and file monthly
         operating report
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 0.5 | $187.50 |
| TOTAL FEES | | 0.5 | $187.50 |

## Re: Professional Retention/Fee Applications
    Our File No.           2055557-0070
    Circuit City Contact   Daniel W. Ramsey
    McGuireWoods Contact   Douglas M. Foley

05/01/09 Draft, revise and submit revised Streambank
         order
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

05/05/09 E-mails with client regarding entered orders
         for compensation to committee and other
         professionals and analysis regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

05/07/09 Revise and edit bill
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

05/08/09 E-mails with debtors' professionals regarding
         fee statements
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

05/14/09 Revise McGuireWoods bill and e-mails regarding
         same
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

05/18/09 Review and finalize monthly fee statement
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

05/18/09 Continue to revise McGuireWoods fee statement
         and e-mails with parties regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

05/29/09 E-mails with debtors' professionals regarding
         interim fee applications and related issues
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.9 | $495.00 |
| Daniel F. Blanks | $375.00 | 3.7 | $1,387.50 |

Circuit City Stores Inc
File Number: 2055557                          Page  12
Invoice No. ******                           June 11, 2009

                    TOTAL FEES            4.6      $1,882.50


Re: Creditors Committee
     Our File No.              2055557-0080
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley


05/19/09  Travel to New York for meeting with creditors
          committee
          Douglas M. Foley   1.30 hours at  550.00 per hour.      $715.00

05/20/09  Prepare for and participate in meeting with
          unsecured creditors committee meeting to
          discuss plan issues and incentive and retention
          program issues
          Douglas M. Foley   2.60 hours at  550.00 per hour.    $1,430.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.9 | $2,145.00 |
| TOTAL FEES | | 3.9 | $2,145.00 |


Re: Automatic Stay
     Our File No.              2055557-0090
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley


05/04/09  Draft and revise correspondence with parties
          regarding violations of the automatic stay and
          review docket, pleadings and correspondence
          regarding same and correspondence and pleadings
          regarding stay, status of case, garnishments,
          subpoenas and other items
          Daniel F. Blanks   2.10 hours at  375.00 per hour.      $787.50

05/05/09  Analyze issues relating to relief from stay
          matters pertaining to insured claims relating
          to workers compensation
          Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

05/05/09  Review and revise and execute letters and other
          correspondence regarding litigation, subpoenas,
          garnishments and other matters
          Daniel F. Blanks   2.10 hours at  375.00 per hour.      $787.50

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. ******                                     June 11, 2009

05/06/09 Draft letters regarding garnishments, subpoenas
         and other issues
         Daniel F. Blanks     .90 hours at  375.00 per hour.        $337.50

05/15/09 Multiple letters and correspondence with
         parties regarding violations of automatic stay,
         subpoenas, garnishments and other requests
         Daniel F. Blanks     .50 hours at  375.00 per hour.        $187.50

05/20/09 Correspondence with parties regarding automatic
         stay and related issues and review
         garnishments, subpoenas and other documentation
         regarding same
         Daniel F. Blanks     .50 hours at  375.00 per hour.        $187.50

05/26/09 Continue resolution of motions for relief from
         stay and related issues (.5); correspondence
         regarding automatic stay, subpoenas,
         garnishments and related items (.6)
         Daniel F. Blanks    1.10 hours at  375.00 per hour.        $412.50

05/26/09 Research regarding dueling bankruptcies and
         automatic stay
         Erin Q. Ashcroft    3.50 hours at  300.00 per hour.      $1,050.00

05/27/09 E-mails regarding adjournment of final hearings
         on workers compensation claimants motions for
         relief from the automatic stay
         Douglas M. Foley     .40 hours at  550.00 per hour.        $220.00

05/27/09 E-mails and telephone conferences with parties
         regarding motions for relief from stay and
         analyze issues regarding same
         Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

05/27/09 Research issues regarding workers compensation
         issues and e-mails with debtors' professionals
         regarding same and strategies
         Daniel F. Blanks     .70 hours at  375.00 per hour.        $262.50

05/27/09 Analyze and research issues regarding
         completing automatic stays
         Erin Q. Ashcroft    1.60 hours at  300.00 per hour.        $480.00

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $550.00  | 0.7   | $385.00   |
| Daniel F. Blanks  | $375.00  | 9.2   | $3,450.00 |
| Erin Q. Ashcroft  | $300.00  | 5.1   | $1,530.00 |
|                   | TOTAL FEES | 15.0 | $5,365.00 |

Circuit City Stores Inc
File Number: 2055557                                Page  14
Invoice No. ******                                 June 11, 2009

Re: Employment and Compensation
     Our File No.            2055557-0120
     Circuit City Contact    Daniel W. Ramsey
     McGuireWoods Contact    Douglas M. Foley

05/04/09 E-mails regarding issues relating to Department
         of Labor and payment of final paycheck to
         certain associates and e-mails with client
         regarding same
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| TOTAL FEES | | 0.3 | $165.00 |

Re: Labor/Retiree Matters
     Our File No.            2055557-0130
     Circuit City Contact    Daniel W. Ramsey
     McGuireWoods Contact    Douglas M. Foley

05/22/09 E-mails with counsel regarding potential wage
         claims at certain locations
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

05/22/09 Telephone conference and e-mails with former
         employees and in-house parties regarding
         pension issues
         Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50

05/26/09 E-mails with counsel and client regarding
         issues relating to employee final paychecks
         from liquidation sales and Department of Labor
         investigation regarding same
         Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| Daniel F. Blanks | $375.00 | 0.5 | $187.50 |
| TOTAL FEES | | 1.2 | $572.50 |

Re: Executory Contracts
     Our File No.            2055557-0140
     Circuit City Contact    Daniel W. Ramsey
     McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. ******

Page  15
June 11, 2009

05/04/09 E-mails with opposing counsel regarding AT&T
         and Ikon and review material regarding same and
         e-mails with debtors' professionals regarding
         rejection
         Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

05/07/09 Draft and revise rejection orders and
         stipulations with IKON and e-mails with
         debtors' professionals and opposing counsel
         regarding same
         Daniel F. Blanks    1.80 hours at  375.00 per hour.        $675.00

05/08/09 Review and revise pleadings relating to IBM
         lease/contract rejections and e-mails with
         debtors professionals regarding same
         Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

05/08/09 Review, analyze, revise and file TomTom
         stipulation (.9); review, analyze, revise and
         file IBM consent motion and e-mails with
         debtors' professionals regarding same
         Daniel F. Blanks    2.50 hours at  375.00 per hour.        $937.50

05/18/09 Review, analyze, revise and file contract
         rejection motion and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

05/20/09 E-mails with counterparties to executory
         contracts regarding rejection and rejection
         damages claims and return of property and
         related issues and e-mails with in-house
         counsel regarding same (1.1); draft, revise and
         file motion to revise prepetition contract and
         draft notices and orders regarding same (3.5)
         Daniel F. Blanks    4.60 hours at  375.00 per hour.       $1,725.00

05/27/09 E-mails with counsel for AT&T regarding
         rejected contract and outstanding claim and
         research issues regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

05/28/09 E-mails and telephone conferences with
         counterparties to rejected contracts regarding
         claims and outstanding payments and related
         issues and e-mails with debtors' professionals
         regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| Daniel F. Blanks | $375.00 | 12.7 | $4,762.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. ******

Page  16
June 11, 2009

TOTAL FEES              13.4        $5,147.50

Re: Litigation
      Our File No.              2055557-0150
      Circuit City Contact      Daniel W. Ramsey
      McGuireWoods Contact      Douglas M. Foley


05/01/09 Review and revise final pleadings on Mondragon
         motion to dismiss
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

05/01/09 Review, analyze, revise and file motion to
         dismiss Mondragon adversary proceeding and
         multiple pleadings, notices and other
         documentation regarding same and e-mails with
         debtors' professionals regarding same
         Daniel F. Blanks   3.50 hours at  375.00 per hour.     $1,312.50

05/04/09 Conference with debtors' professionals
         regarding responses to various garnishment
         actions and protocol for handling responses to
         certain subpoenas going forward
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

05/05/09 Review form of complaint against Warranty Group
         and analyze issues regarding same and e-mails
         with debtors' professionals regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

05/07/09 E-mails with debtors' professionals regarding
         adversary proceeding complaint and related
         issues and review material and research issues
         regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

05/07/09 Filing of writ of execution
         Jodie Grotins    .70 hours at  300.00 per hour.           $210.00

05/21/09 Revise writ of execution
         Jodie Grotins    .50 hours at  300.00 per hour.           $150.00

05/22/09 Refile writ of execution
         Jodie Grotins    .30 hours at  300.00 per hour.            $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. ******                                     June 11, 2009

05/26/09 Draft, revise and submit amended scheduling
         order regarding Mondragon adversary proceeding
         and telephone conference with chambers
         regarding same
         Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

05/27/09 E-mails regarding amendment to scheduling order
         on Mondragon WARN class action suit and timing
         of filing reply memorandum and review same
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

05/28/09 Review, analyze and revise reply brief
         regarding Mondragon adversary proceeding
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.0 | $1,100.00 |
| Daniel F. Blanks | $375.00 | 6.3 | $2,362.50 |
| Jodie Grotins | $300.00 | 1.5 | $450.00 |
| TOTAL FEES | | 9.8 | $3,912.50 |

