**<u>Exhibit E2</u>**

# McGUIREWOODS

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

July 9, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91157418

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $340,578.48 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $280,523.50 | |
| Current Disbursements: | $8,583.72 | |
| **Current Invoice Total:** | | $289,107.22 |
| Total Balance Due: | | $629,685.70 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

One James Center
901 East Cary Street
Richmond, VA 23219-4030

July 9, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 06/30/09

INVOICE NO.  91157418                          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.           2055557-0010
    Circuit City Contact   Michelle Mosier
    McGuireWoods Contact   Douglas M. Foley

| Date | Description | Amount |
|---|---|---|
| 06/01/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding bankruptcy cases and related issues and review and analyze multiple documents and pleadings regarding same<br>Daniel F. Blanks   1.50 hours at  375.00 per hour. | $562.50 |
| 06/01/09 | Monitor calls from hot line and revise log of hot line calls<br>Frances C. Smith   5.80 hours at  215.00 per hour. | $1,247.00 |
| 06/01/09 | Prepare agenda and documents for 6/3/2009 hearing (1.6); review, prepare responses to garnishment requests and update tracking chart (2.6)<br>Linda J. Neilson   4.20 hours at  185.00 per hour. | $777.00 |
| 06/02/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding bankruptcy cases and related issues and review documents and other materials regarding same<br>Daniel F. Blanks   2.10 hours at  375.00 per hour. | $787.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

06/02/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith   3.10 hours at  215.00 per hour.        $666.50

06/02/09 Review and prepare responses to garnishment
         requests
         Linda J. Neilson    .80 hours at  185.00 per hour.        $148.00

06/02/09 Assist with hearing preparations (.7); work on
         lease auction details (.9)
         Karen B. Cain   1.60 hours at  195.00 per hour.           $312.00

06/03/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze material regarding same
         Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

06/03/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith    .70 hours at  215.00 per hour.        $150.50

06/03/09 Retrieve and organize omnibus objections and
         responses (.9); prepare documents for 6/9/09
         hearing (.8); retrieve and review documents
         from CSC (.6)
         Linda J. Neilson   2.30 hours at  185.00 per hour.        $425.50

06/03/09 Work on auction preparations (2.1); work on
         exhibits for emergency hearing (3.4); attend
         emergency hearing and assist with exhibits
         (1.1)
         Karen B. Cain   6.60 hours at  195.00 per hour.         $1,287.00

06/04/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith   1.10 hours at  215.00 per hour.        $236.50

06/04/09 Retrieve and organize omnibus objections and
         responses (.8); prepare documents for 6/9/09
         hearing (.7); retrieve and review requests for
         garnishment, subpoenas and complaints (1.1)
         Linda J. Neilson   2.60 hours at  185.00 per hour.        $481.00

Circuit City Stores Inc
File Number: 2055557                                           Page    3
Invoice No. 91157418                                          July 9, 2009


06/05/09 Review and revised agenda for hearing on 6/9
         and e-mails with debtors professionals and
         client regarding same (.9); several telephone
         conferences with creditors and creditors
         counsel regarding responses to pending omnibus
         claim objections (.6); telephone conference
         with agencies regarding payment of restitution
         claims in pending criminal actions (.3)
         Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

06/05/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze issues regarding same and review
         documents regarding same
         Daniel F. Blanks    2.10 hours at  375.00 per hour.        $787.50

06/05/09 Prepare documents for 6/9/09 hearing (.9);
         revise and prepare 6/9/09 hearing agenda for
         filing (1.8); review docket and retrieve
         responses to omnibus objections (.4);
         teleconferences regarding response to complaint
         filed in Ohio by Memoli (.1)
         Linda J. Neilson   3.20 hours at  185.00 per hour.        $592.00

06/08/09 Review agenda and prepare for omnibus hearing
         on June 9th and e-mails with client and debtors
         professionals regarding same
         Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

06/08/09 Multiple telephone conferences and e-mails with
         client, debtors' professionals and parties in
         interest regarding bankruptcy cases and related
         issues and research issues regarding same
         (2.2); multiple telephone conferences and
         e-mails with parties regarding June 9, 2009
         omnibus hearing (1.2)
         Daniel F. Blanks   3.60 hours at  375.00 per hour.      $1,350.00

06/08/09 Review, retrieve and organize responses to
         omnibus objections (1.0); revise tracking chart
         regarding same (.8)
         Linda J. Neilson   1.80 hours at  185.00 per hour.        $333.00

06/08/09 Omnibus hearing preparation (1.1); coordinate
         property management deposition arrangements
         (1.7); work on exhibits for sublease objection
         (2.2); prepare binders for cross examination
         (2.7)
         Karen B. Cain   7.70 hours at  195.00 per hour.         $1,501.50

Circuit City Stores Inc
File Number: 2055557                                    Page    4
Invoice No. 91157418                                   July 9, 2009

06/08/09  Research tax identification number for
          Courchevel, LLC
          Heather M. Enderle    .70 hours at  150.00 per hour.      $105.00

06/09/09  Prepare for and attend omnibus hearings for
          June 9th agenda and meetings with client and
          debtors professionals regarding same (2.4);
          several e-mails after hearing regarding
          follow-up on form of orders and submission of
          same (1.2)
          Douglas M. Foley   3.60 hours at  550.00 per hour.      $1,980.00

06/09/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy cases and related
          issues (1.5); draft, revise and submit multiple
          orders, notices and exhibits regarding June 9th
          omnibus hearing (2.3)
          Daniel F. Blanks   3.80 hours at  375.00 per hour.      $1,425.00

06/09/09  Review, retrieve and organize filings from CSC
          (1.1); prepare responses to garnishments (1.3)
          Linda J. Neilson   2.40 hours at  185.00 per hour.       $444.00

06/09/09  Final preparation on omnibus hearing binders
          and exhibits (3.4); omnibus hearing (2.9); work
          with cross examination exhibits (2.1)
          Karen B. Cain    8.40 hours at  195.00 per hour.      $1,638.00

06/10/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases, claim objections and related
          issues and review and analyze claims,
          pleadings, notices, orders and other material
          regarding same
          Daniel F. Blanks    2.70 hours at  375.00 per hour.      $1,012.50

06/10/09  Respond to e-mails from D. Blanks and B. James;
          locate file and organizational information
          regarding Courchevel LLC
          Janis A. Paiva    .90 hours at  255.00 per hour.       $229.50

06/10/09  Prepare chart for items set for 6/23/09 hearing
          and circulate (2.0); review requests and
          prepare responses (garnishments, subpoenas,
          etc. ) (3.1)
          Linda J. Neilson   5.10 hours at  185.00 per hour.       $943.50

06/10/09  Research multiple subsidiaries for status and
          state standing
          Karen B. Cain     .90 hours at  195.00 per hour.       $175.50

Circuit City Stores Inc
File Number: 2055557                                         Page    5
Invoice No. 91157418                                        July 9, 2009

06/11/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze claims, pleadings, notices, and
          other documentation regarding same
          Daniel F. Blanks   2.50 hours at  375.00 per hour.          $937.50

06/11/09  Review requests and prepare responses
          (garnishments, subpoenas, etc. )
          Linda J. Neilson   3.80 hours at  185.00 per hour.          $703.00

06/11/09  Research claims register of administrative
          claims (.9); create spreadsheet of
          administrative claims (.8); research priority
          claims (.4)
          Karen B. Cain   2.10 hours at  195.00 per hour.             $409.50

06/12/09  Review draft agenda for 6/23 matters and
          e-mails with client and debtors professionals
          regarding same
          Douglas M. Foley   .40 hours at  550.00 per hour.           $220.00

06/12/09  Multiple telephone conferences with creditors
          and parties in interest regarding bankruptcy
          cases and related issues and e-mails with
          parties and debtors' professionals regarding
          same and related issues
          Daniel F. Blanks   2.40 hours at  375.00 per hour.          $900.00

06/14/09  E-mails with parties in interest regarding
          bankruptcy cases and related issues and review
          material regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.           $300.00

06/15/09  Multiple e-mails and telephone conferences with
          debtors' professionals and creditors and
          parties in interest regarding bankruptcy cases
          and related issues and analyze issues regarding
          same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.          $600.00

06/15/09  Review and revise omni objections chart and
          update binders regarding same (2.9); retrieve
          requests and prepare responses to garnishments,
          subpoenas and summons (2.0)
          Linda J. Neilson   4.90 hours at  185.00 per hour.          $906.50

06/15/09  Research bankruptcy docket and filings (1.2);
          work on case calendar for professionals (.9)
          Karen B. Cain   2.10 hours at  195.00 per hour.             $409.50

Circuit City Stores Inc
File Number: 2055557                                    Page    6
Invoice No. 91157418                                    July 9, 2009

06/16/09  E-mails and telephone conferences with parties
          in interest and creditors regarding bankruptcy
          cases and related issues
          Daniel F. Blanks   1.50 hours at   375.00 per hour.         $562.50

06/16/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   3.40 hours at   215.00 per hour.         $731.00

06/16/09  Review and revise omni objections chart and
          update binders regarding same (1.3); prepare
          responses to garnishments, subpoenas and
          summons (3.6)
          Linda J. Neilson   4.90 hours at   185.00 per hour.         $906.50

06/16/09  Obtain certified order for professionals (.9);
          analyze documents for production processing
          (1.3); telephone calls and e-mail to and from
          vendors regarding processing documents for
          electronic review (1.1)
          Karen B. Cain   3.30 hours at   195.00 per hour.            $643.50

06/17/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy cases and related issues and review
          and analyze documents and claims regarding same
          Daniel F. Blanks   2.50 hours at  375.00 per hour.          $937.50

06/17/09  Return creditor telephone calls
          Kathleen A. Walker   1.40 hours at  225.00 per hour.        $315.00

06/17/09  Prepare responses to garnishments, subpoenas,
          etc. (2.3); prepare automatic stay violation
          letter regarding Memoli (.5); revise omni
          objections chart and binders (1.3)
          Linda J. Neilson   4.10 hours at  185.00 per hour.          $758.50

06/18/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy cases and related
          issues and review and analyze issues regarding
          same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.          $825.00

06/18/09  Chart telephone calls and issues to be resolved
          (.6); return creditor telephone calls (.7)
          Kathleen A. Walker   1.30 hours at  225.00 per hour.        $292.50

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91157418                                   July 9, 2009


06/18/09 Prepare documents for 6/23/08 hearing (2.3);
         revise omni objections tracking chart (1.1);
         correspondence regarding 6/23/09 hearing agenda
         (.6)
         Linda J. Neilson   4.00 hours at  185.00 per hour.        $740.00

06/19/09 Review and revise agenda for 6/23 and e-mails
         and telephone calls with client and debtors
         professionals regarding same (.8); review and
         revise scripts for creditors and vendor calls
         (.3)
         Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

06/19/09 Multiple e-mails and telephone calls with
         parties regarding bankruptcy cases and related
         issues and review documents, pleadings, notices
         and other documentation regarding same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

06/19/09 Return creditor telephone calls
         Kathleen A. Walker   1.30 hours at  225.00 per hour.      $292.50

06/19/09 Review and prepare hearing agenda for 6/23/2009
         Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

06/21/09 Multiple telephone conferences with parties
         regarding bankruptcy cases and related issues
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

06/21/09 Return creditor telephone calls
         Kathleen A. Walker    .50 hours at  225.00 per hour.      $112.50

06/21/09 Prepare documents for 6/23/2009 hearing
         Linda J. Neilson   1.90 hours at  185.00 per hour.        $351.50

06/22/09 Review agenda and pleadings and prepare for
         presentation and contested matters at omnibus
         hearing on June 23rd and numerous e-mails with
         client and debtors professionals regarding
         status of various matters
         Douglas M. Foley   3.90 hours at  550.00 per hour.      $2,145.00

06/22/09 Multiple telephone conferences and e-mails with
         claimants and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze matters regarding same
         Daniel F. Blanks   2.50 hours at  375.00 per hour.        $937.50

06/22/09 Monitor creditor hotline (1.6); chart telephone
         calls and issues to be resolved (2.0)
         Nancy S. von Bargen   3.60 hours at  220.00 per hour.     $792.00

Circuit City Stores Inc
File Number: 2055557                                  Page   8
Invoice No. 91157418                                  July 9, 2009

06/22/09  Prepare responses to garnishments, subpoenas
          and summons
          Linda J. Neilson   1.00 hours at  185.00 per hour.        $185.00

06/22/09  Work on omnibus hearing binders (.9); prepare
          documents for exhibit use during omnibus
          arguments (1.3)
          Karen B. Cain   2.20 hours at  195.00 per hour.           $429.00

06/23/09  Prepare for and attend omni hearings, meeting
          with client and review and revise orders
          regarding same
          Douglas M. Foley   4.60 hours at  550.00 per hour.      $2,530.00

06/23/09  Prepare for and participate in June 23, 2009
          omnibus hearing and review and analyze multiple
          pleadings, orders, notices, and other
          documentation regarding same and draft, revise,
          prepare, and submit orders regarding same
          (3.8); multiple telephone conferences with
          parties regarding bankruptcy cases and related
          issues (1.7)
          Daniel F. Blanks   5.50 hours at  375.00 per hour.     $2,062.50

06/23/09  Monitor creditor hotline (.7); chart telephone
          calls and issues to be resolved (.7); return
          creditor telephone calls (1.0)
          Nancy S. von Bargen   2.40 hours at  220.00 per hour.     $528.00

06/23/09  Prepare responses to garnishments, subpoenas
          and summons
          Linda J. Neilson   3.20 hours at  185.00 per hour.        $592.00

