**Exhibit E3**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

August 12, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91168703

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $76,321.54
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                   $248,910.00
    Current Disbursements:           $10,670.22
    **Current Invoice Total:**                    $259,580.22

Total Balance Due:                             $335,901.76

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

August 12, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 07/31/09

INVOICE NO.  91168703                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
Our File No.           2055557-0010
Circuit City Contact    Michelle Mosier
McGuireWoods Contact    Douglas M. Foley

07/01/09 Multiple telephone conferences and e-mails with
         parties in interest regarding bankruptcy cases
         and related issues
         Daniel F. Blanks   2.50 hours at  375.00 per hour.        $937.50

07/01/09 Chart telephone calls and issues to be resolved
         Nancy S. von Bargen   .30 hours at  220.00 per hour.       $66.00

07/01/09 Prepare documents for 7/6/09 hearing (2.2);
         review and  hearing agenda (.8)
         Linda J. Neilson   3.00 hours at  185.00 per hour.        $555.00

07/01/09 Review hearing transcript for specific
         arguments and rebuttal (.7); e-mail to
         professionals regarding same (.2); chart
         responses to omnibus objections (1.4)
         Karen B. Cain   2.30 hours at  195.00 per hour.           $448.50

07/02/09 Review, draft and revise agenda for July 6th
         and e-mails and telephone calls with creditors
         and debtors professionals regarding same
         Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91168703

07/02/09  Multiple telephone conferences and e-mails with
          parties in interest regarding bankruptcy case
          and related issues (.8); review documents,
          correspondence and other material regarding
          same (.8); review, analyze, revise and file
          proposed agenda for July 6th omnibus hearing
          (.6); e-mails and telephone conferences with
          debtors' professionals regarding same (.6)
          Daniel F. Blanks   2.80 hours at  375.00 per hour.        $1,050.00

07/02/09  Research bankruptcy court docket for responses
          to objections (2.6); analyze omnibus objection
          responses (1.9); work on agenda exhibit for
          omnibus objections (1.7); work on omnibus
          hearing agenda (.7); e-mail to and from
          professionals regarding same (.4)
          Karen B. Cain   7.30 hours at  195.00 per hour.           $1,423.50

07/03/09  Review agenda and pleadings in preparation for
          hearing on July 6th
          Douglas M. Foley    .90 hours at  550.00 per hour.          $495.00

07/05/09  Prepare professionals' omnibus hearing binders
          (.9); prepare and finalize court agenda (.6)
          Karen B. Cain   1.50 hours at  195.00 per hour.             $292.50

07/06/09  Prepare for and attend omnibus hearing on July
          6th and review pleadings regarding same
          Douglas M. Foley   3.90 hours at  550.00 per hour.        $2,145.00

07/06/09  Multiple telephone conferences and e-mails with
          creditors, parties in interest and debtors'
          professionals regarding bankruptcy cases and
          related issues
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

07/06/09  Monitor creditor hotline (.1); chart telephone
          calls and issues to be resolved (.3); return
          creditor telephone calls (.2)
          Nancy S. von Bargen    .60 hours at  220.00 per hour.       $132.00

07/06/09  Work on hearing binders (.7); research and
          analyze bankruptcy court filings (1.4); prepare
          documents and exhibits for omnibus hearing
          (2.1)
          Karen B. Cain   4.20 hours at  195.00 per hour.            $819.00

Circuit City Stores Inc
File Number: 2055557                                    Page    3
Invoice No. 91168703                                    August 12, 2009

07/07/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues and review and analyze multiple claims,
         documents, pleadings and other material
         regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

07/07/09 File affidavits of service and arrange for file
         Bryan A. Stark   2.00 hours at   295.00 per hour.          $590.00

07/07/09 Prepare suggestion in bankruptcy and clerk
         letter for Changzou matter (.9); prepare
         responses to garnishments, subpoenas, etc.
         (2.1)
         Linda J. Neilson   3.00 hours at  185.00 per hour.         $555.00

07/07/09 Research bankruptcy court docket regarding
         administrative expense filings (1.2); analyze
         filings for calendar (.9)
         Karen B. Cain   2.10 hours at  195.00 per hour.            $409.50

07/08/09 Multiple telephone conferences and e-mails with
         parties in interest regarding bankruptcy cases
         and related issues regarding same and review
         and analyze claims, pleadings, notices and
         other items regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.         $337.50

07/08/09 Prepare 7/23/09 hearing items chart
         Linda J. Neilson    .90 hours at  185.00 per hour.         $166.50

07/09/09 Multiple telephone conferences and e-mails with
         parties in interest regarding bankruptcy cases
         and related issues and review and analyze
         claims, pleadings, and other documentation
         regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.         $487.50

07/09/09 Chart telephone calls and issues to be resolved
         Nancy S. von Bargen    .20 hours at  220.00 per hour.      $44.00

07/10/09 Chart telephone calls and issues to be resolved
         Nancy S. von Bargen    .30 hours at  220.00 per hour.      $66.00

07/10/09 Review and prepare responses to garnishments,
         etc.
         Linda J. Neilson   1.40 hours at  185.00 per hour.         $259.00

Circuit City Stores Inc
File Number: 2055557                                    Page   4
Invoice No. 91168703                                   August 12, 2009

07/13/09  Begin review of agenda and matters set for
          hearing on July 23rd and e-mails with clerk's
          office, client and debtors professionals
          regarding same
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

07/13/09  Review requests and prepare responses to
          garnishments, subpoenas and complaints
          Linda J. Neilson   6.40 hours at  185.00 per hour.      $1,184.00

07/14/09  Begin review and analysis of matters on agenda
          for 7/23 docket and prepare for same
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

07/14/09  Review and prepare agenda for hearing on
          7/16/2009 (1.0); prepare responses to
          garnishment requests (1.1)
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

07/15/09  Review and organize requests for garnishments,
          subpoenas and prepare responses
          Linda J. Neilson   2.90 hours at  185.00 per hour.        $536.50

07/16/09  Review and organize requests for garnishments,
          subpoenas and prepare responses
          Linda J. Neilson   2.70 hours at  185.00 per hour.        $499.50

07/16/09  Assist with hearing preparations (.4); research
          bankruptcy court docket (.7)
          Karen B. Cain   1.10 hours at  195.00 per hour.           $214.50

07/17/09  Review and organize requests for garnishments,
          subpoenas and prepare responses
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

07/17/09  E-mail to and from court reporters regarding
          hearing transcript
          Karen B. Cain    .20 hours at  195.00 per hour.            $39.00

07/18/09  Review agenda for matters on 7/23 docket and
          review pleadings (.4); e-mails regarding
          responses to subpoenas and document requests
          from creditors and third parties relating to
          criminal prosecutions (.3)
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

Circuit City Stores Inc
File Number: 2055557                                    Page    5
Invoice No. 91168703                                    August 12, 2009

07/20/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and other
         related issues and review and analyze
         documents, pleadings and other items regarding
         same and telephone conferences and e-mails with
         parties regarding vendor insurance issues and
         analyze issues regarding same
         Daniel F. Blanks   2.50 hours at  375.00 per hour.          $937.50

07/20/09 Correspond with debtor regarding various
         requests for information from creditors and
         former employees (.4); correspond with
         representatives of former employees regarding
         employment records (.4)
         Bryan A. Stark    .80 hours at  295.00 per hour.            $236.00

07/20/09 Review and prepare hearing agenda and exhibit
         for 7/23/09 hearing (2.0); prepare documents
         for hearing (2.9)
         Linda J. Neilson   4.90 hours at  185.00 per hour.          $906.50

07/20/09 Research bankruptcy court docket on multiple
         fee applications (1.7); analyze applications
         for interim amounts (.7); work on breakdown
         chart of applications (.9); review application
         status with B. Stark (.3); prepare application
         binders for omnibus hearing (.6)
         Karen B. Cain   4.20 hours at  195.00 per hour.             $819.00

07/21/09 Begin review and revisions to agenda for 7/23
         docket and preparation for same
         Douglas M. Foley   1.10 hours at  550.00 per hour.          $605.00

07/21/09 Multiple telephone conferences and e-mails with
         parties in interest regarding bankruptcy cases
         and related issues and review documents,
         pleadings and other items regarding same (2.2);
         continue drafting, revising and filing agenda
         and multiple e-mails and telephone conferences
         with debtors' professionals regarding same
         (1.3)
         Daniel F. Blanks   3.50 hours at  375.00 per hour.        $1,312.50

07/21/09 Prepare documents for 7/23/09 hearing
         Connie Ferrell   1.10 hours at  215.00 per hour.            $236.50

07/21/09 Review, revise and prepare 7/23/09 hearing
         agenda and exhibit for filing
         Linda J. Neilson   3.10 hours at  185.00 per hour.          $573.50

Circuit City Stores Inc
File Number: 2055557                                          Page    6
Invoice No. 91168703                                         August 12, 2009

07/21/09  Work on fee application chart (.9); work on fee
          application binders (.7); research
          administrative objections (1.2); assist with
          preparation for omnibus objection response
          arguments (.9)
          Karen B. Cain   3.70 hours at  195.00 per hour.          $721.50

07/22/09  Review agenda and pleadings and prepare for
          omni hearing for 7/23 and analyze issues
          regarding same (1.8); meetings and e-mails with
          debtors professionals and client regarding same
          (.6)
          Douglas M. Foley   2.40 hours at  550.00 per hour.     $1,320.00

07/22/09  Prepare for July 23, 2009 omnibus hearing and
          review and analyze pleadings, documents and
          other items regarding same and multiple
          telephone conferences and e-mails with parties
          regarding same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.       $600.00

07/22/09  Prepare documents for 7/23/09 hearing
          Linda J. Neilson   5.50 hours at  185.00 per hour.     $1,017.50

07/22/09  Research bankruptcy court responses and
          objection (.6); work on professionals' omnibus
          hearing binders (1.1); analyze multiple
          professional fee applications and work on court
          binders (2.9); prepare chart of application
          amounts for exhibit (.7)
          Karen B. Cain   5.30 hours at  195.00 per hour.        $1,033.50

07/23/09  Prepare for and attend omni hearing on 7/23 and
          review pleadings and agenda regarding same
          (3.8); e-mails and conferences with creditors
          counsel regarding resolution of various issues
          on agenda (1.2)
          Douglas M. Foley   5.00 hours at  550.00 per hour.     $2,750.00

07/23/09  Prepare for and participate in July 23, 2009
          omnibus hearing and prepare multiple charts,
          orders and other items regarding same and
          submit same to chambers
          Daniel F. Blanks   4.90 hours at  375.00 per hour.     $1,837.50

07/23/09  Attend omnibus hearing (.6); finalize and
          submit orders through BOPS system (2.2); file
          affidavits of service for debtors'
          professionals (.4)
          Bryan A. Stark   3.20 hours at  295.00 per hour.         $944.00

Circuit City Stores Inc
File Number: 2055557                                                        Page    7
Invoice No. 91168703                                              August 12, 2009

07/23/09  Prepare documents for hearing (3.2); prepare
          responses to garnishments and complaints (4.3)
          Linda J. Neilson    7.50 hours at   185.00 per hour.        $1,387.50

07/23/09  Prepare for omni hearing (3.2); work on chart
          of second interim fee applications (1.9);
          attend omnibus hearing (2.4); e-mail to and
          from court reporter regarding hearing
          transcript (.2); breakdown omnibus hearing
          documents (.6)
          Karen B. Cain    8.30 hours at   195.00 per hour.           $1,618.50

07/24/09  Multiple telephone conferences and e-mails with
          parties in interest regarding bankruptcy cases
          and related issues and review material
          regarding same and strategies (1.5); review,
          analyze, revise and submit orders regarding
          July 23, 2009 omnibus hearing (1.3)
          Daniel F. Blanks    2.80 hours at   375.00 per hour.        $1,050.00

07/24/09  E-mail to FTI regarding omnibus hearing
          exhibits (.2); research omnibus objection
          responses (1.3); work on chart of responses to
          omnibus objections (2.1)
          Karen B. Cain    3.60 hours at   195.00 per hour.             $702.00

07/27/09  Call with client and debtors professionals
          regarding discussion of pending issues to
          discuss with board at next meeting and analyze
          pending milestones and timelines and case
          status matters and hearing dates
          Douglas M. Foley    1.20 hours at   550.00 per hour.          $660.00

07/27/09  Multiple telephone conferences and e-mails with
          parties in interest and creditors regarding
          bankruptcy cases and related issues (1.6);
          multiple letters and e-mails regarding
          subpoenas, garnishments and related issues (.6)
          Daniel F. Blanks    2.20 hours at   375.00 per hour.          $825.00

07/27/09  Review and prepare responses to garnishments,
          subpoenas, etc. (4.1); prepare and circulate
          documents regarding Schimenti construction (.3)
          Linda J. Neilson    4.40 hours at   185.00 per hour.          $814.00

07/27/09  Analyze original proofs of claim for receipt by
          claims agent (1.2); analysis of responses to
          omnibus objections (2.4); work on chart of
          responses (1.7)
          Karen B. Cain    5.30 hours at   195.00 per hour.           $1,033.50

Circuit City Stores Inc
File Number: 2055557                                          Page    8
Invoice No. 91168703                                    August 12, 2009

07/28/09  Multiple telephone conferences and e-mails with
          creditors, parties in interest and others
          regarding bankruptcy cases and related issues
          and review and analyze issues and matters
          regarding same
          Daniel F. Blanks     .70 hours at  375.00 per hour.          $262.50

07/28/09  Review and prepare responses to garnishments,
          subpoenas, etc.
          Linda J. Neilson   1.70 hours at  185.00 per hour.           $314.50

07/28/09  Research bankruptcy court docket for responses
          to omnibus objections (1.2); analyze responses
          (.7); work on chart of responses to omnibus
          objections (2.3)
          Karen B. Cain   4.10 hours at  195.00 per hour.              $799.50

07/29/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy case and review
          and analyze issues regarding same
          Daniel F. Blanks     .90 hours at  375.00 per hour.          $337.50

07/29/09  Prepare responses to requests for garnishments,
          subpoenas, etc.
          Linda J. Neilson   4.20 hours at  185.00 per hour.           $777.00

07/29/09  Work on chart of responses to omnibus
          objections (.7); e-mail completed chart to
          professionals for orders (.4).
          Karen B. Cain   1.10 hours at  195.00 per hour.              $214.50

