

9/4/2009

To:   Clerk of the Bankruptcy Court
      United States Bankruptcy Court
      701 E Broad St – Room 4000
      Richmond, VA  23219

From: Corey Rachel
      P.O. Box 875
      Zephyrhills, FL  33539
      813-956-2833

Re:   Circuit City Stores, Inc  Case 08-35653  Claim #9996

    I hereby oppose the objection to deny my claim (#9996). My claim is in regards to the year-end performance bonus that I did not receive. I had to be employed from 3/1/2008 -2/28/2009 to receive this bonus. My actual end date was 3/21/2009. I have enclosed a copy of my compensation page. The amount of the claim is for $2741.00. The General Manager of the facility at the time was Thomas Wilmes and last known number was (cell) 352-250-6015. It believed that he is employed with Home Depot Distribution in Cincinnati, OH.

Corey Rachel - Circuit City - 01-28-2009



**)ur total rewards**

Through your job, you make a significant contribution to our success. Compensation is about the rewards we provide you in return for that contribution. The following includes the rewards you've received in your paycheck and more.

| | |
|---|---|
| **Circuit City's Compensation Investment** | **$54,226** |

**Cash Compensation**
as of December 31, 2008

| | |
|---|---|
| **Annual Base Salary** | $51,485 |
| Your projected annual base pay | |
| **Performance Bonuses** | $2,741 |
| Paid during the last 12 months | |
| Current annual bonus target: 10% of base pay | |
| **Total Cash Compensation** | $54,226 |

*on claim 1/29/08*

**Long-Term Incentives**

| | |
|---|---|
| **Stock Purchase Plan** | $0 |

You are currently eligible to participate in the plan but are not contributing. Please note that both employee contributions and the company match to this plan were suspended effective October 1, 2008.

| | |
|---|---|
| **Total Long-Term Incentives** | $0 |

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality, or functionality of the site. Access to the site may be interrupted, restricted, or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timeliness, or fitness for any particular purpose.

Copyright © 2009 Hewitt Management Company LLC