## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC.,** <u>et</u> <u>al</u>.,<br><br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-35653 (KRH)**<br><br>**(Jointly Administered)**<br>**Hrg. Date: October 7, 2009 at 2:00 p.m (ET)**<br>**Obj. Due: October 5, 2009 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP AS INDEPENDENT AUDITORS AND TAX CONSULTANTS TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD BEGINNING <u>MAY 1, 2009 THROUGH JULY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | December 22, 2008 *Nunc Pro Tunc* to November 10, 2008 |
| Period for which Compensation and Expense Reimbursement is sought: | May 1, 2009 through July 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 62,242.50 |
| Amount of Expense reimbursement sought as actual, reasonable and necessary | $    0.00 |

This is an: _____ Monthly _____X____ Interim _____ Final Application

The total time expended in connection with the preparation of this fee application is approximately 3.0 hours and the corresponding compensation requested is approximately $1,275.00

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>                   **Debtors.** | **Chapter 11**<br><br>**Case No. 08-35653 (KRH)**<br><br>**(Jointly Administered)**<br>**Hrg. Date:  October 7, 2009 at 2:00 p.m (ET)**<br>**Obj. Due: October 5, 2009 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP AS INDEPENDENT AUDITORS AND TAX CONSULTANTS TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD BEGINNING <u>MAY 1, 2009 THROUGH JULY 31, 2009</u>**

### INDEX

EXHIBIT A             Summary of Hours and Standard Fees Incurred by Professional

EXHIBIT B             Summary of Hours and Standard Fees Incurred by Category

EXHIBIT C             Summary of Out of Pocket Expenses

EXHIBIT C1            Detail of Out of Pocket Expenses

EXHIBIT D1-D6         Complete Accounting of Time Expended by Day by Professional by Category

EXHIBIT E             Copy of the KPMG Retention Order

EXHIBIT F             Copy of the KPMG Certification

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | **Case No. 08-35653 (KRH)** |
| **Debtors.** | **(Jointly Administered)**<br>**Hrg. Date: October 7, 2009 at 2:00 p.m (ET)**<br>**Obj. Due: October 5, 2009 at 4:00 p.m. (ET)** |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP AS INDEPENDENT**
**AUDITORS AND TAX CONSULTANTS TO THE DEBTORS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD BEGINNING**
**<u>MAY 1, 2009 THROUGH JULY 31, 2009</u>**

KPMG LLP, ("KPMG") as auditors and tax consultants to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") files this Third Interim Fee Application (the "Application"), pursuant to section 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Section 330 issued by the Executive Office for the United States Trustee (the "U.S. Trustee Guidelines"), and this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated December 9, 2008 (the "Interim Compensation Order") (Docket No. 830), for the allowance of interim compensation for professional services performed by KPMG and reimbursement for actual and necessary expenses incurred for

the period beginning May 1, 2009 through July 31, 2009 (the "Compensation Period"),

in the amount of $62,242.50 (the "Compensation Amount"), and respectfully

represents:

## Background

1.      On November 10, 2008 ('the Petition Date), the Debtors filed

voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

The Debtors continue to manage and operate their businesses as debtors in possession

pursuant to Bankruptcy Code sections 1107 and 1108. On November 12, 2008, the

Office of the United States Trustee for the Eastern District of Virginia appointed a

statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no

trustee or examiner has been appointed in these chapter 11 cases.

2.      On January 16, 2009, the Court authorized the Debtors, among

other things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent"). On January 17, 2009, the Agent commenced

going out of business sales pursuant to the Agency Agreement at the Debtors remaining

stores.

## Relief Requested

3.      By this Court's Order, dated December 23, 2008, (the "Retention

Order") the Debtors were authorized to retain KPMG as independent auditors and tax

consultants effective as of the Petition Date.  The Retention Order authorized the

Debtors to compensate KPMG in accordance with the procedures set forth in section

330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such

other procedures as were fixed by order of the Court.  A copy of the Retention Order is attached hereto as Exhibit E.

## Summary of Application

4.     By this Application, and in accordance with the Interim Compensation Order, KPMG requests allowance of compensation for services rendered and actual and necessary expenses incurred in these cases for the period beginning May 1, 2009 through July 31, 2009, and in connection therewith, requests allowance of compensation in the amount of $62,242.50 for professional fees and reimbursement of $0.00 for necessary and actual out-of-pocket expenses.   KPMG's request for compensation is broken down as follows:

| | | Requested | | Payments Received | | Outstanding | |
|---|---|---|---|---|---|---|---|
| Period Covered | Hours | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 5/1/2009 To 5/31/2009 | 16.0 | $31,843.50 | $0.00 | $27,066.98 | $0.00 | $4,776.53 | $0.00 |
| 6/1/2009 To 6/30/2009 | 17.8 | $30,399.00 | $0.00 | $25,839.15 | $0.00 | $4,559.85 | $0.00 |
| 7/1/2009 To 7/31/2009 | 0.0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Grand Total | 33.8 | $62,242.50 | $0.00 | $52,906.13 | $0.00 | $9,336.38 | $0.00 |

## Summary of Services During the Compensation Period

5.     This Application is KPMG's Third Interim Fee Application for compensation and expense reimbursement filed in these cases.   During the

Compensation Period, KPMG provided professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

6.      Set forth below is a summary of the services KPMG rendered to the Debtors during the Compensation Period as authorized by the Retention Order.

### 401K Plan Audit Services

i.      Audits of the financial statements and supplemental schedules of Circuit City Stores, Inc. 401(k) Plans as of December 31, 2008, and for the year then ended, all of which are to be included in the Plans' Form 5500 filings with the DOL.

### Tax Consulting Services - Restructuring

i.      Assisting with ongoing IRS examination issues, specifically focusing on refund claims, sale-leaseback claim, rebates & rewards;

ii.     Proposed assistance with bankruptcy-related tax consulting services; and

iv.     Other consulting, advice, research, planning or analysis regarding tax issues as may be requested from time to time.

### Employment/Fee Applications

i.      The billing procedures required by the U.S. Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required effort to inform the timekeepers of their responsibilities, gather and review the detailed time entries and expenses and preparation of this Application. Such activities included compiling and reviewing detailed time entries, compiling and reviewing detailed expenses incurred, preparing detailed and summary schedules of fees and expenses incurred, and drafting the narratives and schedules included in this Application.

