EXHIBIT A

EMPLOYMENT APPLICATION

DJM CC 83109

Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION
- - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :    Jointly Administered
            Debtors.           :
- - - - - - - - - - - - - - x

**DEBTORS' APPLICATION FOR ORDER UNDER BANKRUPTCY
CODE SECTIONS 105(a), 327(a), 328 AND 1107
AND BANKRUPTCY RULE 2014(a), AUTHORIZING THE
EMPLOYMENT AND RETENTION OF DJM REALTY SERVICES, LLC
AS REAL ESTATE CONSULTANT AND ADVISOR TO THE
DEBTORS EFFECTIVE AS OF NOVEMBER 19, 2008**

          The debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors"),[1]

---

[1]   The Debtors are the following entities: The Debtors and the last
      four digits of their respective taxpayer identification numbers
      are as follows: Circuit City Stores, Inc. (3875), Circuit City
                                                              *(cont'd)*


0835653081212000000000027

seek entry of an order, under sections 105(a), 327(a),
328 and 1107 of title 11 of the United States Code (the
"Bankruptcy Code"), as supplemented by Rule 2014 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules") and Rule 2014-1 of the Local Rules of Bankruptcy
Practice and Procedure of the United States Bankruptcy
Court for the Eastern District of Virginia (the "Local
Rules"), authorizing the employment and retention of DJM
Realty Services, LLC ("DJM") as real estate consultant
and advisor for the Debtors effective as of November 19,
2008.  In support of the Application, the Debtors rely
upon the Affidavit of Andrew B. Graiser, sworn to on
December 12, 2008 (the "Graiser Affidavit"), a copy of
which is attached hereto as Exhibit A.  In further
support of this Application, the Debtors respectfully
represent as follows:

_____

*(cont'd from previous page)*

Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of
Virginia, Inc. (2821), Circuit City Properties, LLC (3353),
Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc.
(4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit
City Stores PR, LLC (5512).  The address for Circuit City Stores
West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a), 327(a), 328 and 1107, as supplemented by Bankruptcy Rule 2014 and Local Rule 2014-1.

**BACKGROUND**

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia (the "United States Trustee") appointed a statutory committee of unsecured creditors.  To date, no

trustee or examiner has been appointed in these chapter
11 cases.

6.    Based in Richmond, Virginia, Debtors are
a leading specialty retailer of consumer electronics and
operate large nationwide electronics stores throughout
the United States and Puerto Rico that sell, among other
things, televisions, home theatre systems, computers,
camcorders, furniture, software, imaging and
telecommunications products, and other audio and video
electronics.

7.    Despite significant revenues, the Debtors
have suffered two consecutive years of losses.  While
the Debtors made every effort to improve their financial
performance and implement a global turnaround strategy,
they were ultimately unable to consummate a successful
restructuring outside of bankruptcy.  In large part, the
Debtors' chapter 11 filings were due to an erosion of
vendor confidence, decreased liquidity and the global
economic crisis.

8.    Thus, the Debtors commenced these cases
with the immediate goals of obtaining adequate
postpetition financing and continuing their

restructuring initiatives commenced prior to the
Petition Date, including closing 154 stores.  In
addition, the Debtors will continue to evaluate their
business, work closely with their vendors, and enhance
customer relations with a goal of emerging from chapter
11 as a financially stable going concern.

### RELIEF REQUESTED

9.   By this Application, the Debtors seek
entry of an order, under Bankruptcy Code sections
105(a), 327(a), 328 and 1107 authorizing the employment
and retention of DJM as their real estate consultant and
advisor in these chapter 11 cases, effective as of
November 19, 2008.

### BASIS FOR RELIEF

10.   Prior to the Petition Date, the Debtors
were parties to over 700 leases and subleases of non-
residential real property (collectively, the "Leases").
The Debtors require qualified real estate consulting and
advisory services to assist them in developing and
implementing an action plan with respect to real estate
properties leased by the Debtors.

11.   In addition, on December 5, 2008, the
Court approved the Debtors' Motion For Orders Under 11
U.S.C. §§ 105, 363, And 365 (I) Approving Bidding And
Auction Procedures For Sale Of Unexpired Nonresidential
Real Property Leases For Closing Stores,  (II) Setting
Sale Hearing Date, And (III) Authorizing And Approving
(A) Sale Of Certain Nonresidential Real Property Leases
Free And Clear Of Liens, Claims, And Encumbrances, (B)
Assumption And Assignment Of Certain Unexpired
Nonresidential Real Property Leases, And (C) Lease
Rejection Procedures (Docket No. 413) (the "Lease Sale
Procedures Motion").  Pursuant to the Lease Sale
Procedures Motion, the Debtors intend to market
approximately 154 Leases for premises at which the
Debtors commenced store closing sales prior to the
Petition Date.  DJM has already begun assisting the
Debtors with this marketing process, and bids on these
154 Leases are due on or before December 15, 2008.
DJM's assistance in marketing these Leases in this brief
period of time is accordingly necessary to ensure that
maximum value is obtained from these Leases, without

incurring administrative expenses for additional months

while an extended marketing process is conducted.

### DJM'S QUALIFICATIONS

12.   DJM is a real estate solutions firm whose

professionals have been providing corporate real estate

services for nearly 15 years.  The services of DJM

encompass, but are not limited to, real estate lease

extrication and rent reduction solutions through the use

of procedural and economic leverage, direct

relationships with other potential users of

excess/underperforming locations, and valuation

analysis.

13.   The Debtors believe that DJM is well

qualified to provide such services, expertise,

consultation and assistance.  As set forth in the

Graiser Affidavit, DJM has assisted and advised numerous

chapter 11 debtors in connection with their

restructuring efforts.  E.g., In re PTI Holding

Corporation (London Fog), Case No. 06-50140 (GWZ)

(Bankr. D. NV 2006); In re  Winn-Dixie Stores, Inc.,

Case No. 05-03817 (JAF) (Bankr. M.D. Fla. 2005); In re

MTS, Incorporated (Tower Records), Inc. Case No. 04-

10394, (PJW) (Bankr. D. Del. 2004); <u>In re Avado Brands</u>,
Case No. 04-31555-SAF-11 (Bankr. N.D. Tex. 2004); <u>In re
Kmart Corporation</u>, Case No. 02-B02474 (Bankr. N.D. IL.
2002).

## SCOPE OF SERVICES

14.    The Debtors desire to retain DJM pursuant
to that certain Real Estate Consulting and Advisory
Services Agreement (the "Retention Agreement"), by and
between the Debtors and DJM Realty Services, LLC, a true
and correct copy of which is attached to the Graiser
Affidavit as Exhibit B.  As more fully set forth in the
Retention Agreement, during the term of retention, DJM
shall provide the following consulting and advisors
services with respect to the Debtors' leases (the
"Consulting and Advisory Services"):[2]

> (a)    Meeting with the Debtors to ascertain
> their goals, objectives and financial
> parameters;

> (b)    Negotiating the modification of certain
> of the Leases, as directed by the

---

[2]    The following descriptions of certain terms of the Retention
Agreement are intended to provide an overview for parties in
interest.  All parties are directed to the Retention Agreement
for the controlling terms of such agreement.  To the extent that
the descriptions set forth in the Application differ from the
terms of the Retention Agreement, the terms of the Retention
Agreement control.

Debtors, to obtain rent reductions or
other advantageous modifications;

(c)   Negotiating the sale of Owned Properties,
and the termination, assignment, sublease
or other disposition of certain of the
Leases, as directed by the Debtors,
including preparing and implementing a
marketing plan therefore and assisting
the Debtors at an auction of the Leases,
if needed;

(d)   Negotiating waivers or reductions of
prepetition cure amounts and Bankruptcy
Code section 502(b)(6) claims with
respect to Leases;

(e)   Negotiating, as requested by the Debtors,
extensions of time to assume or reject
Leases;

(f)   Providing, as requested by the Debtors,
desk-top valuations of certain of the
Leases;

(g)   Assisting the Debtors in the
documentation of proposed transactions;
and

(h)   Reporting periodically to the Debtors
regarding the status of negotiations.

### DJM'S DISINTERESTEDNESS

15.   Except as set forth in the Graiser

Affidavit, to the best of the Debtors' knowledge, DJM

and its professionals (a) do not have any connection

with the Debtors, their creditors, or any other party in

interest, or their respective attorneys or accountants,

(b) are "disinterested persons" under Bankruptcy Code section 101(14), and as required under Bankruptcy Code section 327(a), and (c) do not hold or represent an interest adverse to the estate.

**PROFESSIONAL COMPENSATION**

16.    The Debtors have agreed to pay DJM fees ("Fees"), as outlined below and more thoroughly described in the Retention Agreement and payable at the times set forth in the Retention Agreement:

(a)    **Lease Modifications – Monetary Terms:**  As to each modification of the monetary terms of a Lease that is later assumed by the Debtor, including but not limited to rent reductions, elimination of percentage rent payments, reductions in terms and reductions or limitations of extra charges, DJM fee shall be a percent of Total Occupancy Cost Savings, as calculated in section 3(a)(i) of the Retention Agreement.

(b)    **Lease Modifications – Non-Monetary Terms:** As to each modification of the non-monetary terms of a Lease, including by not limited to the Debtors' unilateral right to early termination of a Lease and the elimination of continuous operating provisions, DJM shall earn an amount equal $0.25 per square foot of "rentable area" for the applicable Lease premise.

(c)    **Lease Modifications – Additional Compensation:** If any Lease renegotiation results in the payment of consideration

to the Debtors for execution the Lease
modification, then such additional
consideration shall be included in the
calculation of Total Occupancy Cost
Savings for purposes of calculating DJM's
Fee under subsection (a) above.

(d) **Dispositions:** As to each assignment,
sublease, or other transfer of a Lease
(including lease termination transactions
with landlords, the sale of so-called
"Designation Rights" but specifically
excluding sales to purchasers of
substantially all the equity or assets of
the Debtors in which DJM was directly
responsible for the consummation of any
such sale), DJM shall earn a fee in the
amount equal to three and three quarters
(3.75%) percent of the Gross Proceeds of
such disposition. As to each sale of
Owned Property, DJM shall earn a fee in
an amount equal to three and one-quarter
percent (3.25%) of Gross Proceeds of such
sale.

(e) **Reduction in Bankruptcy Claims:** As to
each Lease assumed and assigned by the
Debtors, DJM shall earn a fee in the
amount equal to three and three quarters
(3.75%) percent of the amount paid to any
landlord to cure defaults existing at the
time of the assumption, where such cure
amount is reduced below the cure amount
that the Debtors reasonably acknowledge
is owing. As to each Lease rejected by
the Debtor, DJM shall earn a fee in the
amount equal to three and three quarters
(3.75%) percent of the amount any
landlord agrees to reduce or waive the
claim it could reasonably assert under §
502(b)(6) or otherwise.

(f)  **Extensions  of Time to Assume/Reject
Leases:**  If the Debtor requests that DJM
negotiate with landlords to obtain
extensions of time to assume/reject
Leases beyond 210 days from the petition
date of the Debtor's Bankruptcy Case,
then DJM shall be paid for such work at
the rate of $350 per hour.

(g)  **Valuations:**  For each Lease for which the
Debtor requests a desk-top leasehold
valuation, DJM shall earn and be paid a
fee of $400.  Up to one half of that fee
may be offset by the Debtor against any
additional fees owned to DJM hereunder
for the applicable Lease.  DJM will keep
time records for such services as may be
required by the Court administering the
Bankruptcy Case.

(h)  **Additional Fees:**  DJM will be compensated
for additional consulting services
rendered at the Debtors' specific request
and that are not otherwise provided for
in the Retention Agreement, at the rate
of $350 per hour.  DJM will keep time
records for such services as may be
required by the Court.

(i)  **Timing of Payment of Fees:**  DJM's fees
provided for in subsections (a), (b) and
(c) above are earned and payable on the
earlier to occur of the date that (i) any
Court order approving the modified Lease
terms shall be final and non-appealable,
(ii) the date the Debtors begin to
receive the benefits of the renegotiation
pursuant to a Lease modification or (iii)
the date the Debtor's plan of
reorganization or liquidation filed with
the Court or the conclusion of the
Debtor's Bankruptcy proceeding shall be
final and effective..  DJM's fees

provided for in subsection (d) above are earned and payable to DJM upon the closing of any transaction.  DJM's fees provided for in subsection (e) above shall be payable on the earlier to occur of the date that (x) the Debtors' plan of reorganization or liquidation filed with the Court or other conclusion of the Debtor's Bankruptcy proceeding shall be final and effective or (y) a Court order approving the assumption and assignment of the applicable Lease is final and non-appealable.  DJM's fees provided for in subsection (f) above shall be payable upon the delivery to Debtor of a landlord-executed extension of time to assume/reject a Lease. DJM's fees provided for in subsection (g) above shall be payable upon the delivery of each valuation to the Debtor.

17.  The Debtors understand that DJM intends to apply to the Court for allowances of compensation and reimbursement of expenses for real estate consulting services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding Local Rules, orders of this Court and guidelines established by the United States Trustee.  Because DJM will be compensated on a monthly basis with certain Fees, DJM should not be required to maintain or provide detailed time records in connection with any of its applications unless such applications contain hourly

fees for additional consulting services as set forth in the Retention Agreement.

18.   Such applications for fees and expenses will be paid by the Debtors, pursuant to the terms of the Retention Agreement, subject to approval by the Court.

## NOTICE

19.   Notice of this Application has been provided to those parties entitled to notice under this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 136).   The Debtors submit that, under the circumstances, no other or further notice need be given.

## WAIVER OF MEMORANDUM OF LAW

20.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Application and all applicable authority is set forth in the Application, the Debtors request that the requirement that all applications be accompanied by a separate memorandum of law be waived.

**NO PRIOR REQUEST**

21.   No previous request for the relief sought

herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request

that the Court enter an order, substantially in the form

annexed hereto, granting the relief requested in the

Application and such other and further relief as may be

just and proper.

Dated:     Richmond, Virginia
           December 12, 2008

                   Circuit City Stores, Inc.



                   _/s/ Michelle Mosier_____
                   Michelle Mosier
                   Vice President and Controller

Dated: December 12, 2008    SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                  - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                  - and -

                            MCGUIREWOODS LLP


                            /s/ Douglas M. Foley       .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

## **EXHIBIT A**
## Graiser Affidavit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | CASE NO. 08-35653 (KRH) |
| | § | |
| | § | Jointly Administered |
| DEBTOR.S | § | |

**AFFIDAVIT OF ANDREW B. GRAISER IN SUPPORT OF
APPLICATION TO APPROVE THE EMPLOYMENT AND RETENTION OF
DJM ASSET MANAGEMENT, LLC
AS REAL ESTATE CONSULTANTS FOR THE DEBTORS**

**STATE OF NEW YORK**　　)
　　　　　　　　　　　　　)
**COUNTY OF SUFFOLK**　　)

　　　　**BEFORE ME,** the undersigned authority, personally appeared Andrew B. Graiser, who, upon being duly sworn, deposed and stated as follows:

　　　　1.　　　**Background**． My name is Andrew B. Graiser．I am over the age of twenty-one (21) years, am competent to make this Affidavit, and have personal knowledge of the facts as stated in this Affidavit.

　　　　2.　　　I am Co-President and Chief Executive Officer of DJM Asset Management, LLC ("DJM"), a real estate consulting firm that maintains offices at 445 Broadhollow Road, Suite 225, Melville, New York 11747, and I make this affidavit on behalf of DJM (the "Affidavit")．I submit this Affidavit in support of the application (the "Application") of Circuit City Stores, Inc. and certain of its affiliated entities (collectively "Circuit" or the "Debtors") for an order pursuant to Section 327(a) of the Bankruptcy Code authorizing the employment and retention of DJM as real estate consultant to the Debtors．Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      DJM is a real estate consulting firm with significant experience in the representation of debtors concerning the disposition of leases and the mitigation of bankruptcy claims. DJM has been retained in the past as real estate consultant to Winn-Dixie, Kmart, Heilig Meyers, The Sharper Image, Linens 'N Things and Goody's Family Clothing, among others. DJM is well qualified to act as real estate consultants to the Debtors in this bankruptcy case.

