# EXHIBIT A-1

## AMENDMENTS TO SERVICES AGREEMENT

DJM CC 83109

## FIRST AMENDMENT TO REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT

This First Amendment to Real Estate Consulting and Advisory services Agreement (the "First Amendment") is entered into as of February _6_, 2009, by and between DJM Asset Management, LLC (the "Consultant"), and Circuit City Stores, Inc. and certain of its affiliated entities (collectively the "Company" or the "Debtor").

### Recitals:

A.    As of November 19, 2008, the Consultant and the Company entered into a Real Estate Consulting and Advisory Services Agreement (the "Agreement").

B.    The parties wish to amend the Agreement to provide for the disposition of additional Properties.

C.    Capitalized terms used herein and not defined herein shall have the meanings ascribed to them in the Agreement.

### Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Company and the Consultant agree as follows:

1.    Exhibit A to the Agreement is hereby deleted and replaced its entirety with the Exhibit A attached to this First Amendment. Accordingly, the term "Leases" shall refer to the leased properties described on Exhibit A to this First Amendment and the term "Owned Properties" shall mean the owned real estate described on Exhibit A to this First Amendment.

2.    The Company hereby directs the Consultant to provide services for the termination, assignment or other disposition of all of the Leases and Owned Properties in accordance with the terms of the Agreement.

3.    Except as amended hereby the Agreement shall remain in full force and effect.

[Signatures appear next page.]

CIRCUIT CITY  DJM 11909

IN WITNESS WHEREOF, the Company and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:

Circuit City Stores, Inc.

By:
Title:
Dated: February 16, 2009

Accepted and Agreed to:

**DJM Asset Management, LLC**

By:
Title:
Dated: February ___, 2009

IN WITNESS WHEREOF, the Company and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:

**Circuit City Stores, Inc.**

_____

By:
Title:
Dated: February ___, 2009

Accepted and Agreed to:

**DJM Asset Management, LLC**

By: Edward P. Zimmov
Title: SR. MANAGING DIRECTOR
Dated: February 2 2009

CIRCUIT CITY DJM 11909

2

## Exhibit "A"

## PROPERTIES

**See attached 18 pages**

CIRCUIT CITY DJM 11909

## EXHIBIT A-LEASED PROPERTIES

| | A Store | B Center Name | C Address | D City | E State | F Building SF |
|---|---|---|---|---|---|---|
| 2 | 230 | Almaden Plaza | 5353 Almaden Expressway | San Jose | CA | 38,802 |
| 3 | 232 | San Mateo | 1880 South Grant Street | San Mateo | CA | 31,015 |
| 4 | 233 | Sunnyvale/Nob Hill | 111 East El Camino Real | Sunnyvale | CA | 31,284 |
| 5 | 234 | Hayward Ss | 2480 Whipple Road | Hayward | CA | 33,862 |
| 6 | 237 | Santa Rosa Ss | 2805 Santa Rosa Avenue | Santa Rosa | CA | 28,183 |
| 7 | 239 | Modesto Ss | 3401 Dale Road | Modesto | CA | 32,979 |
| 8 | 240 | Powell St Plaza | 5795 Christie Avenue | Emeryville | CA | 29,823 |
| 9 | 241 | Stockton | 4994 Claremont Avenue | Stockton | CA | 33,904 |
| 10 | 242 | Van Ness Ss | 1200 Van Ness Avenue | San Francisco | CA | 33,056 |
| 11 | 250 | Florin/Elk Grove | 8211 Laguna Boulevard | Elk Grove | CA | 33,913 |
| 12 | 251 | Citrus Heights | 7980 Arcadia Boulevard | Citrus Heights | CA | 46,455 |
| 13 | 252 | Arden Way Ss | 2121 Arden Way | Sacramento | CA | 31,608 |
| 14 | 253 | Daly City | 303 Gellert Boulevard | Daly City | CA | 38,436 |
| 15 | 270 | Boulevard Mall | 3778 South Maryland Parkway | Las Vegas | NV | 32,983 |
| 16 | 271 | Reno | 4811 Kietzke Lane | Reno | NV | 43,876 |
| 17 | 272 | Las Vegas Ii | 5055 Sahara Avenue | Las Vegas | NV | 35,472 |
| 18 | 401 | Hollywood | 4400 West Sunset Boulevard | Los Angeles | CA | 28,135 |
| 19 | 403 | Santa Monica | 1251 Fourth Street | Santa Monica | CA | 32,117 |
| 20 | 404 | Torrance Ss | 14600 Ocean Gate Avenue | Hawthorne | CA | 33,865 |
| 21 | 405 | Buena Park Ss | 8371 La Palma Avenue | Buena Park | CA | 36,968 |
| 22 | 406 | Pasadena Ss | 39 North Rosemead Boulevard | Pasadena | CA | 30,473 |
| 23 | 406A | Pasadena Roadshop/Parking Lot | 55 BEACON PLACE | Pasadena | CA | |
| 24 | 407 | Orange | 1407 West Chapman Avenue | Orange | CA | 30,410 |
| 25 | 408 | Lakewood | 4950 Faculty Road | Lakewood | CA | 42,364 |
| 26 | 409 | San Bernardino Ss | 555 East Hospitality Drive | San Bernardino | CA | 38,940 |
| 27 | 410 | Northridge Ss | 19330 Plummer Street | Northridge | CA | 32,636 |
| 28 | 411 | Palmdale | 39331 10Th Street West | Lancaster | CA | 32,889 |
| 29 | 414 | Laguna Hills | 24001 El Toro Road | Laguna Hills | CA | 45,489 |
| 30 | 416 | Huntington Beach Ss | 7881 Edinger Avenue, Suite A-150 | Huntington Beach | CA | 34,029 |
| 31 | 417 | Montclair | 5150 Plaza Lane | Montclair | CA | 40,670 |
| 32 | 419 | Woodland Hills | 21470 W. Victory Blvd. | Woodland Hills | CA | 44,290 |
| 33 | 420 | West Covina Ss | 2861 Eastland Center Drive | West Covina | CA | 33,476 |
| 34 | 421 | Van Nuys | 13630 Victory Boulevard | Van Nuys | CA | 28,542 |
| 35 | 423 | Fresno Ss | 5355 North Blackstone Avenue | Fresno | CA | 38,127 |
| 36 | 424 | Bakersfield | 4230 California Avenue | Bakersfield | CA | 39,812 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 37 | 425 | Montebello | 2415 Via Campo Avenue | Montebello | CA | 45,063 |
| 38 | 427 | Norwalk | 11768 Firestone Boulevard | Norwalk | CA | 34,746 |
| 39 | 428 | La Cienega | 1839 South La Cienega Boulevard | Los Angeles | CA | 26,841 |
| 40 | 429 | Ventura Ss | 421 West Esplanade Drive | Oxnard | CA | 33,150 |
| 41 | 432 | National City | 1606 Sweetwater Road | National City | CA | 30,007 |
| 42 | 433 | Grossmont Ss | 8820 Grossmont Blvd. | La Mesa | CA | 39,232 |
| 43 | 434 | Point Loma | 3331 Rosecrans Avenue | San Diego | CA | 36,053 |
| 44 | 443 | Clairemont | 3998 Clairemont Mesa Boulevard | San Diego | CA | 35,898 |
| 45 | 446 | Palos Verdes | 25415 Crenshaw Boulevard | Torrance | CA | 33,216 |
| 46 | 450 | Victorville | 12133 Mall Boulevard | Victorville | CA | 33,345 |
| 47 | 505 | Fairview Heights | 55 Ludwig Drive | Fairview Heights | IL | 31,499 |
| 48 | 506 | St Peters Ss | 5610 Suemandy Road | St. Peters | MO | 34,202 |
| 49 | 508 | Irving Ss | 3868 Irving Mall | Irving | TX | 32,918 |
| 50 | 509 | Prestonwood | 5301 Belt Line Boulevard, Suite 11 | Dallas | TX | 31,247 |
| 51 | 516 | Highland Ss | 3321 Alamo Avenue | Cincinnati | OH | 33,860 |
| 52 | 518 | Pembroke Pines | 11810 Pines Boulevard | Pembroke Pines | FL | 31,557 |
| 53 | 519 | Atlantic City Ss | 4215 Black Horse Pike | Mays Landing | NJ | 34,157 |
| 54 | 522 | SPARKLBERRY SQUARE | 10138 Two Notch Road | Columbia | SC | 33,138 |
| 55 | 530 | South County | 6926 South Lindbergh Boulevard | St. Louis | MO | 31,870 |
| 56 | 532 | Chesterfield Commons | 28 THF Boulevard | Chesterfield | MO | 32,950 |
| 57 | 533 | Bridgeton Ss | 4765 Park 370 Boulevard | Hazelwood | MO | 35,050 |
| 58 | 535 | Gravois | 691 Gravois Bluff Boulevard | Fenton | MO | 32,804 |
| 59 | 538 | Almeda Ss | 10025 Almeda Genoa Road | Houston | TX | 20,304 |
| 60 | 541 | West Oaks | 2880 South Highway 6 | Houston | TX | 31,940 |
| 61 | 542 | Willowbrook Ss | 17727 Tomball Parkway | Houston | TX | 34,812 |
| 62 | 543 | Plano | 3300 N. Central Expressway | Plano | TX | 43,463 |
| 63 | 544 | S Arlington Ss | 3965 South Cooper Street | Arlington | TX | 38,862 |
| 64 | 545 | Huen | 4820 Southwest Loop, 820B | Ft. Worth | TX | 31,492 |
| 65 | 546 | Mesquite | 3733 Emporium Circle | Mesquite | TX | 42,870 |
| 66 | 569 | Cedar Hill Ss | 731 North Highway 67 | Cedar Hill | TX | 32,800 |
| 67 | 570 | Savannah Ss | 8108 G Abercorn Street | Savannah | GA | 33,698 |
| 68 | 571 | Brandon | 10277 East Adamo Drive | Tampa | FL | 31,479 |
| 69 | 576 | Reading | 1101 Woodland Avenue | Wyomissing | PA | 32,272 |
| 70 | 599 | Hickory | 2201 Us Highway 70 Se | Hickory | NC | 29,641 |
| 71 | 593 | Chesapeake | 4107 Portsmouth Boulevard, Suite 118 | Chesapeake | VA | 32,653 |
| 72 | 597 | Great Hills | 10515 North Mopac Expressway | Austin | TX | 29,517 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 73 | 588 | Sunset Valley | 5400 Brodie Lane | Sunset Valley | TX | 31,458 |
| 74 | 700 | Cottman | 7207 Bustleton Avenue | Philadelphia | PA | 31,664 |
| 75 | 704 | Waldorf Ss | 3000 Festival Way | Waldorf | MD | 31,423 |
| 76 | 711 | Valley Forge | 400 West Swedesford Road | Berwyn | PA | 40,110 |
| 77 | 725 | State Road | 400 South State Road | Springfield | PA | 34,070 |
| 78 | 734 | Mooreston/Cherry Hill | 1450 Nixon Drive | Mt. Laurel | NJ | 32,887 |
| 79 | 743 | Willow Grove | 2510 West Moreland Road | Willow Grove | PA | 30,584 |
| 80 | 759 | Barboursville Cc | 400 Mall Road | Barboursville | WV | 29,256 |
| 81 | 762 | Charleston Cc | 39 Rhl Boulevard | Charleston | WV | 28,576 |
| 82 | 766 | Daytona Ss | 2500 International Speedway Blvd. | Daytona Beach | FL | 32,529 |
| 83 | 784 | Wheaton | 11160 Viers Mill Road | Wheaton | MD | 31,219 |
| 84 | 785 | Annapolis Cc | 150-A Jennifer Road | Annapolis | MD | 32,995 |
| 85 | 800 | Augusta Ss | 239 Robert C. Daniel Jr. Parkway | Augusta | GA | 32,366 |
| 86 | 802 | Springfield Ss | 6640 Loisdale Road | Springfield | VA | 32,321 |
| 87 | 805 | Chesterfield | 1321 Huguenot Road | Midlothian | VA | 43,447 |
| 88 | 814 | Potomac Mills | 14500 Potomac Mills Road | Woodbridge | VA | 31,718 |
| 89 | 815 | Knoxville | 151 North Peters Road | Knoxville | TN | 34,867 |
| 90 | 817 | Va Beach Ss | 110 S. Independence Boulevard | Virginia Beach | VA | 36,994 |
| 91 | 820 | Greensboro Ss | 4217 E. West Wendover Avenue | Greensboro | NC | 34,047 |
| 92 | 823 | Spartanburg | 1508-B W. O. Ezell Boulevard | Spartanburg | SC | 40,825 |
| 93 | 824 | Landover Ss | 1020 Shoppers Way | Largo | MD | 33,853 |
| 94 | 827 | Hoover Ss | 4351 Creekside Avenue | Hoover | AL | 33,844 |
| 95 | 828 | University - Tampa | 18061 Highwoods Preserve | Tampa | FL | 32,881 |
| 96 | 830 | Winston Salem | 910 Haynes Mall Boulevard | Winston-Salem | NC | 42,144 |
| 97 | 830A | Winston Salem Land | | Winston-Salem | NC | |
| 98 | 831 | Gastonia Ss | 2651 East Franklin Boulevard | Gastonia | NC | 33,884 |
| 99 | 832 | Pensacola | 6121 North Davis Highway | Pensacola | FL | 40,738 |
| 100 | 835 | Roanoke Ss | 1900 Valley View Boulevard Nw | Roanoke | VA | 34,346 |
| 101 | 836 | Glen Burnie | 78 Mountain Road | Glen Burnie | MD | 36,847 |
| 102 | 837 | Orlando South | 7915 South Orange Blossom Trail | Orlando | FL | 36,020 |
| 103 | 838 | Orlando Central | 2728 East Colonial Drive | Orlando | FL | 44,175 |
| 104 | 839 | Orlando North | 1140 East Altamonte Drive | Altamonte Springs | FL | 32,375 |
| 105 | 840 | Raleigh Ss | 4601 Creedmoor Road | Raleigh | NC | 45,000 |
| 106 | 843 | Nashville North | 2088 Gallatin Pike North | Madison | TN | 33,736 |
| 107 | 845 | Matthews Ss | 2109 Matthews Township Parkway | Matthews | NC | 33,030 |
| 108 | 846 | Gaithersburg | 602-A Quince Orchard Road | Gaithersburg | MD | 32,315 |

