# EXHIBIT C

## LEASE INVOICES



**DJM Realty**
— A GORDON BROTHERS GROUP COMPANY —

May 13, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Lease Sales & Lease Terminations**

| | |
|---|---:|
| Store #232 – San Mateo, CA | $   445,446.76 |
| (Landlord) | X           .0375 |
| | $     16,704.25 |

### TOTAL AMOUNT DUE: $16,704.25

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—

June 10, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Lease Sales & Lease Terminations**

| | |
|---|---|
| Store #805 – Chesterfield, VA | $   230,000.00 |
| (SEA Properties I, LLC) | X         .0375 |
| | $       8,625.00 |

**TOTAL AMOUNT DUE: $8,625.00**

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 225, Melville, NY 11747 | *tel* 631.752.1100 | *fax* 631.752.1231 | www.djmrealty.com

**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—

June 10, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Lease Sales & Lease Terminations**

| | |
|---|---|
| Store #3125 – Bloomingdale, IL | $   175,000.00 |
| (Creative Realty Management, LLC) | X            .0375 |
| | $       6,562.50 |

### TOTAL AMOUNT DUE: $6,562.50

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



June 12, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Lease Sales & Lease Terminations**

| | |
|---|---|
| Store #3140 – St. Cloud, MN | $ 40,696.52 |
| (St. Cloud Associates) | X     .0375 |
| | $  1,526.12 |

**TOTAL AMOUNT DUE: $1,526.12**

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 225, Melville, NY 11747 | *tel* 631.752.1100 | *fax* 631.752.1231 | www.djmrealty.com