# EXHIBIT D

## OWNED PROPERTY INVOICES

DJM CC 83109



May 13, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

### Sale of Owned Property

| | |
|---|---|
| Store #567 – Ardmore, OK (Distribution Center) | $ 8,200,000.00 |
| (Sold to Shores Oilfield Equipment, Inc.) | X       .0325 |
| | $    266,500.00 |

### TOTAL AMOUNT DUE: $266,500.00

*If payment is issued by check, please make payable to:*
**DJM Realty**
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
**Boston, MA 02199**
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA 02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



June 17, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

**Sale of Owned Property**

| | |
|---|---|
| Store #847 – Baltimore, MD | $ 4,650,000.00 |
| (Sold to VEI Circuit LLC) | X         .0325 |
| | $    151,125.00 |

### TOTAL AMOUNT DUE: $151,125.00

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA 02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

# DJM Realty
—A GORDON BROTHERS GROUP COMPANY—

July 20, 2009

Deborah Miller
Director & Assistant General Counsel-Real Estate
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

## INVOICE FOR SERVICES RENDERED

Real Estate Consulting and Advisory Services Agreement entered into as of November 19, 2008 by and between DJM Asset Management, LLC and Circuit City Stores, Inc., debtor and debtor in possession with respect to the sale, sublease and/or termination of the right and interest in certain leasehold properties identified by the company:

### Sale of Owned Property

| | |
|---|---|
| Store #817A – Virginia Beach, VA | $  439,000.00 |
| (Sold to Cardinal Capital Partners, Inc.) | X        .0325 |
| | $    14,267.50 |

### TOTAL AMOUNT DUE: $14,267.50

*If payment is issued by check, please make payable to:*
*DJM Realty*
*c/o Gordon Brothers*
*101 Huntington Avenue, 10th Floor*
*Boston, MA 02199*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |