| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                            :    Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :    Case No. 08-35653-KRH
et al.,                           :
                                  :
            Debtors.              :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2009 THROUGH AND INCLUDING JULY 31, 2009**

This Court having entered the Order Under

Bankruptcy Code Sections 105(a) and 331 Establishing

Procedures for Interim Compensation (D.I. 830, the

"Interim Compensation Order"); and this Court having

previously authorized the employment of Skadden, Arps,

Slate, Meagher & Flom LLP and its affiliated law offices

("Skadden, Arps") in the cases of the above-captioned

debtors and debtors-in-possession (collectively, the

"Debtors");[1] and the Third Interim Fee Application Of

Skadden, Arps, Slate, Meagher & Flom LLP For

Compensation For Services Rendered And Reimbursement Of

Expenses As Counsel To The Debtors For The Period From

April 1, 2009 Through And Including July 31, 2009 (the

"Second Interim Fee Application") having been filed and

served pursuant to the Interim Compensation Order; and

this Court having fully considered the record before it;

and it appearing that the relief requested by the Third

Interim Fee Application is in the best interests of the

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc.
      (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
      Inc. (0875), Ventoux International, Inc. (1838), Circuit City
      Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
      Distribution Company of Virginia, Inc. (2821), Circuit City
      Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
      Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263),
      Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
      LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
      for Circuit City Stores West Coast, Inc. is 9250 Sheridan
      Boulevard, Westminster, Colorado 80031.  For all other Debtors,
      the address was 9950 Mayland Drive, Richmond, Virginia 23233 and
      currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

Debtors' estates, their creditors, and other parties in

interest; and after due deliberation thereon; and good

and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.   The Third Interim Fee Application is

GRANTED.

2.   The fees and expenses requested in the

Third Interim Fee Application are hereby allowed on a in

the amounts set forth on Exhibit A, subject to the

filing of a final fee application.

3.   The Debtors are hereby authorized to

promptly pay Skadden, Arps the difference, if any,

between the amount of fees and expenses allowed by this

Order and the actual interim payments received by

Skadden, Arps.

4.    This Order is without prejudice to the

right of Skadden, Arps to seek further allowance and

payment of compensation and reimbursement of expenses

upon application to this Court in accordance with the

Interim Compensation Order.

Dated:   Richmond, Virginia
         October [   ], 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center

901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**


    Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                    /s/ Douglas M. Foley___
                    Douglas M. Foley

**EXHIBIT A**

| Period Covered | Date Served | Requested Fees, Expenses | | Paid Fees, Expenses | |
|---|---|---|---|---|---|
| 5/1/09 to 5/31/09 | 6/8/09 | $590,069 | $22,204 | $501,732 | $22,204 |
| 6/1/09 to 6/30/09 | 8/14/09 | $580,005 | $35,164 | $493,004 | $35,164 |
| 7/1/09 to 1/31/08 | 9/8/09 | $596,412 | $23,595 | $506,950 | $23,595 |
| **Total** | | **$1,766,486** | **$80,963** | **$1,582,649** | **$80,963** |

6