# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

FIRM/AFFILIATE OFFICES

BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.CM

June 8, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:     In re Circuit City Stores, Inc.,
        Case No. 08-35653 (KRH)
        Jointly Administered

Dear James:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through May 31, 2009 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $616,477 consisting of $590,273 for professional fees and $22,204[1] for charges and disbursements. The principal charges during the Fee Period were for Asset Disposition ($178,114), Claims Administration (General) ($98,654) and Employee Matters ($93,453). We have written off the amount of $30,705 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50%

---

[1]   In addition, we have corrected an error from our previous bill in which we inadvertently overcharged the Company the amount of $4,000. This bill reflects a reduction of that amount.

James Marcum
June 8, 2009
Page 2

of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to June 28, 2009, you are authorized to pay to our firm the total amount of $523,936, which consists of the amount of $501,732 with respect to the fee request, (net of the 15% fee holdback amount of $88,541) and the total charge and disbursement amount of $22,204. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of May 1, 2009 through July 31, 2009.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Sandy Raabe
      Gregg Galardi
      Linda Edwards

# Skadden, Arps, Slate,
# Meagher & Flom LLP

## AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

June 5, 2009
Bill No.:  1266691

TIN:  13-1777230

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY  10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1266691 |

Invoice # 1266691
      Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through May 31, 2009

For General Corporate Advice .................. $         3,223
Less Fee Accommodation........................ (         2,233)
                                                          990

Charges and Disbursements
Computer Legal Research .............    $       2,051
Courier, Express
Delivery and Postage ................              25
Telecommunications ...................             680
Overtime Related Expenses ...........               7
Outside Research Services ...........             120
Reproduction and Document Preparation               6
Travel Expenses .....................           1,232

       Total Disbursements ...................    4,121

                                         $         5,111

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (May, 2009)
June 5, 2009 - Summary Page 2


For Asset Analysis and Recovery .............. $         12,345
Less Fee Accommodation.......................... (               0)
                                                         12,345


    Charges and Disbursements
  Total Disbursements ...........................            0

                                                $         12,345


For Asset Dispositions (General) .............. $        169,314
Less Fee Accommodation.......................... (             36)
                                                        169,278


  Charges and Disbursements
  Computer Legal Research .............     $      7,111
  Courier, Express
  Delivery and Postage  ...............              31
  Telecommunications ..................              89
  Reproduction and Document Preparation            281
  Travel Expenses .....................           1,324

    Total Disbursements ...................           8,836

                                                $        178,114


For Asset Dispositions (Real Property) ........ $          8,628
Less Fee Accommodation.......................... (               0)
                                                          8,628


    Charges and Disbursements
  Total Disbursements ...........................            0

                                                $          8,628


For Automatic Stay (Relief Actions) ........... $          4,980

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (May, 2009)
June 5, 2009 - Summary Page 3

Less Fee Accommodation.............................. (              0)
                                                              4,980


    Charges and Disbursements
    Computer Legal Research.............  $      108

       Total Disbursements ...................         108

                                               $       5,088



For Case Administration .......................$    25,547
Less Fee Accommodation.............................. (      118)
                                                         25,429


    Charges and Disbursements
    Computer Legal Research.............  $       23
    Courier, Express
    Delivery and Postage  ................          173
    Telecommunications ...................          359
    Outside Research Services ............          887
    Electronic Document Management .......           72
    Reproduction and Document Preparation          242
    Travel Expenses ......................        1,417

       Total Disbursements ...................       3,173

                                               $      28,602



For Claims Admin. (General) ....................$    97,310
Less Fee Accommodation.............................. (      856)
                                                         96,454


    Charges and Disbursements
    Computer Legal Research.............  $    2,158
    Telecommunications ...................            5
    Outside Research Services ............           37

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2009)
June 5, 2009 - Summary Page 4

|  |  |  |
|---|---|---|
| Total Disbursements .................... |  | 2,200 |
|  | $ | 98,654 |

| For Creditor Meetings / Statutory Committees ... | $ | 18,403 |
|---|---|---|
| Less Fee Accommodation............................ | ( | 0) |
|  |  | 18,403 |

