Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 06/05/09  
Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/06/09 | 1.20 | PREPARE FOR/ATTEND BOARD CALL. |
| | | 1.20 | |
| Total Partner | | 1.20 | |
| TOTAL TIME | | 1.20 | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Circuit City Stores, Inc. (DIP)                      Bill Date: 06/05/09
Asset Analysis and Recovery                          Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/01/09 | 2.30 | ATTENTION TO ISSUES RE ASSIGNMENT OF CERTAIN IP RIGHTS PURSUANT TO INTERTAN SALE (.7); DISCUSSIONS WITH CLIENT AND CANADIAN COUNSEL RE SAME (1.6). |
| DICKERSON CL | 05/05/09 | 0.80 | DISCUSSIONS RE ASSIGNMENT OF CERTAIN IP IN CONJUNCTION WITH INTERTAN SALE. |
| DICKERSON CL | 05/07/09 | 0.80 | CONTINUED ATTENTION TO ISSUES RE IP ASSIGNMENT PURSUANT TO INTERTAN SALE. |
| DICKERSON CL | 05/11/09 | 1.10 | CONTINUED ATTENTION TO ISSUES RE ASSIGNMENT OF IP PURSUANT TO SALE OF INTERTAN (.4); DISCUSSIONS RE SAME (.7). |
| DICKERSON CL | 05/22/09 | 0.80 | REVIEW/PROVIDE COMMENTS TO DRAFT MONITOR'S REPORT. |
|  |  | 5.80 |  |
| GALARDI GM | 04/21/09 | 0.30 | WORK ON ISSUES RE: ASSURANT AND TWG (.3). |
| GALARDI GM | 05/01/09 | 0.20 | FOLLOW-UP RE: RODGERS CONSENT ISSUES. |
| GALARDI GM | 05/06/09 | 0.40 | TELECONFERENCE WITH TWG (.4). |
| GALARDI GM | 05/08/09 | 0.20 | BRIEFLY REVIEW ASSURANT COUNTERPROPOSAL. |
| GALARDI GM | 05/09/09 | 0.40 | WORK ON ASSURANT AND TWG MATTER WITH J. MARCUM (.4). |
| GALARDI GM | 05/12/09 | 0.70 | WORK ON ASSURANT ISSUES (.3) TELECONFERENCE WITH COUNSEL TO ASSURANT (.4). |
| GALARDI GM | 05/15/09 | 0.20 | FOLLOW-UP RE: TWG REQUESTS (.2). |
| GALARDI GM | 05/18/09 | 0.30 | TELECONFERENCE AND EMAIL WITH TWG RE: CLAIM AMOUNTS. |
| GALARDI GM | 05/20/09 | 0.60 | WORK ON COMPANY PREFERENCE ANALYSIS (.6). |
| GALARDI GM | 05/22/09 | 0.70 | FOLLOW-UP RE: TWG ANALYSIS WITH COMPANY (.3); TELECONFERENCE WITH TWG (.4). |
| GALARDI GM | 05/26/09 | 1.10 | FOLLOW-UP RE: TWG (.2); FOLLOW-UP RE: ASSURANT ISSUES WITH COMPANY (.4); TELECONFERENCE WITH ASSURANT RE: ISSUES ON SETTLEMENT AGREEMENT (.5). |
| GALARDI GM | 05/27/09 | 1.70 | PREPARE FOR AND HAVE CALL WITH ASSURANT RE: SETTLEMENT (1.1); PREPARE FOR AND HAVE CALL RE: TWG CLAIMS (.6). |
| GALARDI GM | 05/28/09 | 0.60 | REVIEW ASSURANT COUNTERPROPOSAL (.2); TELECONFERENCE WITH CLIENT RE: SAME (.4). |

2

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 05/29/09 | 0.60 | FOLLOW-UP RE: ISSUES ON ASSURANT AND TWG. |
|---|---|---|---|
|  |  | 8.00 |  |
| Total Partner |  | 13.80 |  |
| TOTAL TIME |  | <u>13.80</u> |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/05/09
