SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/04/09 | 5.10 | REVIEW INFORMATION RELATED TO RESPONSES TO CPO REPORT AND WORK WITH D. RAMSEY RE: SAME (2.5); PARTICIPATE IN CONFERENCE TELECONFERENCE WITH SYSTEMAX RE: AG AND CPO ISSUES (.8); PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH J. MARCUM, D. RAMSEY AND OTHER CC REPRESENTATIVES RE: IP SALE ISSUES (1.8). |
| FREDERICKS IS | 05/05/09 | 3.30 | PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH POTENTIAL BIDDERS RE: IP SALE (2.4); REVIEW DRAFT CPO DOCUMENTS (.9). |
| FREDERICKS IS | 05/06/09 | 8.60 | REVIEW ANSWERS TO CPO INFORMATION REQUESTS AND MULTIPLE CORRESPONDENCE TO AND FROM L. THOMSON RE: SAME (2.8); WORK WITH POTENTIAL IP BIDDERS TO RESOLVE FINAL ISSUES IN ADVANCE OF BID DEADLINE, INCLUDING MULTIPLE TELEPHONE CALLS AND MULTIPLE CORRESPONDENCE (1.9); PARTICIPATE IN PRE-CALL WITH K. CORDRY AND SYSTEMAX (1.6); PARTICIPATE IN GLOBAL TELECONFERENCE WITH SYSTEMAX AND AGS (2.3). |
| FREDERICKS IS | 05/07/09 | 4.70 | REVIEW BID COMPARISON PREPARED BY ROTHSCHILD AND SKADDEN AND PARTICIPATE IN MULTIPLE BID COMPARISON CALLS WITH CC AND ADVISORS (3.4); PARTICIPATE IN BID CALL WITH COUNSEL TO THE COMMITTEE (1.3). |
| FREDERICKS IS | 05/10/09 | 1.40 | PREPARE FOR IP AUCTION (1.4). |
| FREDERICKS IS | 05/11/09 | 12.40 | PREPARE FOR AND PARTICIPATE IN AUCTION FOR IP ASSETS, INCLUDING MEETINGS WITH BIDDERS, NEGOTIATIONS WITH PARTIES IN INTEREST, AND DISCUSSIONS WITH CPO (12.4). |
| FREDERICKS IS | 05/12/09 | 3.20 | PARTICIPATE IN CONFERENCE CALLS WITH NAAG TO RESOLVE OPEN ITEMS WITH SALE (.5); MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO SYSTEMAX AND OTHER PARTIES IN INTEREST RE: IP SALE (2.7). |
| FREDERICKS IS | 05/13/09 | 0.80 | MULTIPLE CORRESPONDENCE FROM AND TO COUNSEL TO SYSTEMAX RE: CLOSING ISSUES (.8). |
| FREDERICKS IS | 05/14/09 | 6.20 | WORK WITH COUNSEL TO SYSTEMAX AND COUNSEL TO BELL TO FINALIZE SALE ORDER (2.9); PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH SYSTEMAX AND BELL RE: ATTEMPTS TO RESOLVE INTER-TRANSACTION RELATED ISSUES (.9); CONFER WITH AND ASSIST SKADDEN WORKING GROUP ON FINALIZING CLOSING DOCUMENTS AND REVIEW AND REVISE RELATED DOCUMENTS (2.4). |
| FREDERICKS IS | 05/15/09 | 3.20 | ATTENTION TO ISSUES RELATED TO SYSTEMAX TRANSACTION (3.2). |
| | | **54.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KARPE JA* | 12/05/08 | 2.30 | REVIEW NDA FOR SYNNEX, INCLUDING COMMENTS AND PROPOSED AMENDMENTS IN PREPARATION FOR CONFERENCE CALL WITH S. LEUNG. |
