SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HEANEY CM | 05/08/09 | 1.40 | REVIEW DOCKET RE: UPDATES TO 5-13 HEARING AGENDA (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); EDIT/REVISE 5-13 HEARING AGENDA (.4). |
| HEANEY CM | 05/11/09 | 2.40 | REVIEW DOCKET RE: UPDATES TO 5-13 HEARING AGENDA (.3); EDIT/REVISE AGENDA (.6); OBTAIN, REVIEW AND ORGANIZE BINDER OF PLEADINGS FOR HEARING (.8); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7). |
| HEANEY CM | 05/13/09 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW AND DISTRIBUTE PRIVACY REPORT (.2). |
| HEANEY CM | 05/18/09 | 0.30 | REVIEW CASE CALENDAR RE: UPDATES FOR HEARING MATTERS (.3). |
| HEANEY CM | 05/20/09 | 1.80 | REVIEW DOCKET RE: UPDATE TO 5-28 HEARING MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); REVIEW, EDIT/REVISE HEARING AGENDA (1.1). |
| HEANEY CM | 05/21/09 | 2.60 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.4); EDIT/REVISE 5-28 AGENDA (2.2). |
| HEANEY CM | 05/22/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 5-28 HEARING AGENDA (.9). |
| HEANEY CM | 05/26/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); EDIT/REVISE 5-28 HEARING AGENDA (.8). |
| HEANEY CM | 05/27/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO 5-28 HEARING AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 05/29/09 | 1.60 | DRAFT EDIT/REVISE 6-3 HEARING AGENDA (.9); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7). |
| | | **19.00** | |
| LAMANNA WK | 05/06/09 | 4.30 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE AND APPEALS (1.7); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); DRAFT 5/13/09 HEARING AGENDA (2.1). |
| LAMANNA WK | 05/07/09 | 0.30 | REVIEW CASE DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE. |
| LAMANNA WK | 05/14/09 | 2.20 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE AND APPEAL CASES (1.7); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |

16                                                                B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAMANNA WK | 05/20/09 | 5.20 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE (1.2); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); DRAFT 5-28-09 HEARING AGENDA (3.5). |
| LAMANNA WK | 05/22/09 | 0.70 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 05/26/09 | 0.30 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 05/28/09 | 3.10 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE, APPEALS AND ADVERSARY PROCEEDING (2.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| | | 16.10 | |

