Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| DOSUNMU FS | 05/15/09 | 0.60 | MULTIPLE CONFERENCES WITH VARIOUS LANDLORDS REGARDING ADMINISTRATIVE CLAIM EXPENSES (.6). |
| DOSUNMU FS | 05/18/09 | 4.90 | MULTIPLE CONFERENCES WITH COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS (1.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM EXPENSES (3.3). |
| DOSUNMU FS | 05/19/09 | 3.60 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (3.6). |
| DOSUNMU FS | 05/20/09 | 2.30 | REVIEW AND RECONCILE ADMINISTRATIVE EXPENSE CLAIMS (2.3). |
| DOSUNMU FS | 05/21/09 | 4.10 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE CLAIMS (3.4); CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.7). |
| DOSUNMU FS | 05/22/09 | 3.80 | WORK WITH COMPANY REGARDING RECONCILING ADMINISTRATIVE EXPENSE CLAIMS (1.4); REVIEW VARIOUS ADMINISTRATIVE EXPENSE CLAIMS (2.4). |
| DOSUNMU FS | 05/26/09 | 3.30 | WORK WITH COMPANY REGARDING RECONCILING ADMINISTRATIVE EXPENSE CLAIMS (3.3). |
| DOSUNMU FS | 05/27/09 | 2.70 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE APPLICATIONS AND MOTIONS (2.7). |
| DOSUNMU FS | 05/28/09 | 2.30 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE ACCOUNTS (2.3). |
| DOSUNMU FS | 05/29/09 | 3.00 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE EXPENSE ACCOUNTS (2.6); CONFERENCE WITH COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS (.4). |
| | | 49.50 | |
| FREDERICKS IS | 05/01/09 | 2.10 | REVIEW AND REVISE NON-GOODS CLAIM OBJECTION TO 503(B)(9) CLAIMS (2.1). |
| FREDERICKS IS | 05/04/09 | 3.30 | REVIEW AND REVISE OMNIBUS OBJECTION TO NON-GOODS 503(B)(9) CLAIMS (3.3). |
| FREDERICKS IS | 05/07/09 | 3.40 | CONTINUE TO REVIEW AND REVISE AN UPDATED DRAFT OF THE NON-GOODS 503(B)(9) OBJECTION (3.4). |
| FREDERICKS IS | 05/14/09 | 1.10 | PARTICIPATE IN CONFERENCE CALL WITH CC RE: VARIOUS CLAIMS ISSUES (1.1). |
| FREDERICKS IS | 05/18/09 | 0.40 | REVIEW PROPOSED SETTLEMENT WITH APPLE AND CORRESPONDENCE TO COUNSEL RE: SAME (.3); CORRESPONDENCE TO COUNSEL TO SONY RE: STATUS OF SETTLEMENT DISCUSSIONS (.1). |
| FREDERICKS IS | 05/27/09 | 9.70 | PARTICIPATE IN VARIOUS CLIENT MEETINGS RE: CLAIMS AND RELATED MATTERS (9.7). |
| FREDERICKS IS | 05/28/09 | 4.60 | CONTINUE TO MEET WITH THE COMPANY RE: CLAIMS AND RELATED MATTERS (4.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/29/09 | 1.20 | RESEARCH RELATED TO AND WORK WITH S. BAKER ON 503(B)(9) BRIEF (1.2). |
| | | **25.80** | |
| KUMAR JS | 05/18/09 | 0.90 | CONTACTING COUNSEL RE ADJOURNING MOTIONS FOR LATE-FILED CLAIMS (.9). |
