SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/05/09
Employee Matters (General)                                   Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/04/09 | 0.20 | DISCUSSIONS RE DOL INQUIRY. |
|  |  | **0.20** |  |
| FURFARO JP | 05/19/09 | 2.00 | REVIEW OF REPLY BID IN CLASS ACTION (.70); REVIEW OF POINTS FOR RESPONSE (1.1); CONFERENCE WITH. R. SALINS RE: DOL MATTER (.20). |
| FURFARO JP | 05/20/09 | 1.20 | REVIEW OF DOL INQUIRY RE: EMPLOYMENT ISSUES/RESPONSE. |
| FURFARO JP | 05/26/09 | 1.60 | REVIEW OF RESPONDING BRIEF/REPLY RE: EMPLOYMENT CLASS CLAIMS. |
| FURFARO JP | 05/27/09 | 0.50 | REVIEW OF REVISED BRIEF IN EMPLOYMENT MATTER. |
| FURFARO JP | 05/28/09 | 1.10 | REVIEW OF REVISED BRIEF RE: CLASS CLAIMS (.90); CONF. R. SALINS (.20). |
|  |  | **6.40** |  |
| GALARDI GM | 04/21/09 | 0.20 | FOLLOW-UP RE: EMPLOYEE BONUS ISSUES. |
| GALARDI GM | 04/26/09 | 0.20 | REVIEW AND RESPOND TO COMMENT ON WARN DISPUTE. |
| GALARDI GM | 04/27/09 | 0.30 | EMAILS WITH COMPANY RE: INCENTIVE PLAN PAYMENTS (.3). |
| GALARDI GM | 05/01/09 | 0.30 | FINAL REVIEW OF WARN MOTION TO DISMISS. |
| GALARDI GM | 05/05/09 | 0.20 | FOLLOW-UP RE: ADDITIONAL INCENTIVE PAYMENTS (.2). |
| GALARDI GM | 05/07/09 | 0.30 | EMAILS RE: INCENTIVE PLAN ISSUES. |
| GALARDI GM | 05/18/09 | 0.30 | REVIEW EMAIL RE: WARN RESPONSE. |
| GALARDI GM | 05/22/09 | 1.10 | BEGIN REVISING WARN REPLY BRIEF. |
| GALARDI GM | 05/23/09 | 2.10 | CONTINUE WORKING ON WARN REPLY. |
| GALARDI GM | 05/24/09 | 2.20 | CONTINUE DRAFTING WARN REPLY BRIEF. |
| GALARDI GM | 05/25/09 | 1.10 | CONTINUE WORKING ON WARN REPLY BRIEF. |
| GALARDI GM | 05/26/09 | 0.90 | FINAL REVIEW OF WARN REPLY (.9). |
| GALARDI GM | 05/27/09 | 5.40 | REVIEW AND REVISE SUBSTANTIALLY REPLY IN SUPPORT OF DISMISSAL OF WARN COMPLAINT; CALLS AND EMAILS RE: PENSION FUNDING ISSUES (.3). |
| GALARDI GM | 05/28/09 | 1.20 | REVIEW, REVISE AND FINALIZE REPLY RE: WARN COMPLAINT. |
| GALARDI GM | 05/29/09 | 0.30 | TELECONFERENCE WITH CHASE COUNSEL RE: CA MEDIATION. |
|  |  | **16.10** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Total Partner | | 22.70 | |
| BAKER SK | 05/18/09 | 0.50 | RESEARCH REGARDING ERISA PLANS (.5). |
| BAKER SK | 05/19/09 | 3.20 | RESEARCH REGARDING ERISA BENEFIT PLANS (2.4); DRAFT MEMO REGARDING ERISA BENEFIT PLANS (.8). |
| BAKER SK | 05/26/09 | 0.20 | TELECONFERENCE WITH C. BENZ REGARDING PENSION BENEFITS (.2). |
| BAKER SK | 05/27/09 | 0.10 | TELECONFERENCE WITH R. BERRY REGARDING PENSION BENEFITS (.1). |
| BAKER SK | 05/28/09 | 0.20 | REVIEW REPLY BRIEF OF DEBTOR'S MOTION TO DISMISS REGARDING WARN ACT CLAIMS (.2). |
| | | 4.20 | |
| DALE SS | 12/03/08 | 2.60 | RESEARCH COBRA ISSUES. |
| DALE SS | 12/04/08 | 2.40 | RESEARCH COBRA MATTERS. |
