SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALINS RM | 05/27/09 | 1.30 | TELECONFERENCE RE: REPLY BRIEF IN MONDRAGON MATTER; ADDITIONAL REVIEW OF AND REVISIONS TO BRIEF (.50). REVIEWED FURTHER REVISED DRAFT OF REPLY BRIEF AND PROVIDED COMMENTS TO (.80). |
| SALINS RM | 05/28/09 | 2.60 | TELECONFERENCE WITH D. BLANKS TO DISCUSS BURR WORKERS COMPENSATION MATTER (.40). REVIEWED AND PROVIDED COMMENTS TO REVISED DRAFT OF MONDRAGON REPLY BRIEF (1.2). REVIEWED R. BAUGUS EEOC COMPLAINT AND D. HUFF CCSI COMPLAINT (1.0). |
| | | 36.10 | |
| **Total Associate** | | **120.30** | |
| ADRIAN M | 12/18/08 | 0.80 | RESEARCH RE: CALIFORNIA WARN ACT CONTACTS. |
| | | 0.80 | |
| HEANEY CM | 05/19/09 | 0.40 | REVIEW CASE FILES RE: PLEADINGS TO BE USED IN CONNECTION WITH WARN ACT LITIGATION MATTER (.4). |
| HEANEY CM | 05/20/09 | 0.60 | REVIEW COURT DOCKETS AND CASE FILES RE PLEADINGS TO BE USED AS PRECEDENT (.6). |
| HEANEY CM | 05/28/09 | 1.40 | EDIT/REVISE TABLE OF AUTHORITIES FOR REPLY BRIEF AND ASSIST ATTORNEY WITH PREPARATION OF BRIEF (1.4). |
| | | 2.40 | |
| ZYLICH AK | 05/21/09 | 0.00 | ASSEMBLE FOR ATTORNEY REVIEW THE REQUESTED PLEADINGS FROM THE MANDRAGON V. CIRCUIT CITY STORES, INC. DOCKET. |
| | | 0.00 | |
| **Total Legal Assistant** | | **3.20** | |
| **TOTAL TIME** | | **146.20** | |

32

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  
Executory Contracts (Personalty)

Bill Date: 06/05/09  
Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/05/09 | 0.30 | DISCUSSIONS WITH GMAC COUNSEL RE RELOCATION AGREEMENT. |
|  |  | 0.30 |  |
| **Total Partner** |  | **0.30** |  |
| FREDERICKS IS | 05/14/09 | 0.80 | PARTICIPATE IN CONFERENCE CALL WITH HEWITT AND CC RE: REJECTION OF CONTRACT AND GOING FORWARD RELATIONSHIP (.8). |
|  |  | 0.80 |  |
| KUMAR JS | 05/04/09 | 1.70 | DRAFTING STIPULATION WITH IBM TO REJECT CONTRACTS AND RESOLVE MISCELLANEOUS ISSUES (1.7). |
| KUMAR JS | 05/05/09 | 0.90 | REVISING STIPULATION WITH IBM RE EXECUTORY CONTRACTS AND MISCELLANEOUS ISSUES (.9). |
| KUMAR JS | 05/08/09 | 0.80 | FINALIZING AND FILING STIPULATION WITH IBM RE EXECUTORY CONTRACTS AND MISCELLANEOUS ISSUES (.8). |
| KUMAR JS | 05/18/09 | 1.70 | DRAFTING AND FILING MOTION TO REJECT EXECUTORY CONTRACTS (1.7). |
|  |  | 5.10 |  |
| **Total Associate** |  | **5.90** |  |
| **TOTAL TIME** |  | **6.20** |  |

