SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　　Bill Date: 06/05/09
Litigation (General)　　　　　　　　　　　　　　　　　　　　　Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/21/09 | 1.20 | ATTENTION TO REVIEW OF DOCUMENTS/BACKGROUND INFO RE LCD CLASS ACTION. |
|  |  | 1.20 |  |
| **Total Partner** |  | **1.20** |  |
| FREDERICKS IS | 05/06/09 | 0.40 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO TWG RE: POTENTIAL FOR LITIGATION (.4). |
| FREDERICKS IS | 05/12/09 | 0.60 | TELECONFERENCE TO D. RAMSEY RE: TWG (.6). |
|  |  | 1.00 |  |
| LIBERI JM | 05/01/09 | 0.40 | REVISE DRAFT COMPLAINT IN RESPONSE TO INTERNAL COMMENTS (0.4). |
| LIBERI JM | 05/04/09 | 1.20 | COMMUNICATE WITH COMPANY (D. MILLER) RE: REAL ESTATE MATTERS AND LITIGATION ISSUES (0.4); REVISE DRAFT COMPLAINT RE: CONTRACT MATTER (0.8). |
| LIBERI JM | 05/05/09 | 2.60 | REVIEW RECENT CORRESPONDENCE AND RECONCILIATION DETAIL RE: WARRANTY MATTERS (0.8); REVISE DRAFT COMPLAINT RE: WARRANTY AND CONTRACT MATTERS (1.8). |
| LIBERI JM | 05/06/09 | 1.80 | COMMUNICATE WITH COMPANY LEGAL PERSONNEL (D. RAMSEY) RE: POTENTIAL LITIGATION MATTERS (0.4); REVIEW CORRESPONDENCE AND DOCUMENTATION RE: SAME (1.4). |
| LIBERI JM | 05/08/09 | 1.20 | COMMUNICATE WITH COMPANY LEGAL PERSONNEL (D. RAMSEY) RE: POTENTIAL LITIGATION MATTERS (0.4); REVIEW/REVISE DRAFT CORRESPONDENCE ADDRESSED TO CONTRACT COUNTERPARTY RE: PROPERTY DISPUTE (0.8). |
| LIBERI JM | 05/11/09 | 4.10 | REVIEW AND REVISE DRAFT COMPLAINT RE: LEASE ISSUES (1.8); CONDUCT FACTUAL AND LEGAL RESEARCH RE: AUTOMATIC STAY VIOLATIONS RE: SAME (1.1); RESEARCH ADDITIONAL POTENTIAL GROUNDS FOR CAUSES OF ACTION RE: LEASE LITIGATION (0.9); CORRESPOND WITH COMPANY PERSONNEL (D. MILLER) RE: LITIGATION MATTERS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LIBERI JM | 05/13/09 | 1.60 | COMMUNICATE WITH COUNSEL FOR QUEBECOR RE: BANKRUPTCY AND CLAIMS MATTERS (0.4); REVIEW CORRESPONDENCE RE: SAME (0.3); CONDUCT FACTUAL AND LEGAL RESEARCH RE: POTENTIAL LITIGATION WITH QUEBECOR (0.7); COMMUNICATE WITH COMPANY PERSONNEL (D. RAMSEY) RE: QUEBECOR MATTERS (0.2). |
| LIBERI JM | 05/20/09 | 0.60 | SEARCH/LOCATE PROPER SERVICE OF PROCESS ADDRESSES FOR POTENTIAL DEFENDANTS IN ADVERSARY PROCEEDINGS (0.4); REVISE DRAFT COMPLAINT RE: SAME (0.2). |
| LIBERI JM | 05/28/09 | 1.50 | MEET WITH J. MARCUM, D. RAMSEY RE: PRELIMINARY LITIGATION CLAIMS ANALYSIS (0.6); REVIEW CORRESPONDENCE AND DOCUMENTS RE: SAME (0.9). |
| LIBERI JM | 05/29/09 | 2.40 | CONFERENCE CALL WITH J. MARCUM RE: POTENTIAL LITIGATION MATTERS (0.8); REVIEW DOCUMENTS AND DRAFT SETTLEMENT PROPOSAL RE: LITIGATION CLAIMS (0.7); SEND CORRESPONDENCE TO COMMITTEE COUNSEL RE: POTENTIAL LITIGATION ISSUES (0.3); REVIEW CORRESPONDENCE FROM COUNSEL FOR QUEBECOR (0.2); REVIEW QUEBECOR MATTERS (0.4). |
| | | 17.40 | |
| NANCE JP | 05/05/09 | 1.70 | REVIEW AND REVISE BREACH OF CONTRACT COMPLAINT. |
| NANCE JP | 05/06/09 | 1.10 | REVISE BREACH OF CONTRACT COMPLAINT; PREPARE COMPLAINT FOR FILING. |
| NANCE JP | 05/07/09 | 2.90 | DRAFT QUEBECOR DEMAND LETTER. |
| NANCE JP | 05/08/09 | 0.40 | WORK RE: DEMAND LETTER FOR QUEBECOR. |
| NANCE JP | 05/12/09 | 0.10 | PUT TOGETHER BREACH OF CONTRACT COMPLAINT AND EXHIBITS. |
| | | 6.20 | |
| Total Associate | | 24.60 | |
| TOTAL TIME | | 25.80 | |

