Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/12/09 | 4.50 | REVIEW CORRESPONDENCE FROM S. SUNCINE REGARDING DUQUESNE LIGHT COMPANY'S DELINQUENT ACCOUNTS (.1); INVESTIGATE OPEN ACCOUNTS WITH DUQUESNE LIGHT COMPANY (.5); DRAFT CORRESPONDENCE TO B. KLEEN REGARDING OPEN UTILITY ACCOUNTS (.2); REVIEW UTILITY BLOCKED ACCOUNT PAYMENT REQUEST OF AMEREN IP (.2); REVIEW UTILITY BLOCKED ACCOUNT PAYMENT REQUEST OF ELECTRIC POWER BOARD OF CHATTANOOGA (.2); REVISE BLOCKED ACCOUNT PAYMENT THANKING REPORT (.5); DRAFT CORRESPONDENCE TO B. KLIEN REGARDING AMEREN IP ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM M. HEALY REGARDING UTILITY BLOCKED ACCOUNT (.1); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY BLOCKED ACCOUNT (.1); REVIEW CORRESPONDENCE FROM A. GATTUSO REGARDING BOND CLAIMS (.1); DRAFT RESPONSE TO SURETY COMPANY REGARDING BOND CLAIMS (.1); REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING DIRECT ENERGY SERVICES UTILITY ACCOUNTS AND DEMAND FOR PAYMENT (.2); INVESTIGATE ACCOUNTS WITH DIRECT ENERGY SERVICES (1.8); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING DSE ACCOUNTS AND PRE/POST PETITION BALANCES (.1); REVIEW CORRESPONDENCE FROM ADVANTAGE IQ REGARDING OUTSTANDING ACCOUNT BALANCES (.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/13/09 | 7.10 | REVIEW CORRESPONDENCE FROM L. RYBA REGARDING UTILITY RESERVE ACCOUNT (.1); DRAFT RESPONSE TO L. RYBA REGARDING UTILITY RESERVE ACCOUNT(.6); REVIEW UTILITY RESERVE ACCOUNT PAYMENT REQUEST OF CITY OF RANCHO CUCAMONGA (.3); REVISE UTILITY RESERVE ACCOUNT TRACKING REPORT (.6); REVIEW CORRESPONDENCE FROM M. HEALY REGARDING UTILITY BLOCKED PAYMENT ACCOUNT(.1); DRAFT EMAIL TO R. HILL REGARDING ACCOUNT BALANCES AND PAYMENTS MADE FROM RESERVE ACCOUNT (.1); ANALYZE ACCOUNT STATEMENTS AND TERMINATION DUES FOR DIRECT ENERGY SERVICES' UTILITY ACCOUNTS (1.8); REVIEW UTILITY BLOCKED RESERVE ACCOUNT PAYMENT REQUEST SUBMITTED BY MID-CAROLINA ELECTRIC COOPERATIVE (.3); REVIEW ACCOUNT AND TRANSACTION INFORMATION FOR B OF A REGARDING UTILITY BLOCKED ACCOUNT (.7); REVISE UTILITY BLOCKED ACCOUNT TRACKING REPORT (.9); CONFERENCE CALL WITH M. HEALY AND K. BRADSHAW REGARDING UTILITY ISSUES AND SURETY BONDS (.7); REVIEW FIRST DAY LEASE REJECTION MOTION AND ORDER REGARDING UTILITY ACCOUNTS ASSOCIATED WITH REJECTED LEASES (.4); TELECONFERENCE WITH M. LINDSEY REGARDING DIRECT ENERGY SERVICES ACCOUNTS (.2); REVIEW OMNIBUS REJECTION OF EXECUTORY CONTRACT MOTION REGARDING ESTABLISHING UTILITY CONTRACTS (.3). |
| BAKER SK | 05/14/09 | 2.50 | REVIEW UTILITY LOCKED PAYMENT REQUEST OF CLEARWATER ENTERPRISES, L.L.C. (.2); REVISE PAYMENT REQUEST TRADING REPORT (.3); REVIEW UTILITY BOND CLAIM OF TECO TAMPA ELECTRIC AND SUPPORTING DOCUMENTATION (1.7); DRAFT CORRESPONDENCE TO K. MULLER REGARDING TECO'S UTILITY ACCOUNTS AND UNPAID INVOICES (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING UTILITIES REQUIRING ACCESS TO BUILDINGS (.2). |
| BAKER SK | 05/15/09 | 1.00 | REVIEW CORRESPONDENCE FROM R. PRESLEY REGARDING UTILITY ACCOUNT REQUEST FOR PAYMENT (.1); DRAFT CORRESPONDENCE TO D. BERMAN REGARDING UTILITY ACCOUNT REQUESTS FOR PAYMENT (.2); REVIEW EMAIL FROM M. CRIDER REGARDING UTILITY PAYMENT REQUESTS RECEIVED BY BANK OF AMERICA (.1); DRAFT RESPONSE TO M. CRIDER REGARDING OUTSTANDING PAYMENT REQUESTS (.2); REVIEW CORRESPONDENCE FROM K. MULLER REGARDING TECO TAMPA ELECTRIC'S ACCOUNT (.1); REVIEW CORRESPONDENCE FROM S. KLOPACK REGARDING UTILITY RESERVE ACCOUNT PAYMENT REQUEST (.1); DRAFT RESPONSE TO S. KLOPACK REGARDING UTILITY PAYMENT REQUEST (.1); REVIEW CORRESPONDENCE FROM M. HEALY REGARDING UTILITIES AND AT LOCATION 344 (.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/18/09 | 0.90 | CONFERENCE CALL WITH AIQ AND CIRCUIT CITY REGARDING OUTSTANDING UTILITY ISSUES (.7); REVISE LIST OF ASSUMED ASSIGNED LEASES REGARDING DISCONNECT OF UTILITIES (.2). |
