SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 05/26/09 | 7.00 | REVIEW CORRESPONDENCE FROM M. CRIDER REGARDING UTILITY ACCOUNT PAYMENT REQUESTS (.1); DRAFT CORRESPONDENCE TO R. HILL REGARDING STATUS OF UTILITY BLOCKED ACCOUNTS PAYMENT REQUESTS (.2); REVIEW CLAIMS REGISTER REGARDING ADMINISTRATIVE EXPENSE CLAIM FILED BY UTILITIES (.5); REVIEW DIRECT ENERGY SERVICE'S ENERGY SUPPLY AGREEMENTS (1.7); REVIEW DIRECT ENERGY SERVICES INVOICES (2.6); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING ENERGY SERVICES (.1); REVIEW ELIZABETHTOWN GAS CORRESPONDENCE AND INVESTIGATE STATUS OF ACCOUNTS (.7); DRAFT LETTER TO ALLEGHONY POWER REGARDING AUTOMATIC STAY VIOLATION (.6); DRAFT CORRESPONDENCE TO K. MULLER REGARDING TECO SURETY BOND (.1); REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING UTILITY BLOCKED ACCOUNT PAYMENT REQUESTS (.1); REVIEW CORRESPONDENCE REGARDING R.M.P. ACCOUNTS SUBJECT TO COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING DOMINION GAS ACCOUNTS SUBJECT TO COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING EASTERN MUNICIPAL WATER DISTRICT (.1). |
| BAKER SK | 05/27/09 | 2.50 | REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING ACCENT ENERGY ACCOUNTS (.1); REVIEW INFORMATION REGARDING PRIOR ENERGY USAGE AT LOCATION 344 (.4); TELECONFERENCE WITH K. MULLER REGARDING OUTSTANDING UTILITIES ISSUES (.2); REVIEW EMAIL FROM T. HYDE REGARDING TYLEX, INC.'S REQUEST FOR PAYMENT (.1); REVIEW ENTERGY MISSISSIPPI'S UTILITY BOND CLAIM (.7); DRAFT RESPONSE TO ENTERGY MISSISSIPPI'S UTILITY BOND CLAIM (.7); REVIEW CORRESPONDENCE FROM K. BRADSHAW REGARDING CONSOLIDATION REPORTS (.1); REVIEW EMAIL FROM C. MOHAN-MAXFILED REGARDING LETTER OF CREDIT (.1); REVIEW EMAIL FROM R. HILL REGARDING UTILITY PAYMENT REQUESTS (.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/28/09 | 6.50 | REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING DIRECT ENERGY SERVICES (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING ENTERGY MS AND ENTERGY TX (.2); CONTINUE DRAFT OF RESPONSE TO ENTERGY MS'S BOND CLAIM (.7); REVIEW CORRESPONDENCE FROM R. PRESLEY REGARDING ELECTION POWER BOARD OF CHATTANOOGA (.1); REVIEW ENTERGY TEXAS' BOND CLAIM (1.3); DRAFT RESPONSE TO ENTERGY TEXAS BOND CLAIM (.9); REVIEW UTILITIES BLOCKED ACCOUNT REQUEST OF DIRECT ENERGY BUSINESS (.2); REVIEW VARIOUS UTILITY BLOCKED ACCOUNT PAYMENT REQUEST OF COUNTY OF HENRICO, VA (.5); REVIEW EMAIL FROM K. BRADSHAW REGARDING ELIZABETHTOWN GAS ACCOUNTS (.1); TELECONFERENCE WITH REPRESENTATIVE OF COLUMBIA GAS REGARDING COLLECTION PROCEEDINGS (.1); TELECONFERENCE WITH S. BURCHETTE REGARDING CHESAPEAKE UTILITIES (.1); REVIEW CORRESPONDENCE FROM CITY OF SAN LOUIS OBISPO REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CENTERPORT ENERGY REGARDING ADDITIONAL COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM MOUNTAINEER GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PUGET SOUND ENERGY REGARDING DISCONNECT NOTICES (.1); REVIEW FROM SEMPRA ENERGY REGARDING FINAL BILLING (.1); REVIEW CORRESPONDENCE FROM AMERENCIPS REGARDING DISCONNECT NOTICES (.1); REVIEW CORRESPONDENCE FROM CITY OF NILES, OHIO REGARDING DELINQUENT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM SUFFLOLK COUNTY WATER AUTHORITY REGARDING TERMINATION ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM S. CURRANT REGARDING DIXIE ELECTRIC COOPERATIVE (.1); REVIEW CORRESPONDENCE FROM E. GOLDEN REGARDING CITY OF WOODBURY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM SAN JOSE WATER COMPANY REGARDING STATUS OF ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM SCWA REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM MARTIN COUNTY UTILITIES REGARDING DISCONNECT NOTICES (.1); REVIEW CORRESPONDENCE FROM CITY OF GOODLAND REGARDING FINAL ACCOUNT BALANCE (.1); REVIEW CORRESPONDENCE FROM WILLMENT GAS COMPANY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CITY OF BURBANK REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM GOLDEN STATE WATER COMPANY REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM VERMONT GAS SYSTEMS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM S. MCNIFF REGARDING CITY OF SAINT PETERS UTILITIES (.1); REVIEW CORRESPONDENCE FROM PROGRESS ENERGY FLORIDA REGARDING ACCOUNT STATUS (.1); REVIEW CORRESPONDENCE FROM |

