Circuit City Stores, Inc. (DIP)                          Bill Date: 07/09/09
General Corporate Advice                                 Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/02/09 | 0.90 | BOARD MEETING. |
| GALARDI GM | 06/11/09 | 0.60 | REVIEW AND COMMENT ON BOARD MINUTES. |
| | | 1.50 | |
| Total Partner | | 1.50 | |
| TOTAL TIME | | <u>1.50</u> | |

1

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**　　　　　　　　　　Bill Date: 07/09/09
**Asset Analysis and Recovery**　　　　　　　　　　　Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 06/26/09 | 0.30 | REVIEW MONITOR'S REPORT RE INTERTAN (.3). |
| | | **0.30** | |
| GALARDI GM | 06/01/09 | 0.50 | CALL WITH COMPANY RE: ASSURANT COUNTERPROPOSAL (.3); EMAIL TO ASSURANT RE: SAME (.1); CALL WITH ASSURANT COUNSEL (.1). |
| GALARDI GM | 06/03/09 | 0.20 | FOLLOW-UP RE: ASSURANT DETAIL (.2). |
| GALARDI GM | 06/05/09 | 0.90 | WORK ON TWG AND ASSURANT DEALS RE: AON CLAIMS (.6); CALL WITH J. MARCUM RE: SAME (.3). |
| GALARDI GM | 06/06/09 | 0.40 | REVIEW ANALYSIS RE: TWG AND ASSURANT OVERLAP. |
| GALARDI GM | 06/08/09 | 0.90 | FOLLOW-UP RE: CALLS AND EMAILS RE: PBGC TERMINATION; CALLS AND EMAILS RE: WARRANTY RECOVERY AND ISSUES WITH COMMITTEE (.3). |
| GALARDI GM | 06/12/09 | 0.20 | REVIEW AND RESPOND TO EMAILS RE: PLASMA LITIGATION ISSUES. |
| GALARDI GM | 06/16/09 | 0.30 | REVIEW AND RESPONDTO EMAILS RE: TWG PROPOSAL (.3). |
| GALARDI GM | 06/17/09 | 1.40 | REVIEW LETTER FROM TWG (.4); EMAILS WITH COMMITTEE RE: TWG PROPOSAL (.3); FOLLOW-UP WITH COMPANY RE: WARRANTY SETTLEMENT ISSUES AND STRATEGY (.7). |
| GALARDI GM | 06/18/09 | 0.30 | REVIEW EMAIL RE: LITIGATION RIGHTS PROPOSAL (.2); FOLLOW-UP WITH J. MARCUM RE: SAME (.1). |
| GALARDI GM | 06/20/09 | 1.30 | REVIEW AND COMMENT ON 503/502 OBJECTIONS AND FOLLOW-UP RE: STRATEGY. |
| GALARDI GM | 06/24/09 | 1.60 | WORK ON ISSUES RE: ASSURANT, GE AND TWG AGREEMENTS, INCLUDING CALLS WITH CLIENT AND REVIEW OF PROPOSED SETTLEMENTS (1.6). |
| GALARDI GM | 06/29/09 | 0.60 | CALLS AND EMAILS RE: CANADIAN CLOSING AND RELATED ISSUES (.6). |
| | | **8.60** | |
| **Total Partner** | | **8.90** | |
| BAKER SK | 06/05/09 | 1.70 | DRAFT LETTER REGARDING OUTSTANDING ACCOUNTS RECEIVABLE (1.7). |
| | | **1.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 06/11/09 | 0.60 | REVIEW PROPOSED SETTLEMENT LETTER WITH EA RE: RECEIVABLES (.2); CORRESPONDENCE TO COUNSEL TO APPLE AND COUNSEL TO THE COMMITTEE RE: APPLE SETTLEMENT (.4). |
| FREDERICKS IS | 06/19/09 | 0.50 | REVIEW AND REVISE FORM LETTER REGARDING PARTIES UNWILLING TO TALK TO DEBTORS RE: RECEIVABLES (.3); REVIEW AND REVISE LETTER TO APPLE RE: RESPONSE TO SETTLEMENT LETTER (.2). |
| | | 1.10 | |
| Total Associate | | 2.80 | |
| TOTAL TIME | | 11.70 | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Asset Dispositions (General)**

