SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                  Bill Date: 07/09/09
Reorganization Plan / Plan Sponsors                              Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 06/02/09 | 0.40 | DISCUSSIONS RE PLAN ISSUES. |
| DICKERSON CL | 06/10/09 | 4.50 | REVIEW/PROVIDE COMMENTS TO REVISED PLAN (3.8); DISCUSSIONS RE SAME (1.7). |
| DICKERSON CL | 06/23/09 | 2.00 | CONTINUED ATTENTION TO ISSUES RE PLAN (1.3); DISCUSSIONS WITH COMMITTEE AND CLIENT RE SAME (.7). |
| DICKERSON CL | 06/26/09 | 2.90 | REVIEW REVISED PLAN (2.1); DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 06/30/09 | 3.40 | PREPARE FOR/ATTEND CONFERENCE CALL WITH CLIENT AND FTI RE COMMENTS TO PLAN. |
|  |  | **13.20** |  |
| GALARDI GM | 06/02/09 | 0.40 | CALLS AND EMAILS WITH R. PACHULSKI RE: STATUS OF PLAN. |
| GALARDI GM | 06/09/09 | 0.30 | CALL WITH R. PACHULSKI RE: PLAN AND EMPLOYEE ISSUES (.3). |
| GALARDI GM | 06/10/09 | 0.40 | FOLLOW-UP CALLS AND EMAILS WITH R. PACHULSKI RE: DS AND PLAN AND OTHER ISSUES. |
| GALARDI GM | 06/30/09 | 0.30 | WORK ON EXTENSION OF EXCLUSIVITY STRATEGY. |
|  |  | **1.40** |  |
| **Total Partner** |  | **14.60** |  |
| KUMAR JS | 06/10/09 | 2.90 | REVISING PLAN OF LIQUIDATION (2.9). |
| KUMAR JS | 06/27/09 | 0.40 | REVIEWING PLAN (.4). |
| KUMAR JS | 06/30/09 | 3.40 | CALL WITH COMPANY RE PLAN (1.6). REVISING PLAN BASED ON CALL (1.8). |
|  |  | **6.70** |  |
| **Total Associate** |  | **6.70** |  |
| **TOTAL TIME** |  | **21.30** |  |

B43E

Circuit City Stores, Inc. (DIP)  
Retention / Fee Matters (SASM&F)

Bill Date: 07/09/09  
Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 06/11/09 | 2.60 | REVIEW SECOND INTERIM FEE APPLICATION (2.1); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 06/15/09 | 0.50 | CONTINUED ATTENTION TO SECOND INTERIM FEE APPLICATION (.3); DISCUSSIONS RE SAME (.2). |
| | | 3.10 | |
| **Total Partner** | | **3.10** | |
| BAKER SK | 06/09/09 | 1.60 | DRAFT CORRESPONDENCE TO VARIOUS PARTIES REGARDING CONFLICTS CHECKS (1.6). |
| BAKER SK | 06/10/09 | 0.20 | REVIEW CORRESPONDENCE FROM T. SANDERS REGARDING CONFLICTS CHECK (.1); REVIEW CORRESPONDENCE FROM R. AFTANAS REGARDING CONFLICTS CHECK (.1). |
| BAKER SK | 06/15/09 | 0.10 | REVIEW CORRESPONDENCE FROM R. CHILSTRON REGARDING CONFLICTS (.1). |
| BAKER SK | 06/17/09 | 3.60 | BEGIN SENDING OUT CONFLICTS CHECK CORRESPONDENCE TO MULTIPLE ATTORNEYS (3.6). |
| BAKER SK | 06/18/09 | 4.20 | CONTINUE DRAFTING CONFLICTS CHECKS CORRESPONDENCE TO VARIOUS ATTORNEYS AND ANALYZING POTENTIAL CONFLICTS (4.2). |
| | | 9.70 | |
| FREDERICKS IS | 06/15/09 | 1.70 | REVIEW AND FINALIZE FEE APP AND ORDER (1.7). |
| | | 1.70 | |
| LAZAROFF KA | 06/01/09 | 0.30 | GATHER DATA FOR FEE APPLICATION. |
| LAZAROFF KA | 06/04/09 | 0.30 | PREPARING DATA FOR FEE APPLICATION. |
| LAZAROFF KA | 06/05/09 | 4.00 | PREPARED EXHIBITS FOR FEE APPLICATION (1); CREATED SUMMARY CHARTS WITH HOURS BILLED AND CHARGES ON PARTICULAR MATTERS AND BY PARTICULAR ATTORNEYS (3). |
| LAZAROFF KA | 06/06/09 | 2.20 | GATHER AND CALCULATE DATA ON EXPENSES AND BEGIN DRAFT OF FEE APPLICATION. |
| LAZAROFF KA | 06/08/09 | 1.10 | DRAFT FEE APPLICATION. |
| LAZAROFF KA | 06/09/09 | 5.00 | DRAFT FEE APPLICATION. |
| LAZAROFF KA | 06/10/09 | 1.50 | REVISE FEE APPLICATION. |
| LAZAROFF KA | 06/11/09 | 0.50 | SUPPLEMENTAL CONNECTIONS AND DISCLOSURE RESEARCH (.3); DISCUSSED BRING-DOWN CONNECTIONS AND DISCLOSURE RESEARCH (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAZAROFF KA | 06/15/09 | 1.00 | REVISIONS TO FEE APP, ORDER AND PREPARING FOR FILING. |
| LAZAROFF KA | 06/16/09 | 0.50 | CONNECTIONS AND DISCLOSURE RESEARCH. |
| LAZAROFF KA | 06/17/09 | 1.50 | CONNECTIONS AND DISCLOSURE RESEARCH. |
| | | 17.90 | |
| **Total Associate** | | 29.30 | |
