Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/12/09 | Fredericks IS | 631.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$631.00** |
| In-house Repro (network) | 12/17/08 | Network, D | 4.50 |
| In-house Repro (network) | 12/17/08 | Network, D | 0.60 |
| In-house Repro (network) | 12/24/08 | Network, D | 0.10 |
| In-house Repro (network) | 12/24/08 | Network, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$6.00** |
| Lexis/Nexis | 05/01/09 | Fredericks IS | 155.68 |
| Lexis/Nexis | 05/02/09 | Fredericks IS | 558.55 |
| Lexis/Nexis | 05/05/09 | Fredericks IS | 574.14 |
| Lexis/Nexis | 05/07/09 | Fredericks IS | 493.00 |
| Lexis/Nexis | 05/08/09 | Fredericks IS | 7.50 |
| Lexis/Nexis | 05/15/09 | Fredericks IS | 15.00 |
| Lexis/Nexis | 05/27/09 | Fredericks IS | 7.50 |
| Lexis/Nexis | 05/28/09 | Fredericks IS | 47.85 |
| Lexis/Nexis | 05/29/09 | Fredericks IS | 178.78 |
| | | **TOTAL LEXIS/NEXIS** | **$2,038.00** |
| Westlaw | 10/03/08 | Nelson VP | 13.00 |
| | | **TOTAL WESTLAW** | **$13.00** |
| Vendor Hosted Teleconferencing | 11/01/08 | Teleconferencing Services, LLC | 4.74 |
| Vendor Hosted Teleconferencing | 11/03/08 | Teleconferencing Services, LLC | 6.55 |
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 2.94 |
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 1.59 |
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 13.56 |
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 16.60 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 6.88 |
| Vendor Hosted Teleconferencing | 11/05/08 | Teleconferencing Services, LLC | 16.03 |
| Vendor Hosted Teleconferencing | 11/06/08 | Teleconferencing Services, LLC | 6.55 |
| Vendor Hosted Teleconferencing | 11/06/08 | Teleconferencing Services, LLC | 39.58 |
| Vendor Hosted Teleconferencing | 11/07/08 | Teleconferencing Services, LLC | 2.47 |
| Vendor Hosted Teleconferencing | 11/08/08 | Teleconferencing Services, LLC | 141.95 |
| Vendor Hosted Teleconferencing | 11/08/08 | Teleconferencing Services, LLC | 42.32 |
| Vendor Hosted Teleconferencing | 11/08/08 | Teleconferencing Services, LLC | 84.90 |
| Vendor Hosted Teleconferencing | 11/08/08 | Teleconferencing Services, LLC | 4.55 |
| Vendor Hosted Teleconferencing | 11/12/08 | Teleconferencing Services, LLC | 2.81 |
| Vendor Hosted Teleconferencing | 11/14/08 | Teleconferencing Services, LLC | 7.35 |
| Vendor Hosted Teleconferencing | 11/16/08 | Teleconferencing Services, LLC | 15.71 |
| Vendor Hosted Teleconferencing | 12/05/08 | Teleconferencing Services, LLC | 9.16 |
| Vendor Hosted Teleconferencing | 04/02/09 | Teleconferencing Services, LLC | 0.60 |
| Vendor Hosted Teleconferencing | 04/13/09 | Teleconferencing Services, LLC | 26.85 |
| Vendor Hosted Teleconferencing | 04/20/09 | Teleconferencing Services, LLC | 23.24 |
| Vendor Hosted Teleconferencing | 04/21/09 | Teleconferencing Services, LLC | 14.15 |
| Vendor Hosted Teleconferencing | 04/22/09 | Teleconferencing Services, LLC | 16.23 |
| Vendor Hosted Teleconferencing | 04/22/09 | Teleconferencing Services, LLC | 1.54 |
| Vendor Hosted Teleconferencing | 04/23/09 | Teleconferencing Services, LLC | 22.43 |
| Vendor Hosted Teleconferencing | 04/27/09 | Teleconferencing Services, LLC | 16.51 |
| Vendor Hosted Teleconferencing | 05/04/09 | Teleconferencing Services, LLC | 2.01 |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 05/04/09 | Teleconferencing Services, LLC | 20.71 |
| Vendor Hosted Teleconferencing | 05/08/09 | Teleconferencing Services, LLC | 1.66 |
| Vendor Hosted Teleconferencing | 05/11/09 | Teleconferencing Services, LLC | 28.71 |
| Vendor Hosted Teleconferencing | 05/18/09 | Teleconferencing Services, LLC | 61.50 |
| Vendor Hosted Teleconferencing | 05/27/09 | Teleconferencing Services, LLC | 2.47 |
| Vendor Hosted Teleconferencing | 05/27/09 | Teleconferencing Services, LLC | 11.28 |
| Vendor Hosted Teleconferencing | 05/27/09 | Teleconferencing Services, LLC | 3.87 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$680.00** |
| Out-of-Town Travel | 12/17/08 | Meehan EJ | 445.67 |
| Out-of-Town Travel | 12/17/08 | Meehan EJ | 2.00 |
| Out-of-Town Travel | 12/17/08 | Meehan EJ | 121.73 |
| Out-of-Town Travel | 12/17/08 | Meehan EJ | 0.60 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$570.00** |
| Overtime Meals | 05/21/09 | Woolley MR | 7.00 |
| | | **TOTAL OVERTIME MEALS** | **$7.00** |
| Messengers/ Courier | 11/07/08 | Federal Express Corp. | 12.50 |
| Messengers/ Courier | 11/07/08 | Federal Express Corp. | 12.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| Out-of-Town Meals | 12/17/08 | Meehan EJ | 31.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$31.00** |
| Outside Research/Internet Services | 12/23/08 | Parcels Inc. | 35.65 |
| Outside Research/Internet Services | 01/06/09 | Pacer Service Center | 84.35 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$120.00** |
| | | **TOTAL MATTER** | **$4,121.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  
Asset Dispositions (General)

