**Circuit City Stores, Inc. (DIP)**
**General Corporate Advice**

**Bill Date: 07/09/09**
**Bill Number: 1276041**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/25/09 | Copy Center, D | 13.85 |
| In-house Reproduction | 06/28/09 | Copy Center, D | 24.15 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$38.00** |
| Lexis/Nexis | 05/31/09 | Fredericks IS | 97.98 |
| Lexis/Nexis | 06/01/09 | Fredericks IS | 301.30 |
| Lexis/Nexis | 06/08/09 | Fredericks IS | 84.33 |
| Lexis/Nexis | 06/09/09 | Fredericks IS | 183.96 |
| Lexis/Nexis | 06/13/09 | Fredericks IS | 22.51 |
| Lexis/Nexis | 06/17/09 | Fredericks IS | 260.79 |
| Lexis/Nexis | 06/22/09 | Fredericks IS | 195.07 |
| Lexis/Nexis | 06/23/09 | Fredericks IS | 132.05 |
| Lexis/Nexis | 06/29/09 | Fredericks IS | 15.01 |
| | | **TOTAL LEXIS/NEXIS** | **$1,293.00** |
| Vendor Hosted Telecon-ferencing | 06/01/09 | Teleconferencing Services, LLC | 7.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.00** |
| | | **TOTAL MATTER** | **$1,338.00** |

B43E

Circuit City Stores, Inc. (DIP)
Asset Analysis and Recovery

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 06/05/09 | Baker SK | 114.00 |
| | | TOTAL WESTLAW | $114.00 |
| | | TOTAL MATTER | $114.00 |

B43E

**Circuit City Stores, Inc. (DIP)**
**Asset Dispositions (General)**

**Bill Date: 07/09/09**
**Bill Number: 1276041**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/03/09 | Fredericks IS | 664.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$664.00** |
| In-house Reproduction | 06/05/09 | Copy Center, D | 32.41 |
| In-house Reproduction | 06/23/09 | Copy Center, D | 1.59 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$34.00** |
| Out-of-Town Travel | 05/13/09 | Boston Coach Corp. | 110.05 |
| Out-of-Town Travel | 06/03/09 | Boston Coach Corp. | 105.79 |
| Out-of-Town Travel | 06/04/09 | Boston Coach Corp. | 106.16 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$322.00** |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 10.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$10.00** |
| | | **TOTAL MATTER** | **$1,030.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**
**Business Operations / Strategic Planning**

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/19/09 | Copy Center, D | 132.86 |
| In-house Reproduction | 06/23/09 | Copy Center, D | 769.84 |
| In-house Reproduction | 06/28/09 | Copy Center, D | 3.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$906.00** |
| Reproduction - color | 06/28/09 | Copy Center, D | 6.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$6.00** |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 11.36 |
| Messengers/ Courier | 06/26/09 | Federal Express Corp. | 18.64 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.00** |
| | | **TOTAL MATTER** | **$942.00** |

