SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 08/13/09  
Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 07/01/09 | Fredericks IS | 16.25 |
| Lexis/Nexis | 07/02/09 | Fredericks IS | 341.75 |
| | | **TOTAL LEXIS/NEXIS** | **$358.00** |
| Vendor Hosted Teleconferencing | 06/24/09 | Teleconferencing Services, LLC | 19.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$19.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$382.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**  Bill Date: 08/13/09
**Asset Dispositions (General)**  Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 24.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$24.00** |
| | | **TOTAL MATTER** | **$24.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 08/13/09
Business Operations / Strategic Planning                 Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/15/09 | Copy Center, D | 4.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 1.49 |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 3.51 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$9.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/13/09 |
| Case Administration | | | Bill Number: 1278713 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/06/09 | Fredericks IS | 1,464.10 |
| Air/Rail Travel - vendor feed | 07/16/09 | Fredericks IS | 894.14 |
| Air/Rail Travel - vendor feed | 07/17/09 | Fredericks IS | 149.99 |
| Air/Rail Travel - vendor feed | 07/23/09 | Fredericks IS | 759.55 |
| Air/Rail Travel - vendor feed | 07/30/09 | Fredericks IS | 904.14 |
| Air/Rail Travel - vendor feed | 07/30/09 | Galardi GM | 1,474.09 |
| Air/Rail Travel - vendor feed | 07/31/09 | Fredericks IS | 149.99 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$5,796.00** |
| In-house Reproduction | 07/10/09 | Copy Center, D | 0.62 |
| In-house Reproduction | 07/12/09 | Copy Center, D | 2.38 |
| In-house Reproduction | 07/14/09 | Copy Center, D | 6.31 |
| In-house Reproduction | 07/24/09 | Copy Center, D | 2.69 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Westlaw | 07/09/09 | Fredericks IS | 232.96 |
| Westlaw | 07/13/09 | Baker SK | 37.04 |
| | | **TOTAL WESTLAW** | **$270.00** |
| Messengers/ Courier | 07/01/09 | Federal Express Corp. | 6.81 |
| Messengers/ Courier | 07/01/09 | Federal Express Corp. | 11.67 |
| Messengers/ Courier | 07/02/09 | Federal Express Corp. | 22.66 |
| Messengers/ Courier | 07/02/09 | Federal Express Corp. | 28.00 |
| Messengers/ Courier | 07/08/09 | Federal Express Corp. | 6.91 |
| Messengers/ Courier | 07/09/09 | Federal Express Corp. | 6.91 |
| Messengers/ Courier | 07/10/09 | Federal Express Corp. | 6.91 |
| Messengers/ Courier | 07/10/09 | Federal Express Corp. | 41.91 |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 14.18 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 6.15 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 12.57 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 24.47 |
| Messengers/ Courier | 07/20/09 | Federal Express Corp. | 6.15 |
| Messengers/ Courier | 07/21/09 | Federal Express Corp. | 56.99 |
| Messengers/ Courier | 07/24/09 | Federal Express Corp. | 6.15 |
| Messengers/ Courier | 07/24/09 | Federal Express Corp. | 6.67 |
| Messengers/ Courier | 07/30/09 | Federal Express Corp. | 9.89 |
| | | **TOTAL MESSENGERS/ COURIER** | **$275.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 12.49 |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 77.94 |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 539.36 |
| Outside Research/Internet Services | 07/30/09 | Pacer Service Center | 39.21 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$669.00** |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 9.20 |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 3.04 |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 3.44 |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 07/02/09 | Ndumu TA | 8.24 |
| Print Images to Paper (from Electronic Media) | 07/16/09 | Mc Clendon AD | 73.58 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 2.24 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 1.44 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 1.52 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 6.16 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 2.96 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 4.00 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 1.27 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 12.56 |
| Print Images to Paper (from Electronic Media) | 07/27/09 | Simpson C | 41.75 |

**TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)**    $177.00

**TOTAL MATTER**    $7,199.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/13/09 |
| Claims Admin. (General) | | | Bill Number: 1278713 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 07/08/09 | Baker SK | 398.05 |
| Lexis/Nexis | 07/09/09 | Liberi JM | 48.74 |
| Lexis/Nexis | 07/22/09 | Shah RP | 280.27 |
| Lexis/Nexis | 07/23/09 | Shah RP | 457.00 |
| Lexis/Nexis | 07/24/09 | Shah RP | 368.91 |
| Lexis/Nexis | 07/27/09 | Shah RP | 474.20 |
| Lexis/Nexis | 07/28/09 | Shah RP | 26.32 |
| Lexis/Nexis | 07/29/09 | Shah RP | 772.90 |
| Lexis/Nexis | 07/30/09 | Shah RP | 2,139.98 |
| Lexis/Nexis | 07/31/09 | Shah RP | 22.63 |
| | | **TOTAL LEXIS/NEXIS** | **$4,989.00** |
| Westlaw | 07/01/09 | Baker SK | 591.35 |
| Westlaw | 07/02/09 | Baker SK | 65.32 |
| Westlaw | 07/06/09 | Baker SK | 470.33 |
| Westlaw | 07/08/09 | Baker SK | 170.21 |
| Westlaw | 07/09/09 | Baker SK | 57.76 |
| Westlaw | 07/17/09 | Lazaroff KA | 133.13 |
| Westlaw | 07/21/09 | Baker SK | 200.27 |
| Westlaw | 07/23/09 | Lazaroff KA | 472.07 |
| Westlaw | 07/24/09 | Baker SK | 68.69 |
| Westlaw | 07/28/09 | Kim CW | 120.01 |
| Westlaw | 07/29/09 | Kim CW | 8.09 |
| Westlaw | 07/30/09 | Kumar JS | 81.33 |
| Westlaw | 07/30/09 | Lazaroff KA | 131.00 |
| Westlaw | 07/30/09 | Baker SK | 783.55 |
| Westlaw | 07/31/09 | Kim CW | 145.81 |
| Westlaw | 07/31/09 | Kumar JS | 51.08 |
| | | **TOTAL WESTLAW** | **$3,550.00** |
| Messengers/ Courier | 07/27/09 | Federal Express Corp. | 7.73 |
| Messengers/ Courier | 07/27/09 | Federal Express Corp. | 8.27 |
| | | **TOTAL MESSENGERS/ COURIER** | **$16.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 25.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$25.00** |
| | | **TOTAL MATTER** | **$8,580.00** |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 08/13/09
Disclosure Statement / Voting Issues                     Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　Bill Date: 08/13/09
Employee Matters (General)　　　　　　　　　　　　　　　　Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/10/09 | Copy Center, D | 0.75 |
| In-house Reproduction | 07/15/09 | Copy Center, D | 1.25 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Messengers/ Courier | 07/08/09 | Federal Express Corp. | 6.95 |
| Messengers/ Courier | 07/08/09 | Federal Express Corp. | 6.95 |
| Messengers/ Courier | 07/08/09 | Federal Express Corp. | 6.95 |
| Messengers/ Courier | 07/09/09 | Federal Express Corp. | 9.92 |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 6.19 |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 6.19 |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 8.66 |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 6.19 |
| | | **TOTAL MESSENGERS/ COURIER** | **$58.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 20.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$20.00** |
| | | **TOTAL MATTER** | **$80.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**  
**Employee Matters (Labor Unions)**

Bill Date: 08/13/09  
Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 07/15/09 | Federal Express Corp. | 9.50 |
| Messengers/ Courier | 07/15/09 | Federal Express Corp. | 9.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| | | **TOTAL MATTER** | **$19.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/13/09 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1278713 |

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 9.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$9.00** |
| | | **TOTAL MATTER** | **$9.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Leases (Real Property)

Bill Date: 08/13/09  
Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 07/04/09 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| In-house Reproduction | 07/12/09 | Copy Center, D | 3.68 |
| In-house Reproduction | 07/15/09 | Copy Center, D | 0.32 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Westlaw | 07/01/09 | Madden J | 878.09 |
| Westlaw | 07/02/09 | Madden J | 519.34 |
| Westlaw | 07/06/09 | Lazaroff KA | 236.09 |
| Westlaw | 07/06/09 | Madden J | 589.64 |
| Westlaw | 07/07/09 | Lazaroff KA | 344.29 |
| Westlaw | 07/09/09 | Lazaroff KA | 310.55 |
| | | **TOTAL WESTLAW** | **$2,878.00** |
| Reproduction - color | 07/15/09 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| Messengers/ Courier | 07/14/09 | Federal Express Corp. | 5.00 |
| Messengers/ Courier | 07/16/09 | Federal Express Corp. | 5.00 |
| Messengers/ Courier | 07/21/09 | Federal Express Corp. | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$16.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 21.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$21.00** |
| | | **TOTAL MATTER** | **$2,921.00** |

