Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
         Debtors.             : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 16, 2009 AT 1:00 P.M. (EASTERN)**

   Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on September 16, 2009 beginning at 1:00 p.m. Eastern.

**I.    CONTESTED MATTERS**

1. Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

    Objection Deadline:    February 11, 2009 at 4:00 p.m., extended for the Debtors until September 11, 2009 at 4:00 p.m.

    Objections/Responses Filed:    Informal response of the Debtors

    Status:    If matter no. 3 below is approved, this matter will be resolved.

2. Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rule 9019, for Order Approving Stipulations by and among the Debtors and (I) Federal Warranty Service Corporation and Certain Affiliates; (II) General Electric Company; and (III) Service Plan, Inc. and Certain Affiliates (Docket No. 4749)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 4750)

    Objection

2

       Deadline:       September 14, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:       None at the time of filing this agenda

       Status:       This matter is going forward.

3. Debtors' Motion, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rule 9019, for Order Approving Stipulations by and among the Debtors and (I) Federal Warranty Service Corporation and Certain Affiliates; (II) General Electric Company; and (III) Service Plan, Inc. and Certain Affiliates (Docket No. 4747)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket Nos. 4748)

       b.   Motion Shortening Notice Period and Limiting Notice (Docket No. 4749)

       Objection
       Deadline:       September 14, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:       None at the time of filing this agenda

       Status:       This matter is going forward.

Dated: September 14, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia    FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

– and –

MCGUIREWOODS LLP


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\9903238.1

4