**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

----------------------------------------------------------- x
                                                            :  Chapter 11
In re:                                                      :
                                                            :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                  :
et al.,                                                     :
                                                            :  Jointly Administered
              Debtors.[1]                                   :
                                                            :
----------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Timothy T.K. Wu, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 4, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**:

- **Affidavit in Support of Employment of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as a Professional Utilized in the Ordinary Course of Business** [Docket No. 4782]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: September 11, 2009

_____
Timothy T.K. Wu

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 11th day of September, 2009, by Timothy T.K. Wu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
Signature: _____

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

2

# EXHIBIT A

Circuit City Stores, Inc.
OCP Affidavit Service List

| NAME | ATTENTION | Email |
|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |