**Hearing Date: October 7, 2009 at 2:00 p.m.**
**Objection Deadline: October 5, 200 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON**
**THE CONSUMER PRIVACY OMBUDSMAN'S FIRST AND SECOND**
**INTERIM APPLICATIONS FOR COMPENSATION**

**PLEASE TAKE NOTICE** that on September 14, 2009, the Consumer Privacy Ombudsman (the "CPO"), filed her First and Second Interim Fee Applications for Compensation and Reimbursement of Expenses (collectively, the "Application").  In the First Interim Application, the CPO seeks interim approval of compensation in the amount of $55,000 and reimbursement of expenses in the amount of $275.77 and in the Second Interim Application, the CPO seeks interim approval of compensation in the amount of $19,250.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one**

**in these bankruptcy cases. (If you do not have an attorney, you
may wish to consult one.)** Under Local Bankruptcy Rule 9013-1,
unless a written response to the Application is filed with the
Clerk of the Court and served on the moving party, the trustee
and those parties as required by the Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and
9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative Procedures
(entered on November 13, 2008 at Docket No. 130) (the "Case
Management Order") no later than two (2) business days before
the scheduled hearing date, the Court may deem any opposition
waived, treat the Application as conceded, and issue an order
granting the requested relief without further notice or hearing.
If you do not want the Court to approve the Application, or if
you want the Court to consider your views on the Application,
then you or you attorney must:

    [X]  File with the Court, either electronically or at the
          address shown below, a written response pursuant to
          Local Bankruptcy Rule 9013-1(H).  If you mail your
          response to the Court for filing, you must mail it
          early enough so the Court will **receive it on or before
          October 5, 2009 at 4:00 p.m.**

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad Street, Suite 4000
                Richmond, Virginia 23219

    [X]  Pursuant to the Case Management Order, you must also
          serve a copy of any written response and request for
          hearing by the foregoing date via electronic mail on
          the following:(i) the Core Group, which includes the
          Debtors, co-counsel to the Debtors, the Office of the
          United States Trustee, co-counsel for any committee,
          counsel to the agents for the Debtors' prepetition
          lenders, and counsel to the agents for the Debtors'
          postpetition lenders; (ii) the 2002 List; and (iii)
          those additional parties as required by the Case
          Management Order (all of which are defined in the Case
          Management Order), which can be found at
          www.kccllc.net/circuitcity.

[X]    Attend a hearing before the Honorable Kevin
       Huennekens, United States Bankruptcy Judge, **at 2:00
       p.m. (Eastern Time) on October 7, 2009** at the United
       States Bankruptcy Court, Room 5000, 701 East Broad
       Street, Richmond, Virginia 23219.  **If you or your
       attorney do not attend the hearing, the Court may
       grant the relief requested in the Application**.

        If you or your attorney do not take these steps, the Court
may decide that you do not oppose the relief sought in the
Application and may enter an order granting the relief
requested.

Dated: September 14, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\9906281