# Exhibit A

Gregg M. Galardi, Esq.       Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.      Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &amp;  MCGUIREWOODS LLP
FLOM, LLP                One James Center
One Rodney Square          901 E. Cary Street
PO Box 636                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &amp;
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:             :  Chapter 11
                :
CIRCUIT CITY STORES, INC., :  Case No. 08-35653 (KRH)
et al.,            :
                :  Jointly Administered
        Debtors.   :
- - - - - - - - - - - - - - x

**DEBTORS' APPLICATION FOR ORDER UNDER BANKRUPTCY CODE
SECTIONS 105(a), 327(a), 328 AND 1107 AND BANKRUPTCY
RULE 2014(a), AUTHORIZING THE EMPLOYMENT AND RETENTION
OF STREAMBANK, LLC AS INTELLECTUAL PROPERTY DISPOSITION
CONSULTANT TO THE DEBTORS NUNC PRO TUNC TO MARCH 23,
2009**

The debtors and debtors in possession in the

above-captioned, jointly-administered cases



(collectively, the "Debtors"),[1] apply (the "Application")
for entry of an order, under sections 105(a), 327(a),
328 and 1107 of title 11 of the United States Code (the
"Bankruptcy Code"), as supplemented by Rule 2014 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules") and Rule 2014-1 of the Local Rules of Bankruptcy
Practice and Procedure of the United States Bankruptcy
Court for the Eastern District of Virginia (the "Local
Rules"), authorizing the employment and retention of
Streambank, LLC ("Streambank") as intellectual property
disposition consultant to the Debtors *nunc pro tunc* to
March 23, 2009.  In support of the Application, the
Debtors rely upon the Affidavit of Gabriel Fried (the
"Fried Affidavit"), a copy of which is attached hereto

---

[1]   The Debtors are the following entities: The Debtors and the last
      four digits of their respective taxpayer identification numbers
      are as follows: Circuit City Stores, Inc. (3875), Circuit City
      Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
      International, Inc. (1838), Circuit City Purchasing Company, LLC
      (5170), CC Aviation, LLC (0841), CC Distribution Company of
      Virginia, Inc. (2821), Circuit City Properties, LLC (3353),
      Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc.
      (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
      Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
      Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit
      City Stores PR, LLC (5512).  The address for Circuit City Stores
      West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
      Colorado 80031.  For all other Debtors, the address is 9950
      Mayland Drive, Richmond, Virginia 23233.

Case 08-35653-KRH   Doc 3097   Filed 04/07/09   Entered 04/07/09 19:37:46   Desc Main
Document   Page 4 of 103

as <u>Exhibit A</u>.  In further support of this Application,

the Debtors respectfully represent as follows:

### JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider

this Application under 28 U.S.C. §§ 157 and 1334.  This

is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Application in this district is

proper under 28 U.S.C. §§ 1408 and 1409.

2.   The statutory predicates for the relief

requested herein are Bankruptcy Code sections 105(a),

327(a), 328 and 1107, as supplemented by Bankruptcy Rule

2014 and Local Rule 2014-1.

### BACKGROUND

3.   On November 10, 2008 (the "Petition

Date"), the Debtors filed voluntary petitions in this

Court for relief under chapter 11 of the Bankruptcy

Code.

4.   The Debtors continue to manage and

operate their businesses as debtors in possession

pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the
United States Trustee for the Eastern District of
Virginia appointed a statutory committee of unsecured
creditors (the "Creditors' Committee").  To date, no
trustee or examiner has been appointed in these chapter
11 cases.

6.    On January 16, 2009, the Court authorized
the Debtors, among other things, to conduct going-out-
of-business sales at the Debtors' remaining stores
pursuant to an agency agreement (the "Agency Agreement")
between the Debtors and a joint venture, as agent (the
"Agent").  On January 17, 2009, the Agent commenced
going-out-of-business sales at the Debtors' remaining
stores pursuant to the Agency Agreement.

## RELIEF REQUESTED

7.    By this Application, the Debtors seek
entry of an order, under Bankruptcy Code sections
105(a), 327(a), 328 and 1107 authorizing the employment
and retention of Streambank as their intellectual
property disposition consultant in these chapter 11
cases, effective *nunc pro tunc* to March 23, 2009.

4

## BASIS FOR RELIEF

**A.    The Intellectual Property And Internet-Related
Assets.**

8.    On April 9, 2009, the Debtors filed their

Motion Pursuant To Bankruptcy Code Sections 105, 332 And

363 (I)(A) Approving Procedures In Connection With Sale

Of Intellectual Property, Internet-Related Property And

Customer Information, (B) Authorizing Sellers To Enter

Into A Stalking Horse Agreement In Connection Therewith,

(C) Approving Certain Bid Protections In Connection

Therewith, (D) Approving Form And Manner Of Sale Notice

And (E) Setting Auction And Sale Hearing Dates; (II)

Authorizing U.S. Trustee To Appoint Consumer Privacy

Ombudsman; (III) Approving Sale Of Intellectual

Property, Internet-Related Property And Customer

Information Free And Clear Of All Interests; And (IV)

Granting Related Relief (the "IP Sale Motion," Docket

No. 2977).  Pursuant to the IP Sale Motion, the Debtors

seek authorization to sell certain of their intellectual

property, internet-related property and customer

information, as more fully described in Appendix A to

the Retention Agreement (as defined herein)(the

"Purchased IP Assets") to Systemax, Inc. (the "Stalking

Horse Bidder," and its offer, the "Stalking Horse Bid"),

or to such other party that presents the highest or

otherwise best offer for the Purchased IP Assets.

9.   The IP Sale Motion seeks authorization of

bidding procedures whereby the Debtors may solicit

competing bids from interested parties.  In the event

the Debtor receive any qualified bids from interested

parties, other than the Stalking Horse Bidder, the

Debtors are authorized to conduct an auction for the

sale of the Purchased IP Assets.  It is in the Debtors'

best interests to actively solicit bids from interested

parties to ensure that the Purchased IP Assets are sold

for the highest and best price achievable under the

circumstances.

10.   In addition to the Purchased IP Assets,

the Debtors have identified certain other intellectual

property and internet-related assets, including certain

copyright applications, trademark applications, patents

and patent applications, registered domain names, toll-

free numbers and customer information, as more fully

described in Appendix B to the Agreement (collectively,

the "Remaining IP Assets").

**B.    Streambank's Qualifications**

11.   The Debtors seek to enter into the

Agreement, pursuant to which Streambank will provide

marketing and advertising services with respect to the

IP Assets, as more fully described below, because

Streambank has extensive experience in and an excellent

reputation for providing high quality intellectual

property disposition services to large and complex

companies in bankruptcy proceedings and other distressed

situations.  In particular, Streambank's principal,

Gabriel Fried, has personally participated in the sale

of intellectual property assets in numerous cases.  In

2002, Mr. Fried marketed and sold, though a multi-object

auction, the intellectual property assets of Service

Merchandise Company, Inc., including the store name,

numerous proprietary brands, several trademarks and the

debtor's data files.  Additionally, Mr. Fried has

identified buyers of intellectual property assets and

negotiated sales in a number of other retailer chapter
11 cases, including:  <u>In re Mervyn's Holdings, LLC</u>, Case
No. 08-11586 (KG) (Bankr. D. Del. Dec. 12, 2008); <u>In re</u>
<u>Goody's LLC</u>, Case No. 09-10124 (CSS) (Bankr. D. Del.
Mar. 30, 2009).

12.  Mr. Fried's intellectual property
disposition experience also includes the sale of a
substantial patent portfolio on behalf of the buyers in
a series of private sales over the course of 12 months.
Finally, Mr. Fried has also provided advisory services
to the official committee of unsecured creditors in the
Bombay Company bankruptcy, for the purpose of maximizing
the recovery to creditors.

13.  Streambank's extensive experience and
resources will supplement the marketing efforts begun by
Rothschild.  Accordingly, the Debtors believe that
Streambank is uniquely qualified to maximize the value
of the IP Assets for the Debtors' estates.

## SCOPE OF SERVICES

14.  The Debtors desire to retain Streambank
pursuant to that certain retention agreement (the

"Retention Agreement"), by and between the Circuit City

Stores, Inc. and Streambank, LLC, a true and correct

copy of which is attached to the Fried Affidavit as

<u>Exhibit 2</u>.  As more fully set forth in the Retention

Agreement, during the term of retention, Streambank

shall provide the following services with respect to the

Purchased IP Assets, the Remaining IP Assets and any

additional intellectual property assets of the Debtors

which the Debtors and Streambank agree will be covered

by the Retention Agreement (collectively, the "IP

Assets"):[2]

>        (a)  Using its best efforts to identify the IP
> Assets, including collecting electronic copies of such
> IP Assets from the Debtors;

>        (b)  Providing the Debtors with an inventory
> of the IP Assets;

>        (c)  Using its best efforts to evaluate the
> marketability of the IP Assets, including compiling
> sales histories with respect to such IP Assets and other
> information;

---

[2]  The following descriptions of certain terms of the Retention
Agreement are intended to provide an overview for parties in
interest.  All parties are directed to the Retention Agreement
for the controlling terms of such agreement.  To the extent that
the descriptions set forth in the Application differ from the
terms of the Retention Agreement, the terms of the Retention
Agreement control.

(d)   Providing to the Debtors an evaluation of the Remaining IP Assets' marketability;

(e)   Advising the Debtors on methods by which to maximize the IP Assets' value;

(f)   Formally marketing the IP Assets and soliciting transfers to any party that is or which may be interested in acquiring the Assets that are (i) designated by the Debtors from time to time, (ii) identified by Streambank, and/or (iii) directed to Streambank pursuant to the Retention Agreement (collectively, "Prospective Transferees");

(g)   Promoting the IP Assets through a program to be developed by Streambank, which may include electronic communications, pitchbooks, internet web sites, letters, fliers, signs, telephone solicitation, newspaper or other print advertising and other such methods as Streambank may deem appropriate;

(h)   During the bid and offer process, (i) responding and providing information to, communicating with and obtaining offers from Prospective Transferees, (ii) qualifying Prospective Transferees, (iii) educating Prospective Transferees regarding bid submission and managing the bid and offer process, and (iv) making general recommendations to the Debtors as to whether or not any particular offer should be accepted or rejected;

(i)   Once the Debtors and a Prospective Transferee have agreed in principle to enter into an agreement for the sale of certain IP Assets, and at the Debtors' request, using commercially reasonable efforts to assist the Debtors in negotiating the agreement;

(j)   Furnishing to the Debtors written progress reports as reasonably requested by the Debtors from time to time; and

(k)   Making appearances in the Bankruptcy Court to the extent reasonably necessary to obtain Bankruptcy Court approval of a transfer of IP Assets.

**STREAMBANK'S DISINTERESTEDNESS**

15.   Except as set forth in the Fried
Affidavit, to the best of the Debtors' knowledge,
Streambank and its professionals (a) do not have any
connection with the Debtors, their creditors, or any
other party in interest, or their respective attorneys
or accountants, (b) are "disinterested persons" under
Bankruptcy Code section 101(14), and as required under
Bankruptcy Code section 327(a), and (c) do not hold or
represent an interest adverse to the estate.

**PROFESSIONAL COMPENSATION**

16.   Subject to the Court's approval and
pursuant to the terms and conditions of the Retention
Agreement, Streambank intends to charge the Debtors as
set forth below.

17.   Streambank will charge a management fee
(the "Management Fee") of $50,000.  The entire
Management Fee will be reimbursed out of the first
$50,000 of sale proceeds from the Remaining IP Assets,
as set forth below.  Accordingly, the Management Fee

11

will be payable only upon a sale of the Remaining IP
Assets.

18.   With respect to the Purchased IP Assets,
Streambank will charge the Debtors a commission ranging
from 0% to 5% of the gross consideration, depending upon
(i) whether any bidders aside from the ten bidders
listed on Appendix C to the Retention Agreement (the
"Excluded Bidders") participate in the auction for the
Purchased IP Assets and (ii) the total consideration
received for the Purchased IP Assets at the auction.

19.   Specifically, if no bidders other than
the Excluded Bidders participate in the auction,
Streambank's commission schedule will be as follows: (i)
if gross consideration does not exceed the consideration
to be provided by the Stalking Horse Bid, the commission
rate will be 0%, (ii) if the gross consideration is
greater than that provided by the Stalking Horse Bid and
less than or equal to $███████, the commission rate
will be 2.5% and (iii) if the gross consideration is
greater than $███████, the commission rate will be
1.25%.

20.   If bidders other than the Excluded
Bidders participate in the auction, Streambank's
commission schedule will be as follows: (i) if gross
consideration does not exceed the consideration to be
provided by the Stalking Horse Bid, the commission rate
will be 0%, (ii) if the gross consideration is greater
than that provided by the Stalking Horse Bid and less
than or equal to $███████, the commission rate will
be 5% and (iii) if the gross consideration is greater
than $███████, the commission rate will be 1.25%.

21.   With respect to the Remaining IP Assets,
including any intellectual property assets which the
Debtors and Streambank agree to include to the Remaining
IP Assets, Streambank will charge the Debtors a
commission ranging from 0% to 20% of the gross
consideration received for the assets transferred.
Specifically, (i) if the gross consideration is less
than $50,000, the commission rate is 0% provided that
Streambank may recoup the Management Fee from the sale
proceeds; (ii) if the gross consideration is between
$50,000 up to $1 million, the commission rate is 10%;

13

(iii) if the gross consideration is between $1 million
and $3 million, the commission rate is 15% and (iv) if
the gross consideration is greater than $3 million, the
commission rate is 20%.

22.  In addition, the Debtors will be
responsible for the payment of reasonable expenses
incurred in connection with the Retention Agreement,
including marketing, advertising, travel and additional
expenses or other costs.  Reimbursement of Streambank's
expenses is subject to the Debtors' prior approval.
Streambank shall develop a proposed budget for expenses
to be incurred and may augment such budget with the
Debtors' consent.

23.  The Debtors submit that the fee structure
included in the Retention Agreement is consistent with
and typical of Streambank's normal and customary billing
practices for comparable services for like-sized and
similarly complex cases, both in and out of bankruptcy.

24.  The Debtors understand that Streambank
intends to file quarterly and final fee applications
with the Court for allowances of compensation and

14

reimbursement of expenses for intellectual property
consulting services, in accordance with the applicable
provisions of the Bankruptcy Code, the Bankruptcy Rules,
corresponding Local Rules, orders of this Court and
guidelines established by the United States Trustee.
Because Streambank will be compensated on a
transactional basis through payment of the commissions,
Streambank should not be required to maintain or provide
detailed time records in connection with any of its
applications.

25.  Such applications for fees and expenses
will be paid by the Debtors, pursuant to the terms of
the Retention Agreement, subject to approval by the
Court.

### NO DUPLICATION OF SERVICES

26.  Streambank's engagement pursuant hereto
will be limited to the discrete intellectual property
disposition services described in the Retention
Agreement.  As such, the services of Streambank will
complement, and not duplicate, the services to be
rendered by the other professionals retained in these

chapter 11 cases.  Pursuant to the terms of the

Retention Agreement, Streambank has agreed to work

cooperatively with the other professionals retained by

the Debtors in these cases to avoid duplication of

effort and maximization of value of the services to be

rendered.

**APPLICABLE AUTHORITY**

27.  Section 327(a) of the Bankruptcy Code

allows a Debtor, subject to court approval, to employ

and retain a "professional person" to represent or

assist in carrying out the debtor's duties.  11 U.S.C. §

327(a)

28.  The Debtors seek approval of the Fee

Structure pursuant to Section 328(a) of the Bankruptcy

Code, which provides, in relevant part, that the

Debtors, "with the court's approval, may employ or

authorize the employment of a professional person under

section 327 . . .on any reasonable terms and conditions

of employment, including on a retainer, on an hourly

basis, on a fixed or percentage fee basis, or on a

contingent fee basis." 11 U.S.C § 328(a),  Accordingly,

Section 328 of the Bankruptcy Code permits the
compensation of professionals on a fixed or percentage
fee basis.

29.  Bankruptcy Rule 2014(a) requires that an
application for retention include:

> [S]pecific facts showing the necessity for
> the employment, the name of the [firm] to
> be employed, the reasons for the
> selection, the professional services to be
> rendered, any proposed arrangement for
> compensation, and, to the best of the
> applicant's knowledge, all of the [firm's]
> connection with the debtor, creditors, any
> other party in interest, their respective
> attorneys and accountants, the United
> States trustee, or any person employed in
> the office of the United States trustee

Fed. R. Bankr. P. 2014.

30.  As detailed above, the Debtors seek to
retain Streambank as their intellectual property
disposition consultant because of Streambank's extensive
experience in the marketing and sale of intellectual
property in comparable cases.  The Debtors believe that
the retention of Streambank will allow them to realize
the highest returns on their intellectual property for
the benefit of their estates and their creditors.

31.   The compensation arrangement is typical
of arrangements entered into by Streambank and other
intellectual property disposition firms of comparable
standing in connection with the rendering of similar
services to clients such as the Debtors.  The Debtors
and Streambank believe the compensation structure is
fair and reasonable in light of industry practice,
market rates both inside and outside of chapter 11,
Streambank's experience and the importance of the work
to these chapter 11 cases.

32.   Accordingly, the Debtors respectfully
submit that intellectual property disposition services
provided by Streambank are critical to the estates and
request that Court approve the terms of conditions of
the Retention Agreement in substantially the form
attached to the Fried Affidavit.

**NOTICE**

33.   Notice of this Application has been
provided to those parties entitled to notice under this
Court's Order Pursuant to Bankruptcy Code Sections 102
and 105, Bankruptcy Rules 2002 and 9007, and Local

Case 08-35653-KRH   Doc 3097   Filed 09/04/08   Entered 09/04/09 20:01:45   Desc Main
Document   Page 19 of 103

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain

Notice, Case Management, and Administrative Procedures

(Docket No. 130). The Debtors submit that, under the

circumstances, no other or further notice need be given.

### WAIVER OF MEMORANDUM OF LAW

34. Pursuant to Local Bankruptcy Rule 9013-

1(G), and because there are no novel issues of law

presented in the Application and all applicable

authority is set forth in the Application, the Debtors

request that the requirement that all applications be

accompanied by a separate memorandum of law be waived.

### NO PRIOR REQUEST

35. No previous request for the relief sought

herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully
request that the Court enter an order, substantially in
the form annexed hereto, granting the relief requested
in the Application and such other and further relief as
may be just and proper.

Dated:      Richmond, Virginia
            April 17, 2009


                         Circuit City Stores, Inc.



