# Exhibit C



# Invoice

| Date | Invoice # |
|---|---|
| 5/16/2009 | CC:5-2009 |

**Bill To**
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23058-5695

Streambank LLC

400 Hillside Avenue
Suite 19
Needham, MA 02494

| Description | Amount |
|---|---|
| Circuit City dot com sale to Systemax on 5/11/09. (See attached worksheet) | 464,315.10 |
| Meals & Entertainment | 755.66 |
| Travel | 2,486.34 |

**Total** $467,557.10

EIN: 74-3237604

Please make Checks Payable to:

Streambank, LLC
400 Hillside Ave. #19
Needham, MA 02494
or wire to:

Bank of America, Needham, MA
Streambank, LLC
ABA Routing Number: 026009593
Account Number: 004612513350

|  | Cash | Earn-out |  |
|---|---|---|---|
| Stalking Horse |  | 6.5 unguaranteed 30 month earn-out |  |
| Final Bid |  | 14 same structure with $3 million LC backed minimum |  |
|  |  | mutually agreed upon improvement of |  |
| Improvement | 7.5 |  | 1.786302 |
|  |  |  |  |
| Total Improvement | 9.286302 |  |  |
| Commission Rate | 5% |  |  |
| Commission Due | $ 464,315.10 |  |  |

CASH IMPROVEMENT    7.5 MM

AGREED UPON EARN-OUT
IMPROVEMENT    1.786 MM