# Exhibit D



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2009 | CC-2009-1 |

**Bill To**
Circuit City Stores, Inc.
9950 Mayland Drive,
Richmond, Virginia 23233

Streambank LLC

400 Hillside Avenue
Suite 19
Needham, MA 02494

| Description | Amount |
|---|---|
| Management Fee | 50,000.00 |
| Travel | 1,418.60 |
| Meals and Entertainment | 42.55 |

| | Total | $51,461.15 |
|---|---|---|

EIN: 74-3237604

Please make Checks Payable to:

Streambank, LLC
400 Hillside Ave. #19
Needham, MA 02494
or wire to:

Bank of America, Needham, MA
Streambank, LLC
ABA Routing Number: 026009593
Account Number: 004612513350