**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** ) <br> ) <br> **CIRCUIT CITY STORES, INC., et al.,** ) <br> ) <br> **Debtors.** ) <br> ) <br> ) | Case No. 08-35653 (KRH) <br> (Jointly Administered) <br><br> Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

K. Stewart Evans, Jr. (VSB #12710)
Matthew D. Foster (VSB # 72130)
**PEPPER HAMILTON LLP**
600 14th Street, N.W.
Suite 600
Washington, DC  20005
Telephone: 202.220.1230
Facsimile:  202.220.1665

*Counsel to Longacre Opportunity Fund, L.P.*

September 15, 2009

-2-

**PLEASE TAKE NOTICE** that, pursuant to Rule 2002(i) and 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 9010(b), Longacre Opportunity Fund, L.P., an interested party, enters its appearance in these cases and requests that all notices relating to these cases given or required to be given to creditors, any creditors' committee, or any other parties in interest whether given by the court, the debtor, any trustee, or any other party in this case, and all papers served or required to be served relating to these cases, be served on counsel for Longacre Opportunity Fund, L.P. at the following address and that, pursuant to Rule 2002(g), the following addresses, telephone, and facsimile information be added to the Court's master mailing list for these cases:

> K. Stewart Evans, Jr. (VSB #12710)
> Matthew D. Foster (VSB # 72130)
> Pepper Hamilton LLP
> 600 14th Street, N.W.
> Suite 600
> Washington, DC  20005
> evansks@pepperlaw.com
> fosterm@pepper.law.com
> Telephone: 202.220.1230
> Facsimile:  202.220.1665

-3-

        Longacre Opportunity Fund, L.P.
        By counsel,

        /s/K. Stewart Evans, Jr.
        K. Stewart Evans, Jr. (VSB #12710)
        Matthew D. Foster (VSB # 72130)
        Pepper Hamilton LLP
        600 14th Street, N.W.
        Suite 600
        Washington, DC  20005
        evansks@pepperlaw.com
        fosterm@pepperlaw.com
        Telephone: 202.220.1230
        Facsimile:  202.220.1665

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served by first class mail on September 15, 2009 upon the following:

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center 901 E. Cary Street
Richmond, Virginia 23219

/s/ K. Stewart Evans, Jr.
K. Stewart Evans, Jr.