Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:  (804) 783-6448
Fax:            (804) 783-6507
pbliley@williamsmullen.com
Counsel to Palm Beach County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE ANNE M. GANNON,
TAX COLLECTOR IN AND FOR PALM BEACH COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Anne M. Gannon, Tax Collector in and for Palm Beach County, Florida ("Tax Collector"), and for her response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1. The Claimant's Name is the Honorable Anne M. Gannon, Tax Collector in and for Palm Beach County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at 1901 Okeechobee Boulevard, West Palm Beach, Florida; 515 N. Congress Avenue, Boynton Beach, Florida; 1400 Glades Road, Suite 140, Boca Raton, Florida and 10570 Forest Hill Boulevard, Wellington, Florida as of January 1, 2009.

2. Attached hereto as Exhibit A is a concise statement of General Counsel on behalf of the Tax Collector, who is a person with personal knowledge of the relevant facts in support of

this response, which statement sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of her response and her underlying claim.

3. Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of her claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4. Attached hereto as Exhibit C is a DR-489, Tax Roll Certification approved by the Florida Department of Revenue on July 29, 2009, representing the foundation upon which the 2009 truth in millage (TRIM Notice) is based.

5. The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> James M. Brako
> General Counsel, Palm Beach County Tax Collector
> P.O. Box 3715
> West Palm Beach, Florida  33402-3715
> Phone:  (561) 355-2142
> Fax:      (561) 355-1110
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA  23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:            (804) 783-6507

6. The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 15, 2009   James M. Brako, General Counsel
Palm Beach County Tax Collector
In and for Palm Beach County, Florida


By  /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Phone:      (804) 783-6448
Fax:         (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Palm Beach County, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## **EXHIBIT A**

I have personal knowledge as General Counsel for the Tax Collector for Palm Beach County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Gary R. Nikolits, Property Appraiser in and for Palm Beach County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

/s/ James Brako
James M. Brako, General Counsel
Palm Beach County Tax Collector

# NOTICE OF PROPOSED PROPERTY TAXES

| TANGIBLE PERSONAL PROPERTY ACCOUNT NUMBER | 078787-JOE-74407 | 2009 PROPOSED AD VALOREM TAXES | DO NOT PAY THIS IS *NOT* A BILL |

PHYSICAL LOCATION OF PROPERTY:
1901 OKEECHOBEE BLVD

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.
The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.
Each taxing authority may AMEND OR ALTER its proposal at the hearing.

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| PB COUNTY | 1583.64 | 1611.69 | PALM BEACH COUNTY (561) 355-3996 9/08 6:00 PM 301 N OLIVE AVE 6TH FL WEST PALM BEACH 33401 | 1611.69 |
| PUBLIC SCHOOLS BY STATE LAW | 2051.43 | 2035.02 | PBC SCHOOL BOARD (561) 434-8837 9/09 5:05 PM 3300 FOREST HILL BLVD WEST PALM BEACH 33406 | 2071.72 |
| BY LOCAL BOARD | 985.51 | 926.80 | | 995.25 |
| CITY | 3162.17 | 3253.81 | WEST PALM BEACH (561) 822-1310 9/14 5:01PM 401 CLEMATIS STREET WEST PALM BEACH 33401 | 3543.90 |
| SFWMD | 223.91 | 198.35 | SO FLA WTR MGT DIST (561) 686-8800 9/09 5:15PM 3301 GUN CLUB ROAD WEST PALM BEACH 33406 | 229.07 |
| EVERGLADES CONST.PROJ. Independent Special districts | 37.44 | 33.17 | | 38.33 |
| F.I.N.D. | 14.45 | 12.80 | FL INLAND NAVIG DIST (561) 627-3386 9/24 6:00PM 21 S. CYPRESS STREET FELLSMERE 32948 | 14.69 |
| CHILD SERV | 251.67 | 255.93 | CHILDRENS SV COUNCIL (561) 740-7000 9/10 6:00PM 2300 HIGH RIDGE RD BOYNTON BEACH 33426 | 255.93 |
| HEALTH | 417.78 | 424.85 | PBC HEALTH CARE DIST (561) 659-1270 9/10 5:15 PM 324 DATURA ST STE 401 WEST PALM BEACH 33401 | 424.85 |
| Voter approved Debt payments COUNTY DBT | 77.27 | 80.66 | | 80.66 |
| SCHOOL DBT | .00 | .00 | | .00 |
| CITY DBT | 136.04 | 142.32 | | 142.32 |
| TOTAL AD VALOREM PROPERTY TAXES | 8941.31 | 8975.40 | SEE REVERSE SIDE FOR EXPLANATIONS | 9408.49 |
| | COLUMN 1 | COLUMN 2 | | COLUMN 3 |

