Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone: (804) 783-6448
Fax: (804) 783-6507
pbliley@williamsmullen.com
Counsel to HERNANDO County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE JUANITA SIKES,
TAX COLLECTOR IN AND FOR HERNANDO COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Juanita Sikes, Tax Collector in and for Hernando County, Florida ("Tax Collector"), and for her response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1. The Claimant's Name is the Honorable Juanita Sikes, Tax Collector in and for Hernando County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at 13199 CORTEZ BLVD., BROOKSVILLE, Florida, as of January 1, 2009.

2. Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a person with personal knowledge of the relevant facts in support of this response, which statement

Case 08-35653-KRH    Doc 4885    Filed 09/15/09    Entered 09/15/09 13:22:32    Desc Main
Document      Page 2 of 9

sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of her response and her underlying claim.

3. Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of her claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4. Attached hereto as Exhibit C is a Declaration of the Honorable Alvin Mazourek who is the Property Appraiser in and for Hernando County, Florida and as such has personal knowledge of the relevant facts that support this response.

5. The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Juanita Sikes
> Hernando County Tax Collector
> 20 N. Main Street, Room 112
> Brooksville, Florida 34601-2892
> Phone: (352) 754-4180
> Fax:    (352) 754-4189
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA 23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:         (804) 783-6507

6. The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 15, 2009          Hon. Juanita Sikes, Tax Collector
                                    In and for Hernando County, Florida


                                    By /s/ Paul S. Bliley, Jr.
                                         Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone:      (804) 783-6448
Fax:        (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Hernando County, Florida


## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2009, I caused a copy of the foregoing

to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


                                    /s/ Paul S. Bliley, Jr.
                                    Paul S. Bliley, Jr.

6799216_1.DOC

## **EXHIBIT A**

    I have personal knowledge as the Tax Collector for Hernando County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

    The factual basis is as set forth in Exhibit C prepared by the Honorable Alvin Mazourek, Property Appraiser in and for Hernando County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

    The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

*/s/ Juanita D. Sikes*
The Honorable Juanita Sikes
Hernando County Tax Collector

## EXHIBIT B

Attached hereto is the preliminary roll and appraised values received by the Tax Collector from the Property Appraiser. Attached also is the documentation of the Property Appraiser as referenced in Exhibit C.

B 10 (Official Form 10) (12/07)

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA** | **PROOF OF CLAIM**

Debtor against which claim is asserted: (Check only one box below:)

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**HERNANDO COUNTY TAX COLLECTOR**

Name and address where notices should be sent:
JUANITA B. SIKES, CFC
HERNANDO COUNTY TAX COLLECTOR
20 NORTH MAIN ST, RM 112
BROOKSVILLE FL 34601-2892

Telephone number: (352) 754-4180

☒ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: 1706 (If known)
Filed on: 12/08/08

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 7,367.88 + 18% INT PER ANNUM + COSTS & FEES

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: 2008 TANGIBLE PERSONAL PROPERTY TAXES
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 1542655

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe:
Value of Property: $ 504,339   Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____
Amount of Secured Claim: $ 7,367.88 + 18% INT PER ANNUM + COSTS & FEES   Amount Unsecured: $ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☒ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$7,367.88 + 18% INT PER ANNUM + COSTS & FEES

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

Date: 03/23/09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
JUANITA B. SIKES, CFC
HERNANDO COUNTY TAX COLLECTOR    /s/ Juanita B. Sikes

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**JUANITA B. SIKES, CFC**
HERNANDO COUNTY TAX COLLECTOR

2008 TANGIBLE PERSONAL PROPERTY
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| KEY NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 01542655 | 0000 | 504,339 | 25,000 | 479,339 | CRES |

CIRCUIT CITY STORES INC
ATTN:TAX DEPT-LOC#03560
PO BOX 42304
RICHMOND VA 23242-2304

BANKRUPTCY
PARCEL:P2005-000360-000
SITUS:13199 CORTEZ BLVD

PARCEL DESCR:

\*\* ALL OWNERSHIP CHANGES MUST RE-FILE FOR EXEMPTIONS.

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | TAXES LEVIED |
|---|---|---|
| COUNTY | 6.258700 | 3,000.04 |
| PUBLIC SCHOOLS BY STATE LAW | 5.086000 | 2,437.92 |
| PUBLIC SCHOOLS BY LOCAL BOARD | 2.461000 | 1,179.65 |
| EMERGENCY MEDICAL SERVICES | 0.559800 | 268.33 |
| STORMWATER MGMT PROGRAM | 0.113900 | 54.60 |
| SW FL WATER MANAGEMENT DIST. | 0.575100 | 275.67 |
| SCHOOL DEBT SERVICE | 0.232000 | 111.21 |
| RECREATIONAL/SENSITIVE LANDS | 0.084400 | 40.46 |
| TOTAL MILLAGE | 15.370900  AD VALOREM TAXES | 7,367.88 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

\*\* ALL TAXES BECOME DELINQUENT APRIL 1ST.

