Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-1720  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS**
**(DISALLOWANCE OF CERTAIN CLAIMS ASSERTED AGAINST A**
<u>**DOMESTIC COMPANY FOR WHICH THE DEBTORS SHOW NO LIABILITY**</u>)

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Debtors' Fortieth Omnibus Objection to Claims (Disallowance of Certain Claims Asserted Against a Domestic Company for which the Debtors Show No Liability) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

## BACKGROUND

2. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4. On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee"). To date, no trustee or examiner has been appointed in these chapter 11 cases.

5. On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6. On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.  Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.  On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

9.  On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the

4

Debtors and a joint venture, as agent (the "Agent"). On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores. As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.  By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the claims listed on Exhibit C attached hereto. The basis for the disallowance of the claims listed on Exhibit C attached hereto is that all of the claims (the "Claims") allege claims against the Debtors for which the Debtors conclude they have no liability. After reviewing the Claims and the bases upon which they are asserted, and reviewing the Debtors' books and records, the Debtors dispute any liability for the alleged Claims.

12. The Claims are asserted against the Debtors (almost all of the Claims were filed against Intertan, Inc.). A review of the Debtors' books and records indicate no liability; however, upon information and belief, it appears that the Claims relate to a Canadian affiliate of the Debtors, which is not a debtor in these bankruptcy cases. Accordingly, the Debtors are requesting that the Claims be disallowed.

13. For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

14. At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims. Accordingly, the Claims may be the subject of additional subsequently filed objections. To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**RESERVATION OF RIGHTS**

15.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

**NOTICE AND PROCEDURE**

16.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Bankruptcy Rule 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the

7

signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

17. To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on October 7, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **2:00 p.m. on October 15, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C

---

[2] In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

8

attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

18. This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

19. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

20. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia  
      September 15, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700

- and –

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT A**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS ASSERTED AGAINST A DOMESTIC COMPANY FOR WHICH THE DEBTORS SHOW NO LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Fortieth Omnibus Objection to Claims (Disallowance of Certain Claims Asserted Against a Domestic Company for Which the Debtors Show No Liability) (the "Objection"),

which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

　　　　IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

　　　　1.  The Objection is GRANTED.

　　　　2.  The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
　　　　　_____, 2009


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE KEVIN R. HUENNEKENS
　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                __/s/ Douglas M. Foley_____
                                Douglas M. Foley

\9886976

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fortieth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AMERICAN POWER CONVERSION CORP | 11247 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| CITY ELECTRONICS LTD | 404 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| COBALT INDUSTRIAL CO LTD | 897 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| CON WAY FREIGHT INC | 2647 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| DAVAL TECHNOLOGIES LLC | 428 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| ESI WORLDWIDE | 359 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| FRIESEN, NEIL | 3597 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| GREAT WALL OPTICAL PLASTIC WORKS LTD | 987 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| GXS INC | 10115 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| INNER WORKINGS INC | 939 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| INTERACTIVE TOY CONCEPTS INC | 5091 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| INTERACTIVE TOY CONCEPTS INC | 5085 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| LEXAR MEDIA INC | 7134 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| MERKURY INNOVATIONS LLC | 1223 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| MONSTER CABLE INTERNATIONAL LIMITED | 961 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| MONSTER TECHNOLOGY INTERNATIONAL LIMITED | 960 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| NCR CORPORATION | 2298 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| NORTH AMERICA BATTERY COMPANY | 3740 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| NORTH AMERICAN BATTERY COMPANY | 938 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| OPTOMA | 7602 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| PHOTOCO INC | 1015 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| RADIO SHACK | 1438 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| SCOSCHE INDUSTRIES INC | 1323 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| SHOPPER TRAK RCT CORP | 2172 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| SOUTHERN IMPERIAL INC | 640 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| SYNTAX BRILLIAN CORPORATION | 3356 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |
| TESSCO | 916 | EXHIBIT C - (LEGAL NO LIABILITY DOMESTIC COMPANY) - DISALLOWED |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN POWER CONVERSION CORP<br>5081 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | 11247 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 02/02/2009 | INTERTAN, INC.<br>(08-35655) |
| CITY ELECTRONICS LTD<br>UNIT A 6F WIDER INDUSTRIAL<br>58 TSUN YIP STREET<br>KWUN TONG KOWLOON, HONG KONG | 404 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $12,150.00<br>Unsecured:<br>Total: $12,150.00 | 12/02/2008 | INTERTAN, INC.<br>(08-35655) |
| COBALT INDUSTRIAL CO LTD<br>FLAT M 7 F YUE CHEUNG CTR<br>1 3 WONG CHUK YEUNG ST<br>FO TAN SHATIN, UNKNOWN | 897 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $3,876.00<br>Unsecured:<br>Total: $3,876.00 | 12/10/2008 | INTERTAN, INC.<br>(08-35655) |
| CON WAY FREIGHT INC<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 2647 | Secured:<br>Priority: $3,206.83<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $3,206.83 | 12/31/2008 | INTERTAN, INC.<br>(08-35655) |
| DAVAL TECHNOLOGIES LLC<br>9 VISTA CT<br>PLEASANTVILLE, NY 10570 | 428 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $6,627.00<br>Total: $6,627.00 | 12/01/2008 | INTERTAN, INC.<br>(08-35655) |
| ESI WORLDWIDE<br>7801 HAYVENHURST AVE<br>VAN NUYS, CA 91406 | 359 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 11/24/2008 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4887    Filed 09/15/09    Entered 09/15/09 13:28:27    Desc Main
Document    Page 16 of 19

