JESSE N. SILVERMAN (VSB # 46456)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8127
Facsimile: (215) 864-8127
silvermanj@ballardspahr.com

-and-

MATTHEW G. SUMMERS
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5679
Facsimile: (410) 361-8930
summersm@ballardspahr.com

*Attorneys for Comcast Cable Communications
 Management, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| **CIRCUIT CITY STORES, INC.,** | :    Case No. 08-35653 (KRH) |
|   *et al.*, | : |
| | :    Jointly Administered |
|           Debtors. | : |

---------------------------------------------------------x

**RESPONSE OF COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC
TO DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

Comcast Cable Communications Management, LLC and its affiliates and subsidiaries (collectively, "Comcast"), file this Response to the Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (the "Objection") and states as follows:

DMEAST #11809855 v1

1. The Objection incorrectly states that Comcast has filed three claims asserting administrative claims pursuant to 11 U.S.C. 503(b)(9). Specifically, the Objection incorrectly states that Comcast filed a 503(b)(9) administrative claim in the amount of $184,757.76 (assigned Claim No. 9182), a 503(b)(9) administrative claim in the amount of $7,800 (Claim No. 1474), and a 503(b)(9) administrative claim in the amount of $3,750 (Claim No. 1474). The Objection then appears to seek disallowance or a reduction of the claims on the basis that claims are duplicative of one another. The objection appears to be based primarily on Claim No. 9182, which is the largest of the claims filed by Comcast.

2. In fact, Claim No. 9182 does not seek allowance of a 503(b)(9) administrative claim at all but, instead, asserts a general unsecured claim in the amount of $438,072.70.

3. It appears the objection was inadvertent or as the result of confusion on the part of the Debtors regarding the type of claim asserted in Claim No. 9182 and, thus, should be denied.

4. Because of the factual error made in the Objection regarding Claim No. 9182 and based on correspondence with counsel to the Debtors, Comcast believes the Objection was filed in error and will be withdrawn. However, Comcast reserves all rights to respond further to the Objection in the event the Debtors determine to pursue the Objection.

WHEREFORE, Comcast requests that this Court deny the Objection as to Claim Nos. 9182 and 1474.

September 15, 2009.                    /s/ Jesse N. Silverman
                                                        Jesse N. Silverman (VSB # 46456)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel:  (215) 864-8127
Fax:  (215) 864-9025
silvermanj@ballardspahr.com

-and-

Matthew G. Summers
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel:  (410) 528-5679
Fax:  (410) 361-8930
summersm@ballardspahr.com

*Attorneys for Comcast Cable Communications Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2009, a copy of the foregoing Response to Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) was served via electronic mail and Federal Express upon:

> Ian S. Fredericks, Esquire
> Skadden, Arps, Slate, Meagher & Flom, LLP
> One Rodney Square
> Wilmington, Delaware 19899
>
> Chris L. Dickerson, Esquire
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 155 North Wacker Drive
> Chicago, Illinois 60606
>
> Doug M. Foley, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, Virginia 23219
>
> Daniel F. Blanks, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, Virginia 23219

>> /s/ Jesse N. Silverman
>> Jesse N. Silverman