| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

       – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN NO LIABILITY CLAIMS THAT WERE
(I) PAID PRETITION OR (II) SATISFIED POSTPETITION)**

       The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Forty-First Omnibus Objection to Claims (Disallowance of Certain No Liability Claims that were (I) Paid Prepetition or (II) Satisfied Postpetition (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

**BACKGROUND**

2. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4. On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee"). To date, no trustee or examiner has been appointed in these chapter 11 cases.

5. On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6. On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7. Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8. On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

9. On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the

4

Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

     10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

     11.  On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (I)Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (II) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

     12.  Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all "Administrative Expenses" (as defined in the Administrative Claims Bar Date Order) against the Debtors by any person or entity was 5:00 p.m. (Pacific) on June 30, 2009 (the "Administrative Claims Bar Date").  Pursuant to the Claims Bar Date Order, this Court

5

approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Administrative Claims Bar Date Notice").

13. On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609). In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), and The Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

## OBJECTIONS TO CLAIMS

14. By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the claims listed on Exhibit C and Exhibit D attached hereto. The basis for the disallowance of the claims listed on Exhibit C attached hereto is that all of the claims (the "Paid Claims") were paid prior to the Petition Date. The basis for the

6

disallowance of the claims listed on Exhibit D attached hereto is that all of the claims (the "Satisfied Claims" and collectively with the Paid Claims, the "Claims")) have been satisfied after the Petition Date.

15. The Debtors contend that all of their obligations with respect to the Claims have been paid and/or satisfied, and the Debtors do not owe any additional obligations on account of the Claims. Accordingly, the Debtors request that the Claims identified on Exhibit C and Exhibit D be disallowed.

16. For ease of reference, attached as Exhibit B is an alphabetical listing of all claimants (the "Claimants") whose Claims are included in this Objection, with a cross-reference by claim number.

17. At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims. Accordingly, the Claims may be the subject of additional subsequently filed objections. To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify,

7

supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

### RESERVATION OF RIGHTS

18.  As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

### NOTICE AND PROCEDURE

19.  Notice of this Objection has been provided to all Claimants with Claims that are the subject to this Objection as identified on <u>Exhibit B</u>, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Bankruptcy Rule 7004 and the applicable provisions of Federal Rule of Civil Procedure 4;

8

(b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

20.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on October 7, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **2:00 p.m. on October 15, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter

---

[2] In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

9

an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C and Exhibit D attached hereto for all purposes in these bankruptcy cases.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

21. This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

22. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

23. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
September 15, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

11

**EXHIBIT A**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

           - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FORTY-FIRST
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN NO LIABILITY CLAIMS THAT WERE
(I) PAID PRETITION OR (II) SATISFIED POSTPETITION)**

THIS MATTER having come before the Court on the

Debtors' Forty-First Omnibus Objection to Claims

(Disallowance of Certain No Liability Claims that were (I)

Paid Prepetition or (II) Satisfied Postpetition) (the

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on Exhibits A and B as attached hereto and incorporated herein, are forever disallowed for all purposes in these bankruptcy cases.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\9904435

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Forty-First Omnibus Objection to Claims (Paid In Full No Liability & Post Petition Claims)

