Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:   (804) 783-6448
Fax:         (804) 783-6507
pbliley@williamsmullen.com
Counsel to _____ County, Florida Tax Collector

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE GEORGE J. ALBRIGHT, III,
TAX COLLECTOR IN AND FOR MARION COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable George J. Albright, III, Tax Collector in and for Marion

County, Florida ("Tax Collector"), and for his response to the Debtor's Thirty-Seventh Omnibus

Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states

as follows:

1.    The Claimant's Name is the Honorable George J. Albright, III, Tax Collector in

and for Marion County, Florida ("Tax Collector").  The amount of the claim filed is for 2009

personal property taxes assessed against the personal property of Circuit City Stores located at

3402 SW 36th Terrace, Ocala, Florida, as of January 1, 2009.

2.    Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a

person with personal knowledge of the relevant facts in support of this response, which statement

sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax

Collector's claim, which includes, without limitation the specific factual and legal basis upon

which the claimant intends to rely in support of his response and his underlying claim.

3.      Attached hereto as Exhibit B is a copy of or identification of documentation

supporting the Tax Collector's claim that the claimant presently intends to introduce into

evidence in support of his claim at any hearing held on this objection.  Claimant reserves the

right to supplement this documentation at a later date if additional supporting documentation is

obtained.

4.      Attached hereto as Exhibit C is a Declaration of the Honorable Villie M. Smith,

who is the Property Appraiser in and for Marion County, Florida and as such has personal

knowledge of the relevant facts that support this response.

5.      The claimants address, telephone number, fax number and the claimant's attorney

to whom the attorneys for the Debtor should serve a reply to the response are as follows:

>       The Hon. George J. Albright, III
>       Marion County Tax Collector
>       503 SE 25th Avenue
>       Ocala, Florida  34471
>       Phone:  (352) 368-8200
>       Fax:      (352) 368-8283
>
>       Attorney:
>       Paul S. Bliley, Jr., Esquire
>       Williams Mullen
>       P.O. Box 1320
>       Richmond, VA  23218-1320
>       pbliley@williamsmullen.com
>       Telephone:  (804) 783-6448
>       Fax:         (804) 783-6507

6.      The name, address, telephone number and fax number of the party to reconcile,

settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

2

Dated: September _15_, 2009

Hon. George J. Albright, III, Tax Collector
In and for Marion County, Florida

By  /s/ Paul S. Bliley, Jr._____
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Phone:        (804) 783-6448
Fax:          (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Marion County, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on the _15TH_ day of September 2009, I caused a copy of the foregoing

to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

 /s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## EXHIBIT A

I have personal knowledge as the Tax Collector for Marion County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Villie M. Smith, Property Appraiser in and for Marion County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

The Honorable George J. Albright, III
Marion County Tax Collector

## EXHIBIT B

Attached hereto is the preliminary roll and appraised values received by the Tax Collector from the Property Appraiser.  Attached also is the documentation of the Property Appraiser as referenced in Exhibit C.

MARION COUNTY 2009 ROLL    Page    1    09/08/09
Property Information

970393

CIRCUIT CITY STORES INC
ATTN: TAX DEPT-LOC #03234          003402 SW 36TH TER          TAXES/ASSESSMENTS:    $5,063.45 AltKey:2922702
PO BOX 42304                      233422304                    LOCATION:                        163 B2   PC: 57
RICHMOND VA                                                                             Mill Grp 1001
                                                                                        5731 SIC

** Current Values **

Property Values: Land Just Val           0
               : Buildings               0
               : Miscellaneous     371,760
               : Total Just/Assd   371,760
               : Exemptions        -25,000      Ex Codes: 31/
               : Total Taxable     346,760      04/13/09 175

** History of Assessed Values **

| Year | | Land | Building | Misc Impr | Just | Assessed | Exemption | Taxable |
|---|---|---|---|---|---|---|---|---|
| 2008 | 1 | 0 | 0 | 335,021 | 335,021 | 335,021 | 25,000 | 310,021 |
| 2007 | 1 | 0 | 0 | 339,800 | 339,800 | 339,800 | 0 | 339,800 |
| 2006 | 1 | 0 | 0 | 238,300 | 238,300 | 238,300 | 0 | 238,300 |
| 2005 | 1 | 0 | 0 | 261,777 | 261,777 | 261,777 | 0 | 261,777 |
| 2004 | 1 | 0 | 0 | 316,661 | 316,661 | 316,661 | 0 | 316,661 |
| 2003 | 1 | 0 | 0 | 307,564 | 307,564 | 307,564 | 0 | 307,564 |
| 2002 | 1 | 0 | 0 | 374,288 | 374,288 | 374,288 | 0 | 374,288 |
| 2001 | 1 | 0 | 0 | 401,723 | 401,723 | 401,723 | 0 | 401,723 |
| 2000 | 1 | 0 | 0 | 432,564 | 432,564 | 432,564 | 0 | 432,564 |
| 1999 | 1 | 0 | 0 | 489,484 | 489,484 | 489,484 | 0 | 489,484 |
| 1998 | 1 | 0 | 0 | 512,665 | 512,665 | 512,665 | 0 | 512,665 |
| 1997 | 1 | 0 | 0 | 582,190 | 582,190 | 582,190 | 0 | 582,190 |

** Property Description **

01 - SEC 26 TWP 15 RGE 21
02 - RETAIL SALES

Parent Parcel: 23792-001-00

CERTIFIED A TRUE COPY
VILLIE M. SMITH, CFA ASA
PROPERTY APPRAISER
MARION COUNTY, FL
BY [signature]    DEPUTY

## EXHIBIT C

### Declaration of the Honorable Villie M. Smith,
### Property Appraiser in and for Marion County, Florida.

As the Property Appraiser in and for the Marion County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes.  Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Marion County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.


