Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:   (804) 783-6448
Fax:              (804) 783-6507
pbliley@williamsmullen.com
Counsel to Pinellas County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE DIANE NELSON,
TAX COLLECTOR IN AND FOR PINELLAS COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
<u>(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)</u>**

Comes now the Honorable Diane Nelson, Tax Collector in and for Pinellas County, Florida ("Tax Collector"), and for her response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1.  The Claimant's Name is the Honorable Diane Nelson, Tax Collector in and for Pinellas County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at 24244 U.S. Highway 19 North, Clearwater, Florida (account number 163536) and at 2066 Tyrone Blvd., St. Petersburg, Florida (account number 164579), as of January 1, 2009.

2.  Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a person with personal knowledge of the relevant facts in support of this response, which statement sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of her response and her underlying claim.

3.  Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of her claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4.  Attached hereto as Exhibit C is a Declaration of the Honorable Pam Dubov who is the Property Appraiser in and for Pinellas County, Florida and as such has personal knowledge of the relevant facts that support this response.

5.  The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Diane Nelson
> Pinellas County Tax Collector
> 315 Court St., 3rd Floor
> Clearwater, Florida 33756
> Phone: (727) 464-7777
> Fax:     (727) 464-3727
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA 23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:          (804) 783-6507

6.  The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 15, 2009

Hon. Diane Nelson, Tax Collector
In and for Pinellas County, Florida

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax: (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Pinellas County, Florida

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## **EXHIBIT A**

I have personal knowledge as the Tax Collector for Pinellas County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Pam Dubov, Property Appraiser in and for Pinellas County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

*Diane Nelson*
The Honorable Diane Nelson
Pinellas County Tax Collector

## **EXHIBIT B**

Attached hereto is a copy of the 2009 Preliminary roll reflecting assessed values received by the Tax Collector from the Property Appraiser, based on the 2008 tax roll, for the Circuit City Stores, Inc. account numbers 163536 and 164579. Attached also is the documentation of the Property Appraiser as referenced in Exhibit C, including updated assessed values for account numbers 163536 and 164579.

*[signature: Diane Nelson]*
The Honorable Diane Nelson
Pinellas County Tax Collector

https://www.pinellas.taxsys.net/tcb/app/tp/accounts?account_id=728903&session_id=70e98...

TaxSys.net

» Logout

Administration | Real Estate | Tangible | Central | Tourist | Cashiering | Bankruptcy
Accounts | Bills | Warrants | Reports

### Account History

| Roll | Tax | Status | Due | |
|---|---|---|---|---|
| 2009 | 2009 | Preliminary roll | | View |
| 2008 | 2008 | Acct: Unpaid | $9,744.37 | View |
| 2007 | 2007 | Acct: Paid-in-full | | View |
| 2006 | 2006 | Acct: Paid-in-full | | View |
| 2005 | 2005 | Acct: Paid-in-full | | View |
| 2004 | 2004 | Acct: Paid-in-full | | View |
| 2003 | 2003 | Acct: Paid-in-full | | View |
| 2002 | 2002 | Acct: Paid-in-full | | View |
| 2001 | 2001 | Acct: Paid-in-full | | View |
| 2000 | 2000 | Acct: Paid-in-full | | View |
| | | Total: | $9,744.37 | |

» Print History

### Account Information

| | |
|---|---|
| Roll Year: | 2009 |
| Tax Year: | 2009 |
| Account Number: | 164579   « Prev Next » |
| RE Account Number: | 421669 |
| Millage Code: | SP. - ST PETERSBURG TR |
| Certified Roll Owner(s): | CIRCUIT CITY STORES INC 876<br>ATTN TAX DEPT<br>PO BOX 42304<br>RICHMOND, VA 23242-2304<br>« Prev Next » |
| Situs Address: | 2066 TYRONE BLVD |
| Exemptions: | M - TANGIBLE EXEMPTION 25,000 |
| Flags: | **Bankrupt** |
| Penalty Rate: | 0% |
| Enforcement Agent: | Giglio, John |

| | |
|---|---|
| Assessed Value: | 463,100 |
| Exemption Value: | 25,000 |
| Taxable Value: | 438,100 |
| Ad Valorem: | $8,937.95 |
| Penalty: | $0.00 |
| Total Tax: | $8,937.95 |

