Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:    (804) 783-6448
Fax:            (804) 783-6507
pbliley@williamsmullen.com
Counsel to _Osceola_ County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE PATSY HEFFNER,
TAX COLLECTOR IN AND FOR OSCEOLA COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Patsy Heffner, Tax Collector in and for Osceola County,

Florida ("Tax Collector"), and for her response to the Debtor's Thirty-Seventh Omnibus

Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states

as follows:

1.      The Claimant's Name is the Honorable Patsy Heffner, Tax Collector in and for

Osceola County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal

property taxes assessed against the personal property of Circuit City Stores located at

Kissimmee, Osceola County                          ,Florida, as of January 1, 2009.

2.      Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a

person with personal knowledge of the relevant facts in support of this response, which statement

sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax

Collector's claim, which includes, without limitation the specific factual and legal basis upon

which the claimant intends to rely in support of her response and her underlying claim.

3.    Attached hereto as Exhibit B is a copy of or identification of documentation

supporting the Tax Collector's claim that the claimant presently intends to introduce into

evidence in support of her claim at any hearing held on this objection.  Claimant reserves the

right to supplement this documentation at a later date if additional supporting documentation is

obtained.

4.    Attached hereto as Exhibit C is a Declaration of the Honorable Katrina

Scarborough who is the Property Appraiser in and for Osceola County, Florida and as such has

personal knowledge of the relevant facts that support this response.

5.    The claimants address, telephone number, fax number and the claimant's attorney

to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Patsy Heffner
> Osceola County Tax Collector
> 2501 E. Irlo Bronson Memorial Hwy.
> Kissimmee, Florida  34744
> Phone:  (407) 742-4000
> Fax:     (407) 742-4036
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA  23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:        (804) 783-6507

6.    The name, address, telephone number and fax number of the party to reconcile,

settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated:  September __15__, 2009        Hon.Patsy Heffner, Tax Collector
In and for Osceola County, Florida


By__ /s/ Paul S. Bliley, Jr._____
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Phone:        (804) 783-6448
Fax:          (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Osceola County, Florida


## CERTIFICATE OF SERVICE

I hereby certify that on the _15TH_ day of September 2009, I caused a copy of the foregoing

to be served by electronic means on the "2002" and "Core" lists and through the ECF system.




/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## **EXHIBIT A**

I have personal knowledge as the Tax Collector for Osceola County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Katrina Scarborough, Property Appraiser in and for Osceola County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

The Honorable Patsy Heffner
Osceola County Tax Collector

## EXHIBIT B

Attached hereto is the preliminary roll and appraised values received by the Tax Collector from the Property Appraiser.  Attached also is the documentation of the Property Appraiser as referenced in Exhibit C.

## EXHIBIT C

### Declaration of the Honorable Katrina Scarborough, Property Appraiser in and for Osceola County, Florida.

As the Property Appraiser in and for the Osceola County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Osceola County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.

The Honorable Katrina Scarborough
Osceola County Property Appraiser

STATE OF FLORIDA/COUNTY OF OSCEOLA
ON Sept 10, 2009 I ATTEST THAT THE
PRECEDING OR ATTACHED DOCUMENT
IS A TRUE, EXACT, COMPLETE AND
UNALTERED PHOTOCOPY OF 2009 —
Notice of Proposed Property Taxes
PRESENTED TO ME BY THE OSCEOLA
COUNTY PROPERTY APPRAISER'S
OFFICE AS THE ORIGINAL OF SUCH
INSTRUMENT.

_Gaiana Martinez_
NOTARY SIGNATURE & SEAL



GAIANA C. MARTINEZ
Notary Public - State of Florida
My Commission Expires Jul 28, 2012
Commission # DO 690484
Bonded Through National Notary Assn.

OSCEOLA COUNTY TAXING AUTHORITIES
P O BOX 423427
KISSIMMEE FL 34742-3427

2009 TANGIBLE

P-00071521-0000

CIRCUIT CITY STORES INC
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA  23242-2304

2009 NOTICE OF PROPOSED
PROPERTY TAXES AND
PROPOSED OR ADOPTED
NON-AD VALOREM ASSESSMENTS

_DO NOT PAY_
_THIS IS NOT A BILL_

The taxing authorities which levy property taxes against your
property will soon hold Public Hearings to adopt budgets
and tax rates for the next year. The purpose of these
Public Hearings is to receive opinions from the general
public and to answer questions on the proposed tax change
and budget Prior to Taking Final Action. Each taxing
authority may Amend or Alter its proposals at the hearing.

