## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1482202 - 10038442<br>CHARTER, JOSEPH JAMES<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent, Unliquidated | Unknown |
| 1472094 - 10028334<br>CHARTRAIN, RAYMOND CHARLES<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent, Unliquidated | Unknown |
| 1466888 - 10023374<br>CHARTRAND, AUBRIE LOUISE<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent, Unliquidated | Unknown |
| 1269885 - 10188793<br>CHARTRAND, MARTY LEE<br>ADDRESS ON FILE | UNCASHED PAYROLL CHECKS | Disputed | $137.86 |
| 2704608 - 10135847<br>CHASE BANK USA, N.A.<br>Attn BRIAN A. KILPATRICK<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET<br>SUITE 6000<br>DALLAS  TX  75202 | CODEFENDANT<br>BYERS V. CIRCUIT CITY STORES, INC., ET AL., NO. 48963 | Contingent, Disputed, Unliquidated | Unknown |
| 2704655 - 10224351<br>CHASE BANK USA, N.A.<br>Attn STEPHEN J. NEWMAN, JULIA B. STRICKLAND, DAVID W. MOON, NANCY M. LEE<br>STROOK & STROOK & LAVAN LLP<br>2029 CENTURY PARK EAST, SUITE 1800<br>LOS ANGELES  CA  90067 | LITIGATION<br>DAVIS V. CHASE AND CCSI | Contingent, Disputed, Unliquidated | Unknown |
| 2704655 - 10135808<br>CHASE BANK USA, N.A.<br>Attn STEPHEN J. NEWMAN, JULIA B. STRICKLAND, DAVID W. MOON, NANCY M. LEE<br>STROOK & STROOK & LAVAN LLP<br>2029 CENTURY PARK EAST, SUITE 1800<br>LOS ANGELES  CA  90067 | CODEFENDANT<br>DAVIS V. CHASE AND CCSI | Contingent, Disputed, Unliquidated | Unknown |


EXHIBIT F

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2704607 - 10135848<br>CHASE BANK USA, N.A.<br>Attn JAMES M. WYMAN<br>JPMORGAN CHASE LEGAL DEPT.<br>10 S. DEARBORN STREET<br>CHICAGO IL 60603 | CODEFENDANT<br>BYERS V. CIRCUIT CITY STORES, INC., ET AL., NO. 48963 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2704553 - 10135884<br>CHASE BANK USA, N.A.<br>Attn CINDY NEWMAN<br>2500 WESTFIELD DR.<br>SUITE IL1-6310<br>ELGIN IL 60123 | CODEFENDANT<br>LONGMIRE V. CHASE/CIRCUIT CITY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1143824 - 10169565<br>CHASE HOME THEATER SOLUTIONS<br>15362 BODMAN RD<br>MT ORAB OH 45154 | EXPENSE PAYABLE | | $4,255.00 |
| 2690750 - 10207710<br>CHASE JR, EDGER<br>14302 ARBOR HILLS RD<br>TAMPA FL 33625-3306 | POTENTIAL REFUND CLAIM | Disputed | $106.99 |
| 2691770 - 10214972<br>CHASE MANHATTAN BANK USA NA<br>227 WEST MONROE STE 2700<br>CHICAGO IL 60606 | POTENTIAL REFUND CLAIM | Disputed | $1,568.73 |
| 2332188 - 10092725<br>CHASE, CAROLE<br>1577 PASSCOW VINE CIRCLE<br>WESTON FL 33326 | POTENTIAL CLAIM<br>CLAIM NUMBER - 20060512119-0001 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1476288 - 10032528<br>CHASE, CHRIS JOHN<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 1496244 - 10049511<br>CHASE, CORY FRANKLIN<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |