KUTAK ROCK LLP
MICHAEL A. CONDYLES
KIMBERLY PIERRO
Bank of America Center
1111 East Main Street, 8th Floor
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile: (804) 783-6192


STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (PRO HAC TO BE FILED)
STEPHEN J. NEWMAN (PRO HAC TO BE FILED)
JULIE S. STANGER (PRO HAC TO BE FILED)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for
Chase Bank USA, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## DECLARATION OF DANIEL P. TIERNEY IN SUPPORT OF CHASE'S RESPONSE TO DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)

I, Daniel Tierney, declare as follows:

1. I am a General Manager in the Partner Business Unit of Chase Card Services and am authorized by defendant Chase Bank USA, N.A. ("Chase"), a party to this action, to authenticate the documents described below.

2. Prior to joining Chase, I worked for First North American National Bank ("FNANB"). As a representative of FNANB, I signed that certain Purchase and Sale Agreement

LA 51184669

By And Among Circuit City Stores, Inc., First North American National Bank, Tyler International Funding, Inc. and Bank One, Delaware, National Association, dated as of January 16, 2004, a copy of which is attached hereto as Exhibit G.

3. As a current representative of Chase, I am familiar with and have reviewed that certain Consumer Credit Card Program Agreement By And Between Circuit City Stores, Inc. And Bank One, Delaware, N.A. dated as of January 16, 2004, a copy of which is attached hereto as Exhibit H. It has been maintained in the course of Chase's regularly conducted business activity, and indeed in the course of my work at Chase I have from time to time consulted pertinent provisions of this agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September, 2009.

By: _____
Daniel P. Tierney

-2-