Creditor Data - CWCapital Asset Management LLC as Special Servicer for Bank of Ame... Page 1 of 1

Case 08-35653-KRH    Doc 4904-1    Filed 09/15/09    Entered 09/15/09 15:30:23    Desc
Exhibit(s) A - KCC Creditor Data for Claim No. 13950    Page 1 of 1

# Creditor Data for Claim Number 13950

| | |
|---|---|
| **Creditor Name:** CWCapital Asset Management LLC as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>**Creditor Notice Name:** for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 | **Date Claim Filed:** 6/30/2009<br>**KCC Claim #:** 13950<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Secured<br>**Amount of Claim:** $145,636.38 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |

EXHIBIT A