UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | Case No. 08-35653 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | Response to Thirty-Third Omnibus |
| ) | Objection to Claims |

## DECLARATION OF DEMETRIOUS MORAKIS IN SUPPORT OF CWCAPITAL ASSET MANAGEMENT LLC'S RESPONSE TO THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)

The undersigned, DEMETRIOS MORAKIS, hereby makes the following declaration in support of the response CWCapital Asset Management LLC as Special Servicer for Bank of America, N.A. (successor by merger to LaSalle Bank, N.A.), as Trustee for the Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificates Series 1998-D6 ("Claimant") to the Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims):

1. I am a Vice President with CWCapital Asset Management LLC, 701 13th Street, NW, Suite 1000, Washington, DC 20005.

2. I am responsible for managing Claimant's interest in real property and improvements located at 109 Dunning Road, Orange County, New York and known as Store 3682.

3. On or about June 30, 2009, I oversaw the preparation of a request for payment of administrative expenses in the amount of $145,636.38 for rent and related charges accruing post-

EXHIBIT B

petition under a lease with Circuit City Stores, Inc., for Store 3682 (the "Administrative Expense Request").

4. The Administrative Expense Request does not assert a secured claim.

5. The Administrative Expense Request does not assert a general unsecured claim.

6. The Administrative Expense Request should be properly classified as a claim for administrative expenses.

Dated: September 15, 2009

/s/ Demetrios Morakis
Demetrios Morakis
*Vice President of CWCapital Asset Management LLC, Special Servicer for Bank of America, N.A. (successor by merger to LaSalle Bank, N.A.), as Trustee for the Holders of Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificates Series 1998-D6*

2

MC1#287296