IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **Circuit City Stores, Inc.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| **Debtors.** | : | |

**RESPONSE TO DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

COMES NOW, Sensormatic Electronic Corporation ("Sensormatic"), by the undersigned counsel, and for its response to *Debtors' Thirty-Third Objection to Claims (Modification and/or Reclassification of Certain Claims)* (the "Objection"), states as follows:

1. The Debtors have filed an Objection to Claim No. 6317 filed by Sensormatic Electronic Corporation.

2. With respect to the $85,818.45 portion of the claim which the Debtors seek to reclassify as unsecured, this amount represents unpaid lease payments due on equipment for which the leases had $1.00 buy-outs at the expiration of the term of the leases. The equipment was never returned to Sensormatic.

---

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax:    (804) 783-7291

And

Alvin S. Goldstein – FSB # 993621
FURR AND COHEN, P.A.
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
Phone: (561) 395-0500
Fax: /(561)338-7532
*Attorneys for Sensormatic*

3. The obligations were secured by validly filed UCC-1 Financing Statements, copies of which are attached hereto as **EXHIBIT A**.

4. With respect to the secured claim on the equipment for the Merriam, Kansas store, the equipment was returned and the balance of the secured claim should be reduced by $11,227.60.

WHEREFORE, Sensormatic Electronic Corporation respectfully requests the Court overrule the Objection, and for such other and further relief as may be just and proper under the circumstances.

**Respectfully Submitted,**

**SENSORMATIC ELECTRONIC CORPORATION**

**By Counsel**

  /s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burgess, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291

And

Alvin S. Goldstein – FSB # 993621
FURR AND COHEN, P.A.
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
Phone: (561) 395-0500
Fax: (561)338-7532
  *Counsel for Sensormatic Electronic Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

- 4 -

| | |
|---|---|
| Lynn L. Tavenner, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>*Local Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Pomerantz, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Fl<br>Los Angeles, CA 90067<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Robert J. Feinstein, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 26th Floor<br>New York, NY 10017<br>*Counsel for the Official Committee of Unsecured Creditors* | /s/ William A. Gray |

**EXHIBIT A**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

11442 SENSORMATIC EL

15876132

VAVA

081003 7114-1

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: CIRCUIT CITY STORES INC

1c. MAILING ADDRESS: 9950 MAYLAND DRIVE
CITY: RICHMOND
STATE: VA
POSTAL CODE: 23233
COUNTRY: USA

1e. TYPE OF ORGANIZATION: CORPORATION
1f. JURISDICTION OF ORGANIZATION: VA
1g. ORGANIZATIONAL ID #, if any: 0059931

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Sensormatic Electronics Corporation

3c. MAILING ADDRESS: One Town Center Road
CITY: Boca Raton
STATE: FL
POSTAL CODE: 33486
COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

All equipment, related components and other goods of any type or description (including, without limitation, all systems, tags, detachers, doublecheckers, deactivators, domes, VCRs, drones, junction boxes, controllers, switchers, multiplexers), whether now owned or leased by or in the possession of the debtor or hereafter acquired or leased by or in the possession of the debtor, in each case now or hereafter provided by Sensormatic Electronics Corporation, and all proceeds thereof, including any insurance proceeds.   REF CUST ID 207204

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR  CONSIGNEE/CONSIGNOR  BAILEE/BAILOR  SELLER/BUYER  AG. LIEN  NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: All Debtors  Debtor 1  Debtor 2

8. OPTIONAL FILER REFERENCE DATA
15876132           001                       202704

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282



MARK C CHRISTIE
COMMISSIONER

JAMES C DIMITRI
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

October 6, 2008

CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071

RE:     CIRCUIT CITY STORES INC
DCN/FILE NO: 08-10-03-7114-1

Dear Customer:

This is your receipt for $20.00 covering the fees for filing an original financing statement with this office.

The effective date of the filing is October 3, 2008 at 11:08 AM.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

FSACCEPT
FSO
CISEMS

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone: (800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

15876131

DE, Secretary of State

**UCC Direct Services**
Representation of filing

**This filing is Completed**
File Number : 20083333810
File Date   : 01-OCT-2008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name(1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION NAME: CIRCUIT CITY STORES INC
- 1c. MAILING ADDRESS: 9950 MAYLAND DRIVE
- CITY: RICHMOND
- STATE: VA
- POSTAL CODE: 23233
- COUNTRY: USA
- 1e. TYPE OF ORGANIZATION: Corporation
- 1f. JURISDICTION OF ORGANIZATION: VA
- 1g. ORGANIZATIONAL ID#: 0059931

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name(2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

- 3a. ORGANIZATION NAME: Sensormatic Electronics Corporation
- 3c. MAILING ADDRESS: One Town Center Road
- CITY: Boca Raton
- STATE: FL
- POSTAL CODE: 33486
- COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral**

All equipment, related components and other goods of any type or description (including, without limitation, all systems, tags, detachers, doublecheckers, deactivators, domes, VCRs, drones, junction boxes, controllers, switchers, multiplexers), whether now owned or leased by or in the possession of the debtor or hereafter acquired or leased by or in the possession of the debtor, in each case now or hereafter provided by Sensormatic Electronics Corporation, and all proceeds thereof, including any insurance proceeds.

REF CUST ID 207204

**5. ALTERNATE DESIGNATION [if applicable]:** ☐ LESEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG.LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable]    ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**   202704   001
33019463

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/02/02)    UCC Direct Services [1.6.2]