## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | Case No. 08-35653-KRH |
| et. al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### RESPONSE TO DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

Elizabeth R. Warren, by counsel, hereby files this Response (the "Response") to the Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Objection"), and in support thereof respectfully states as follows:

1. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under Chapter 11 of the Bankruptcy Code.

2. On April 1, 2009, the Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections.

3. In January 2009, Ms. Warren filed seven proofs of claim in the Debtors' bankruptcy case. In section 2 of each of the claims, Ms. Warren identified the basis for each claim.

4. On August 20, 2009, the Debtors filed the Objection. Included in the Objection are two claims filed by Ms. Warren identified by the Debtors as Claim Number 4374 and Claim Number 4375. Neither the Objection nor the Debtors' online claims register (maintained by Kurtzman Carson Consultants) clarify which of Ms. Warren's claims correspond to Claim

1

Numbers 4374 and 4375. To the best of Ms. Warren's knowledge and belief, Claim Numbers 4374 and 4375 correspond to the claims filed by Ms. Warren for "Long Term Incentive Unvested Restricted Stock" and "Long Term Incentive Vested Unexercised Stock Option Award." To the extent this understanding is incorrect, Ms. Warren reserves all rights to amend or supplement this response.

5. In the Objection, the Debtors seek to reclassify Claim Numbers 4374 and 4375 in their entirety from claims to interests. Ms. Warren does not object to the Objection to the extent it seeks to reclassify Claim Numbers 4374 and 4375 from claims to interests.

6. The Objection also seeks to modify Claim Numbers 4374 and 4375 from an unliquidated amount to a total value of $0.00 each. The Objection provides no basis for the modification of the amount from the unliquidated number as filed.

7. As of the Petition Date, Ms. Warren was entitled to 4,125 shares of vested restricted stock and 4,125 shares of unvested restricted stock. Attached hereto as <u>Exhibit A</u> and expressly incorporated herein is documentation establishing Ms. Warren's rights to such shares. As of the Petition Date, shares of the Debtor's restricted stock retained a value greater than $0.00 per share. The actual value of such shares was unknown to Ms. Warren when Claim Numbers 4374 and 4375 were filed which is why such claims were filed in an unliquidated amount. The value of Ms. Warren's shares must be allowed as interest claims in an amount equal to the value of the shares as of the Petition Date.

WHEREFORE, Elizabeth R. Warren prays that the Objection be overruled in part and that the Court find that Ms. Warren holds total interests in the Debtors' estates equal to values to be determined of the vested and unvested restricted stock as of the Petition Date and allow such interests in those amounts.

Dated: September 15, 2009                  DURRETTEBRADSHAW, PLC

    /s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA 23219
Tel: 804-775-6900
Fax: 804-775-6911

Counsel to Elizabeth R. Warren

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2009, I cause a copy of the foregoing Response to be served on all parties that receive service through the Court's CM/ECF system, and by electronic mail on the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi (gregg.galardi@skadden.com)
Attn: Ian S. Fredericks (ian.fredericks@skadden.com)

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L Dickerson (chris.dickerson@skadden.com)

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes (dhayes@mcguirewoods.com)
Attn: Douglas M. Foley (dfoley@mcguirewoods.com)

    /s/ Elizabeth L. Gunn

3