IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | )  Case No.:  08-35653-KRH |
| Debtors. | )  Chapter 11 |

### SUPPLEMENTAL VERIFIED STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and William Ashley Burgess, Esquire; and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands Anderson"), as counsel for the parties in interest and/or creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Current Clients"), and now counsel for additional parties in interest and/or creditors identified herein, asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following verified statement pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

---

William A. Gray, Esquire – VSB #46911
W. Ashley Burgess, Esquire – VSB # 67998
C. Thomas Ebel, Esquire – VSB #18637
Peter M. Pearl, Esquire – VSB #22344
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for: Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Monument Consulting, LLC; McAlister Square Partners, Ltd; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Encinitas PFA, LLC; Cardinal Court, LLC; Phyllis M. Pearson; T.J.Maxx of CA, LLC; Baker Natick Promenade LLC; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP-Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; The Stop & Shop Supermarket Company; BPP-VA, LLC; BPP-WB LLC; Colonial Heights Holdings, LLC; E&A Northeast Limited Partnership; Ray Mucci's, Inc,; Interstate Augusta, LLC; NPP Development, LLC; Route 146 Millbury, LLC; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Wayne VF LLC a/k/a Star Universal ;Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Christopher Borglin; Paul Schaapman; CSI Construction Company; Hilton Ellis Epps, Sr.; Chatham County, Georgia Tax Commissioner; DEV Limited Partnership;  Kelly Breitenbecher; A.D.D. Holdings, L.P.; Hillson Electric Incorporated; John Rohrer Contracting Company, Inc.;  Lang Construction, Inc.; and Rebecca Hylton DeCamps, Denon Electronics, Snell Acoustics, Inc., Mid-American Insulation, Inc., Midwest Block & Brick, Inc., McCorkendale Construction, Premier Contracting, Inc., Lee County, Mississippi Tax Collector, DeSoto County, Mississippi, and Sensormatic Electronic Corporation.*

1. Sands Anderson's Current Clients' names are set forth on **EXHIBIT A** attached hereto and incorporated herein by reference. Prior statements pursuant to *Federal Rules of Bankruptcy Procedure* 2019 ("2019 Statements") have been filed pertaining to the Current Clients. Sands Anderson hereby supplements the previous 2019 Statements.

2. Sands Anderson has now been retained by an additional creditor, whose name, address and a brief explanation of its interests are as follows (the "New Client"):

   a. Sensormatic Electronics Corporation
      c/o Alvin S. Goldstein – FSB # 993621
      FURR AND COHEN, P.A.
      2255 Glades Road
      One Boca Place, Suite 337W
      Boca Raton, FL 33431
      Phone: (561) 395-0500
      Fax: (561)338-7532

   **Nature of Interest**: Rights and remedies in connection with leased and/or purchase money security interest. All claims or rights arose by virtue of the client's contractual, statutory, and/or common law rights with or against one or more of the Debtors.

3. The facts and circumstances relating to the employment of Sands, Anderson by the New Clients are that Sands Anderson serves as bankruptcy counsel to the New Client to represent its interest in the Debtors' jointly-administered bankruptcy cases. The New Client is billed monthly at the Sands Anderson's normal hourly rates for its shareholders, counsel, associates, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to Sands, Anderson's standard terms and engagement.

