# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| CH-11 CIRCUIT CITY STORES, INC | Case No. 08-35653 |
| ("the Debtors") | |
| | Claim. No.:14251 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, DIGITAL INNOVATIONS, LLC, IN THE AMOUNT OF $102,059.64, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**
Digital Innovations, LLC
3436 N. Kennicott
Arlington Heights, IL 60004

PLEASE TAKE NOTICE that the transfer of $102,059.64 of the above-captioned §503 (b) (9) claim has been transferred to:

**Transferee:** VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of the claims agent website listing the claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.

Debtor

Case No. 08-35653

Chapter 11

NOTICE OF TRANSFER OF CLAIMS
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the below claim of DIGITAL INNOVATIONS, LLC ("Assignor") that is filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Claim No |
|---|---|
| $102,059.64 | 14251 |

has been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:
Name:  Roger Von Spiegel
Title: Managing Director
Date:

ASSIGNOR: Digital Innovations, LLC
Address:  3436 N. Kennicott
          Arlington Heights, IL 60004

Signature:
Name:  Gary Mascaro
Title: President
Date:  8/27/09

OFFICIAL SEAL
ELIZABETH R TALBOTT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/09/12

## Creditor Data for Claim Number 14251

| | |
|---|---|
| **Creditor Name:** Digital Innovations LLC<br>**Creditor Notice Name:** Augustus C Epps Jr Michael D Mueller Esq Jennifer M McLemore Esq | **Date Claim Filed:** 6/30/2009<br><br>**KCC Claim #:** 14251<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Priority<br>**Amount of Claim:** $102,059.64 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |