Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:    (804) 783-6448
Fax:    (804) 783-6507
pbliley@williamsmullen.com
Counsel to Okaloosa County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE CHRIS HUGHES,
TAX COLLECTOR IN AND FOR OKALOOSA COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Chris Hughes, Tax Collector in and for Okaloosa County, Florida ("Tax Collector"), and for his response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1. The Claimant's Name is the Honorable Chris Hughes, Tax Collector in and for Okaloosa County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at 419 Mary Esther CTO, Unit A, in Okaloosa County, Florida, as of January 1, 2009.

2. Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a person with personal knowledge of the relevant facts in support of this response, which statement

sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of his response and his underlying claim.

3. Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of his claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4. Attached hereto as Exhibit C is a Declaration of the Honorable Timothy "Pete" Smith, who is the Property Appraiser in and for Okaloosa County, Florida and as such has personal knowledge of the relevant facts that support this response.

5. The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Chris Hughes
> Okaloosa County Tax Collector
> 151-C NE Elgin Parkway
> Ft. Walton Beach, Florida 32547
> Phone: (850) 651-7300
> Fax:     (850) 651-7609
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA 23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:          (804) 783-6507

6. The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 16, 2009

Hon. Chris Hughes, Tax Collector
In and for Okaloosa County, Florida

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone:    (804) 783-6448
Fax:      (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Okaloosa County, Florida

### CERTIFICATE OF SERVICE

I hereby certify that on the 16TH day of September 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

3

**EXHIBIT A**

I have personal knowledge as the Tax Collector for Okaloosa County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Timothy "Pete" Smith, Property Appraiser in and for Okaloosa County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

_Chris Hughes by [signature]_
The Honorable Chris Hughes
Okaloosa County Tax Collector

## EXHIBIT B

Attached hereto is the preliminary roll and appraised values received by the Tax Collector from the Property Appraiser. Attached also is the documentation of the Property Appraiser as referenced in Exhibit C.



151-C Eglin Pkwy N.E.
Fort Walton Beach, FL 32548

101 James Lee Boulevard
Crestview, FL 32536

506 Highway 85 N
Niceville, FL 32578

4012 Commons Dr. W Unit 122
Destin, FL 32541

310 Van Matre Ave.
Suite 155, Building 210
Eglin AFB, FL 32542

(850) 689-5700    (850) 651-7300

## CHRIS HUGHES
### OKALOOSA COUNTY TAX COLLECTOR
www.okaloosatax.com

```
                        OKALOOSA COUNTY, FLORIDA
                    2009 PERSONAL PROPERTY RECORD CARD              6/03/2009
ACCOUNT #50212100
                                                    TOT COST      615,222
CIRCUIT CITY STORES INC #3204    TXDT 001           TOT ASMT      255,691
ATTN: TAX DEPT                                      EXEMPT         25,000
PO BOX 42304                     NAICS 443112   ** TAXABLE        230,691**
RICHMOND, VA  23242-2304                            PREV VAL      267,755

* LINE THROUGH ASSETS REMOVED                                     PENALTY%
* ADD ASSETS NOT LISTED          419 MARY ESTHER CTO Unit- A

ASST     DESC                   UT   ORIG COST  YEAR ITEM  LIF  CALC VALUE
         COMPUTER / TELECOM      0       7,839  1993 0002  4.0         392
         COMPUTER / TELECOM      0         988  1995 0004  4.0          49
         COMPUTER / TELECOM      0       2,295  1999 0005  4.0         115
         COMPUTERS               0         697  2002 0038  4.0          35
         COMPUTER / TELECOM      0       9,395  2003 0041  4.0         470
         COMPUTER / TELECOM      0       1,212  2004 0043  4.0          61
         COMPUTER / TELECOM      0      13,901  2005 0044  4.0       1,390
         COMPUTER                0         281  2007 0048  4.0         132
         COMPUTER                0         682  2008 0051  4.0         566
         COMPUTER/TELECOM/POS    0      37,768  1992 0001  6.0       9,185
         COMPUTER/TELECOM/POS S  0       8,281  2006 0045  6.0       5,192
         MACHINERY & EQUIP       0       2,025  1998 0010  9.0         531
         MACHINERY & EQUIPMENT   0      21,281  1999 0012  9.0       5,576
         MACHINERY & EQUIPMENT   0       1,800  2000 0021  9.0         519
         MACHINERY & EQUIPMENT   0         770  2001 0037  9.0         262
         MACHINERY & EQUIPMENT   0      12,399  2002 0040  9.0       5,319
         MACHINERY & EQUIPMENT   0      25,397  2006 0046  9.0      20,114
         MACHINERY & EQUIPMENT   0       1,385  2007 0055  9.0       1,170
         F&F                     0     213,803  1992 0006  9.0      56,016
         F&F                     0       9,130  1993 0007  9.0       2,392
         F&F                     0         289  1996 0008  9.0          76
         F&F                     0         850  1997 0009  9.0         223
         F&F                     0       2,654  1999 0011  9.0         695
         F&F                     0      64,340  2000 0013  9.0      18,543
         F&F                     0         505  2001 0036  9.0         172
         F&F                     0       1,078  2002 0039  9.0         462
         F&F                     0       1,666  2003 0042  9.0         874
         F&F                     0     137,273  2006 0047  9.0     108,720
         F&F                     0      18,761  2007 0054  9.0      15,846
         F&F                     0         534  2008 0052  9.0         486
         LEASEHOLD EQ (SHORT TI  0      15,835  2008 0053 10.0           0
SUPP     SUPPLIES                0         108  2008 0022  0.0         108
```

