UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Circuit City Stores, et al., | § | Case No. 08-35653-KRH |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

## REQUEST FOR REMOVAL FROM CASE SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from all notice lists for all matters which may come before the Court concerning the above-captioned Debtors.  The address for notice was as follows:

Tim Bryan, VSB# (50931)
Patton Boggs, LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
tbryan@pattonboggs.com

This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email, ECF noticing, or otherwise, which affects the Debtors or property of the Debtors.

This request applies only to the attorney listed above, Tim Bryan, and does not represent a request to remove any other Patton Boggs attorneys from any notice lists concerning the above-captioned Debtors.

2

Dated: September 16, 2009.

    /s/ Tim Bryan  
Tim Bryan VSB# (50931)  
tbryan@pattonboggs.com  
PATTON BOGGS LLP  
8484 Westpark Drive, Ninth Floor  
McLean, Virginia 22102  
(703) 744-8000  
(703) 744-8001 (fax)

2