**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Circuit City Stores, Inc., et al., | § | Case No. 08-35653 (KHR) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ANTOR MEDIA CORPORATION'S RESPONSE AND OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT**

In response to the *Notice of Hearing and Objection Deadline Regarding Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims*, ANTOR MEDIA CORPORATION ("Antor") files this *Response and Objection to Debtor's Disclosure Statement*.

1. **Name and Address of Responding Party**. This Response is made on behalf of ANTOR MEDIA CORPORATION, 3100 Independence Parkway, Suite 311#301, Plano, TX 75075.

2. **Nature of the Claim or Interest.** Antor brought suit for infringement of U.S. Patent No. 5,734,961 (the "'961 patent") against AEBN, Inc., et al. including Circuit City Stores, Inc. ("Circuit City") in the Eastern District of Texas on November 5, 2007. The litigation against Circuit City was subsequently stayed due to a pending reexamination. Re-examination of the '961 patent is still pending and the litigation against Circuit City is still stayed.

3. **Basis and Nature of the Response, including Proposed Language to be Inserted in the Disclosure Statement.** During the pending of the referenced litigation, Debtor,

1

Circuit City filed for bankruptcy. A notice of claim was filed by Antor on January 27, 2009 to which Debtor, Circuit City objected.

Because litigation between Antor and Debtor, Circuit City is still pending, this claim is disputed and the amount remains undetermined. Assuming the '961 patent emerges from the re-examination process, Antor will notify the Court of the status of the claim and the litigation involving Debtor, Circuit City.

Respectfully submitted,

Date: September 16, 2009

/s/ Nancy R. Schlichting
ATTORNEY FOR ANTOR MEDIA CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2009, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Bankruptcy Court, Eastern District of Virginia, Richmond Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Nancy R. Schlichting
ATTORNEY FOR ANTOR MEDIA CORPORATION