1 | MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
2 | BMR Professional Building
6516 Bright Avenue
3 | Whittier, California 90601
(562) 907-6800
4 | (562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com
5 |
Attorney for SECURED CREDITORS
6 | LOS ANGELES, MONTEREY, and
SAN BERNARDINO, CALIFORNIA
7 | THE CALIFORNIA TAXING AUTHORITIES

8 |

9 | **IN THE UNITED STATES BANKRUPTCY COURT**

10 | **FOR THE EASTERN DISTRICT OF VIRGINIA**

11 | **RICHMOND DIVISION**

12 | In re:                              )   Case No. 08-35653 KRH
                                       )
13 | CIRCUIT CITY STORES, INC., et al   )   Chapter 11
                                       )
14 |         Debtor(s).                 )   **AMENDED**
                                       )   **OBJECTION OF LOS ANGELES**
15 |                                    )   **COUNTY, MONTEREY COUNTY,**
                                       )   **SAN BERNARDINO COUNTY,**
16 |                                    )   **CALIFORNIA, COLLECTIVELY**
                                       )   **THE CALIFORNIA TAXING**
17 |                                    )   **AUTHORITIES TO DEBTORS'**
                                       )   **TWENTY-SEVENTH OMNIBUS**
18 | _____)   **OBJECTION TO CLAIMS**
                                          **(DISALLOWANCE OF CERTAIN**
19 |                                       **TAX CLAIMS FOR NO TAX**
                                          **LIABILITY)**

20 |

21 |

22 |         Collectively the California Taxing Authorities Los Angeles

23 | County, Monterey County, and San Bernardino County, California hereby

24 | object to the Debtors' Twenty-Seventh Omnibus Objection to Claims

25 | (Disallowance of Certain Tax Claims for No Tax Liability) because the

26 | taxes are secured taxes under 11 U.S.C Section 506(b).

27 |         The California Taxing Authorities are currently examining its

28 | records for the taxes which are still due and owing. The California

1  Taxing Authorities will amend this objection as soon as the

2  information is ascertained.

3

4                              Respectfully submitted

5  Dated: September 16, 2009    /s/ W. Joel Charboneau
                                W. Joel Charboneau (VSB#68025)
6                               Magee, Foster, Goldstein & Sayers, P.C.
                                Post Office Box 404
7                               Roanoke, Virginia 24003
                                540-343-9800
8                               540-343-9898 (f)
9                               cmagee@mfgs.com
                                jcharboneau@mfgs.com
10

11                             Attorneys for Claimants

12                             /s/  Martha E. Romero
                                Martha E. Romero
13                              Romero Law Firm
                                MNR Professional Building
14                              6516 Bright Avenue
                                Whittier, California 90601
15  _____                      562-907-6800
16  _____                      562-907-6820 FAX
                                romero@mromerolawfirm.com
17

18

19

20

21

22

23

24

25

26

27

28

1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITORS
6  LOS ANGELES, MONTEREY, and
   SAN BERNARDINO, CALIFORNIA
7  THE CALIFORNIA TAXING AUTHORITIES

8
                **IN THE UNITED STATES BANKRUPTCY COURT**
9
                **FOR THE EASTERN DISTRICT OF VIRGINIA**
10
                      **RICHMOND DIVISION**
11

12 In re:                        )   Case No. 08-35653 KRH
                                 )
13 CIRCUIT CITY STORES, INC., et al )   Chapter 11
                                 )
14      Debtor(s).               )
                                 )   **CERTIFICATE OF SERVICE TO**
15                               )   **OBJECTION OF LOS ANGELES**
                                 )   **COUNTY, MONTEREY COUNTY,**
16                               )   **SAN BERNARDINO COUNTY,**
                                 )   **CALIFORNIA, COLLECTIVELY**
17                               )   **THE CALIFORNIA TAXING**
                                 )   **AUTHORITIES TO DEBTORS'**
18 _____   )   **TWENTY-SEVENTH OMNIBUS**
                                     **OBJECTION TO CLAIMS**
19                                   **(DISALLOWANCE OF CERTAIN**
                                     **TAX CLAIMS FOR NO TAX**
20                                   **LIABILITY)**

21
        TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF
22
   INTEREST:
23
        I certify that a true and correct copy of the foregoing has
24
   been served via first class U.S. Mail and/or electronically on this
25
   //
26
   //
27
   //
28


                              1

1  8th day of September 2009.

2

3                                    Respectfully submitted

4  Dated: September 8, 2009         ROMERO LAW FIRM

5

6                                    By /s/ MARTHA E. ROMERO
                                     MARTHA E. ROMERO (CA-128144)
7                                    Attorney for Secured Creditors County
                                     of Los Angeles, CA
8                                    County of Monterey, CA
                                     County of San Bernardino, CA
9                                    The California Taxing Authorities

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## SERVICE LIST

2  Daniel F. Blanks
McGuireWoods LLP
3  9000 World Trade Center
101 W. Main St.
4  Norfolk, VA 23510

5  Dion W. Hayes
McGuireWoods LLP
6  One James Center
901 E. Cary St.
7  Richmond, VA 23219

8  Debtor Designee
Bruce H. Besanko
9  9950 Mayland Drive
Richmond, VA 23233

10

11  Brad R. Godshall
Pachulski Stang Ziehl & Jones,
LLP
12  10100 Santa Monica Blvd.
11th Floor
13  Los Angeles, CA 90067-4100

14  John D. Fiero
Pachulski Stang Ziehl & Jones LLP
15  150 California Street, 15th Floor
San Francisco, CA 9411-4500
16

17  Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
18  Richmond, VA 23219

19  Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
20  780 Third Ave. 36th Floor
New York, NY 10017
21

22  Court Reporter
Crane-Snead & Associates, Inc.
23  4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

24  Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
25  225 West Washington Street
Indianapolis, Indiana 46204
26

27

28

Jeffrey Scharf
Taxing Authority Consulting
Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Mitchell B. Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Bruce H. Matson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, Texas 77008

