1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITOR
6  PLACER, CALIFORNIA
   A CALIFORNIA TAXING AUTHORITY
7

8              IN THE UNITED STATES BANKRUPTCY COURT

9             FOR THE EASTERN DISTRICT OF VIRGINIA

10                      RICHMOND DIVISION

11
   In re:                        )    Case No. 08-35653 KRH
12                                )
   CIRCUIT CITY STORES, INC., et al  )   Chapter 11
13                                )
          Debtor(s).              )    **AMENDED**
14                                )    **OBJECTION OF PLACER,**
                                  )    **CALIFORNIA, A CALIFORNIA**
15                                )    **TAXING AUTHORITY, TO**
                                  )    **DEBTORS' THIRTY-SEVENTH**
16                                )    **OMNIBUS OBJECTION TO**
                                  )    **CLAIMS (DISALLOWANCE OF**
17                                )    **CERTAIN TAX CLAIMS FOR NO**
   _____)    **TAX LIABILITY)**
18
19
20       Placer County, California, A California Taxing Authority, hereby

21  objects to the Debtors' Thirty-Seventh Omnibus Objection to Claims

22  (Disallowance of Certain Tax Claims for No Tax Liability) because the

23  taxes are secured taxes under 11 U.S.C Section 506(b).

24       Placer County, California is currently examining its records for

25  the taxes which are still due and owing. Placer County will amend this

26
27
28

                                    1

1  objection as soon as the information is ascertained.

2

3

4                                    Respectfully submitted

5  Dated: September 16, 2009    /s/ W. Joel Charboneau
6                                W. Joel Charboneau (VSB#68025)
                                 Magee, Foster, Goldstein & Sayers, P.C.
7                                Post Office Box 404
                                 Roanoke, Virginia 24003
8                                540-343-9800
                                 540-343-9898 (f)
9                                cmagee@mfgs.com
                                 jcharboneau@mfgs.com
10

11                               Attorneys for Claimants

12                               /s/  Martha E. Romero
13                               Martha E. Romero
                                 Romero Law Firm
14   ____                        MNR Professional Building
15   ____                        6516 Bright Avenue
                                 Whittier, California 90601
16                               562-907-6800
                                 562-907-6820 FAX
17                               romero@mromerolawfirm.com

18

19

20

21

22

23

24

25

26

27

28

2

1 | MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
2 | BMR Professional Building
6516 Bright Avenue
3 | Whittier, California 90601
(562) 907-6800
4 | (562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com
5 |
Attorney for SECURED CREDITOR
6 | PLACER, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY
7 |

8 |                **IN THE UNITED STATES BANKRUPTCY COURT**

9 |                **FOR THE EASTERN DISTRICT OF VIRGINIA**

10 |                      **RICHMOND DIVISION**

11 |
In re:                          )    Case No. 08-35653 KRH
12 |                                )
CIRCUIT CITY STORES, INC., et al )    Chapter 11
13 |                                )
         Debtor(s).               )
14 |                                )    **CERTIFICATE OF SERVICE TO**
                                   )    **OBJECTION OF PLACER,**
15 |                                )    **CALIFORNIA, A CALIFORNIA**
                                   )    **TAXING AUTHORITY, TO**
16 |                                )    **DEBTORS' THIRTY-SEVENTH**
                                   )    **OMNIBUS OBJECTION TO**
17 |                                )    **CLAIMS (DISALLOWANCE OF**
                                   )    **CERTAIN TAX CLAIMS FOR NO**
18 | ————————————————————————       )    **TAX LIABILITY)**

19 |
20 |     TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF

INTEREST:
21 |
22 |     I certify that a true and correct copy of the foregoing has

been served via first class U.S. Mail and/or electronically on this
23 |
// 
24 |
//
25 |
//
26 |
27 |
28 |

                                 1

1 | 8th day of September 2009.

2

3 |       Respectfully submitted

4 | Dated: September 8, 2009    ROMERO LAW FIRM

5

6 |       By /s/ MARTHA E. ROMERO
      MARTHA E. ROMERO (CA-128144)

7 |       Attorney for Secured Creditor County
      of Placer, CA

8 |       A California Taxing Authority

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

1  Daniel F. Blanks
   McGuireWoods LLP
2  9000 World Trade Center
   101 W. Main St.
3  Norfolk, VA 23510

4  Dion W. Hayes
   McGuireWoods LLP
5  One James Center
   901 E. Cary St.
6  Richmond, VA 23219

7  Debtor Designee
   Bruce H. Besanko
8  9950 Mayland Drive
   Richmond, VA 23233
9
   Brad R. Godshall
10 Pachulski Stang Ziehl & Jones,
   LLP
11 10100 Santa Monica Blvd.
   11th Floor
12 Los Angeles, CA 90067-4100

13 John D. Fiero
   Pachulski Stang Ziehl & Jones LLP
14 150 California Street, 15th Floor
   San Francisco, CA 9411-4500
15
   Lynn L. Tavenner
16 Tavenner & Beran, PLC
   20 North Eighth Street, 2nd Floor
17 Richmond, VA 23219

18 Robert J. Feinstein
   Pachulski Stang Ziehl & Jones LLP
19 780 Third Ave. 36th Floor
   New York, NY 10017
20
   Court Reporter
21 Crane-Snead & Associates, Inc.
   4914 Fitzhugh Ave, Ste 203
22 Richmond, VA 23230-3435
23
24 Simon Property Group, Inc.
   Attn: Ronald M. Tucker, Esq.
25 225 West Washington Street
   Indianapolis, Indiana 46204
26

27

28 Jeffrey Scharf
   Taxing Authority Consulting

Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Mitchell B. Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Bruce H. Matson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, Texas 77008

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Laura Lawton Gee
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

3

| | |
|---|---|
| 1 | Andrew S. Conway | Jeremy S. Friedberg, Esq. |

Andrew S. Conway
200 East Long Lake Rd.
Suite 300
Bloomfield Hills, Michigan 48304

Jeremy S. Friedberg, Esq.
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Marc Barreca
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Eric C. Rusnak
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006-1600

Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA 30305

Min Park, Esquire
Connolly Bove Lodge & Hutz LLP
1875 Eye Street NW, 11th Floor
Washington, DC 20006

Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

Richard E. Lear
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Dr., Suite 6200
McLean, Virginia 22102

