IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                                             :

In re:                                             :       Chapter 11

CIRCUIT CITY STORES, INC., et al.    :       Case No. 08-35653-KRH

             Debtors.              :       Jointly Administered
                                           :       Judge Kevin R. Huennekens
------------------------------------------------------ x

**ORDER GRANTING MOTION FOR LEAVE
OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the *Motion for Leave of Court to Attend Hearing by Telephone* (the "*Motion*") filed by Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. (collectively, the "*Assurant Companies*"), and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion is **GRANTED** and Raul A. Cuervo is permitted to appear and be heard by telephone at the hearing on September 16, 2009 on behalf of the Assurant Companies.

| | |
|---|---|
| J.R. Smith [VSB No. 41913]<br>**HUNTON & WILLIAMS LLP**<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218<br><br>*Counsel for American Bankers*<br>*Insurance Company of Florida,*<br>*Federal Warranty Service*<br>*Corporation, Sureway, Inc.,*<br>*United Service Protection, Inc.*<br>*and Assurant, Inc.* | Raul A. Cuervo [DCB No. 463718]<br>**JORDEN BURT LLP**<br>1025 Thomas Jefferson St., N.W.<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: (202) 965-8100<br>Facsimile: (202) 965-8104 |

2

ENTERED in Richmond, Virginia this _____ day of _____, 2009.

                                              _____
                                              United States Bankruptcy Judge

Case 08-35653-KRH    Doc 4937    Filed 09/17/09    Entered 09/17/09 09:38:29    Desc Main
Document      Page 2 of 5

WE ASK FOR THIS:


 /s/  J.R. Smith
J.R. Smith [VSB No. 41913]
**Hunton & Williams LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

- and -


Raul A. Cuervo [DCB No. 463718]
**Jorden Burt LLP**
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104


*Counsel for American Bankers Insurance Company of Florida, Federal Warranty Service Corporation, Sureway, Inc., United Service Protection, Inc., and Assurant, Inc*

## **LOCAL RULE 9022-1(C)(1) CERTIFICATION**

I hereby certify that the foregoing has been either endorsed by or served upon all necessary parties, via the Court's CM/ECF system and the following parties via overnight mail, on this 15th day of September, 2009.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the United States Trustee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

4

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for Official Committee of Unsecured Creditors*

/s/___J.R. Smith_____