UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| Debtor. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF COUNSEL FOR FOOD LION, LLC

PLEASE TAKE NOTICE that Linda Lemmon Najjoum of the law firm of Hunton & Williams, LLP, hereby withdraws her appearance on behalf of Food Lion, LLC, in the above-styled jointly administered bankruptcy proceedings. This Notice applies only to the attorney listed in the preceding sentence and does not represent a notice of withdrawal of any other attorney at the law firm of Hunton & Williams, LLP, on behalf of any other creditor or party in interest.

                                          /s/ Linda Lemmon Najjoum
                            Linda Lemmon Najjoum (VSB No. 22584)
                            Hunton & Williams LLP
                            1751 Pinnacle Drive, Suite 1700
                            McLean, Virginia 22102
                            (703) 714-7442

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2009, the undersigned caused the foregoing Notice of Withdrawal of Appearance as Counsel for Food Lion, LLC, to be served electronically through ECF or by first class mail, postage prepaid, upon the following persons:

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Counsel for Official Committee of Unsecured Creditors*

              /s/ Linda Lemmon Najjoum