IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In Re: CIRCUIT CITY STORES, INC., | § | Case No. 08-35653-KRH |
| Debtors. | § | (Chapter 11) |
| | § | (Jointly Administered) |
| | § | |

## NOTICE OF WITHDRAWAL OF
## APPEARANCE AS COUNSEL FOR ANTOR MEDIA CORPORATION

**PLEASE TAKE NOTICE** that Ryan E. Manns, Esq., Robert Chiaviello, Jr., Brett C. Govett, Esq., Michael Regitz, Esq., and the law firm of Fulbright & Jaworski L.L.P. hereby withdraw their appearances on behalf of the party in interest, ANTOR MEDIA CORPORATION, 3100 Independence Parkway Suite 311 #301, Plano, Texas 75075 USA; and c/o Mr. Jean-Paul Castille, 27 Route de Vidauque, Cavaillon 84300 FRANCE, in the above-styled jointly-administered bankruptcy matter.

**Dated: September 11, 2009**               Respectfully submitted,

                                            **Fulbright & Jaworski L.L.P.,**

                                            **By Counsel**

                                            /s/ Ryan E. Manns, Esq.
                                            Ryan E. Manns, Esq., TSB # 24041391
                                            Robert Chiaviello, Jr., Esq. TSB # 04190720
                                            Brett C. Govett, Esq. TSB # 08235900
                                            Michael Regitz, Esq. TSB # 24051238
                                            Fulbright & Jaworski L.L.P.
                                            2200 Ross Avenue, Suite 2800
                                            Dallas, Texas 75201
                                            Telephone: (214) 855-8000
                                            Facsimile: (214) 855-8200

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2009, that I will cause a copy of the foregoing to be served by electronic means and/or by U.S. Mail, First Class, postage-prepaid, to the persons required to be served pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures in this case, as set forth in the attached Service List.

/s/ Ryan E. Manns, Esq.
Ryan E. Manns, Esq.

## SERVICE LIST

*Counsel for Debtor*
**Circuit City Stores, Inc.**

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W.
Main St.
Norfolk, VA 23510
757-640-3774
Fax : 757-640-3963
Email: dblanks@mcguirewoods.com

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
804-775-1144
Email: dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510
(757) 640-3715
Fax : (757) 640-3957
Email: dfoley@mcguirewoods.com

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302) 651-3000
Email: gregg.galardi@skadden.com

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302)651-3000
Email: ian.fredericks@skadden.com

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1135
Email: jsheerin@mcguirewoods.com

70598834.2

- 3 -

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000
Email: sboehm@mcguirewoods.com

*Debtor Designee:*
**Bruce H. Besanko**
**Executive Vice President & CFO**
**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

*U.S. Trustee:*

**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
804-771-2310
represented by **Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310
Fax : 804-771-2330
Email: Robert.B.Van.Arsdale@usdoj.gov

*Creditor Committee*
*Official Committee of Unsecured Creditors:*
represented by:

**Alan J. Kornfeld**
**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
310-277-6910
Email: bgodshall@pszjlaw.com

**Gillian N. Brown**
**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910
Email: jpomerantz@pszjlaw.com

**John M. Brom**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7146
Email: jbrom@querrey.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
(415) 263-7000
Email: jfiero@pszjlaw.com

**John A. Morris**
**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300
Fax : 804-783-0178
Email: ltavenner@tblawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
804-783-8300
Fax : 804-783-0178
Email: pberan@tb-lawfirm.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710
Email: rfeinstein@pszjlaw.com