- Debtor's Attorney: Skadden, Arps, Slate, Meagher & Flom LLP

- Debtors: Circuit City Stores Inc.

- Case #:08-35653

- Title of objection: Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan)

- Claimant's name: James Oldenburg

- Persons with personal knowledge of the facts:

    o Robert Fischbeck, (608) 345-0777, 3112 Weybridge Drive, Sun Prairie, WI, 53590 rfischbeck@yahoo.com

    o Derek Siddons, (847) 894-3071, derek_siddons@yahoo.com


To Whom It May Concern:

This letter is in regards to the Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) in Case #08-35653 (Circuit City Stores Inc.). My specific claim number is #8831 (Oldenburg, James).

In the paperwork that was provided to me about the Short Term Incentive program, the document clearly stated that even in the event of the company filing for bankruptcy, the entire amount of the short-term incentive would be paid out in full. The plan was for the amount to be dispersed over 3 years at $5,000 per year but if the company ceased to exist, there would be a onetime payout of $15,000.

This was the only documentation provided in regards to the short-term incentive plan. I contend that the liquidation contingency referred to in the document has come to fruition and payout of the $15,000 is the correct and legal course of action at this point.

Thank you for your time,

James Oldenburg

