RICHMOND DIVISION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

F
I
L
E
D

SEP 1 5 2009

CLERK
U.S. BANKRUPTCY COURT

-------------------------------------------------------------X

In Re:

Chapter 11

CIRCUIT CITY STORES, INC.,
*et al.,*

Case No.: 08-35653 (KRH)

Debtors.

Jointly Administered

-------------------------------------------------------------X

## RESPONSE TO DEBTOR'S OMNIBUS OBJECTION OF CLAIMS
## AND A REQUEST FOR A HEARING

PLEASE TAKE NOTICE that claimant KHANAM FATIMA AKHTER, claim number

5111, hereby opposes the relief requested in the Objection. Pursuant to a Notice of Debtors

Omnibus Objection to claims dated August 20, 2009, we submit the following:

A.      The claimant's name is KHANAM FATIMA AKHTER.  The amount of the claim

is for $500,000.00 as compensation for personal injuries sustained on March 12, 2008. On that

date, the claimant was lawfully within a Circuit City store formerly located at 5th Avenue and

43rd Street, New York, New York when she was caused to trip and fall.

B.      The claimant is represented by RIMLAND & ASSOCIATES, located at 32 Court

Street, Suite 1506, Brooklyn, New York 11201. The telephone number is (718) 222-1919. This

office, as her attorneys, are familiar with the relevant facts that support this response. Claimant

KHANAM FATIMA AKHTER, a retail business invitee, had shopped at the aforementioned

Circuit City store and was informed that the item sought was not in that store's stock. The

Claimant was exiting the premises when she was caused to trip and fall over an empty loading

cart near the register at the front of the store. The occurrence was witnessed by store employees,

including one Andre Whaley who apologized to the claimant following this occurrence.

Photographs of the accident scene are attached hereto.

     The legal basis of liability on the part of the Debtor is one in negligence, in that the

placement of the loading cart in a area frequented by the Store's patrons was a dangerously

caused and created condition by the Debtor, its employees, agents and/or servants. The negligent

placement of said loading cart created an optical illusion and tripping hazard for the claimant

who was unable to see the cart before she tripped and fell.

     Copies of the relevant medical records and health insurance claim form are attached

herewith, which consist of the following:

    i.    Bellevue Hospital, ER records, dated March 12, 2008
    ii.   Beth Israel Medical Center, ER records, dated March 17, 2008
    iii.  Laxmihar Diwan, M.D., narrative report dated May 5, 2008
    iv.  KLS Medical, P.C., reports dated March 26, 2008 to September 22, 2008
    v.   Yongming Mao Physician, PC., records dating April 14, 2008 to August 25, 2008.
    vi.  Bromer Medical, PC, MRI report of cervical spine dated August 19, 2008

    C.    The claimant's address is as follows:
          KHANAM FATIMA AKHTER
          40 Waterside Plaza, Apartment 26E
          New York, New York 10010

          The Claimant's Attorneys are as follows:
          RIMLAND & ASSOCIATES
          32 Court Street, Suite 1506
          Brooklyn, New York 11201
          (718) 222-1919
          (718) 222-1901 (facsimile)

    D.    Attorney EDWARD RIMLAND has the authority to reconcile, settle or otherwise

resolve the objection on behalf of the Claimant herein.

    E.    The Claimant requests a hearing on this Response to the Debtor's Objection.

Dated: Brooklyn, New York
     September 14, 2009

Yours, etc.,

RIMLAND & ASSOCIATES

By: Edward Rimland, Esq.
Attorney for Claimant
KHANAM FATIMA AKHTER
32 Court Street, Suite 1506
Brooklyn, New York 11201
(718) 222-1919

## CERTIFICATION/AFFIRMATION OF MAILING

EDWARD RIMLAND, ESQ., being duly sworn, affirms and says that your deponent is

not a party to this action, is over 18 years of age and resides in NASSAU, New York.

That on the 14th Day of September 2009, deponent served the within **RESPONSE TO**

**DEBTOR'S OMNIBUS OBJECTION OF CLAIMS AND A REQUEST FOR A HEARING**

to the following persons:

TO:   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
      One Rodney Square
      Post Office Box 636
      Wilmington, Delaware 19899-0636
      Attention:    Gregg M. Galardi
                    Ian S. Fredericks

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
      155 North Wacker Drive
      Chicago, Illinois 60606
      Attention:    Chris L. Dickerson

      MCGUIREWOODS, LLP
      One James Center
      901 E. Cary Street
      Richmond, Virginia 23219
      Attention:    Dion W. Hayes
                    Douglas M. Foley

By FIRST CLASS MAIL, by depositing a true copy of same, enclosed in a postpaid
properly addressed envelope, in an official depository under the exclusive care and custody of the
United States Post Office Department within the State of New York.

EDWARD RIMLAND, ESQ.
Attorney for Claimant
KHANAM FATIMA AKHTER



Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08





Khanan Akhter-Pictures taken 3/30/08



# KLS Medical P.C.

Dr. Xiaowei Zhang, M.D.
37-41 77th Street
Jackson Heights, NY, 11372
Tel: (718) 505-1420  Fax: (718) 505-1428

**Patient**: Akhter Khanam F.
**D.O.A.**: March 12th, 2008
**D.O.S.**: March 26th, 2008

**HISTORY OF PRESENT ILLNESS:** The patient is a 68 year-old female, who was in her usual state of health until March 12th, 2008, the patient stated that she went to Circuit City for shopping and she accidentally fell on a carrying cart and injured her right ankle. Later she went to Bellvue Hospital Emergency Room where the doctor cleaned the wound on the right ankle. After 4 days she had an x-ray of the right ankle, revealing no fracture.

**CURRENT COMPLAINTS:**
- Neck pain.
- Back pain.
- Pain in bilateral shoulders.
- Pain in bilateral wrists.
- Severe pain in the right ankle, radiating to both knees and groin area.

**MEDICATIONS:** Cozaar 100mg- taken daily, Glyburide Metformin 500mg, and Metformin 500mg.

**ALLERGIES:** The patient has no known drug allergies.

**PAST MEDICAL HISTORY:** DM, HTN, Hyperlipidemia.

**PAST SURGICAL HISTORY:** None.

**PREVIOUS INJURIES:** None.

**FAMILY HISTORY:** The patient denies.

**REVIEW OF SYSTEMS:**
All systems reviewed were within normal limits. The following information was obtained

**HEENT**: None.
**Pulmonary:** None.
**Heart & Vascular:** None.
**GI:** The patient denies bowel symptoms.

**GU:** The patient denied bladder symptoms. He denies sexual dysfunction.
**Neuromuscular System:** None.
**Musculoskeletal:** None.
**General/Constitutional:** The patient denied fever or weight loss.
**Endocrine:** None
**Integument:** None.

