

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* | : Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

Re:  Claim No. 4756
     Amount:  $2,000.00

## RESPONSE TO OBJECTION

The Claimant, Brian L. LaCoursiere ("LaCoursiere"), for his Response to the Objection states as follows:

1. He has read the Debtors' Thirty-Sixth Omnibus Objections to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (the "Objection") as well as the Notice of Debtors' Thirty-Sixth Omnibus Objections to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (the "Notice").

2. He is filing this matter *pro se* in response to the Objection and Notice.

3. His specific response to the Objection is that the $2,000.00 claimed by LaCoursiere is not part of the Short Term Incentive Plan as articulated in the Objection, including the statements made in paragraphs 11 through 15 thereof, among others. The $2,000.00 was offered to him as an employee of the

Circuit City Music Distribution Center, located at 7100 Global Drive, Louisville, Kentucky 40258. That center remained open until September of 2008. In June of 2008, LaCoursiere was told by Lynn Curl, General Manager of the facility and Susan Guldenschuh, HR Director, that if he remained at work at the center until it was closed in September of 2008 he would receive an additional $2,000.00 compensation as a stay on bonus. As such, he does not view this matter as part of the Short Term Incentive Plan.

4. The statements made herein are made by Brian L. LaCoursiere, 4347 Kings Church Road, Taylorsville, Kentucky 40071-7907 based on his personal knowledge of the relevant facts that support this response. These statements should also be supplemented by the matters set forth in the Claim originally filed.

5. Any relevant document was submitted with the Claim.

Under penalties of perjury, I declare that I have examined this Response and to the best of my knowledge and belief, the statements contained therein are true, correct and complete.

*[signature]*
Brian L. LaCoursiere, Pro Se
4347 Kings Church Road
Taylorsville KY 40071-7907

## CERTIFICATE

It is hereby certified that a copy hereof was on the 14th day of September, 2009, served by mail on the following:

Skadden, Arps, Slate, Meagher
& Flom, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P. O. 636
Wilmington, Delaware 19899-0636

Skadden, Arps, Slate, Meagher
& Flom, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606

McGuirewoods LLP
Dion W. Hayes
Douglas M. Foley
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Counsel for Debtors and
Debtors in Possession

This is also to certify that I sent the original of this Response by Federal Express Tracking No. 869113542383 on September 14, 2009 for next day delivery to:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

/Brian L. LaCoursiere, Pro Se
4347 Kings Church Road
Taylorsville KY 40071-7907