ATTORNEYS AT LAW
## HOPSON, HABENICHT AND CAVE
An Association of Professional Corporations
5601 IRONBRIDGE PARKWAY, SUITE 102
CHESTER, VIRGINIA 23831-7771

R. CRAIG HOPSON
CHRISTOPHER J. HABENICHT
WILLIAM B. CAVE

TEL. (804) 748-3381
FAX (804) 748-5386
hophab@aol.com

September 15, 2009

[FILED SEP 16 2009 — RICHMOND DIVISION, U.S. BANKRUPTCY COURT]

William C. Redden, Clerk
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA  23219

Re:  In re:  Circuit Court Stores, Inc., et al.
     Case No. 08-35653 (KRH)

Dear Mr. Redden:

By letter dated September 11, 2009, I filed a Response to Reclassification of Claims on behalf of P.R. Mechanical, Inc. Upon receipt of my Response to Reclassification, counsel for the debtor has provided to me the Notice of Rejection of Unexpired Leases issued pursuant to the Court's Order of February 19, 2009. The Notice of Rejection of Unexpired Leases reveals that the Lease of the Circuit City Store at 4531 S. Laburnum Avenue has been rejected by the debtor. Accordingly, the claim of P.R. Mechanical, Inc. is properly reclassified as an unsecured claim.

Please accept this letter as Notice that P.R. Mechanical, Inc. hereby withdraws its objection to the reclassification of its claim from secured to unsecured.

Should you have questions concerning any of the foregoing, please do not hesitate to contact me. Until then, I remain

Very truly yours,

William B. Cave

WBC/dlc
cc:  Mr. John Proffitt
     Gregg M. Galardi, Esq.
     Chris L. Dickerson, Esq.
     Bryan A. Stark, Esq.