AMENDED UTILITIES BLOCKED ACCOUNT PAYMENT REQUEST
**ALL FORMS MUST BE RECEIVED BY BANK OF AMERICA AND THE DEBTORS IN ACCORDANCE WITH THE CONTACT INFORMATION ON PAGES 1-2 BY SEPTEMBER 30, 2009 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

September 14, 2009

Katie Bradshaw
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060
Fax: (804) 290-4305



RICHMOND DIVISION
FILED SEP 1 6 2009
CLERK
U.S. BANKRUPTCY COURT

Re:   Circuit City Stores, Inc. ("Circuit City") Utility Blocked Account (the "Utility Blocked Account")

The undersigned (the "Beneficiary") hereby certifies to Circuit City that:

(a)   The Beneficiary certifies that it is neither an Excluded Utility Company nor a Utility Company that submitted an Additional Adequate Assurance Request to the Debtors that is the subject of a separate Adequate Assurance Resolution, as those terms are defined in the *Debtors' Motion for an Order Terminating the Utility Blocked Account and Establishing Utility Blocked Account Payment Request Deadline Under Bankruptcy Code Sections 105(a) and 366*.

(a)   The Beneficiary is making a request for payment in lawful currency of the United States of America from the Utility Blocked Account in the amount of $ 5,459.29 .

(b)   The Beneficiary certifies that the Debtors defaulted in the payment of postpetition Utilities Services and amounts on account of such Utility Services are due, outstanding, and unpaid.

(c)   The Beneficiary hereby certifies that it is owed $ 5,459.29 for postpetition utility services provided to Circuit City or one of its debtor affiliates or subsidiaries in connection with the following account numbers:

    81658

(d)   The beneficiary hereby certifies that the amount requested is not and does not relate to an additional adequate assurance request or other form of security.

(e)   The Beneficiary is entitled to payment of funds reserved through the Utility Blocked Account pursuant to the Order under Bankruptcy Code Sections *105(a), 363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Certain Third Party Vendor* (as modified, supplemented and amended, the "Order"), entered by the

United States Bankruptcy Court for the Eastern District of Virginia in the bankruptcy cases of <u>In re Circuit City Stores, Inc., et. al.</u>, Case No. 08-35653 (KRH).

Please wire transfer the proceeds of the payment to the following account of the Beneficiary at the financial institution indicated below:

<u>026009593    000695463612</u>
<u>Bank of America</u>

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Payment Request as of the <u>14th</u> day of <u>September</u>, 2009.

[UTILITY]    <u>CITY OF HIGH POINT</u>
By:    *Fred P. Baggett*
       <u>Fred P. Baggett, City Attorney</u>
       Print Name & Title

cc:  Ian S. Fredericks, Esq.                          Katie Bradshaw
     Skadden, Arps, Slate, Meagher & Flom, LLP        Circuit City Stores, Inc.
     Fax: (888) 329 9475                              Fax: (804) 290-4305
     Email: Ian.Fredericks@skadden.com                Email: katie_bradshaw@ccswinddown.com

     Sarah K. Baker, Esq.                             Marjorie S. Crider, Esq.
     Skadden, Arps, Slate, Meagher & Flom, LLP        Riemer & Braunstein LLP
     Fax: (312) 827-9467                              Fax: (617) 692-3423
     Email: Sarah.Baker@skadden.com                   Email: mcrider@riemerlaw.com



# CITY OF HIGH POINT
# UTILITY STATEMENT

Call us: Monday–Friday 7:30 a.m. to 5:30 p.m. at 883-3111 or 1-888-883-3632
Make Check Payable To: City of High Point
Mail To: P.O. BOX 10039, High Point, N.C. 27261-3039

| ACCOUNT NUMBER | BILLING DATE | PAST DUE AFTER | BALANCE DUE |
|---|---|---|---|
| 81658 | 11/18/08 | 12/09/08 | $5,459.29 |

PLEASE ENTER AMOUNT PAID

ATTN: FACILITY IQ - MS 1378
CIRCUIT CITY STORES INC
PO BOX 2440
SPOKANE, WA 99210-2440

Review and pay your bill online
www.high-point.net
24 Hour Automated Features
336-883-3111

0 6844933 1 000545929 0081658 0

When paying in the office or at a drive-thru, bring the whole bill. When paying by mail, detach here and include the top portion of the bill.

**AMOUNT**

Account 81658: **CIRCUIT CITY STORES INC**
Access # 83937 for 24-hour automated services.
The phone # on your account is (336)841-1280. If this is incorrect, please call us.
**Payment** for **$6,843.15** received **10/30/08**.  Thank you.

| Prior Bills | Prior Balance | Payments Posted | Current Balance | Date Due | Amount Due |
|---|---|---|---|---|---|
| 10/20/08 | $6,843.15 | $6,843.15 | $0.00 | | |

## 1030 MALL LOOP ROAD

```
Electric (Multiplier=192)  Reading    3955     4307 =  67584 KWH         $5,430.33
   Demand                  Actual   180.48     Billed  240.00 KW
   Rate 10D   Meter #C8235  From    10/15 to 11/12 =     28 Days
Water (1 CCF= 750 Gallons) Reading    1385     1390 =      5 CCF            $64.11
   Meter #9501615 2 inch    From    10/15 to 11/12 =     28 Days
   Rate 23
Sewer - Rate 36                                          5 CCF             $101.64
Water (IRR)                Reading    1772     1772 =      0 CCF            $33.20
   Meter #9213601 1.5 inch  From    10/15 to 11/12 =     28 Days
   Rate 29C
Stormwater(1 ERU = 2588 SQ FT)             to 11/13   41.022 ERUs           $82.05
Solid Waste Landfill Charge - Commercial   to 11/13                          $5.00
Electric Sales Tax                                                         $162.91
Total this address         (Next read date is 07/16/09)                  $5,879.24
```

*** Grand Total ***  $5,459.29

---

The City of High Point will provide this material in an alternative format upon request.
- **Call us:** Monday–Friday 7:30 a.m.–5:30 p.m. at 336-883-3111, Toll Free (if outside 336 area code) 1-888-883-3632 TDD 336-883-8517
- **Main Office location:** City Hall, 211 South Hamilton Street, Monday–Friday 7:30 a.m.–5:00 p.m., FAX 336-883-3043
- **Branch Office Location:** 136 Northpoint Ave., Monday–Thursday, 8 a.m.–5 p.m., Friday 8 a.m.–6 p.m.
- **Mailing Address:** City of High Point, P.O. Box 10039, High Point, N.C. 27261-3039, www.high-point.net
- **Bill Payment and Drive-Thru locations** are listed on the back of this bill.