UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA - RICHMOND DIVISION

[Stamp: RICHMOND DIVISION / FILED SEP 15 2009 / CLERK U.S. BANKRUPTCY COURT]

Re: Claim # 13340
FRANKLIN WILSON Vs CIRCUIT CITY

Re: CIRCUIT CITY STORES INC.
CASE NO. 08-35653 (KRH)
DEBTOR

[Stamp: RECEIVED SEP 04 2009 KURTZMANCARSONCONSULTANTS]

Re: THIRTY-FIRST OMNIBUS OBJECTION
CLAIMS # (THE "OBJECTION")

Re: ORDER ESTABLISHING OMNIBUS
OBJECTION PROCEDURES AND APPROVING
THE FORM AND MANNER OF THE NOTICE
OF OMNIBUS OBJECTIONS (DOCKET NO. 2881)

EXHIBIT 1

DEBTOR: CIRCUIT CITY STORES
BY THE OMNIBUS OBJECTION, THE
DEBTORS SEEKING TO DISALLOW
AND/OR MODIFY THE CLAIM CASE NO
13340 - FRANKLIN WILSON
2 HIGHLAND STREET
PORT CHESTER, NY. 10573

AUG 31, 2009 - SIGNED: Franklin S. Wilson

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION

②

Re: (THE "RESPONSE") FROM FRANKLIN 8. WILSON

Re: PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, - A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE NOW FILED BY FRANKLIN WILSON AND FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY - CIRCUIT CITY STORES - KURTZMAN CARSON CONSULTANTS

AS WELL AS ASKING THE COURT TO THROW OUT THIS FRAUDULENT SECOND OMNIBUS OBJECTION BY KURTZMAN CARSON FOR CIRCUIT CITY STORES INC. AND CONSEQUENTIALLY BRINGING ME TO RAISEING THE AMOUNT OF MY CLAIM TO $20,000,000

UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF
VIRGINIA  RICHMOND DIVISION       (3)

b. AN EXPLANATION FOR THE AMOUNT OF THE CLAIM

1.) THREE OF THE WORLDS' MOST VALUEABLE PAINTINGS BY VINCENT VAN GOGH AND REGISTERED IN MY NAME WITH THE ART LOSS REGISTER - NEW YORK CITY PHOTOGRAPHED AND FILED FOR E.BAY AUCTION ON THE NOW DESTROYED BY CIRCUIT CITY, WEBSITE TWENTYCENTENNIAL@EBAY.COM

  a.) "SELF PORTRAIT WITH BANDAGE EAR AND PIPE"- VINCENT
  MINIMUM BID $85,000,000.

  b.) "THE FLAME" (SECOND STARRY NIGHT) - VINCENT
  MINIMUM BID - $100,000,000.

  c.) "SELF PORTRAIT, WITH THE ARTIST ON THE ROAD TO TARASCON" - VINCENT
  MINIMUM BID - $75,000,000

2.) ROUGH DIAMOND AUCTION LOTS TOTAL SIXTY-FIVE LOTS - APPROX 1500 CARATS EACH LOT

UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF                    (4)
VIRGINIA    RICHMOND DIVISION

3.) LONG ISLAND SOUND PETROLEUM DISCOVERY AND GRANT - ANNOUNCEMENT TO THE NATION - BY FRANKLIN S. WILSON FILED WITH SECRETARY-OF-STATE STATE OF N.Y. -
FRANKLIN S. WILSON -
(VAN GOGH AUCT) - FSW LTD - PETROLEUM, DIAMOND, GOLD
EIN - 13-4171316 Tel. 1-845-326-7019

4.) ALL OF MY EFFORTS TO REACH THE NATION AND ESTABLISH MY OIL WELLS WERE DESTROYED BY CIRCUIT CITY - BY REASON MY COMPAQ WAS MY ONLY AND FIRST COMPUTER, I AM NOT A COMPUTER TECHNICIAN AND COULD NOT REPAIR IT TO PUT MY GOODS BACK ON EBAY AND THE INTERNET

5.) FOR SECURITY AND MY OWN SAFETY I WORK ALONE IN SECRET.

