To Whom It May Concern:

In regards to the Omnibus Objection for Circuit City Stores, Inc., et al., Chapter 11 case No 08-35653 (KKR), I, Steven F. Draxler, of 2322 Pocono Ct., De Pere, WI 54115, (920-217-1631) submit the following response:

On 1/28/2009 I filed a claim for $5,440.00, KCC Claim number 6955. This claim is a result of Circuit City Stores, Inc. (the Debtor) awarding me, a Store Director for the Company, a long-term incentive in the amount of 500 units, at that time a value of $10.88 per unit. This agreement, included in the original claim filed, is dated September 15, 2007, and is signed by Circuit City Senior Vice President Eric A. Jonas, Jr. It is stated in this agreement that I would be awarded a cash payment if I remain employed with Circuit City, which I did up to the end of the Company's existence. It had been a common practice of the Debtor to provide "Long-Term Incentives" on a regular basis to its employees in the Store Director position, one I held for over 5 years. The intention of the Long-Term Incentives was to increase performance of such employees and secure their commitment to company direction. It is the result of this direction that this particular incentive was never received. I hereby seek resolution in the amount of $5,440.00.

Steven Draxler



RICHMOND DIVISION
FILED SEP 1 5 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

Steven Draxler
2322 Pocono Ct.
De Pere, WI 54115
920-217-1631


September 10, 2009


Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St – Room 4000
Richmond, VA 23219

Mcguirewoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

Skadden, Arps, Slate, Meagher, & Flom, LLP
115 North Wacker Dr.
Chicago, IL 60606
Attn: Chris L. Dickerson