To Whom It May Concern:

In regards to the Omnibus Objection for Circuit City Stores, Inc., et al., Chapter 11 case No 08-35653 (KKR), I, Steven F. Draxler, of 2322 Pocono Ct., De Pere, WI  54115, (920-217-1631) submit the following response:

On 1/28/2009 I filed a claim for $5,440.00, KCC Claim number 8735. This claim is a result of Circuit City Stores, Inc. (the Debtor) issuing me, a Store Director for the Company, a Management Incentive Plan. This agreement, included in the original claim filed, offers a yearly incentive for meeting certain company expectations. It is stated on page 7 of this agreement that I would be awarded a payment of 75% of the Shrink Payout if my store met or exceeded its goal for the fiscal year of 2009, which would equal an amount of $3,000.00 for this time period. Not only did my store exceed Company expectations for shrink throughout the year and into the bankruptcy period, it ranked at the top of all stores in the Company, data that was also submitted with the initial claim. I hereby seek resolution in the amount of $3,000.00.

Steven Draxler

RICHMOND DIVISION
F
I
L
E
D
SEP 1 5 2009
F
I
L
E
D
CLERK
U.S. BANKRUPTCY COURT

Steven Draxler
2322 Pocono Ct.
De Pere, WI 54115
920-217-1631

September 10, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St – Room 4000
Richmond, VA 23219

Mcguirewoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

Skadden, Arps, Slate, Meagher, & Flom, LLP
115 North Wacker Dr.
Chicago, IL 60606
Attn: Chris L. Dickerson