RICHMOND DIVISION
FILED SEP 1 5 2009
CLERK
U.S. BANKRUPTCY COURT

I Jeffrey Agee present to the United States Bankruptcy Court, Circuit City Stores Inc, Case # 08-35653, my response to the Objection of the Claim filed.

I, Jeffrey Agee received a call for a seasonal position on 11/21/2008. My interview was for the same day at 3:00 p.m. I was then hired and required to complete orientation on 11/22/2008, which I completed and was told that I would receive pay for. I arrived on time, completed orientation, but was the last person in line to see the hiring manager for schedule and hourly wage. There were about 15 people also waiting, so whenever each person was to see the manager they were to write their name on a piece of paper and the time that they were leaving. With I being the last person an assistant manager had the list of hired employees, and their time, he wrote down "6:52 p.m. as my time of leaving, but I was still waiting to see the manager. I didn't see the manager until around 7:02 p.m., meaning I was already going to miss a full hour on my paycheck. So, I finally talk to the manager, and he writes my hourly wage to be $6.75 an hour, and that I was required to work on 11/25/2008 from 5:00 p.m. - 10:00 p.m.,

(Page 1)

11/25/2008 from 5:00p.m.-10:00p.m., 11/26/2008 from 5:00p.m.-10:00p.m., 11/28/2008 from 5:00p.m.-10:00p.m.. This was my first scheduled week, and on 11/28/2008 which was a friday, I went to check my new schedule, and I was off for the entire next week up until 12/5/2008. On that same day which was 11/28/2008, I have already called my transportation home to get off work and, a co-worker notifys me that the manager wants me to come in the next day which is 11/29/2008 at 8:00a.m.. I jus simply replied,"okay". I came into work on a day that I was not scheduled, which was in 11/29/2008 and worked from 8:00a.m. - 9:00p.m. which was also the day I turned in my manually kept hour sheet, which in all came to be a sum of 37 hours. After a week has passed up until the day of 12/5/2008, I went in to check my schedule, and yet again I was off for another week up until my first pay date on 12/11/2008. On 12/11/2008 I went to pick up my check, it took 45 minutes to finally come to the conclusion that I had no check at the store. The assistant manager explains that the check company had a fault which caused some employees not to recieve payment. I spend another 45 minutes trying to get information

(page 2)

as to when will I received my check. The manager told me to call everyday to get follow-up information. After I received that message in person, I told the manager I will not return to work until I recieve my paycheck. He replied, "that's fine", then I left the store. I called the store for the next few days and I would receive the same information saying that I need to call back another day. So, I obtained the number to the corporate office, which I called and complained, they gave me the tracking number to the package containing my paycheck which is: 1Z776978017830002. I called for a few days up until on 12/17/2008 the package was delivered at around 9:00a.m.. I then called the store and talked to the manager to ask if my check had come in, he responded by saying "no", so I hung up the phone. I called to make sure that the package had been delivered, and indeed it had been. So five minutes after confirming the package had been delivered for a second time, I called the store again, and talked to a co-worker he told me that they weren't going to be giving the Seasonal employee checks until the next day. So after recieving that information, I went straight to the store the

(page 3)

same day. I waited about 25 minutes to speak with the same manager that gave me false information. I once again asked for my check, he replied once again that they didn't have it, so I angrily replied that I've been tracking the package containing my check for the past four days, and that they've been delivered that morning. So, he went into his office and sent a co-worker to bring me my check. When I recieved it I saw that the amount was for $135.39 after taxes had been taken, and that they only had a record of 23 hours at a pay rate of $6.65 an hour. At my orientation I was put in to make $6.75, and it doesn't make sense as to why my hourly wage is incorrect. I tried to talk to each manager, but there was always another issue as like; something was wrong with my schedule, the manager that I should talk is off on that day, or I'm off work. In all my first pay check should have been $229.89 (with correct hourly wage after taxes), or $228.49 (amount with current hourly wage after taxes). I'm only suing for the missing hour of my orientation on 11/22/08, and the 13 hours that I worked on a day that I wasn't scheduled, but asked to

(page 4)

to come in on 11/29/2008 from 8:00a.m.-9:00p.m.
I'm not even worried about the fact that
I missed one entire day of school, or the fact
that my cell phone was disconnected due to
late payment which I also had to an extra
$15.00 for late fee. I just want the amount
of $94.50 which includes the hours of 8:00a.m.-9:00p.m
on 11/29/2008 that I had to work when I wasn't
scheduled, and the missing hour of my orientation.
I have included a copy of my check stub stating
the information of my hourly wage, and hours

(page 5)

```
CIRCUIT CITY PAYROLL              Pay Group:      HLF    EC Hourly          Pay Begin Date: 12/04/2008    Check #:       5452842
PO BOX 563966                                                               Pay End Date:   12/17/2008    Check Date:    12/16/2008
CHARLOTTE, NC 28256-3966          Employee ID:    10447287
1-800-288-6353                    Department:     450900 Little Rock West Superstore         TAX DATA:         Federal      AR State
                                  Location:       AR Little Rock West II
JEFFREY TRAVIS AGEE                                                         Marital Status     Single        Single
705 Dennison St                                                             Allowances:          0             0
Little Rock, AR  72201-0000                                                 Addl. Pct:
                                                                            Addl. Amt:
```

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | ....Current.... | | | ....YTD.... | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hourly | 6.650000 | 23.00 | 152.95 | 23.00 | 152.95 | Fed Withholdng | 5.10 | 5.10 |
| | | | | | | Fed MED/EE | 2.22 | 2.22 |
| | | | | | | Fed OASDI/EE | 9.48 | 9.48 |
| | | | | | | AR Withholdng | 0.76 | 0.76 |
| Total: | | 23.00 | 152.95 | 23.00 | 152.95 | Total: | 17.56 | 17.56 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | PTO Plan | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | | |
| | | | | | | PY PTO | |
| | | | | | | Earned | 0.00 |
| | | | | | | Taken | 0.00 |
| | | | | | | Balance | 0.00 |
| | | | | | | Current PTO | |
| | | | | | | Earned | 0.00 |
| | | | | | | Taken | 0.00 |
| | | | | | | Balance | 0.00 |
| | | | | | | IMPUTED INCOME | |
| | | | | | | Current: | 0.00 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 152.95 | 152.95 | 17.56 | 0.00 | 135.39 |
| YTD: | 152.95 | 152.95 | 17.56 | 0.00 | 135.39 |

MESSAGE   VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼

*Handwritten annotations (circling Rate 6.650000 and Hours 23.00):*
- Incorrect Amount of hours
- Incorrect hourly wage