

CASE # 08-35653

September 10, 2009

To Whom it may concern,

    My name is Niccole Cervanyk and I worked for Circuit City for 4 ½ years. During my time at Circuit City I went through all the departments and then management training. In 2005 I got the opportunity to step into a management position while our store manager went out on maternity leave. Our entertainment manager became store manager and I became the entertainment manager. It was a great opportunity. Our store manager Andra Clever would be out for six months. During this time I had some problems with another manager for sexual harassment which was very stressful during this time for me. I was learning a whole new ball game plus this. There were two other girls having problems with this same manager and they came to me so I would help them. After it was all said and done this gentlemen got fired. So we had our visit from Jason Fox who sat me down and told me that he would pay me a managers salary for the months that I took this roll. Well it started on February of 2005 and was supposed to be promoted after August 2005. Andra decided to take a job with Circuit City in a different state so I was still playing manager for another 3 months. Well nothing ever came of it. I never got paid for the work I did and well let's just say they brought in another store manager so I didn't get my promotion. I was very depressed and overwhelmed between the sexual harassment case and being promised something that wasn't. I ended up going to the doctor (which if need be have documentation) and he took me out of work for 3 months (no pay). If I would have been on salary this wouldn't of happened. I was under doctors orders I just wanted to sleep, couldn't cope, employees would call me consistently asking for help. So finally after the 3 months ended I went back and let's just say Jamie Farren didn't want me there so he pushed me to quit. It was said to be for my best interest. I couldn't take anymore so I quit. I know the company is going under but I deserve my pay. If you have any questions please call me at (719) 543-0294.

Thank you,

Niccole Cervanyk

CASE # 08-35653

*October 11, 2009*



To Whom it may concern:

    My name is Beth Halsey and I worked for Circuit City for over 5 years. I worked at Customer Service, in the warehouse and in the cd/Expansion department. At one point I was told that I had a future with this company until I got pregnant with my first child it all changed after that. After I had my son they completely treated me like an outcast. They cut my hours and had no respect for me because I wanted to be the best single mom I could be. I got written up for everything. Eric Flores was my manager at the time and he would only hire woman that walked in, in short skirts it was disgusting. But at that time I had put so much time in I just over looked all the bad. I know exactly what Niccole Cervanyk was going through there was no structure and after 5 years I never even made $10.00 per hour. There was always an excuse for me not to get a raise. They used there employees quit well by telling them there was a future and money to be made but instead your were at there mercy. All the managers were friends and hung out together and if you were not part of this click you were out of luck. I just wanted to let you know that yes I will vouch for Niccole and if you have any questions please feel free to contact me at (719) 994-0523. I will answer any questions you have.

Thank you,
Beth Halsey
Beth Halsey

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
                Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS**  
**(DISALLOWANCE OF CERTAIN CLAIMS FOR WAGES AND COMPENSATION)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1. By the Omnibus Objection, the Debtors are seeking to disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of

**Critical Information for Claimants
Choosing to File a Response to the Objection**

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Debtors before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **4:00 p.m. (Eastern Time) on September 15, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

>    Clerk of the Bankruptcy Court
>    United States Bankruptcy Court
>    701 East Broad Street – Room 4000
>    Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Debtors' attorneys:

3

b. the claimant's name and an explanation for the amount of the Claim;

c. a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response; and

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be

5

accessing the website of the Debtors at
www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Debtors.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.