Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern Region of Virginia
701 East Broad Street
Room 5000
Richmond, VA 23219

Re: Chapter 11

Case # 08-35653(KRH)



RICHMOND DIVISION

FILED

SEP 1 5 2009

FILED

CLERK
U.S. BANKRUPTCY COURT

According to paragraph five this is my **DISCLOSURE STATEMENT.**
a.  Must be in writing.
b.  State the name of objecting/responding party:
     Michael Cullen
     22 Gloucester Court
     Newington, CT 06111

Back in the wintertime of 2008, around November/December, I was in between jobs. As a full time freshman at Manchester Community College, I searched the Internet for job opportunities in my area and Circuit City on the Berlin Turnpike in Newington, CT was hiring. I filled out an online application, where I disclosed my name, address, social security number, and other personal information and the next day I received a phone call to come in and interview.  I followed up and went to the interview.

When I walked into the interview, I recognized a girl from high school named Casondra Rodriguez. Casondra's manager was the one that interviewed with. We went to his office and he quizzed me on my past work experiences and different work scenarios. After about 45 minutes the interview was over and I left.

About a week went by and I found a part time job and no longer needed the Circuit City job. The manager that had interviewed me began to call me and set up my first day of work. All the calls after my interview went straight to my voicemail and were never returned by me. The phone calls and voice messages didn't stop until about mid-January.

Then, on August 31, 2009 I received a piece of mail of Circuit City that baffled me. I opened it up to find out that Circuit City is suing and labeling me a "debtor" when I've never worked for their company or bought any of their merchandise. I believe that my identity might have been stolen and used a negative way against the Circuit City company.

If there is anything you like to discuss further at anytime, my cell phone number is (860) 874 2410. I'm willing to get to the bottom of this just as much as you are. This can be a black eye on my credit forever that was never in my hands.

c.c: ATTACHMENTS

Michael Cullen

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson and Jessica S. Kumar)

and

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley and Sarah B. Boehm)

Counsel For The Creditors' Committee

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

and

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

and

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

The United States Trustee

701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)


**IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY WILL BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND WILL NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

023154_18614_PRODUCT_1_DOMESTIC_1/004648/013944/i

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
In re:                                       :          Chapter 11
                                             :
Circuit City Stores, Inc., et al.,           :          Case No. 08-35653 (KRH)
                                             :
                              Debtors.       :          (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on August 24, 2009, Circuit City Stores, Inc. ("Circuit City") and seventeen (17) of its direct and indirect debtor subsidiaries (together with Circuit City, the "Debtors"), and the Official Committee of Creditors Holding General Unsecured Claims (the "Creditors' Committee") in the above-captioned cases, filed the Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Plan"), and the Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession, and its Official Committee of Creditors Holding General Unsecured Claims (as it may be amended, the "Disclosure Statement"), with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219, on **September 22, 2009 at 11:00 a.m. (Eastern)**, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and approving the Disclosure Statement for solicitation purposes. The Disclosure Statement Hearing may be adjourned from time to time, without further notice to creditors or parties in interest, by an announcement in the Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or in the agenda filed with respect to the scheduled Disclosure Statement Hearing.

**THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement and Plan are on file with and may be examined by interested parties at the Office of the Clerk of the Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained at the Debtors' case information website, www.kccllc.net/circuitcity or upon written request to Kurtzman Carson Consultants LLC, 2335 Alaska