RICHMOND DIVISION
FILED
SEP 1 5 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

September 14, 2009

United States Bankruptcy Court for the Eastern District of Virginia-Richmond Division
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH
Debtors Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan)
Claim 8108

**Claimants Name: Laura McDonald**
Dear Sirs,

Per the notice of deadline for filing an objection to the disallowance of certain claims relating to short-term incentive plan I am filing an objection to the disallowance.

I am filing an objection to the disallowance of the short-term incentive plan. As a Director with Circuit City Stores Inc., I participated in the CC Management STIP Plan. This plan states that the results will be based on the fiscal year beginning March 1, 2008 and ending February, 28, 2009. In order to be eligible to receive the pay out of the plan dollars the associate needs to be employed through the pay out date that in past years typically occurred in early May. In May due to the bankruptcy declaration, there was a change in control. The change in control clause on outstanding awards states that as long as I am employed on a full time basis with the Company through and including the date on which a Change of Control of the Company occurs, then any restrictions on my outstanding awards shall lapse as of such date. I was employed on a full time basis as of the date of the bankruptcy declaration. Below is the calculation of the award.

Calculation of Award:

Base Pay = $171,062
Annual Incentive target = 30%
Short-Term (Annual) incentive target = $51,318.70

Sincerely,

*Laura McDonald*

Laura McDonald
109 Fairways Dr
Hendersonville, TN 37075
(615)788-9493
Laura_ferguson@bus.emory.edu