RICHMOND DIVISION

FILED

SEP 1 5 2009

CLERK
U.S. BANKRUPTCY COURT

Clerk of the Bankruptcy Court

United States Bankruptcy Court

701 East Broad Street – Room 4000

Richmond, Virginia 23219

RE: United States Bankruptcy Court for The Eastern District of Virginia Richmond Division

Circuit City Stores, Inc., et al.  Chapter 11  Case No. 08-35653 (KRH)  claim Number 10047 for Leon Hurney 234 Alice Street, Pittsburgh Pa 15210

Response to rejection of my claim:

I, Leon Hurney, 234 Alice Street Pittsburgh, Pa 15210, 412-398-8851 do swear that:

I purchased a sound system from Circuit City and paid for installation into my Acura Vigor.  During installation the technician installing the system drilled a hole in my gas tank thus ruining my gas tank and requiring its replacement.  I believe that  Circuit City accepted responsibility for this act when they fired the technician on the spot and requested that I obtain an estimate of the cost to replace my gas tank and file a claim with their insurance company.  I did this.  Shortly after filing the claim I heard that Circuit City was filing for bankruptcy and I heard from the attorney that I was in the case.  I forwarded a copy of the estimate and my statement.

Meanwhile I attempted to contact the insurance company of several occasions and left voice mail messages.  Eventually I talked to the claims agent who was very rude to me.  He essentially told me that since Circuit city was bankrupt that it was not his problem and to leave him alone.  He told me that it would be settled in court.  I believed that I had a good claim and that I would be paid $847.42 to fix my gas tank.

Now after four and a half months I was sent a notice from the court saying that my claim is rejected and given 3 weeks to reply.  I do not believe that this is very fair to me as I am only a 19 year old kid with a not too great job, my car was ruined and I had to replace it, so my loss was not only the cost to replace the gas tank, but also the value of the car.  I do not have a lawyer or the money to pay one for this claim. At this point I feel that I have been taken advantage of and that the end result is that I get nothing.  If I had known that I would pay Circuit City to ruin my car I would not have done this.   What kind of business practice is this?

You can contact my step father John S. Clark at 412-916-2847 or you can fax me at my  mothers place of work at 412-767-4808 Attention Nikki Hurney.

Sincerely,

Leon Hurney      PS my name is LEON  not Leeon.