FILED
SEP 17 2009
CLERK
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

Sept 15-09
pg 1

To: Clerk of Court:
United States Bankruptcy Court
701 East Broad Street Suite 4000
Richmond, Virginia 23219

My name is Brenda Blackshear. I want to file with the Court Local Bankruptcy Rule 9013-1(H). I am filing to hear my claim be heard. My claim no. is 4333 Circuit City Bankruptcy. I cannot afford an attorney. I live on Social Security. Since my accident at Circuit City Store my unpaid medical bills total $9,857.39. I've had to have injections in my back & feet. I've had to go to physical therapy. I can no longer go to physical therapy because they haven't got their money.

I have two doctors with prescribed physical therapy and I can not do anything until my claim is settled. Please file my claim.

Thank You
Brenda Blackshear
102 Anita Ln.
Longview, Texas 75603