Re: Vendor Matters
    Our File No.           2055557-0170
    Circuit City Contact   Daniel W. Ramsey
    McGuireWoods Contact   Douglas M. Foley

05/05/09 Telephone conference and e-mails with Merrill
         Communications LLC relating to data site and
         e-mails with client regarding same (.7);
         analyze issues relating to Alliance
         Entertainment and Source Interlink Media and
         e-mails with client regarding reconciliation of
         503(b)(9) claims, preference exposure and
         potential off-sets of credits (.6)
         Douglas M. Foley    1.30 hours at  550.00 per hour.        $715.00

05/06/09 Review and analyze TWG complaint and e-mails
         with debtors' professionals regarding same and
         research issues regarding turnover regarding
         same
         Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

05/08/09 Review and finalize TomTom claim settlement
         stipulation and e-mails with debtors
         professionals regarding same (.6)
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. ******                                     June 11, 2009

05/08/09  E-mails with client regarding Xerox issues and
          review docket and schedules regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.         $262.50

05/20/09  E-mails regarding vendors, demands for payment
          and filing administrative claims by bar date
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

05/22/09  Review reconciliations with respect to various
          vendor creditors claims, including Alliance
          Entertainment and Source Interlink Media and
          e-mails with opposing counsel regarding same
          and status of information relating to
          warehouseman's lien claim and
          inter-relationship between entities for
          purposes of 503(b)(9) claim analysis
          Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

05/22/09  Meeting with debtors' professionals regarding
          research and motions to shorten time
          Erin Q. Ashcroft    .30 hours at  300.00 per hour.          $90.00

05/27/09  Prepare for and participate in conference and
          meeting regarding vendors and receivables and
          analyze issues regarding same and analyze
          strategies regarding same
          Daniel F. Blanks   2.30 hours at  375.00 per hour.         $862.50

05/28/09  E-mails with TomTom counsel regarding entry of
          9019 order
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 3.2 | $1,760.00 |
| Daniel F. Blanks | $375.00 | 4.3 | $1,612.50 |
| Erin Q. Ashcroft | $300.00 | 0.3 | $90.00 |
| TOTAL FEES | | 7.8 | $3,462.50 |

**Re: Real Estate**
    Our File No.              2055557-0180
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

05/01/09  Review and revise draft district court
          pleadings for circulation and filing on stub
          rent appeal consolidating and staying certain
          appeals
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. ******                                     June 11, 2009

05/01/09 Baltimore, MD - E-mails to and from D. Miller
         and buyer's counsel
         Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

05/01/09 Telephone conference and e-mails with landlords
         and debtors' professionals regarding certain
         issues with leases (.4); review, analyze and
         revise orders and motion regarding stub rent
         appeal and e-mails with debtors' professionals
         regarding same (.7)
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

05/01/09 Draft motion to consolidate appeals, establish
         briefing schedule and stay appeals (5.3);
         e-mail draft motion to debtors' professionals
         for review (.1); review and incorporate edits
         and comments received from debtors'
         professionals (.1); draft proposed order
         approving motion to consolidate (.3)
         Bryan A. Stark   5.80 hours at  295.00 per hour.        $1,711.00

05/04/09 Review and revised draft motion to consolidate
         and stay certain appeals to the district court
         relating to stub rent and e-mails with
         landlord's counsel regarding same
         Douglas M. Foley  1.60 hours at  550.00 per hour.        $880.00

05/04/09 Virginia Beach Outparcel - Telephone call from
         C. Crowe and J. Avallone
         Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

05/04/09 Baltimore, MD - E-mails from and to D. Miller
         (.1); e-mails to and from buyer's counsel
         regarding status of amendment (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

05/04/09 E-mails with debtors' professionals and counsel
         for landlords regarding appeals
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

05/04/09 Send e-mail to client employee requesting
         information from potential bidder (.2); reply
         to e-mail from potential bidder's counsel
         regarding auction procedures and bid deadline
         (.5); respond to e-mail from potential bidder
         requesting title information (.2); review title
         objection letter from stalking horse bidder
         (.2); telephone call from bidder's counsel with
         questions regarding title and survey matters
         (.2)
         Matthew P. Rash   1.30 hours at  315.00 per hour.        $409.50

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. ******                                     June 11, 2009

05/04/09  Review, revise and update motion to
          consolidate, set scheduling order and stay stub
          rent appeals and proposed order (1.9);
          telephone calls with bankruptcy court clerk's
          office regarding appeal to district court (.3);
          communicate with counsel to landlords regarding
          appeal and updates to motion and proposed order
          (1.2)
          Bryan A. Stark   3.40 hours at  295.00 per hour.        $1,003.00

05/05/09  Review and revised motion and form of order for
          the district court consolidating appeals on
          stub rent and staying certain other appeals and
          numerous e-mails with opposing counsel
          regarding same
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

05/05/09  Virginia Beach Outparcel - E-mails to and from
          buyer's counsel (.1); e-mail to D. Miller and
          C. Crowe regarding markup of survey (.1); mark
          up survey (.1)
          Edmund S. Pittman    .30 hours at  450.00 per hour.       $135.00

05/05/09  Baltimore, MD - E-mail to buyer's counsel
          regarding executed amendment (.1); letter to
          buyer's counsel forwarding executed amendment
          (.1); revise amendment and assemble execution
          copies (.1)
          Edmund S. Pittman    .30 hours at  450.00 per hour.       $135.00

05/05/09  Ardmore, OK - Review marked purchase agreement
          from counsel for General Mills
          Matthew P. Rash    .50 hours at  315.00 per hour.         $157.50

05/05/09  Incorporate various edits into stub rent motion
          to consolidate, set scheduling order and stay
          appeals received from appellants to the various
          appeals (2.5); communicate with D. Foley
          regarding issues arising from motion (.5);
          research orders and stipulation in various stub
          rent appeals (1.5)
          Bryan A. Stark   4.50 hours at  295.00 per hour.        $1,327.50

05/05/09  Virginia Beach Outparcel - Discussions with E.
          Pittman regarding description of parcel (.2);
          plot parcel on deed plotter (.3)
          Lois E. Sisk    .50 hours at  310.00 per hour.           $155.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. ******                                     June 11, 2009

05/06/09 E-mails with landlords counsel regarding
         administrative payment requests and timing of
         hearing regarding same (.3); e-mails and
         telephone calls with landlord counsel regarding
         bids and auction of real estate assets and
         adequate assurance and cure disputes (.4);
         e-mails regarding finalization of stub rent
         appeal protocol order and briefing schedule
         (.4)
         Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

05/06/09 Virginia Beach Outparcel - Telephone calls to
         and from buyer's counsel (.1); e-mails to and
         from buyer's counsel regarding language on
         Exhibit A (.2); e-mail to D. Miller and C.
         Crowe regarding same (.2); letter to D. Miller
         forwarding execution copies of purchase
         agreement (.2)
         Edmund S. Pittman    .70 hours at  450.00 per hour.        $315.00

05/06/09 Ardmore, OK - Review title objection letter
         from counsel for Shores Oilfield Equipment Co.
         (.7); review title commitment and certain title
         documents referenced in counsel's title
         objection letter (.5); prepare response letter
         to buyer's title objection letter (.2); draft
         warranty deed (1.0); draft FIRPTA certificate
         and Form 1099 (.5); draft lease termination and
         termination of memorandum of lease (.6); send
         e-mail to client employee regarding objection
         letter and draft documents (.4)
         Matthew P. Rash  5.70 hours at  315.00 per hour.       $1,795.50

05/07/09 E-mails with landlords counsel regarding order
         for district court consolidation/stay motion
         and filing pleadings in district court
         Douglas M. Foley    .20 hours at  550.00 per hour.        $110.00

05/07/09 Virginia Beach Outparcel - Telephone call from
         C. Crowe (.1); e-mails to and from D. Miller
         (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. ******                                     June 11, 2009

05/07/09  Organize and create pdf to file motion to
          consolidate regarding stub rent appeals (.7);
          correspond with debtor professional and
          landlord professionals regarding filing of
          motion and original signatures on hard copy of
          proposed order (1.2); correspond with the
          clerk's office and judge's chambers (.6); file
          motion and proposed order in all pending
          appeals and serve on all notice parties (1.0)
          Bryan A. Stark   3.50 hours at  295.00 per hour.        $1,032.50

05/08/09  Virginia Beach Outparcel - E-mails to and from
          D. Miller (.1); letter to escrow agent (.2)
          Edmund S. Pittman    .30 hours at  450.00 per hour.      $135.00

05/08/09  Telephone call with bidder's counsel regarding
          auction procedures (.2); send e-mail to title
          company updating status of auction and
          requesting information regarding corporate
          authority requirements (.3)
          Matthew P. Rash    .50 hours at  315.00 per hour.        $157.50

05/08/09  Compile original signatures for proposed order
          on stub rent appeals (1.0); draft cover letter
          to district court (.5)
          Bryan A. Stark   1.50 hours at  295.00 per hour.         $442.50

05/10/09  Review orders and pleadings regarding Ardmore
          real estate auction and e-mails with bidders
          and debtors professionals regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.       $495.00