06/23/09  Prepare exhibits and binders for omnibus
          hearing (4.7); assist with omnibus hearing
          documents (3.6)
          Karen B. Cain   8.30 hours at  195.00 per hour.         $1,618.50

06/24/09  E-mails and telephone conferences with parties
          regarding bankruptcy cases and related issues
          Daniel F. Blanks   1.60 hours at  375.00 per hour.       $600.00

06/24/09  Monitor creditor hotline (.4); chart telephone
          calls and issues to be resolved (2.5); return
          creditor telephone calls (.7)
          Nancy S. von Bargen   3.60 hours at  220.00 per hour.     $792.00

06/24/09  Review bankruptcy docket and prepare copies of
          proofs of claim
          D. Morrison de Lopez   3.20 hours at  195.00 per hour.    $624.00

Circuit City Stores Inc
File Number: 2055557                                     Page    9
Invoice No. 91157418                                    July 9, 2009

06/24/09 Review and prepare 7/6 hearing items chart for
         circulation (1.3); prepare responses to
         garnishments, subpoenas and summons (3.5)
         Linda J. Neilson   4.80 hours at  185.00 per hour.        $888.00

06/24/09 Creditors' hotline training session for
         professionals (.9); review multiple response
         scripts (.7); work and telephone conference
         with transcriber regarding transcripts,
         transmission and other related issues (1.1)
         Karen B. Cain   2.70 hours at  195.00 per hour.           $526.50

06/25/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         material regarding same (1.8); e-mails with KCC
         regarding service of entered orders (.4)
         Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

06/25/09 Monitor creditor hotline (.2); chart telephone
         calls and issues to be resolved (.7); return
         creditor telephone calls (.3)
         Nancy S. von Bargen   1.20 hours at  220.00 per hour.     $264.00

06/25/09 Prepare responses to garnishments, subpoenas
         and summons
         Linda J. Neilson   3.20 hours at  185.00 per hour.        $592.00

06/26/09 Multiple telephone conferences and e-mails with
         parties in interest and creditors regarding
         bankruptcy case and related issues
         Daniel F. Blanks   3.10 hours at  375.00 per hour.      $1,162.50

06/26/09 Prepare responses to garnishments, subpoenas
         and summons
         Linda J. Neilson   2.80 hours at  185.00 per hour.        $518.00

06/29/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze multiple issues regarding same
         Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

06/29/09 Monitor creditor hotline (.2); chart telephone
         calls and issues to be resolved (.9); return
         creditor telephone calls (.9)
         Nancy S. von Bargen   2.00 hours at  220.00 per hour.     $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page   10
Invoice No. 91157418                                   July 9, 2009

06/30/09 Review and revise draft agenda for July 6th
         hearing and e-mails with debtors professionals
         regarding same and status of matters
         Douglas M. Foley   .70 hours at 550.00 per hour.        $385.00

06/30/09 Multiple telephone conferences with parties in
         interest regarding bankruptcy cases and related
         issues and review documents and pleadings
         regarding same (.6); draft, revise and submit
         orders (.5)
         Daniel F. Blanks   1.10 hours at  375.00 per hour.      $412.50

06/30/09 Telephone call to case administrator regarding
         trial exhibits (.2); transcript of hearing to
         professionals (.1)
         Karen B. Cain   .30 hours at  195.00 per hour.           $58.50

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $550.00 | 17.7 | $9,735.00 |
| Daniel F. Blanks | $375.00 | 50.0 | $18,750.00 |
| Janis A. Paiva | $255.00 | 0.9 | $229.50 |
| Kathleen A. Walker | $225.00 | 4.5 | $1,012.50 |
| Nancy S. von Bargen | $220.00 | 12.8 | $2,816.00 |
| Frances C. Smith | $215.00 | 14.1 | $3,031.50 |
| Diane E. Morrison de Lopez | $195.00 | 3.2 | $624.00 |
| Karen B. Cain | $195.00 | 46.2 | $9,009.00 |
| Linda J. Neilson | $185.00 | 63.1 | $11,673.50 |
| Heather M. Enderle | $150.00 | 0.7 | $105.00 |
| TOTAL FEES | | 213.2 | $56,986.00 |

**Re: Monthly Operating Reports**
     **Our File No.**              2055557-0060
     **Circuit City Contact**      Michelle Mosier
     **McGuireWoods Contact**      Douglas M. Foley

06/15/09 Review, analyze and file monthly operating
         report and e-mails with client and debtors'
         professionals regarding same
         Daniel F. Blanks   .70 hours at  375.00 per hour.       $262.50

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Daniel F. Blanks | $375.00 | 0.7 | $262.50 |
| TOTAL FEES | | 0.7 | $262.50 |

**Re: Professional Retention/Fee Applications**
     **Our File No.**              2055557-0070
     **Circuit City Contact**      Michelle Mosier

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91157418                                    July 9, 2009

**McGuireWoods Contact      Douglas M. Foley**

06/02/09 Review interim compensation order and e-mails
         with debtors' professionals regarding same
         Daniel F. Blanks   .50 hours at  375.00 per hour.        $187.50

06/10/09 Review invoices and other material and draft
         McGuireWoods fee application and e-mails with
         parties regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.       $487.50

06/11/09 Begin review and analysis of issues relating to
         second interim fee application process, and
         scheduling, and review and revised May fee
         statements and e-mails with debtors
         professionals and client regarding same
         Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

06/11/09 Continue draft McGuireWoods fee application and
         e-mails and telephone conference with other
         debtors' professionals regarding same
         Daniel F. Blanks   1.80 hours at  375.00 per hour.       $675.00

06/14/09 Continue draft and revise McGuireWoods fee
         application and multiple e-mails with debtors'
         professionals regarding same and other
         applications and related issues
         Daniel F. Blanks   2.10 hours at  375.00 per hour.       $787.50

06/15/09 Continue review and revision of debtors
         professionals fee applications
         Douglas M. Foley   1.40 hours at  550.00 per hour.       $770.00

06/15/09 Draft, revise and file fee applications for
         debtor's professionals and review and analyze
         material regarding same and multiple telephone
         conferences and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks   4.90 hours at  375.00 per hour.     $1,837.50

06/15/09 Review, draft and revise pleadings and notice
         for debtors' professionals fee application and
         related issues
         Erin Q. Ashcroft   5.50 hours at  300.00 per hour.     $1,650.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 2.3 | $1,265.00 |
| Daniel F. Blanks | $375.00 | 10.6 | $3,975.00 |
| Erin Q. Ashcroft | $300.00 | 5.5 | $1,650.00 |
| TOTAL FEES | | 18.4 | $6,890.00 |

Circuit City Stores Inc
File Number: 2055557                              Page  12
Invoice No. 91157418                             July 9, 2009


**Re: Creditors Committee**
   **Our File No.**            **2055557-0080**
   **Circuit City Contact**    **Michelle Mosier**
   **McGuireWoods Contact**    **Douglas M. Foley**


06/16/09  Analyze issues relating to subpoena for board
          minute documents and begin review of same in
          preparation for document production
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

06/16/09  Telephone calls and e-mails regarding response
          to subpoena
          Anne Bentley McCray    .80 hours at  500.00 per hour.     $400.00

06/16/09  Conference with in-house counsel regarding
          creditors committee subpoena and analyze
          strategies regarding same and related issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

06/16/09  Prepare meeting minutes for production
          Wanda C. Bailey    .30 hours at  175.00 per hour.          $52.50

06/17/09  E-mails regarding summation and document
          production protocol for committee subpoena for
          board minutes
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

06/17/09  Telephone conferences and e-mails with debtors'
          professionals regarding subpoena and related
          issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

06/17/09  Assist with document review and production
          (1.0); meeting and telephone conference with
          scanning vendors (.8)
          Gloria K. Dagrosa   1.80 hours at  225.00 per hour.       $405.00

06/17/09  Work on document production to comply with
          subpoena (3.9); meeting with vendors regarding
          preparation of electronic documents from hard
          copies (.7); work on box logs for document
          production (2.8); meeting with professionals
          regarding prior production (.9)
          Karen B. Cain   8.30 hours at  195.00 per hour.         $1,618.50

06/17/09  Summation accounts and restrictions
          Cynthia D. Fallen    .60 hours at  90.00 per hour.        $54.00

Circuit City Stores Inc
File Number: 2055557                                   Page  13
Invoice No. 91157418                                  July 9, 2009

06/17/09 Assist with electronic document review project
         Kathryn C. Morrison   5.40 hours at  75.00 per hour.        $405.00

06/17/09 Assist with Summation and document review
         Cuong Luong   2.20 hours at  75.00 per hour.                $165.00

06/17/09 Prepare meeting minutes for review and prepare
         production set and quality check production
         discs
         Wanda C. Bailey   1.70 hours at  175.00 per hour.           $297.50

06/17/09 Load data into new Summation database (.5);
         e-mails to and from K. Cain and vendors
         regarding same (.5)
         Patricia C. Anderson   1.00 hours at  125.00 per hour.      $125.00

06/18/09 E-mails regarding protocol for privilege review
         of board minutes
         Douglas M. Foley   .30 hours at  550.00 per hour.           $165.00

06/18/09 Prepare for document review and production and
         attend training
         Anne Bentley McCray   2.70 hours at  500.00 per hour.     $1,350.00

06/18/09 Set up document review and document review
         training
         Cristin K. Traylor   1.40 hours at  395.00 per hour.        $553.00

06/18/09 Multiple e-mails and telephone conferences with
         parties regarding subpoena from creditors
         committee and e-mails and telephone conferences
         with debtors' professionals regarding same and
         prepare for and participate in telephone
         conference regarding same
         Daniel F. Blanks   1.60 hours at  375.00 per hour.          $600.00

06/18/09 Phone call briefing project and review project
         materials
         Zach Miller   1.90 hours at  365.00 per hour.               $693.50

06/18/09 Attend training for review of document in
         response to creditors' committee subpoena and
         review guidelines and other information in
         connection with same
         Jacob P. Hildner   1.20 hours at  395.00 per hour.          $474.00

06/18/09 Assist with document review and production
         Gloria K. Dagrosa   2.70 hours at  225.00 per hour.         $607.50

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91157418                                   July 9, 2009
_____


06/18/09 Assist with preparing electronic document for
         review prior to production pursuant to subpoena
         Karen B. Cain   6.60 hours at  195.00 per hour.        $1,287.00

06/18/09 Summation accounts and restrictions and review
         documents
         Cynthia D. Fallen   .40 hours at  90.00 per hour.         $36.00

06/18/09 Assist with scanning and review of meeting
         minutes for production to non-secured creditors
         Wanda C. Bailey  4.30 hours at  175.00 per hour.         $752.50

06/18/09 Load data into Summation and review database
         and e-mails regarding same
         Patricia C. Anderson   1.20 hours at  125.00 per hour.   $150.00

06/18/09 Copy new data for Summation
         Patricia C. Anderson   .30 hours at  125.00 per hour.     $37.50

06/19/09 Consult regarding document review and
         production
         Anne Bentley McCray   .70 hours at  500.00 per hour.     $350.00

06/19/09 Review and analyze minutes regarding subpoena
         from unsecured creditors committee and prepare
         for and participate in telephone conference
         regarding same and analyze issues regarding
         same
         Daniel F. Blanks   2.60 hours at  375.00 per hour.       $975.00

06/19/09 Review documents for privilege in response to
         creditors' committee subpoena
         Zach Miller   2.90 hours at  365.00 per hour.          $1,058.50

06/19/09 Review documents for privilege in response to
         creditors' committee subpoena
         Jacob P. Hildner   3.00 hours at  395.00 per hour.     $1,185.00

06/19/09 Review documents for responsiveness and
         privilege
         Eric C. Roberson   3.60 hours at  340.00 per hour.     $1,224.00

06/19/09 Work on document production in response to
         creditors committee subpoena (2.1); conference
         call with professionals regarding production
         format (.4); analyze electronic documents for
         redactions (1.1); review electronic database
         usage with professionals (1.2)
         Karen B. Cain   4.80 hours at  195.00 per hour.          $936.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  15
July 9, 2009

06/19/09 Assist with scanning and review of meeting
         minutes for production to non-secured creditors
         Wanda C. Bailey   1.50 hours at  175.00 per hour.        $262.50

06/20/09 Review documents for privilege in response to
         creditors' committee subpoena
         Jacob P. Hildner   .80 hours at  395.00 per hour.        $316.00

06/20/09 Review documents for responsiveness and
         privilege
         Eric C. Roberson   3.20 hours at  340.00 per hour.     $1,088.00

06/20/09 Assist with electronic document review for
         production pursuant to subpoena
         Karen B. Cain   2.80 hours at  195.00 per hour.          $546.00

06/21/09 Review board materials for privilege and work
         product and other issues
         Zach Miller   2.00 hours at  365.00 per hour.            $730.00

06/21/09 Review documents for privilege in response to
         creditors' committee subpoena
         Jacob P. Hildner   1.30 hours at  395.00 per hour.       $513.50

06/22/09 E-mails and analysis regarding document
         production of board minutes in response to
         subpoena
         Douglas M. Foley   1.20 hours at  550.00 per hour.       $660.00

06/22/09 Review electronic document database to assist
         with production as required in creditors
         committee subpoena
         Karen B. Cain   3.20 hours at  195.00 per hour.          $624.00

06/22/09 Assist with scanning and review of meeting
         minutes for production to non-secured
         creditors;
         Wanda C. Bailey   2.60 hours at  175.00 per hour.        $455.00

06/22/09 Copy new production data to Summation server
         and e-mail to K. Cain regarding same
         Patricia C. Anderson   .20 hours at  125.00 per hour.     $25.00

06/23/09 E-mails regarding production of documents in
         response to subpoena for board minutes
         Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