07/30/09  File various affidavits of service on behalf of
          debtors' professionals
          Bryan A. Stark     .40 hours at  295.00 per hour.            $118.00

07/30/09  Prepare responses to requests for garnishments,
          subpoenas, complaints, etc. (4.8); research
          entities (.1)
          Linda J. Neilson   4.90 hours at  185.00 per hour.           $906.50

07/30/09  Research bankruptcy court docket (.9); monitor
          administrative expense filings (.7); analyze
          appeal dockets (.6); forward to professionals
          transcript of omnibus hearing (.2); work on
          omnibus objection response chart (2.4)
          Karen B. Cain   4.80 hours at  195.00 per hour.              $936.00

07/31/09  Telephone conference with clerk's office and
          chambers regarding pending orders and related
          issues
          Daniel F. Blanks     .50 hours at  375.00 per hour.          $187.50

07/31/09 Chart telephone calls and issues to be resolved
         Nancy S. von Bargen  2.20 hours at  220.00 per hour.        $484.00

07/31/09 Analyze administrative expense filings (.7);
         preference research for professionals (1.1);
         research proofs of claim and exhibits for
         omnibus objection responses (2.1)
         Karen B. Cain    3.90 hours at  195.00 per hour.            $760.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 18.3 | $10,065.00 |
| Daniel F. Blanks | $375.00 | 28.5 | $10,687.50 |
| Bryan A. Stark | $295.00 | 6.4 | $1,888.00 |
| Nancy S. von Bargen | $220.00 | 3.6 | $792.00 |
| Connie Ferrell | $215.00 | 1.1 | $236.50 |
| Karen B. Cain | $195.00 | 63.0 | $12,285.00 |
| Linda J. Neilson | $185.00 | 60.7 | $11,229.50 |
| TOTAL FEES | | 181.6 | $47,183.50 |

**Re: Restructuring and General Strategy**
     **Our File No.**               **2055557-0020**
     **Circuit City Contact**       **Michelle Mosier**
     **McGuireWoods Contact**       **Douglas M. Foley**

07/29/09 Participate in board call to discuss case
         status and strategy and plan issues and review
         materials regarding same (1.6); e-mails
         regarding meeting with plan liquidating trustee
         and prepare for same (.4)
         Douglas M. Foley  2.00 hours at  550.00 per hour.        $1,100.00

07/30/09 Several e-mails and conferences with client and
         debtors professionals regarding analysis of
         substantive consolidation issues and effect of
         various claims
         Douglas M. Foley  1.40 hours at  550.00 per hour.          $770.00

07/31/09 Prepare for and attend meetings with client and
         plan trustee regarding strategy and transition
         issues and analyze issues regarding same and
         substantive consolidation
         Douglas M. Foley  4.20 hours at  550.00 per hour.        $2,310.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 7.6 | $4,180.00 |
| TOTAL FEES | | 7.6 | $4,180.00 |

Circuit City Stores Inc
File Number: 2055557                                         Page  10
Invoice No. 91168703                                        August 12, 2009

**Re: Monthly Operating Reports**
    Our File No.              2055557-0060
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

07/13/09 File debtors' monthly operating report for May
         and arrange for service
         Bryan A. Stark    .20 hours at  295.00 per hour.        $59.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Bryan A. Stark | $295.00 | 0.2 | $59.00 |
| TOTAL FEES | | 0.2 | $59.00 |

**Re: Professional Retention/Fee Applications**
    Our File No.              2055557-0070
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

07/06/09 E-mails with United States Trustee regarding
         monthly fee statements
         Daniel F. Blanks    .30 hours at  375.00 per hour.     $112.50

07/09/09 Revise McGuireWoods monthly fee statements and
         e-mails with debtors' professionals regarding
         same
         Daniel F. Blanks    .50 hours at  375.00 per hour.     $187.50

07/15/09 E-mails regarding monthly fee statement for CPO
         and status update and e-mails regarding any
         objections on fee applications on July 23rd
         Douglas M. Foley    .90 hours at  550.00 per hour.     $495.00

07/15/09 Draft e-mail and forward copy of consumer
         ombudsman's fee application
         Bryan A. Stark    .50 hours at  295.00 per hour.       $147.50

07/16/09 E-mails and telephone conference with
         professionals regarding July 23rd omnibus
         hearing regarding fee applications
         Daniel F. Blanks    .30 hours at  375.00 per hour.     $112.50

07/17/09 Correspond with debtors and committee
         professionals regarding fee applications and
         any objections thereto informally lodged
         Bryan A. Stark   1.20 hours at  295.00 per hour.       $354.00

Circuit City Stores Inc
File Number: 2055557                              Page  11
Invoice No. 91168703                             August 12, 2009

07/19/09  Review and revise second interim application
          summary chart and e-mails regarding same
          Douglas M. Foley   .20 hours at  550.00 per hour.      $110.00

07/21/09  E-mails with debtors' professionals regarding
          fee applications and procedures
          Daniel F. Blanks   .50 hours at  375.00 per hour.      $187.50

07/22/09  E-mails with case professionals regarding
          protocol for monthly fee interim statements and
          circulation and presentation of fee
          applications at 7/23 hearing
          Douglas M. Foley   .60 hours at  550.00 per hour.      $330.00

07/23/09  File supplemental declaration of KPMG and
          arrange for service
          Bryan A. Stark   .30 hours at   295.00 per hour.       $88.50

07/24/09  Correspond with debtors' professionals and
          submit orders to chambers on fee applications
          of debtors' professionals
          Bryan A. Stark   .70 hours at   295.00 per hour.       $206.50

07/30/09  Correspond with debtors' professionals
          regarding entry of fee applications and provide
          copies of orders
          Bryan A. Stark   .40 hours at   295.00 per hour.       $118.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.7 | $935.00 |
| Daniel F. Blanks | $375.00 | 1.6 | $600.00 |
| Bryan A. Stark | $295.00 | 3.1 | $914.50 |
| TOTAL FEES | | 6.4 | $2,449.50 |

**Re: Automatic Stay**
     Our File No.            2055557-0090
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

07/02/09  Multiple letters and correspondence regarding
          automatic stay, pending lawsuits, subpoenas,
          garnishments and other communications with
          parties regarding bankruptcy case and related
          issues
          Daniel F. Blanks   .80 hours at  375.00 per hour.      $300.00

Circuit City Stores Inc
File Number: 2055557                                      Page  12
Invoice No. 91168703                                      August 12, 2009

07/03/09  Draft consent orders regarding relief from
          automatic stay; e-mails with counsel regarding
          same; review material regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.      $450.00

07/06/09  Draft orders regarding resolving motions for
          relief from stay and related issues and e-mails
          and telephone conferences with creditors
          regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.      $300.00

07/07/09  Draft correspondence regarding violations of
          the automatic stay, suggestions in bankruptcy,
          subpoenas and related issues (.4); draft and
          revise orders regarding consent from the
          automatic stay and related issues (.4)
          Daniel F. Blanks    .80 hours at  375.00 per hour.      $300.00

07/08/09  Prepare and revise orders granting relief from
          the automatic stay and e-mails with debtors'
          professionals regarding same and opposing
          counsel regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.      $412.50

07/09/09  Draft and revise order regarding automatic stay
          and e-mails and telephone conferences with
          parties regarding same (.9); correspondence
          with parties regarding violations of the
          automatic stay, subpoenas, garnishments and
          related issues (.8)
          Daniel F. Blanks   1.70 hours at  375.00 per hour.      $637.50

07/10/09  Finalize consent order regarding relief from
          automatic stay
          Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50

07/10/09  Correspond with debtors' professionals
          regarding automatic stay issues (.4); review
          and provide comments on draft consent order
          (.5)
          Bryan A. Stark    .90 hours at  295.00 per hour.        $265.50

07/13/09  Review, draft and revise numerous letters
          responding to service and summons relating to
          garnishments and miscellaneous state and
          federal court and agency actions
          Douglas M. Foley  1.30 hours at  550.00 per hour.       $715.00

Circuit City Stores Inc
File Number: 2055557                                        Page  13
Invoice No. 91168703                                       August 12, 2009

07/13/09 Correspond with debtors' professionals and
         research claims regarding consent order
         modifying stay and send draft consent order to
         creditors' counsel for review
         Bryan A. Stark   1.30 hours at  295.00 per hour.          $383.50

07/17/09 Correspond with counsel regarding agreed order
         granting relief from stay to foreclose against
         property and correspond with debtors'
         professionals regarding comments on consent
         order
         Bryan A. Stark   .50 hours at  295.00 per hour.           $147.50

07/21/09 Analyze issues regarding procedure for
         determination of application of automatic stay
         to government collection actions and police
         power exception
         Douglas M. Foley   .30 hours at  550.00 per hour.         $165.00

07/27/09 E-mails and telephone conferences with parties
         regarding relief from automatic stay and
         related issues
         Daniel F. Blanks   .90 hours at  375.00 per hour.         $337.50

07/29/09 Correspondence with parties regarding automatic
         stay and pending lawsuits and related issues
         Daniel F. Blanks   .60 hours at  375.00 per hour.         $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.6 | $880.00 |
| Daniel F. Blanks | $375.00 | 8.4 | $3,150.00 |
| Bryan A. Stark | $295.00 | 2.7 | $796.50 |
| TOTAL FEES | | 12.7 | $4,826.50 |

**Re: Executory Contracts**
    **Our File No.**              2055557-0140
    **Circuit City Contact**      Michelle Mosier
    **McGuireWoods Contact**      Douglas M. Foley

07/06/09 Revise and file motion regarding rejection of
         contracts with IBM and related issues
         Daniel F. Blanks   .60 hours at  375.00 per hour.         $225.00

07/13/09 Review and revise executory contract rejection
         motion for filing and hearing on July 23rd date
         and e-mails with debtors professionals
         regarding same
         Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

Circuit City Stores Inc
File Number: 2055557                                   Page  14
Invoice No. 91168703                                  August 12, 2009

07/13/09  Review and analyze contract rejection motion,
          order and exhibits, draft notice of motion and
          file both with court (1.0); review and analyze
          stipulation and consent order regarding lease
          and draft consent motion for entry of
          stipulation and agreed order and notice of same
          and file with court (1.4)
          Bryan A. Stark   2.40 hours at  295.00 per hour.          $708.00

07/14/09  Review and analyze motion to modify agreement
          (.6); draft motion to shorten notice, motion to
          expedite and notice thereof (1.5); file
          aforementioned motions (.4)
          Bryan A. Stark   2.50 hours at  295.00 per hour.          $737.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Daniel F. Blanks | $375.00 | 0.6 | $225.00 |
| Bryan A. Stark | $295.00 | 4.9 | $1,445.50 |
| TOTAL FEES | | 5.9 | $1,890.50 |

Re: Litigation
    Our File No.              2055557-0150
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

07/01/09  Telephone calls and e-mails with opposing
          counsel and client regarding Schimenti 2004
          examination and review claims regarding same
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

07/01/09  Draft agreed order granting motion to dismiss
          appeal as moot (.5); correspond with debtors'
          professionals and various creditors' counsel
          regarding same (.4); correspond with debtors'
          professionals, creditors' counsel and court
          personnel regarding agreed order staying
          briefing schedule for stub rent appeal (.3);
          compile original signatures on agreed order and
          deliver to court (.5)
          Bryan A. Stark   1.70 hours at  295.00 per hour.          $501.50

07/05/09  Review issues regarding Schmenti 2004
          examination motion and e-mail memorandum to
          claimants counsel regarding same and possible
          resolution
          Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91168703                                   August 12, 2009

07/06/09  E-mails regarding document production for board
          minutes
          Gloria K. Dagrosa    .30 hours at  225.00 per hour.        $67.50

07/07/09  Review and analyze state court complaint from
          Texas
          Bryan A. Stark    .40 hours at  295.00 per hour.          $118.00

07/09/09  Telephone conference with eminent domain
          counsel for state of Florida relating to
          pending litigation and dismissal
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

07/10/09  Review and analyze appeal of debtors pending
          court of appeals
          Bryan A. Stark    .40 hours at  295.00 per hour.          $118.00

07/13/09  Correspond with creditors' counsel regarding
          consent motion on motion to dismiss stub rent
          appeals (.4); correspond with debtors'
          professionals regarding status report in court
          of appeals and substituting counsel in court of
          appeals (.5); review and analyze settlement and
          release agreement and incorporate debtors'
          release of its third-party claim into a
          settlement agreement in McCulty case (2.2)
          Bryan A. Stark   3.10 hours at  295.00 per hour.          $914.50

07/14/09  E-mails with client and debtors professionals
          regarding demand letters and suits on accounts
          receivable claims
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

07/14/09  Correspond with debtors' professionals
          regarding appeal stayed in court of appeals
          (.6); draft status report for filing with court
          of appeals (1.0); draft stipulation for
          substitution of counsel (1.2)
          Bryan A. Stark   2.80 hours at  295.00 per hour.          $826.00

07/15/09  Meeting with client and review reports
          regarding status of various litigation matters
          and participation in same and relation to
          claims objection process
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

Circuit City Stores Inc
File Number: 2055557                                Page  16
Invoice No. 91168703                                August 12, 2009

07/15/09  Finalize settlement agreement with Capital
          Contractors, circulate to debtors professionals
          for comment and forward to counsel for Capital
          Contractors for review (1.5); correspond with
          debtors' professionals regarding filing of
          status report in ninth circuit (.2);
          Bryan A. Stark   1.70 hours at  295.00 per hour.        $501.50

07/16/09  E-mails regarding sending out demand letters
          and review and revise same (.4); e-mails and
          conference with client and debtors
          professionals regarding extracting Circuit City
          from various litigation suits in other
          jurisdictions (.3)
          Douglas M. Foley    .70 hours at  550.00 per hour.      $385.00

07/17/09  E-mails with client and debtors professionals
          regarding next round of demand letter and
          consummation of potential lawsuits (.4);
          e-mails with client and review list of
          litigation matters pending and status of same
          (.2)
          Douglas M. Foley    .60 hours at  550.00 per hour.      $330.00

07/17/09  Correspond with debtor, draft demand letters
          for various parties and send demand letters
          Bryan A. Stark   2.50 hours at  295.00 per hour.        $737.50

07/18/09  E-mails regarding lexington complaint (.2);
          e-mails regarding complaints to follow on
          demand letters for AR collection matters (.3)
          Douglas M. Foley    .50 hours at  550.00 per hour.      $275.00