7.      A summary of the hours and fees incurred by professional and category is annexed hereto as Exhibit A and Exhibit B, respectively, and described in detail in the time records annexed hereto as Exhibits D1 – D6.   KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

8.      The fees applied for herein are based on the usual and customary fees KPMG charges to tax and audit clients and are commensurate with the usual and customary rates charged for services performed.

9.      During the Compensation Period, KPMG invoiced the Debtors for time expended by professionals related to Incremental Procedures due to bankruptcy based on hourly rates ranging from $138.00 to $613.00 per hour for a total of $62,242.50.   The rates reflected on this Application relating to the Incremental Procedures services represent a discount of approximately 30% to 45% of KPMG's standard rates.   Of the aggregate time expended, 9.3 hours were expended by partners and managing directors, 4.0 hours were expended by senior managers and managers and 20.5 hours were expended by senior associates and associates.   KPMG's blended hourly rate for the Incremental services provided during the Compensation Period is $303.03.

10.      KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services

7

performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

11.    The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

12.    During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

**Summary of Actual and Necessary Expenses During the Compensation Period**

13.    As set forth on Exhibit C and C1, KPMG is not currently aware of any amounts owed for reimbursement of expenses during the Compensation Period.

**Reservation**

14.    To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

## Conclusion

15.    WHEREFORE, subject to the terms of the Interim Compensation

Order, KPMG respectfully requests that the Court approve the interim compensation of

$62,242.50  as  compensation  for  professional  services  rendered  during  the

Compensation Period.

Respectfully submitted,

KPMG LLP (US)

_____                    September 14, 2009

Brian Scott Davis
Partner
KPMG LLP
1021 E Cary Street
Suite 2000
Richmond, VA 23219-4023

Respectfully submitted by:

Dated: September 14, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                     - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                     - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley          .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

**EXHIBIT A**
Circuit City Stores, Inc.
Summary Of Hours and Discounted Fees Incurred By Professional
May 1, 2009 through July 31, 2009

| Professional | Position | Current Hours Billed | Hourly Rate | Fees Billed |
|---|---|---|---|---|
| Conjura,Carol | Tax Partner | 9.3 | $ 613 | $ 5,696.25 |
| Gibbs,Paul Kevin | Tax Senior Manager | 2.0 | $ 490 | $ 980.00 |
| Degnan,Daniel J | Tax Manager | 0.7 | $ 455 | $ 318.50 |
| Sellers,Monica | Forensic Manager | 1.3 | $ 330 | $ 429.00 |
| Tatum,Pamela Renea | Forensic Associate | 20.5 | $ 138 | $ 2,818.75 |
| **Total Hours and Fees at Discounted Rate** | | **33.8** | | **$ 10,242.50** |

| | |
|---|---|
| Fees | $ 10,242.50 |
| Fees related to 401K Plan Audits | $ 52,000.00 |
| **Subtotal of Fees** | **$ 62,242.50** |
| Out of Pocket Expenses | $ - |
| **Net Requested Fees & Out of Pocket Expenses** | **$ 62,242.50** |

KPMG's standard practice is to treat certain time and expenses as having been incurred when such obligations are recorded and reflected as payable in KPMG's accounting.  Moreover, KPMG may not bill certain expenses until all supporting documentation is received.  Accordingly, KPMG may seek reimbursement of fees and disbursements relating to this month in subsequent statements/invoices.

**EXHIBIT B**

Circuit City Stores, Inc.

Summary of Hours and Discounted Fees Incurred by Category

May 1, 2009 through July 31, 2009

| Category | Exhibit | Hours | Fees | |
|---|---|---|---|---|
| Audit 09 - Integrated Audit | D1 | - | $ | - |
| Tax Consulting - Restructuring | D2 | 11.3 | $ | 6,676.25 |
| FY09 Special Audit Related Services | D3 | - | $ | - |
| Employment/Fee Applications | D4 | 22.5 | $ | 3,566.25 [1] |
| Audit 2/28/08-Retirement Plan | D5 | - | $ | - |
| 401K Plan Audits | D6 | - | $ | 52,000.00 [1] [2] |
| **Total** | | **33.8** | **$** | **62,242.50** |

[1] Hours billed in this Third Interim Application include time incurred in April that was not previously billed in the Second Interim Application

[2] Per the 401K and Pension Audit Engagement Letter, KPMG and the Debtors agreed to a fixed fee arrangement and subsequent billings for services provided in the amount of $26,000.00 per month for May and June 2009.

EXHIBIT C

Circuit City Stores, Inc.
Summary of Out of Pocket Expenses
May 1, 2009 through July 31, 2009

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | - |
| **Total** | **$ -** |

EXHIBIT C1

Circuit City Stores, Inc.
Detail of Out of Pocket Expenses
May 1, 2009 through July 31, 2009

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $     - |
| | | **Lodging Subtotal** | $     - |
| | | **Meals Subtotal** | $     - |
| | | **Ground Transportation Subtotal** | $     - |
| | | **Miscellaneous Subtotal** | $     - |
| | | **Total Out of Pocket Expenses** | $     - |

EXHIBIT H

Circuit City Stores, Inc.
Audit 09 - Integrated Audit
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Audit 09 - Integrated Audit Services Monthly Installment** | 0.0 | $ - |