4.      **Connections**. To the best of my knowledge and belief, neither I, DJM, nor any principal, consultant or employee thereof, has any connection with the Debtors, their creditors, other parties-in-interest, their respective attorneys, or the U.S. Trustee or any person employed in the Office of the U.S. Trustee (as identified to us by the Debtor),   except as disclosed or otherwise described herein, including:

a.  More than two years prior to the filing of the petition in this case, DJM performed certain real estate consulting services for the Debtors. Such work is completed, DJM received full payment for the work it completed and DJM is not a creditor of the Debtors.

b.  An affiliate of DJM, Gordon Brothers Retail Partners, LLC ("GBRP"), is currently engaged (as part of a joint venture) as the Debtors' agent to conduct store closing sales at 154 Circuit store locations. Pursuant to the store closing sales, GBRP (together with its joint venture partner Hilco Merchant resources, LLC) will sell the inventory and furniture, fixtures and equipment at those 154 store locations as set forth in the agency agreement (as amended) between the Company and the GBRP and Hilco merchant Resources joint venture. GBRP may consider future transactions opportunities relating to Circuit, including engagements similar to the current engagement or as an inventory and/or fixtures disposition consultant for the Debtors.

c.  An affiliate of DJM, GB Asset Advisors, LLC ("GBAA"), was engaged in September 2008 by the agent to Circuit's pre-petition senior loan facility to provide certain inventory appraisal services relating to Circuit. Such work is completed and GBAA is not a creditor of the Debtors.  Furthermore, GBAA has been asked by the agent for Circuit's debtor-in-possession loan facility to continue performing from time to time inventory appraisal services relating to Circuit, and GBAA may also consider other future transactions opportunities relating to Circuit.

d.  An affiliate of DJM's parent company, Gordon Brothers Group, LLC, owns CompUSA, Inc. ("CompUSA"). Affiliates of CompUSA previously assigned their tenant's interest in five CompUSA leases to Circuit. CompUSA is no longer operating any retail business.

e.   DJM and certain affiliates of DJM have entered into joint venture agreements with affiliates of Kimco, one of Circuit's landlords, in connection with investments in real estate. None of such arrangements are, in the aggregate, material to the business of DJM or its affiliates.

f.   In a matter unrelated to Circuit, an affiliate of DJM is part of a joint venture with an affiliate of New Plan Excel Realty Trust, Inc., an affiliate of Centro, one of Circuit's landlords, to provide real estate disposition services to a third party. That matter is not material to the business of DJM or its affiliate.

5.      To the best of my knowledge and belief, except as may be set forth above, DJM, its principals, consultants, and employees:

      a.  Are not creditors, equity security holders, or insiders of the Debtors; and

      b.  Are not and were not, within two (2) years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtors.

6.      As a part of its diverse practice, DJM appears in numerous cases, proceedings and transactions involving attorneys, accountants, investment bankers and financial consultants, some of which may represent claimants and parties-in-interest in these Chapter 11 cases.  Further, DJM has in the past, and may in the future, be represented by various attorneys and law firms in the legal community, some of whom may be involved in these proceedings.  In addition, DJM has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors herein in matters upon which DJM is to be employed.

7.      DJM may have in the past represented, may currently represent, and likely in the future will represent, in matters wholly unrelated to the Debtors' cases, numerous entities that are listed on Exhibit "A" attached to this Affidavit.  DJM has not represented, does not represent, and will not represent any such entity's interest in this bankruptcy case.  DJM does not represent any such entity in connection with this bankruptcy case nor does it believe that any relationship it may have with any of the entities listed on Exhibit "A" attached hereto will interfere with or impair DJM's representation of the Debtors in these cases.  DJM will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in this bankruptcy case, _provided_, _however_, that such services do not relate to, or have any direct connection with, this bankruptcy case.

8.      I have reviewed the list of parties-in-interest that is attached as Exhibit A to this Affidavit (collectively, the "Parties-in-Interest").

9.      As expected, while the results of these searches revealed no conflict of interest with regard to DJM's anticipated retention as real estate consultant for the Debtors, connections to several Parties-in-Interest were revealed.  Those connections are specifically outlined in Section 4 above.

10.      Insofar as other connections with Parties-in-Interest are concerned, it is possible that one or more associates or staff members of DJM may have personal or social connections with certain Parties-in-Interest.  However, DJM submits that individual affiliations with Parties-in-Interest will not in any way affect the services that DJM proposes to provide to the Debtors.

11.      DJM submits that the connections described above do not create a conflict in its retention as real estate consultant to the Debtors.

12.      The disclosures identified above are based upon all information reasonably available to DJM at the time of submission of the Application to the Bankruptcy Court for approval.  DJM will, to the extent necessary, supplement this Affidavit as may be required by the Bankruptcy Code and Rules if and when any other relationships exist or are modified such that further disclosure is required.  DJM will implement appropriate internal procedures to protect the interests of the Debtors in connection with the representations and relationships set forth above.

13.      **<u>Compensation</u>**.  DJM and the Debtors have entered into an engagement agreement dated as of November 19, 2008 (the "Agreement"), a copy of which is attached hereto as Exhibit B, which Agreement will govern the relationship between DJM and the Debtors.  DJM will provide such real estate consulting services as are set forth in the Agreement for the compensation described therein.

14.      No promises have been received by DJM, nor any associate or employee thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  Except as set forth in this affidavit, DJM has no agreement with any other entity to share with such entity any compensation received by DJM in connection with these Chapter 11 cases.

[Signature page follows.]

       WHEREFORE, affiant respectfully prays for the entry of the order submitted

with the Application and for such other and further relief as may be just and proper.

DJM Asset Management, LLC

_____

Andrew B. Graiser, Co-President
445 Broad Hollow Road, Suite 225
Melville, New York 11747

Sworn to before me this     day
of December 2008

_____

Notary Public
My Commission Expires:

EXHIBIT A

Parties-in-Interest

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.
Kornstein, Don R.
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.
Wahle, Elliot

Wong, Mark J.
Woo, Carolyn Y.

**Businesses Affiliated with Directors
and Officers**
AFC Enterprises
Air Products and Chemicals Inc.
Aon Corporation
Bally Total Fitness Holding Corporation
Centex Corporation
Home Depot International
Iconix Brand Group Inc.
Lexmark International Inc.
Nisource Inc.
Pan American Life Insurance
Stride Rite Sourcing International
Sunoco Inc.
Textron Lycoming Corporation
The Brink's Company
The Servicemaster Company
True Value Company
Varsity Brands Inc.
VF Corporation
Wabco Holdings

**Significant Shareholders**
J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Prepetition and Postpetition
Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation
Wells Fargo Retail Finance, LLC

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation

Kingston Technologies
Klipsch Audio Technologies, LLC
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.
Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corporation

**Vendors and Major Contract Parties**
Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
Bailiwick Data Systems Inc.
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc.
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corporation
Eleets Logistics
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc.
Nextag
NFL Enterprises LLC
North American Roofing Systems Inc.
Northern Wire Productions
Orbis Corporation
Pricegrabber.Com LLC
PTR Compactor & Baler Company
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America Inc.
Shopping.Com Inc.
Shopzilla Inc.
Sony
Specificmedia Inc.
Standard Electric
Streater Inc.
Swiff Train Company

Trane
Tremor Media
Universal Fixtures & Display
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Wayne Dalton Corporation
Weather Channel Interactive, The

**Fifty Largest Unsecured Creditors**
Advertising.com
Alliance Entertainment
Apex Digital Inc
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett-Packard
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington Computer Products Group
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Samsung Electronics America
Sandisk Corporation
Sharp Electronics Corporation
Simpletech
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corporation

**Consignors**
foneGear
Intuit Inc.
Memorex Products, Inc.

Navarre Corporation
Panasonic Consumer Electronics Company
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Credit Card Companies and/or Processors**
American Express
Chase Bank, USA
Discover Card
IPS Card Solutions, Inc.
MasterCard
ValueLink
Visa Inc.

**Insurers**
American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Chubb
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Company
Executive Risk Indemnity Inc.
Federal Insurance Company
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers
Integon Specialty Insurance Company
Lancashire Insurance Company (UK) Ltd
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Fire Insurance Company
Lloyds of London
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
American Express Travel Related Services Company
American Express Trust Company
Aon Inc.
Assurant Inc.
Avista Advantage, Inc.
Beecher Carlson Insurance Services
Computerized Waste Systems
CTSI
E-Count
Empire Blue Cross Blue Shield
Hewitt Associates LLC
IBM
Jardine Lloyd Thompson Canada
Kaiser Permanente
Marsh USA, Inc.
Medco Health Solutions
Mercer Insurance Group
Mid-Atlantic Vision Service Plan, Inc.
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.

Triple-S Management Corporation
Vision Service Plan
Wachovia Bank, N.A.

**Utility Providers**
Accent Energy
American Electric Power Company
American Water Company
Alabama Gas Corporation
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power
Alliant Energy/WP&L
Alltel
Altoona City Authority
Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water & Energy Savers
American Water Service, Inc.
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
Arizona Public Service
Aqua New Jersey
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corporation
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric
Atmos Energy
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas
Bell South
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer District, OH
Bexar County WCID
Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority
California Water Service-Bakersfield

Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC
Central Hudson Gas & Electric Company
Central Maine Power
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC
City of Columbus, OH
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busing
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL

City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE
City of Durham, NC
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX
City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT

City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR
City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee

City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX
City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, L.L.C.
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast
Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power
Connecticut Natural Gas Corporation
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications
CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA
Delta Charter Township, MI

| | |
|---|---|
| Denver Water | Hawaiian Electric Company, Inc. |
| Deptford Township MUA, NJ | Hawaiian Telecom |
| Direct Energy | Hayward Water System |
| Division of Water, City of Cleveland OH | Helix Water District |
| Dixie Electric Cooperative | Hernando County Utilities, FL |
| Dominion East Ohio | Hicksville Water District |
| Dothan Utilities | Highland Sewer & Water Authority |
| Douglasville-Douglas County GA | Highland Utilities Dept, IN |
| DTE Energy | Highlands Ranch Metro Districts |
| Dublin San Ramon Services District | Hillsborough County Water Resource Ser. |
| Duke Energy | Holland Board of Public Works |
| Dupage County Public Works | Holland Charter Township, MI |
| Duquesne Light Company | Holyoke Gas & Electric Department |
| East Bay Municipal Utility District | Holyoke Water Works, MA |
| East Brunswick Water Utility | Huntsville Utilities, AL |
| Eastern Municipal Water District | Idaho Power |
| Easton Suburban Water Authority | Imperial Irrigation District, CA |
| Easylink Services Corporation | Indian River County Utilities, FL |
| El Paso Electric Company | Indianapolis Power & Light |
| El Paso Water Utilities | Indianapolis Water Company |
| El Toro Water District | Insight |
| Electric City Utilities/City of Anderson | Intercall |
| Electric Power Board-Chattanooga | Intermountain Gas Company |
| Elizabethtown Gas | Intermountain Rural Electric Association |
| Elmira Water Board  NY | Irvine Ranch Water District |
| Elyria Public Utilities | Jackson Electric Membership Corp, GA |
| Embarq Communications | Jackson Energy Authority |
| Emerald Coast Utilities Authority | Jackson Water Collection, MI |
| Entergy Arkansas, Inc. | Jacksonville Electric Authority |
| Entergy Gulf States LA, LLC | Jefferson County AL, Sewer Service Fund |
| Equitable Gas Company | Jefferson Parish, LA |
| Erie County Water Authority | Jersey Central Power & Light |
| Evansville, IN Waterworks Dept | Johnson City Power Board |
| Everett Utilities | Johnson City Utility System |
| Fairfax Water - VA | Kansas City Power & Light Company |
| Fairfield Municipal Utilities | Kansas Gas Service |
| Fairpoint Communications | KCMO Water Services Department |
| Fewtek Inc. | Keynote Red Alert |
| First Utility District of Knox County | Kissimmee Utility Authority |
| Flint EMC, GA | Knoxville Utilities Board |
| Flint Township-Board of Public Works | Kentucky Utilities Company |
| Florence Water & Sewer Commission | Laclede Gas Company |
| Florida City Gas | Lafayette Utilities Systems |
| Florida Power & Light Company | Lake Apopka Natural Gas District, FL |
| Florida Public Utilities Co, DeBary | Lake County Dept of Public Works, IL |
| Floyd County Water Department | Lakehaven Utility District |
| Fontana Water Company | Lakeland Electric/City of Lakeland,FL |
| Fort Collins Utilities | Lansing Board of Water & Light |
| Fort Worth Water Dept, TX | Lee County Electric Cooperative |
| Frederick County Division of Utilities | Lincoln Electric System |
| Frontier | Long Island American Water, NY |
| Fruitland Mutual Water Company | Long Island Power Authority |
| Gainesville Regional Utilities | Los Angeles County Dept. of Public Works |
| Gas South | Los Angeles Dept of Water & Power |
| Geoff Patterson, Receiver of Taxes | Loudoun Water |
| Georgia Power | Louisville Water Company |
| Golden State Water Company | Lubbock Power Light & Water |
| Grand Chute Utilities | Lycoming County Water & Sewer Authority |
| Grand Traverse County Dept of Pub Works | Macon Water Authority |
| Granite Telecommunications | Madison Gas and Electric - WI |
| Greater Augusta Utility District, ME | Madison Suburban Utility District |
| Greater Cincinnati Water Works | Madison Water/Sewer/Storm Utilities, WI |
| Green Bay Water Utility | Manchester Water Works |
| Green Mountain Power | Marin Municipal Water District |
| Greene County - Department of Public Wor | Martin County Utilities |
| Greenville Utilities Commission, NC | McAllen Public Utilities -TX |
| Greenville Water System, SC | MCI |
| GreyStone Power Corporation | Manatee County Utilities Cust Serv |
| Gulf Power | Medford Water Commission, OR |
| Gwinnett Co. Water Resources | Memphis Light, Gas & Water Division |
| Hamilton Township | Merced Irrigation District |
| Hampton Roads Utility Billing Services | Merchantville - Pennsauken |
| Harker Heights Water Department, TX | Met-Ed |
| Harpeth Valley Utilities District | Metro |
| Harrisonburg Electric Commission | Metro Technology, Inc. (AL) |

Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept.
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri Gas Energy
Mobile Area Water & Sewer System
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation
New Jersey Natural Gas Company
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation
Nicor Gas
Northern Indiana Public Service Company
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/
NW Natural
NYC Water Board
New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility, FL
Oceanic Time Warner Cable
Onondaga County Water Authority
Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Company
Olivenhain Municipal Water District
Ontario Water Works
Orange and Rockland Utilities
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company
Pedernales Electric Cooperative, Inc.
Penelec
Pennichuck Water Works, Inc.
Peoples Gas
PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas-Nashville Gas

Pinellas County, FL-Utilities
Plaza Mill Limited
PNM Electric & Gas Services
Portland General Electric
Portland Water District - ME
PPL Utilities
Prattville Water Works Board
Progress Energy Carolinas, Inc
Providence Water
Public Service Electric & Gas Company
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Public Works Commission, City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
Prince William County Services
Questar Gas
Qwest
Racine Water & Wastewater Utilities, WI
Rancho California Water District
Regional Water Authority, CT
Research In Motion
Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
Southern Maryland Electric Cooperative
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board
Springfield Water & Sewer Commission
Sprint
Salt River Project
St. Lucie West Services District

Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc., FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant
TDS Telecom
Tampa Electric Company
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS
Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
TXU Energy
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
Valencia Water Company, CA
VCCDD Utility
Vectren Energy Delivery
Verizon (BA)

Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas
Washington Suburban Sanitary Commission
Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
Wisconsin Electric
Wisconsin Gas
West View Water Authority
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
Windstream
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy: Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

**Real Property Lessors**
1030 W. North Avenue Bldg., LLC
120 Orchard LLC
1251 Fourth Street Investors, LLC
13630 Victory Boulevard LLC
1890 Ranch, Ltd
1965 Retail LLC
19th Street Investors, Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard, LP
380 Towne Crossing, LP
4 Newbury Danvers LLC
44 North Properties, LLC
444 Connecticut Avenue LLC
502-12 86th Street, LLC
5035 Associates, LP
601 Plaza, LLC
610 & San Felipe, Inc.
680 S. Lemon Avenue Company LLC
700 Jefferson Road Ii, LLC
ADD Holdings, LP
AAC Cross County Leasehold Owner, LLC
Abercorn Common, LLP
Abrams Willowbrook Three LP
Acadia Realty Limited Partnership
Accent Homes, Inc
ACPG Management, LLC
Advance Real Estate Management, LLC
Agree Limited Partnership
AIG Baker Deptford, LLC

AIG Baker Hoover, LLC
Alameda Associates
Alexander's Of Rego Park Center, Inc.
Alexandria Main Mall LLC
Alliance - Rocky Mount, LLC
Almaden Plaza Shopping Center, Inc.
Almeda-Rowlett Retail LP
Almonesson Associates, LP
Altamonte Springs Real Estate Associates, LLC
Amargosa Palmdale Investments, LLC
AMB Property, LP
Amcap Arborland LLC
Amcap Northpoint LLC
American National Bank & Trust Company Of
Chicago
American National Insurance Company
Amherst Industries, Inc.
AMLI Land Development- I, LP
Ammon Properties LLC
AM REIT Texas Real Estate Investment Trust
AR Investments, LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I, LLC
Arho LP
Arrowhead Net Lease, LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
Avr Cpc Associates, LLC
Awe-Ocala, Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLLC
Barberio, Janet
Bard, Ervin & Suzanne
Barnes and Powers North LLC
Basile LLC
Basser - Kaufman 222, LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale, LLC
BC Portland Partners, Inc.
Bear Valley Road Partners LLC & M Lantz LLC
Beatson, William P. Jr.
Becker Investment Company
Becker Trust, LLC
Bedford Park Properties, LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Development Company
Benderson Properties Inc.
Benenson Columbus - OH Trust
Berkshire West
Berkshire-Amherst, LLC
Berkshire-Hyannis, LLC
BFLO-Waterford Associates, LLC
BFW/Pike Associates, LLC
BG Walker, LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Building Retail 2007 LLC & Netarc LLC
Bl-NTY I, LLC
Boise Towne Plaza LLC
Bond CC. V Delaware Business Trust
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates

Boulevard North Associates, LP
Boyer Lake Pointe, Lc
BPP-Connecticutt LLC
BPP-Muncy LLC
BPP-Ny LLC
BPP-Oh LLC
BPP-Redding LLC
BPP-Sc LLC
BPP-Va, LLC
BPP-Wb, LLC
Brandywine Grande C, LP
Bre, Louis Joliet, LLC
Briantree Property Association LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
Burnham Pacific Properties
By-Pass Development Company LLC
CC. Hamburg NY Partners, LLC
CJM. Management Company
CA New Plan Asset Partnership IV, LLP
Cafaro Governors Square Partnership
Camelback Center Properties
Cameron Group Associates LLP
Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates, S.E.
Capital Centre LLC
Cardinal Capital Partners
Cardinal Court, LLC
Carlyle-Cypress Tuscaloosa I, LLC
Carousel Center Company, LP
Carriage Crossing Market Place, LLC
Carrollton Arms
Catellus Development Corporation
Catellus Operating LP
CBC - Wilbur Properties
CBL Terrace Limited Partnership
CC - Investors 1995-6
CC - Investors 1996-1
CC - Investors 1996-12
CC - Investors 1996-17
CC - Investors 1996-3
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft. Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC Investors 1996-6
CC Investors 1996-7
CC Investors 1997-10
CC Investors 1997-12
CC Investors 1997-2
CC Investors 1997-3
CC Investors 1997-
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC

CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville, LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty, LLC
CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development, Ltd
Centennial Holdings LLC
Central Investments, LLC
Central Park 1226, LLC
Central Park Property Owners Association
Centro Bradley Spe 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group
Centro Watt
Century Plaza Development Corporation
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hills - West LLC
Chapman And Main Center
Charbonnet Family Ltd et. al
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
Cim/Birch St., Inc.
Circuit Distribution - Illinois
Circuit Il Corporation
Circuit Investors - Fairfield, LP
Circuit Investors - Vernon Hills, LP
Circuit Investors - Yorktown, LP
Circuit Investors #2 Ltd
Circuit Investors #3 LP
Circuit Investors #4 - Thousand Oaks LP
Circuit Oklahoma Property Investor
Circuit Pennslyvania Corporation
Circuit Sports LP
Circuit Tax Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City View Center LLC
CK Richmond Business Services #2, LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II LP
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co, LLC
Cole CC Groveland Fl, LLC
Cole CC Kennesaw Ga, LLC
Cole CC Mesquite Tx, LLC
Cole CC Taunton Ma, LLC
Colonial Heights Holding, LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaz, LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC

Compton Commercial Redevelopment Company
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC.
Continental 64 Fund LLC
Cortlandt B. LLC
Cosmo-Eastgate, Ltd.
Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G. Kamin Baton Rouge LLC
Daniel G. Kamin Burlington LLC
Daniel G. Kamin Elmwood Park LLC
Daniel G. Kamin Flint, LLC
Daniel G. Kamin Mcallen LLC
Daniel G Kamin and Howard Kadish, LLC
Dartmouth Marketplace Associates
Dayton Hudson Corporation
DDR  Southeast Loisdale LLC
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR Mdt Asheville River Hills
DDR Mdt Fairfax Towne Center LLC
DDR Mdt Grandville Marketplace LLC
DDR Mdt Monaca Township Marketplace LLC
DDR Mdt Union Consumer Square, LLC
DDR Miami Ave LLC
DDR Norte LLC, S.E.
DDR Southeast Cary LLC
DDR Southeast Cortez, LLC
DDR Southeast Culver City District
DDR Southeast Dothan Outparcel, LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Olympia District
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR 1st Carolina Crossings South LLC
DDRA Arrowhead Crossing LLC
DDRM Hilltop Plaza LP
DDRM Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase II, LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks at Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks at Highwood Preserve I LLC
Decatur Plaza I, LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family Limited Partnership
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma, LLC
DEV LP
Diamond Square LLC

Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed, N.V.
DJD Partners LP
DMC Properties, Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown, LLC
Doyle Winchester Properties, LLC
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC.
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Gate Center V
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
EEL Mckee LLC
EKLEC Co. Newco LLC
ELPF Slidell, LLC
Emporium on LBJ Owners Association
Encinitas PFA, LLC
Enid Two, LLC
ERP of Midway, LLC
Estate of Joseph Y. Einbinder
Evansville Developers LLC, G.B.
Evergreen Mcdowell And Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace, Inc.
F.R.O., LLC Ix
Faber Bros., Inc
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associate, LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park, LLC
FC Wodbridge Crossing, LLC
Federal Realty Investment Trust
Feil Organization, The
FGP Company
Fingerlakes Crossing LLC
Firecreek Crossing o Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
F&M Properties
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Forest City Ratner Company
Fourels Investment Company
Fr/Cal Gouldsboro Property Holding LP
Friedland, Lawrence And Melvin
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub, LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center
Gateway Center Properties III, LLC
Gateway Company LLC
Gateway Woodside Inc.
GC Acquisition Corporation

Geenen Dekock Properties LLC
Generation H One and Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors, LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center Oea
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments, LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium Association
Hannon Ranches Ltd
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows JV
Hayward 880, LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
HIP Stephanie, LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC.
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners - Intermodal, LLC
Holyoke Crossing LP II
Home Depot USA Inc.
Hoprock Limonite LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Company
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates, LP
I-93 Somerville LLC
Iannucci Development Corporation
Immobilien Verwaltung GMBH
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn, LLC
Inland American Retail Management
Inland Commercial Property Management Inc.
Inland Us Management LLC
Inland Western Austin Southpark Meadows II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II, LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC

723026.01-Chicago Server 2A                    MSW - Draft December 5, 2008 - 8:51 AM

Inland Western Oswego Gerry Centennial LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio Hq LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III District
Intergrated Real Estate Services LLC
International Speedway Square Ltd
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Company LLC
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossings, LLC
Jantzen Dynamic Corporation
Jefferson Mall Company II LLC
JKCG LLC
Johnson City Crossing (Delaware)LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC.
Kamin Realty Co
Karns Real Estate Holdings II, LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
K E - Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes S.C., LLC
Kimco Pk LC
Kimco Realty Corporation
KIR Amarillo LP
KIR Arboretum Crossing LP
KIR Augusta I 044 LLC
KIR Piers 716 LLC
Kite Coral Springs LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investment
Krupp Equity Limited Partnership
KSK Scottsdale Mall LP
L. Mason Capitani Propety & Asset Mgmt. Inc
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Association
Landman, Deborah, Eli Landman, Zoltan Schwartz &
Anna Schwartz
Laredo/MDN II LP
Larry J. Rietz, MP, LLC
Las Vegas Land and Development Company LLC
LB Commercial Mortgage Trust Series 1998 C1
LC White Plains Retail LLC
Lea Company
League City Towne Center Ltd
Leben, Robert L. & Mary C.
Lester Development Corporation
Lexington Corporate Properties Inc.
Lexington Lion Weston I LP
Lincoln Plaza Associates LP
Lincoln US Properties LP
Linden Business Center Association

Little Britain Holding, LLC
Loop West LLC
Louis Joliet Shoppingtown LP
Lucknow Associates
Lufkin Gkd Partner, LP
M & M Berman Enterprises
MIA Brookhaven LLC
Macerich Lakewood LLC
Macerich Vintage Fair LP
Macy's Central
Madison Waldorf LLC
Magna Trust Company
Main Street At Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Company Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 and Debbie Ltd.
Manteca Stadium Park LP
Marco Portland General Partnership
Market Heights Ltd
Marlton VF, LLC
Mass One LLC
Mayfair - MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd
MD-GSI Associate, LLC
MDS Realty II, LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Melville Walton Hone, Trustee Of Hone Family
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (De) LLC
MHW Warner Robins LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings, LLC
Montevideo Investments, LLC
Montgomery Towne Center Station, Inc
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
Msf Eastgate-I LLC
Myrtle Beach Farms Company Inc.
Nap Northpoint LLC
National Retail Properties, LP
Nazario Family Partnership
Necrossgates Commons Newco, LLC
Nevada Investment Holdings, Inc.
New Plan Excel Realty Trust
New Plan of Memphis Commons, LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre, LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California
Northwoods LP
Novogroder/Abilene LLC

NP Huntsville LLC
NP I&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC St.Louis LLC
One Liberty Properties
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
PL Mesa Pavilions LLC
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities  LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corporation
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Company LLC
Pappas Gateway LP
Paragon Affiliates
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza, Ltd.
Parks at Arlington LP
Parkside Realty Associates, LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
Peikar Muskegon LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas, Inc
Plaza Las Palma, LLC
Plazamill LLP
Plymouth Marketplace Condominium Assoc., Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
Prattcenter LLC
Preit Services LLC
PRGL Paxton LP
Prince George's Station Retail LLC
Principal Real Estate Holding Company LLC
Priscilla J. Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
PRU Desert Crossing V LLC
Prudential Insurance Company Of America
Puente Hills Mall LLC
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond and Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP

Realty Income Corporation
Rebs Muskegon LLC
Red Mountain Retail Group
Red Rose Commons Condominium Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corporation
Rio Associates LP
Robinson, Donald
RREEF America REIT II Corporation VVV
RVIP Valley Central LP
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing, LLC
Shoppes Of Beavercreek LLC
Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
Sigmund Sommer Properties
Signal Hill Gateway LLC
Signco Inc.
Silverdale K-Four
Silverstein, Raymond - Trustee
Simon Debartolo Group LP
Simon Property Group
Simon Property Group Texas LP
Simvest Real Estate II LLC
Sinay Family LLC And Trust
Sir Barton Place, LLC
Site A LLC
SJ Collins Enterprises LLC
Goodman Enterprises, LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southhaven Center II LLC
Southland Acquisitions LLC
Southland Center Investors LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd.
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LP
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Indian Ridge LLC
St. Louis Mills LP
St. Cloud Associates
St. Tammany Oaks Subdivision Association LLC
Stapleton North Town LLC
Star Universal LLC
Station Landing, LLC
Stop & Shop Supermarket Company LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC
Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T And T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP

Tanglewood Park LLC
Tanurb Burnsville LP
Target Corporation
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
Teachers Insurance & Annuity Assoc.Of Amer.
Team Retail Westbank Ltd
Ten Pryor Street Building Ltd.
Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; & Frank
Terra Enterprises
Terranomics Crossroads Associates
The Cafaro Northwest Partnership
The City Of Portfolio TIC LLC
The Marketplace Of Rochester Hills Parcel B LLC
The Macerich Company
The Shoppes At Schererville LLC
The Shops At Kildeer
The Village At Rivergate LP
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF Onc Development LLC
THF St. Clairsville Parcel C.C. Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC
Torrington Triplets LLC
Tourbillon Corporation
Tower Center Associates
Town Square Plaza
Towson VF LLC
Traverse Square Company Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout, Jerome B. Jr.
Trout, Segall
Trumbull Shopping Center #2 LLC
Trustees Of Salem Rockingham LLC
TSA Stores, Inc.
TUP 430 Company LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
U.K. - American Properties Inc.
U.S. 41 & I-285 Company
Uncommon Ltd.
Urbancal Oakland II LLC
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View S.C. LLC
Van Ness Post Center LLC
Ventura In Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village Square I L.P.
Village Walk Retail LP
Viwy IP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
Vornado Realty Trust
W&D - Imperial No. 1/Norwalk
W&S Associates LP
W/S Stratford LLC
Waco Investment Group

Wal-Mart Stores East LP
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington Re Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC
Weberstown Mall LLC
WEC 96D Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96D Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99A-2 LLC
WEC 99A-1 LLC
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Companies Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake Limited Partnership
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners A LP
Whitestone REIT
Wilmington Trust Company
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corporation, The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Overton Plaza LP
WRI Camp Creek Marketplace Ii, LLC
WRI Lakeside Marketplace LLC
WRI Seminole Marketplace LLC
WXIII/PWN Real Estate LP

**Sublessees**
$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
American Outdoor Advertising
Arc International Corporation
Autozone Northeast Inc.
Baby Superstore,Inc.
Blockbuster Inc.
Books A Million
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment, Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports LP
Consolidated Stores Corporation
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Don Sherwood Golf Inc.
Edwin Watts Golf Shop
Empire Education Group

723026.01-Chicago Server 2A                    MSW - Draft December 5, 2008 - 8:51 AM

Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Food Lion LLC
Forecast Danbury LP
GE Transportation Systems
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Homans Associates Inc.
Hughes MRO Ltd.
Huntington National Bank
Inkeeper Properties Inc.
International House Of Pancakes
JR Furniture USA Inc.
Joelle Inc.
JP Morgan Chase Bank
K&G Men's Company Inc.
Katz
Lakeshore Equipment Company
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's/Corner Bakery Holding Corporation
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less
MRV Wanamaker LLC
New Avenues Lease Ownership LLC
New Colorado Daily, Inc.
North South Partner, LLC
O'Charleys, Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries,Inc.
Orthodontic Centers of Virginia Inc.
Peak Place Holdings, LLC
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Company
Prosound Music Centers Inc.
Quantum Fine Casework Inc.
Quarterdeck Corporate Office
Raymund Garza
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores,LLC
Schiavone, Daniel
Sky Bank
Solo Cup Company
Staples, The Office Superstore Inc.
The Auto Toy Store Inc.
The Floor Store Inc.
The Julia Christy Salon Inc.
The Pep Boys
The Sports Authority
The TJX Operating Companies
Tire Kingdom, Inc.
Topline Appliance Depot Inc.
Toys R US Inc.
Trader Joe's Company
Truong, Se and Ly
Tru Properties Inc.
TVI Inc.
Viacom Outdoor
Visionary Retail Management
Waterbed Emporium of California
West Marine Products Inc.
Winchester Fun Expedition Corporation

Wired Management LLC
Workforce Central Florida

**Personal Property Lessors**
Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard
Service Power
Toshiba

**Banks Utilized in the Company's
Cash Management System**
American Savings
AmSouth Bancorporation
Banco Popular
Bank of America
CRP Securities, LLC
Chase Bank
CRP Securities
Fifth Third Bank
Fifth Third Securities
JP Morgan Securities Inc
Lehman Brothers
Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
SunTrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**Liquidators**
Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Litigation Counterparties**
Alicea, Ada
Audiobahn
Banker, Michael
Booker, Jamal
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Foss, Andrew
Harris, William
Holloman, Latia
Ibrahim, Betty
Internal Revenue Service
Iowa AG
JP Morgan Chase
Keystone Automotive Industries
Kobra Properties
Mad Rhino
Maria Moncayo (class action)
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry (class action)
Securities and Exchange Commission
Snow, Christopher
State of Iowa
Temple, Floyd Edward Jr.
Tennessee Department of Revenue
Unical
Visa

Voegtle, Clayton P.
Weidler, Daniel

**Restructuring and Other Professionals**
Bingham McCutchen LLP
Ernst & Young
FTI Consulting Inc.
Goldman, Sachs and Company
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
LeClairRyan
McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
Rothschild, Inc.
Schulte Roth & Zabel LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**Bankruptcy Court Judges (Eastern District of Virginia)**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.

723026.01-Chicago Server 2A                                    MSW - Draft December 5, 2008 - 8:51 AM

**<u>EXHIBIT B</u>**
**Retention Agreement**

EXHIBIT B

Agreement

## REAL ESTATE CONSULTING AND ADVISORY
## SERVICES AGREEMENT

This Agreement is entered into as of November 19, 2008 (the "Execution Date"), by and between DJM Asset Management, LLC (the "Consultant"), and Circuit City Stores, Inc. and certain of its affiliated entities (collectively the "Company" or the "Debtor"), which have filed voluntary petitions for relief under Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), jointly administered under Case No. 08-35653 (KRH) (the "Bankruptcy Case").

Recitals:

A.    The Company's business includes the leased and owned locations set forth on **Exhibit "A"** attached hereto and made a part hereof. The leased locations are referred to individually as a "Lease," and collectively as, the "Leases". The owned locations are referred to individually as an "Owned Property" and collectively as the "Owned Properties". The Leases and Owned Properties are sometimes also referred to collectively as the "Properties".

B.    The Company desires the Consultant to assist in (i) the renegotiation of terms of certain of the Leases, (ii) the disposition of the Owned Properties and certain of the Leases, (iii) the reduction in claims related to the Leases, (iv) as needed and requested, negotiations with landlords as to extensions of time to assume or reject Leases and (v) as needed and requested, valuations of certain of the Leases. Company seeks to engage the Consultant to provide certain consulting services in connection therewith.

Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Company and the Consultant agree as follows:

1.    Consulting and Advisory Services. The Consultant shall provide consulting and advisory services with respect to the Owned Properties and the Leases as follows:

(i)     Meeting with Company to ascertain the Company's goals, objectives and financial parameters;

(ii)    Negotiating the modification of certain of the Leases, as directed by the Company, to obtain rent reductions or other advantageous modifications;

(iii)   Negotiating the sale of the Owned Properties, and the termination, assignment, sublease or other disposition of certain of the Leases, as directed by the Company, including preparing and implementing a marketing plan therefore and assisting the Company at any auctions of the Properties, if needed;

(iv)    Negotiating waivers or reductions of prepetition cure amounts and Bankruptcy Code § 502(b)(6) claims with respect to Leases;

    (v)    Negotiating, as requested by the Company, extensions of time to assume or reject Leases beyond the period prescribed in the Bankruptcy Code, as the same may be extended by order of the court;

    (vi)    Providing, as requested by the Company, desk-top valuations of certain of the Leases;

    (vii)    Assisting the Company in the documentation of proposed transactions; and

    (viii)    Reporting periodically to the Company regarding the status of negotiations.

2.    <u>Term</u>. Subject to the entry of an order of the Court authorizing the Debtor's entry into this Agreement, the term of this Agreement shall be twelve (12) months from the Execution Date; provided, however, the Company shall have the unilateral right, in its sole discretion, for any reason or no reason, to terminate this Agreement upon not less than thirty (30) days prior written notice at any time after June 8, 2009. In the event the Company exercises its right to terminate this Agreement prior to the date twelve (12) months following the Execution Date, the Company shall nevertheless remain obligated to pay all amounts earned prior to the early termination date and such additional amounts, if any, as may be earned pursuant to paragraph 5 hereof.

3.    <u>Compensation</u>. As compensation for its services, the Consultant will receive the following fees.

(a)    <u>Lease Modifications.</u> In consideration of Consultant's services in connection with any renegotiation of the monetary terms of any Lease that is later assumed by the Debtor, including but not limited to rent reductions, elimination of percentage rent payments, reductions in term and reductions or limitations on extra charges, Consultant's fee shall be a percent of Total Occupancy Cost Savings (defined below), calculated as set forth below.

(i)    No fee for monetary term Lease modifications shall be payable unless and until either (a) the Net Present Value of Total Occupancy Cost Savings (as defined below) for the first year of the Leases following modification is at least $30,000,000, as evidenced by Binding Agreements (defined below) or (b) the Net Present Value of Total Occupancy Cost Savings for the first three years of the Leases following modification is at least $60,000,000, as evidenced by Binding Agreements. At that time Consultant shall earn and be paid a fee of $700,000 (the "<u>Base Fee</u>"). Consultant shall also earn and be paid fees for additional Total Occupancy Cost Savings based upon the Net Present Value of Total Occupancy Cost Savings, as evidenced by Binding Agreements, as follows:

| Net Present Value of First Year<br>Total Occupancy Cost Savings | Fee as a Percent of First Year<br>Total Occupancy Cost Savings |
| --- | --- |
| >$30,000,000 -$40,000,000 | 3.0% |
| >$40,000,000 - $50,000,000 | 4.0% |
| >$50,000,000 | 5.0% |

By way of example only, if the Net Present Value of Occupancy Cost Savings for the first year following modification of the Leases is $45,000,000, then Consultant's fee would be $1,200,000 (the $700,000 Base Fee, plus $10,000,000 x 3%, plus $5,000,000 x 4%).

In addition to the amounts payable pursuant to the preceding paragraph, with respect to any Leases for which the period of Occupancy Cost Savings is in excess of 12 consecutive months following modification, Consultant shall earn and be paid fees as follows:

(a)    3.0% of the Net Present Value of Total Occupancy Cost Savings for the second year of the Leases following modification;

(b)    2.5% of the Net Present Value of Total Occupancy Cost Savings for the third year of the Leases following modification;

(c)    1.5% of the Net Present Value of Total Occupancy Cost Savings for any period after the expiration of the third year of the Leases following modification (i.e., the period beginning on the 37th month after the effective date of a modification).

Further, in the event that the Consultant earns the Base Fee on or before January 9, 2009, Consultant's fee rates as set forth above shall be increased by 0.25% as applied to all Total Occupancy Cost Savings evidenced by a Binding Agreement signed on or before January 9, 2009.

This payment structure assumes that Consultant will negotiate the terms of approximately 550 Leases. In the event that, within 30 days from the Execution Date, the number of Leases is reduced below that number, then the above dollar thresholds, including the $30,000,000 or $60,000,000, as applicable, threshold for the Base Fee, shall be reduced pro-rata based on the number of Leases less than 550. In addition, if neither the Debtor nor the Consultant is able to identify landlord contact information for more than ten percent (10%) of the Leases intended to be negotiated, the dollar thresholds shall be reduced by five percent (5%). If Consultant's efforts result in a Binding Agreement and, for whatever reason, the relevant Lease is not later assumed by the Debtor, then the Occupancy Cost Savings related to each such Lease, for purposes of the $30,000,000 or $60,000,000, as applicable, threshold for the Base Fee only, shall be counted as part of Total Occupancy Cost Savings.

As to each Lease for which Consultant's efforts resulted in a Binding Agreement and, for whatever reason, the relevant Lease is not later assumed by the Debtor, then Consultant shall earn and be paid a minimum fee in the amount of 25% of the fee it would have earned, as calculated above, if such Lease had been assumed; provided, however, that (i) in no event shall such minimum fees, in the aggregate, exceed $700,000 and (ii) the payment of any such

minimum fee may be offset against a fee payable to the Consultant pursuant to subsection (b) below and related to the disposition of the applicable Lease.

For purposes of this Agreement, the following terms shall have the meanings provided for herein:

"Binding Agreement" means a signed letter or other agreement intended to be binding or the execution of a form Lease modification agreement by both Debtor and a landlord.

"Net Present Value of Total Occupancy Cost Savings" means Total Occupancy Cost Savings, discounted to present value using a 6% per annum discount rate.

"Occupancy Cost" means the sum of base rent, percentage rent, CAM, taxes, insurance and other charges payable by the Debtor under a particular Lease. In the case of percentage rent, such rent will be calculated using sales figures for the 12 months ended October 31, 2008 (equitably adjusted if less than 12 months of sales figures are available), and CAM, taxes, insurance and other charges will be calculated using the last available full year charge for each item.

"Occupancy Cost Savings" means the difference between the original Occupancy Cost and the renegotiated Occupancy Cost for the period from the effective date of the modification through the end of the term of the lease modifications or the relevant period. In the case of Lease term extensions, Occupancy Cost Savings shall be calculated for the term of the Lease extension as the difference between the Occupancy Cost as in effect for the period immediately prior to the term extension and the renegotiated Occupancy Cost. If a Lease modification involves changing base rent to percentage rent only, Occupancy Cost Savings will be determined using the sales figures for the 12 months ended October 31, 2008 (equitably adjusted or estimated if less than 12 months of sales figures are available). For purposes of calculating Consultant's consulting fee hereunder, the Company and Consultant also agree that Occupancy Cost Savings will also include any Occupancy Cost amounts agreed to be paid on behalf of the Company by any Lease guarantor or other third party.

"Total Occupancy Cost Savings" means the sum of Occupancy Cost Savings for all Leases.

      (ii)    For renegotiating a non-monetary provision of a Lease, including but not limited to Debtor's unilateral right to early termination of a Lease and the elimination of continuous operation provisions, Consultant's fee shall be an amount equal to twenty-five cents ($0.25) per square foot of "rentable area" for the applicable Lease. For purposes of this Agreement, "rentable area" shall be deemed to be the area on which the Company pays base rent pursuant to the applicable Lease.

      (iii)    In addition to the fees set forth in Subsections 3(a)(i) and (ii) above, if any Lease renegotiation results in the payment of consideration to Debtor for executing the Lease modification, then such additional consideration shall be included in the calculation of Total Occupancy Cost Savings for purposes of calculating Consultant's fee under Section 3(a)(i) above.

      (b)    <u>Dispositions</u>: For each closing of a transaction in which any Lease is sold, assigned, subleased or otherwise transferred to a third party (including lease termination

transactions with landlords and the sale of so-called "Designation Rights" but specifically excluding sales to purchasers of substantially all the equity or assets of the Company), the Consultant shall earn a fee in an amount equal to three and three quarters (3.75%) percent of the Gross Proceeds of such disposition. For each closing of a transaction in which any Owned Property is sold, specifically excluding the sale of all or substantially all of the equity or assets of the Company, the Consultant shall earn a fee in an amount equal to three and one-quarter percent (3.25%) of Gross Proceeds of such sale. In connection with the sale of a Lease, except for subleases, the term "Gross Proceeds" hereunder means the total amount of consideration paid or payable (including any cure amounts paid or waived) by the purchaser, assignee, designation rights purchaser, landlord or other transferee. For subleases "Gross Proceeds" means the net present value, using a 7.0% discount factor, of the expected sublease income (including rent, CAM, taxes and other charges) payable by the subtenant. In the case of sales of Owned Property, Gross Proceeds shall mean the total consideration paid by any purchaser less transfer taxes and fees payable in connection with any such sale.

(c)     Reduction in Bankruptcy Claims: (i) For any Lease assumed and assigned by the Debtor, if, as a result of negotiations led by the Consultant with a landlord, the amount required to be paid to the landlord to cure defaults existing at the time of assumption is reduced below the cure amount that the Debtor reasonably acknowledges is owing, the Consultant will receive a fee for the waiver or reduction of the cure amount in an amount equal to three and three quarters (3.75 %) percent of the total amount so reduced or waived; provided, however, it is expressly agreed that any agreement which reduces or eliminates the Debtor's obligation to establish the "Financial Transaction Escrow" or "Security Deposit" described in the Lease covering the Property located at 1965 Broadway, New York, NY, shall not be considered a reduction in a cure amount for which the Consultant is entitled to compensation under this Agreement. (ii) For any Lease rejected by the Debtor, if as a result of negotiations led by the Consultant with a landlord, such landlord agrees to reduce or waive the claim it could reasonably assert under Bankruptcy Code § 502(b) (6) or otherwise, the Consultant will receive a fee in an amount equal to three and three quarters (3.75 %) percent of the savings of any distribution on account of such claim(s) that otherwise would have been payable to the landlord in the Debtor's bankruptcy case.

(d)     Extensions of Time to Assume/Reject Leases: If the Company requests that the Consultant negotiate with landlords to obtain extensions of time to assume/reject Leases beyond 210 days from the petition date of the Company's Bankruptcy Case, then Consultant shall be paid for such work at the rate of $350 per hour. Consultant will keep time records for such services as may be required by the Court administering the Bankruptcy Case.

(e)     Valuations: For each Lease for which the Company requests a desk-top leasehold valuation, Consultant shall earn and be paid a fee of $400. Up to one half of that fee may be offset by the Company against any additional fees owed to Consultant hereunder for the applicable Lease.

(f)     Timing of Payments: Subject to Bankruptcy Court approval, Consultant's Base Fee provided for in Subsection 3(a) above shall be payable as set forth therein. Consultant's additional fees provided for in Subsection 3(a) above shall be payable on the earlier to occur of the date that (i) any Court order approving the modified Lease terms shall be final and non-appealable, (ii) the date the Debtor begins to receive the benefits of the renegotiation pursuant to a Lease modification or (iii) the date the Debtor's plan of reorganization or liquidation filed with

the Court or other conclusion of the Debtor's Bankruptcy proceeding shall be final and effective. Consultant's fee provided for in Subsection 3(b) above shall be earned and become payable to the Consultant upon the closing of any transaction referenced in Subsection 3(b). Consultant's fee provided for in Subsection 3(c) above shall be payable on the earlier to occur of the date that (x) the Debtor's plan of reorganization or liquidation filed with the Court or other conclusion of the Debtor's Bankruptcy proceeding shall be final and effective or (y) the later of (a) a Court order approving the assumption and assignment of the applicable Lease is final and non-appealable and (b) the date the landlord agrees to reduce the amount required to be paid to the landlord to cure defaults existing at the time of assumption below the cure amount that the Debtor reasonably acknowledges is owing. Consultant's fee provided for in Subsection 3(d) above shall be payable upon the delivery to Company of a landlord-executed extension of time to assume/reject a Lease. Consultant's fee provided for in Subsection 3(e) above shall be payable upon the delivery and approval of each properly completed valuation to the Company.

(g)    Consultant will be compensated for additional consulting services that are not otherwise provided for in this Agreement, rendered at Debtor's specific request and agreed to by Consultant, at the rate of $350 per hour. Consultant will keep time records for such services as may be required by the Court administering the Bankruptcy Case.

4.    Costs and Expenses. The Consultant shall not be responsible for any transactional costs and/or legal expenses incurred by the Debtor in connection with the retention of the Consultant and its involvement with the Properties. The Debtor shall reimburse Consultant for its reasonably incurred out-of-pocket expenses and travel expenses, provided that the Debtor has pre-approved such expenses and further provided that such reimbursement shall not exceed, in the aggregate, $25,000.

5.    Survival. Except in the event that the Consultant terminates this Agreement without cause or the Debtor terminates this Agreement for cause, in the event the Debtor, or its successors or assigns, enters into a transaction during the term of this Agreement, the result of which would entitle the Consultant to a fee pursuant to Section 3 of this Agreement, then regardless of who may be the purchaser, assignee, or successful bidder, the Consultant shall be entitled to its fee pursuant to the terms of this Agreement upon the later to occur of (i) consummation of the transaction and (ii) Court approval of the transaction.  In the event the Consultant has had, and has documented, negotiations with a third party or landlord prior to the termination of this Agreement and a transaction(s) covered by this Agreement closes within 180 days after the expiration of this Agreement, whether such transaction is closed by the Debtor or its successors or assigns, the Consultant shall be entitled to a fee in accordance with the terms of this Agreement; provided, however, that the Consultant must provide a written list of the third parties with whom it had documented communication and negotiations within ten business days after termination of this Agreement. If, prior to the expiration or termination of this Agreement, the Debtor enters into an agreement with a third party which provides for a Lease renegotiation, disposition, extension or claim reduction and such transaction closes, Consultant shall be entitled to payment in accordance with the terms of this Agreement regardless of the closing date.

6.    The Consultant and Company Covenants.

(a) In consideration of this Agreement, the Consultant agrees to utilize reasonable efforts and diligence to achieve the purpose of this Agreement.

(b) The Company shall use commercially reasonable, good faith efforts to make available to the Consultant all information concerning the Properties necessary for the performance of the Consultant's obligations hereunder, including landlord contact information, copies of Leases, Lease abstracts and a list of current rent, taxes and other Lease charges and such other information as Consultant reasonably requests and which may be in Company's possession or control.  All information provided by the Company shall, to the actual knowledge of the Company, be materially accurate and complete at the time it is furnished and the Company shall use commercially reasonable and good faith efforts to advise the Consultant promptly after it becomes aware of any inaccuracy or incompleteness in any information previously provided.

(c) Following execution of this Agreement, the Debtor shall promptly apply to the Court for an order, in a form reasonably acceptable to Consultant, authorizing the Debtor to retain the Consultant in accordance with this Agreement.

(d) To the extent necessary, the Debtor shall use its commercially reasonable best efforts to make provision in the final DIP order to be entered in its Bankruptcy Case that, as provided in the Senior Secured, Super Priority Debtor-In-Possession Credit Agreement, Consultant's fees payable pursuant to this agreement shall be included in the carve-out for professional fees included in that final DIP order.

7.    <u>Successors and Assigns.</u>  This Agreement shall be binding upon the Company or any successor or assignee including but not limited to a Chapter 11 or 7 trustee, examiner or liquidator.

8.    <u>Exclusive.</u>  The Consultant is the Debtor's sole and exclusive real estate agent for purposes of the services described in Paragraph 1 of this Agreement.  All relevant inquiries regarding the Properties made to the Company, its representatives or related parties to the Company shall be directed to the Consultant; provided, however, the foregoing shall not be construed to preclude the Company's attorneys from negotiating matters related to the Leases as the Company deems appropriate and the Consultant shall not be entitled to compensation as a result of negotiations by the Company's attorneys unless (a) such negotiations result in a Binding Agreement with regard to future rent reductions for which the Consultant would have earned a fee under Subsection 3(a) of this Agreement had such negotiations been handled by the Consultant, or (b) such negotiations result in a binding agreement and closing of a disposition as a result of which Consultant would have earned a fee under Subsection 3(b) if such negotiations had been handled by Consultant.  The Company acknowledges that the Consultant or its affiliated entities may be engaged to sell or market similar assets by other persons or entities, and that any such engagement shall not constitute or be deemed to be a violation of this Agreement. The Consultant acknowledges that the Properties do not include all of the real property owned or leased by the Company and the Consultant is being engaged to provide services only with regard to the Properties identified herein.  Without limiting the foregoing, it is understood that the Company's headquarters buildings and adjacent leased land in Richmond, Virginia are not Properties for purposes of this Agreement.

9.    <u>Indemnification.</u>  Subject to Bankruptcy Court approval, the Debtor and its estate shall indemnify and hold the Consultant and its affiliates and their respective officers, directors, employees, agents and independent contractors, harmless from and against all claims, demands, penalties, losses, liabilities or damages, including without limitation, reasonable attorney's fees

and expenses, directly or indirectly asserted against, resulting from, or related to the Consultant's services provided hereunder, unless such claims, etc. arise as a result of the Consultant's gross negligence or willful misconduct.