## EXHIBIT A-LEASED PROPERTIES

|     | A    | B                  | C                                | D                  | E  | F      |
|-----|------|--------------------|----------------------------------|--------------------|----|--------|
| 109 | 848  | N. Ft Lauderdale   | 1700 North Federal Highway       | Ft. Lauderdale     | FL | 33,028 |
| 110 | 849  | Dadeland           | 7700 North Kendall Drive, #400   | Miami              | FL | 45,581 |
| 111 | 850  | Durham             | 3400 Westgate Drive              | Durham             | NC | 45,618 |
| 112 | 851  | Chattanooga Se     | 2204 Hamilton Place Blvd.        | Chattanooga        | TN | 38,981 |
| 113 | 852  | Fayetteville       | 5075 Morganton Road, Suite 160   | Fayetteville       | NC | 45,625 |
| 114 | 854  | Route 40 West Ss   | 6026 Baltimore National Pike     | Catonsville        | MD | 32,437 |
| 115 | 865  | Huntsville Ss      | 5900 University Drive            | Huntsville         | AL | 37,571 |
| 116 | 856  | Mobile             | 3725 Airport Boulevard           | Mobile             | AL | 40,366 |
| 117 | 857  | Dale Mabry Ss      | 1702 North Dale Mabry Highway    | Tampa              | FL | 33,401 |
| 118 | 859  | Aventura           | 20699 Biscayne Blvd., Ne         | Miami              | FL | 31,841 |
| 119 | 861  | Hialeah            | 400 West 49Th Street             | Hialeah            | FL | 32,279 |
| 120 | 862  | W Palm Beach       | 1901 Okeechobee Boulevard        | West Palm Beach    | FL | 45,909 |
| 121 | 863  | Coral Springs      | 6001 West Sample Road            | Coral Springs      | FL | 32,997 |
| 122 | 865  | Greenville         | 840 Woods Crossing Road          | Greenville         | SC | 43,690 |
| 123 | 866  | Rockville Ss       | 1501 Rockville Pike              | Rockville          | MD | 32,812 |
| 124 | 867  | Lakeland           | 4212 U.S. Route 98 North         | Lakeland           | FL | 32,360 |
| 125 | 868  | Charleston Ss      | 7800 Rivers Avenue, Suite B      | Charleston         | SC | 37,472 |
| 126 | 871  | The Commons Ss     | 8045 Giacosa Drive               | Memphis            | TN | 38,997 |
| 127 | 876  | St Petersburg      | 2098 Tyrone Boulevard North      | St. Petersburg     | FL | 32,457 |
| 128 | 877  | St Matthews Ss     | 4600 Shelbyville Road            | Louisville         | KY | 35,250 |
| 129 | 878  | Florence           | 8125 Mall Road                   | Florence           | KY | 31,447 |
| 130 | 888  | South Blvd         | 9563 South Boulevard             | Charlotte          | NC | 42,310 |
| 131 | 890  | Baileys Xroads Ss  | 5718 Columbia Pike               | Baileys Crossroads | VA | 38,496 |
| 132 | 891  | Clearwater         | 24244 Highway 19 N.              | Clearwater         | FL | 43,603 |
| 133 | 892  | Atlantic Blvd Ss   | 9317 Atlantic Boulevard          | Jacksonville       | FL | 33,464 |
| 134 | 896  | Columbia Ss        | 238 Harbison Blvd                | Columbia           | SC | 28,423 |
| 135 | 897  | Bradenton          | 4495 14Th Street West            | Bradenton          | FL | 32,473 |
| 136 | 910  | Cobblewood Plaza   | 493 East Kemper Avenue           | Cincinnati         | OH | 33,099 |
| 137 | 913  | Port Richey        | 6325 Tacoma Drive                | Port Richey        | FL | 32,336 |
| 138 | 921  | Asheville          | 299 Swannanoa River Road         | Asheville          | NC | 32,860 |
| 139 | 922  | Fort Myers         | 4380 Cleveland Avenue            | Ft. Myers          | FL | 31,157 |
| 140 | 949  | Allentown          | 1055 Grape Street                | Whitehall          | PA | 33,386 |
| 141 | 1600 | Harrisonburg       | 259 Burgess Road                 | Harrisonburg       | VA | 32,887 |
| 142 | 1601 | Fredericksburg Ss  | 1731 Carl D. Silver Parkway      | Fredericksburg     | VA | 33,131 |
| 143 | 1602 | Tyler              | 4910 S. Broadway                 | Tyler              | TX | 16,972 |
| 144 | 1603 | Longview           | 406 West Loop 821                | Longview           | TX | 17,387 |

## EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 145 | 1607 | Jacksonville Nc | 1171 Western Blvd. | Jacksonville | NC | 28,796 |
| 146 | 1608 | Wilmington | 5325 Market Street | Wilmington | NC | 28,757 |
| 147 | 1609 | Winchester Micro | 2580 South Pleasant Valley Road | Winchester | VA | 33,956 |
| 148 | 1610 | Waco | 4909 West Waco Drive | Waco | TX | 28,385 |
| 149 | 1612 | Killeen New3882 | 2500 E Central Texas Expy-Ste C | Killeen | TX | |
| 150 | 1614 | Redding Mini | 1175 Dana Drive | Redding | CA | 28,530 |
| 151 | 1616 | Anderson Sc | 3423 Clemson Blvd., Suite B | Anderson | SC | 28,132 |
| 152 | 1618 | Monterey Mini | 905 Playa Avenue | Sand City | CA | 27,358 |
| 153 | 1624 | College Station Ss | 1505 University Drive East | College Station | TX | 19,936 |
| 154 | 1627 | Florence | 2402 David Mcleod Blvd. | Florence | SC | 33,039 |
| 155 | 1638 | Cheyenne | 1854 Dell Range Boulevard | Cheyenne | WY | 16,904 |
| 156 | 1645 | Salisbury Nc | 345 Faith Road | Salisbury | NC | 20,615 |
| 157 | 1681 | Albany | 1223 North Westover Blvd. | Albany | GA | 28,725 |
| 158 | 1683 | Altoona | 141 Sierra Drive | Altoona | PA | 16,930 |
| 159 | 1687 | Houma | 1729 Martin Luther King Boulevard | Houma | LA | 20,200 |
| 160 | 1693 | State College | 48 Colonnade Way | State College | PA | 31,556 |
| 161 | 1696 | Rochester | 20 Square Drive | Victor | NY | 28,915 |
| 162 | 3100 | West Broad Ss | 9900 West Broad Street | Glen Allen | VA | 32,569 |
| 163 | 3103 | Oxford Valley Ss | 100 Lincoln Plaza | Langhorne | PA | 39,125 |
| 164 | 3104 | Lawrenceville | 3350 Brunswick Pike | Lawrenceville | NJ | 32,526 |
| 165 | 3106 | Southpark | 820 Southpark Boulevard | Colonial Heights | VA | 32,840 |
| 166 | 3108 | South Portland Me | 555 Maine Mall Road | South Portland | ME | 27,638 |
| 167 | 3111 | Schaumburg | 1420 East Golf Road | Schaumburg | IL | 34,067 |
| 168 | 3112 | Downers Grove | 2900 Highland Avenue | Downers Grove | IL | 33,794 |
| 169 | 3113 | Ford City | 7414 South Cicero Avenue | Chicago | IL | 40,975 |
| 170 | 3120 | Berwyn | 7001 Cermak Plaza | Berwyn | IL | 33,360 |
| 171 | 3121 | Naperville | 460 South State Route 59 | Naperville | IL | 28,482 |
| 172 | 3126 | Bloomingdale Ss | 340 W. Army Trail Road | Bloomingdale | IL | 35,981 |
| 173 | 3126 | Orland Hills | 9231 West 159Th Street | Orland Hills | IL | 33,171 |
| 174 | 3127 | Gurnee Mills | 6124 West Grand Avenue | Gurnee | IL | 39,743 |
| 175 | 3128 | Merrillville | 2757 East U.S. 30 | Merrillville | IN | 32,991 |
| 176 | 3129 | Algonquin/Spring Hill | 1812 Randall Road | Algonquin | IL | 34,108 |
| 177 | 3131 | Lincoln Park | 2500 North Elston Avenue | Chicago | IL | 32,836 |
| 178 | 3133 | Burnsville | 14141 Aldrich Avenue South | Burnsville | MN | 31,468 |
| 179 | 3134 | Rosedale | 1750 Highway 36 West, Suite B | Roseville | MN | 32,421 |
| 180 | 3135 | Woodbury Mini | 8250 Tamarack Village | Woodbury | MN | 28,436 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 181 | 3136 | Southdale | 4280 West 78Th Street | Bloomington | MN | 33,486 |
| 182 | 3137 | Maplewood | 1940 East County Road D | Maplewood | MN | 36,596 |
| 183 | 3139 | Ridgedale | 1001 Plymouth Road | Minnetonka | MN | 33,241 |
| 184 | 3140 | St Cloud | 3316 Division Street | St. Cloud | MN | 36,367 |
| 185 | 3141 | Newington | 3440 Berlin Turnpike | Newington | CT | 41,132 |
| 186 | 3142 | Buckland Hills | 230 Hale Road | Manchester | CT | 41,042 |
| 187 | 3143 | Milford | 1386 Boston Post Road | Milford | CT | 28,721 |
| 188 | 3144 | North Haven | 19-29 Universal Drive | North Haven | CT | 31,412 |
| 189 | 3146 | E Springfield | 510 Parker Street | Springfield | MA | 42,660 |
| 190 | 3147 | Binghamton | 3124 Vestal Parkway East | Vestal | NY | 37,997 |
| 191 | 3149 | Ulica Mini | 1 Sangertown Square Mall | New Hartford | NY | 21,395 |
| 192 | 3150 | Carousel Center | 9090 Carousel Center Drive | Syracuse | NY | 35,320 |
| 193 | 3151 | Cheektowaga | 3757 Union Road | Cheektowaga | NY | 42,236 |
| 194 | 3152 | Amherst | 3040 Sheridan Street | Amherst | NY | 42,773 |
| 195 | 3153 | Hamburg Micro | 1020 McKinley Mall | Blasdell | NY | 21,570 |
| 196 | 3154 | Greece | 140 Greece Ridge Center Drive | Rochester | NY | 33,924 |
| 197 | 3167 | Christiana | 700 Center Boulevard | Newark | DE | 32,427 |
| 198 | 3158 | Wilmington/Concord | 4130 Concord Pike | Wilmington | DE | 33,093 |
| 199 | 3159 | Holyoke Ss | 33 Holyoke Street | Holyoke | MA | 32,104 |
| 200 | 3160 | Albany 1 Ss | 161 Washington Avenue Ext. | Albany | NY | 36,945 |
| 201 | 3164 | Salisbury | 2640 North Salisbury Boulevard | Salisbury | MD | 23,364 |
| 202 | 3166 | Bel Air | 660 Marketplace Drive | Bel Air | MD | 33,119 |
| 203 | 3167 | Peoria/Westlake | 2901 Westlake Avenue | Peoria | IL | 40,825 |
| 204 | 3168 | Bloomington | 1500 East Empire Street | Bloomington | IL | 23,422 |
| 205 | 3169 | Springfield II | 3051 West Wabash Avenue | Springfield | IL | 42,948 |
| 206 | 3170 | Champaign/Urbana | 2006 North Prospect | Champaign | IL | 39,573 |
| 207 | 3175 | Brookfield Ss | 665 Main Street | Brookfield | WI | 33,064 |
| 208 | 3176 | Southridge | 4685 South 76Th Street | Greenfield | WI | 42,426 |
| 209 | 3177 | Racine | 2710-C South Green Bay Road | Racine | WI | 34,104 |
| 210 | 3184 | West Madison I | 450 Commerce Drive | Madison | WI | 42,652 |
| 211 | 3185 | East Madison II | 2301 East Springs Drive | Madison | WI | 33,047 |
| 212 | 3186 | Mishawaka | 5944 Grape Road | Mishawaka | IN | 44,379 |
| 213 | 3187 | Canton | 4381 Whipple Avenue N.W. | Canton | OH | 45,233 |
| 214 | 3189 | Dayton Mall Ss | 2700 Miamisburg-Centerville Pike | Dayton | OH | 39,261 |
| 215 | 3192 | Greenwood | 8014 U.S. Highway 31 | Indianapolis | IN | 28,328 |
| 216 | 3193 | Castleton Ss | 5410 East 82Nd Street | Indianapolis | IN | 39,195 |