### Charges and Disbursements

|  |  |  |
|---|---|---|
| Total Disbursements ............................. |  | 0 |
|  | $ | 18,403 |

| For Employee Matters (General) ................. | $ | 93,384 |
|---|---|---|
| Less Fee Accommodation............................ | ( | 5,591) |
|  |  | 87,793 |

### Charges and Disbursements

|  |  |  |
|---|---|---|
| Computer Legal Research ............. | $ | 5,618 |
| Courier, Express Delivery and Postage ................ |  | 42 |
| Total Disbursements .................... |  | 5,660 |
|  | $ | 93,453 |

| For Executory Contracts (Personalty) ........... | $ | 3,070 |
|---|---|---|
| Less Fee Accommodation............................ | ( | 0) |
|  |  | 3,070 |

### Charges and Disbursements

|  |  |  |
|---|---|---|
| Total Disbursements ............................. |  | 0 |
|  | $ | 3,070 |

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2009)
June 5, 2009 - Summary Page 5

For Insurance ................................. $        1,081
Less Fee Accommodation........................... (              0)
                                                         1,081

         Charges and Disbursements
  Total Disbursements ...........................                 0
                                                   $     1,081

For Intellectual Property ...................... $          0
Less Fee Accommodation........................... (            0)
                                                            0

      Charges and Disbursements
      Computer Legal Research .............   $      1,161
      Reproduction and Document Preparation          82
          Total Disbursements ..................       1,243
                                                   $     1,243

For Investigations and Reviews ................. $          0
Less Fee Accommodation........................... (            0)
                                                            0

      Charges and Disbursements
      Reproduction and Document Preparation          $1
          Total Disbursements ..................           1
                                                   $        1

For Leases (Real Property) ..................... $       78,662
Less Fee Accommodation........................... (            0)

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2009)
June 5, 2009 - Summary Page 6

                                                             78,662

    Charges and Disbursements
    Computer Legal Research . . . . . . . . . . . . .     $     336
    Courier, Express
    Delivery and Postage  . . . . . . . . . . . . . . .         89
    Telecommunications . . . . . . . . . . . . . . . . . .     134
    Reproduction and Document Preparation                      315

        Total Disbursements . . . . . . . . . . . . . . . . . _____874

                                                         $  79,536


For Litigation (General) . . . . . . . . . . . . . . . . . . . $   16,762
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . (    1,233)
                                                                  15,529

    Charges and Disbursements
    Computer Legal Research . . . . . . . . . . . . .     $    -252
    Courier, Express
    Delivery and Postage  . . . . . . . . . . . . . . .         25
    Telecommunications . . . . . . . . . . . . . . . . . .       7
    Outside Research Services . . . . . . . . . . .            146
    Reproduction and Document Preparation                        6

        Total Disbursements . . . . . . . . . . . . . . . . . _____-68

                                                         $  15,461


For Liquidation / Feasibility . . . . . . . . . . . . . . . . $    1,726
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . (      0)
                                                                   1,726

    Charges and Disbursements
    Total Disbursements . . . . . . . . . . . . . . . . . . . . . . _____0

                                                         $   1,726

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (May, 2009)
June 5, 2009 - Summary Page 7


For Nonworking Travel Time ..................... $        34,326
Less Fee Accommodation........................... (        17,163)
                                                          17,163


     <u>Charges and Disbursements</u>
  Total Disbursements ...........................            0
                                                 $        17,163


For Reorganization Plan / Plan Sponsors ........ $         4,777
Less Fee Accommodation...........................  (           0)
                                                           4,777


     <u>Charges and Disbursements</u>
  Total Disbursements ...........................            0
                                                 $         4,777


For Retention / Fee Matters (SASM&F) ........... $         2,769
Less Fee Accommodation...........................  (           0)
                                                           2,769


     <u>Charges and Disbursements</u>
  Total Disbursements ...........................            0
                                                 $         2,769