Asset Dispositions (General)                             Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/22/09 | 0.60 | DISCUSSIONS RE SALE OF IP ASSETS. |
| DICKERSON CL | 05/26/09 | 1.50 | CONTINUED ATTENTION TO ANALYSIS OF LCD CAUSES OF ACTION (.4); DISCUSSIONS RE SAME (1.1). |
| DICKERSON CL | 05/29/09 | 1.40 | CONFERENCE CALL WITH CLIENT RE LCD CAUSES OF ACTION (.8); DISCUSSIONS WITH SKADDEN PERSONNEL RE SAME (.6). |
| | | **3.50** | |
| GALARDI GM | 04/21/09 | 0.20 | REVIEW EMAILS RE: IP INFORMATION. |
| GALARDI GM | 05/01/09 | 1.30 | EMAILS RE: IP SALES ISSUES (.4); TELECONFERENCE WITH STATE AGS (.9). |
| GALARDI GM | 05/04/09 | 0.40 | REVIEW CORDY EMAIL (.3); FOLLOW-UP WITH SYSTEMAX (.1). |
| GALARDI GM | 05/05/09 | 0.60 | FOLLOW-UP AG TELECONFERENCE RE: IP ISSUES. |
| GALARDI GM | 05/07/09 | 1.30 | TELECONFERENCE RE: IP SALE STRATEGY WITH COMMITTEE AND ADVISERS. |
| GALARDI GM | 05/08/09 | 0.20 | FOLLOW-UP RE: IP SALE AND ASSURANT (.2). |
| GALARDI GM | 05/09/09 | 1.10 | CALLS RE: IP EARN OUT AND SALE ISSUES (.7); REVIEW EMAILS RE: SAME (.4). |
| GALARDI GM | 05/10/09 | 2.10 | TELECONFERENCE AND EMAILS WITH ADVISERS RE: IP SALE ISSUES AND STRATEGY. |
| GALARDI GM | 05/11/09 | 12.60 | PREPARE FOR AND CONDUCT AUCTION OF IP ASSETS, INCLUDING NEGOTIATIONS WITH OMBUDSMEN, ASSURANT AND BIDDERS. |
| GALARDI GM | 05/12/09 | 0.90 | FOLLOW-UP RE: IP SALE OBJECTIONS AND HEARING (.9). |
| GALARDI GM | 05/13/09 | 1.60 | PREPARE, ATTEND AND REPRESENT THE COMPANY AT THE HEARING ON THE IP SALE (1.6). |
| GALARDI GM | 05/15/09 | 0.40 | CALLS AND EMAILS RE: IP CLOSING ISSUES (.4). |
| | | **22.70** | |
| **Total Partner** | | **26.20** | |
| BROWN S | 04/10/09 | 1.20 | REVIEW STREAMBANK ENGAGEMENT AGREEMENT AND ATTACHMENTS (0.8); TELECONFERENCE WITH D. RAMSAY REGARDING STREAMBANK ENGAGEMENT (0.4). |
| BROWN S | 04/13/09 | 2.40 | EDIT STREAMBANK RETENTION AGREEMENT AND APPENDICES THERETO (1.9); EMAILS RE: DATA (0.3); EMAILS RE: STREAMBANK RETENTION AGREEMENT (0.2). |

4

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BROWN S | 05/11/09 | 11.50 | PRE-AUCTION DOCUMENT REVIEW AND FINALIZATION (10.0); ATTEND AUCTION (1.5). |
| BROWN S | 05/12/09 | 1.00 | CONFERENCE CALL (1.0). |
| | | 16.10 | |
| **Total Counsel** | | **16.10** | |
| BAKER SK | 05/06/09 | 9.20 | RESEARCH AND INVESTIGATE REGARDING I P SALE AND CONSUMER PRIVACY ISSUES (9.2). |
| BAKER SK | 05/07/09 | 9.50 | RESEARCH REGARDING SALE OF GOODWILL (5.3); BEGIN DRAFTING BRIEF REGARDING SALE OF I. P. ASSETS AND PRIVACY POLICY (4.2). |
| BAKER SK | 05/08/09 | 6.50 | RESEARCH REGARDING ASSUMPTION OF OBJECTIONS OF PRIVACY POLICY IN CONNECTION WITH ASSET SALE (2.1); CONTINUE DRAFTING RESPONSE TO OBJECTION TO IP ASSET SALE (4.4). |