| KARPE JA* | 12/12/08 | 7.30 | DISCUSSIONS REGARDING MATERIAL NEGOTIATED PROVISIONS IN NDAS AND AMENDMENTS (2.1); REVIEW NDAS AND AMENDMENTS (2.3); ANALYZE NDA MATERIAL PROVISIONS. |
| KARPE JA* | 12/14/08 | 0.20 | REVIEW AND REVISE NDAS. |
| KARPE JA* | 12/15/08 | 0.90 | REVIEW AND REVISE NDAS. |
| KARPE JA* | 12/16/08 | 0.20 | REVIEW REVISED NDAS. |
| KARPE JA* | 12/17/08 | 2.60 | DRAFT, REVIEW, AND REVISE NDAS (1.8); REVIEW CONFIDENTIALITY AGREEMENT (.8). |
| KARPE JA* | 12/19/08 | 1.20 | REVISE AND REVIEW NDAS. |
| KARPE JA* | 12/22/08 | 0.20 | REVISE BEST BUY CONFIDENTIALITY. |
| KARPE JA* | 12/30/08 | 0.10 | TELECONFERENCE RE: STATUS OF NDAS. |
| KARPE JA | 01/05/09 | 2.60 | REVIEW ASSET PURCHASE AGREEMENT. |
| KARPE JA | 05/01/09 | 0.80 | REVIEW STALKING HORSE ASSET PURCHASE AGREEMENT FOR CC OBLIGATIONS. |
| KARPE JA | 05/06/09 | 4.40 | REVIEW SYSTEMAX APA (.3); REVIEW OTHER BIDS (1.3); CREATE COMPARISON TABLE AND REVISE (2.8). |
| KARPE JA | 05/07/09 | 2.90 | REVIEW ROTHSCHILD SUMMARY (.5); TELECONFERENCE REGARDING BIDS AND NEGOTIATING STRATEGY (1.7); TELECONFERENCE REGARDING BIDS AND STRATEGY (SECOND CALL) (.8). |
| KARPE JA | 05/08/09 | 2.30 | DRAFT, REVIEW, AND REVISE BID SUMMARY BINDERS FOR AUCTION. |
| KARPE JA | 05/11/09 | 0.90 | ATTENTION TO EMAIL REGARDING BID MODIFICATION AND CPO REPORTS (.9). |
| KARPE JA | 05/12/09 | 1.70 | REVIEW LOC PRECEDENT AND GUARANTEE LANGUAGE IN APAS AND AAS. |
| KARPE JA | 05/13/09 | 7.80 | REVIEW APA TO DETERMINE DOCUMENTS DUE ON CLOSING (.9); DRAFT, REVIEW AND REVISE CLOSING INDEX (1.4); ATTENTION TO EMAIL (.3); REVIEW ORIGINAL TRADEMARK AGREEMENT AND AMENDMENT (2.0); DRAFT, REVIEW AND REVISE TRADEMARK AGREEMENT (1.1); DRAFT, REVIEW, AND REVISE BILL OF SALE SCHEDULES (.8); REVISE TRADEMARK AGREEMENT PER D. CONWAY INSTRUCTION (.5); REVIEW AND REVISE ANNEXES TO THE ASSIGNMENTS (.3); REVISE AND SUBMIT SIDE LETTER FOR SIGNATURE (.3); REVIEW AND REVISE SAME (.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KARPE JA | 05/14/09 | 4.60 | REVIEW AND RESPOND TO EMAILS REGARDING STATUS OF CLOSING DOCUMENTS (.2); REVIEW KL CHANGES TO ASSIGNMENT DOCS AND SCHEDULES (.8); REVISE SAME (.3); REVIEW KL ADDITIONAL REVISIONS TO CLOSING SET (1.0); COMPARE VERSIONS AND REVIEW COMPREHENSIVE CHANGES (.5); REVIEW AND REVISE CLOSING SET (1.8). |
| KARPE JA | 05/18/09 | 1.40 | REVIEW AND COMPARE EXECUTED DOCUMENTS (.6); PREPARE FULLY EXECUTED CLOSING SET TO HOLD IN ESCROW FOR CLOSING (.8). |
| KARPE JA | 05/19/09 | 0.60 | REVISE AGREEMENT DOCUMENTS (.4); REVISE CLOSING SET (.2). |