**Total Legal Assistant**          35.10

**TOTAL TIME**                     <u>61.20</u>

17

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Circuit City Stores, Inc. (DIP)                    Bill Date: 06/05/09
Claims Admin. (General)                            Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/08/09 | 0.70 | REVIEW AND COMMENT ON NON-GOODS OBJECTION. |
| GALARDI GM | 05/18/09 | 1.20 | REVIEW AND ANALYZE CLAIMS REPORTS (.7); CALLS WITH COMPANY AND ADVISERS RE: NEXT STEPS (.5). |
| GALARDI GM | 05/20/09 | 1.60 | CLAIMS DOCUMENTATION AND DISCUSS SAME WITH M. MOSIER AND FTI (.8); WORK ON HP CLAIMS (.3); ADDRESS PBGC TERMINATION ISSUES (.5). |
| GALARDI GM | 05/27/09 | 0.40 | CALLS WITH COMPANY RE: MISCELLANEOUS CLAIMS ISSUES. |
|  |  | 3.90 |  |
| **Total Partner** |  | **3.90** |  |
| BAKER SK | 05/01/09 | 0.70 | REVIEW BOND CIRCUIT IV'S MOTION FOR PAYMENTS OF ADMINISTRATIVE EXPENSES (.1); REVIEW CIRCUIT CITY HAMBERG'S MOTION TO COMPEL PAYMENT OF ADMIN EXPENSES (.1); REVIEW CONGRESSIONAL NORTH'S AMENDED MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (.1); REVIEW SHELBYVILLE'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (.1); REVIEW CARDINAL COUNT'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (.2); REVIEW RONUS MERJERLAND'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.1). |
| BAKER SK | 05/04/09 | 8.80 | REVIEW SIR BARTON, LLC'S ADMINISTRATIVE CLAIM REQUEST (.2); RESEARCH REGARDING LANDLORDS AS SERVICE PROVIDERS (4.2); REVISE NON-GOODS OBJECTION DRAFT (4.4). |
| BAKER SK | 05/05/09 | 4.80 | REVIEW A.D.D. HOLDINGS, LP MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.2); REVISE NON-GOODS OBJECTION (2.6); RESEARCH REGARDING PREDOMINANT FACTOR TEST UNDER UCC (1.8); REVIEW CC GRAND JUNCTION INVESTORS' ADMINISTRATIVE EXPENSE CLAIM MOTION (.1); REVIEW CC SPRINGS LLC'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (.1). |
| BAKER SK | 05/06/09 | 0.20 | REVIEW MYRTLE BEACH'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/08/09 | 1.30 | REVIEW CHESTERFIELD TWO DEVELOPMENT COMPANY'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.1); REVIEW SCHOTTENSTEIN PROPERTY GROUP'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM (.1); REVIEW INFOGAIN'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM (.2); REVIEW HOWLAND COMMONS PARTNERSHIP'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (.1); RESEARCH REGARDING CONSTRUCTION CONTACTS UNDER UCC (.4); REVIEW COFARO NORTHWEST'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.1); REVIEW KENTRUCKY OAK MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.1); DRAFT CORRESPONDENCE TO D. FOLEY REGARDING NON-GOODS OMNI 6 (.1); REVISE HUNTING MALL COMPANY'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (.1). |
| BAKER SK | 05/12/09 | 0.30 | REVIEW APEX DIGITAL'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (.2); REVIEW CALIFORNIA STATE'S BOARD OF EQUALIZATION ADMINISTRATIVE EXPENSE CLAIMS (.1). |
| BAKER SK | 05/13/09 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT RESPONSE TO K. BARKSDALE REGARDING MICROSOFT PROOFS OF CLAIM (.2). |
| BAKER SK | 05/14/09 | 0.10 | REVIEW CORRESPONDENCE FROM B. SENATOR REGARDING PROOF OF CLAIM (.1). |
| BAKER SK | 05/15/09 | 0.20 | DRAFT CORRESPONDENCE TO M. BARRECA REGARDING PROOF OF CLAIM 9007 (.2). |
| BAKER SK | 05/19/09 | 0.20 | TELECONFERENCE WITH C. HAMBERG REGARDING 503(B)(9) OBJECTION (.2). |
| BAKER SK | 05/20/09 | 0.40 | REVIEW ION AUDIO'S RESPONSE TO FOURTH OMNIBUS CLAIMS OBJECTION (.2); REVIEW MITSUBISHI'S RESPONSE TO DEBTOR'S FOURTH OMNIBUS CLAIM OBJECTION (.2). |