| | | **0.90** | |
| LAZAROFF KA | 05/11/09 | 0.30 | CORRESPONDENCE REGARDING REBATES WITH THE COMPANY AND CUSTOMER. |
| LAZAROFF KA | 05/15/09 | 3.00 | RESEARCH REGARDING SETTING OFF PRE-PETITION RECEIVABLES AGAINST POST-PETITION PAYABLES AND SUMMARIZING THE SAME. |
| | | **3.30** | |
| LIBERI JM | 05/01/09 | 3.50 | REVIEW STATUS OF CLAIMS MATTERS SCHEDULED FOR HEARING (2.3); ANALYZE POTENTIAL CONSENSUAL RESOLUTIONS RE: SAME (0.8); COMMUNICATE WITH COMPANY PERSONNEL (H. FERGUSON, D. RAMSEY) RE: SAME (0.4). |
| LIBERI JM | 05/05/09 | 2.50 | CONFERENCE CALL WITH J. MARCUM, C. FALCONER, T BEHNKE RE: CLAIMS MATTERS (1.1); REVIEW NEWLY FILED MOTIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS (0.8); CONTACT COMPANY PERSONNEL (H. FERGUSON) RE: RECONCILIATION OF NEWLY FILED CLAIMS (0.3); ASSIGN NEW MATTERS FOR RESPONSES (0.3). |
| LIBERI JM | 05/08/09 | 2.70 | REVIEW NEWLY FILED MOTIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS (1.7); COMMUNICATE WITH COMPANY PERSONNEL (H. FERGUSON) RE: RECONCILIATION OF CLAIMS (0.3); ASSIGN AND TRACK RESPONSIBILITY FOR RESPONSES TO SAME (0.3); REVIEW AND COMMENT ON DRAFT OMNIBUS HEARING OF AGENDA AND CLAIMS MATTERS (0.4). |
| LIBERI JM | 05/11/09 | 1.70 | REVIEW AND COMMENT ON DRAFT OMNIBUS HEARING AGENDA (0.4); REVIEW STATUS OF MATTERS SCHEDULED FOR HEARING (0.8); CONTACT COUNSEL FOR CERTAIN CLAIMANTS RE: ADJOURNING MATTERS TO NEXT OMNIBUS DATE (0.5). |
| LIBERI JM | 05/13/09 | 2.30 | COMMUNICATE WITH COUNSEL FOR ONKYO USA CORP. RE: OMNIBUS CLAIMS OBJECTIONS AND STATUS OF ONKYO CLAIMS (0.3); REVIEW SEVERAL PROOFS OF CLAIM AND RELATED DOCUMENTS SUBMITTED BY ONKYO (0.9); WORK TO RECONCILE ONKYO ASSERTED CLAIMS AGAINST COMPANY'S RECORDS AND CLAIMS OBJECTIONS (0.5); REVIEW RECENTLY FILED MOTIONS FOR ADMINISTRATIVE EXPENSE CLAIMS (0.4); COMMUNICATE WITH COMPANY PERSONNEL (H. FERGUSON) RE: RECONCILIATION OF NEWLY ASSERTED CLAIMS (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LIBERI JM | 05/18/09 | 3.70 | COMMUNICATE WITH COMPANY PERSONNEL RE: RECONCILIATION OF INFOGAIN CLAIMS (0.3); REVIEW RECONCILIATION DATA RE: INFOGAIN (0.3); CONFERENCE CALL WITH H. FERGUSON, M. MOSIER RE: CLAIMS MATTERS (1.4); REVIEW/ANALYZE CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (1.3); REVIEW RECENTLY FILED MOTIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS (0.4). |