| DALE SS | 12/05/08 | 1.50 | DISCUSS AND RESEARCH COBRA MATTERS. |
| DALE SS | 01/12/09 | 2.20 | COBRA RESEARCH. |
| DALE SS | 01/13/09 | 0.90 | RESEARCH REGARDING COBRA MATTERS. |
| | | 9.60 | |
| ESKENAZI MG | 05/08/09 | 10.20 | RESEARCH ISSUES REGARDING UNPAID ACCRUED VACATION BENEFITS. |
| ESKENAZI MG | 05/11/09 | 7.10 | RESEARCH ISSUES REGARDING UNPAID ACCRUED VACATION BENEFITS. |
| ESKENAZI MG | 05/12/09 | 3.60 | ANALYZE ACCRUED, UNPAID VACATION PAYMENT OBLIGATIONS. |
| ESKENAZI MG | 05/13/09 | 1.10 | ANALYZE STATES'S WAGE PAYMENT STATUTES. |
| | | 22.00 | |
| FREDERICKS IS | 05/01/09 | 4.70 | REVIEW, REVISE AND FINALIZE MOTION TO DISMISS WARN COMPLAINT, RELATED MEMORANDUM OF LAW, AND RELATED FILINGS (4.7). |
| FREDERICKS IS | 05/19/09 | 1.30 | REVIEW OPPOSITION BRIEF IN MONDRAGON ACTION AND TELECONFERENCE RE: SAME (1.3). |
| FREDERICKS IS | 05/21/09 | 7.40 | REVIEW AND REVISE DRAFT REPLY TO OPPOSITION BRIEF IN MONDRAGON LITIGATION (7.4). |
| FREDERICKS IS | 05/26/09 | 7.60 | REVIEW AND REVISE WARN REPLY BRIEF (7.8). |
| FREDERICKS IS | 05/27/09 | 4.60 | REVIEW AND REVISE MULTIPLE DRAFTS OF REPLY BRIEF TO INCORPORATE COMMENTS (4.6). |
| | | 25.60 | |

29                                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KUMAR JS | 05/01/09 | 2.30 | FINALIZING MOTION TO DISMISS MONDRAGON ADVERSARY PROCEEDING AND COMPILING COMPENDIUM OF UNREPORTED CASES (2.3). |
| KUMAR JS | 05/19/09 | 1.20 | REVIEWING DEBTORS MOTION TO DISMISS MONDRAGON ADVERSARY PROCEEDING AND PLAINTIFF'S ANSWERING BRIEF (1.2). |
| KUMAR JS | 05/20/09 | 9.10 | DRAFTING REPLY BRIEF IN SUPPORT OF DEBTORS MOTION TO DISMISS MONDRAGON REPLY BRIEF (9.1). |
| KUMAR JS | 05/21/09 | 4.40 | CONTINUE DRAFTING AND REVISING REPLY BRIEF RE MONDRAGON MOTION TO DISMISS (4.4). |
| KUMAR JS | 05/26/09 | 3.30 | REVISING REPLY BRIEF RE MONDRAGON MOTION TO DISMISS (3.3). |
| KUMAR JS | 05/27/09 | 0.60 | REVISING MONDRAGON REPLY BRIEF (.6). |
| KUMAR JS | 05/28/09 | 1.90 | FINALIZING MONDRAGON REPLY BRIEF FOR FILING (1.9). |
| | | **22.80** | |
| SALINS RM | 05/01/09 | 0.40 | TELECONFERENCE WITH ANNA MARIE HENDERSON RE: CC ARBITRATION POLICY (.20); TELECONFERENCE RE: MONDRAGON MOTION TO DISMISS (.20). |
| SALINS RM | 05/04/09 | 1.20 | CALLS WITH D. LATTA RE: COMPLIANCE WITH DOL INVESTIGATION (1.0). REVIEWED LETTER FROM DOL RE: INVESTIGATION (.20). |
| SALINS RM | 05/06/09 | 1.20 | TELECONFERENCE WITH DOL INVESTIGATOR RE: ALLEGED WAGE AND HOUR VIOLATIONS (.50). CALLS AND EMAILS WITH D. LATTA TO DISCUSS (.70). |
| SALINS RM | 05/08/09 | 0.50 | TELECONFERENCE WITH M. ESKENAZI RE: VACATION PAY RESEARCH (.20). CORRESPONDENCE WITH L. LAMBERT-GAFFNEY RE: DOL INVESTIGATION (.30). |