33

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Insurance

Bill Date: 06/05/09  
Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/12/09 | 0.50 | REVIEW CORRESPONDENCE FROM P. SCHAETZLE REGARDING INSURANCE CLAIMS FOR BUSINESS INTERRUPTION (.1); REVIEW HURRICANE GUSTAV'S MOTION AND ORDER TO SETTLE BUSINESS INTERRUPTION CLAIM (.3); DRAFT RESPONSE TO P. SCHAETZLE REGARDING HURRICANE GUSTAV (.1). |
|  |  | 0.50 |  |
| FREDERICKS IS | 05/16/09 | 1.40 | REVIEW MOTION TO REJECT SURETY BONDS AND RELATED AGREEMENTS AND ESTABLISH PROCEDURES CLAIMS PROCESS WITH RESPECT TO SAME (1.4). |
|  |  | 1.40 |  |
| Total Associate |  | 1.90 |  |
| TOTAL TIME |  | **1.90** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  
Leases (Real Property)  
Bill Date: 06/05/09  
Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/11/09 | 1.10 | PARTICIPATE AND CONDUCT IN PART AUCTIONS ON ARDMORE AND SAN MATEO. |
| | | 1.10 | |
| **Total Partner** | | **1.10** | |
| BAKER SK | 05/05/09 | 0.10 | REVIEW DENIAL OF PETITION TO APPEAL RULING REGARDING RENT (.1). |
| BAKER SK | 05/08/09 | 0.20 | REVIEW CAREER ENTERPRISES INCORPORATED'S OBJECTION TO DEBTORS' MOTION TO SELL LEASE (.1); REVIEW TJ MAXX'S OBJECTION TO DEBTORS' MOTION TO SELL LEASE (.1). |
| BAKER SK | 05/15/09 | 7.00 | REVIEW MATERIALS REGARDING MODIFICATIONS OF CONTENT TO TERMINATE LEASE FOR LOCATION 3879 (3.7); BEGIN DRAFTING MOTION TO MODIFY PRE-PETITION LEASE (3.3). |
| BAKER SK | 05/16/09 | 2.80 | CONTINUE DRAFT OF MOTION TO MODIFY PRE-PETITION LEASE (2.8). |
| BAKER SK | 05/18/09 | 4.60 | DRAFT MOTION AND ORDER REGARDING MODIFYING PRE-PETITION LEASE (4.6). |
| BAKER SK | 05/19/09 | 2.60 | REVISE MOTION TO MODIFY PRE-PETITION LEASE (2.6). |
| BAKER SK | 05/20/09 | 1.50 | EDIT MOTION AND ORDER TO AMEND LEASE WITH REGENCY (1.2); TELECONFERENCE WITH D. BLANKS (.2); DRAFT CORRESPONDENCE TO R. LELTANE REGARDING REGENCY MOTION (.1). |
| BAKER SK | 05/21/09 | 0.10 | REVIEW ELECTION OF SALEM ROCKINGTON TO RETAIN POSSESSIONS AND THE RIGHT UNDER LEASE (.1). |
| BAKER SK | 05/26/09 | 0.20 | TELECONFERENCE WITH R. GELATT REGARDING LOCATION 3754 (.2). |
| | | **19.10** | |
| DOSUNMU FS | 05/01/09 | 2.60 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES, GOING FORWARD STORE ISSUES AND REAL ESTATE ISSUES (2.6). |