42

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Liquidation / Feasibility

Bill Date: 06/05/09  
Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 05/19/09 | 2.90 | PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH CC AND FTI RE: LIQUIDATION ANALYSIS (1.6); PARTICIPATE IN MEETING WITH CC AND FTI RE: PREPARATION FOR MEETING WITH CREDITORS' COMMITTEE RE: PLAN AND LIQUIDATION ANALYSIS (1.3). |
|  |  | 2.90 |  |
| Total Associate |  | 2.90 |  |
| TOTAL TIME |  | **2.90** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/05/09
Nonworking Travel Time                                   Bill Number: 1266691


NAME              DATE         HOURS   DESCRIPTION

DICKERSON CL      05/19/09      1.85   TRAVEL TO NYC FOR MEETING WITH UCC.

                                1.85

GALARDI GM        05/13/09      3.65   NON-WORKING TRAVEL TO AND FROM RICHMOND
                                       FOR IP HEARING AND OTHER MATTERS (WITH
                                       DELAYS AND FLIGHT CANCELLATION).

GALARDI GM        05/21/09      1.15   NON-WORKING TRAVEL FROM NYC TO
                                       WILMINGTON.

                                4.80

Total Partner                   6.65

FREDERICKS IS     05/12/09      1.80   TRAVEL FROM NEW YORK TO RICHMOND (3.6).

FREDERICKS IS     05/13/09      1.60   TRAVEL FROM RICHMOND TO WILMINGTON
                                       (3.2).

FREDERICKS IS     05/19/09      1.15   TRAVEL FROM WILMINGTON TO NEW YORK FOR
                                       CC MEETING (2.3).

FREDERICKS IS     05/20/09      1.10   TRAVEL FROM NEW YORK TO WILMINGTON
                                       (2.2).

FREDERICKS IS     05/26/09      2.80   TRAVEL FROM WILMINGTON TO RICHMOND
                                       (5.6).

FREDERICKS IS     05/28/09      2.15   TRAVEL FROM RICHMOND TO WILMINGTON
                                       (4.3).

                               10.60

KUMAR JS          05/10/09      2.45   TRAVEL FROM CHICAGO TO NY FOR IP ASSET
                                       AUCTION (4.9).

KUMAR JS          05/12/09      2.40   TRAVEL FROM NY TO CHICAGO (4.8).

                                4.85

LIBERI JM         05/26/09      2.20   TRAVEL FROM WILMINGTON, DE TO RICHMOND,
                                       VA (4.4).

LIBERI JM         05/28/09      1.90   TRAVEL FROM RICHMOND, VA TO
                                       WILMINTGTON, DE (3.8).