| BAKER SK | 05/20/09 | 2.80 | REVIEW EMAIL FROM K. MULLER REGARDING DOMINION POWER OF VA (.1); TELECONFERENCE WITH S. REED OF MONTGOMERY, AL REGARDING FIRE LINE (.2); REVIEW UTILITY RESERVE PAYMENT REQUEST OF PEOPLE ELECTRIC UTILITIES (.2); REVISE UTILITY RESERVE PAYMENT REQUEST REPORT (.5); REVIEW CORRESPONDENCE FROM K. MULLER REGARDING UTILITY ACCOUNT OF ELIZABETHTOWN GAS (.2); INVESTIGATE ELIZABETHTOWN GAS ACCOUNTS REGARDING EXTREMELY HIGH FEES FOR POST-PETITION USAGE (.7); REVIEW CORRESPONDENCE FROM R. ANDERSON REGARDING ACCOUNTS WITH NATIONAL GRID TO BE SENT TO COLLECTION (.1); REVIEW CORRESPONDENCE FROM CBCS REGARDING ALLEGHANY POWER ACCOUNTS TO BE SENT TO COLLECTION (.1); REVIEW CORRESPONDENCE FROM PG AND E REGARDING PAST DUE UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM ATMOS ENERGY REGARDING PAST DUE UTILITY BALANCES (.1); REVIEW CORRESPONDENCE FROM SOUTHERN CALIFORNIA GAS REGARDING UNPAID GAS ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM D. WALK REGARDING HARPETH VALLEY UTILITIES PAST DUE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM PUBLIC SERVICE ELECTION AND GAS COMPANY OF NEWARK, NJ REGARDING NEW OWNERSHIP OF BUILDING (.1); REVIEW CORRESPONDENCE FROM L. EBDON REGARDING LEGAL ACTION TO COLLECT UNPAID UTILITY BALANCE (.1); REVIEW VALENCIA WATER COMPANY INVOICE (.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/21/09 | 6.70 | REVIEW CORRESPONDENCE FROM R. HILL REGARDING UTILITY ACCOUNT PAYMENT REQUESTS (.1); DRAFT CORRESPONDENCE TO R. HILL REGARDING INVESTIGATION OF UTILITY PAYMENT CLAIMS (.1); REVIEW CORRESPONDENCE FROM M. LINDSEY REGARDING DIRECT ENERGY SERVICES (.2); REVIEW CORRESPONDENCE FROM AVISTA REGARDING TERMINATION OF UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM COLORADO SPRINGS UTILITIES REGARDING UTILITY ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM SALT RIVER PROJECT REGARDING TERMINATION OF ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM TECO REGARDING COLLECTIONS ACTION FOR UNPAID BALANCES (.1); REVIEW CORRESPONDENCE FROM S. SERNA REGARDING WALNUT VALLEY WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM KANSAS GAS SERVICE REGARDING PAST DUE BALANCE (.1); REVIEW CORRESPONDENCE FROM M. HEALY REGARDING CONFERENCE CALL (.1); REVIEW CORRESPONDENCE FROM WATER UTILITY AUTHORITY REGARDING DISCONNECT OF SERVICE (.1); REVIEW CORRESPONDENCE FROM CENTERPOINT ENERGY REGARDING COLLECTIONS PROCEEDINGS INITIATED (.1); RESEARCH REGARDING POST-PETITION CREDIT COLLECTION ACTIVITIES (2.3); REVIEW CORRESPONDENCE FROM CITY OF COLUMBUS DEPARTMENT OF PUBLIC UTILITIES REGARDING COLLECTION PROCEEDINGS INSTITUTED (.1); REVIEW CORRESPONDENCE FROM NSTAR ELECTRIC REGARDING DEBT COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM S. KLOPACK REGARDING MATRIX TELECOM'S ACCOUNTS (.1); DRAFT CORRESPONDENCE TO R. HILL REGARDING PAYMENT REQUESTS FROM UTILITY ACCOUNTS (.L); REVIEW CORRESPONDENCE FROM ROCKY MOUNTAIN POWER REGARDING CREDIT COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM REVIEW CORRESPONDENCE