57                                                                                                                                                                                                                    B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BAKER SK | 05/29/09 | 2.20 | TELECONFERENCE WITH ALLIANCE ONE REGARDING UNITED UTILITY ACCOUNT (.1); REVIEW CORRESPONDENCE FROM CLECO POWER REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM OZARKS ELECTRIC COOP REGARDING DISCONNECT NOTICE (.1); REVIEW CORRESPONDENCE FROM CITY OF OREM REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM ATNERO ENERGY REGARDING PAST DUE NOTICES (.1); REVIEW CORRESPONDENCE FROM CITY OF MEDFORD REGARDING FINAL ACCOUNT STATEMENT (.1); REVIEW CORRESPONDENCE FROM M. MULROY REGARDING WE ENERGY ACCOUNT (.1); REVIEW CORRESPONDENCE FROM UNITED ILLUMINATING COMPANY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CITY OF FT. WAYNE REGARDING DEBT COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CITY OF AUSTIN REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM TOWN OF SALEM REGARDING FINAL ACCOUNT STATEMENT (.1); REVIEW CORRESPONDENCE FROM HIGHLAND SEWER AND WATER AUTHORITY REGARDING DELINQUENT ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM PSNC ENERGY REGARDING FINAL ACCOUNT BALANCE (.1); DRAFT CORRESPONDENCE K. BRADSHAW REGARDING SURETY BOND CLAIMS (.1); REVIEW CORRESPONDENCE FROM THE LOUISVILLE WATER COMPANY REGARDING DELINQUENT ACCOUNT (.1); REVIEW CORRESPONDENCE FROM DIRECT ENERGY REGARDING UPDATED ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM COLUMBUS CITY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GAS REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM EASTERN MUNICIPAL WATER DISTRICT REGARDING TERMINATION OF SERVICES (.1); REVIEW CORRESPONDENCE FROM BAY STATE GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM AMEREN METRO EAST REGARDING COLLECTION PROCEEDINGS (.1). |
| | | 55.30 | |
| Total Associate | | 55.30 | |
| TOTAL TIME | | **55.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)                                    Bill Date: 06/05/09
Vendor Matters                                                     Bill Number: 1266691

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LAZAROFF KA | 05/11/09 | 0.10 | CORRESPONDENCE REGARDING APPLE SETTLEMENT STATUS. |
| LAZAROFF KA | 05/19/09 | 1.00 | REVIEW APPLE SETTLEMENT WITH COMMENTS FROM OPPOSING COUNSEL AND DRAFT EMAIL TO CREDITORS' COMMITTEE SEEKING THEIR APPROVAL. |
|  |  | 1.10 |  |
| Total Associate |  | 1.10 |  |
| TOTAL TIME |  | <u>1.10</u> |  |
|  |  |  |  |
| CLIENT TOTAL |  | <u>1,046.50</u> |  |

B43E