Bill Date: 07/09/09
Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 06/01/09 | 0.70 | DISCUSSIONS RE SALE OF LITIGATION CAUSES OF ACTION. |
| DICKERSON CL | 06/09/09 | 1.70 | PREPARE FOR/ATTEND MEETING RE SALE OF LITIGATION CLAIMS. |
| DICKERSON CL | 06/10/09 | 1.10 | DISCUSSIONS RE SALE OF LCD PRICE FIXING CAUSES OF ACTION. |
| DICKERSON CL | 06/11/09 | 0.30 | DISCUSSIONS RE SALE OF PRICE FIXING LITIGATION. |
| DICKERSON CL | 06/12/09 | 1.10 | CONTINUED ATTENTION TO ISSUES RE LCD PRICE FIXING LITIGATION AND POTENTIAL SALE OF SAME (.7); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 06/18/09 | 0.40 | DISCUSSIONS RE SALE OF LCD CAUSES OF ACTION. |
| DICKERSON CL | 06/29/09 | 0.80 | CONFERENCE CALL WITH CLIENT RE SALE OF LCD CAUSES OF ACTION. |
| | | 6.10 | |
| **Total Partner** | | **6.10** | |
| BROWN S | 04/01/09 | 0.80 | CALL REGARDING STATUS, NEXT STEPS FOR SALE OF IP ASSETS (0.6); DRAFT DEFINITION OF "WEB CONTENT" (0.2). |
| BROWN S | 04/02/09 | 1.60 | EMAILS REGARDING CHASE DATA ISSUE, CONTRACT ASSIGNMENTS, .CA DOMAIN NAMES, DEFINITION OF WEB CONTENT, PATENTS, CITY MARKS (0.9); CALL REGARDING RESUCITATION OF HILCO AGREEMENT (0.4); CALL WITH D. RAMSAY REGARDING SAME (0.3). |
| BROWN S | 04/03/09 | 3.90 | REVIEW REVISED TRANSACTION DOCUMENTS FROM SYSTEMAX (0.6); CALLS WITH CIRCUIT CITY TEAM RE: REVISED SYSTEMAX BID (1.0); EDIT SYSTEMAX DRAFT APA (0.5); EDIT HILCO DRAFT APA (1.1); EMAILS RE: DEFINITIONS OF DATA BUCKETS (0.7). |
| BROWN S | 04/05/09 | 0.90 | EMAILS REGARDING NEXT STEPS FOR SALE OF IP ASSETS (0.2); REVIEW SYSTEMAX'S COMMENTS TO DRAFT APA (0.3); EMAILS REGARDING PROPOSED CHANGES TO APA (0.2); EMAILS REGARDING PII (0.2). |
| BROWN S | 04/06/09 | 0.20 | EMAILS REGARDING SIGNING OF IP SALE APA (0.2). |
| BROWN S | 04/08/09 | 0.30 | EMAILS REGARDING SALE MOTION (0.3). |
| BROWN S | 04/09/09 | 0.30 | REVIEW AND EDIT LETTER AGREEMENT WITH SYSTEMAX (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BROWN S | 04/14/09 | 0.40 | EMAILS REGARDING DATA REGARDING IP SALE (0.4). |
| BROWN S | 04/15/09 | 0.30 | EMAILS REGARDING PRESS RELEASE REGARDING IP SALE (0.3). |
| BROWN S | 04/16/09 | 0.30 | EMAILS REGARDING: BID CONTRACT REGARDING IP SALE (0.2); EMAILS REGARDING PRESS RELEASE REGARDING IP SALE (0.1). |
| BROWN S | 04/21/09 | 0.20 | EMAILS REGARDING CPO REGARDING IP SALE (0.2). |
| BROWN S | 04/23/09 | 1.60 | EDIT EPSILON AGREEMENT (1.6). |
| BROWN S | 04/27/09 | 0.30 | REVIEW COMMENTS TO EPSILON DATA SALE AGREEMENT (0.3). |
| BROWN S | 04/28/09 | 2.50 | CALL REGARDING DATA, EPSILON SALE AGREEMENT (0.5); EDIT EPSILON SALE AGREEMENT (1.1); DRAFT EMAIL RESPONDING TO CPO'S QUESTIONS (0.9). |
| BROWN S | 04/29/09 | 1.70 | REVIEW MATERIALS PREPARED FOR CPO REGARDING IP SALE (0.8); EMAILS REGARDING MATERIALS PREPARED FOR CPO REGARDING IP SALE (0.2); EDIT EPSILON SALE AGREEMENT (0.3); CALL RE: MATERIALS PREPARED FOR REGARDING IP SALE CPO (0.4). |
| BROWN S | 04/30/09 | 0.40 | EMAILS REGARDING EPSILON SALE AGREEMENT (0.4). |
| BROWN S | 05/01/09 | 2.90 | REVIEW BACKGROUND MATERIALS FROM STATES ATTORNEY'S GENERAL REGARDING IP SALE (0.4); CONFERENCE CALL WITH STATE ATTORNEY'S GENERAL REGARDING SAME (2.0); CALL WITH SYSTEMAX REGARDING EPSILON (0.5). |
| BROWN S | 05/04/09 | 1.70 | CONFERENCE CALL WITH SYSTEMAX, CPO REGARDING IP SALE (1.3); EMAILS REGARDING CPO QUESTIONS (0.4). |
| BROWN S | 05/05/09 | 2.90 | CALL WITH CPO REGARDING IP SALE (1.1); CALL WITH PC CONNECTION REGARDING IP SALE (0.6); CALL WITH PC MALL (0.7); EMAILS RE: DISCLOSURE OF CANADIAN APA (0.2); REVIEW DRAFT PRIVACY STIPULATION AND ORDER (0.3). |
| BROWN S | 05/06/09 | 5.60 | CALL WITH CPO REGARDING IP SALE (1.6); CALL WITH STATE AGS REGARDING IP SALE (1.4); CALL WITH CC TEAM (0.6); RESPOND TO QUESTIONS FROM STOEL RIVES REGARDING SAME (0.6); EMAILS RE: PC MALL ESCROW ISSUE (0.2); REVIEW BID FROM ULTIMATE ACQUISITION (0.5); REVIEW PC CONNECTION BID (0.6); REVIEW PC MALL BID (0.4); REVIEW/EDIT DRAFT APA COMPARISON CHART (0.3). |
| BROWN S | 05/07/09 | 1.10 | CONFERENCE CALL REGARDING BIDS (1.1). |