| HEANEY CM | 06/11/09 | 0.40 | REVIEW DOCKET RE: BACKGROUND INFORMATION FOR PREPARATION FOR SECOND INTERIM FEE APPLICATION (.4). |
| | | 0.40 | |
| **Total Legal Assistant** | | 0.40 | |
| **TOTAL TIME** | | <u>32.80</u> | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                   Bill Date: 07/09/09
Retention / Fee Matters / Objections (Others)                     Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HEANEY CM | 06/02/09 | 0.40 | REVIEW FEES AND EXPENSES CHART FOR UPDATES (.3); COORDINATE WITH THIRD PARTIES REGARDING UPDATES (.1). |
| HEANEY CM | 06/05/09 | 0.20 | REVIEW FEES AND EXPENSES CHART FOR UPDATES (.2). |
| HEANEY CM | 06/15/09 | 0.60 | REVIEW FEES AND EXPENSES CHART FOR UPDATES TO OBJECTIONS DEADLINES (.3); EDIT/REVISE CHART (.3). |
| HEANEY CM | 06/16/09 | 0.20 | COORDINATE WITH THIRD PARTIES REGARDING STATUS OF OBJECTIONS TO FEE APPLICATIONS (.2). |
| HEANEY CM | 06/17/09 | 0.40 | REVIEW CASE FILES FOR OBJECTIONS TO FEE APPLICATION (.2); COORDINATE WITH THIRD PARTIES REGARDING STATUS OF OBJECTION (.2). |
| HEANEY CM | 06/25/09 | 0.10 | COORDINATE WITH THIRD PARTIES REGARDING OBJECTIONS TO FEE APPLICATIONS (.1). |
|  |  | 1.90 |  |
| Total Legal Assistant |  | 1.90 |  |
| TOTAL TIME |  | <u>1.90</u> |  |

B43E

Circuit City Stores, Inc. (DIP)                                      Bill Date: 07/09/09
Secured Claims                                                       Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 06/01/09 | 0.10 | REVIEW CORRESPONDENCE FROM S. KOLPAK REGARDING MATRIX TELECOMMUNICATIONS (.1). |
| BAKER SK | 06/08/09 | 1.30 | REVIEW CONFLICTS REGARDING POTENTIAL RECEIVABLES MATTERS (1.3). |
| BAKER SK | 06/10/09 | 0.30 | REVIEW NOTICE OF CANCELLATION OF LETTER OF CREDIT REGARDING SURETY BONDS (.1); DRAFT CORRESPONDNECE TO G. BACHRACH REGARDING SAFECO LETTER OF CREDIT (.2). |
| BAKER SK | 06/12/09 | 4.30 | REVIEW CORRESPONDENCE FROM J. POMERANTZ REGARDING SURETY BONDS (.1); REVISE MOTION, NOTICE AND ORDER TO CANCEL SURETY BONDS (4.2). |
| BAKER SK | 06/24/09 | 1.80 | DRAFT CORRESPONDENCE TO L. BALDYGA REGARDING LETTERS OF CREDIT (.2); DRAFT CORRESPONDENCE TO L. BALDYGA REGARDING MAINE TURNPIKE AUTHORITY (.1); REVIEW BOND CLAIMS OF MAINE TURNPIKE AUTHORITY(.8); BEGIN DRAFT OF DEBTORS' RESPONSE TO MAINE TURNPIKE BOND CLAIM (.7). |
| BAKER SK | 06/26/09 | 0.60 | FINALIZE RESPONSE TO VARIOUS BOND CLAIMS (.6). |
|  |  | 8.40 |  |
| Total Associate |  | 8.40 |  |
| TOTAL TIME |  | <u>8.40</u> |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Tax Matters

Bill Date: 07/09/09  
Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 06/26/09 | 0.30 | DISCUSSIONS RE SALINAS STIP REPORTING. |
|  |  | 0.30 |  |
| **Total Partner** |  | **0.30** |  |
| LAZAROFF KA | 06/11/09 | 0.60 | DISCUSSIONS WITH THE COMPANY REGARDING PAYMENT OF BUSINESS AND PERSONAL PROPERTY TAXES AND STIPULATION REGARDING THE SAME. |
|  |  | 0.60 |  |
| **Total Associate** |  | **0.60** |  |
| **TOTAL TIME** |  | **0.90** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Utilities

Bill Date: 07/09/09  
Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 06/01/09 | 1.00 | DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING MATRIX (.2); REVISE SURETY BOND CLAIM RESPONSES (.8). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/02/09 | 7.60 | REVIEW CORRESPONDENCE FROM MOUNTAINEER GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PEOPLE'S NATIONAL GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM OCALA UTILITIES REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PACIFIC GAS AND ELECTRIC REGARDING COLLECTION PROCEEDINGS (.2); REVIEW CORRESPONDENCE FROM VALENTINE AND KEBURTAS REGARDING WESTERN MASSACHUSETTS ELECTRIC COMPANY (.1); REVIEW CORRESPONDENCE FROM DOMINION EAST OHIO REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM G. HALL REGARDING LIEN PLACED ON PROPERTY (.1); REVIEW CORRESPONDENCE FROM NYSEG REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM SOLOMAN AND SOLOMAN REGARDING PEOPLE ELECTRIC UTILITIES (.1); REVIEW CORRESPONDENCE FROM MISSOURI GAS ENERGY REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM ATNOS ENERGY REGARDING DEBT COLLECTION (.1); REVIEW CORRESPONDENCE FROM CHESTERFIELD COUNTY REGARDING NOTICE OF TERMINATION (.2); REVIEW CORRESPONDENCE FROM SOUTHERN CALIFORNIA GAS REGARDING DELINQUENT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM WASHINGTON SUBURBAN SANITARY COMMISSION REGARDING ACCOUNT STATUS (.1); REVIEW CORRESPONDENCE FROM L.A. DEPARTMENT OF WATER REGARDING MULTIPLE ACCOUNT NOTICES (.2); REVIEW CORRESPONDENCE FROM CITY OF BLOOMINGTON, IL (.1); REVIEW CORRESPONDENCE FROM TECO REGARDING FINAL BILLING (.1); REVIEW CORRESPONDENCE FROM COUNTY OF WINSTON SALEM REGARDING TERMINATION OF UTILITIES (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GAS REGARDING ACCOUNT STATEMENT (.1); REVIEW CORRESPONDENCE FROM MEMPHIS GAS AND LIGHT REGARDING TERMINATION NOTICES (.1); REVIEW CORRESPONDENCE FROM LINCOLN ELECTRIC SYSTEM REGARDING LATE FEES (.1); REVIEW CORRESPONDENCE FROM CITY OF TUCSON REGARDING WATER SERVICES (.1); REVIEW CORRESPONDENCE FROM CA WATER SERVICE COMPANY REGARDING PAST DUE BALANCES (.1); REVIEW CORRESPONDENCE FROM SARASOTA COUNTY REGARDING SERVICE TERMINATION (.1); REVIEW CORRESPONDENCE FROM AQUA PA REGARDING WATER SERVICES (.1); REVIEW CORRESPONDENCE FROM TOWN OF SALEM , NH REGARDING DISCONNECT NOTICES (.1); REVIEW CORRESPONDENCE FROM LUBBOCK POWER AND LIGHT REGARDING DISCONNECT NOTICES (.1); REVIEW CORRESPONDENCE FROM PSE&G REGARDING FINAL INVOICES (.1); REVIEW CORRESPONDENCE FROM DELTA |

| | | | |
|---|---|---|---|
| BAKER SK | 06/03/09 | 3.60 | REVIEW CORRESPONDENCE FROM T. HYDE REGARDING TYLEX, INC. (.1); REVIEW CORRESPONDENCE FROM E. MITCHELL REGARDING MATRIX TELECOM (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING FIRE LINE AT MARION IL LOCATION (.1); DRAFT RESPONSE TO K. MULLER REGARDING MARION LOCATION (.1); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING FIRE LINE ISSUES (.1); REVIEW CORRESPONDENCE FROM K. MULLER REGARDING REFUND CHECK (.1); REVIEW CORRESPONDNECE FROM CONSOLIDATED MUTUAL WATER REGARDING TERMINATION OF SERVICE (.1); REVIEW CORRESPONDENCE FROM COLLEGE STATION REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM CITY OF WINSTON SALEM REGARDING TERMINATION OF SERVICES (.1); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING DISCONNECTION OF SERVICES (.1); REVIEW CORRESPONDENCE FROM NYSEG REGARDING INITIATION OF COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM COLUMBIA GAS OF VA REGARDING COLLECTION PROCEEDINGS (.2); REVIEW CORRESPONDENCE FROM A. POWELL REGARDING QUESTOR GAS (.1); REVIEW CORRESPONDENCE FROM COLUMBIA GAS OF PA REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CITY OF ROUND ROCK REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM SOUTHERN CALIFORNIA GAS REGARDING ADDITIONAL ACCOUNTS FOR COLLECTION (.1); REVIEW CORRESPONDENCE FROM AUSTIN ENERGY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PPL ELECTRIC UTILITIES ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CENTERPOINT ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING ALLEGHANY POWER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING EASTERN MUNICIPAL WATER DISTRICT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM PG&E REGARDING DISCONNECT SCHEDULE (.1); REVIEW CORRESPONDENCE REGARDING ORLANDO UTILITIES COMMISSION (.1); REVIEW CORRESPONDENCE REGARDING SOUTH CAROLINA ELECTRIC AND GAS COMPANY (.1); REVIEW CORRESPONDENCE REGARDING HAMPTON ROADS UTILITY BILLING SERVICE (.1); REVIEW CORRESPONDENCE REGARDING ORLANDO UTILITIES COMMISSION (.1); REVIEW CORRESPONDENCE REGARDING SOUTH CAROLINA ELECTRIC AND GAS COMPANY (.1); REVIEW CORRESPONDENCE REGARDING HAMPTON RECORDS UTILITY BILLING SERVICE (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY (.1); REVISE UTILITY STATUS REPORT REGARDING SECTION 362 (.6). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 06/04/09 | 5.00 | REVIEW CORRESPONDENCE FROM T. HYDE REGARDING TYLEX, INC. (.1); REVIEW CORRESPONDENCE REGARDING CONSUMERS ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING TEXAS GAS SERVICE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM PG&E REGARDING 24 HOUR NOTICE (.1); REVIEW CORRESPONDENCE REGARDING ATMOS ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM DOMINION POWER REGARDING DISCONNECT MOTION (.1); REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING DIRECT ENERGY SERVICES (.1); REVISE UTILITY STATUS REPORT REGARDING SECTION 362 (1.7); REVIEW CORRESPONDENCE FROM R. HILL REGARDING UTILITY PAYMENT REQUESTS (.2); DRAFT CORRESPONDENCE TO TYLEX, INC. REGARDING PAYMENT REQUESTS (.1); DRAFT CORRESPONDENCE TO CLEARWATER ENTERPRISES REGARDING PAYMENT REQUEST (.1); DRAFT CORRESPONDENCE TO S. KLOPAK REGARDING MATRIX ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM S. KLOPAK REGARDING UTILITIES ORDER (.1); DRAFT CORRESPONDENCE REGARDING UTILITY ACCOUNT NUMBERS REFERENCED IN PAYMENT REQUESTS (.2); DRAFT STAY VIOLATION LETTER REGARDING ALLEGHANY POWER (.5); DRAFT STAY VIOLATION LETTER REGARDING AMEREN (.2); DRAFT STAY LETTERS REGARDING ATNO ENERGY (.4); DRAFT STAY LETTERS REGARDING AUSTIN ENERGY (.2); DRAFT STAY LETTER REGARDING BAY STATE GAS (.2); DRAFT STAY LETTER REGARDING CENTERPOINT ENERGY (.3). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 06/05/09 | 8.00 | REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING SURETY BONDS (.1); DRAFT RESPONSE TO G. BACHRACH REGARDING CONFERENCE CALL (.1); DRAFT CORRESPONDENCE REGARDING CHESAPEAKE UTILITIES ACCOUNTS (.3); DRAFT CORRESPONDENCE REGARDING CITY OF AUSTIN AND AUTOMATIC STAY (.3); REVIEW CORRESPONDENCE FROM L. BALDYGA REGARDING OUTSTANDING BOND ISSUES (.1); DRAFT RESPONSE REGARDING OUTSTANDING BOND ISSUES (.3); DRAFT CORRESPONDENCE TO CITY OF DALLAS REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO CITY OF RALEIGH REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO CITY OF GLENDALE REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO CITY OF FT. WAYNE REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO CITY OF COLUMBUS REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO CITY OF OXNARD REGARDING AUTOMATIC STAY (.2); DRAFT STAY LETTER TO CITY OF ROUND ROCK (.2); DRAFT LETTER TO CITY OF SHREVEPORT REGARDING AUTOMATIC STAY (.2); DRAFT LETTER TO CITY OF WOODBURY REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO COLUMBIA GAS REGARDING AUTOMATIC STAY (.3); DRAFT CORRESPONDENCE TO CONNECTICUT LIGHT AND POWER REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO L. BALDYGA REGARDING LETTERS OF CREDIT (.3); DRAFT CORRESPONDENCE TO DOMINION REGARDING AUTOMATIC STAY (.3); DRAFT CORRESPONDENCE TO DTE ENERGY REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO IDAHO POWER REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO MO GAS ENERGY REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO MOUNTAINEER GAS REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NATIONAL GRID REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NJ NATURAL GAS REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NW NATIONAL REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NICOR REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NSTA REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO NYSEG REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO OCALA UTILITIES REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE REGARDING PPL ELECTRIC UTILITIES (.2); DRAFT CORRESPONDENCE REGARDING QUESTOR GAS (.2); DRAFT CORRESPONDENCE TO RANCHO CA WATER DISTRICT REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO ROCKY MOUNTAIN POWER REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO SEMCO REGARDING AUTOMATIC STAY (.2); DRAFT CORRESPONDENCE TO SOUTHERN CALIFORNIA |