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/10/09 | Kumar JS | 863.11 |
| Air/Rail Travel - vendor feed | 05/10/09 | Brown S | 460.89 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,324.00** |
| In-house Repro (network) | 05/29/09 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| In-house Reproduction | 05/12/09 | Copy Center, D | 120.62 |
| In-house Reproduction | 05/12/09 | Copy Center, D | 119.31 |
| In-house Reproduction | 05/19/09 | Copy Center, D | 40.07 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$280.00** |
| Lexis/Nexis | 05/13/09 | Kumar JS | 8.00 |
| | | **TOTAL LEXIS/NEXIS** | **$8.00** |
| Westlaw | 05/07/09 | Baker SK | 1,783.02 |
| Westlaw | 05/08/09 | Baker SK | 573.15 |
| Westlaw | 05/11/09 | Baker SK | 4,732.79 |
| Westlaw | 05/13/09 | Kumar JS | 14.04 |
| | | **TOTAL WESTLAW** | **$7,103.00** |
| Vendor Hosted Teleconferencing | 04/03/09 | Teleconferencing Services, LLC | 47.57 |
| Vendor Hosted Teleconferencing | 05/01/09 | Teleconferencing Services, LLC | 2.52 |
| Vendor Hosted Teleconferencing | 05/11/09 | Teleconferencing Services, LLC | 6.59 |
| Vendor Hosted Teleconferencing | 05/12/09 | Teleconferencing Services, LLC | 32.32 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$89.00** |
| Messengers/ Courier | 05/12/09 | Federal Express Corp. | 31.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$31.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MATTER | $8,836.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)     Bill Date: 06/05/09
Automatic Stay (Relief Actions)     Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/17/09 | Baker SK | 79.33 |
| Westlaw | 05/18/09 | Baker SK | 28.67 |
| | | TOTAL WESTLAW | $108.00 |
| | | TOTAL MATTER | $108.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　　Bill Date: 06/05/09
Case Administration　　　　　　　　　　　　　　　　　　　　　Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/12/09 | Galardi GM | 456.53 |
| Air/Rail Travel - vendor feed | 05/12/09 | Galardi GM | -411.54 |
| Air/Rail Travel - vendor feed | 05/12/09 | Galardi GM | -44.99 |
| Air/Rail Travel - vendor feed | 05/13/09 | Galardi GM | 696.50 |
| Air/Rail Travel - vendor feed | 05/13/09 | Galardi GM | 696.50 |
| Air/Rail Travel - vendor feed | 05/13/09 | Galardi GM | -2.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,391.00** |
| In-house Reproduction | 05/01/09 | Copy Center, D | 143.82 |
| In-house Reproduction | 05/05/09 | Copy Center, D | 94.78 |
| In-house Reproduction | 05/12/09 | Copy Center, D | 3.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$242.00** |
| Lexis/Nexis | 05/01/09 | Baker SK | 15.53 |
| Lexis/Nexis | 05/08/09 | Heaney CM | 7.47 |
| | | **TOTAL LEXIS/NEXIS** | **$23.00** |
| Vendor Hosted Teleconferencing | 05/05/09 | Teleconferencing Services, LLC | 20.23 |
| Vendor Hosted Teleconferencing | 05/06/09 | Teleconferencing Services, LLC | 42.92 |
| Vendor Hosted Teleconferencing | 05/06/09 | Teleconferencing Services, LLC | 4.34 |
| Vendor Hosted Teleconferencing | 05/07/09 | Teleconferencing Services, LLC | 73.58 |
| Vendor Hosted Teleconferencing | 05/07/09 | Teleconferencing Services, LLC | 10.69 |
| Vendor Hosted Teleconferencing | 05/07/09 | Teleconferencing Services, LLC | 78.74 |
| Vendor Hosted Teleconferencing | 05/08/09 | Teleconferencing Services, LLC | 16.23 |