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 07/09/09
Case Administration                                Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/02/09 | Galardi GM | -694.61 |
| Air/Rail Travel - vendor feed | 05/19/09 | Dickerson CL | 788.81 |
| Air/Rail Travel - vendor feed | 05/19/09 | Dickerson CL | -289.64 |
| Air/Rail Travel - vendor feed | 05/21/09 | Dickerson CL | 439.12 |
| Air/Rail Travel - vendor feed | 05/21/09 | Dickerson CL | -394.12 |
| Air/Rail Travel - vendor feed | 05/21/09 | Dickerson CL | -45.00 |
| Air/Rail Travel - vendor feed | 05/26/09 | Fredericks IS | 819.21 |
| Air/Rail Travel - vendor feed | 06/08/09 | Galardi GM | 694.61 |
| Air/Rail Travel - vendor feed | 06/08/09 | Galardi GM | -694.61 |
| Air/Rail Travel - vendor feed | 06/08/09 | Fredericks IS | 664.21 |
| Air/Rail Travel - vendor feed | 06/09/09 | Galardi GM | 694.61 |
| Air/Rail Travel - vendor feed | 06/10/09 | Fredericks IS | 150.00 |
| Air/Rail Travel - vendor feed | 06/15/09 | Fredericks IS | 1,454.21 |
| Air/Rail Travel - vendor feed | 06/18/09 | Galardi GM | -694.61 |
| Air/Rail Travel - vendor feed | 06/22/09 | Fredericks IS | 1,454.21 |
| Air/Rail Travel - vendor feed | 06/22/09 | Galardi GM | 1,454.21 |
| Air/Rail Travel - vendor feed | 06/24/09 | Fredericks IS | -704.61 |
| **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | | | **$5,096.00** |
| In-house Reproduction | 06/02/09 | Copy Center, D | 0.40 |
| In-house Reproduction | 06/12/09 | Copy Center, D | 58.05 |
| In-house Reproduction | 06/16/09 | Copy Center, D | 8.51 |
| In-house Reproduction | 06/19/09 | Copy Center, D | 7.61 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/23/09 | Copy Center, D | 160.52 |
| In-house Reproduction | 06/30/09 | Copy Center, D | 11.91 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$247.00** |
| Postage | 06/05/09 | Office Admin, D | 1.70 |
| Postage | 06/13/09 | Office Admin, D | 0.44 |
| Postage | 06/22/09 | Office Admin, D | 0.43 |
| Postage | 06/30/09 | Office Admin, D | 0.43 |
| | | **TOTAL POSTAGE** | **$3.00** |
| Lexis/Nexis | 06/03/09 | Heaney CM | 15.00 |
| Lexis/Nexis | 06/04/09 | Baker SK | 1,048.00 |
| | | **TOTAL LEXIS/NEXIS** | **$1,063.00** |
| Westlaw | 05/31/09 | Fredericks IS | 67.00 |
| Westlaw | 06/04/09 | Baker SK | 1,138.00 |
| Westlaw | 06/16/09 | Heaney CM | 16.00 |
| | | **TOTAL WESTLAW** | **$1,221.00** |
| Reproduction - color | 05/20/09 | Copy Center, D | 275.00 |
| Reproduction - color | 05/20/09 | Copy Center, D | 275.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$550.00** |
| Vendor Hosted Telecon-ferencing | 05/07/09 | Teleconferencing Services, LLC | -15.64 |
| Vendor Hosted Telecon-ferencing | 06/05/09 | Teleconferencing Services, LLC | 2.64 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$-13.00** |
| Air/Rail Travel (external) | 05/10/09 | Fredericks IS | 100.00 |
| Air/Rail Travel (external) | 05/19/09 | Galardi GM | 119.00 |
| Air/Rail Travel (external) | 05/19/09 | Fredericks IS | 115.00 |
| Air/Rail Travel (external) | 05/19/09 | Fredericks IS | 134.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$468.00** |
| Out-of-Town Travel | 04/27/09 | Fredericks IS | 315.43 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 04/27/09 | Fredericks IS | 43.26 |
| Out-of-Town Travel | 04/27/09 | Fredericks IS | 5.00 |
| Out-of-Town Travel | 04/27/09 | Fredericks IS | 40.00 |
| Out-of-Town Travel | 04/28/09 | Fredericks IS | 40.00 |
| Out-of-Town Travel | 05/10/09 | Fredericks IS | 30.00 |
| Out-of-Town Travel | 05/10/09 | Fredericks IS | 575.99 |
| Out-of-Town Travel | 05/10/09 | Fredericks IS | 45.00 |
| Out-of-Town Travel | 05/10/09 | Fredericks IS | 25.93 |
| Out-of-Town Travel | 05/11/09 | Fredericks IS | 8.00 |
| Out-of-Town Travel | 05/12/09 | Fredericks IS | 37.26 |
| Out-of-Town Travel | 05/12/09 | Fredericks IS | 20.00 |
| Out-of-Town Travel | 05/12/09 | Boston Coach Corp. | 132.41 |
| Out-of-Town Travel | 05/13/09 | Fredericks IS | 35.00 |
| Out-of-Town Travel | 05/13/09 | Fredericks IS | 228.56 |
| Out-of-Town Travel | 05/19/09 | Fredericks IS | 372.66 |
| Out-of-Town Travel | 05/19/09 | Fredericks IS | 8.40 |
| Out-of-Town Travel | 05/19/09 | Fredericks IS | 8.00 |
| Out-of-Town Travel | 05/20/09 | Fredericks IS | 21.50 |
| Out-of-Town Travel | 05/21/09 | Fredericks IS | 8.40 |
| Out-of-Town Travel | 05/26/09 | Fredericks IS | 200.76 |
| Out-of-Town Travel | 05/27/09 | Fredericks IS | 303.99 |
| Out-of-Town Travel | 05/27/09 | Fredericks IS | 65.00 |
| Out-of-Town Travel | 06/03/09 | Fredericks IS | 35.00 |
| Out-of-Town Travel | 06/03/09 | Fredericks IS | 303.99 |
| Out-of-Town Travel | 06/04/09 | Fredericks IS | 5.00 |
| Out-of-Town Travel | 06/08/09 | Fredericks IS | 5.00 |
| Out-of-Town Travel | 06/08/09 | Fredericks IS | 303.99 |