B43E

Circuit City Stores, Inc. (DIP)                                            Bill Date: 08/13/09
Litigation (General)                                                       Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR\Other State Databases | 07/10/09 | Office Admin, D | 50.00 |
| | | **TOTAL CLR\OTHER STATE DATABASES** | **$50.00** |
| In-house Reproduction | 07/21/09 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Lexis/Nexis | 07/21/09 | Liberi JM | 86.00 |
| | | **TOTAL LEXIS/NEXIS** | **$86.00** |
| Westlaw | 07/24/09 | Kumar JS | 41.22 |
| Westlaw | 07/27/09 | Kumar JS | 11.78 |
| | | **TOTAL WESTLAW** | **$53.00** |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 22.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 32.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 32.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 22.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 22.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 32.00 |
| Messengers/ Courier | 07/17/09 | Federal Express Corp. | 22.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$184.00** |
| | | **TOTAL MATTER** | **$374.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**  
Nonworking Travel Time

Bill Date: 08/13/09  
Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/23/09 | Dickerson CL | 1,462.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,462.00** |
| Vendor Hosted Teleconferencing | 06/04/09 | Teleconferencing Services, LLC | 37.70 |
| Vendor Hosted Teleconferencing | 06/04/09 | Teleconferencing Services, LLC | 45.30 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$83.00** |
| | | **TOTAL MATTER** | **$1,545.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 08/13/09  
Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 07/22/09 | Copy Center, D | 25.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$25.00** |
| Vendor Hosted Teleconferencing | 06/30/09 | Teleconferencing Services, LLC | 56.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$56.00** |
| | | **TOTAL MATTER** | **$81.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/13/09 |
|---|---|---|---|
| Secured Claims | | | Bill Number: 1278713 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/14/09 | Baker SK | 595.00 |
| | | **TOTAL WESTLAW** | **$595.00** |
| Vendor Hosted Teleconferencing | 06/08/09 | Teleconferencing Services, LLC | 10.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.00** |
| | | **TOTAL MATTER** | **$605.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/13/09 |
|---|---|---|---|
| Tax Matters | | | Bill Number: 1278713 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 07/18/09 | Network, D | 13.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$13.00** |
| In-house Reproduction | 07/12/09 | Copy Center, D | 4.92 |
| In-house Reproduction | 07/26/09 | Copy Center, D | 1.28 |
| In-house Reproduction | 07/29/09 | Copy Center, D | 6.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$13.00** |
| Westlaw | 07/13/09 | Brunsvold ML | 752.49 |
| Westlaw | 07/20/09 | Ralph SE | 40.51 |
| | | **TOTAL WESTLAW** | **$793.00** |
| Reproduction - color | 07/26/09 | Copy Center, D | 2.50 |
| Reproduction - color | 07/29/09 | Copy Center, D | 0.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$3.00** |
| | | **TOTAL MATTER** | **$822.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 08/13/09
Utilities                                                    Bill Number: 1278713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/12/09 | Copy Center, D | 348.67 |
| In-house Reproduction | 07/15/09 | Copy Center, D | 195.33 |
| In-house Reproduction | 07/22/09 | Copy Center, D | 28.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$572.00** |
| Postage | 07/13/09 | Office Admin, D | 4.95 |
| Postage | 07/13/09 | Office Admin, D | 44.54 |
| Postage | 07/14/09 | Office Admin, D | 70.38 |
| Postage | 07/14/09 | Office Admin, D | 79.18 |
| Postage | 07/14/09 | Office Admin, D | 8.80 |
| Postage | 07/14/09 | Office Admin, D | 9.90 |
| Postage | 07/14/09 | Office Admin, D | 19.80 |
| Postage | 07/14/09 | Office Admin, D | 0.88 |
| Postage | 07/14/09 | Office Admin, D | 4.95 |
| Postage | 07/14/09 | Office Admin, D | 2.91 |
| Postage | 07/15/09 | Office Admin, D | 11.68 |
| Postage | 07/15/09 | Office Admin, D | 94.03 |
| | | **TOTAL POSTAGE** | **$352.00** |
| Messengers/ Courier | 07/07/09 | Federal Express Corp. | 19.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| | | **TOTAL MATTER** | **$943.00** |
| | | **TOTAL CLIENT** | **$23,595.00** |

B43E