                         /s/ Michelle Mosier_____
                         Michelle Mosier
                         Chief Financial Officer

Case 08-35653-KRH   Doc 3097   Filed 04/17/09   Entered 04/17/09 18:37:46   Desc Main
Document   Page 22 of 103

```
Dated: April 17, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                       - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                       - and -

                               MCGUIREWOODS LLP


                                /s/ Douglas M. Foley        .
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors
                               and Debtors in Possession
```

**EXHIBIT A**

**Fried Affidavit**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653 (KRH)
et al.,                         :
                                :    Jointly Administered
              Debtors.          :
- - - - - - - - - - - - - - x

**AFFIDAVIT OF GABRIEL FRIED IN SUPPORT OF APPLICATION FOR ORDER
UNDER BANKRUPTCY CODE SECTIONS 105(a), 327(a), 328 AND 1107
AND BANKRUPTCY RULE 2014(a), AUTHORIZING THE EMPLOYMENT
AND RETENTION OF STREAMBANK, LLC AS INTELLECTUAL PROPERTY
DISPOSITION CONSULTANT TO THE DEBTORS NUNC PRO TUNC
TO MARCH 23, 2009**

COMMONWEALTH OF MASSACHUSETTS        )
                                     )    ss.
COUNTY OF NORFOLK                    )

I, Gabriel Fried, being duly sworn, hereby deposes and say:

1.    I am a Principal of Streambank LLC ("Streambank"), a consulting firm based in Needham, Massachusetts focused on maximizing value of intellectual property of distressed companies. I submit this Affidavit (the "Fried Affidavit") on behalf of Streambank in support of the Debtors' Application For Order Authorizing The Employment And Retention Of Streambank LLC As Intellectual Property Disposition Consultant To The Debtors Nunc Pro Tunc To March 23, 2009 (the "Application")[1] filed by the

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order pursuant to sections 105(a), 327(a), 328 and 1107 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the retention and employment of Streambank to provide intellectual property disposition services to the Debtors under the terms and conditions set forth in the Application. Except as otherwise noted, I have personal knowledge of the matters set for herein.

### STREAMBANK QUALIFICATIONS

2.   Streambank is one of the leading intellectual property disposition consultants in the country. Streambank has extensive experience in and an excellent reputation for providing high quality intellectual property disposition services to large and complex companies in bankruptcy proceedings and other distressed situations.

3.   I have personally participated in the sale of intellectual property ("IP") assets in bankruptcy proceedings and for creditor benefit in numerous cases. I marketed and sold through a multi-object auction the IP assets of Service Merchandise Company, Inc., including the store name, numerous proprietary brands, several trademarks and the debtor's data files.  Additionally, I identified buyers of IP assets and

2

negotiated sales for Heilig Meyers, Montgomery Ward, Jacobson's
Stores and other retailers. My IP disposition experience also
includes the sale of a substantial patent portfolio on behalf of
the Collins & Aikman Post-Consummation Trust.  This portfolio
was sold to numerous different buyers in a non-auction format
over the course of 12 months.  I have also provided advisory
services to the Official Committee of Unsecured Creditors in the
Bombay Company bankruptcy for the purpose of maximizing the
recovery to creditors.

4.    I earned my undergraduate degree in Economics
with Honors from the University of Massachusetts, Amherst and a
masters degree in Economics from the University of Illinois. I
have written about and presented on the topic of IP monetization
in distressed situations on many occasions including at the 2006
national meeting of the Turnaround Management Association and at
the 2008 Distressed Retail Conference.

**DISINTERESTEDNESS AND ELIGIBILITY**

5.    In connection with the preparation of the
Affidavit, Streambank conducted a review of its contacts with
the Debtors, their affiliates and certain entities holding large
claims against or interests in the Debtors that were made
reasonably known to Streambank.  A listing of the parties
reviewed is attached as Exhibit 1 to this Affidavit.
Streambank's review, completed under my supervision, consisted

3

of a query of the parties listed on Exhibit 1 within an internal

computer database containing names of individuals and entities

that are present or recent former clients of Streambank.

6. Based on the results of its review, Streambank

does not have a relationship with any of the parties on Exhibit

1 in matters related to these proceedings.

7. Further, as part of its diverse practice,

Streambank appears in numerous cases, proceedings and

transactions that involve many different professionals,

including attorneys, accountants and financial consultants, who

may represent claimants and parties in interest in the Debtors'

chapter 11 cases. Also, Streambank has performed in the past,

and may perform in the future, intellectual property consulting

services for various attorneys and law firms, some of whom maybe

involved in these proceedings. In addition, Streambank has in

the past, may currently, and will likely in the future, be

working with or against other professionals involved in these

cases in matters unrelated to the Debtors and these cases.

Based on my current knowledge of the professionals involved, and

to the best of my knowledge, none of these relationships create

interests materially adverse to the Debtors in matters upon

which Streambank is to be employed, and none are in connection

with these chapter 11 cases.

8.    Streambank is not a "creditor" with respect to
fees and expenses of any of the Debtors within the meaning of
section 101(10) of the Bankruptcy code. Further, neither I nor
any other employee of Streambank, to the best of my knowledge,
is a holder of any outstanding debt instruments or shares of the
Debtors' stock.

9.    As such, to the best of my knowledge, Streambank
is a "disinterested person" as that term is defined in section
101(14) of the Bankruptcy Code, as modified by section 1107(b)
of the Bankruptcy Code, in that Streambank:

     (a) is not a creditor, equity security holder or
         insider of the Debtors;

     (b) is not and was not an investment banker for any
         outstanding security of Debtors;

     (c) has not been, within three years before the date
         of the filing of the Debtors' chapter 11 petition,
         (i) an investment banker fat a security of the
         Debtors or (ii) an attorney for such an
         investment banker in connection with the offer,
         sale or issuance of a security of the Debtors'
         and

     (d) was not, within two years before the date of
         filing of the Debtors' chapter 11 petition, a
         director, officer, or employee of the Debtors or
         of any investment banker as specified in
         subparagraph (b) or (c) of this paragraph.

In addition, to the best of my knowledge and based upon the
results of the relationship search described above and disclosed
herein, Streambank neither holds nor represents an interest

5

adverse to the Debtors within the meaning of section 327(a) of the Bankruptcy Code.

10.  It is Streambank's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant to facts of relationships are discovered or arise, Streambank will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

### PROFESSIONAL COMPENSATION

11.  Subject to the Court's approval, and pursuant to the terms and conditions of the Retention Agreement attached hereto as Exhibit 2 (the "Retention Agreement"), Streambank intends to charge the Debtors as set forth below.

12.  Streambank will charge a management fee (the "Management Fee") of $50,000.  The entire Management Fee will be reimbursed out of the first $50,000 of sale proceeds from the Remaining IP Assets (as defined in the Application), as set forth below.  Accordingly, the Management Fee will be payable only upon a sale of the Remaining IP Assets.

13.  With respect to the Purchased IP Assets (as defined in the Application), Streambank will charge the Debtors a commission ranging from 0% to 5% of the gross consideration, depending upon (i) whether any bidders aside from the ten bidders listed on Appendix C to the Retention Agreement (the

6

"Excluded Bidders") participate in the auction for the Purchased

IP Assets and (ii) the total consideration received for the

Purchased IP Assets at the auction.

14.    Specifically, if no bidders other than the

Excluded Bidders participate in the auction, Streambank's

commission schedule will be as follows: (i) if gross

consideration does not exceed the consideration to be provided

by the Stalking Horse Bid, the commission rate will be 0%, (ii)

if the gross consideration is greater than that provided by the

Stalking Horse Bid and less than or equal to $███████, the

commission rate will be 2.5% and (iii) if the gross

consideration is greater than $███████, the commission rate

will be 1.25%.

15.    If bidders other than the Excluded Bidders

participate in the auction, Streambank's commission schedule

will be as follows: (i) if gross consideration does not exceed

the consideration to be provided by the Stalking Horse Bid, the

commission rate will be 0%, (ii) if the gross consideration is

greater than that provided by the Stalking Horse Bid and less

than or equal to $███████, the commission rate will be 5% and

(iii) if the gross consideration is greater than $███████,

the commission rate will be 1.25%.

16.    With respect to the Remaining IP Assets,

including any intellectual property assets which the Debtors and

7

Streambank agree to include to the Remaining IP Assets, Streambank will charge the Debtors a commission ranging from 0% to 20% of the gross consideration received for the assets transferred.  Specifically, (i) if the gross consideration is less than $50,000, the commission rate is 0% provided that Streambank may recoup the Management Fee from the sale proceeds; (ii) if the gross consideration is between $50,000 up to $1 million, the commission rate is 10%; (iii) if the gross consideration is between $1 million and $3 million, the commission rate is 15% and (iv) if the gross consideration is greater than $3 million, the commission rate is 20%.

17.  In addition, the Debtors will be responsible for the payment of reasonable expenses incurred in connection with the Retention Agreement, including marketing, advertising, travel and additional expenses or other costs.  Reimbursement of Streambank's expenses is subject to the Debtors' prior approval. Streambank will develop a proposed budget for expenses to be incurred and may augment such budget with the Debtors' consent.

18.  The Debtors understand that Streambank intends to file quarterly and final fee applications with the Court for allowances of compensation and reimbursement of expenses for intellectual property consulting services, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding Local Rules, orders of this Court and

8

guidelines established by the United States Trustee. Because Streambank will be compensated on a transactional basis through payment of the commissions, Streambank should not be required to maintain or provide detailed time records in connection with any of its applications.

19. Such applications for fees and expenses will be paid by the Debtors, pursuant to the terms of the Retention Agreement, subject to approval by the Court.

20. To the best of my knowledge: (a) no commitments have been made or received by Streambank with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Court; and (b) Streambank has no agreement with any other entity to share with such entity any compensation received by Streambank in connection with these chapter 11 cases.

FURTHER AFFIANT SAYETH NOT.

Gabriel Fried

Subscribed and sworn to
before me this ⎡17⎤th day of
April 2009.

Notary Public

Jenny E. Tejeda
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 04, 2011

9

## EXHIBIT 1

**(Parties in Interest)**

## The Debtors

*Abbott Advertising Agency, Inc.*
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
*Circuit City Purchasing Company, LLC*
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
*InterTAN, Inc.*
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
*Sky Venture Corporation*
Ventoux International, Inc.
XS Stuff, LLC

## Non-Debtor Affiliates

Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Ltd
Early Adopter Fund, LLC
*InterTAN Canada, Ltd*
*InterTAN France SNC*
*InterTAN Ontario Ltd.*
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

## Directors and Officers

Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.
*Kornstein, Don R.*
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.
Wahle, Elliot

Wong, Mark J.
Woo, Carolyn Y.

## Businesses Affiliated with Directors and Officers

AFC Enterprises
*Air Products and Chemicals Inc.*
*Aon Corporation*
Bally Total Fitness Holding Corporation
*Centex Corporation*
Home Depot International
*Iconix Brand Group Inc.*
Lexmark International Inc.
*Nisource Inc.*
Pan American Life Insurance
*Stride Rite Sourcing International*
*Sunoco Inc.*
*Textron Lycoming Corporation*
*The Brink's Company*
The Servicemaster Company
*True Value Company*
Varsity Brands Inc.
VF Corporation
*Wabco Holdings*

## Significant Shareholders

J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
*HBK Investments LP*
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

## Prepetition and Postpetition Secured Lenders

Ableco Finance LLC
*Bank of America, N.A.*
*Burdale Finance Ltd.*
*Capital One Leverage Finance Corporation*
Crystal Capital
*Fifth Third Bank*
*General Electric Capital Corporation*
*GMAC Commercial Finance LLC*
*JPMorgan Chase Bank, N.A.*
*National City Business Credit, Inc.*
*PNC Bank, N.A.*
*SunTrust Bank*
*Textron Financial Corporation*
*UBS Loan Finance LLC*
UPS Capital Corporation
*Wachovia Capital Finance Corporation*
Webster Financial Corporation
*Wells Fargo Retail Finance, LLC*

## Merchandise Creditors

Alliance Entertainment
*Apple*
*Audiovox*
Belkin Logistics Inc.
*Buena Vista Home Video*
*Columbia Tristar Home Video*
Dlink Systems
*Eastman Kodak Company*
*Electronic Arts*
*Epson America Inc.*
*Fox Home Entertainment*
Fuji Photo Film USA
Garmin International Inc.
*Hewlett-Packard*
Hisense USA Corporation

Kingston Technologies
Klipsch Audio Technologies, LLC
*Lenovo, Inc.*
Lexmark International Inc.
*Linksys*
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
*Olympus Corporation*
*Omnimount Systems Inc.*
Oncorp US, Inc.
Onkyo USA Corporation
*Panasonic North America*
*Paramount Home Video*
Pioneer Electronics (USA) Inc
*Samsung Electronics America Inc.*
*Samsung Opto Electronics Inc.*
*Sandisk Corporation*
Sharp Electronics Corporation
*Sony Computer Entertainment*
*Sony Electronics Inc.*
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
*Toshiba America Consumer Products*
*Toshiba Computer Systems Division*
Universal Distribution Records
Vizio
*Warner Home Video*
Western Digital Technologies
*Zenith Electronics Corporation*

## Vendors and Major Contract Parties

Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
Bailiwick Data Systems Inc.
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc.
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corporation
Eleets Logistics
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
*JLG Industries Inc.*
Nextag
*NFL Enterprises LLC*
North American Roofing Systems Inc.
Northern Wire Productions
*Orbis Corporation*
Pricegrabber.Com LLC
PTR Compactor & Baler Company
Quebecor World KRI
Retail Maintenance Services LLC
*Samsung Electronics America Inc.*
*Shopping.Com Inc.*
*Shopzilla Inc.*
*Sony*
Specificmedia Inc.
Standard Electric
*Streater Inc.*
Swiff Train Company

*Trane*
Tremor Media
Universal Fixtures & Display
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Wayne Dalton Corporation
Weather Channel Interactive, The

## Fifty Largest Unsecured Creditors

*Advertising.com*
Alliance Entertainment
*Apex Digital Inc*
*Audiovox*
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
*Columbia Tristar Home Video*
Dlink Systems
*Eastman Kodak Company*
*Fox Home Entertainment*
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
*Hewlett-Packard*
Hisense USA Corporation
*IBM*
*IBM Strategic Outsourcing Wire*
*Incomm*
*Kensington Computer Products Group*
Kingston Technologies
Klipsch Audio Technologies LLC
*Lenovo, Inc.*
*Lexar Media Inc.*
Lexmark International Inc.
*Linksys*
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
*Olympus Corporation*
*Omnimount Systems Inc.*
Oncorp US, Inc.
Onkyo USA Corporation
*Panasonic North America*
*Paramount Home Video*
Pioneer Electronics (USA) Inc.
*Samsung Electronics America*
*Sandisk Corporation*
Sharp Electronics Corporation
Simpletech
*Sony Computer Entertainment*
*Sony Electronics Inc.*
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
*Toshiba America Business Solutions Inc.*
*Toshiba America Consumer Products*
*Toshiba Computer Systems Division*
Vizio
Vtech Communications Inc.
Vtech Electronics
*Warner Home Video*
*Zenith Electronics Corporation*

## Consignors

*foneGear*
*Intuit Inc.*
*Memorex Products, Inc.*

Navarre Corporation
*Panasonic Consumer Electronics Company*
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Credit Card Companies and/or Processors**
*American Express*
*Chase Bank, USA*
*Discover Card*
IPS Card Solutions, Inc.
*MasterCard*
ValueLink
*Visa Inc.*

**Insurers**
American Empire Excess & Surplus Lines
*American Home Assurance Company*
*Arch Insurance Group*
Axis Reinsurance Company
Axis Surplus Insurance Company
Chubb
CNA Global Specialty Lines
*Continental Casualty Company*
Essex Insurance Company
Executive Risk Indemnity Inc.
Federal Insurance Company
*Fireman's Fund Insurance Company*
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
*Great American Insurance Company*
*Industrial Risk Insurers*
*Integon Specialty Insurance Company*
Lancashire Insurance Company (UK) Ltd
Landmark American Insurance Company
*Lexington Insurance Company*
*Liberty Mutual Fire Insurance Company*
Lloyds of London
*National Liability & Fire Insurance Company*
*National Union Fire Insurance Company*
*Ohio Casualty Insurance Company*
Old Republic Risk Management Inc.
*Princeton Excess & Surplus Lines Insurance Co.*
RSUI Indemnity Company
*St. Paul Mercury Insurance Company*
State National Insurance Company
*Westchester Surplus Lines Insurance Company*
XL Specialty Insurance Company
*Zurich American Insurance Company*

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
American Express Travel Related Services Company
American Express Trust Company
*Aon Inc.*
*Assurant Inc.*
Avista Advantage, Inc.
Beecher Carlson Insurance Services
Computerized Waste Systems
CTSI
E-Count
Empire Blue Cross Blue Shield
Hewitt Associates LLC
*IBM*
Jardine Lloyd Thompson Canada
Kaiser Permanente
*Marsh USA, Inc.*
Medco Health Solutions
Mercer Insurance Group
Mid-Atlantic Vision Service Plan, Inc.
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.