| YOUR PROPERTY VALUE LAST YEAR | | YOUR PROPERTY VALUE THIS YEAR | |
|---|---|---|---|
| 443830 | MARKET VALUE | 396016 | |
| 443830 | ASSESSED VALUE | 396016 | |
| 25000 | EXEMPTIONS | 25000 | |
| 0 | PENALTY | 0 | |
| 418830 | TAXABLE VALUE | 371016 | |



IF YOU FEEL THAT THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT:    Tangible Personal Property
(561) 355-2896

GOVERNMENTAL CENTER - 5th FLOOR
301 N. OLIVE AVE.
WEST PALM BEACH, FLORIDA 33401

IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER'S OFFICE. YOUR PETITION MUST BE FILED WITH THE CLERK OF THE VALUE ADJUSTMENT BOARD ON OR BEFORE:    14-SEP-09    5:00 PM AT 301 N. OLIVE AVENUE, WEST PALM BEACH, FLORIDA 33401

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

### 2009 PROPOSED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | TELEPHONE NUMBER | RATE | ASSESSED AMOUNT |
|---|---|---|---|
| | | | |
| | | TOTAL NON-AD VALOREM | |

*DO NOT PAY*

*THIS IS NOT A BILL*

078787   JOE 74407 TG
CIRCUIT CITY # 862
TAX DEPT
PO BOX 42304
RICHMOND VA 23242 2304

**EXHIBIT B**

000019383   T= 000000049

# NOTICE OF PROPOSED PROPERTY TAXES

| TANGIBLE PERSONAL PROPERTY ACCOUNT NUMBER | 121052-CDM-08983 | 2009 PROPOSED AD VALOREM TAXES | DO NOT PAY THIS IS *NOT* A BILL |

PHYSICAL LOCATION OF PROPERTY:
515 N CONGRESS AVE

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.
The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax charge and budget PRIOR TO TAKING FINAL ACTION.
Each taxing authority may AMEND OR ALTER its proposal at the hearing.

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| PB COUNTY | 1514.95 | 1554.78 | PALM BEACH COUNTY (561) 355-3996  9/08 6:00 PM 301 N OLIVE AVE 6TH FL WEST PALM BEACH 33401 | 1554.78 |
| PUBLIC SCHOOLS BY STATE LAW BY LOCAL BOARD | 1962.45 942.76 | 1963.16 894.07 | PBC SCHOOL BOARD (561) 434-8837  9/09 5:05 PM 3300 FOREST HILL BLVD WEST PALM BEACH 33406 | 1998.56 960.10 |
| CITY | 2586.40 | 2613.77 | CITY OF BOYNTON BEACH (561)742-6310  9/14 6:30PM 100 E BOYNTON BCH BLVD BOYNTON BEACH 33435 | 2782.50 |
| SFWMD EVERGLADES CONST.PROJ. Independent Special districts F.I.N.D. | 214.10 35.82 13.89 | 191.34 32.00 12.35 | SO FLA WTR MGT DIST (561) 686-8800  9/09 5:15PM 3301 GUN CLUB ROAD WEST PALM BEACH 33406  FL INLAND NAVIG DIST (561) 627-3386  9/24 6:00PM 21 S. CYPRESS STREET FELLSMERE 32948 | 220.98 36.97 14.17 |
| CHILD SERV | 240.76 | 246.89 | CHILDRENS SV COUNCIL (561) 740-7000  9/10 6:00PM 2300 HIGH RIDGE RD BOYNTON BEACH 33426 | 246.89 |
| HEALTH | 399.66 | 409.85 | PBC HEALTH CARE DIST (561) 659-1270  9/10 5:15 PM 324 DATURA ST STE 401 WEST PALM BEACH 33401 | 409.85 |
| Voter approved Debt payments COUNTY DBT SCHOOL DBT CITY DBT | 73.92 .00 10.02 | 77.81 .00 .00 | | 77.81 .00 .00 |
| TOTAL AD VALOREM PROPERTY TAXES | 7994.75 COLUMN 1 | 7995.02 COLUMN 2 | SEE REVERSE SIDE FOR EXPLANATIONS | 8302.61 COLUMN 3 |