NON-AD VALOREM ASSESSMENTS     0.00

| COMBINED TAXES AND ASSESSMENTS | 7,367.88 | See reverse side for important information |

| BY > | NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | ◄IF PAID BY |
|---|---|---|---|---|---|---|
|  | 7,073.16 | 7,146.84 | 7,220.52 | 7,294.20 | 7,367.88 |  |

Please Retain this Portion for your Records

---

**JUANITA B. SIKES, CFC**
HERNANDO COUNTY TAX COLLECTOR

2008 TANGIBLE PERSONAL PROPERTY
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| KEY NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 01542655 | 0000 | 504,339 | 25,000 | 479,339 | CRES |

CIRCUIT CITY STORES INC
ATTN:TAX DEPT-LOC#03560
PO BOX 42304
RICHMOND VA 23242-2304

BANKRUPTCY
PARCEL:P2005-000360-000
SITUS:13199 CORTEZ BLVD

PARCEL DESCR:

RETURN WITH PAYMENT

PAY IN U.S. FUNDS DRAWN ON U.S. BANK TO HERNANDO COUNTY TAX COLLECTOR • 20 N. MAIN ST., ROOM 112, BROOKSVILLE, FL 34601-2892

| BY > | NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 |
|---|---|---|---|---|---|
|  | 7,073.16 | 7,146.84 | 7,220.52 | 7,294.20 | 7,367.88 |

02    00007367885    0000000000    015426556

## EXHIBIT C

### Declaration of the Honorable Alvin Mazourek,
### Property Appraiser in and for Hernando County, Florida.

As the Property Appraiser in and for the Hernando County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Hernando County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.

_____
The Honorable Alvin Mazourek
Hernando County Property Appraiser

2009 NOTICE OF PROPOSED PROPERTY TAXES
AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
HERNANDO COUNTY TAXING AUTHORITIES

Case 08-35653-KRH Doc 4835 Filed 09/15/09 Entered 09/15/09 Document Page 9 of 9

20 N. Main St., Room 263
Brooksville, FL 34601

*** REPRINT ***

Key #: 01542655  Levy Code: CRES
Parcel Number: P2005-000360-000  Exem.Flag: *EX*
Parcel Location: 13199 CORTEZ BLVD

CIRCUIT CITY STORES INC
ATTN:TAX DEPT-LOC#03560
PO BOX 5695
GLEN ALLEN VA 23058-5695

**DO NOT PAY — THIS IS NOT A BILL**

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.
The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.
Each taxing authority may AMEND OR ALTER its proposals at the hearing.

Parcel Description:
*** TANGIBLE ***
*** PERSONAL ***
*** PROPERTY ***

1

## NOTICE OF PROPOSED AD VALOREM ASSESSMENTS

| TAXING AUTHORITY | TAXABLE VALUE | Column 1 YOUR PROPERTY TAXES LAST YEAR | Column 2 YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | Column 3 YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD |
|---|---|---|---|---|---|
| **County** | | | | | |
| General Fund | 455,186 | 2,607.32 | 2,475.94 | 2,852.83 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| Transport Trust | 455,186 | 339.90 | 322.77 | 371.89 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| County Health | 455,186 | 52.82 | 50.16 | 57.81 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| Stormwater | 455,186 | 54.60 | 51.85 | 59.72 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| Emer Med Serv | 455,186 | 268.33 | 254.81 | 296.51 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| **Public Schools** | | | | | |
| By State Law: Local Effort | 455,186 | 2,437.92 | 2,381.08 | 2,622.92 | 9/15/09 6:00PM School Board Mtg Rm 352-797-7004 |
| By Local Board: Discretionary | 455,186 | 1,179.65 | 1,023.26 | 1,269.15 | 9/15/09 6:00PM School Board Mtg Rm 352-797-7004 |
| **Municipality** | | | | | |
| **Water Management** | | | | | |
| Countywide | 455,186 | 185.31 | 175.97 | 202.24 | 9/15/09 5:01PM Tampa Service Ofc 352-796-7211 |
| CR/WI Basin | 455,186 | 90.36 | 85.80 | 99.50 | 9/15/09 5:01PM Tampa Service Ofc 352-796-7211 |
| **Independent Dist.** | | | | | |
| **Voter Approved** | | | | | |
| School Debt | | 111.21 | | | 9/15/09 6:00PM School Board Mtg Rm 352-797-7004 |
| Rec & Sen Land | 455,186 | 40.46 | 38.42 | 44.24 | 9/10/09 5:01PM Commission Chambers 352-754-4002 |
| **Ad Valorem Tax** | | 7,367.88 | 6,860.06 | 7,876.81 | |

## NOTICE OF PROPOSED AND/OR ADOPTED NON-AD VALOREM ASSESSMENTS

| Levying Authority | Purpose of Assessment | Units | Rate | Assessment |
|---|---|---|---|---|
| | | | | |
| | | | Non-Ad Valorem Tax | |

## TAX RE-CAP

| | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| **Penalty** | | | |
| **Ad Valorem Tax** | 7,367.88 | 6,860.06 | 7,876.81 |
| **Non-Ad Valorem Tax** | | | |
| **Total Tax** | 7,367.88 | 6,860.06 | 7,876.81 |

2009 EXEMPTIONS & ASSESSED VALUE CAPS:
1. TPP EXEMPTION

## VALUE RE-CAP

| Taxing Districts | Market Value 2008 | Market Value 2009 | Assessed Value 2008 | Assessed Value 2009 | Exemptions 2008 | Exemptions 2009 | Taxable Value 2008 | Taxable Value 2009 |
|---|---|---|---|---|---|---|---|---|
| COUNTY | 504,339 | 480,186 | 504,339 | 480,186 | 25,000 | 25,000 | 479,339 | 455,186 |
| PUBLIC SCHOOLS | 504,339 | 480,186 | 504,339 | 480,186 | 25,000 | 25,000 | 479,339 | 455,186 |
| SWFWMD | 504,339 | 480,186 | 504,339 | 480,186 | 25,000 | 25,000 | 479,339 | 455,186 |

- IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE ON JANUARY 1 2008, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR PROPERTY APPRAISER AT: 201 HOWELL AVE, SUITE 300, BROOKSVILLE, FL 34601-2041  -OR-  7525 FOREST OAKS BLVD, SPRING HILL, FL 34606-2400  -OR-  (352) 754-4190  www.hernandocounty.us/pa

- IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE:  SEPT. 8, 2009