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FRIESEN, NEIL<br>3512 49A STREET NW<br>EDMONTON ALBERTA, T6L3V9<br>CANADA | 3597 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $22,272.59<br>Total: $22,272.59 | 01/14/2009 | INTERTAN, INC.<br>(08-35655) |
| GREAT WALL OPTICAL PLASTIC WORKS LTD<br>5/F TAI TUNG IND BLDG<br>29 33 SING YI ROAD<br>TSING YI ISLAND NT, UNKNOWN | 987 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $2,738.88<br>Unsecured:<br>Total: $2,738.88 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| GXS INC<br>ATTN FINANCE DEPT<br>100 EDISON PARK DR<br>GAITHERSBURG, MD 20878 | 10115 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $23,275.00<br>Total: $23,275.00 | 01/31/2009 | INTERTAN, INC.<br>(08-35655) |
| INNER WORKINGS INC<br>ATTN JOSEPH BUSKY<br>600 W CHICAGO AVE<br>CHICAGO, IL 60654 | 939 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $195,732.35<br>Unsecured:<br>Total: $195,732.35 | 12/17/2008 | INTERTAN, INC.<br>(08-35655) |
| INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | 5085 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $69,874.64<br>Unsecured:<br>Total: $69,874.64 | 01/21/2009 | INTERTAN, INC.<br>(08-35655) |
| INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | 5091 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $69,874.64<br>Total: $69,874.64 | 01/21/2009 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LEXAR MEDIA INC<br>CORRYN OAKLAND<br>3475 E COMMERCIAL CT<br>MERIDIAN, ID 83642 | 7134 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $118,647.04<br>Total: $118,647.04 | 01/28/2009 | INTERTAN, INC. (08-35655) |
| MERKURY INNOVATIONS LLC<br>180 MAIDEN LN<br>28TH FL<br>NEW YORK, NY 10038 | 1223 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $144,466.00<br>Unsecured:<br>Total: $144,466.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONSTER CABLE INTERNATIONAL LIMITED<br>BALLYMALEY BUSINESS PARK<br>GORT RD<br>ENNIS CO CLARE, IRELAND | 961 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $29,191.70<br>Unsecured:<br>Total: $29,191.70 | 12/19/2008 | INTERTAN, INC. (08-35655) |
| MONSTER TECHNOLOGY INTERNATIONAL LIMITED<br>BALLYMALEY BUSINESS PARK<br>GORT RD<br>ENNIS CO CLARE, IRELAND | 960 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $414.39<br>Unsecured:<br>Total: $414.39 | 12/19/2008 | INTERTAN, INC. (08-35655) |
| NCR CORPORATION<br>1700 S PATTERSON BLVD<br>DAYTON, OH 45479 | 2298 | Secured:<br>Priority: UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH AMERICA BATTERY COMPANY<br>C O AMPERGEN<br>10 STATE ST<br>WOBURN, MA 01801 | 3740 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $144,870.44<br>Total: $144,870.44 | 01/14/2009 | INTERTAN, INC. (08-35655) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4887    Filed 09/15/09    Entered 09/15/09 13:28:27    Desc Main
Document    Page 18 of 19

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NORTH AMERICAN BATTERY COMPANY<br>2155 PASEO DE LAS AMERICAS NO 31<br>SAN DIEGO, CA 92154 | 938 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  $115,589.47<br>Unsecured:<br>Total:  $115,589.47 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| OPTOMA<br>715 SYCAMORE DR<br>MILPITAS, CA 95035 | 7602 | Secured:<br>Priority:<br>Administrative  $1,861.87<br>503(b)(9):<br>Unsecured:<br>Total:  $1,861.87 | 01/28/2009 | INTERTAN, INC.<br>(08-35655) |
| PHOTOCO INC<br>KEITH TEICHER<br>30305 SOLON RD<br>SOLON, OH 44139 | 1015 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  $75,751.20<br>Unsecured:<br>Total:  $75,751.20 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |
| RADIO SHACK<br>PO BOX 848551<br>DALLAS, TX 75284 | 1438 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  $56,898.11<br>Unsecured:<br>Total:  $56,898.11 | 12/17/2008 | INTERTAN, INC.<br>(08-35655) |
| SCOSCHE INDUSTRIES INC<br>1550 PACIFIC AVENUE<br>OXNARD, CA 93033 | 1323 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  $16,589.73<br>Unsecured:<br>Total:  $16,589.73 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| SHOPPER TRAK RCT CORP<br>200 W MONROE 11TH FL<br>CHICAGO, IL 60606 | 2172 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $15,962.05<br>Total:  $15,962.05 | 01/02/2009 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SOUTHERN IMPERIAL INC<br>1400 EDDY AVE<br>ROCKFORD, IL 61103 | 640 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$4,798.00<br><br>$4,798.00 | 12/08/2008 | INTERTAN, INC.<br>(08-35655) |
| SYNTAX BRILLIAN CORPORATION<br>C O VICTORIA W COUNIHAN ESQ<br>GREENBERG TRAURIG LLP<br>THE NEMOURS BLDG<br>1007 N ORANGE ST STE 1200<br>WILMINGTON, DE 19801 | 3356 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>$695,975.30<br>$695,975.30 | 01/12/2009 | INTERTAN, INC.<br>(08-35655) |
| TESSCO<br>ATTN SANDRA ENCISO<br>PO BOX 8500 54588<br>PHILADELPHIA, PA 19178-4588 | 916 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$11,724.32<br><br>$11,724.32 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |

Total:    27    $1,842,367.55

\*    "UNL" denotes an unliquidated claim.