Exhibit B - Claimants and Related Claims Subject To Forty-First Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AMERICAN RECORDER TECHNOLOGIES | 243 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| COBY ELECTRONICS CORPORATION | 163 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| ELEETS TRANSPORTATION COMPANY INC | 4581 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| GORILLA NATION MEDIA LLC | 9497 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| HAY GROUP INC | 1988 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| KCAL TV | 11692 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| KCBS TV | 11693 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| KMAX TV CBS | 11538 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| KPIX TV | 11691 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| KTVT TV CBS | 11540 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| KYW TV | 8666 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| MACE GRP INC MACALLYPERIPHERAL | 681 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| MICROSOFT CORPORATION | 965 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| MIDLAND, CITY OF | 3233 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| PANASONIC CORPORATION OF NORTH AMERICA | 8040 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| PLATFORM A INC | 13104 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| PROSITE BUSINESS SOLUTIONS LLC | 13127 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| TREMOR MEDIA INC | 11739 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| WGN TV | 11774 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| WJZ TV CBS | 11525 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| WKBD TV CBS | 11539 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| WPSG TV | 8668 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |
| WWJ TV | 11690 | EXHIBIT D - (POST PETITION SATISFIED CLAIMS) - DISALLOWED |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims
(Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN RECORDER TECHNOLOGIES<br>PO BOX 1450<br>SIMI VALLEY, CA 93062 | 243 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):           $4,347.00<br>Unsecured:<br>Total:               $4,347.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COBY ELECTRONICS CORPORATION<br>ED FARRELLY NATIONAL CREDIT MANAGER<br>1991 MARCUS AVE STE 301<br>LAKE SUCCESS, NY 11042 | 163 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:           $7,370.35<br>Total:               $7,370.35 | 12/01/2008 | INTERTAN, INC. (08-35655) |
| ELEETS TRANSPORTATION COMPANY INC<br>3131 ST JOHNS BLUFF<br>JACKSONVILLE, FL 32246-0000 | 4581 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:         $368,718.49<br>Total:             $368,718.49 | 01/20/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| HAY GROUP INC<br>100 PENN SQ EAST THE WANAMAKER BLDG<br>PHILADELPHIA, PA 19107-3388 | 1988 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:           $6,000.00<br>Total:               $6,000.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACE GRP INC<br>MACALLYPERIPHERAL<br>4601 E AIRPORT DR<br>ONTARIO, CA 91761 | 681 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):           $4,416.80<br>Unsecured:<br>Total:               $4,416.80 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MICROSOFT CORPORATION<br>K&L GATES LLP<br>ATTN MARC BARRECA<br>925 FOURTH AVE STE 2900<br>SEATTLE, WA 98104-1158 | 965 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):         $844,900.00<br>Unsecured:<br>Total:             $844,900.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE<br>MIDLAND, TX 79701 | 3233 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300.00<br>Total: $300.00 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PANASONIC CORPORATION OF NORTH AMERICA<br>SCHULTE ROTH & ZABEL LLP<br>ATTN DAVID HILLMAN ESQ<br>919 THIRD AVE<br>NEW YORK, NY 10022 | 8040 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,950,620.77<br>Total: $2,950,620.77 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  |  |  |
|---|---|---|
| Total: | 8 | $4,186,673.41 |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 4890    Filed 09/15/09    Entered 09/15/09 13:31:28    Desc Main
Document    Page 18 of 20

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims
(Post Petition Satisfied Claims) - Disallowed

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GORILLA NATION MEDIA LLC<br>ATTN GENERAL COUNSEL<br>5140 GOLDLEAF CIR 3RD FL<br>LOS ANGELES, CA 90056 | 9497 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$175,210.07<br><br><br>$175,210.07 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCAL TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52ST<br>NEW YORK, NY 10019 | 11692 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$21,590.00<br><br><br>$21,590.00 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCBS TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11693 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$42,563.75<br><br><br>$42,563.75 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KMAX TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11538 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$3,973.75<br><br><br>$3,973.75 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KPIX TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11691 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$22,780.00<br><br><br>$22,780.00 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KTVT TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11540 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$10,540.00<br><br><br>$10,540.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KYW TV<br>HELEN E D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 8666 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$3,697.50<br><br><br>$3,697.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLATFORM A INC<br>MALCOLM M MITCHELL JR<br>C O SEYMOUR AND PEASE LLP<br>277 S WASHINGTON ST STE 310<br>ALEXANDRIA, VA 22314 | 13104 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$5,177,126.17<br><br><br>$5,177,126.17 | 05/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PROSITE BUSINESS SOLUTIONS LLC<br>ROBERT H CAPPELL II JENNIFER J WEST<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | 13127 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$54,987.08<br><br><br>$54,987.08 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TREMOR MEDIA INC<br>DENNIS T LEWANDOWSKI ESQ<br>KAUFMAN & CANOLES A PROFESSIONAL CORPORATION<br>150 W MAIN ST STE 2100<br>NORFOLK, VA 23510 | 11739 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$420,248.25<br><br><br>$420,248.25 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WGN TV<br>2501 W BRADLEY PL<br>CHICAGO, IL 60618 | 11774 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$98,090.00<br><br><br>$98,090.00 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WJZ TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11525 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br>$6,970.00<br><br><br>$6,970.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims  
(Post Petition Satisfied Claims) - Disallowed

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WKBD TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11539 | Secured:<br>Priority:<br>Administrative   $9,435.00<br>503(b)(9):<br>Unsecured:<br>Total:   $9,435.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPSG TV<br>HELEN E D ANTONA<br>CBS LAW DEPARTMENT<br>51 WEST 52 ST<br>NEW YORK, NY 10019 | 8668 | Secured:<br>Priority:<br>Administrative   $2,932.50<br>503(b)(9):<br>Unsecured:<br>Total:   $2,932.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WWJ TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11690 | Secured:<br>Priority:<br>Administrative   $18,976.25<br>503(b)(9):<br>Unsecured:<br>Total:   $18,976.25 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:    15                                            $6,069,120.32**

\*    "UNL" denotes an unliquidated claim.