The Honorable Villie M. Smith
Marion County Property Appraiser

NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR
ADOPTED NON AD VALOREM ASSESSMENTS
MARION COUNTY TAXING AUTHORITY
C/O P.O. Box 486
OCALA, FL  34478-0486

## DO NOT PAY
### THIS IS NOT A BILL

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC Hearings is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

```
PC=57 SEQ= 32278                    2 0 0 9
EC=31/00/00/00/00/00
DESCRIPTION: SEC 26 TWP 15 RGE 21
RETAIL SALES

970393       1001   2
CIRCUIT CITY STORES INC
ATTN: TAX DEPT-LOC #03234
PO BOX 42304
RICHMOND VA 23242-2304

                           003402 SW 36TH TER
                           ** TANGIBLE **        2922702
```

| TAXING AUTHORITY | YOUR TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: |
|---|---|---|---|---|
| COUNTY: | | | | |
| GENERAL FUND | 970.37 | 1085.36 | 1245.60 | SEPTEMBER 10, 2009  07:00 PM |
| FINE    FORFEITURE | 173.61 | 194.19 | 222.86 | MARION CO COMMISSION CHAMBERS |
| TRANSPORTATION TR | .00 | .00 | .00 | 601 SE 25TH AV, OCALA FL |
| HEALTH UNIT | 37.20 | 41.61 | 47.75 | |
| PUBLIC SCHOOLS: | | | | |
| BY STATE LAW | 1566.54 | 1813.55 | 1986.17 | SEPTEMBER 08, 2009  06:00 PM |
| BY LOCAL BOARD | 215.46 | 259.38 | 273.18 | SCHOOL ADMINISTRATIVE OFFICE |
| CAPITAL IMP | 542.54 | 520.14 | 687.87 | 512 SE 3RD STREET, OCALA FL |
| CRITICAL NEED OP | .00 | 86.69 | .00 | |
| MUNICIPAL: | | | | |
| OCALA | 1404.02 | 1722.15 | 1722.15 | SEPTEMBER 15, 2009  05:05 PM |
| | | | | CITY HALL COUNCIL CHAMBERS |
| | | | | 151 SE OSCEOLA AVE, OCALA FL |
| WATER MANAGEMENT: | | | | SEPTEMBER 08, 2009  05:05 PM |
| SJRWMD | 128.91 | 144.18 | 162.91 | SJRWMD HEADQUARTERS |
| | | | | 4049 REID ST, PALATKA FL |
| VOTER APPROVED DEBT: | | | | SEPTEMBER 10, 2009  07:00 PM |
| COUNTY PARKS | 24.80 | 31.21 | 31.21 | MARION CO COMMISSION CHAMBERS |
| | | | | 601 SE 25TH AV, OCALA FL |
| TOTAL AD VALOREM TAX | 5063.45 | 5898.46 | 6379.70 | * FOR DETAILS ON INDEPENDENT SPECIAL DISTRICTS AND VOTER APPROVED DEBT, CONTACT YOUR TAX COLLECTOR AT (352)368-8200 |
| | COLUMN 1 | COLUMN 2 | COLUMN 3 | |

SEE REVERSE SIDE FOR EXPLANATION

| | MARKET VALUE | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|---|---|
| YOUR PROPERTY VALUE THIS YEAR: | 371,760 | 371,760 | 25,000 | 346,760 |
| YOUR PROPERTY VALUE LAST YEAR: | 335,021 | 335,021 | 25,000 | 310,021 |

* If you feel the MARKET VALUE of your property is inaccurate or does not reflect FAIR MARKET VALUE, or if you are entitled to an EXEMPTION that is not reflected above, contact your PROPERTY APPRAISER at (352) 368 - 8300 - 501 S.E. 25th Avenue, Ocala FL 34471. *If the PROPERTY APPRAISER'S OFFICE is unable to resolve the matter as to MARKET VALUE or an EXEMPTION, you may file a petition for adjustment with the VALUE ADJUSTMENT BOARD. Petition forms are available from the county PROPERTY APPRAISER or the CLERK OF THE CIRCUIT COURT'S OFFICE and must be filed with the CLERK OF THE CIRCUIT COURT on or before:  5 PM SEPTEMBER 15, 2009

VILLIE M. SMITH, CFA
PROPERTY APPRAISER
MARION COUNTY, FL

BY