» Modify this account
» Prorate this account

### Ad Valorem Details

| Code | District | Millage | Exemption | Taxable | Amount |
|---|---|---|---|---|---|
| GFND | GENERAL FUND | 4.8108 | 25,000 | 438,100 | $2,107.61 |
| HLTH | HEALTH DEPARTMENT | 0.0622 | 25,000 | 438,100 | $27.25 |
| SST | SCHOOL-STATE LAW | 5.3480 | 25,000 | 438,100 | $2,265.85 |
| SLOC | SCHOOL-LOCAL BD. | 2.9980 | 25,000 | 438,100 | $1,265.67 |
| SP. | ST PETERSBURG | 5.9125 | 25,000 | 438,100 | $2,590.27 |
| SFWM | SW FLA WTR MGMT. | 0.3866 | 25,000 | 438,100 | $169.37 |
| PARB | PINELLAS ANCLOTE | 0.3600 | 25,000 | 438,100 | $157.72 |
| PCPC | PINELLAS COUNTY PLN.CNCL. | 0.0125 | 25,000 | 438,100 | $7.45 |
| JWB | JUVENILE WELFARE BOARD | 0.7915 | 25,000 | 438,100 | $346.76 |
| Total: | | 20.6821 | | | $8,937.95 |

### Location Details

| | |
|---|---|
| Book-Page-Item: | -- |
| Neighborhood: | CROSSROADS CENTER(19690) |
| Block: | 000 |
| Lot: | 0011 |
| Use Code: | 443112 |
| Last Updated: | 01/27/2009 06:28AM |
| Last Updated By: | Robin Ferguson |

### All Notes (0)

Account Search

| 2008 | | |
|---|---|---|
| Roll Yr | Tax Yr | Account Number |

-- Any --

Account Status

Certified Roll Owner Name

Search    Clear

Specify search criteria above and then click search

Copyright © 1997-2009, Grant Street Group. All rights reserved.

Powered by
**GRANT STREET GROUP**
*Software That Works*

1 of 1

TaxSys.net

https://www.pinellas.taxsys.net/tcb/app/tp/accounts?account_id=728902&session_id=70e98...

» Logout    TaxSys.net

Administration  Real Estate  Tangible  Central  Tourist  Cashiering  Bankruptcy
Accounts  Bills  Warrants  Reports

### Account History

| Roll | Tax | Status | Due | |
|---|---|---|---|---|
| 2009 | 2009 | Preliminary roll | | View |
| 2008 | 2008 | Acct: Unpaid | $9,013.49 | View |
| 2007 | 2007 | Acct: Paid-in-full | | View |
| 2006 | 2006 | Acct: Paid-in-full | | View |
| 2005 | 2005 | Acct: Paid-in-full | | View |
| 2004 | 2004 | Acct: Paid-in-full | | View |
| 2003 | 2003 | Acct: Paid-in-full | | View |
| 2002 | 2002 | Acct: Paid-in-full | | View |
| 2001 | 2001 | Acct: Paid-in-full | | View |
| 2000 | 2000 | Acct: Paid-in-full | | View |
| | | Total: | $9,013.49 | |

» Print History

### Account Information

| | |
|---|---|
| Roll Year: | 2009 |
| Tax Year: | 2009 |
| Account Number: | 163536 |
| | « Prev Next » |
| RE Account Number: | 58536 |
| Millage Code: | CW. - CLEARWATER, TR |
| Certified Roll Owner(s): | CIRCUIT CITY STORES INC<br>ATTN TAX DEPT #891<br>PO BOX 42304<br>RICHMOND, VA 23242-2304 |
| | « Prev Next » |
| Situs Address: | 24244 US HIGHWAY 19 N |
| Exemptions: | M - TANGIBLE EXEMPTION 25,000 |
| Flags: | Bankrupt |
| Penalty Rate: | 0% |
| Enforcement Agent: | Larry, Lawrence |

| | |
|---|---|
| Assessed Value: | 455,270 |
| Exemption Value: | 25,000 |
| Taxable Value: | 430,270 |
| Ad Valorem: | $8,267.42 |
| Penalty: | $0.00 |
| Total Tax: | $8,267.42 |