LEGAL DESCRIPTION:
TANGIBLE PERSONAL PR
LCTN: 2551 OSCEOLA PKY W

| Taxing Authority | Additional Exemptions Granted* | Taxable Value | COLUMN 1** Your Property Taxes Last Year | COLUMN 2** Your Taxes This Year If PROPOSED Budget Change is Made | COLUMN 3** Your Taxes This Year If NO Budget Change is Made | A Public Hearing On The Proposed Taxes And Budget Will Be Held: |
|---|---|---|---|---|---|---|
| **OSCEOLA COUNTY TAXING** | | | | | | |
| Oscenla Co 300 | | 679,479 | .00 | 4,477.50 | 4,368.30 | Sept 9, 5:05 PM |
| | | | | | | 1 Courthouse Square |
| EMER MED SRV | | 679,479 | .00 | 611.33 | 596.45 | |
| SAVE OSCEOLA | | 679,479 | .00 | 83.92 | 83.92 | |
| **PUBLIC SCHOOLS** | | | | | | |
| SCH STATE LW | | 679,479 | .00 | 3,509.51 | 4,191.03 | Sept 8, 5:05 PM |
| SCH-LOCAL BD | | 679,479 | .00 | 1,697.34 | 2,033.00 | 817 Bill Beck Blvd. |
| **MUNICIPALITIES** | | | | | | |
| **WATER MANAGEMENT** | | | | | | |
| SO FL WATER | | 679,479 | .00 | 173.20 | 199.83 | Sept 9, 5:15 PM |
| SFWMD EVERG | | 679,479 | .00 | 60.75 | 70.19 | 3301 Gunn Club Rd. |
| SFWMD OKEE | | 679,479 | .00 | 190.05 | 219.68 | |
| **INDEPENDENT DISTRICTS** | | | | | | |
| **VOTER APPROVED** | | | | | | |
| VOTE DEBT | | 679,479 | .00 | .00 | .00 | Sept 9, 5:05 PM |
| | | | | | | 1 Courthouse Square |
| LIBRARY DIST | | 679,479 | .00 | 316.84 | 316.84 | * Additional $25,000 |
| SAVE OSC DBT | | 679,479 | .00 | 53.95 | 53.95 | * Senior Exemption |
| | | | | | | * Portability |
| **TOTAL PROPERTY TAXES** | | | .00 | 11,174.39 | 12,133.19 | ** SEE REVERSE SIDE FOR EXPLANATION |

| | Market Value | Assessed Value | Exemptions | Base Taxable Value |
|---|---|---|---|---|
| YOUR PROPERTY VALUE LAST YEAR: 2008 | 0 | 0 | 0 | 0 |
| YOUR PROPERTY VALUE THIS YEAR: 2009 | 704,479 | 704,479 | 25,000 | 679,479 |

| ***SAVE OUR HOMES" CAP VALUE: | Does not apply to Tangible | **TAXES SAVED BY "SAVE OUR HOMES": | Does not apply to Tangible |
|---|---|---|---|

> IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT
IS NOT REFLECTED ABOVE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT:

2505 East Irlo Bronson Memorial Highway, Kissimmee, FL 34744
CUSTOMER SERVICE: 407-742-5020

> IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE
VALUE ADJUSTMENT BOARD; PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE: SEPTEMBER 8, 2009

> YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, DRAINAGE,
GARBAGE, FIRE, LIGHTING, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.
Questions about non-ad valorem assessments should be directed to the Office of Management and Budget at 407-742-1823.

| PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS | | | | |
|---|---|---|---|---|
| Levying Authority | Purpose of Assessment | Units | Rate | Assessment |
| | | | | |
| | | | | |
| SEE REVERSE SIDE FOR EXPLANATION | | | TOTAL | |