4. The New Client has been advised of, and has consented to, Sands Anderson's representation of all other clients.

5.  Sands Anderson reserves the right to supplement and/or amend this Statement at any time in the future.

**Respectfully Submitted,**

**SANDS, ANDERSON, MARKS & MILLER, P.C.**

/s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB #18637
Ashley Burgess, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for: Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Monument Consulting, LLC; McAlister Square Partners, Ltd.; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Encinitas PFA, LLC; Cardinal Court, LLC; Phyllis M. Pearson; T.J. Maxx of CA, LLC; Baker Natick Promenade LLC; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; The Stop & Shop Supermarket Company; BPP-VA LLC; BPP-WB LLC; Colonial Heights Holdings, LLC; E&A Northeast Limited Partnership; Ray Mucci's, Inc.; Interstate Augusta, LLC; NPP Development, LLC; Route 146 Millbury, LLC; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Wayne VF LLC a/k/a/ Star Universal; Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Hilton Ellis Epps, Sr.; DEV Limited Partnership; Chatham County, Georgia Tax Commissioner; Christopher Borglin; Paul Schaapman; CSI Construction Company; Kelly Breitenbecher; A.D.D. Holdings, L.P.; Hillson Electric Incorporated; John Rohrer Contracting Company, Inc.; Lang Construction, Inc.; Rebecca Hylton DeCamps, Denon Electronics, Snell Acoustics, Inc.; Mid-American Insulation, Inc.; Midwest Block & Brick, Inc.; McCorkendale Construction; Premier Contracting, Inc.; Lee County, Mississippi Tax Collector; DeSoto County, Mississippi; and Sensormatic Electronic Corporation*

3

## **VERIFICATION**

I, William A. Gray, an attorney with Sands Anderson Marks & Miller, P.C., after due inquiry declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the facts and representations set forth in this Verified Statement in accordance with Bankruptcy Rule 2019 are true and correct to the best of my knowledge and belief.

/s/ *William A. Gray*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

        */s/ William A. Gray*

# EXHIBIT A TO *RULE* 2019 STATEMENT

| Creditor |
| --- |
| Reverend Dwayne Funches, Individually |
| Reverend Dwayne Funches as Independent Executor of the Estate of Travis Funches |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dione Funches |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dwayne Funches, Jr. |
| Emily Funches, Individually |
| Lovera S. Funches, Individually |
| Shatira Funches, Individually |
| Cynthia Olloway, Individually |
| Cynthia Olloway, as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor |
| Monument Consulting, LLC |
| McAlister Square Partners, Ltd. |
| Mansfield SEQ 287 and Debbie, Ltd. |
| UTC I, LLC |
| PrattCenter, LLC |
| Valley Corners Shopping Center, LLC |
| Encinitas PFA, LLC |
| Cardinal Court, LLC |
| Phyllis M. Pearson |
| T.J. Maxx of CA, LLC |
| Baker Natick Promenade LLC |
| BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership |
| BPP-Muncy, LLC |
| BPP-NY LLC |
| BPP-OH LLC |
| BPP-Redding LLC |
| BPP-SC LLC |
| The Stop & Shop Supermarket Company |
| BPP-VA LLC |
| BPP-WB LLC |
| Colonial Heights Holdings, LLC |
| E&A Northeast Limited Partnership |
| Ray Mucci's, Inc. |
| Interstate Augusta, LLC |
| NPP Development, LLC |
| Route 146 Millbury, LLC |
| Alexander's of Rego Park Center, Inc. |
| Amherst VF LLC |
| BevCon I, LLC |
| Vornado Caguas LP |
| East Brunswick VF LLC |
| Green Acres Mall, LLC |
| Vornado Gun Hill Road LLC |

6

| Creditor |
| --- |
| Marlton VF, LLC |
| North Bergen Tonnelle Plaza, LLC |
| North Plainfield VF, LLC |
| Star Universal LLC |
| Towson VF LLC |
| VNO Mundy Street LLC |
| VNO Tru Dale Mabry, LLC |
| Christopher Borglin |
| Paul Schaapman |
| CSI Construction Company |
| Kelly Breitenbecher |
| Hilton Ellis Epps, Sr. |
| DEV Limited Partnership |
| Chatham County, Georgia Tax Commissioner |
| A.D.D. Holdings, L.P. |
| Hillson Electric Incorporated |
| John Rohrer Contracting Company, Inc. |
| Lang Construction, Inc. |
| Rebecca Hylton DeCamps |
| Denon Electroics, USA |
| Snell Acoustics, Inc. |
| Mid-American Insulation, Inc. |
| Midwest Block & Brick |
| McCorkendale Construction |
| Premier Contracting, Inc. |
| Lee County, Mississippi Tax Collector |
| DeSoto County, Mississippi |
| Sensormatic Electronic Corporation |