Estimated Tax for 2009

$230,691 * .0111485 = $2,571.85

## EXHIBIT C

**Declaration of the Honorable Timothy "Pete" Smith,
Property Appraiser in and for Okaloosa County, Florida.**

As the Property Appraiser in and for the Okaloosa County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Okaloosa County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.

*[signature]*
The Honorable Timothy "Pete" Smith
Okaloosa County Property Appraiser

```
OKALOOSA COUNTY TAXING AUTHORITIES
151-D NE EGLIN PARKWAY
FORT WALTON BEACH, FL 32548-4498
*IMPORTANT TAX INFORMATION ENCLOSED*
```

**NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

*DO NOT PAY*
*THIS IS NOT A BILL*

The taxing authorities which levy property taxes against your property will soon hold **Public Hearings** to adopt budgets and tax rates for the next year.

The purpose of these **Public Hearings** is to receive opinions from the general public and to answer questions on the proposed tax change and budget **Prior To Taking Final Action**.

Each taxing authority may **Amend or Alter** its proposals at the hearing.

2009 TANGIBLE PERSONAL PROPERTY
*** AMENDED TRIM ***

```
50212100
CIRCUIT CITY STORES INC #3204
ATTN: TAX DEPT
PO BOX 42304
RICHMOND    VA 23242-2304
```

LCTN: 419 MARY ESTHER CTO # A FW

| Taxing Authority | Your property taxes last year | Your taxes this year if proposed budget change is made | A public hearing on the proposed taxes and budget will be held: | Your taxes this year if no budget change is made |
|---|---|---|---|---|
| County 001 | 800.97 | 761.16 | 101 E JAMES LEE BLVD, CRESTVIEW, FL SEPT. 8, 6:00PM 850-689-5000 X3411 | 832.01 |
| Public Schools: By State Law | 1279.80 | 1243.66 | 120 LOWERY PL SE, FT WALTON BCH, FL SEPT. 14 6:00PM (850)833-5840 | 1317.11 |
| By Local Board | 570.96 | 518.60 | | 587.62 |
| MSTU PARKS | 43.70 | 41.52 | 101 E JAMES LEE BLVD, CRESTVIEW, FL SEPT. 8, 6:00PM 850-689-5000 X3411 | 45.05 |
| Water Management District | 10.92 | 10.38 | 800 HOSPITAL DR CRESTVIEW, FL SEPT. 15, 5:05PM (850)539-5999 | 11.53 |
| Independent Special Districts• Voter Approved• Debt Payments | | | | |
| **Total Property Taxes** | 2706.35 | 2575.32 | | 2793.32 |
| | COLUMN 1* | COLUMN 2* | | COLUMN 3* |

| | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| Your property value last year: | 267,755 | 267,755 | 25,000 | 242,755 |
| Your property value this year: | 255,691 | 255,691 CNTY 25,000 | | 230,691 |
| | | 255,691 SCHL 25,000 | | 230,691 |
| | | 255,691 OTHR 25,000 | | 230,691 |

**PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

| Levying Authority | Purpose of Assessment | Units | Rate | Assessment |
|---|---|---|---|---|
| | | | | |
| | | | | Total |

- SEE REVERSE SIDE FOR EXPLANATIONS
- IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, CONTACT YOUR COUNTY PROPERTY APPRAISER AT:
  CRESTVIEW 850-689-5900 FORT WALTON BEACH 850-651-7240
- IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD; PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE: 9-08-2009
- YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, DRAINAGE, GARBAGE, FIRE, LIGHTING, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

DR-474N
R. 01/02