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

3

| | | |
|---|---|---|
| 1 | Laura Lawton Gee<br>BAKER & HOSTETLER, LLP | Roy M. Terry, Jr., Esq.<br>DurretteBradshaw PLC |
| 2 | 1000 Louisiana, Suite 2000<br>Houston, TX 77002 | 600 E. Main Street, 20th Floor<br>Richmond, VA 23219 |
| 3 | | |
| 4 | Andrew S. Conway<br>200 East Long Lake Rd.<br>Suite 300 | Jeremy S. Friedberg, Esq.<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000 |
| 5 | Bloomfield Hills, Michigan 48304 | Owings Mills, Maryland 21117 |
| 6 | Mark Browning | Marc Barreca |
| 7 | Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548 | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| 8 | Austin, Texas 78711-2548 | |
| 9 | John G. McJunkin, Esquire<br>McKenna Long & Aldridge LLP | Eric C. Rusnak<br>K&L GATES LLP<br>1601 K Street, N.W. |
| 10 | 1900 K Street, NW<br>Washington, DC 20006 | Washington, DC 20006-1600 |
| 11 | | Min Park, Esquire<br>Connolly Bove Lodge & Hutz LLP |
| 12 | Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>Suite 900, 11 Piedmont Center | 1875 Eye Street NW, 11th Floor<br>Washington, DC 20006 |
| 13 | 3495 Piedmont Road, N.E.<br>Atlanta, GA 30305 | Karen C. Bifferato, Esquire |
| 14 | | Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street |
| 15 | Christine D. Lynch, Esq.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue | P.O. Box 2207<br>Wilmington, DE 19899 |
| 16 | Boston, MA 02110-3333 | |
| 17 | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP | Richard E. Lear<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W. |
| 18 | 101 Park Avenue<br>New York, New York 10178-0600 | Suite 100<br>Washington, D.C. 20006 |
| 19 | | |
| 20 | H. Jason Gold<br>Wiley Rein LLP | Jaime S. Dibble<br>STINSON MORRISON HECKER LLP |
| 21 | 7925 Jones Branch Dr., Suite 6200<br>McLean, Virginia 22102 | 1150 18th Street, NW, Suite 800<br>Washington, DC 20036-3816 |
| 22 | Jeffrey L. Tarkenton | Benjamin C. Ackerly |
| 23 | Todd D. Ross<br>Womble Carlyle Sandridge & Rice,<br>PLLC | HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street |
| 24 | 1401 Eye Street, N.W., Suite 700<br>Washington, D.C. 20005 | Richmond, Virginia 23219-4074 |
| 25 | | Michael L. Cook |
| 26 | David M. Poitras<br>1900 Avenue of the Stars | SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue |
| 27 | 7th Floor<br>Los Angeles, CA 90067 | New York, NY 10022 |
| 28 | | |

| | | |
|---|---|---|
| 1 | Richard T. Davis | Richard M. Maseles |
| | The Cafaro Company | 301 W. High Street, Room 670 |
| 2 | 2445 Belmont Avenue | P.O. Box 475 |
| | P.O. Box 2186 | Jefferson City, MO 65105-0475 |
| 3 | Youngstown, Ohio 44504-0186 | |
| | | Regina Stango Kelbon |
| 4 | Kevin M. Newman | One Logan Square |
| | 308 Maltbie St. | Philadelphia, PA 19103 |
| 5 | Suite 200 | |
| | Syracuse, NY 13204 | John L. Senica |
| 6 | | 225 W. Washington , Suite 2600 |
| | James V. Lombardi, III | Chicago, IL 60606 |
| 7 | 2 Riverway, Suite 700 | |
| | Houston, TX 77056 | Timothy F. Brown, Esq. |
| 8 | | Arent Fox LLP |
| | William A. Gray | 1050 Connecticut Avenue, NW |
| 9 | Sands Anderson Marks & Miller | Washington, DC 20036 |
| | 801 E. Main Street, Suite 1800 | |
| 10 | P.O. Box 1998 | Scott P. Carroll |
| | Richmond, Virginia 23218-1998 | 831 East Morehead St. |
| 11 | | Suite 440 |
| | Michael L. Tuchin | Charlotte, NC 28202 |
| 12 | 1999 Avenue of the Stars | |
| | 39th Floor | James Donaldson |
| 13 | Los Angeles, CA 90067- 6049 | 831 East Morehead St. |
| | | Suite 445 |
| 14 | Katten Muchin Rosenman LLP | Charlotte, NC 28202 |
| | c/o Thomas J. Leanse | |
| 15 | 2029 Century Park East | Anne M. Magruder |
| | Suite 2600 | 1889 Preston White Dr. |
| 16 | Los Angeles, California 90067 | Suite 200 |
| | | Reston, VA 20191 |
| 17 | Brian Sirower, Esq. | |
| | QUARLES & BRADY LLP | David A. Greer, Esquire |
| 18 | Renaissance One | The Law Offices of David A. Greer |
| | Two North Central Avenue | PLC |
| 19 | Phoenix, Arizona 85004-2391 | 500 East Main Street, Suite 1225 |
| | | Norfolk, VA 23510 |
| 20 | Elizabeth Weller | |
| | 2323 Bryan St. | Robert K. Coulter |
| 21 | Suite 1600 | Assistant United States Attorney |
| | Dallas, TX 75201 | The Justin W. Williams U.S. |
| 22 | | Attorneys Building |
| | Billy Ray | 2100 Jamieson Avenue |
| 23 | 4421 Waterfront Dr. | Alexandria, Virginia 22314 |
| | Glen Allen, VA 23060 | |
| 24 | | Michael Reed |
| | Fred B. Ringel | McCREARY, VESELKA, BRAGG & ALLEN, |
| 25 | 1345 Avenue of the Americas | P.C. |
| | New York, NY 10105 | Attorneys for Claimant, |
| 26 | | Williamson County, et al. |
| | Scott R. Kipnis | P. O. Box 1269 |
| 27 | 530 Fifth Ave. | Round Rock, Texas 78680 |
| | New York, NY 10036 | |
| 28 | | |