Jeffrey L. Tarkenton
Todd D. Ross
Womble Carlyle Sandridge & Rice,
PLLC
1401 Eye Street, N.W., Suite 700
Washington, D.C. 20005

Jaime S. Dibble
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

David M. Poitras
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Michael L. Cook
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Roy M. Terry, Jr., Esq.
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, VA 23219

Richard T. Davis
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, Ohio 44504-0186

4

| | | |
|---|---|---|
| 1 | Kevin M. Newman<br>308 Maltbie St. | One Logan Square<br>Philadelphia, PA 19103 |
| 2 | Suite 200<br>Syracuse, NY 13204 | John L. Senica |
| 3 | James V. Lombardi, III | 225 W. Washington , Suite 2600<br>Chicago, IL 60606 |
| 4 | 2 Riverway, Suite 700<br>Houston, TX 77056 | Timothy F. Brown, Esq. |
| 5 | William A. Gray | Arent Fox LLP<br>1050 Connecticut Avenue, NW |
| 6 | Sands Anderson Marks & Miller<br>801 E. Main Street, Suite 1800 | Washington, DC 20036 |
| 7 | P.O. Box 1998<br>Richmond, Virginia 23218-1998 | Scott P. Carroll<br>831 East Morehead St. |
| 8 | Michael L. Tuchin | Suite 440<br>Charlotte, NC 28202 |
| 9 | 1999 Avenue of the Stars<br>39th Floor | James Donaldson |
| 10 | Los Angeles, CA 90067- 6049 | 831 East Morehead St.<br>Suite 445 |
| 11 | Katten Muchin Rosenman LLP<br>c/o Thomas J. Leanse | Charlotte, NC 28202 |
| 12 | 2029 Century Park East<br>Suite 2600 | Anne M. Magruder<br>1889 Preston White Dr. |
| 13 | Los Angeles, California 90067 | Suite 200<br>Reston, VA 20191 |
| 14 | Brian Sirower, Esq.<br>QUARLES & BRADY LLP | David A. Greer, Esquire |
| 15 | Renaissance One<br>Two North Central Avenue | The Law Offices of David A. Greer<br>PLC |
| 16 | Phoenix, Arizona 85004-2391 | 500 East Main Street, Suite 1225<br>Norfolk, VA 23510 |
| 17 | Elizabeth Weller<br>2323 Bryan St. | Robert K. Coulter |
| 18 | Suite 1600<br>Dallas, TX 75201 | Assistant United States Attorney<br>The Justin W. Williams U.S. |
| 19 | Billy Ray | Attorneys Building<br>2100 Jamieson Avenue |
| 20 | 4421 Waterfront Dr.<br>Glen Allen, VA 23060 | Alexandria, Virginia 22314 |
| 21 | Fred B. Ringel | Michael Reed<br>McCREARY, VESELKA, BRAGG & ALLEN, |
| 22 | 1345 Avenue of the Americas<br>New York, NY 10105 | P.C.<br>Attorneys for Claimant, |
| 23 | Scott R. Kipnis | Williamson County, et al.<br>P. O. Box 1269 |
| 24 | 530 Fifth Ave.<br>New York, NY 10036 | Round Rock, Texas 78680 |
| 25 | | |
| 26 | Richard M. Maseles<br>301 W. High Street, Room 670 | Richard F. Stein<br>600 East Main Street, Suite 1601 |
| 27 | P.O. Box 475<br>Jefferson City, MO 65105-0475 | Richmond, Virginia 23219-2430 |
| 28 | Regina Stango Kelbon | Michael W. Malter<br>Binder & Malter LLP |

| | |
|---|---|
| 1 | 2775 Park Ave. |
| | Santa Clara, CA 95050 |
| 2 | |
| | Ellen A. Friedman, Esq. |
| 3 | Friedman Dumas & Springwater LLP |
| | 150 Spear Street, Suite 1600 |
| 4 | San Francisco, CA 94105 |
| 5 | |
| | Jeffrey Kurtzman |
| | 260 S. Broad St. |
| 6 | Philadelphia, PA19102 |
| 7 | Elizabeth Banda |
| | PO Box 13430 |
| 8 | Arlington, TX 76094 |
| 9 | William H. Casterline, Jr. |
| | Blankingship & Keith, P.C. |
| 10 | 4020 University Drive, Suite 300 |
| | Fairfax, Virginia 22030 |
| 11 | |
| | Josef S. Athanas |
| 12 | Latham & Watkins LLP |
| | Sears Tower, Suite 5800 |
| 13 | 233 South Wacker Drive |
| | Chicago, Illinois 60606 |
| 14 | |
| | Nancy A. Washington, Esq. |
| 15 | SAIBER LLC |
| | One Gateway Center, 13th Floor |
| 16 | Newark, New Jersey 07102 |
| 17 | Eric D. Goldberg |
| | 1901 Avenue of the Stars, 12th |
| 18 | Floor |
| | Los Angeles, CA 90067 |
| 19 | |
| | Stephen W. Spence |
| 20 | 1200 N. Broom St. |
| | Wilmington, DE 19806 |
| 21 | |
| | Kenneth C. Johnson |
| 22 | 100 S. Third St. |
| | Columbus, OH 43215 |
| 23 | |
| | Attorney General of the United |
| 24 | States |
| | Main Justice Building, Room 5111 |
| 25 | 10th Street and Constitution |
| | Avenue, N.W. |
| 26 | Washington, D.C. 20530 |
| 27 | Christopher R. Belmonte, Esq.. |
| | Satterlee Stephens Burke & Burke |
| 28 | LLP |
| | 230 Park Avenue |

New York, New York 10169

William J. Factor, Esq..
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603

Michael J. Sage
Times Square Tower
7 Times Square
New York, NY 10036

Brian P. Hall
Suite 3100, Promenade II
1230 Peachtree St., NE
Atlanta, GA 30309

Robert S. Westermann, Esq.
Hirschler Fleischer, PC
PO Box 500
Richmond, Virginia 23218

Kevin G. Hroblak
7 Saint Paul St.
Baltimore, MD 21202

Raymond W. Battaglia
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, Texas 78205

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

Scott A. Stengel
ORRICK, HERRINGTON & SUTCLIFFE
LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Bonnie Holly
PO Box 2016
Bartow, FL 33831

Mark Stromberg
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

Christopher A. Camardello

| | |
|---|---|
| 1 | 225 S. Sixth St. |
| | Suite 3500 |
| 2 | Minneapolis, MN 55402 |