## PHYSICAL EXAMINATION:
### HEENT:
HEENT is normal.

### Lungs:
Lungs are clear.

### Heart:
Heart has regular rate and rhythm.

### Abdomen:
Abdomen is soft and non-tender. There are normal bowel sounds.

### Extremities:
Extremities are without clubbing, cyanosis or edema.

### Cervical Spine:
There is no cervical paraspinal tenderness and spasm.

### Lumbar Spine:
There is no paraspinal tenderness and spasm.

### Extremities:

### Wrist:
Examination of bilateral wrists revealed no swelling or pain.

### Ankle/Foot:
Examination of the right ankle area revealed pain with small open wound and minimal discharge. There is mild swelling in right outer aspect.

| Range of Motion | Normal | Patient (Right) |
|---|---|---|
| Dorsi – Flexion | 20° | 20° |
| Plantar Flexion | 40° | 35° |

## NEUROLOGICAL EXAMINATION:

### Cognitive:
The patient is awake, alert and oriented.

### Cranial Nerves:
Cranial nerve examination was performed on CN II-XII and no abnormalities were detected.

### Tone:
Tone is normal.

### Deep Tendon Reflexes (DTR)
[Rated on a scale from 0 to +4 with +2 being normal]:

| | | |
|---|---|---|
| **Biceps:** | Right + 2 | Left + 2 |
| **Brachioradialis:** | Right + 2 | Left + 2 |
| **Triceps** | Right + 2 | Left + 2 |
| **Patella:** | Right + 2 | Left + 2 |
| **Achilles:** | Right + 2 | Left + 2 |

### DEGREE OF DISABILITY:
The patient is temporary partially disabled.

### PRELIMINARY DIAGNOSIS:
1. Sprain of the right ankle.

### PLAN OF MANAGEMENT:
Patient is instructed about certain limitations of **his** activities.
- MRI of the right ankle; to rule out ligament tear.
- Advised the continuation of the chiropractic treatment of neck and back.
- Physical Therapy will applied to the right ankle and will be provided 3-4 times a week and will include the following modalities:
  1. Hot pack application 10-15 minutes/area, 3-5 times a week.
  2. Ultrasounds with thermal intensity at lower, medium, higher frequencies continuous cycle of 1 to 1.5 wart/sq. cum, 5-7 minutes/area, 3-4 times a week.
  3. Biphasic current electrical stimulation of 10HZ continuous cycle, sensory intensity at 250-400 micro sec., 0.5 amps, 10-15 minutes, 3-5 times a week.
  4. High voltage pulsed electrical stimulation at 50HZ 10/10 cycle +/- alternating polarity 0.5 amps, 10 minutes, 3-4 times a week.
  5. Ice Packs
  6. Range of motion therapeutic exercises on cervical and lumber spine including stretching exercises.
  7. ROM exercises to the ankle including stretching exercises.

## RECOMMENDATION:

At present time the prognosis are / remain guarded.

- Follow-up examination in 4 weeks.
- Continue physical therapy as prescribed.

Sincerely

Dr. Xiaowei Zhang, M.D.

# Yongming Mao Physician, P.C.

Dr. Yongming Mao M.D.
Neurologist & Clinical Neurophysiologist
37-41 77th Street
Jackson Heights, NY, 11372
Tel: (718) 505-1420 Fax: (718) 505-1428

**Patient:** Akhter, Khanam F.
**D.O.A.:** March 12th, 2008
**D.O.S.:** April 14th, 2008

**HISTORY OF PRESENT ILLNESS:** The patient is a 68 year-old female, who was in her usual state of health until March 12th, 2008 when she was involved in a slip and fall accident. She tripped at noon time in Circuit City because of a wagon cart and fell half way due to arms supported her; injuring her right ankle are and contusion. Patient later went to Bellevue Hospital and had stitches; she stayed for 2-3 hours. The contusion healed in 2-3 weeks.

## CURRENT COMPLAINTS:

- Neck pain.
- Pain in bilateral shoulders.
- Pain in bilateral elbows.
- Pain in bilateral wrists & hands.
- Pain in bilateral knees.
- Pain in bilateral ankles.

**MEDICATIONS:** None.

**ALLERGIES:** Seasonal Allergy & Dust.

**PAST MEDICAL HISTORY:** DM (2 medications), HTN, Lipid.

**PAST SURGICAL HISTORY:** Fibroid Surgery.

**PREVIOUS INJURIES:** None.

**FAMILY HISTORY:** Dad died due to CVA & Mom died due to DM & Asthma.

## REVIEW OF SYSTEMS:
All systems reviewed were within normal limits. The following information was obtained:

**HEENT:** None.
**Pulmonary:** None.
**Heart & Vascular:** None.

**GI:** The patient denies bowel symptoms.
**GU:** The patient denied bladder symptoms. He denies sexual dysfunction.
**Neuromuscular System:** None.
**Musculoskeletal:** None.
**General Constitutional:** The patient denied fever or weight loss.
**Endocrine:** None.
**Integument:** None.

## PHYSICAL EXAMINATION:

### HEENT:
HEENT normal.

### Lungs:
Lungs are clear.

### Heart:
Heart has regular rate and rhythm.

### Abdomen:
Abdomen is soft and non-tender. There are normal bowel sounds.

### Extremities:
Extremities are without clubbing, cyanosis or edema.

### Cervical Spine:
Mild limitation of motion; decreased by 10-20%.

| Range of Motion | Normal | Patient | % Loss of Range |
|---|---|---|---|
| Flexion | 50° | 40° | 20% |
| Extension | 60° | 48° | 20% |
| Right Lateral Flexion | 45° | 36° | 20% |
| Left Lateral Flexion | 45° | 36° | 20% |
| Right Rotation | 80° | 64° | 20% |
| Left Rotation | 80° | 64° | 20% |

### Lumbar Spine:
Range of motion is decreased by 10-20%.

| Range of Motion | Normal | Patient | % Loss of Range |
|---|---|---|---|
| Flexion | 90° | 72° | 20% |
| Extension | 25° | 20° | 20% |
| Right Lateral Flexion | 25° | 20° | 20% |
| Left Lateral Flexion | 25° | 20° | 20% |
| Sacral Hip Flexion | 45° | 35° | 20% |

### Extremities:

### Shoulder:
Range of motion is decreased by 10-20%. **Motor strength is 5/5.**

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Forward Elevation | 150° | 120° | 120° | 20% |
| Abduction | 150° | 120° | 120° | 20% |
| Adduction | 30° | 24° | 24° | 20% |
| Internal Rotation | 80° | 64° | 64° | 20% |
| External Rotation | 90° | 72° | 72° | 20% |

### ELBOW:
Range of motion is decreased by 10-20%. **Muscle strength is 5/5 all over.** There is no muscle atrophy noted.