6.) MICROSOFT IS MY TESTIFYING WITNESS

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA RICHMOND DIVISION

⑤

THAT THIS DESTRUCTION TO MY COMPAQ AND MY CAREERS AND LIFE BY CIRCUIT CITY WAS NOT ACCIDENTAL BUT WAS, AS STATED BY AND INVESTIGATED BY MICROSOFT FOR ME ON REQUEST, "MALICIOUS AND INTENTIONAL" SOFTWARE AND HARDWARE TAMPERING "INTENTIONAL HUMAN MISUSE" CRIMINAL TAMPERING NOT WORTHY OF ANY OMNIBUS OBJECTION - BUT TO PAY THE FULL PRICE OF WHAT I ESTIMATE TO BE THE COST AND DAMAGE TO ME: NOTWITHSTANDING SHORTCIRCUITING MY ATTEMPTS TO FULFILL MY DUTY TO THIS NATION - ARRIVED W/ WITH MY LONG ISLAND SOUND PETROLEUM FIELDS - TO EASE THE STRAIN ON US. AT THE PUMP.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA - RICHMOND DIVISION  6

AND FINALLY YOUR HONOR, IT HAS ALREADY BEEN DETERMINED BY BANKRUPTCY COURT THAT THIS CASE CLAIM #13340 IS NOT ELIGIBLE TO BE DISALLOWED OR MODIFIED BY OMNIBUS OBJECTION AS SHREWDLY REQUESTED OF THE COURT BY MY ADVERSARY KURTZMAN CARSON CONSULTANTS FOR CIRCUIT CITY, ATTEMPTING TO "PULL THE WOOL OVER MY EYES". DOUBLE JEOPARDY CONTEMPT OF COURT BY KURTZMAN CARSON. THIS CASE DOES NOT COME UNDER THAT. FIRST OMNIBUS OBJECTION TO CLAIMS NOT ELIGIBLE BY TIME OF THE FILING AND 2. THIS IS A CRIMINAL CLAIM AS WELL AND NOT... OF CERTAIN LEGAL CLAIMS SUCH AS CIVIL FOR PROPERTY NOT DELIVERED BY CIRCUIT CITY BUT PAID FOR BY A CLAIMANT. BY REASON OF THIS FRAUDULENT ATTEMPT BY MY OPPONENT THE CLAIM SHOULD BE DOUBLED TO $20,000,000.

HAND WRITTEN COPY

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
OF VIRGINIA RICHMOND DIVISION

"RESPONSE"; (HAND WRITTEN COPY)      7

NO YOUR HONOR, I DO NOT CONCEDE TO KURTZMAN CARSON CONSULTANTS SCHREWD AND FRAUDULENT ATTEMPT TO GET ME TO AUTHORIZE THE DISALLOWANCE OF MY OWN CLAIM. THIS TYPE OF CONSCIENCELESS AND INSULTING ATTEMPT DISQUALIFYS THEM FROM ANY SETTLEMENT WITH ME; I DO NOT HONOR OR REWARD DECEIT AND DECEPTION; THEY MUST
* BE PENALIZED NOT REWARDED, AS WELL THE CRIMINAL ACT OF MALICIOUS INTENT BY CIRCUIT CITY HAS LEFT THEM NO MARGIN FOR MODIFICATION OF THE AMOUNT OF MY CLAIM.
ATTEMPTING AND FRAUDULENTLY TO BRING THIS CLAIM UNDER, TO DEFINE IT AS "...
* CERTAIN LEGAL CLAIMS" IS CONTEMPT OF COURT, LIEING TO THE COURT BY KURTZMAN CARSON FOR CIRCUIT CITY AND THEY MUST BE PENALIZED FOR DOING THIS BY THE COURT. — DECEPTION IT IS,
NOT CONSIDERED. — CERTAIN MINOR LEGAL CLAIMS



## MEMORANDUM

Date:   September 14, 2009

To:     Court Clerk

From:   Kurtzman Carson

Re:     Circuit City Stores Inc

---

Enclosed please find a Creditor Response to Debtors' Nineteenth Omnibus Objection to Claims that was sent to our office by mistake, to be filed with the court.