05/11/09  Issues regarding auction and attend auction by
          phone
          T. Craig Harmon   3.10 hours at  525.00 per hour.      $1,627.50

05/11/09  Ardmore, OK - Organize client file in advance
          of sale auction and respond to e-mails from R.
          Labarthe regarding qualified bid (.3); review
          purchase and sale agreement regarding purchaser
          default provisions in connection with R.
          Labarthe's objection to auction (.4); review
          draft sale order and send e-mail to title
          company regarding authorizing resolutions (.5);
          revise form of warranty deed and send to title
          company for review (.8); telephone call with D.
          Ryan regarding wire transfer and participate in
          telephone auction for property (3.0); prepare
          owner's affidavit and registrar of deeds
          affidavit (1.0); send e-mail to title company
          regarding tax assessments and changes to

Circuit City Stores Inc
File Number: 2055557                                  Page  23
Invoice No. ******                                   June 11, 2009

owner's affidavit (.5)
Matthew P. Rash   6.50 hours at  315.00 per hour.          $2,047.50

05/11/09  Review and e-mail order submitted in stub rent
          appeals
          Bryan A. Stark    .30 hours at  295.00 per hour.        $88.50

05/12/09  Draft, revise and file notice of rejection of
          leases and e-mails with debtors' professionals
          regarding same (.4); revise orders regarding
          Ardmore and San Mateo and e-mails with parties
          regarding same (.8)
          Daniel F. Blanks   1.20 hours at  375.00 per hour.      $450.00

05/12/09  Telephone call with client representative
          regarding rents held by trustee bank (.1);
          telephone call with counsel for trustee bank
          regarding rents held in trust (.1); revise
          title objection letter and compile exhibits to
          objection letter (.9); prepare bill of sale
          (.7); prepare amendment to purchase agreement
          (.8); send e-mail to buyer's outside counsel
          and title company regarding title objections
          and closing documents (.2); respond to e-mail
          from R. Labarthe regarding closing date and
          insurance claims (.2); send e-mail to client
          representatives regarding damage to property
          and obligations under purchase agreement (.3)
          Matthew P. Rash   3.30 hours at  315.00 per hour.       $1,039.50

05/13/09  Baltimore, MD Sale - Review e-mail from C.
          Crowe regarding status of Phase II
          Edmund S. Pittman    .10 hours at  450.00 per hour.     $45.00

05/13/09  Virginia Beach - Review e-mail and
          correspondence from escrow agent
          Edmund S. Pittman    .10 hours at  450.00 per hour.     $45.00

05/13/09  Review and file notice of withdrawal of
          rejection and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50

05/13/09  Ardmore, OK - Respond to e-mails from R.
          Labarthe regarding damage to property and
          insurance deductibles (.6); review purchase
          agreement regarding casualty and loss
          provisions and send e-mail to client

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. ******                                     June 11, 2009

---

representative regarding casualty provisions in
purchase agreement and Circuit City's
obligation with respect to storm damage (.8);
respond to client representative regarding
purchase contract amendment (.2); attend
bankruptcy court hearing regarding sale order
(.5); telephone call to M&T Bank
representatives regarding money held in trust
(.3)
Matthew P. Rash    2.40 hours at  315.00 per hour.                $756.00

05/14/09 E-mails with debtors' professionals regarding
DJM amended order and e-mails and telephone
conference with United States Trustee
Daniel F. Blanks    .60 hours at  375.00 per hour.               $225.00

05/14/09 Telephone call from J. Gabel regarding money
held in trust by M&T Bank (.1); send e-mail to
representative at M&T bank regarding trust
funds (.1); review information from M&T Bank
regarding fund disbursement and expense
deductions and send e-mail to client employee
(.2)
Matthew P. Rash    .40 hours at  315.00 per hour.                $126.00

05/15/09 Sale of Baltimore, MD Property - Review e-mail
from C. Crowe regarding Phase II
Edmund S. Pittman    .10 hours at  450.00 per hour.               $45.00

05/15/09 Review DJM motion and telephone conference and
e-mails with United States Trustee and debtors'
professionals regarding same
Daniel F. Blanks    .50 hours at  375.00 per hour.              $187.50

05/18/09 E-mails regarding various lease disposition
issues and consents and reconciliation of
remaining landlord claims
Douglas M. Foley    .90 hours at  550.00 per hour.              $495.00

05/18/09 Virginia Beach Outparcel - Letter to D. Miller
Edmund S. Pittman    .10 hours at  450.00 per hour.               $45.00

05/18/09 Baltimore County, MD - Telephone call to P.
Reed regarding second letter of credit (.1);
e-mails to and from buyer (.1)
Edmund S. Pittman    .20 hours at  450.00 per hour.               $90.00

05/19/09 Baltimore, MD Sale - E-mails to and from D.
Miller regarding copy of executed contract
Edmund S. Pittman    .20 hours at  450.00 per hour.               $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. ******                                     June 11, 2009

05/19/09  E-mails with counsel for landlords regarding
          rejection and other related issues and review
          charts, orders and notices regarding same and
          research issues regarding same (1.4); e-mails
          with debtors' professionals and chambers
          regarding possible hearing dates for sale of
          leases (1.1)
          Daniel F. Blanks    2.50 hours at  375.00 per hour.        $937.50

05/19/09  Ardmore, OK - Send e-mail to client employee
          regarding scope of damage to the warehouse and
          recommending approach to negotiating with buyer
          regarding cost of repairs (.2); respond to
          e-mail from R. Labarthe regarding damage to
          building, comments to closing documents and
          status of revised title commitment (.2);
          telephone call to client representative
          regarding settlement statement (.1); send
          e-mail to client representative regarding
          brokerage commissions (.1)
          Matthew P. Rash    .60 hours at  315.00 per hour.          $189.00

05/20/09  Review and analyze motion relating to amendment
          of prepetition lease termination agreement
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

05/20/09  Sale of Baltimore County, MD - Telephone call
          from C. Crowe and D. Miller (.1); e-mail Phase
          II to buyer's counsel (.1)
          Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

05/20/09  Ardmore, OK - Telephone call from client
          employees regarding status of storm damage to
          warehouse (.2); send e-mail to buyer's counsel
          regarding storm damage repairs (.2)
          Matthew P. Rash    .40 hours at  315.00 per hour.          $126.00

05/21/09  Review, analyze and revise motion to sell
          certain lease and draft and revise notices,
          orders and motions to shorten regarding same
          and multiple telephone conferences and e-mails
          with debtors' professionals regarding same
          Daniel F. Blanks    2.40 hours at  375.00 per hour.        $900.00

05/21/09  Ardmore, OK - Review real estate tax
          information (.5); prepare draft settlement
          statements (1.5); exchange various e-mails with
          title company regarding indemnity and affidavit
          of debts, real estate taxes and policy premiums

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. ******                                     June 11, 2009

(.7); send e-mail to client employee regarding
closing statement (.3); finalize deed, bill of
sale and other closing documents based on
comments from buyer's counsel (1.0); organize
closing documents and prepare cover letter to
client employee with execution instructions
(.5); prepare escrow instruction letter (1.0);
update closing checklist and send e-mail to
buyer's counsel with list of outstanding items
for closing (.8)
Matthew P. Rash   6.30 hours at  315.00 per hour.        $1,984.50

05/22/09 E-mails regarding new filings relating to final
         assumption and assignments of leases and
         analyze issues regarding same, including break
         up fees
         Douglas M. Foley    .60 hours at  550.00 per hour.   $330.00

05/22/09 Virginia Beach Outparcel - E-mail to C. Crowe
         regarding due diligence period
         Edmund S. Pittman    .10 hours at  450.00 per hour.   $45.00

05/22/09 Sale of Baltimore, MD - E-mail contract
         information for buyer's counsel to Circuit
         City's bankruptcy counsel
         Edmund S. Pittman    .10 hours at  450.00 per hour.   $45.00

05/22/09 Multiple telephone conferences and e-mails with
         debtors' professionals and others regarding
         motions to sell leases and related relief and
         draft motions to shorten, motions to expedite,
         notices and other pleadings regarding same
         Daniel F. Blanks   2.60 hours at  375.00 per hour.   $975.00

05/22/09 Ardmore, OK - Review and respond to e-mails
         from R. Labarthe regarding revised title
         commitment and closing requirements (.3); send
         e-mail to R. Labarthe regarding request for new
         survey (.2); telephone call with title company
         regarding updated title commitment and real
         estate tax questions (.2)
         Matthew P. Rash    .70 hours at  315.00 per hour.   $220.50

05/22/09 Draft motion for order shortening notice (Simon
         Property), motion for order shortening notice
         (SEA), meeting with debtors professionals
         regarding orders and draft motion for shorten
         notice (St. Cloud)
         Erin Q. Ashcroft   3.90 hours at  300.00 per hour.  $1,170.00

Circuit City Stores Inc
File Number: 2055557                                    Page  27
Invoice No. ******                                     June 11, 2009

05/26/09  Baltimore, MD Golden Ring - Telephone calls to
          and from buyer's counsel (.1); e-mails to C.
          Crowe and D. Miller (.1)
          Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