06/23/09 Telephone calls and e-mails regarding document
         production
         Anne Bentley McCray   .70 hours at  500.00 per hour.     $350.00

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91157418                             July 9, 2009

06/23/09  Compile spreadsheet detailing document ranges
          of materials for each board meeting
          Eric C. Roberson    2.10 hours at  340.00 per hour.        $714.00

06/23/09  Assist with document production
          Gloria K. Dagrosa    .70 hours at  225.00 per hour.        $157.50

06/23/09  CD production from Superior
          Cynthia D. Fallen    .50 hours at   90.00 per hour.         $45.00

06/23/09  Assist with scanning and review of meeting
          minutes for production to non-secured creditors
          Wanda C. Bailey    .60 hours at  175.00 per hour.          $105.00

06/24/09  Telephone calls and e-mails regarding document
          review and production
          Anne Bentley McCray    .60 hours at  500.00 per hour.      $300.00

06/24/09  Assist with document production response to
          creditors committee subpoena
          Karen B. Cain    2.10 hours at  195.00 per hour.           $409.50

06/24/09  Assist with scanning and review of meeting
          minutes for production to non-secured creditors
          Wanda C. Bailey    .80 hours at  175.00 per hour.          $140.00

06/24/09  Create a new database, clone the database, load
          files into new database, export old beg
          document number and import production numbers
          into the review database, export all metadata
          from review database and import into production
          database, and set up format with all metadata
          fields
          John Field    2.20 hours at  75.00 per hour.               $165.00

06/25/09  Assist with board minute document production
          Cuong Luong    6.20 hours at  75.00 per hour.              $465.00

06/26/09  Assist with document production to comply with
          committee subpoena
          Karen B. Cain    1.10 hours at  195.00 per hour.           $214.50

| Timekeeper          | Rate/HR  | Hours | Fees       |
|---------------------|----------|-------|------------|
| Douglas M. Foley    | $550.00  | 3.9   | $2,145.00  |
| Anne Bentley McCray | $500.00  | 5.5   | $2,750.00  |
| Cristin K. Traylor  | $395.00  | 1.4   | $553.00    |
| Jacob P. Hildner    | $395.00  | 6.3   | $2,488.50  |
| Daniel F. Blanks    | $375.00  | 6.0   | $2,250.00  |
| Zach Miller         | $365.00  | 6.8   | $2,482.00  |
| Eric C. Roberson    | $340.00  | 8.9   | $3,026.00  |
| Gloria K. Dagrosa   | $225.00  | 5.2   | $1,170.00  |
| Karen B. Cain       | $195.00  | 28.9  | $5,635.50  |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  17
July 9, 2009

| | | | |
|---|---|---|---|
| Wanda C. Bailey | $175.00 | 11.8 | $2,065.00 |
| Patricia C. Anderson | $125.00 | 2.7 | $337.50 |
| Cynthia D. Fallen | $90.00 | 1.5 | $135.00 |
| Cuong Luong | $75.00 | 8.4 | $630.00 |
| John Field | $75.00 | 2.2 | $165.00 |
| Kathryn C. Morrison | $75.00 | 5.4 | $405.00 |
| TOTAL FEES | | 104.9 | $26,237.50 |

**Re: Automatic Stay**
     **Our File No.**              **2055557-0090**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**


06/01/09 E-mails regarding resolution of McNulty
         settlement and relief from stay issues
         Douglas M. Foley   .30 hours at  550.00 per hour.          $165.00

06/02/09 E-mails with client regarding resolution of
         McNulty matter, lift stay and 9019 motion
         Douglas M. Foley   .20 hours at  550.00 per hour.          $110.00

06/03/09 Telephone call with debtors' professional
         regarding automatic stay research (.3); review
         and analyze dockets in Eastern District of
         Virginia and Southern District of New York for
         automatic stay issues (1.5)
         Bryan A. Stark   1.80 hours at  295.00 per hour.           $531.00

06/05/09 Research issues regarding competing automatic
         stays of competing Chapter 11 cases (.9);
         multiple letters and correspondence regarding
         violations of automatic stay and related issues
         (1.3)
         Daniel F. Blanks   2.20 hours at  375.00 per hour.         $825.00

06/05/09 Research automatic stay issues in completing
         bankruptcy cases
         Bryan A. Stark   1.20 hours at  295.00 per hour.           $354.00

06/11/09 Draft and submit multiple violations of
         automatic stay letters and analyze issues
         regarding same
         Daniel F. Blanks   .80 hours at  375.00 per hour.          $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91157418                                    July 9, 2009

06/15/09 E-mails with client, debtors' professionals and
         movant regarding motion for relief from stay
         and related issues and analyze and research
         issues regarding insurance and other items
         Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

06/16/09 Telephone conference with party regarding
         motion for relief
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

06/17/09 Draft correspondence regarding violations of
         automatic stay
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

06/30/09 Multiple telephone conferences and e-mails with
         parties regarding automatic stay, possible
         violations and pending lawsuits and related
         issues
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.5 | $275.00 |
| Daniel F. Blanks | $375.00 | 6.3 | $2,362.50 |
| Bryan A. Stark | $295.00 | 3.0 | $885.00 |
| TOTAL FEES | | 9.8 | $3,522.50 |

**Re: Labor/Retiree Matters**
   Our File No.            2055557-0130
   Circuit City Contact    Michelle Mosier
   McGuireWoods Contact    Douglas M. Foley

06/11/09 Prepare for and participate in telephone
         conference with debtors' professionals
         regarding EEOC requests and related issues
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 0.9 | $337.50 |
| TOTAL FEES | | 0.9 | $337.50 |

**Re: Executory Contracts**
   Our File No.            2055557-0140
   Circuit City Contact    Michelle Mosier
   McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. 91157418                                    July 9, 2009

06/01/09 Draft, revise and submit order rejecting
         multiple executory contracts and review motion
         and order regarding same and e-mails with
         debtors' professionals and clerk's office
         regarding same
         Daniel F. Blanks    1.10 hours at  375.00 per hour.        $412.50

06/08/09 E-mails with client regarding AT&T and
         outstanding amounts and related issues and
         review material regarding rejection damages
         claim (.8); e-mails with debtors' professionals
         regarding IBM resolution and stipulation
         regarding same (.7)
         Daniel F. Blanks    1.50 hours at  375.00 per hour.        $562.50

06/11/09 E-mails regarding status of CIT equipment lease
         and claims and status of same
         Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

06/12/09 Revise and submit CIT order and e-mails with
         clerk's office and debtors' professionals
         regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| Daniel F. Blanks | $375.00 | 3.2 | $1,200.00 |
| TOTAL FEES | | 3.5 | $1,365.00 |

Re: Litigation
    Our File No.            2055557-0150
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

06/03/09 Review and analyze e-mail communications and
         state court documents regarding litigation in
         West Virginia (1.6); telephone calls with
         debtors' professionals regarding state court
         litigation (.4)
         Bryan A. Stark    2.00 hours at  295.00 per hour.          $590.00

06/16/09 Draft sheriff instructions and abstract of
         judgment
         Jodie Grotins    .70 hours at  300.00 per hour.            $210.00

06/18/09 Voegtle - Attend status hearing
         Blair B. Hanzlik    .50 hours at  375.00 per hour.         $187.50

Circuit City Stores Inc
File Number: 2055557                                   Page   20
Invoice No. 91157418                                  July 9, 2009

06/19/09  Prepare sheriff's instructions and review law
          on enforcing judgment
          Jodie Grotins    .20 hours at  300.00 per hour.        $60.00

06/22/09  Review and analyze response to motion for 2004
          examination and correspond with debtors'
          professionals regarding same (.3); file
          response to motion for 2004 examination and
          arrange for its service (.4)
          Bryan A. Stark   .70 hours at  295.00 per hour.       $206.50

06/24/09  Correspond with counsel to Capital Contractors
          and debtors' professionals regarding release
          related to state court litigation
          Bryan A. Stark   .50 hours at  295.00 per hour.       $147.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Blair B. Hanzlik | $375.00 | 0.5 | $187.50 |
| Jodie Grotins | $300.00 | 0.9 | $270.00 |
| Bryan A. Stark | $295.00 | 3.2 | $944.00 |
| TOTAL FEES | | 4.6 | $1,401.50 |

**Re: Avoidance Actions**
   Our File No.              2055557-0160
   Circuit City Contact      Michelle Mosier
   McGuireWoods Contact      Douglas M. Foley

06/01/09  Conduct research for D. Foley regarding legal
          standards associated with avoidance actions
          Joseph S. Sheerin  .40 hours at  450.00 per hour.     $180.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Joseph S. Sheerin | $450.00 | 0.4 | $180.00 |
| TOTAL FEES | | 0.4 | $180.00 |

**Re: Vendor Matters**
   Our File No.              2055557-0170
   Circuit City Contact      Michelle Mosier
   McGuireWoods Contact      Douglas M. Foley

06/01/09  Draft, revise and submit order approving
          settlement with TomTom and review motion and
          order regarding same and e-mails with debtors'
          professionals and clerk's office regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.     $300.00

Circuit City Stores Inc
File Number: 2055557                                          Page  21
Invoice No. 91157418                                          July 9, 2009

06/03/09  E-mails and telephone conference with opposing
          counsel regarding Sony 503(b)(9) claim and
          counteroffer and adjournment of hearing set for
          6/9
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

06/04/09  Telephone conference and e-mails with Sony's
          counsel regarding 503(b)(9) claim, status of
          reconciliation of AR and offsets and timing of
          hearing (.3); analyze issues regarding
          counteroffer (.3); review caselaw and
          procedures order on reclamation issues relating
          to alleged secured claim status of various
          claimants (.3)
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

06/10/09  Draft demand letters for vendors and analyze
          strategies regarding same and multiple
          telephone conferences and e-mails with parties
          regarding same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

06/11/09  Draft and submit demand letters to vendors for
          accounts receivable and e-mails and telephone
          conferences with debtors' professionals and
          in-house parties regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

06/19/09  E-mails with debtors' professionals regarding
          demand letters to vendors and related issues
          and develop and analyze strategies regarding
          same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

06/22/09  E-mails with counsel for Graphic Communications
          regarding sale and related issues
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

06/25/09  E-mails regarding Sony settlement discussions
          (.3); e-mails regarding Chase stipulation and
          review same (.3)
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

06/29/09  Draft, revise and file motion to approve
          extension of administrative bar date for IBM
          and related issues and e-mails with counsel
          regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.8 | $990.00 |
| Daniel F. Blanks | $375.00 | 5.8 | $2,175.00 |

Circuit City Stores Inc
File Number: 2055557                          Page   22
Invoice No. 91157418                          July 9, 2009

|           | TOTAL FEES | 7.6 | $3,165.00 |
|---|---|---|---|

**Re: Real Estate**
      Our File No.              2055557-0180
      Circuit City Contact      Michelle Mosier
      McGuireWoods Contact      Douglas M. Foley

06/01/09  Review and analyze issues in preparation for
          hearings on 6/3 relating to final disposition
          of real estate leases (1.2); e-mails regarding
          stub rent issue and briefing schedule and
          possible settlement (.3)
          Douglas M. Foley   1.50 hours at  550.00 per hour.          $825.00

06/01/09  Virginia Beach Outparcel - Telephone call to D.
          Miller (.1); prepare amendment to purchase
          contract extending due diligence period (.9);
          e-mails to and from purchaser's counsel (.1);
          e-mails to and from title agent regarding
          source deed (.1)
          Edmund S. Pittman   1.20 hours at  450.00 per hour.         $540.00

06/01/09  Baltimore, MD Sale - Review e-mails from
          buyer's counsel and Circuit City's bankruptcy
          counsel regarding sale order
          Edmund S. Pittman    .20 hours at  450.00 per hour.          $90.00

06/01/09  E-mails and telephone conferences with counsel
          for landlords regarding rejection and e-mail s
          with debtors' professionals regarding
          resolution
          Daniel F. Blanks   1.50 hours at  375.00 per hour.          $562.50

06/01/09  Revise and update stipulation and consent
          agreement and correspond with debtors'
          professionals regarding same
          Bryan A. Stark    .30 hours at  295.00 per hour.             $88.50

06/02/09  Provide information to potential bidders on
          ground leases (1.5); telephone call to D.
          Miller (1.0); e-mail D. Miller regarding Deep
          Run 7 foreclosure (1.0)
          T. Craig Harmon   3.50 hours at  525.00 per hour.         $1,837.50

06/02/09  Review and revised pleadings relating to sale
          of Baltimore property and e-mails with client
          and debtors professionals regarding same (.9);
          several e-mails with client, debtors
          professionals, opposing counsel regarding

Circuit City Stores Inc
File Number: 2055557                                    Page   23
Invoice No. 91157418                                   July 9, 2009

status of stub rent appeal and possible
settlement of same (.8); prepare for hearings
on St.Cloud, Bloomingdale and Chesterfield and
numerous e-mails with opposing counsel,
co-counsel, client and DJM Realty regarding
same (3.4)
Douglas M. Foley   5.10 hours at  550.00 per hour.      $2,805.00

06/02/09 Lithia Springs, GA - E-mails to and from J.
         Avallone regarding title, survey and Phase I
         (.1); conference with R. Broughton regarding
         same (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.      $90.00

06/02/09 Virginia Beach Outparcel - E-mail signed
         amendment to purchaser's counsel (.1);
         conference with R. Broughton regarding
         outparcel description (.1)
         Edmund S. Pittman    .20 hours at  450.00 per hour.      $90.00

06/02/09 Compile contact information of creditors'
         counsel for use by debtors' professionals (.3);
         review stub rent appeal documentation (.3)
         Bryan A. Stark   .60 hours at  295.00 per hour.      $177.00