07/21/09  E-mails regarding preference analysis, exposure
          and targets, and accounts receivable and
          payable collection actions
          Douglas M. Foley    .80 hours at  550.00 per hour.      $440.00

07/21/09  Analyze local rules and procedures in response
          to question from J. Liberi (.6); prepare for
          and conduct teleconference with D. Blanks
          regarding status of pre-bankruptcy creditor
          representations (.3)
          Joseph S. Sheerin    .90 hours at  450.00 per hour.     $405.00

07/21/09  E-mails and telephone conferences with debtors
          and debtors' professionals regarding possible
          litigation and strategies regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.      $487.50

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91168703                                   August 12, 2009

07/22/09  E-mails with client and debtors professionals
          regarding commencement of various litigation
          matters, including preferences and accounts
          receivable collections
          Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

07/22/09  Prepare for and participate in meetings with
          debtors' professionals regarding possible
          lawsuits and related issues and analyze
          strategies regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.      $637.50

07/22/09  Correspond with debtors' professionals
          regarding intellectual property litigation
          (.4); correspond with creditors/landlord
          counsel regarding consent to dismiss stub rent
          appeal (.6); review documentation and
          correspondence for signature on order to
          dismiss stub rent (.6)
          Bryan A. Stark   1.60 hours at  295.00 per hour.        $472.00

07/23/09  Review and analyze issues and documents
          relating to Schmenti 2004 examination (.4);
          e-mails regarding preference and accounts
          receivable actions (.3)
          Douglas M. Foley    .70 hours at  550.00 per hour.      $385.00

07/23/09  Prepare communication to J. Liberi summarizing
          requested analysis regarding litigation matters
          Joseph S. Sheerin    .60 hours at  450.00 per hour.     $270.00

07/24/09  E-mails regarding production of Schimenti
          construction documents to landlords (.3);
          telephone call with chambers regarding
          Mondragon procedural matters and e-mails with
          debtors professionals regarding same (.4)
          Douglas M. Foley    .70 hours at  550.00 per hour.      $385.00

07/27/09  Review proposed engagement letter relating to
          monetizing certain class action litigation
          relating to flat panel television manufactures
          and e-mails with client and debtors
          professionals regarding same (.6); e-mails and
          review spreadsheets regarding commencement of
          preference litigation (.3)
          Douglas M. Foley    .90 hours at  550.00 per hour.      $495.00

07/27/09  Conduct teleconference with D. Foley regarding
          procedures associated with demand letters and
          analyze same
          Joseph S. Sheerin    .40 hours at  450.00 per hour.     $180.00

Circuit City Stores Inc
File Number: 2055557                                     Page  18
Invoice No. 91168703                                   August 12, 2009

07/27/09  E-mails and telephone conferences with counsel
          for Sirius XM regarding lawsuit and demand
          Daniel F. Blanks    .70 hours at  375.00 per hour.          $262.50

07/27/09  Correspond with counsel to party regarding
          demand letter for preference liability
          Bryan A. Stark     .20 hours at  295.00 per hour.            $59.00

07/28/09  Review revised engagement letter for FTI
          relating to flat screen litigation and analyze
          same and telephone conference with client
          regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.          $385.00

07/28/09  Call with D. Blanks, B. Fase and H. Ferguson
          regarding strategy for potential claim against
          Sirius/XM and follow-up call with D. Blanks
          regarding same
          Bryan A. Fratkin   1.00 hours at  490.00 per hour.          $490.00

07/28/09  Multiple telephone conferences and e-mails with
          debtors' professionals and Sirius XM regarding
          resolution of matter and possible litigation
          and analyze strategies regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.          $562.50

07/29/09  Multiple telephone conferences and e-mails with
          Sirius XM regarding litigation and related
          issues and e-mails and telephone conferences
          with debtors' professionals regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.          $187.50

07/30/09  E-mails regarding monitazation of litigation
          rights and strategy regarding same, including
          flat panel litigation (.3); e-mails regarding
          new round of demand letters on accounts
          receivable (.2)
          Douglas M. Foley    .50 hours at  550.00 per hour.          $275.00

07/30/09  Review e-mails regarding Sirius/XM matter
          Bryan A. Fratkin    .50 hours at  490.00 per hour.          $245.00

07/30/09  Initiate drafting of complaint against Sirius
          XM and research issues regarding same and
          review and analyze contracts and documents
          regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. 91168703                                   August 12, 2009

07/31/09 Read and analyze spreadsheet regarding claims
         against Sirius/XM (.2); read and analyze
         Circuit City-XM marketing agreement (.8)
         Bryan A. Fratkin   1.00 hours at  490.00 per hour.      $490.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $550.00 | 10.6 | $5,830.00 |
| Bryan A. Fratkin | $490.00 | 2.5 | $1,225.00 |
| Joseph S. Sheerin | $450.00 | 1.9 | $855.00 |
| Daniel F. Blanks | $375.00 | 6.9 | $2,587.50 |
| Bryan A. Stark | $295.00 | 14.4 | $4,248.00 |
| Gloria K. Dagrosa | $225.00 | 0.3 | $67.50 |
| TOTAL FEES | | 36.6 | $14,813.00 |

**Re: Avoidance Actions**
    Our File No.            2055557-0160
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

07/14/09 Begin analysis of preference actions and
         commencement of adversary proceedings regarding
         same and e-mails with client and debtors
         professionals regarding same
         Douglas M. Foley   .60 hours at  550.00 per hour.      $330.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $550.00 | 0.6 | $330.00 |
| TOTAL FEES | | 0.6 | $330.00 |

**Re: Vendor Matters**
    Our File No.            2055557-0170
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

07/08/09 Telephone call with counsel for TomTom
         regarding timing of distribution to vendors and
         issues relating to timing of plan and
         disclosure statement
         Douglas M. Foley   .40 hours at  550.00 per hour.      $220.00

07/09/09 Telephone conference and e-mails and analysis
         of follow-up to finish deliverables in
         PlumChoice settlement stipulation relating to
         stock powers and transfer
         Douglas M. Foley   .70 hours at  550.00 per hour.      $385.00

Circuit City Stores Inc
File Number: 2055557                                          Page  20
Invoice No. 91168703                                         August 12, 2009

07/22/09  E-mails regarding SIM/Alliance claims and other
          vendor setoff and 503b9 issues
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.4 | $770.00 |
| TOTAL FEES | | 1.4 | $770.00 |

**Re: Real Estate**
      Our File No.          2055557-0180
      Circuit City Contact  Michelle Mosier
      McGuireWoods Contact  Douglas M. Foley


07/01/09  Several e-mails and telephone calls with client
          and landlords counsel regarding stub rent
          appeal and dismissal order and resolution of
          open issues regarding same (1.7); e-mails
          regarding open Bloomingdale issue and analyze
          issues in preparation for July 6th hearing (.8)
          Douglas M. Foley   2.50 hours at  550.00 per hour.     $1,375.00

07/01/09  Lithia Springs, GA - Review letter of intent
          (.2); review and  draft purchase contract (.4);
          e-mails to and from D. Miller (.1)
          Edmund S. Pittman    .70 hours at  450.00 per hour.      $315.00

07/01/09  Baltimore County, MD - Review e-mails from
          buyer's counsel, M. Rash and D. Miller (.4);
          conference with M. Gunlock regarding prorations
          (.2)
          Edmund S. Pittman    .60 hours at  450.00 per hour.      $270.00

07/01/09  E-mails and telephone conferences with debtors'
          professionals regarding sale of real property
          in California and related issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.       $337.50

07/01/09  Lithia Springs, GA - Review letter of intent
          and correspondence regarding purchase agreement
          (.5); draft and transmit purchase agreement
          (2.0)
          Matthew T. Gunlock   2.50 hours at  290.00 per hour.     $725.00

07/01/09  Baltimore, MD - Review purchase contract and
          background e-mails (.8); prepare warranty deed
          (.7); revise FIRPTA certificate and Form 1099
          received from buyer's counsel (.5); review and
          comment on Maryland affidavits regarding

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91168703

withholding taxes and claimed exemptions (1.5);
prepare letters to two tenants regarding sale
of property (1.5); review background
information regarding real estate tax
prorations, common area maintenance charges and
insurance prorations (.5); telephone call with
client employee regarding prorated amounts for
settlement statements (.4); prepare closing
package of documents and send to client
employee with signature instructions (.6);
respond to various e-mails from buyer's counsel
regarding outstanding closing items and
corporate resolutions and authorizations (.6);
telephone call with buyer's counsel regarding
changes to closing documents (.2)
Matthew P. Rash   7.30 hours at  315.00 per hour.          $2,299.50

07/01/09 Compile original motions and notices for
retention (.5); correspond with debtors'
professionals regarding same (.3)
Bryan A. Stark    .80 hours at  295.00 per hour.            $236.00

07/02/09 Analysis of lease/tax/CAM issues on maryland
property
T. Craig Harmon   .80 hours at  525.00 per hour.            $420.00

07/02/09 Numerous calls and e-mails regarding
Bloomingdale lease assignment estoppel issues
and possible resolution and strategy for
preparation on July 6th (2.3); e-mails with
landlords regarding stub rent issues and
dismissal of appeal (.8); e-mails with utility
providers and debtors professionals and client
regarding termination of service at leased
locations (.6); review and revise pleadings
regarding sale of Virginia Beach property and
e-mails with debtors professionals regarding
same (.9)
Douglas M. Foley   4.60 hours at  550.00 per hour.        $2,530.00

07/02/09 Lithia Springs, GA - Review revised purchase
contract
Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

07/02/09 Review, analyze, revise and file motion to sell
real property in Moreno, California and bidding
procedures regarding same
Daniel F. Blanks   1.30 hours at  375.00 per hour.         $487.50

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91168703                                   August 12, 2009

07/02/09 Lithia Springs, CA - Revise and transmit
         revised purchase agreement
         Matthew T. Gunlock   1.00 hours at  290.00 per hour.      $290.00

07/02/09 Baltimore, MD - Respond to e-mail from buyer's
         counsel regarding changes to closing documents
         (.9); review lease agreements regarding real
         estate tax and common area maintenance payment
         obligations (.9); review real estate tax
         information and respond to e-mail from buyer's
         counsel regarding request for a credit for
         amounts collected by tenants for advance tax
         payments (.9); review settlement statements and
         send comments to client employees regarding
         suggested changes to the statements (.9)
         Matthew P. Rash   3.60 hours at  315.00 per hour.       $1,134.00

07/02/09 Correspond with debtors' professionals and
         creditors' counsel regarding stub rent appeal
         Bryan A. Stark   1.00 hours at  295.00 per hour.         $295.00

07/03/09 E-mails regarding Bloomingdale lease assignment
         dispute and review form of order and estoppel
         Douglas M. Foley   .70 hours at  550.00 per hour.        $385.00

07/06/09 Several telephone conferences and e-mails with
         counterparties and debtors professionals and
         client relating to Bloomingdale transaction and
         review and revise settlement order and related
         estoppel documents regarding same
         Douglas M. Foley   1.60 hours at  550.00 per hour.       $880.00

07/06/09 E-mails with landlord regarding rejected leases
         and related issues (.3); research issues
         regarding same (.3)
         Daniel F. Blanks   .60 hours at  375.00 per hour.        $225.00

07/06/09 Baltimore, MD - Revise assignment of leases to
         reserve rights to collect amounts owed from
         tenants (1.0); revise letters to tenants
         regarding amounts owed to Circuit City and
         providing notice of lease assignment (1.2);
         review and revise settlement statements (1.5);
         telephone calls with buyer's attorney regarding
         closing documents and settlement statements
         (.3); meeting with client employees regarding
         expense and real estate tax reimbursements and
         execution of closing documents (.5); send
         e-mails to buyer's counsel regarding credits at
         closing for expenses and real estate tax
         payments (.4); review bankruptcy court sale
         order and respond to e-mails from buyer's

Circuit City Stores Inc
File Number: 2055557                                    Page   23
Invoice No. 91168703                                   August 12, 2009

counsel regarding credits and indemnification
for claims by tenants (.8); prepare escrow
instruction letter and closing document package
(.5); telephone call with client employee
regarding uncollected real estate tax
reimbursements (.3)
Matthew P. Rash   6.50 hours at  315.00 per hour.          $2,047.50

07/06/09 Correspond with debtors' professionals and
creditor counsel regarding stub rent appeal
Bryan A. Stark    .50 hours at  295.00 per hour.            $147.50

07/06/09 Notarize documents for closing and prepare
package for title company
Robin M. Broughton    .50 hours at  310.00 per hour.       $155.00

07/07/09 Revise Bloomingdale order and e-mails with
debtors' professionals and opposing counsel
regarding same and submit same to chambers
Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

07/07/09 Baltimore, MD - Respond to e-mail from buyer's
counsel requesting final information for
notification letters to tenants and send list
of outstanding closing items to be satisfied
before authorizing closing (.3); telephone call
with client employees regarding final closing
issues (.1); telephone call with buyer's
counsel to authorize closing and funding (.1)
Matthew P. Rash    .50 hours at  315.00 per hour.          $157.50

07/08/09 Atlanta Service Center - E-mail correspondence
with S. Plomgren (.1); review Panattoni
comments to purchase agreement (.7)
Matthew T. Gunlock    .80 hours at  290.00 per hour.       $232.00

07/09/09 E-mails regarding Bloomingdale closing and
order (.3); e-mails regarding potentially
vacating order on termination agreement to
assumption and assignment agreement and
strategy regarding same (.4)
Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

07/09/09 Lithia Springs, GA - Review e-mails from M.
Gunlock regarding buyer's comments to draft
purchase agreement
Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

Circuit City Stores Inc
File Number: 2055557                                          Page  24
Invoice No. 91168703                                    August 12, 2009

07/09/09 Atlanta Service Center, Lithia Springs, GA -
         Review purchaser's comments to purchase
         agreement (.4); e-mail correspondence and
         telephone call with D. Miller regarding
         purchase agreement (.3); e-mail correspondence
         with M. Olliver (.1)
         Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

07/09/09 Correspond with creditors' counsel regarding
         stub rent appeal
         Bryan A. Stark    .70 hours at  295.00 per hour.          $206.50

07/10/09 E-mails regarding entry of order on
         Bloomingdale and follow-up on deliverables for
         closing and withdrawal of objection
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

07/10/09 Atlanta Service Center, Lithia Springs, GA -
         Telephone call with M. Olliver regarding
         purchase agreement issues (.5); e-mail
         correspondence with D. Miller regarding
         purchase agreement issues (.3).
         Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