EXHIBIT D2

Circuit City Stores, Inc.
Tax Consulting - Restructuring
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Conjura,Carol | 06-May-09 | Continuing to work on Technical advice submission for IRS National Office related to sale-leaseback claim. | 3.6 | $ 612.50 | $ 2,205.00 |
| Conjura,Carol | 06-May-09 | Continuing to work on Technical advice submission for IRS National Office related to sale-leaseback claim. | 3.4 | $ 612.50 | $ 2,082.50 |
| Conjura,Carol | 05-Jun-09 | Discuss Technical Advice Memo (TAM) rebuttal and potential Azar Nut/Relo capital loss position and review IRS rebuttal and McGrath and Azar Nut line of cases with J. McDonald and G. Ridgeway (Circuit City) and P. Gibbs (KPMG). | 1.5 | $ 612.50 | $ 918.75 |
| Gibbs,Paul Kevin | 05-Jun-09 | Discuss Technical Advice Memo (TAM) rebuttal and potential Azar Nut/Relo capital loss position and review IRS rebuttal and McGrath and Azar Nut line of cases with J. McDonald and G. Ridgeway (Circuit City) and C. Conjura (KPMG). | 1.5 | $ 490.00 | $ 735.00 |
| Conjura,Carol | 08-Jun-09 | Conference call with IRS regarding Technical Advice Memo (TAM) status. | 0.3 | $ 612.50 | $ 183.75 |
| Gibbs,Paul Kevin | 08-Jun-09 | Contact IRS national office personnel (Dan Cassano) to discuss status of Technical Advice Memo (TAM) and procedural issues. | 0.5 | $ 490.00 | $ 245.00 |
| Conjura,Carol | 30-Jun-09 | Discuss Technical Advice Memo (TAM) with IRS national office personnel (Dan Cassano). | 0.5 | $ 612.50 | $ 306.25 |
| | | **Tax Consulting - Restructuring Total** | **11.3** | | **$ 6,676.25** |

EXHIBIT D3

Circuit City Stores, Inc.
FY09 Special Audit Related Services
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **FY09 Special Audit Related Services Total** | **0.0** | | **$ -** |

EXHIBIT D4

Circuit City Stores, Inc.
Employment/Fee Applications
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Tatum,Pamela Renea | 20-Apr-09 | Prepare First Interim Invoice request since Order has been entered and approved. | 0.8 | $137.50 | $  110.00 |
| Tatum,Pamela Renea | 13-May-09 | Reconcile and review the March and April time details for the tax consulting project. | 2.0 | $137.50 | $  275.00 |
| Sellers,Monica | 14-May-09 | Review draft fee statement and provide revisions and comments. | 0.5 | $330.00 | $  165.00 |
| Tatum,Pamela Renea | 14-May-09 | Reconcile and review the March and April time details for the tax consulting project. | 2.0 | $137.50 | $  275.00 |
| Degnan,Daniel J | 15-May-09 | Reviewing the April billing invoice and supporting documentation. | 0.7 | $455.00 | $  318.50 |
| Tatum,Pamela Renea | 15-May-09 | Revise the March and April time details for the tax consulting project based on the project managers comments. | 1.0 | $137.50 | $  137.50 |
| Tatum,Pamela Renea | 18-May-09 | Finalize the April fee statement and provide to attorney to file. | 2.0 | $137.50 | $  275.00 |
| Tatum,Pamela Renea | 01-Jun-09 | Review fee application and provide revisions and comments. | 0.7 | $137.50 | $   96.25 |
| Tatum,Pamela Renea | 04-Jun-09 | Review fee statement and provide revisions and comments. | 3.8 | $137.50 | $  522.50 |
| Sellers,Monica | 08-Jun-09 | Review fee application and provide revisions and comments. | 0.3 | $330.00 | $   99.00 |
| Tatum,Pamela Renea | 09-Jun-09 | Prepare the April invoice for the manager to present to management. | 0.9 | $137.50 | $  123.75 |
| Tatum,Pamela Renea | 11-Jun-09 | Prepare the 2nd interim fee application and related documents. | 3.7 | $137.50 | $  508.75 |
| Sellers,Monica | 14-Jun-09 | Final review of Circuit City fee statement and provide revisions and comments. | 0.5 | $330.00 | $  165.00 |
| Tatum,Pamela Renea | 15-Jun-09 | Revise the 2nd interim fee application and related documents based on manager comments and send to partner for review. | 2.3 | $137.50 | $  316.25 |

Circuit City Stores, Inc.
Employment/Fee Applications
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Tatum,Pamela Renea | 17-Jun-09 | Prepare the May fee statement and send to the manager for review. | 1.3 | $137.50 | $ 178.75 |
| | | **Employment/Fee Applications Total** | **22.5** | | **$ 3,566.25** |

EXHIBIT D5

Circuit City Stores, Inc.
Audit 2/28/08-Retirement Plan
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Audit 2/28/08-Retirement Plan Total** | | | 0.0 | $0.00 |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| McMahon,John | 22-Apr-09 | Review and analyze prior year audit workpaper binders to plan for current year audits. | 0.5 | | |
| McMahon,John | 23-Apr-09 | Review and analyze prior year audit workpaper binders to plan for current year audits. | 0.5 | | |
| Monnet,Christopher M | 23-Apr-09 | Discussion with H. Merten (Circuit City) regarding requested items and sample sizes. | 1.0 | | |
| Monnet,Christopher M | 23-Apr-09 | Preparation and Distribution of Prepared by Client listing. | 1.2 | | |
| Monnet,Christopher M | 23-Apr-09 | Calculation of materiality for current year 401K plan audit. | 1.5 | | |
| Monnet,Christopher M | 23-Apr-09 | Review and analyze prior year planning document to assist with preparation of current year planning document. | 1.7 | | |
| Monnet,Christopher M | 23-Apr-09 | Selection of Sample for Distributions test-work using KPMG Monetary Unit Sampling. | 2.6 | | |
| Monnet,Christopher M | 24-Apr-09 | Discussion with H. Merten (Circuit City) regarding status of requested items and audit fieldwork timing. | 0.8 | | |
| Monnet,Christopher M | 24-Apr-09 | Overall review of the certified 401K plan statements to assist in planning current year audit. | 1.0 | | |
| Monnet,Christopher M | 24-Apr-09 | Review and analyze prior year workpapers to assist in planning current year audit. | 1.8 | | |
| Monnet,Christopher M | 24-Apr-09 | Selection of Sample for Contributions test-work using KPMG Sampling Plan. | 2.4 | | |
| Monnet,Christopher M | 04-May-09 | Discussion with H. Merten (Circuit City) regarding prepared by client list. | 1.5 | | |
| Monnet,Christopher M | 04-May-09 | Preparation of current year Planning Document. | 3.3 | | |