10.    General Provisions.

(a) This Agreement is subject to and contingent upon the entry of an order, in a form reasonably acceptable to Consultant, authorizing the Debtor's entry into this Agreement, which the Debtor agrees to use its commercially reasonable best efforts to obtain. The Debtor will provide the Consultant with a copy of the pleadings requesting retention of the Consultant prior to submission to the Court and advise the Consultant of any objection or hearings pertaining to the Consultant's retention. The Consultant shall provide the Debtor with any and all information and documentation reasonably necessary for its retention by the Debtor.

(b) The Company and the Consultant shall deal with each other fairly and in good faith so as to allow both parties to perform their duties and earn the benefits of this Agreement.

(c) The Company recognizes and acknowledges that the services to be provided by the Consultant pursuant to this Agreement are, in general, transactional in nature, and, except as may be required pursuant to Sections 3(d), 3(e)and 3(g), the Consultant will not be billing the Company by the hour or maintaining time records. Unless otherwise ordered by the Bankruptcy Court, it is agreed that the Consultant is not requested or required to maintain such time records and that its compensation will be fixed on the percentages set forth herein. Unless otherwise ordered by the Bankruptcy Court, Consultant shall not be required to file any interim or final fee applications with the Court.

(d) Any correspondence or required notice shall be addressed as follows:

**IF TO THE COMPANY:**

Circuit City Stores, Inc.
9950 Mayland Drive,
Richmond, VA 23233
Attention: Chris Crowe, Director of Real Estate

And
Circuit City Stores, Inc.
9950 Mayland Drive,
Richmond, VA 23233
Attention: General Counsel

With a copy to:

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
Attention: Gregg M. Galardi, Esq.

**IF TO THE CONSULTANT:**

DJM Asset Management, LLC

445 Broad Hollow Road, Suite 225

Melville, NY 11747

Attn: Andrew Graiser, Co-President

Tel: 631-752-1100 x229

Fax: 631-752-1231

Email: agraiser@djmasset.com

(e)  This Agreement shall be deemed drafted by both parties hereto, and there shall be no presumption against either party in the interpretation of this Agreement.

(f)  By executing or otherwise accepting this Agreement, the Company and the Consultant acknowledge and represent that they are represented by and have consulted with independent legal counsel with respect to the terms and conditions contained herein.

(g)  This Agreement may be executed in original counterparts, and if executed and delivered via facsimile shall be deemed the equivalent of an original.

(h)  Any and all issues, disputes, claims or causes of action which relate or pertain to, or result or arise from this agreement or the Consultant's services hereunder, shall be subject to the exclusive jurisdiction of the Court.

(i)  Other than the Debtor's affiliated debtors and debtors in possession, this Agreement creates no third-party beneficiaries.

(j)  All of the terms and conditions of each and every proposed sale, termination or other disposition of a Property, modification of a Lease or other agreement proposed by Consultant shall be subject to approval by Company, which approval may be withheld in Company's sole discretion.

11.    Disclosures.  Consultant discloses that:

(i)    An affiliate of Consultant, Gordon Brothers Retail Partners, LLC ("GBRP"), is currently engaged (as part of a joint venture) as the Company's agent to conduct store closing sales at 154 Company store locations.  GBRP may consider future transaction opportunities relating to the Company, including engagements similar to the current engagement or as an inventory and/or fixtures disposition consultant for the Company, and

(ii)    An affiliate of Consultant, GB Asset Advisors, LLC ("GBAA"), was engaged in September 2008 by the agent to the Company's pre-petition senior loan facility to provide certain inventory appraisal services relating to the Company.  Such work is completed and GBAA is not a creditor of the Company.  Furthermore, GBAA has been asked by the agent for the Company's debtor-in-possession loan facility to continue performing from time to time inventory appraisal services relating to the Company, and GBAA may also consider other future transactions opportunities relating to the Company.

The Consultant agrees to make such other disclosures as may be required by the Bankruptcy Code, the Bankruptcy and Local Rules and orders of the Bankruptcy Court.

[Signature page follows.]

IN WITNESS WHEREOF, the Company and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:

**Circuit City Stores, Inc.**

By: Bruce H. Besanko

Title: Executive Vice President & Chief Financial Officer

Dated: December 10, 2008

Accepted and Agreed to:

**DJM Asset Management, LLC**

By: EDWARD P. ZIMMER

Title: SR. MANAGING DIRECTOR

Dated: December 11, 2008

*Approved as to form DA*

10

EXHIBIT A

PROPERTIES

See Attached 17 Pages

**Closing Stores**

| Store # | LEASED (L) OR OWNED (O) | ADDRESS | CITY | STATE |
|---------|---------|---------|------|-------|
| 235 | L | 2030 DIAMOND BOULEVARD | CONCORD | CA |
| 236 | L | 7153 AMADOR PLAZA ROAD | DUBLIN | CA |
| 238 | L | 330 BELLAM BOULEVARD | SAN RAFAEL | CA |
| 413 | L | 3761 STATE STREET | SANTA BARBARA | CA |
| 422 | L | 120 EAST COMPTON BOULEVARD | COMPTON | CA |
| 426 | L | 10255 MAGNOLIA AVENUE | RIVERSIDE | CA |
| 435 | L | 9801 N. METRO PARKWAY EAST | PHOENIX | AZ |
| 436 | L | 1530 W SOUTHERN AVE. #210 | MESA | AZ |
| 437 | L | 8929 EAST INDIAN BEND ROAD | SCOTTSDALE | AZ |
| 441 | L | 10140 WEST MCDOWELL ROAD | AVONDALE | AZ |
| 449 | L | 1138 WEST VALLEY PARKWAY | ESCONDIDO | CA |
| 520 | L | 4805 OUTER LOOP | LOUISVILLE | KY |
| 534 | L | 3344 PERSHALL ROAD | FERGUSON | MO |
| 540 | L | 7553 BELLAIRE BOULEVARD | HOUSTON | TX |
| 712 | L | PARKWAY | KENNESAW | GA |
| 803 | L | 1905 CHAINBRIDGE ROAD | TYSON'S CORNER | VA |
| 803A | L | 1905 CHAINBRIDGE ROAD | TYSON'S CORNER | VA |
| 821 | L | 11011 BALTIMORE AVENUE | BELTSVILLE | MD |
| 825 | L | 3551 32ND AVENUE | MARLOW HEIGHTS | MD |
| 829 | L | 3555 ROOSEVELT BOULEVARD | TRUSSVILLE | AL |
| 834 | L | 1100 | ATLANTA | GA |
| 841 | L | 2434 NICHOLASVILLE ROAD | LEXINGTON | KY |
| 847 | O | 8823 PULASKI HIGHWAY | BALTIMORE | MD |
| 853 | L | 6491 WINCHESTER ROAD | MEMPHIS | TN |
| 880 | L | 2971 AKERS MILL ROAD SE | ATLANTA | GA |
| 884 | L | 1906 MT. ZION ROAD | MORROW | GA |
| 886 | L | 3637 PEACHTREE ROAD | ATLANTA | GA |
| 893 | L | 6155 YOUNGERMAN CIRCLE | JACKSONVILLE | FL |
| 920 | L | 5221 HICKORY HOLLOW PKWY. | ANTIOCH | TN |
| 1604 | L | 100 ALBEMARLE SQUARE | CHARLOTTESVILLE | VA |
| 1604A | L | 100 ALBEMARLE SQUARE | CHARLOTTESVILLE | VA |
| 1611 | L | 3310 SOUTH 31ST STREET | TEMPLE | TX |
| 1615 | L | 4110 ATLANTA HIGHWAY | BOGART | GA |
| 1628 | L | 3275 R STREET | MERCED | CA |
| 1629 | L | 1535 SOUTH BRADLEY ROAD | SANTA MARIA | CA |
| 1697 | L | 232-240 EAST 86TH STREET | NEW YORK | NY |
| 1806 | L | 1120 MAIN STREET | CUYAHOGA FALLS | OH |
| 1809 | L | 1650 EAST SHERMAN BOULEVARD | MUSKEGON | MI |
| 1811 | L | 8173 WEST BROWN DEER ROAD | MILWAUKEE | WI |
| 1813 | L | 4030 WEST BROAD STREET | COLUMBUS | OH |
| 1814 | L | STREET | INDIANAPOLIS | IN |
| 1816 | L | 130 BOSTON POST ROAD | ORANGE | CT |
| 1818 | L | 101 | BLOOMINGDALE | IL |

**Closing Stores**

| Store # | LEASED (L) OR OWNED (O) | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| 1880 | L | 550 NORTH TELEGRAPH ROAD | PONTIAC | MI |
| 1882 | L | SOUTH | FEDERAL WAY | WA |
| 3107 | L | 6290 NORTH POINT PARKWAY | ALPHARETTA | GA |
| 3118 | L | 5701 TOUHY AVENUE | NILES | IL |
| 3122 | L | 1747 EAST-WEST ROAD | CALUMET CITY | IL |
| 3123 | L | 3150 TONTI DRIVE | JOLIET | IL |
| 3124 | L | 551 NORTH MILWAUKEE AVENUE | VERNON HILLS | IL |
| 3165 | L | 5455 GLENWAY AVENUE | CINCINNATI | OH |
| 3171 | L | 4483 US ROUTE 14 | CRYSTAL LAKE | IL |
| 3172 | L | 10690 DAVIDSON PLACE | MANASSAS | VA |
| 3181 | L | 7900 PLAZA BOULEVARD, #100 | MENTOR | OH |
| 3182 | L | 110 MARKET DRIVE | ELYRIA | OH |
| 3201 | L | 3670 EISENHOWER PARKWAY | MACON | GA |
| 3208 | L | 8440 NORTH MADISON AVENUE | KANSAS CITY | MO |
| 3210 | L | 18701 EAST 39TH STREET | INDEPENDENCE | MO |
| 3220 | L | 3850 VENTURE DRIVE | DULUTH | GA |
| 3222 | L | 1165 PERIMETER CENTER WEST | ATLANTA | GA |
| 3228 | L | SUITE D | CHARLOTTE | NC |
| 3240 | L | 744 EAST JOYCE BLVD | FAYETTEVILLE | AR |
| 3243 | L | 3834 MARKET CENTER DRIVE | TUPELO | MS |
| 3268 | L | 751 GOOD HOMES ROAD | ORLANDO | FL |
| 3280 | L | 704 SOUTH QUINTARD AVENUE | ANNISTON | AL |
| 3297 | L | SUITE H | SNELLVILLE | GA |
| 3298 | L | 427 EAST 23RD STREET | PANAMA CITY | FL |
| 3299 | L | 12020 METCALF AVENUE | OVERLAND PARK | KS |
| 3301 | L | 1600 S. AZUSA AVENUE | CITY OF INDUSTRY | CA |
| 3303 | L | 600 WEST HILLCREST DRIVE | THOUSAND OAKS | CA |
| 3312 | L | 2735 SOUTH TOWNE AVENUE | POMONA | CA |
| 3330 | L | BOULEVARD | CHANDLER | AZ |
| 3337 | L | 1515 SOUTH POWER ROAD | MESA | AZ |
| 3341 | L | 7000 EAST MAYO BOULEVARD | PHOENIX | AZ |
| 3357 | L | 1620 24TH AVENUE NW | NORMAN | OK |
| 3362 | L | 7645 WEST BELL ROAD | PEORIA | AZ |
| 3374 | L | 4100 KLOSE DRIVE | RICHMOND | CA |
| 3380 | L | BOULEVARD | COLORADO SPRINGS | CO |
| 3394 | L | 24390 VILLAGE WALK PLACE | MURRIETA | CA |
| 3402 | L | BOULEVARD | PITTSBURG | CA |
| 3406 | L | 9365 A THE LANDING DRIVE | DOUGLASVILLE | GA |
| 3411 | L | 3295 BUFORD DRIVE, SUITE 100 | BUFORD | GA |
| 3416 | L | 1540 DOGWOOD DRIVE SE | CONYERS | GA |
| 3421 | L | 1098 BULLSBORO DRIVE (HWY. 34) | NEWNAN | GA |
| 3423 | L | 6560 20TH STREET | VERO BEACH | FL |
| 3426 | O | 1670 EAST CAMELBACK ROAD | PHOENIX | AZ |

**Closing Stores**

| Store # | LEASED (L) OR OWNED (O) | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| 3501 | L | 10400 N. CENTRAL EXPRESSWAY | DALLAS | TX |
| 3506 | L | 4945 LAPALCO BLVD. | MARRERO | LA |
| 3507 | L | 2421 VETERANS MEMORIAL BLVD. | KENNER | LA |
| 3511 | L | 8640 AIRLINE HIGHWAY | BATON ROUGE | LA |
| 3551 | L | BOULEVARD | GARFIELD HEIGHTS | OH |
| 3552 | L | 61119 AIRPORT ROAD | SLIDELL | LA |
| 3558 | L | 2501 WEST HAPPY VALLEY ROAD | PHOENIX | AZ |
| 3575 | L | 7349 NORTHCLIFF AVENUE | BROOKLYN | OH |
| 3580 | L | 2817 SOUTH MARKET STREET | GILBERT | AZ |
| 3598 | L | 100 | ACWORTH | GA |
| 3604 | L | 5600 MERCURY DRIVE | DEARBORN | MI |
| 3637 | L | 4612 BALDWIN ROAD | AUBURN HILLS | MI |
| 3661 | L | 1675 B SUNRISE HIGHWAY | BAY SHORE | NY |
| 3671 | L | 4345 HIGHWAY 9 | FREEHOLD | NJ |
| 3678 | L | 139 ALEXANDER AVENUE | LAKE GROVE | NY |
| 3681 | L | 5500 SUNRISE HIGHWAY | MASSAPEQUA | NY |
| 3683 | L | 2731 PALISADES CENTER DRIVE | WEST NYACK | NY |
| 3685 | L | 7001 SUNRISE HIGHWAY | HOLBROOK | NY |
| 3704 | L | 3430 JAMES-SANDERS BLVD. | PADUCAH | KY |
| 3712 | L | 2190 W. 4TH STREET | MANSFIELD | OH |
| 3714 | L | AVENUE | LIVINGSTON | NJ |
| 3722 | L | 1511 BOARDMAN ROAD | JACKSON | MI |
| 3728 | L | SOUTH | LAFAYETTE | IN |
| 3749 | L | 6397 PATS RANCH ROAD | MIRA LOMA | CA |
| 3758 | L | 1980 WEST FABYAN PARKWAY | BATAVIA | IL |
| 3760 | L | 15433 WEST MCDOWELL ROAD | GOODYEAR | AZ |
| 3763 | L | 125 DISC DRIVE | SPARKS | NV |
| 3766 | L | 1731 EAST BAYSHORE ROAD | PALO ALTO | CA |
| 3778 | L | 1770-1778 GUN HILL ROAD | BRONX | NY |
| 3784 | L | 1405 SOM CENTER RD | MAYFIELD HEIGHTS | OH |
| 3790 | L | 111 SOUTH WEBER ROAD | BOLINGBROOK | IL |
| 3794 | L | 1030 W. NORTH AVENUE | CHICAGO | IL |
| 3795 | L | E | KILDEER | IL |
| 3802 | L | 1290 EAST IRELAND ROAD | SOUTH BEND | IN |
| 3808 | L | 4127 HIGHWAY 75 NORTH | SHERMAN | TX |
| 3809 | L | DRIVE | MANSFIELD | TX |
| 3818 | L | 1881 HILLIARD ROME ROAD | COLUMBUS | OH |
| 3823 | L | 1037 CROSSINGS BLVD | SPRING HILL | TN |
| 3829 | L | 12010 WEST 95TH STREET | LENEXA | KS |
| 3860 | L | 2636 SOUTH ADAMS ROAD | ROCHESTER HILLS | MI |
| 4109 | L | 1500 GREENTREE BOULEVARD | CLARKSVILLE | IN |
| 4126 | L | 9950 JOLIET ROAD | COUNTRYSIDE | IL |
| 4195 | L | 100 WEST HIGGINS ROAD | SOUTH BARRINGTON | IL |