**EXHIBIT A-LEASED PROPERTIES**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 217 | 3194 | Columbus In | 1343 North National Road | Columbus | IN | 35,085 |
| 218 | 3196 | Beaver Ss Oh | 2720 Towne Drive | Beavercreek | OH | 32,563 |
| 219 | 3197 | Poughkeepsie | 837 South Road | Poughkeepsie | NY | 41,746 |
| 220 | 3198 | Rockford | 5460 East State Street | Rockford | IL | 40,231 |
| 221 | 3200 | Columbus Ss | 5656 Whittlesey Boulevard | Columbus | GA | 32,884 |
| 222 | 3202 | Gainesville | 7001 North West 4Th Blvd. | Gainesville | FL | 21,331 |
| 223 | 3202A | Gainesville Sign | Main Entrance, Tower Center (Off NW 75th) | Gainesville | FL | |
| 224 | 3203 | Sarasota | 4708 South Tamiami Trail | Sarasota | FL | 31,840 |
| 225 | 3204 | Ft Walton | 419-A Mary Ester Cutoff | Ft. Walton Beach | FL | 21,507 |
| 226 | 3205 | Naples Ss | 5052 Airport Pulling Road | North Naples | FL | 36,553 |
| 227 | 3206 | Lafayette | 5624 Johnston Street | Lafayette | LA | 34,443 |
| 228 | 3207 | West Dade | 8575 N. W. 13Th Terrace | Miami | FL | 32,662 |
| 229 | 3212 | Abilene | 4361 Ridgemont Drive | Abilene | TX | 28,430 |
| 230 | 3215 | Wichita West | 6920 West Kellogg | Wichita | KS | 37,554 |
| 231 | 3217 | Springfield Mo | 3600 South Glenstone Avenue | Springfield | MO | 39,263 |
| 232 | 3218 | Lincoln Ss | 6140 "O" Street | Lincoln | NE | 32,621 |
| 233 | 3219 | Columbia Plaza Shopping Center | 1901 Bernadette Drive, #2 | Columbia | MO | 33,134 |
| 234 | 3226 | Cool Springs Ss | 545 Cool Springs Boulevard | Franklin | TN | 35,701 |
| 235 | 3227 | Cary | 1401 Piney Plains Road | Cary | NC | 29,299 |
| 236 | 3229 | Midland | 4110 Loop 250, North | Midland | TX | 28,662 |
| 237 | 3230 | High Point Nc | 1030 Mall Loop Road | High Point | NC | 32,211 |
| 238 | 3233 | Galleria | 4500 San Felipe Street | Houston | TX | 42,324 |
| 239 | 3234 | Ocala | 3402 Southwest 36Th Terrace | Ocala | FL | 29,333 |
| 240 | 3237 | Boynton Beach Ss | 515 North Congress Avenue | Boynton Beach | FL | 33,147 |
| 241 | 3238 | Shreveport | 7091 Youree Drive | Shreveport | LA | 33,806 |
| 242 | 3241 | Jensen Beach '99 | 2550 North West Federal Highway | Jensen Beach | FL | 28,552 |
| 243 | 3242 | Greenville | 3090 South Evans Street | Greenville | NC | 28,848 |
| 244 | 3244 | Rocky Mount | 1271 Cobb Corner Drive | Rocky Mount | NC | 20,274 |
| 245 | 3246 | Myrtle Beach | 550 Seaboard Street | Myrtle Beach | SC | 31,492 |
| 246 | 3247 | Johnson City Crossing | 3211 Peoples Street, Space A | Johnson City | TN | 27,983 |
| 247 | 3249 | Sawgrass | 12300 West Sunrise Boulevard | Plantation | FL | 44,188 |
| 248 | 3252 | Kingsport | 1740 Idle Hour Road | Kingsport | TN | 18,990 |
| 249 | 3253 | The Woodlands | 1455 Lake Woodland Drive | The Woodlands | TX | 34,087 |
| 250 | 3254 | Sugar Land | 16742 Southwest Freeway | Sugar Land | TX | 32,492 |
| 251 | 3255 | Covington | 790 North Highway 190 | Covington | LA | 19,766 |
| 252 | 3260 | Tulsa North '99 | 5313 East 41St Street | Tulsa | OK | 21,292 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 253 | 3262 | Wichita Falls | 3121 Lawrence Road | Wichita Falls | TX | 21,240 |
| 254 | 3263 | Round Rock | 120 Sundance Park | Round Rock | TX | 31,417 |
| 255 | 3264 | Frisco | 2830 Preston Road, Space F | Frisco | TX | 32,717 |
| 256 | 3269 | Citrus Park | 6916 Gunn Highway | Tampa | FL | 34,663 |
| 257 | 3270 | Gulfport | 15210 Crossroads Parkway | Gulfport | MS | 17,138 |
| 258 | 3274 | Lake Charles | 2690 East Phien Lake Road | Lake Charles | LA | 20,922 |
| 269 | 3276 | Clarksville 99 | 2819 Wilma Rudolf Road | Clarksville | TN | 21,526 |
| 260 | 3281 | Rome | 2700 Martha Berry Highway Ne | Rome | GA | 32,940 |
| 261 | 3283 | Dothan | 2821 Montgomery Highway | Dothan | AL | 33,884 |
| 262 | 3284 | Hattiesburg | 1000 Turtle Creek Road | Hattiesburg | MS | 39,723 |
| 263 | 3285 | Jonesboro | 3000 East Highland Drive, Suite 400 | Jonesboro | AR | 21,177 |
| 264 | 3289 | Merritt Island | 450 E. Merritt Island Causeway | Merritt Island | FL | 30,387 |
| 265 | 3302 | Palm Desert | 72299 Highway 111 | Palm Desert | CA | 44,509 |
| 266 | 3304 | Tucson Oracle | 4390 North Oracle Road | Tucson | AZ | 33,972 |
| 267 | 3305 | Tucson Broadway | 5530 E. Broadway Blvd. | Tucson | AZ | 33,466 |
| 268 | 3306 | Visalia | 3930 South Mooney Boulevard | Visalia | CA | 21,211 |
| 269 | 3307 | Albuquerque Ss | 4400 Cutler Ave. Ne | Albuquerque | NM | 45,359 |
| 270 | 3309 | Newport Beach | 1101 Newport Center Drive | Newport Beach | CA | 31,761 |
| 271 | 3310 | Valencia | 25610 N. The Old Road | Stevenson Ranch | CA | 38,796 |
| 272 | 3311 | Rancho Cucamonga Ss | 12290 Foothill Boulevard | Rancho Cucamonga | CA | 33,862 |
| 273 | 3313 | Irvine | 13752 Jamboree Road | Irvine | CA | 42,190 |
| 274 | 3315 | Gateway | 1638 Ne 102Nd Avenue | Portland | OR | 32,078 |
| 275 | 3316 | Jantzen Beach | 1772 Jantzen Beach Center | Portland | OR | 42,792 |
| 276 | 3317 | Everett Mall | 530 Sw Everett Mall Way | Everett | WA | 22,809 |
| 277 | 3318 | Lynnwood | 2800 196Th Street, Sw | Lynnwood | WA | 43,622 |
| 278 | 3319 | Bellevue Crossroads | 15600 N.E. 8Th Street | Bellevue | WA | 40,278 |
| 279 | 3321 | Tacoma Mall | 4124 Tacoma Mall Boulevard | Tacoma | WA | 23,877 |
| 280 | 3322 | Chico | 2041 Whitman Avenue | Chico | CA | 22,792 |
| 281 | 3323 | Tigard | 9180 S.W. Hall Blvd. | Tigard | OR | 41,233 |
| 282 | 3324 | Clackamas | 10722 Se 82Nd Avenue | Portland | OR | 33,082 |
| 283 | 3326 | Bellingham | 3944 Meridian Street | Bellingham | WA | 38,665 |
| 284 | 3327 | Carmel Mountain | 11710 Carmel Mountain Road, Suite 248 | San Diego | CA | 30,897 |
| 285 | 3329 | Encinitas | 333 North El Camino Road | Encinitas | CA | 33,539 |
| 286 | 3331 | Northside | 7701 N. Division Street | Spokane | WA | 27,832 |
| 287 | 3332 | Eugene Ss | 2730 Gateway Loop | Springfield | OR | 38,978 |
| 288 | 3333 | Medford Micro | 519 Medford Road | Medford | OR | 18,957 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 289 | 3334 | Boise Ss | 542 North Milwaukee Street | Boise | ID | 39,171 |
| 290 | 3336 | South Center | 223 Andover Park East | Tukwila | WA | 41,017 |
| 291 | 3338 | Olympia | 2815 Capitol Mall Drive, Sw | Olympia | WA | 35,104 |
| 292 | 3339 | Westminster | 9250 Sheridan Boulevard | Westminster | CO | 50,451 |
| 293 | 3340 | Colorado Springs | 345 N. Academy Blvd. | Colorado Springs | CO | 42,817 |
| 294 | 3342 | Silverdale | 9991 Mickelberry Road, Nw | Silverdale | WA | 28,466 |
| 295 | 3343 | Colorado Blvd Ss | 1506 South Colorado Blvd. | Denver | CO | 39,525 |
| 296 | 3344 | Aurora | 1450 S. Abilene Street | Aurora | CO | 43,132 |
| 297 | 3345 | Highlands Ranch/Queb | 8575 South Quebec Street | Littleton | CO | 42,881 |
| 298 | 3346 | Southwest Plaza | 5155 South Wadsworth Blvd. | Littleton | CO | 33,132 |
| 299 | 3347 | Lakewood/Homestead | 10750 W. Colfax Ave. | Lakewood | CO | 42,845 |
| 300 | 3348 | Boulder Ss | 2600 Pearl Street | Boulder | CO | 29,196 |
| 301 | 3349 | Ogden | 1093 West Riverdale Road | Riverdale | UT | 37,829 |
| 302 | 3350 | Sugarhouse | 724 East 2100 South | Salt Lake City | UT | 43,911 |
| 303 | 3351 | Fort Union | 1340 East Park Centre Drive | Salt Lake City | UT | 40,770 |
| 304 | 3352 | Orem | 360 West St. & 1300 S. St. | Orem | UT | 40,028 |
| 305 | 3353 | Jordan Landing | 7156 South Plaza Center Drive | West Jordan | UT | 33,928 |
| 306 | 3354 | Pearl Ridge Ss | 98-145 Kaonohi Street | Aiea | HI | 62,708 |
| 307 | 3355 | Mantua | 636 Woodbury-Glassboro Rd | Sewell | NJ | 20,331 |
| 308 | 3360 | Culver City | 5680 Sepulveda Blvd. | Culver City | CA | 32,866 |
| 309 | 3361 | Glendale 99 | 118 S. Maryland Avenue | Glendale | CA | 32,180 |
| 310 | 3364 | Fullerton | 123 Orangefair Mall | Fullerton | CA | 37,648 |
| 311 | 3365 | Green Valley Nv | 561 North Stephanie Street | Henderson | NV | 33,742 |
| 312 | 3366 | Plaza Del Caribe | Plaza Del Caribe Mall #2 St. Km 227.9 | Ponce | PR | 29,618 |
| 313 | 3368 | Guaynabo | 100 Avenue San Patricio | Guaynabo | PR | 25,183 |
| 314 | 3372 | Arecibo | 80 Carrizales | Hatillo | PR | 20,775 |
| 315 | 3373 | Long Beach | 2180 Bellflower Blvd. | Long Beach | CA | 38,539 |
| 316 | 3375 | Rocklin | 10251 Fairway Drive | Roseville | CA | 32,921 |
| 317 | 3376 | Fort Collins | 4414 South College Avenue | Ft. Collins | CO | 28,310 |
| 318 | 3377 | Idaho Falls Micro | 1951 S. 25Th East Street | Ammon | ID | 21,256 |
| 319 | 3378 | Cottonwood | 10420 Coors Boulevard | Albuquerque | NM | 33,887 |
| 320 | 3379 | Grand Junction | 2541 Highway 6 & 50 | Grand Junction | CO | 21,210 |
| 321 | 3381 | Pueblo Micro | 4320 Freeway North | Pueblo | CO | 19,240 |
| 322 | 3382 | Valley Mall | 15104 East Indiana Avenue | Spokane | WA | 29,850 |
| 323 | 3390 | Thornton | 16611 North Washington | Thornton | CO | 33,992 |
| 324 | 3401 | Temecula/Murrieta | 40480 Winchester Road | Temecula | CA | 28,440 |

## EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 325 | 3403 | Port Charlotte | 18700 Veterans Boulevard, Unit 13 | Port Charlotte | FL | 28,704 |
| 326 | 3405 | Boca Raton | 1400 Glades Road, Bay 140 Be | Boca Raton | FL | 36,123 |
| 327 | 3409 | The Avenues | 9041 Southside Boulevard | Jacksonville | FL | 43,563 |
| 328 | 3418 | Sanford | 1101 W.P. Ball Boulevard | Sanford | FL | 33,862 |
| 329 | 3425 | North Las Vegas | 7781 West Tropical Parkway | Las Vegas | NV | 35,270 |
| 330 | 3426 | San Luis Obispo | 1531 Froom Ranch Way | San Luis Obispo | CA | 31,062 |
| 331 | 3502 | Exchange Plaza Se | 6001 Nw Loop 410, Suite 108 | San Antonio | TX | 42,051 |
| 332 | 3504 | Corpus Christi | 5425 South Padre Island Drive, #135 | Corpus Christi | TX | 36,426 |
| 333 | 3506 | North Richland Ss | 1461 West Pipeline Road | Hurst | TX | 33,884 |
| 334 | 3508 | Crossroads | 1409 West I -240 Service Road | Oklahoma City | OK | 32,212 |
| 335 | 3510 | Tulsa South | 9027 East 71St Street South | Tulsa | OK | 31,356 |
| 336 | 3512 | Mcallen | 507 West Expressway 83 | Mcallen | TX | 31,793 |
| 337 | 3513 | Brownsville Ss | 3000 Pablo Kisel Boulevard, #100 | Brownsville | TX | 34,077 |
| 338 | 3514 | Amarillo | 2510 Soncy Road | Amarillo | TX | 33,172 |
| 339 | 3515 | Bellevue | 7699 Highway 70 South | Nashville | TN | 33,164 |
| 340 | 3516 | Southlake Tx | 250 North Kimball Avenue | Southlake | TX | 34,283 |
| 341 | 3518 | North Raleigh | 3340 Cypress Plantation Trail | Raleigh | NC | 34,413 |
| 342 | 3520 | Northshore Ss | 13350 East Freeway | Houston | TX | 41,229 |
| 343 | 3521 | Jackson Ss | 1045 E. County Line Road | Jackson | MS | 32,772 |
| 344 | 3522 | Garland | 325 Coneflower Drive | Garland | TX | 35,896 |
| 345 | 3525 | Wellington | 10570 Forest Hill Boulevard East | Wellington | FL | 33,000 |
| 346 | 3527 | Silverlake | 3137 Silverlake Drive | Pearland | TX | 33,862 |
| 347 | 3528 | Exton | 128 Woodcutter Street | Exton | PA | 32,823 |
| 348 | 3549 | Short Pump Town Center | 11732 West Broad Street | Glen Allen | VA | 34,829 |
| 349 | 3550 | Greenville Point | 1140 Woodruff Road | Greenville | SC | 35,036 |
| 350 | 3554 | Bainbridge | 7705 Market Place Drive | Aurora | OH | 34,143 |
| 351 | 3556 | Whitman | 9733 East Roosevelt Boulevard | Philadelphia | PA | 35,187 |
| 352 | 3560 | Spring Hill Fl | 13199 Cortez Boulevard | Brooksville | FL | 20,279 |
| 353 | 3561 | Millenia Mall | 4155 Millenia Boulevard | Orlando | FL | 34,017 |
| 354 | 3562 | Concord Mills | 8210 Concord Mills Boulevard | Concord | NC | 35,942 |
| 355 | 3564 | Quail Springs | 13730 N. Pennsylvania Avenue | Oklahoma City | OK | 33,862 |
| 356 | 3566 | Midtown | 3401 North Miami Avenue, Unit H | Miami | FL | 36,867 |
| 357 | 3570 | Hyattsville | 2900 Belcrest Center Drive | Hyattsville | MD | 34,821 |
| 358 | 3572 | Polaris | 8655-8671 Lyra Drive | Columbus | OH | 34,793 |
| 359 | 3576 | Lake Worth | 6592 Lake Worth Boulevard | Lake Worth | TX | 34,106 |
| 360 | 3577 | Rockwall | 959 East Interstate 30 | Rockwall | TX | 20,851 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 361 | 3579 | Meyerland | 100 Meyerland Plaza Mall | Houston | TX | 33,792 |
| 362 | 3581 | Stapleton | 7960 East 49Th Avenue | Denver | CO | 33,859 |
| 363 | 3582 | La Quinta | 78826 Highway 111 | La Quinta | CA | 33,662 |
| 364 | 3584 | New Braunfels | 1296 Interstate Highway 35 North | New Braunfels | TX | 20,768 |
| 365 | 3586 | Rancho Santa Margarita | 30491 Avenida De Las Flores | Rancho Santa Margarita | CA | 32,425 |
| 366 | 3587 | Easton Pa | 4413 Birkland Place | Easton | PA | 33,098 |
| 367 | 3588 | Southpark Meadows | 9600 South Interstate Highway 35 | Austin | TX | 33,930 |
| 368 | 3589 | Southhaven | 6980 Southcrest Parkway | Southaven | MS | 33,831 |
| 369 | 3590 | Meriden | 495 Chamberlain Highway | Meriden | CT | 33,280 |
| 370 | 3591 | Warrington | 1015 Main Street | Warrington | PA | 33,863 |
| 371 | 3592 | Plymouth | 228 Colony Place | Plymouth | MA | 33,916 |
| 372 | 3595 | Waterford Lakes | 400 North Alafaye Trail | Orlando | FL | 33,817 |
| 373 | 3597 | Apex | 1691 Beaver Creek Commons Drive | Apex | NC | 20,156 |
| 374 | 3599 | South Bay | 8B Allstate Road | Dorchester | MA | 34,736 |
| 375 | 3601 | N Attleboro | 1360 South Washington Street | North Attleboro | MA | 33,914 |
| 376 | 3602 | Millbury | 70 Worcester Providence Pk | Millbury | MA | 32,848 |
| 377 | 3603 | Ann Arbor Ss | 3547 Washtenaw Avenue | Ann Arbor | MI | 29,771 |
| 378 | 3606 | Lakeside | 14105 Hall Road | Shelby Township | MI | 32,666 |
| 379 | 3607 | Roseville | 20550 13 Mile Road | Roseville | MI | 33,180 |
| 380 | 3608 | Novi | 43525 West Oaks Drive | Novi | MI | 34,747 |
| 381 | 3611 | Taylor | 23351 Eureka Road | Taylor | MI | 42,683 |
| 382 | 3613 | Westland Ss | 36300 Warren Road | Westland | MI | 43,786 |
| 383 | 3614 | Sewmill Ss | 2582 Sawmill Place Blvd. | Columbus | OH | 28,409 |
| 384 | 3615 | Easton Ss | 4066 Morse Road | Columbus | OH | 32,705 |
| 385 | 3616 | Brice Ss | 2885 Gender Road | Columbus | OH | 33,205 |
| 386 | 3617 | Century Ss | 9931 Mountain View Drive | West Mifflin | PA | 42,521 |
| 387 | 3618 | Wilkins Ss | 3476 William Penn Highway | Pittsburgh | PA | 42,363 |
| 388 | 3619 | Ross Park Ss | 7219 Mcknight Road | Pittsburgh | PA | 32,104 |
| 389 | 3621 | Evansville | 225 North Burkhardt Road | Evansville | IN | 36,970 |
| 390 | 3622 | Field-Ertel | 12130 Royal Point Drive | Cincinnati | OH | 33,718 |
| 391 | 3624 | North Town | 20 Coon Rapids Boulevard | Coon Rapids | MN | 36,668 |
| 392 | 3625 | Highland/Schererville | 707 Us Highway 41 | Schererville | IN | 33,862 |
| 393 | 3626 | Niles | 2380 Niles-Cortland Road S/E | Warren | OH | 34,215 |
| 394 | 3627 | Arundel Mills | 7667 Arundel Mills Boulevard | Hanover | MD | 33,044 |
| 395 | 3628 | Frederick Ss | 5606 Buckeystown Pike | Frederick | MD | 27,713 |
| 396 | 3629 | Boardman Ss | 7230 Market Street | Boardman | OH | 32,973 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 397 | 3630 | Saginaw | 2970 Tittabawassee Road | Saginaw | MI | 44,008 |
| 398 | 3631 | Flint | 4071 Miller Road | Flint | MI | 45,483 |
| 399 | 3632 | Walker | 3410 Alpine Avenue | Walker | MI | 44,621 |
| 400 | 3633 | Kentwood Ss | 4900 28Th Street Se | Kentwood | MI | 39,402 |
| 401 | 3634 | Portage Ss | 8028 Westnedge Avenue | Portage | MI | 32,416 |
| 402 | 3635 | West Lansing Ss | 5501 West Saginaw Hwy. | Lansing | MI | 31,318 |
| 403 | 3636 | Hagerstown | 17796 Garland Groh Boulevard | Hagerstown | MD | 30,572 |
| 404 | 3639 | Oyster Point | 12140 Jefferson Avenue | Newport News | VA | 32,404 |
| 405 | 3640 | Greenbrier | 1590 Crossways Boulevard | Chesapeake | VA | 42,681 |
| 406 | 3641 | Keene | 41 Ashbrook Road | Keene | NH | 20,745 |
| 407 | 3645 | Laredo | 5300 San Dario, Suite 2205 | Laredo | TX | 21,954 |
| 408 | 3648 | Augusta Me | 90 Stephen King Drive, Suite 3 | Augusta | ME | 34,091 |
| 409 | 3654 | Appleton | 4635 West College Avenue | Grand Chute | WI | 45,487 |
| 410 | 3659 | Leesburg | 536 Fort Evans Road Ne | Leesburg | VA | 23,964 |
| 411 | 3662 | Trumbull | 5065 Main Street | Trumbull | CT | 39,141 |
| 412 | 3663 | Gateway | 369 Gateway Drive | Brooklyn | NY | 31,660 |
| 413 | 3664 | Atlantic Center | 625 Atlantic Avenue | Brooklyn | NY | 34,405 |
| 414 | 3666 | Parkersburg | 605 Grand Central Ave. (Rt. 14) | Vienna | WV | 29,490 |
| 415 | 3668 | Danbury | 110 Federal Road | Danbury | CT | 30,294 |
| 416 | 3669 | East Brunswick | 327 Route 18 | East Brunswick | NJ | 37,327 |
| 417 | 3670 | Eatontown | 90 State Highway, Route 36 | Eatontown | NJ | 32,582 |
| 418 | 3672 | Westbury | 1504 Old Country Road | Westbury | NY | 45,669 |
| 419 | 3674 | Hicksville Ss | 217 Bethpage Road | Hicksville | NY | 32,451 |
| 420 | 3675 | Greeley | 4759 29Th Street, Suite B | Greeley | CO | 21,323 |
| 421 | 3677 | Lady Lake | 630 U.S. Highway 441 | Lady Lake | FL | 20,590 |
| 422 | 3678 | Union Square | 52 East 14Th Street, #64 | New York | NY | 50,447 |
| 423 | 3680 | West Manhattan | 2232 Broadway Street | New York | NY | 24,676 |
| 424 | 3682 | Middletown Ss | 109 Dunning Road | Middletown | NY | 28,343 |
| 425 | 3682A | Middletown Sign Lease | 430 ROUTE 211 EAST | Middletown | NY | |
| 426 | 3684 | Paramus | 240 Route 17 North | Paramus | NJ | 41,454 |
| 427 | 3686 | Rego Park/Queens | 9605 Queens Boulevard | Rego Park | NY | 50,004 |
| 428 | 3687 | Ledgewood | 461 Route 10, Suite 28 | Ledgewood | NJ | 33,600 |
| 429 | 3688 | Bergen | 3129 Kennedy Boulevard | North Bergen | NJ | 32,845 |
| 430 | 3689 | Somerville | 711 State Route 28 West | Bridgewater | NJ | 32,206 |
| 431 | 3690 | Norwalk | 444 Connecticut Avenue | Norwalk | CT | 33,660 |
| 432 | 3691 | Shops at Richmond Avenue | 2505-2535 Richmond Avenue | Staten Island | NY | 33,556 |

## EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 433 | 3692 | Bricktown Ss | 550 Route 70 | Brick | NJ | 27,942 |
| 434 | 3693 | Union Ss | 2700A Route 22 East | Union | NJ | 43,291 |
| 435 | 3694 | Valley Stream | 650 West Sunrise Highway | Valley Stream | NY | 22,438 |
| 436 | 3695 | Wayne | 519 Route 46 | Wayne | NJ | 45,761 |
| 437 | 3696 | White Plains | 5 City Place | White Plains | NY | 37,705 |
| 438 | 3697 | Whitestone | 138-03 20Th Avenue | College Point | NY | 32,841 |
| 439 | 3698 | Woodbridge | 479 Green Street | Woodbridge | NJ | 32,321 |
| 440 | 3699 | Yonkers | 750 Central Park Avenue | Yonkers | NY | 46,042 |
| 441 | 3700 | Cortlandt | 2990 East Main Street | Cortlandt Manor | NY | 27,924 |
| 442 | 3701 | Fort Wayne | 291 E. Coliseum Boulevard | Ft. Wayne | IN | 28,527 |
| 443 | 3702 | Terre Haute | 4233 South Us 41 | Terre Haute | IN | 16,916 |
| 444 | 3705 | Spring Meadows | 6645 Airport Highway | Holland | OH | 27,827 |
| 445 | 3706 | Harrisburg East | 5125 Jonestown Road | Lower Paxton | PA | 32,735 |
| 446 | 3707 | Lancaster | 1700 Fruitville Pike | Lancaster | PA | 32,423 |
| 447 | 3708 | York | 2980 Whiteford Road | York | PA | 32,801 |
| 448 | 3710 | Robinson | 11A Chuvet Drive | North Fayette | PA | 27,660 |
| 449 | 3711 | Muskegon | 5726 Harvey Street | Muskegon | MI | 33,841 |
| 450 | 3713 | Holland Micro | 12635 Felch Street, Suite 20 | Holland | MI | 19,239 |
| 451 | 3720 | Mechanicsburg | 5800 Carlisle Pike | Mechanicsburg | PA | 39,078 |
| 452 | 3721 | Sterling Ss | 46301 Potomac Run Plaza, #120 | Sterling | VA | 32,969 |
| 453 | 3724 | Saugus | 607 Broadway, Route 1 South | Saugus | MA | 33,496 |
| 454 | 3725 | Dover | 1350 Dupont Highway | Dover | DE | 23,292 |
| 455 | 3731 | Brooklyn/Bay Ridge | 502-12 86Th Street | Brooklyn | NY | 27,874 |
| 456 | 3732 | Williston | 15 Marshall Avenue | Williston | VT | 27,927 |
| 457 | 3733 | Steubenville | 4130 Mall Drive | Steubenville | OH | 16,681 |
| 458 | 3734 | Franklin Park Ss | 4948 Monroe Street | Toledo | OH | 31,984 |
| 459 | 3735 | Tyson'S Corner West | 8520-C Leesburg Pike | Vienna | VA | 20,451 |
| 460 | 3736 | Puyallup | 3500 South Meridian, #760 | Puyallup | WA | 28,853 |
| 461 | 3738 | Vineland | 2148 North 2nd Street | Millville | NJ | 20,405 |
| 462 | 3740 | Bangor | 668 Stillwater Avenue | Bangor | ME | 28,442 |
| 463 | 3742 | Clarksburg | 521 Emily Drive | Clarksburg | WV | 16,916 |
| 464 | 3743 | Maple Grove | 11481 Fountain Drive | Maple Grove | MN | 36,800 |
| 465 | 3744 | Erie | 7451 Peach Street | Erie | PA | 28,242 |
| 466 | 3746 | Johnstown | 430 Town Centre Drive | Johnstown | PA | 33,862 |
| 467 | 3748 | Yuma | 1232 South Castle Dome Avenue | Yuma | AZ | 19,888 |
| 468 | 3750 | St Clairsville | 50500 Valley Frontage Road | St. Clairsville | OH | 16,932 |