For Retention / Fee Matters / Objections (Others)         1,589
................................................. $
Less Fee Accommodation...........................  (           0)
                                                           1,589


     <u>Charges and Disbursements</u>

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2009)
June 5, 2009 - Summary Page 8


Total Disbursements ...........................  _____  0

                                        $      1,589


For Secured Claims ........................... $     3,317
Less Fee Accommodation........................ (  _____  0)
                                               3,317


    Charges and Disbursements
Total Disbursements ...........................  _____  0

                                        $      3,317


For Tax Matters .................................. $     8,481
Less Fee Accommodation........................... ( _____  0)
                                                 8,481


    Charges and Disbursements
Total Disbursements ...........................  _____  0

                                        $      8,481


For Utilities ................................. $    27,374
Less Fee Accommodation........................ ( _____  0)
                                              27,374


    Charges and Disbursements
Total Disbursements ...........................  _____  0

                                        $     27,374


For Vendor Matters ........................... $       435
Less Fee Accommodation........................ ( _____  0)
                                                 435

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement (May, 2009)
June 5, 2009 - Summary Page 9

### Charges and Disbursements

Computer Legal Research . . . . . . . . . . . . . . .     $     56

    Total Disbursements . . . . . . . . . . . . . . . . . . .     <u>56</u>

$     491


Total Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $     590,273

Total Charges and Disbursements . . . . . . . . . . . . . . . . . .     <u>26,204</u>

Grand Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $     616,477

Less 15% Holdback . . . . . . . . . . . . . . . . . . . . . . . . . . . .  (     <u>88,541)</u>

Current Amount Payable by Administrative Order . . $     527,936

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720
———
TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.CM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 14, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:   In re Circuit City Stores, Inc.,
      Case No. 08-35653 (KRH)
      Jointly Administered

Dear Jim:

        Enclosed is our firm's fee request for services rendered and charges
and disbursements incurred through June 30, 2009 (the "Fee Period"), in connection
with the post-petition work performed as counsel to Circuit City Stores, Inc. (the
"Company").  The fee request has been prepared in accordance with the Order Under
Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation
Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases
(the "Order").

        The fee request is in the aggregate amount of $615,168 consisting of
$580,005 for professional fees and $35,164 for charges and disbursements.  The
principal charges during the Fee Period were for Claims Administration (General)
($152,007), Leases (Real Property) ($143,116) and Case Administration ($52,949).
We have written off the amount of $45,792 as an accommodation in connection with
our regular billing review process.  This amount includes, among other categories,
50% of non-working travel time and time charges for certain professionals billing
less than five hours during the month on a client level basis.

James Marcum
August 14, 2009
Page 2

     The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to September 3, 2009, you are authorized to pay to our firm the total amount of $528,168, which consists of the amount of $493,004 with respect to the fee request, (net of the 15% fee holdback amount of $87,001) and the total charge and disbursement amount of $35,164. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of May 1, 2009 through July 31, 2009.

     Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Sandy Raabe
      Gregg Galardi
      Linda Edwards

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia   23233

July 9, 2009
Bill No.:  1276041

TIN:  13-1777230

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1276041 |

Invoice # 1276041
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through June 30, 2009

For General Corporate Advice .................. $        1,418
Less Fee Accommodation ......................... (             0)
                                                         1,418

Charges and Disbursements
Computer Legal Research ..............    $      1,293
Telecommunications ..................             7
Reproduction and Document Preparation            38

      Total Disbursements ..................      1,338

                                         $        2,756


For Asset Analysis and Recovery .............. $        9,871
Less Fee Accommodation ......................... (            -1)
                                                         9,872

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

TIME SUMMARY
CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009

Charges and Disbursements
Computer Legal Research ..............    $      114

    Total Disbursements ...................          114

                               $    9,986


For Asset Dispositions (General) ..............  $   44,833
Less Fee Accommodation...........................  (    1,090)
                                   43,743