| BAKER SK | 05/11/09 | 10.10 | RESEARCH REGARDING SALE OF IP ASSETS (4.7); DRAFT MEMO REGARDING SAME (1.9); REVIEW CONSUMER PRIVACY OMBUDSMAN'S INTERIM REPORT REGARDING SALE OF I P ASSETS (.6); RESEARCH REGARDING DECEPTIVE TRADE PRACTICES UNDER VARIOUS STATES LAWS (2.9). |
| BAKER SK | 05/12/09 | 2.20 | CONFERENCE CALL REGARDING I P SALE OF AG ISSUES (1.1); REVIEW CORRESPONDENCE FROM D. RIENZO REGARDING NH ATTORNEY GENERAL'S POSITION CONCERNING IP SALE (.1); REVIEW CORRESPONDENCE FROM R. MEYERS REGARDING IA CONSUMER PROTECTION LAWS (.2); REVIEW CORRESPONDENCE FROM K. HUBBARD REGARDING MONTANA'S CONSUMER PROTECTION LAWS (.1); REVIEW CORRESPONDENCE FROM G. HANTEL REGARDING DECEPTIVE TRADE PROCEDURES UNDER TN LAWS (.1); REVIEW CORRESPONDENCE FROM L. THOMPSON REGARDING CONSUMER PROTECTION LAWS (.1); REVIEW CORRESPONDENCE FROM S. GUYN REGARDING DECEPTIVE TRADE PRACTICES UNDER IDAHO LAW (.1); REVIEW CORRESPONDENCE FROM S. LONDON REGARDING VERMONT'S CONSUMER FRAUD ACT (.1); REVIEW CORRESPONDENCE FROM G. WADE REGARDING OREGON DO NOT CALL STATUTE (.1); REVIEW CORRESPONDENCE FROM M. WRIGHT REGARDING OHIO'S UNFAIR TRADE PRACTICES LAWS (.1); REVIEW CORRESPONDENCE FROM D. LAWTON REGARDING DECEPTIVE TRADE PRACTICES UNDER MASSACHUSETTS' LAW (.1). |
| BAKER SK | 05/13/09 | 1.20 | REVIEW FINAL CONSUMER PRIVACY OMBUDSMAN'S REPORT REGARDING SALE OF IP ASSETS (.7); ATTEND HEARING REGARDING IP SALE (.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 05/18/09 | 1.20 | DRAFT NOTICE OF BOND TERMINATION CANCELLATION (1.2). |
| BAKER SK | 05/21/09 | 1.00 | REVIEW SOURCE INTERLINK'S SUGGESTION OF BANKRUPTCY (.1); REVIEW LETTER OF CREDIT AGREEMENTS (.6); TELECONFERENCE WITH M. HEALY REGARDING BANK OF AMERICA LETTER OF CREDIT (.3). |
| BAKER SK | 05/22/09 | 0.40 | REVIEW MOTION REGARDING TRADING IN EQUITY CLAIMS (.4). |
| | | 41.30 | |
| CONWAY DS | 12/02/08 | 1.80 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/03/08 | 1.00 | NEGOTIATE REVISIONS TO CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/04/08 | 1.10 | NEGOTIATION OF CONFIDENTIALITY AGREEMENT REVISIONS. |
| CONWAY DS | 12/11/08 | 1.70 | NEGOTIATE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/12/08 | 1.60 | NEGOTIATE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/15/08 | 1.80 | NEGOTIATE CONFIDENTIALITY AGREEMENTS (1.2); REVIEW AND COMMENT ON SUMMARY OF SAME (.6). |
| CONWAY DS | 12/16/08 | 1.30 | NEGOATIATION AND REVISION OF CONFIDENTIALITY AGREEMENTS; NEGOTIATION OF CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/17/08 | 0.80 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS (.6); PREPARE LETTER TO BEST BUY REGARDING DESTRUCTION OF DOCUMENTS (.2). |