| | | 45.00 | |
| KUMAR JS | 05/01/09 | 0.90 | TELECONFERENCE WITH STATE AGS RE PROPOSED SALE OF IP ASSETS. |
| KUMAR JS | 05/06/09 | 7.60 | TELECONFERENCE WITH I. FREDERICKS RE RESPONSE TO STATE AG OBJECTIONS TO IP ASSET SALE (.4). BEGIN DRAFTING REPLY AND RESEARCH RE SAME (5.7). TELECONFERENCE WITH STATE AGS RE SALE OF IP ASSETS (.9). REVIEWING BIDS RECEIVED FOR IP ASSETS (.6). |
| KUMAR JS | 05/07/09 | 4.40 | RESEARCH AND DRAFTING REPLY TO STATE AG OBJECTIONS TO IP SALE (3.1). TELECONFERENCE WITH SKADDEN AND CLIENT RE IP ASSET BIDS (1.3). |
| KUMAR JS | 05/08/09 | 5.30 | CONTINUE DRAFTING REPLY TO STATE AG OBJECTIONS TO IP ASSET SALE (4.4). TELECONFERENCE WITH STATE AGS RE IP ASSET SALE (.9). |
| KUMAR JS | 05/11/09 | 14.80 | VARIOUS TASKS RE: IP ASSET SALE AUCTION (14.8). |
| KUMAR JS | 05/12/09 | 1.10 | TELECONFERENCE WITH STATE AGS RE IP ASSET SALE (1.1). |
| KUMAR JS | 05/13/09 | 1.50 | LISTENING TO HEARING RE IP ASSET SALE (1.3); LEGAL RESEARCH RE NOTICE (.2). |
| KUMAR JS | 05/28/09 | 0.60 | DRAFTING BILL OF SALE FOR SALE TO GRAPHIC COMMUNICATIONS (.6). |
| | | 36.20 | |
| LAZAROFF KA | 05/06/09 | 5.20 | TELECONFERENCE ON ISSUES (.5) AND RESEARCH ON STATE LAW FOR RESPONSE TO STATE AG OBJECTIONS (3.7); TELECONFERENCE WITH STATE AGS, SYSTEMAX AND THE COMPANY (1). |
| LAZAROFF KA | 05/07/09 | 2.40 | RESEARCH ON STATE LAWS FOR RESPONSE TO AG OBJECTIONS. |
| LAZAROFF KA | 05/08/09 | 2.00 | RESEARCH ON STATE LAWS FOR RESPONSE TO AG OBJECTIONS. |

10                                                                      B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| LAZAROFF KA | 05/11/09 | 3.50 | RESEARCHED STATE LAW ON DECEPTIVE TRADE PRACTICES AND PRIVACY POLICIES IN ANTICIPATION OF RESPONSE TO AGS' OBJECTION TO IP SALE. |
| | | 13.10 | |
| Total Associate/Law Clark | | 248.30 | |
| HEANEY CM | 05/01/09 | 1.20 | REVIEW COURT DOCKETS REGARDING PRIVACY POLICIES AND BACKGROUND DOCUMENTS TO BE USED AS PRECEDENT (1.2). |
| HEANEY CM | 05/06/09 | 1.20 | REVIEW COURT DOCKETS REGARDING CONSUMER PRIVACY OMBUDSMAN REPORT TO BE USED IN CONNECTION WITH PREPARATION FOR SALE HEARING (.8); OBTAIN, ORGANIZE AND DISTRIBUTE PLEADINGS (.4). |
| HEANEY CM | 05/11/09 | 0.60 | REVIEW DOCKETS AND CASE FILES REGARDING ADDITIONAL PRIVACY REPORTS (.6). |
| HEANEY CM | 05/18/09 | 0.90 | REVIEW COURT DOCKETS REGARDING ASSET PURCHASE AGREEMENTS (.9). |
| | | 3.90 | |
| Total Legal Assistant | | 3.90 | |
| TOTAL TIME | | 294.50 | |

\* Law clerks are law school graduates who are not presently admitted to practice.