| BAKER SK | 05/21/09 | 0.40 | REVIEW RESPONSE OF ONKYO USA CORPORATION TO DEBTOR'S 4TH OMNIBUS CLAIMS OBJECTIONS (.1); REVIEW STATE OF MICHIGAN WITH DRAWL OF PROOF OF CLAIM (.1); REVIEW OCEOLA COUNTY'S WITH DRAWL OF MOTION FOR ADMINISTRATIVE EXPENSE CLAIM (.1); REVIEW POLK COUNTY'S WITH DRAWL OF MOTION FOR MOTION FOR ADMINISTRATIVE EXPENSE CLAIMS (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 05/22/09 | 1.20 | REVIEW BAR DATE ORDER REGARDING LIQUIDITY HOLDER PROOF OF CLAIM (.4); TELECONFERENCE REGARDING PROOF OF CLAIM BAR DATE (.2); TELECONFERENCE WITH J. KRUPEO REGARDING NON-GOODS OBJECTION (.2); TELECONFERENCE WITH R. SIMMONS REGARDING WRONG PERSON SERVED (.1); TELECONFERENCE WITH B. PENICK REGARDING ADMINISTRATIVE BAR DATE NOTICE (.1); TELECONFERENCE WITH KALEET REGARDING ADMINISTRATIVE EXPENSE CLAIMS (.2). |
| BAKER SK | 05/26/09 | 1.70 | REVIEW US, IRS MOTION TO RECONSIDER ADMINISTRATIVE CLAIMS BAR DATE (.2); TELECONFERENCE REGARDING ADMINISTRATIVE BAR DATE (.1); TELECONFERENCE WITH LOUIS REGARDING EMPLOYEE CLAIMS (.2); TELECONFERENCE WITH E. HOLLOWAY REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1); TELECONFERENCE WITH EARL GRAY REGARDING ADMINISTRATIVE CLAIMS (.2); TELECONFERENCE WITH W. PARKER REGARDING EMPLOYEE PROOFS OF CLAIM (.1); TELECONFERENCE WITH K. PUE REGARDING EMPLOYEE BENEFITS CLAIMS (.2); TELECONFERENCE WITH L. ALLEN REGARDING ADMINISTRATIVE BAR DATE (.1); TELECONFERENCE WITH P. TOWNSHEND REGARDING WAGE CLAIMS (.2); TELECONFERENCE WITH C. EDDIT REGARDING EMPLOYEE WAGE CLAIMS (.2); TELECONFERENCE WITH M. FREEMAN REGARDING ADMINISTRATIVE BAR DATE (.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/27/09 | 3.00 | TELECONFERENCE WITH M. ALSTON REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1); TELECONFERENCE WITH H. RUSSO REGARDING ADMINISTRATIVE BAR CLAIMS (.1); TELECONFERENCE WITH S. PARTRIDGE REGARDING ADMINISTRATIVE BAR DATE (.1); TELECONFERENCE WITH R. FITZWATER REGARDING ADMINISTRATIVE BAR DATE (.1); TELECONFERENCE WITH A. TENIL REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.2); TELECONFERENCE WITH M. MORALES REGARDING ADMINISTRATIVE CLAIM BARD ATE (.1); TELECONFERENCE WITH D. MARTINES REGARDING EMPLOYEE WAGE CLAIMS (.1); TELECONFERENCE WITH D. WIKE REGARDING PENSION BENEFITS (.2); TELECONFERENCE WITH S. WRIGHT REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1); TELECONFERENCE WITH E. JOHNSON REGARDING ADMINISTRATIVE CLAIMS DEADLINE (.2); TELECONFERENCE WITH B. ROBINSON REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1); TELECONFERENCE WITH C. SHAY REGARDING ADMINISTRATIVE BARD DATE AND POTENTIAL CLAIMS (.2); REVIEW COUNTY OF LEXINGTON'S REPLY TO DEBTOR'S NON-GOODS OBJECTION (.2); REVIEW TOUCHPOINT RETAIL DESIGNS' REPLY TO DEBTOR'S NON-GOODS OBJECTION (.1); TELECONFERENCE FROM EMPLOYEE REGARDING ADMINISTRATIVE BAR DATE (.2); TELECONFERENCE WITH A. ENGLEHART REGARDING CLAIMS AND ADMINISTRATIVE BAR DATE (.2); TELECONFERENCE WITH CONSUMER REGARDING ADMINISTRATIVE CLAIM BAR DATE (.1); TELECONFERENCE WITH M. SCOLFIELD REGARDING CLAIMS DEADLINES (.2); TELECONFERENCE WITH R. VALEZQUEZ REGARDING EMPLOYEE CLAIMS (.2); TELECONFERENCE REGARDING EMPLOYEE RETIREMENT BENEFITS (.1); TELEPHONE CONVERSATION WITH A. WILLIAMS REGARDING ADMINISTRATIVE CLAIMS BARD DATE (.1). |
| BAKER SK | 05/28/09 | 1.00 | TELECONFERENCE WITH C. KENISH REGARDING ADMIN CLAIM FORMS AND PROCEDURES FOR FILING (.2); TELECONFERENCE WITH NY STATE OFFICER OF COURT ADMINISTRATION REGARDING ADMINISTRATIVE CLAIMS NOTICE (.2); TELECONFERENCE WITH L. EASLEE REGARDING EMPLOYEE PENSION BENEFITS (.1); TELECONFERENCE WITH B. DUKE REGARDING BANKRUPTCY NOTICES (.1); TELECONFERENCE WITH B. DYSON REGARDING ADMINISTRATIVE CLAIMS (.2); TELECONFERENCE WITH I. ESTRADA REGARDING ADMINISTRATIVE EXPENSE CLAIM (.1); TELECONFERENCE WITH M. MICHAEL REGARDING ADMINISTRATIVE EXPENSE CLAIM (.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 05/29/09 | 6.00 | TELECONFERENCE WITH M. PHIL REGARDING EMPLOYEE RETIREMENT BENEFITS (.2); REVIEW AMENDED MOTION OF CIRCUIT CITY SPRING FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (.2); TELECONFERENCE WITH CREDITOR REGARDING PENSION BENEFIT RIGHTS (.2); REVIEW UNITED STATES MOTION FOR APPROVAL OF RECIPIENTS (.3); TELECONFERENCE WITH S. BERGER REGARDING ADMINISTRATIVE EXPENSE CLAIMS (.1); TELECONFERENCE WITH A. DELECON REGARDING ADMINISTRATIVE BAR DATE (.2); TELECONFERENCE WITH E. CLARK REGARDING ADMIN EXPENSE CLAIM (.1); TELECONFERENCE WITH R. ROICO REGARDING ADMIN BARD DATE (.2); TELECONFERENCE WITH R. WILSON REGARDING EMPLOYEE BENEFITS (.2); TELECONFERENCE WITH E. CLARK REGARDING FILING PROCEDURES FOR ADMIN EXPENSE CLAIMS (.2); RESEARCH REGARDING 503D) AND 503(B)(9) CLAIMS (2.4); BEGIN DRAFT OF OMNI OBJECTION TO 502(B) AND 503(B)(9) CLAIMS (1.7). |