| LIBERI JM | 05/19/09 | 2.60 | COMMUNICATE WITH COUNSEL FOR BETHESDA SOFTWARE RE: CLAIMS OBJECTION (0.4); REVIEW AND COMMENT ON DRAFT STIPULATION PROPOSED BY BETHESDA SOFTWARE (0.5); REVIEW STATUS OF CLAIMS OBJECTION RESPONSES (0.6); COMMUNICATE WITH COUNSEL FOR INFOGAIN RE: CLAIM RECONCILIATION MATTERS (0.3); REVIEW STATUS OF MATTERS SCHEDULED FOR HEARING ON MAY 28 (0.8). |
| LIBERI JM | 05/20/09 | 1.20 | REVIEW AND COMMENT ON DRAFT AGENDA FOR MAY 28 HEARING (0.5); REVIEW NEWLY FILED RESPONSES TO CLAIMS OBJECTIONS (0.7). |
| LIBERI JM | 05/21/09 | 2.90 | TELECONFERENCE WITH B. CASHMAN, M. MOSIER, J. MARCUM, H. FERGUSON, D. RAMSEY RE: CLAIMS MATTERS (1.3); REVIEW CLAIMS DATA RE: POTENTIAL OBJECTIONS (1.1); RECEIVE CALL FROM CREDITOR RE: CLAIMS BAR DEADLINE (0.3); RESEARCH CREDITOR CLAIM RE: SAME (0.2). |
| LIBERI JM | 05/26/09 | 3.30 | REVIEW AND COMMENT ON DRAFT OMNIBUS HEARING AGENDA (0.4); REVIEW STATUS OF MATTERS SCHEDULED FOR HEARING (0.5); COMMUNICATE WITH COUNSEL FOR BESTHESDA SOFTWARE RE: RESPONSE TO CLAIM OBJECTION AND POTENTIAL RESOLUTION (0.4); REVIEW AND COMMENT ON DRAFT STIPULATION RE: SAME (0.5); REVIEW AND COMMENT ON PROPOSED STRATEGY FOR CERTAIN OBJECTIONS TO CLAIMS (0.7); REVIEW AND ANALYZE CLAIMS RE: SAME (0.8). |
| LIBERI JM | 05/27/09 | 6.50 | MEET WITH M. MOSIER, H. FERGUSON, B. CASHMAN RE: CLAIMS ADMINISTRATION MATTERS (2.4); REVIEW/ANALYZE CLAIMS RE: POTENTIAL OBJECTIONS (1.8); MEET WITH J. MARCUM, D. RAMSEY RE: CLAIMS ANALYSIS AND SETTLEMENT MATTERS (1.5); REVIEW AND DISCUSS DOCUMENTATION RE: PROPOSED CLAIMS RESOLUTIONS (0.8). |
| LIBERI JM | 05/28/09 | 3.20 | REVIEW CLAIMS OBJECTION MATTERS (2.4); MEET WITH D. RAMSEY, J. MARCUM, M. MOSIER RE: CLAIMS ADMINISTRATION (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Name | Date | Hours | Description |
|---|---|---|---|
| LIBERI JM | 05/29/09 | 2.90 | REVIEW MULTIPLE CLAIMS BAR DATE DEADLINES RE: CERTAIN FILED CLAIMS (0.3); REVIEW/ANALYZE CLAIMS OBJECTION MATTERS RE: PENSION AND 401(K) CLAIMS (1.4); RESEARCH CASE LAW RE: GROUNDS FOR CLAIMS OBJECTIONS (1.2). |
| LIBERI JM | 05/31/09 | 2.90 | REVIEW AND ANALYZE CLAIMS RE: CLAIMS OBJECTIONS MATTERS (1.8); BEGIN DRAFTING OMNIBUS OBJECTIONS TO CERTAIN PENSION AND RETIREMENT PLAN CLAIMS (1.1). |
| | | 41.90 | |
| RUNNELLS ST | 05/05/09 | 0.00 | COMMUNICATE WITH CIRCUIT CITY PERSONNEL RE: SPHE SETTLEMENT OFFER (.3); RESEARCH CASE LAW RELATED TO SPHE SETTLEMENT TERMS (.6). |
| | | 0.00 | |
| Total Associate | | 159.00 | |
| HEANEY CM | 05/13/09 | 0.60 | REVIEW, ORGANIZE AND DISTRIBUTE PROOFS OF CLAIMS ON THIRD PARTIES (.6). |
| HEANEY CM | 05/22/09 | 0.30 | COORDINATE WITH THIRD PARTIES REGARDING CALL CONCERNING NOTICE OF ADMINISTRATIVE EXPENSE CLAIMS BAR DATE (.3). |