| SALINS RM | 05/11/09 | 1.20 | TELECONFERENCE WITH DOL INVESTIGATOR RE: PAYROLL RECORDS (.30). REVIEWED M. ESKENAZI RESEARCH RE: VACATION PAY; MET WITH M. ESKENAZI TO DISCUSS (.60). REVIEWED CORRESPONDENCE FROM D. LATTA RE: ARBITRATION REQUEST (.30). |
| SALINS RM | 05/12/09 | 4.60 | REVIEWED M. ESKENAZI RESEARCH RE: PAYMENT FOR VACATION TIME; MET WITH M. ESKENAZI TO DISCUSS (3.0). DRAFTED EMAIL TO D. LATTA AND L. LAMBERT-GAFFNEY RE: VACATION PAY (.80). TELECONFERENCE WITH D. LATTA TO DISCUSS (.20). REVIEWED INFORMATION RE: ADDITIONAL EXTENSION NOTICES (.20). REVIEWED CC ARBITRATION POLICY (.40). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALINS RM | 05/13/09 | 2.00 | TELECONFERENCE WITH D. LATTA RE: DOL INVESTIGATION (.50). PREPARED ADDITIONAL EMPLOYEE AND GOVERNMENT EXTENSION NOTICES (1.5). |
| SALINS RM | 05/14/09 | 1.80 | DRAFTED ADDITIONAL WARN EXTENSION NOTICES (1.2); DRAFTED REVISIONS TO NOTICES; CALLS WITH C. GILMOUR TO DISCUSS (.6). |
| SALINS RM | 05/15/09 | 0.40 | REVIEWED EMAIL CORRESPONDENCE FROM D. LATTA RE: DOL INVESTIGATION. |
| SALINS RM | 05/18/09 | 5.50 | REVIEWED DOCUMENTS RE: BONUS PLAN, RETURNED CHECKS AND COMPLAINTS LOG REQUESTED BY DOL INVESTIGATOR (2.0). TELECONFERENCE WITH L. LAMBERT-GAFFNEY TO DISCUSS DOL INVESTIGATION AND REQUESTED DOCUMENTS (.50). REVIEWED MONDRAGON OPPOSITION BRIEF (1.0). DRAFTED MEMO TO G. GALARDI AND I. FREDERICKS OUTLINING COMMENTS TO MONDRAGON OPPOSITION BRIEF (2.0). |
| SALINS RM | 05/19/09 | 2.50 | REVIEWED COMPLAINTS LOG REQUESTED BY DOL INVESTIGATOR (.50); TELECONFERENCE WITH L. LAMBERT-GAFFNEY AND D. MASCOLA TO DISCUSS COMPLAINTS LOG AND DOL INVESTIGATION (.80). TELECONFERENCE TO DISCUSS (.20). REVIEWED DOCUMENTS RE: PTO IN CONNECTION WITH DOL INVESTIGATION (1.0). |
| SALINS RM | 05/20/09 | 3.20 | RESEARCH RE: PROVIDING EMPLOYEE SOCIAL SECURITY NUMBERS TO GOVERNMENT AGENCIES (.50). DISCUSSIONS RE: DOL WAGE AND HOUR INVESTIGATION (.50). REVIEWED COMPLETED WAGE AND HOUR COMPLAINTS LOG (1.2). TELECONFERENCE WITH L. LAMBERT-GAFFNEY AND D. MASCOLA RE: DOL INVESTIGATION AND COMPLETED LOG (1.0). |
| SALINS RM | 05/21/09 | 3.20 | ADDITIONAL RESEARCH RE: NOTICE OF TERMINATION CASES FOR REPLY BRIEF IN MONDRAGON CASE (2.5). REVIEWED L. LAMBERT-GAFFNEY CORRESPONDENCE WITH DOL INVESTIGATOR (.20). REVIEWED BURR WORKERS COMPENSATION ISSUE (.50). |
| SALINS RM | 05/22/09 | 2.20 | TELECONFERENCE WITH C. JACOBSON RE: RESEARCH RE: APPLICATION OF AUTOMATIC STAY TO WORKERS COMPENSATION CLAIMS (.20). REVIEWED AND DRAFTED COMMENTS TO REPLY BRIEF IN MONDRAGON MATTER (2.0). |
| SALINS RM | 05/26/09 | 2.30 | REVIEWED REVISED DRAFT OF REPLY BRIEF IN MONDRAGON MATTER (.50). REVIEWED C. JACOBSON RESEARCH RE: WORKERS COMPENSATION CLAIMS IN BANKRUPTCY; MET WITH C. JACOBSON TO DISCUSS (1.5). TELECONFERENCE RE: WORKERS COMPENSATION CLAIM, MONDRAGON MATTER, AND DOL INVESTIGATION (.30). |

B43E