| DOSUNMU FS | 05/04/09 | 0.80 | MULTIPLE CONFERENCES WITH VARIOUS COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.8). |
| DOSUNMU FS | 05/05/09 | 1.30 | ATTENTION TO REAL ESTATE TAX ISSUES (1.3). |
| DOSUNMU FS | 05/06/09 | 2.00 | ATTENTION TO REAL ESTATE TAX ISSUES (1.6); ATTENTION TO CURE ISSUES (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DOSUNMU FS | 05/07/09 | 2.20 | ATTENTION TO CURE ISSUES (1.4); WORK WITH COMPANY REGARDING 365(D)(3) PAYMENTS (.8). |
| DOSUNMU FS | 05/11/09 | 2.50 | ATTENTION TO REAL ESTATE TAX ISSUES (1.8); ATTENTION TO CURE ISSUES (.4); WORK WITH COMPANY REGARDING 365(D)(3) REQUESTS (.3). |
| DOSUNMU FS | 05/12/09 | 2.90 | WORK WITH COMPANY REGARDING 365(D)(3) OBLIGATIONS (.7); ATTENTION TO LEASE REJECTION ISSUES (2.2). |
| DOSUNMU FS | 05/13/09 | 2.30 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (2.2); CONFERENCE WITH MULTIPLE COUNSEL AND LANDLORDS REGARDING ADMINISTRATIVE CLAIMS REQUESTS (1.1). |
| DOSUNMU FS | 05/14/09 | 4.20 | ATTENTION TO LEASE REJECTION ISSUES (2.4); REAL ESTATE TAX ISSUES (1.4); ATTENTION TO CURE ISSUES (.4). |
| DOSUNMU FS | 05/15/09 | 1.20 | ATTENTION TO LEASE REJECTION ISSUES (1.2). |
| DOSUNMU FS | 05/18/09 | 1.70 | ATTENTION TO LEASE REJECTION ISSUES (1.7). |
| DOSUNMU FS | 05/19/09 | 1.40 | ATTENTION TO REAL ESTATE TAX ISSUES (.7): PREPARE RESPONSES FOR MOTION TO COMPEL PAYMENT (.7). |
| DOSUNMU FS | 05/20/09 | 2.30 | ATTENTION TO LEASE REJECTION ISSUES (1.7); CONFERENCE WITH VARIOUS COUNSEL REGARDING REAL ESTATE TAX PAYMENTS (.6). |
| DOSUNMU FS | 05/21/09 | 1.10 | ATTENTION TO CURE ISSUES (.6); ATTENTION TO REAL ESTATE TAX ISSUES (.5). |
| DOSUNMU FS | 05/22/09 | 1.20 | MULTIPLE CONFERENCES WITH COUNSEL AND LANDLORDS REGARDING TAX PAYMENTS (1.2). |
| DOSUNMU FS | 05/26/09 | 0.80 | ATTENTION TO LEASE TERMINATION ISSUES (.8). |
| DOSUNMU FS | 05/27/09 | 1.40 | ATTENTION TO LEASE REJECTION ISSUES (1.4). |
| DOSUNMU FS | 05/28/09 | 0.80 | CONFERENCE WITH COUNSEL AND LANDLORDS REGARDING TAX PAYMENTS (.8). |
| DOSUNMU FS | 05/29/09 | 1.20 | ATTENTION TO LEASE REJECTION ISSUES (1.2). |
| | | 33.90 | |
| FREDERICKS IS | 05/20/09 | 1.40 | REVIEW MOTION TO AMEND LEASE TERMINATION AGREEMENT (1.4). |
| | | 1.40 | |
| GRANT K | 05/11/09 | 0.80 | EMAILS WITH B. LEHANE AND D. MILLER REGARDING SANTA BARBARA AGREEMENT (.4); REVIEWED DRAFT OF SAME. (.4). |