                                4.10

Total Associate                19.55

TOTAL TIME                     26.20
```

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/05/09
Reorganization Plan / Plan Sponsors                          Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 05/03/09 | 1.10 | CONTINUED ATTENTION TO REVIEW OF/COMMENT ON UCC RESTRUCTURING TERMSHEET (.6); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 05/04/09 | 1.70 | CONTINUED ATTENTION TO REVIEW OF UCC PLAN TERMSHEET(1.2); CONFERENCE TELECONFERENCE WITH CLIENT RE SAME (.5). |
| DICKERSON CL | 05/05/09 | 0.70 | DISCUSSIONS RE LIQUIDATING PLAN STRATEGY. |
| DICKERSON CL | 05/13/09 | 0.80 | DISCUSSIONS RE LIQUIDATING PLAN. |
|  |  | 4.30 |  |
| GALARDI GM | 05/04/09 | 1.30 | REVIEW COMMITTEE PLAN TERM SHEET (.2); TELECONFERENCE WITH COMPANY RE: SAME (.8); TELECONFERENCE WITH R. FEINSTEIN RE: COMPANY POSIITON (.3). |
|  |  | 1.30 |  |
| Total Partner |  | 5.60 |  |
| TOTAL TIME |  | 5.60 |  |

45

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                        Bill Date: 06/05/09
Retention / Fee Matters (SASM&F)                       Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/04/09 | 1.80 | ATTENTION TO FINALIZING SKADDEN APRIL FEE STATEMENT. |
| DICKERSON CL | 05/12/09 | 1.50 | CONTINUED ATTENTION TO APRIL FEE STATEMENT. |
|  |  | 3.30 |  |
| **Total Partner** |  | **3.30** |  |
| KUMAR JS | 05/18/09 | 0.10 | NOTICING FEE APPLICATIONS (.1). |
|  |  | 0.10 |  |
| **Total Associate** |  | **0.10** |  |
| **TOTAL TIME** |  | **3.40** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/05/09
Retention / Fee Matters / Objections (Others)            Bill Number: 1266691
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/04/09 | 0.10 | REVIEW MOST RECENT KCC INVOICE (.1). |
|  |  | **0.10** |  |
| FREDERICKS IS | 05/14/09 | 0.30 | REVIEW AND REVISE SUPPLEMENTAL ORDER APPROVING THIRD AMENDMENT TO DJM AGREEMENT (.3). |
|  |  | **0.30** |  |
| LAZAROFF KA | 05/11/09 | 0.50 | CORRESPONDENCE WITH THE COMPANY REGARDING PAYMENTS TO ORDINARY COURSE PROFESSIONALS (.3); DRAFTED DOCUMENTS AND CORRESPONDENCE REGARDING EMPLOYMENT OF ADDITIONAL OCP (.2). |
| LAZAROFF KA | 05/14/09 | 0.50 | DRAFTED ORDER TO AMEND DJM RETENTION AGREEMENT. |
| LAZAROFF KA | 05/15/09 | 0.20 | CORRESPONDENCE REGARDING AMENDMENT TO DJM RETENTION ORDER. |
| LAZAROFF KA | 05/27/09 | 0.30 | CORRESPONDENCE AND PREPARATION OF DOCUMENTS FOR JONES WALKER EMPLOYMENT AS ORDINARY COURSE PROFESSIONAL. |
|  |  | **1.50** |  |
| **Total Associate** |  | **1.90** |  |
| HEANEY CM | 05/18/09 | 0.60 | REVIEW FEES AND EXPENSES CHART FOR UPDATES (.3); COORDINATE WITH THIRD PARTIES REGARDING UPDATE TO CHART (.3). |
| HEANEY CM | 05/19/09 | 1.20 | REVIEW COURT DOCKET AND CASE FILES RE: UPDATES TO FEES AND EXPENSES CHART (.3); EDIT/REVISE CHART (.7); DISTRIBUTE CHART ON THIRD PARTIES (.2). |
| HEANEY CM | 05/22/09 | 0.20 | REVIEW FEE CHART FOR ADDITIONAL UPDATES (.2). |
| HEANEY CM | 05/26/09 | 0.30 | REVIEW FEES AND EXPENSES CHART FOR UPDATES (.2); COORDINATE WITH THIRD PARTIES RE: STATUS OF OBJECTIONS TO FEE APPLICATIONS (.1). |
| HEANEY CM | 05/27/09 | 0.30 | REVIEW FEE CHART RE: STATUS OF OBJECTION DEADLINES TO FEE APPLICATIONS (.3). |
|  |  | **2.60** |  |
| **Total Legal Assistant** |  | **2.60** |  |
| **TOTAL TIME** |  | **4.50** |  |

47

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  Bill Date: 06/05/09
Secured Claims  Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/01/09 | 1.10 | REVIEW UTILITY BOND CLAIM OF ATNOS ENERGY (.4); BEGIN DRAFTING RESPONSE TO UTILITY BOND CLAIM OF ATNOS ENERGY (.7). |
| BAKER SK | 05/14/09 | 2.90 | REVIEW CORRESPONDENCE FROM L. KONRATH REGARDING SUPERBOWL SWEEPSTAKES BOND (.1); REVIEW OPEN BOND LIST (.5); REVIEW CORRESPONDENCE FROM C. MOHAN-MAXFIELD REGARDING SAFECO LETTER OF CREDIT (.2); INVESTIGATE ISSUES REGARDING TERMINATING LETTER OF CREDIT (1.1). |