FROM NW NATURAL GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM J. EDWARDS REGARDING PROCEEDINGS TO CONFESS JUDGMENT (.1); REVIEW CORRESPONDENCE REGARDING SEMCO ACCOUNTS OVERDUE AND COLLECTION PROCEEDINGS STATED (.1); REVIEW CORRESPONDENCE FROM COLUMBIA GAS SYSTEMS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM K. DALESSANDRO REGARDING LAKE COUNTY, IL STORE (.1); REVIEW CORRESPONDENCE FROM LA DEPARTMENT OF WATER AND POWER REGARDING DISCONNECT NOTICE (.1); REVIEW CORRESPONDENCE FROM CITY OF MONT CLAIR REGARDING LIEN TO BE PLACED ON PROPERTY (.1); REVIEW CORRESPONDENCE FROM S. BURCHETTE REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PASCO COUNTY, FL REGARDING TERMINATION OF SERVICES (.1); REVIEW CORRESPONDENCE FROM CITRUS HEIGHTS WATER DISTRICT REGARDING INTENT |

54 [B43E]

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/22/09 | 4.50 | TELECONFERENCE WITH M. HEALY REGARDING TERMINATION OF LETTER OF CREDIT (.2); REVIEW CORRESPONDENCE FROM N. STAR ENERGY REGARDING COLLECTION ACTIONS TO PROCEED (.2); REVIEW CORRESPONDENCE FROM CITY OF DALLAS REGARDING LEGAL PROCEEDINGS TO COLLECT UTILITY PAYMENTS (.2); REVIEW CORRESPONDENCE FROM CONNECTICUT LIGHT AND POWER REGARDING ACCOUNT SUMMARY STATEMENTS (.1); REVIEW CORRESPONDENCE WITH DOMINION VA POWER REGARDING DELINQUENT ACCOUNTS (.2); ; REVIEW CORRESPONDENCE FROM COLORADO SPRINGS UTILITIES REGARDING ACCOUNT TERMINATION (.1); REVIEW CORRESPONDENCE FROM NEW HAMPSHIRE GAS REGARDING BILLING STATEMENTS (.1); REVIEW CORRESPONDENCE FROM SILVERDALE WATER REGARDING REQUEST FOR BANKRUPTCY INFORMATION (.1); REVIEW UTILITY BLOCK RESERVE ACCOUNT REQUEST OF JACKSONVILLE ELECTRIC AUTHORITY (.2); REVISE UTILITY RESERVE ACCOUNT STATUS REPORT (.4); REVIEW CORRESPONDENCE FROM XCEL ENERGY REGARDING DELINQUENT ACCOUNT PAYMENTS (.1); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING DELINQUENT PAYMENTS (.1); REVIEW CORRESPONDENCE FROM SUBURBAN NATIONAL GAS COMPANY REGARDING COLLECTIONS PROCEEDINGS (.2); REVIEW CORRESPONDENCE FROM BUCKS COUNTY WATER AND SEWER AUTHORITY REGARDING DELINQUENT ACCOUNTS (.2); REVIEW CORRESPONDENCE FROM DIRECT ENERGY REGARDING OVERDUE ACCOUNTS (.3); REVIEW CORRESPONDENCE FROM DEL MARVA POWER REGARDING TERMINATION OF SERVICES (.1); REVIEW CORRESPONDENCE FROM C.H.W.D. REGARDING SERVICE TERMINATION (.1); REVIEW CORRESPONDENCE FROM NJ NATIONAL GAS REGARDING COLLECTIONS PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM NORTHWEST NATIONAL GAS REGARDING ADDITIONAL DELINQUENT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM DOMINION PEOPLE'S ENERGY REGARDING COLLECTION PROCEEDINGS INITIATED (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GAS REGARDING COLLECTION PROCEEDINGS INITIATED(.1); REVIEW CORRESPONDENCE FROM NY STATE GAS AND ELECTRIC REGARDING COLLECTION PROCEEDINGS INITIATED (.1); REVIEW CORRESPONDENCE FROM IDAHO POWER REGARDING COLLECTIONS PROCEEDINGS INITIATED (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GASLIGHT REGARDING COLLECTION PROCEEDINGS STARTED (.1); REVIEW CORRESPONDENCE FROM PACIFIC GAS AND ELECTRIC REGARDING COLLECTION PROCEEDINGS INITIATED FOR ADDITIONAL ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM SUEZ ENERGY RESOURCES REGARDING PAST-DUE ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM CITY OF RALEIGH REGARDING FINAL ITEMIZED ACCOUNT STATEMENTS (.1); REVIEW CORRESPONDENCE FROM CHARLESTON WATER SYSTEMS REGARDING DELINQUENT ACCOUNT PAYMENTS (.1); |

55