B43E

| | | | |
|---|---|---|---|
| BROWN S | 05/08/09 | 3.20 | CALL WITH PC CONNECTION REGARDING IP SALE (1.1); CALL WITH PC MALL REGARDING SAME (0.9); REVIEW CPO RECOMMENDATIONS (0.4); EMAILS RE: CPO PROCESS (0.2); EDIT PC CONNECTION APA (0.6). |
| BROWN S | 05/13/09 | 2.80 | CALL WITH D. RAMSEY RE: CLOSING DOCUMENTS (0.4); EMAILS RE: APA SIDE LETTER, EDIT SAME (0.5); EMAILS, CALL RE: CUSTOMER DATA (0.8); EMAILS RE: WARRANTY LANGUAGE (0.2); CALL WITH K. MOSS (0.7); CALL WITH E. LERNER (0.3); CALL, EMAILS RE: CANADIAN TRADEMARKS (0.7). |
| BROWN S | 05/14/09 | 3.50 | CALLS WITH KRAMER LEVIN (1.1); CALLS WITH GREENBERG TRAURIG AND BELL CANADA (1.3); EDIT CLOSING DOCUMENTS (0.6); EDIT SIDE LETTER (0.2); EDIT DOMAIN NAME ASSIGNMENT (0.3). |
| BROWN S | 05/15/09 | 0.80 | EMAILS, CALLS REGARDING CLOSING OF IP SALE (0.8). |
| BROWN S | 05/18/09 | 0.30 | EMAILS REGARDING CLOSING OF IP SALE (0.3). |
| BROWN S | 05/19/09 | 0.40 | EMAILS REGARIDNG CLOSING OF IP SALE (0.4). |
| BROWN S | 05/26/09 | 0.20 | EMAILS REGARDING ASSURANT OF IP SALE (0.2). |
| BROWN S | 06/22/09 | 0.20 | CALL REGARDING IP FILES (.1); EMAILS REGARIDNG SAME (.1). |
| BROWN S | 06/29/09 | 0.20 | CALL WITH J. KARPE REGARDING TRADEMARK FILES (.1); REVIEW DRAFT LETTER REGARDING SAME (.1). |
| | | **41.50** | |
| **Total Counsel** | | **41.50** | |
| BAKER SK | 06/10/09 | 0.10 | REVIEW EPSILM'S DECLARATION REGARDING OPT OUT FROM IP SALE (.1). |
| BAKER SK | 06/16/09 | 0.10 | REVIEW WEST MARINE'S LIMITED OBJECTION TO SALE MOTION (.1). |
| | | **0.20** | |
| GRANT K | 06/23/09 | 1.80 | REVIEWED PROPOSED ORDER AND PSA CHANGES REGARDING SIGNAGE AGREEMENT (.8), AND EMAILS WITH A. MOYER REGARDING SAME. (.3); REVIEWED SIGNAGE AGREEMENTS REGARDING SAME. (.7). |
| | | **1.80** | |
| KUMAR JS | 06/09/09 | 0.30 | REVIEWING BILL OF SALE WITH GRAPHIC COMMUNICATIONS (.3). |
| KUMAR JS | 06/10/09 | 1.20 | DRAFTING NOTICE OF SALE OF MISCELLANEOUS ASSETS TO GRAPHIC COMMUNICATIONS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|                |          | 1.50 |                                                                                                                               |
|----------------|----------|------|-------------------------------------------------------------------------------------------------------------------------------|
| LAZAROFF KA    | 06/26/09 | 2.70 | DRAFTED MOTION, BID PROCEDURES, BID PROCEDURES ORDER AND SALE APPROVAL ORDERS FOR MISCELLANEOUS IP ASSETS. |
| LAZAROFF KA    | 06/29/09 | 0.40 | CORRESPONDENCE REGARDING SALE OF IP ASSETS AND PLEADINGS REGARDING THE SAME. |
| LAZAROFF KA    | 06/30/09 | 5.30 | DRAFTED IP SALE MOTION, BIDDING PROCEDURES, NOTICE, AND ORDERS APPROVING BIDDING PROCEDURES AND SALE. |
|                |          | 8.40 |                                                                                                                               |
| LIBERI JM      | 06/08/09 | 0.80 | REVIEW PROFESSIONAL ENGAGEMENT PROPOSAL RE: ANALYSIS/SALE OF DEBTOR IP/LITIGATION ASSETS (0.5); COORDINATE CALLS WITH PROFESSIONALS RE: SAME (0.3). |
| LIBERI JM      | 06/09/09 | 0.50 | COMMUNICATE WITH PROFESSIONAL FIRMS RE: POTENTIAL ENGAGEMENT FOR ANALYSIS/MARKETING OF DEBTORS' IP/LITIGATION ASSETS (0.5). |
| LIBERI JM      | 06/16/09 | 0.90 | CONFERENCE CALL RE: ANALYSIS AND MARKETING OF CERTAIN IP/LITIGATION RIGHTS (0.5); REVIEW DOCUMENTS RE: SAME (0.4). |
| LIBERI JM      | 06/19/09 | 0.90 | REVIEW RECENT CONSULTANT PROPOSAL RE: ANALYZING AND MARKETING LITIGATION ASSETS (0.5); CONFERENCE CALLS RE: SAME (0.4). |
|                |          | 3.10 |                                                                                                                               |
| Total Associate |         | 15.00 |                                                                                                                              |
| TOTAL TIME     |          | <u>62.60</u> |                                                                                                                      |

B43E

Circuit City Stores, Inc. (DIP)                     Bill Date: 07/09/09
Asset Dispositions (Real Property)                  Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 06/08/09 | 0.70 | MULTIPLE CORRESPONDENCE TO AND FROM D. FOLEY AND K. LAZAROFF RE: BLOOMINGDALE LEASE SALE (.7). |
| FREDERICKS IS | 06/11/09 | 5.50 | ATTENTION TO ISSUES RELATED TO CREATIVE REFUSING TO CLOSE ON LEASE TRANSACTION (4.7); TELEPHONE CAL WITH COUNSEL TO DOLLARTREE AND CORRESPONDENCE SUMMARIZING AGREEMENT RE: SETOFF ISSUES (1.8). |
| FREDERICKS IS | 06/17/09 | 12.80 | PARTICIAPTE IN MULTIPLE CONFERENCE CALLS RELATED TO BLOOMINDALE LEASE SALE ISSUES (2.3); DRAFT MOTION FOR AND CONDUCT RESEARCH RE CIVIL CONTEMPT AND TO COMPEL COMPLIANCE WITH COURT ORDER (6.2); REVIEW AND REVISE RULE 60(B) SECTION AND MOTION TO STAY SALE ORDER (3.7); REVIEW AND REVISE PROPOSED FORMS OF ORDER (.6). |
| FREDERICKS IS | 06/26/09 | 2.80 | REVIEW AND REVISE MOTION AND RELATED DOCUMENTS RE: SALE OF VIRGINIA BEACH PROPERTY AND PARTICIPATE IN TELEPHONE CALLS WITH COUNSEL TO PURCHASER (2.8). |
|  |  | 21.80 |  |
| GRANT K | 06/10/09 | 0.50 | TELECONFERENCE AND EMAILS WITH A. MOYER REGARDING MORENO SALE. (.5). |
| GRANT K | 06/24/09 | 0.70 | CONTINUED ANALYSIS REGARDING SALE OF SAN MORENO PROPERTY AND EMAILS WITH A. MOYER REGARDING SAME. (.7). |
| GRANT K | 06/25/09 | 1.30 | REVIEWED APA AND REVISED DRAFT SALE ORDER REGARDING SAN MORENO SALE (.5); RESEARCH AND ANALYSIS REGARDING SIGNAGE ISSUES. (.8). |
| GRANT K | 06/29/09 | 0.80 | TELECONFERENCES AND EMAILS WITH J. OZAKI REGARDING MORENO VALLEY SALE (.5); REVIEWED AND REVISED APA REGARDING SAME. (.3). |
| GRANT K | 06/30/09 | 2.80 | REVIEWED AND REVISED PLEADINGS REGARDING SALE OF MORENO VALLEY PROPERTY. (2.8). |
|  |  | 6.10 |  |
| KUMAR JS | 06/25/09 | 4.10 | CONTINUE DRAFTING AND REVISING MOTION AND ORDER TO SELL PROPERTY IN VA BEACH (4.1). |
| KUMAR JS | 06/26/09 | 3.30 | FINALIZING AND FILING SALE MOTION FOR VA BEACH PROPERTY (3.3). |
|  |  | 7.40 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Total Associate**          35.30