| | | | |
|---|---|---|---|
| BAKER SK | 06/08/09 | 3.80 | REVIEW SAFECO'S COMMENTS TO MOTION TO TERMINATE BONDS (1.2); PREPARE FOR CONFERENCE CALL WITH SAFCO (.6); REVIEW CORRESPONDENCE FROM L. BALDYGA REGARDING UTILITY LETTERS OF CREDIT (.1); DRAFT REPLY TO L. BALDYGA REGARDING LETTERS OF CREDIT (.1); DRAFT CORRESPONDENCE TO K. MULLER REGARDING UTILITY ACCOUNT BALANCES (.1); CONFERENCE CALL REGARDING SAFECO BONDS (1.0); CALL WITH L. BLADYGA REGARDING SAFECO BONDS (.2); REVIEW EMAIL REGARDING NON-RENEW LETTERS OF CREDIT (.1); DRAFT CORRESPONDENCE REGARDING LETTER OF CREDIT CANCELLATION NOTICES (.2); TELEPHONE CALL WITH COUNSEL FOR DIRECT ENERGY REGARDING LETTER OF CREDIT (.2). |
| BAKER SK | 06/09/09 | 1.00 | REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING SOUTHERN CALIFORNIA EDISON (.1); DRAFT CORRESPONDENCE TO L. BALDYGA REGARDING SEMPRA ACCOUNT BALANCES (.2); REVIEW CORRESPONDENCE FROM K. BRADSHAW REGARDING SOUTHERN CALIFORNIA EDISON (.1); TELEPHONE CONFERENCE WITH REPRESENTATIVE OF CITY OF WOODBURY REGARDING STAY VIOLATION (.2); TELEPHONE CONFERENCE WITH REPRESENTATIVE OF CITY OF ROUND ROCK REGARDING STAY VIOLATION (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING BOND CLAIMS (.1); DRAFT RESPONSE TO M. STOVER REGARDING TECO BOND CLAIM (.1). |
| BAKER SK | 06/10/09 | 1.00 | REVIEW CORRESPONDENCE REGARDING SEMPRA LETTER OF CREDIT (.1); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF MATRIX TELECOM (.2); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF AMERICAN CILCO (.1); REVIEW CORRESPONDENCE FROM J. POMERANTZ REGARDING SURETY BONDS (.1); REVIEW UTILITY PAYMENT REQUEST OF AMERICAN CIPS (.1); REVISE UTILITY ACCOUNT PAYMENT REQUEST TRACKING REPORT (.2); TELEPHONE CALL WITH REPRESENTATIVE OF DTE ENERGY REGARDING STAY VIOLATION AND COLLECTION PROCEEDINGS (.2). |
| BAKER SK | 06/11/09 | 0.40 | TELEPHONE CONVERSATION WITH M. PICCOLO REGARDING CITY OF SPOKANE ACCOUNTS (.2); DRAFT CORRESPONDENCE TO M. PICCOLO REGARDING PAYMENT REQUESTS AND TERMINATION OF UTILITY ACCOUNTS (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/15/09 | 4.20 | TELEPHONE CALL WITH T. JACKSON WITH HENRICO COUNTY REGARDING ADEQUATE ASSURANCE (.2); DRAFT CORRESPONDENCE TO R. HILL REGARDING HENRICO COUNTY REQUESTS FOR PAYMENT (.1); REVIEW CORRESPONDENCE FROM R. HILL REGARDING UTILITY ACCOUNT BALANCE (.1); DRAFT CORRESPONDENCE TO T. JACKSON REGARDING WIRE PAYMENT MADE (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING UTILITY ACCOUNT STATEMENTS (.1); REVIEW CORRESPONDENCE FROM AQUA PA REGARDING COLLECTION PROCEEDINGS STARTED (.1); REVIEW CORRESPONDENCE FORM BLACK HILL ENERGY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM IMPERIAL IMMIGRATION DISTRICT REGARDING PAST DUE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CDE LIGHTBAND REGARDING PAST DUE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CASCADE NATURAL GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CONNECTICUT LIGHT AND POWER REGARDING SHUT -OFF NOTICE (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GAS REGARDING 2900 BELCREST CENTER STORE (.1); REVIEW TERMINATION NOTICE FROM ATNOS ENERGY (.1); REVIEW CORRESPONDENCE FROM REGIONAL WATER AUTHORITY REGARDING TERMINATION NOTICE (.1); REVIEW CORRESPONDENCE FROM LAFAYETTE UTILITIES SYSTEM REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM EVERGREEN FINANCIAL SERVICES (.1); REVIEW CORRESPONDENCE FROM WASHINGTON GAS LIGHT REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM HELIX WATER DISTRICT REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM CENTERPOINT ENERGY ENTEX REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM PENNICHUCK WATER DISTRICT REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING UTILITY ACCOUNTS AT LOCATION NUMBER 3852 (.1); REVIEW CORRESPONDENCE REGARDING UTILITY ACCOUNT BALANCES AT LOCATION NUMBER 4123 (.1); REVIEW CORRESPONDENCE REGARDING SACRAMENTO MUNICIPAL UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING CITY OF RALEIGH ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING UTILITY ACCOUNTS AT STORE LOCATION (.1); REVIEW CORRESPONDENCE REGARDING CITY OF CLEVELAND UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF BURBANK REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING PACIFIC GAS AND ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM KNOXVILLE UTILITY BOARD REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM G. HALL REGARDING |

| | | | |
|---|---|---|---|
| BAKER SK | 06/16/09 | 4.80 | REVIEW CORRESPONDENCE FROM ELIZABETH TOWN GAS REGARDING BALANCES (.1); REVIEW CORRESPONDENCE REGARDING CITY OF LONG BEACH UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF COCOA UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM COM EDISON SOLUTIONS REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM UTILITIES, INC. OF LOUISIANA REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF ALEXANDRIA UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING TEXAS GAS SERVICE UTILITY ACCOUNTS (.1); TELEPHONE CONFERENCE WITH K. BRADSHAW REGARDING VARIOUS UTILITY ISSUES (.3); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING FLORIDA LIGHT AND POWER (.1); REVIEW CORRESPONDENCE REGARDING TAUNTON MUNICIPAL LIGHTING ACCOUNTS (.1); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF CHESAPEAKE UTILITIES AND UPDATE UTILITY ACCOUNT TRACKING REPORT (.3); REVIEW COLLECTIONS LETTER REGARDING FRESNO, CA STORE (.1); REVIEW CORRESPONDENCE REGARDING JACKSONVILLE ELECTRIC AUTHORITY ACCOUNTS (.1); REVIEW COLLECTIONS NOTICE FROM MARYLAND AMERICA WATER (.1); REVIEW CORRESPONDENCE REGARDING ILLINOIS AMERICAN WATER ACCOUNTS (.1); REVIEW COMMONWEALTH EDISON CORRESPONDENCE REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING MISSOURI AMERICAN WATER (.1); REVIEW CORRESPONDENCE FROM L. BALDYGA REGARDING LETTERS OF CREDIT (.1); REVIEW SPREADSHEET REGARDING FLORIDA LIGHT AND POWER POST-PETITION ACCOUNT RECONCILIATION (.5); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING FLORIDA LIGHT AND POWER DEPOSITS (.2); REVIEW CORRESPONDENCE REGARDING HAMPTON ROADS UTILITY BILLING SERVICE ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF GLENDALE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CENTER POINT ENERGY REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING KANSAS CITY POWER AND LIGHT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM C. CMACHORE REGARDING BACK FLOW DEVICE TESTING (.1); REVIEW CORRESPONDENCE REGARDING XCEL ENERGY ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM CITY OF COLUMBUS REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM ALLEGHANY POWER REGARDING COLLECTION PROCEEDINGS (.1); REVIEW REGARDING DTE ENERGY COLLECTION ACTION (.1); REVIEW CORRESPONDENCE FROM DAYTON POWER AND LIGHT REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM M. LINDSAY |

| | | | |
|---|---|---|---|