| Vendor Hosted Teleconferencing | 05/08/09 | Teleconferencing Services, LLC | 18.55 |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 05/10/09 | Teleconferencing Services, LLC | 3.08 |
| Vendor Hosted Teleconferencing | 05/11/09 | Teleconferencing Services, LLC | 24.96 |
| Vendor Hosted Teleconferencing | 05/12/09 | Teleconferencing Services, LLC | 0.20 |
| Vendor Hosted Teleconferencing | 05/12/09 | Teleconferencing Services, LLC | 5.47 |
| Vendor Hosted Teleconferencing | 05/15/09 | Teleconferencing Services, LLC | 16.09 |
| Vendor Hosted Teleconferencing | 05/15/09 | Teleconferencing Services, LLC | 1.47 |
| Vendor Hosted Teleconferencing | 05/15/09 | Teleconferencing Services, LLC | 5.22 |
| Vendor Hosted Teleconferencing | 05/18/09 | Teleconferencing Services, LLC | 17.35 |
| Vendor Hosted Teleconferencing | 05/19/09 | Teleconferencing Services, LLC | 10.60 |
| Vendor Hosted Teleconferencing | 05/22/09 | Teleconferencing Services, LLC | 9.28 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$359.00** |
| Out-of-Town Travel | 02/25/09 | Dickerson CL | 6.02 |
| Out-of-Town Travel | 03/30/09 | Galardi GM | 19.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$26.00** |
| Messengers/ Courier | 04/27/09 | Federal Express Corp. | 6.96 |
| Messengers/ Courier | 04/27/09 | Federal Express Corp. | 6.76 |
| Messengers/ Courier | 04/29/09 | Federal Express Corp. | 6.96 |
| Messengers/ Courier | 04/30/09 | Federal Express Corp. | 23.85 |
| Messengers/ Courier | 05/01/09 | Federal Express Corp. | 11.20 |
| Messengers/ Courier | 05/04/09 | Federal Express Corp. | 6.76 |
| Messengers/ Courier | 05/04/09 | Federal Express Corp. | 11.27 |
| Messengers/ Courier | 05/04/09 | Federal Express Corp. | 33.57 |
| Messengers/ Courier | 05/05/09 | Federal Express Corp. | 6.76 |
| Messengers/ Courier | 05/05/09 | Federal Express Corp. | 12.17 |
| Messengers/ Courier | 05/11/09 | Federal Express Corp. | 21.05 |
| Messengers/ Courier | 05/15/09 | Federal Express Corp. | 6.76 |
| Messengers/ Courier | 05/15/09 | Federal Express Corp. | 6.76 |
| Messengers/ Courier | 05/18/09 | Federal Express Corp. | 12.17 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MESSENGERS/ COURIER | $173.00 |
| Outside Research/Internet Services | 04/03/09 | Pacer Service Center | 143.24 |
| Outside Research/Internet Services | 04/03/09 | Pacer Service Center | 21.19 |
| Outside Research/Internet Services | 04/03/09 | Pacer Service Center | 722.57 |
| | | TOTAL OUTSIDE RESEARCH/INTERNET SERVICES | $887.00 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 6.65 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 4.49 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 5.29 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 2.33 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.11 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 8.58 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 14.99 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 14.99 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 05/14/09 | Ndumu TA | 4.73 |
| | | TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA) | $72.00 |
| | | TOTAL MATTER | $3,173.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Claims Admin. (General)