| Out-of-Town Travel | 06/09/09 | Fredericks IS | 303.99 |
| Out-of-Town Travel | 06/15/09 | Fredericks IS | 247.48 |
| Out-of-Town Travel | 06/15/09 | Fredericks IS | 5.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,780.00** |
| Messengers/ Courier | 06/01/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 12.13 |
| Messengers/ Courier | 06/11/09 | Federal Express Corp. | 6.82 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 10.43 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 10.43 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 16.63 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 16.63 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 16.99 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/12/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/17/09 | Federal Express Corp. | 11.71 |
| Messengers/ Courier | 06/18/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/18/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/19/09 | Federal Express Corp. | 38.85 |
| Messengers/ Courier | 06/19/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/22/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/22/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 11.44 |
| Messengers/ Courier | 06/26/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/26/09 | Federal Express Corp. | 6.82 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/29/09 | Federal Express Corp. | 7.02 |
| Messengers/ Courier | 06/30/09 | Federal Express Corp. | 11.44 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/30/09 | Federal Express Corp. | 8.58 |
| | | **TOTAL MESSENGERS/ COURIER** | **$369.00** |
| Out-of-Town Meals | 04/27/09 | Fredericks IS | 1.92 |
| Out-of-Town Meals | 04/27/09 | Fredericks IS | 3.72 |
| Out-of-Town Meals | 04/27/09 | Fredericks IS | 52.12 |
| Out-of-Town Meals | 04/28/09 | Fredericks IS | 14.49 |
| Out-of-Town Meals | 04/28/09 | Fredericks IS | 24.99 |
| Out-of-Town Meals | 05/10/09 | Fredericks IS | 29.80 |
| Out-of-Town Meals | 05/11/09 | Fredericks IS | 214.91 |
| Out-of-Town Meals | 05/13/09 | Fredericks IS | 7.48 |
| Out-of-Town Meals | 05/13/09 | Fredericks IS | 0.72 |
| Out-of-Town Meals | 05/13/09 | Fredericks IS | 8.50 |
| Out-of-Town Meals | 05/13/09 | Fredericks IS | 1.39 |
| Out-of-Town Meals | 05/13/09 | Fredericks IS | 5.86 |
| Out-of-Town Meals | 05/19/09 | Fredericks IS | 24.99 |
| Out-of-Town Meals | 05/19/09 | Fredericks IS | 7.00 |
| Out-of-Town Meals | 05/20/09 | Fredericks IS | 20.05 |
| Out-of-Town Meals | 05/26/09 | Fredericks IS | 24.99 |
| Out-of-Town Meals | 05/27/09 | Fredericks IS | 19.99 |
| Out-of-Town Meals | 05/27/09 | Fredericks IS | 23.11 |
| Out-of-Town Meals | 05/28/09 | Fredericks IS | 2.75 |
| Out-of-Town Meals | 05/28/09 | Fredericks IS | 39.98 |
| Out-of-Town Meals | 06/03/09 | Fredericks IS | 34.21 |
| Out-of-Town Meals | 06/04/09 | Fredericks IS | 31.99 |
| Out-of-Town Meals | 06/04/09 | Fredericks IS | 3.66 |
| Out-of-Town Meals | 06/04/09 | Fredericks IS | 10.00 |
| Out-of-Town Meals | 06/08/09 | Fredericks IS | 4.06 |
| Out-of-Town Meals | 06/09/09 | Fredericks IS | 80.10 |
| Out-of-Town Meals | 06/09/09 | Fredericks IS | 32.96 |
| Out-of-Town Meals | 06/10/09 | Fredericks IS | 30.57 |
| Out-of-Town Meals | 06/10/09 | Fredericks IS | 6.45 |
| Out-of-Town Meals | 06/15/09 | Fredericks IS | 4.73 |
| Out-of-Town Meals | 06/15/09 | Fredericks IS | 109.95 |
| Out-of-Town Meals | 06/16/09 | Fredericks IS | 38.56 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN MEALS** | **$916.00** |
| Court Reporting | 05/29/09 | TSG Reporting, Inc | 3,469.00 |
| | | **TOTAL COURT REPORTING** | **$3,469.00** |
| Outside Research/Internet Services | 05/26/09 | Fredericks IS | 9.96 |
| Outside Research/Internet Services | 06/19/09 | U.S. Document Retrieval Service, Inc. | 190.04 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$200.00** |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 3.83 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 4.23 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 24.33 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.88 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.52 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.52 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 8.22 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.83 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 2.31 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.01 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 2.07 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 6.14 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 2.87 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.68 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 6.86 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.36 |