Triple-S Management Corporation
Vision Service Plan
*Wachovia Bank, N.A.*

**Utility Providers**
Accent Energy
*American Electric Power Company*
*American Water Company*
Alabama Gas Corporation
*Alabama Power*
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
*Allegheny Power*
Alliant Energy/WP&L
*Alltel*
Altoona City Authority
Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water & Energy Savers
American Water Service, Inc.
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
*Arizona Public Service*
Aqua New Jersey
Aquarion Water Company of CT
*Aquila, Inc.*
*Arch Wireless*
*Arkansas Oklahoma Gas Corporation*
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
*AT&T*
*AT&T (Ameritech)*
*AT&T (Bellsouth)*
*AT&T (Pacific Bell)*
*AT&T (SNET)*
*AT&T (Southwestern Bell)*
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
*Atlantic City Electric*
*Atmos Energy*
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
*Avaya*
Avista Utilities
*Bangor Gas, ME*
Bangor Hydro Electric Company
Bangor Water District
*Bay State Gas*
*Bell South*
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer District, OH
Bexar County WCID
*Baltimore Gas & Electric*
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority
California Water Service-Bakersfield

Canton Township Water Dept, MI
Cape Fear Public Utility Authority
*Cascade Natural Gas*
Center Township Water & Sewer Authority
*CenterPoint Energy Services Inc.*
Central Georgia EMC
Central Hudson Gas & Electric Company
*Central Maine Power*
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC
City of Columbus, OH
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busing
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL

City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE
City of Durham, NC
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, CA
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
*City of Glendale, CA - Water & Power*
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX
City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT

City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR
City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
*City of Richmond, VA*
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
*City of San Diego, CA*
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee

City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX
City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, L.L.C.
*Cleco Power LLC*
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
*Columbia Gas of Kentucky*
*Columbia Gas of Maryland*
Columbia Power & Water Systems
Columbus City Utilities
Columbus Water Works
*Com Ed*
*Comcast*
Compton Municipal Water Dept
*Con Edison*
*Con Edison Solutions*
*Connecticut Light & Power*
*Connecticut Natural Gas Corporation*
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
*Consumers Energy*
Contra Costa Water District
County of Henrico, VA
*Cox Communications*
CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
*Dayton Power & Light*
*Delmarva Power DE/MD/VA*
Delta Charter Township, MI

Denver Water
Deptford Township MUA, NJ
*Direct Energy*
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
*Dominion East Ohio*
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy
Dublin San Ramon Services District
*Duke Energy*
Dupage County Public Works
*Duquesne Light Company*
East Bay Municipal Utility District
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
*El Paso Electric Company*
*El Paso Water Utilities*
El Toro Water District
Electric City Utilities/City of Anderson
Electric Power Board-Chattanooga
Elizabethtown Gas
Elmira Water Board  NY
Elyria Public Utilities
*Embarq Communications*
Emerald Coast Utilities Authority
*Entergy Arkansas, Inc.*
Entergy Gulf States LA, LLC
*Equitable Gas Company*
Erie County Water Authority
Evansville, IN Waterworks Dept
Everett Utilities
Fairfax Water - VA
Fairfield Municipal Utilities
Fairpoint Communications
Fewtek Inc.
First Utility District of Knox County
Flint EMC, GA
Flint Township-Board of Public Works
Florence Water & Sewer Commission
Florida City Gas
*Florida Power & Light Company*
Florida Public Utilities Co, DeBary
Floyd County Water Department
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Dept, TX
Frederick County Division of Utilities
Frontier
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gas South
Geoff Patterson, Receiver of Taxes
*Georgia Power*
*Golden State Water Company*
Grand Chute Utilities
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Green Bay Water Utility
Green Mountain Power
Greene County - Department of Public Wor
Greenville Utilities Commission, NC
Greenville Water System, SC
GreyStone Power Corporation
*Gulf Power*
Gwinnett Co. Water Resources
Hamilton Township
Hampton Roads Utility Billing Services
Harker Heights Water Department, TX
Harpeth Valley Utilities District
Harrisonburg Electric Commission

Hawaiian Electric Company, Inc.
*Hawaiian Telecom*
Hayward Water System
Helix Water District
Hernando County Utilities, FL
Hicksville Water District
Highland Sewer & Water Authority
Highland Utilities Dept, IN
Highlands Ranch Metro Districts
Hillsborough County Water Resource Ser.
Holland Board of Public Works
Holland Charter Township, MI
Holyoke Gas & Electric Department
Holyoke Water Works, MA
Huntsville Utilities, AL
*Idaho Power*
Imperial Irrigation District, CA
Indian River County Utilities, FL
*Indianapolis Power & Light*
Indianapolis Water Company
*Insight*
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jackson Water Collection, MI
Jacksonville Electric Authority
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Power Board
Johnson City Utility System
*Kansas City Power & Light Company*
Kansas Gas Service
KCMO Water Services Department
Keynote Red Alert
Kissimmee Utility Authority
Knoxville Utilities Board
*Kentucky Utilities Company*
Laclede Gas Company
Lafayette Utilities Systems
Lake Apopka Natural Gas District, FL
Lake County Dept of Public Works, IL
Lakehaven Utility District
Lakeland Electric/City of Lakeland,FL
Lansing Board of Water & Light
Lee County Electric Cooperative
Lincoln Electric System
Long Island American Water, NY
*Long Island Power Authority*
Los Angeles County Dept. of Public Works
*Los Angeles Dept of Water & Power*
Loudoun Water
Louisville Water Company
Lubbock Power Light & Water
Lycoming County Water & Sewer Authority
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility District
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
McAllen Public Utilities -TX
MCI
Manatee County Utilities Cust Serv
Medford Water Commission, OR
Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pennsauken
*Met-Ed*
Metro
Metro Technology, Inc. (AL)

Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept.
*MidAmerican Energy Company*
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Mishawaka Utilities
*Mississippi Power*
Missouri Gas Energy
Mobile Area Water & Sewer System
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
*National Fuel*
*National Grid*
*Nevada Power Company*
New Braunfels Utilities, TX
*New England Gas Company*
New England Water Utility Services, Inc.
*New Hampshire Gas Corporation*
New Jersey Natural Gas Company
New Mexico Utilities, Inc.
Newport News Waterworks
*Nextel Communications*
Nicor Gas Transportation
Nicor Gas
Northern Indiana Public Service Company
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/
NW Natural
NYC Water Board
*New York State Electric & Gas*
O.C.W.S. Okaloosa County
Ocala Electric Utility, FL
Oceanic Time Warner Cable
Onondaga County Water Authority
Oklahoma Gas & Electric Service
*Ohio Edison*
*Oklahoma Natural Gas Company*
Olivenhain Municipal Water District
Ontario Water Works
*Orange and Rockland Utilities*
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
*Pacific Gas & Electric*
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
*Peco Energy Company*
Pedernales Electric Cooperative, Inc.
Penelec
Pennichuck Water Works, Inc.
*Peoples Gas*
*PEPCO (Potomac Electric Power Company)*
*Philadelphia Gas Works*
*Piedmont Natural Gas-Nashville Gas*

Pinellas County, FL-Utilities
Plaza Mill Limited
PNM Electric & Gas Services
*Portland General Electric*
Portland Water District - ME
PPL Utilities
Prattville Water Works Board
*Progress Energy Carolinas, Inc*
Providence Water
*Public Service Electric & Gas Company*
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Public Works Commission, City of Fayetteville
*Puerto Rico Telephone*
*Puget Sound Energy*
Prince William County Services
*Questar Gas*
*Qwest*
Racine Water & Wastewater Utilities, WI
Rancho California Water District
Regional Water Authority, CT
*Research In Motion*
*Rochester Gas & Electric*
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
*San Diego Gas & Electric*
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
*South Carolina Electric & Gas*
Sebring Gas System Inc.
Second Taxing District Water Department
*Semco Energy Gas Company*
*Sempra Energy Solutions*
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
*Sierra Pacific Power Company-NV*
Silverdale Water District # 16
Simplenet
*Skytel*
Southern Maryland Electric Cooperative
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
*Southern California Edison*
*Southern California Gas*
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board
Springfield Water & Sewer Commission
*Sprint*
Salt River Project
St. Lucie West Services District

Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
*Suez Energy Resources NA*
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc., FL
*Surewest*
Sweetwater Authority
*T Mobile*
Tacoma Public Utilities
Taunton Municipal Lighting Plant
*TDS Telecom*
*Tampa Electric Company*
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
*Toledo Edison*
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS
Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
*Tucows Com*
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
*TXU Energy*
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
*Valencia Water Company, CA*
*VCCDD Utility*
*Vectren Energy Delivery*
*Verizon (BA)*

*Verizon (GTE)*
*Verizon Online*
*Verizon Wireless*
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
*Washington Gas*
Washington Suburban Sanitary Commission
Water Gas & Light Commission
Water Revenue Bureau, PA
*WaterOne*
*Wisconsin Electric*
*Wisconsin Gas*
West View Water Authority
*Westar Energy/KPL*
Western Allegheny County MUA
*Western Massachusetts Electric*
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
*Windstream*
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
*Xcel Energy: Southwestern Public Service*
*Yankee Gas Services*
Youngstown Water Dept., OH

**Real Property Lessors**
1030 W. North Avenue Bldg., LLC
120 Orchard LLC
1251 Fourth Street Investors, LLC
13630 Victory Boulevard LLC
1890 Ranch, Ltd
1965 Retail LLC
19th Street Investors, Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard, LP
380 Towne Crossing, LP
4 Newbury Danvers LLC
44 North Properties, LLC
444 Connecticut Avenue LLC
502-12 86th Street, LLC
5035 Associates, LP
601 Plaza, LLC
610 & San Felipe, Inc.
680 S. Lemon Avenue Company LLC
700 Jefferson Road Ii, LLC
ADD Holdings, LP
AAC Cross County Leasehold Owner, LLC
Abercorn Common, LLP
Abrams Willowbrook Three LP
Acadia Realty Limited Partnership
*Accent Homes, Inc*
ACPG Management, LLC
Advance Real Estate Management, LLC
Agree Limited Partnership
AIG Baker Deptford, LLC

AIG Baker Hoover, LLC
*Alameda Associates*
Alexander's Of Rego Park Center, Inc.
Alexandria Main Mall LLC
Alliance - Rocky Mount, LLC
Almaden Plaza Shopping Center, Inc.
Almeda-Rowlett Retail LP
Almonesson Associates, LP
Altamonte Springs Real Estate Associates, LLC
Amargosa Palmdale Investments, LLC
*AMB Property, LP*
Amcap Arborland LLC
Amcap Northpoint LLC
*American National Bank & Trust Company Of Chicago*
American National Insurance Company
Amherst Industries, Inc.
AMLI Land Development- I, LP
Ammon Properties LLC
AM REIT Texas Real Estate Investment Trust
AR Investments, LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I, LLC
Arho LP
Arrowhead Net Lease, LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
Avr Cpc Associates, LLC
Awe-Ocala, Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLLC
Barberio, Janet
Bard, Ervin & Suzanne
Barnes and Powers North LLC
Basile LLC
Basser - Kaufman 222, LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale, LLC
BC Portland Partners, Inc.
Bear Valley Road Partners LLC & M Lantz LLC
Beatson, William P. Jr.
Becker Investment Company
Becker Trust, LLC
Bedford Park Properties, LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Development Company
Benderson Properties Inc.
Benenson Columbus - OH Trust
Berkshire West
Berkshire-Amherst, LLC
Berkshire-Hyannis, LLC
BFLO-Waterford Associates, LLC
BFW/Pike Associates, LLC
BG Walker, LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Building Retail 2007 LLC & Netarc LLC
Bl-NTY I, LLC
Boise Towne Plaza LLC
Bond CC. V Delaware Business Trust
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates

Boulevard North Associates, LP
Boyer Lake Pointe, Lc
BPP-Connecticutt LLC
BPP-Muncy LLC
BPP-Ny LLC
BPP-Oh LLC
BPP-Redding LLC
BPP-Sc LLC
BPP-Va, LLC
BPP-Wb, LLC
Brandywine Grande C, LP
Bre, Louis Joliet, LLC
Briantree Property Association LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
*Burnham Pacific Properties*
By-Pass Development Company LLC
CC. Hamburg NY Partners, LLC
CJM. Management Company
CA New Plan Asset Partnership IV, LLP
Cafaro Governors Square Partnership
Camelback Center Properties
Cameron Group Associates LLP
Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates, S.E.
Capital Centre LLC
Cardinal Capital Partners
Cardinal Court, LLC
Carlyle-Cypress Tuscaloosa I, LLC
Carousel Center Company, LP
Carriage Crossing Market Place, LLC
Carrollton Arms
Catellus Development Corporation
Catellus Operating LP
CBC - Wilbur Properties
CBL Terrace Limited Partnership
CC - Investors 1995-6
CC - Investors 1996-1
CC - Investors 1996-12
CC - Investors 1996-17
CC - Investors 1996-3
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft. Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC Investors 1996-6
CC Investors 1996-7
CC Investors 1997-10
CC Investors 1997-12
CC Investors 1997-2
CC Investors 1997-3
CC Investors 1997-
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC

CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville, LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty, LLC
CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development, Ltd
Centennial Holdings LLC
Central Investments, LLC
Central Park 1226, LLC
Central Park Property Owners Association
*Centro Bradley Spe 7 LLC*
*Centro Heritage County Line LLC*
*Centro Heritage Innes Street LLC*
*Centro Heritage UC Greenville LLC*
*Centro Properties Group*
*Centro Watt*
Century Plaza Development Corporation
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hills - West LLC
Chapman And Main Center
Charbonnet Family Ltd et. al
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
Cim/Birch St., Inc.
Circuit Distribution - Illinois
Circuit II Corporation
Circuit Investors - Fairfield, LP
Circuit Investors - Vernon Hills, LP
Circuit Investors - Yorktown, LP
Circuit Investors #2 Ltd
Circuit Investors #3 LP
Circuit Investors #4 - Thousand Oaks LP
Circuit Oklahoma Property Investor
Circuit Pennslyvania Corporation
Circuit Sports LP
Circuit Tax Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City View Center LLC
CK Richmond Business Services #2, LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II LP
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co, LLC
Cole CC Groveland Fl, LLC
Cole CC Kennesaw Ga, LLC
Cole CC Mesquite Tx, LLC
Cole CC Taunton Ma, LLC
Colonial Heights Holding, LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaz, LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC

Compton Commercial Redevelopment Company
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC.
Continental 64 Fund LLC
Cortlandt B. LLC
Cosmo-Eastgate, Ltd.
Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G. Kamin Baton Rouge LLC
Daniel G. Kamin Burlington LLC
Daniel G. Kamin Elmwood Park LLC
Daniel G. Kamin Flint, LLC
Daniel G. Kamin Mcallen LLC
Daniel G Kamin and Howard Kadish, LLC
Dartmouth Marketplace Associates
Dayton Hudson Corporation
DDR  Southeast Loisdale LLC
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR Mdt Asheville River Hills
DDR Mdt Fairfax Towne Center LLC
DDR Mdt Grandville Marketplace LLC
DDR Mdt Monaca Township Marketplace LLC
DDR Mdt Union Consumer Square, LLC
DDR Miami Ave LLC
DDR Norte LLC, S.E.
DDR Southeast Cary LLC
DDR Southeast Cortez, LLC
DDR Southeast Culver City District
DDR Southeast Dothan Outparcel, LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Olympia District
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR 1st Carolina Crossings South LLC
DDRA Arrowhead Crossing LLC
DDRM Hilltop Plaza LP
DDRM Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase II, LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks at Virginia Center
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks at Highwood Preserve I LLC
Decatur Plaza I, LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family Limited Partnership
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma, LLC
*Developers Diversified Realty Corp.*
Diamond Square LLC

Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed, N.V.
DJD Partners LP
DMC Properties, Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown, LLC
Doyle Winchester Properties, LLC
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC.
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Gate Center V
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
EEL Mckee LLC
EKLEC Co. Newco LLC
ELPF Slidell, LLC
Emporium on LBJ Owners Association
Encinitas PFA, LLC
Enid Two, LLC
ERP of Midway, LLC
Estate of Joseph Y. Einbinder
Evansville Developers LLC, G.B.
Evergreen Mcdowell And Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace, Inc.
F.R.O., LLC Ix
Faber Bros., Inc
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associate, LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park, LLC
FC Wodbridge Crossing, LLC
*Federal Realty Investment Trust*
Feil Organization, The
FGP Company
Fingerlakes Crossing LLC
Firecreek Crossing o Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
F&M Properties
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Forest City Ratner Company
Fourels Investment Company
Fr/Cal Gouldsboro Property Holding LP
Friedland, Lawrence And Melvin
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub, LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center
Gateway Center Properties III, LLC
Gateway Company LLC
Gateway Woodside Inc.
GC Acquisition Corporation

Geenen Dekock Properties LLC
Generation H One and Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors, LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center Oea
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments, LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium Association
Hannon Ranches Ltd
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows JV
Hayward 880, LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
HIP Stephanie, LLC
HK New Plan Fenwood Sun LLC
HK New Plan EPR Property Holdings LLC.
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners - Intermodal, LLC
Holyoke Crossing LP II
Home Depot USA Inc.
Hoprock Limonite LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Company
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates, LP
I-93 Somerville LLC
Iannucci Development Corporation
Immobilien Verwaltung GMBH
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn, LLC
Inland American Retail Management
Inland Commercial Property Management Inc.
Inland Us Management LLC
Inland Western Austin Southpark Meadows II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II, LLC
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC

Inland Western Oswego Gerry Centennial LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio Hq LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III District
Intergrated Real Estate Services LLC
International Speedway Square Ltd
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
*Irvine Company LLC*
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossings, LLC
Jantzen Dynamic Corporation
Jefferson Mall Company II LLC
JKCG LLC
Johnson City Crossing (Delaware)LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC.
Kamin Realty Co
Karns Real Estate Holdings II, LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
K E - Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes S.C., LLC
Kimco Pk LC
Kimco Realty Corporation
KIR Amarillo LP
KIR Arboretum Crossing LP
KIR Augusta I 044 LLC
KIR Piers 716 LLC
Kite Coral Springs LLC
Knoxville Levcal LLC
*KNP Investments*
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investment
Krupp Equity Limited Partnership
KSK Scottsdale Mall LP
L. Mason Capitani Propety & Asset Mgmt. Inc
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Association
Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwartz
Laredo/MDN II LP
Larry J. Rietz, MP, LLC
Las Vegas Land and Development Company LLC
LB Commercial Mortgage Trust Series 1998 C1
LC White Plains Retail LLC
Lea Company
League City Towne Center Ltd
Leben, Robert L. & Mary C.
Lester Development Corporation
Lexington Corporate Properties Inc.
Lexington Lion Weston I LP
Lincoln Plaza Associates LP
Lincoln US Properties LP
Linden Business Center Association

Little Britain Holding, LLC
Loop West LLC
Louis Joliet Shoppingtown LP
Lucknow Associates
Lufkin Gkd Partner, LP
M & M Berman Enterprises
MIA Brookhaven LLC
Macerich Lakewood LLC
Macerich Vintage Fair LP
*Macy's Central*
Madison Waldorf LLC
Magna Trust Company
Main Street At Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Company Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 and Debbie Ltd.
Manteca Stadium Park LP
Marco Portland General Partnership
Market Heights Ltd
Marlton VF, LLC
Mass One LLC
Mayfair - MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd
MD-GSI Associate, LLC
MDS Realty II, LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Melville Walton Hone, Trustee Of Hone Family
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (De) LLC
MHW Warner Robins LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings, LLC
Montevideo Investments, LLC
Montgomery Towne Center Station, Inc
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
Msf Eastgate-I LLC
Myrtle Beach Farms Company Inc.
Nap Northpoint LLC
National Retail Properties, LP
Nazario Family Partnership
Necrossgates Commons Newco, LLC
Nevada Investment Holdings, Inc.
New Plan Excel Realty Trust
New Plan of Memphis Commons, LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre, LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California
Northwoods LP
Novogroder/Abilene LLC

NP Huntsville LLC
NP I&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC St.Louis LLC
One Liberty Properties
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
PL Mesa Pavilions LLC
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities  LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corporation
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Company LLC
Pappas Gateway LP
Paragon Affiliates
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza, Ltd.
Parks at Arlington LP
Parkside Realty Associates, LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
Peikar Muskegon LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas, Inc
Plaza Las Palma, LLC
Plazamill LLP
Plymouth Marketplace Condominium Assoc., Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
Prattcenter LLC
Preit Services LP
PRGL Paxton LP
Prince George's Station Retail LLC
Principal Real Estate Holding Company LLC
Priscilla J. Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
PRU Desert Crossing V LLC
*Prudential Insurance Company Of America*
Puente Hills Mall LLC
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond and Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP

Realty Income Corporation
Rebs Muskegon LLC
Red Mountain Retail Group
Red Rose Commons Condominium Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corporation
Rio Associates LP
Robinson, Donald
*RREEF America REIT II Corporation VVV*
RVIP Valley Central LP
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing, LLC
Shoppes Of Beavercreek LLC
Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
*Sigmund Sommer Properties*
Signal Hill Gateway LLC
Signco Inc.
Silverdale K-Four
Silverstein, Raymond - Trustee
Simon Debartolo Group LP
*Simon Property Group*
*Simon Property Group Texas LP*
Simvest Real Estate II LLC
Sinay Family LLC And Trust
Sir Barton Place, LLC
Site A LLC
SJ Collins Enterprises LLC
Goodman Enterprises, LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southhaven Center II LLC
Southland Acquisitions LLC
Southland Center Investors LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd.
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LLC
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Indian Ridge LLC
St. Louis Mills LP
St. Cloud Associates
St. Tammany Oaks Subdivision Association LLC
Stapleton North Town LLC
Star Universal LLC
Station Landing, LLC
Stop & Shop Supermarket Company LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC
Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T And T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP

Tanglewood Park LLC
Tanurb Burnsville LP
*Target Corporation*
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
*Teachers Insurance & Annuity Assoc.Of Amer.*
Team Retail Westbank Ltd
Ten Pryor Street Building Ltd.
Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; & Frank
Terra Enterprises
Terranomics Crossroads Associates
The Cafaro Northwest Partnership
The City Of Portfolio TIC LLC
The Marketplace Of Rochester Hills Parcel B LLC
The Macerich Company
The Shoppes At Schererville LLC
The Shops At Kildeer
The Village At Rivergate LP
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF Onc Development LLC
THF St. Clairsville Parcel C.C. Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC
Torrington Triplets LLC
Tourbillon Corporation
Tower Center Associates
Town Square Plaza
Towson VF LLC
Traverse Square Company Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout, Jerome B. Jr.
Trout, Segall
Trumbull Shopping Center #2 LLC
Trustees Of Salem Rockingham LLC
*TSA Stores, Inc.*
TUP 430 Company LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
U.K. - American Properties Inc.
U.S. 41 & I-285 Company
Uncommon Ltd.
Urbancal Oakland II LLC
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View S.C. LLC
Van Ness Post Center LLC
Ventura In Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village Square I L.P.
Village Walk Retail LP
Viwy IP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
Vornado Realty Trust
W&D - Imperial No. 1/Norwalk
W&S Associates LP
W/S Stratford LLC
Waco Investment Group

*Wal-Mart Stores East LP*
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington Real Estate Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC
Weberstown Mall LLC
WEC 96D Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96D Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99A-2 LLC
WEC 99A-1 LLC
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Companies Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake Limited Partnership
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners A LP
Whitestone REIT
*Wilmington Trust Company*
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corporation, The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Overton Plaza LP
WRI Camp Creek Marketplace Ii, LLC
WRI Lakeside Marketplace LLC
WRI Seminole Marketplace LLC
WXIII/PWN Real Estate LP

**Sublessees**
*$1.00 Stuff Inc.*
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
*American Outdoor Advertising*
Arc International Corporation
*Autozone Northeast Inc.*
Baby Superstore,Inc.
Blockbuster Inc.
Books A Million
Borders Inc.
*Carmax Business Services LLC*
Casto
CEC Entertainment, Inc.
Chapman & Main
*Charlie Brown's Steakhouse*
Children's Discovery Centers of America
Circuit Sports LP
Consolidated Stores Corporation
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
*DHL Global Business Services*
Dick's Sporting Goods Inc.
Dollar General Corporation
*Dollar Tree Stores Inc.*
Don Sherwood Golf Shop
Edwin Watts Golf Shop
Empire Education Group

Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Food Lion LLC
Forecast Danbury LP
*GE Transportation Systems*
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Homans Associates Inc.
Hughes MRO Ltd.
Huntington National Bank
Inkeeper Properties Inc.
*International House Of Pancakes*
JR Furniture USA Inc.
Joelle Inc.
*JP Morgan Chase Bank*
K&G Men's Company Inc.
Katz
Lakeshore Equipment Company
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
*Maggiano's/Corner Bakery Holding Corporation*
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less
MRV Wanamaker LLC
New Avenues Lease Ownership LLC
*New Colorado Daily, Inc.*
North South Partner, LLC
O'Charleys, Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries,Inc.
Orthodontic Centers of Virginia Inc.
Peak Place Holdings, LLC
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Company
Prosound Music Centers Inc.
Quantum Fine Casework Inc.
Quarterdeck Corporate Office
Raymund Garza
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores,LLC
Schiavone, Daniel
Sky Bank
*Solo Cup Company*
*Staples, The Office Superstore Inc.*
The Auto Toy Store Inc.
The Floor Store Inc.
The Julia Christy Salon Inc.
The Pep Boys
*The Sports Authority*
The TJX Operating Companies
*Tire Kingdom, Inc.*
Topline Appliance Depot Inc.
*Toys R US Inc.*
Trader Joe's Company
Truong, Se and Ly
Tru Properties Inc.
TVI Inc.
*Viacom Outdoor*
Visionary Retail Management
Waterbed Emporium of California
West Marine Products Inc.
Winchester Fun Expedition Corporation

Wired Management LLC
Workforce Central Florida

**Personal Property Lessors**
*Avaya Financial Services*
*GE Fleet Services*
*IBM*
*Hewlett Packard*
Service Power
*Toshiba*

**Banks Utilized in the Company's
Cash Management System**
*American Savings*
*AmSouth Bancorporation*
*Banco Popular*
*Bank of America*
*CRP Securities, LLC*
*Chase Bank*
*CRP Securities*
*Fifth Third Bank*
*Fifth Third Securities*
*JP Morgan Securities Inc*
*Lehman Brothers*
*Merrill Lynch Global Institutional Advisory Division*
*RBC Dain Rauscher*
*SunTrust*
*UBS Financial Services, Inc.*
*Wachovia Bank & Securities*
*Wells Fargo*

**Liquidators**
*Gordon Brothers Retail Partners LLC*
Great American Group
*Hilco Merchant Resources LLC*
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Litigation Counterparties**
Alicea, Ada
Audiobahn
Banker, Michael
Booker, Jamal
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Foss, Andrew
Harris, William
Holloman, Latia
Ibrahim, Betty
Internal Revenue Service
Iowa AG
*JP Morgan Chase*
Keystone Automotive Industries
Kobra Properties
Mad Rhino
Maria Moncayo (class action)
Massachusetts Department of Revenue
*Mastercard*
Micro Electronics
Millennium Retail Partners
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry (class action)
Securities and Exchange Commission
Snow, Christopher
State of Iowa
Temple, Floyd Edward Jr.
Tennesee Department of Revenue
Unical
*Visa*

Voegtle, Clayton P.
Weidler, Daniel

**Restructuring and Other Professionals**
Bingham McCutchen LLP
*Ernst & Young*
*FTI Consulting Inc.*
*Goldman, Sachs and Company*
*Kirkland & Ellis LLP*
*Kurtzman Carson Consultants LLC*
LeClairRyan
McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
*Rothschild, Inc.*
Schulte Roth & Zabel LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**Bankruptcy Court Judges (Eastern District of Virginia)**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.

722255.01-Chicago Server 2A    MSW - Draft April 9, 2009 - 11:56 AM

Case 08-35653-KRH   Doc 3097   Filed 04/17/09   Entered 04/17/09 19:37:46   Desc Exhibit A   Page 49 of 103

**EXHIBIT 2**

**(Retention Agreement)**

 **streambank**

Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

✉ info@streambankllc.com  ☎ 617.458.9355
🌐 www.streambankllc.com  📠 781.651.4272

## RETENTION AGREEMENT

March 23, 2009

James A. Marcum
Vice Chairman, Acting President and CEO
Circuit City Stores, Inc.
DR3 6th Floor
9954 Mayland Drive Richmond, VA 23233

804-486-5155
jim_marcum@circuitcity.com

Re: Circuit City Retention Agreement - Intangible Asset Liquidation

Dear Mr. Marcum,

This letter agreement (the "<u>Retention Agreement</u>") sets forth the parties' agreement regarding the proposed engagement of Streambank, LLC ("<u>Streambank</u>") by Circuit City Stores, Inc. ("<u>COMPANY</u>") to perform certain intangible asset liquidation services after Bankruptcy Court Approval.

1. *Incorporation of Terms & Conditions by Reference.* The Terms & Conditions attached to this Retention Agreement, and all appendices, exhibits and schedules attached thereto, are hereby incorporated by reference into this Retention Agreement. Capitalized terms used in this Retention Agreement but not otherwise defined herein shall have the meanings ascribed to such terms in <u>Appendix I</u> to the Terms & Conditions. In the event of any inconsistency between this Retention Agreement and the Terms & Conditions or any appendix, exhibit or attachment thereto, the terms of this Retention Agreement shall control.

2. *Bankruptcy Case.* The parties acknowledge that the Company, as debtor, filed a voluntary petition for relief under Chapter 11 of the Code in the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Bankruptcy Court</u>") on November 10, 2008, *In re Circuit City Stores, Inc.* (Chapter 11 Case No. 08-35653 (KRH)) along with several related debtors affiliated with the Company.

3. *COMPANY's Engagement of Streambank.* Subject to Bankruptcy Court Approval, COMPANY hereby retains Streambank as COMPANY's exclusive provider of the advertising, marketing and disposition Services set forth in <u>Appendix II</u> to the Terms & Conditions.

4. *Timing for Performance of Initial Services.* Notwithstanding anything herein contained to the contrary, as time is of the essence and the Assets are likely to suffer diminution of value with prolonged absence from the marketplace, Streambank has, at the Company's request, commenced, prior to Bankruptcy Court Approval, the following portion of the Services: (1) preparations for, and drafting of, the Marketability Evaluation and (2) initial marketing activities (such Services, the "<u>Initial Services</u>").

5. *Evaluation Fee.* Waived.

6. *Management Fee.* $50,000. The entire Management Fee shall be reimbursed out of the first $50,000 of sale proceeds from sale of the Group 2 Assets. Accordingly Commissions on Group 2 Assets will only be earned with respect to sale proceeds greater than $50,000.



Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

info@streambankllc.com  617.458.9355
www.streambankllc.com  781.661.4272

7. *Commissions.*

(a) *Sale Transaction Commission.* COMPANY shall remit to Streambank a commission on the Gross Consideration paid in connection with any Sale Transaction, which commission is payable immediately upon COMPANY's receipt of any Gross Consideration from any IP Transferee.

(b) *Tiered Transaction Commission.* COMPANY shall remit to Streambank a commission on applicable Gross Consideration amounts paid in connection with any Sale Transaction according to the following tables:

| Group 1 Assets (Circuit City trademark portfolio and URLs scheduled as Appendix A) | |
| --- | --- |
| IF A BIDDER OTHER THAN THOSE TEN (10) IDENTIFIED IN Appendix C PARTICIPATES IN AN AUCTION FOR THE GROUP 1 ASSETS, EITHER BY BIDDING DIRECTLY FOR THE ASSETS OR BY PARTICIPATING IN ANOTHER PARTY'S BID | |
| Gross Consideration Amount | Commission Rate |
| $0 to the value of the current stalking horse bid as of March 27, 2009 (the "Stalking Horse Bid")** | Zero percent (0%) |
| Amounts between the Stalking Horse Bid and $▮▮▮▮ | five percent (5%) |
| Amounts above $▮▮▮▮ | One and one-quarter percent (1.25%) |

| Group 1 Assets (Circuit City trademark portfolio and URLs scheduled as Appendix A) | |
| --- | --- |
| IF NO BIDDER OTHER THAN THOSE TEN (10) IDENTIFIED IN Appendix C PARTICIPATES IN AN AUCTION FOR THE GROUP 1 ASSETS | |
| Gross Consideration Amount | Commission Rate |
| $0 to the Stalking Horse Bid ** | Zero percent (0%) |
| Amounts between the Stalking Horse Bid and $▮▮▮▮ | Two and one half percent (2.5%) |
| Amounts above $▮▮▮▮ | One and one-quarter percent (1.25%) |



Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

✉ info@streambankllc.com   ☎ 617.458.9355
🌐 www.streambankllc.com   📠 781.551.4272

| GROUP 2 ASSETS | |
| --- | --- |
| Gross Consideration Amount | Commission Rate |
| Amounts between $0 and $50,000 | Zero %<br><br>(recoup management fee) |
| Amounts between $50,000 up to $1 million | Ten percent (10%) |
| Amounts between $1 million and $3 million | Fifteen percent (15%) |
| Amounts above $3 million | Twenty percent (20%) |

\*\* (the parties currently value the Stalking Horse Bid at $▮▮▮▮▮ however once a competing bid is accepted, whether or not it is more than $▮▮▮▮▮ it will be deemed to have exceeded the Stalking Horse Bid, thereby qualifying Streambank for the applicable Commission in the next tier. Streambank and the Debtor will, in good faith, determine the new base valuation and the difference between the winning bid and that base valuation. Once such amount is determined, the Debtor will support Streambank's application for compensation based on that agreed upon valuation. Additionally, the current Stalking Horse Bid value is based on the bid that has been negotiated by the Company. If the Company does not go forward with the current bidder, or if the current bid gets adjusted downward, the parties acknowledge that the base valuation and related tier thresholds will be adjusted accordingly.

(c) *Discretionary Success Fee*. At the conclusion of the sales of the Group 1 and Group 2 Assets, if the Company determines that the results exceeded expectations as a result of Streambank's efforts, the Company may, after consultation with the Creditors' Committee, agree to award Streambank an additional success fee in an amount to be determined. Any such fee shall be subject to Bankruptcy Court approval.

8. *Expenses*. In addition to the Commissions, COMPANY shall be responsible for the payment of Expenses in accordance with the Terms & Conditions.

*Reports*. Streambank will provide all written deliverables to COMPANY required pursuant to this Retention Agreement, including the Marketing Evaluation and the reports referenced in Section 13 of Appendix II, to James A. Marcum, or, if Mr. Marcum is unavailable, then to Daniel Ramsey.

9. Omitted.

10. *Further Assurances*. The parties to this Retention Agreement agree to execute such additional documents as may be reasonably requested and consistent with the terms hereof and such other



Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

info@streambankllc.com    617.458.9355
www.streambankllc.com     781.551.4272

documents to reflect the intent of this Retention Agreement.

This Retention Agreement may be executed in counterparts and all counterparts shall constitute one and the same agreement. It is intended that this Retention Agreement take effect as an instrument under seal.

[*REMAINDER OF PAGE LEFT BLANK; SIGNATURES ON FOLLOWING PAGE*]



Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

✉ info@streambankllc.com   ☎ 617.458.9355
🌐 www.streambankllc.com   📠 781.651.4272

If this Retention Agreement meets with COMPANY's approval, please sign below indicating COMPANY's acceptance, by and on behalf of COMPANY and its affiliates, of this Retention Agreement as well as the Terms & Conditions attached hereto and incorporated by reference herein.

Kindly return a copy of the signed Retention Agreement via facsimile and the original via overnight delivery.

Sincerely,

Streambank, LLC

*[signature]*

_____

BY:   Gabriel Fried
ITS:   Manager
       *Hereunto Duly Authorized*

Accepted and Agreed to this ___ day of April, 2009, by:

CIRCUIT CITY STORES, INC., on behalf of itself
and its debtor and debtor in possession subsidiaries

_____

James A. Marcum
Vice Chairman, Acting President and CEO



Streambank, LLC
400 Hillside Avenue, Suite 19
Needham Heights, MA 02492

✉ info@streambankllc.com ☎ 617.458.9355
🖥 www.streambankllc.com 📠 781.651.4272

If this Retention Agreement meets with COMPANY's approval, please sign below indicating
COMPANY's acceptance, by and on behalf of COMPANY and its affiliates, of this Retention Agreement
as well as the Terms & Conditions attached hereto and incorporated by reference herein.

Kindly return a copy of the signed Retention Agreement via facsimile and the original via overnight
delivery.

Sincerely,

Streambank, LLC

_____

BY:    Gabriel Fried
ITS:   Manager
       *Hereunto Duly Authorized*

Accepted and Agreed to this 15 day of April, 2009, by:

CIRCUIT CITY STORES, INC., on behalf of itself
and its debtor and debtor in possession subsidiaries

_____

James A. Marcum
Vice Chairman, Acting President and CEO

**PROFESSIONAL RETENTION AGREEMENT**
**TERMS & CONDITIONS**

These Professional Retention Agreement Terms and Conditions (the "**Terms & Conditions**") apply to the professional retention agreement ("**Retention Agreement**") between Streambank, LLC, a Massachusetts limited liability company ("**Streambank**") and Circuit City Stores, Inc. together with any and all affiliated debtors filing voluntary petitions for relief under the Code in the U.S. Bankruptcy Court or non-filing companies, ("**COMPANY**"), and are hereby incorporated by reference in the Retention Agreement.  Unless otherwise defined in the Retention Agreement, capitalized terms used but not defined in the body of these Terms & Conditions shall have the meanings ascribed to such terms in **Appendix I** to these Terms & Conditions.  In the event of conflict between these Terms and Conditions and the Retention Agreement, the Retention Agreement shall control.

1. **Exclusivity**.

A. ***Services***.  Streambank shall be the exclusive provider of the Services throughout the Exclusive Period with respect to Group 2 Assets listed on Appendix B to the Retention Agreement.  Streambank shall have the right to perform Services throughout the Exclusive Period on a non-exclusive basis with respect to the Group 1 Assets listed on Appendix A to the Retention Agreement, as more particularly described in the Retention Agreement.

B. ***No COMPANY Solicitations***.  During the Exclusive Period, COMPANY agrees, for itself, it will not, and further agrees to advise its principals, managers, partners, employees, representatives, agents, and/or attorneys not to, directly or indirectly, without Streambank's prior written consent: (i) solicit any Persons that are or which may be interested in acquiring the Group 2 Assets with respect to, or otherwise solicit, any prospective Transfer or Transaction or (ii) Transfer Assets or engage in any Transaction with respect to the Group 2 Assets.

C. ***Referral to Streambank***.  If COMPANY is contacted by a potential recipient or buyer with respect to any prospective Transfer or Transaction relating to the Group 2 Assets, it shall direct such recipient or buyer to Streambank.  Streambank reserves the right to present any Prospective Transferee to parties other than COMPANY.

D. ***Tolling of Exclusive Period***.  Such Exclusive Period shall be tolled for the duration of any length of time during which (i) COMPANY has materially breached the Retention Agreement and/or any of these Terms & Conditions, including with respect to any late payments hereunder, until such breach has been duly cured, or (ii) the Bankruptcy Court has suspended either party's performance hereunder.

2. **Performance and Timing**.

A. ***Schedule and Goals***.  Streambank shall maintain its own schedule and shall determine in its sole discretion the manner of performance and the amount of time to devote to the Services.

B. ***Streambank and COMPANY Responsibilities***.  Streambank shall supply, at its sole expense, all facilities, employees, permits, licenses, approvals, equipment, tools, materials and/or supplies to perform the Services.  Notwithstanding the foregoing, COMPANY shall provide to

1

Streambank those materials set forth in <u>Section 4</u>.

        C.      **_Timing for Performance of Marketability Evaluation_**.  Streambank shall deliver its Marketability Evaluation conclusions to COMPANY forty-five (45) days after the Bankruptcy Approval Date.

        D.      **_Right to Use Trademarks_**.  In furtherance of Streambank's performance of Services hereunder, COMPANY hereby grants Streambank a personal, non-exclusive, non-assignable, worldwide, royalty-free license to use until such time as the applicable Assets may be sold, transferred, or licensed to a third party on an exclusive basis, the trademarks, trade names, service marks or any other commercial symbols or logos included in the Assets (the "Trademarks").  Other than as set froth in this Section 2.D, except with COMPANY's prior written approval, Streambank does not have the authority to, and shall not, use or adopt as its own any of the Trademarks.  The Trademarks shall be owned at all times by COMPANY and Streambank shall acquire no interest therein.

        **3.**      **<u>Fees; Expenses; Budget</u>**.

        A.      **_Fees and Commissions Non-Refundable; Expenses; Budget_**.  The Evaluation Fee, Management Fee, and Commissions are each separate and non-refundable fees that exclude and are in addition to any and all Expenses.  Subject to COMPANY's prior written approval of Expenses to-be-incurred, all Expenses shall be reimbursed by COMPANY within thirty (30) days after Streambank's presentation of an invoice therefor.  Streambank shall develop a proposed budget for Expenses anticipated to be incurred and may augment such budget from time to time to facilitate COMPANY's written approval of Expenses in advance.