| YOUR PROPERTY VALUE LAST YEAR | | YOUR PROPERTY VALUE THIS YEAR |
|---|---|---|
| 425663 | MARKET VALUE | 382914 |
| 425663 | ASSESSED VALUE | 382914 |
| 25000 | EXEMPTIONS | 25000 |
| 0 | PENALTY | 0 |
| 400663 | TAXABLE VALUE | 357914 |



IF YOU FEEL THAT THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT:    Tangible Personal Property
(561) 355-2896

GOVERNMENTAL CENTER - 5th FLOOR
301 N. OLIVE AVE.
WEST PALM BEACH, FLORIDA 33401

IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER'S OFFICE. YOUR PETITION MUST BE FILED WITH THE CLERK OF THE VALUE ADJUSTMENT BOARD ON OR BEFORE:    14-SEP-09    5:00    PM AT 301 N. OLIVE AVENUE, WEST PALM BEACH, FLORIDA 33401

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

### 2009 PROPOSED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | TELEPHONE NUMBER | RATE | ASSESSED AMOUNT |
|---|---|---|---|
| | | | |
| | | TOTAL NON-AD VALOREM | |

*DO NOT PAY*
*THIS IS NOT A BILL*

121052  CDM 08983 TG
CIRCUIT CITY #3237
TAX DEPT
PO BOX 42304
RICHMOND VA 23242 2304



000019384    T= 000000049

# NOTICE OF PROPOSED PROPERTY TAXES

**TANGIBLE PERSONAL PROPERTY ACCOUNT NUMBER:** 147318-BMM-06154

**PHYSICAL LOCATION OF PROPERTY:** 1400 GLADES RD STE 140

**2009 PROPOSED AD VALOREM TAXES**

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposal at the hearing.

**DO NOT PAY — THIS IS *NOT* A BILL**

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| PB COUNTY | 3398.43 | 3370.56 | PALM BEACH COUNTY (561) 355-3996 9/08 6:00 PM 301 N OLIVE AVE 6TH FL WEST PALM BEACH 33401 | 3370.56 |
| PUBLIC SCHOOLS BY STATE LAW BY LOCAL BOARD | 4402.30 2114.86 | 4255.88 1936.23 | PBC SCHOOL BOARD (561) 434-8837 9/09 5:05 PM 3300 FOREST HILL BLVD WEST PALM BEACH 33406 | 4332.62 2081.38 |
| CITY | 2714.36 | 2343.25 | CITY OF BOCA RATON (561) 393-7850 9/14 6:00PM 201 W PALMETTO PK RD BOCA RATON 33432 | 2582.39 |
| SFWMD EVERGLADES CONST. PROJ. Independent Special district | 480.50 80.35 | 414.80 69.37 | SO FLA WTR MGT DIST (561) 686-8800 9/09 5:15PM 3301 GUN CLUB ROAD WEST PALM BEACH 33406 | 479.05 80.15 |
| F.I.N.D. | 31.01 | 26.77 | FL INLAND NAVIG DIST (561) 627-3386 9/24 6:00PM 21 S. CYPRESS STREET FELLSMERE 32948 | 30.73 |
| CHILD SERV | 540.09 | 535.22 | CHILDRENS SV COUNCIL (561) 740-7000 9/10 6:00PM 2300 HIGH RIDGE RD BOYNTON BEACH 33426 | 535.22 |
| HEALTH | 896.55 | 888.50 | PBC HEALTH CARE DIST (561) 659-1270 9/10 5:15 PM 324 DATURA ST STE 401 WEST PALM BEACH 33401 | 888.50 |
| BOCA BEACH Voter approved Debt payments | 731.62 | 699.48 | GR BOCA BCH PK DIST (561) 417-4599 09/15 5:15PM 300 S MILITARY TRL BOCA RATON 33486 | 700.03 |
| COUNTY DBT | 165.83 | 168.68 | | 168.68 |
| SCHOOL DBT | .00 | .00 | | .00 |
| CITY DBT | 256.79 | 249.15 | | 249.15 |
| **TOTAL AD VALOREM PROPERTY TAXES** | **15812.69** | **14959.89** | SEE REVERSE SIDE FOR EXPLANATIONS | **15498.46** |
| | COLUMN 1 | COLUMN 2 | | COLUMN 3 |