» Modify this account
» Prorate this account
» Correction History

### Ad Valorem Details

| Code | District | Millage | Exemption | Taxable | Amount |
|---|---|---|---|---|---|
| GFND | GENERAL FUND | 4.8108 | 25,000 | 430,270 | $2,069.94 |
| HLTH | HEALTH DEPARTMENT | 0.0622 | 25,000 | 430,270 | $26.76 |
| SST | SCHOOL-STATE LAW | 5.3480 | 25,000 | 430,270 | $2,225.36 |
| SLOC | SCHOOL-LOCAL BD. | 2.9980 | 25,000 | 430,270 | $1,243.05 |
| CW | CLEARWATER | 5.1550 | 25,000 | 430,270 | $2,033.20 |
| SFWM | SW FLA WTR MGMT. | 0.3866 | 25,000 | 430,270 | $166.34 |
| PARB | PINELLAS ANCLOTE | 0.3600 | 25,000 | 430,270 | $154.90 |
| PCPC | PINELLAS COUNTY PLN.CNCL. | 0.0125 | 25,000 | 430,270 | $7.31 |
| JWB | JUVENILE WELFARE BOARD | 0.7915 | 25,000 | 430,270 | $340.56 |
| | Total: | 19.9246 | | | $8,267.42 |

### Location Details

| | |
|---|---|
| Book-Page-Item: | -- |
| Neighborhood: | BLACKBURN'S SUB(09072) |
| Block: | 000 |
| Lot: | 0301 |
| Use Code: | 443112 |
| Last Updated: | 06/10/2009 06:51PM |
| Last Updated By: | Robin Ferguson |

### All Notes (2)

Account Search
[2008]   [  ]

| Roll Yr | Tax Yr | Account Number | Certified Roll Owner Name | Account Status |
|---|---|---|---|---|
| | | | | -- Any -- |

Specify search criteria above and then click search

[Search]  [Clear]

Copyright © 1997-2009, Grant Street Group. All rights reserved.

Powered by
GRANT STREET GROUP
Software That Works

## EXHIBIT C

### Declaration of the Honorable Pam Dubov, Property Appraiser in and for Pinellas County, Florida.

As the Property Appraiser in and for the Pinellas County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Pinellas County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notices for 2009, for account numbers 163536 and 164579, are attached hereto.

_____
The Honorable Pam Dubov
Pinellas County Property Appraiser

P16889

**2009 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

**DO NOT PAY**
THIS IS NOT A BILL

ACCOUNT NUMBER: 0163536        *DUPLICATE*

TANGIBLE PERSONAL PROPERTY: BUSINESS
LOCATION: 24244 US HIGHWAY 19 N
06-29-16-09072-000-0301
ACCOUNT TYPE: 443112

APPRAISAL AREA: 4

09 TAX DISTRICT: CW
08 TAX DISTRICT: CW

CIRCUIT CITY STORES INC
ATTN TAX DEPT #891
PO BOX 42304
RICHMOND VA 23242-2304

I, PAM DUBOV, Pinellas County Property Appraiser, or the authorized representative thereof, do hereby certify that this is a true and correct copy of the original as it appears in the official file of the Property Appraiser's Office of Pinellas County, Florida.