Case 08-35653-KRH   Doc 4931   Filed 09/16/09   Entered 09/16/09 17:38:34   Desc Main
Document     Page 8 of 25

```
 1  Richard F. Stein                        Attorney General of the United
    600 East Main Street, Suite 1601        States
 2  Richmond, Virginia 23219-2430           Main Justice Building, Room 5111
                                            10th Street and Constitution
 3  Michael W. Malter                       Avenue, N.W.
    Binder & Malter LLP                     Washington, D.C. 20530
 4  2775 Park Ave.
    Santa Clara, CA 95050                   Christopher R. Belmonte, Esq..
 5                                          Satterlee Stephens Burke & Burke
    Ellen A. Friedman, Esq.                 LLP
 6  Friedman Dumas & Springwater LLP        230 Park Avenue
    150 Spear Street, Suite 1600            New York, New York 10169
 7  San Francisco, CA 94105
                                            William J. Factor, Esq..
 8  Jeffrey Kurtzman                        SEYFARTH SHAW LLP
    260 S. Broad St.                        131 S. Dearborn Street
 9  Philadelphia, PA19102                   Suite 2400
                                            Chicago, Illinois 60603
10  Elizabeth Banda
    PO Box 13430                            Michael J. Sage
11  Arlington, TX 76094                     Times Square Tower
                                            7 Times Square
12  William H. Casterline, Jr.             New York, NY 10036
    Blankingship & Keith, P.C.
13  4020 University Drive, Suite 300        Brian P. Hall
    Fairfax, Virginia 22030                 Suite 3100, Promenade II
14                                          1230 Peachtree St., NE
    Josef S. Athanas                        Atlanta, GA 30309
15  Latham & Watkins LLP
    Sears Tower, Suite 5800                 Robert S. Westermann, Esq.
16  233 South Wacker Drive                  Hirschler Fleischer, PC
    Chicago, Illinois 60606                 PO Box 500
17                                          Richmond, Virginia 23218
    Nancy A. Washington, Esq.
18  SAIBER LLC                              Kevin G. Hroblak
    One Gateway Center, 13th Floor          7 Saint Paul St.
19  Newark, New Jersey 07102                Baltimore, MD 21202

20  Eric D. Goldberg                        Raymond W. Battaglia
    1901 Avenue of the Stars, 12th          OPPENHEIMER, BLEND
21  Floor                                   HARRISON & TATE, INC.
    Los Angeles, CA 90067                   711 Navarro, Sixth Floor
22                                          San Antonio, Texas 78205
    Stephen W. Spence
23  1200 N. Broom St.                       Darryl S. Laddin
    Wilmington, DE 19806                    Frank N. White
24                                          Arnall Golden Gregory LLP
    Kenneth C. Johnson                      171 17th Street NW, Suite 2100
25  100 S. Third St.                        Atlanta, Georgia 30363
    Columbus, OH 43215
26                                          Scott A. Stengel
                                            ORRICK, HERRINGTON & SUTCLIFFE
27                                          LLP
                                            Columbia Center
28                                          1152 15th Street, N.W.
                                            Washington, D.C. 20005-1706
```

| | | |
|---|---|---|
| 1 | Bonnie Holly<br>PO Box 2016 | Michael A. Condyles<br>KUTAK ROCK LLP |
| 2 | Bartow, FL 33831 | 1111 East Main Street, Suite 800<br>Richmond, Virginia 23219-3500 |
| 3 | Mark Stromberg<br>Two Lincoln Centre | Jeremy W. Ryan, Esq. |
| 4 | 5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240 | Saul Ewing LLP<br>222 Delaware Avenue |
| 5 | | P.O. Box 1266<br>Wilmington, DE 19801 |
| 6 | Christopher A. Camardello<br>225 S. Sixth St.<br>Suite 3500 | Edith K. Altice, Esq. |
| 7 | Minneapolis, MN 55402 | Saul Ewing LLP<br>Lockwood Place |
| 8 | Ernie Zachary Park<br>13215 E. Penn St. | 500 East Pratt Street, Suite 900<br>Baltimore, MD 21202-3171 |
| 9 | Suite 510<br>Whittier, CA 90602 | Paul Rubin |
| 10 | | Two Park Ave.<br>New York, NY 10016 |
| 11 | John J. Lamoureux, Esquire<br>CARLTON FIELDS, P. A.<br>4221 West Boy Scout Blvd. | Ruth Weinstein |
| 12 | 10th Floor<br>Tampa, Florida 33607-5736 | 1 Canon Plaza<br>Lake Success, NY 11042 |
| 13 | PO Box 3239<br>Tampa, Florida 33601-3239 | Andrew Herenstein |
| 14 | | 535 Madison Ave.<br>New York, NY 10022 |
| 15 | Wanda Borges, Esq.<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 118 | Daniel J. Ansell |
| 16 | Syosset, NY 11791 | 200 Park Ave.<br>New York, NY 10166 |
| 17 | Jennifer V. Doran, Esq.<br>Hinckley, Allen & Snyder LLP | Christine D. Lynch, Esq. |
| 18 | 28 State Street<br>Boston, MA 02109 | Peter D. Bilowz, Esq.<br>GOULSTON & STORRS, P.C. |
| 19 | | 400 Atlantic Avenue<br>Boston, MA 02110-3333 |
| 20 | Augustus C. Epps, Jr., Esquire<br>Christian & Barton, L.L.P.<br>909 E. Main Street, Suite 1200 | Michelle Leeson |
| 21 | Richmond, Virginia 23219 | PO Box 25300<br>Bradenton, FL 34206 |
| 22 | Steven J. Adams, Esquire<br>Stevens & Lee, PC | Daniel T. Powers |
| 23 | 111 North Sixth Street<br>Reading, Pennsylvania 19603 | PO Box 8321<br>Savannah, GA 31412 |
| 24 | | |
| 25 | Mike Lynch<br>One Tower Square, 5MN<br>Hartford, CT 06183 | Deborah H. Devan, Esquire<br>Neuberger, Quinn, Gielen, Rubin &<br>Gibber, P.A. |
| 26 | | One South Street, 27th Floor<br>Baltimore, Maryland 21202-3282 |
| 27 | Lloyd B. Sarakin<br>1 Sony Dr., MD #1E-4<br>Park Ridge, NJ 07656 | |
| 28 | | |