225 S. Sixth St.
Suite 3500
Minneapolis, MN 55402

Ernie Zachary Park
13215 E. Penn St.
Suite 510
Whittier, CA 90602

John J. Lamoureux, Esquire
CARLTON FIELDS, P. A.
4221 West Boy Scout Blvd.
10th Floor
Tampa, Florida 33607-5736
PO Box 3239
Tampa, Florida 33601-3239

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Steven J. Adams, Esquire
Stevens & Lee, PC
111 North Sixth Street
Reading, Pennsylvania 19603

Mike Lynch
One Tower Square, 5MN
Hartford, CT 06183

Lloyd B. Sarakin
1 Sony Dr., MD #1E-4
Park Ridge, NJ 07656

Michael A. Condyles
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

Jeremy W. Ryan, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19801

Edith K. Altice, Esq.
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171

Paul Rubin
Two Park Ave.
New York, NY 10016

Ruth Weinstein
1 Canon Plaza
Lake Success, NY 11042

Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Daniel J. Ansell
200 Park Ave.
New York, NY 10166

Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Michelle Leeson
PO Box 25300
Bradenton, FL 34206

Daniel T. Powers
PO Box 8321
Savannah, GA 31412

Deborah H. Devan, Esquire
Neuberger, Quinn, Gielen, Rubin &
Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

ANNE MILGRAM
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625-0119

Laura A. Otenti, Esquire
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street

7

Boston, MA 02199                          101 SW Main Street, Suite 1100
                                          Portland, OR 97204
Lawrence S. Burnat
1100 Peachtree St., NE                    Lawrence J. Hilton
Suite 800                                 19900 MacArthur Blvd.
Atlanta, GA 30309                         Suite 1050
                                          Irvine, CA 92612
Jeffrey A. Krieger
1900 Avenue of the Stars                  Jeffrey J. Graham
Suite 2100                                TAFT STETTINIUS & HOLLISTER LLP
Los Angeles, CA 90067                     One Indiana Square, Suite 3500
                                          Indianapolis, IN 46204
Peter N. Tamposi
547 Amherst St., Suite 204                William C. Crenshaw, Esq.
Nashua, NH 03063                          Powell Goldstein LLP
                                          Third Floor
Michael W. Malter                         901 New York Avenue, NW
Binder & Malter LLP                       Washington, D.C. 20001
2775 Park Ave.
Santa Clara, CA 95050                     G. David Dean
                                          300 East Lombard St.
Jeffrey N. Pomerantz, Esquire             Suite 2000
Pachulski Stang Ziehl & Jones LLP         Baltimore, MD 21202
10100 Santa Monica Blvd.
11th Floor                                Clement J. Farley
Los Angeles, CA 90067-4100                McCARTER & ENGLISH, LLP
                                          Four Gateway Center
Robert J. Feinstein, Esquire              100 Mulberry Street
Pachulski Stang Ziehl & Jones LLP         Newark, New Jersey 07102-4096
780 Third Avenue, 36th Floor
New York, NY 10017                        Ian S. Landsberg, Esq.
                                          Landsberg Margulies LLP
Lynn L. Tavenner, Esquire                 16030 Ventura Boulevard, Suite
Tavenner & Beran, PLC                     470
20 North Eighth Street, 2nd Floor         Encino, California 91436
Richmond, Virginia 23219
                                          David K. Spiro
William H. Schwarzschild, III             Cantor Arkema, PC
WILLIAMS, MULLEN                          PO Box 561
Two James Center, 16th Floor              1111 E. Main St., 16th Floor
1021 East Cary Street                     Richmond, VA 23218
Post Office Box 1320
Richmond, Virginia 23218-1320


Michael S. Kogan                          Samuel S. Oh, Esq.
9401 Wilshire Blvd., 9th Floor            Lim, Ruger & Kim, LLP
Beverly Hills, CA 90212                   1055 West Seventh Street
                                          Suite 2800
Jess R. Bressi                            Los Angeles, CA 90017
19800 MacArthur Blvd.
Suite 500                                 Christopher Combest, Esq.
Irvine, CA 92612                          500 West Madison Street, Suite
                                          3700
Justin D. Leonard                         Chicago, IL 60661
BALL JANIK LLP

8

| | | |
|---|---|---|
| 1 | Michael P. Falzone | Christopher M. Alston |
| | PO Box 500 | Foster Pepper PLLC |
| 2 | Richmond, VA 23218 | 1111 Third Avenue, Suite 3400 |
| | | Seattle, WA 98101 |
| 3 | Benjamin C. Ackerly | |
| | HUNTON & WILLIAMS LLP | R. Timothy Bryan |
| 4 | Riverfront Plaza, East Tower | Patton Boggs LLP |
| | 951 E. Byrd Street | 8484 Westpark Dr., 9th Floor |
| 5 | Richmond, VA 23219 | McLean, VA 22102 |
| | | |
| 6 | Michael S. Fox, Esq. | John G. McJunkin, Esquire |
| | Olshan Grundman Frome Rosenzweig | McKenna Long & Aldridge LLP |
| 7 | & Wolosky LLP | 1900 K Street, NW |
| | Park Avenue Tower | Washington, DC 20006 |
| 8 | 65 East 55th Street | |
| | New York, New York 10022 | Timothy A. Bortz |
| 9 | | 625 Cherry St., Room 203 |
| | C. Thomas Ebel | Reading, PA 19602 |
| 10 | 801 E. Main Street | |
| | Richmond, VA 23219 | Neil D. Goldman |
| 11 | | 510 King St. |
| | Albert A. Ciardi, III | Suite 416 |
| 12 | One Commerce Square, Suite 1930 | Alexandria, VA 22313 |
| | 2005 Market St. | |
| 13 | Philadelphia, PA 19103 | Lei Lei Wang Ekvall |
| | | 650 Town Center Dr. |
| 14 | Seth A. Drucker | Suite 950 |
| | 2290 First National Building | Costa Mesa, CA 92626 |
| 15 | 660 Woodward Ave. | |
| | Detroit, MI 48226 | Michael F. McGrath |
| 16 | | 4545 IDS Center |
| | James A. Pardo, Jr. | 80 s. Eighth St. |
| 17 | Thaddeus D. Wilson | Minneapolis, MN 55402 |
| | King & Spalding LLP | |
| 18 | 1180 Peachtree Street | Ann E. Schmitt |
| | Atlanta, Georgia 30309 | Culbert & Schmitt, PLLC |
| 19 | | 30C Catoctin Circle, SE |
| | Rudolph J. Di Massa, Jr. | Leesburg, VA 20175 |
| 20 | Duane Morris LLP | |
| | 30 South 17th Street | Colorado Structures, Inc. |
| 21 | Philadelphia, Pennsylvania 19103 | c/o Mary E. Olden, Esq. |
| | | McDonough, Holland & Allen PC |
| 22 | | 555 Capitol Mall, Suite 950 |
| | | Sacramento, CA 95814 |
| 23 | | |
| | Larry Stopol, Esquire | Douglas D. Kappler |
| 24 | Levy, Stopol & Camelo, LLP | 1888 Century Park East |
| | 1425 RexCorp Plaza | Suite 1500 |
| 25 | Uniondale, NY 11556-1425 | Los Angeles, CA 90067 |
| | | |
| 26 | Malcolm M. Mitchell, Jr. | Lionel J. Postic |
| | Vorys, Sater, Seymour and Pease | 125 Townpark Dr. |
| 27 | LLP | Suite 300 |
| | 277 South Washington Street | Kennesaw, GA 30144 |
| 28 | Suite 310 | |
| | Alexandria, VA 22314 | Anthony J. Cichello |