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Flexion - Extension | 150° | 120° | 120° | 20% |
| Supination | 80° | 64° | 64° | 20% |
| Pronation | 80° | 64° | 64° | 20% |

### WRIST / HANDS:
Range of motion is decreased by 10-20%. **Muscle strength is 5/5 all over.** There is no muscle atrophy noted.

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Dorsiflexion | 60° | 48° | 48° | 20% |
| Palmar flexion | 60° | 48° | 48° | 20% |
| Radial Deviation | 20° | 16° | 16° | 20% |
| Ulnar Deviation | 30° | 24° | 24° | 20% |

### HIP:
Range of motion is decreased by 10-20%. **Muscle strength is 5/5 all over.** There is no muscle atrophy noted.

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Forward Flexion | 100° | 80° | 80° | 20% |
| Rotation – Interior | 40° | 32° | 32° | 20% |
| Rotation – Exterior | 50° | 40° | 40° | 20% |

## KNEE:

Range of motion is decreased by 10-20%. **Muscle strength is 5/5 all over.**
There is no muscle atrophy noted.

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Flexion | 135° | 108° | 108° | 20% |
| Flexion – Extension | 150° | 120° | 120° | 20% |

## ANKLE / FOOT:

Range of motion is decreased by 20-30%. **Muscle strength is 5/5 all over.**
There is no muscle atrophy noted.

| Range of Motion | Normal | Patient (Left) | Patient (Right) | % Loss of Range |
|---|---|---|---|---|
| Dorsi – Flexion | 20° | 14° | 14° | 30% |
| Plantar – Flexion | 40° | 28° | 28° | 30% |

## NEUROLOGICAL EXAMINATION:

### Cognitive:

The patient is awake, alert and oriented.

### Cranial Nerves:

Cranial nerve examination was performed on CN II-XII and no abnormalities
were detected.

### Tone:

Tone is normal.

### Muscle Strength:

Muscle evaluation was performed on this patient. Evaluation for motor
distribution reveals the following:
All muscles tested were within normal limits.

## DEGREE OF DISABILITY:

The patient is temporary partially disabled.

## PRELIMINARY DIAGNOSIS:

1. Status post fall.
2. Cervical spine derangement.
3. Lumbar spine derangement.
4. Internal derangement, bilateral shoulders.
5. Internal derangement, bilateral elbows.
6. Internal derangement, bilateral wrists.
7. Internal derangement, bilateral hips.
8. Internal derangement, bilateral knees.
9. Internal derangement, bilateral ankles.

## PLAN OF MANAGEMENT:

- Patient is instructed about certain limitations of **her** activities.
  - MRI of the Cervical Spine; to rule out discogenic injury.
  - Physical Therapy will applied shoulders, elbows, wrists, hips, knees & ankles and will be provided 3-4 times a week and will include the following modalities:
    1. Hot pack application 10-15 minutes/area, 3-5 times a week.
    2. Electrical stimulation nerve block.
    3. Range of motion therapeutic exercises on lumber spine including stretching exercises.
    4. ROM exercises to the shoulders, elbows, wrists, hips, knees & ankle including stretching exercises.

## RECOMMENDATION:

At present time the prognosis are / remain guarded.
- Follow-up examination in 4 weeks.
- Continue physical therapy as prescribed.


Sincerely


Dr. Yong ning Mao, M.D.

# Yongming Mao Physician P.C.

## Dr. Yongming Mao, M.D.

Neurologist & Clinical Neurophysiologist
37-41 77th Street
Jackson Heights NY 11372
Tel: (718)505-1420 Fax: (718)505-1428

**Patient** Akhter, Khanamm
**DOB**: 10/12/1939

**D/A**: 03/12/08
**D/E**: 07/14/08

## REEVALUATION REPORT

Mrs. Akhter, Khanam is a 68 year old female who was involved in a slip and fall accident on March 12th 2008. Initially she was diagnosed with cervical spine derangement, lumbar spine derangement, internal derangement of bilateral shoulders, internal derangement of bilateral elbows, internal derangement of bilateral writs, internal derangement bilateral hips, internal derangement bilateral knees and internal derangement bilateral ankles. Patient denies any bladder and bowel dysfunction. The patient has been receiving physical therapy and chiropractic care with relief.

### Present Complaints

On July 14th, 2008, the patient returns for a follow-up today and continues to complain of pain in the neck, back. Patient also complains of pain in the shoulder, elbows, wrists, hips, knees and ankles.

### Physical Examination:

**Cervical Spine:** Examination of the paracervical revealed pain but better with full range of motion.
**Lumbar Spine:** Examination of the paralumbar revealed pain but better with full range of motion.
**Shoulder:** Examination of the shoulders revealed pain but better with full range of motion.
**Elbow:** Examination of the elbows revealed pain but better with full range of motion.
**Wrist:** Examination of the wrists r revealed pain but better with full range of motion.
**Hip:** Examination of the hips revealed pain but better with full range of motion.
**Knee:** Examination of the knees revealed pain but better with full range of motion.
**Ankle:** Examination of the ankles revealed pain but better with full range of motion.

### Impression:

- Post traumatic cervical sprain and clinical radiculopathy.
- Post traumatic Lumbosacral sprain and clinical radiculopathy.

- Post traumatic internal derangement, bilateral shoulders.
- Post traumatic internal derangement, bilateral elbows.
- Post traumatic internal derangement, bilateral wrists.
- Post traumatic internal derangement, bilateral hips.
- Post traumatic internal derangement, bilateral knees.
- Post traumatic internal derangement, bilateral ankles.

**Plan:**
PT program carried out 3-4xs weekly to relieve pain and muscle spasm, increased ROM and muscle strength and achieve structural integrity.
EMG/NCV of the upper and lower extremities; to rule out radiculopathy.
Home exercise is reviewed and emphasized.
The patient is advised to return for a follow up in 4 weeks.

**Degree of Disability:**
- The patient is temporary totally disabled.

Respectfully submitted.

Dr. Yongming Mao, MD

# Yongming Mao Physician P.C.

### Dr. Yongming Mao, M.D.

Neurologist & Clinical Neurophysiologist
37-41 77th Street
Jackson Heights NY 11372
Tel: (718)505-1420 Fax: (718)505-1428

**Patient** Akhter, Khanamm                    **D/A:** 03/12/08
**DOB:** 10/12/1939                              **D/E:** 08/25/08

## REEVALUATION REPORT

Ms. Akhter, Khanam is a 68 year old female who was involved in a slip and fall
accident on March 12th, 2008. Initially she was diagnosed with cervical spine
derangement, lumbar spine derangement, internal derangement of bilateral
shoulders, internal derangement of bilateral elbows, internal derangement of
bilateral wrists, internal derangement bilateral hips, internal derangement
bilateral knees and internal derangement bilateral ankles. Patient denies any
bladder and bowel dysfunction. The patient has been receiving physical therapy
and chiropractic care with relief.