05/26/09  Ardmore, OK - Respond to e-mails from R.
          Labarthe regarding closing documents and
          warranty assignments (.4); telephone call to J.
          Grant regarding title commitment (.3); send
          e-mail to client representative regarding
          outstanding warranties, roof repairs at the
          warehouse and assigning any warranties and
          service contracts (.4); finalize escrow
          instruction letter and prepare signed documents
          for delivery to title company (1.0); exchange
          e-mails with buyer's counsel regarding closing
          procedures, changes to deed and list of
          permitted encumbrances and document delivery
          (.4)
          Matthew P. Rash   2.50 hours at  315.00 per hour.        $787.50

05/27/09  Sale of Virginia Beach Outparcel - Review
          e-mail from title company
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

05/27/09  Prepare multiple motions regarding sale of
          leases and e-mails and telephone conferences
          with debtors' professionals regarding same
          Daniel F. Blanks   .90 hours at  375.00 per hour.        $337.50

05/27/09  Ardmore, OK - Review comments by buyer's
          counsel to draft closing documents (.8); revise
          closing documents and send response e-mail to
          buyer's counsel (.5); respond to e-mail from
          title company regarding closing documents and
          escrow instructions (.2)
          Matthew P. Rash   1.50 hours at  315.00 per hour.        $472.50

05/27/09  Review docket for briefing schedule
          Bryan A. Stark    .20 hours at  295.00 per hour.         $59.00

05/28/09  Review and revise pleading relating to
          remaining lease sales and numerous e-mails with
          debtors professionals regarding same and timing
          of hearing on 6/3
          Douglas M. Foley   1.90 hours at  550.00 per hour.     $1,045.00

05/28/09  Virginia Beach Outparcel - Review e-mail from
          J. Avallone
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

Circuit City Stores Inc
File Number: 2055557                              Page  28
Invoice No. ******                               June 11, 2009

05/28/09 Multiple e-mails with debtors' professionals
         regarding sale of leases and related pleadings
         and draft and revise same and research issues
         regarding same
         Daniel F. Blanks   2.50 hours at  375.00 per hour.          $937.50

05/28/09 Ardmore, OK - Telephone call with client
         employee regarding roof repairs and warranty
         information (.3); telephone call with title
         company regarding buyer's requested changes to
         deed and legal description (.4); review
         revisions to closing documents by buyer's
         counsel (.5); revise warranty deed based on
         comments from buyer's counsel (.3); send e-mail
         to buyer's counsel rejecting certain changes to
         deed (.3); send e-mail to client employee
         regarding estimate for roof repairs (.1);
         revise closing statement (.1); exchange e-mails
         with title company and buyer's counsel
         regarding legal description and quitclaim
         language in the vesting deed (.3)
         Matthew P. Rash   2.30 hours at  315.00 per hour.          $724.50

05/28/09 Prepare motions for expedited hearing, motions
         to shorten notice and notices of motions for
         sale of various leases and subleases to be
         heard on June 3, 2009 (2.0); correspond with
         debtors' professionals regarding motions,
         orders and agreements to be filed (.5)
         Bryan A. Stark   2.50 hours at  295.00 per hour.           $737.50

05/29/09 E-mails with debtors professionals relating to
         stub rent issues, briefing schedule and timing
         of payment
         Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

05/29/09 E-mails with debtors professionals and client
         regarding filing pleadings to sell leases at
         St.Cloud, Bloomingdale and Chesterfield and
         telephone conference with landlords counsel
         regarding possible expedited hearing on
         objections to bid procedures and due diligence
         waivers
         Douglas M. Foley   1.60 hours at  550.00 per hour.         $880.00

05/29/09 Virginia Beach Outparcel - Review e-mails from
         J. Avallone and D. Miller regarding due
         diligence extension
         Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. ******                                     June 11, 2009

05/29/09  Review and analyze motions to sell leases and
          related motions, orders and notices and file
          same and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

05/29/09  Ardmore, OK - Review e-mail from R. Labarthe
          regarding repairs to office carpet and roof
          tiles and review estimate of repairs (.5);
          review owner's warranty regarding roof
          materials and labor (.5); revise settlement
          statement to accommodate changes to repair
          estimates (.5); telephone calls with client
          employee regarding repair issues and
          outstanding closing issues (1.0); telephone
          calls with title agent and buyer's counsel
          regarding outstanding closing issues (1.0);
          revise bill of sale regarding warranty
          assignment language (1.0)
          Matthew P. Rash   4.00 hours at  315.00 per hour.         $1,260.00

05/29/09  Correspond with debtors' professionals
          regarding and file motions to sell leases,
          motions to shorten time, motion for expedited
          hearing and notices of motions
          Bryan A. Stark   1.00 hours at  295.00 per hour.           $295.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 12.3 | $6,765.00 |
| T. Craig Harmon | $525.00 | 3.1 | $1,627.50 |
| Edmund S. Pittman | $450.00 | 3.9 | $1,755.00 |
| Daniel F. Blanks | $375.00 | 15.8 | $5,925.00 |
| Matthew P. Rash | $315.00 | 38.9 | $12,253.50 |
| Lois E. Sisk | $310.00 | 0.5 | $155.00 |
| Erin Q. Ashcroft | $300.00 | 3.9 | $1,170.00 |
| Bryan A. Stark | $295.00 | 22.7 | $6,696.50 |
| TOTAL FEES | | 101.1 | $36,347.50 |

Re: Reclamation Matters
     Our File No.              2055557-0200
     Circuit City Contact      Daniel W. Ramsey
     McGuireWoods Contact      Douglas M. Foley

05/22/09  Research regarding reclamation issues and
          alleged secured claim status and objections
          Erin Q. Ashcroft    .50 hours at  300.00 per hour.         $150.00

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. ******                                     June 11, 2009

05/25/09 E-mail to and from debtors' professionals
         regarding reclamation procedures and research
         regarding changes to 546(c)
         Erin Q. Ashcroft   2.50 hours at  300.00 per hour.       $750.00

05/26/09 Analyze issues relating to 546(c) and
         reclamation procedures and claims relating to
         alleged secured status claimed by various
         creditors
         Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Erin Q. Ashcroft | $300.00 | 3.0 | $900.00 |
| TOTAL FEES | | 3.4 | $1,120.00 |

**Re: Utilities Matters**
   **Our File No.**              2055557-0210
   **Circuit City Contact**      Daniel W. Ramsey
   **McGuireWoods Contact**      Douglas M. Foley

05/01/09 E-mails with parties and debtors' professionals
         regarding requests from utilities
         Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

05/05/09 E-mails with debtors' professionals and
         utilities regarding payment from blocked
         account
         Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

05/08/09 E-mails with debtors' professionals regarding
         utilities requests
         Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

05/11/09 E-mails and telephone conferences with parties
         and debtors' professionals regarding utility
         demands
         Daniel F. Blanks   .40 hours at  375.00 per hour.        $150.00

05/12/09 E-mails with parties regarding utilities
         requests
         Daniel F. Blanks   .30 hours at  375.00 per hour.        $112.50

05/22/09 E-mails with utilities regarding blocked
         accounts and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks   .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|

Circuit City Stores Inc
File Number: 2055557                                Page  31
Invoice No. ******                                 June 11, 2009

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 2.4 | $900.00 |
| TOTAL FEES | | 2.4 | $900.00 |

**Re: Insurance Matters**
    Our File No.              2055557-0230
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

05/06/09  Research issues regarding workers' compensation
          insurance issues and review and analyze
          documents and pleadings regarding same (1.5);
          telephone conference and e-mails with parties
          regarding aviation insurance and review
          documents regarding same (1.3)
          Daniel F. Blanks   2.80 hours at  375.00 per hour.   $1,050.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 2.8 | $1,050.00 |
| TOTAL FEES | | 2.8 | $1,050.00 |

**Re: Tax Matters**
    Our File No.              2055557-0240
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

05/01/09  Review and analyze tax charts prepared by
          counsel for Texas taxing authorities regarding
          resolution of tax obligations and related
          issues and e-mails and telephone conference
          with in-house tax team regarding strategies
          Daniel F. Blanks    .70 hours at  375.00 per hour.    $262.50

05/04/09  Review IRS RARs and legal authorities cited
          therein for appeal conference hearing
          Craig D. Bell   3.60 hours at   530.00 per hour.    $1,908.00

05/04/09  E-mails with in-house tax department regarding
          tax issues
          Daniel F. Blanks    .60 hours at  375.00 per hour.    $225.00

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. ******                                     June 11, 2009

05/05/09 Work on initial preparation for IRS appeals
         conference on four tax adjustments protested by
         client (1.6); analyze relevant tax cases,
         treasury regulations and related authorities
         (1.5)
         Craig D. Bell   3.10 hours at  530.00 per hour.        $1,643.00

05/06/09 E-mails with in-house and debtors'
         professionals regarding tax issues and
         strategies
         Daniel F. Blanks    .60 hours at  375.00 per hour.      $225.00

05/07/09 E-mails regarding status of tax appeals and
         strategy going forward
         Douglas M. Foley    .20 hours at  550.00 per hour.      $110.00

05/07/09 Analysis on legal authorities cited by IRS in
         rebuttal report to tax protest on appeal of
         unsettled audit issues
         Craig D. Bell   1.50 hours at  530.00 per hour.         $795.00

05/07/09 E-mail to client regarding conference call to
         discuss tax issues
         Brian C. Bernhardt    .20 hours at  475.00 per hour.     $95.00