06/02/09 Conference with E. Pittman regarding Lithia
         Springs, GA and Virginia Beach, VA and review
         files and records regarding due diligence
         materials
         Robin M. Broughton   1.80 hours at  310.00 per hour.      $558.00

06/03/09 Prepare for contested hearings on disposition
         of leases relating to St.Cloud, Bloomingdale
         and Chesterfield and numerous e-mails,
         telephone calls, and conferences with client,
         witnesses, opposing counsel regarding same and
         attend hearing regarding same (5.8); review,
         revise and prepare orders and assignment
         agreements for submission and closing and
         e-mails with opposing counsel and debtors
         professionals regarding same (2.3); e-mails
         regarding extension of briefing schedule on
         stub rent appeal (.2)
         Douglas M. Foley   8.30 hours at  550.00 per hour.      $4,565.00

06/03/09 Baltimore, MD Sale - Review e-mails from
         buyer's counsel and Circuit City's bankruptcy
         counsel
         Edmund S. Pittman    .10 hours at  450.00 per hour.      $45.00

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91157418                                   July 9, 2009

06/03/09 Lithia Springs, GA - E-mails to J. Thornton and
         J. Avallone
         Edmund S. Pittman      .10 hours at  450.00 per hour.        $45.00

06/03/09 Virginia Beach Outparcel - Review results of
         deed plotter for source deed
         Edmund S. Pittman      .10 hours at  450.00 per hour.        $45.00

06/03/09 Revise and file orders regarding lease issues
         and e-mails with debtors' professionals and
         counterparties regarding same
         Daniel F. Blanks       .90 hours at  375.00 per hour.       $337.50

06/03/09 Lithia Springs - Put legal descriptions into
         deed plotter for E. Pittman
         Terry Hines    1.10 hours at  140.00 per hour.              $154.00

06/04/09 Several e-mails and telephone calls with
         landlord counsel and client regarding SEA
         Properties closing issues, keys, access codes,
         wire transfer of funds and execution of
         agreement and entry of order (1.9); several
         e-mails regarding revisions to stipulation
         extending stub rent appeal briefing schedule
         and submission of same to district court for
         entry (.4)
         Douglas M. Foley   2.30 hours at  550.00 per hour.       $1,265.00

06/04/09 Telephone call with district court's chambers
         regarding extension of time in stub rent
         appeals (.2); draft stipulation and consent
         order extending deadlines and circulate for
         execution (.9)
         Bryan A. Stark    1.10 hours at  295.00 per hour.           $324.50

06/05/09 Numerous e-mails and telephone conferences with
         client, opposing counsel, debtors professionals
         regarding follow-up on St.Cloud and
         Chesterfield closings, and Bloomingdale
         contested hearing for 6/9 omnibus hearing date
         Douglas M. Foley   2.60 hours at  550.00 per hour.       $1,430.00

06/05/09 Multiple telephone conferences and e-mails with
         landlords, debtors' professionals and others
         regarding rejection and assignment of leases
         and other issues and draft orders regarding
         same
         Daniel F. Blanks    1.60 hours at  375.00 per hour.        $600.00

Circuit City Stores Inc
File Number: 2055557                                    Page   25
Invoice No. 91157418                                   July 9, 2009

06/05/09  Correspond with debtors' professionals
          regarding stub rent appeal and motion to extend
          time
          Bryan A. Stark     .50 hours at  295.00 per hour.        $147.50

06/08/09  E-mails regarding landlord requests for various
          consents, including roof warranty transfers
          (.4); prepare for trial on motion to assume and
          assign Bloomingdale lease over Simon Properties
          objection and prepare for and deposed witness
          for Simon Properties (4.7); review caselaw on
          shopping center provisions and several e-mails
          and telephone calls with client, debtors'
          professionals and opposing counsel regarding
          same (1.7)
          Douglas M. Foley   6.80 hours at  550.00 per hour.     $3,740.00

06/08/09  Virginia Beach Outparcel - Telephone calls to
          and from D. Miller (.1); telephone call from
          buyer's counsel regarding feasibility period
          extension (.1); e-mail to buyer's counsel to
          extend feasibility period (.1); e-mails to and
          from title company (.1)
          Edmund S. Pittman    .40 hours at  450.00 per hour.      $180.00

06/08/09  Research multiple issues regarding 365(b)(3)(d)
          regarding June 8, 2009 omnibus hearing and
          conferences with debtors' professionals
          regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.      $562.50

06/08/09  Communicate with chambers regarding entry of
          order (.3); communicate with debtors'
          professionals regarding entry of order
          approving sale of lease (.7)
          Bryan A. Stark    1.00 hours at  295.00 per hour.       $295.00

06/09/09  Prepare for contested hearing/trial on
          assignment of Bloomingdale lease and attend
          court proceedings regarding same and e-mails
          regarding form of order and estoppels
          Douglas M. Foley   2.10 hours at  550.00 per hour.     $1,155.00

Circuit City Stores Inc
File Number: 2055557                               Page  26
Invoice No. 91157418                               July 9, 2009

06/10/09  Review, draft and revise form of order for
          assignment of Bloomingdale lease (2.7);
          numerous e-mails and telephone conferences with
          client, debtors professionals, chambers, and
          opposing counsel regarding same (1.8); analyze
          issues relating to matters on for landlords on
          June 23rd, including cure disputes, stub rent
          appeal, and e-mails with debtors professionals
          regarding same (.9)
          Douglas M. Foley   5.40 hours at  550.00 per hour.      $2,970.00

06/10/09  Virginia Beach Outparcel - E-mail to title
          agent regarding copy of tax bill
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

06/10/09  Prepare order granting motion to assume,
          assign, and sell lease and exhibits thereto and
          submit to BOPS system (1.3); correspond with
          debtors' professionals and bankruptcy court
          personnel regarding filing of exhibits to order
          (1.5)
          Bryan A. Stark   2.80 hours at  295.00 per hour.         $826.00

06/11/09  Telephone calls and e-mails with landlord
          counsel and debtors professionals regarding
          stub rent appeal, settlement negotiation
          status, and entry of order on briefing schedule
          (.4); numerous telephone calls and e-mails
          regarding Bloomingdale lease assignment and
          litigation strategy going forward to enforce
          compliance with order and begin drafting
          pleadings and litigation hold letters regarding
          same and analyze issues with sublease,
          overlandlord and assignee (3.4)
          Douglas M. Foley   3.80 hours at  550.00 per hour.      $2,090.00

06/11/09  Virginia Beach Outparcel - Telephone call to D.
          Miller (.1); e-mails to and from title company
          regarding tax bills and subdivision plat (.2);
          review subdivision plat and existing survey
          (.2); e-mail to D. Miller regarding same (.2)
          Edmund S. Pittman    .70 hours at  450.00 per hour.       $315.00

06/11/09  Correspond with debtors' professionals
          regarding order approving sale of lease (1.0);
          research and draft motion to compel sale and
          for contempt of order of court (5.5)
          Bryan A. Stark   6.50 hours at  295.00 per hour.       $1,917.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  27
July 9, 2009

06/12/09 Review and revise pleadings relating to
         enforcement of bankruptcy court assignment
         order on Bloomingdale and e-mails with opposing
         counsel and debtors professionals regarding
         same (2.7); e-mails and telephone calls with
         landlord counsel regarding claim objections and
         status of stub rent appeal and possible
         settlement of same (.7)
         Douglas M. Foley   3.40 hours at  550.00 per hour.        $1,870.00

06/12/09 Virginia Beach Outparcels - E-mails to and from
         D. Miller regarding purchase price reduction
         and amendment to purchase contract (.2);
         telephone calls to and from D. Miller regarding
         same (.1); e-mails to buyer's counsel (.2);
         prepare and revise second amendment to purchase
         contract
         Edmund S. Pittman   2.30 hours at  450.00 per hour.        $1,035.00

06/12/09 Review district court docket and circulate
         agreed order extending deadlines in stub rent
         appeal (.2); communicate with debtors'
         professionals regarding extension of deadline
         (.3)
         Bryan A. Stark     .50 hours at  295.00 per hour.          $147.50

06/12/09 Draft motion to compel sale of lease and for
         contempt (.7); review, analyze and incorporate
         edits and comments into motion to compel and
         for contempt (1.0); correspond with debtors
         professionals regarding motion to compel sale
         and for contempt (.4); draft motion to expedite
         hearing (1.3)
         Bryan A. Stark    2.40 hours at  295.00 per hour.          $708.00

06/15/09 E-mails, telephone calls and analysis regarding
         next steps on Bloomingdale lease assignment
         dispute (1.8); e-mails and telephone call
         regarding strategy on stub rent appeal (.8)
         Douglas M. Foley   2.60 hours at  550.00 per hour.        $1,430.00

06/15/09 Virginia Beach Outparcel - E-mails to and from
         K. Monahan and D. Miller regarding executed
         second amendment
         Edmund S. Pittman    .10 hours at  450.00 per hour.         $45.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91157418                                   July 9, 2009


06/15/09 Review and update motion for expedited hearing
         with updated facts and hearing date (.8);
         review and analyze updated motion to compel
         compliance with court's order and for sanctions
         (.8); communicate with debtors' professionals
         regarding sale of lease (.3); participate in
         telephone call regarding sale order (.5)
         Bryan A. Stark   2.40 hours at  295.00 per hour.          $708.00

06/16/09 Telephone calls and e-mails with parties to
         Bloomingdale lease assignment dispute and
         debtors professionals regarding strategy and
         possible resolutions (1.2); e-mails with
         landlords regarding transfer of roof warranties
         (.3); e-mails with landlords counsel regarding
         claim questions and stub rent appeal and
         e-mails with debtors professionals regarding
         same (.9)
         Douglas M. Foley   2.40 hours at  550.00 per hour.      $1,320.00

06/16/09 Baltimore, MD (Golden Ring) - E-mails to and
         from buyer's counsel and P. Miller regarding
         objection to sale order
         Edmund S. Pittman   .10 hours at  450.00 per hour.         $45.00

06/17/09 Review draft and revise pleadings relating to
         Bloomingdale lease assignment dispute and
         telephone conference with parties and debtors
         professionals regarding same, strategy and
         timing of filing (2.9); e-mails regarding
         strategy on stub rent appeal and attorneys fees
         issue (.3)
         Douglas M. Foley   3.20 hours at  550.00 per hour.      $1,760.00

06/17/09 Baltimore, MD - E-mails to and from buyer's
         counsel regarding closing items (.1); e-mails
         to and from D. Miller regarding same (.1)
         Edmund S. Pittman   .20 hours at  450.00 per hour.         $90.00

06/17/09 Prepare for and participate in telephone call
         with Simon Properties and debtors'
         professionals regarding their position in
         Bloomingdale lease sale matter (.7); meet with
         debtors' professional and discuss potential
         conflict of interest (.5); communicate with
         debtors' professionals regarding status of
         Bloomingdale sale matter and future plans (.7);
         review, revise and update motion for expedited
         hearing order granting motion to expedite

Circuit City Stores Inc
File Number: 2055557                           Page  29
Invoice No. 91157418                           July 9, 2009

 

        hearing (1.2); review and analyze updated
        motion for contempt and motion to stay order
        (.9); prepare motion for contempt, motion to
        stay and motion to expedite hearing, orders and
        exhibits thereto for filing, file motions and
        arrange for their service (1.2)
        Bryan A. Stark   5.20 hours at  295.00 per hour.          $1,534.00

06/18/09 Telephone calls and e-mails with chambers and
        affected parties regarding expedited hearing on
        Bloomingdale lease assignment dispute and
        strategy regarding same (1.6); telephone
        conference and e-mails with counsel for stub
        rent appeal counsel regarding possible contours
        of settlement and dismissal of appeals (.6)
        Douglas M. Foley   2.20 hours at  550.00 per hour.      $1,210.00

06/18/09 Virginia Beach - E-mails to and from D. Miller
        regarding second amendment
        Edmund S. Pittman   .10 hours at  450.00 per hour.         $45.00

06/18/09 Prepare and submit order to BOPS system
        granting motion to expedite hearing on motion
        for contempt and motion to stay (.9);
        correspond with debtors' professionals
        regarding motion for contempt and motion to
        stay (.8); file notice of motions and hearing
        for motion for contempt, motion to stay and
        motion for expedited hearing and prepare for
        service of same (1.0)
        Bryan A. Stark   2.70 hours at  295.00 per hour.          $796.50

06/19/09 E-mails and telephone calls regarding strategy
        on Bloomingdale lease assignment dispute (.9);
        review pleadings relating to attorneys fees
        claims of Polaris and Advance and opposition to
        same (.7); e-mails and telephone call with
        counsel for appellants regarding stub rent
        appeal and resolution (.8)
        Douglas M. Foley   2.40 hours at  550.00 per hour.      $1,320.00

06/19/09 Virginia Beach - E-mails to and from D. Miller
        regarding extension of outside date for entry
        of sale order (.1); phone call to buyer's
        counsel (.1); e-mails to and from buyer's
        counsel (.1)
        Edmund S. Pittman   .30 hours at  450.00 per hour.        $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91157418                                    July 9, 2009

06/22/09  E-mails regarding Bloomingdale contested
          hearing and prepare for same (.9); e-mails
          regarding resolution of objection to Baltimore
          sale order and revisions to same (.6); e-mails
          and telephone calls with landlords counsel
          regarding stub rent appeal resolution and
          claims issues (.7)
          Douglas M. Foley   2.20 hours at  550.00 per hour.      $1,210.00

06/22/09  Virginia Beach Outparcel - E-mails to and from
          D. Miller (.1); phone calls to and from C.
          Moattar (.1); phone calls to and from D. Miller
          (.1)
          Edmund S. Pittman    .30 hours at  450.00 per hour.       $135.00