07/13/09 Review and revise pleadings regarding Yonkers
         and Salem Rockingham and e-mails with client,
         debtors professionals and landlord's counsel
         regarding same (1.7); e-mails regarding
         Bloomingdale utility issues and utility issues
         relating to New Jersey locations (.6)
         Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

07/13/09 Lithia Springs, GA - Review e-mails from M.
         Gunlock and D. Miller regarding purchase
         contract comments
         Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

07/13/09 Virginia Beach Outparcel - Telephone call from
         buyer's counsel and buyer regarding auction
         (.1); e-mails to and from J. Kumar at Skadden
         regarding same (.1); e-mails to and from
         buyer's counsel and buyer (.1)
         Edmund S. Pittman    .30 hours at  450.00 per hour.      $135.00

07/13/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding open items on purchase
         agreement
         Matthew T. Gunlock    .20 hours at  290.00 per hour.      $58.00

Circuit City Stores Inc
File Number: 2055557                                              Page   25
Invoice No. 91168703                                             August 12, 2009

07/14/09  E-mails regarding status of real estate sales
          and lease dispositions and landlord claim issue
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

07/14/09  Lithia Springs, GA - Review redraft of purchase
          contract
          Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

07/14/09  E-mail correspondence with M. Olliver (.2);
          revise purchase agreement (.6)
          Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

07/15/09  Virginia Beach - Review title commitment in
          preparation for preparing closing documents
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

07/15/09  Prepare hearing binders for professionals on
          real estate sale and intellectual properties
          (.9); prepare documents for interim hearing
          (.7)
          Karen B. Cain    1.60 hours at  195.00 per hour.          $312.00

07/16/09  Meeting with client to discuss hearing on 7/16
          and prepare for and attended hearing on sale of
          Virginia Beach property and approval of
          Intellectual Property sales procedures
          Douglas M. Foley    2.40 hours at  550.00 per hour.     $1,320.00

07/16/09  Sale of Virginia Outparcel - E-mails regarding
          closing and preparation of closing documents to
          M. Rash (.2); e-mails to and from buyer's
          counsel (.1); e-mails to and from D. Miller
          regarding closing (.1)
          Edmund S. Pittman    .40 hours at  450.00 per hour.      $180.00

07/16/09  E-mail correspondence with D. Miller regarding
          outstanding items on purchase agreement (.2);
          telephone call with M. Olliver regarding
          outstanding items on purchase agreement (.3)
          Matthew T. Gunlock    .50 hours at  290.00 per hour.     $145.00

07/16/09  Prepare for filing and file reply to objection
          to proposed cure amount and arrange for service
          Bryan A. Stark    .40 hours at  295.00 per hour.        $118.00

07/17/09  Lithia Springs, GA - Review e-mail from M.
          Gunlock regarding purchase contract
          Edmund S. Pittman    .10 hours at  450.00 per hour.      $45.00

Circuit City Stores Inc
File Number: 2055557                                      Page  26
Invoice No. 91168703                                     August 12, 2009

07/17/09 Virginia Beach Outparcel - Review e-mails from
         M. Rash and K. Moattar, buyer's counsel (.2);
         review waiver of bankruptcy lease claims (.1)
         Edmund S. Pittman    .30 hours at  450.00 per hour.        $135.00

07/17/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding purchase agreement
         Matthew T. Gunlock   .10 hours at  290.00 per hour.         $29.00

07/17/09 Virginia Beach, VA - Review purchase and sale
         agreement and title commitment (1.5); prepare
         draft closing documents, warranty deed, FIRPTA
         certificate, Virginia residency certification,
         substitute Form 1099 and agreement waiving
         proofs of claim by the landlord (2.0); review
         settlement statement and title company owner's
         affidavit (.7); revise owner's affidavit and
         send to title company (.5); telephone call from
         title company raising an issue with sale order
         and authority of Circuit City's officer to bind
         the company (.5); send e-mail to buyer's
         counsel outlining problems raised by title
         company regarding sale order and authority to
         convey property and proposing a solution (.5);
         telephone call from buyer's counsel to discuss
         changes to documents (.8)
         Matthew P. Rash   6.50 hours at  315.00 per hour.        $2,047.50

07/20/09 Virginia Beach Outparcel - Review proposed deed
         and purchase contract regarding survey
         exceptions (.2); review e-mails from title
         company, M. Rash and buyer's counsel (.2);
         review issue regarding incorrect property
         address in sale order (.1)
         Edmund S. Pittman    .50 hours at  450.00 per hour.        $225.00

07/20/09 E-mails with parties and debtors' professionals
         regarding sale of Virginia Beach property and
         related issues
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

07/20/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding purchase agreement
         (.2); e-mail correspondence with M. Olliver
         regarding proposed drilling activities (.3)
         Matthew T. Gunlock   .50 hours at  290.00 per hour.        $145.00

07/20/09 Virginia Beach, VA - Send e-mail to buyer's
         counsel regarding list of permitted
         encumbrances in deed (.3); prepare closing
         documents for execution (.3); prepare closing
         instruction letter (.8); review revised

Circuit City Stores Inc
File Number: 2055557                                                Page   27
Invoice No. 91168703                                               August 12, 2009

settlement statement and send e-mail to title
company with suggested change (.2); telephone
call with bankruptcy counsel regarding
agreement to release claims (.4); respond to
e-mail from title company regarding changes to
property address in bankruptcy order (.3); send
e-mail to buyer's counsel regarding executing
release of bankruptcy claims at closing and
filing a notice of withdraw with bankruptcy
court (.2); telephone call with buyer's counsel
regarding correcting bankruptcy court sale
order (.4); telephone call with client's
bankruptcy counsel regarding correcting sale
order (.3); telephone call with client's
employee regarding outstanding closing issues
(.2)
Matthew P. Rash   3.40 hours at   315.00 per hour.        $1,071.00

07/21/09 Lithia Springs, GA - E-mails to and from J.
Avallone and D. Miller regarding offer from
Bike Alert, Inc.
Edmund S. Pittman    .10 hours at   450.00 per hour.         $45.00

07/21/09 Virginia Beach Outparcel - Review revised
owner's affidavit (.1); review e-mails from M.
Rash, C. Moeller and K. Moattar regarding
closing issues (.2); conferences with M. Rash
regarding closing items (.1)
Edmund S. Pittman    .40 hours at   450.00 per hour.        $180.00

07/21/09 Atlanta Service Center - E-mail correspondence
with D. Miller and Panattoni regarding purchase
agreement (.6); review and mark up proposed
forms of title documents (1.1); review
correspondence regarding new offer (.1)
Matthew T. Gunlock   1.80 hours at   290.00 per hour.        $522.00

07/21/09 Virginia Beach, VA - Telephone calls with
Stewart Title underwriting counsel regarding
sale order and title affidavit (.7); prepare
commercial title affidavit for client's
employee to sign (1.0); telephone call with
local title agent to coordinate deliver of
closing documents (.3); revise title affidavit
and send to client for review (.3); respond to
e-mails from title company regarding title
affidavit and sale order (.5)
Matthew P. Rash   2.80 hours at   315.00 per hour.          $882.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91168703                                   August 12, 2009

07/22/09 Review Moreno Valley sale procedures objection
         and e-mails with creditors counsel, client and
         debtors professional regarding same and
         possible resolution (.2); e-mails regarding
         resolution of scriverners error in Virginia
         Beach property sale (.2); e-mails with landlord
         regarding Bloomingdale bills and timing of
         closing (.2)
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

07/22/09 Virginia Beach Outparcel - Review e-mails from
         title company, M. Rash and K. Moattar regarding
         closing
         Edmund S. Pittman    .20 hours at  450.00 per hour.       $90.00

07/22/09 E-mail correspondence with D. Miller regarding
         purchase agreement (.2); conference call with
         D. Miller and Panattoni regarding soil borings
         (.3)
         Matthew T. Gunlock    .50 hours at  290.00 per hour.      $145.00

07/23/09 E-mails regarding Moreno Valley Property sale
         and procedures and AmReit landlord issue
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

07/23/09 Lithia Springs, GA - Review letter of intent
         from Bike Alert
         Edmund S. Pittman    .20 hours at  450.00 per hour.       $90.00

07/23/09 Atlanta Service Center - E-mail correspondence
         with J. Avallone regarding new offer
         Matthew T. Gunlock    .10 hours at  290.00 per hour.      $29.00

07/24/09 Continue draft sale order for sale of real
         property
         Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

07/24/09 Review and submit order on bidding procedures
         for Moreno Valley property
         Bryan A. Stark    .40 hours at  295.00 per hour.          $118.00

07/27/09 E-mails regarding stub rent appeal dismissal
         and payment of certain landlords (.3); begin
         review of real estate asset sale motions (.3);
         e-mails regarding correction to sale order
         physical address on Virginia Beach property and
         issues with title company and analyze issues
         regarding same (.4)
         Douglas M. Foley   1.00 hours at  550.00 per hour.        $550.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91168703

07/27/09 E-mails with debtors' professionals regarding
outstanding lease issues and related items
(.6); .review sale pleadings of real estate and
e-mails with debtors' professionals regarding
same (.7)
Daniel F. Blanks   1.30 hours at  375.00 per hour.          $487.50

07/27/09 Atlanta Service Center - E-mail correspondence
with D. Miller regarding purchase agreement
(.2); review Bike Alert letter of intent (.6);
prepare and transmit draft purchase agreement
(1.4)
Matthew T. Gunlock   2.20 hours at  290.00 per hour.        $638.00

07/28/09 Review and revise filing sale motions regarding
real estate for 8/27 hearing and e-mails and
telephone conference with debtors professionals
regarding same
Douglas M. Foley   1.10 hours at  550.00 per hour.          $605.00

07/28/09 Lithia Springs, GA - Review initial draft of
purchase contract (.4); conference with M.
Gunlock regarding change to draft (.1); review
comments to purchase contract from D. Miller
(.2); revise purchase contract (.8); e-mails to
and from D. Miller (.1)
Edmund S. Pittman   1.60 hours at  450.00 per hour.         $720.00

07/28/09 Draft supplemental order regarding Virginia
Beach property and multiple e-mails with
opposing counsel, title company and debtors'
professionals regarding same (1.4); review,
revise and file motions for sale of certain
real property and e-mails and telephone
conferences with debtors' professionals
regarding same and draft, revise and file
notices and orders regarding same (2.7)
Daniel F. Blanks   4.10 hours at  375.00 per hour.        $1,537.50

07/28/09 Atlanta Service Center - Revise purchase
agreement (.5); e-mail correspondence with D.
Miller regarding purchase agreement (.3);
transmit purchase agreement to buyer's counsel
(.1)
Matthew T. Gunlock    .90 hours at  290.00 per hour.        $261.00

07/29/09 E-mails regarding bids on owned real estate and
liquidation of property into cash
Douglas M. Foley    .20 hours at  550.00 per hour.          $110.00

Circuit City Stores Inc
File Number: 2055557                                      Page  30
Invoice No. 91168703                                     August 12, 2009

07/29/09 Atlanta Service Center - E-mail correspondence
         with M. Jacobs regarding purchase agreement
         (.2); review purchaser's comments to draft
         purchase agreement (.5)
         Matthew T. Gunlock   .70 hours at  290.00 per hour.      $203.00

07/30/09 E-mails regarding Bloomingdale payment and
         closing and sale motions on California
         properties
         Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

07/30/09 Baltimore County, MD - Review e-mail for
         buyer's counsel regarding delinquent water bill
         and conference with M. Rash
         Edmund S. Pittman   .10 hours at  450.00 per hour.        $45.00

07/30/09 Lithia Springs, GA - Review e-mail from D.
         Miller regarding buyer's comments on purchase
         contract (.1); e-mails to and from M. Gunlock
         regarding sale order and escrow agent (.1)
         Edmund S. Pittman   .20 hours at  450.00 per hour.        $90.00

07/30/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding purchaser's comments
         to purchase agreement (.4); revise purchase
         agreement per purchaser's comments and transmit
         to purchaser's counsel (.8)
         Matthew T. Gunlock   1.20 hours at  290.00 per hour.     $348.00

07/31/09 E-mails with debtors professionals regarding
         revisions to motion relating to sale of San
         Jose property and bid procedures and auction
         date
         Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

07/31/09 Atlanta Service Center - E-mail correspondence
         and telephone call with M. Jacobs regarding
         purchase agreement (.4); telephone call with D.
         Miller regarding purchaser's comments to
         purchase agreement (.2)
         Matthew T. Gunlock   .60 hours at  290.00 per hour.      $174.00

07/31/09 Draft notice of amended motion regarding sale
         of San Jose property, correspond with debtors'
         professionals regarding filing of amended
         motion regarding sale of San Jose property,
         file motion and notice and arrange for service
         of same
         Bryan A. Stark   1.20 hours at  295.00 per hour.         $354.00

| Timekeeper       | Rate/HR  | Hours | Fees        |
|------------------|----------|-------|-------------|
| Douglas M. Foley | $550.00  | 19.7  | $10,835.00  |

Circuit City Stores Inc
File Number: 2055557                                              Page   31
Invoice No. 91168703                                            August 12, 2009

| | | | |
|---|---|---|---|
| T. Craig Harmon | $525.00 | 0.8 | $420.00 |
| Edmund S. Pittman | $450.00 | 6.5 | $2,925.00 |
| Daniel F. Blanks | $375.00 | 10.7 | $4,012.50 |
| Matthew P. Rash | $315.00 | 30.6 | $9,639.00 |
| Robin M. Broughton | $310.00 | 0.5 | $155.00 |
| Bryan A. Stark | $295.00 | 5.0 | $1,475.00 |
| Matthew T. Gunlock | $290.00 | 16.0 | $4,640.00 |
| Karen B. Cain | $195.00 | 1.6 | $312.00 |
| TOTAL FEES | | 91.4 | $34,413.50 |

**Re: Utilities Matters**
   Our File No.                2055557-0210
   Circuit City Contact        Daniel W. Ramsey
   McGuireWoods Contact        Douglas M. Foley

07/22/09 Correspond with debtors' professionals and
         creditors' counsel regarding claim for
         administrative expenses and utilities
         Bryan A. Stark   .50 hours at  295.00 per hour.        $147.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Bryan A. Stark | $295.00 | 0.5 | $147.50 |
| TOTAL FEES | | 0.5 | $147.50 |