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Monnet,Christopher M | 04-May-09 | Review and analyze prior year workpapers to assist in planning current year audit. | 3.2 | | |
| McMahon,John | 05-May-09 | Review and analysis of prior year audit documentation to plan for current year audits. | 2.0 | | |
| Monnet,Christopher M | 05-May-09 | Preparation of current year Planning Document. | 3.9 | | |
| Monnet,Christopher M | 05-May-09 | Continue preparation of current year Planning Document. | 2.5 | | |
| Monnet,Christopher M | 05-May-09 | Discussion with H. Merten (Circuit City) regarding requested items. | 0.7 | | |
| Monnet,Christopher M | 05-May-09 | Preparation of current year Audit Programs. | 0.9 | | |
| Monnet,Christopher M | 06-May-09 | Discussion with H. Merten (Circuit City) regarding status of requested items and audit fieldwork timing. | 1.1 | | |
| Monnet,Christopher M | 06-May-09 | Preparation of Current year Planning Document. | 2.3 | | |
| Monnet,Christopher M | 06-May-09 | Overall review of the certified 401K plan statements to assist in planning current year audit. | 1.2 | | |
| Monnet,Christopher M | 06-May-09 | Preparation of current year Audit Programs. | 1.4 | | |
| Monnet,Christopher M | 06-May-09 | Review and analyze prior year workpapers to assist in planning current year audit. | 2.0 | | |
| Allen,David W | 15-May-09 | Discussion with H. Merten (Circuit City) regarding Remittance Substantive Testwork. | 3.2 | | |
| Allen,David W | 15-May-09 | Prepare the Remittance Substantive Testwork. | 0.8 | | |
| Allen,David W | 15-May-09 | Prepare the Participant Distribution Substantive Testwork. | 1.3 | | |
| Allen,David W | 15-May-09 | Discussion with H. Merten (Circuit City) regarding Participant Distribution Substantive Testwork. | 2.7 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 19-May-09 | Preparation of the Eligibility and Contribution Substantive Testwork. | 3.2 | | |
| Allen,David W | 19-May-09 | Discussion with H. Merten (Circuit City) regarding Eligibility and Contribution Substantive Testwork. | 0.8 | | |
| Allen,David W | 19-May-09 | Preparation of the Participant Distribution Substantive Testwork. | 1.3 | | |
| Allen,David W | 19-May-09 | Preparation of the Eligibility and Contribution Substantive Testwork. | 3.2 | | |
| Allen,David W | 19-May-09 | Preparation of the Participant Distribution Substantive Testwork. | 1.5 | | |
| Monnet,Christopher M | 19-May-09 | Preparation of current year Planning Document. | 1.3 | | |
| Monnet,Christopher M | 19-May-09 | Discussion with H. Merten (Circuit City) regarding requested items. | 0.8 | | |
| Monnet,Christopher M | 19-May-09 | Finalize current year Prepared By Client listing. | 0.7 | | |
| Monnet,Christopher M | 19-May-09 | Filing of current year Trust agreement. | 0.3 | | |
| Monnet,Christopher M | 19-May-09 | Preparation of 2008 Planning Analyticals. | 1.3 | | |
| Monnet,Christopher M | 19-May-09 | Preparation of Distributions Audit Program. | 2.5 | | |
| Monnet,Christopher M | 19-May-09 | Preparation of contribution employee confirmations. | 1.1 | | |
| Allen,David W | 20-May-09 | Preparation of the Eligibility and Contribution Substantive Testwork. | 2.9 | | |
| Allen,David W | 20-May-09 | Preparation of the Participant Distribution Substantive Testwork. | 3.3 | | |
| Allen,David W | 20-May-09 | Discussion with H. Merten (Circuit City) regarding Participant Loan Substantive Testwork. | 1.0 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 20-May-09 | Preparation of the Participant Loan Substantive Testwork. | 2.8 | | |
| Monnet,Christopher M | 20-May-09 | Preparation of contribution employee confirmations. | 2.9 | | |
| Monnet,Christopher M | 20-May-09 | Filing of current year audit checklist. | 0.6 | | |
| Monnet,Christopher M | 20-May-09 | Discussion with H. Merten (Circuit City) regarding confirmation procedures. | 0.7 | | |
| Monnet,Christopher M | 20-May-09 | Preparation of Investment Audit Program. | 1.4 | | |
| Monnet,Christopher M | 20-May-09 | Preparation of Distributions Audit Program. | 1.2 | | |
| Monnet,Christopher M | 20-May-09 | Preparation of Planning Meeting Agenda Memo. | 1.2 | | |
| Allen,David W | 21-May-09 | Preparation of the Contribution Allocation Substantive Testwork. | 2.6 | | |
| Allen,David W | 21-May-09 | Discussion with H. Merten (Circuit City) regarding Contribution Allocation Substantive Testwork. | 1.0 | | |
| Allen,David W | 21-May-09 | Preparation of the Contribution Allocation Substantive Testwork. | 3.9 | | |
| Allen,David W | 21-May-09 | Preparation of the Eligibility and Contribution Substantive Testwork. | 1.2 | | |
| Allen,David W | 21-May-09 | Preparation of the search for unrecorded liabilities Substantive Testwork. | 1.3 | | |
| Monnet,Christopher M | 21-May-09 | Preparation of Parties in Interest Memo. | 1.3 | | |
| Monnet,Christopher M | 21-May-09 | Discussion with H. Merten (Circuit City) regarding pending requested items. | 0.5 | | |
| Monnet,Christopher M | 21-May-09 | Senior associate review of Contributions Test work. | 1.5 | | |
| Monnet,Christopher M | 21-May-09 | Preparation of Tax Procedures Workpaper. | 0.7 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 26-May-09 | Preparation of the Contribution Allocation Substantive Testwork. | 3.4 | | |
| Allen,David W | 26-May-09 | Preparation of the Eligibility and Contribution Substantive Testwork. | 3.0 | | |
| Allen,David W | 26-May-09 | Discussion with H. Merten (Circuit City) regarding Contribution Allocation Substantive Testwork. | 1.3 | | |
| Allen,David W | 26-May-09 | Preparation of the search for unrecorded liabilities Substantive Testwork. | 1.4 | | |
| Allen,David W | 26-May-09 | Preparation of the Participant Loan Substantive Testwork. | 0.9 | | |
| McMahon,John | 26-May-09 | Review of planning document for the 401K plan audits. | 3.9 | | |
| McMahon,John | 26-May-09 | Continue review of planning document for the 401K plan audits. | 0.2 | | |
| Monnet,Christopher M | 26-May-09 | Clear Manager review comments on Planning Document. | 2.3 | | |
| Monnet,Christopher M | 26-May-09 | Preparation of Tax Review Checklist. | 1.2 | | |
| Monnet,Christopher M | 26-May-09 | Selection of Sample for Puerto Rico 401K Plan Contributions. | 1.1 | | |
| Monnet,Christopher M | 26-May-09 | Discussion with H. Merten (Circuit City) regarding open requested items. | 0.3 | | |
| Monnet,Christopher M | 26-May-09 | Filing of most recent Tax Determination Letter. | 0.5 | | |
| Monnet,Christopher M | 26-May-09 | Complete Valuation Specialist Checklist. | 0.6 | | |
| Allen,David W | 27-May-09 | Preparation of the Contribution Walk Through Testwork. | 1.3 | | |
| Allen,David W | 27-May-09 | Preparation of the Participant Loan Substantive Testwork. | 3.9 | | |