**Closing Stores**

| Store #. | LEASED (L) OR OWNED (O) | ADDRESS | CITY | STATE |
|---|---|---|---|---|
| 4200 | L | 2425 APALACHEE PARKWAY | TALLAHASSEE | FL |
| 4211 | L | 2169 TELEGRAPH ROAD | BLOOMFIELD | MI |
| 4224 | L | 8260 NORTH DITZLER AVENUE | KANSAS CITY | MO |
| 4228 | L | 27610 EUCALYPTUS AVENUE | MORENO VALLEY | CA |
| 4229 | L | 1007 COCHRAN ROAD | MORGAN HILL | CA |
| 4230 | L | 16685 SIERRA LAKES PARKWAY | FONTANA | CA |
| 4234 | L | 370 EAST RAND ROAD | ARLINGTON HEIGHTS | IL |
| 4240 | L | 10602 MELODY DRIVE EAST | NORTHGLENN | CO |
| 4243 | L | 26542 TOWNE CENTRE DRIVE | FOOTHILL RANCH | CA |
| 4245 | L | 9851 S. PARKER ROAD | PARKER | CO |
| 4248 | L | 2050 WEST UNIVERSITY DRIVE | MCKINNEY | TX |
| 4252 | L | 320 PEACHTREE PARKWAY | CUMMING | GA |
| 4257 | L | 10217 EAST SHELBY DRIVE | COLLIERVILLE | TN |
| 4268 | L | 1720 DOUGLAS ROAD | OSWEGO | IL |
| 4273 | L | 13585 TAMIAMI TRAIL NORTH | NAPLES | FL |
| 4278 | L | 9625 CROSSHILL BOULEVARD | JACKSONVILLE | FL |
| 4279 | L | 4749 JIMMY LEE SMITH PARKWAY | HIRAM | GA |
| 4300 | L | 43706 CHRISTY STREET | FREMONT | CA |
| 4301 | L | 1715 HACIENDA DRIVE | VISTA | CA |
| 4303 | L | 1560 GATEWAY BOULEVARD | FAIRFIELD | CA |
| 4310 | L | BOULEVARD, SUITE G | CEDAR PARK | TX |
| 4312 | L | 3270 S. GULF FREEWAY | LEAGUE CITY | TX |
| 4314 | L | 21002 SOUTH ELLSWORTH LOOP | QUEEN CREEK | AZ |
| 4319 | L | 2951 WATSON BOULEVARD | WARNER ROBINS | GA |
| 4323 | L | 1600 FLATBUSH AVENUE | BROOKLYN | NY |
| 4324 | L | 4178 BUCKEYE PARKWAY | GROVE CITY | OH |
| 4338 | L | 12640 SOUTH FREEWAY | BURLESON | TX |
| 4501 | L | 3625 NORTH WEST EXPRESSWAY | OKLAHOMA CITY | OK |

157

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 230 | 5353 ALMADEN EXPRESSWAY | SAN JOSE | CA |
| 232 | 1880 SOUTH GRANT STREET | SAN MATEO | CA |
| 233 | 111 EAST EL CAMINO REAL | SUNNYVALE | CA |
| 234 | 2480 WHIPPLE ROAD | HAYWARD | CA |
| 237 | 2805 SANTA ROSE AVENUE | SANTA ROSA | CA |
| 239 | 3401 DALE ROAD | MODESTO | CA |
| 240 | 5795 CHRISTIE AVENUE | EMERYVILLE | CA |
| 241 | 4994 CLAREMONT AVENUE | STOCKTON | CA |
| 242 | 1200 VAN NESS AVENUE | SAN FRANCISCO | CA |
| 250 | 8211 LAGUNA BOULEVARD | ELK GROVE | CA |
| 251 | 7980 ARCADIA BOULEVARD | CITRUS HEIGHTS | CA |
| 252 | 2121 ARDEN WAY | SACRAMENTO | CA |
| 253 | 303 GELLERT BOULEVARD | DALY CITY | CA |
| 270 | 3778 SOUTH MARYLAND PARKWAY | LAS VEGAS | NV |
| 271 | 4811 KIETZKE LANE | RENO | NV |
| 272 | 5055 SAHARA AVENUE | LAS VEGAS | NV |
| 401 | 4400 WEST SUNSET BOULEVARD | LOS ANGELES | CA |
| 403 | 1251 FOURTH STREET | SANTA MONICA | CA |
| 404 | 14600 OCEAN GATE AVENUE | HAWTHORNE | CA |
| 405 | 8371 LA PALMA AVENUE | BUENA PARK | CA |
| 406 | 39 NORTH ROSEMEAD BOULEVARD | PASADENA | CA |
| 407 | 1407 WEST CHAPMAN AVENUE | ORANGE | CA |
| 408 | 4950 FACULTY ROAD | LAKEWOOD | CA |
| 409 | 555 EAST HOSPITALITY DRIVE | SAN BERNARDINO | CA |
| 410 | 19330 PLUMMER STREET | NORTHRIDGE | CA |
| 411 | 39331 10TH STREET WEST | LANCASTER | CA |
| 414 | 24001 EL TORO ROAD | LAGUNA HILLS | CA |
| 416 | 7881 EDINGER  AVENUE, SUITE A-150 | HUNTINGTON BEACH | CA |
| 417 | 5150 PLAZA LANE | MONTCLAIR | CA |
| 419 | 21470 W. VICTORY BLVD. | WOODLAND HILLS | CA |
| 420 | 2851 EASTLAND CENTER DRIVE | WEST COVINA | CA |
| 421 | 13630 VICTORY BOULEVARD | VAN NUYS | CA |
| 423 | 5355 NORTH BLACKSTONE AVENUE | FRESNO | CA |
| 424 | 4230 CALIFORNIA AVENUE | BAKERSFIELD | CA |
| 425 | 2415 VIA CAMPO AVENUE | MONTEBELLO | CA |
| 427 | 11758 FIRESTONE BOULEVARD | NORWALK | CA |
| 428 | 1839 SOUTH LA CIENEGA BOULEVARD | LOS ANGELES | CA |
| 429 | 421 WEST ESPLANADE DRIVE | OXNARD | CA |
| 432 | 1608 SWEETWATER ROAD | NATIONAL CITY | CA |
| 433 | 8820 GROSSMONT BLVD. | LA MESA | CA |
| 434 | 3331 ROSECRANS AVENUE | SAN DIEGO | CA |
| 443 | 3998 CLAIREMONT MESA BOULEVARD | SAN DIEGO | CA |
| 446 | 25415 CRENSHAW BOULEVARD | TORRANCE | CA |
| 450 | 12133 MALL BOULEVARD | VICTORVILLE | CA |
| 505 | 55 LUDWIG DRIVE | FAIRVIEW HEIGHTS | IL |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 506 | 5610 SUEMANDY ROAD | ST. PETERS | MO |
| 508 | 3888 IRVING MALL | IRVING | TX |
| 509 | 5301 BELT LINE BOULEVARD, SUITE 11 | DALLAS | TX |
| 516 | 3321 ALAMO AVENUE | CINCINNATI | OH |
| 518 | 11810 PINES BOULEVARD | PEMBROKE PINES | FL |
| 519 | 4215 BLACK HORSE PIKE | MAYS LANDING | NJ |
| 522 | 10136 TWO NOTCH ROAD | COLUMBIA | SC |
| 530 | 6926 SOUTH LINDBERGH BOULEVARD | ST. LOUIS | MO |
| 532 | 28 THF BOULEVARD | CHESTERFIELD | MO |
| 533 | 4785 PARK 370 BOULEVARD | HAZELWOOD | MO |
| 535 | 691 GRAVOIS BLUFF BOULEVARD | FENTON | MO |
| 538 | 10025 ALMEDA GENOA ROAD | HOUSTON | TX |
| 541 | 2680 SOUTH HIGHWAY 6 | HOUSTON | TX |
| 542 | 17727 TOMBALL PARKWAY | HOUSTON | TX |
| 543 | 3300 N. CENTRAL EXPRESSWAY | PLANO | TX |
| 544 | 3865 SOUTH COOPER STREET | ARLINGTON | TX |
| 545 | 4820 SOUTHWEST LOOP, 820B | FT. WORTH | TX |
| 546 | 3733 EMPORIUM CIRCLE | MESQUITE | TX |
| 569 | 731 NORTH HIGHWAY 67 | CEDAR HILL | TX |
| 570 | 8108 G ABERCORN STREET | SAVANNAH | GA |
| 571 | 10277 EAST ADAMO DRIVE | TAMPA | FL |
| 576 | 1101 WOODLAND AVENUE | WYOMISSING | PA |
| 589 | 2201 US HIGHWAY 70 SE | HICKORY | NC |
| 593 | 4107 PORTSMOUTH BOULEVARD, SUITE 118 | CHESAPEAKE | VA |
| 597 | 10515 NORTH MOPAC EXPRESSWAY | AUSTIN | TX |
| 598 | 5400 BRODIE LANE | SUNSET VALLEY | TX |
| 700 | 7207 BUSTLETON AVENUE | PHILADELPHIA | PA |
| 704 | 3000 FESTIVAL WAY | WALDORF | MD |
| 711 | 400 WEST SWEDESFORD ROAD | BERWYN | PA |
| 725 | 400 SOUTH STATE ROAD | SPRINGFIELD | PA |
| 734 | 1450 NIXON DRIVE | MT. LAUREL | NJ |
| 743 | 2510 WEST MORELAND ROAD | WILLOW GROVE | PA |
| 759 | 400 MALL ROAD | BARBOURSVILLE | WV |
| 762 | 39 RHL BOULEVARD | CHARLESTON | WV |
| 766 | 2500 INTERNATIONAL SPEEDWAY BLVD. | DAYTONA BEACH | FL |
| 784 | 11160 VIERS MILL ROAD | WHEATON | MD |
| 785 | 150-A JENNIFER ROAD | ANNAPOLIS | MD |
| 800 | 239 ROBERT C. DANIEL JR. PARKWAY | AUGUSTA | GA |
| 802 | 6640 LOISDALE ROAD | SPRINGFIELD | VA |
| 805 | 1321 HUGUENOT ROAD | MIDLOTHIAN | VA |
| 814 | 14500 POTOMAC MILLS ROAD | WOODBRIDGE | VA |
| 815 | 151 NORTH PETERS ROAD | KNOXVILLE | TN |
| 817 | 110 S. INDEPENDENCE BOULEVARD | VIRGINIA BEACH | VA |
| 820 | 4217 E. WEST WENDOVER AVENUE | GREENSBORO | NC |
| 823 | 1508-B W. O. EZELL BOULEVARD | SPARTANBURG | SC |

**Rent Reduction Stores**

| | ADDRESS | CITY | STATE |
|---|---|---|---|
| 824 | 1020 SHOPPERS WAY | LARGO | MD |
| 827 | 4351 CREEKSIDE AVENUE | HOOVER | AL |
| 828 | 18061 HIGHWOODS PRESERVE | TAMPA | FL |
| 830 | 910 HAYNES MALL BOULEVARD | WINSTON-SALEM | NC |
| 831 | 2651 EAST FRANKLIN BOULEVARD | GASTONIA | NC |
| 832 | 6121 NORTH DAVIS HIGHWAY | PENSACOLA | FL |
| 835 | 1900 VALLEY VIEW BOULEVARD NW | ROANOKE | VA |
| 836 | 78 MOUNTAIN ROAD | GLEN BURNIE | MD |
| 837 | 7915 SOUTH ORANGE BLOSSOM TRAIL | ORLANDO | FL |
| 838 | 2728 EAST COLONIAL DRIVE | ORLANDO | FL |
| 839 | 1140 EAST ALTAMONTE DRIVE | ALTAMONTE SPRINGS | FL |
| 840 | 4601 CREEDMOOR ROAD | RALEIGH | NC |
| 843 | 2088 GALLATIN PIKE NORTH | MADISON | TN |
| 845 | 2109 MATTHEWS TOWNSHIP PARKWAY | MATTHEWS | NC |
| 846 | 602-A QUINCE ORCHARD ROAD | GAITHERSBURG | MD |
| 848 | 1700 NORTH FEDERAL HIGHWAY | FT. LAUDERDALE | FL |
| 849 | 7700 NORTH KENDALL DRIVE, #400 | MIAMI | FL |
| 850 | 3400 WESTGATE DRIVE | DURHAM | NC |
| 851 | 2204 HAMILTON PLACE BLVD. | CHATTANOOGA | TN |
| 852 | 5075 MORGANTON ROAD, SUITE 160 | FAYETTEVILLE | NC |
| 854 | 6026 BALTIMORE NATIONAL PIKE | CATONSVILLE | MD |
| 855 | 5900 UNIVERSITY DRIVE | HUNTSVILLE | AL |
| 856 | 3725 AIRPORT BOULEVARD | MOBILE | AL |
| 857 | 1702 NORTH DALE MABRY HIGHWAY | TAMPA | FL |
| 859 | 20669 BISCAYNE BLVD., NE | MIAMI | FL |
| 861 | 400 WEST 49TH STREET | HIALEAH | FL |
| 862 | 1901 OKEECHOBEE BOULEVARD | WEST PALM BEACH | FL |
| 863 | 6001 WEST SAMPLE ROAD | CORAL SPRINGS | FL |
| 865 | 840 WOODS CROSSING ROAD | GREENVILLE | SC |
| 866 | 1501 ROCKVILLE PIKE | ROCKVILLE | MD |
| 867 | 4212 U.S. ROUTE 98 NORTH | LAKELAND | FL |
| 868 | 7800 RIVERS AVENUE, SUITE B | CHARLESTON | SC |
| 871 | 8045 GIACOSA DRIVE | MEMPHIS | TN |
| 876 | 2066 TYRONE BOULEVARD NORTH | ST. PETERSBURG | FL |
| 877 | 4600 SHELBYVILLE ROAD | LOUISVILLE | KY |
| 878 | 8125 MALL ROAD | FLORENCE | KY |
| 888 | 9563 SOUTH BOULEVARD | CHARLOTTE | NC |
| 890 | 5718 COLUMBIA PIKE | BAILEYS CROSSROADS | VA |
| 891 | 24244 HIGHWAY 19 N. | CLEARWATER | FL |
| 892 | 9317 ATLANTIC BOULEVARD | JACKSONVILLE | FL |
| 896 | 238 HARBISON BLVD | COLUMBIA | SC |
| 897 | 4495 14TH STREET WEST | BRADENTON | FL |
| 910 | 493 EAST KEMPER AVENUE | CINCINNATI | OH |
| 913 | 6325 TACOMA DRIVE | PORT RICHEY | FL |
| 921 | 299 SWANNANOA RIVER ROAD | ASHEVILLE | NC |