Page 13 of 17

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 469 | 3752 | Va Center Commons | 9860 Brook Road | Glen Allen | VA | 32,284 |
| 470 | 3754 | Kennewick | 1430 Tapteal Drive | Richland | WA | 34,620 |
| 471 | 3754A | Kennewick Sign | TAPTEAL & COLUMBIA CENTER BLVD. | Richland | WA | |
| 472 | 3764 | Phillipsburg | 1202 New Brunswick Avenue | Phillipsburg | NJ | 32,883 |
| 473 | 3767 | Galleria | 1586 South Brentwood Boulevard | Brentwood | MO | 33,996 |
| 474 | 3769 | Concord | 270 Loudon Road | Concord | NH | 34,610 |
| 475 | 3770 | Taunton | 70 Taunton Depot Drive | Taunton | MA | 32,637 |
| 476 | 3771 | Folsom | 205 Serpa Drive | Folsom | CA | 30,157 |
| 477 | 3778 | Brighton | 8175 Movie Drive | Brighton | MI | 33,276 |
| 478 | 3779 | Enfield | 136 Elm Street | Enfield | CT | 32,098 |
| 479 | 3780 | Hamburg | 2231 Sir Barton Way Street, Unit 110 | Lexington | KY | 32,959 |
| 480 | 3783 | Plymouth Meeting | 102 Alan Wood Road | Conshohocken | PA | 32,509 |
| 481 | 3792 | Mchenry | 2228 North Richmond Road | Mchenry | IL | 32,774 |
| 482 | 3797 | Grandville Mkt | 4535 Canal Sw | Grandville | MI | 32,876 |
| 483 | 3810 | Harlingen | 2020 South Expressway 83 | Harlingen | TX | 28,669 |
| 484 | 3816 | Katy Mills | 5000 Katy Mills Circle | Houston | TX | 26,736 |
| 485 | 3830 | Brunswick | 4990 Altama Avenue | Brunswick | GA | 19,840 |
| 486 | 3831 | Henrietta | Marketplace Drive & Amelia Drive | Henrietta | NY | 21,747 |
| 487 | 3832 | Monaca | 103 Wagner Road | Monaca | PA | 22,124 |
| 488 | 3844 | Fairfax | 4110 West Ox Road, Suite 12124 | Fairfax | VA | 22,906 |
| 489 | 3845 | N:Deptford-Relo 537 | 2000 Clements Bridge Road | Woodbury | NJ | 30,286 |
| 490 | 3846 | East Chase | 7961 Eastchase Parkway | Montgomery | AL | 30,223 |
| | 3847 | Al: Tuscal Relo 3291 | 1800 Mcfarland Boulevard South, Ste 520C | Tuscaloosa | AL | 30,267 |
| 491 | | | | | | |
| 492 | 3848 | Ca:Salinas Relo 3300 | 1910 North Davis Road | Salinas | CA | 30,224 |
| 493 | 3849 | Norridge | 7010 Forest Preserve Drive | Norridge | IL | 30,099 |
| 494 | 3850 | Bolingbrook | 639 East Boughton Road | Bolingbrook | IL | 21,800 |
| 495 | 3851 | Madison Heights | 32399 John R Road | Madison Heights | MI | 32,798 |
| 496 | 3852 | Keizer Station | 6035 Ulali Drive | Keizer | OR | 20,430 |
| 497 | 3853 | Tn:Knoxville Relo807 | 4627 Greenway Drive | Knoxville | TN | 30,220 |
| 498 | 3854 | Beaumont | 6116 Eastex Freeway | Beaumont | TX | 30,235 |
| 499 | 3855 | Tx:El Paso Relo 4509 | 611 Sunland Park | El Paso | TX | 30,220 |
| 500 | 3856 | Tx:Houston Relo 566 | 1001A West Bay Area Boulevard | Webster | TX | 32,604 |
| 501 | 3857 | Deerbrook Mall | 20131 Highway 59 N, Suite 8, Space 2290 | Humble | TX | 24,766 |
| 502 | 3858 | N.E. San Antonio | 14623 Ih 35 North | Live Oak | TX | 20,574 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 503 | 3899 | W/Ashwaub. Relo3636 | 2492 South Oneida | Ashwaubenon | WI | 29,582 |
| 504 | 3862 | Brockton | 395 Westgate Drive | Brockton | MA | 23,844 |
| 505 | 3864 | Manhatten | 1965 Broadway | New York | NY | 30,815 |
| 506 | 3865 | Auburn | 1614 Clark Street Road | Auburn | NY | 20,304 |
| 507 | 3878 | Brea | 835 East Birch Street | Brea | CA | 20,144 |
| 508 | 3882 | Killeen | 201 East Central Texas Pkwy, Ste 21 | Harker Heights | TX | 20,331 |
| 509 | 3883 | Williamsport | 350 S. Lycoming Mall Road | Muncy | PA | 20,169 |
| 510 | 4101 | Montgomeryville | 772 Bethlehem Pike | Montgomeryville | PA | 31,675 |
| 511 | 4105 | Dickson City | 620 Commerce Boulevard | Dickson City | PA | 28,025 |
| 512 | 4106 | Wilkes Barre | 3420 Wilkes-Barre Township Commons | Wilkes-Barre | PA | 34,198 |
| 513 | 4110 | Danvers | 4-6 Newbury Street, Route 1 | Danvers | MA | 32,431 |
| 514 | 4111 | Somerville | 65 Mystic Avenue | Somerville | MA | 33,115 |
| 515 | 4112 | Burlington | 84 Middlesex Turnpike | Burlington | MA | 29,702 |
| 516 | 413 | Seekonk | 179 West Highland Ave - Rt.6 | Seekonk | MA | 34,064 |
| 517 | 4114 | Cranston | 140 Hillside Road | Cranston | RI | 33,196 |
| 518 | 4115 | Nashua | 224 Daniel Webster Hwy | Nashua | NH | 33,563 |
| 519 | 4116 | Portsmouth | 1700 Woodbury Avenue | Portsmouth | NH | 34,990 |
| 520 | 4119 | Braintree | 250 Granite Street | Braintree | MA | 27,099 |
| 521 | 4120 | Salem | 428 South Broadway | Salem | NH | 32,924 |
| 522 | 4121 | Natick Ss | 1398 Worcester Street | Natick | MA | 33,907 |
| 523 | 4122 | Hanover | 1775 Washington Street | Hanover | MA | 23,210 |
| 524 | 4123 | Dartmouth | 456 State Road, Route 6 | North Dartmouth | MA | 23,312 |
| 525 | 4124 | Manchester | 1100 S. Willow Street | Manchester | NH | 33,153 |
| 526 | 4130 | Kissimmee | 2551 West Osceola Parkway | Kissimmee | FL | 30,242 |
| 527 | 4131 | Manteca | 2210 Daniels Street | Manteca | CA | 20,282 |
| 528 | 4132 | Turlock | 2821 Countryside Drive | Turlock | CA | 20,578 |
| 529 | 4134 | Towson | 801 Goucher Boulevard | Towson | MD | 24,803 |
| 530 | 4135 | La/New Orleans | 3790 Veterans Memorial Boulevard | Metairie | LA | 29,738 |
| 531 | 4136 | Pine Island | 1843 Pine Island Road, Ne | Cape Coral | FL | 30,220 |
| 532 | 4138 | Signal Hill | 901 Spring Street | Signal Hill | CA | 29,764 |
| 533 | 4143 | Gloucester Twp Ss | 466 Berlin Cross Keys Road | Sicklerville | NJ | 28,704 |
| 534 | 4144 | Chambersburg | 901 Norland Avenue | Chambersburg | PA | 20,847 |
| 535 | 4147 | Maryville | 111 Hamilton Crossing Drive | Alcoa | TN | 19,839 |
| 536 | 4150 | Pasadena | 3931 Fairway Plaza Drive | Pasadena | TX | 29,144 |
| 537 | 4178 | Monrovia | 745 West Huntington Drive | Monrovia | CA | 25,074 |
| 538 | 4179 | Vacaville | 130 Nut Tree Parkway | Vacaville | CA | 28,638 |

EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 539 | 4201 | Melbourne Ss | 1700 West New Haven Road | Melbourne | FL | 35,617 |
| 540 | 4202 | Janaf | 1120 North Military Highway | Norfolk | VA | 20,705 |
| 541 | 4212 | Midtown | 521 5th Avenue | New York | NY | 22,246 |
| 542 | 4232 | Cypress Lakes | Colonial Square Town Center | Fort Myers | FL | 20,880 |
| 543 | 4233 | Sebring | 1754 Us 27 North | Sebring | FL | 20,338 |
| 544 | 4242 | Seal Beach | 12325 Seal Beach Boulevard | Seal Beach | CA | 30,491 |
| 545 | 4246 | Baton Rouge | 9330 Mall Of Louisiana Blvd, Suite 100 | Baton Rouge | LA | 23,377 |
| 546 | 4247 | Denton | 2315 Colorado Boulevard | Denton | TX | 30,373 |
| 547 | 4249 | Port Arthur | 8725 Memorial Boulevard | Port Arthur | TX | 20,548 |
| 548 | 4266 | Mt. Pleasant | 1501 Johnnie Dobbs Boulevard | Mt. Pleasant | SC | 20,602 |
| 549 | 4261 | Horseheads | 1530 Country Route 64 | Horseheads | NY | 20,261 |
| 550 | 4271 | Patriot Place | 1 Patriot Place, South Plaza | Foxboro | MA | 20,198 |
| 551 | 4272 | Amherst | 123 Route 101A | Amherst | MD | 20,331 |
| 552 | 4275 | Sarasota | 8561 Cooper Creek Blvd | Sarasota | FL | 20,822 |
| 553 | 4276 | Port St. Lucie | 1783 Nw St. Lucie West Blvd | Port St. Lucie | FL | 20,207 |
| 554 | 4302 | Eastridge | 2217 Quimby Road | San Jose | CA | 33,199 |
| 555 | 4305 | Burbank | 401 N. 1St Street | Burbank | CA | 30,444 |
| 556 | 4307 | Prattville | 2730 Legends Parkway | Prattville | AL | 19,879 |
| 557 | 4308 | New Orleans | 901 Manhattan Boulevard | Harvey | LA | 30,156 |
| 558 | 4309 | Alexandria Mall | 2201 Memorial Drive | Alexandria | LA | 20,563 |
| 559 | 4313 | La Habra | 1020 West Imperial Highway | La Habra | CA | 38,660 |
| 560 | 4317 | Colorado Springs | 5904 Barnes Road | Colorado Springs | CO | 29,853 |
| 561 | 4320 | Cleveland, Tn | 4520 Frontage Road Nw | Cleveland | TN | 20,402 |
| 562 | 4321 | White Oak | 4531 South Laburnum Ave | Richmond | VA | 20,331 |
| 563 | 4336 | Torrington | 1090 Torrington Street | Torrington | CT | 22,090 |
| 564 | 4502 | Lewisville Ss | 715 Hebron Parkway | Lewisville | TX | 33,861 |
| 565 | 4503 | Northstar | 321 Nw. Loop 410 | San Antonio | TX | 42,762 |
| 566 | 4505 | Little Rock West Ii | 110 Markham Park Drive | Little Rock | AR | 33,996 |
| 567 | 4506 | North Little Rock | 4339 Warden Road | N. Little Rock | AR | 32,265 |
| 568 | 4507 | Santa Cruz Mini | 1664 Commercial Way | Santa Cruz | CA | 27,774 |
| 569 | 4508 | El Paso East Ss | 1313-D George Deiter Drive | El Paso | TX | 33,352 |
| 570 | 4510 | Lubbock | 6701 Slide Street | Lubbock | TX | 33,026 |
| 571 | | | | | | |
| 572 | | | | | | |
| 573 | 255 | Bethlehem Distribution | 4000 Township Line | Bethlehem | PA | |
| 574 | 335 | Mid-Atlantic Distribution | 14301 Mattawoman | Brandywine | MD | |