    Charges and Disbursements
    Courier, Express
    Delivery and Postage ................    $       10
    Reproduction and Document Preparation            34
    Travel Expenses .....................           986

        Total Disbursements ...................        1,030

                                $   44,773


For Asset Dispositions (Real Property) ........  $   20,471
Less Fee Accommodation...........................  (      283)
                                   20,188

    Charges and Disbursements
    Total Disbursements ...........................           0

                                $   20,188


For Automatic Stay (Relief Actions) ...........  $      853
Less Fee Accommodation...........................  (        0)
                                   853

    Charges and Disbursements
    Total Disbursements ...........................           0

                                $      853


For Business Operations / Strategic Planning ... $    4,692

B43E

TIME SUMMARY
CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009

Less Fee Accommodation............................  (              0)
                                                                  4,692


Charges and Disbursements
Courier, Express
Delivery and Postage  ...............  $        30
Reproduction and Document Preparation        912

    Total Disbursements ..................          942

                                         $        5,634



For Case Administration ......................... $    34,463
Less Fee Accommodation...........................  (          614)
                                                              33,849


Charges and Disbursements
Computer Legal Research..............  $     2,284
Courier, Express
Delivery and Postage  ...............          372
Telecommunications ..................          -13
Outside Research Services ...........          200
Court Reporting .....................        3,469
Electronic Document Management .......          131
Reproduction and Document Preparation          797
Travel Expenses .....................       11,860

    Total Disbursements ..................       19,100

                                         $       52,949



For Claims Admin. (General) ................... $   159,355
Less Fee Accommodation...........................  (       12,765)
                                                             146,590


Charges and Disbursements
Computer Legal Research..............  $     4,635
Courier, Express
Delivery and Postage  ...............           77
Telecommunications ..................            2
Reproduction and Document Preparation            2
Travel Expenses .....................          701

    Total Disbursements ..................        5,417

B43E

TIME SUMMARY - BY QUARTER

CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009

$       152,007

For Credit Card Agreements ..................... $       2,480
Less Fee Accommodation.........................   (             0)
                                                           2,480

Charges and Disbursements
 Total Disbursements ..........................   _____0

                                                  $       2,480

For Creditor Meetings / Statutory Committees ... $         189
Less Fee Accommodation.........................   (             0)
                                                             189

Charges and Disbursements
 Travel Expenses ......................    $492

     Total Disbursements ...................   _____492

                                                  $         681

For Disclosure Statement / Voting Issues ....... $      14,223
Less Fee Accommodation.........................   (             0)
                                                          14,223

Charges and Disbursements
 Total Disbursements ..........................   _____0

                                                  $      14,223

For Employee Matters (General) ................. $      27,828
Less Fee Accommodation.........................   (         2,207)
                                                          25,621

Charges and Disbursements
 Computer Legal Research .............    $       305
 Courier, Express
 Delivery and Postage ................             20

B43E

TIME SUMMARY - Quarterly
CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009

Travel Expenses ....................... 365

   Total Disbursements ................... 690

                                    $    26,311


For Executory Contracts (Personalty) .......... $    1,939
Less Fee Accommodation.......................... (         0)
                                                    1,939

   Charges and Disbursements
   Total Disbursements ........................... 0

                                    $    1,939


For Insurance ................................ $    4,446
Less Fee Accommodation.......................... (         0)
                                                    4,446

   Charges and Disbursements
   Total Disbursements ........................... 0

                                    $    4,446


For Intellectual Property ..................... $    189
Less Fee Accommodation.......................... (         0)
                                                    189

   Charges and Disbursements
   Travel Expenses ..................... $1,846

      Total Disbursements ................... 1,846

                                    $    2,035


For Leases (Real Property) ................... $    148,342
Less Fee Accommodation.......................... (     6,672)
                                                    141,670

   Charges and Disbursements

B432

Computer Legal Research .............. $    1,278
Courier, Express
Delivery and Postage ................         25
Telecommunications ..................         10
Reproduction and Document Preparation        133