| CONWAY DS | 12/19/08 | 0.20 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 12/29/08 | 1.40 | COMMUNICATIONS RE/, AND BEGIN DRAFTING OF, INITIAL FORM OF PURCHASE AGREEMENT TO US TRANSACTION. |
| CONWAY DS | 12/30/08 | 2.60 | REVISIONS TO FORM OF AGREEMENT FOR POTENTIAL US TRANSACTION. |
| CONWAY DS | 12/31/08 | 2.70 | REVISIONS TO FORM OF ASSET PURCHASE AGREEMENT FOR US PROCESS (1.7); REVIEW OF ASSET PURCHASE AGREEMENT FOR CANADIAN PROCESS (1.0). |
| CONWAY DS | 01/02/09 | 4.50 | REVISIONS TO FORM OF ASSET PURCHASE AGREEMENT FOR US TRANSACTION (2.2); REVIEW AND REVISIONS TO FORM OF ASSET PURCHASE AGREEMENT FOR CANADA TRANSACTION (2.3). |
| CONWAY DS | 01/05/09 | 4.00 | REVISIONS TO FORM OF US ASSET PURCHASE AGREEMENT. |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| CONWAY DS | 01/06/09 | 0.80 | REVIEW OF REVISIONS TO CANADIAN ASSET PURCHASE AGREEMENT (.6); COMMUNICATIONS RE/ SAME (.2). |
| CONWAY DS | 01/07/09 | 3.00 | REVIEW OF REVISED APA AND RELATED DOCUMENTS FOR CANADIAN PROCESS (1.8); PROVIDE COMMENTS AND PARTICIPATE IN CONFERENCE CALL RE/ SAME (1.2). |
| CONWAY DS | 01/08/09 | 1.90 | REVIEW OF CANADIAN ASSET PURCHASE AGREEMENT (1.1); CONFERENCE CALL RE/ SAME (.8). |
| CONWAY DS | 01/09/09 | 0.70 | REVIEW OF REVISIONS TO CANADIAN ASSET PURCHASE AGREEMENT AND RELATED DOCUMENTS. |
| CONWAY DS | 01/21/09 | 1.40 | PREPARE FORM OF ASSET PURCHASE AGREEMENT FOR IP SALE (.8); NEGOTIATE NDAS RE/ SAME (.6). |
| CONWAY DS | 05/06/09 | 0.50 | REVIEW OF BIDS FOR IP ASSETS. |
| CONWAY DS | 05/07/09 | 1.60 | REVIEW OF IP AUCTION BIDS (1.0); CONFERENCE CALL REGARDING SAME (.6). |
| CONWAY DS | 05/11/09 | 0.50 | COMMUNICATIONS REGARDING IP ASSET AUCTION ISSUES (.3); REVIEW OF SYSTEMAX APA REGARDING SAME (.2). |
| CONWAY DS | 05/12/09 | 1.30 | COORDINATION OF CLOSING DOCUMENTS FOR IP SALE. |
| CONWAY DS | 05/13/09 | 7.50 | COORDINATION OF AMENDMENT TO APA AND VARIOUS CLOSING DOCUMENTS. |
| CONWAY DS | 05/14/09 | 8.10 | ATTENTION TO IP ASSET SALE CLOSING. |
| CONWAY DS | 05/15/09 | 2.30 | ATTENTIOIN TO IP SALE CLOSING. |
| CONWAY DS | 05/18/09 | 0.90 | COMMUNICATIONS IN FURTHERANCE OF CLOSING OF IP ASSET SALE. |
| CONWAY DS | 05/19/09 | 1.00 | CLOSING ACTIVITIES REGARDING SALE OF IP ASSETS. |
| CONWAY DS | 05/21/09 | 0.50 | REVIEW AND COMMENT ON LETTER OF CREDIT REGARDING IP ASSET SALE. |
| | | 58.50 | |
| FREDERICKS IS | 05/01/09 | 5.30 | ATTENTION TO ISSUES RELATED TO IP TRANSACTION: CORRESPONDENCE TO AND FROM SYSTEMAX RE: DUE DILIGENCE REQUESTS (.8); CORRESPONDENCE TO AND FROM CC RE CPO REQUESTS AND CORRESPONDENCE TO CPO RE: SAME (1.6); AND PREPARATION FOR AND PARTICIPATE IN TELECONFERENCE WITH STATE AGS RE: ISSUES WITH PROPOSED SALE (2.9). |

B43E