11

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)                                  Bill Date: 06/05/09
Asset Dispositions (Real Property)                               Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 05/10/09 | 2.70 | REVIEW BIDS FOR LEASE AUCTION AND BIDS FOR ARDMORE DISTRIBUTION CENTER AUCTION (2.7). |
| FREDERICKS IS | 05/11/09 | 4.70 | PREPARE FOR AND CONDUCT AUCTION ON SAN MATEO LEASE AND ARDMORE DISTRIBUTION CENTER (4.7). |
| FREDERICKS IS | 05/12/09 | 1.80 | REVIEW AND REVISE ORDERS AND RELATED DOCUMENTS FOR SAN MATEO AND ARDMORE TRANSACTIONS (1.8). |
| FREDERICKS IS | 05/15/09 | 4.60 | REVIEW AND REVISE SAN MATEO ORDER AND AGREEMENT AND MULTIPLE CORRESPONDENCE AND CALLS RE: ASSUMPTION, ASSIGNMENT AND SALE OF LEASE (4.6). |
| FREDERICKS IS | 05/19/09 | 0.70 | CONFERENCE CALL WITH C. CROWE AND D. MILLER RE: LEASE AND REAL PROPERTY SALES (.7). |
|  |  | 14.50 |  |
| Total Associate |  | 14.50 |  |
| TOTAL TIME |  | **14.50** |  |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)                     Bill Date: 06/05/09
Automatic Stay (Relief Actions)                     Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/12/09 | 1.30 | REVIEW AND REVISE MOTION TO TERMINATE BONDS AND LIFT STAY (1.3). |
| BAKER SK | 05/14/09 | 0.10 | REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING LIFT STAY MOTION (.1). |
| BAKER SK | 05/16/09 | 1.20 | REVISE MOTION TO LIFT STAY (1.2). |
| BAKER SK | 05/17/09 | 2.30 | REVISE MOTION TO LIFT STAY AND ORDER REGARDING SAME (2.3). |
| BAKER SK | 05/18/09 | 2.00 | REVISE LIFT STAY MOTION REGARDING BONDS (.6); DRAFT NOTICE OF BOND CANCELLATION (1.4). |
|  |  | **6.90** |  |
| KUMAR JS | 05/01/09 | 0.40 | FINALIZING AND EMAILING STIPULATION SETTLING MOTION OF TOMTOM TO LIFT STAY. |
| KUMAR JS | 05/04/09 | 0.40 | REVISING TOMTOM LIFT STAY BSTIPULATION (.4). |
| KUMAR JS | 05/06/09 | 0.60 | DRAFTING 9019 MOTION TO APPROVE TOMTOM LIFT STAY STIPULATION (.6). |
| KUMAR JS | 05/07/09 | 1.10 | REVISING 9019 MOTION TO APPROVE TOMTOM LIFT STAY STIPULATION (1.1). |
| KUMAR JS | 05/08/09 | 0.90 | FINALIZING AND FILING MOTION TO APPROVE TOMTOM LIFT STAY STIPULATION (.9). |
|  |  | **3.40** |  |
| Total Associate |  | 10.30 |  |
| TOTAL TIME |  | <u>10.30</u> |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/05/09
Case Administration                                      Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/20/09 | 1.10 | POST-COMMITTEE MEETING WITH COMPANY AND ADVISERS RE: NEXT STEPS (1.1). |
| GALARDI GM | 05/26/09 | 0.30 | TELECONFERENCE WITH COMMITTEE COUNSEL RE: MINUTES AND INSURANCE. |
|  |  | 1.40 |  |
| **Total Partner** |  | **1.40** |  |
| BAKER SK | 05/06/09 | 0.40 | CONFERENCE CALL REGARDING CASE STATUS (.3); REVIEW UPDATED CIRCUIT CITY CASE CALENDER (.1). |
| BAKER SK | 05/08/09 | 0.20 | REVIEW DRAFT OF CIRCUIT CITY HEARING AGENDA (.2). |