|---|---|---|---|
| BAKER SK | 05/30/09 | 4.10 | CONTINUE DRAFT OF OBJECTION TO 502(D) AND 503(B)(9) CLAIMS (4.1). |
| BAKER SK | 05/31/09 | 3.00 | CONTINUE DRAFOT OF OBJECTION TO 502(D) AND 503(B)(9) CLAIMS (3.0). |
|  |  | **37.60** |  |
| DOSUNMU FS | 05/04/09 | 1.60 | REVIEW ADMINISTRATIVE CLAIM REQUESTS AND MOTIONS TO COMPEL (1.6). |
| DOSUNMU FS | 05/05/09 | 1.40 | RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.4). |
| DOSUNMU FS | 05/06/09 | 0.80 | MULTIPLE CONFERENCES WITH VARIOUS COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIM REQUESTS (.8). |
| DOSUNMU FS | 05/07/09 | 2.70 | WORK WITH COMPANY TO RECONCILE ADMINISTRATIVE CLAIM REQUESTS (1.9); MULTIPLE CONFERENCES WITH COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS (.8). |
| DOSUNMU FS | 05/08/09 | 2.90 | REVIEW VARIOUS ADMINISTRATIVE CLAIM RECORDS AND MOTIONS TO COMPEL (2.2); VARIOUS CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS (.7). |
| DOSUNMU FS | 05/11/09 | 3.30 | REVIEW AND RECONCILE ADMINISTRATIVE CLAIM REQUESTS (3.3). |
| DOSUNMU FS | 05/12/09 | 1.20 | REVIEW ADMINISTRATIVE CLAIM REQUESTS (1.2). |
| DOSUNMU FS | 05/13/09 | 3.30 | ATTENTION TO LEASE REJECTION ISSUES (2.3). |
| DOSUNMU FS | 05/14/09 | 1.70 | REVISE AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM EXPENSES (1.7). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| DOSUNMU FS | 05/15/09 | 0.60 | MULTIPLE CONFERENCES WITH VARIOUS LANDLORDS REGARDING ADMINISTRATIVE CLAIM EXPENSES (.6). |
| DOSUNMU FS | 05/18/09 | 4.90 | MULTIPLE CONFERENCES WITH COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS (1.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM EXPENSES (3.3). |
| DOSUNMU FS | 05/19/09 | 3.60 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (3.6). |
| DOSUNMU FS | 05/20/09 | 2.30 | REVIEW AND RECONCILE ADMINISTRATIVE EXPENSE CLAIMS (2.3). |
| DOSUNMU FS | 05/21/09 | 4.10 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE CLAIMS (3.4); CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.7). |
| DOSUNMU FS | 05/22/09 | 3.80 | WORK WITH COMPANY REGARDING RECONCILING ADMINISTRATIVE EXPENSE CLAIMS (1.4); REVIEW VARIOUS ADMINISTRATIVE EXPENSE CLAIMS (2.4). |
| DOSUNMU FS | 05/26/09 | 3.30 | WORK WITH COMPANY REGARDING RECONCILING ADMINISTRATIVE EXPENSE CLAIMS (3.3). |
| DOSUNMU FS | 05/27/09 | 2.70 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE APPLICATIONS AND MOTIONS (2.7). |
| DOSUNMU FS | 05/28/09 | 2.30 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE ACCOUNTS (2.3). |
| DOSUNMU FS | 05/29/09 | 3.00 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE ACCOUNTS (2.6); CONFERENCE WITH COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS (.4). |
| | | 49.50 | |
| FREDERICKS IS | 05/01/09 | 2.10 | REVIEW AND REVISE NON-GOODS CLAIM OBJECTION TO 503(B)(9) CLAIMS (2.1). |
| FREDERICKS IS | 05/04/09 | 3.30 | REVIEW AND REVISE OMNIBUS OBJECTION TO NON-GOODS 503(B)(9) CLAIMS (3.3). |
| FREDERICKS IS | 05/07/09 | 3.40 | CONTINUE TO REVIEW AND REVISE AN UPDATED DRAFT OF THE NON-GOODS 503(B)(9) OBJECTION (3.4). |
| FREDERICKS IS | 05/14/09 | 1.10 | PARTICIPATE IN CONFERENCE CALL WITH CC RE: VARIOUS CLAIMS ISSUES (1.1). |
| FREDERICKS IS | 05/18/09 | 0.40 | REVIEW PROPOSED SETTLEMENT WITH APPLE AND CORRESPONDENCE TO COUNSEL RE: SAME (.3); CORRESPONDENCE TO COUNSEL TO SONY RE: STATUS OF SETTLEMENT DISCUSSIONS (.1). |
| FREDERICKS IS | 05/27/09 | 9.70 | PARTICIPATE IN VARIOUS CLIENT MEETINGS RE: CLAIMS AND RELATED MATTERS (9.7). |
| FREDERICKS IS | 05/28/09 | 4.60 | CONTINUE TO MEET WITH THE COMPANY RE: CLAIMS AND RELATED MATTERS (4.6). |

23

B43E