| HEANEY CM | 05/29/09 | 2.30 | RESEARCH ON/IN COURT DOCKETS AND CASE FILES REGARDING PRECEDENT OMNIBUS CLAIMS OBJECTIONS (2.3). |
| | | 3.20 | |
| LAMANNA WK | 05/22/09 | 0.90 | DRAFT SCRIPT FOR INFORMATIONAL MAILBOX AND SET UP VOICE MAILBOX FOR CALLERS RECEIVING NOTICE OF BAR DATE (0.3); REVIEW VOICE MAIL MESSAGES FROM CALLERS (0.6). |
| LAMANNA WK | 05/26/09 | 0.30 | REVIEW VOICE MAIL MESSAGES FROM CALLERS REGARDING NOTICE OF DEADLINE TO FILE CLAIMS. |
| LAMANNA WK | 05/28/09 | 0.50 | REVIEW VOICE MAIL MESSAGES FROM CALLERS REGARDING NOTICE OF DEADLINE TO FILE CLAIMS. |
| | | 1.70 | |
| Total Legal Assistant | | 4.90 | |
| TOTAL TIME | | 167.80 | |

26

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 06/05/09
Creditor Meetings / Statutory Committees                Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/14/09 | 1.30 | DISCUSSIONS RE PREPARATION FOR PLAN MEETING WITH UCC. |
| DICKERSON CL | 05/18/09 | 2.70 | REVIEW DRAFT UCC PRESENTATION (.5); ATTEND CONFERENCE CALL WITH CLIENT AND FTI RE SAME (2.2). |
| DICKERSON CL | 05/19/09 | 1.50 | REVIEW REVISED UCC PRESENTATION (.4); ATTEND CALL WITH CLIENT AND FTI RE SAME (1.1). |
| DICKERSON CL | 05/20/09 | 2.70 | PREPARE FOR/ATTEND MEETING WITH UCC. |
|  |  | 8.20 |  |
| GALARDI GM | 05/05/09 | 0.60 | TELECONFERENCE RE: UCC MEETING RE: PLAN TERM SHEET AND FOLLOW-UP EMPLOYEE MATTERS. |
| GALARDI GM | 05/14/09 | 0.60 | WORK ON COMMITTEE MEETING AND MATERIALS TO BE DISTRIBUTED. |
| GALARDI GM | 05/18/09 | 2.90 | REVIEW AND COMMENT EXTENSIVELY ON INFORMATION FOR COMMITTEE MEETING (1.7); CALLS AND EMAILS RE: SAME AND REVISIONS (1.2). |
| GALARDI GM | 05/19/09 | 2.10 | REVIEW AND COMMENT ON PRESENTATION (1.3); MEETING WITH COMPANY RE: COMMITTEE PRESENTATION (.8). |
| GALARDI GM | 05/20/09 | 2.10 | COMPLETE PREPARATION FOR MEETING WITH CREDIORS (.9); MEETING WITH CREDITORS (.8); FOLLOW-UP CALL RE: SAME (.4). |
| GALARDI GM | 05/22/09 | 0.30 | TELECONFERENCE WITH R. PACHULSKI RE: MEETING AND PLAN FOLLOW-UP. |
|  |  | 8.60 |  |
| **Total Partner** |  | **16.80** |  |
| FREDERICKS IS | 05/18/09 | 1.80 | PARTICIPATE IN GENERAL STRATEGY CALL WITH CC AND FTI IN PREPARATION FOR UPCOMING COMMITTEE MEETING (1.8). |
| FREDERICKS IS | 05/20/09 | 4.10 | PREPARE FOR AND PARTICIPATE IN MEETING WITH CREDITORS' COMMITTEE (2.7); REVIEW MATERIALS RELATED TO HP AND PARTICIPATE IN MEETING WITH HP'S COUNSEL REL PREFERENCES AND CLAIMS (1.4). |
|  |  | 5.90 |  |
| **Total Associate** |  | **5.90** |  |
| **TOTAL TIME** |  | **22.70** |  |

B43E