36

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 05/12/09 | 0.90 | ANALYZED CAM RECONCILIATION CHART (1.4) AND TELECONFERENCE WITH CIRCUIT CITY TEAM REGARDING SAME. (.9). |
| GRANT K | 05/13/09 | 0.20 | TELECONFERENCE WITH R. LEHANE REGARDING SANTA BARBARA LEASE (.2). |
| GRANT K | 05/19/09 | 1.70 | REVIEWED AND REVISED SANTA BARBARA MOTION (1.7). |
| GRANT K | 05/20/09 | 1.50 | FINALIZED LEASE TERMINATION AMENDMENT FOR SANTA BARBARA AND PLEADINGS REGARDING SAME. (1.5). |
| | | **5.10** | |
| KUMAR JS | 05/11/09 | 2.30 | VARIOUS TASKS RE: LEASE AUCTIONS (2.3). |
| KUMAR JS | 05/19/09 | 2.10 | TELECONFERENCE WITH COMPANY RE VARIOUS REAL ESTATE MATTERS (.9). DRAFTING FORM ASSUME AND ASSIGN AGREEMENT AND ORDER (1.2). |
| KUMAR JS | 05/20/09 | 1.60 | DRAFTING ASSUME AND ASSIGN AGREEMENT AND ORDER RE ST. CLOUD PROPERTY (1.6). |
| KUMAR JS | 05/21/09 | 2.10 | VARIOUS CORRESPONDENCE WITH LANDLORD COUNSEL RE SALE OF ST. CLOUD LEASE (.7). PREPARING DRAFT AGREEMENT AND ORDER RE CHESTERFIELD LEASE (1.4). |
| KUMAR JS | 05/22/09 | 4.10 | DRAFTING DOCUMENTS AND DEALING WITH VARIOUS ISSUES RE SALE OF ST. CLOUD AND CHESTERFIELD LEASES (4.1). |
| KUMAR JS | 05/26/09 | 1.90 | DEALING WITH VARIOUS ISSUES RE SALE OF ST. CLOUD LEASE (1.9). |
| KUMAR JS | 05/27/09 | 1.70 | REVISING DOCUMENTS RE SALE OF CHESTERFIELD AND ST. CLOUD LEASES (1.7). |
| KUMAR JS | 05/28/09 | 2.20 | REVISING AGREEMENT, MOTION AND ORDER RE SALE OF ST. CLOUD LEASE (2.2). |
| | | **18.00** | |
| LAZAROFF KA | 05/01/09 | 1.80 | REVIEW LANDLORD MOTIONS AND UPDATE CHART (1.6); CORRESPONDENCE REGARDING 232 LEASE SALE (.2). |
| LAZAROFF KA | 05/06/09 | 4.40 | REVIEW PURCHASE AGREEMENT AND DRAFT SALE MOTION AND ORDER FOR MORENO VALLEY PROPERTY; CORRESPONDENCE WITH BIDDERS AND LANDLORD ON SAN MATEO PROPERTY (.7); REVIEW BIDS AND COMPOSE BID CHART FOR INTERNAL USE (1.2); REVIEW LANDLORD AND SUBTENANT OBJECTIONS TO SALE (.8). |
| LAZAROFF KA | 05/07/09 | 4.00 | ANALYSIS OF CURE DUE FOR SAN MATEO PROPERTY AND OTHER SALE ISSUES (3); REVIEW OF LANDLORD MOTIONS (.5); CORRESPONDENCE WITH THE COMPANY REGARDING REAL ESTATE PAYMENT ISSUES (.3); CORRESPONDENCE REGARDING ARDMORE PROPERTY SALE (.2). |