| BAKER SK | 05/27/09 | 2.70 | REVIEW TECO BOND CLAIM (1.9); UPDATE BOND CLAIMS REPORT (.3); DRAFT RESPONSE TO TECO BOND CLAIM (.5). |
|  |  | 6.70 |  |
| Total Associate |  | 6.70 |  |
| TOTAL TIME |  | **6.70** |  |

48

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/05/09
Tax Matters                                                  Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 05/12/09 | 0.20 | ATTENTION TO ISSUES RE SALINAS TAX STIPULATION. |
| | | 0.20 | |
| MILLER MM | 12/04/08 | 2.50 | DISCUSSIONS WITH D. LEVY REGARDING SALINAS STIPULATION (1.3); REVIEW DRAFT RULING AND BACKGROUND MATERIALS (1.2). |
| MILLER MM | 12/05/08 | 2.90 | REVIEW RESEARCH REGARDING SALINAS STIPULATION (2.3); ANALYSIS REGARDING SAME (.6). |
| MILLER MM | 12/08/08 | 0.80 | REVIEW DOCUMENTS. |
| MILLER MM | 12/10/08 | 0.10 | REVIEW SALINAS STIPULATION. |
| MILLER MM | 12/11/08 | 0.20 | INTERNAL DISCUSSIONS REGARDING SALINAS STIPULATION. |
| MILLER MM | 12/12/08 | 0.70 | INTERNAL CALL REGARDING SALINAS STIPULATION (.3); REVIEW DOCUMENTS (.4). |
| MILLER MM | 12/15/08 | 0.20 | REVIEW DOCUMENTS REGARDING SALINAS STIPULATION (.1); PREPARE FOR CALL (.1). |
| MILLER MM | 12/16/08 | 1.20 | REVIEW RESEARCH REGARDING SALINAS STIPULATION (.5); CONFERENCE CALL; ANALYSIS (.7). |
| MILLER MM | 12/18/08 | 0.10 | REVIEW DOCUMENTS REGARDING SALINAS STIPULATION. |
| MILLER MM | 01/13/09 | 0.10 | MISCELLANEOUS DISCUSSIONS REGARDING SALINAS STIPULATION. |
| | | 8.80 | |
| Total Partner | | 9.00 | |
| TOTAL TIME | | <u>9.00</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　Bill Date: 06/05/09
Utilities　　　　　　　　　　　　　　　　　　　　　　　　　　　Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/01/09 | 3.80 | REVIEW FAX FROM D. BUSH REGARDING REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNTS (.2); DRAFT RESPONSE TO D. BUSH REGARDING UTILITY BLOCKED ACCOUNT AND TERMINATION OF CIRCUIT CITY'S ACCOUNTS (.1); DRAFT CORRESPONDENCE TO B. KLERIM REGARDING CIRCUIT CITY'S ACCOUNTS OF PUBLIC WORKER COMMISSION OF FAYETTEVILLE, N.C. (.1); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING ATNOS ENERGY UTILITY ACCOUNTS (.2); REVIEW PAYMENT REQUEST OF P.W.C. OF FAYETTEVILLE, N.C.(.3); REVISE TRACKING REPORT OF UTILITY BLOCKED AND PAYMENT REQUESTS (.3); REVIEW CORRESPONDENCE FROM K. MULLER REGARDING UNITED CITIES GAS COMPANY (.1); REVIEW CORRESPONDENCE FROM E. MITCHELL REGARDING WINDDOWN PROCEDURES (.1); REVIEW CORRESPONDENCE FROM M. HEALY REGARDING CIRCUIT CITY TELEPHONE SERVICE (.1); RESEARCH REGARDING COLLECTION OF LATE FEES (2.3). |
| BAKER SK | 05/05/09 | 2.40 | REVIEW UTILITY BLOCKED ACCOUNT PAYMENT REQUEST OF LACLEDE GAS COMPANY AND REVISE REPORT OF PAYMENT REQUESTS (.5); DRAFT EMAIL TO R. HILL REGARDING UTILITY BLOCKED ACCOUNT PAYMENT REQUESTS (.1); REVIEW CORRESPONDENCE FROM T. STEINBORN REGARDING UTILITY BLOCKED RESERVE ACCOUNT PAYMENT REQUESTS (.1); REVISE DRAFT OF RESPONSE TO UTILITY BOND CLAIMS (.7); DRAFT CORRESPONDENCE TO M. HEALY REGARDING SAFECO BOND CLAIMS (.1); REVIEW UTILITY BLOCKED RESERVE ACCOUNT PAYMENT REQUEST OF PUBLIC WORKS COMMISSION OF FAYETEESVILLE, NORTH CAROLINA (.8); REVIEW CORRESPONDENCE FROM D. BLANKS REGARDING UTILITY ACCOUNT PAYMENTS (.1). |
| BAKER SK | 05/07/09 | 0.20 | REVIEW CORRESPONDENCE REGARDING POWER SHUT OFF TO LOCATION 237 (.1); DRAFT CORRESPONDENCE TO M. HEALY REGARDING LOCATION 237 (.1). |
| BAKER SK | 05/08/09 | 0.70 | REVIEW CORRESPONDENCE FROM S. KLOPACK REGARDING MATRIX TELECOM'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.1); REVIEW CORRESPONDENCE FROM R. PRESLEY REGARDING UTILITY BLOCKED ACCOUNT PAYMENT REQUEST (.1); REVISE SURETY BOND TRADING REPORT (.4); REVIEW CORRESPONDENCE FROM AMEREN IP REGARDING UTILITY ACCOUNT PAYMENT REQUESTS (.1). |

B43E