**TOTAL TIME**          <u>35.30</u>

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 07/09/09
Automatic Stay (Relief Actions)                    Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 06/16/09 | 0.20 | REVIEW NINA WINSTON'S MOTION FOR RELIEF FROM AUTOMATIC STAY (.2). |
| BAKER SK | 06/26/09 | 0.20 | REVIEW WELLS FARGO'S MOTION FOR RELIEF FROM STAY(.2). |
| | | **0.40** | |
| FREDERICKS IS | 06/11/09 | 1.10 | COMPREHENSIVE CORRESPONDENCE TO COUNSEL TO COMMITTEE RE: LIFT STAY SAFECO MATTERS (.7); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE TO AND FROM COMMITTEE RE: SAME (.4). |
| | | **1.10** | |
| **Total Associate** | | **1.50** | |
| **TOTAL TIME** | | **1.50** | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 07/09/09
Business Operations / Strategic Planning                 Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KUMAR JS | 06/03/09 | 1.60 | PREPARING PROOF OF CLAIM FOR COMPANY IN CHARTER COMM. BANKRUPTCY AND REVIEWING CHARTER PLAN OF REORGANIZATION (1.6). |
| KUMAR JS | 06/10/09 | 1.30 | PREPARING CHARTER COMM. PROOFS OF CLAIM (1.3). |
| KUMAR JS | 06/11/09 | 1.40 | FINALIZING CHARTER COMM. PROOFS OF CLAIM AND SENDING TO COMPANY FOR SIGNATURES (1.4). |
| KUMAR JS | 06/17/09 | 1.20 | WORK ON PROOF OF CLAIM FORMS FOR MIDWAY GAMES (1.2). |
| KUMAR JS | 06/18/09 | 1.10 | PREPARING MATERIALS TO SEND WITH CHARTER PROOFS OF CLAIM (.7). LOOKING INTO BAR DATE FOR ANDERSON HOMES PROOFS OF CLAIM (.4). |
| KUMAR JS | 06/22/09 | 0.60 | REVIEWING DOCUMENTATION FOR PROOFS OF CLAIM (.6). |
| KUMAR JS | 06/23/09 | 0.70 | PREPARING MERCEDES HOMES PROOFS OF CLAIM (.7). |
| KUMAR JS | 06/24/09 | 2.30 | FINALIZING AND SENDING TO COMPANY PROOF OF CLAIM FORMS FOR MERCEDES HOMES BANKRUPTCY (2.3). |
|  |  | 10.20 |  |
| Total Associate |  | 10.20 |  |
| TOTAL TIME |  | <u>10.20</u> |  |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 07/09/09
Case Administration                                      Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 06/01/09 | 0.30 | REVIEW CORRESPONDENCE FROM B. CASHMAN REGARDING ABANDONED RECORDS (.1); REVIEW DRAFT OF 6/3 AGENDA (.2). |
| BAKER SK | 06/02/09 | 0.20 | REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.2). |
| BAKER SK | 06/03/09 | 0.30 | REVIEW UPDATED 6/9 HEARING AGENDA (.1); REVIEW CORRESPONDENCE FROM D. RAMSEY REGARDING ABANDONED RECORDS (.1); DRAFT CORRESPONDENCE TO G. BACHRACH REGARDING CONFERENCE CALL (.1). |
| BAKER SK | 06/04/09 | 3.00 | RESEARCH REGARDING DESTRUCTION OF RECORDS UNDER UCC (2.2); DRAFT MEMO REGARDING DESTRUCTION OF RECORDS UNDER UCC (.8). |
| BAKER SK | 06/10/09 | 2.20 | REVIEW UPDATED CASE CALENDAR (.2); REVIEW EXTENDED ORDER TO MODIFY PRE-PETITION CONTRACT AND LEASE TERMINATION AGREEMENTS (.3); BEGIN REVISING BOND REJECTION MOTION (1.7). |
| BAKER SK | 06/12/09 | 0.20 | REVIEW SCHIMENTI CONSTRUCTIONS MOTION FOR ORDER DIRECTING DEBTORS TO PRODUCE DOCUMENTS (.2). |
| BAKER SK | 06/15/09 | 0.30 | TELEPHONE CALL WITH A. BREDIN REGARDING SERVICE LIST (.1); DRAFT CORRESPONDENCE TO I. PANIZALES REGARDING SERVICE LISTS (.1); DRAFT CORRESPONDENCE TO A. BERDIN REGARDING RULE 2002 SERVICE LISTS (.1). |
| BAKER SK | 06/17/09 | 0.20 | REVIEW UPDATED HEARING AGENDA (.2). |
| BAKER SK | 06/23/09 | 2.10 | CIRCUIT CITY HEARING (2.1). |
| BAKER SK | 06/25/09 | 0.60 | REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.2); CIRCITY CITY TEAM CONFERENCE CALL (.4). |
| BAKER SK | 06/29/09 | 0.20 | REVIEW DRAFT OF CIRCUIT CITY'S 716 OMNIBUS HEARING AGENDA (.2). |
|  |  | **9.60** |  |
| FREDERICKS IS | 06/17/09 | 0.70 | MULTIPLE CORRESPONDENCE RE: VARIOUS CASE RELATED ISSUES (.7). |
| FREDERICKS IS | 06/18/09 | 3.80 | REVIEW AND REPSOND TO VARIOUS CASE RELATED CORRESPONDENCE (3.8). |
| FREDERICKS IS | 06/19/09 | 0.70 | REVIEW AND REVISE HEARING AGENDA (.7). |
| FREDERICKS IS | 06/23/09 | 11.20 | PREPARE FOR AND ATTEND OMNIBUS HEARING (7.4); REVIEW AND RESPOND TO MULTIPLE CASE RELATED CORRESPONDENCE (3.8). |
|  |  | **16.40** |  |