| BAKER SK | 06/17/09 | 3.00 | REVIEW CORRESPONDENCE FROM K. BRADSHAW REGARDING RETURNED SECURITY DEPOSITS (.1); DRAFT REPLY TO K. BRADSHAW REGARDING SETTLEMENT STIPULATIONS (.1); TELEPHONE CALL WITH L. BALDYGA REGARDING VARIOUS BOND, INSURANCE AND LETTER OF CREDIT ISSUES (.5); REVIEW CORRESPONDENCE FROM MADISON WATER REGARDING FINAL ACCOUNT BALANCES (.2); REVIEW CORRESPONDENCE FROM CITY OF COCOA REGARDING FIRE LINE (.2); REVIEW CORRESPONDENCE FROM ALBUQUERQUE BERNALILLO COUNTY WATER UTILITY AUTHORITY REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING ILLINOIS AMERICAN WATER (.1); REVIEW CORRESPONDENCE FROM R. THOMAS REGARDING TERMINATION OF DTE SERVICES (.1); REVIEW CORRESPONDENCE FROM CITY AMMON, ID REGARDING ACCOUNTS BALANCES (.1); REVIEW CORRESPONDENCE FROM D. DANNENMULLER REGARDING FIRELINE SERVICES (.1); REVIEW CORRESPONDENCE FROM R. HILL REGARDING CHESAPEAKE UTILITIES PAYMENT REQUEST (.1); REVIEW CORRESPONDENCE REGARDING UNITED WATER NEW JERSEY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF COLUMBUS COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING EXCEL ENERGY COLLECTION ACTIONS (.1); REVIEW CORRESPONDENCE REGARDING NATIONAL GRID COLLECTION ACTION (.1); REVIEW CORRESPONDENCE REGARDING UNITED COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING ATNOS ENERGY COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING VERMONT GAS SYSTEMS COLLECTION ACTION (.1); REVIEW CORRESPONDENCE FROM CITY OF SANTA ROSA REGARDING COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM SOUTH JERSEY GAS REGARDING SOUTH JERSEY GAS (.1); REVIEW CORRESPONDENCE FROM CITY OF TURLOCK REGARDING COLLECTION ACTION (.1); TELEPHONE CALL WITH DAWN OF XCEL ENERGY REGARDING PAST-DUE ACCOUNT BALANCES (.2); TELEPHONE CALL WITH T. ANDERSON REGARDING XCEL ENERGY ACCOUNTS (.1). |
| BAKER SK | 06/18/09 | 0.50 | REVIEW CORRESPONDENCE FROM CON EDISON REGARDING TERMINATION NOTICE (.1); REVIEW CORRESPONDENCE FROM XCEL ENERGY REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING DOTHEN UTILITIES ACCOUNTS (.1); TELEPHONE CALL WITH REPRESENTATIVE FROM IDAHO POWER REGARDING COLLECTIONS ACTIONS AND UTILITY BLOCKED ACCOUNT (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/19/09 | 0.60 | REVIEW DIRECT ENERGY UTILITY PAYMENT REQUEST (.2); DRAFT CORRESPONDENCE TO R. HILL REGARDING DIRECT ENERGY (.2); REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING LETTER OF CREDIT (.2). |
| BAKER SK | 06/22/09 | 1.80 | REVIEW CORRESPONDENCE FROM R. HILL REGARDING CHESAPEAKE UTILITIES (.1); REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING RELEASE OF LETTER OF CREDIT (.1); TELEPHONE CALL WITH REPRESENTATIVE OF XCEL ENERGY REGARDING UTILITY USAGE (.2); REVIEW DIRECT ENERGY'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED RESERVE ACCOUNT (.1); REVISE REPORT OF UTILITY ACCOUNT PAYMENT REQUESTS (.8); REVIEW CORRESPONDENCE FROM L. BALDYGA REGARDING UTILITY ACCOUNT BALANCES (.1); REVIEW NORTHERN STATES POWER COMPANY'S UTILITY BLOCKED ACCOUNT PAYMENT REQUESTS (.1); REVIEW SOUTHWESTERN PUBLIC SERVICE COMPANY'S UTILITY BLOCKED ACCOUNT PAYMENT REQUEST (.1); REVIEW PUBLIC SERVICES COMPANY OF COLORADO'S UTILITY BLOCKED ACCOUNT PAYMENT REQUEST (.1); REVIEW C. MCCARTER'S ADMINISTRATIVE EXPENSE CLAIM (.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/23/09 | 3.60 | REVIEW CORRESPONDENCE FROM M. LINDSAY REGARDING POTENTIAL RELEASE OF CLAIMS (.1); TELEPHONE CALL WITH HARRISBURG ELECTRIC COMMISSION REGARDING UTILITY BLOCKED ACCOUNT (.2); REVIEW CORRESPONDENCE REGARDING BELMONT COUNTY UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM UNITED WATER NJ REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING WASHINGTON GAS COLLECTION ACCOUNT (.1); REVIEW CORRESPONDENCE REGARDING MARTIN COUNTY FLORIDA UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING PACIFIC GAS AND ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF DALLAS UTILITIES( .1); REVIEW CORRESPONDENCE FROM CITY OF MEDFORD REGARDING UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING CONSUMERS ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PSNC ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PROVIDENCE WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING NSTAR ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM B. BEGELMANN REGARDING UTILITY BILLS (.3); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING XCEL ENERGY (.1); REVIEW CORRESPONDENCE FROM S. BEANDER REGARDING CLARKSVILLE DEPT OF ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CENTERPOINT ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PORTLAND GENERAL ELECTRIC'S ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING TURLOCK IRRIGATION DISTRICT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF COLUMBUS REGARDING DELINQUENT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM S. GARCIA REGARDING CITY OF LIVERMORE WATER AND SEWER (.1); REVIEW CORRESPONDENCE REGARDING HOLYOKE GAS AND ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PORTLAND OREGON STORE (.1); REVIEW CORRESPONDENCE REGARDING ANNE ARUNDEL COUNTY MARYLAND (.1); REVIEW CORRESPONDENCE FROM SAN JOSE WATER COMPANY REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING LAKE COUNTY, IL UTILITIES (.1); REVIEW WITHLACOOCHIE ELECTRIC COOPERATIVE BOND CLAIM (.4); REVISE BOND CLAIM SPREADSHEET (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/24/09 | 2.50 | TELEPHONE CALL WITH JEFF AT DELMARVA POWER REGARDING GAINING ACCESS TO BUILDING (.2); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING UTILITY BOND CLAIMS (.2); REVIEW BOND CLAIM OF PUERTO RICO ELECTRIC POWER AUTHORITY (.6); BEGIN DRAFTING RESPONSE TO PUERTO RICO ELECTRIC POWER AUTHORITY'S BOND CLAIM (.6); DRAFT CORRESPONDENCE TO M. LINDSAY REGARDING CANCELLATION OF LETTER OF CREDIT (.3); REVIEW CORRESPONDENCE REGARDING PACIFIC GAS AND ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY COLLECTION ACTION (.1); REVIEW CORRESPONDENCE FROM CA WATER SERVICE COMPANY (.1); REVIEW CORRESPONDENCE REGARDING CITY OF RALEIGH COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE REGARDING WESTERN MASSACHUSETTS ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING LACOOCHIE RIVER ELECTRIC COOPERATIVE (.1). |
| BAKER SK | 06/25/09 | 0.30 | REVIEW CORRESPONDENCE FROM D. PLOEYER REGARDING CITY OF AUSTIN UTILITY ACCOUNTS (.1); TELEPHONE CALL WITH REPRESENTATIVE OF GULFPORT SEWER AND WATER REGARDING DEBT COLLECTION (.2). |
| BAKER SK | 06/26/09 | 0.40 | REVIEW CORRESPONDENCE FROM L. BLADYGA REGARDING DRAW ON LETTER OF CREDIT (.1); REVIEW CORRESPONDENCE REGARDING PG&E COLLECTION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM S. CURRANT REGARDING DIXIE ELECTRIC COOPERATIVE ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PSNCE ENERGY ACCOUNTS (.1). |
| | | 53.10 | |
| **Total Associate** | | 53.10 | |
| **TOTAL TIME** | | <u>53.10</u> | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 07/09/09
Vendor Matters                                               Bill Number: 1276041

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 06/08/09 | 0.10 | REVIEW CORRESPONDENCE FROM J. LIBRI REGARDING VENDOR RECEIVABLES (.1). |
| BAKER SK | 06/11/09 | 2.70 | DRAFT VENDOR SPECIFIC DEMAND LETTER (2.7). |
| BAKER SK | 06/12/09 | 0.20 | REVIEW CORRESPONDENCE FROM B. FOSE REGARDING VENDOR DEMAND LETTER (.2). |
| BAKER SK | 06/15/09 | 1.80 | REVISE SURETY BOND REJECTION MOTION NOTICE AND ORDER (1.8). |
| BAKER SK | 06/17/09 | 0.70 | DRAFT REQUEST FOR CONFLICTS CHECKS (.3); REVIEW INFORMATION REGARDING POTENTIAL VENDOR RECEIVABLE DEMAND LETTERS (.4). |
| BAKER SK | 06/18/09 | 1.60 | DRAFT VENDOR RECEIVABLE DEMAND LETTERS (1.6). |
|  |  | 7.10 |  |
| Total Associate |  | 7.10 |  |
| TOTAL TIME |  | <u>7.10</u> |  |

CLIENT TOTAL                    <u>1,082.45</u>