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 05/04/09 | Baker SK | 182.89 |
| Lexis/Nexis | 05/05/09 | Baker SK | 8.11 |
|  |  | **TOTAL LEXIS/NEXIS** | **$191.00** |
| Westlaw | 05/04/09 | Baker SK | 591.73 |
| Westlaw | 05/05/09 | Baker SK | 1,000.43 |
| Westlaw | 05/08/09 | Baker SK | 374.84 |
|  |  | **TOTAL WESTLAW** | **$1,967.00** |
| Vendor Hosted Teleconferencing | 05/06/09 | Teleconferencing Services, LLC | 5.00 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| Outside Research/Internet Services | 04/03/09 | Pacer Service Center | 37.00 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$37.00** |
|  |  | **TOTAL MATTER** | **$2,200.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Employee Matters (General)

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 05/01/09 | Kumar JS | 139.22 |
| Lexis/Nexis | 05/18/09 | Baker SK | 104.93 |
| Lexis/Nexis | 05/21/09 | Kumar JS | 70.47 |
| Lexis/Nexis | 05/21/09 | Zylich AK | 166.38 |
| | | TOTAL LEXIS/NEXIS | $481.00 |
| Westlaw | 05/08/09 | Eskenazi MG | 894.76 |
| Westlaw | 05/11/09 | Eskenazi MG | 979.30 |
| Westlaw | 05/12/09 | Eskenazi MG | 313.34 |
| Westlaw | 05/13/09 | Eskenazi MG | 41.19 |
| Westlaw | 05/18/09 | Baker SK | 663.01 |
| Westlaw | 05/19/09 | Baker SK | 467.53 |
| Westlaw | 05/20/09 | Kumar JS | 202.62 |
| Westlaw | 05/21/09 | Kumar JS | 26.44 |
| Westlaw | 05/21/09 | Salins RM | 1,077.15 |
| Westlaw | 05/22/09 | Honorowski C | 357.32 |
| Westlaw | 05/26/09 | Honorowski C | 114.34 |
| | | TOTAL WESTLAW | $5,137.00 |
| Messengers/ Courier | 05/01/09 | Federal Express Corp. | 12.90 |
| Messengers/ Courier | 05/01/09 | Federal Express Corp. | 9.70 |
| Messengers/ Courier | 05/14/09 | Federal Express Corp. | 9.70 |
| Messengers/ Courier | 05/14/09 | Federal Express Corp. | 9.70 |
| | | TOTAL MESSENGERS/ COURIER | $42.00 |
| | | TOTAL MATTER | $5,660.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　　Bill Date: 06/05/09
Intellectual Property　　　　　　　　　　　　　　　　　　　　Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/12/09 | Copy Center, D | 82.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$82.00** |
| Westlaw | 05/06/09 | Lazaroff KA | 312.03 |
| Westlaw | 05/07/09 | Lazaroff KA | 478.30 |
| Westlaw | 05/08/09 | Lazaroff KA | 192.18 |
| Westlaw | 05/11/09 | Lazaroff KA | 178.49 |
| | | **TOTAL WESTLAW** | **$1,161.00** |
| | | **TOTAL MATTER** | **$1,243.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Investigations and Reviews

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/01/09 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Leases (Real Property)

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/01/09 | Copy Center, D | 1.00 |
| In-house Reproduction | 05/12/09 | Copy Center, D | 304.08 |
| In-house Reproduction | 05/22/09 | Copy Center, D | 9.92 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$315.00** |
| Westlaw | 05/18/09 | Lazaroff KA | 336.00 |
| | | **TOTAL WESTLAW** | **$336.00** |
| Vendor Hosted Teleconferencing | 04/13/09 | Teleconferencing Services, LLC | 13.93 |
| Vendor Hosted Teleconferencing | 05/11/09 | Teleconferencing Services, LLC | 38.92 |
| Vendor Hosted Teleconferencing | 05/11/09 | Teleconferencing Services, LLC | 81.15 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$134.00** |
| Messengers/ Courier | 05/08/09 | Federal Express Corp. | 61.87 |
| Messengers/ Courier | 05/12/09 | Federal Express Corp. | 10.18 |
| Messengers/ Courier | 05/18/09 | Federal Express Corp. | 6.77 |
| Messengers/ Courier | 05/21/09 | Federal Express Corp. | 10.18 |
| | | **TOTAL MESSENGERS/ COURIER** | **$89.00** |
| | | **TOTAL MATTER** | **$874.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Litigation (General)

Bill Date: 06/05/09  
Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 05/08/09 | Office Admin, D | 350.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$350.00** |
| In-house Reproduction | 05/08/09 | Copy Center, D | 6.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.00** |
| Westlaw | 04/30/09 | West Group | -602.00 |
| | | **TOTAL WESTLAW** | **$-602.00** |
| Vendor Hosted Teleconferencing | 05/29/09 | Teleconferencing Services, LLC | 7.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.00** |
| Messengers/ Courier | 05/08/09 | Federal Express Corp. | 25.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| Outside Research/Internet Services | 04/03/09 | Pacer Service Center | 51.85 |
| Outside Research/Internet Services | 05/05/09 | Skardel, Inc. | 36.05 |
| Outside Research/Internet Services | 05/05/09 | CT Corporation System | 58.10 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$146.00** |
| | | **TOTAL MATTER** | **$-68.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Circuit City Stores, Inc. (DIP)  Bill Date: 06/05/09
Vendor Matters  Bill Number: 1266691

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/15/09 | Lazaroff KA | 56.00 |
| | | TOTAL WESTLAW | $56.00 |
| | | TOTAL MATTER | $56.00 |
| | | TOTAL CLIENT | $26,204.00 |

B43E