B43R

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 2.39 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 7.10 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.44 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 6.86 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 3.03 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 5.43 |
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 1.68 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 06/22/09 | Ndumu TA | 12.45 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$131.00** |
| Internal Catering-NY | 05/11/09 | Galardi GM | 1,600.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,600.00** |
| | | **TOTAL MATTER** | **$19,100.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    Bill Date: 07/09/09
Claims Admin. (General)                            Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/05/09 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 05/31/09 | Liberi JM | 356.51 |
| Lexis/Nexis | 06/02/09 | Liberi JM | 37.51 |
| Lexis/Nexis | 06/08/09 | Liberi JM | 30.01 |
| Lexis/Nexis | 06/08/09 | Nelson VP | 46.67 |
| Lexis/Nexis | 06/10/09 | Liberi JM | 203.76 |
| Lexis/Nexis | 06/14/09 | Kim CW | 17.41 |
| Lexis/Nexis | 06/15/09 | Baker SK | 46.18 |
| Lexis/Nexis | 06/16/09 | Liberi JM | 444.58 |
| Lexis/Nexis | 06/17/09 | Liberi JM | 107.73 |
| Lexis/Nexis | 06/22/09 | Baker SK | 129.64 |
| | | **TOTAL LEXIS/NEXIS** | **$1,420.00** |
| Westlaw | 06/02/09 | Stanco JG | 44.60 |
| Westlaw | 06/03/09 | Baker SK | 151.15 |
| Westlaw | 06/08/09 | Foust PM | 460.15 |
| Westlaw | 06/09/09 | Anderson MC | 45.00 |
| Westlaw | 06/09/09 | Foust PM | 255.93 |
| Westlaw | 06/10/09 | Anderson MC | 46.98 |
| Westlaw | 06/10/09 | Stanco JG | 67.60 |
| Westlaw | 06/11/09 | Baker SK | 125.23 |
| Westlaw | 06/12/09 | Kumar JS | 5.40 |
| Westlaw | 06/13/09 | Kim CW | 107.20 |
| Westlaw | 06/14/09 | Baker SK | 247.76 |
| Westlaw | 06/15/09 | Baker SK | 36.71 |
| Westlaw | 06/17/09 | Kumar JS | 59.40 |
| Westlaw | 06/18/09 | Kumar JS | 59.72 |
| Westlaw | 06/22/09 | Baker SK | 873.89 |
| Westlaw | 06/24/09 | Baker SK | 195.25 |
| Westlaw | 06/25/09 | Baker SK | 19.98 |
| Westlaw | 06/26/09 | Baker SK | 91.61 |
| Westlaw | 06/29/09 | Baker SK | 189.50 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 06/30/09 | Baker SK | 131.94 |
| | | **TOTAL WESTLAW** | **$3,215.00** |
| Vendor Hosted Teleconferencing | 06/01/09 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| Out-of-Town Travel | 05/26/09 | Liberi JM | 411.15 |
| Out-of-Town Travel | 05/26/09 | Liberi JM | 232.85 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$644.00** |
| Messengers/ Courier | 06/22/09 | Federal Express Corp. | 28.10 |
| Messengers/ Courier | 06/22/09 | Federal Express Corp. | 29.45 |
| Messengers/ Courier | 06/24/09 | Federal Express Corp. | 19.45 |
| | | **TOTAL MESSENGERS/ COURIER** | **$77.00** |
| Out-of-Town Meals | 05/26/09 | Liberi JM | 44.73 |
| Out-of-Town Meals | 05/29/09 | Liberi JM | 12.27 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$57.00** |
| | | **TOTAL MATTER** | **$5,417.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 07/09/09**
**Creditor Meetings / Statutory Committees**          **Bill Number: 1276041**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 05/20/09 | Dickerson CL | 486.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$486.00** |
| Out-of-Town Meals | 05/19/09 | Dickerson CL | 6.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$6.00** |
| | | **TOTAL MATTER** | **$492.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Employee Matters (General)**

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 06/11/09 | Salins RM | 154.77 |
| Westlaw | 06/16/09 | Baker SK | 30.20 |
| Westlaw | 06/29/09 | Kumar JS | 120.03 |
| | | **TOTAL WESTLAW** | **$305.00** |
| Out-of-Town Travel | 06/22/09 | Galardi GM | 247.12 |
| Out-of-Town Travel | 06/22/09 | Galardi GM | 44.94 |
| Out-of-Town Travel | 06/23/09 | Galardi GM | 44.94 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$337.00** |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 10.00 |
| Messengers/ Courier | 06/25/09 | Federal Express Corp. | 10.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$20.00** |
| Out-of-Town Meals | 06/22/09 | Galardi GM | 28.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$28.00** |
| | | **TOTAL MATTER** | **$690.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Intellectual Property**