        B.      **_Initial Services Fees and Administrative Expense_**.  In the event that Bankruptcy Court Approval is not obtained within thirty (30) days of the date the Retention Agreement is executed by the COMPANY, COMPANY acknowledges and agrees that (1) Streambank may file a motion to obtain payment for (i) Initial Services provided at a rate of Four Hundred Dollars ($400) per hour and (ii) Expenses incurred for the 30-day period from the date of the Retention Agreement (such aggregate payment amount, the "**<u>Administrative Expense</u>**") as an allowed Chapter 11 administrative expense and (2) COMPANY shall file a statement in support of such motion that is reasonably acceptable to Streambank.  In the event that Bankruptcy Court Approval is timely obtained, fees associated with the Initial Services shall be deemed paid in full upon payment of the Management Fee.

        C.      **_Termination's Effect Upon Fees and Commissions_**.  Notwithstanding the Retention Agreement's termination or expiration of the Exclusive Period, Streambank shall be entitled to the payment of the Management Fee, Evaluation Fee and Expenses accruing through the date of termination or expiration of the Exclusive Period, as applicable.  If Streambank has undertaken material efforts in connection with the development and/or implementation of any Transaction during the Exclusive Period but such Transaction is not consummated before either (i) Streambank's termination hereunder or (ii) the expiration of the Exclusive Period, then:  (1) Streambank shall be entitled to Commissions if such Transaction is consummated before the conclusion of the one (1) year period after, as applicable, (i) such termination (if such termination is for any reason other than Streambank's un-cured breach of the Retention Agreement) or (ii) the expiration of the Exclusive Period and (2) If the Retention Agreement is terminated as a result of Streambank's un-cured breach, then Streambank shall not be entitled to any Commissions for Transactions consummated more than sixty (60) days after such termination.  COMPANY agrees that it shall take no action to delay closing of an IP Agreement beyond

2

the respective periods set forth above primarily for the purpose of avoiding payment of a Commission, nor shall it avoid taking any action primarily for the purpose of delaying closing beyond the respective periods set forth above to avoid payment of a Commission.

4.    **COMPANY's Representations, Warranties and Obligations**.

A.    ***Providing Materials***.    COMPANY will, upon request, promptly provide all information and documentation reasonably requested by Streambank in connection with performing Services.  COMPANY acknowledges that Streambank:  (a) is using and relying primarily on information and documentation available from generally-recognized, public sources in performing the Services without having independently verified the accuracy or completeness of such information and documentation, nor having obtained any warranties with respect to such information and documentation; (b) assumes no responsibility for the accuracy or completeness of such information and documentation; and (c) is entitled to rely upon the such information and documentation for all purposes without independent verification thereof.

B.    ***Protection of IP Rights***.

(i)  To COMPANY's knowledge, COMPANY is the sole owner of the Assets as of the Bankruptcy Approval Date, except for non-exclusive licenses granted by COMPANY to its customers in the ordinary course of business;

(ii)  COMPANY's performance of the Retention Agreement does not conflict with or result in a breach of any agreement to which COMPANY is party or by which COMPANY is bound;

(iii)  During the Exclusive Period, COMPANY will not transfer or otherwise encumber any interest in the Group 2 Assets, except for non-exclusive licenses granted by COMPANY in the ordinary course of business or as expressly set forth in the Retention Agreement or these Terms & Conditions;

(iv)  To COMPANY'S knowledge, except for the Bankruptcy Court no authorization, approval or other action by, and no notice to or filing with, any other governmental authority or regulatory body is required for the COMPANY's execution, delivery or performance of the Retention Agreement;

(v)  To COMPANY'S knowledge, all information heretofore, herein or hereafter supplied to Streambank by or on behalf of COMPANY with respect to the Assets is accurate and complete in all material respects; and

(vi)  COMPANY shall not enter into any agreement that would materially impair or conflict with COMPANY's obligations hereunder without Streambank's prior written consent, which consent shall not be unreasonably withheld;

(vii)  COMPANY agrees to promptly notify Streambank of any loss of, or material adverse effect upon, all or any portion of the Assets, COMPANY's ability to dispose of such Assets, and the existence of potentially interfering rights owned by others.

C.    ***Records***.    COMPANY shall keep accurate records sufficient to permit determination of the Commission payments due hereunder and shall make such records available for

3

examination by a third-party auditor designated by Streambank and reasonably acceptable to COMPANY, following reasonable advance notice and under conditions of confidentiality during regular business hours not to exceed one such audit per three-month period during the Exclusive Period. Audits may be performed covering no more than the four most recently reported consecutive quarters preceding the audit and may be performed no more than once in any calendar year. Streambank's failure to inspect shall not constitute a waiver of Streambank's right to object to the accuracy of any Commission payments made. Before beginning any audit, Streambank agrees that the third-party auditors shall be required to sign a confidentiality agreement provided by COMPANY that restricts the auditors from disclosing to any third party any and all records and other information provided by COMPANY. Each party shall be responsible for its own costs and expenses that it incurs in the course of the audit and Streambank shall be responsible for the costs and expenses charged by the third-party auditors.

D. **_Grant and Enforcement of Intellectual Property Rights_**. Notwithstanding anything to the contrary in the Retention Agreement and/or these Terms & Conditions, enforcement of the intellectual property rights associated with the Assets against infringers, and the granting to third parties of licenses or releases under the Assets, shall be within the sole discretion and control of COMPANY or any applicable IP Transferee.

## 5. **Warranties and Acknowledgements**.

A. **_No Warranties Regarding Assets_**. Streambank shall not make any warranties whatsoever with respect to the Assets. Any warranties to be made by COMPANY shall be in writing and reflected in COMPANY's acceptance, invoice or other contract forms entered into with respect to such sales of Assets. Except for the limited warranty set forth in Section 5(C), no representation or warranty is expressed or implied for any Services, including valuations, projections, estimates and/or information supplied by Streambank.

B. **_No Warranties Regarding Transfers or Transactions_**. By signing the Retention Agreement COMPANY expressly acknowledges that Streambank does not guarantee, warrant or otherwise provide assurance that any Transfer or Transaction will be consummated. Actual results for Asset Transfers may vary materially and adversely from the valuations, estimations, and projections supplied by Streambank. The parties recognize that market conditions, the motives of prospective buyers or licensees of the Assets, the time necessary to market the Assets, the current conditions for the sale of intangible assets, and other matters all will have a material effect on actual results. Accordingly, Streambank cannot predict the actual results that will ultimately be achieved in connection with Services performed hereunder.

C. **_Limited Warranty Regarding Services_**. Streambank warrants that all Services to be provided hereunder will be provided in a professional manner and that Streambank is skilled in providing such services. The foregoing warranty is exclusive and is offered in lieu of all other warranties. STREAMBANK EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE SERVICES, THE MARKETABILITY EVALUATION, AND THE ASSETS, INCLUDING THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE.

## 6. **Limitation on Liabilities and Indemnification**. The following allocations of liability and provisions with respect to indemnification represent the agreed and bargained-for understanding of the parties. Streambank's compensation for the Services, including Commissions,

4

reflects such allocations.  The provisions set forth in this Section 6 shall survive the completion of the engagement and any termination of the Retention Agreement and shall apply regardless of whether a claim or action sounds in contract, tort, negligence, strict liability, contribution, equity, indemnity or any other theory.

A.    *Limitation on Liabilities*.   Streambank's liability is limited solely to damage sustained by COMPANY as a result of (a) gross negligence or willful misconduct of Streambank personnel in the performance of the Services or (b) any material breach by Streambank of its obligations or representations/warranties hereunder.   COMPANY's liability is limited solely to actual damages sustained by Streambank as a result of any material breach by COMPANY of its obligations or representations/warranties hereunder.   IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE LOSSES, DAMAGES, OR EXPENSES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS, COSTS OF COVER, LOSS OF USE, BUSINESS INTERRUPTION, OPPORTUNITY COSTS, ETC.) EVEN IF A PARTY HAS BEEN ADVISED OF THEIR POSSIBLE EXISTENCE.  EACH PARTY'S TOTAL, CUMULATIVE LIABILITY TO THE OTHER PARTY UNDER THE RETENTION AGREEMENT AND THESE TERMS & CONDITIONS SHALL NOT EXCEED THE TOTAL OF TWO TIMES ALL AMOUNTS PAID TO STREAMBANK BY COMPANY PURSUANT TO THE RETENTION AGREEMENT, INCLUDING ANY PAYMENTS OF COMMISSIONS ONCE ACTUALLY PAID TO STREAMBANK.

B.    *Indemnification*.   The foregoing Subsection 6(A) is not applicable to claims by third parties; therefore:

(i)  COMPANY shall defend, indemnify and hold harmless Streambank, its affiliates and their respective directors, officers, employees and representatives from and against any and all losses, costs, expenses (including, but not limited to, reasonable attorneys' fees and disbursements), claims, liabilities and proceedings in connection with or related to or arising out of:  (a) COMPANY's negligence or willful misconduct in connection with any Asset Transfer; or (b) any breach by COMPANY of its obligations or representations/warranties hereunder, except in each case when such have been finally determined to have resulted from Streambank's gross negligence or willful misconduct.

(ii)  Streambank shall defend, indemnify and hold harmless COMPANY, its affiliates and their respective directors, officers, employees and representatives from and against any and all losses, costs, expenses (including, but not limited to, reasonable attorneys' fees and disbursements), claims, liabilities and proceedings in connection with or related to or arising out of:  (a) Streambank's negligence or willful misconduct in connection with any Asset Transfer; or (b) any breach by Streambank of its obligations or representations/warranties hereunder, except in each case when such have been finally determined to have resulted from COMPANY's gross negligence or willful misconduct.

**7.** **Termination**. Prior to the end of the Exclusive Period, the Retention Agreement may be terminated: (a) without cause upon at least thirty (30) days written notice by COMPANY; (b) by either party upon a breach of the Retention Agreement and/or these Terms & Conditions if (i) the non-breaching party provides at least ten (10) days written notice to the breaching party (setting forth in reasonable detail the specifics of the breach in such notice) and (ii) the breaching party shall have failed to cure such breach within such 10-day period; (c) pursuant to <u>Section 9</u>, below, and (d) by the mutual written consent of COMPANY and Streambank. Notwithstanding the termination or expiration of the Retention Agreement, Streambank shall be entitled to the payment of the compensation and reimbursable expenses as described in the Retention Agreement and/or the Terms & Conditions that have accrued through the date of termination (and for Seller's Fees in connection with matters occurring after termination as provided below). Notwithstanding anything to the contrary herein, If the Retention Agreement is terminated by COMPANY pursuant to <u>Subsection 7(b)</u>, Streambank shall not be entitled to any additional compensation in excess of that deemed earned as of the effective date of termination.

**8.** **Relationship of Parties**.

A. **_Independent Contractor_**. Streambank is, and at all times shall be, an independent contractor of COMPANY and not a partner, agent, joint venturer, dealership, or employee of COMPANY. Streambank shall represent itself to all other persons only as an independent contractor, and not as a partner, agent, joint venturer, dealership, or employee of COMPANY. Except as expressly set forth in the Retention Agreement or in these Terms & Conditions, neither Streambank nor COMPANY shall have, nor shall represent itself as having, any authority to contract in the name of the other party or bind the other in any manner whatsoever.

B. **_Taxes_**. Remuneration to Streambank (including, without limitation, Commissions) shall not be subject to withholding or other employment taxes as required for compensation paid to employees. Streambank is solely responsible for the filing and payment when due of all required United States federal, state and local income, self-employment, unemployment and other tax, labor, information and all other returns on account of its remuneration hereunder. The provisions of the preceding sentence shall survive termination of the Retention Agreement.

C. **_Not an Attorney_**. Although Streambank retains and employs attorneys, neither Streambank nor its attorneys are rendering legal services to COMPANY pursuant to the Retention Agreement. When a party is concerned about a legal matter or issue, or the legal effect of any document, including, without limitation, the Retention Agreement, these Terms & Conditions and/or any IP Agreement, it will consult with its own attorneys for advice or opinions. Each party agrees to be liable for, and to pay, its own legal expenses, except as expressly provided in the Retention Agreement and/or these Terms & Conditions.

**9.** **Bankruptcy Matters**. COMPANY shall make all reasonably necessary motions to retain, and continue to retain, Streambank in accordance with the customs and practices of COMPANY's other retained consultants. COMPANY shall use its commercially reasonable best efforts to engage Streambank, and obtain Bankruptcy Court Approval with respect to such engagement, *nunc pro tunc* to the date of the Retention Agreement, no later than thirty (30) days after the date the COMPANY executes the Retention Agreement. In the event that such Bankruptcy Court Approval has not been obtained within such 30-day period, then COMPANY and Streambank shall be relieved of any and all obligations under the Retention Agreement except with respect to the Management Fee, Evaluation

6

Fee, and Expense obligation pursuant to <u>Section 3(C)</u>. The COMPANY intends to engage Streambank, and Streambank intends to be engaged, as a professional person pursuant to these Terms & Conditions within the meaning and intendment of Code Sections 327 and 328(a).

      **10.**    **Notices**. All notices required hereunder shall be in writing and shall be deemed to have been given if delivered personally or by United States certified or registered mail, postage prepaid, return receipt requested, or by a recognized overnight delivery service to the parties at their respective addresses set forth in the Retention Agreement, or to such other address as shall be specified in writing by either party to the other in like fashion.

      **11.**    **Entire Agreement**. The Retention Agreement, together with these Terms & Conditions and any attachments to the Retention Agreement or these Terms & Conditions, sets forth and constitutes the entire agreement and understanding of the parties with respect to the Retention Agreement's subject matter. The Retention Agreement supersedes any and all prior agreements, negotiations, correspondence, undertakings, promises, covenants, arrangements, communications, representations and warranties, whether oral or written (together the "**Prior Communications**") of any party to the Retention Agreement and no party to the Retention Agreement may rely or shall be deemed to have relied upon any Prior Communications. In the event of any inconsistency between any term or condition of the Retention Agreement and these Terms & Conditions, the applicable term set forth in the Retention Agreement shall control.

      **12.**    **Amendment**. Neither the Retention Agreement nor these Terms & Conditions may be amended except by a writing executed by both parties.

      **13.**    **Waiver**. Failure of either party to the Retention Agreement to insist upon strict compliance with any of the terms, covenants and conditions of the Retention Agreement and/or the Terms & Conditions shall not be deemed a waiver or relinquishment of such terms, covenants and conditions or of any similar right or power hereunder at any subsequent time.

      **14.**    **Assignment**. Neither the Retention Agreement nor the Terms & Conditions may be assigned by either party in whole or in part without the prior written consent of the other party to the Retention Agreement, except as specifically provided in the Retention Agreement and/or these Terms & Conditions.

      **15.**    **Binding Effect**. Upon and at all times after Bankruptcy Court Approval, the Retention Agreement and these Terms & Conditions shall be binding upon and inure to the benefit of the parties to the Retention Agreement, any trustee and any successor trustees appointed for COMPANY under either Chapter 7 or Chapter 11 of the Code and any of their respective heirs, legal or personal representatives, successors and assigns, and is made solely and specifically for their benefit. No other person shall have any rights, interest or claims hereunder or be entitled to any benefits under or on account of the Retention Agreement as a third-party beneficiary or otherwise.

      **16.**    **Applicable Law**. The Retention Agreement and these Terms & Conditions shall be governed by and construed in accordance with applicable Bankruptcy laws including the Code and, in the absence thereof, the internal laws of the Commonwealth of Virginia, without reference to its conflicts of law provisions.

      **17.**    **Venue**. All actions or proceedings in any way, manner or respect arising out of

or from or related to the Retention Agreement and/or these Terms & Conditions shall be litigated only in the Bankruptcy Court or, if the associated bankruptcy case is no longer pending or otherwise, then only in courts located within Richmond, Virginia, as to state and federal court actions, which shall have exclusive jurisdiction over all such actions or proceedings, and all parties and their transferees hereby consent and submit to the jurisdiction of any local, state or federal court located within said city and state, and all parties and their transferees hereby waive any and all rights they may have or obtain to transfer or change the venue of any litigation brought by any party to the Retention Agreement against any other party to the Retention Agreement.

18. **Severability**.  If any provision of the Retention Agreement and/or these Terms & Conditions shall be declared by any court of competent jurisdiction to be illegal, void or unenforceable, the other provisions of both the Retention Agreement and the Terms & Conditions shall be unaffected by any such declaration and shall remain in full force and effect.  Furthermore, if any of the restrictions regarding post-termination activities is found to be unreasonable or invalid, the court before which the matter is pending shall enforce the restriction to the maximum extent it deems to be valid and enforceable.  Such restrictions shall be considered divisible both as to time and as to geographical scope.

19. **Construction**.  Whenever applicable in the Retention Agreement and/or these Terms & Conditions: (a) the singular and the plural, and the masculine, feminine and neuter shall be freely interchangeable, as the context requires; (b) references to the word "include" or "including" are to be construed without limitation; and (c) the section headings or titles shall not in any way control the construction of the language in the Retention Agreement or these Terms & Conditions, as applicable, such headings or titles having been inserted solely for the purpose of simplified reference.

*[REMAINDER OF PAGE LEFT BLANK; APPENDIX I, DEFINITIONS, BEGINS ON FOLLOWING PAGE]*

Case 08-35653-KRH   Doc 3097   Filed 04/17/09   Entered 04/17/09 18:37:46   Desc Main
Exhibit A    Page 65 of 110

**APPENDIX I**

DEFINITIONS FOR CAPITALIZED TERMS USED IN TERMS & CONDITIONS

For purposes of these Terms & Conditions and the Retention Agreement, the following terms shall have the meanings set forth below.

"**Assets**" mean, individually and collectively, the Group 1 Assets described on Appendix A to the Retention Agreement (the "Group 1 Assets"), the Group 2 Assets described on Appendix B to the Retention Agreement (the "Group 2 Assets"), and any Developed Assets which may be added to the list of Group 2 Assets by mutual agreement of Streambank and the COMPANY from time to time during the Exclusive Period.

"**Bankruptcy Court**" means the United States Bankruptcy Court for the District referenced in the Retention Agreement.

"**Bankruptcy Court Approval**" means the Bankruptcy Court's final order approving Streambank's engagement by COMPANY in accordance with the Retention Agreement and these Terms & Conditions.

"**Bankruptcy Court Approval Date**" means the date that the Bankruptcy Court Approval becomes final.

"**Code**" means the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

"**Commissions**" means, collectively, the commissions in the amounts set forth in the Retention Agreement with respect to  Sale Transactions, (ii) General Licensing Transactions, and (iii) Mixed Transactions.

"**COMPANY**" means the Person referenced as COMPANY in the Retention Agreement.

"**Copyright**" has the meaning set forth within the definition of the term "IP Rights."

"**Developed Assets**" mean individually and collectively, assets of COMPANY that have been identified or developed by Streambank, COMPANY or any third party during the Exclusive Period, which assets have been added to the Retention Agreement as Group 2 Assets by mutual agreement of Streambank and COMPANY in good faith.