| YOUR PROPERTY VALUE LAST YEAR | | YOUR PROPERTY VALUE THIS YEAR |
|---|---|---|
| 923795 | MARKET VALUE | 800912 |
| 923795 | ASSESSED VALUE | 800912 |
| 25000 | EXEMPTIONS | 25000 |
| 0 | PENALTY | 0 |
| 898795 | TAXABLE VALUE | 775912 |



IF YOU FEEL THAT THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT: Tangible Personal Property (561) 355-2896

GOVERNMENTAL CENTER - 5th FLOOR
301 N. OLIVE AVE.
WEST PALM BEACH, FLORIDA 33401

IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER'S OFFICE. YOUR PETITION MUST BE FILED WITH THE CLERK OF THE VALUE ADJUSTMENT BOARD ON OR BEFORE: 14-SEP-09   5:00 PM AT 301 N. OLIVE AVENUE, WEST PALM BEACH, FLORIDA 33401

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

## 2009 PROPOSED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | TELEPHONE NUMBER | RATE | ASSESSED AMOUNT |
|---|---|---|---|
| | | | |
| | | TOTAL NON-AD VALOREM | |

*DO NOT PAY*
*THIS IS NOT A BILL*

147318  BMM 06154 TG
CIRCUIT CITY #3405
TAX DEPT
PO BOX 42304
RICHMOND VA 23242 2304

**EXHIBIT B**

000019386   T= 000000049

Case 08-35653-KRH    Doc 4883    Filed 09/15/09    Entered 09/15/09 13:14:37    Desc Main

# NOTICE OF PROPOSED PROPERTY TAXES

**TANGIBLE PERSONAL PROPERTY ACCOUNT NUMBER:** 155047-WEL-73486

**PHYSICAL LOCATION OF PROPERTY:** 10570 FOREST HILL BLVD

**2009 PROPOSED AD VALOREM TAXES**

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposal at the hearing.

**DO NOT PAY — THIS IS *NOT* A BILL**

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| PB COUNTY | 1846.44 | 1856.30 | PALM BEACH COUNTY   (561) 355-3996  9/08  6:00 PM  301 N OLIVE AVE 6TH FL   WEST PALM BEACH 33401 | 1856.30 |
| FIRE/RESCUE | 1440.59 | 1477.73 | | 1477.73 |
| LIBRARY | 242.70 | 212.38 | | 246.82 |
| PUBLIC SCHOOLS BY STATE LAW | 2391.86 | 2343.88 | PBC SCHOOL BOARD   (561) 434-8837  9/09  5:05 PM   3300 FOREST HILL BLVD   WEST PALM BEACH 33406 | 2386.14 |
| BY LOCAL BOARD | 1149.05 | 1067.46 | | 1146.30 |
| CITY | 1142.70 | 1196.51 | WELLINGTON   (561) 791-4000  9/15  7:00PM  12794 W. FOREST HILL BL   WELLINGTON 33414 | 1199.54 |
| SFWMD | 261.06 | 228.45 | SO FLA WTR MGT DIST  (561) 686-8800  9/09  5:15PM  3301 GUN CLUB ROAD   WEST PALM BEACH 33406 | 263.83 |
| EVERGLADES CONST.PROJ. (Independent Special districts) | 43.66 | 38.20 | | 44.14 |
| F.I.N.D. | 16.85 | 14.74 | FL INLAND NAVIG DIST  (561) 627-3386  9/24  6:00PM  21 S. CYPRESS STREET   FELLSMERE 32948 | 16.92 |
| CHILD SERV | 293.44 | 294.77 | CHILDRENS SV COUNCIL  (561) 740-7000  9/10  6:00PM  2300 HIGH RIDGE RD   BOYNTON BEACH 33426 | 294.77 |
| HEALTH | 489.11 | 489.33 | PBC HEALTH CARE DIST  (561) 659-1270  9/10  5:15 PM  324 DATURA ST STE 401   WEST PALM BEACH 33401 | 489.33 |
| Voter approved Debt payments COUNTY DBT | 90.10 | 92.90 | | 92.90 |
| SCHOOL DBT | .00 | .00 | | .00 |
| LIBRARY DBT | 22.32 | 23.42 | | 23.42 |
| **TOTAL AD VALOREM PROPERTY TAXES** | **9427.88** | **9336.07** | SEE REVERSE SIDE FOR EXPLANATIONS | **9538.14** |
| | COLUMN 1 | COLUMN 2 | | COLUMN 3 |