WITNESS my hand this 11TH day of September, AD 20__

[signed] Pam Dubov

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR ADDITIONAL INFORMATION.

| TAXING AUTHORITY | Assessed/Capped Value | Total Exemptions | Taxable Value | COLUMN 1 Your Property Taxes Last Year | COLUMN 2 Your Taxes This Year If Proposed Budget Change Is Made | A Public Hearing On The Proposed Taxes and Budget Will Be Held: | COLUMN 3 Your Taxes This Year If No Budget Change Is Made |
|---|---|---|---|---|---|---|---|
| **COUNTY:** | | | | | | | |
| GENERAL FUND | 444,032 | 25,000 | 419,032 | 2,069.94 | 2,015.88 | 464-3596 9/8/09 6:30PM 5TH FLOOR COURTHOUSE, 315 COURT ST, CLW | 2,294.03 |
| HEALTH DEPT | 444,032 | 25,000 | 419,032 | 26.76 | 26.06 | | 29.67 |
| PIN PLANNING COUNCIL | 444,032 | 25,000 | 419,032 | 7.31 | 5.24 | | 8.09 |
| **PUBLIC SCHOOLS:** | | | | | | | |
| BY STATE LAW | 444,032 | 25,000 | 419,032 | 2,225.36 | 2,240.98 | 588-6479 9/15/09 7:00PM BOARD RM ADMIN BLDG, 301 4TH ST SW, LARGO | 2,447.61 |
| BY LOCAL BOARD | 444,032 | 25,000 | 419,032 | 1,243.05 | 1,256.26 | | 1,367.18 |
| **MUNICIPAL or MSTU:** | | | | | | | |
| CLEARWATER | 444,032 | 25,000 | 419,032 | 2,033.20 | 2,160.11 | 562-4543 9/3/09 6:00PM CITY HALL 112 S OSCEOLA AVE, CLEARWATER | 2,327.43 |
| **WATER MGMT DISTRICT:** | | | | | | | |
| SW FLA WATER MGMT | 444,032 | 25,000 | 419,032 | 166.34 | 162.00 | (352) 796-7211 9/15/09 5:01PM 7601 US HIGHWAY 301 N, TAMPA | 186.18 |
| PINELLAS ANCLOTE | 444,032 | 25,000 | 419,032 | 154.90 | 150.85 | | 172.14 |
| **INDEPENDENT SP DIST:** | | | | | | | |
| JUVENILE WELFARE BD | 444,032 | 25,000 | 419,032 | 340.56 | 331.66 | 547-5643 9/10/09 5:30PM ST PETE COL EPICENTER, 13805 58TH ST N, LARGO | 377.34 |
| **TOTAL PROPERTY TAX** | | | | 8,267.42 | 8,349.04 | | 9,209.67 |

| YOUR PROPERTY VALUE | MARKET VALUE | ASSESSED/CAPPED VALUE | TOTAL EXEMPTIONS | TAXABLE VALUE | EXEMPTIONS GRANTED |
|---|---|---|---|---|---|
| Last Year County: 2008 | 455,270 | 455,270 | 25,000 | 430,270 | AMENDMENT 1 EXEMPTION |
| Last Year School: 2008 | 455,270 | 455,270 | 25,000 | 430,270 | |
| This Year County: 2009 | 444,032 | 444,032 | 25,000 | 419,032 | AMENDMENT 1 EXEMPTION |
| This Year School: 2009 | 444,032 | 444,032 | 25,000 | 419,032 | |

**PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | CONTACT | PURPOSE OF ASSESSMENT OR PUBLIC HEARING TIME | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | |

TOTAL:

† IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE ON JANUARY 1, 2009, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR PROPERTY APPRAISER AT:
(727) 464-8484    12955 STARKEY RD, UNIT 3900, LARGO, FL 33773

† IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED **ON OR BEFORE** SEPTEMBER 18, 2009

# 2009 NOTICE OF **PROPOSED** PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

PINELLAS COUNTY TAXING AUTHORITIES
315 Court Street, Clearwater, Florida 33756-5191

P16890

**DO NOT PAY**
THIS IS NOT A BILL

ACCOUNT NUMBER: 0164579   *DUPLICATE*

TANGIBLE PERSONAL PROPERTY: BUSINESS
LOCATION: 2066 TYRONE BLVD
17-31-16-19690-000-0011
ACCOUNT TYPE: 443112

APPRAISAL AREA: 1

09 TAX DISTRICT: SP
08 TAX DISTRICT: SP

CIRCUIT CITY STORES INC 876
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

I, PAM DUBOV, Pinellas County Property Appraiser, or the authorized representative thereof, do hereby certify that this is a true and correct copy of the original as it appears in the official file of the Property Appraiser's Office of Pinellas County, Florida.