ANNE MILGRAM
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625-0119

Laura A. Otenti, Esquire
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Lawrence S. Burnat
1100 Peachtree St., NE
Suite 800
Atlanta, GA 30309

Jeffrey A. Krieger
1900 Avenue of the Stars
Suite 2100
Los Angeles, CA 90067

Peter N. Tamposi
547 Amherst St., Suite 204
Nashua, NH 03063

Michael W. Malter
Binder & Malter LLP
2775 Park Ave.
Santa Clara, CA 95050

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

William H. Schwarzschild, III
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320

Michael S. Kogan
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Jess R. Bressi
19800 MacArthur Blvd.
Suite 500
Irvine, CA 92612

Justin D. Leonard
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR 97204

Lawrence J. Hilton
19900 MacArthur Blvd.
Suite 1050
Irvine, CA 92612

Jeffrey J. Graham
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

William C. Crenshaw, Esq.
Powell Goldstein LLP
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001

G. David Dean
300 East Lombard St.
Suite 2000
Baltimore, MD 21202

Clement J. Farley
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096

Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, California 91436

David K. Spiro
Cantor Arkema, PC
PO Box 561
1111 E. Main St., 16th Floor
Richmond, VA 23218

Samuel S. Oh, Esq.
Lim, Ruger & Kim, LLP
1055 West Seventh Street
Suite 2800
Los Angeles, CA 90017

Christopher Combest, Esq.
500 West Madison Street, Suite 3700
Chicago, IL 60661

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Michael S. Fox, Esq.
Olshan Grundman Frome Rosenzweig
& Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

C. Thomas Ebel
801 E. Main Street
Richmond, VA 23219

Albert A. Ciardi, III
One Commerce Square, Suite 1930
2005 Market St.
Philadelphia, PA 19103

Seth A. Drucker
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226

James A. Pardo, Jr.
Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309

Rudolph J. Di Massa, Jr.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Larry Stopol, Esquire
Levy, Stopol & Camelo, LLP
1425 RexCorp Plaza
Uniondale, NY 11556-1425

Malcolm M. Mitchell, Jr.
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

R. Timothy Bryan
Patton Boggs LLP
8484 Westpark Dr., 9th Floor
McLean, VA 22102

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Timothy A. Bortz
625 Cherry St., Room 203
Reading, PA 19602

Neil D. Goldman
510 King St.
Suite 416
Alexandria, VA 22313

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

Michael F. McGrath
4545 IDS Center
80 s. Eighth St.
Minneapolis, MN 55402

Ann E. Schmitt
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175

Colorado Structures, Inc.
c/o Mary E. Olden, Esq.
McDonough, Holland & Allen PC
555 Capitol Mall, Suite 950
Sacramento, CA 95814

9

| | | |
|---|---|---|
| 1 | Douglas D. Kappler<br>1888 Century Park East<br>Suite 1500<br>Los Angeles, CA 90067 | Gennan YusufovlTerri A. Roberts<br>Deputy County Attorneys<br>32 North Stone Avenue, Suite 2100<br>Tucson, Puizona 85701 |

1 | Douglas D. Kappler
1888 Century Park East
2 | Suite 1500
Los Angeles, CA 90067
3
Lionel J. Postic
4 | 125 Townpark Dr.
Suite 300
5 | Kennesaw, GA 30144
6 | Anthony J. Cichello
600 Atlantic Ave.
7 | Boston, MA 02210
8 | Paul K. Campsen
150 West Main St.
9 | Suite 2100
Norfolk, VA 23510
10
Donald K. Ludman
11 | 6 N. Broad St., Suite 100
Woodbury, NJ 08096
12
Jeffrey L. Tarkenton
13 | WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC
14 | 1401 Eye Street, NW, 7th Floor
Washington, D.C. 20005
15
Michael P. Falzone
16 | PO Box 500
Richmond, VA 23218
17
Thomas G. King
18 | One Moorsbridge Road
PO Box 4010
19 | Kalamazoo, MI 49003-4010
20 | Sara B. Eagle, Esq.
Pension Benefit Guaranty
21 | Corporation
Office of the Chief Counsel
22 | 1200 K Street, N.W.
Washington, D.C. 20005-4026
23
Mark E. Browning
24 | Assistant Attorney General
Texas Attorney General's Office
25 | P.O. Box 12548
Austin, TX 78711-2548
26
William A. Broscious, Esquire
27 | KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
28 | Richmond, Virginia 23226

Gennan YusufovlTerri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Puizona 85701

John P. Dillman
PO Box 3064
Houston, TX 77253

Steven H. Newman
605 Third Ave., 16th Floor
New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

Edmond P. O'Brien
675 Third Ave.
31st Floor
New York, NY 10017

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

David R. McFarlin, Esq.
Wolff, Hill, McFarlin & Herron,
P.A.
1851 W. Colonial Drive
Orlando, FL 32804

Michael A. Condyles, Esquire
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

Robert S. Westermann, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Dexter D. Joyner
4701 Preston Ave
Pasadena, Texas 77505

Kevin M. Newman
308 Maltie St., Suite 200
Syracuse, NY 13204

William L. Wallander
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy &
Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743

Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

German Yusufov
PIMA COUNTYATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701

William H. Schwarzchild
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

C. Thomas Ebel, Esquire
Sands Anderson Marks & Miller,
P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23219

J. Bennett Friedman
Hamburg, Karic, Edwards & Martin
LLP
1900 Avenue of the Stars, Suite
1800
Los Angeles, California 90067

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Stephen E. Leach
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102

Sheila L. Shadmand, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

11

1  Jeffrey B. Ellman
   JONES DAY
2  1420 Peachtree Street, N.E.,
   Suite 800
3  Atlanta, Georgia 30309-3053

4  John B. Price
5  250 W. Main St., Ste. 1600
   Lexington, KY 40507

6
   Ken Coleman
7  ALLEN & OVERY LLP
   1221 Avenue of the Americas
8  New York, New York 10020

9  Benjamin C. Ackerly
10 HUNTON & WILLIAMS LLP
   Riverfront Plaza, East Tower
11 951 E. Byrd Street
   Richmond, VA 23219
12
   Thomas G. Yoxall
13 LOCKE LORD BISSELL & LIDDELL LLP
   2200 Ross Avenue, Suite 2200
14 Dallas, Texas 75201