600 Atlantic Ave.
Boston, MA 02210

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Donald K. Ludman
6 N. Broad St., Suite 100
Woodbury, NJ 08096

Jeffrey L. Tarkenton
WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC
1401 Eye Street, NW, 7th Floor
Washington, D.C. 20005

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Thomas G. King
One Moorsbridge Road
PO Box 4010
Kalamazoo, MI 49003-4010

Sara B. Eagle, Esq.
Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Mark E. Browning
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, TX 78711-2548

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226

Gennan YusufovlTerri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Puizona 85701

John P. Dillman
PO Box 3064
Houston, TX 77253

Steven H. Newman
605 Third Ave., 16th Floor

New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

Edmond P. O'Brien
675 Third Ave.
31st Floor
New York, NY 10017

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

10

| | | |
|---|---|---|
| 1 | David R. McFarlin, Esq. | German Yusufov |
| 2 | Wolff, Hill, McFarlin & Herron, P.A. | PIMA COUNTYATTORNEY'S OFFICE<br>32 N. Stone Ave., Ste. 2100 |
| 3 | 1851 W. Colonial Drive<br>Orlando, FL 32804 | Tucson, AZ 85701 |
| 4 | | William H. Schwarzchild |
| 5 | Michael A. Condyles, Esquire<br>KUTAK ROCK LLP | Two James Center, 16th Floor<br>1021 East Cary St. |
| 6 | 1111 East Main Street, Suite 800<br>Richmond, Virginia 23219-3500 | PO Box 1320<br>Richmond, VA 23218 |
| 7 | Robert S. Westermann, Esq. | C. Thomas Ebel, Esquire |
| 8 | Hunton & Williams LLP<br>Riverfront Plaza, East Tower | Sands Anderson Marks & Miller, P.C. |
| 9 | 951 East Byrd Street<br>Richmond, Virginia 23219-4074 | 801 East Main Street, Suite 1800<br>Post Office Box 1998 |
| 10 | | Richmond, Virginia 23219 |
| 11 | Paul J. Pascuzzi<br>FELDERSTEIN FITZGERALD | J. Bennett Friedman |
| 12 | WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450 | Hamburg, Karic, Edwards & Martin LLP |
| 13 | Sacramento, CA 95814 | 1900 Avenue of the Stars, Suite 1800 |
| 14 | Dexter D. Joyner<br>4701 Preston Ave | Los Angeles, California 90067 |
| 15 | Pasadena, Texas 77505 | Augustus C. Epps, Jr., Esquire |
| 16 | Kevin M. Newman | Christian & Barton, L.L.P.<br>909 E. Main Street, Suite 1200 |
| 17 | 308 Maltie St., Suite 200<br>Syracuse, NY 13204 | Richmond, Virginia 23219 |
| 18 | William L. Wallander | Stephen E. Leach<br>LEACH TRAVELL BRITT pc |
| 19 | VINSON & ELKINS L.L.P.<br>2001 Ross Avenue, Suite 3700 | 8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22102 |
| 20 | Dallas, Texas 75201-2975 | |
| 21 | | Sheila L. Shadmand, Esq.<br>JONES DAY<br>51 Louisiana Avenue, N.W. |
| 22 | | Washington, D.C. 20001-2113 |
| 23 | | |
| 24 | Stephen A. Metz, Esquire<br>Shulman, Rogers, Gandal, Pordy & | Jeffrey B. Ellman<br>JONES DAY |
| 25 | Ecker, P.A.<br>11921 Rockville Pike, Suite 300 | 1420 Peachtree Street, N.E., Suite 800 |
| 26 | Rockville, Maryland 20852-2743 | Atlanta, Georgia 30309-3053 |
| 27 | Hale Yazicioglu, Esq.<br>Jaspan Schlesinger LLP | John B. Price<br>250 W. Main St., Ste. 1600 |
| 28 | 300 Garden City Plaza<br>Garden City, New York 11530 | Lexington, KY 40507 |

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

C. Thomas Ebel
801 E. Main St.
Richmond, VA 23219

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

Thomas G. Yoxall
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Elizabeth C. Freeman
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002

Mary A. House
1333 New Hampshire Ave., NW
Washington, DC 20036

Gregg S. Kleiner
101 California St., 5th Floor
San Francisco, CA 94111

William A. (Trey) Wood, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

Kimbell D. Gourley
The 9th and Idaho Center
225 N. 9th St., Ste. 820
PO Box 1097
Boise, ID 83701

SEYFARTH SHAW LLP
Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York 10018