### Present Complaints:

On August 25th, 2008, the patient returns for a follow-up today and continues to
complain of pain in the neck, back. Patient also complains of pain in the
shoulders, elbows, wrists, hips, knees and ankles.

### Physical Examination:

**Cervical Spine:** Examination of the paracervical revealed pain but better with
full range of motion.
**Lumbar Spine:** Examination of the paralumbar revealed pain but better with
full range of motion.
**Shoulder:** Examination of the shoulders revealed pain but better with full range
of motion
**Elbow:** Examination of the elbows revealed pain but better with full range of
motion.
**Wrist:** Examination of the wrists r revealed pain but better with full range of
motion.
**Hip:** Examination of the hips revealed pain but better with full range of motion.
**Knee:** Examination of the knees revealed pain but better with full range of
motion.
**Ankle:** Examination of the ankles revealed pain but better with full range of
motion.

### Impression:

- Post traumatic cervical sprain and clinical radiculopathy.
- Post traumatic Lumbosacral sprain and clinical radiculopathy.

- Post traumatic internal derangement, bilateral shoulders.
- Post traumatic internal derangement, bilateral elbows.
- Post traumatic internal derangement, bilateral wrists.
- Post traumatic internal derangement, bilateral hips.
- Post traumatic internal derangement, bilateral knees.
- Post traumatic internal derangement, bilateral ankles.

## MRI

### Cervical Spine:

- Diffuse posterior bulging disc C3-C4, C4-C5, C5-C6 and C6-C7 is identified deforming the thecal sac and spinal cord diffusely.
- Hypertrophic changes of the bilateral zygapophyseal joints and joints of Luschka is identified at the C3-C4, C4-C5, C5-C6, C6-C7 and to a lesser extent the C2-C3 and C7-T1 disc space levels. The residual neuroforamen are adequate.
- Loss of normal disc signal intensity and height is identified from all visualized intervertebral disc space levels most marked at the C5-C6 disc space level.
- Heterogeneous signal intensity is identified from the vertebral bodies.
- Clinical and hematologic correlation is suggested.
- Straightening of the mid and lower cervical curvature is noted.

### Plan:

PT program carried out 3-4xs weekly to relieve pain and muscle spasm, increased ROM and muscle strength and achieve structural integrity.
MRI of bilateral shoulders; to rule out rotator cuff tear /ligament tear.
Home exercise is reviewed and emphasized.
The patient is advised to return for a follow up in 4 weeks.

### Degree of Disability:

The patient is temporary partially disabled.

Respectfully submitted

Dr. Yong ling Mao, MD

**Patient** Akhter, Khanam                                    **D/A:** 03/12/08
**DOB:** 10/12/1939                                           **D/E:** 09/22/08

## REEVALUATION REPORT

Ms. Akhter, Khanam is a 68 year old female who was involved in a slip and fall
accident on March 12th 2008. Initially she was diagnosed with cervical spine
derangement, lumbar spine derangement, internal derangement of bilateral
shoulders, internal derangement of bilateral elbows, internal derangement of
bilateral writs, internal derangement bilateral hips, internal derangement
bilateral knees and internal derangement bilateral ankles. Patient denies any
bladder and bowel dysfunction. The patient has been receiving physical therapy
and chiropractic care with relief.

### Present Complaints:

On September 22nd, 2008, the patient returns for a follow-up today and
continues to complain of pain in the neck, back. Patient also complains of pain in
the shoulders, elbows, wrists, hips, knees and ankles.

### Physical Examination:

**Cervical Spine:** Examination of the paracervical revealed pain but better with
full range of motion.
**Lumbar Spine:** Examination of the paralumbar revealed pain but better with
full range of motion.
**Shoulder:** Examination of the shoulders revealed pain but better with full range
of motion.
**Elbow:** Examination of the elbows revealed pain but better with full range of
motion.
**Wrist:** Examination of the wrists r revealed pain but better with full range of
motion.
**Hip:** Examination of the hips revealed pain but better with full range of motion.
**Knee:** Examination of the knees revealed pain but better with full range of
motion.
**Ankles** Examination of the ankles revealed pain but better with full range of
motion.

**Impression:**

- Post traumatic cervical sprain and clinical radiculopathy.
- Post traumatic lumbosacral sprain and clinical radiculopathy.
- Post traumatic internal derangement, bilateral shoulders.
- Post traumatic internal derangement, bilateral elbows.
- Post traumatic internal derangement, bilateral wrists.
- Post traumatic internal derangement, bilateral hips.
- Post traumatic internal derangement, bilateral knees.
- Post traumatic internal derangement, bilateral ankles.

**MRI**

**Cervical Spine:**

- Diffuse posterior bulging disc C3-C4, C4-C5, C5-C6 and C6-C7 is identified deforming the thecal sac and spinal cord diffusely.
- Hypertrophic changes of the bilateral zygapophyseal joints and joints of Luschka is identified at the C3-C4, C4-C5, C5-C6, C6-C7 and to a lesser extent the C2-C3 and C7-T1 disc space levels. The residual neuroforamen are adequate.
- Loss of normal disc signal intensity and height is identified from all visualized intervertebral disc space levels most marked at the C5-C6 disc space level.
- Heterogeneous signal intensity is identified from the vertebral bodies. Clinical and hematologic correlation is suggested.
- Straightening of the mid and lower cervical curvature is noted.

**Plan:**

PT program carried out 3-4xs weekly to relieve pain and muscle spasm, increased ROM and muscle strength and achieve structural integrity.
MRI of bilateral shoulders; to rule out rotator cuff tear /ligament tear.
MRI of the left knee; to rule out ligament tear.
Home exercise is reviewed and emphasized.
The patient is advised to return for a follow up in 4 weeks.

**Degree of Disability:**

The patient is temporary partially disabled.

Respectfully submitted

Dr. Yongming Mao, MD

# BROMER MEDICAL, P.C.

### Albert Ciancimino, M.D., Medical Director

Med. Prov. 3214?1
Tax ID 61-1413138

CENTER:    8304/22614                         DATE OF SERVICE: 8-18-08
NAME:      FATIMA AKHTER-KHANAM               REF. BY: DR. ELCOCK
OD/DOB#:   OD2?A/10-12-3?                      REPORT: 8-19-08

## MRI EXAMINATION OF THE CERVICAL SPINE:

Partial saturation sequence sagittal images of the cervical spine were
obtained using a TR of 450 and a TE of 14ms.  T2 weighted sagittal
images of the cervical spine were obtained using a TR of 3000 and a TE
of 115.5ms. Partial saturation sequence axial images of the cervical
spine from C2 through T1 were obtained using a TR of 600 and a TE of
15ms.