05/07/09 Telephone call regarding tax matters
         Bryan A. Stark    .40 hours at  295.00 per hour.        $118.00

05/08/09 Participate in call regarding strategy for tax
         appeals with debtors professionals and client
         representatives
         Douglas M. Foley    .80 hours at  550.00 per hour.      $440.00

05/08/09 Prepare for conference call with J. McDonald,
         S. Weber and G. Ridgeway regarding 2007 - 2008
         employment tax issues (1.0); conference call
         with J. McDonald, S. Weber and G. Ridgeway
         regarding 2007 - 2008 employment tax issues
         (.8)
         Brian C. Bernhardt   1.80 hours at  475.00 per hour.    $855.00

05/08/09 Prepare for and participate in telephone
         conference with debtors' professionals and
         client regarding IRS appeal and other tax
         issues and e-mails regarding same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.      $412.50

05/08/09 Research tax matters (2.5); telephone call with
         debtor professional regarding research (.3)
         Bryan A. Stark   2.80 hours at  295.00 per hour.        $826.00

Circuit City Stores Inc
File Number: 2055557                           Page  33
Invoice No. ******                            June 11, 2009

05/11/09  Review and respond to client e-mails (.4);
          telephone call with client representative
          (tax)(.3); review documents from client and
          analysis on same (.9)
          Craig D. Bell   1.60 hours at  530.00 per hour.          $848.00

05/11/09  Telephone conference with IRS Bankruptcy
          Specialist regarding employment tax issues
          (.3); draft e-mail to J. McDonald, S. Weber and
          G.  Ridgeway regarding same (.2); forward power
          of attorney for 2007 - 2008 to IRS Bankruptcy
          Specialist
          Brian C. Bernhardt    .60 hours at  475.00 per hour.     $285.00

05/11/09  Receive and review examination report for 2007
          - 2008 and review first three of four issues
          (.5); draft protest (1.0); receive, review and
          respond to e-mail from J. McDonald regarding
          tax issues for 2007 - 2008 by sending e-mail to
          J. McDonald, S. Weber and G. Ridgeway regarding
          same (.2)
          Brian C. Bernhardt   1.70 hours at  475.00 per hour.     $807.50

05/12/09  Analysis of tax issues for IRS appeals hearing
          (2.0); review draft supplemental tax protest
          for additional tax years (.4)
          Craig D. Bell   2.40 hours at  530.00 per hour.        $1,272.00

05/13/09  Review and approve supplemental tax protest for
          recently completed audit cycle (.4); prepare
          for IRS appeals hearing (3.6)
          Craig D. Bell   4.00 hours at  530.00 per hour.        $2,120.00

05/13/09  Finalize initial draft of protest
          Brian C. Bernhardt    .50 hours at  475.00 per hour.     $237.50

05/14/09  Receive, review, respond to and incorporate
          client comments to protest for 2007 - 2008
          employment tax issues
          Brian C. Bernhardt    .50 hours at  475.00 per hour.     $237.50

05/14/09  Multiple e-mails and telephone conferences with
          in-house tax department regarding multiple tax
          issues and research issues regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.       $412.50

05/15/09  E-mails with client regarding payment of
          certain trust fund taxes under first day
          authority
          Douglas M. Foley    .20 hours at  550.00 per hour.       $110.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. ******

Page  34
June 11, 2009

| | | |
|---|---|---|
| 05/15/09 | Receive, review, respond to and incorporate additional client comments to protest for 2007 - 2008 employment tax issues<br>Brian C. Bernhardt   .50 hours at  475.00 per hour. | $237.50 |
| 05/15/09 | Multiple telephone conferences and e-mails with tax department regarding multiple tax issues and audit requests<br>Daniel F. Blanks   .70 hours at  375.00 per hour. | $262.50 |
| 05/17/09 | Review IRS audit report and legal authorities cited in IRS report<br>Craig D. Bell   1.90 hours at  530.00 per hour. | $1,007.00 |
| 05/18/09 | Work on preparation for IRS appeals hearing<br>Craig D. Bell   1.80 hours at  530.00 per hour. | $954.00 |
| 05/18/09 | Multiple telephone calls and e-mails with tax department and debtors' professionals regarding tax questions and related issues and telephone calls from taxing authorities regarding same<br>Daniel F. Blanks   1.10 hours at  375.00 per hour. | $412.50 |
| 05/19/09 | Telephone call with IRS appeals officer on pending hearing (.4); review elements of protest and IRS revenue report (1.3)<br>Craig D. Bell   1.70 hours at  530.00 per hour. | $901.00 |
| 05/19/09 | Research tax matter and e-mail findings of research to debtor professional for review and comment (1.0); meet with debtor professionals regarding tax issues (1.3)<br>Bryan A. Stark   2.30 hours at  295.00 per hour. | $678.50 |
| 05/20/09 | Prepare for appeals hearing on protests of proposed assessments on employment tax and income tax disagreed items with IRS<br>Craig D. Bell   4.00 hours at  530.00 per hour. | $2,120.00 |
| 05/20/09 | E-mails with debtors' professionals and in-house tax department regarding tax issues and strategies<br>Daniel F. Blanks   .60 hours at  375.00 per hour. | $225.00 |
| 05/21/09 | Prepare for IRS appeals hearing<br>Craig D. Bell   2.60 hours at  530.00 per hour. | $1,378.00 |
| 05/21/09 | Multiple tax questions and strategies with tax department and debtors' professionals<br>Daniel F. Blanks   .90 hours at  375.00 per hour. | $337.50 |

Circuit City Stores Inc
File Number: 2055557                                     Page  35
Invoice No. ******                                      June 11, 2009

05/26/09  Analysis on IRS positions on employment tax
          audit appeal issues (1.4); review relevant
          treasury regulations on issue (.4)
          Craig D. Bell   1.80 hours at  530.00 per hour.        $954.00

05/26/09  Review OPEP issue for conference with client
          and appeals hearing (2.0); review
          post-employment contract issue for conference
          with client and appeals hearing (2.0); review
          legal settlement issue for conference with
          client and appeals hearing (2.0); review
          relocation issue for conference with client and
          appeals hearing (2.0)
          Brian C. Bernhardt   8.00 hours at  475.00 per hour.  $3,800.00

05/27/09  Meetings with client and debtors professionals
          regarding IRS appeal hearing on 5/29 relating
          to relocation tax refund issues and strategy
          regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.   $1,045.00

05/27/09  Prepare for meeting with client representatives
          for IRS appeals hearing (2.3); review
          additional documents provided by client for use
          in appeals hearing (1.2); review IRS revenue
          agent report and selected authorities relied on
          by IRS to support their proposed tax assessment
          for 2004-2006 tax years and 2007-2008 tax years
          (2.8); conference with B. Bernhardt to finalize
          strategy for IRS appeals hearing (.4)
          Craig D. Bell   6.70 hours at  530.00 per hour.      $3,551.00

05/27/09  Continue to review relocation issue for
          conference with client and appeals hearing
          (2.0); conference with client regarding tax
          issues for appeals hearing (2.7); prepare for
          appeals conference (3.0)
          Brian C. Bernhardt   7.70 hours at  475.00 per hour. $3,657.50

05/28/09  Analysis on jurisdiction issue for possible
          federal tax refund claim on sale-leaseback
          issue (2.4); review key IRS authorities and
          revenue report items for IRS appeals hearing
          (1.3)
          Craig D. Bell   3.70 hours at  530.00 per hour.      $1,961.00

05/28/09  Prepare for appeals conference
          Brian C. Bernhardt   2.50 hours at  475.00 per hour. $1,187.50

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. ******                                     June 11, 2009

05/28/09  Multiple e-mails and telephone conferences with
          in-house tax department regarding tax issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

05/29/09  Prepare for and attend IRS appeal hearing on
          tax refund claims relating to relocation issues
          and meeting with client regarding same,
          follow-up and go forward strategy
          Douglas M. Foley   2.10 hours at  550.00 per hour.      $1,155.00

05/29/09  Meet with client representative (J. McDonald
          and M. Mosier)(.5); participate in IRS appeals
          hearing (2.5); follow-up on meeting with client
          representatives regarding next steps on tax
          protest issues (.7); review documents provided
          by IRS appeals officer (.8); analysis on
          procedural issue on potential federal tax
          refund claim (1.3)
          Craig D. Bell   5.80 hours at   530.00 per hour.        $3,074.00

05/29/09  Attend appeals hearing (2.0); post-appeals
          hearing conference with client (.5); begin
          reviewing materials provided by appeals officer
          of legal settlement issue (1.0); receive and
          review documents from client (1.0); receive,
          review and respond to e-mails from client
          regarding appeals issues (.5); begin
          post-appeals analysis requested by appeals
          officer
          Brian C. Bernhardt   5.50 hours at  475.00 per hour.    $2,612.50

05/29/09  E-mails and telephone conferences with in-house
          tax department regarding tax issues and review
          and analyze material regarding same (.3);
          prepare for and participate in telephone
          conference with Ernst & Young regarding tax
          strategies and research issues regarding same
          (.8)
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