06/23/09  E-mails and analysis regarding Bloomingdale
          issues and potential resolutions of same
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

06/23/09  Baltimore County, MD - E-mails to and from
          buyer's counsel regarding lease prorations
          (.1); e-mails to and from D. Miller (.1)
          Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

06/24/09  E-mails and telephone calls with client and
          landlord counsel regarding resolution of stub
          rent appeal
          Douglas M. Foley    .50 hours at  550.00 per hour.        $275.00

06/24/09  Baltimore County, MD - Review e-mail from D.
          Miller regarding prorations (.1); e-mails to
          and from buyer's counsel on same and on closing
          (.2); e-mails to and from D. Miller regarding
          tenant estoppels (.1)
          Edmund S. Pittman    .40 hours at  450.00 per hour.       $180.00

06/24/09  Review order granting motion assumption and
          sale of Baltimore property (.5); submit order
          to court for entry (.2); correspond with court
          personnel regarding entry of order (.3)
          Bryan A. Stark   1.00 hours at  295.00 per hour.          $295.00

06/25/09  E-mails regarding stub rent appeal strategy and
          telephone call with landlord's counsel
          regarding same
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

Circuit City Stores Inc
File Number: 2055557                          Page  31
Invoice No. 91157418                          July 9, 2009

06/26/09  Several telephone calls and e-mails with
          landlord counsel, client and debtors
          professionals regarding status and
          resolution/mootness of stub rent appeal (1.8);
          e-mails with various landlord counsel regarding
          responses to omni claim objections (.9);
          e-mails and analysis regarding estoppel issue
          on Bloomingdale (.8)
          Douglas M. Foley   3.50 hours at  550.00 per hour.        $1,925.00

06/26/09  Golden Ring, Baltimore - E-mails from D. Miller
          regarding prorations (.1); e-mails from buyer's
          counsel (.1)
          Edmund S. Pittman    .20 hours at  450.00 per hour.          $90.00

06/26/09  Virginia Beach - Prepare third amendment to
          purchase agreement (.3); e-mails to and from
          buyer's counsel (.1); e-mails to and from J.
          Kunar at Skadden (.1)
          Edmund S. Pittman    .50 hours at  450.00 per hour.         $225.00

06/26/09  Draft and file notice and motion to sell real
          property in Virginia Beach and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.         $225.00

06/26/09  Draft motion to stay briefing schedule and
          motion to dismiss appeal at the district court
          (.8); research and draft memorandum in support
          of motion to dismiss (1.0); draft memorandum in
          support of motion to stay briefing schedule
          (.5)
          Bryan A. Stark   2.30 hours at  295.00 per hour.           $678.50

06/27/09  Update motion to stay briefing schedule and
          motion to dismiss appeal (.2); research and
          finalize draft of memorandum in support of
          motion to dismiss (1.2); update and finalize
          draft for memorandum in support of motion to
          stay briefing schedule (.5)
          Bryan A. Stark   1.90 hours at  295.00 per hour.           $560.50

06/28/09  Review and revise pleadings for district court
          to dismiss stub rent appeal as moot and to stay
          briefing schedule and e-mails with debtors
          professionals regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

Circuit City Stores Inc
File Number: 2055557                              Page  32
Invoice No. 91157418                              July 9, 2009

06/28/09  Correspond with the debtors' professionals
          regarding motion to stay and motion to dismiss
          in the stub rent appeals (.4); review, analyze
          and update motions and memoranda in support
          (1.0)
          Bryan A. Stark   1.40 hours at  295.00 per hour.          $413.00

06/29/09  Draft and revise pleadings regarding stub rent
          appeal (1.4); e-mails and telephone conference
          with client and debtors professionals regarding
          same (.8); telephone conference and e-mails
          with landlord counsel regarding same and
          consent orders on staying briefing schedule and
          mooting appeal (.6); finalize order on
          Bloomingdale stay and telephone calls and
          e-mail with debtors professionals and chambers
          regarding same and status of estoppel issue
          (.7)
          Douglas M. Foley   3.50 hours at  550.00 per hour.     $1,925.00

06/29/09  Golden Ring (Baltimore County, MD) - E-mails to
          and from buyer's counsel regarding tenant
          estoppels (.1); e-mails to and from D. Miller
          (.1)
          Edmund S. Pittman   .20 hours at  450.00 per hour.       $90.00

06/29/09  Draft, revise and file motions to stay briefing
          schedule and motions to dismiss as moot appeals
          regarding stub rent and related issues (1.5);
          draft, revise and file motion to stay regarding
          Creative (.9)
          Daniel F. Blanks   2.40 hours at  375.00 per hour.      $900.00

06/29/09  Draft order granting motion to stay stub rent
          briefing schedule and correspond with debtors'
          professionals regarding same
          Bryan A. Stark   1.00 hours at  295.00 per hour.        $295.00

06/30/09  E-mails regarding status of Bloomingdale matter
          for July 6th and telephone conference with
          clerk's office regarding entry of order on stay
          (.4); several e-mails with landlord counsel
          regarding payment of rent and issues relating
          to stub rent appeal and signatures for order on
          stay of briefing schedule (.9); e-mails and
          telephone conference with client and Schimenti
          counsel regarding N.Plainfield lease, NYC 5th
          Ave lease and review documents regarding 2004
          examination request (1.2)
          Douglas M. Foley   2.50 hours at  550.00 per hour.    $1,375.00

Circuit City Stores Inc
File Number: 2055557                                          Page  33
Invoice No. 91157418                                         July 9, 2009

06/30/09 Draft correspondence associated with Brighton
         appeal (.4); review materials submitted to
         district court regarding same (.2)
         Joseph S. Sheerin    .60 hours at  450.00 per hour.        $270.00

06/30/09 Multiple telephone conferences and e-mails with
         chambers, clerk's office and debtors'
         professionals and opposing counsel regarding
         stub rent appeal and order staying proceedings
         regarding same (1.5); e-mails with parties
         regarding rejected leases and review docket and
         orders regarding rejection (1.3)
         Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

06/30/09 Correspond with debtors' professionals
         regarding submission of consent order staying
         stub rent briefing schedule
         Bryan A. Stark    .30 hours at  295.00 per hour.          $88.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 69.4 | $38,170.00 |
| T. Craig Harmon | $525.00 | 3.5 | $1,837.50 |
| Edmund S. Pittman | $450.00 | 8.2 | $3,690.00 |
| Joseph S. Sheerin | $450.00 | 0.6 | $270.00 |
| Daniel F. Blanks | $375.00 | 11.3 | $4,237.50 |
| Robin M. Broughton | $310.00 | 1.8 | $558.00 |
| Bryan A. Stark | $295.00 | 33.9 | $10,000.50 |
| Terry Hines | $140.00 | 1.1 | $154.00 |
| TOTAL FEES | | 129.8 | $58,917.50 |

**Re: Insurance Matters**
     Our File No.            2055557-0230
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

06/12/09 E-mails with debtors professionals and inhouse
         parties regarding insurance coverage and
         possible relief from stay action and issues
         regarding same and review material regarding
         same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

06/15/09 E-mails with client regarding draws on letters
         of credit and status of same and strategy for
         stipulation and Canadian issues
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

Circuit City Stores Inc
File Number: 2055557                                    Page   34
Invoice No. 91157418                                    July 9, 2009


06/25/09 E-mails with debtors' professionals regarding
         insurance coverage issues and analyze
         strategies regarding same
         Daniel F. Blanks     .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| Daniel F. Blanks | $375.00 | 1.7 | $637.50 |
| TOTAL FEES | | 2.0 | $802.50 |


**Re: Tax Matters**
     Our File No.              2055557-0240
     Circuit City Contact      Michelle Mosier
     McGuireWoods Contact      Douglas M. Foley


06/01/09 E-mails regarding revisions to IRS
         administrative claim bar date stipulation
         Douglas M. Foley    .20 hours at  550.00 per hour.         $110.00

06/01/09 Analysis on case law position of Appeals
         Officer on lawsuit settlement issue and OEP
         issue (2.2); conference with B. Bernhardt
         regarding follow-up issues that need analysis
         (.2); review IRS audit report on relocation
         issue (.7)
         Craig D. Bell   3.10 hours at  530.00 per hour.          $1,643.00

06/02/09 E-mails regarding finalization of IRS
         stipulation and order settling motion to
         reconsider administrative bar date motion (.3);
         e-mail memoranda with client and debtors
         professionals regarding status of IRS appeal
         issues relating to relocation and other issues
         (.4)
         Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

06/02/09 Analysis on burden of proof issue for possible
         tax refund claim on sale-leaseback tax audit
         issue (2.4); review and respond to client
         e-mails regarding pendent appeal of employment
         tax audit (.5)
         Craig D. Bell   2.90 hours at  530.00 per hour.          $1,537.00

Circuit City Stores Inc
File Number: 2055557                                        Page  35
Invoice No. 91157418                                        July 9, 2009

06/02/09  Draft affidavit for L. Owens (1.0); review
          documents provided by client (1.0); begin
          drafting letter to Appeals Officer regarding
          tax issues (focusing on relocation issue,
          officer evaluation program issue and legal
          settlement issue) (1.5)
          Brian C. Bernhardt   3.50 hours at  475.00 per hour.      $1,662.50

06/05/09  Research burden of proof issue on tax refund
          claim for sale-leaseback audit issue
          Craig D. Bell   1.40 hours at  530.00 per hour.             $742.00

06/08/09  Review client e-mails on open federal tax
          issues (.4); work on strategy for supplemental
          filing with IRS appeals officer (.3)
          Craig D. Bell    .70 hours at  530.00 per hour.             $371.00

06/08/09  Receive and review e-mail from L. Owens
          regarding affidavit (.1); review and revise
          affidavit and forward to L. Owens for review
          (.5)
          Brian C. Bernhardt    .60 hours at  475.00 per hour.        $285.00

06/08/09  Receive and review letter from IRS regarding
          employee payroll issue (.1); telephone call to
          IRS regarding same (.1); draft e-mail to client
          regarding same (.2); receive and review
          response from client (.1); draft e-mail to
          client regarding same (.1); receive and review
          signed form for submission to IRS (.1); draft
          letter to IRS regarding same (.2)
          Brian C. Bernhardt    .90 hours at  475.00 per hour.        $427.50

06/08/09  E-mails and telephone conferences with client
          and taxing authorities regarding certain tax
          issues
          Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

06/09/09  Continue preparing letter to IRS Office of
          Appeals regarding employment tax issues and
          focusing on legal settlement issues
          Brian C. Bernhardt   2.50 hours at  475.00 per hour.      $1,187.50

06/09/09  Telephone conference with counsel in Texas
          regarding outstanding tax claims and
          reconciliation of escrowed amounts
          Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

Circuit City Stores Inc
File Number: 2055557                              Page  36
Invoice No. 91157418                             July 9, 2009

06/10/09  E-mails regarding finalization of IRS
          stipulation as to administrative expense bar
          date
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

06/10/09  Analysis on employment tax audit issues for
          supplemental filing with IRS appeals officer
          Craig D. Bell   2.70 hours at  530.00 per hour.        $1,431.00

06/10/09  Receive,review and respond to e-mail from S.
          Weber regarding relocation issue (.2); continue
          drafting submission to IRS (1.0)
          Brian C. Bernhardt   1.20 hours at  475.00 per hour.      $570.00

06/11/09  Multiple tax matters and e-mails with debtors'
          professionals and in-house regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

06/12/09  Review and respond to client e-mails on tax
          protest issues (.3); analysis on open issues
          for IRS appeals officer (.9)
          Craig D. Bell   1.20 hours at  530.00 per hour.           $636.00

06/12/09  Continue drafting submission to K. Lester
          (1.0); receive, review and respond to e-mails
          from client (.5)
          Brian C. Bernhardt   1.50 hours at  475.00 per hour.      $712.50

06/19/09  Receive, review and respond to e-mail from
          client regarding tax issues (.1); draft e-mail
          to former relocation manager regarding
          affidavit (.1)
          Brian C. Bernhardt    .20 hours at  475.00 per hour.       $95.00

06/22/09  Conference with B. Bernhardt regarding
          supplemental filing with IRS appeals officer
          (.2); analysis on tax issues pertaining to
          filing (.6)
          Craig D. Bell    .80 hours at  530.00 per hour.           $424.00

06/22/09  Review and revise letter to IRS Appeals Officer
          K. Lester regarding employment tax issues,
          focusing on issue three and legal settlement
          issue (2.5); telephone conference with client
          regarding employment tax issues and letter to
          IRS Appeals Officer K. Lester (.5)
          Brian C. Bernhardt   3.00 hours at  475.00 per hour.    $1,425.00

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91157418                                    July 9, 2009

06/23/09  Review and edit draft supplemental filing with
          IRS appeals officer (.9); analysis on IRS cited
          law and response on tax appeal (1.8)
          Craig D. Bell   2.70 hours at  530.00 per hour.           $1,431.00

06/23/09  Receive and review e-mails from client
          regarding post-employment tax agreements;
          revise letter to IRS Appeals Officer K. Lester
          accordingly (.2); receive and review e-mail
          from L. Owen regarding affidavit related to
          employee relocation issue (.1); forward same to
          client for review and comment (.1)
          Brian C. Bernhardt    .40 hours at  475.00 per hour.        $190.00

06/24/09  Continue analysis on two tax issues on pending
          IRS appeals hearing
          Craig D. Bell   1.70 hours at  530.00 per hour.             $901.00

06/24/09  Review and revise letter to IRS Appeals Officer
          K. Lester regarding employment tax issues in
          accordance with initial comments
          Brian C. Bernhardt    .50 hours at  475.00 per hour.        $237.50