**Re: Insurance Matters**
   Our File No.                2055557-0230
   Circuit City Contact        Michelle Mosier
   McGuireWoods Contact        Douglas M. Foley

07/22/09 Research insurance issue for review by debtors'
         professionals
         Bryan A. Stark   .80 hours at  295.00 per hour.        $236.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Bryan A. Stark | $295.00 | 0.8 | $236.00 |
| TOTAL FEES | | 0.8 | $236.00 |

**Re: Tax Matters**
   Our File No.                2055557-0240
   Circuit City Contact        Michelle Mosier
   McGuireWoods Contact        Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                      Page  32
Invoice No. 91168703                                     August 12, 2009

07/01/09  Prepare for and participate in telephone
          conference with debtors' professionals and
          in-house tax department regarding objections to
          tax claims and related strategies and research
          issues regarding same and 505 actions
          Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

07/07/09  Analyze revised supplemental filing with IRS
          appeals officer and relevant documents from
          audit file
          Craig D. Bell   1.90 hours at  530.00 per hour.         $1,007.00

07/07/09  Receive and review e-mail from TTB regarding
          offers in compromise and forward same to client
          Brian C. Bernhardt    .50 hours at  475.00 per hour.      $237.50

07/07/09  Prepare for and participate in telephone
          conference with debtors' professionals and
          in-house regarding tax claims and issues
          Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

07/08/09  Analysis on IRS positions on sale-leaseback
          issue on tax refund claim
          Craig D. Bell   3.10 hours at  530.00 per hour.         $1,643.00

07/09/09  Review materials provided by client relating to
          submission to IRS appeals office (.8); review
          IRS RAR analysis on same issue (.7); analysis
          on issue (.9)
          Craig D. Bell   2.40 hours at  530.00 per hour.         $1,272.00

07/09/09  Receive, review and respond to comments on
          post-employment agreement (.5); receive, review
          and respond to draft of text regarding OPEP
          issue (1.0)
          Brian C. Bernhardt    .50 hours at  475.00 per hour.      $237.50

07/09/09  Prepare for and participate in telephone
          conference with Ernst & Young and in-house tax
          team regarding tax claims and related issues
          and review multiple documents, charts and other
          matters regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

07/10/09  E-mails with debtors professionals and client
          regarding tax claim objections and timing of
          filing same (.3); review submission regarding
          tax refund appeal on various issues, including
          relocation (.4)
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

Circuit City Stores Inc
File Number: 2055557                                        Page  33
Invoice No. 91168703                                       August 12, 2009

07/10/09  Finalize edits to supplemental filing with IRS
          appeals officer
          Craig D. Bell    .50 hours at  530.00 per hour.              $265.00

07/10/09  Receive and review revised text and exhibits
          from client for letter to IRS appeals officer
          (.5); telephone conference with J. McDonald
          regarding letter to IRS appeals (.3); finalize
          letter to IRS appeals (.7)
          Brian C. Bernhardt   1.50 hours at  475.00 per hour.        $712.50

07/13/09  Review correspondence from IRS appeals officer
          Craig D. Bell    .20 hours at  530.00 per hour.             $106.00

07/14/09  Prepare for follow-up discussion with IRS
          appeals officer on protested tax items
          Craig D. Bell   1.80 hours at  530.00 per hour.             $954.00

07/15/09  Follow-up analysis on tax refund jurisdiction
          issue for sale-leaseback tax dispute
          Craig D. Bell   2.30 hours at  530.00 per hour.           $1,219.00

07/16/09  Analysis on bankruptcy court jurisdiction for
          sale leaseback tax claim
          Craig D. Bell   2.30 hours at  530.00 per hour.           $1,219.00

07/16/09  E-mails and telephone conferences with parties
          regarding Newport News tax claim and research
          issues regarding same and telephone conference
          with debtors' professionals regarding response
          and related issues
          Daniel F. Blanks   1.20 hours at  375.00 per hour.         $450.00

07/17/09  Continue analysis on impact of TAM submission
          on tax refund claim proceeding for bankruptcy
          court
          Craig D. Bell   4.30 hours at  530.00 per hour.           $2,279.00

07/20/09  E-mails regarding Newport News tax motion and
          resolution of same
          Douglas M. Foley   .20 hours at  550.00 per hour.          $110.00

07/20/09  Continue analysis of sale leaseback tax refund
          claim
          Craig D. Bell   3.70 hours at  530.00 per hour.           $1,961.00

Circuit City Stores Inc
File Number: 2055557                                      Page  34
Invoice No. 91168703                                     August 12, 2009


07/20/09  E-mails with parties regarding Ernst and Young
          expansion and strategies regarding tax issues
          (.5); multiple e-mails and telephone
          conferences with parties regarding Newport News
          taxes and pending motions (.7)
          Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

07/21/09  E-mails regarding tax criminal fraud
          investigations unit request for information and
          documents relating to W-2s
          Douglas M. Foley    .30 hours at  550.00 per hour.          $165.00

07/21/09  Evaluate IRS legal positions on sale leaseback
          tax issue
          Craig D. Bell   1.10 hours at  530.00 per hour.             $583.00

07/23/09  E-mails regarding tax issues, forth coming tax
          objections and possible document production
          relating to W-2's
          Douglas M. Foley    .20 hours at  550.00 per hour.          $110.00

07/23/09  Work on strategy for follow-up on meeting with
          IRS appeals office
          Craig D. Bell   1.50 hours at  530.00 per hour.             $795.00

07/24/09  Telephone call with IRS appeals officer, K.
          Lester (.3); review case file to analyze issues
          raised by IRS appeals officer (2.6); review
          client's tax protest position issues (.3)
          Craig D. Bell   3.20 hours at  530.00 per hour.           $1,696.00

07/24/09  E-mails with in-house tax department regarding
          tax strategies
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

07/27/09  Analysis on issues raised by IRS appeals
          officer, K. Lester (3.2); review IRS workpapers
          and related documents (.9)
          Craig D. Bell   4.10 hours at  530.00 per hour.           $2,173.00

07/28/09  Review file documents relating to IRS appeals
          officer inquiry (2.4); telephone call with IRS
          appeals officer (.2); outline issues documents
          (.6)
          Craig D. Bell   3.20 hours at  530.00 per hour.           $1,696.00

Circuit City Stores Inc
File Number: 2055557                                          Page   35
Invoice No. 91168703                                         August 12, 2009

07/29/09  Complete analysis related to IRS appeals
          officer (4.4); two telephone calls with IRS
          appeals officer (.6); prepare note to client
          and answer client e-mail questions on tax
          matters (.4)
          Craig D. Bell   5.40 hours at  530.00 per hour.       $2,862.00

07/30/09  Continue analysis on issues raised by IRS
          appeals officer
          Craig D. Bell   1.80 hours at  530.00 per hour.         $954.00

07/30/09  E-mails with tax department regarding tax
          issues and strategies
          Daniel F. Blanks   .70 hours at  375.00 per hour.       $262.50

07/31/09  Work on responses to follow-up on questions
          raised by IRS appeals officer
          Craig D. Bell   3.10 hours at  530.00 per hour.       $1,643.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.4 | $770.00 |
| Craig D. Bell | $530.00 | 45.9 | $24,327.00 |
| Brian C. Bernhardt | $475.00 | 2.5 | $1,187.50 |
| Daniel F. Blanks | $375.00 | 8.2 | $3,075.00 |
| TOTAL FEES | | 58.0 | $29,359.50 |

**Re: Claims Administration**
     **Our File No.**           **2055557-0250**
     **Circuit City Contact**   **Michelle Mosier**
     **McGuireWoods Contact**   **Douglas M. Foley**

07/01/09  Analyze issues on wage/hour alleged class
          claims and e-mails with client and debtors
          professionals regarding same (1.3); several
          telephone calls and e-mails with creditors
          regarding responses to omnibus objections and
          late claim issues (1.2)
          Douglas M. Foley   2.50 hours at  550.00 per hour.     $1,375.00

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91168703                                   August 12, 2009

07/01/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          omnibus objections to claims and related issues
          and review and analyze objections, claims,
          notices and other documentation regarding same
          and multiple e-mails and telephone conferences
          with clerk's office regarding omnibus
          objections and responses and related issues and
          research issues regarding same
          Daniel F. Blanks   3.80 hours at  375.00 per hour.      $1,425.00

07/01/09  Correspond with creditors regarding objections
          to claims and research same claims (1.5);
          correspond with debtors' professionals
          regarding claims objections (.5)
          Bryan A. Stark   2.00 hours at  295.00 per hour.          $590.00

07/01/09  Review omnibus objections tracking chart (3.2);
          prepare responses to omnibus objections for
          hearing (1.5)
          Linda J. Neilson   4.70 hours at  185.00 per hour.        $869.50

07/02/09  Several e-mails and telephone calls with client
          and counsel for claimants regarding
          reconciliation and status of claims, omnibus
          claim objections and resolution of responses,
          503b9 claims strategy, late claims issues and
          timing of hearings and protocol for hearing on
          July 6th and July 23rd (1.8); telephone
          conference with creditors counsel regarding
          503b9 non-goods issues and possible timing of
          summary judgment issues (.2)
          Douglas M. Foley   2.00 hours at  550.00 per hour.      $1,100.00

07/02/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          omnibus objection to claims, review and analyze
          claims, pleadings, notices and documents
          regarding same (2.9); multiple telephone
          conferences and e-mails with clerk's office
          regarding responses to omnibus claims
          objections and related issues (1.5)
          Daniel F. Blanks   4.40 hours at  375.00 per hour.      $1,650.00

Circuit City Stores Inc
File Number: 2055557                                      Page  37
Invoice No. 91168703                                     August 12, 2009

07/03/09  Review and analyze responses to omnibus claim
          objections for status hearing on July 6th and
          analyze possible resolutions to same (1.8);
          review and analyze e-mails from creditors
          counsel regarding resolutions and
          reconciliation of 503b9 claims and e-mails with
          client and debtors professionals regarding same
          (1.6)
          Douglas M. Foley   3.40 hours at  550.00 per hour.      $1,870.00

07/03/09  E-mails with parties regarding responses to
          omnibus objections to claims and related
          issues; review claims, pleadings, objections
          and related issues
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

07/05/09  Review omnibus claim objection responses in
          preparation for omnibus hearing on July 6th
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

07/05/09  Work on omnibus objection responses
          Karen B. Cain   2.70 hours at  195.00 per hour.           $526.50

07/06/09  Several e-mails and meeting with client
          regarding status of next round of omnibus claim
          objections and review response to same in
          preparation for hearing
          Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

07/06/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          omnibus objections to claims; review and
          analyze claims, pleadings, notices and other
          documentation regarding same (1.4); continue
          drafting omnibus objection to claims and
          research issues regarding same and orders
          regarding same (.7); multiple e-mails and
          telephone conferences with clerk's office
          regarding responses to omnibus objections to
          claims and research claims regarding same (1.1)
          Daniel F. Blanks   3.20 hours at  375.00 per hour.      $1,200.00

07/06/09  Correspond with debtors' professionals
          regarding omnibus claims objections and orders
          approving
          Bryan A. Stark   .50 hours at  295.00 per hour.          $147.50

07/06/09  Review and revise omnibus objections chart and
          binders
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91168703                                   August 12, 2009

07/07/09  Prepare for and attend meetings with client and
          debtors professionals regarding status of claim
          objections, resolutions and strategy going
          forward (7.2); several telephone calls, e-mails
          and voicemails with creditors regarding late
          responses and administrative claim bar date
          issues (.9)
          Douglas M. Foley   8.10 hours at  550.00 per hour.      $4,455.00

07/07/09  Prepare for and participate in conferences
          regarding claims with in-house team and
          debtors' professionals regarding omnibus
          objection to claims and related issues and
          review and analyze issues regarding same and
          review and analyze documents and pleadings
          regarding same (3.1); continue drafting and
          revising omnibus objections to claims and
          research issues regarding same and review
          exhibits regarding same (1.4)
          Daniel F. Blanks   4.50 hours at  375.00 per hour.      $1,687.50

07/07/09  Correspond with various creditors regarding
          objections to claims
          Bryan A. Stark    .60 hours at  295.00 per hour.          $177.00

07/07/09  Retrieve and organize responses to omni
          objections five, six and fourteen (1.6);
          retrieve and organize responses to all omni
          objections (2.6)
          Linda J. Neilson   4.20 hours at  185.00 per hour.        $777.00

07/08/09  Analyze issues relating to 9019 omnibus
          procedures for settling various aspects of
          claims and AR and tiered approach regarding
          same and e-mail memorandum to client regarding
          same (1.3); continue review preference analysis
          of various claimants, offsets for AR and
          strategy to resolve and e-mails with client and
          debtors professionals regarding same (.9);
          review AR claims and demands letters regarding
          collection (.4)
          Douglas M. Foley   2.60 hours at  550.00 per hour.      $1,430.00

Circuit City Stores Inc
File Number: 2055557                                      Page  39
Invoice No. 91168703                                     August 12, 2009

07/08/09  Multiple telephone conferences and e-mails with
          parties regarding claim objections and research
          issues regarding same (1.1); continue drafting
          omnibus objections to claims and research
          issues regarding same and review and analyze
          multiple issues regarding same and file same
          and e-mails with debtors' professionals
          regarding same (2.5); prepare orders regarding
          multiple omnibus objections and review
          responses regarding same (1.3)
          Daniel F. Blanks   4.90 hours at  375.00 per hour.      $1,837.50

07/08/09  Research, retrieve and organize responses to
          omni objections
          Linda J. Neilson   3.70 hours at  185.00 per hour.        $684.50

07/08/09  Work on chart of administrative claims (3.2);
          research claims noticing agent filings (1.7)
          Karen B. Cain   4.90 hours at  195.00 per hour.           $955.50

07/09/09  Review draft of settlement procedures motion
          and analyze issues regarding same (.9); several
          e-mails with constituencies regarding pending
          claim settlements and analysis regarding same
          and protocol (.9); several e-mails with client
          and creditors counsel regarding status of
          various claim reconciliations and status of
          potential resolutions, including preference
          analysis, including SDI, Navarre, Symantec and
          Alliance and SIM (2.2)
          Douglas M. Foley   4.00 hours at  550.00 per hour.      $2,200.00