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 27-May-09 | Discussion with H. Merten (Circuit City) regarding Contribution Allocation Substantive Testwork. | 1.1 | | |
| Allen,David W | 27-May-09 | Preparation of the Contribution Allocation Substantive Testwork. | 2.7 | | |
| McMahon,John | 27-May-09 | Continue review of planning document for the 401K plan audits. | 1.2 | | |
| Monnet,Christopher M | 27-May-09 | Review of Wachovia 2008 SAS 70 Report. | 2.5 | | |
| Monnet,Christopher M | 27-May-09 | Complete Evaluation of Service Organization Workpaper for Wachovia Retirement Services. | 1.1 | | |
| Monnet,Christopher M | 27-May-09 | Clear Manager review comments on Planning Document. | 0.8 | | |
| Monnet,Christopher M | 27-May-09 | Review of Hewitt (Payroll Provider) SAS 70 Report. | 0.9 | | |
| Monnet,Christopher M | 27-May-09 | Senior associate review of Investment Allocation Testwork. | 0.7 | | |
| Allen,David W | 28-May-09 | Preparation of the Participant Loan Substantive Testwork. | 1.7 | | |
| Allen,David W | 28-May-09 | Preparation of the Distribution Walk Through Testwork. | 1.2 | | |
| Allen,David W | 28-May-09 | Discussion with H. Merten (Circuit City) regarding Participant Distribution Substantive Testwork. | 0.8 | | |
| Allen,David W | 28-May-09 | Preparation of the Participant Distribution Substantive Testwork. | 2.7 | | |
| Allen,David W | 28-May-09 | Preparation of the Remittance Substantive Testwork. | 2.3 | | |
| Allen,David W | 28-May-09 | Discussion with H. Merten (Circuit City) regarding Remittance Substantive Testwork. | 0.3 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Monnet,Christopher M | 28-May-09 | Tie out of 12/31/08 Certified 401K Plan Statements from Wachovia. | 2.6 | | |
| Monnet,Christopher M | 28-May-09 | Tie out of 12/31/08 401K Plan Financial Statements and footnotes prepared by client. | 2.9 | | |
| Monnet,Christopher M | 28-May-09 | Review of Benefit Plans Administrative Services (Puerto Rico 401K Plan Trustee) SAS 70 Report. | 0.5 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Distributions Test work. | 0.8 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Loan Testwork. | 1.8 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Contributions Walkthrough. | 0.9 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Distributions Walkthrough. | 0.7 | | |
| Monnet,Christopher M | 29-May-09 | Discussion with H. Merten (Circuit City) regarding pending requested items. | 0.4 | | |
| Monnet,Christopher M | 29-May-09 | Filing of Bond Policy Memo | 0.3 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Delinquent Loan Report. | 0.4 | | |
| Monnet,Christopher M | 29-May-09 | Senior associate review of Eligibility Testwork. | 0.7 | | |
| King,Jason | 01-Jun-09 | Prepare the Risk of Failure Documents. | 1.3 | | |
| King,Jason | 01-Jun-09 | Investments Allocation testwork for Puerto Rico 401K. | 2.5 | | |
| King,Jason | 01-Jun-09 | Prepare the Contributions Audit Program. | 3.7 | | |
| King,Jason | 01-Jun-09 | Revise the Planning Document Account Balances. | 0.5 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| McMahon,John | 01-Jun-09 | Perform senior manager review of contribution workpapers for the 401K Plan audit. | 2.1 | | |
| McMahon,John | 01-Jun-09 | Perform senior manager review of distribution workpapers for the 401K Plan audit. | 1.9 | | |
| McMahon,John | 01-Jun-09 | Perform senior manager review of investment workpapers for the 401K Plan audit. | 1.0 | | |
| McMahon,John | 01-Jun-09 | Perform senior manager review of general binder workpapers for the 401K Plan audit. | 3.0 | | |
| Monnet,Christopher M | 01-Jun-09 | Clear Manager review comments on Planning Document. | 1.2 | | |
| Monnet,Christopher M | 01-Jun-09 | Prepare the Fraud Audit Program. | 2.4 | | |
| Monnet,Christopher M | 01-Jun-09 | Prepare the Fraud Considerations Memo. | 0.4 | | |
| King,Jason | 02-Jun-09 | Prepare Confirmations Document for Puerto Rico 401K. | 1.7 | | |
| King,Jason | 02-Jun-09 | Document received confirm letters for Circuit City Stores 401K. | 0.8 | | |
| King,Jason | 02-Jun-09 | Tie-out of support for financial statement balances of participant and employer receivables. | 2.6 | | |
| King,Jason | 02-Jun-09 | Compile addresses and revise confirmation log for Puerto Rico 401K. | 1.0 | | |
| King,Jason | 02-Jun-09 | Prepare the Fraud Specific Topics Audit Program Guide. | 1.9 | | |
| McMahon,John | 02-Jun-09 | Perform senior manager review of planning document for the 401K plan audits. | 1.9 | | |
| Monnet,Christopher M | 02-Jun-09 | Prepare the Specific Topics Audit Program. | 2.5 | | |
| Monnet,Christopher M | 02-Jun-09 | Prepare the Fraud Discussion Agenda. | 1.0 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Monnet,Christopher M | 02-Jun-09 | Prepare the Financial Reporting Audit Program. | 0.5 | | |
| King,Jason | 03-Jun-09 | Perform the Participant Loan Testwork. | 1.2 | | |
| King,Jason | 03-Jun-09 | Prepare the Fraud Specific Topics Audit Program Guide. | 1.6 | | |
| King,Jason | 03-Jun-09 | Document received confirm letters for Circuit City Stores 401K. | 1.4 | | |
| King,Jason | 03-Jun-09 | Perform the Administrative Expenses Paid Testwork. | 1.5 | | |
| King,Jason | 03-Jun-09 | Perform the Contributions testwork for Puerto Rico 401K. | 2.3 | | |
| Monnet,Christopher M | 03-Jun-09 | Prepare the Financial Reporting Audit Program. | 2.8 | | |
| Monnet,Christopher M | 03-Jun-09 | Tie out of Certified Trust Statements. | 1.2 | | |
| King,Jason | 04-Jun-09 | Perform the Contributions testwork for Puerto Rico 401K. | 1.5 | | |
| King,Jason | 04-Jun-09 | Perform the Administrative Expenses Paid Testwork. | 0.5 | | |
| King,Jason | 04-Jun-09 | Document received confirm letters for Circuit City Stores 401K. | 0.8 | | |
| King,Jason | 04-Jun-09 | Prepare the Management Rep Letter for Circuit City Stores 401K. | 3.8 | | |
| King,Jason | 04-Jun-09 | Prepare the Management Rep Letter for Circuit City Puerto Rico 401K. | 0.4 | | |
| Monnet,Christopher M | 04-Jun-09 | Prepare the Disclosure Checklist. | 3.2 | | |
| Monnet,Christopher M | 04-Jun-09 | Prepare the Financial Reporting Test of Operating Effectiveness. | 0.8 | | |
| McMahon,John | 05-Jun-09 | Perform senior manager review of general binder workpapers for the 401K Plan audit. | 3.7 | | |