**Rent Reduction Stores**

| | ADDRESS | CITY | STATE |
|---|---|---|---|
| 922 | 4380 CLEVELAND AVENUE | FT. MYERS | FL |
| 949 | 1055 GRAPE STREET | WHITEHALL | PA |
| 1600 | 259 BURGESS ROAD | HARRISONBURG | VA |
| 1601 | 1731 CARL D. SILVER PARKWAY | FREDERICKSBURG | VA |
| 1602 | 4910 S. BROADWAY | TYLER | TX |
| 1603 | 406 WEST LOOP 821 | LONGVIEW | TX |
| 1607 | 1171 WESTERN BLVD. | JACKSONVILLE | NC |
| 1608 | 5325 MARKET STREET | WILMINGTON | NC |
| 1609 | 2580 SOUTH PLEASANT VALLEY ROAD | WINCHESTER | VA |
| 1610 | 4909 WEST WACO DRIVE | WACO | TX |
| 1614 | 1175 DANA DRIVE | REDDING | CA |
| 1616 | 3423 CLEMSON BLVD., SUITE B | ANDERSON | SC |
| 1618 | 905 PLAYA AVENUE | SAND CITY | CA |
| 1624 | 1505 UNIVERSITY DRIVE EAST | COLLEGE STATION | TX |
| 1627 | 2402 DAVID MCLEOD BLVD. | FLORENCE | SC |
| 1638 | 1854 DELL RANGE BOULEVARD | CHEYENNE | WY |
| 1645 | 345 FAITH ROAD | SALISBURY | NC |
| 1681 | 1223 NORTH WESTOVER BLVD. | ALBANY | GA |
| 1683 | 141 SIERRA DRIVE | ALTOONA | PA |
| 1687 | 1729 MARTIN LUTHER KING BOULEVARD | HOUMA | LA |
| 1693 | 48 COLONNADE WAY | STATE COLLEGE | PA |
| 1695 | 20 SQUARE DRIVE | VICTOR | NY |
| 3100 | 9900 WEST BROAD STREET | GLEN ALLEN | VA |
| 3103 | 100 LINCOLN PLAZA | LANGHORNE | PA |
| 3104 | 3350 BRUNSWICK PIKE | LAWRENCEVILLE | NJ |
| 3106 | 820 SOUTHPARK BOULEVARD | COLONIAL HEIGHTS | VA |
| 3108 | 555 MAINE MALL ROAD | SOUTH PORTLAND | ME |
| 3111 | 1420 EAST GOLF ROAD | SCHAUMBURG | IL |
| 3112 | 2900 HIGHLAND AVENUE | DOWNERS GROVE | IL |
| 3113 | 7414 SOUTH CICERO AVENUE | CHICAGO | IL |
| 3120 | 7001 CERMAK PLAZA | BERWYN | IL |
| 3121 | 460 SOUTH STATE ROUTE 59 | NAPERVILLE | IL |
| 3125 | 340 W. ARMY TRAIL ROAD | BLOOMINGDALE | IL |
| 3126 | 9231 WEST 159TH STREET | ORLAND HILLS | IL |
| 3127 | 6124 WEST GRAND AVENUE | GURNEE | IL |
| 3128 | 2757 EAST U.S. 30 | MERRILLVILLE | IN |
| 3129 | 1812 RANDALL ROAD | ALGONQUIN | IL |
| 3131 | 2500 NORTH ELSTON AVENUE | CHICAGO | IL |
| 3133 | 14141 ALDRICH AVENUE SOUTH | BURNSVILLE | MN |
| 3134 | 1750 HIGHWAY 36 WEST, SUITE B | ROSEVILLE | MN |
| 3135 | 8250 TAMARACK VILLAGE | WOODBURY | MN |
| 3136 | 4260 WEST 78TH STREET | BLOOMINGTON | MN |
| 3137 | 1940 EAST COUNTY ROAD D | MAPLEWOOD | MN |
| 3139 | 1001 PLYMOUTH ROAD | MINNETONKA | MN |
| 3140 | 3316 DIVISION STREET | ST. CLOUD | MN |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 3141 | 3440 BERLIN TURNPIKE | NEWINGTON | CT |
| 3142 | 230 HALE ROAD | MANCHESTER | CT |
| 3143 | 1389 BOSTON POST ROAD | MILFORD | CT |
| 3144 | 19-29 UNIVERSAL DRIVE | NORTH HAVEN | CT |
| 3146 | 510 PARKER STREET | SPRINGFIELD | MA |
| 3147 | 3124 VESTAL PARKWAY EAST | VESTAL | NY |
| 3149 | 1 SANGERTOWN SQUARE MALL | NEW HARTFORD | NY |
| 3150 | 9090 CAROUSEL CENTER DRIVE | SYRACUSE | NY |
| 3151 | 3757 UNION ROAD | CHEEKTOWAGA | NY |
| 3152 | 3040 SHERIDAN STREET | AMHERST | NY |
| 3153 | 1020 MCKINLEY MALL | BLASDELL | NY |
| 3154 | 140 GREECE RIDGE CENTER DRIVE | ROCHESTER | NY |
| 3157 | 700 CENTER BOULEVARD | NEWARK | DE |
| 3158 | 4130 CONCORD PIKE | WILMINGTON | DE |
| 3159 | 33 HOLYOKE STREET | HOLYOKE | MA |
| 3160 | 161 WASHINGTON AVENUE EXT. | ALBANY | NY |
| 3164 | 2640 NORTH SALISBURY BOULEVARD | SALISBURY | MD |
| 3166 | 680 MARKETPLACE DRIVE | BEL AIR | MD |
| 3167 | 2601 WESTLAKE AVENUE | PEORIA | IL |
| 3168 | 1500 EAST EMPIRE STREET | BLOOMINGTON | IL |
| 3169 | 3051 WEST WABASH AVENUE | SPRINGFIELD | IL |
| 3170 | 2006 NORTH PROSPECT | CHAMPAIGN | IL |
| 3175 | 665 MAIN STREET | BROOKFIELD | WI |
| 3176 | 4585 SOUTH 76TH STREET | GREENFIELD | WI |
| 3177 | 2710-C SOUTH GREEN BAY ROAD | RACINE | WI |
| 3184 | 450 COMMERCE DRIVE | MADISON | WI |
| 3185 | 2301 EAST SPRINGS DRIVE | MADISON | WI |
| 3186 | 5944 GRAPE ROAD | MISHAWAKA | IN |
| 3187 | 4381 WHIPPLE AVENUE N.W. | CANTON | OH |
| 3189 | 2700 MIAMISBURG-CENTERVILLE PIKE | DAYTON | OH |
| 3192 | 8014 U.S. HIGHWAY 31 | INDIANAPOLIS | IN |
| 3193 | 5410 EAST 82ND STREET | INDIANAPOLIS | IN |
| 3194 | 1343 NORTH NATIONAL ROAD | COLUMBUS | IN |
| 3196 | 2720 TOWNE DRIVE | BEAVERCREEK | OH |
| 3197 | 837 SOUTH ROAD | POUGHKEEPSIE | NY |
| 3198 | 5460 EAST STATE STREET | ROCKFORD | IL |
| 3200 | 5555 WHITTLESEY BOULEVARD | COLUMBUS | GA |
| 3202 | 7001 NORTH WEST 4TH BLVD. | GAINESVILLE | FL |
| 3203 | 4708 SOUTH TAMIAMI TRAIL | SARASOTA | FL |
| 3204 | 419-A MARY ESTER CUTOFF | FT. WALTON BEACH | FL |
| 3205 | 5052 AIRPORT PULLING ROAD | NORTH NAPLES | FL |
| 3206 | 5624 JOHNSTON STREET | LAFAYETTE | LA |
| 3207 | 8575 N. W. 13TH TERRACE | MIAMI | FL |
| 3212 | 4351 RIDGEMONT DRIVE | ABILENE | TX |
| 3215 | 6920 WEST KELLOGG | WICHITA | KS |

Rent Reduction Stores

| Store # | ADDRESS | CITY | STATE |
|---------|---------|------|-------|
| 3217 | 3600 SOUTH GLENSTONE AVENUE | SPRINGFIELD | MO |
| 3218 | 6140 "O" STREET | LINCOLN | NE |
| 3219 | 1901 BERNADETTE DRIVE, #2 | COLUMBIA | MO |
| 3226 | 545 COOL SPRINGS BOULEVARD | FRANKLIN | TN |
| 3227 | 1401 PINEY PLAINS ROAD | CARY | NC |
| 3229 | 4110 LOOP 250, NORTH | MIDLAND | TX |
| 3230 | 1030 MALL LOOP ROAD | HIGH POINT | NC |
| 3233 | 4500 SAN FELIPE STREET | HOUSTON | TX |
| 3234 | 3402 SOUTHWEST 36TH TERRACE | OCALA | FL |
| 3237 | 515 NORTH CONGRESS AVENUE | BOYNTON BEACH | FL |
| 3238 | 7091 YOUREE DRIVE | SHREVEPORT | LA |
| 3241 | 2550 NORTH WEST FEDERAL HIGHWAY | JENSEN BEACH | FL |
| 3242 | 3060 SOUTH EVANS STREET | GREENVILLE | NC |
| 3244 | 1271 COBB CORNER DRIVE | ROCKY MOUNT | NC |
| 3246 | 550 SEABOARD STREET | MYRTLE BEACH | SC |
| 3247 | 3211 PEOPLES STREET, SPACE A | JOHNSON CITY | TN |
| 3249 | 12300 WEST SUNRISE BOULEVARD | PLANTATION | FL |
| 3252 | 1740 IDLE HOUR ROAD | KINGSPORT | TN |
| 3253 | 1455 LAKE WOODLAND DRIVE | THE WOODLANDS | TX |
| 3254 | 16742 SOUTHWEST FREEWAY | SUGAR LAND | TX |
| 3255 | 790 NORTH HIGHWAY 190 | COVINGTON | LA |
| 3260 | 5313 EAST 41ST STREET | TULSA | OK |
| 3262 | 3121 LAWRENCE ROAD | WICHITA FALLS | TX |
| 3263 | 120 SUNDANCE PARK | ROUND ROCK | TX |
| 3264 | 2930 PRESTON ROAD, SPACE F | FRISCO | TX |
| 3269 | 6918 GUNN HIGHWAY | TAMPA | FL |
| 3270 | 15210 CROSSROADS PARKWAY | GULFPORT | MS |
| 3274 | 2990 EAST PRIEN LAKE ROAD | LAKE CHARLES | LA |
| 3276 | 2819 WILMA RUDOLF ROAD | CLARKSVILLE | TN |
| 3281 | 2700 MARTHA BERRY HIGHWAY NE | ROME | GA |
| 3283 | 2821 MONTGOMERY HIGHWAY | DOTHAN | AL |
| 3284 | 1000 TURTLE CREEK ROAD | HATTIESBURG | MS |
| 3285 | 3000 EAST HIGHLAND DRIVE, SUITE 400 | JONESBORO | AR |
| 3289 | 450 E. MERRITT ISLAND CAUSEWAY | MERRITT ISLAND | FL |
| 3302 | 72369 HIGHWAY 111 | PALM DESERT | CA |
| 3304 | 4380 NORTH ORACLE ROAD | TUCSON | AZ |
| 3305 | 5530 E. BROADWAY BLVD. | TUCSON | AZ |
| 3306 | 3930 SOUTH MOONEY BOULEVARD | VISALIA | CA |
| 3307 | 4400 CUTLER AVE. NE | ALBUQUERQUE | NM |
| 3309 | 1101 NEWPORT CENTER DRIVE | NEWPORT BEACH | CA |
| 3310 | 25610 N. THE OLD ROAD | STEVENSON RANCH | CA |
| 3311 | 12260 FOOTHILL BOULEVARD | RANCHO CUCAMONGO | CA |
| 3313 | 13752 JAMBOREE ROAD | IRVINE | CA |
| 3315 | 1638 NE 102ND AVENUE | PORTLAND | OR |
| 3316 | 1772 JANTZEN BEACH CENTER | PORTLAND | OR |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 3317 | 530 SW EVERETT MALL WAY | EVERETT | WA |
| 3318 | 2800 196TH STREET, SW | LYNWOOD | WA |
| 3319 | 15600 N.E. 8TH STREET | BELLEVUE | WA |
| 3321 | 4124 TACOMA MALL BOULEVARD | TACOMA | WA |
| 3322 | 2041 WHITMAN AVENUE | CHICO | CA |
| 3323 | 9180 S.W. HALL BLVD. | TIGARD | OR |
| 3324 | 10722 SE 82ND AVENUE | PORTLAND | OR |
| 3326 | 3944 MERIDIAN STREET | BELLINGHAM | WA |
| 3327 | 11710 CARMEL MOUNTAIN ROAD, SUITE 248 | SAN DIEGO | CA |
| 3329 | 333 NORTH EL CAMINO ROAD | ENCINITAS | CA |
| 3331 | 7701 N. DIVISION STREET | SPOKANE | WA |
| 3332 | 2730 GATEWAY LOOP | SPRINGFIELD | OR |
| 3333 | 519 MEDFORD ROAD | MEDFORD | OR |
| 3334 | 542 NORTH MILWAUKEE STREET | BOISE | ID |
| 3336 | 223 ANDOVER PARK EAST | TUKWILA | WA |
| 3338 | 2815 CAPITOL MALL DRIVE, SW | OLYMPIA | WA |
| 3339 | 9250 SHERIDAN BOULEVARD | WESTMINSTER | CO |
| 3340 | 345 N. ACADEMY BLVD. | COLORADO SPRINGS | CO |
| 3342 | 9991 MICKELBERRY ROAD, NW | SILVERDALE | WA |
| 3343 | 1505 SOUTH COLORADO BLVD. | DENVER | CO |
| 3344 | 1450 S. ABILINE STREET | AURORA | CO |
| 3345 | 8575 SOUTH QUEBEC STREET | LITTLETON | CO |
| 3346 | 5155 SOUTH WADSWORTH BLVD. | LITTLETON | CO |
| 3347 | 10750 W. COLFAX AVE. | LAKEWOOD | CO |
| 3348 | 2600 PEARL STREET | BOULDER | CO |
| 3349 | 1093 WEST RIVERDALE ROAD | RIVERDALE | UT |
| 3350 | 724 EAST 2100 SOUTH | SALT LAKE CITY | UT |
| 3351 | 1340 EAST PARK CENTRE DRIVE | SALT LAKE CITY | UT |
| 3352 | 360 WEST ST. & 1300 S. ST. | OREM | UT |
| 3353 | 7156 SOUTH PLAZA CENTER DRIVE | WEST JORDAN | UT |
| 3354 | 98-145 KAONOHI STREET | AIEA | HI |
| 3360 | 5660 SEPULVEDA BLVD. | CULVER CITY | CA |
| 3361 | 118 S. MARYLAND AVENUE | GLENDALE | CA |
| 3364 | 123 ORANGEFAIR MALL | FULLERTON | CA |
| 3365 | 561 NORTH STEPHANIE STREET | HENDERSON | NV |
| 3366 | PLAZA DEL CARIBE MALL #2 ST. KM 227.9 | PONCE | PR |
| 3369 | 100 AVENUE SAN PATRICIO | GUAYNABO | PR |
| 3372 | 80 CARRIZALES | HATILLO | PR |
| 3373 | 2180 BELLFLOWER BLVD. | LONG BEACH | CA |
| 3375 | 10251 FAIRWAY DRIVE | ROSEVILLE | CA |
| 3376 | 4414 SOUTH COLLEGE AVENUE | FT. COLLINS | CO |
| 3377 | 1951 S. 25TH EAST STREET | AMMON | ID |
| 3378 | 10420 COORS BOULEVARD | ALBUQUERQUE | NM |
| 3379 | 2541 HIGHWAY 6 & 50 | GRAND JUNCTION | CO |
| 3381 | 4320 FREEWAY NORTH | PUEBLO | CO |

**Rent Reduction Stores**

| | | | STATE |
|---|---|---|---|
| 3382 | 15104 EAST INDIANA AVENUE | SPOKANE | WA |
| 3390 | 16511 NORTH WASHINGTON | THORNTON | CO |
| 3401 | 40480 WINCHESTER ROAD | TEMECULA | CA |
| 3403 | 18700 VETERANS BOULEVARD, UNIT 13 | PORT CHARLOTTE | FL |
| 3405 | 1400 GLADES ROAD, BAY 140 BE | BOCA RATON | FL |
| 3409 | 9041 SOUTHSIDE BOULEVARD | JACKSONVILLE | FL |
| 3418 | 1101 W.P. BALL BOULEVARD | SANFORD | FL |
| 3425 | 7781 WEST TROPICAL PARKWAY | LAS VEGAS | NV |
| 3428 | 1531 FROOM RANCH WAY | SAN LUIS OBISPO | CA |
| 3502 | 6001 NW LOOP 410, SUITE 108 | SAN ANTONIO | TX |
| 3504 | 5425 SOUTH PADRE ISLAND DRIVE, #135 | CORPUS CHRISTI | TX |
| 3505 | 1451 WEST PIPELINE ROAD | HURST | TX |
| 3508 | 1409 WEST I -240 SERVICE ROAD | OKLAHOMA CITY | OK |
| 3510 | 9027 EAST 71ST STREET SOUTH | TULSA | OK |
| 3512 | 507 WEST EXPRESSWAY 83 | MCALLEN | TX |
| 3513 | 3000 PABLO KISEL BOULEVARD, #100 | BROWNSVILLE | TX |
| 3514 | 2510 SONCY ROAD | AMARILLO | TX |
| 3515 | 7669 HIGHWAY 70 SOUTH | NASHVILLE | TN |
| 3516 | 250 NORTH KIMBALL AVENUE | SOUTHLAKE | TX |
| 3518 | 3340 CYPRESS PLANTATION TRAIL | RALEIGH | NC |
| 3520 | 13350 EAST FREEWAY | HOUSTON | TX |
| 3521 | 1045 E. COUNTY LINE ROAD | JACKSON | MS |
| 3522 | 325 CONEFLOWER DRIVE | GARLAND | TX |
| 3525 | 10570 FOREST HILL BOULEVARD EAST | WELLINGTON | FL |
| 3527 | 3137 SILVERLAKE DRIVE | PEARLAND | TX |
| 3529 | 128 WOODCUTTER STREET | EXTON | PA |
| 3549 | 11732 WEST BROAD STREET | GLEN ALLEN | VA |
| 3550 | 1140 WOODRUFF ROAD | GREENVILLE | SC |
| 3554 | 7705 MARKET PLACE DRIVE | AURORA | OH |
| 3556 | 9733 EAST ROOSEVELT BOULEVARD | PHILADELPHIA | PA |
| 3560 | 13199 CORTEZ BOULEVARD | BROOKSVILLE | FL |
| 3561 | 4155 MILLENIA BOULEVARD | ORLANDO | FL |
| 3562 | 8210 CONCORD MILLS BOULEVARD | CONCORD | NC |
| 3564 | 13730 N. PENNSYLVANIA AVENUE | OKLAHOMA CITY | OK |
| 3569 | 3401 NORTH MIAMI AVENUE, UNIT H | MIAMI | FL |
| 3570 | 2900 BELCREST CENTER DRIVE | HYATTSVILLE | MD |
| 3572 | 8655-8671 LYRA DRIVE | COLUMBUS | OH |
| 3576 | 6592 LAKE WORTH BOULEVARD | LAKE WORTH | TX |
| 3577 | 959 EAST INTERSTATE 30 | ROCKWALL | TX |
| 3579 | 100 MEYERLAND PLAZA MALL | HOUSTON | TX |
| 3581 | 7950 EAST 49TH AVENUE | DENVER | CO |
| 3582 | 78825 HIGHWAY 111 | LA QUINTA | CA |
| 3584 | 1286 INTERSTATE HIGHWAY 35 NORTH | NEW BRAUNFELS | TX |
| 3586 | 30491 AVENIDA DE LAS FLORES | RANCHO SANTA MARGARITA | CA |
| 3587 | 4413 BIRKLAND PLACE | EASTON | PA |