## EXHIBIT A-LEASED PROPERTIES

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 575 | 344 | Livermore | 400 Longfellow Court | Livermore | CA | |
| 576 | 353 | Industry Distribution | 680 S. Lemon | Walnut | CA | |
| 577 | 379 | Walnut Distribution | 501 South Cheryl Lane | Walnut | CA | |
| 578 | 567 | Ardmore Distribution | 1901 Cooper Drive | Ardmore | OK | |
| 579 | 755 | Marion Distribution | 1100 Circuit City Road | Marion | IL | |
| 580 | 775 | Orlando Distribution | 19925 Independence | Groveland | FL | |

Page 17 of 17

# EXHIBIT A—OWNED PROPERTY LISTING

As of: October 2008

| _# | NAME | ADDRESS | CITY | STATE | APPROX. BUILDING SQ. FT. | APPROX. ACRES | APPROX. PURCHASE DATE |
|---|---|---|---|---|---|---|---|
| 73 | ATLANTA SERVICE (attached to 00073/004015 & 004010) | 1325 WEST CORPORATE COURT | LITHIA SPRINGS | GA | 65,000 | 9.0240 | 12/15/2000 |
| 1/06331 | SAN JOSE (STEVENS CREEK) SS (PURCHASE) | 4080 STEVENS CREEK | SAN JOSE | CA | 69,780 | unknown | 8/23/2004 |
| 89 | MORENO VALLEY SS | 12590 DAY STREET | MORENO VALLEY | CA | 33,970 | 3.5300 | 10/24/2003 |
| 01A | HOLLYWOOD PARKING LOT - PURCHASE | 1332 & 1406 VIRGIL PLACE | LOS ANGELES | CA | unknown | unknown | 1/27/1993 |
| 57A | ARDMORE DISTRIBUTION - ADDT'L LAND (PURCHASE) | 1901 COOPER DRIVE | ARDMORE | OK | 0 | 12.7740 | 10/16/2000 |
| 55A | MARION DISTRIBUTION (CENTER PARKING LOT (PURCHASE) | MEADOWLAND PARKWAY | MARION | IL | 0 | 9.4000 | 6/10/2008 |
| 17A | VIRGINIA BEACH SS - ADDITIONAL LAND (PURCHASE) | S. INDEPENDENCE BOULEVARD | VIRGINIA BEACH | VA | 0 | 0.6830 | 5/11/1981 |
| 17/60026/00350 | BALTIMORE (GOLDEN RINO) SS (PURCHASE) | 8823 PULASKI HIGHWAY | BALTIMORE | MD | 63,694 | 8.8650 | 12/31/1988 |
| 14/06766 | LOUISVILLE (DIXIE HIGHWAY) SS (PURCHASE) | 5120 DIXIE HIGHWAY | LOUISVILLE | KY | 45,027 | 4.0200 | 8/29/1985 |
| 19A | ALLENTOWN ADDITIONAL PARKING | GRAPE STREET AND JORDON BLVD. | WHITEHALL | PA | 0 | 5.9750 | 7/15/1999 |
| 17A | FLORENCE - ADDITIONAL LAND | DAVID MCLEOD BOULEVARD | FLORENCE | SC | 0 | 1.7900 | 9/1/1995 |
| 03A | SARASOTA - ADDITIONAL LAND | TAMIAMI TRAIL | SARASOTA | FL | unknown | unknown | 9/14/1995 |
| 16 | CAMELBACK SS | 1670 EAST CAMELBACK ROAD | PHOENIX | AZ | 33,348 | 3.5018 | 12/20/2002 |
| 01A | RICHMOND - STORE SUPPORT CENTER - OWNED LAND | MAYLAND DRIVE | RICHMOND | VA | 0 | 75.5520 |  |

TALS:    14

## SECOND AMENDMENT TO REAL ESTATE CONSULTING AND
## ADVISORY SERVICES AGREEMENT

This Second Amendment to Real Estate Consulting and Advisory Services Agreement (the "Second Amendment") is entered into as of March 3, 2009, by and between DJM Asset Management, LLC (the "Consultant"), and Circuit City Stores, Inc. and certain of its affiliated entities (collectively the "Company" or the "Debtor").

### Recitals:

A.      As of November 19, 2008, the Consultant and the Company entered into a Real Estate Consulting and Advisory Services Agreement, as amended by that certain First Amendment to Real estate Consulting and Advisory Services Agreement dated as of February 6, 2009 (collectively the "Agreement").

B.      The parties wish to amend the Agreement to provide that the Consultant shall be DJM Realty Services, LLC.

C.      Capitalized terms used herein and not defined herein shall have the meanings ascribed to them in the Agreement.

### Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Company and the Consultant agree as follows:

1.      Effective as of November 19, 2008, the term "Consultant" shall mean DJM Realty Services, LLC.

2.      For all purposes the Agreement is amended to replace DJM Asset Management, LLC with DJM Realty Services, LLC.

3.      DJM Realty Services, LLC has executed this Second Amendment signifying its consent thereto.

4.      Except as amended hereby the Agreement shall remain in full force and effect.

[Signatures appear next page.]

CIRCUIT CITY DJM 30309

IN WITNESS WHEREOF, the Company and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:

**Circuit City Stores, Inc.**

By: Reggie Hedgebeth
Title: SVP + GC
Dated: March 6 2009

Accepted and Agreed to:

**DJM Asset Management, LLC**

By: EDWARD P. ZIMMON
Title: SR. MANAGING DIRECTOR
Dated: March 9, 2009

**DJM Realty Services, LLC**

By: EDWARD P. ZIMMON
Title: SR. MANAGING DIRECTOR
Dated: March 9, 2009

## THIRD AMENDMENT TO REAL ESTATE CONSULTING AND
## ADVISORY SERVICES AGREEMENT

This Third Amendment to Real Estate Consulting and Advisory Services Agreement (the "Second Amendment") is entered into as of May __, 2009, by and between DJM Realty Services, LLC (the "Consultant"), and Circuit City Stores, Inc. and certain of its affiliated entities (collectively the "Company" or the "Debtor").

### Recitals:

A.    As of November 19, 2008, the Consultant (formerly designated as "DJM Asset Management, LLC") and the Company entered into a Real Estate Consulting and Advisory Services Agreement, as amended by that certain First Amendment to Real Estate Consulting and Advisory Services Agreement dated as of February 6, 2009 and that certain Second Amendment to Real Estate Consulting and Advisory Services Agreement dated as of March 3, 2009 (collectively the "Agreement").

B.    As a result of the increased number of properties the Debtor has asked the Consultant to market for sale, the parties wish to amend the Agreement to increase the maximum amount of pre-approved expenses that the Consultant can be reimbursed for from $25,000 to $100,000.

C.    Capitalized terms used herein and not defined herein shall have the meanings ascribed to them in the Agreement.

### Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Company and the Consultant agree as follows:

1.    Paragraph 4 of the Agreement is hereby amended to delete the reference to "$25,000" therein and replace it with "$100,000".

2.    Except as amended hereby the Agreement shall remain in full force and effect.

[Signatures appear next page.]

IN WITNESS WHEREOF, the Company and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:                          Accepted and Agreed to:

**Circuit City Stores, Inc.**                    **DJM Realty Services, LLC**

_Michelle Mosier_                                _Edward P. Zimmer_

By: _Michelle Mosier_                            By: _EDWARD P. ZIMMON_
Title: _VP of Calidler_                          Title: _SR. MANAGING DIRECTOR_
Dated: May _14_, 2009                            Dated: May _14_, 2009