     Total Disbursements ..................    <u>      1,446</u>

                                      $      143,116


For Litigation (General) .....................$      46,373
Less Fee Accommodation ..........................  (        649)
                                             45,724

   Charges and Disbursements
   Computer Legal Research .............. $     610
   Travel Expenses .....................      1,434

      Total Disbursements ..................    <u>      2,044</u>

                                      $       47,768


For Nonworking Travel Time ....................$      33,112
Less Fee Accommodation ..........................  (     16,653)
                                             16,459

   Charges and Disbursements
   Travel Expenses .....................        $56

      Total Disbursements ..................    <u>        56</u>

                                      $       16,515


For Reorganization Plan / Plan Sponsors ........$      15,295
Less Fee Accommodation ..........................  (          0)
                                             15,295


   Charges and Disbursements
   Total Disbursements ...........................    <u>         0</u>

                                      $       15,295

                                                   B43E

CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009

For Retention / Fee Matters (SASM&F) .......... $      15,559
Less Fee Accommodation........................... (        -2)
                                                        15,561

        Charges and Disbursements
    Total Disbursements ...........................           0
                                                  $     15,561


For Retention / Fee Matters / Objections (Others)          561
.............................................. $
Less Fee Accommodation........................... (         0)
                                                           561

        Charges and Disbursements
    Total Disbursements ...........................           0
                                                  $        561


For Secured Claims ............................ $       4,158
Less Fee Accommodation........................... (         0)
                                                         4,158

        Charges and Disbursements
    Total Disbursements ...........................           0
                                                  $      4,158


For Tax Matters ............................... $       3,349
Less Fee Accommodation........................... (     2,864)
                                                           485

        Charges and Disbursements
    Total Disbursements ...........................           0
                                                  $        485


For Utilities ................................. $      26,328
Less Fee Accommodation........................... (        43)

                                                           B43E

Exhibit C - Page 21 of 31

__CIRCUIT CITY STORES, INC. (DIP): through June 30, 2009__

|  |  |  | 26,285 |
|---|---|---|---|

__Charges and Disbursements__
Courier, Express
Delivery and Postage ................ $ | 581
Reproduction and Document Preparation | 68

Total Disbursements ................... | 649

|  | $ | 26,934 |
|---|---|---|

For Vendor Matters ............................ $ | 3,515
Less Fee Accommodation........................... ( | 0)

| 3,515

__Charges and Disbursements__
Total Disbursements ........................... | 0

|  | $ | 3,515 |
|---|---|---|

Total Fees..................................... $ | 580,005

Total Charges and Disbursements ................. | 35,164

Grand Total.................................... $ | 615,169

Less 15% Holdback............................... ( | 87,001)

Current Amount Payable by Administrative Order .. $ | 528,168

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 8, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:   In re Circuit City Stores, Inc.,
      Case No. 08-35653 (KRH)
      Jointly Administered

Dear Jim:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through July 31, 2009 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $620,007 consisting of $596,412 for professional fees and $23,595 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($182,537), Leases (Real Property) ($117,496) and Leases (Real Property) ($51,370). We have written off the amount of $30,635 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

James Marcum
September 8, 2009
Page 2

      The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to September 28, 2009, you are authorized to pay to our firm the total amount of $530,545, which consists of the amount of $506,950 with respect to the fee request, (net of the 15% fee holdback amount of $89,462) and the total charge and disbursement amount of $23,595. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of May 1, 2009 through July 31, 2009.

      Should you have any questions or comments, please do not hesitate to call me at your convenience.