| BAKER SK | 05/11/09 | 0.20 | REVIEW 5/13 HEARING AGENDA (.2). |
| BAKER SK | 05/14/09 | 0.20 | REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.2). |
| BAKER SK | 05/21/09 | 0.40 | REVIEW DRAFT AGENDA OF 5/28 OMNI HEARING (.2); REVIEW UPDATED CASE CALENDAR (.2). |
| BAKER SK | 05/22/09 | 0.50 | DRAFT CORRESPONDENCE TO I. PANIZALES REGARDING SERVICE LISTS (.1); REVIEW CORRESPONDENCE REGARDING ADJOURNING CERTAIN ADMINISTRATIVE EXPENSE MOTIONS (.2); REVIEW DRAFT OF UPDATED HEARING AGENDA (.2). |
| BAKER SK | 05/26/09 | 0.20 | TELECONFERENCE WITH M. JONES REGARDING BANKRUPTCY PROCEEDINGS (.1); TELECONFERENCE WITH C. FULLER REGARDING CIRCUIT CITY BANKRUPTCY PROCEEDINGS (.1). |
| BAKER SK | 05/28/09 | 1.20 | REVIEW CORRESPONDENCE FROM D. RAMSEY REGARDING ABANDONED RECORDS (.1); REVISE NOTICE OF DESTRUCTION OF RECORDS (.9); REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.2). |
| BAKER SK | 05/29/09 | 0.40 | REVISE MOTION OF DESTRUCTION OF RECORDS (.4). |
|  |  | 3.70 |  |
| FREDERICKS IS | 05/07/09 | 3.10 | REVIEW AND RESPOND TO MULTIPLE CASE RELATED CORRESPONDENCE (3.1). |
| FREDERICKS IS | 05/13/09 | 7.30 | PREPARE FOR, PARTICIPATE IN AND CONDUCT HEARING ON IP SALE, SAN MATEO SALE, ARDMORE SALE AND OTHER MATTERS (6.6); CONFER WITH CLIENT FOLLOWING HEARING RE: VARIOUS CASE RELATED MATTERS (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/18/09 | 0.80 | PARTICIPATE IN GENERAL WEEKLY UPDATE/STRATEGY CALL WITH CC AND FTI (.8). |
| FREDERICKS IS | 05/26/09 | 2.60 | ATTENTION TO VARIOUS CASE RELATED EMAILS AND CALLS FROM CREDITORS RE: ADMIN BAR DATE AND OTHER ISSUES (2.6). |
| FREDERICKS IS | 05/28/09 | 2.70 | PREPARE FOR, ATTEND AND PARTICIPATE IN OMNIBUS HEARING (2.7). |
| | | **16.50** | |
| KUMAR JS | 05/01/09 | 1.10 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.6); UPDATING TASK LIST (.5). |
| KUMAR JS | 05/04/09 | 1.20 | RESPONDING TO VARIOUS INQUIRIES FROM PARTIES IN INTEREST RE CASE ADMINISTRATION ISSUES (1.2). |
| KUMAR JS | 05/05/09 | 0.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE CASE ADMINISTRATION ISSUES (.4). |
| KUMAR JS | 05/14/09 | 1.20 | DEALING WITH VARIOUS CASE ADMINISTRATION ISSUES (1.2). |
| | | **3.90** | |
| LAZAROFF KA | 05/20/09 | 0.30 | REVIEWED AND UPDATED AGENDA. |
| | | **0.30** | |
| LIBERI JM | 05/29/09 | 0.30 | REVIEW AND COMMENT ON CORRESPONDENCE TO CREDITORS' COMMITTEE RE: DESTRUCTION OF DOCUMENTS (0.3). |
| | | **0.30** | |
| **Total Associate** | | **24.70** | |
| HEANEY CM | 05/01/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 05/04/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 05/05/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 05/06/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 05/07/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); EDIT/REVISE 5-13 HEARING AGENDA (.4). |

B43E