37

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| LAZAROFF KA | 05/08/09 | 2.80 | PREPARATION OF BINDERS FOR SAN MATEO (1.8) AND ARDMORE AUCTIONS (.5); CORRESPONDENCE REGARDING LEASE AUCTION AND CONNECTED DOCUMENTS (.5). |
| LAZAROFF KA | 05/09/09 | 0.60 | CORRESPONDENCE WITH BIDDERS AND OTHER INTERESTED PARTIES REGARDING AUCTION DETAILS. |
| LAZAROFF KA | 05/10/09 | 0.80 | COLLECT DATA FOR AND REVIEW OF ESTOPPELS FOR LANDLORD AND SUBTENANT OF SAN MATEO PROPERTY AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 05/11/09 | 5.30 | PREPARED FOR AND MONITORED SAN MATEO AUCTION (1.5); PREPARED FOR AND MONITORED ARDMORE AUCTION (1.5); PREPARED SAN MATEO SALE AGREEMENT AND SALE ORDER (1.3), PREPARED MOTION AND ORDER FOR SALE OF MORENO VALLEY PROPERTY (1). |
| LAZAROFF KA | 05/12/09 | 7.00 | DRAFTING REJECTION NOTICE FOR CHESTERFIELD LEASE, CORRESPONDENCE REGARDING SUCH, AND DRAFTING WITHDRAWAL OF REJECTION NOTICE (.6); REVIEWED RECENTLY FILED LANDLORD MOTIONS AND UPDATED CHART (1.8); TELECONFERENCE WITH THE COMPANY REGARDING CAM RECONCILIATIONS (.7); REVISED SAN MATEO SALE DOCUMENTS (3.2); REVISED ARDMORE SALE DOCUMENTS (.5); CORRESPONDENCE REGARDING AND REVISIONS TO MORENO VALLEY SALE DOCUMENTS (.2). |
| LAZAROFF KA | 05/13/09 | 0.90 | REVISIONS TO AND CORRESPONDENCE REGARDING SALE OF MORENO VALLEY PROPERTY (.2); ATTENDED HEARING ON ARDMORE AND SAN MATEO PROPERTY SALE TELEPHONICALLY (.5); FINALIZED SAN MATEO DOCUMENTS (.2). |
| LAZAROFF KA | 05/14/09 | 0.50 | GATHERED DATA REGARDING PURCHASE PRICE AND ADJUSTMENTS FOR SALE OF SAN MATEO PROPERTY. |
| LAZAROFF KA | 05/15/09 | 4.00 | DISCUSSIONS WITH LANDLORD, SUBTENANT AND THE COMPANY REGARDING REVISIONS TO ASSIGNMENT AGREEMENT AND SALE ORDER FOR SAN MATEO PROPERTY AND REVISING THE SAME (3.5); DRAFT ASSIGNMENT AGREEMENT FOR ST. CLOUD (.5). |
| LAZAROFF KA | 05/18/09 | 5.60 | RESEARCH CONNECTICUT LAW ON ATTORNEYS' FEES FOR CURE RESPONSE, REVIEW ATTORNEY INVOICES FOR THE SAME AND DRAFT CURE RESPONSE TO 444 CONNECTICUT'S OBJECTION (5.2); CONFERENCE REGARDING STRATEGY ON LANDLORD MOTIONS (.4). |

38

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| LAZAROFF KA | 05/19/09 | 7.40 | DISCUSSED STRATEGY, COLLECTED DATA AND BEGAN DRAFT OBJECTION TO RED ROSE MOTION TO COMPEL PAYMENT OF TAXES AND STUB CHARGES (1); REVIEWED AND UPDATED STATUS OF LANDLORD MOTIONS (.4); WORKED WITH BIDDERS AND THE COMPANY TO GET SAN MATEO DEPOSITS RETURNED AND FUNDS RELEASED FROM ESCROW (1); REVISED ASSIGNMENT AGREEMENT FOR ST. CLOUD (.5); REVIEWED SALE AGREEMENT AND DRAFTED MOTION AND ORDER FOR SALE OF GOLDEN RING PROPERTY (4.5). |
| LAZAROFF KA | 05/20/09 | 3.10 | FOLLOW-UP ON RELEASE OF SAN MATEO ESCROW AND DEPOSITS (.2); REVIEWED GOLDEN RING PURCHASE AGREEMENT AND DRAFTED SALE MOTION AND ORDER (2.2); DRAFTED ASSIGNMENT AGREEMENT AND ORDER FOR ST. CLOUD (.7). |
| LAZAROFF KA | 05/21/09 | 8.00 | BEGAN DRAFT OF OBJECTION TO RED ROSE FOR PAYMENT OF 2009 TAXES (.6); CORRESPONDENCE REGARDING CURE OBJECTION (.1); DRAFTED ASSIGNMENT AGREEMENTS, MOTIONS AND ORDERS FOR SALE OF LEASES AND SUBLEASES FOR ST. CLOUD, BLOOMINGDALE, CHESTERFIELD AND SALE OF GOLDEN RING PROPERTY (3.4); REVISIONS TO THE SAME (1.2); CORRESPONDENCE AND TELECONFERENCES WITH THE COMPANY, INTERESTED BIDDERS (1.5); PREPARED NOTICE LISTS AND OTHER PREPARATION FOR FILING AND SERVICE (1.2). |
| LAZAROFF KA | 05/22/09 | 6.00 | REVISIONS TO SALE AGREEMENTS AND DOCUMENTS (3.8); CORRESPONDENCE AND TELECONFERENCES REGARDING AND PREPARATION FOR SERVICE AND FILING SALE MOTIONS FOR CHESTERFIELD, BLOOMINGDALE AND ST. CLOUD LEASES AND GOLDEN RING PROPERTY (2.2). |
| LAZAROFF KA | 05/27/09 | 0.70 | CORRESPONDENCE REGARDING CHESTERFIELD, BLOOMINGDALE AND ST. CLOUD LEASE SALES, PLEADINGS AND SERVICE. |
| LAZAROFF KA | 05/28/09 | 9.00 | CORRESPONDENCE REGARDING, REVISIONS OF DOCUMENTS FOR, COORDINATION OF FILING AND SERVICE FOR CHESTERFIELD, BLOOMINGDALE AND ST. CLOUD LEASE SALES (6); CREATE CHART AND SUMMARY OF LANDLORD DEMANDS IN PREPARATION OF OMNIBUS RESPONSES AND STRATEGY CONFERENCE AND REVIEW MOTIONS MAKING SUCH DEMANDS (3). |
| LAZAROFF KA | 05/29/09 | 2.30 | REVIEW REJECTION NOTICES AND UPDATE LEASE REJECTION CHART (.3); REVIEW LANDLORD DEMANDS FOR STUB RENT AND OTHER STUB PERIOD CHARGES AND PREPARE CHART REGARDING SUCH WITH NUMBERS (2). |