B43E

| | | | |
|---|---|---|---|
| KIM CW | 06/25/09 | 0.60 | PROCESS CASE CORRESPONDENCES (0.3); SORT CASE CORRESPONDENCES (0.3). |
| KIM CW | 06/26/09 | 0.20 | SORT CASE CORRESPONDENCE (0.2). |
| KIM CW | 06/29/09 | 0.30 | ORGANIZE CORRESPONDENCES (0.3). |
| | | 1.10 | |
| KUMAR JS | 06/02/09 | 0.90 | PREPARING COMPANY'S PROOF OF CLAIM IN CHARTER COMM. BANKRUPTCY. |
| KUMAR JS | 06/09/09 | 0.20 | EMAILING COUNSEL TO GE FLEET RE INVOICES (.2). |
| KUMAR JS | 06/10/09 | 0.50 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.3).  CALL WITH GE COUNSEL RE INVOICES (.2). |
| KUMAR JS | 06/11/09 | 0.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.4). |
| KUMAR JS | 06/12/09 | 1.40 | EMAILING WITH COUNSEL RE ADJOURNING HEARING RE MOTION TO FILE LATE-FILED CLAIM (.8).  RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.6). |
| KUMAR JS | 06/16/09 | 1.10 | RESPONDING TO INQUIRIES FROM VARIOUS PARTIES IN INTEREST RE CASE ADMINISTRATION ISSUES (1.1). |
| KUMAR JS | 06/23/09 | 0.70 | RESPONDING TO PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.7). |
| KUMAR JS | 06/24/09 | 0.90 | RESPONDING TO VARIOUS INQUIRIES FROM PARTIES IN INTEREST RE CASE ADMINISTRATION ISSUES (.9). |
| KUMAR JS | 06/26/09 | 0.80 | UPDATING TASK LIST (.8). |
| KUMAR JS | 06/29/09 | 0.60 | RESPONDING TO INQUIRES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.6). |
| KUMAR JS | 06/30/09 | 1.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (1.4). |
| | | 8.90 | |
| **Total Associate** | | **36.00** | |
| STANCO JG | 06/15/09 | 0.00 | CONFER WITH J. LIBERI RE: CALENDAR ISSUES AND RESPONSE DEADLINES (.5); TRACK STATUS OF MATTERS REQUIRING A RESPONSE BY JULY 16 (1.2). |
| | | 0.00 | |
| **Total Summer/Winter Associate** | | **0.00** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| HEANEY CM | 06/01/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO 6-3 HEARING AGENDA (.3); EDIT/REVISE AGENDA (.4); COORDINATE SERVICE WITH THIRD PARTIES (.2). |
|-----------|----------|------|---|
| HEANEY CM | 06/02/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS FOR DISTRIBUTION ON THIRD PARTIES (.4); REVIEW 6-9 HEARING AGENDA FOR UPDATES (.3). |
| HEANEY CM | 06/03/09 | 1.90 | REVIEW DOCKET RE: UPDATES TO 6-9 HEARING AGENDA (.3); EDIT/REVISE AGENDA (1.2); COORDINATE WITH THIRD PARTIES REGARDING UPDATED STATUS LINES FOR AGENDA (.2); REVIEW DOCKET RE: UPDATES TO 6-3 HEARING (.2). |
| HEANEY CM | 06/04/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO 6-9 AGENDA (.2); EDIT/REVISE AGENDA (.9); COORDINATE WITH THIRD PARTIES RE: UPDATES TO AGENDA (.1); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 06/05/09 | 0.90 | EDIT/REVISE 6-9 HEARING AGENDA (.4); REVIEW DOCKET RE: UPDATES TO AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: HEARING PREPARATION (.2). |
| HEANEY CM | 06/10/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 06/11/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 06/12/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON  THIRD PARTIES (.4). |
| HEANEY CM | 06/15/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6) REVIEW CASE CALENDAR AND DOCKET IN PREPARATION FOR 6-23 HEARING AGENDA (.4). |
| HEANEY CM | 06/16/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); REVIEW, EDIT/REVISE 6-23 AGENDA (.2). |
| HEANEY CM | 06/17/09 | 2.40 | EDIT/REVISE 6-23 HEARING AGENDA (1.4); REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); COORDINATE WITH ATTORNEY REGARDING NOTICE OF ADDRESS CHANGE (.1). |
| HEANEY CM | 06/18/09 | 4.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); EDIT/REVISE HEARING AGENDA (1.9); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS FORO 6-23 HEARING (2.3). |