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 05/11/09 | Galardi GM | 119.00 |
| Air/Rail Travel (external) | 05/12/09 | Galardi GM | 134.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$253.00** |
| Out-of-Town Travel | 05/12/09 | Galardi GM | 436.49 |
| Out-of-Town Travel | 05/12/09 | Kumar JS | 621.87 |
| Out-of-Town Travel | 05/13/09 | Galardi GM | 32.00 |
| Out-of-Town Travel | 05/13/09 | Galardi GM | 30.00 |
| Out-of-Town Travel | 05/20/09 | Galardi GM | 413.64 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,534.00** |
| Out-of-Town Meals | 05/13/09 | Galardi GM | 59.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$59.00** |
| | | **TOTAL MATTER** | **$1,846.00** |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 07/09/09
Leases (Real Property)                                   Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/09 | Copy Center, D | 0.80 |
| In-house Reproduction | 06/05/09 | Copy Center, D | 131.80 |
| In-house Reproduction | 06/19/09 | Copy Center, D | 0.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$133.00** |
| Westlaw | 06/02/09 | Lazaroff KA | 87.46 |
| Westlaw | 06/08/09 | Lazaroff KA | 200.45 |
| Westlaw | 06/11/09 | Lazaroff KA | 14.53 |
| Westlaw | 06/15/09 | Lazaroff KA | 203.86 |
| Westlaw | 06/16/09 | Lazaroff KA | 20.47 |
| Westlaw | 06/17/09 | Kumar JS | 218.14 |
| Westlaw | 06/17/09 | Lazaroff KA | 119.54 |
| Westlaw | 06/18/09 | Lazaroff KA | 26.44 |
| Westlaw | 06/24/09 | Lazaroff KA | 120.85 |
| Westlaw | 06/25/09 | Lazaroff KA | 133.06 |
| Westlaw | 06/29/09 | Madden J | 81.18 |
| Westlaw | 06/30/09 | Madden J | 52.02 |
| | | **TOTAL WESTLAW** | **$1,278.00** |
| Vendor Hosted Telecon-ferencing | 06/03/09 | Teleconferencing Services, LLC | 10.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.00** |
| Messengers/ Courier | 06/01/09 | Federal Express Corp. | 8.74 |
| Messengers/ Courier | 06/02/09 | Federal Express Corp. | 8.74 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 7.52 |
| | | **TOTAL MESSENGERS/ COURIER** | **$25.00** |
| | | **TOTAL MATTER** | **$1,446.00** |

B43E

**Circuit City Stores, Inc. (DIP)**          **Bill Date: 07/09/09**
**Litigation (General)**                     **Bill Number: 1276041**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/26/09 | Liberi JM | 1,434.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,434.00** |
| Westlaw | 06/21/09 | Heaney CM | 610.00 |
| | | **TOTAL WESTLAW** | **$610.00** |
| | | **TOTAL MATTER** | **$2,044.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Nonworking Travel Time**

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 05/10/09 | Kumar JS | 28.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$28.00** |
| Out-of-Town Meals | 05/10/09 | Kumar JS | 14.82 |
| Out-of-Town Meals | 05/10/09 | Kumar JS | 13.18 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$28.00** |
| | | **TOTAL MATTER** | **$56.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Utilities**

Bill Date: 07/09/09
Bill Number: 1276041

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 06/20/09 | Network, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$3.00** |
| In-house Reproduction | 06/09/09 | Copy Center, D | 5.96 |
| In-house Reproduction | 06/12/09 | Copy Center, D | 59.04 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$65.00** |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 18.59 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 11.32 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 20.25 |
| Messengers/ Courier | 06/05/09 | Federal Express Corp. | 10.24 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.44 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/08/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 8.58 |
| Messengers/ Courier | 06/09/09 | Federal Express Corp. | 18.59 |
| Messengers/ Courier | 06/16/09 | Federal Express Corp. | 5.88 |
| Messengers/ Courier | 06/17/09 | Federal Express Corp. | 5.88 |

|  |  | TOTAL MESSENGERS/ COURIER | $581.00 |
|  |  | TOTAL MATTER | $649.00 |
|  |  | TOTAL CLIENT | $35,164.00 |

B43E

B43E