"**Evaluation Fee**" means Streambank's fee for performing the Marketability Evaluation in the amount set forth in the Retention Agreement.

"**Exclusive Period**" means the period of time starting on the Bankruptcy Court Approval Date and continuing until the close of business on that date which is twelve (12) months after the Bankruptcy Court Approval Date.

"**Expenses**" mean reasonable documented out-of-pocket costs and expenses incurred in connection with the Retention Agreement, including advertising and marketing, trade shows, travel, lodging, meals, copying, on-line services, photocopying, facsimile, meeting services, and other, similar costs and expenses.

"**General Licensing Transaction**" means any Transaction pursuant to which a long-term or short-term license is entered into with an IP Transferee regarding any Asset.

"**Gross Consideration**" means the aggregate amount of consideration payable to COMPANY upon the closing of any Transaction including cash consideration and any credit or reduction in liabilities of COMPANY's bankruptcy estate through the waiver or reduction of claims of an IP Transferee. Streambank's fees, Commissions and Expenses, and all other closing costs and/or adjustments, including adjustments and/or payments of whatever kind to lien holders, secured parties, mortgages or otherwise shall not be deducted when computing Gross Consideration.

"**IP Agreement**" shall mean any contract or agreement relating to a Sale Transaction, General Licensing Transaction, or Mixed Transaction involving the Assets.

"**IP Rights**" shall mean, collectively:

(a)  Registered and unregistered copyrights in each work or authorship and derivative work thereof, whether published or unpublished and whether or not the same also constitutes a trade secret, (collectively, the "**Copyrights**");

(b)  Trade secrets;

(c)  Patents, patent applications and like protections including without limitation improvements, divisions, continuations, renewals, reissues, extensions and continuations-in-part of the same (collectively, the "**Patents**");

(e)  Trademark and service mark rights, whether registered or not, applications to register and registrations of the same and like protections, and goodwill of COMPANY's business connected with and symbolized by such trademarks (collectively, the "**Trademark Rights**");

(f)  Amendments, renewals and extensions of any of the Copyrights, Trademark Rights or Patents.

"**IP Transferee**" shall mean any Prospective Transferee to which COMPANY actually Transfers IP Rights during the Exclusive Period.

"**Management Fee**" means Streambank's aggregate management fee for performing the Services throughout the Exclusive Period in the amount set forth in the Retention Agreement.

"**Marketability Evaluation**" means an evaluation of the Assets' marketability as provided in accordance with COMPANY's subsequent instructions.

"**Mixed Transaction**" means any bundled Transaction involving a combined Sale Transaction of Assets and General License Transaction of Assets.

"**Patent**" has the meaning set forth within the definition of the term "IP Rights".

"**Person**" means any individual, general partnership, limited partnership, limited liability partnership, limited liability company, corporation, joint venture, pension plan, trust, business trust, cooperative or association and the heirs, executors, administrators, legal representative, successors and assigns of any such

10

Person where the context so requires (including existing creditors, employees, affiliates and/or shareholders).

"**Prospective Transferee**" shall have the meaning set forth in <u>Section 6</u> of <u>Appendix II</u>.

"**Retention Agreement**" means the letter Retention Agreement between COMPANY and Streambank attaching and incorporating these Terms & Conditions and the attachments hereto by reference.

"**Sale Transaction**" means any Transaction in which Assets are Transferred that does not involve an IP Transferee's entrance into a short-term or long-term license arrangement.

"**Services**" mean Streambank's disposition services enumerated in Appendix II.

"**Trademark Rights**" has the meaning set forth within the definition of the term "IP Rights".

"**Transaction**" means the closing of any Transfer for value with respect to any Asset, multiple Assets or all of the Assets.

"**Transfer**" means any sale, lease, rental, short-term license, long-term license, transfer, assignment, conveyance and delivery and/or other disposition, in whole or in part, with or without consideration, of any Asset, multiple Assets, or all of the Assets to any Person, or the act thereof.

Case 08-35653-KRH   Doc 9097   Filed 04/17/09   Entered 04/17/09 09:37:46   Desc Main
Document   Page 68 of 103

### APPENDIX II
### THE SERVICES

Streambank agrees to perform the following services pursuant to the Retention Agreement:

1. Use its best efforts to identify Developed Assets;

2. Provide to COMPANY an inventory of the Group 2 Assets;

3. Use its best efforts to evaluate the marketability of the Assets, including compiling sales histories with respect to such Assets and other information;

4. Provide to COMPANY an evaluation of the Group 2 Assets' marketability (the "**Marketability Evaluation**");

5. Advise COMPANY on methods by which to maximize the Assets' value;

6. Formally market the Assets and solicit transfers of the Assets to any Person that is or which may be interested in acquiring the Assets that are (a) designated by COMPANY from time to time, (b) identified by Streambank, and/or (c) directed to Streambank pursuant to Section 1(C) (collectively, "**Prospective Transferees**");

7. Promote the Assets through a program to be developed by Streambank, which may include electronic communications, pitchbooks, internet web sites, letters, fliers, signs, telephone solicitation, newspaper or other print advertising and other such methods as Streambank may deem appropriate;

8. Present the Assets at not less than two (2) licensing trade shows within the Exclusive Period unless the Assets are sold, licensed or otherwise transferred before such time;

9. Refrain from making any representations or warranties regarding the Assets and/or Developed Assets, which shall be Transferred on an "as is, where is" basis;

10. During the bid and offer process, Streambank shall (a) respond and provide information to, communicate with and obtain offers from Prospective Transferees, (b) qualify Prospective Transferees, (c) educate Prospective Transferees regarding bid submission, manage the bid and offer process, and (d) make general recommendations to COMPANY as to whether or not any particular offer should be accepted or rejected;

11. Once COMPANY and a Prospective Transferee have agreed in principle to enter into an IP Agreement, and at COMPANY's request, Streambank shall use commercially reasonable efforts to assist COMPANY in negotiating the IP Agreement, including (a) assisting COMPANY in developing terms and conditions for the IP Agreement; (b) reviewing and providing feedback relative to drafts of the IP Agreement prepared by COMPANY's counsel; (c) assisting COMPANY in negotiating deal terms; (d) assisting COMPANY in closing the IP Agreement; and (e) providing support to IP Transferees during phase of new ownership;

12. Furnish to COMPANY written progress reports as reasonably requested by COMPANY from time

12

to time, not to exceed one such report per three-month period during the Exclusive Period; and

13. Make appearances in the Bankruptcy Court to the extent reasonably necessary to obtain (1) Bankruptcy Court Approval or (2) a judicial order of the Bankruptcy Court approving any individual Transfer hereunder.   For the avoidance of doubt, the Services do not include testimony, court appearances, or other legal proceedings by either Streambank or its affiliates, directors, officers, employees and/or representatives, except as expressly set forth in this Subsection.

# APPENDIX A -- GROUP 1 ASSETS

**"Circuit City" and related Trademark Applications for Registration and Registrations:**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Australia | CIRCUIT CITY | 1058682 | 6/3/2005 | 1058682 | 1/30/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Canada | CIRCUIT CITY | 0608678 | 6/7/1988 | TMA427363 5/20/1994 | | Registered | Circuit City Stores West Coast, Inc. | 9,42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY | 0680646 | 4/24/1991 | TMA407148 1/22/1993 | | Registered | Circuit City Stores West Coast, Inc. | 42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY & DESIGN | 0792254 | 9/11/1995 | TMA508806 3/4/1999 | | Registered | Circuit City Stores West Coast, Inc. | 1 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY and Circle Logo Design | 1222654 | 6/30/2004 | | | Allowed | Circuit City Stores West Coast, Inc. | 35 | Design mark in Canada not specifically licensed to InterTAN Canada, Ltd. under Trademark License Agreement (b/c not used with "The Source"), but not permitted to be used in Canada during 5 year/18month "tail" period. |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | CIRCUIT CITY Circle and Design with Canada and the maple leaf logo  | 1222653 | 6/30/2004 | | | Allowed | Circuit City Stores West Coast, Inc. | 35 | Design mark in Canada not specifically licensed to InterTAN Canada, Ltd. under Trademark License Agreement (b/c not used with "The Source"), but not permitted to be used in Canada during 5 year/18month "tail" period. |
| Canada | CIRCUIT CITY DIRECT | 0795658 | 10/23/1995 | TMA523186 | 2/16/2000 | Registered | Circuit City Stores West Coast, Inc. | 1 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT CITY EXPRESS | 743999 | 12/22/1993 | TMA508369 | 2/23/1999 | Registered | Circuit City Stores West Coast, Inc. | 42 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| Canada | CIRCUIT METRO | 0608679 | 6/7/1988 | TMA481169 | 8/21/1997 | Registered | Circuit City Stores West Coast, Inc. | 35 | Subject to Trademark License Agreement to InterTAN Canada, Ltd. and its successor for no longer than 5 years with 18 month "tail." Trademark only permitted to be used with "The Source" in Canada (i.e. "The Source by Circuit City"). |
| China | CIRCUIT CITY | 4810394 | 8/1/2005 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | |
| Hong Kong | CIRCUIT CITY | 300432099 | 6/2/2005 | 300432099 | 10/19/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Japan | CIRCUIT CITY | H07-087862 | 8/24/1995 | 4016437 | 6/20/1997 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| Japan | CIRCUIT CITY | H08-062125 | 6/5/1996 | 4109287 | 1/30/1998 | Registered | Circuit City Stores West Coast, Inc. | 11 | |
| Mexico | CIRCUIT CITY | 247270 | 11/6/1995 | 511107 | 11/28/1995 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Mexico | CIRCUIT CITY | 167479 | 5/12/1993 | 466861 | 7/19/1994 | Registered | Circuit City Stores West Coast, Inc. | 42 | |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Mexico | CIRCUIT CITY and Circle Logo Design  | 670886 | 8/9/2004 | 857102 | 10/27/2004 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Mexico | CIRCUIT CITY EXPRESS | 185791 | 12/13/1993 | 453532 | 3/3/1994 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | CIRCUIT CITY | 75/977633 | 4/30/1996 | 2202309 | 11/3/1998 | Registered | Circuit City Stores West Coast, Inc. | 21,25 | Renewal 11/3/2008 |
| United States | CIRCUIT CITY | 74/663010 | 4/17/1995 | 1966767 | 4/9/1996 | Registered | Circuit City Stores West Coast, Inc. | 36,37,42 | Renewal 4/9/2016 |
| United States | CIRCUIT CITY | 73/174463 | 6/15/1978 | 1121646 | 7/3/1979 | Registered | Circuit City Stores West Coast, Inc. | 42 | Renewal 7/3/2009 |
| United States | CIRCUIT CITY ADVANTAGE PROTECTION PLAN (stylized and design)  | 78/772888 | 12/14/2005 | 3229279 | 4/17/2007 | Registered | Circuit City Stores West Coast, Inc. | 36 | |
| United States | CIRCUIT CITY and Circle Logo Design  | 76/258566 | 5/17/2001 | 2626493 | 9/24/2002 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | CIRCUIT CITY and Color Circle Logo Design  | 76/258565 | 5/17/2001 | 2626492 | 9/24/2002 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | CIRCUIT CITY EXPRESS | 74/452097 | 10/26/1993 | 1880174 | 2/21/1995 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | CIRCUIT CITY HELPING HANDS FUND | 77/176401 | 5/8/2007 | | | Allowed | Circuit City Stores West Coast, Inc. | 36 | 9/11/08 Statement of Use; 9/11/08 file ITU extension |
| United States | CIRCUIT CITY PLUS | 75/894213 | 1/11/2000 | 2425092 | 1/30/2001 | Registered | Circuit City Stores West Coast, Inc. | 36 | |

3

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | CIRCUIT CITY stylized <br> CIRCUIT CITY | 73/535267 | 5/1/1985 | 1369581 | 11/5/1985 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Taiwan | CIRCUIT CITY | 94025775 | 5/31/2005 | 1212343 | 6/1/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | ROADSHOP THE MOBILE ELECTRONICS SPECIALIST @ CIRCUIT CITY stylized and or design <br> Roadshop | 78/681342 | 7/29/2005 | 3191902 | 1/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 35,37 | |
| United States | ROADSHOP | 78/681309 | 7/29/2005 | 3120201 | 7/25/2006 | Registered | Circuit City Stores West Coast, Inc. | 35,37 | |

## "Circuit City" and related Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ccaportal.com | 9/27/2009 | registered locked | Auto Renewal |
| ccaprotectionplan.com | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.info | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.net | 9/6/2010 | registered locked | Auto Renewal |
| ccaprotectionplan.org | 9/6/2010 | registered locked | Auto Renewal |
| cccityadvantage.com | 7/3/2011 | registered locked | Auto Renewal |
| ccity.com | 1/20/2012 | registered locked | Auto Renewal |
| ccity.info | 9/15/2010 | registered locked | Auto Renewal |
| ccity.org | 11/12/2011 | registered locked | Auto Renewal |
| ccnotes.com | 2/8/2012 | registered locked | Auto Renewal |
| ccplusrewards.com | 7/17/2011 | registered locked | Auto Renewal |
| ccprotectionplan.com | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.info | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.net | 9/6/2010 | registered locked | Auto Renewal |
| ccprotectionplan.org | 9/6/2010 | registered locked | Auto Renewal |

4

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| circcuitcity.com | 11/9/2014 | registered locked | Auto Renewal |
| circuircityrewards.com | 1/11/2015 | registered locked | Auto Renewal |
| circuitccity.com | 9/19/2010 | registered locked | Auto Renewal |
| circuitcity.biz | 11/18/2011 | registered locked | Auto Renewal |
| circuitcity.com | 12/13/2011 | super-locked | Auto Renewal |
| circuit-city.com | 2/25/2012 | registered locked | Auto Renewal |
| circuitcity.com.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.mobi | 7/11/2010 | registered locked | Auto Renewal |
| circuitcity.ms | 7/31/2010 | registered locked | Auto Renewal |
| circuitcity.net | 12/17/2011 | registered locked | Auto Renewal |
| circuit-city.net | 7/26/2015 | registered locked | Auto Renewal |
| circuitcity.net.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.org | 5/13/2011 | registered locked | Auto Renewal |
| circuitcity.pr | 7/21/2009 | registered locked | Auto Renewal |
| circuitcity.us | 7/26/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.com | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.info | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.net | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityadvantage.org | 9/6/2010 | registered locked | Auto Renewal |
| circuitcityconnect.com | 10/6/2011 | registered locked | Auto Renewal |
| circuitcitycredit.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcitydirect.biz | 6/11/2015 | registered locked | Auto Renewal |
| circuitcitydirect.cc | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.com | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.net | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.org | 6/12/2015 | registered locked | Auto Renewal |
| circuitcitydirect.tv | 6/12/2015 | registered locked | Auto Renewal |
| circuitcityoutlet.com | 9/14/2009 | registered locked | Auto Renewal |
| circuitcityplus.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcityplusvisa.com | 6/3/2011 | registered locked | Auto Renewal |
| circuitcityrebate.com | 9/9/2013 | registered locked | Auto Renewal |
| circuitcityrebates.com | 2/11/2014 | registered locked | Auto Renewal |

5

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| circuitcityrepair.com | 2/6/2010 | registered locked | Auto Renewal |
| circuitcityrewards.com | 7/17/2013 | registered locked | Auto Renewal |
| circuitcityservice.com | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservice.net | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservice.org | 5/2/2014 | registered locked | Auto Renewal |
| circuitcityservices.com | 12/18/2012 | registered locked | Auto Renewal |
| circuitcity-store.com | 7/11/2011 | registered locked | Auto Renewal |
| circuitcitystores.com | 1/9/2017 | registered locked | Auto Renewal |
| circuitcity-stores.com | 7/11/2011 | registered locked | Auto Renewal |
| circuitcitysurvey.com | 12/10/2011 | registered locked | Auto Renewal |
| circuitcitywarehouse.com | 12/7/2011 | registered locked | Auto Renewal |
| circuitctiydirect.biz | 6/11/2015 | registered locked | Auto Renewal |
| circuitctiydirect.cc | 6/12/2015 | registered locked | Auto Renewal |
| circuitctiydirect.com | 6/12/2015 | registered locked | Auto Renewal |
| circuitctiydirect.net | 6/12/2015 | registered locked | Auto Renewal |
| circuitctiydirect.org | 6/12/2015 | registered locked | Auto Renewal |
| circuitctiydirect.tv | 6/12/2015 | registered locked | Auto Renewal |
| circuitshitty.com | 5/22/2012 | registered locked | Auto Renewal |
| circuitshitty.net | 5/22/2012 | registered locked | Auto Renewal |
| circutcity.com | 12/7/2009 | registered locked | Auto Renewal |
| ciruitcity.com | 7/27/2009 | registered locked | Auto Renewal |
| cityadvantage.com | 5/21/2012 | registered locked | Auto Renewal |
| connectcircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| connectoperatedbycircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| connectpoweredbycircuitcity.com | 10/6/2011 | registered locked | Auto Renewal |
| curcitcity.com | 2/6/2017 | registered locked | Auto Renewal |
| wwwcircuitcity.com | 11/19/2011 | registered locked | Auto Renewal |
| roadshop.org | 2/28/2013 | registered locked | Auto Renewal |

6

**"The City" and related Trademark Applications for Registration and Registrations:**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Benelux | FIND YOURSELF IN THE CITY | 1127815 | 1/26/2007 | 0817472 | 5/7/2007 | Registered | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Registered (have agreed to remove Class 36 as concession to Citigroup); registered 0817472 |
| Benelux | FIND YOURSELF IN THE CITY (LOGO)  | 1127822 | 1/26/2007 | 0817476 | 7/12/2007 | Registered | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | |
| Benelux | THE CITY (LOGO)  | 1128508 | 2/6/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed (by La City) – Answer filed and discovery period extended to Mar. 11, 2009 |
| Benelux | THE CITY (LOGO) 2  | 1127825 | 1/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed (by La City) – Answer filed and discovery period extended to Mar. 11, 2009 |
| Canada | FIND YOURSELF IN THE CITY | 1357440 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed by Citigroup on Jul. 2, 2008 – Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | FIND YOURSELF IN THE CITY (LOGO)  | 1357441 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed by Citigroup on Jul. 2, 2008 – Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | THE CITY | 1338031 | 3/6/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,21,25,28,35,37,41,42 | Statement of Opposition filed by Citigroup on May 7, 2008; Counterstatement filed by CC; Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Canada | THE CITY (LOGO) | 1357442 | 7/26/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Proposed opposition filed by Citigroup on Sep. 19, 2008; Matter suspended until Jun. 30, 2009 due to Circuit City bankruptcy |
| Puerto Rico | THE CITY | 72,512 | 3/9/2007 | 72,512 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 6 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 75,510 | 3/9/2007 | 75,510 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 9 | Deadline to file Statement of Use: Mar. 9, 2012 |