| YOUR PROPERTY VALUE LAST YEAR | | YOUR PROPERTY VALUE THIS YEAR |
|---|---|---|
| 513334 | MARKET VALUE | 452325 |
| 513334 | ASSESSED VALUE | 452325 |
| 25000 | EXEMPTIONS | 25000 |
| 0 | PENALTY | 0 |
| 488334 | TAXABLE VALUE | 427325 |

IF YOU FEEL THAT THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT:   Tangible Personal Property (561) 355-2896

GOVERNMENTAL CENTER - 5th FLOOR
301 N. OLIVE AVE.
WEST PALM BEACH, FLORIDA 33401



IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER'S OFFICE. YOUR PETITION MUST BE FILED WITH THE CLERK OF THE VALUE ADJUSTMENT BOARD ON OR BEFORE:  14-SEP-09  5:00 PM AT 301 N. OLIVE AVENUE, WEST PALM BEACH, FLORIDA 33401

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

## 2009 PROPOSED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | TELEPHONE NUMBER | RATE | ASSESSED AMOUNT |
|---|---|---|---|
| | | | |
| | | **TOTAL NON-AD VALOREM** | |

*DO NOT PAY*
*THIS IS NOT A BILL*

155047  WEL 73486 TG
CIRCUIT CITY #3525
TAX DEPT
PO BOX 42304
RICHMOND VA 23242 2304

# EXHIBIT B

000019387    T= 000000049

# EXHIBIT C



**FLORIDA DEPARTMENT OF REVENUE**

DR-489
N. 3/84
FAC Rule 12D-8.018
Effective 03/84

## TAX ROLL CERTIFICATION

I, __GARY R. NIKOLITS__, Property Appraiser of __PALM BEACH__ County hereby certify that:

The real property tax roll of this county and that of the taxing authorities therein, included in these recapitulations, complies with all statutory and regulatory requirements and reflects all the following:

a. A brief description of the property for purposes of location.
b. The just value (using the factors in section 193.011, F.S.) of all property.
c. When property is wholly or partially exempt, a categorization of such exemptions (i.e., Identification by category).
d. When property is classified so it is assessed other than under s. 193.011, F.S., the value according to its classified use and its value as assessed under s. 193.011, F.S.
e. Other data as required by s.193.114, F.S., and s.193.11422, F.S., in the form and format required by the Department of Revenue.

The personal property tax roll of this county and that of the taxing authorities therein, included in these recapitulations, complies with all statutory and regulatory requirements and reflects all the following:

a. A code reference to the tax returns showing the property.
b. The just value (using the factors in s.193.011, F.S.) for all property.
c. When property is wholly or partially exempt, a categorization of exemptions identified by category.
d. Other data as required by s.193.114, F.S., and s.193.11422, F.S., in the form and format required by the Department of Revenue.

Submit this form to the Department of Revenue by July 1. (s. 193.1142(1), F.S.)

_____       __June 19th, 2009__
Signature, Property Appraiser                          Date

The Tax Roll Certification submitted by you for the 20 __09__ Tax Roll for __Palm Beach__ County, Florida and that of the taxing authorities therein, included in these recapitulations, containing total assessment valuation of all properties as required by Florida Statutes and Department of Revenue Rules and Regulations in said county is approved, subject to conditions in the attached letter, if any.

_____       __July 29, 2009__
Signature for Department of Revenue                Date

**RECEIVED**
JUN 22 2009
DEPARTMENT OF REVENUE
PROPERTY TAX ADMINISTRATION