WITNESS my hand this 17th day of September, AD 2009.

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

PLEASE READ THE REVERSE SIDE FOR ADDITIONAL INFORMATION.

| TAXING AUTHORITY | Assessed/ Capped Value | Total Exemptions | Taxable Value | COLUMN 1 Your Property Taxes Last Year | COLUMN 2 Your Taxes This Year If Proposed Budget Change Is Made | A Public Hearing On The Proposed Taxes and Budget Will Be Held: | COLUMN 3 Your Taxes This Year If No Budget Change Is Made |
|---|---|---|---|---|---|---|---|
| **COUNTY:** | | | | | | | |
| GENERAL FUND | 456,195 | 25,000 | 431,195 | 2,107.61 | 2,074.39 | 464-3596 9/8/09 6:30PM 5TH FLOOR | 2,360.62 |
| HEALTH DEPT | 456,195 | 25,000 | 431,195 | 27.25 | 26.82 | COURTHOUSE, 315 COURT ST, CLW | 30.53 |
| PIN PLANNING COUNCIL | 456,195 | 25,000 | 431,195 | 7.45 | 5.39 | | 8.32 |
| **PUBLIC SCHOOLS:** | | | | | | | |
| BY STATE LAW | 456,195 | 25,000 | 431,195 | 2,265.85 | 2,306.03 | 588-6479 9/15/09 7:00PM BOARD RM | 2,518.65 |
| BY LOCAL BOARD | 456,195 | 25,000 | 431,195 | 1,265.67 | 1,292.72 | ADMIN BLDG, 301 4TH ST SW, LARGO | 1,406.86 |
| **MUNICIPAL or MSTU:** | | | | | | | |
| ST PETERSBURG | 456,195 | 25,000 | 431,195 | 2,590.27 | 2,549.44 | 893-7436 9/3/09 6:00PM CITY HALL 175 5TH ST N, ST PETERSBURG | 2,933.42 |
| **WATER MGMT DISTRICT:** | | | | | | | |
| SW FLA WATER MGMT | 456,195 | 25,000 | 431,195 | 169.37 | 166.70 | (352) 796-7211 9/15/09 5:01PM | 191.58 |
| PINELLAS ANCLOTE | 456,195 | 25,000 | 431,195 | 157.72 | 155.23 | 7601 US HIGHWAY 301 N, TAMPA | 177.13 |
| **INDEPENDENT SP DIST:** | | | | | | | |
| JUVENILE WELFARE BD | 456,195 | 25,000 | 431,195 | 346.76 | 341.29 | 547-5643 9/10/09 5:30PM ST PETE COL EPICENTER, 13805 58TH ST N, LARGO | 388.29 |
| **TOTAL PROPERTY TAX** | | | | 8,937.94 | 8,918.01 | | 10,015.40 |

| YOUR PROPERTY VALUE | MARKET VALUE | ASSESSED/CAPPED VALUE | TOTAL EXEMPTIONS | TAXABLE VALUE | EXEMPTIONS GRANTED |
|---|---|---|---|---|---|
| Last Year County: 2008 | 463,100 | 463,100 | 25,000 | 438,100 | AMENDMENT 1 EXEMPTION |
| Last Year School: 2008 | 463,100 | 463,100 | 25,000 | 438,100 | |
| This Year County: 2009 | 456,195 | 456,195 | 25,000 | 431,195 | AMENDMENT 1 EXEMPTION |
| This Year School: 2009 | 456,195 | 456,195 | 25,000 | 431,195 | |

### PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | CONTACT | PURPOSE OF ASSESSMENT OR PUBLIC HEARING TIME | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | |

† IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE ON JANUARY 1, 2009, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR PROPERTY APPRAISER AT:
(727) 464-8484     12955 STARKEY RD, UNIT 3900, LARGO, FL 33773

TOTAL:

† IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED **ON OR BEFORE** SEPTEMBER 18, 2009