15
   Elizabeth C. Freeman
16 LOCKE LORD BISSELL & LIDDELL LLP
   600 Travis Street, Suite 3400
17 Houston, Texas 77002

18 Gregg S. Kleiner
   101 California St., 5th Floor
19 San Francisco, CA 94111

20
   Kimbell D. Gourley
21 The 9th and Idaho Center
   225 N. 9th St., Ste. 820
22 PO Box 1097
   Boise, ID83701
23
   Edmond P. O'Brien
24 675 Third Ave., 31st Floor
   New York, NY 10017
25
26 Suzanne Jett Trowbridge
   Goodwin & Goodwin, LLP
27 300 Summers Street, Suite 1500
   Charleston, WV 25301
28

Roy S. Kobert
390 N. Orange Ave.
Suite 1400
Orlando, FL 32801

Wayne R. Terry
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

C. Thomas Ebel
801 E. Main St.
Richmond, VA 23219

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Mary A. House
1333 New Hampshire Ave., NW
Washington, DC 20036

William A. (Trey) Wood, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

SEYFARTH SHAW LLP
Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York 10018

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

12

```
 1  Paul K. Campsen                    Lisa Taylor Hudson, Esquire
    150 West Main St.                  Sands Anderson Marks & Miller,
 2  Suite 2100                         P.C.
    Norfolk, VA 23510                  801 E. Main Street, Suite 1800
 3                                     P.O. Box 1998
    Byron Z. Moldo                     Richmond, VA 23219
 4  2029 Century Park East
 5  21st Floor                         Jordan M. Humphreys
    Los Angeles, CA 90067              Ford, Parshall & Baker
 6                                     3210 Bluff Creek
    Christopher Desiderio              Columbia, MO 65201
 7  437 Madison Ave.
    New York, NY 10022                 Anthony J. Cichello
 8                                     600 Atlantic Ave.
    Michael R. Dal Lago                Boston, MA 02210
 9  909 Third Avenue
10  New York, New York 10022           Gail B. Price
                                       2600 Mission St.
11  Louis Benza, Esq.                  Suite 206
    10022 15 Metro Tech Center         San Marino, CA 91108
12  6th Floor
    Brooklyn, New York 11201           Adam K. Keith, Esq.
13                                     Honigman Miller Schwartz and Cohn
    Gary M. Kaplan                     LLP
14  Howard, Rice, Nemerovski, Canady,  2290 First National Building
    Falk & Rabkin                      660 Woodward Avenue
15  Three Embarcadero Center, 7th      Detroit, MI 48226
16  Floor
    San Francisco, California 94111-   Timothy W. Brink, Esq.
17  4065                               203 North LaSalle Street, Suite
                                       1900
18  Neil E. Herman, Esq.              Chicago, IL 60601
    Morgan, Lewis & Bockius LLP
19  101 Park Avenue                    Anne Braucher, Esq.
    New York, New York 10178-0600      500 Eighth Street, NW
20                                     Washington, DC 20004
21  Andrew L. Cole
    Franklin & Prokopik, P.C.          Rebecca L. Saitta
22  The B & O Building                 Wiley Rein LLP
    Two N. Charles Street, Suite 600   7925 Jones Branch Drive, Suite
23  Baltimore, MD 21201                6200
                                       McLean, Virginia 22102
24  Henry P. Baer, Jr., Esq.
    Finn Dixon & Herling LLP           James A. Wagner
25  177 Broad Street                   Wagner Choi & Verbrugge
    Stamford, CT 06901-2048            745 Fort Street, Suite 1900
26                                     Honolulu, Hawaii 96813
27  Ramesh Singh
    25 SE 2nd Avenue, Suite 1120       George Rosenberg,
28  Miami, FL 33131-1605               S. Prince Street
                                       Littleton, CO 80166
```

13

Richard I. Hutson, Esq.
Fullerton & Knowles, P .C .
12644 Chapel Road Suite 20 6
Clifton, Virginia 20124

Amy Pritchard Williams
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202

Gabriela P. Cacuci
100 Church Street, Room 5-223
New York, New York 10007

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

Ashley M. Chan
One Logan Square, 27th Floor
Philadelphia, PA 19103

Thomas W. Daniels
1265 Scottsville Rd.
Rochester, NY 14624

Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Michael F. Ruggio
1152 15th St. NW
Suite 800
Washington, DC 20005

Ronald G. Dunn, Esq.
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York 12207

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226

Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462

Gregory D. Grant, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

14

| | |
|---|---|
| 1 | Peter J. Gurfein<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067 |

Peter J. Gurfein
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Mary A. House
Catherine E. Creely
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Nicholas M. Miller, Esq.
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

Eric C. Cotton, Esquire
Developers Diversified Realty
Corporation
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, Ohio 44122

William F. Gray Jr., Esq.
Torys LLP
237 Park Avenue
New York, New York 10017

Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
Attn: Gary M. Kaplan, Esq.
Three Embarcadero Center, 7th
Floor
San Francisco, California 94111-
4065

Mitchell B. Weitzman, Esquire
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201

Lauren Lonergan Taylor
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Hollace Topol Cohen
Vivieon E. Kelley
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174

John Lucian, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Erica S. Zaron
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N. W. First Street
Miami, FL 33128-1993

Eric J. Snyder
SILLER WILK LLP
675 Third Avenue
New York, New York 10017-5704

Ron C. Bingham, II, Esq.
STITES & HARBISON, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308

Denyse Sabagh, Esquire
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

Matthew E. Hoffman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Peter E. Strniste
Robinson & Cole 1
280 Trumbull Street
Hartford, CT 06103