Edmond P. O'Brien
675 Third Ave., 31st Floor
New York, NY 10017

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301

Roy S. Kobert
390 N. Orange Ave.
Suite 1400
Orlando, FL 32801

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Wayne R. Terry
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Byron Z. Moldo
2029 Century Park East
21st Floor
Los Angeles, CA 90067

| | | |
|---|---|---|
| 1 | Christopher Desiderio<br>437 Madison Ave. | Columbia, MO 65201 |
| 2 | New York, NY 10022 | Anthony J. Cichello<br>600 Atlantic Ave. |
| 3 | Michael R. Dal Lago<br>909 Third Avenue | Boston, MA 02210 |
| 4 | New York, New York 10022 | Gail B. Price<br>2600 Mission St. |
| 5 | Louis Benza, Esq. | Suite 206 |
| 6 | 10022 15 Metro Tech Center<br>6th Floor | San Marino, CA 91108 |
| 7 | Brooklyn, New York 11201 | Adam K. Keith, Esq.<br>Honigman Miller Schwartz and Cohn |
| 8 | Gary M. Kaplan | LLP |
| 9 | Howard, Rice, Nemerovski, Canady,<br>Falk & Rabkin | 2290 First National Building<br>660 Woodward Avenue |
| 10 | Three Embarcadero Center, 7th<br>Floor | Detroit, MI 48226 |
| 11 | San Francisco, California 94111-<br>4065 | Timothy W. Brink, Esq.<br>203 North LaSalle Street, Suite |
| 12 | | 1900 |
| 13 | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP | Chicago, IL 60601 |
| 14 | 101 Park Avenue<br>New York, New York 10178-0600 | Anne Braucher, Esq.<br>500 Eighth Street, NW |
| 15 | Andrew L. Cole | Washington, DC 20004 |
| 16 | Franklin & Prokopik, P.C.<br>The B & O Building | Rebecca L. Saitta<br>Wiley Rein LLP |
| 17 | Two N. Charles Street, Suite 600<br>Baltimore, MD 21201 | 7925 Jones Branch Drive, Suite<br>6200 |
| 18 | | McLean, Virginia 22102 |
| 19 | Henry P. Baer, Jr., Esq.<br>Finn Dixon & Herling LLP | James A. Wagner |
| 20 | 177 Broad Street<br>Stamford, CT 06901-2048 | Wagner Choi & Verbrugge<br>745 Fort Street, Suite 1900 |
| 21 | | Honolulu, Hawaii 96813 |
| 22 | Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120 | George Rosenberg, |
| 23 | Miami, FL 33131-1605 | S. Prince Street<br>Littleton, CO 80166 |
| 24 | Lisa Taylor Hudson, Esquire<br>Sands Anderson Marks & Miller,<br>P.C. | Richard I. Hutson, Esq. |
| 25 | 801 E. Main Street, Suite 1800<br>P.O. Box 1998 | Fullerton & Knowles, P .C .<br>12644 Chapel Road Suite 20 6 |
| 26 | Richmond, VA 23219 | Clifton, Virginia 20124 |
| 27 | | |
| 28 | Jordan M. Humphreys<br>Ford, Parshall & Baker<br>3210 Bluff Creek | Amy Pritchard Williams<br>Hearst Tower, 47th Floor<br>214 North Tryon Street |

Charlotte, North Carolina 28202

Gabriela P. Cacuci
100 Church Street, Room 5-223
New York, New York 10007

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

Ashley M. Chan
One Logan Square, 27th Floor
Philadelphia, PA 19103

Thomas W. Daniels
1265 Scottsville Rd.
Rochester, NY 14624

Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Michael F. Ruggio
1152 15th St. NW
Suite 800
Washington, DC 20005

Ronald G. Dunn, Esq.
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York 12207

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226


Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite
400
Virginia Beach, VA 23462

Gregory D. Grant, Esquire
Shulman, Rogers, Gandal, Pordy &
Ecker, P.A.

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

Peter J. Gurfein
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Mary A. House
Catherine E. Creely
1333 New Hampshire Avenue, N.W.

14

```
 1  Washington, D.C. 20036              One Logan Square
                                        Philadelphia, PA 19103
 2  Nicholas M. Miller, Esq.
    DLA Piper LLP (US)                  Erica S. Zaron
 3  203 North LaSalle Street            Assistant County Attorney
    Suite 1900                          County Attorney's Office
 4  Chicago, IL 60601                   2810 Stephen P. Clark Center
                                        111 N. W. First Street
 5  Anne Braucher, Esq.                 Miami, FL 33128-1993
 6  DLA Piper LLP (US)
    500 Eighth Street, NW               Eric J. Snyder
 7  Washington, DC 20004                SILLER WILK LLP
                                        675 Third Avenue
 8  Eric C. Cotton, Esquire             New York, New York 10017-5704
 9  Developers Diversified Realty
    Corporation                         Ron C. Bingham, II, Esq.
10  3300 Enterprise Parkway             STITES & HARBISON, PLLC
    P.O. Box 228042                     303 Peachtree Street, NE
11  Beachwood, Ohio 44122               2800 SunTrust Plaza
                                        Atlanta, Georgia 30308
12  William F. Gray Jr., Esq.
    Torys LLP                           Denyse Sabagh, Esquire
13  237 Park Avenue                     Duane Morris LLP
    New York, New York 10017            505 9th Street, N.W., Suite 1000
14                                      Washington, DC 20004-2166
15  Howard, Rice, Nemerovski, Canady,
    Falk & Rabkin                       Matthew E. Hoffman, Esquire
16  Attn: Gary M. Kaplan, Esq.          Duane Morris LLP
    Three Embarcadero Center, 7th       30 South 17th Street
17  Floor                               Philadelphia, Pennsylvania 19103
    San Francisco, California 94111-
18  4065                                Peter E. Strniste
                                        Robinson & Cole 1
19  Mitchell B. Weitzman, Esquire       280 Trumbull Street
    BEAN, KINNEY & KORMAN, P.C.         Hartford, CT 06103
20  2300 Wilson Boulevard, 7th Floor
21  Arlington, Virginia 22201           Neil R. Lapinski
                                        1000 West Street
22  Lauren Lonergan Taylor              Suite 1440
    Duane Morris LLP                    Wilmington, DE 19899
23  30 South 17th Street
    Philadelphia, Pennsylvania 19103
24
    Hollace Topol Cohen
25  Vivieon E. Kelley                   Douglas R. Gonzales
26  Troutman Sanders LLP                200 East Broward Blvd.
    405 Lexington Avenue                Suite 1900
27  New York, New York 10174            Fort Lauderdale, FL 33301
28  John Lucian, Esquire                Dennis J. Drebsky
    Blank Rome LLP                      Christopher M. Desiderio
```

15

NIXON PEABODY, LLP
437 Madison Avenue
New York, New York 10022

Menachem O. Zelmanovitz
101 Park Ave.
New York, NY 10178

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Madeline C. Wanslee
201 E. Washington St.
Suite 800
Phoenix, AZ 85004