Examination of the sagittal images demonstrates loss of normal disc
signal intensity and height from all visualized intervertebral disc
space levels most marked at the C5-C6 disc space level.  Heterogeneous
signal intensity is identified from the vertebral bodies.  Clinical and
hematologic correlation is suggested.  The vertebral body heights are
preserved.  Straightening of the mid and lower cervical curvature is
noted. Anterior extradural defects are identified at the C3-C4, C4-C5,
C5-C6 and C6-C7 disc space interspace levels.  No other significant
anterior extradural defect is demonstrated. The remainder of the
visualized thecal sac and spinal cord demonstrates no evidence of
structural abnormality.  The bony spinal canal is of normal size and
configuration.  The paravertebral soft tissues are intact.

The foramen magnum region is unremarkable.  There is no evidence of
inferior cerebellar tonsillar ectopia.

Examination of the axial images demonstrates no significant anterior
extradural defects from the C2-C3 nor C7-T1 disc interspace levels.  The
visualized thecal sac and spinal cord demonstrates no evidence of
structural abnormality. The bony spinal canal is of normal size and
configuration. The residual neuroforamen are adequate.  Hypertrophic
changes of the bilateral zygapophyseal joints and joints of Luschka is
identified.

The C3-C4, C4-C5, C5-C6 and C6-C7 disc space levels demonstrate diffuse
posterior bulging discs deforming the thecal sac and spinal cord
diffusely. The bony spinal canal is normal size and configuration. The
residual neuroforamen are adequate.  Hypertrophic changes of the
bilateral zygapophyseal joints and joints of Luschka is identified.

# BROMER MEDICAL, P.C.

### Albert Ciancimino, M.D., Medical Director

Med. Prov. 3214.1
Tax ID 61-1413138

Page two

RE:  Fatima Akhter-Kharam
     MRI of the Cervical Spine, 8-18-08

The visualized paravertebral soft tissues are intact.

IMPRESSION: .. Diffuse posterior bulging disc C3-C4, C4-C5, C5-C6 and C6-C7 is identified deforming the thecal sac and spinal cord diffusely. 2.   Hypertrophic changes of the bilateral zygapophyseal joints and joints of Luschka is identified at the C3-C4, C4-C5, C5-C6, C6-C7 and to a lesser extent the C2-C3 and C7-T1 disc space levels.   The residual neuroforamen are adequate.  3.   Loss of normal disc signal intensity and height is identified from all visualized intervertebral disc space levels most marked at the C5-C6 disc space level.   4.   Heterogeneous signal intensity is identified from the vertebral bodies.   Clinical and hematologic correlation is suggested.   5. Straightening of the mid and lower cervical curvature is noted.

Robert Scott Schepp MD

Robert Scott Schepp, M.D.
Neuroradiologist
Board Certified Radiologist

RSS/td

*8304 5th Avenue, BKLYN, N.Y. 11209*
*Tel: 718-680-0900, Fax: 718-680-4403*

# BELLEVUE HOSPITAL CENTER  EMERGENCY MEDICAL SERVICES

| NO. | EMERGENCY | CODE | REF SOURCE | REG DATE AND TIME | REG BY |
|---|---|---|---|---|---|
| 0721439563 | ADULT EMERGENCY | 000 | | 03/12/2008 10:01PM | SM |

26E

| ATE AND TIME | PRCT | BADGE NO. | SOCIAL SECURITY NO. 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 | M/S | SEX F | RELIGION ISL | RACE | DATE OF BIRTH 10/12/1939 | AGE 68Y | BIRTHPLACE BG |
|---|---|---|---|---|---|---|---|---|---|---|

KHANAM-FATIMA        26F
SIDE PLAZ    APT/FLOOR  060
NY 10016    COUNTY
-256-1731    CODE

PATIENT EMPLOYMENT

143-95-63

PERSON TO BE NOTIFIED

APT/FLOOR

RELATIONSHIP

HOME PHONE

BUSINESS PHONE

C    KHANAM-FATIMA
ESS    APT/FLOOR
SIDE PLAZ    REL CODE    26FELF
NY 10016
56-1731    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    PHONE

GUARANTOR EMPLOYMENT

| SOURCE REF | HSHLD COMP | EDUC | WKLY INC | NO DEP |
|---|---|---|---|---|
| # SIBLINGS | PREV BELL ADM | | | |

28

| NO | SUFFIX | 97 | PLAN CODE | MEDICAID NO | LINE NO. | EXP. DATE | PLAN CODE | FEE CODE | AMOUNT | C/R | P/T E | SERVICE EMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SUFFIX | PLAN CODE 4 | CONTRACT HOLDER | | PATIENT RELATION TO CONTRACT HOLDER |
|---|---|---|---|---|---|

| PLAN CODE | POLICY NO. | GROUP NO. | MMIS INS CODE |
|---|---|---|---|

D ADDRESS

MED EVAL
LOCAL NO.

## BELLEVUE HOSPITAL CENTER
## EMERGENCY DEPARTMENT TRIAGE NOTE

PATIENT CLASSIFICATION: ☐ EMERGENT  ☐ URGENT  ☐ NON-URGENT

DATE: __3/12/08__

DO YOU HAVE A PRIMARY CARE PROVIDER AT BELLEVUE OR ELSEWHERE? ☐Y ☐N

NAME: _AkhteR, Khanam Fatima_     ☐AES I  ☐ ROOM (113)  ☐ASTHMA ROOM  ☐AES II  ☐ OB  ☐ ISOLATION

D.O.B.: __10/12/39__    ☐M ☐F    D.V. ☐YES ☐NO    S.W. ☐YES ☐NO

### Patient Statement / Assessment

abrasion to RLE above the
foot this afternoon

**PAIN SCALE**

| No Pain | | Mild | | Moderate | | Severe | | Worst Pain |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Preferred Language _____

Past Medical History  HTN Cholesterol

Medications  Synthroid, Metformin, Hyzaar,

Last Tetanus _____        ALLERGIES  denies

RN Signature _____        Time  945 p

| | TIME | 945 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BP | 181/81 | | | | | | | | |
| | HR | 95 | | | | | | | | |
| | RR | 20 | | | | | | | | |
| | Temp | 98 | | | | | | | | |
| | SaO2 | 98 | | | | | | | | |
| | FS | 97 | | | | | | | | |
| | PEF | | | | | | | | | | |
| | PAS | 8 | | | | | | | | |

BEL-149 (REV. 8/01)

| REVIEW OF SYSTEMS | | |
|---|---|---|
| CONST: Fever / Weight Loss / Neg | GI: Vomiting / Diarrhea / BRBPR / Neg | DERM: Rash / Pruritis / Bruising / Neg |
| VISUAL: Cataracts / Glaucoma / Neg | ENDO: Diabetes / Thyroid Dysfun / Neg | NEURO: Memory Loss / HA / SZ / Neg |
| CARD: CP / DOE / PND / Neg | GU: Dysuria / Frequency / Hematuria / Neg | HEME: Epistaxis / Bruising / Neg |
| PULM: SOB / Cough / Sputum / Neg | MSKL: Arthritis / Back Pain / Neg | PSYCH: Depression / SI / HI / Neg |