05/30/09  Review IRS exam team and client's
          sale-leaseback TAM filings and selected
          authorities cited therein
          Craig D. Bell   6.00 hours at  530.00 per hour.         $3,180.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 5.2 | $2,860.00 |
| Craig D. Bell | $530.00 | 52.2 | $27,666.00 |
| Brian C. Bernhardt | $475.00 | 29.5 | $14,012.50 |
| Daniel F. Blanks | $375.00 | 9.4 | $3,525.00 |
| Bryan A. Stark | $295.00 | 5.5 | $1,622.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. ******                                     June 11, 2009

                    TOTAL FEES          101.8    $49,686.00

Re: Claims Administration
      Our File No.            2055557-0250
      Circuit City Contact    Daniel W. Ramsey
      McGuireWoods Contact    Douglas M. Foley


05/01/09  Review, analyze, revise and file motion to
          establish administrative claim bar date
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

05/05/09  E-mails with creditors regarding resolution of
          claims objections and reclassification to
          general unsecured status
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

05/06/09  E-mails with FTI, KCC and debtors'
          professionals regarding additional omnibus
          objections to claims and related issues and
          review claims regarding same (.6); multiple
          e-mails and telephone conferences with parties
          regarding filed omnibus objections to claims
          and analyze issues regarding same (1.1)
          Daniel F. Blanks   1.70 hours at  375.00 per hour.        $637.50

05/07/09  E-mails with debtors' professionals regarding
          omnibus objections and related issues and
          review and analyze exhibits regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

05/08/09  Review and revise omnibus objection to
          503(b)(9) claims relating to goods versus
          services and e-mails with debtors professionals
          regarding same and timing of filing and initial
          hearing and service of process
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

05/08/09  Continue to review, analyze and revise exhibits
          for non-goods objection and e-mails with
          debtors' professionals regarding same and
          multiple e-mails and telephone conferences with
          KCC regarding service and related issues
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. ******                                     June 11, 2009

05/11/09  Continue to revise fifth and sixth omnibus
          objections and e-mails with debtors'
          professionals regarding same and draft notices
          and orders and other documentation regarding
          same (2.3); review responses to second and
          third objections to 503(b)(9) claims and
          initiate drafts of orders and multiple e-mails
          with parties regarding same (1.5)
          Daniel F. Blanks   3.80 hours at  375.00 per hour.        $1,425.00

05/11/09  Review and provide comments on notice of
          omnibus claim objections
          Bryan A. Stark    .60 hours at  295.00 per hour.           $177.00

05/12/09  E-mails with creditors counsel regarding late
          claims and scheduling and review omni claim
          objection orders
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

05/12/09  Review, analyze, revise and file debtors' fifth
          and sixth omnibus objections to claims and
          multiple e-mails and telephone conferences with
          debtors' professionals regarding same (2.2);
          continue draft orders for second and third
          omnibus objection and revise orders regarding
          same and review responses and other items
          regarding same and multiple e-mails and
          telephone conferences with parties regarding
          hearing on objections (1.7)
          Daniel F. Blanks   3.90 hours at  375.00 per hour.        $1,462.50

05/13/09  Continue revisions to claim orders and multiple
          telephone conferences and e-mails with
          claimants regarding same and revise orders
          regarding same and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   1.90 hours at  375.00 per hour.         $712.50

05/14/09  Edits to form of order relating to
          administrative expense bar date and e-mails
          with debtors professionals regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

05/14/09  Revise and submit order regarding
          administrative claim bar date and related
          issues and e-mails and telephone conference
          with clerk's office regarding same (.9); revise
          and submit multiple orders on omnibus

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. ******                                     June 11, 2009

---

       objections to claims and review and analyze
       exhibits regarding same (1.3); e-mails and
       telephone conferences with creditors and
       parties in interest regarding omnibus objection
       to claims and related issues and review
       exhibits, notices and other material regarding
       same (.7)
       Daniel F. Blanks    2.90 hours at  375.00 per hour.      $1,087.50

05/15/09 Revise administrative bar date notice and
       related issues and e-mails with debtors'
       professionals regarding same
       Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

05/18/09 Review and analyze claims data from largest
       claimants, including 503(b)(9), secured,
       administrative and preference targets
       Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

05/18/09 Review, analyze, revise and file notice of
       administrative claim bar date and e-mails with
       KCC and debtors' professionals regarding same
       (.9); review and analyze publication proofs for
       administrative claim bar date and telephone
       conferences and e-mails with KCC and debtors'
       professionals regarding same (.8); telephone
       calls with parties regarding omnibus objections
       to claims (1.3)
       Daniel F. Blanks    3.00 hours at  375.00 per hour.      $1,125.00

05/19/09 E-mails and telephone conferences with
       claimants regarding omnibus objections to
       claims and status hearings regarding same
       (1.9); review and analyze publication proofs
       and related issues and e-mails with debtors'
       professionals regarding same and e-mails with
       KCC regarding same (.8)
       Daniel F. Blanks    2.70 hours at  375.00 per hour.      $1,012.50

05/20/09 Meetings with client and debtors professionals
       to discuss claims issues, preferences and
       litigation strategy relating to 503(b)(9)
       claims
       Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

05/20/09 Review responses to claim objections and
       e-mails with parties regarding same
       Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

Circuit City Stores Inc
File Number: 2055557                          Page   40
Invoice No. ******                           June 11, 2009

05/21/09 E-mails and telephone calls with client and
         debtors professionals regarding treatment and
         objection to certain secured claims and analyze
         issues regarding same, including reclamation
         issues
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

05/21/09 Prepare for and participate in telephone
         conference regarding resolution of claims and
         related issues and research issues regarding
         same (1.4); review responses to claim objection
         and related issues and analyze strategies
         regarding same (.9)
         Daniel F. Blanks   2.30 hours at  375.00 per hour.        $862.50

05/22/09 Analyze issues relating to next round of
         omnibus claim objections and timing of filing
         same (.7); analyze issues with client regarding
         non-payment of alleged administrative claims
         and instructions to claimants regarding filing
         administrative expense requests by bar date
         (.3); telephone calls with creditors regarding
         bar date regarding same (.3); analyze issues
         relating to reclamation claims and alleged
         secured status (.3)
         Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

05/25/09 E-mails with parties regarding fourth omnibus
         order and other omnibus objections to claims
         and research issues regarding same
         Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

05/26/09 Review and analyze IRS motion to reconsider
         administrative claim bar date and e-mails with
         debtors professionals regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

05/26/09 Multiple telephone conferences and e-mails with
         parties regarding omnibus objections to claims
         and review and analyze issues regarding same
         (.8); draft order for fourth omnibus objection
         and telephone conferences and e-mails with
         parties regarding same (1.1); multiple e-mails
         with debtors' professionals regarding omnibus
         objections to claims and related issues (1.2);
         research docket regarding claim stipulations
         for debtors' professionals and analyze issues
         regarding same (.8)
         Daniel F. Blanks   3.90 hours at  375.00 per hour.      $1,462.50

Circuit City Stores Inc
File Number: 2055557                          Page  41
Invoice No. ******                            June 11, 2009

05/26/09 Meet with debtor professional regarding
         administrative claims bar date
         Bryan A. Stark    .20 hours at  295.00 per hour.        $59.00

05/27/09 Several telephone calls, e-mails and meetings
         with client regarding strategy for next round
         of omnibus claims objections and review
         spreadsheets and analysis regarding same (2.6);
         e-mails with opposing creditors counsel
         regarding amendments to claim objection orders
         for submission at hearing on 5/28 and review
         same (.5)
         Douglas M. Foley  3.10 hours at  550.00 per hour.    $1,705.00

05/27/09 Prepare for and participate in multiple
         meetings and conferences with debtors'
         professionals and in-house clients regarding
         claim objections and analyze strategies
         regarding same and research issues regarding
         same and review material regarding same
         Daniel F. Blanks   3.50 hours at  375.00 per hour.   $1,312.50

05/27/09 Draft stipulation and consent order regarding
         administrative claims
         Bryan A. Stark   1.90 hours at  295.00 per hour.       $560.50

05/28/09 Continue meetings with client regarding next
         round of omnibus claim objections to 503(b)(9)
         claims and strategy regarding same (1.8);
         numerous e-mails and telephone calls with
         creditors counsel and creditors regarding
         administrative claim expense bar date notice
         (.9); e-mails with 503(b)(9) creditors and
         client regarding status of reconciliation of
         various claims and timing of objections and
         calculations of AR against vendors (.8)
         Douglas M. Foley  3.50 hours at  550.00 per hour.    $1,925.00

05/28/09 Review stipulation with IRS regarding
         administrated claim and e-mails with debtors'
         professionals regarding same (.3); continue
         revise and edit orders and exhibits for fourth
         omnibus objection (.5); multiple e-mails with
         creditor sand parties in interest regarding
         omnibus objections to claims (.5); research
         multiple issues regarding objections to claims
         and analyze strategies regarding same and
         multiple e-mails and telephone conferences with

Circuit City Stores Inc
File Number: 2055557                                    Page   42
Invoice No. ******                                     June 11, 2009

<div style="margin-left:2em">

debtors' professionals and in-house parties
regarding same and review and analyze
documents, pleadings, notices and other
material regarding same (2.5)
Daniel F. Blanks   3.80 hours at  375.00 per hour.      $1,425.00