06/25/09  Receive, review and respond to e-mail from
          client regarding employment tax issues (.1);
          telephone conference with IRS Appeals Officer
          regarding employment tax issues (.2); draft
          e-mail to client regarding telephone conference
          with IRS Appeals Officer regarding employment
          tax issues (.2)
          Brian C. Bernhardt    .50 hours at  475.00 per hour.        $237.50

06/29/09  Analysis on burden of proof issue on possible
          tax refund claim on sale-leaseback issue (1.1);
          review and analysis on IRS and client tax
          submissions for TAM on sale-leaseback issue
          (6.1)
          Craig D. Bell   7.20 hours at  530.00 per hour.           $3,816.00

06/29/09  Receive, review and respond to e-mails from L.
          Owen regarding affidavit related to relocation
          issue of employment tax audit (.5)
          Brian C. Bernhardt    .50 hours at  475.00 per hour.        $237.50

06/30/09  Analysis on burden of proof issue for
          sale-leaseback tax refund claim (1.8); analysis
          on tax refund claim procedures and IRC 6511 in
          bankruptcy court (2.0)
          Craig D. Bell   3.80 hours at  530.00 per hour.           $2,014.00

Circuit City Stores Inc
File Number: 2055557                                      Page  38
Invoice No. 91157418                                      July 9, 2009

06/30/09 Receive, review and respond to e-mails from L.
         Owen regarding affidavit related to relocation
         issue of employment tax audit
         Brian C. Bernhardt    .50 hours at  475.00 per hour.    $237.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.2 | $660.00 |
| Craig D. Bell | $530.00 | 28.2 | $14,946.00 |
| Brian C. Bernhardt | $475.00 | 15.8 | $7,505.00 |
| Daniel F. Blanks | $375.00 | 2.5 | $937.50 |
| TOTAL FEES | | 47.7 | $24,048.50 |

**Re: Claims Administration**
    Our File No.             2055557-0250
    Circuit City Contact     Michelle Mosier
    McGuireWoods Contact     Douglas M. Foley


06/01/09 Review and analyze issues relating to next
         round of omnibus claim objections, review and
         revise exhibits and pleadings and review
         caselaw regarding 502(d) objections and 547(b)
         issues
         Douglas M. Foley   6.80 hours at  550.00 per hour.    $3,740.00

06/01/09 Draft, revise and submit order on fourth
         omnibus objections to claims and review
         exhibits and other material regarding same
         (1.4); multiple telephone conferences and
         e-mails with creditors and parties in interest
         regarding claims and objections and other
         related issues (1.1); continue drafting
         multiple omnibus objections to claims and
         review and analyze claims, pleadings, orders,
         notices, and other documentation regarding same
         and e-mails and telephone conferences with
         debtors' professionals and in-house parties
         regarding same (1.7)
         Daniel F. Blanks   4.20 hours at  375.00 per hour.    $1,575.00

06/01/09 Research administrative expense claim issue
         Bryan A. Stark   1.30 hours at  295.00 per hour.      $383.50

06/01/09 Meeting with D. Blanks regarding omnibus
         objection to claims and draft objections to
         claims regarding same
         Erin Q. Ashcroft   3.10 hours at  300.00 per hour.    $930.00

Circuit City Stores Inc
File Number: 2055557                                      Page  39
Invoice No. 91157418                                     July 9, 2009

06/02/09  Several telephone calls and e-mails with client
          and debtors professionals regarding
          finalization of exhibits and pleadings for next
          round of omnibus claim objections and review
          and analyze issues regarding same, timing of
          filing, hearing and service (2.8); continue
          analysis of potential 502(d) objection and
          ramifications on new value preference defense
          and 503(b)(9) claims (1.2)
          Douglas M. Foley   4.00 hours at  550.00 per hour.      $2,200.00

06/02/09  Continue to draft and revise omnibus objections
          and multiple e-mails and telephone conferences
          with debtors' professionals regarding same and
          review and analyze exhibits, claims, pleadings,
          and other documents regarding same and research
          multiple issues regarding same
          Daniel F. Blanks   5.20 hours at  375.00 per hour.      $1,950.00

06/02/09  Draft omnibus objections to amended claims and
          review claims
          Erin Q. Ashcroft   1.10 hours at  300.00 per hour.        $330.00

06/03/09  E-mails regarding finalization and filing of
          next round of omnibus claim objections and
          analyze issues regarding same with respect to
          pension and 401k claims
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

06/03/09  Draft, revise and file multiple omnibus
          objections to claims and multiple e-mails and
          telephone conferences with debtors'
          professionals and in-house parties regarding
          same and review and analyze multiple claims,
          notices, orders, and pleadings regarding same
          (6.1); multiple telephone conferences and
          e-mails with parties regarding administrative
          expense claim bar date and other issues (.7)
          Daniel F. Blanks   6.80 hours at  375.00 per hour.      $2,550.00

06/03/09  Review and analyze draft objection to claim and
          notice of objection and provide comments for
          review (1.6); telephone calls with debtors
          professionals regarding filing of omnibus
          objections to claims (.5)
          Bryan A. Stark   2.10 hours at  295.00 per hour.         $619.50

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91157418                                    July 9, 2009

06/04/09 Telephone conference with client regarding next
         round of omnibus claim objections and review
         and analyze exhibits, pleadings and waterfall
         of claims being objected to and basis for same,
         including goods versus services analysis
         Douglas M. Foley   5.20 hours at  550.00 per hour.      $2,860.00

06/04/09 Prepare for and participate in multiple
         meetings and conferences with debtors'
         professionals and client regarding objections
         to claims and related issues and analyze
         strategies regarding same and review and
         analyze multiple documents, pleadings, and
         other materials regarding same (5.5); continue
         drafting and revising omnibus objections to
         claims and e-mails and telephone conferences
         with debtors' professionals and in-house
         regarding same (3.4)
         Daniel F. Blanks   8.90 hours at  375.00 per hour.      $3,337.50

06/04/09 Compile documentation, draft notices of
         objections to claims for omnibus Objections 11,
         12 and 13, file omnibus objections (2.6);
         correspond with debtors' professionals
         regarding filing of omnibus objections and
         serving omnibus objections (.7); compile
         original filed copies for retention (.4)
         Bryan A. Stark   3.70 hours at  295.00 per hour.        $1,091.50

06/04/09 E-mail to and from debtors' professionals with
         summary of research regarding reclamation
         Erin Q. Ashcroft   .60 hours at  300.00 per hour.         $180.00

06/05/09 Several e-mails and telephone conferences with
         client and debtors professionals regarding next
         round of omnibus claim objections relating to
         late claims, 503(b)(9) claims, general
         unsecured claims, and tax claims and analyze
         issues regarding same, form of pleadings and
         exhibits and timing of filing same
         Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

06/05/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy cases and claim objections and
         review and analyze claims objections,
         responses, exhibits, and notices regarding same
         Daniel F. Blanks   2.60 hours at  375.00 per hour.        $975.00

Circuit City Stores Inc
File Number: 2055557                                          Page   41
Invoice No. 91157418                                          July 9, 2009

06/08/09  Multiple telephone conferences with claimants
          and parties in interest regarding omnibus
          objections to claims and related issues and
          review and analyze objections and issues
          regarding same (1.5); review and analyze issues
          regarding additional omnibus objections to
          claims and review and analyze materials for
          June 9, 2009 meeting and research issues
          regarding same (.9)
          Daniel F. Blanks   2.40 hours at  375.00 per hour.          $900.00

06/09/09  Prepare for and participate in claims meetings
          with debtors' professionals and client
          Daniel F. Blanks   5.50 hours at  375.00 per hour.        $2,062.50

06/10/09  Several e-mails regarding status of preparation
          of next round of omnibus claim objections and
          telephone conference with client regarding same
          (1.4); several telephone conference and e-mails
          with various creditors regarding status of
          reconciliation of claims (.4)
          Douglas M. Foley   1.80 hours at  550.00 per hour.          $990.00

06/10/09  Continue multiple meetings regarding claims
          issues and strategies and analyze and develop
          strategies regarding omnibus objections to
          claims and related issues (3.5); multiple
          e-mails with client and debtors' professionals
          regarding omnibus objections and claims (.8)
          Daniel F. Blanks   4.30 hours at  375.00 per hour.        $1,612.50

06/10/09  Correspond with counsel to the IRS and debtors'
          professionals regarding stipulation and agreed
          order resolving motion to reconsider (.5);
          incorporate edits to stipulation and agreed
          order and submit to BOPS system (.4)
          Bryan A. Stark    .90 hours at  295.00 per hour.           $265.50

06/11/09  E-mails with client and debtors professionals
          regarding form and content of next round of
          omnibus claim objections and strategy regarding
          same (.9); telephone calls from creditors
          regarding responses to omnibus claim objections
          and status hearing for 6/23 (.3); e-mails with
          counsel for SIM and Alliance regarding claim
          reconciliation status (.3)
          Douglas M. Foley   1.50 hours at  550.00 per hour.          $825.00

Circuit City Stores Inc
File Number: 2055557                                    Page   42
Invoice No. 91157418                                   July 9, 2009

06/11/09 Multiple e-mails and telephone conferences with
         creditors, parties in interest, debtors'
         professionals, and others regarding objections
         to claims and related issues
         Daniel F. Blanks   2.10 hours at  375.00 per hour.        $787.50

06/11/09 Correspond with creditors regarding omnibus
         objections to claims
         Bryan A. Stark    .70 hours at  295.00 per hour.          $206.50

06/12/09 E-mails with debtors professionals and client
         regarding next round of omnibus claim
         objections and strategy regarding same (.3);
         telephone call and e-mails with creditors
         counsel regarding responses to omnibus claim
         objections and status hearing for 6/23 (.4)
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

06/12/09 Multiple e-mails and telephone conferences with
         parties, client, and debtors' professionals
         regarding claim objections and strategies
         regarding same (1.9); multiple telephone
         conferences with parties regarding omnibus
         objections (1.6).
         Daniel F. Blanks   3.50 hours at  375.00 per hour.      $1,312.50

06/14/09 Review status of pending claim objections and
         analyze issues regarding same
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

06/15/09 Prepare for meetings with client to discuss
         claim objections and e-mails with client
         regarding same
         Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

06/15/09 Multiple telephone conferences and e-mails with
         parties regarding responses to omnibus
         objections and related issues and review and
         analyze objections, claims and other material
         regarding same
         Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

06/16/09 Meetings and conferences with client and
         debtors professionals regarding omnibus claim
         objection strategy and review and revise
         exhibits for next round of claim objections
         Douglas M. Foley   4.90 hours at  550.00 per hour.      $2,695.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  43
July 9, 2009

06/16/09  Continue review and analysis of claims and
          related issues regarding omnibus claims
          objections and prepare for and participate in
          conferences regarding same and analyze
          strategies regarding same
          Daniel F. Blanks   6.20 hours at  375.00 per hour.      $2,325.00

06/16/09  Reply to creditor telephone calls regarding
          omnibus objections to claims
          Bryan A. Stark    .60 hours at  295.00 per hour.         $177.00

06/16/09  Draft omnibus objections to claims
          Erin Q. Ashcroft   3.60 hours at  300.00 per hour.     $1,080.00

06/17/09  Numerous e-mails with creditors counsel
          regarding responses to omni claim objections
          and status hearing on 6/23 regarding same
          (1.1); review and revise draft claim objections
          and exhibits and e-mails and telephone
          conferences with client and debtors
          professionals regarding same and timing of
          filing (1.8)
          Douglas M. Foley   2.90 hours at  550.00 per hour.     $1,595.00

06/17/09  Multiple telephone conferences with debtors'
          professionals regarding claim issues and
          objections and draft and revise omnibus claim
          and review and analyze documents and claims
          regarding same (6.1)
          Daniel F. Blanks   6.10 hours at  375.00 per hour.     $2,287.50

06/17/09  Draft stipulation and consent order withdrawing
          objection to claim of Orange County California
          tax collector
          Bryan A. Stark    .80 hours at  295.00 per hour.         $236.00

06/17/09  Draft omnibus objections regarding real estate
          tax claims, non goods and goods outside twenty
          days, strategize with debtor's professionals
          regarding drafting of omnibus objections to
          claims and draft same
          Erin Q. Ashcroft   5.40 hours at  300.00 per hour.     $1,620.00

06/18/09  Continue review of pleadings relating to claim
          objections, including 502(d) and analyze issues
          and timing of filing same
          Douglas M. Foley   1.70 hours at  550.00 per hour.       $935.00

Circuit City Stores Inc
File Number: 2055557                              Page   44
Invoice No. 91157418                             July 9, 2009

06/18/09  Continue drafting omnibus objections to claims
          and analyze claims, pleadings and other items
          regarding same and research issues regarding
          same and multiple telephone conferences and
          e-mails with parties and creditors regarding
          same
          Daniel F. Blanks    7.20 hours at  375.00 per hour.        $2,700.00

06/18/09  Meeting with debtors professionals regarding
          revisions to Omni objections and revise
          objection to equity claims
          Erin Q. Ashcroft    2.40 hours at  300.00 per hour.          $720.00

06/19/09  Continue review and preparation of next round
          of omni claim objections and e-mails with
          debtors professionals regarding analysis of
          same and timing of filing
          Douglas M. Foley     .90 hours at  550.00 per hour.          $495.00

06/19/09  Continue to draft, revise and file omnibus
          objections to claims and review and analyze
          claims, pleadings, notices, and other items
          regarding same and analyze and research issues
          regarding same (4.4); multiple telephone
          conferences and e-mails with parties and
          claimants regarding omnibus objections to
          claims and related issues and review claims and
          pleadings regarding same (1.8); prepare orders
          for omnibus objections that are set for status
          on June 23, 2008 (.7)
          Daniel F. Blanks    6.90 hours at  375.00 per hour.        $2,587.50