07/09/09  Continue drafting omnibus objections to claims
          and research issues regarding same and review
          and analyze claims, pleadings, notices and
          orders regarding same (.7); multiple telephone
          conferences and e-mails with claimants and
          debtors professionals regarding claims,
          objections and related issues (1.3); continue
          review of proposed orders for omnibus claims
          objection orders and review responses regarding
          same (1.4)
          Daniel F. Blanks   3.40 hours at  375.00 per hour.      $1,275.00

07/09/09  Correspond with debtors' professionals
          regarding omnibus objections (.5); correspond
          with creditors and creditors counsel regarding
          omnibus objections to claims (.6)
          Bryan A. Stark   1.10 hours at  295.00 per hour.          $324.50

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91168703                                   August 12, 2009

07/09/09  Retrieve and organize responses to fifth, sixth
          and fourteenth omni objection (1.3); revise
          tracking chart and binders for responses to
          omni objections (3.4)
          Linda J. Neilson   4.70 hours at  185.00 per hour.        $869.50

07/10/09  Several e-mails with creditors and creditors
          counsel regarding responses to omnibus
          objection and status hearing for July 23rd and
          e-mails with client and debtors professionals
          regarding same (1.8); review memorandum from
          client regarding status of claim objection and
          resolution process (.3); review settlement
          procedures motions and e-mails with debtors
          professionals and committee's professionals
          regarding same (.5)
          Douglas M. Foley   2.60 hours at  550.00 per hour.      $1,430.00

07/10/09  E-mails and telephone conferences with debtors'
          professionals and claimants regarding omnibus
          objections to claims and related issues and
          review issues regarding same
          Daniel F. Blanks   .70 hours at  375.00 per hour.        $262.50

07/10/09  Correspond with debtors' professionals
          regarding omnibus objections to claims and
          orders on omnibus objections (.4); telephone
          calls with creditors requesting information
          regarding omnibus objections to claims (.7);
          analyze and revise orders granting omnibus
          objections and cross-reference draft exhibits
          to orders against responses (1.8)
          Bryan A. Stark   2.90 hours at  295.00 per hour.         $855.50

07/10/09  Review and revise tracking chart and binders
          regarding responses to omni objections
          Linda J. Neilson   3.70 hours at  185.00 per hour.       $684.50

07/10/09  Work on administrative claims research (2.1);
          prepare claims for professional review (2.7)
          Karen B. Cain   4.80 hours at  195.00 per hour.          $936.00

07/12/09  Review reports and e-mail memoranda from client
          regarding status of reconciliation of various
          claims, account receivables and payables with
          various merchandise vendors and analyze same
          and e-mails with creditors counsel regarding
          same and possible resolution
          Douglas M. Foley   2.40 hours at  550.00 per hour.      $1,320.00

Circuit City Stores Inc
File Number: 2055557                                    Page  41
Invoice No. 91168703                                    August 12, 2009

07/13/09 Numerous telephone calls and e-mails with
         creditors counsel and claimants regarding
         responses to omnibus claim objections and
         possible resolution of same and protocol for
         status hearing on July 23rd (2.4); several
         e-mails with client regarding status of omnibus
         objection to litigations claims and strategy
         and timing of same (.7)
         Douglas M. Foley   3.10 hours at  550.00 per hour.     $1,705.00

07/13/09 E-mails with debtors' professionals and
         claimants regarding omnibus objections to
         claims and strategies regarding same
         Daniel F. Blanks   .90 hours at  375.00 per hour.       $337.50

07/13/09 Analyze exhibits to omnibus orders for
         inclusion of all responses filed (.7);
         correspond with debtors' counsel regarding
         omnibus orders and exhibits thereto and update
         accordingly (.5)
         Bryan A. Stark   1.20 hours at  295.00 per hour.        $354.00

07/14/09 Review settlement procedures motion and e-mails
         regarding same (.8); several e-mails with
         creditors, client and debtors professionals
         regarding responses to omnibus claim objections
         and status hearing on July 23rd for pending
         claim objections (1.6)
         Douglas M. Foley   2.40 hours at  550.00 per hour.     $1,320.00

07/14/09 E-mails with debtors' professionals and
         claimants regarding omnibus objections to
         claims and related issues and review material
         regarding same and analyze issues regarding
         same and research issues regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.      $487.50

07/15/09 Meetings and e-mails with client and debtors
         professionals regarding omni claim objection
         process and next round of objections (1.9);
         review and revised pleadings and exhibits for
         Omni twenty-five and twenty-six (.8); several
         e-mails and telephone calls with creditors,
         client and creditors counsel regarding
         responses to claim objections and status of
         reconciliation of same (1.7)
         Douglas M. Foley   4.30 hours at  550.00 per hour.     $2,365.00

| | | |
|---|---|---|
| 07/15/09 | E-mails and telephone conferences with debtors' professionals and claimants regarding omnibus objections to claims and related issues and review material regarding and analyze issues regarding same<br>Daniel F. Blanks   1.40 hours at  375.00 per hour. | $525.00 |
| 07/15/09 | Update orders on omnibus objections seven, eight, nine, and ten and circulate to debtors' professionals (.6); correspond with debtors' professionals regarding omni objections and incorporate comments (.8); review objection to Infogain's administrative claim prior to filing (1.0); receive and respond to phone calls from creditors regarding omnibus claims objections and other inquiries (.8)<br>Bryan A. Stark   3.20 hours at  295.00 per hour. | $944.00 |
| 07/15/09 | Revise tracking chart and binders for responses to omni objections<br>Linda J. Neilson   2.20 hours at  185.00 per hour. | $407.00 |
| 07/16/09 | Review and revise next round of omnibus claim objections and e-mails with client and debtors professionals regarding same (1.3); telephone calls and e-mails with creditors and creditors counsel regarding responses to omnibus claim objections and status hearings on for July 23rd (1.4)<br>Douglas M. Foley   2.70 hours at  550.00 per hour. | $1,485.00 |
| 07/16/09 | Multiple telephone conferences and e-mails with debtors' professionals and claimants regarding omnibus objections to claims and related issues and review material regarding and analyze issues regarding same (1.2); research issues regarding possible claim against Delphi and e-mails and telephone conferences with debtors' professionals and in-house regarding same (.8)<br>Daniel F. Blanks   2.00 hours at  375.00 per hour. | $750.00 |
| 07/16/09 | Correspond with chambers regarding orders on omnibus claims objections, prepare orders on omnibus objections seven, eight, nine, and ten and e-mail for entry (1.3); draft motion to shorten notice, motion to expedite hearing and notice of settlement procedures motion (1.5); file settlement procedures motion, motion to shorten, motion to expedite and notice of motions and arrange for service thereof (.5); draft response to Newport News' motion for | |

Circuit City Stores Inc
File Number: 2055557                                    Page  43
Invoice No. 91168703                                   August 12, 2009

administrative expenses and file (.6); draft
omnibus objection numbers twenty-five and
twenty-six and circulate for review and comment
(1.5)
Bryan A. Stark    5.40 hours at  295.00 per hour.          $1,593.00

07/16/09  Revise tracking chart and binders for responses
          to omni objections
          Linda J. Neilson    2.30 hours at  185.00 per hour.        $425.50

07/16/09  Research bankruptcy court docket regarding
          objections (.5); analyze administrative expense
          responses (1.2); work on binder for
          administrative expense response to objections
          (2.3)
          Karen B. Cain    4.00 hours at  195.00 per hour.           $780.00

07/17/09  Finalize omnibus claim objection twenty-five
          and twenty-six regarding PTO claims for filing
          and review and revised language regarding same
          (1.2); e-mails with creditors counsel regarding
          entry of omni orders (.3); e-mails regarding
          filing POCs for debtor in Anderson case (.2)
          Douglas M. Foley    1.70 hours at  550.00 per hour.        $935.00

07/17/09  Multiple telephone conferences with claimants
          regarding omnibus objections to claims and
          related issues and review and analyze claims,
          objections, notices and other information
          regarding same
          Daniel F. Blanks    1.30 hours at  375.00 per hour.        $487.50

07/17/09  Draft notices of omnibus objections twenty-five
          and twenty-six (.9); update omnibus objections
          twenty-five and twenty-six with information
          from Circuit City and comments from debtors'
          professionals (1.0); file omnibus claim
          objections twenty-five and twenty-six and
          notices thereof and arrange for service (.6)
          Bryan A. Stark    2.50 hours at  295.00 per hour.          $737.50

07/17/09  Revise tracking chart and binders for responses
          to omni objections
          Linda J. Neilson    2.20 hours at  185.00 per hour.        $407.00

07/18/09  Review documents and e-mails regarding
          Mitusbishi claims and possible resolution of
          claims objection and e-mails with creditors
          counsel regarding same
          Douglas M. Foley     .60 hours at  550.00 per hour.        $330.00

Circuit City Stores Inc
File Number: 2055557                                      Page  44
Invoice No. 91168703                                     August 12, 2009

07/19/09  Review and update tracking chart for omnibus
          objections responses
          Linda J. Neilson   2.50 hours at  185.00 per hour.        $462.50

07/20/09  Review claims waterfall analysis and status of
          omnibus claims objection responses and e-mails
          with creditors, client and debtors
          professionals regarding same
          Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

07/20/09  Multiple telephone conferences and e-mails with
          claimants regarding omnibus objections to
          claims, responses and related issues (2.2);
          continue drafting omnibus objections to claims
          and research issues regarding same (1.9)
          Daniel F. Blanks   4.10 hours at  375.00 per hour.      $1,537.50

07/20/09  Correspond with various creditors counsel
          regarding responses to objections to claims and
          clarification
          Bryan A. Stark    .70 hours at  295.00 per hour.         $206.50

07/20/09  Review and update tracking chart and binders
          for omnibus objections responses
          Linda J. Neilson   4.80 hours at  185.00 per hour.        $888.00

07/21/09  Telephone calls and e-mails with creditors
          counsel regarding reconciliation of various
          claim of vendors, setoff issues, recoupment
          issues and preference exposure, including
          Mitsubishi, Andrews Electronics, Sony and
          Symantec
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

07/21/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          omnibus objections to claims and related issues
          and review and analyze claims, notice,
          objections and other items regarding same
          (2.4); draft notice regarding hearing on
          503(b)(9) non-goods objection and e-mails with
          debtors' professionals regarding same (.9)
          Daniel F. Blanks   3.30 hours at  375.00 per hour.      $1,237.50

07/21/09  Correspond with counsel to creditors and
          counsel to tax authorities regarding claims
          against debtors
          Bryan A. Stark    .50 hours at  295.00 per hour.         $147.50

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91168703                                    August 12, 2009

07/21/09  Research, retrieve and organize documents for
          claims chart and binders
          Linda J. Neilson   4.00 hours at  185.00 per hour.         $740.00

07/22/09  Meetings with company personnel and management
          regarding claims process and review status of
          various objections and settlement proposals
          Douglas M. Foley   5.90 hours at  550.00 per hour.       $3,245.00

07/22/09  Prepare for and participate in multiple
          meetings regarding claims, omnibus objections
          to claims and related issues and review and
          analyze claims, pleadings, notices, and other
          documentation regarding same and analyze
          strategies regarding same (5.7); prepare for
          July 23, 2009 omnibus hearing regarding omnibus
          objections and review and analyze responses
          regarding same and review charts regarding
          filed claims (3.4)
          Daniel F. Blanks   9.10 hours at  375.00 per hour.       $3,412.50

07/22/09  Correspond with counsel to creditors regarding
          validity and basis of proof of claim (.5);
          draft omnibus objections twenty-seven,
          twenty-eight and twenty-nine and notices
          thereof (2.0)
          Bryan A. Stark   2.50 hours at  295.00 per hour.           $737.50

07/23/09  Continue to prepare for omnibus claim
          objections hearings, multiple telephone
          conferences with creditors, claimants, parties
          in interest and debtors professionals and
          review responses regarding same
          Daniel F. Blanks   4.40 hours at  375.00 per hour.       $1,650.00

07/23/09  Draft correspondence regarding request for
          information from debtors (.3); draft omnibus
          objections thirty and thirty-one and notices
          thereof (1.5); correspond with debtors'
          professionals regarding omnibus objections and
          exhibits thereto (.8)
          Bryan A. Stark   2.60 hours at  295.00 per hour.           $767.00

07/24/09  E-mails and analysis regarding substance and
          timing of filing next rounds of omnibus claims
          objections
          Douglas M. Foley    .80 hours at  550.00 per hour.         $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91168703                                   August 12, 2009

07/24/09 Multiple telephone conferences and e-mails with
         debtors' professionals and creditors and
         parties in interest regarding omnibus claim
         objections and research issues and strategies
         regarding same and review claims regarding same
         and draft, revise, and file additional omnibus
         objections to claims regarding same
         Daniel F. Blanks   4.80 hours at  375.00 per hour.      $1,800.00

07/24/09 Correspond with debtors' professionals
         regarding omnibus objections numbers
         twenty-seven, twenty-eight, twenty-nine,
         thirty, and thirty-one and finalize and file
         omnibus objections numbers twenty-seven,
         twenty-eight and twenty-nine and notices
         thereof (2.0)
         Bryan A. Stark   2.00 hours at  295.00 per hour.          $590.00

07/26/09 E-mails with claimants regarding omnibus
         objections to claims and review and analyze
         claims, pleadings, notices and orders regarding
         same
         Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

07/27/09 E-mails with various creditors, creditors
         counsel, client and debtors professionals
         regarding status of claim reconciliations and
         next omnibus objections (.7); e-mails relating
         to Andrew Electronics claim and analyze issues
         regarding same (.5); e-mails with creditors
         counsel regarding claim disallowance orders and
         corrections to same (.4)
         Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

07/27/09 Continue drafting and revising multiple omnibus
         objections to claims, research multiple issues
         regarding same and review and analyze claims,
         pleadings, orders and documents regarding same
         (5.2); e-mails and telephone conferences with
         debtors' professional and claimants regarding
         omnibus objections to claims and analyze issues
         regarding same (1.5)
         Daniel F. Blanks   6.70 hours at  375.00 per hour.      $2,512.50

07/27/09 Review and comment on revised 30th omnibus
         objection to claims
         Bryan A. Stark    .40 hours at  295.00 per hour.          $118.00

07/27/09 Review and revise chart regarding responses to
         omni objections
         Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

Circuit City Stores Inc
File Number: 2055557                                            Page   47
Invoice No. 91168703                                           August 12, 2009