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| McMahon,John | 05-Jun-09 | Perform senior manager review of contribution workpapers for the 401K Plan audit. | 3.9 | | |
| McMahon,John | 05-Jun-09 | Continue to perform senior manager review of contribution workpapers for the 401K Plan audit. | 0.4 | | |
| Monnet,Christopher M | 05-Jun-09 | Senior Review of Loan Testwork. | 1.2 | | |
| Monnet,Christopher M | 05-Jun-09 | Senior Review of Rollover Contribution Testwork. | 1.0 | | |
| Monnet,Christopher M | 05-Jun-09 | Tie out of Draft Financial Statements. | 1.8 | | |
| Monnet,Christopher M | 08-Jun-09 | Prepare the Schedule of Audit Differences. | 1.0 | | |
| Monnet,Christopher M | 08-Jun-09 | Prepare the Internal Control Deficiencies Document. | 1.4 | | |
| Monnet,Christopher M | 08-Jun-09 | Review of Wachovia 2008 SAS 70 Report. | 1.0 | | |
| Monnet,Christopher M | 08-Jun-09 | Discussion with H. Merten (Circuit City) regarding open requested items. | 0.6 | | |
| Frei,David | 09-Jun-09 | Evaluation of a SAS70 for the Circuit Employee Benefit Plan. | 0.5 | | |
| King,Jason | 09-Jun-09 | Clear Manager Review Comments for Circuit City Stores 401K Contributions Testwork. | 2.2 | | |
| King,Jason | 09-Jun-09 | Perform the Circuit City Stores 401K Contributions Testwork. | 1.4 | | |
| King,Jason | 09-Jun-09 | Clear Manager Review Comments for Distributions Testwork. | 2.3 | | |
| King,Jason | 09-Jun-09 | Perform the Circuit City Stores 401K Distributions Testwork. | 1.1 | | |
| King,Jason | 09-Jun-09 | Perform the Participants Rollover Contributions Testwork. | 1.0 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Monnet,Christopher M | 09-Jun-09 | Senior Review of Management Representation Letter. | 1.3 | | |
| Monnet,Christopher M | 09-Jun-09 | Revise the Management Representation Letter. | 0.8 | | |
| Monnet,Christopher M | 09-Jun-09 | Review of Benefit Plans Administrative Services (Puerto Rico 401K Plan Trustee) SAS 70 Report. | 1.1 | | |
| Monnet,Christopher M | 09-Jun-09 | Prepare the Final Balance Sheet Analytical. | 0.8 | | |
| Sandy,Ross A. | 09-Jun-09 | Review Benefit Plans Administrative Services SAS 70 performed for Circuit City Puerto Rico, LLC 401K Plan. | 2.0 | | |
| Monnet,Christopher M | 10-Jun-09 | Prepare the Final Balance Sheet Analytical. | 1.3 | | |
| Monnet,Christopher M | 10-Jun-09 | Prepare the Final Income Statement Analytical. | 1.7 | | |
| Monnet,Christopher M | 10-Jun-09 | Discussion with H. Merten (Circuit City) regarding payroll testwork to be performed. | 1.0 | | |
| Monnet,Christopher M | 11-Jun-09 | Prepare the US 401K Plan Completion Document. | 4.0 | | |
| Monnet,Christopher M | 12-Jun-09 | Review of Contributions Confirmations. | 1.2 | | |
| Monnet,Christopher M | 12-Jun-09 | Prepare the Audit Checklist. | 0.8 | | |
| Monnet,Christopher M | 12-Jun-09 | Prepare the Service Organization Evaluation Workpaper. | 1.2 | | |
| Monnet,Christopher M | 12-Jun-09 | Discussion with H. Merten (Circuit City) regarding pending requested items. | 0.8 | | |
| McMahon,John | 15-Jun-09 | Call with I. Kassman, Department of Professional Practice, regarding payroll testwork. | 0.5 | | |
| Monnet,Christopher M | 15-Jun-09 | Discussion with H. Merten (Circuit City) regarding payroll testwork to be performed. | 0.9 | | |