Rent Reduction Stores

| | | | |
|---|---|---|---|
| 3588 | 9600 SOUTH INTERSTATE HIGHWAY 35 | AUSTIN | TX |
| 3589 | 6680 SOUTHCREST PARKWAY | SOUTHAVEN | MS |
| 3590 | 495 CHAMBERLAIN HIGHWAY | MERIDEN | CT |
| 3591 | 1015 MAIN STREET | WARRINGTON | PA |
| 3592 | 228 COLONY PLACE | PLYMOUTH | MA |
| 3595 | 400 NORTH ALAFAYA TRAIL | ORLANDO | FL |
| 3597 | 1591 BEAVER CREEK COMMONS DRIVE | APEX | NC |
| 3599 | 8B ALLSTATE ROAD | DORCHESTER | MA |
| 3601 | 1360 SOUTH WASHINGTON STREET | NORTH ATTLEBORO | MA |
| 3602 | 70 WORCESTER PROVIDENCE PK | MILLBURY | MA |
| 3603 | 3547 WASHTENAW AVENUE | ANN ARBOR | MI |
| 3606 | 14105 HALL ROAD | SHELBY TOWNSHIP | MI |
| 3607 | 20550 13 MILE ROAD | ROSEVILLE | MI |
| 3608 | 43525 WEST OAKS DRIVE | NOVI | MI |
| 3611 | 23351 EUREKA ROAD | TAYLOR | MI |
| 3613 | 36300 WARREN ROAD | WESTLAND | MI |
| 3614 | 2582 SAWMILL PLACE BLVD. | COLUMBUS | OH |
| 3615 | 4056 MORSE ROAD | COLUMBUS | OH |
| 3616 | 2885 GENDER ROAD | COLUMBUS | OH |
| 3617 | 9931 MOUNTAIN VIEW DRIVE | WEST MIFFLIN | PA |
| 3618 | 3475 WILLIAM PENN HIGHWAY | PITTSBURGH | PA |
| 3619 | 7219 MCKNIGHT ROAD | PITTSBURGH | PA |
| 3621 | 225 NORTH BURKHARDT ROAD | EVANSVILLE | IN |
| 3622 | 12130 ROYAL POINT DRIVE | CINCINNATI | OH |
| 3624 | 20 COON RAPIDS BOULEVARD | COON RAPIDS | MN |
| 3625 | 707 US HIGHWAY 41 | SCHERERVILLE | IN |
| 3626 | 2380 NILES-CORTLAND ROAD S/E | WARREN | OH |
| 3627 | 7667 ARUNDEL MILLS BOULEVARD | HANOVER | MD |
| 3628 | 5606 BUCKEYSTOWN PIKE | FREDERICK | MD |
| 3629 | 7230 MARKET STREET | BOARDMAN | OH |
| 3630 | 2970 TITTABAWASSEE ROAD | SAGINAW | MI |
| 3631 | 4071 MILLER ROAD | FLINT | MI |
| 3632 | 3410 ALPINE AVENUE | WALKER | MI |
| 3633 | 4600 28TH STREET SE | KENTWOOD | MI |
| 3634 | 6026 WESTNEDGE AVENUE | PORTAGE | MI |
| 3635 | 5501 WEST SAGINAW HWY. | LANSING | MI |
| 3638 | 17766 GARLAND GROH BOULEVARD | HAGERSTOWN | MD |
| 3639 | 12140 JEFFERSON AVENUE | NEWPORT NEWS | VA |
| 3640 | 1589 CROSSWAYS BOULEVARD | CHESAPEAKE | VA |
| 3641 | 41 ASHBROOK ROAD | KEENE | NH |
| 3645 | 5300 SAN DARIO, SUITE 2205 | LAREDO | TX |
| 3648 | 90 STEPHEN KING DRIVE, SUITE 3 | AUGUSTA | ME |
| 3654 | 4635 WEST COLLEGE AVENUE | GRAND CHUTE | WI |
| 3659 | 536 FORT EVANS ROAD NE | LEESBURG | VA |
| 3662 | 5065 MAIN STREET | TRUMBULL | CT |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 3663 | 369 GATEWAY DRIVE | BROOKLYN | NY |
| 3664 | 625 ATLANTIC AVENUE | BROOKLYN | NY |
| 3666 | 605 GRAND CENTRAL AVE. (RT. 14) | VIENNA | WV |
| 3668 | 110 FEDERAL ROAD | DANBURY | CT |
| 3669 | 327 ROUTE 18 | EAST BRUNSWICK | NJ |
| 3670 | 90 STATE HIGHWAY, ROUTE 36 | EATONTOWN | NJ |
| 3672 | 1504 OLD COUNTRY ROAD | WESTBURY | NY |
| 3674 | 217 BETHPAGE ROAD | HICKSVILLE | NY |
| 3675 | 4759 29TH STREET, SUITE B | GREELEY | CO |
| 3677 | 630 U.S. HIGHWAY 441 | LADY LAKE | FL |
| 3679 | 52 EAST 14TH STREET, #64 | NEW YORK | NY |
| 3680 | 2232 BROADWAY STREET | NEW YORK | NY |
| 3682 | 109 DUNNING ROAD | MIDDLETOWN | NY |
| 3684 | 240 ROUTE 17 NORTH | PARAMUS | NJ |
| 3686 | 9605 QUEENS BOULEVARD | REGO PARK | NY |
| 3687 | 461 ROUTE 10, SUITE 28 | LEDGEWOOD | NJ |
| 3688 | 3129 KENNEDY BOULEVARD | NORTH BERGEN | NJ |
| 3689 | 711 STATE ROUTE 28 WEST | BRIDGEWATER | NJ |
| 3690 | 444 CONNECTICUT AVENUE | NORWALK | CT |
| 3691 | 2505-2535 RICHMOND AVENUE | STATEN ISLAND | NY |
| 3692 | 550 ROUTE 70 | BRICK | NJ |
| 3693 | 2700A ROUTE 22 EAST | UNION | NJ |
| 3694 | 650 WEST SUNRISE HIGHWAY | VALLEY STREAM | NY |
| 3695 | 519 ROUTE 46 | WAYNE | NJ |
| 3696 | 5 CITY PLACE | WHITE PLAINS | NY |
| 3697 | 136-03 20TH AVENUE | COLLEGE POINT | NY |
| 3698 | 479 GREEN STREET | WOODBRIDGE | NJ |
| 3699 | 750 CENTRAL PARK AVENUE | YONKERS | NY |
| 3700 | 2990 EAST MAIN STREET | CORTLANDT MANOR | NY |
| 3701 | 291 E. COLISEUM BOULEVARD | FT. WAYNE | IN |
| 3702 | 4233 SOUTH US 41 | TERRE HAUTE | IN |
| 3705 | 6645 AIRPORT HIGHWAY | HOLLAND | OH |
| 3706 | 5125 JONESTOWN ROAD | LOWER PAXTON | PA |
| 3707 | 1700 FRUITVILLE PIKE | LANCASTER | PA |
| 3708 | 2980 WHITEFORD ROAD | YORK | PA |
| 3710 | 11A CHUVET DRIVE | NORTH FAYETTE | PA |
| 3711 | 5725 HARVEY STREET | MUSKEGON | MI |
| 3713 | 12635 FELCH STREET, SUITE 20 | HOLLAND | MI |
| 3720 | 5800 CARLISLE PIKE | MECHANICSBURG | PA |
| 3721 | 46301 POTOMAC RUN PLAZA, #120 | STERLING | VA |
| 3724 | 607 BROADWAY; ROUTE 1 SOUTH | SAUGUS | MA |
| 3725 | 1350 DUPONT HIGHWAY | DOVER | DE |
| 3731 | 502-12 86TH STREET | BROOKLYN | NY |
| 3732 | 15 MARSHALL AVENUE | WILLISTON | VT |
| 3733 | 4130 MALL DRIVE | STEUBENVILLE | OH |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 3734 | 4948 MONROE STREET | TOLEDO | OH |
| 3735 | 8520-C LEESBURG PIKE | VIENNA | VA |
| 3736 | 3500 SOUTH MERIDIAN, #760 | PUYALLUP | WA |
| 3738 | 2148 NORTH 2ND STREET | MILLVILLE | NJ |
| 3740 | 668 STILLWATER AVENUE | BANGOR | ME |
| 3742 | 521 EMILY DRIVE | CLARKSBURG | WV |
| 3743 | 11481 FOUNTAIN DRIVE | MAPLE GROVE | MN |
| 3744 | 7451 PEACH STREET | ERIE | PA |
| 3746 | 430 TOWN CENTRE DRIVE | JOHNSTOWN | PA |
| 3748 | 1232 SOUTH CASTLE DOME AVENUE | YUMA | AZ |
| 3750 | 50500 VALLEY FRONTAGE ROAD | ST. CLAIRSVILLE | OH |
| 3752 | 9860 BROOK ROAD | GLEN ALLEN | VA |
| 3754 | 1430 TAPTEAL DRIVE | RICHLAND | WA |
| 3764 | 1202 NEW BRUNSWICK AVENUE | PHILLIPSBURG | NJ |
| 3767 | 1585 SOUTH BRENTWOOD BOULEVARD | BRENTWOOD | MO |
| 3768 | 100 COMMERCIAL ROAD | LEOMINSTER | MA |
| 3769 | 270 LOUDON ROAD | CONCORD | NH |
| 3770 | 70 TAUNTON DEPOT DRIVE | TAUNTON | MA |
| 3771 | 205 SERPA DRIVE | FOLSOM | CA |
| 3774 | 265 EAST ASH AVENUE | DECATUR | IL |
| 3776 | 8175 MOVIE DRIVE | BRIGHTON | MI |
| 3779 | 136 ELM STREET | ENFIELD | CT |
| 3780 | 2231 SIR BARTON WAY STREET, UNIT 110 | LEXINGTON | KY |
| 3783 | 102 ALAN WOOD ROAD | CONSHOHOCKEN | PA |
| 3792 | 2226 NORTH RICHMOND ROAD | MCHENRY | IL |
| 3797 | 4535 CANAL SW | GRANDVILLE | MI |
| 3810 | 2020 SOUTH EXPRESSWAY 83 | HARLINGEN | TX |
| 3815 | 5000 KATY MILLS CIRCLE | HOUSTON | TX |
| 3830 | 4990 ATLAMA AVENUE | BRUNSWICK | GA |
| 3831 | MARKETPLACE DRIVE & AMELIA DRIVE | HENRIETTA | NY |
| 3832 | 103 WAGNER ROAD | MONACA | PA |
| 3844 | 4110 WEST OX ROAD, SUITE 12124 | FAIRFAX | VA |
| 3845 | 2000 CLEMENTS BRIDGE ROAD | WOODBURY | NJ |
| 3846 | 7951 EASTCHASE PARKWAY | MONTGOMERY | AL |
| 3847 | 1800 MCFARLAND BOULEVARD SOUTH, STE 520C | TUSCALOOSA | AL |
| 3848 | 1910 NORTH DAVIS ROAD | SALINAS | CA |
| 3849 | 7010 FOREST PRESERVE DRIVE | NORRIDGE | IL |
| 3850 | 639 EAST BOUGHTON ROAD | BOLINGBROOK | IL |
| 3851 | 32399 JOHN R ROAD | MADISON HEIGHTS | MI |
| 3852 | 6035 ULALI DRIVE | KEIZER | OR |
| 3853 | 4627 GREENWAY DRIVE | KNOXVILLE | TN |
| 3854 | 6115 EASTEX FREEWAY | BEAUMONT | TX |
| 3855 | 811 SUNLAND PARK | EL PASO | TX |
| 3856 | 1001A WEST BAY AREA BOULEVARD | WEBSTER | TX |
| 3857 | 20131 HIGHWAY 59 N, SUITE 8, SPACE 2290 | HUMBLE | TX |

Rent Reduction Stores

| | | | |
|---|---|---|---|
| 3858 | 14623 IH 35 NORTH | LIVE OAK | TX |
| 3859 | 2492 SOUTH ONEIDA | ASHWAUBENON | WI |
| 3862 | 395 WESTGATE DRIVE | BROCKTON | MA |
| 3864 | 1965 BROADWAY | NEW YORK | NY |
| 3865 | 1614 CLARK STREET ROAD | AUBURN | NY |
| 3878 | 835 EAST BIRCH STREET | BREA | CA |
| 3882 | 201 EAST CENTRAL TEXAS PKWY, STE 21 | HARKER HEIGHTS | TX |
| 3883 | 350 S. LYCOMING MALL ROAD | MUNCY | PA |
| 4101 | 772 BETHLEHEM PIKE | MONTGOMERYVILLE | PA |
| 4105 | 620 COMMERCE BOULEVARD | DICKSON CITY | PA |
| 4106 | 3420 WILKES-BARRE TOWNSHIP COMMONS | WILKES-BARRE | PA |
| 4110 | 4-6 NEWBURY STREET, ROUTE 1 | DANVERS | MA |
| 4111 | 65 MYSTIC AVENUE | SOMERVILLE | MA |
| 4112 | 84 MIDDLESEX TURNPIKE | BURLINGTON | MA |
| 4113 | 179 WEST HIGHLAND AVE - RT.6 | SEEKONK | MA |
| 4114 | 140 HILLSIDE ROAD | CRANSTON | RI |
| 4115 | 224 DANIEL WEBSTER HWY | NASHUA | NH |
| 4116 | 1700 WOODBURY AVENUE | PORTSMOUTH | NH |
| 4119 | 250 GRANITE STREET | BRAINTREE | MA |
| 4120 | 428 SOUTH BROADWAY | SALEM | NH |
| 4121 | 1398 WORCESTER STREET | NATICK | MA |
| 4122 | 1775 WASHINGTON STREET | HANOVER | MA |
| 4123 | 456 STATE ROAD, ROUTE 6 | NORTH DARTMOUTH | MA |
| 4124 | 1100 S. WILLOW STREET | MANCHESTER | NH |
| 4130 | 2551 WEST OSCEOLA PARKWAY | KISSIMMEE | FL |
| 4131 | 2210 DANIELS STREET | MANTECA | CA |
| 4132 | 2821 COUNTRYSIDE DRIVE | TURLOCK | CA |
| 4134 | 801 GOUCHER BOULEVARD | TOWSON | MD |
| 4135 | 3780 VETERANS MEMORIAL BOULEVARD | METAIRIE | LA |
| 4136 | 1843 PINE ISLAND ROAD, NE | CAPE CORAL | FL |
| 4139 | 901 SPRING STREET | SIGNAL HILL | CA |
| 4143 | 465 BERLIN CROSS KEYS ROAD | SICKLERVILLE | NJ |
| 4144 | 901 NORLAND AVENUE | CHAMBERSBURG | PA |
| 4147 | 111 HAMILTON CROSSING DRIVE | ALCOA | TN |
| 4150 | 3931 FAIRWAY PLAZA DRIVE | PASADENA | TX |
| 4176 | 745 WEST HUNTINGTON DRIVE | MONROVIA | CA |
| 4179 | 130 NUT TREE PARKWAY | VACAVILLE | CA |
| 4201 | 1700 WEST NEW HAVEN ROAD | MELBOURNE | FL |
| 4202 | 1120 NORTH MILITARY HIGHWAY | NORFOLK | VA |
| 4212 | 521 5TH AVENUE | NEW YORK | NY |
| 4232 | COLONIAL SQUARE TOWN CENTER | FORT MYERS | FL |
| 4233 | 1754 US 27 NORTH | SEBRING | FL |
| 4242 | 12325 SEAL BEACH BOULEVARD | SEAL BEACH | CA |
| 4246 | 9330 MALL OF LOUISIANA BLVD, SUITE 100 | BATON ROUGE | LA |
| 4247 | 2315 COLORADO BOULEVARD | DENTON | TX |

**Rent Reduction Stores**

| | | | |
|---|---|---|---|
| 4249 | 8725 MEMORIAL BOULEVARD | PORT ARTHUR | TX |
| 4256 | 1501 JOHNNIE DOBBS BOULEVARD | MT. PLEASANT | SC |
| 4261 | 1530 COUNTRY ROUTE 64 | HORSEHEADS | NY |
| 4271 | 1 PATRIOT PLACE, SOUTH PLAZA | FOXBORO | MA |
| 4272 | 123 ROUTE 101A | AMHERST | NH |
| 4275 | 8551 COOPER CREEK BLVD | SARASOTA | FL |
| 4276 | 1763 NW ST. LUCKE WEST BLVD | PORT ST. LUCIE | FL |
| 4302 | 2217 QUIMBY ROAD | SAN JOSE | CA |
| 4305 | 401 N. 1ST STREET | BURBANK | CA |
| 4307 | 2730 LEGENDS PARKWAY | PRATTVILLE | AL |
| 4308 | 901 MANHATTAN BOULEVARD | HARVEY | LA |
| 4309 | 2201 MEMORIAL DRIVE | ALEXANDRIA | LA |
| 4313 | 1020 WEST IMPERIAL HIGHWAY | LA HABRA | CA |
| 4317 | 5904 BARNES ROAD | COLORADO SPRINGS | CO |
| 4320 | 4520 FRONTAGE ROAD NW | CLEVELAND | TN |
| 4321 | 4531 SOUTH LABURNUM AVE | RICHMOND | VA |
| 4336 | 1030 TORRINGFORD STREET | TORRINGTON | CT |
| 4502 | 715 HEBRON PARKWAY | LEWISVILLE | TX |
| 4503 | 321 NW, LOOP 410 | SAN ANTONIO | TX |
| 4505 | 110 MARKHAM PARK DRIVE | LITTLE ROCK | AR |
| 4506 | 4339 WARDEN ROAD | N. LITTLE ROCK | AR |
| 4507 | 1664 COMMERCIAL WAY | SANTA CRUZ | CA |
| 4508 | 1313-D GEORGE DEITER DRIVE | EL PASO | TX |
| 4510 | 6701 SLIDE STREET | LUBBOCK | TX |

564