      Very truly yours,

Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
### AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    August 13, 2009
9950 Mayland Drive                                 Bill No.:  1278713
Richmond, Virginia   23233

                                                   TIN:  13-1777230

| | | | |
|---|---|---|---|
| **PLEASE REMIT TO:** | | | |
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1278713 |

Invoice # 1278713
    Re:  Corporate Advice, Financing and Special Projects


TO PROFESSIONAL SERVICES RENDERED
through through July 31, 2009


For General Corporate Advice  ..................$       4,781
Less Fee Accommodation ........................ (            0)
                                                        4,781


    Charges and Disbursements
    Computer Legal Research .............   $     358
    Telecommunications .................         19
    Outside Research Services ...........          5

        Total Disbursements...................        382

                                          $       5,163



For Asset Analysis and Recovery  ...............$       3,411
Less Fee Accommodation ......................... (            0)
                                                        3,411

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP) through July 31, 2009

<u>Charges and Disbursements</u>
Total Disbursements............................  _____  0

                                          $      3,411


For Asset Dispositions (General) ..............$      18,240
Less Fee Accommodation .......................... (      0)
                                                  18,240

    <u>Charges and Disbursements</u>
    Outside Research Services ...........   $    24

       Total Disbursements....................  _____  24

                                          $      18,264


For Asset Dispositions (Real Property) .........$      7,427
Less Fee Accommodation .......................... (      0)
                                                  7,427

       <u>Charges and Disbursements</u>
       Total Disbursements............................  _____  0

                                          $      7,427


For Business Operations / Strategic Planning ...$      6,670
Less Fee Accommodation .......................... (      0)
                                                  6,670

    <u>Charges and Disbursements</u>
    Outside Research Services ...........   $    5
    Reproduction and Document Preparation        4

       Total Disbursements....................  _____  9

                                          $      6,679


For Case Administration .......................$      40,261
Less Fee Accommodation .......................... (     166)
                                                  40,095

B43E

<u>Charges and Disbursements</u>
Computer Legal Research .............     $     270
Courier, Express
Delivery and Postage  ................         275
Outside Research Services ............         669
Electronic Document Management .......         177
Reproduction and Document Preparation           12
Travel Expenses .....................         5,796

    Total Disbursements...................         <u>7,199</u>

                                        $     47,294


For Claims Admin. (General) ...................$      180,305
Less Fee Accommodation .......................... (     <u>6,348)</u>
                                       173,957

<u>Charges and Disbursements</u>
Computer Legal Research .............     $     8,539
Courier, Express
Delivery and Postage  ................          16
Outside Research Services ...........           25

    Total Disbursements...................         <u>8,580</u>

                                          $     182,537


For Creditor Meetings / Statutory Committees ...$      1,040
Less Fee Accommodation .......................... (        <u>0)</u>
                                       1,040

   <u>Charges and Disbursements</u>
 Total Disbursements............................         <u>0</u>

                                        $     1,040


For Disclosure Statement / Voting Issues .......$      19,669
Less Fee Accommodation .......................... (        <u>0)</u>
                                       19,669

  <u>Charges and Disbursements</u>

TIME SUMMARY C - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through July 31, 2009

Outside Research Services ............      $      2

        Total Disbursements....................      _____  2

                                            $      19,671


For Employee Matters (General) ................$      27,249
Less Fee Accommodation .........................  (      1,465)
                                                       25,784

        Charges and Disbursements
        Courier, Express
        Delivery and Postage  ...............      $      58
        Outside Research Services ............             20
        Reproduction and Document Preparation              2

        Total Disbursements....................      _____  80

                                            $      25,864


For Employee Matters (Labor Unions) ...........$      0
Less Fee Accommodation .........................  (      0)
                                                       0

        Charges and Disbursements
        Courier, Express
        Delivery and Postage  ...............      $      19

        Total Disbursements....................      _____  19

                                            $      19


For Executory Contracts (Personalty) ..........$      3,691
Less Fee Accommodation .........................  (      0)
                                                       3,691

        Charges and Disbursements
        Total Disbursements...........................      _____  0

                                            $      3,691

B43E

For Insurance  ................................. $        2,624
Less Fee Accommodation .......................... (            0)
                                                          2,624


### Charges and Disbursements
 Total Disbursements...............................        0

                                             $        2,624


For Intellectual Property  ..................... $          0
Less Fee Accommodation .......................... (           0)
                                                             0