74.20

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SCHNEIBLE CM | 05/01/09 | 0.45 | REVIEW COMPLAINT AND DISCUSS COMPLAINT AND QUIT CLAIM DEED WITH OTHER ASSOCIATE. |
| SCHNEIBLE CM | 05/04/09 | 0.30 | REVIEW ADDENDUM TO PROOF OF CLAIM RE: STORE 3619 (.1); DISCUSSIONS RE: SAME (.1); REVIEW ORDER (.1). |
| SCHNEIBLE CM | 05/05/09 | 1.00 | TELECONFERENCE TO J. LOFGREN REGARDING QUITLCAIM DEED FOR REJECTED LEASE (.3); REVIEW PURCHASE AGREEMENT FOR MORENO VALLEY PROPERTY (.7). |
| SCHNEIBLE CM | 05/06/09 | 3.20 | REVIEW AND COMMENT ON MORENO VALLEY PURCHASE AGREEMENT (.8); REVIEW MORENO VALLEY SALE ORDER (.6); RESPONSE TO LANDLORD ATTORNEY REGARDING REJECTED MARCH LEASE (.6); REVIEW ARDMORE PURCHASE AGREEMENT FROM GENERAL MILLS (1.2). |
| SCHNEIBLE CM | 05/07/09 | 0.60 | REVIEW/COMMENTS RE: GENERAL MILLS ARDMORE PURCHASE AGREEMENT. |
| SCHNEIBLE CM | 05/08/09 | 0.10 | DISCUSSIONS RE: ARDMORE. |
| SCHNEIBLE CM | 05/09/09 | 6.00 | REVIEW LEASES AND RELATED DOCUMENTS AND PREPARE ESTOPPEL CERTIFICATES RELATING TO SAN MATEO, CA (2.1); REVIEW SAN JOSE, CA PURCHASE AGREEMENT DRAFT FROM GREEN VALLEY CORPORATION (2.2); REVIEW BID PROCEDURES FOR SAN MATEO FROM TJX (1.7). |
| SCHNEIBLE CM | 05/10/09 | 0.50 | REVIEW BID PROCEDURES FOR SAN MATEO. |
| SCHNEIBLE CM | 05/22/09 | 0.75 | REVIEW LEASES AND UPDATE ESTOPPELS FOR MINNESOTA PROPERTY. |
| | | 12.90 | |
| Total Associate | | 164.60 | |
| TOTAL TIME | | <u>165.70</u> | |

B43E