B43E

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 06/19/09 | 2.80 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); EDIT/REVISE 6-23 HEARING AGENDA (.4); REORGANIZE HEARING BINDER AND PREPARE ADDITIONAL BINDERS FOR HEARING (2.1). |
| HEANEY CM | 06/21/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO 6-23 HEARING MATTERS (.3). |
| HEANEY CM | 06/22/09 | 1.90 | REVIEW DOCKET RE: UPDATES TO 6-23 HEARING AGENDA (.3); OBTAIN, ORGANIZE, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); PREPARE ADDITIONAL BINDERS FOR HEARING (.8). |
| HEANEY CM | 06/23/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 06/24/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); REVIEW BACKGROUND DOCUMENT IN PREPARATION FOR RESPONSE TO DIRECTTV (.3). |
| HEANEY CM | 06/25/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS (.4). |
| HEANEY CM | 06/26/09 | 2.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); EDIT/REVISE 7-6 HEARING AGENDA (1.8). |
| HEANEY CM | 06/29/09 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.4); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9); EDIT/REVISE HEARING AGENDA (.8). |
| HEANEY CM | 06/30/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS (.7); EDIT/REVISE HEARING AGENDA (.6). |
| | | **32.90** | |
| LAMANNA WK | 06/01/09 | 1.70 | DRAFT 6/9/09 HEARING AGENDA. |
| LAMANNA WK | 06/02/09 | 0.90 | REVIEW COURT DOCKET (0.1); CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (0.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/04/09 | 0.30 | PREPARE CASE DOCUMENTS FOR CENTRAL STORAGE. |
| LAMANNA WK | 06/10/09 | 2.00 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND APPEAL CASES (1.8); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/15/09 | 3.50 | DRAFT 6/23/09 HEARING AGENDA (3.3); REVIEW COURT CALENDAR (0.2). |

B43E

| | | | |
|---|---|---|---|
| LAMANNA WK | 06/16/09 | 1.80 | EDIT/REVISE 6/23/09 HEARING AGENDA (1.6); REVIEW NEW CASE FILINGS (0.2). |
| LAMANNA WK | 06/17/09 | 1.70 | REVIEW COURT DOCKET AND CASE DOCUMENTS (.2); CALENDAR CRITICAL DATES IN MAIN CASE (1.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/18/09 | 0.20 | REVIEW EMERGENCY MOTION FOR RELATED DOCUMENTS. |
| LAMANNA WK | 06/24/09 | 1.80 | REVIEW COURT DOCKET (0.2); CALENDAR CRITICAL DATES (1.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/26/09 | 3.40 | BEGIN DRAFTING JULY 6, 2009 HEARING AGENDA (3.4). |
| | | 17.30 | |

**Total Legal Assistant**      50.20

**TOTAL TIME**      <u>86.20</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                           Bill Date: 07/09/09
Claims Admin. (General)                                   Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/02/09 | 0.20 | BRIEFLY REVIEW 12TH OMNIBUS CLAIMS OBJECTION (.2). |
| GALARDI GM | 06/03/09 | 0.40 | REVIEW AND COMMENT ON 12TH OMNIBUS OBJECTION (.4). |
| GALARDI GM | 06/04/09 | 0.80 | REVIEW AND COMMENT ON PENSION/401 CLAIMS OBJECTION. |
| GALARDI GM | 06/15/09 | 0.80 | REVIEW AND COMMENT ON 502(D) OBJECTION. |
| GALARDI GM | 06/17/09 | 0.70 | REVIEW AND COMMENT ON 502(D) SETOFF MOTION. |
| GALARDI GM | 06/22/09 | 0.30 | FOLLOW-UP RE: PBGC CLAIM (.3). |
| GALARDI GM | 06/23/09 | 0.90 | MEETING WITH CLIENT RE: CLAIMS MATTERS AND STRATEGY (.9). |
| GALARDI GM | 06/26/09 | 0.20 | FOLLOW-UP RE: PBGC (.2). |
| | | 4.30 | |
| Total Partner | | 4.30 | |
| BAKER SK | 06/01/09 | 3.60 | REVISE DRAFT OF OMNI OBJECTION TO 502(D) AND 503(B)(9) CLAIMS (2.4); REVIEW E-Z SPREAD N'LIFT INDUSTRIES RESPONSE TO DEBTORS' NON-GOODS OBJECTION (.2); TELEPHONE CALL WITH R. MITCHELL REGARDING EMPLOYEE BENEFITS (.2); TELEPHONE CALL WITH M. SCHOFIELD REGARDING ADMINISTRATIVE BAR DATES (.1); TELEPHONE CALL WITH A. SMITH REGARDING ADMINISTRATIVE BAR DATE AND FILING PROCEDURES (.2); TELEPHONE CALL WITH C. RUSSIO REGARDING DEPUTY SUNOYALE'S OFFICE (.2); TELEPHONE CALL WITH R. POMERANTZ REGARDING EMPLOYEE BENEFITS (.2); TELEPHONE CALL WITH J. REED REGARDING EMPLOYEE BENEFITS (.1). |
| BAKER SK | 06/02/09 | 1.00 | TELEPHONE CALL WITH C. BOTTOROF REGARDING PENSION CLAIMS (.2); TELEPHONE CALL WITH J. GUNDLING REGARDING ADMINISTRATIVE BAR DATE (.1); TELEPHONE CALL WITH C. ELRONE REGARDING ADMINISTRATIVE BAR DEADLINE (.1); TELEPHONE CALL WITH R. REED REGARDING ADMINISTRATIVE BAR DATE (.1); TELEPHONE CALL WITH M. WILSON REGARDING ADMINISTRATIVE BAR DATE NOTICE(.2); REVIEW ORDER ON DEBTORS' 4TH OMNI OBJECTION TO CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING ADJOURNING ADMINISTRATIVE EXPENSE MOTIONS (.1). |