7

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Puerto Rico | THE CITY | 72,511 | 3/9/2007 | 72,511 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 16 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,509 | 3/9/2007 | 72,509 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 21 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,508 | 3/9/2007 | 72,508 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 25 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,506 | 3/9/2007 | 72,506 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 28 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,505 | 3/9/2007 | 72,505 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,507 | 3/9/2007 | 72,507 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 37 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,504 | 3/9/2007 | 72,504 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 41 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Puerto Rico | THE CITY | 72,503 | 3/9/2007 | 72,503 | 3/9/2007 | Registered | Circuit City Stores West Coast, Inc. | 42 | Deadline to file Statement of Use: Mar. 9, 2012 |
| Hong Kong | THE CITY | 300827028 | 3/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 9,16,21,25,28,35,37,41,42 | Opposition filed by Citigroup – Deadline to file counterstatement is 5/9/09; local counsel instructed to agree to proposed 9 month stay |
| Taiwan | THE CITY | 096010252 | 3/7/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,21,25,28,35,37,41,42 | 8/22/08 – BDA responded to office action and revised goods description per examiner request |
| United States | FIND YOURSELF IN THE CITY | 77233114 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | FIND YOURSELF IN THE CITY (LOGO) | 77233092 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25,28,35,37,41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | THE CITY | 77/045076 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 6 | Notice of Allowance issued; 2 EOT taken; Statement of Use due 2/28/09 |
| United States | THE CITY | 77/045101 | 11/15/2006 | 3419172 | 4/29/2008 | Registered | Circuit City Stores West Coast, Inc. | 16 | |
| United States | THE CITY | 77/045131 | 11/15/2006 | 3436855 | 5/27/2008 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | THE CITY | 77/045137 | 11/15/2006 | 3427528 | 5/13/2008 | Registered | Circuit City Stores West Coast, Inc. | 41 | |
| United States | THE CITY | 77/045140 | 11/15/2006 | 3458704 | 7/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 42 | |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | THE CITY | 77045109 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 21 | Notice of Allowance issued; 2 EOT taken; Statement of Use due 2/28/09 |
| United States | THE CITY | 77045123 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | Opposed (by La City) – 7/15/08 – received amended notice of opposition; deadline to answer 11/5/08 |
| United States | THE CITY | 77045127 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 28 | Notice of Allowance issued on 5/8/07; 2 EOT taken; Statement of Use due 5/8/09 |
| United States | THE CITY | 77045135 | 11/15/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | THE CITY | 77124278 | 3/7/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 38,41 | Notice of Allowance issued; Statement of Use due 5/20/09 |
| United States | THE CITY (LOGO) | 77233104 | 7/18/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,25, 28,35,37, 41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | CITY BUNDLE | 77493143 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Notice of Publication – 11/12/08 |
| United States | CITY BUNDLE | 77493122 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | Notice of Publication – 11/12/08 |
| United States | CITY DEAL | 77/493055 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Office action response due: 3/18/09 |
| United States | CITY DEAL | 77/493107 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | 12/2/08- Extension of time to oppose filed by Citigroup |
| United States | CITY DESIGNS | 78/972150 | 9/12/2006 | | | Transfer | Circuit City Stores, Inc. | 42,37 | |
| United States | CITY HOME | 77303436 | 10/12/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 21,25 | Suspended due to similar third party applications (now abandoned); need to file request lift suspension |
| United States | CITY HOME | 77303434 | 10/12/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35,37,41, 42 | Notice of Allowance issued on May 27, 2008; Statement of Use due on 5/27/09 |
| United States | CITY LIFE | 77/493213 | 06/06/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 9,16,41 | Office action response due: 3/18/09 |
| United States | CITY SOLUTIONS | 77156778 | 4/13/07 | | | Pending | Circuit City Stores West Coast, Inc. | 9,35 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |
| United States | IT'S SIMPLE IN THE CITY | 77268689 | 8/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,16,21, 25,28,35, 37,41,42 | Opposed by Citigroup: 12/29/08 – Matter suspended pending outcome of bankruptcy |

**"Circuit City" and related Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| 1800thecity.com | 8/13/2010 | registered locked | Auto Renewal |
| thecity.com | 6/16/2017 | registered locked | Auto Renewal |
| thecity.com.pr | 11/20/2009 | registered locked | Auto Renewal |
| thecity.net.pr | 11/20/2009 | registered locked | Auto Renewal |
| thecity.org.pr | 11/20/2009 | registered locked | Auto Renewal |

**Other Miscellaneous Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| buyec.biz | 11/10/2011 | registered locked | Auto Renewal |
| buyec.com | 11/11/2011 | registered locked | Auto Renewal |
| buyec.net | 11/11/2011 | registered locked | Auto Renewal |
| buyec.org | 11/11/2011 | registered locked | Auto Renewal |
| eccwest.com | 12/30/2011 | registered locked | Auto Renewal |
| econline.biz | 11/10/2011 | registered locked | Auto Renewal |
| econline.org | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.biz | 11/10/2011 | registered locked | Auto Renewal |
| ecstores.net | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.org | 11/11/2011 | registered locked | Auto Renewal |
| ehdc.com | 4/8/2015 | registered locked | Auto Renewal |
| heartofthecity.com | 5/17/2010 | registered locked | Auto Renewal |
| ihateec.biz | 11/10/2011 | registered locked | Auto Renewal |
| ihateec.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateec.net | 11/11/2011 | registered locked | Auto Renewal |
| Ihateec.com | 11/11/2011 | Registered locked | Auto Renewal |
| iloveec.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveec.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveec.org | 11/11/2011 | registered locked | Auto Renewal |

10

Case 08-35653-KRH    Doc 3097    Filed 04/17/09    Entered 04/17/09 18:37:46    Desc Main
Document    Page 79 of 103

**Toll Free Number:**    1-800-THE CITY

**Customer Database:**        (i) All customer transaction information and e-mails relating thereto for any customers who have ever made purchases from Circuit City through its online retail channels, including any who have purchased through multiple channels which include online (such as in-store and online), conveyed exclusively; (ii) All valid e-mail addresses owned by Circuit City (customer has "opted in" for CC marketing) for which there is no associated customer transaction information, conveyed exclusively; (iii) all other customer transaction information, obtained through channels not involving online, conveyed on a non-exclusive basis.

# APPENDIX B -- GROUP 2 ASSETS

## Copyright Applications for Registration and Registrations:

| Title | Registration No. | Publication Date/ Year of Creation | Registration Date | Deposit/Limitation | Current Owner |
|---|---|---|---|---|---|
| Hook up | PA-u-2-596-147 | 2001 | 9/10/2001 | Videocassette | Circuit City Stores, Inc. |
| Newspaper | PA-u-2-596-146 | 2001 | 9/10/2001 | Videocassette | Circuit City Stores, Inc. |
| Store help | PA-1-056-485 | 7/1/2001 | 9/10/2001 | Videocassette | Circuit City Stores, Inc. |
| In & out | PA-1-056-484 | 7/1/2001 | 9/10/2001 | Videocassette | Circuit City Stores, Inc. |
| Management's guide to positive associate relations | TX-u-463-184 | 1990 | 2/6/1991 | Monograph | Circuit City Stores, Inc. |

## Patents and Patent Applications:

| Title | Country | Applic. No. | Filing Date | Patent No. | Issue Date | Owner |
|---|---|---|---|---|---|---|
| Temporal compression | United States | 10/155966 | 5/29/2002 | 7170941 | 1/30/2007 | Patapsco Designs, Inc. |
| System and Method for Guided Sales | United States | 11/553092 | 10/26/2006 | | | Circuit City Stores Inc. |
| System and Method for Guided Sales | Canada | 2566052 | 10/30/2006 | | | Circuit City Stores, Inc. |
| Method and Device for Determining Adequacy of Space for Television Sets | United States | 10/216805 | 8/13/2002 | 6775915 | 8/17/2004 | Circuit City Stores, Inc. |
| Unpublished | United States | 61/042927 | 4/7/2008 | | | Circuit City Stores, Inc. |

## Trademark Applications for Registration and Registrations:

## 24/24 PICKUP GUARANTEE

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | 24 MINUTES $24 GIFT CARD PICKUP GUARANTEE and design | 78/745232 | 11/2/2005 | 3224402 | 4/3/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | 4/3/2013: Affidavit of Use; 4/3/2017: Renewal |

## ANIKA

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | ANIKA | 78/477055 | 9/1/2004 | 3005974 | 10/11/2005 | Registered | Circuit City Stores West Coast, Inc. | 9,18 | 10/11/2011: Affidavit of Use; 10/11/2015: Renewal |
| United States | ANIKA (Stylized) | 76/628584 | 1/18/2005 | 3003528 | 10/4/2005 | Registered | Circuit City Stores West Coast, Inc. | 9,18 | 10/4/2011: Affidavit of Use; 10/4/2015: Renewal |

## CRITERION

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | CRITERION | 0397170 | 4/22/1976 | TMA221258 | 6/17/1977 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | CRITERION | 74/257644 | 3/23/1992 | 1783326 | 7/20/1993 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

2

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | CRITERION and design | 72/126354 | 8/21/1961 | 745725 | 2/26/1963 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

## ESA

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | ESA | 78/283674 | 8/6/2003 | 2995848 | 9/13/2005 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | ESA and Design | 78/289750 | 8/20/2003 | 3194858 | 1/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

## Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| esahelp.net | 2/13/2016 | registered locked | Auto Renewal |
| esahelp.org | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.com | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.net | 2/13/2016 | registered locked | Auto Renewal |
| esaparts.org | 2/13/2016 | registered locked | Auto Renewal |
| esaproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| esaproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| esaservice.org | 2/13/2016 | registered locked | Auto Renewal |
| esastores.com | 2/13/2016 | registered locked | Auto Renewal |
| esastores.net | 2/13/2016 | registered locked | Auto Renewal |
| esastores.org | 2/13/2016 | registered locked | Auto Renewal |
| esasucks.com | 2/13/2016 | registered locked | Auto Renewal |
| esasucks.net | 2/13/2016 | registered locked | Auto Renewal |

3

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| esasucks.org | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateesa.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveesa.org | 2/13/2016 | registered locked | Auto Renewal |

## FIREDOG

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Brazil | FIREDOG | 900548584 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | |
| Brazil | FIREDOG | 900548657 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 41 | |
| Brazil | FIREDOG | 900548592 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30 | |
| Brazil | FIREDOG | 900548614 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 32 | |
| Brazil | FIREDOG | 900548649 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | |
| Brazil | FIREDOG | 900548630 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | |
| Brazil | FIREDOG | 900548673 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 42 | |
| Brazil | FIREDOG (LOGO)  | 900548703 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30 | |
| Brazil | FIREDOG (LOGO)  | 900548800 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 42 | |
| Brazil | FIREDOG (LOGO)  | 900548746 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | |

4

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Brazil | FIREDOG (LOGO) | 900548770 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 41 | |
| Brazil | FIREDOG (LOGO) | 900548711 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 32 | |
| Brazil | FIREDOG (LOGO) | 900548762 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | |
| Brazil | FIREDOG (LOGO) | 900548690 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | |
| Canada | FIREDOG | 1311957 | 8/4/2006 | | | Allowed | Courchevel, LLC. | 25 | Notice of Allowance issued – Statement of Use due Aug. 4, 2009 |
| Canada | FIREDOG | 1311618 | 8/2/2006 | | | Allowed | Courchevel, LLC. | 6,9,16,25, 28,35,36,4 7,41,42 | Notice of Allowance issued – Statement of Use due Aug. 2, 2009 |
| Canada | FIREDOG (LOGO) | 1311968 | 8/4/2006 | | | Allowed | Courchevel, LLC. | 25 | Notice of Allowance issued – Statement of Use due Aug. 4, 2009 |
| Canada | FIREDOG (LOGO) | 1311617 | 8/2/2006 | | | Allowed | Courchevel, LLC. | 6,9,16,25, 28,35,36,4 7,41,42 | Notice of Allowance issued – Statement of Use due Aug. 2, 2009 |
| China | FIREDOG | 6306431 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6313518 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6313517 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 32 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306430 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306429 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306428 | 9/30/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 41 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG | 6306427 | 9/30/2007 | | | pending | Circuit City Stores West Coast, Inc. | 42 | Application pending- 7/22/08 – FA confirms filing response to OA |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| China | FIREDOG (LOGO) | 6313513 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313512 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313511 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 32 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313510 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313509 | 10/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 37 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313640 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 41 | Application pending- 7/22/08 – FA confirms filing response to OA |
| China | FIREDOG (LOGO) | 6313630 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 42 | Application pending- 7/22/08 – FA confirms filing response to OA |
| European Community | FIREDOG | 006322408 | 10/1/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25,35,37,41,42 | 6/19/08- FA advised that application opposed by DARK DOG; matter pending |
| European Community | FIREDOG | 006341961 | 10/8/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30,32 | 6/19/08- FA advised that application opposed by DARK DOG; matter pending |
| European Community | FIREDOG (LOGO) | 006354617 | 10/11/2007 | 006354617 | 9/18/2008 | Registered | Circuit City Stores West Coast, Inc. | 25,30,32, 35,37,41,42 | Registered |
| Japan | FIREDOG | 2007-102570 | 10/2/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25,35,37, 41, 42 | 1/7/09 – Local counsel confirmed office action response has been submitted |
| Japan | FIREDOG | 2007-104384 | 10/8/2007 | 5141316 | 6/13/2008 | Registered | Circuit City Stores West Coast, Inc. | 30,32 | 7/10/08 – rec'd registration certificate |

6

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Japan | FIREDOG (LOGO)  | 2007-105246 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25,30,32, 35,37,41 42 | 1/22/09 – Local counsel advises of office action deadline to respond is Apr. 9, 2009 |
| Japan | FIREDOG (LOGO)  | 2008-84028 | 10/11/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | 10/15/08 – this application divided from 105246/2007 to over come 1st office action- deadline to respond to 2nd OA – 4/19/09 |
| Japan | FIREDOG (LOGO)  | 2008-84026 | 10/11/2007 | 5188722 | 12/12/08 | Registered | Circuit City Stores West Coast, Inc. | 35 | Covers: Retail services or wholesale services for photographic machines and apparatus and photographic supplies |
| Japan | FIREDOG (LOGO)  | 2008-84027 | 10/11/2007 | 5188723 | 12/12/08 | Registered | Circuit City Stores West Coast, Inc. | 35 | Covers: Retail services or wholesale services for toys, dolls, game machines and apparatus |
| Puerto Rico | FIREDOG | 73,932 | 7/19/2007 | 73,922 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 41 | |
| Puerto Rico | FIREDOG | 73,927 | 7/19/2007 | 73,927 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 37 | |
| Puerto Rico | FIREDOG | 73,928 | 7/19/2007 | 73,928 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 36 | |
| Puerto Rico | FIREDOG | 73,929 | 7/19/2007 | 73,929 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Puerto Rico | FIREDOG | 73,930 | 7/19/2007 | 73,930 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Puerto Rico | FIREDOG | 73,931 | 7/19/2007 | 73,931 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 28 | |
| Puerto Rico | FIREDOG | 73,933 | 7/19/2007 | 73,933 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 16 | |
| Puerto Rico | FIREDOG | 73,940 | 7/19/2007 | 73,940 | 7/19/2007 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| South Korea | FIREDOG | 45-2007-4313 | 10/2/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25,35,37,4 1,42 | 12/19/08 – FA advises mark registered |
| South Korea | FIREDOG | 40-2007-52138 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 30,32 | 1/7/09 – FA advises mark registered |
| South Korea | FIREDOG (LOGO)  | 45-2007-4409 | 10/9/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 25,30,32,3 5,37,41,42 | 11/24/08 – FA advises mark registered |

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| State of Hawaii | FIREDOG | | | 4063142 | 5/20/2008 | Registered | Circuit City Stores West Coast, Inc. | Not listed | SERVICES, INCLUDING, BUT NOT LIMITED TO, PERSONAL COMPUTING AND HOME ENTERTAINMENT INSTALLATION |
| State of Nebraska | FIREDOG | | | 10095380 | 3/2/2007 | Registered | Circuit City Stores, Inc. | Not registed for specific goods/services | |
| United States | FIREDOG | 77/179612 | 5/12/2007 | 3513384 | 10/7/2008 | Registered | Courchevel, LLC. | 30,32 | |
| United States | FIREDOG | 78/979580 | 2/8/2006 | 3390320 | 1/26/2008 | Registered | Courchevel, LLC. | 37,41,42 | |
| United States | FIREDOG | 78/810460 | 2/8/2006 | | | Allowed | Courchevel, LLC. | 6,9,16,28, 35,36, 37, 41, 42 | Notice of Allowance re-issued following division; e EOT taken; Statement of Use due Apr. 10, 2009 |
| United States | FIREDOG (LOGO) | 78/941706 | 7/31/2006 | 3337398 | 11/13/2007 | Registered | Courchevel, LLC. | 25 | |
| United States | FIREDOG (LOGO) | 77/179615 | 5/12/2007 | 3513385 | 10/7/2008 | Registered | Courchevel, LLC. | 30,32 | |
| United States | FIREDOG (LOGO) | 78/898042 | 6/1/2006 | | | Pending | Courchevel, LLC. | 6,9,16,25, 28,35,36 | Request to divide application filed on 12/17/08; Statement of Use due 6/17/09 |
| United States | FIREDOG (LOGO) | 78/980904 | 6/1/2006 | | | Pending | Courchevel, LLC. | 37,41,42 | Statement of Use filed on 12/17/08; mark should register soon |
| United States | FIREDOG RESCUE | 77531793 | 7/25/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 37,41,42 | 12/18/09 – application should be published for opposition soon |
| United States | FIREDOG (WORD AND LOGO) | 78941727 | 7/31/2006 | | | Pending | Courchevel, LLC. | 25 | Statement of Use filed on 12/17/08; 2/3/09 –application should register soon |

8

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| 1800firedog.com | 7/27/2013 | registered locked | Auto Renewal |
| 800firedog.com | 7/27/2013 | registered locked | Auto Renewal |
| fduonline.com | 2/7/2010 | registered locked | Auto Renewal |
| firdogsux.biz | 2/5/2010 | registered locked | Auto Renewal |
| firdogsux.com | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.info | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.net | 2/6/2010 | registered locked | Auto Renewal |
| firdogsux.org | 2/6/2010 | registered locked | Auto Renewal |
| firedog.biz | 2/1/2017 | registered locked | Auto Renewal |
| firedog.com | 7/9/2016 | registered locked | Auto Renewal |
| firedog.com.pr | 7/21/2009 | registered locked | Auto Renewal |
| firedog.mobi | 9/26/2010 | registered locked | Auto Renewal |
| firedog.net.pr | 7/21/2009 | registered locked | Auto Renewal |
| firedog.pr | 7/21/2009 | registered locked | Auto Renewal |
| firedogaa.com | 11/27/2011 | registered locked | Auto Renewal |
| firedogacrossamerica.com | 11/27/2011 | registered locked | Auto Renewal |
| firedogadvisor.com | 5/31/2009 | registered locked | Auto Renewal |
| firedogcar.com | 5/2/2009 | registered locked | Auto Renewal |
| firedogcentral.com | 2/7/2010 | registered locked | Auto Renewal |
| firedogcustomerservice.com | 5/2/2010 | registered locked | Auto Renewal |
| firedogged.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogged.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogged.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogged.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogged.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogged.org | 2/6/2010 | registered locked | Auto Renewal |
| firedoginstall.com | 5/2/2017 | registered locked | Auto Renewal |
| firedoginstallations.com | 3/5/2010 | registered locked | Auto Renewal |
| firedoginstalls.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogonline.com | 7/14/2013 | registered locked | Auto Renewal |
| firedogpc.com | 5/2/2017 | registered locked | Auto Renewal |