Neil R. Lapinski
1000 West Street
Suite 1440
Wilmington, DE 19899

15

1
Douglas R. Gonzales
200 East Broward Blvd.
2
Suite 1900
Fort Lauderdale, FL 33301
3

4
Dennis J. Drebsky
Christopher M. Desiderio
5
NIXON PEABODY, LLP
437 Madison Avenue
6
New York, New York 10022

7
Menachem O. Zelmanovitz
101 Park Ave.
8
New York, NY 10178

9
Michael P. Falzone
10
PO Box 500
Richmond, VA 23218

11
Madeline C. Wanslee
12
201 E. Washington St.
Suite 800
13
Phoenix, AZ 85004

14
Michael R. Dal Lago
Morrison Cohen LLP
15
909 Third Avenue
16
New York, New York 10022

17
Louis Benza, Esq.
Senior Executive Counsel
18
Empire Blue Cross Blue Shield
15 Metro Tech Center
19
6th Floor
Brooklyn, New York 11201
20

21
Rebecca L. Saitta, Esquire
Wiley Rein LLP
22
7925 Jones Branch Drive
Suite 6200
23
McLean, Virginia 22102

24
John E. Hilton
120 S. Central
25
Suite 1800
Clayton, Missouri 63105
26

27
Rhett Petcher
Seyfarth Shaw LLP
28
975 F. Street NW
Washington D.C. 20004

Peter C. Hughes
1500 Market St.
Suite 3500E
Philadelphia, PA 19103

Christopher L. Perkins
LeClairRyan, A Professional
Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23218-2499

Joon M. Khang
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

Gary T. Holtzer
767 Fifth Ave.
New York, NY 10153

Brenda Moody Whinery, Esq.
MESCH, CLARK & ROTHSCHILD, P.C.
259 N Meyer Avenue
Tucson AZ 85701

Wendy M. Mead
11 Pleasant St.
Suite 30
Worcester, MA 01609

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Victoria A. Reardon
Cadillac Place, Ste. 10-100
3030 W. Grand Blvd.
Detroit, MI 48202

Walter W. Kelley
PO Box 70879
Albany, GA 31708

Michael J. Darlow
1235 North Loop West
Suite 600
Houston, TX 77008

16

| | |
|---|---|
| 1 | Lawrence A. Katz | Dominic L. Chiariello |

```
 1  Lawrence A. Katz                  Dominic L. Chiariello
    Venable LLP                       CHIARIELLO & CHIARIELLO
 2  8010 Towers Crescent Drive, Suite 118-21 Queens Boulevard
    300                               Forest Hills, New York 11375
 3  Vienna, Virginia 22182-2707
                                      Plazas Las Americas, Inc.
 4                                    Attn: James H. Rollins
    Linda D. Regenhardt               One Atlantic Center
 5  Gary & Regenhardt PLLC            Suite 2000
    8500 Leesburg Pike, Suite 7000    1201 W. Peachtree St.
 6  Vienna, Virginia 22182-2409       Atlanta, GA 30309

 7  Davor Rukavina
    500 N. Akard St.                  Kurt M. Kobiljak
 8  Suite 3800                        Edelson Building, Suite 200
    Dallas, TX 75201                  Wyandotte, Michigan 48192
 9
    David McCall                      Aaron R. Cahn
10  777 East 15th St.                 2 Wall St.
    Plano, TX 75074                   New York, NY 10005
11
12  Betsy Johnson Burn                J. Scott Douglass
    PO Box 11070                      909 Fannin
13  Columbia, SC 29201                Suite 1800
                                      Houston, TX 77010
14  Travis A. Sabalewski
15  REED SMITH LLP                    Christopher B. Mosley
    Riverfront Plaza- West Tower      1000 Throckmorton St.
16  901 E. Byrd St.                   Fort Worth, TX 76102
    Suite 1700
17  Richmond, VA 23219                Robert E. Greenberg
                                      1101 Seventeenth St., NW
18  Kurt F. Gwynne                    Suite 700
    REED SMITH LLP                    Washington, DC 20036
19  1201 N. Market St.
    Suite 1500                        Michael K. McCrory, Esquire
20  Wilmington, DE 19801              BARNES&THORNBURG LLP
                                      11 SouthMeridian Street
21  Joseph D. Frank                   Indianapolis, Indiana 46204
22  Jeremy C. Kleinman
    Frank/Gecker LLP                  Noelle M. James, Esquire
23  325 North LaSalle Street, Suite   CHRISTIAN & BARTON, LLP
    625                               909 East Main Street, Suite 1200
24  Chicago, Illinois 60654           Richmond, Virginia 23219

25  PriceGrabber.com Inc.             Richard I. Hutson, Esq.
    Attn: Katerina Canyon             Fullerton & Knowles, P.C.
26  5150 Goldleaf Circle, 2nd Floor   12644 Chapel Road Suite 206
27  Los Angeles, California 90056     Clifton, Virginia 20124

28
```

| | |
|---|---|
| 1 | GIBBONS P.C. | James E. Clarke |

GIBBONS P.C.
Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102-5310

James E. Clarke
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

James M. Lewis, Esquire
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Robert R. Musick
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219

Michael P. Falzone
PO Box 500
Richmond, VA 23218

CB Blackard
301 E. Dave Ward Dr.
PO Box 2000
Conway, AR 72033

Robert C. Edmundson
Office of Attorney General
564 Forbes Avenue, 5th Floor,
Manor Bldg.
Pittsburgh, PA 15219

Donald G. Scott
605 W. 47th St.
Suite 350
Kansas City, MO 64112

Alberto Burnstein
140 W. Flagler St.
Suite 1403
Miami, FL 33130

Christi M. Carrano
270 Quinnipac Ave.
North Haven, CT 06473

DelBello Donnellan Weingarten
One North Lexington Ave.
White Plaints, NY 10601

Terri L. Gardner
Anitra Goodman Royster
Nelson Mullins Riley &
Scarborough LLP
4140 Parklake Avenue
Raleigh, NC 27612

Gary V. Fulghum
2800 Commerce Tower, 911 Main
Kansas City, MO 64105

Brian T. Hanlon
Post Office Box 3715
West Palm Beach, Florida 33402

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, Pa. 15212

W. Joel Charboneau
Magee, Foster, Goldstein &
Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street
Post Office Box 2470
Richmond, VA 23218-2470