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Louis Benza, Esq.
Senior Executive Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center
6th Floor
Brooklyn, New York 11201

Rebecca L. Saitta, Esquire
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102

John E. Hilton
120 S. Central
Suite 1800
Clayton, Missouri 63105

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Peter C. Hughes
1500 Market St.
Suite 3500E
Philadelphia, PA 19103

Christopher L. Perkins

LeClairRyan, A Professional
Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23218-2499

Joon M. Khang
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

Gary T. Holtzer
767 Fifth Ave.
New York, NY 10153

Brenda Moody Whinery, Esq.
MESCH, CLARK & ROTHSCHILD, P.C.
259 N Meyer Avenue
Tucson AZ 85701

Wendy M. Mead
11 Pleasant St.
Suite 30
Worcester, MA 01609

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Victoria A. Reardon
Cadillac Place, Ste. 10-100
3030 W. Grand Blvd.
Detroit, MI 48202

Walter W. Kelley
PO Box 70879
Albany, GA 31708

Michael J. Darlow
1235 North Loop West
Suite 600
Houston, TX 77008

Lawrence A. Katz
Venable LLP
8010 Towers Crescent Drive, Suite
300
Vienna, Virginia 22182-2707

16

```
 1  Linda D. Regenhardt              Attn: James H. Rollins
    Gary & Regenhardt PLLC           One Atlantic Center
 2  8500 Leesburg Pike, Suite 7000   Suite 2000
    Vienna, Virginia 22182-2409      1201 W. Peachtree St.
 3                                   Atlanta, GA 30309
 4  Davor Rukavina
    500 N. Akard St.                 Kurt M. Kobiljak
 5  Suite 3800                       Edelson Building, Suite 200
    Dallas, TX 75201                 Wyandotte, Michigan 48192
 6
    David McCall                     Aaron R. Cahn
 7  777 East 15th St.                2 Wall St.
    Plano, TX 75074                  New York, NY 10005
 8
 9  Betsy Johnson Burn               J. Scott Douglass
    PO Box 11070                     909 Fannin
10  Columbia, SC 29201               Suite 1800
                                     Houston, TX 77010
11  Travis A. Sabalewski
    REED SMITH LLP                   Christopher B. Mosley
12  Riverfront Plaza- West Tower     1000 Throckmorton St.
    901 E. Byrd St.                  Fort Worth, TX 76102
13  Suite 1700
    Richmond, VA 23219               Robert E. Greenberg
14                                   1101 Seventeenth St., NW
15  Kurt F. Gwynne                   Suite 700
    REED SMITH LLP                   Washington, DC 20036
16  1201 N. Market St.
    Suite 1500                       Michael K. McCrory, Esquire
17  Wilmington, DE 19801             BARNES&THORNBURG LLP
                                     11 SouthMeridian Street
18  Joseph D. Frank                  Indianapolis, Indiana 46204
    Jeremy C. Kleinman
19  Frank/Gecker LLP                 Noelle M. James, Esquire
    325 North LaSalle Street, Suite  CHRISTIAN & BARTON, LLP
20  625                              909 East Main Street, Suite 1200
    Chicago, Illinois 60654          Richmond, Virginia 23219
21
22  PriceGrabber.com Inc.            Richard I. Hutson, Esq.
    Attn: Katerina Canyon            Fullerton & Knowles, P.C.
23  5150 Goldleaf Circle, 2nd Floor  12644 Chapel Road Suite 206
    Los Angeles, California 90056    Clifton, Virginia 20124
24
25
26  Dominic L. Chiariello            GIBBONS P.C.
    CHIARIELLO & CHIARIELLO          Mark B. Conlan, Esq.
27  118-21 Queens Boulevard          One Gateway Center
    Forest Hills, New York 11375     Newark, New Jersey 07102-5310
28
    Plazas Las Americas, Inc.        James M. Lewis, Esquire
```

| | |
|---|---|
| Holland & Knight LLP | Linda D. Regenhardt |
| 1600 Tysons Boulevard, Suite 700 | Gary & Regenhardt PLLC |
| McLean, Virginia 22102 | 8500 Leesburg Pike, Suite 7000 |
| | Vienna, Virginia 22182-2409 |
| Robert R. Musick | |
| *Thompson*McMullan, P.C. | Michael P. Falzone |
| 100 Shockoe Slip | PO Box 500 |
| Richmond, Virginia 23219 | Richmond, VA 23218 |
| CB Blackard | Robert C. Edmundson |
| 301 E. Dave Ward Dr. | Office of Attorney General |
| PO Box 2000 | 564 Forbes Avenue, 5th Floor, |
| Conway, AR 72033 | Manor Bldg. |
| | Pittsburgh, PA 15219 |
| Donald G. Scott | |
| 605 W. 47th St. | Alberto Burnstein |
| Suite 350 | 140 W. Flagler St. |
| Kansas City, MO 64112 | Suite 1403 |
| | Miami, FL 33130 |
| Christi M. Carrano | |
| 270 Quinnipac Ave. | DelBello Donnellan Weingarten |
| North Haven, CT 06473 | One North Lexington Ave. |
| | White Plaints, NY 10601 |
| Terri L. Gardner | |
| Anitra Goodman Royster | Gary V. Fulghum |
| Nelson Mullins Riley & | 2800 Commerce Tower, 911 Main |
| Scarborough LLP | Kansas City, MO 64105 |
| 4140 Parklake Avenue | |
| Raleigh, NC 27612 | Brian T. Hanlon |
| | Post Office Box 3715 |
| Tennessee Department of Revenue | West Palm Beach, Florida 33402 |
| c/o TN Attorney General's Office | |
| Bankruptcy Division | Linda D. Regenhardt |
| PO Box 20207 | Gary & Regenhardt PLLC |
| Nashville, Tennessee 37202-0207 | 8500 Leesburg Pike, Suite 7000 |
| | Vienna, Virginia 22182-2409 |
| Judy Gawlowski | |
| 200 Allegheny Center Mall | W. Joel Charboneau |
| Pittsburgh, Pa. 15212 | Magee, Foster, Goldstein & |
| | Sayers, P.C. |
| Troy Savenko, Esquire | Post Office Box 404 |
| Gregory Kaplan, PLC | Roanoke, Virginia 24003 |
| 7 East Second Street | |
| Post Office Box 2470 | |
| Richmond, VA 23218-2470 | |
| James E. Clarke | Paul A. Driscoll |
| Draper & Goldberg, PLLC | PENDER & COWARD, P.C. |
| 803 Sycolin Road, Suite 301 | 222 Central Park Avenue |
| Leesburg, Virginia 20175 | Suite 400 |
| | Virginia Beach, VA 23462 |