☐ System Review Otherwise unremarkable    ☐ Pt Unable to provide History
Cardiac RF: ☐ HTN  ☐ DM  ☐ Chol  ☐ TOB  ☐ FmHx

HISTORY FROM: ☐ No Other Source Available    ☐ Interpreter Required
☐ Family    ☐ Friend/Police    ☐ Paramedics    ☐ Other:

**TIME:**    **PHYSICIAN'S NOTES**

GEN: ☑ Alert  ☐ WDWN  ☐ NAD  ☐ No pallor  ☐ VS Reviewed

EYES: ☐ EOMI  ☐ PERRL  ☐ Conj/Lids WNL

ENT: ☐ O-P WNL    ☐ TM'S WNL    ☐ No septal hematoma

CV: ☐ RRR  ☐ No murmurs gallops/rubs  ☐ No JVD Present

RESP: ☐ CTA    ☐ No wheezes/rhonchi/rales    ☐ No retractions

GI: ☐ Non-tender    ☐ Non-distended    ☐ No Masses
☐ BS WNL    ☐ No organomegaly    ☐ Rectal: Heme neg

GU: Scrotum: ☐ No masses  ☐ Non-tender  ☐ No penile DC

PELVIC: ☐ EXT GEN WNL    ☐ Vagina WNL
☐ Adnexa WNL    ☐ No CMT

MSKL: HEAD    ☐ No evidence of trauma/facial trauma
NECK:    ☐ No Meningismus ☐ Non-tender midline
BACK:    ☐ No CVAT    ☐ Non-tender
EXT:    ☐ No C/C/E    ☐ Radial/Pedal pulses WNL
☐ Full ROM

SKIN: Y☐ N☑ Rash    Y☐ N☐ Bruising    Y☑ N☐ Abrasions    Y☐ N☑ Lacerations

NEURO: ☑ Oriented x 3    ☐ Cranial Nerves II - XII intact
☑ Motor WNL    ☑ Sensory WNL    ☑ Gait WNL
☑ DTR WNL

PSYCH: ☐ Mood/Affect WNL    ☐ _____

Consult _____ Contacted at _____ AM PM

Responsibility Transferred    Time:

PT (INR)/PTT:                           BHCG
AST/ALT:                                Rh:
T/D Bili:                               Amylase/Lipase          RADIOLOGY:_____
Alk Phos:                               CK/CKMB:
Albumin:                                Troponin:
UA:_____
ABG:_____

| MD Sign | Date / Time | DOCTOR'S ORDER (check allergies) | Date / Time | RN Sign |
|---------|-------------|----------------------------------|-------------|---------|
| ℓ | 3/12 v∙S? | d T O·5 m 1  I M | 3/12 o8 - 11pm | ⊗ |
|  |  | (L) U1956DA    (E) 20JUN08    Tetanus and Diphtheria Toxoids Adsorbed    For Adult Use, DECAVAC®    US Govt Lic #1725    Mfd by: Sanofi Pasteur Inc.    Swiftwater PA 18370 USA    CPT® Code: 90714     0.5 mL    Rx only    5166 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| TIME | NURSE'S NOTES |
|------|---------------|
| 3-12-8 | ○ M. Ambulploy. ABO x?. ○ SOB. presented to coront |
| 22:10 | Stakes dr1 hen (R) lower extremity tonight ∅ |
|  | gol small Abrassion. ∅ bleeding. unknown tetomus |
|  | 29-Stanle A∂ alonfee. Denver other traumon thora |
|  | Jo., min education. S/Allek |
| 11p | Tetmus 9Lm vie L4 Deltoid. 1. Pbruet 9 g1m |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| TIME | IV SITE | IV SOLUTION | RATE | AMT INFUSED | RN INT. | P.O. INTAKE | URINE OUTPUT |
|------|---------|-------------|------|-------------|---------|-------------|--------------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

# DISPOSITION

| DISCHARGE CONDITION | Date & Time Released | DISPOSITION |
|---|---|---|
| ☐ Unchanged<br>☐ Improved | 2/12/08  23~ | ☐ Rx & D/C<br>☐ Admit to _____<br>☐ Transfer to _____<br>☐ Left prior to D/C instructions<br>☐ AMA _____ |

Diagnosis: _abrm_

Attending Note: I have examined the patient and agree with the findings and treatment plan of Dr._____

_____

MEDICAL REC. # 1439563   ACCT. NO. 007

MOA   A/C   ACCIDENT DATE A
OTH

PATIENT NAME AND ADDRESS
AKHTER
40 WATER SI
NEW YORK
917-2

PHONE NO.
MOTHER'S
MAIDEN NAME   DEC

GUARANTOR NAME AND ADDRESS
AKHTER
40 WATER SI
NEW YORK
917-256

PHONE
F/C   PREFIX   MEDICARE NO

BLUE CROSS ID NO.
113656030

OTHER INSURANCE NA   AD

| Resident MD (Print / Sign) | MD # / Time | Attending MD (Print / Sign) | MD # / Time | ROI ☐ YES ☐ NO |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

## INSTRUCTIONS & MEDICATIONS

Instructions   apply bacitracin twice per day x 5 days

return for redness, swelling, pain, warmth spreading
dm fast/up/eg, fever

Rx _____

INSTRUCTIONS UNDERSTOOD: ___X___ _____
PATIENT SIGNATURE

D/C INSTRUCTIONS GIVEN: _____
SIGNATURE

☐ INSTRUCTION SHEET GIVEN TO PATIENT

Follow-up Appt given/for  1)_____ Date _____ Time _____

2)_____ Date _____ Time _____

3)_____ Date _____ Time _____

Chart No. 1439563

**NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION**

# GENERAL CONSENT
# FOR TREATMENT

Name Akhter, Khanan-fahin

Ward No.

*(Patient Imprint Card)*

## FORM A

**For patients seeking in-patient, out-patient and/or emergency room services.**

1.  I am asking for medical care and treatment at this facility and agree to accept services which may diagnose a medical condition, procedures to treat my condition and routine dental and medical care, including vaccination. I understand that these services will be provided to me by physicians, dentists, nurse practitioners, midwives, physician assistants and other health care providers, some of whom may be in training. I have not been given any guarantees as to the results of the services I will receive.

2.  I understand that my agreement to accept these services will remain in effect unless I say that I no longer want these services or until my treatment is completed.

3.  I understand that my agreement to accept these services is called a General Consent and that it includes any routine procedure(s) or treatment(s) such as blood drawing, physical examination, administration of medication(s), taking X-rays, use of local anesthesia and other non-invasive procedures.