</div>

05/29/09  Analyze issues and timing of filing next round
          of 503(b)(9) claim objections and e-mails with
          debtors professionals regarding same and
          structure and type of objections to file
          relating to secured claims (1.1); e-mails and
          telephone calls with creditors counsel
          regarding administrative claim expense bar date
          and scope of claimants needing to file claims
          (1.2); review and revise proposed stipulation
          to resolve IRS motion to reconsider (.3)
          Douglas M. Foley   2.60 hours at  550.00 per hour.   $1,430.00

05/29/09  E-mails and telephone conference with debtors'
          professionals and in-house parties regarding
          claim objections and analyze strategies
          regarding same (.9); draft letter regarding
          administrative expense bar date and e-mails
          with debtors' professionals and in-house
          counsel regarding same (.8); telephone calls
          from parties regarding omnibus objections and
          review documents and other material regarding
          same (1.1)
          Daniel F. Blanks   2.80 hours at  375.00 per hour.   $1,050.00

05/31/09  E-mails with debtors' professionals regarding
          omnibus objections to claims and analyze issues
          regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.     $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 20.3 | $11,165.00 |
| Daniel F. Blanks | $375.00 | 42.6 | $15,975.00 |
| Bryan A. Stark | $295.00 | 2.7 | $796.50 |
| TOTAL FEES | | 65.6 | $27,936.50 |

Re: Disclosure Statement and Plan
    Our File No.              2055557-0270
    Circuit City Contact      Daniel W. Ramsey
    McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  43
Invoice No. ******                                     June 11, 2009

05/29/09 E-mails with debtors professionals and client
         regarding strategy and timing of filing plan of
         liquidation and analyze issues regarding same
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.6 | $330.00 |
| TOTAL FEES | | 0.6 | $330.00 |

**Re: Intellectual Property Matters**
    **Our File No.**               2055557-0310
    **Circuit City Contact**       Daniel W. Ramsey
    **McGuireWoods Contact**       Douglas M. Foley


05/04/09 E-mails with agent in China regarding
         opposition to Meng Shifei application for
         CIRCUIT CITY, send e-mail to D. Ramsey
         regarding renewal of CIRCUIT CITY and send
         notice of publication for SENS
         Douglas B. Smith    .40 hours at  295.00 per hour.        $118.00

05/04/09 Review docket reminder (.1); e-mail to D. Smith
         regarding instructions required regarding
         renewal (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.     $32.00

05/04/09 E-mail from agent in China regarding
         abandonment of infringing application (.1);
         e-mail to D. Smith regarding same (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.     $32.00

05/05/09 E-mails with D. Ramsey regarding application
         for SENS and for CIRCUIT CITY registration in
         Canada
         Douglas B. Smith    .30 hours at  295.00 per hour.         $88.50

05/05/09 Receive and review correspondence from agent in
         Japan regarding trademark registrations for
         CIRCUIT CITY (in Class 9), CIRCUIT CITY (in
         Class 11), VERGE and VERGE & Design and send
         reply
         Douglas B. Smith    .30 hours at  295.00 per hour.         $88.50

05/06/09 Various telephone calls and e-mails regarding
         transfer of Canadian trademarks
         Janet P. Peyton    .30 hours at  460.00 per hour.         $138.00

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. ******                                     June 11, 2009

05/06/09  Prepare for conference call with D. Ramsey
          regarding Canadian IP matters
          Douglas B. Smith   1.00 hours at  295.00 per hour.        $295.00

05/08/09  E-mail from D. Smith (.1); check status of
          approval of extension request for MICROZ mark
          (.1); e-mail to J. Petrillo regarding same
          Kymberleigh B. Gokey   .30 hours at  160.00 per hour.     $48.00

05/12/09  E-mail from K. Gokey with agent letters for
          transfer of files
          Janet P. Peyton   .20 hours at  460.00 per hour.          $92.00

05/12/09  Prepare letters to agents in Canada regarding
          files transfer to Osler (.6); e-mail to J.
          Peyton regarding same (.1)
          Kymberleigh B. Gokey   .70 hours at  160.00 per hour.    $112.00

05/13/09  E-mail from J. Peyton regarding status of
          correspondence regarding file transfer (.1);
          e-mail to J. Peyton regarding same (.1)
          Kymberleigh B. Gokey   .20 hours at  160.00 per hour.     $32.00

05/13/09  Review docket reminder (.1); e-mail to J.
          Peyton regarding status of renewal of CIRCUIT
          CITY, Canada Reg. No. 427,363 (.1); e-mail from
          J. Peyton regarding same (.1)
          Kymberleigh B. Gokey   .30 hours at  160.00 per hour.     $48.00

05/14/09  Letter to A. Ashton regarding transfer of all
          InterTAN Canada, Ltd. trademark portfolio files
          to Osler firm (.1); letter to T. Kelly
          regarding transfer of all Circuit City Stores
          West Coast files to Osler firm (.1)
          Janet P. Peyton   .20 hours at  460.00 per hour.          $92.00

05/14/09  E-mails with D. Ramsey and J. Peyton regarding
          competitor use of FIREDOG mark as Google AdWord
          (.3); draft letter for D. Ramsey to send to
          competitor regarding FIREDOG usage (1.5)
          Robert M. Tyler   1.80 hours at  500.00 per hour.        $900.00

05/20/09  Review docket reminder (.1); telephone calls
          with D. Smith and J. Peyton regarding renewal
          deadline and responsibility for renewal (.5)
          Kymberleigh B. Gokey   .60 hours at  160.00 per hour.     $96.00

05/21/09  Various e-mails from D. Smith and agent's
          response regarding renewal of CIRCUIT CITY
          Canadian registration
          Kymberleigh B. Gokey   .20 hours at  160.00 per hour.     $32.00

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. ******                                      June 11, 2009

05/29/09 Review and file petition to revive/office
         action for the mark V (stylized)
         Douglas B. Smith    .20 hours at  295.00 per hour.      $59.00

05/29/09 Various e-mails from D. Smith (.2); discussion
         with D. Smith regarding response to be filed
         (.1); prepare response to office action (.4)
         Kymberleigh B. Gokey    .70 hours at  160.00 per hour.   $112.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert M. Tyler | $500.00 | 1.8 | $900.00 |
| Janet P. Peyton | $460.00 | 0.7 | $322.00 |
| Douglas B. Smith | $295.00 | 2.2 | $649.00 |
| Kymberleigh B. Gokey | $160.00 | 3.4 | $544.00 |
| TOTAL FEES | | 8.1 | $2,415.00 |

Re: Asset Sales
    Our File No.            2055557-0321
    Circuit City Contact    Daniel W. Ramsey
    McGuireWoods Contact    Douglas M. Foley


05/01/09 Telephone conference with counsel for Bell
         Canada regarding crossover issues with
         Systemacs IP sale and analyze issues regarding
         same (.6); telephone conference and e-mails
         with state AGs and debtors professionals and
         CPO regarding state privacy law issues (1.7);
         e-mails and telephone conferences with
         prospective bidders and Rothschild regarding
         follow-up issue and due diligence (.7)
         Douglas M. Foley   3.00 hours at  550.00 per hour.    $1,650.00

05/01/09 E-mails and telephone conferences with parties
         regarding IP sale and related issues and review
         and analyze issues, documents and pleadings
         regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.     $262.50

05/04/09 Numerous e-mails regarding gathering data for
         CPO relating to intellectual property asset
         sale motion and protection of PII information
         (.7); telephone conferences with counsel for
         Bell Canada regarding Canadian deal and review
         documents regarding same and potential
         revisions to order (1.4)
         Douglas M. Foley   2.10 hours at  550.00 per hour.    $1,155.00

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. ******                                     June 11, 2009

05/05/09  Review schedules to asset purchase agreement
          with Canadian Bell and with Systemax regarding
          comparison of various intellectual property and
          trademark issues
          Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

05/05/09  Analyze issues relating to Systemax and
          Canadian intellectual property sales and review
          exhibits and orders regarding same (1.5);
          e-mails with co-counsel, client and Bell
          Canada's counsel regarding same (.7); analyze
          issues relating to sale of PII information
          (.7); e-mails with debtors' professionals
          regarding revisions to form of proposed order
          for Systemax sale (.3)
          Douglas M. Foley   3.20 hours at  550.00 per hour.        $1,760.00

05/05/09  E-mails with debtors' professionals regarding
          sale orders for Canada and related issues and
          review material regarding same and possible
          seal motion
          Daniel F. Blanks   1.40 hours at  375.00 per hour.          $525.00

05/06/09  E-mails with debtors professionals and client
          and prepare for and participate in telephone
          conference with NAAG regarding sale of PII and
          protections relating thereto and CPO report
          (1.9); telephone conferences and e-mails with
          chambers regarding timing of filing of CPO
          report and telephonic participation at hearing
          on 5/13 (.4); e-mails with Canadian Bell
          counsel regarding revisions to Systemax order
          and structure of license issues with InterTAN
          (.3); begin review of competing bids for 5/11
          auction (.3)
          Douglas M. Foley   2.90 hours at  550.00 per hour.        $1,595.00