06/19/09  Reply to creditors' requests for information
          regarding claims and notices (.6); file and
          serve debtors' objections to administrative
          claims and arrange for service of same (1.2)
          Bryan A. Stark    1.80 hours at  295.00 per hour.           $531.00

06/19/09  Review and revise omnibus objection tracking
          chart
          Linda J. Neilson    1.00 hours at  185.00 per hour.         $185.00

06/21/09  Continue drafting omnibus objections to claims
          and review and analyze claims, pleadings,
          notices, orders, and exhibits regarding same
          and research issues regarding same
          Daniel F. Blanks    2.60 hours at  375.00 per hour.         $975.00

06/21/09  Review docket, retrieve responses to omnibus
          objections and organize
          Linda J. Neilson    2.10 hours at  185.00 per hour.         $388.50

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91157418                                   July 9, 2009

06/22/09  Continue drafting and filing omnibus objections
          to claims and e-mails and telephone conferences
          with debtors' professionals regarding same and
          review and analyze claims, pleadings, notices
          and other material regarding same
          Daniel F. Blanks   6.80 hours at  375.00 per hour.      $2,550.00

06/22/09  Draft, revise and update amended notices of
          omnibus Objections 11, 12, and 13 and
          correspond with debtors' professionals about
          same (1.0); review and provide comments on
          omnibus objection Number 19 (.6); draft and
          incorporate comments on omnibus objections
          Numbers 21 and 22 (1.5); draft and incorporate
          comments on notices of omnibus objections
          Numbers 21 and 22 (.6); correspond with the
          debtors' professionals regarding omnibus
          objections (.7); prepare omnibus claim
          Objection 19 for filing, file Objection 19 and
          arrange for its service (1.0)
          Bryan A. Stark   5.40 hours at  295.00 per hour.        $1,593.00

06/22/09  Review and revise omni objections chart and
          update binders regarding same
          Linda J. Neilson   2.30 hours at  185.00 per hour.        $425.50

06/23/09  Revise omnibus objections to claims
          Joseph S. Sheerin   2.90 hours at  450.00 per hour.     $1,305.00

06/23/09  Continue drafting and revising omnibus claims
          objections and review and analyze claims,
          pleadings, notices, and orders regarding same
          and research issues regarding same and
          telephone conference with client and in-house
          regarding claim objections and strategies
          (4.5); multiple telephone conferences and
          e-mails with claimants and parties in interest
          regarding bankruptcy cases and related issues
          (.6)
          Daniel F. Blanks   5.10 hours at  375.00 per hour.      $1,912.50

06/23/09  Draft and revise omnibus objections to claims
          Numbers 21, 22 and 23 and notices of same
          (3.0); correspond with debtors' professionals
          regarding omnibus objections to claims and
          service of objections and notices (.5); file
          omnibus objections Numbers 21, 22 and 23 and
          notices thereof and arrange for service of same
          (.7)
          Bryan A. Stark   4.20 hours at  295.00 per hour.        $1,239.00

Circuit City Stores Inc
File Number: 2055557                                        Page  46
Invoice No. 91157418                                       July 9, 2009

06/23/09  Review and revise omni objections chart and
          update binders regarding same (1.2); prepare
          short list of omni objections (.4)
          Linda J. Neilson   1.60 hours at  185.00 per hour.        $296.00

06/24/09  Meetings with client representatives to discuss
          omnibus objection to claims and strategy
          regarding same (4.8); telephone conference and
          e-mails with creditors' counsel on how to
          handle late POCs (.4)
          Douglas M. Foley   5.20 hours at  550.00 per hour.      $2,860.00

06/24/09  Prepare for and participate in claims meetings
          regarding omnibus objections to claims and
          review and analyze claims, pleadings and charts
          regarding same and draft material regarding
          same
          Daniel F. Blanks   4.50 hours at  375.00 per hour.      $1,687.50

06/24/09  Finalize amended notices for omnibus objection
          Numbers 11, 12, and 13, file the amended notice
          and arrange for service of same (1.0); draft
          orders granting omnibus Objections 5 and 6 and
          orders adjourning hearing date on responses
          filed to omnibus Objections 5 and 6 (1.0)
          Bryan A. Stark   2.00 hours at  295.00 per hour.          $590.00

06/24/09  Review and revise omni objections chart and
          update binders regarding same
          Linda J. Neilson   1.80 hours at  185.00 per hour.        $333.00

06/25/09  Telephone calls and e-mails with debtors
          professionals regarding form of orders and next
          round of omni claim objections and analyze
          issues regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

06/25/09  Multiple telephone conferences with claimants
          and parties in interest regarding bankruptcy
          cases and omnibus claim objections and related
          issues and review claims, pleadings and other
          material regarding same (.9); continue drafting
          and revising orders for claim objections and
          review responses, exhibits, and other
          documentation regarding same (2.2); prepare for
          and participate in conference call with
          debtors' professionals regarding claims
          procedures and protocols and strategies (.7)
          Daniel F. Blanks   3.80 hours at  375.00 per hour.      $1,425.00

Circuit City Stores Inc
File Number: 2055557                                      Page  47
Invoice No. 91157418                                     July 9, 2009

06/25/09 Telephone calls and correspond with creditors
         regarding objections to claims
         Bryan A. Stark    .70 hours at  295.00 per hour.          $206.50

06/25/09 Review and revise omni objections chart and
         update binders regarding same
         Linda J. Neilson   1.90 hours at  185.00 per hour.        $351.50

06/26/09 Begin review and analysis of responses to claim
         objections, including 503b9 claims outside
         20-day window, and other potential
         administrative claims, including PBGC and
         e-mails with client and debtors professionals
         regarding same
         Douglas M. Foley   3.40 hours at  550.00 per hour.      $1,870.00

06/26/09 Multiple telephone conferences and e-mails with
         claimants regarding omnibus objections to
         claims and related issues and review and
         analyze claims, pleadings, notices, and other
         documentation regarding same and research
         multiple issues regarding same
         Daniel F. Blanks   4.80 hours at  375.00 per hour.      $1,800.00

06/26/09 Correspond with creditors regarding objections
         to claims (.6); draft orders sustaining
         objections and adjourning objections to omnibus
         Objections 5 and 6 and e-mail for review (1.6)
         Bryan A. Stark   2.20 hours at  295.00 per hour.          $649.00

06/26/09 Review and revise omni objections chart and
         update
         Linda J. Neilson   3.20 hours at  185.00 per hour.        $592.00

06/29/09 Numerous e-mails and telephone calls with
         creditors regarding responses to omnibus
         objection to claims (1.4); e-mails and
         telephone calls with creditors regarding
         administrative expense bar date and extension
         of time to respond to omnibus objection to late
         filed claims (.4); review IBM stipulation
         extending bar date and motion and e-mails with
         counsel regarding finalization and submission
         of same (.7)
         Douglas M. Foley   2.50 hours at  550.00 per hour.      $1,375.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  48
July 9, 2009

| | | |
|---|---|---|
| 06/29/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding claim objections and review and analyze multiple claims, pleadings, notices, and orders regarding same and related issues and draft omnibus objections regarding same | |
| | Daniel F. Blanks   3.70 hours at  375.00 per hour. | $1,387.50 |
| 06/29/09 | Return telephone inquiries from creditors | |
| | Bryan A. Stark   .70 hours at  295.00 per hour. | $206.50 |
| 06/29/09 | Review and revise omni objections chart and update binders regarding same | |
| | Linda J. Neilson   4.50 hours at  185.00 per hour. | $832.50 |
| 06/30/09 | Several telephone calls and e-mails from creditors counsel regarding administrative claim bar date, and requests for extensions, and scope of administrative bar date period (.9); e-mails with creditors regarding possible resolution of omnibus claim objections and revisions to orders for July 6th (.6); e-mails and telephone calls regarding status of IBM stipulation on bar date (.3) | |
| | Douglas M. Foley   1.80 hours at  550.00 per hour. | $990.00 |
| 06/30/09 | Multiple telephone conferences and e-mails with claimants and parties in interest regarding omnibus claim objections and related issues and review and analyze claims, pleadings, notices, and other documentation regarding same and e-mails and telephone conferences with debtors' professionals and client regarding same | |
| | Daniel F. Blanks   3.10 hours at  375.00 per hour. | $1,162.50 |
| 06/30/09 | Telephone call to clerk's office regarding filing agreed order and review docket sheet, motion to stay and strategize with debtor's professionals regarding agreed order | |
| | Erin Q. Ashcroft   .80 hours at  300.00 per hour. | $240.00 |
| 06/30/09 | Review and revise omni objections chart and update binders regarding same | |
| | Linda J. Neilson   5.40 hours at  185.00 per hour. | $999.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 49.1 | $27,005.00 |
| Joseph S. Sheerin | $450.00 | 2.9 | $1,305.00 |
| Daniel F. Blanks | $375.00 | 107.7 | $40,387.50 |
| Erin Q. Ashcroft | $300.00 | 17.0 | $5,100.00 |
| Bryan A. Stark | $295.00 | 27.1 | $7,994.50 |
| Linda J. Neilson | $185.00 | 23.8 | $4,403.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91157418

Page  49
July 9, 2009


TOTAL FEES          227.6      $86,195.00


**Re: Disclosure Statement and Plan**
   **Our File No.**              2055557-0270
   **Circuit City Contact**      Michelle Mosier
   **McGuireWoods Contact**      Douglas M. Foley


06/28/09 Begin review of draft plan and disclosure
         statement and analyze issues regarding same
         Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

06/30/09 Continue review of draft disclosure statement
         and plan of liquidation and e-mails and
         conference call with client and debtors
         professionals regarding same, timing of filing
         and exclusivity issues
         Douglas M. Foley   3.20 hours at  550.00 per hour.      $1,760.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 4.9 | $2,695.00 |
| TOTAL FEES | | 4.9 | $2,695.00 |


**Re: Employee Benefits/Pensions**
   **Our File No.**              2055557-0280
   **Circuit City Contact**      Michelle Mosier
   **McGuireWoods Contact**      Douglas M. Foley


06/05/09 Review power of attorney (.7); telephone call
         to A. Damerow (.5)
         Kelly L. Hellmuth   1.20 hours at  285.00 per hour.      $342.00

06/09/09 Durable power of attorney review for C. Brown
         (.3); draft response letter to Agent's request
         (.5); e-mail to Mercer K. Johnsen (.5)
         Elizabeth A. Diller   1.30 hours at  275.00 per hour.    $357.50

06/25/09 Respond to e-mail from H. Merten regarding
         status of qualified domestic relations order
         not completed prior to Y. Harris's termination
         Elizabeth A. Diller    .80 hours at  275.00 per hour.    $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Kelly L. Hellmuth | $285.00 | 1.2 | $342.00 |
| Elizabeth A. Diller | $275.00 | 2.1 | $577.50 |
| TOTAL FEES | | 3.3 | $919.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91157418                                   July 9, 2009

**Re: Intellectual Property Matters**
    **Our File No.**          2055557-0310
    **Circuit City Contact**   Michelle Mosier
    **McGuireWoods Contact**   Douglas M. Foley

06/04/09 Review docket reminders and prepare
         correspondence regarding declaration of use
         deadlines for LIQUID VIDEO, CIRCUIT CITY and
         CIRCLE LOGO Design and CIRCUIT CITY and Design
         (.3); e-mail to D. Smith regarding same (.1)
         telephone call to D. Smith regarding same (.1)
         Kymberleigh B. Gokey    .50 hours at  160.00 per hour.    $80.00

06/05/09 Conference with K. Gokey to discuss upcoming
         trademark matters
         Douglas B. Smith    .50 hours at  295.00 per hour.       $147.50

06/05/09 Meeting with D. Smith regarding outstanding
         trademark matters and upcoming deadlines
         Kymberleigh B. Gokey    .50 hours at  160.00 per hour.    $80.00

06/05/09 Receive and review notice from USPTO (.1); note
         to D. Smith regarding same (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

06/09/09 Receive and review notice of revival for the
         Mark V (stylized)
         Douglas B. Smith    .20 hours at  295.00 per hour.        $59.00

06/09/09 Receive and review correspondence from former
         agent reporting transfer of record (.1);
         maintain record and file (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

06/11/09 Review docket reminder (.1); review letter of
         suspension (.1) review status of foreign
         application causing suspension of this
         application (.1); e-mail to D. Smith regarding
         same and follow-up required (.2)
         Kymberleigh B. Gokey    .40 hours at  160.00 per hour.    $64.00

06/11/09 Review docket reminder and check status of
         circuitcityvisa.com
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

Circuit City Stores Inc
File Number: 2055557                                    Page  51
Invoice No. 91157418                                   July 9, 2009

06/12/09  E-mails and telephone calls with debtors
          professionals and client regarding follow-up on
          various trademark issues and relation to
          systemax sale and timing of filings relating to
          trademark deadlines
          Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

06/12/09  Review docket and outstanding office actions
          and e-mails regarding same
          Janet P. Peyton    .30 hours at  460.00 per hour.       $138.00

06/12/09  Review files for ONE PRICE PROMISE, WE'LL HOOK
          YOU UP, GG GO GREEN, and ONE PRICE PROMISE &
          Design and conference with J. Peyton and D.
          Foley
          Douglas B. Smith   2.00 hours at  295.00 per hour.      $590.00

06/12/09  Discussions with J. Peyton and D. Smith
          regarding trademark portfolio (.2); e-mail from
          J. Peyton regarding transfer of responsibility
          for marks and review intellectual property
          schedules (.2); subsequent discussion with D.
          Smith (.1)
          Kymberleigh B. Gokey    .50 hours at  160.00 per hour.   $80.00