07/28/09   Analyze issues regarding pending claims orders
           (.4); telephone conference with counsel for
           SIM/Alliance regarding claim reconciliation and
           analyze issues regarding same and e-mails to
           client regarding same (.9); review preference
           analysis for Andrews Electronics (.3); e-mails
           regarding Mitshubishi claims and e-mails with
           counsel regarding same (.3); review stipulation
           regarding Cannon settlement and e-mails
           regarding same with client and debtors
           professionals (.3)
           Douglas M. Foley   2.30 hours at   550.00 per hour.        $1,265.00

07/28/09   Multiple telephone conferences and e-mails with
           creditors, parties in interest and debtors'
           professionals regarding claim objections,
           responses, orders and related issues and draft
           orders and other matters regarding same and
           review and analyze correspondence, orders,
           notices and other pleadings regarding same
           Daniel F. Blanks   3.60 hours at   375.00 per hour.        $1,350.00

07/28/09   Review exhibits to tenth omni objection order
           Linda J. Neilson    .20 hours at   185.00 per hour.          $37.00

07/29/09   Telephone calls and e-mails with client and
           creditors counsel regarding claims
           reconciliation, including Symatec, Gateway,
           Mitshubishi and other creditors claims and
           exposure
           Douglas M. Foley    .70 hours at   550.00 per hour.         $385.00

07/29/09   Multiple telephone conferences and e-mails with
           claimants and debtors' professionals regarding
           omnibus objections to claims and related issues
           and review and analyze claims, pleadings and
           other documents regarding same (3.1); continue
           draft and revise omnibus objections to claims
           and research issues regarding same (1.6);
           review motion to reconsider disallowance,
           research issues and reconcile issues with
           claimant and file withdrawal regarding same
           (1.8).
           Daniel F. Blanks   6.50 hours at   375.00 per hour.        $2,437.50

07/29/09   Prepare documents for circulation regarding
           responses to omnibus objections
           Linda J. Neilson    .90 hours at   185.00 per hour.         $166.50

Circuit City Stores Inc
File Number: 2055557                                      Page  48
Invoice No. 91168703                                     August 12, 2009

07/30/09 Meetings with client at client's offices
         regarding status of claims analysis and
         reconciliation, preference analysis, accounts
         receivable demands, and litigation claims and
         continue development of strategy and action
         plan for next set of omnibus objections to
         claims (6.2); e-mails and telephone call with
         creditors counsel regarding Wielder class
         settlement claims and legal analysis (.3)
         Douglas M. Foley   6.50 hours at  550.00 per hour.       $3,575.00

07/30/09 Prepare for and participate in meetings and
         conferences regarding omnibus objections to
         claims and strategies regarding same and review
         and analyze claims, pleadings, charts and
         documents regarding same
         Daniel F. Blanks   4.50 hours at  375.00 per hour.       $1,687.50

07/30/09 Correspond with debtors' professionals
         regarding proof of claim in Interlink
         bankruptcy (.4); review and analyze
         documentation and prepare proof of claim (1.4)
         Bryan A. Stark   1.80 hours at  295.00 per hour.           $531.00

07/31/09 Analyze claims issues relating to substantive
         consolidation, including PBGC issue and
         conference with client and debtors
         professionals regarding same
         Douglas M. Foley   .40 hours at  550.00 per hour.          $220.00

07/31/09 E-mails and telephone conferences with parties
         regarding pending omnibus objections to claims
         and related issues and review and analyze
         claims and orders regarding same
         Daniel F. Blanks   .90 hours at  375.00 per hour.          $337.50

07/31/09 Correspond with debtors' professionals,
         prepare, and submit order approving motion for
         claim settlement procedures to chambers (.6);
         correspond with debtor and debtors'
         professionals regarding demand letters and
         responses (.4)
         Bryan A. Stark   1.00 hours at  295.00 per hour.           $295.00

07/31/09 Review, retrieve and organize responses to omni
         objections
         Linda J. Neilson   3.50 hours at  185.00 per hour.         $647.50

| Timekeeper       | Rate/HR  | Hours | Fees       |
|------------------|----------|-------|------------|
| Douglas M. Foley | $550.00  | 67.1  | $36,905.00 |
| Daniel F. Blanks | $375.00  | 82.1  | $30,787.50 |
| Bryan A. Stark   | $295.00  | 30.9  | $9,115.50  |

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91168703                                   August 12, 2009

|  |  |  |  |
|--|--|--|--|
| Karen B. Cain | $195.00 | 16.4 | $3,198.00 |
| Linda J. Neilson | $185.00 | 47.8 | $8,843.00 |
| TOTAL FEES |  | 244.3 | $88,849.00 |

**Re: Disclosure Statement and Plan**
   **Our File No.**            **2055557-0270**
   **Circuit City Contact**    **Michelle Mosier**
   **McGuireWoods Contact**    **Douglas M. Foley**

07/03/09  Review and analyze revised plan, disclosure
          statement and motion regarding exclusivity
          extension
          Douglas M. Foley   1.90 hours at  550.00 per hour.       $1,045.00

07/05/09  Review exclusivity motion and e-mails with
          debtors professionals regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.          $495.00

07/06/09  Meeting with client and debtors professionals
          and telephone call with board to discuss issues
          relating to plan and disclosure statement and
          review and revise drafts regarding same
          Douglas M. Foley   1.40 hours at  550.00 per hour.         $770.00

07/06/09  Review, revise and file motion to extend
          exclusivity and submit orders regarding same
          and telephone conference and e-mails with
          chambers regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

07/08/09  E-mails regarding entry of exclusivity order
          and follow-up regarding same (.2); review plan
          and disclosure statement revisions and analyze
          substantive consolidation issues (.5)
          Douglas M. Foley   .70 hours at  550.00 per hour.          $385.00

07/08/09  Telephone conference with chambers and clerk's
          office regarding extension of exclusivity and
          debtors' professionals regarding same
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

07/09/09  Continue review of edits to plan, including
          comments from committee and substantive
          consolidation issues
          Douglas M. Foley    .90 hours at  550.00 per hour.         $495.00

Circuit City Stores Inc
File Number: 2055557                                      Page  50
Invoice No. 91168703                                     August 12, 2009

07/10/09  Review and analyze comments to plan and
          disclosure statement and e-mails and telephone
          call with client and debtors professionals
          regarding same and substantive consolidation
          and timing of filing same
          Douglas M. Foley   1.40 hours at  550.00 per hour.      $770.00

07/13/09  Telephone call with client and debtors
          professionals regarding plan and disclosure
          statement issues and timing of filing same and
          analyze substantive consolidation issues and
          claims issues
          Douglas M. Foley   .80 hours at  550.00 per hour.       $440.00

07/15/09  Continue review of comments and edits to
          proposed joint plan with committee and analyze
          issue relating to substantive consolidation
          Douglas M. Foley   1.30 hours at  550.00 per hour.      $715.00

07/19/09  Review plan and disclosure statement and
          analyze issues regarding substantive
          consolidation
          Douglas M. Foley   .70 hours at  550.00 per hour.       $385.00

07/21/09  Prepare for and participate in status call and
          strategies regarding plan and disclosure
          statement and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   .90 hours at  375.00 per hour.       $337.50

07/22/09  Review and analyze plan edits and meeting with
          company management regarding issues relating to
          timing of filing, including substantive
          consolidation and release issue
          Douglas M. Foley   2.10 hours at  550.00 per hour.    $1,155.00

07/22/09  Research substantive consolidation in fourth
          circuit
          Bryan A. Stark   .80 hours at  295.00 per hour.         $236.00

07/23/09  Analyze issues relating to substantive
          consolidation and CCWC issues relating to
          landlord guarantee claims
          Douglas M. Foley   .80 hours at  550.00 per hour.       $440.00

07/24/09  Review and analyze sub con analysis and
          telephone conference with client regarding same
          and revisions to plan and disclosure statement
          Douglas M. Foley   1.60 hours at  550.00 per hour.      $880.00

Circuit City Stores Inc
File Number: 2055557                                    Page  51
Invoice No. 91168703                                   August 12, 2009

07/24/09  Prepare for and participate in telephone
          conference regarding plan
          Daniel F. Blanks     .70 hours at  375.00 per hour.        $262.50

07/24/09  Research and provide citations regarding
          substantive consolidation in Eastern District
          of Virginia
          Bryan A. Stark     .80 hours at  295.00 per hour.          $236.00

07/27/09  Review changes to plan and disclosure statement
          and analyze issues regarding same, including
          substantive consolidation analysis and
          participate on call with committee
          professionals regarding same and e-mails with
          client and debtors' professionals regarding
          same
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

07/28/09  Review revisions to plan and disclosure
          statement and e-mails regarding same
          Douglas M. Foley     .60 hours at  550.00 per hour.        $330.00

07/29/09  Continue review of edits to plan and disclosure
          statement and analyze issues regarding same
          Douglas M. Foley     .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 17.7 | $9,735.00 |
| Daniel F. Blanks | $375.00 | 3.2 | $1,200.00 |
| Bryan A. Stark | $295.00 | 1.6 | $472.00 |
| TOTAL FEES | | 22.5 | $11,407.00 |

**Re: Employee Benefits/Pensions**
     Our File No.          2055557-0280
     Circuit City Contact  Michelle Mosier
     McGuireWoods Contact  Douglas M. Foley

07/27/09  Review proposed qualified domestic relations
          order for compliance regarding 401(k) plan per
          request by H. Merten
          Elizabeth A. Diller   1.50 hours at  275.00 per hour.      $412.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Elizabeth A. Diller | $275.00 | 1.5 | $412.50 |
| TOTAL FEES | | 1.5 | $412.50 |

Circuit City Stores Inc
File Number: 2055557                                     Page  52
Invoice No. 91168703                                    August 12, 2009

Re: Intellectual Property Matters
    Our File No.              2055557-0310
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley


07/01/09  Review chain of title for LIQUID VIDEO
          trademark registration (.2); telephone call to
          M. Stavish, prior owner's counsel, to address
          recording error (.2); review TMEP (.2); e-mail
          to M. Stavish (.2)
          Janet P. Peyton    .80 hours at  460.00 per hour.        $368.00

07/01/09  Review materials from J. Preas on Brazilian
          trademark registration for 800.COM
          Janet P. Peyton    .10 hours at  460.00 per hour.         $46.00

07/01/09  Research LIQUID VIDEO assignment issue per
          instructions from D. Ramsey  and conference
          call with J. Peyton
          Douglas B. Smith   2.00 hours at  295.00 per hour.       $590.00

07/01/09  E-mail from J. Peyton regarding information for
          800.COM mark in Brazil (.1); e-mail to agent
          with previous correspondence requesting
          evaluation of current status of mark (.2)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/01/09  Various e-mails from J. Peyton and discussions
          regarding LIQUID VIDEO title issues (.1);
          discussion with D. Smith regarding same (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/06/09  E-mails to and from D. Ramsey regarding
          Systemax sale and file transfer and retention
          of privileged documents
          Janet P. Peyton    .40 hours at  460.00 per hour.        $184.00

07/06/09  E-mails with J. Peyton regarding redacting
          trademark files related to Systemax sale
          Douglas B. Smith   .20 hours at  295.00 per hour.         $59.00

07/06/09  Various e-mails from D. Smith and J. Peyton
          regarding IP schedules (.2); review all active
          trademarks and compare to Systemax IP schedule
          (1.1)
          Kymberleigh B. Gokey   1.30 hours at  160.00 per hour.   $208.00

07/07/09  E-mails to and from D. Ramsey regarding
          proposed assignment of SENS application
          Janet P. Peyton    .20 hours at  460.00 per hour.         $92.00

Circuit City Stores Inc
File Number: 2055557                                    Page   53
Invoice No. 91168703                                   August 12, 2009

07/07/09  Receive, review and send quarterly trademark
          report
          Douglas B. Smith     .10 hours at  295.00 per hour.          $29.50

07/07/09  E-mail from J. Peyton regarding 800.COM asset
          purchase agreement (.1); review trademark
          schedule in agreement (.2); discussion with J.
          Peyton regarding same (.1); check status online
          of all U.S. marks (.5); e-mail to agents in
          Australia, European Union, Japan regarding
          status of registered marks and assignment (1.1)
          Kymberleigh B. Gokey   2.00 hours at  160.00 per hour.      $320.00

07/08/09  Receive and review office actions for THE
          SOURCE BY CIRCUIT CITY marks
          Douglas B. Smith     .10 hours at  295.00 per hour.          $29.50

07/08/09  E-mail from agent in Australia regarding
          800.COM assignment and renewal (.1); e-mail to
          agent regarding same (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.       $32.00

07/08/09  Receive and review notice of publication (.1);
          obtain advertisement page from Official Gazette
          (.1); prepare correspondence to client
          transmitting same (.1)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.       $48.00

07/08/09  E-mail to agents in Argentina, Brazil, Canada,
          Chile, China, Columbia, Ecuador, Hong Kong,
          Mexico, New Zealand, Norway, Saudi Arabia,
          Switzerland, Taiwan, Uruguay, Venezuela and the
          Virgin Islands regarding status of 800.COM
          marks and ability to assign marks from 800.COM,
          Inc. to Circuit City Stores, Inc.
          Kymberleigh B. Gokey   3.20 hours at  160.00 per hour.      $512.00

07/09/09  E-mail from agent in Ecuador regarding status
          of 800.COM, Inc. marks (.1); subsequent e-mail
          from agent reporting estimated fees and costs
          for renewal and assignment of mark (.1);
          maintain records (.1)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.       $48.00

07/09/09  E-mail from agent in Columbia regarding status
          of 800.COM marks (.1); e-mail to agent
          requesting cost estimates for renewal and
          recordal of assignment (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.       $32.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91168703

Page  54
August 12, 2009

07/09/09  E-mail from agent in New Zealand reporting that
          the registration for both 800.COM marks have
          lapsed and cannot be renewed (.1); maintain
          chart and file (.1)
          Kymberleigh B. Gokey     .20 hours at  160.00 per hour.     $32.00

07/09/09  E-mail from agent in Argentina providing
          required power of attorney and requirements
          regarding Apostille for renewal of 800.COM
          marks (.1); e-mail to agent with request for
          cost estimate for recordal of assignment and
          renewal of trademarks (.1); maintain chart and
          file (.1)
          Kymberleigh B. Gokey     .30 hours at  160.00 per hour.     $48.00

07/09/09  E-mail from agent in Hong Kong reporting that
          800.COM marks were abandoned (.1); maintain
          record and file (.1)
          Kymberleigh B. Gokey     .20 hours at  160.00 per hour.     $32.00