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Monnet,Christopher M | 15-Jun-09 | Prepare the US 401K Plan Completion Document. | 1.2 | | |
| Monnet,Christopher M | 15-Jun-09 | Filing of Planning Meeting Agenda. | 0.3 | | |
| Monnet,Christopher M | 15-Jun-09 | Filing of returned contribution confirmations. | 0.8 | | |
| Monnet,Christopher M | 15-Jun-09 | Tie out of confirmations returned to allocation testwork performed. | 0.8 | | |
| Allen,David W | 16-Jun-09 | Discussion with H. Merten (Circuit City) regarding Contribution Substantive Testwork. | 2.0 | | |
| Allen,David W | 16-Jun-09 | Prepare the Contribution Substantive Testwork for Puerto Rico. | 3.0 | | |
| Allen,David W | 16-Jun-09 | Continue to prepare the Contribution Substantive Testwork for Puerto Rico. | 2.7 | | |
| Allen,David W | 16-Jun-09 | Discussion with H. Merten (Circuit City) regarding Contribution Substantive Testwork for Puerto Rico. | 0.3 | | |
| McMahon,John | 16-Jun-09 | Perform senior manager review of general binder workpapers for the 401K Plan audit. | 3.0 | | |
| Monnet,Christopher M | 16-Jun-09 | Senior Review of Community Bank SAS 70 Report. | 2.0 | | |
| Monnet,Christopher M | 16-Jun-09 | Clear Manager review comments related to the Representation Letter. | 1.0 | | |
| Monnet,Christopher M | 17-Jun-09 | Senior Review of Distribution Testwork. | 1.4 | | |
| Monnet,Christopher M | 17-Jun-09 | Clear Manager review comments related to the Planning Document. | 1.0 | | |
| Monnet,Christopher M | 17-Jun-09 | Prepare the Completion Document. | 1.2 | | |
| Monnet,Christopher M | 17-Jun-09 | Discussion with H. Merten (Circuit City) regarding payroll testwork to be performed. | 0.4 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 18-Jun-09 | Discussion with H. Merten (Circuit City) regarding Contribution Substantive Testwork. | 3.2 | | |
| Allen,David W | 18-Jun-09 | Prepare the Investment Allocation Testwork for Puerto Rico. | 2.2 | | |
| Allen,David W | 18-Jun-09 | Prepare the Contribution Substantive Testwork for Puerto Rico. | 2.6 | | |
| Monnet,Christopher M | 18-Jun-09 | Perform payroll testwork related to the 12/31/08 benefit plan. | 2.2 | | |
| Monnet,Christopher M | 18-Jun-09 | Tie out of participant confirmations. | 0.8 | | |
| Frei,David | 19-Jun-09 | Evaluation of a SAS70 for the Circuit Employee Benefit Plan. | 1.0 | | |
| McMahon,John | 19-Jun-09 | Perform senior manager review of general binder workpapers for the 401K Plan audit. | 3.9 | | |
| McMahon,John | 19-Jun-09 | Continue to perform senior manager review of general binder workpapers for the 401K Plan audit. | 0.1 | | |
| Monnet,Christopher M | 19-Jun-09 | Perform payroll testwork related to the 12/31/08 benefit plan. | 1.3 | | |
| Monnet,Christopher M | 19-Jun-09 | Clear Manager Review Comments related to the Financial Reporting Audit Program. | 1.2 | | |
| Monnet,Christopher M | 19-Jun-09 | Completion of balance sheet fluctuation analysis. | 0.8 | | |
| Monnet,Christopher M | 19-Jun-09 | Completion of income statement fluctuation analysis. | 0.7 | | |
| Allen,David W | 25-Jun-09 | Prepare the Contribution Substantive Testwork. | 1.5 | | |
| Allen,David W | 25-Jun-09 | Prepare the Search for Unrecorded Liabilities Testwork. | 3.2 | | |
| Allen,David W | 25-Jun-09 | Prepare the Contribution Substantive Testwork for Puerto Rico. | 3.3 | | |

EXHIBIT D6

Circuit City Stores, Inc.
401K Plan Audits
May 1, 2009 through July 31, 2009

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Allen,David W | 29-Jun-09 | Discussion with H. Merten (Circuit City) regarding Contribution Substantive Testwork for Puerto Rico. | 1.9 | | |
| Allen,David W | 29-Jun-09 | Prepare the Contribution Substantive Testwork for Puerto Rico. | 2.1 | | |
| Allen,David W | 29-Jun-09 | Discussion with H. Merten (Circuit City) regarding Search for Unrecorded Liabilities Testwork. | 1.0 | | |
| Allen,David W | 29-Jun-09 | Prepare the Search for Unrecorded Liabilities Testwork. | 3.0 | | |
| | | **401K Plan Audits Total** | **314.2** | | **$52,000.00** [1] |

[1] Per the 401K and Pension Audit Engagement Letter, KPMG and the Debtors agreed to a fixed fee arrangement and subsequent billings for services provided in the amount of $26,000.00 per month for May and June 2009.

EXHIBIT E

KPMG Retention Order

Gregg M. Galardi, Esq.           Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.          Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

              - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION
- - - - - - - - - - - - - - X
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

               **ORDER AUTHORIZING THE DEBTORS**
            **TO RETAIN AND EMPLOY KPMG LLP AS AUDITORS**
            **AND TAX CONSULTANTS EFFECTIVE AS OF THE PETITION DATE**

        Upon the application (the "<u>Application</u>") of the

above-captioned debtors  ("<u>Debtors</u>"), for the entry of

an order pursuant to sections 327(a) and 328(a) of title

11 of the United States Code, 11 U.S.C. §§ 101-1532

(the "<u>Bankruptcy Code</u>"), Rule 2014(a) of the Federal



Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")
and Rule 2014-1 of the Local Rules of Bankruptcy
Practice and Procedure of the United States Bankruptcy
Court for the Eastern District of Virginia (the "<u>Local
Rules</u>"), authorizing them to employ and retain KPMG LLP
("<u>KPMG</u>") as auditors and tax consultants to the Debtors
in the above-captioned chapter 11 cases effective as of
the Petition Date;[1] and upon the Declaration of Christos
M. Xystros, a CPA and partner at KPMG (the
"<u>Declaration</u>") in support thereof; and the Court being
satisfied based on the representations made in the
Application and in the Declaration that KPMG does not
hold or represent an interest adverse to the Debtors'
estates, that they are disinterested persons as that
term is defined under section 101(14) of the Bankruptcy
Code, as modified by section 1107(b) of the Bankruptcy
Code, and that their employment is necessary and in the
best interests of the Debtors' estates; the terms of the
Engagement Letters are reasonable terms for the purposes
of section 328(a) of the Bankruptcy Code; and
consideration of the Application and the relief

---

[1] Capitalized terms not otherwise defined herein shall have
the definitions ascribed to them in the Application.

requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due

and proper notice of the Application having been

provided; and it appearing that no other or further

notice need be provided; and after due deliberation and

sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.    The Application is granted as modified

herein.