### Charges and Disbursements
 Outside Research Services ...........    $      9

    Total Disbursements....................        9

                                             $          9



For Leases (Real Property)  ..................... $      55,720
Less Fee Accommodation .......................... (       7,271)
                                                         48,449

### Charges and Disbursements
 Computer Legal Research .............    $    2,878
 Courier, Express
 Delivery and Postage  ...............          16
 Outside Research Services ............          21
 Reproduction and Document Preparation           6

    Total Disbursements...................        2,921

                                             $       51,370



For Litigation (General)  ..................... $      50,280
Less Fee Accommodation .......................... (          509)
                                                         49,771

### Charges and Disbursements
 Computer Legal Research .............    $      189

B43E

TIME SUMMARY C - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP) through July 31, 2009

Courier, Express
Delivery and Postage ................ 184
Reproduction and Document Preparation     1

        Total Disbursements ..................      374

                                   $      50,145


For Nonworking Travel Time ....................$      29,503
Less Fee Accommodation .......................... (      14,888)
                                                         14,615

    Charges and Disbursements
    Telecommunications ...................   $      83
    Travel Expenses ......................        1,462

        Total Disbursements ..................      1,545

                                   $      16,160


For Regulatory and SEC Matters .................$      189
Less Fee Accommodation .......................... (         0)
                                                          189

        Charges and Disbursements
    Total Disbursements ...........................      0

                                   $      189


For Reorganization Plan / Plan Sponsors ........$      117,207
Less Fee Accommodation .......................... (      -208)
                                                       117,415

    Charges and Disbursements
    Telecommunications ...................   $      56
    Reproduction and Document Preparation        25

        Total Disbursements ..................       81

                                   $      117,496

For Retention / Fee Matters (SASM&F) ...........$        2,653
Less Fee Accommodation ........................... (            0)
                                                          2,653

####    Charges and Disbursements
   Total Disbursements............................      _____ 0

                                              $          2,653

For Retention / Fee Matters / Objections (Others)        2,808
.................................................$
Less Fee Accommodation ........................... (            0)
                                                          2,808

####    Charges and Disbursements
   Total Disbursements............................      _____ 0

                                              $          2,808

For Secured Claims ............................$         12,672
Less Fee Accommodation ........................... (            0)
                                                         12,672

####    Charges and Disbursements
   Computer Legal Research .............    $      595
   Telecommunications ...................          10

         Total Disbursements...................      _____ 605

                                              $         13,277

For Tax Matters ................................$           99
Less Fee Accommodation ........................... (            0)
                                                            99

####    Charges and Disbursements
   Computer Legal Research .............    $      793
   Reproduction and Document Preparation           29

         Total Disbursements...................      _____ 822

|                                                          |     |         |
|----------------------------------------------------------|-----|---------|
|                                                          | $   | 921     |
| For Utilities ...............................            | $   | 26,928  |
| Less Fee Accommodation .........................         | (   | 0)      |
|                                                          |     | 26,928  |

Charges and Disbursements
Courier, Express

| Delivery and Postage ................   | $ | 371 |
| Reproduction and Document Preparation   |   | 572 |

|                                         |   |        |
|-----------------------------------------|---|--------|
| Total Disbursements.....................|   | 943    |
|                                         | $ | 27,871 |

|                                                  |   |        |
|--------------------------------------------------|---|--------|
| For Vendor Matters ...........................   | $ | 13,424 |
| Less Fee Accommodation .........................| ( | 0)     |
|                                                  |   | 13,424 |

Charges and Disbursements

|                                                  |   |        |
|--------------------------------------------------|---|--------|
| Total Disbursements.............................|   | 0      |
|                                                  | $ | 13,424 |

|                                                          |   |          |
|----------------------------------------------------------|---|----------|
| Total Fees ...............................               | $ | 596,412  |
| Total Charges and Disbursements .................        |   | 23,595   |
| Grand Total ...............................              | $ | 620,007  |
| Less 15% Holdback ...........................            | ( | 89,462)  |
| Current Amount Payable by Administrative Order ..        | $ | 530,545  |

B43E