B43E

| | | | | |
|---|---|---|---|---|
| BAKER SK | 06/03/09 | 6.10 | | TELEPHONE CALL WITH REPRESENTATIVE OF HRUBS REGARDING ADMINISTRATIVE BAR DATE (.1); TELEPHONE CALL WITH M. SHRINE REGARDING NON-GOODS OBJECTION (.1); RESEARCH REGARDING 502(D) AND 503(B)(9) (1.9); REVISE DRAFT OF 502(D) MOTION (3.7); TELEPHONE CALL WITH W. ZELICKSON REGARDING ADMINISTRATIVE BAR DATE (.1); TELEPHONE CALL WITH A. REIZING REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.2). |
| BAKER SK | 06/04/09 | 0.80 | | REVIEW MS SETTLEMENT LETTER (.2); TELEPHONE CALL WITH M. GONZALEZ REGARDING ADMINISTRATIVE BAR DATE (.2); TELEPHONE CALL WITH W. CHRISTIE REGARDING ADMINISTRATIVE BAR DATE (.1); TELEPHONE CALL WITH M. BURNS REGARDING ADMINISTRATIVE BAR DATE NOTICE (.2); TELEPHONE CALL WITH E. BARNES REGARDING ADMINISTRATIVE BAR DATE (.1). |
| BAKER SK | 06/05/09 | 0.20 | | TELEPHONE CALL WITH D. LEITMAN REGARDING ADMINISTRATIVE BAR DATE AND EMPLOYEE PENSION (.2). |
| BAKER SK | 06/08/09 | 4.70 | | RESEARCH REGARDING SETTLEMENT OF CLASSES OF CLAIMS (2.9); TELEPHONE CALL WITH R. PATEL REGARDING ADMINISTRATIVE BAR DATE (.2); TELEPHONE CALL WITH D. SMITH REGARDING ADMINISTRATIVE EXPENSE REQUESTS BAR DATE (.2); BEGIN DRAFTING MOTION FOR CLAIM SETTLEMENT PROCEDURES (1.4). |
| BAKER SK | 06/09/09 | 8.40 | | TELEPHONE CALL WITH E. JAMES REGARDING PROCEDURES FOR FILING ADMINISTRATIVE EXPENSE REQUESTS (.2); CONTINUE DRAFTING MOTION FOR PROCEDURES TO SETTLE CLAIMS (8.2). |

B43E

BAKER SK        06/10/09       5.40   DRAFT EXHIBIT B TO SETTLEMENT
                                      PROCEDURES MOTION (1.4); REVIEW 12TH
                                      OMNIBUS OBJECTION TO 401(K) AND PENSION
                                      CLAIMS (.6); TELEPHONE CALL WITH FORMER
                                      EMPLOYEE REGARDING 12TH OMNIBUS
                                      OBJECTION TO CLAIMS (.2); TELEPHONE
                                      CALL WITH B. EXCORSE REGARDING
                                      ADMINISTRATIVE EXPENSE CLAIMS (.2);
                                      TELEPHONE CALL WITH M. LUGO REGARDING
                                      ADMINISTRATIVE EXPENSE DEADLINE (.1);
                                      DRAFT SETTLEMENT PROCEDURES ORDER
                                      (1.8); TELEPHONE CALL WITH M. ROSE
                                      REGARDING ADMINISTRATIVE EXPENSE BAR
                                      DATE (.1); TELEPHONE CALL WITH R. GALLEY
                                      REGARDING DEBTORS' 9TH OMNIBUS CLAIMS
                                      OBJECTION (.2); TELEPHONE CALL WITH C.
                                      PULVER REGARDING 9TH OMNIBUS OBJECTION
                                      TO CLAIMS (.2); REVIEW CHARLESTON
                                      NEWSPAPER RESPONSE TO DEBTORS' 5TH
                                      OMNIBUS CLAIMS OBJECTION (.1); REVIEW
                                      RETAIL MDS, INC.'S RESPONSE TO DEBTORS'
                                      5TH OMNIBUS CLAIMS OBJECTION (.2);
                                      REVIEW MAGNAS MAGNASSON'S RESPONSE TO
                                      DEBTORS' 5TH OMNIBUS CLAIMS OBJECTION
                                      (.2); REVIEW TOWNE SQUARE PLAZA'S
                                      MOTION TO AMEND PROOF OF CLAIM (.1).

BAKER SK        06/11/09       7.00   TELEPHONE CALL WITH B. HOFFMAN
                                      REGARDING NON-GOODS OBJECTION (.2);
                                      REVISE 502(D) BRIEF REGARDING POTENTIAL
                                      POLICY ARGUMENTS (3.1); REVISE
                                      SETTLEMENT PROCEDURES MOTION (3.7).

BAKER SK        06/12/09       4.90   REVIEW PROOF OF CLAIM AND OTHER
                                      MATERIALS FROM WORKING MACHINES
                                      CORPORATION REGARDING NON-GOODS
                                      OBJECTION (2.5); REVIEW CORRESPONDENCE
                                      FROM I. MARKUS REGARDING EXTENSION TO
                                      REPLY TO NON-GOODS OBJECTION (.1);
                                      REVISE EXHIBIT B TO CLAIMS SETTLEMENT
                                      MOTION (.5); REVISE ORDER TO CLAIMS
                                      SETTLEMENT PROCEDURES MOTION (.7);
                                      TELEPHONE CALL WITH D. KAPPLAR
                                      REGARDING WATERCRESS ASSOCIATES (.2);
                                      TELEPHONE CALL WITH LATANAYA REGARDING
                                      ADMINISTRATIVE REQUEST BAR DATE (.1);
                                      TELEPHONE CALL WITH B. GAMBLE REGARDING
                                      ADMINISTRATIVE EXPENSE REQUESTS (.2);
                                      TELEPHONE CALL WITH D. LAONEY
                                      ADMINISTRATIVE EXPENSE REQUESTS(.1);
                                      TELEPHONE CALL WITH B. HOFFMAN
                                      REGARDING NON-GOODS OBJECTION (.2);
                                      TELEPHONE CALL WITH P. BOHLS REGARDING
                                      503(B)(9) CLAIMS (.2); TELEPHONE CALL
                                      WITH L. ORSIN REGARDING 503(B)(9)
                                      CLAIMS (.1).

BAKER SK        06/14/09       2.70   UPDATE CITATIONS AND PARENTHETICALS FOR
                                      502(D) BRIEF (2.7).