9

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| firedogrescue.biz | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.cc | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.com | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.info | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.net | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.org | 7/28/2010 | registered locked | Auto Renewal |
| firedogrescue.tv | 7/28/2010 | registered locked | Auto Renewal |
| firedogs.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogs.info | 5/24/2013 | registered locked | Auto Renewal |
| firedogs.us | 2/23/2010 | registered locked | Auto Renewal |
| firedogservice.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogservices.com | 9/11/2009 | registered locked | Auto Renewal |
| firedogsucks.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogsucks.ca | 2/16/2018 | registered locked | Auto Renewal |
| firedogsucks.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogsucks.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogsupport.com | 5/2/2017 | registered locked | Auto Renewal |
| firedogsux.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogsux.ca | 2/16/2018 | registered locked | Auto Renewal |
| firedogsux.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.net | 2/6/2010 | registered locked | Auto Renewal |
| firedogsux.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogtech.com | 6/2/2011 | registered locked | Auto Renewal |
| firedogu.com | 2/7/2010 | registered locked | Auto Renewal |
| firedoguniversity.com | 2/7/2010 | registered locked | Auto Renewal |
| firedogz.biz | 2/5/2010 | registered locked | Auto Renewal |
| firedogz.ca | 2/13/2018 | registered locked | Auto Renewal |
| firedogz.com | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.info | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.net | 2/6/2010 | registered locked | Auto Renewal |

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| firedogz.org | 2/6/2010 | registered locked | Auto Renewal |
| firedogz.us | 5/1/2017 | registered locked | Auto Renewal |
| ihatefiredog.biz | 2/5/2010 | registered locked | Auto Renewal |
| ihatefiredog.ca | 2/13/2018 | registered locked | Auto Renewal |
| ihatefiredog.com | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.info | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.net | 2/6/2010 | registered locked | Auto Renewal |
| ihatefiredog.org | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.biz | 2/5/2010 | registered locked | Auto Renewal |
| ilovefiredog.ca | 2/13/2019 | registered locked | Auto Renewal |
| ilovefiredog.com | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.info | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.net | 2/6/2010 | registered locked | Auto Renewal |
| ilovefiredog.org | 2/6/2010 | registered locked | Auto Renewal |
| whatisfiredog.com | 8/16/2013 | registered locked | Auto Renewal |

## FIRST NORTH AMERICAN NATIONAL BANK

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | 1N FIRST NORTH AMERICAN NATIONAL BANK stylized  **1N FIRST NORTH AMERICAN NATIONAL BANK** | 74/540337 | 6/20/1994 | 2007398 | 10/15/1996 | Registered | Circuit City Stores West Coast, Inc. | 36 | Renewal 10/15/2016 |
| United States | FNANB | 75/345362 | 8/22/1997 | 2192263 | 9/29/1998 | Registered | Circuit City Stores West Coast, Inc. | | |
| United States | FNANB ONLINE | 76/171240 | 11/27/2000 | 2729888 | 6/24/2003 | Registered | Circuit City Stores West Coast, Inc. | 36 | |

**Domain Registrations:**

11

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| fnanb.biz | 11/18/2011 | registered locked | Auto Renewal |
| fnanb.net | 11/11/2011 | registered locked | Auto Renewal |
| fnanb.org | 11/12/2011 | registered locked | Auto Renewal |

## INTERTAN

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Switzerland | INTERTAN | 221/1990 | 1/5/1990 | 383390 | 6/6/1991 | Registered | InterTAN, Inc. | 1,4,6-9,14-17,20,28 | |

## IQ CREW

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IQ CREW | 78/528815 | 12/8/2004 | 3141250 | 9/12/2006 | Registered | Circuit City Stores West Coast, Inc. | 37,41,42 | |
| United States | IQ CREW (stylized and design) | 78/540423 | 12/31/2004 | 3100282 | 6/6/2006 | Registered | Circuit City Stores West Coast, Inc. | 37,41,42 | |

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| ihateiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| ihateiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |
| iloveiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| iloveiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| iloveiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |

12

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| iqcrew.com | 8/26/2016 | registered locked | Auto Renewal |
| iqcrewblows.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewblows.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewblows.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewhelp.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewhelp.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewhelp.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewlocations.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewlocations.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewlocations.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewservice.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewservice.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewservice.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewstores.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewstores.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewstores.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewsucks.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewsucks.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewsucks.org | 9/23/2016 | registered locked | Auto Renewal |
| iqcrewsux.com | 9/6/2016 | registered locked | Auto Renewal |
| iqcrewsux.net | 9/14/2016 | registered locked | Auto Renewal |
| iqcrewsux.org | 9/23/2016 | registered locked | Auto Renewal |
| screwiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| screwiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| screwiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |
| theiqcrew.com | 9/6/2016 | registered locked | Auto Renewal |
| theiqcrew.net | 9/14/2016 | registered locked | Auto Renewal |
| theiqcrew.org | 9/23/2016 | registered locked | Auto Renewal |

**IRIS**

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | IRIS | 78/309574 | 10/6/2003 | 2979330 | 7/26/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | IRIS  and Design | 78/309714 | 10/6/2003 | | | Pending | Circuit City Stores West Coast, Inc. | 35 | |
| United States | IRIS NO MANUAL REQUIRED | 78/309575 | 10/6/2003 | 3064308 | 2/28/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

## Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| buyiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| buyiris.com | 11/11/2011 | registered locked | Auto Renewal |
| buyiris.net | 11/11/2011 | registered locked | Auto Renewal |
| buyiris.org | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| ihateiris.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.net | 11/11/2011 | registered locked | Auto Renewal |
| ihateiris.org | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveiris.com | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveiris.org | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.biz | 11/10/2011 | registered locked | Auto Renewal |
| shopiris.com | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.net | 11/11/2011 | registered locked | Auto Renewal |
| shopiris.org | 11/11/2011 | registered locked | Auto Renewal |

## JUST WHAT I NEEDED, JUSTO LO QUE NECESITAS (JUST WHAT YOU NEED)

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registratio n Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|

| United States | JUST WHAT I NEEDED. JUST WHAT I NEEDED. | 78/445969 | 7/5/2004 | 2992310 | 9/6/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
|---|---|---|---|---|---|---|---|---|---|
| United States | JUSTO LO QUE NECESITAS | 78/497132 | 10/8/2004 | 3092391 | 5/16/2006 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

## LIQUID VIDEO

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | LIQUID VIDEO | 1220130 | 6/11/2004 | | | Allowed | Circuit City Stores West Coast, Inc. | 9 | |
| United States | LIQUID VIDEO | 76/455200 | 9/30/2002 | 3043163 | 1/17/2006 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

### Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateliquidvideo.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateliquidvideo.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateliquidvideo.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveliquidvideo.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideohelp.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoparts.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoproducts.com | 2/13/2016 | registered locked | Auto Renewal |

15

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| liquidvideoproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideoservice.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideostores.org | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.com | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.net | 2/13/2016 | registered locked | Auto Renewal |
| liquidvideosucks.org | 2/13/2016 | registered locked | Auto Renewal |

## NEXXTECH

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | NEXXTECH | 78/346217 | 12/29/2003 | 3493805 | 8/26/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | NX2 NEXXTECH & DESIGN NX NEXXTECH | 78/847481 | 3/28/2006 | 3424484 | 5/6/2008 | Registered | Circuit City Stores West Coast, Inc. | 9,1,3,20,14 | |

## OHM

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateohm.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateohm.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateohm.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveohm.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveohm.net | 2/13/2016 | registered locked | Auto Renewal |

16

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| iloveohm.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmhelp.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmparts.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmservice.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmservice.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmstores.org | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.com | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.net | 2/13/2016 | registered locked | Auto Renewal |
| ohmsucks.org | 2/13/2016 | registered locked | Auto Renewal |

## RAPID SATTELITE

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | RAPIDSATELLITE | 76/576198 | 2/13/2004 | 2964726 | 7/5/2005 | Registered | Circuit City Stores West Coast, Inc. | 35,37,38 | |
| United States | RAPIDSATELLITE.COM and Design  | 76/576201 | 2/13/2004 | 2980573 | 8/2/2005 | Registered | Circuit City Stores West Coast, Inc. | 35,37,38 | |

**Domain Registrations:**

17

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| rapidsatellite.com | 4/5/2011 | registered locked | Auto Renewal |

## TRADING CIRCUIT

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | TRADING CIRCUIT | 1220147 | 6/11/2004 | TMA697635 | 10/2/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | TC TRADING CIRCUIT and Design | 78/413288 | 5/5/2004 | 3202617 | 1/23/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | TRADING CIRCUIT | 78/403082 | 4/16/2004 | 3202611 | 1/23/2007 | Registered | Circuit City Stores West Coast, Inc. | 35 | |

### Domain Registrations:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| tradingcircuit.biz | 2/21/2016 | registered locked | Auto Renewal |
| tradingcircuit.ca | 5/4/2010 | registered locked | Auto Renewal |
| tradingcircuit.com | 2/22/2016 | registered locked | Auto Renewal |
| trading-circuit.com | 2/22/2016 | registered locked | Auto Renewal |

## SENS

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| United States | SENS | 77515908 | 7/7/08 | | | Pending | Circuit City Stores West Coast, Inc. | | |

18

Domain Registration:

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| sensproducts.com | 6/26/2010 | registered locked | Auto Renewal |

## VERGE

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | VERGE | 1220129 | 6/11/2004 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | |
| Canada | VERGE Design | 1318215 | 9/27/2006 | | | Pending | Circuit City Stores West Coast, Inc. | 9 | |
| Japan | V VERGE (Design)  | 2006-87545 | 9/20/2006 | 5156042 | 8/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| Japan | VERGE | 2006-87544 | 9/20/2006 | 5156041 | 8/1/2008 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | V (Stylized)  | 77/506739 | 6/24/2008 | | | Pending | Circuit City Stores West Coast, Inc. | 6,9,20 | |
| United States | V VERGE (Design)  | 78/848670 | 3/29/2006 | 3420400 | 4/29/2008 | Registered | Circuit City Stores West Coast, Inc. | 9,6,20 | |
| United States | VERGE | 78/359967 | 1/30/2004 | 2984192 | 8/9/2005 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | VERGE | 78/265758 | 6/23/2003 | 3074267 | 3/28/2006 | Registered | Circuit City Stores West Coast, Inc. | 9 | |

19

**Domain Registrations:**

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateverge.com | 2/13/2016 | registered locked | Auto Renewal |
| ihateverge.net | 2/13/2016 | registered locked | Auto Renewal |
| ihateverge.org | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.com | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.net | 2/13/2016 | registered locked | Auto Renewal |
| iloveverge.org | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.com | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.net | 2/13/2016 | registered locked | Auto Renewal |
| vergehelp.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.com | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeparts.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeproducts.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeproducts.org | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.com | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.net | 2/13/2016 | registered locked | Auto Renewal |
| vergeservice.org | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.com | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.net | 2/13/2016 | registered locked | Auto Renewal |
| vergestores.org | 2/13/2016 | registered locked | Auto Renewal |
| vergesucks.net | 2/13/2016 | registered locked | Auto Renewal |
| vergesucks.org | 2/13/2016 | registered locked | Auto Renewal |

**WHERE SERVICE IS STATE OF THE ART**

20

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Mexico | WHERE SERVICE IS STATE OF THE ART | 247269 | 11/6/1995 | 511106 | 11/28/1995 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Mexico | WHERE SERVICE IS STATE OF THE ART | 167480 | 5/12/1993 | 438940 | 8/5/1993 | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| United States | WHERE SERVICE IS STATE OF THE ART | 74/032284 | 2/26/1990 | 1625410 | 11/27/1990 | Registered | Circuit City Stores West Coast, Inc. | 42 | |

## OTHER MISCELLANEOUS MARKS

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Australia | NETSET | 566538 | 11/1/1991 | 566538 | 8/22/1995 | Registered | InterTAN, Inc. | 9 | |
| Australia | POWER UP | 803838 | 8/16/1999 | 803838 | 6/27/2000 | Registered | InterTAN Inc. | 35 | |
| Australia | TECHCESSORIES | 652439 | 2/6/1995 | 652439 | 8/1/1997 | Registered | InterTAN, Inc. | 9 | |
| Australia | TECHCESSORIES | 600170 | 4/13/1993 | 600170 | 7/26/1995 | Registered | InterTAN, Inc. | 42 | |
| Canada | ANSWER CITY | 0728820 | 5/12/1993 | TMA433454 9/16/1994 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Canada | ANSWER CITY & DESIGN Answer City | 0728819 | 5/12/1993 | TMA433453 9/16/1994 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| Canada | APPLIANCE STATION | 809111 | 4/4/1996 | TMA523126 2/15/2000 | | Registered | Circuit City Stores West Coast, Inc. | 42 | |
| Canada | BEST BUY FOR CONSUMER ELECTRONICS AND APPLIANCES Best Buy for consumer electronics and appliances | 737199 | 9/20/1993 | TMA471224 2/18/1997 | | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| Canada | BRINGING STATE OF THE ART SERVICE TO YOUR HOME COMFORT NEEDS | 0792252 | 9/11/1995 | TMA476230 5/14/1997 | | Registered | Circuit City Stores West Coast, Inc. | 1 | |

21

| Jurisdiction | Mark/Image | Application Ser. No. | Filing Date | Registration No. | Registration Date | Status | Record Owner | Class(es) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Canada | FLYING PLUG DESIGN  | 0701918 | 3/30/1992 | TMA447234 | 9/8/1995 | Registered | Circuit City Stores West Coast, Inc. | 1 | |
| United States | DIGITAL DATACATCH | 75/746543 | 7/9/1999 | 2387541 | 9/19/2000 | Registered | Circuit City Stores West Coast, Inc. | 9 | |
| United States | OH! ZONE | 78/204648 | 1/17/2003 | 2972962 | 7/19/2005 | Registered | Circuit City Stores West Coast, Inc. | 35 | |
| United States | SIMPLICITY GUARANTEED | 77291044 | 9/27/2007 | | | Pending | Circuit City Stores West Coast, Inc. | 35,37,41, 42 | Notice of allowance issued on 5/20/08; Statement of Use due 5/20/09 |
| United States | TOTAL PROTECTION | 76/124315 | 9/8/2000 | 2735190 | 7/8/2003 | Registered | Circuit City Stores West Coast, Inc. | 36 | |

## OTHER MISCELLANEOUS DOMAIN REGISTRATIONS

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| associatediscount.com | 3/1/2010 | registered locked | Auto Renewal |
| associatediscount.org | 6/30/2010 | registered locked | Auto Renewal |
| buyec.biz | 11/10/2011 | registered locked | Auto Renewal |
| buyec.com | 11/11/2011 | registered locked | Auto Renewal |
| buyec.net | 11/11/2011 | registered locked | Auto Renewal |
| buyec.org | 11/11/2011 | registered locked | Auto Renewal |
| eccwest.com | 12/30/2011 | registered locked | Auto Renewal |
| econline.biz | 11/10/2011 | registered locked | Auto Renewal |
| econline.org | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.biz | 11/10/2011 | registered locked | Auto Renewal |
| ecstores.net | 11/11/2011 | registered locked | Auto Renewal |
| ecstores.org | 11/11/2011 | registered locked | Auto Renewal |
| ehdc.com | 4/8/2015 | registered locked | Auto Renewal |
| heartofthecity.com | 5/17/2010 | registered locked | Auto Renewal |
| ihateec.biz | 11/10/2011 | registered locked | Auto Renewal |

22

| Domain Name | Paid Through Date | Status | Renewal Status |
|---|---|---|---|
| ihateec.com | 11/11/2011 | registered locked | Auto Renewal |
| ihateec.net | 11/11/2011 | registered locked | Auto Renewal |
| Ihateec.org | 11/11/2011 | Registered locked | Auto Renewal |
| iloveec.biz | 11/10/2011 | registered locked | Auto Renewal |
| iloveec.net | 11/11/2011 | registered locked | Auto Renewal |
| iloveec.org | 11/11/2011 | registered locked | Auto Renewal |
| supportcentral.cc | 5/8/2010 | registered locked | Auto Renewal |

**Toll Free Numbers:**    800 347-3364 (associated with firedog business previously)

**Customer Database:**    All customer transaction information not conveyed exclusively in dot.com deal, conveyed on a non-exclusive basis.

23

# APPENDIX C

**Filed under seal.**

Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - X
In re:                           :    Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       :    Case No. 08-35653 (KRH)
et al.,                          :
                                 :
            Debtors.             :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a),
327(a), 328 AND 1107 AND BANKRUPTCY RULE 2014(a)
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
STREAMBANK, LLC AS INTELLECTUAL PROPERTY DISPOSITION
CONSULTANT AND ADVISOR TO DEBTORS EFFECTIVE NUNC PRO
TUNC TO MARCH 23, 2009**

Upon the application (the "Application")[1] of

the Debtors for an order, pursuant to Bankruptcy Code

---

[1]   Capitalized terms not otherwise defined herein shall have the
      meanings ascribed to such terms in the Application.

sections 105(a), 327(a), 328 and 1107, authorizing them
to retain Streambank, LLC ("Streambank") as real estate
consultant and advisor, effective as of the Petition
Date; and the Court having reviewed the Application and
the Fried Affidavit; and due and adequate notice of the
Application having been given; and it appearing that no
other notice need be given; and it appearing that
Streambank neither holds nor represents any interest
adverse to the Debtors' estates; and it appearing that
Streambank is "disinterested," as that term is defined
in Bankruptcy Code section 101(14); and it appearing
that the relief requested in the Application is in the
best interests of the Debtors, their estates and their
creditors; after due deliberation thereon and sufficient
cause appearing therefore, it is hereby

        **ORDERED, ADJUDGED AND DECREED that:**

    1.    The Application is GRANTED.

    2.    In accordance with Bankruptcy Code
sections 327(a) and 328, the Debtors are authorized to
employ and retain Streambank effective as of the March
23, 2009 as intellectual property disposition consultant
and advisor on the terms set forth in the Application

and the Retention Agreement between Streambank and
Circuit City Stores, Inc. (the "Retention Agreement"),
attached hereto as Exhibit 1.

3.   Streambank will be compensated in
accordance with the procedures set forth in Bankruptcy
Code sections 330 and 331 and such Bankruptcy and Local
Rules as may then be applicable, from time to time, and
such procedures as may be fixed by order of this court;
provided, however, that any and all fees that may be
earned by and become due or payable to Streambank under
sections 6 and 7 of the Retention Agreement during these
chapter 11 cases are hereby approved under section 328(a)
and shall only be subject to review thereunder; provided,
further, that the fees under sections 6 and 7 of the
Retention Agreement shall be paid at the times set forth
in the Retention Agreement and shall be included in the
applicable quarterly and final fee applications.

4.   The requirement under Local Bankruptcy
Rule 9013-1(G) to file a memorandum of law in connection
with the Motion is hereby waived.

5.    This Court shall retain jurisdiction with

respect to all matters arising or related to the

implementation of this Order.

Dated:    Richmond, Virginia
          April ___, 2008


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that proposed order has been endorsed by all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

**Exhibit 1**

(Retention Agreement)