18

```
 1  Paul A. Driscoll                      Matthew Righetti
    PENDER & COWARD, P.C.                  456 Montgomery St., Ste. 1400
 2  222 Central Park Avenue               San Francisco, CA 94104
    Suite 400
 3  Virginia Beach, VA 23462              Joel T. Marker
                                          170 South Main
 4                                        Suite 800
    Michael P. Falzone                    Salt Lake City, UT 84101
 5  PO Box 500
    Richmond, VA 23218
 6                                        Darlene M. Nowak
    Christopher A. Camardello             Marcus & Shapira LLP
 7  225 South Sixth St.                   35th Floor, One Oxford Center
    Suite 3500                            301 Grant Street
 8  Minneapolis, MN 55402                 Pittsburgh, PA 15219

 9
    Edward L. Rothberg                    Lawrence H. Glanzer, Esquire
10  Jessica L. Hickford                   Roussos,  Lassiter,  Glanzer  &
    11 East Greenway Plaza                Marcus, P.L.C.
11  Suite 1400                            580 East Main Street, Suite 300
    Houston, Texas 77046                  Norfolk, VA 23510
12
    Shawn M. Christianson, Esq.           Rhett Petcher
13  Buchalter Nemer, A Professional       Seyfarth Shaw LLP
    Corporation                           975 F. Street NW
14  333 Market Street, 25th Floor         Washington D.C. 20004
    San Francisco, California 94105
15                                        Karen L. Gilman
    Michael P. Falzone                    WOLFF & SAMSON PC
16  PO Box 500                            One Boland Drive
    Richmond, VA 23218                    West Orange, New Jersey 07052
17
18  Frederick Black                       J.R. Smith
    Tara B. Annweiler                     HUNTON & WILLIAMS LLP
19  Greer, Herz & Adams, LLP              Riverfront Plaza, East Tower
    One Moody Plaza, 18th Floor           951 East Byrd Street
20  Galveston, Texas 77550                Richmond, Virginia 23219-4074
21
    Washington Green TIC                  Raul A. Cuervo
22  c/o Bradley S. Copeland               JORDEN BURT LLP
    PO Box 1758                           1025 Thomas Jefferson St., N.W.
23  Eugene, OR 97440                      Suite 400 East
                                          Washington, DC 20007
24  Woods Rogers PLC
    Richard C. Maxwell                    Gregory Lee McCall
25  10 South Jefferson Street             PO Box 9000
    Suite 1400                            Forrest City, Arkansas 72336
26  P.O. Box 14125
27  Roanoke, Virginia 24038-4125

28
```

| | | |
|---|---|---|
| 1 | Denise Mondell | Linda J. Brame |
| | Assistant Attorney General | P.O. Box 700 |
| 2 | P.O. Box 120 | Marion, IL 62959 |
| | 55 Elm Street, Fourth Floor | |
| 3 | Hartford, CT 06141-0120 | W. Joel Charboneau, Esq. |
| | | Magee, Foster, Goldstein & |
| 4 | | Sayers, P.C. |
| | Valerie L. Marciano | Post Office Box 404 |
| 5 | JABURG & WILK, P.C. | Roanoke, Virginia 24003-0404 |
| | 3200 N. Central Avenue, Suite | |
| 6 | 2000 | R. Lee Allen, Esq. |
| | Phoenix, Arizona 85012 | Suite 800 Illinois Building |
| 7 | | P.O. Box 5131 |
| | JEFF KLUSMEIER | Springfield, Illinois 62705 |
| 8 | Assistant Attorney General | |
| | P.O. Box 899 | Michael J. O'Grady, Esq. |
| 9 | Jefferson City, Missouri 65102 | Frost Brown Todd LLC |
| 10 | | 201 E. Fifth Street |
| | R. Chase Palmer | Suite 2200 |
| 11 | PALMER LAW FIRM, INC. | Cincinnati, OH 45202 |
| | P. O. Drawer M | |
| 12 | Marshall, TX 75671 | Nancy Hotchkiss, Esq. |
| | | Trainor Fairbrook |
| 13 | Ann Marie Bredin, Esq. | 980 Fulton Avenue |
| | DLA Piper LLP (US) | Sacramento, California 95825 |
| 14 | 203 North LaSalle Street | |
| | Suite 1900 | R. Timothy Brian |
| 15 | Chicago, IL 60601 | 8484 Westpark Dr., 9th floor |
| 16 | | McLean, VA 22102 |
| | Shannon E. Hoff | |
| 17 | 301 South College St. | Kenneth Miller |
| | Suite 2300 | 9401 Wilshire Blvd. |
| 18 | Charlotte, NC 28202 | 9th Floor |
| 19 | | Beverly Hills, CA 90212 |
| | Brian D. Womac | |
| 20 | Two Memorial City Plaza | Michael H. Izsak |
| | 820 Gessner | 1505 S. Big Bend Blvd. |
| 21 | Suite 1540 | St. Louis, MO 63117 |
| | Houston, TX 77024 | |
| 22 | | Clement & Wheatley |
| | William A. Gray | Attn: Darren W. Bentley, Esq. |
| 23 | 801 E. Main St. | 549 Main Street |
| | Richmond, VA 23219 | P.O. Box 8200 |
| 24 | | Danville, Virginia 24543-8200 |
| | Paul J. Laurin, Esq. | |
| 25 | Stephen M. Astor, Esq. | Kenneth B. Roseman |
| | Laurin & Associates | 105 W. Madison St. |
| 26 | 280 South Beverly Drive | Suite 810 |
| | Suite 304 | Chicago, IL 60602 |
| 27 | Beverly Hills, California 90212 | |
| 28 | | |

```
 1  Paul K. Campsen                          Troy Savenko, Esquire
    150 West Main St.                        Gregory Kaplan, PLC
 2  PO Box 3037                              7 East Second Street (23224-4253)
    Norfolk, VA 23514                        Post Office Box 2470
 3                                           Richmond, VA 23218-2470
 4  Terrance A. Hiller
    25800 Northwestern Highway               J. Seth Moore
 5  Suite 950                                1700 Pacific Ave.
    Southfield, MI 48075                     Suite 4400
 6                                           Dallas, TX 75201
    Ted A. Berkowitz
 7  Farrell Fritz, P.C.                      Michael E. Lacy
    1320 RexCorp Plaza                       1001 Haxall Point
 8  Uniondale, New York 11556-1320           Richmond, VA 23219
 9
    William D. Buckner                       Timothy C. Bass
10  3146 Redhill Ave.                        GREENBERG TRAURIG, LLP
    Suite 200                                2101 L Street, N.W., Suite 1000
11  Costa Mesa, CA 92626                     Washington, DC 20037
12  Adam R. Nelson, Esquire (VSB No.         Virginia E. Robinson
    39137)                                   GREENBERG TRAURIG, LLP
13  100 Shockoe Slip, 3rd Floor              1750 Tysons Boulevard, Suite 1200
    Richmond, Virginia 23219                 McLean, VA 22102
14
15  Elizabeth A. Elam                        Peter J. Carney
    6000 Western Place                       WHITE & CASE LLP
16  Suite 200                                3000 El Camino Real
    I-30 @ Bryant-Irvin Rd.                  5 Palo Alto Square, 9th Floor
17  Fort Worth, TX 76107                     Palo Alto, CA 94306
18  Matthew Righetti                         J. Seth Moore
    456 Montgomery St.                       1700 Pacific Ave.
19  Suite 1400                               Suite 4400
    San Francisco, CA 94104                  Dallas, TX 75201
20
21  Paul M. Black, Esq.                      Valerie P. Morrison
    Spilman Thomas & Battle, PLLC            7925 Jones Branch Dr.
22  P. O. Box 90                             Suite 6200
    Roanoke, VA 24002                        McLean, VA 22102
23
    Sara L. Chenetz, Esq.                    Albert F. Quintrall
24  Sonnenschein Nath & Rosenthal LLP        1550 Hotel Circle North
    601 South Figueroa Street                Suite 120
25  Suite 2500                               San Diego, CA 92108
    Los Angeles, CA 90017-5704
26                                           Penny R. Stark
27                                           17 Bon Pinck Way
                                             East Hampton, NY 11937
28
```