| | | |
|---|---|---|
| 1 | Michael P. Falzone | Suite 800 |
| | PO Box 500 | Salt Lake City, UT 84101 |
| 2 | Richmond, VA 23218 | |
| 3 | | Darlene M. Nowak |
| | Christopher A. Camardello | Marcus & Shapira LLP |
| 4 | 225 South Sixth St. | 35 Floor, One Oxford Center |
| | Suite 3500 | 301 Grant Street |
| 5 | Minneapolis, MN 55402 | Pittsburgh, PA 15219 |
| 6 | Edward L. Rothberg | Lawrence H. Glanzer, Esquire |
| | Jessica L. Hickford | Roussos, Lassiter, Glanzer & |
| 7 | 11 East Greenway Plaza | Marcus, P.L.C. |
| | Suite 1400 | 580 East Main Street, Suite 300 |
| 8 | Houston, Texas 77046 | Norfolk, VA 23510 |
| 9 | | |
| | Shawn M. Christianson, Esq. | Rhett Petcher |
| 10 | Buchalter Nemer, A Professional | Seyfarth Shaw LLP |
| | Corporation | 975 F. Street NW |
| 11 | 333 Market Street, 25th Floor | Washington D.C. 20004 |
| | San Francisco, California 94105 | |
| 12 | | Karen L. Gilman |
| | Michael P. Falzone | WOLFF & SAMSON PC |
| 13 | PO Box 500 | One Boland Drive |
| | Richmond, VA 23218 | West Orange, New Jersey 07052 |
| 14 | | |
| 15 | Frederick Black | J.R. Smith |
| | Tara B. Annweiler | HUNTON & WILLIAMS LLP |
| 16 | Greer, Herz & Adams, LLP | Riverfront Plaza, East Tower |
| | One Moody Plaza, 18th Floor | 951 East Byrd Street |
| 17 | Galveston, Texas 77550 | Richmond, Virginia 23219-4074 |
| 18 | Washington Green TIC | Raul A. Cuervo |
| | c/o Bradley S. Copeland | JORDEN BURT LLP |
| 19 | PO Box 1758 | 1025 Thomas Jefferson St., N.W. |
| | Eugene, OR 97440 | Suite 400 East |
| 20 | | Washington, DC 20007 |
| 21 | Woods Rogers PLC | |
| | Richard C. Maxwell | Gregory Lee McCall |
| 22 | 10 South Jefferson Street | PO Box 9000 |
| | Suite 1400 | Forrest City, Arkansas 72336 |
| 23 | P.O. Box 14125 | |
| | Roanoke, Virginia 24038-4125 | |
| 24 | | |
| 25 | | |
| 26 | Matthew Righetti | |
| | 456 Montgomery St., Ste. 1400 | Denise Mondell |
| 27 | San Francisco, CA 94104 | Assistant Attorney General |
| | | P.O. Box 120 |
| 28 | Joel T. Marker | 55 Elm Street, Fourth Floor |
| | 170 South Main | Hartford, CT 06141-0120 |

| | |
|---|---|
| Valerie L. Marciano<br>JABURG & WILK, P.C.<br>3200 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 | Magee, Foster, Goldstein & Sayers, P.c.<br>Post Office Box 404<br>Roanoke, Virginia 24003-0404 |
| JEFF KLUSMEIER<br>Assistant Attorney General<br>P.O. Box 899<br>Jefferson City, Missouri 65102 | R. Lee Allen, Esq.<br>Suite 800 Illinois Building<br>P.O. Box 5131<br>Springfield, Illinois 62705 |
| R. Chase Palmer<br>PALMER LAW FIRM, INC.<br>P. O. Drawer M<br>Marshall, TX 75671 | Michael J. O'Grady, Esq.<br>Frost Brown Todd LLC<br>201 E. Fifth Street<br>Suite 2200<br>Cincinnati, OH 45202 |
| Ann Marie Bredin, Esq.<br>DLA Piper LLP (US)<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, IL 60601 | Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825 |
| Shannon E. Hoff<br>301 South College St.<br>Suite 2300<br>Charlotte, NC 28202 | R. Timothy Brian<br>8484 Westpark Dr., 9th floor<br>McLean, VA 22102 |
| Brian D. Womac<br>Two Memorial City Plaza<br>820 Gessner<br>Suite 1540<br>Houston, TX 77024 | Kenneth Miller<br>9401 Wilshire Blvd.<br>9th Floor<br>Beverly Hills, CA 90212 |
| William A. Gray<br>801 E. Main St.<br>Richmond, VA 23219 | Michael H. Izsak<br>1505 S. Big Bend Blvd.<br>St. Louis, MO 63117 |
| Paul J. Laurin, Esq.<br>Stephen M. Astor, Esq.<br>Laurin & Associates<br>280 South Beverly Drive<br>Suite 304<br>Beverly Hills, California 90212 | Clement & Wheatley<br>Attn: Darren W. Bentley, Esq.<br>549 Main Street<br>P.O. Box 8200<br>Danville, Virginia 24543-8200 |
| | Kenneth B. Roseman<br>105 W. Madison St.<br>Suite 810<br>Chicago, IL 60602 |
| Linda J. Brame<br>P.O. Box 700<br>Marion, IL 62959<br><br>W. Joel Charboneau, Esq. | Paul K. Campsen<br>150 West Main St.<br>PO Box 3037<br>Norfolk, VA 23514 |