X _____         3|2|08

Signature of Patient or Parent/Legal Guardian of Minor Patient         Date

If the patient cannot consent for him/herself, the signature of either the health care agent or legal guardian who is acting on behalf of the patient, or the patient's next of kin who is assenting to the treatment for the patient, must be obtained.

_____         _____
**Signature of Health Care Agent/Legal Guardian         Date
(Place a copy of the authorizing document in the medical record)**

_____         _____
**Signature & Relation of Next of Kin         Date**

**WITNESS:**

I, _____ Jenze Perez _____ am a facility employee who is not the patient's physician or authorized health care provider and I have witnessed the patient or other appropriate person voluntarily sign this form.

_____
**Signature and Title of Witness**

**INTERPRETER/TRANSLATOR:**
(To be signed by the interpreter/translator if the patient required such assistance)

· To the best of my knowledge the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

HHC 100A (R Jun 05) English

# Acknowledgement

By signing and dating the form below, I acknowledge that I have received a copy of the
New York City Health and Hospitals Corporation's Privacy Notice.

_____        _____
Patient's Name                                          Patient's Medical Record Number

X _____        _____ 3/12/08 _____
Patient's Signature                                    Today's Date

If executed by a patient's personal representative, please print your name in the space below:

_____        _____
Personal Representative's Name                  Personal Representative's Signature

```
┌─────────────────────────────────────────────────────────────────────┐
│ FOR USE BY NYCHHC STAFF ONLY:                                         │
│                                                                       │
│                                                                       │
│ ☐ Patient refused to sign                                             │
│                                                                       │
│ ☐ Patient unable to sign                                              │
│                                                                       │
│                                                                       │
│ _____                                     │
│ NYCHHC Employee's Initials                                            │
│                                                                       │
│                                                                       │
│ _____                                     │
│ Today's Date                                                          │
└─────────────────────────────────────────────────────────────────────┘
```

**Continuum**
Health Partners, Inc.

Continuum Clinical Laboratories

Beth Israel Medical Center-Petrie Division
1st Ave. at 16th Street
New York, NY 10003

**Patient: AKHTER, KHANAMFATIMA**
Sex: **F**   DOB: **10/12/1939**
Phone #: **(917)256-1731**
Patient #: **TB0755-0229064**
Order #: **391706832**
Collected: **03/17/2008 11:50**

**DOCS PRIM CARE**
**55 E 34th St**
**5th Floor**
**New York,NY**
Loc: B0755

Requested by: **CHATTERJEE, LOLITA**

**FINAL**

| Test Name | Within Range | Out of Range | | Ref-Ranges | Units | Site |
|---|---|---|---|---|---|---|
| **Special Hematology** | | | | | | |
| HbA1c | | **7.1** | **H** | 4.2-5.9 | % | B |
| **Chemistry** | | | | | | |
| Urea Nitrogen | | **19.0** | **H** | 7.0-17.0 | mg/dL | B |
| Creatinine | 0.9 | | | 0.7-1.2 | mg/dL | B |
| Sodium | 138 | | | 137-145 | mmoL/L | B |
| Potassium | 4.3 | | | 3.5-5.1 | mmoL/L | B |
| Chloride | | **97** | **L** | 98-107 | mmoL/L | B |
| CO2 | 28 | | | 22-30 | mmoL/L | B |
| Anion Gap | 13 | | | 7-16 | mmoL/L | B |
| Glucose | | **120** | **H** | 74-106 | mg/dL | B |
| Calcium | 9.9 | | | 8.4-10.3 | mg/dL | B |
| Protein, Total | 7.7 | | | 6.3-8.2 | g/dL | B |
| Albumin | 4.6 | | | 3.5-5.0 | g/dL | B |
| A/G Ratio | 1.5 | | | 1.1-2.2 | | B |
| Bilirubin, Total | 0.3 | | | 0.2-1.3 | mg/dL | B |
| Alkaline Phosphatase | 111 | | | 38-126 | U/L | B |
| AST | 26 | | | 15-46 | U/L | B |
| ALT | 34 | | | 13-69 | U/L | B |
| **Cardiac Markers** | | | | | | |
| Triglycerides | 90 | | | 0-150 | mg/dL | B |
| Cholesterol, Total | | **229** | **H** | 0-200 | mg/dL | B |
| Cholesterol, HDL | 51 | | | Adults: Low risk >60 High risk <40 | mg/dL | B |
| Cholesterol, LDL( calc ) | | **160** | **H** | 75-100 | mg/dL | B |
| Cholesterol/HDL Ratio | | **4.49** | **H** | 0.00-4.30 | | B |
| **Random Urine Chemistry** | | | | | | |
| Microalbumin, Urine Random | 0.90 | | | 0.00-1.70 | mg/dL | |
| Creatinine, Urine Random | 54 | | | | mg/dL | |
| Alb/Cre Ratio, Urine | 17 | | | 0-30 | mg/g Creat | |

**D•O•C•S**

**Continuum** Medical Group

**PROGRESS NOTES**

PLACE ADS LABEL HERE

Fatima
DoB 10/12/39

| DATE/TIME: | Physicians: start notes at solid vertical line; Clinical Staff: start at dotted line |

INT MED/FAM MED/PED VISIT
Date: 3/17/68
Reason for visit:
B/P 170/70    Pain
Allergies: _____
Medications and _____

1) Pt Has A fall at ____

Diabetes Meds

3/12/__
S/P fall ___
C/o ___ Ankle pain

R Ankle + 2 cm Abrasion
+ Swell ___
___

(Abrasion / Contusion)

Relafen 15 mg ( 4 )
R Ankle x-ray

_____TIME Signed In:
_____Walk In (Yes or No)
_____Appt   (Yes or No)

## **Beth Israel Medical Center**

## **Ambulatory Patient Self Assessment for This Visit**

### Must be Completed Each Visit

Date:                    3/17/08

Name:                Khanum Fatima Akhter

Reason Here:          accident occur on circuit city store on 3/12/08.
                     want to check up and get report,

Past Medical History:   Diabetes, Blood Presure, cholesterol, alergic Asthma.


Past Surgical History:  Not in 30 years, before one,


Medications:            for Diabetes, Blood Presure.


Allergies:              Polen, House dust, &

**Rego Park, N.Y. 11374**

**Tel: (718) 271-7700          Fax: (718) 271-4490**

## Narrative Report

**Date: 05/05/08**

### PATIENT'S NAME: Khanam Fatima Akhter
### CHART #: 4866

#### PRESENTING COMPLAINTS

The patient comes to see me today with the chief complaints of pain and limitation of motion involving the right ankle, neck, both shoulders, and both knees. This has been going on since her fall on April 12, 2008.