05/07/09  Numerous e-mails and telephone conferences with
          debtors professionals, Bell Canada's
          professionals, and Canadian professionals
          regarding structure of trademark licenses for
          Systemax and InterTAN transactions and
          revisions to form of order regarding same
          (1.9); prepare for and participate in telephone
          conference with financial advisors, committee
          professionals and debtors professionals
          regarding various bids on IP assets and
          structure of auction for 5/11 (1.3)
          Douglas M. Foley   3.20 hours at  550.00 per hour.        $1,760.00

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. ******                                     June 11, 2009
_____

05/07/09  Multiple e-mails and telephone conferences with
          parties regarding IP sale and review, analyze,
          revise, and circulate revised orders regarding
          same and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

05/08/09  E-mails with Bell Canada's counsel and debtors
          Canadian counsel regarding form of order on
          Systemax sale to deal with Canadian license and
          review proposed changes to APA disclosure and
          exhibits regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

05/11/09  Prepare for and participated in real estate and
          e-commerce auctions and numerous meetings and
          conferences with bidders, CPO, client and
          debtors professionals regarding issues and
          strategies (11.8); telephone conferences and
          e-mails with counsel for Bell Canada regarding
          effect of Systemax transaction on Canadian
          transaction and review and revise documents and
          side letters regarding same (1.9)
          Douglas M. Foley  14.70 hours at  550.00 per hour.      $8,085.00

05/11/09  Review, analyze and file CPO report and e-mails
          with debtors' professionals regarding same
          (.5); telephone conferences with parties and
          debtors' professionals regarding IP sale and
          related issues (.9); review, analyze and revise
          proposed sale order and multiple e-mails and
          telephone conferences with parties regarding
          same (1.5)
          Daniel F. Blanks   2.90 hours at  375.00 per hour.      $1,087.50

05/12/09  Numerous follow-up telephone call and e-mails
          regarding documents relating to Canadian
          transaction and review and revise same (2.3);
          e-mails regarding finalization of Systamax
          order (.8); e-mails regarding orders on 232/San
          Mateo and Ardmore sales (.7)
          Douglas M. Foley   3.80 hours at  550.00 per hour.      $2,090.00

05/12/09  E-mails with counsel for Systemax regarding
          sale order and multiple e-mails with debtors'
          professionals regarding same and review
          material regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. ******                                     June 11, 2009

05/13/09  Numerous e-mails regarding final documentation
          of Canadian "fix" to IP asset sale to Systemax,
          review revised agreements and analyze issues
          regarding same
          Douglas M. Foley    1.70 hours at  550.00 per hour.        $935.00

05/13/09  Review, analyze and file privacy ombudsman's
          report and e-mails with debtors' professionals
          regarding same and multiple telephone
          conferences and e-mails with parties and
          debtors' professionals regarding same (1.4);
          revise IP order and prepare exhibits and other
          material regarding same (.5)
          Daniel F. Blanks    1.90 hours at  375.00 per hour.        $712.50

05/14/09  Several telephone calls and e-mails with
          counsel for Bell Canada, Systemax and debtors
          professionals regarding amendments and side
          letters to APA and closing of Systemax
          transaction (1.9); e-mails regarding form of
          order and assumption and assignment of leases
          relating to 232/San Mateo (.6)
          Douglas M. Foley    2.50 hours at  550.00 per hour.      $1,375.00

05/14/09  Multiple e-mails with debtors' professionals
          and systemax regarding APA and other related
          issues and revise order regarding same and
          multiple e-mails with chambers and debtors'
          professionals regarding sale order and other
          related issues
          Daniel F. Blanks    2.90 hours at  375.00 per hour.      $1,087.50

05/15/09  E-mails with Systemax counsel and Bell Canada
          counsel and co-counsel regarding entry of order
          and timing of closing
          Douglas M. Foley     .40 hours at  550.00 per hour.        $220.00

05/15/09  Multiple telephone conferences and e-mails with
          counsel for Systemax, chambers and debtors'
          professionals IP sale order and related issues
          and review exhibits and other documentation
          regarding same and certified copy of same from
          clerk's office for closing and other related
          issues
          Daniel F. Blanks    2.30 hours at  375.00 per hour.        $862.50

05/18/09  E-mails regarding Systemax and Canada issues
          relating to certain IP assets and licenses and
          timing of closing
          Douglas M. Foley     .40 hours at  550.00 per hour.        $220.00

Circuit City Stores Inc
File Number: 2055557                                          Page  49
Invoice No. ******                                           June 11, 2009

05/18/09  E-mails and telephone conferences with in-house
          and party regarding possible purchase of assets
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

05/19/09  E-mails with debtors' professionals regarding
          possible sales of assets and related issues and
          review material regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

05/20/09  E-mails with debtors' professionals and counsel
          in Canada regarding IP sales and related issues
          and review order, side letter and other
          documentation regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.          $562.50

05/28/09  E-mails with parties regarding purchase of
          paper assets and e-mails with in-house parties
          regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 39.2 | $21,560.00 |
| Daniel F. Blanks | $375.00 | 18.0 | $6,750.00 |
| TOTAL FEES | | 57.2 | $28,310.00 |

Disbursements and Other Expenses:

|  |  |  |
|--|--|--|
| | Copy Charges | $319.70 |
| | Pacer Research | $26.16 |
| | Long Distance Telephone Charges | $65.80 |
| 04/21/09 | Now Legal Service Inc. -  (Invoice #A56082) | $155.93 |
| 04/28/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 04/28/2009 | $15.96 |
| 04/29/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 04/29/2009 | $12.94 |
| 05/04/09 | DOUGLAS M. FOLEY - Travel to and from Richmond for hearing preparation; hotel, meals, mileage, parking | $551.37 |
| 05/04/09 | DANIEL F. BLANKS - Prepare for and attend hearing - 04/27/09 thru 04/28/09; Hotel, Meals, Mileage | $305.37 |
| 05/05/09 | FedEx Priority Overnight/Int'l Priority to Towson, MD - Tracking #:  981737539752 | $7.43 |
| 05/06/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 801.92 CAD payable to Smart & Biggar, Debit Note S1497008 dtd 12/29/2008; foreign agent fees in connection with the filing and preparation of various documents relating to various marks | $700.32 |

Circuit City Stores Inc
File Number: 2055557                                      Page  50
Invoice No. ******                                        June 11, 2009

| | | |
|---|---|---:|
| 05/06/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  981737540219 | $7.43 |
| 05/06/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 467.96 CAD payable to Smart & Biggar, Debit Note S1493981 dtd 12/11/2008; foreign agent fees in connection with the filing and preparation of various documents relating to various marks | $408.67 |
| 05/06/09 | J&J COURT TRANSCRIBERS, INC. - Court transcript | $153.00 |
| 05/07/09 | Now Legal Service Inc. -  (Invoice #A56126) | $93.56 |
| 05/08/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 05/08/2009 | $17.49 |
| 05/08/09 | FedEx Priority Overnight/Int'l Priority to Dallas, TX - Tracking #:  981737541145 | $18.00 |
| 05/08/09 | Now Legal Service Inc. -  (Invoice #A56126) | $93.56 |
| 05/13/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 05/13/2009 | $56.55 |
| 05/14/09 | FedEx Priority Overnight/Int'l Priority to Toronto, ON CA - Tracking #:  981737543696 | $30.84 |
| 05/14/09 | FedEx Priority Overnight/Int'l Priority to Ottawa, ON CA - Tracking #:  981737543685 | $30.84 |
| 05/18/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  986584519020 | $9.17 |
| 05/18/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584519042 | $13.99 |
| 05/18/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584519010 | $7.43 |
| 05/18/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  986584519031 | $7.43 |
| 05/18/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584519009 | $7.43 |
| 05/19/09 | DANIEL F. BLANKS - Travel to and from Circuit City hearing preparation and hearing; hotel, meals, mileage, | $724.65 |
| 05/19/09 | DOUGLAS M. FOLEY - Attend hearing preparation; meal | $198.00 |
| 05/20/09 | J&J COURT TRANSCRIBERS, INC. - Professional Services - Federal Court 14-Day on 4/28/09 | $110.50 |
| 05/21/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  981737546125 | $7.43 |
| 05/21/09 | DOUGLAS M. FOLEY - Travel to New York, NY and Richmond, VA to attend IP auction in NYC and hearings in RIC - 5/12/09-5/13/09; airfare, hotel, meals, mileage, parking, and taxicabs | $962.32 |
| 05/22/09 | DOUGLAS M. FOLEY - Travel to and from NY to attend UCC meeting; airfare, hotel, meals, parking, cab | $615.11 |
| 05/22/09 | KAREN B. CAIN - Certification and copy fees | $23.50 |
| 05/26/09 | FedEx Priority Overnight/Int'l Priority to Dallas, TX - Tracking #:  981737547007 | $12.61 |

Circuit City Stores Inc
File Number: 2055557                              Page  51
Invoice No. ******                               June 11, 2009

```
05/27/09  TNT LIMOUSINE & EXECUTIVE SEDAN - Van Service        $360.00
          to and from Circuity City hearing for Debtor's
          Professionals
05/28/09  RESTAURANTEUR, INC. - Lunch 5/13/09                  $164.84
                         TOTAL EXPENSES                      $6,295.33
```

### Summary of Fees and Expenses:

```
          Total Fees for all Matters:        $228,283.50

          Total Expenses for all Matters:      $6,295.33

          Total for this Invoice:           $234,578.83
```