06/15/09  E-mails with D. Ramsey regarding statement of
          use due for NEXXTECH (stylized)
          Douglas B. Smith    .30 hours at  295.00 per hour.       $88.50

06/15/09  Discussion with D. Smith regarding maintenance
          deadline for NEXXTECH (.1); review record for
          current status (.1); e-mail to D. Smith
          regarding same (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.   $32.00

06/16/09  Conference with K. Gokey to discuss Circuit
          City trademarks transferred in Systemax APA
          Douglas B. Smith    .20 hours at  295.00 per hour.       $59.00

06/16/09  Discussion with D. Smith regarding IP schedule
          with regard to sale and follow-up required
          regarding McGuireWoods trademark representation
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.   $48.00

06/17/09  E-mails with D. Ramsey regarding FNANBONLINE
          trademark renewal
          Douglas B. Smith    .30 hours at  295.00 per hour.       $88.50

Circuit City Stores Inc
File Number: 2055557                           Page  52
Invoice No. 91157418                           July 9, 2009

06/17/09 Review docket reminder (.1); discussion with D.
         Smith regarding maintenance of mark FNANB
         ONLINE (.2); prepare correspondence to client
         regarding same (.1)
         Kymberleigh B. Gokey    .40 hours at  160.00 per hour.    $64.00

06/17/09 Create chart of marks not included in sale of
         intellectual property (.4); discussion with D.
         Smith regarding same (.1)
         Kymberleigh B. Gokey    .50 hours at  160.00 per hour.    $80.00

06/18/09 E-mails with D. Ramsey and M. Wong regarding
         renewal of NEXXTECH (stylized) mark
         Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

06/19/09 Review and finalize assignment of NEXXTECH
         (stylized) to Circuit City Stores West Coast,
         Inc. from InterTAN Limited
         Douglas B. Smith    .20 hours at  295.00 per hour.        $59.00

06/19/09 E-mail from D. Smith regarding assignment (.1);
         prepare and assignment for NEXXTECH and Design
         from InterTAN Canada Ltd. to Circuit City
         Stores West Coast, Inc. (.4); e-mail to D.
         Smith regarding express abandonment (.1)
         Kymberleigh B. Gokey    .60 hours at  160.00 per hour.    $96.00

06/19/09 Telephone call from D. Smith (.1); draft
         correspondence to client regarding ineffective
         assignment and abandonment of application for
         NEXXTECH and e-mail to D. Smith (.2)
         Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

06/22/09 E-mail from J. Peyton regarding client's
         non-response to office actions for four
         intent-to-use applications (.1); maintain
         records regarding non-response (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

06/22/09 E-mail from J. Peyton regarding McGuireWoods
         maintenance of pending ITU applications (.1);
         review chart of same (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

06/23/09 E-mail from D. Smith (.1); locate search report
         for FIREDOG (.1); e-mail same to J. Peyton (.1)
         Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

06/24/09 E-mail from J. Peyton (.1); search records
         regarding 800.com (.2)
         Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

Circuit City Stores Inc
File Number: 2055557                                  Page  53
Invoice No. 91157418                                 July 9, 2009

06/25/09  Review 800.com files and call to D. Ramsay
          regarding 800.com files; e-mail correspondence
          to J. Vonckers regarding renewal of EU
          trademark registration
          Janet P. Peyton    .80 hours at  460.00 per hour.        $368.00

06/25/09  E-mail from J. Peyton (.1); review and annotate
          IP listing from Circuit City in comparison to
          database (1.0)
          Kymberleigh B. Gokey   1.10 hours at  160.00 per hour.   $176.00

06/25/09  Receive and review 800.com files (.4); review
          previous e-mail correspondence regarding same
          (.2); meeting with J. Peyton regarding
          portfolio transfer and related work (3); search
          Australian database for registered mark (.2)
          Kymberleigh B. Gokey   1.10 hours at  160.00 per hour.   $176.00

06/25/09  E-mail to agent in Australia regarding 800.com
          possible renewal and assignment
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

06/26/09  Review and compare Circuit City and
          McGuireWoods trademark lists and status of
          pending marks online, revisions to trademark
          chart and e-mail to D. Ramsey regarding same
          Janet P. Peyton   1.20 hours at  460.00 per hour.        $552.00

06/26/09  Receipt e-mail from J. Peyton regarding
          possibility to renew and transfer the CTM
          800.com, review of public register with OHIM
          and e-mail to J. Peyton regarding possibility
          to proceed with such renewal and an overview of
          the steps to be taken
          Johan Vonckers   1.00 hours at  275.00 per hour.         $275.00

06/26/09  Conference with K. Gokey to discuss renewal of
          CIRCUIT CITY
          Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

06/26/09  Review status of all trademarks (.6);
          discussions with J. Peyton (.2); update
          schedule of marks with current information
          (1.0)
          Kymberleigh B. Gokey   1.80 hours at  160.00 per hour.   $288.00

Circuit City Stores Inc
File Number: 2055557                                    Page  54
Invoice No. 91157418                                    July 9, 2009

06/28/09 E-mail from agent in Australia reporting that
         800.com trademark can be assigned and renewed,
         e-mail to J. Peyton regarding same and e-mail
         to agent reporting that instructions will
         follow regarding mark
         Kymberleigh B. Gokey     .20 hours at  160.00 per hour.    $32.00

06/29/09 E-mail from J. Peyton regarding Canadian
         trademark law regarding assignments of marks
         (.1); e-mail to agent requesting clarification
         of same and e-mail from agent providing
         clarification (.1)
         Kymberleigh B. Gokey     .20 hours at  160.00 per hour.    $32.00

06/29/09 E-mail from client regarding asset purchase
         agreement for 800.com
         Kymberleigh B. Gokey     .10 hours at  160.00 per hour.    $16.00

06/30/09 Call with D. Ramsay, D. Miller and J. Priest
         regarding trademark status, review revised
         trademarks status chart and e-mail to D. Ramsey
         Janet P. Peyton    1.20 hours at  460.00 per hour.        $552.00

06/30/09 Conference call with D. Ramsay and J. Peyton
         Douglas B. Smith    1.00 hours at  295.00 per hour.       $295.00

06/30/09 E-mail from agent in Australia regarding power
         of attorney (.1); e-mail to J. Peyton regarding
         same (.1)
         Kymberleigh B. Gokey     .20 hours at  160.00 per hour.    $32.00

06/30/09 E-mail to agent requesting power of attorney to
         effectuate renewal of 800.com in Australia
         Kymberleigh B. Gokey     .10 hours at  160.00 per hour.    $16.00

06/30/09 Conference call with client to discuss status
         of all marks for auction (1.0); revise chart of
         marks to include updates discussed (.8);
         discussion with D. Smith regarding "SOURCE"
         marks (.2); discussion with J. Peyton regarding
         FNANB marks (.2); prepare correspondence to
         client transmitting same (.2)
         Kymberleigh B. Gokey    2.40 hours at  160.00 per hour.   $384.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Janet P. Peyton | $460.00 | 3.5 | $1,610.00 |
| Douglas B. Smith | $295.00 | 4.9 | $1,445.50 |
| Johan Vonckers | $275.00 | 1.0 | $275.00 |
| Kymberleigh B. Gokey | $160.00 | 13.3 | $2,128.00 |
|  | TOTAL FEES | 23.1 | $5,678.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page   55
Invoice No. 91157418                                    July 9, 2009


Re: Asset Sales
        Our File No.           2055557-0321
        Circuit City Contact   Michelle Mosier
        McGuireWoods Contact   Douglas M. Foley


06/02/09  Revise and update Golden Ring sale motion and
          draft notices and orders regarding same and
          review and analyze documents regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.        $300.00

06/17/09  Correspond with debtors' professionals and
          draft cover letter for certified order of March
          20, 2009 Intertan sale order to Canadian
          counsel (.4)
          Bryan A. Stark   .40 hours at  295.00 per hour.          $118.00

06/26/09  Correspond with debtors' professionals
          regarding sale of Virginia Beach property (.5);
          review and file motion to sell Virginia Beach
          property and notice thereof (.7); correct
          notice with correct hearing date and file (.3);
          arrange for service of corrected notice and
          motion to sell (.2)
          Bryan A. Stark   1.70 hours at  295.00 per hour.         $501.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 0.8 | $300.00 |
| Bryan A. Stark | $295.00 | 2.1 | $619.50 |
| TOTAL FEES | | 2.9 | $919.50 |


Disbursements and Other Expenses:

| | |
|---|---|
| Copy Charges | $937.20 |
| Color Copy Charges | $15.00 |
| Messenger Service | $35.65 |
| Long Distance Telephone Charges | $364.28 |
| 05/25/09 Overnite Express Inc. -  (Invoice #153300) | $9.37 |
| 05/28/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 05/28/2009 | $14.17 |
| 06/02/09 DOUGLAS M. FOLEY - Travel to and from Richmond to attend client meetings, prepare for court hearing and attend IRS refund protest appeal hearing; hotel, mileage, parking | $768.11 |
| 06/02/09 DOUGLAS M. FOLEY - Meeting with team members to discuss hearing preparation; meal | $103.59 |
| 06/02/09 DOUGLAS M. FOLEY - Meeting with team members to discuss Circuit City case strategy; meal | $90.37 |

Circuit City Stores Inc
File Number: 2055557                              Page  56
Invoice No. 91157418                             July 9, 2009


| | | |
|---|---|---:|
| 06/03/09 | DANIEL F. BLANKS - Travel to and from Richmond for client meeting; meal, mileage | $502.99 |
| 06/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/03/2009 | $10.83 |
| 06/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/03/2009 | $4.00 |
| 06/04/09 | DANIEL F. BLANKS - Transportation for debtors' professionals to and from Circuit City hearings; van service | $450.00 |
| 06/05/09 | RESTAURANTEUR, INC. - Working breakfast 5/28/09 | $122.10 |
| 06/05/09 | RESTAURANTEUR, INC. - Working lunch 5/28/09 | $198.14 |
| 06/08/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/08/2009 | $26.52 |
| 06/08/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/08/2009 | $2.19 |
| 06/09/09 | DOUGLAS M. FOLEY - Travel to and from Richmond for Hearing - 6/3/09; Room, Mileage, and Parking | $269.00 |
| 06/09/09 | J&J COURT TRANSCRIBERS, INC. - 5/13/09 Court transcription service | $178.50 |
| 06/09/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/09/2009 | $73.55 |
| 06/10/09 | RESTAURANTEUR, INC. - Working lunch 6/3/09 | $104.34 |
| 06/11/09 | ARROW TRANSPORTATION - Transportation on May 12, 2009 for attorney D. Foley from McGuireWoods, NY to LaGuardia Airport, NY | $54.06 |
| 06/11/09 | FedEx Priority Overnight/Int'l Priority to New York City, NY - Tracking #:  986584519432 | $9.26 |
| 06/12/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584519502 | $14.13 |
| 06/12/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  986584519498 | $7.50 |
| 06/12/09 | DANIEL F. BLANKS - Travel to and from Richmond for hearings; hotel, meals, mileage | $336.18 |
| 06/12/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584519476 | $7.50 |
| 06/12/09 | DOUGLAS M. FOLEY - Travel to and from Richmond to discuss hearing; hotel, meals, mileage, parking | $590.75 |
| 06/12/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584519465 | $7.50 |
| 06/12/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  986584519487 | $9.26 |
| 06/15/09 | COOK & WILEY, INC. - Transcription services for auction on 6/3/09 | $170.80 |
| 06/15/09 | COOK & WILEY, INC. - Deposition transcript (K. Brown) | $279.80 |
| 06/16/09 | DANIEL F. BLANKS - Ride receipt for Circuit City hearing - TNT - 6/9/09; shuttle van | $360.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  57
Invoice No. 91157418                                   July 9, 2009

| Date | Description | Amount |
|---|---|---|
| 06/16/09 | DANIEL F. BLANKS - Travel to Richmond to discuss and prepare for Circuit City Omni hearings - 6/9-6/10/09; hotel, meals, and mileage | $668.05 |
| 06/17/09 | FedEx Priority Overnight/Int'l Priority to Toronto, ON CA - Tracking #:  423311575786 | $31.15 |
| 06/17/09 | FedEx Priority Overnight/Int'l Priority to New Haven, CT - Tracking #:  986584519590 | $11.75 |
| 06/17/09 | RESTAURANTEUR, INC. - Working breakfast 6/9/09 | $79.92 |
| 06/17/09 | RESTAURANTEUR, INC. - Working lunch 6/9/09 | $131.54 |
| 06/18/09 | DANIEL F. BLANKS - Travel to and from Omni in Richmond for meeting with client; hotel, meal, mileage | $316.84 |
| 06/18/09 | LOS ANGELES COUNTY SHERIFF - Fee for levy judgment debtor's account | $30.00 |
| 06/19/09 | DOUGLAS M. FOLEY - Travel to and from Richmond to attend meetings regarding case and claims strategy; hotel, mileage, parking | $435.37 |
| 06/19/09 | DOUGLAS M. FOLEY - Business dinner to discuss joint case and claim strategy and marketing initiative | $238.10 |
| 06/23/09 | FedEx Priority Overnight/Int'l Priority to New York City, NY - Tracking #:  423311577506 | $9.26 |
| 06/25/09 | BRYAN A. STARK - US Bankruptcy Court copies | $32.50 |
| 06/29/09 | ESQUIRE - Original transcript - Telephonic appearance fee | $472.60 |
| | TOTAL EXPENSES | $8,583.72 |

Summary of Fees and Expenses:

Total Fees for all Matters:        $280,523.50

Total Expenses for all Matters:      $8,583.72

Total for this Invoice:            $289,107.22