07/09/09  E-mail from agent in Australia reporting filing
          of recordal of assignment of 800.COM
          registrations (.1); maintain record and file
          (.1)
          Kymberleigh B. Gokey     .20 hours at  160.00 per hour.     $32.00

07/09/09  E-mail from agent in Mexico reporting that
          800.COM application numbers do not exist on
          formal records (.1); e-mail to agent providing
          additional information (.1); maintain record
          and file (.1)
          Kymberleigh B. Gokey     .30 hours at  160.00 per hour.     $48.00

07/09/09  E-mail from agent providing power of attorney
          form for use in renewing 800.COM in Switzerland
          (.1); determine costs based on estimate
          provided in foreign currency (.1); maintain
          record and file (.1)
          Kymberleigh B. Gokey     .30 hours at  160.00 per hour.     $48.00

07/09/09  E-mail from agent in Norway reporting that
          800.COM mark registration can be renewed and
          assignment can be recorded (.1); e-mail to
          agent requesting cost estimate for renewal and
          recordal (.1); maintain record and file (.1)
          Kymberleigh B. Gokey     .30 hours at  160.00 per hour.     $48.00

Circuit City Stores Inc
File Number: 2055557                          Page  55
Invoice No. 91168703                          August 12, 2009

07/09/09  E-mail from agent in Uruguay reporting 800.COM
          mark registration can be renewed and assignment
          recorded (.1); determine fees associated with
          both filings (.1); maintain record and file
          (.1)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

07/09/09  E-mail from agent in Brazil reporting that
          800.COM registrations have lapsed and cannot be
          renewed or assigned (.1); e-mail to agent
          regarding same (.1); maintain record and file
          (.1)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.    $48.00

07/09/09  E-mail from J. Vonckers reporting that asset
          purchase agreement is suitable for recording
          assignment of 800.COM mark in the EU; maintain
          record and file
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/10/09  E-mail from agent in Saudi Arabia reporting
          that they cannot determine status of marks
          online (.1); e-mail to agent regarding same
          (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/10/09  E-mail from agent in Argentina with fee
          estimates regarding 800.COM registrations
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/10/09  E-mail from agent in Taiwan regarding status of
          800.COM marks (.1); maintain records (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/10/09  E-mail from agent in Norway regarding estimated
          costs associated with renewing 800.COM
          trademarks
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/10/09  E-mail from agent in Colombia regarding fees
          for renewal and recordal of assignment for
          800.COM mark (.1); maintain record
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/10/09  E-mail from agent in Venezuela regarding
          renewal of 800.COM marks and maintain record
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/13/09  E-mail to D. Ramsey transmitting notice of
          publication for V trademark application
          Janet P. Peyton    .10 hours at  460.00 per hour.         $46.00

Circuit City Stores Inc
File Number: 2055557                                    Page  56
Invoice No. 91168703                                    August 12, 2009

07/14/09  Telephone calls and e-mails regarding transfer
          of files to Systemax
          Janet P. Peyton    .40 hours at  460.00 per hour.        $184.00

07/14/09  E-mails with former trademark counsel for
          800.COM regarding renewal in Chile
          Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

07/14/09  E-mails with J. Peyton to discuss review of
          Circuit City files
          Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

07/15/09  Various e-mails regarding transfer of files to
          Systemax and related privilege issues
          Janet P. Peyton    .10 hours at  460.00 per hour.         $46.00

07/16/09  E-mail from agent in China regarding status of
          800.COM marks in China
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/17/09  Review files to be transferred to Systemax
          Douglas B. Smith   1.10 hours at  295.00 per hour.       $324.50

07/20/09  Receive and review e-mails from agent in China
          and send reply
          Douglas B. Smith    .30 hours at  295.00 per hour.        $88.50

07/20/09  Phone calls with Berinato firm regarding
          address for Circuit City
          Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

07/21/09  Receive subsequent correspondence from agent in
          Mexico regarding 800.COM registrations (.1);
          note to J. Sudduth regarding agent's invoice
          (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/23/09  Receive and review notice of allowance for SENS
          application and e-mail to J. Peyton regarding
          same
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/24/09  Receive and review notice of abandonment for
          SENS trademark application (.1); maintain
          database record (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/24/09  Receive and review notice of abandonment for
          WE'LL HOOK YOU UP (.1); maintain database and
          file (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91168703

Page  57
August 12, 2009

07/24/09  E-mail from agent in Saudi Arabia reporting
          status of 800.COM registrations (.1); maintain
          records (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/24/09  E-mail from agent in Chile reporting status of
          registration of 800.COM marks (.1); maintain
          record (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/24/09  E-mail from agent in Ecuador reporting status
          of 800.COM registration (.1); maintain record
          (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/24/09  E-mail to Thomson CompuMark regarding search
          for 800.COM registration in British Virgin
          Islands (.1); maintain record (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

07/27/09  Various e-mails regarding possible privilege
          review of trademark files
          Janet P. Peyton    .10 hours at  460.00 per hour.    $46.00

07/27/09  Receive and review notice of abandonment from
          USPTO and maintain record
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/27/09  Receive and review notice of abandonment from
          USPTO and maintain record
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/27/09  Receive and review notice of abandonment from
          USPTO and maintain record
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/30/09  Correspondence received from agent regarding
          non-renewability of 800.COM registrations in
          New Zealand
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

07/31/09  Review files to be transferred
          Douglas B. Smith   2.00 hours at  295.00 per hour.    $590.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Janet P. Peyton | $460.00 | 2.2 | $1,012.00 |
| Douglas B. Smith | $295.00 | 6.1 | $1,799.50 |
| Kymberleigh B. Gokey | $160.00 | 13.6 | $2,176.00 |
| TOTAL FEES | | 21.9 | $4,987.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  58
Invoice No. 91168703                                   August 12, 2009

**Re: Vendor Claim Litigation**
    **Our File No.**                    2055557-0320
    **Circuit City Contact**            Daniel W. Ramsey
    **McGuireWoods Contact**            Douglas M. Foley

07/01/09 E-mails and analysis of Andrews Electronics
        503b9 20 day receipt claims and e-mails with
        client regarding same
        Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

07/02/09 E-mails with client and counsel for Andrews
        Electronics regarding analysis and
        reconciliation of 503b9 claim
        Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.0 | $550.00 |
| TOTAL FEES | | 1.0 | $550.00 |

**Re: Asset Sales**
    **Our File No.**                    2055557-0321
    **Circuit City Contact**            Michelle Mosier
    **McGuireWoods Contact**            Douglas M. Foley

07/06/09 Review and revise IP asset sales procedure
        motion
        Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

07/06/09 Draft, revise and file motion to sell IP assets
        and related relief and multiple e-mails and
        telephone conferences with debtors'
        professionals regarding same
        Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

07/08/09 Review docket for motion to sell assets for
        review by debtors professionals
        Bryan A. Stark    .50 hours at  295.00 per hour.        $147.50

07/16/09 Draft order granting motion for sale of
        Virginia Beach property (.5); correspond with
        chambers regarding submission of orders (.3);
        combine order with exhibits to order and e-mail
        to court for entry following hearing (.4);
        update order approving sale of intellectual
        property and combine with exhibits to e-mail to
        court for entry following hearing (.5)
        Bryan A. Stark    1.70 hours at  295.00 per hour.       $501.50

Circuit City Stores Inc
File Number: 2055557                                   Page  59
Invoice No. 91168703                                  August 12, 2009

07/20/09  Review, analyze, revise and file IP Sale
          pleadings and multiple telephone conferences
          and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    1.20 hours at  375.00 per hour.         $450.00

07/21/09  Review and analyze orders of court regarding
          appearance of counsel (.5); correspond with
          creditor counsel regarding hearing on bid
          procedures and debtors' consent to motion to
          appear telephonically (.2)
          Bryan A. Stark    .70 hours at  295.00 per hour.            $206.50

07/27/09  E-mails regarding Systemax transaction and
          access to counsel files regarding certain IP
          assets
          Douglas M. Foley   .40 hours at 550.00 per hour.            $220.00

| Timekeeper       | Rate/HR   | Hours | Fees      |
|------------------|-----------|-------|-----------|
| Douglas M. Foley | $550.00   | 0.8   | $440.00   |
| Daniel F. Blanks | $375.00   | 2.0   | $750.00   |
| Bryan A. Stark   | $295.00   | 2.9   | $855.50   |
| TOTAL FEES       |           | 5.7   | $2,045.50 |

Disbursements and Other Expenses:

|  |  |
|---|---|
| Copy Charges | $1,045.00 |
| Messenger Service | $109.50 |
| Long Distance Telephone Charges | $120.40 |
| 05/22/09 Now Legal Service Inc. -  (Invoice #A56289) | $93.56 |
| 06/05/09 Now Legal Service Inc. -  (Invoice #A56509) | $113.31 |
| 06/15/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/15/2009 | $13.32 |
| 06/17/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/17/2009 | $7.23 |
| 06/23/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 06/23/2009 | $70.51 |
| 07/01/09 FedEx Priority Overnight/Int'l Priority to Glen Allen, VA -  Tracking #:  423311580318 | $7.50 |
| 07/02/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/02/2009 | $9.23 |
| 07/02/09 DANIEL F. BLANKS - Van Service to /from CC hearings for debtors' professionals - 6/23/09; limo | $450.00 |
| 07/06/09 DOUGLAS M. FOLEY - Attend client meetings and hearings in Richmond 6/25; hotel, mileage, parking | $584.12 |
| 07/06/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/06/2009 | $7.04 |

Circuit City Stores Inc
File Number: 2055557                                    Page  60
Invoice No. 91168703                                   August 12, 2009

| | | |
|---|---|---|
| 07/06/09 | FedEx Priority Overnight/Int'l Priority to Towson, MD - Tracking #:  423311581108 | $10.49 |
| 07/06/09 | AMERICAN EXPRESS - Petition to Revive Abandoned Application for the mark Stylized and/or with Design V | $100.00 |
| 07/06/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/06/2009 | $37.36 |
| 07/06/09 | RESTAURANTEUR, INC. - Lunch 6/23/09 | $194.81 |
| 07/06/09 | DANIEL F. BLANKS - Attend meetings and hearing in Richmond; hotel, meals, mileage, cab | $733.81 |
| 07/06/09 | DOUGLAS M. FOLEY - Attend dinner with Circuit City clients at LaGrotta | $278.34 |
| 07/07/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/07/2009 | $43.89 |
| 07/07/09 | FedEx Priority Overnight/Int'l Priority to Watsonville, CA - Tracking #:  423311581520 | $14.34 |
| 07/07/09 | FedEx Priority Overnight/Int'l Priority to North Palm Beach, FL - Tracking #: 423311581531 | $12.58 |
| 07/07/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/07/2009 | $70.03 |
| 07/08/09 | J&J COURT TRANSCRIBERS, INC. - Court transcription services for6/9/09 | $229.50 |
| 07/08/09 | FedEx Priority Overnight/Int'l Priority to Pittsburgh, PA -  Tracking #:  423311581690 | $12.15 |
| 07/09/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  986584519991 | $7.62 |
| 07/09/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  986584519980 | $9.40 |
| 07/09/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584519970 | $7.62 |
| 07/09/09 | DOUGLAS M. FOLEY - Travel to and from Richmond for hearing 7/5  - 7/6; hotel, mileage | $421.87 |
| 07/09/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/09/2009 | $26.70 |
| 07/09/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584520002 | $14.34 |
| 07/09/09 | DANIEL F. BLANKS - Cost of van to Omni hearing on 7/06/09 | $360.00 |
| 07/10/09 | TNT LIMOUSINE & EXECUTIVE SEDAN - Van Service to Bankruptcy Court | $360.00 |
| 07/16/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/16/2009 | $9.03 |
| 07/16/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/16/2009 | $6.85 |
| 07/17/09 | RESTAURANTEUR, INC. - Lunch 7/6/09 | $150.41 |
| 07/17/09 | J&J COURT TRANSCRIBERS, INC. - Transcription services | $225.25 |
| 07/17/09 | FedEx Priority Overnight/Int'l Priority to Milpitas, CA - Tracking #:  423311585228 | $17.09 |
| 07/17/09 | FedEx Priority Overnight/Int'l Priority to Shenzen City, GU - CN Tracking #:  423311585310 | $45.77 |

Circuit City Stores Inc
File Number: 2055557                                    Page  61
Invoice No. 91168703                                   August 12, 2009

| | | |
|---|---|---:|
| 07/17/09 | FedEx Priority Overnight/Int'l Priority to Garden Grove, CA - Tracking #:  423311585239 | $17.09 |
| 07/17/09 | FedEx Priority Overnight/Int'l Priority to New York City, NY - Tracking #:  423311585217 | $12.15 |
| 07/20/09 | DOUGLAS M. FOLEY - Travel to Richmond for bankruptcy hearing 07/14-07/15/09; room, mileage, parking | $538.00 |
| 07/20/09 | FedEx Express Saver to Richmond, VA - Tracking #:  991456617450 | $8.39 |
| 07/21/09 | FedEx Priority Overnight/Int'l Priority to Chesapeake, VA - Tracking #:  423311586316 | $7.62 |
| 07/21/09 | FedEx Priority Overnight/Int'l Priority to Dallas, TX - Tracking #:  423311586305 | $12.93 |
| 07/22/09 | SUPERIOR DOCUMENT SERVICES - Copy/scanning service - Board minutes produced pursuant to committee | $3,775.49 |
| 07/23/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  423311587106 | $24.13 |
| 07/23/09 | FedEx Priority Overnight/Int'l Priority to Salt Lake City, UT - Tracking #:  423311587080 | $19.55 |
| 07/24/09 | FedEx Priority Overnight/Int'l Priority to Mahwah, NJ - Tracking #:  423311587757 | $9.40 |
| 07/24/09 | UHTHOFF GOMEZ VEGA & UHTHOFF, S.C. - Agents fees for obtaining status of 800.COM marks in Mexico | $100.00 |
| 07/27/09 | KAREN B. CAIN - Copy charges 07/23/09 | $5.00 |
| 07/29/09 | J&J COURT TRANSCRIBERS, INC. - Court transcription services | $110.50 |
| | TOTAL EXPENSES | $10,670.22 |

<u>Summary of Fees and Expenses:</u>

Total Fees for all Matters:          $248,910.00

Total Expenses for all Matters:       $10,670.22

Total for this Invoice:             $259,580.22