2.    In accordance with sections 327(a) and

328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and

Local Rule 2014-1, the Debtors are authorized to employ

and retain KPMG as auditors and tax consultants to the

Debtors on the terms set forth in the Application and

the Engagement Letters, as modified by this Order.

3.    KPMG shall be compensated in accordance

with the procedures set forth in Bankruptcy Code

sections 330 and 331 and such Bankruptcy and Local Rules

as may then be applicable, from time to time, and such

procedures as may be fixed by order of this Court..

4.    The terms and conditions of the

Engagement Letters, as modified by this Order, are approved.

5.      To the extent the Debtors and KPMG enter into any additional engagement letter(s), the Debtors will file such engagement letter(s) with the Bankruptcy Court and serve such engagement letter(s) upon the United States Trustee for the Eastern District of Virginia, counsel to the Debtors', Local Restructuring counsel to the Debtors', and counsel to the Official Committee of Unsecured Creditors. To the extent any of such parties' object, within 10 days of such new engagement letters being served, to the additional services to be provided by KPMG, the Debtors will promptly schedule a hearing before the Court.  All additional services will be subject to the provisions of this Order.

6.      The following terms apply during the pendency of the Debtors' Chapter 11 Cases:

> (a) KPMG shall not be entitled to indemnification, contribution or reimbursement for services other than those described in the Engagement Letters and the Application, unless such services and indemnification therefore are approved by the Court; provided, that to

the extent additional engagement letters
are filed with the Court and no parties
object to such engagement letters in
accordance with the procedures described
in the immediately preceding Ordered
paragraph, such engagement letters shall
be deemed approved by the Court;

(b) The Debtors shall have no obligation to
indemnify KPMG, or provide contribution
or reimbursement to KPMG, for any claim
or expense that is either:
(i) judicially determined (the
determination having become final) to
have arisen from KPMG's bad faith, self-
dealing, breach of fiduciary duty (if any
such duty exists), gross negligence or
willful misconduct; or (ii) judicially
determined (the determination having
become final), based on a breach of
KPMG's contractual obligations to the
Debtor; or (iii) settled prior to a
judicial determination as to the
exclusions set forth in clauses (i) and
(ii) immediately above, but determined by
the Court, after notice and a hearing to
be a claim or expense for which KPMG
should not receive indemnity,
contribution or reimbursement under the
terms of KPMG's retention by the Debtors
pursuant to the terms of the Engagement
Letters and Application, as modified by
this Order; and

(c) If, before the earlier of: (i) the entry of
an order confirming a chapter 11 plan in
this case (that order having become a
final order no longer subject to appeal);
and (ii) the entry of an order closing
these chapter 11 cases, KPMG believes
that it is entitled to the payment of any
amounts by the Debtors on account of the
Debtors' indemnification, contribution

and/or reimbursement obligations under
the Engagement Letters (as modified by
this Order) and Application, including
without limitation the advancement of
defense costs, KPMG must file an
application therefore in this Court, and
the Debtors may not pay any such amounts
to KPMG before the entry of an order by
this Court approving the payment.  This
subparagraph (c) is intended only to
specify the period of time under which
the Court shall have jurisdiction over
any request for fees and expenses by KPMG
for indemnification, contribution or
reimbursement, and not a provision
limiting the duration of the Debtors'
obligation to indemnify KPMG.  All
parties in interest shall retain the
right to object to any demand by KPMG for
indemnification, contribution or
reimbursement; and it is further

7.    The Debtors shall comply with the notice
requirement set forth in paragraph 4(c) of KPMG's
Standard Terms and Conditions for Advisory and Tax
Services (the "Standard Terms and Conditions"),
including providing the written notice required prior to
disseminating or advancing any of KPMG's advice,
recommendations, information, or work product to third
parties.

8.    During the pendency of the Chapter 11
Cases, paragraph 6 of the Standard Terms and Conditions
is deleted.

9.      Notwithstanding anything in the
Application or the Engagement Letters to the contrary,
during the pendency of the Chapter 11 Cases, this Court
retains exclusive jurisdiction over all matters arising
out of and/or pertaining to KPMG's engagement until such
jurisdiction is relinquished.

10.      The requirement under Local Bankruptcy
Rule 9013-1(G) to file a memorandum of law in connection
with the Motion is hereby waived.

11.      This Court shall retain jurisdiction with
respect to all matters arising or related to the
implementation of this Order.


Dated:  Richmond, Virginia
         Dec 23 2008        , 2008


                    /s/ Kevin Huennekens
                 UNITED STATES BANKRUPTCY JUDGE


            Entered on Docket:  12/24/08

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    I hereby certify that proposed order has been endorsed by or served upon all necessary parties.

                /s/ Douglas M. Foley

# Exhibit F

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | **Case No. 08-35653 (KRH)** |
| **Debtors.** | **(Jointly Administered)**<br>**Hrg. Date: October 7, 2009 at 2:00 p.m. (ET)**<br>**Obj. Due: October 5, 2009 at 4:00 p.m. (ET)** |

### DECLARATION PURSUANT TO RULE 2016-1 OF THE
### LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA

I, Brian Scott Davis, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a partner of KPMG LLP ("KPMG"), a professional services firm.

2. By Order dated December 23, 2008, KPMG was retained as independent auditors and tax consultants of the above captioned debtors (the "Debtors"). I submit this Declaration in conjunction with KPMG's third interim fee application for compensation and allowance of expenses for the period May 1, 2009 through July 31, 2009 (the "Application").

3. I have personally performed some of the services rendered by KPMG to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for

the Eastern District of Virginia, and submit that the Application substantially complies with such

Rule.

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2009.

           Brian Scott Davis