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 06/15/09 | 2.00 | REVIEW RESPONSE F GRAPHIC COMMUNICATIONS TO DEBTORS' SIXTH OMNIBUS OBJECTION TO NON-GOODS CLAIMS (.6); RESEARCH REGARDING 502(D) APPLIED ONLY TO FINAL JUDGMENTS (1.1); REVIEW MOTION TO FILE LATE PROOF OF CLAIM (.1); REVIEW MINER FLEETS RESPONSE TO 5TH OMNIBUS NON-GOODS OBJECTION (.2). |
| BAKER SK | 06/16/09 | 2.10 | REVIEW KIM FLOWER'S REPLY TO DEBTORS' 9TH OMNIBUS CLAIMS OBJECTIONS (.1); REVIEW RESPONSE OF VECTOR SECURITY TO DEBTORS' OBJECTION TO NON-GOODS CLAIMS (.2); REVIEW COUNTY OF ALBEMARLE'S REPLY TO DEBTOR'S 5TH OMNIBUS NON-GOODS OBJECTION (.1); TELEPHONE CALL WITH C. BENDER REGARDING DEBTORS' 8TH OMNIBUS OBJECTION TO LATE CLAIMS (.2); REVIEW AA HOMES REPLY TO DEBTOR'S SIXTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW PERFORMANCE PRINTING'S REPLY TO DEBTOR'S SIXTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW SCHIMENTI CONSTRUCTION'S REPLY TO DEBTORS' FIFTH OMNIBUS CLAIMS OBJECTION (.2); REVIEW SIE LING CHIANG'S REPLY TO DEBTOR'S FIFTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW ENFILED, CT'S REPLY TO DEBTORS' 6TH OMNIBUS CLAIMS OBJECTION (.2); REVIEW U.S. SIGN'S RESPONSE TO DEBTORS' 5TH OMNIBUS CLAIMS OBJECTION (.3); REVIEW R. KOENIG'S RESPONSE TO DEBTORS' 8TH OMNIBUS CLAIMS OBJECTION (.1); TELEPHONE CALL WITH K. KEEGAN REGARDING PAYMENT ON ACCOUNT OF PROOF OF CLAIM (.1);TELEPHONE CALL WITH D. SOMMERVILLE OF WACHOVIA SECURITIES REGARDING PROOF OF CLAIM OBJECTION (.2); TELEPHONE CALL WITH E. MCCULLEN REGARDING NOTICE OF ADMINISTRATIVE EXPENSE BAR DATE (.1); TELEPHONE CALL WITH G. LAVOLAY REGARDING ADMINISTRATIVE CLAIMS REQUEST (.1). |
| BAKER SK | 06/17/09 | 0.40 | REVIEW RESPONSE OF U.S. CUSTOMS AND BORDER PROTECTION TO DEBTORS' 9TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW C. DAVES RESPONSE TO DEBTORS' 7TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW FIRST BAPTIST CHURCH OF SUNRISE'S RESPONSE TO DEBTOR'S EIGHTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW REPLY OF M. STUNNERMANN TO DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION (.1). |
| BAKER SK | 06/18/09 | 0.10 | TELEPHONE CALL WITH M. SHAH REGARDING RECLASSIFICATION OF PROOF OF CLAIMS (.1). |
| BAKER SK | 06/19/09 | 1.20 | REVIEW UNIVERSAL REMOTE'S PROOFS OF CLAIMS AND DEBTORS' 12TH OMNIBUS OBJECTION (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 06/22/09 | 6.70 | TELEPHONE CONFERENCE WITH R. RATTET REGARDING CLAIM OBJECTION (.2); RESEARCH REGARDING ORIGIN OF FILED BANKRUPTCY FORMS (1.8); DRAFT PROPOSED STIPULATION REGARDING DEBTORS' TENTH OMNIBUS OBJECTION TO DUPLICATE CLAIMS (1.5); REVIEW D. LEE CATES RESPONSE TO DEBTORS' 7TH OMNIBUS OBJECTION (.1); REVIEW C. MCCARTER'S ADMINISTRATIVE EXPENSE CLAIM (.1); REVIEW P. BEANS RESPONSE TO DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION(.1); TELEPHONE CALL WITH R. LAPISEA REGARDING ADMINISTRATIVE EXPENSE BAR DATE (.1); TELEPHONE CALL WITH C. BORKER REGARDING ADMINISTRATIVE CLAIM BARD DATE AND DEBTORS' NINTH OMNIBUS OBJECTION (.2); TELEPHONE CALL WITH C. WATSON REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1); REVIEW C & A CONSULTANT'S REPLY TO DEBTOR'S NINTH OMNIBUS OBJECTION (.1); REVIEW PROOF OF CLAIM FILED BY FOX BROADCASTING COMPANY (.3); BEGIN RESEARCH REGARDING PBGC OBJECTION (2.1). |
| BAKER SK | 06/23/09 | 2.70 | TELEPHONE CONFERENCE WITH REPRESENTATIVE OF INTEGRATED COMMUNICATIONS REGARDING ADMINISTRATIVE BAR DATE (.1); REVIEW CORRESPONDENCE FROM M. BARREEN REGARDING MICROSOFT PROOF OF CLAIM (.1); DRAFT CORRESPONDENCE TO K. BARKSDALE REGARDING MICROSOFT PROOF OF CLAIM (.1); DRAFT STIPULATION AND ORDER REGARDING TENTH OMNIBUS OBJECTION TO DUPLICATED CLAIMS (1.6); REVIEW SENNHEISER'S REPLY TO DEBTOR'S NINTH OMNIBUS OBJECTION (.1); TELEPHONE CALL WITH T. RILEY REGARDING ADMINISTRATIVE EXPENSE REQUESTS (.2); TELEPHONE CALL WITH J. GALLAGHER REGARDING SERVICE LISTS (.1); TELEPHONE CALL WITH T. LE SHULTZ REGARDING 401(K) AND PENSION PLAN CLAIMS (.2); TELEPHONE CALL REGARDING CIRCUIT CITY SHARES OF STOCK (.1). |
| BAKER SK | 06/24/09 | 5.50 | REVISE 502(D)/503(B)(9) BRIEF (2.9); TELEPHONE CONVERSATION WITH D. O'BRIAN REGARDING INSURANCE COVERAGE (.2); REVIEW COMPASS GROUP USA'S REPLY TO DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW M.M BERMEN'S REQUEST FOR ADMINISTRATIVE EXPENSES (. 1); RESEARCH REGARDING PBGC OBJECTION (2.2). |

B43E