| | |
|---|---|
| 1 | Joseph M. DuRant, Deputy City Attorney |
| 2 | Office of the City Attorney |
| 3 | City of Newport News, Virginia<br>2400 Washington Avenue, 9th Floor |
| 4 | Newport News, VA 23607 |
| 5 | Henry (Toby) P. Long III |
| 6 | Thomas N. Jamerson<br>Hunton & Williams, LLP |
| 7 | Riverfront Plaza, East Tower<br>951 East Byrd Street |
| 8 | Richmond, VA 23219-4074 |
| 9 | Kern County Treasurer-Tax Collector |
| 10 | Attn: Bankruptcy Div.<br>c/o Angelica Leon |
| 11 | PO Box 579<br>Bakersfield, CA 93302 |
| 12 | |
| 13 | Linda J. Brame<br>P.O. Box 700 |
| 14 | Marion, IL 62959 |
| 15 | W. Joel Charboneau, Esq. |
| 16 | Magee, Foster, Goldstein & Sayers, P.C. |
| 17 | Post Office Box 404<br>Roanoke, Virginia 24003-0404 |
| 18 | Gordon S. Woodward, Esquire |
| 19 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 20 | 750 9th Street, NW<br>Suite 550 |
| 21 | Washington, DC 20001-4534 |
| 22 | Millman 2000 Charitable Trust |
| 23 | Attn: David Bennett<br>2400 Cherry Creek Drive South |
| 24 | Suite 7002<br>Denver, Colorado 80209-3261 |
| 25 | Valerie P. Morrison, Esquire |
| 26 | Dylan G. Trache, Esquire<br>Wiley Rein LLP |
| 27 | 7925 Jones Branch Drive, Suite 6200 |
| 28 | McLean, Virginia 22102 |

Valerie L. Marciano
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Richard E. Hagerty
Troutman Sanders LLP
1660 International Dr.
Suite 600
McLean, VA 22102

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Paul K. Campsen
150 W. Main St., Ste. 2100
Norfolk, VA 23510

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

Penny R. Stark
9861 Sunrise Lakes Blvd.
Suite 308
Sunrise, FL 33322

Robert S. Westermann
PO Box 500
Richmond, VA 23218

Michael E. Hastings, Esquire
LeClairRyan, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006

William H. Schwarzchild, III
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Ann K. Crenshaw
2101 Parks Ave., Ste. 700
Virginia Beach, VA 23415

| | |
|---|---|
| 1 | Adam R. Nelson, Esquire |
| | *Thompson*McMullan, P.C. |
| 2 | 100 Shockoe Slip, 3rd Floor |
| | Richmond, Virginia 23219 |
| 3 | |

Adam R. Nelson, Esquire
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Daniel R. Sovocool
Louis J. Cisz, III
Gina M. Fornario
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111

Kimo C. Leong
737 Bishop St., # 2060
Honolulu, HI 96813

Louis E. Dolan, Jr.
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111

Ricmac Equities Corporation
6 Harbour Point Dr.
Northport, NY 11768

David V. Cooke
201 W. Colfax Ave.
Dept. 1207
Denver, CO 80202

Jeremy S . Friedberg , Esq.
Leitess Leitess Friedberg +
Fedder PC
One Corporate Center
10451 Mi ll Run Circle
Suite 1000
Owings Mills, Maryland 21117

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite
1700
Chicago, IL 60602

Malcolm M. Mitchell, Jr.
Kara D. Lehman
Vorys, Sater, Seymour and Pease
LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Caroline R. Djang
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Stephan W. Milo
125 S. Augusta St.
Suite 2000
Staunton, VA 24401

Darrell W. Clark
STINSON MORRISON HECKER LLP
1150 18thStreet, NW
Suite 800
Washington, DC 20036-3816

LeGrand L. Clark
302 W. Washington St.
Indianapolis, IN 46204

Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606

Louis J. Cisz, III
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111

23