20

```
1   Terrance A. Hiller                    Michael E. Lacy
    25800 Northwestern Highway            1001 Haxall Point
2   Suite 950                             Richmond, VA 23219
    Southfield, MI 48075
3                                         Timothy C. Bass
4   Ted A. Berkowitz                      GREENBERG TRAURIG, LLP
    Farrell Fritz, P.C.                   2101 L Street, N.W., Suite 1000
5   1320 RexCorp Plaza                    Washington, DC 20037
    Uniondale, New York 11556-1320
6                                         Virginia E. Robinson
    William D. Buckner                    GREENBERG TRAURIG, LLP
7   3146 Redhill Ave.                     1750 Tysons Boulevard, Suite 1200
    Suite 200                             McLean, VA 22102
8   Costa Mesa, CA 92626
9                                         Peter J. Carney
    Adam R. Nelson, Esquire (VSB No.      WHITE & CASE LLP
10  39137)                                3000 El Camino Real
    100 Shockoe Slip, 3rd Floor           5 Palo Alto Square, 9th Floor
11  Richmond, Virginia 23219              Palo Alto, CA 94306

12  Elizabeth A. Elam                     J. Seth Moore
    6000 Western Place                    1700 Pacific Ave.
13  Suite 200                             Suite 4400
    I-30 @ Bryant-Irvin Rd.               Dallas, TX 75201
14  Fort Worth, TX 76107
15                                        Valerie P. Morrison
    Matthew Righetti                      7925 Jones Branch Dr.
16  456 Montgomery St.                    Suite 6200
    Suite 1400                            McLean, VA 22102
17  San Francisco, CA 94104
                                          Albert F. Quintrall
18  Paul M. Black, Esq.                   1550 Hotel Circle North
    Spilman Thomas & Battle, PLLC         Suite 120
19  P. O. Box 90                          San Diego, CA 92108
    Roanoke, VA 24002
20                                        Penny R. Stark
    Sara L. Chenetz, Esq.                 17 Bon Pinck Way
21  Sonnenschein Nath & Rosenthal LLP     East Hampton, NY 11937
22  601 South Figueroa Street
    Suite 2500
23  Los Angeles, CA 90017-5704            Joseph M. DuRant, Deputy City
    Troy Savenko, Esquire                 Attorney
24  Gregory Kaplan, PLC                   Office of the City Attorney
    7 East Second Street (23224-4253)     City of Newport News, Virginia
25  Post Office Box 2470                  2400 Washington Avenue, 9th Floor
    Richmond, VA 23218-2470               Newport News, VA 23607
26
27  J. Seth Moore                         Henry (Toby) P. Long III
    1700 Pacific Ave.                     Thomas N. Jamerson
28  Suite 4400                            Hunton & Williams, LLP
    Dallas, TX 75201                      Riverfront Plaza, East Tower
```

21

1  951 East Byrd Street                     McLean, VA 22102
   Richmond, VA 23219-4074
2                                           Nancy Hotchkiss, Esq.
   Kern County Treasurer-Tax                Trainor Fairbrook
3  Collector                                980 Fulton Avenue
   Attn: Bankruptcy Div.                    Sacramento, California 95825
4  c/o Angelica Leon
5  PO Box 579                               Paul K. Campsen
   Bakersfield, CA 93302                    150 W. Main St., Ste. 2100
6                                           Norfolk, VA 23510
   Linda J. Brame
7  P.O. Box 700                             Troy Savenko, Esquire
   Marion, IL 62959                         Gregory Kaplan, PLC
8                                           7 East Second Street (23224-4253)
   W. Joel Charboneau, Esq.                 Post Office Box 2470
9  Magee, Foster, Goldstein &               Richmond, VA 23218-2470
   Sayers, P.C.
10 Post Office Box 404                      Penny R. Stark
11 Roanoke, Virginia 24003-0404             9861 Sunrise Lakes Blvd.
                                            Suite 308
12 Gordon S. Woodward, Esquire              Sunrise, FL 33322
   SCHNADER HARRISON SEGAL & LEWIS
13 LLP                                      Robert S. Westermann
   750 9th Street, NW                       PO Box 500
14 Suite 550                                Richmond, VA 23218
15 Washington, DC 20001-4534
                                            Michael E. Hastings, Esquire
16 Millman 2000 Charitable Trust            LeClairRyan, A Professional
   Attn: David Bennett                      Corporation
17 2400 Cherry Creek Drive South            1800 Wachovia Tower, Drawer 1200
   Suite 7002                               Roanoke, Virginia 24006
18 Denver, Colorado 80209-3261
                                            William H. Schwarzchild, III
19 Valerie P. Morrison, Esquire             Two James Center, 16th Floor
   Dylan G. Trache, Esquire                 1021 East Cary St.
20 Wiley Rein LLP                           PO Box 1320
21 7925 Jones Branch Drive, Suite           Richmond, VA 23218
   6200
22 McLean, Virginia 22102                   Ann K. Crenshaw
                                            2101 Parks Ave., Ste. 700
23                                          Virginia Beach, VA 23415
   Valerie L. Marciano
24 JABURG & WILK, P.C.                      Adam R. Nelson, Esquire
   3200 N. Central Avenue, Suite            ThompsonMcMullan, P.C.
25 2000                                     100 Shockoe Slip, 3rd Floor
   Phoenix, Arizona 85012                   Richmond, Virginia 23219
26
27 Richard E. Hagerty                       Daniel R. Sovocool
   Troutman Sanders LLP                     Louis J. Cisz, III
28 1660 International Dr.                    Gina M. Fornario
   Suite 600                                NIXON PEABODY LLP

                                     22

One Embarcadero Center
18th Floor
San Francisco, California 94111

Ricmac Equities Corporation
6 Harbour Point Dr.
Northport, NY 11768

Jeremy S . Friedberg , Esq.
Leitess Leitess Friedberg +
Fedder PC
One Corporate Center
10451 Mi ll Run Circle
Suite 1000
Owings Mills, Maryland 21117

Malcolm M. Mitchell, Jr.
Kara D. Lehman
Vorys, Sater, Seymour and Pease
LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Caroline R. Djang
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Darrell W. Clark
STINSON MORRISON HECKER LLP
1150 18thStreet, NW
Suite 800
Washington, DC 20036-3816

Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Kimo C. Leong
737 Bishop St., # 2060
Honolulu, HI 96813

Louis E. Dolan, Jr.
NIXON PEABODY LLP

One Embarcadero Center
18th Floor
San Francisco, California 94111

David V. Cooke
201 W. Colfax Ave.
Dept. 1207
Denver, CO 80202

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite
1700
Chicago, IL 60602

Ann K. Crenshaw
2101 Parks Ave.
Suite 700
Virginia Beach, VA 23415

Stephan W. Milo
125 S. Augusta St.
Suite 2000
Staunton, VA 24401

LeGrand L. Clark
302 W. Washington St.
Indianapolis, IN 46204

Louis J. Cisz, III
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111

23