#### HISTORY

The patient is a 68-year-old female. This patient was at Circuit City Store when she fell sustaining laceration to her right ankle and injuries to the above-noted parts of her body. Ever since that time, the patient has been hurting. After that, the patient was taken to a hospital where she was diagnosed as having superficial ulceration involving the front of the right ankle, about 1 inch in length and also multiple blunt traumas as indicated above. The patient was given treatment, and she was subsequently discharged. She comes to see me today for the first time.

The patient complains of pain in the right ankle with difficulty in standing for longer length of time. Also, her ankle swells up from time to time.

The patient also complains of pain in the neck, which is mainly located in the neck area. There is no history of radiation. The patient has difficulty in moving her head in any direction; especially, extremes of motion are painful.

The patient also complains of pain in both shoulders with difficulty in heavy lifting and overhead activities.

The patient also complains of pain and stiffness involving both her knees, right more than the left, and this started after her fall.

## PAST MEDICAL HISTORY

The patient suffers from high blood pressure, diabetes, and heart problem. Also, she has asthma.

## PERSONAL HISTORY

She stands 5 feet 4 inches and weighs 160 pounds. She is right-hand dominant.

## PHYSICAL EXAMINATION

### RIGHT ANKLE

On examination of the right ankle, there is abrasion in front of the ankle, about 1 inch in length, above the ankle joint line anteriorly, which has healed. There is no sign of infection. There is generalized swelling around the ankle with tenderness in the medial and lateral side. Extremes of motion are painful.

### CERVICAL SPINE

On examination of the cervical spine, there is tenderness in the C5 and C6 area, and extremes of motion are limited. Neurovascular examination in both upper extremities is within normal limits.

### RIGHT SHOULDER

On examination of the right shoulder, there is a normal shoulder contour. There is generalized tenderness.

Range of motion is as follows:

|            | **NORMAL** | **EXAM**  |
|------------|------------|-----------|
| Flexion:   | 0°-170°    | 0°-160°   |
| Abduction: | 0°-180°    | 0°-160°   |

Extremes of motion are limited.

**LEFT SHOULDER**

On examination of the right shoulder, there is a normal shoulder contour. There is generalized tenderness.

Range of motion is as follows:

|            | **NORMAL** | **EXAM** |
|------------|------------|----------|
| Flexion:   | 0°-170°    | 0°-160°  |
| Abduction: | 0°-180°    | 0°-160°  |

Extremes of motion are limited.

**RIGHT KNEE**

On examination of the right knee, there is no deformity. There is parapatellar tenderness. There is no effusion. Patellofemoral grind test is positive. There is tenderness over the medial joint line. Anterior and posterior drawers are negative. There is no medial or lateral collateral ligament laxity. Range of motion is from full extension to 90 degrees of flexion.

**LEFT KNEE**

On examination of the right knee, there is no deformity. There is parapatellar tenderness. There is no effusion. Patellofemoral grind test is positive. There is tenderness over the medial joint line. Anterior and posterior drawers are negative. There is no medial or lateral collateral ligament laxity. Range of motion is from full extension to 90 degrees of flexion.

## IMPRESSION

Abrasion involving the right ankle with sprain.

Contusion with internal derangement involving both knees.

Multiple contusions involving both shoulders.

Sprain to the cervical spine.

## RECOMMENDATIONS

The patient is advised to get x-rays of the cervical spine, lumbar spine, both shoulders, both knees, and right ankle. She will see me after x-rays for further evaluation. In the meantime, she is advised to continue physical therapy and antiinflammatory medication.


Laxmidhar Diwan, M.D.

LD/sv

1500

AETNA INSURANCE CO

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

EL. PASO,TX 79908-

| | PICA | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | W113656030 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| AKHTER, KHANAMFATIMA | MM 10 DD 12 YY 1939 M | F X | AKHTER, KHANAMFATIMA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 40 WATERSIDE PLAZA  APT#26E | Self X  Spouse  Child  Other | 40 WATERSIDE PLAZA  APT#26E |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| NEW YORK | NY | Single  Married  Other | NEW YORK | NY |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 10010 | (917)256-1731 | Employed  Full-Time Student  Part-Time Student | 10010 | (917)256-1731 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| NONE | | 65494401000701 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  X NO | MM 10 DD 12 YY 1939 | M  F X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M  F | YES  X NO | | THE INTERNATIONAL PRESCHOOLS |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  X NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | 05 05 2008 | YES  X NO  If YES, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File    DATE  05 16 2008

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |
|---|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURR. SERVICES  FROM MM DD YY  TO MM DD YY |
|---|---|---|
| | 17b. NPI | |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 924 21 CONTUSION OF AN    3.
2.    4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place Of Service | C. EMG | D. PROCEDURES, SERVICES, SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. Days Units | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05052008 0505200811 | | | 99245 | 1 | 250 00 | 1 | | NPI | 1386726552 |
| 05052008 0505200811 | | | COPAY | | 25 00 | 1 | | NPI | 1386726552 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 11-3026541 X | 10004866-1/CM | X YES  NO | $ 275 00 | $ 25 00 | $ 250 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| DIWAN, LAXMIDHAR MD  05 16 2008 | | LAXMIDHAR DIWAN, MD  62-54 97TH PLACE  REGO PARK, NY 11374 |
| SIGNED  DATE | a.  b. | a. 1386726552  b. |

NUCC Instruction Manual available at www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

MATTHEW A. KAUFMAN
MERAV DEKEL
HERNAN CACERES
Case 08-35653-KRH    Doc 4950    Filed 09/15/09    Entered 09/17/09 13:57:30    Desc Main
ANN MARESCA                              Document    Page 44 of 45
JOEL HOROWITZ
OF COUNSEL

JESSICA JAQUEZ
PARALEGALS

September 14, 2009

**VIA FEDERAL EXPRESS**
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

> RE:    In Re Circuit City Stores, Inc.
> Case No.: 08-35653
> Our Client: Khanam Fatima Akhter
> Claim Number: 5111

Dear Sir/Madam:

Please be advised that this office represents creditor-claimant Khanam Fatima Akhter for personal injuries sustained in an accident.

Enclosed please find for filing a Response to Debtor's Omnibus Objection of Claims and Request for Hearing on behalf of this claimant. We request that you file same immediately upon receipt.

Thank you for your courtesy herewith. Should you have questions, feel free to contact this office at your earliest convenience.

Sincerely yours,

Edward Rimland

ER/sk
Enclosure

cc:  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     One Rodney Square
     Post Office Box 636
     Wilmington, Delaware 19899-0636
     Attention:    Gregg M. Galardi
                   Ian S. Fredericks

     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     155 North Wacker Drive
     Chicago, Illinois 60606
     Attention:    Chris L. Dickerson

     MCGUIREWOODS, LLP
     One James Center
     901 E. Cary Street
     Richmond, Virginia 23219
     Attention:    Dion W. Hayes
                   Douglas M. Foley