Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:   (804) 783-6448
Fax:              (804) 783-6507
pbliley@williamsmullen.com
Counsel to Orange County, Florida Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HONORABLE EARL K. WOOD,
TAX COLLECTOR IN AND FOR ORANGE COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Earl K. Wood, Tax Collector in and for Orange County, Florida ("Tax Collector"), and for his response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1. The Claimant's Name is the Honorable Earl K. Wood, Tax Collector in and for Orange County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at Orlando, Florida, as of January 1, 2009.

2. Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a person with personal knowledge of the relevant facts in support of this response, which statement

sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of his response and his underlying claim.

3. Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of his claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4. Attached hereto as Exhibit C is a Declaration of the Honorable Bill Donegan who is the Property Appraiser in and for Orange County, Florida and as such has personal knowledge of the relevant facts that support this response.

5. The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Earl K. Wood
> Orange County Tax Collector
> 200 S. Orange Ave., Suite 1500
> Orlando, Florida 32801
> Phone: (407) 836-2705
> Fax:    (407) 836-2730
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA 23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:       (804) 783-6507

6. The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 18, 2009

Hon. Earl K. Wood, Tax Collector
In and for Orange County, Florida

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone:    (804) 783-6448
Fax:    (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Orange County, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on the 18TH day of September 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## EXHIBIT A

    I have personal knowledge as the Tax Collector for Orange County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

    The factual basis is as set forth in Exhibit C prepared by the Honorable Bill Donegan, Property Appraiser in and for Orange County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

    The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

_David L. Whittington, Assistant Tax Collector_
on: The Honorable Earl K. Wood
Orange County Tax Collector

## EXHIBIT B

Attached hereto is the preliminary roll and appraised values received by the Tax Collector from the Property Appraiser. Attached also is the documentation of the Property Appraiser as referenced in Exhibit C.



# Orange County Property Appraiser
# Property Line Inquiry System

Tangible Personal Property
Account Summary

| Interactive TRIM Notice | |
|---|---|
| Account Number | REG-007105 |
| Business Name | CIRCUIT CITY STORES |
| Business Address | 7915 S ORANGE BLOSSOM TRL |
| City Code | ORG - Orange County |
| Mill Code | 11 |
| NAICS Code | 443112 |
| Exemption Code | |
| Total Market Value | $611,650 |
| Exempt Value | $0 |
| Exempt Value - Amendment 1 | $25,000 |
| Total Taxable Value | $586,650 |

This Data Printed on 09/16/2009 and System Data Last Updated on 09/11/2009

[Retry Search]  [Help On Search]  [New Search]

[Home] [About OCPA] [Meet Bill Donegan] [Record Searches]
[Map Searches] [Contact OCPA] [Departments] [Products]

Copyright © 1996 Orange County Property Appraiser. All rights reserved.



# Orange County Property Appraiser
# Property Line Inquiry System

Tangible Personal Property
Account Summary

| Interactive TRIM Notice | |
|---|---|
| **Account Number** | REG-094030 |
| **Business Name** | CIRCUIT CITY STORES |
| **Business Address** | 2728 E COLONIAL DR |
| **City Code** | ORL - Orlando |
| **Mill Code** | 08 |
| **NAICS Code** | 443112 |
| **Exemption Code** | |
| **Total Market Value** | $485,073 |
| **Exempt Value** | $0 |
| **Exempt Value - Amendment 1** | $25,000 |
| **Total Taxable Value** | $460,073 |

This Data Printed on 09/16/2009 and System Data Last Updated on 09/11/2009

[Retry Search]  [Help On Search]  [New Search]

[Home] [About OCPA] [Meet Bill Donegan] [Record Searches]
[Map Searches] [Contact OCPA] [Departments] [Products]

Copyright © 1996 Orange County Property Appraiser. All rights reserved.



# Orange County Property Appraiser
# Property Line Inquiry System

Tangible Personal Property
Account Summary

| Interactive TRIM Notice | |
|---|---|
| Account Number | REG-139678 |
| Business Name | CIRCUIT CITY STORES INC |
| Business Address | 4157 MILLENIA BLVD |
| City Code | ORL - Orlando |
| Mill Code | 26 |
| NAICS Code | 443112 |
| Exemption Code | |
| Total Market Value | $625,438 |
| Exempt Value | $0 |
| Exempt Value - Amendment 1 | $25,000 |
| Total Taxable Value | $600,438 |

This Data Printed on 09/16/2009 and System Data Last Updated on 09/11/2009

[Retry Search]  [Help On Search]  [New Search]

[Home] [About OCPA] [Meet Bill Donegan] [Record Searches]
[Map Searches] [Contact OCPA] [Departments] [Products]

Copyright © 1996 Orange County Property Appraiser. All rights reserved.



# Orange County Property Appraiser
# Property Line Inquiry System

Tangible Personal Property
Account Summary

| Interactive TRIM Notice | |
|---|---|
| Account Number | REG-145165 |
| Business Name | CIRCUIT CITY STORES |
| Business Address | 400 N ALAFAYA TRL |
| City Code | ORG - Orange County |
| Mill Code | 11 |
| NAICS Code | 443112 |
| Exemption Code | |
| Total Market Value | $638,276 |
| Exempt Value | $0 |
| Exempt Value - Amendment 1 | $25,000 |
| Total Taxable Value | $613,276 |

This Data Printed on 09/16/2009 and System Data Last Updated on 09/11/2009

[Retry Search]  [Help On Search]  [New Search]

[Home] [About OCPA] [Meet Bill Donegan] [Record Searches]
[Map Searches] [Contact OCPA] [Departments] [Products]

Copyright © 1996 Orange County Property Appraiser. All rights reserved.

## EXHIBIT C

### Declaration of the Honorable Bill Donegan,
### Property Appraiser in and for Orange County, Florida.

As the Property Appraiser in and for the Orange County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Orange County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.

_____
The Honorable Bill Donegan
Orange County Property Appraiser



NOTICE OF PROPOSED PROPERTY TAXES
ORANGE COUNTY TAXING AUTHORITIES



DO NOT PAY
THIS IS NOT A BILL

SITE ADDRESS: 4157 MILLENIA BLVD    ORLANDO
LEGAL DESC: STORE #3561
#BWNCMZL
#REG 139678 3#    26 ORL

CIRCUIT CITY STORES INC
C/O TAX DEPARTMENT
PO BOX 42304
RICHMOND VA 23242-2304

## 2009 TANGIBLE PERSONAL PROPERTY

### VALUE INFORMATION

|  | MARKET / ASSESSED VALUE | EXEMPTIONS | AMENDMENT 1 EXEMPTION | TAXABLE VALUE | PENALTY |
|---|---|---|---|---|---|
| PRIOR VALUE (2008) | 665,326 | 0 | 25,000 | 640,326 | 0.00 |
| CURRENT VALUE (2009) | 625,438 | 0 | 25,000 | 600,438 | 0.00 |

### TAX INFORMATION

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR (COLUMN 1) | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (COLUMN 2) | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (COLUMN 3) |
|---|---|---|---|
| PUBLIC SCHOOLS |  |  |  |
| BY STATE LAW (RLE) | 3,197.15 | 3,257.38 | 3,385.45 |
| BY LOCAL BOARD | 1,381.18 | 1,349.78 | 1,462.55 |
| ORANGE COUNTY (GENERAL) | 2,839.65 | 2,662.76 | 3,047.04 |
| ORLANDO | 3,617.84 | 3,392.47 | 3,989.07 |
| COUNTY LIBRARY-OPERATING | 239.99 | 225.04 | 257.05 |
| SOUTH FLORIDA WATER MGMT | 163.22 | 153.05 | 176.59 |
| S.F.W.M. OKEECHOBEE BASIN | 179.10 | 167.94 | 194.12 |
| S.F.W.M. EVERGLADES CONST | 57.25 | 53.68 | 62.03 |
| TOTAL PROPERTY TAXES | 11,675.38 | 11,262.10 | 12,573.90 |

COPY
Bell Donegan

The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing.

### HEARING INFORMATION

| TAXING AUTHORITY | HEARING DATE, LOCATION AND TIME |
|---|---|
| PUBLIC SCHOOLS |  |
| BY STATE LAW (RLE) | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| BY LOCAL BOARD | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| ORANGE COUNTY (GENERAL) | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| ORLANDO | SEPT. 14TH, 5:01PM, ORLANDO CITY HALL, 400 S. ORANGE AVE., 2ND FL, ORLANDO, (407)246-2358 |
| COUNTY LIBRARY-OPERATING | SEPT. 15TH, 5:01PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)835-7620 |
| SOUTH FLORIDA WATER MGMT | SEPT. 9TH, 5:15PM, DISTRICT AUD., B-1 BLDG, 3301 GUN CLUB RD., WEST PALM BEACH, (561)686-8800 |
| S.F.W.M. OKEECHOBEE BASIN | SEPT. 9TH, 5:15PM, DISTRICT AUD., B-1 BLDG, 3301 GUN CLUB RD., WEST PALM BEACH, (561)686-8800 |
| S.F.W.M. EVERGLADES CONST | SEPT. 9TH, 5:15PM, DISTRICT AUD., B-1 BLDG, 3301 GUN CLUB RD., WEST PALM BEACH, (561)686-8800 |

September 18, 2009 is the deadline for filing a petition with the Value Adjustment Board. See back for details.

DR-474N
R.05/08

## Orange County Notice of Proposed Property Taxes

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption that is not reflected, please contact the Orange County Property Appraiser's Office at:

200 S. ORANGE AVE., SUITE 1700,
ORLANDO, FL 32801
TANGIBLE PERSONAL PROPERTY (407)836-5049

If the Property Appraiser's office is unable to resolve the matter as to the market value or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://vab.occompt.com.

Petitions must be filed on or before September 18, 2009.

NOTE: Amounts shown on this form do not reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

### EXPLANATION OF PAGE 1

**COLUMN 1 - "YOUR TOTAL PROPERTY TAXES LAST YEAR"**
This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2 - "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on the front side of this notice.

**COLUMN 3 - "YOUR TAXES IF NO BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment. The difference between columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**ASSESSED VALUE means:**
For homestead property: Value as limited by the State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.

For more information concerning this Notice of Proposed Property Taxes, TPP Exemption, Penalties and Millage Rates, please visit our website at www.ocpafl.org



NOTICE OF PROPOSED PROPERTY TAXES
ORANGE COUNTY TAXING AUTHORITIES



DO NOT PAY
THIS IS NOT A BILL

SITE ADDRESS: 2728 E COLONIAL DR    ORLANDO
LEGAL DESC: STORE #838

#BWNCMZL
#REG 094030 0#    08 ORL

CIRCUIT CITY STORES
CIRCUIT CITY STORES INC
ATTN: TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

## 2009 TANGIBLE PERSONAL PROPERTY

### VALUE INFORMATION

| | MARKET / ASSESSED VALUE | EXEMPTIONS | AMENDMENT 1 EXEMPTION | TAXABLE VALUE | PENALTY |
|---|---|---|---|---|---|
| PRIOR VALUE (2008) | 469,599 | 0 | 25,000 | 444,599 | 0.00 |
| CURRENT VALUE (2009) | 485,073 | 0 | 25,000 | 460,073 | 0.00 |

### TAX INFORMATION

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|
| | COLUMN 1 | COLUMN 2 | COLUMN 3 |
| PUBLIC SCHOOLS | | | |
| BY STATE LAW (RLE) | 2,219.88 | 2,495.90 | 2,594.03 |
| BY LOCAL BOARD | 959.00 | 1,034.24 | 1,120.65 |
| ORANGE COUNTY (GENERAL) | 1,971.66 | 2,040.29 | 2,334.73 |
| ORLANDO | 2,511.98 | 2,599.41 | 3,056.54 |
| COUNTY LIBRARY-OPERATING | 166.64 | 172.44 | 196.96 |
| ST. JOHNS WATER MGMT | 184.86 | 191.30 | 218.76 |
| TOTAL PROPERTY TAXES | 8,014.02 | 8,533.58 | 9,521.67 |

COPY
Bill Donegan

The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing.

### HEARING INFORMATION

| TAXING AUTHORITY | HEARING DATE, LOCATION AND TIME |
|---|---|
| PUBLIC SCHOOLS | |
| BY STATE LAW (RLE) | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| BY LOCAL BOARD | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| ORANGE COUNTY (GENERAL) | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| ORLANDO | SEPT. 14TH, 5:01PM, ORLANDO CITY HALL, 400 S. ORANGE AVE., 2ND FL, ORLANDO, (407)246-2356 |
| COUNTY LIBRARY-OPERATING | SEPT. 15TH, 5:01PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)835-7620 |
| ST. JOHNS WATER MGMT | SEPT. 8TH, 5:05PM, DISTRICT HQ, 4049 REID ST., PALATKA, (386)329-4500 |

September 18, 2009 is the deadline for filing a petition with the Value Adjustment Board. See back for details.

DR-474N
R.05/08

## Orange County Notice of Proposed Property Taxes

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption that is not reflected, please contact the Orange County Property Appraiser's Office at:

200 S. ORANGE AVE., SUITE 1700,
ORLANDO, FL 32801
TANGIBLE PERSONAL PROPERTY (407)836-5049

If the Property Appraiser's office is unable to resolve the matter as to the market value or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://vab.occompt.com.

Petitions must be filed on or before September 18, 2009.

NOTE: Amounts shown on this form do not reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

### EXPLANATION OF PAGE 1

**COLUMN 1 - "YOUR TOTAL PROPERTY TAXES LAST YEAR"**
This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2 - "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on the front side of this notice.

**COLUMN 3 - "YOUR TAXES IF NO BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment. The difference between columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**ASSESSED VALUE means:**
For homestead property: Value as limited by the State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.

For more information concerning this Notice of Proposed Property Taxes, TPP Exemption, Penalties and Millage Rates, please visit our website at www.ocpafl.org



NOTICE OF PROPOSED PROPERTY TAXES
ORANGE COUNTY TAXING AUTHORITIES



DO NOT PAY
THIS IS NOT A BILL

**2009 TANGIBLE PERSONAL PROPERTY**

SITE ADDRESS: 7915 S ORANGE BLOSSOM TRL   UN-INCORPORATED
LEGAL DESC: STORE #837

#BWNCMZL
#REG 007105 6#   11   ORG

CIRCUIT CITY STORES
CIRCUIT CITY STORES INC
ATTN: TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

### VALUE INFORMATION

| | MARKET / ASSESSED VALUE | EXEMPTIONS | AMENDMENT 1 EXEMPTION | TAXABLE VALUE | PENALTY |
|---|---|---|---|---|---|
| PRIOR VALUE (2008) | 631,487 | 0 | 25,000 | 606,487 | 0.00 |
| CURRENT VALUE (2009) | 611,650 | 0 | 25,000 | 586,650 | 0.00 |

### TAX INFORMATION

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR (COLUMN 1) | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (COLUMN 2) | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (COLUMN 3) |
|---|---|---|---|
| PUBLIC SCHOOLS | | | |
| BY STATE LAW (RLE) | 3,028.19 | 3,182.58 | 3,307.71 |
| BY LOCAL BOARD | 1,308.19 | 1,318.79 | 1,428.96 |
| ORANGE COUNTY (GENERAL) | 2,689.59 | 2,601.62 | 2,977.07 |
| FIRE DISTRICT AND EMS | 1,360.77 | 1,316.27 | 1,513.85 |
| UNINCORPORATED TAX DIST | 1,094.28 | 1,058.49 | 1,217.30 |
| COUNTY LIBRARY-OPERATING | 227.31 | 219.88 | 251.14 |
| ST. JOHNS WATER MGMT | 252.18 | 243.93 | 278.95 |
| **TOTAL PROPERTY TAXES** | **9,960.51** | **9,941.56** | **10,974.98** |

©COPY
*Bill Donegan* (signature)

The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing.

### HEARING INFORMATION

| TAXING AUTHORITY | HEARING DATE, LOCATION AND TIME |
|---|---|
| PUBLIC SCHOOLS | |
| BY STATE LAW (RLE) | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| BY LOCAL BOARD | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| ORANGE COUNTY (GENERAL) | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| FIRE DISTRICT AND EMS | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| UNINCORPORATED TAX DIST | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| COUNTY LIBRARY-OPERATING | SEPT. 15TH, 5:01PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)835-7620 |
| ST. JOHNS WATER MGMT | SEPT. 8TH, 5:05PM, DISTRICT HQ, 4049 REID ST., PALATKA, (386)329-4500 |

September 18, 2009 is the deadline for filing a petition with the Value Adjustment Board. See back for details.

DR-474N R.05/08

## Orange County Notice of Proposed Property Taxes

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption that is not reflected, please contact the Orange County Property Appraiser's Office at:

200 S. ORANGE AVE., SUITE 1700,
ORLANDO, FL 32801
TANGIBLE PERSONAL PROPERTY (407)836-5049

If the Property Appraiser's office is unable to resolve the matter as to the market value or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://vab.occompt.com.

Petitions must be filed on or before September 18, 2009.

NOTE: Amounts shown on this form do not reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

### EXPLANATION OF PAGE 1

**COLUMN 1 - "YOUR TOTAL PROPERTY TAXES LAST YEAR"**
This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2 - "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on the front side of this notice.

**COLUMN 3 - "YOUR TAXES IF NO BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment. The difference between columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**ASSESSED VALUE means:**
For homestead property: Value as limited by the State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.

For more information concerning this Notice of Proposed Property Taxes, TPP Exemption, Penalties and Millage Rates, please visit our website at www.ocpafl.org



**NOTICE OF PROPOSED PROPERTY TAXES**
**ORANGE COUNTY TAXING AUTHORITIES**



DO NOT PAY
THIS IS NOT A BILL

SITE ADDRESS:  400 N ALAFAYA TRL          UN-INCORPORATED
LEGAL DESC:    STORE #3595

#BWNCMZL
#REG 145165 3#             11  ORG

**2009 TANGIBLE PERSONAL PROPERTY**

CIRCUIT CITY STORES
CIRCUIT CITY STORES INC
PO BOX 42304
RICHMOND VA 23242-2304

### VALUE INFORMATION

| | MARKET / ASSESSED VALUE | EXEMPTIONS | AMENDMENT 1 EXEMPTION | TAXABLE VALUE | PENALTY |
|---|---|---|---|---|---|
| PRIOR VALUE (2008) | 688,746 | 0 | 25,000 | 663,746 | 0.00 |
| CURRENT VALUE (2009) | 638,276 | 0 | 25,000 | 613,276 | 0.00 |

### TAX INFORMATION

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR (COLUMN 1) | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (COLUMN 2) | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (COLUMN 3) |
|---|---|---|---|
| PUBLIC SCHOOLS | | | |
|   BY STATE LAW (RLE) | 3,314.08 | 3,327.02 | 3,457.83 |
|   BY LOCAL BOARD | 1,431.70 | 1,378.64 | 1,493.82 |
| ORANGE COUNTY (GENERAL) | 2,943.51 | 2,719.70 | 3,112.19 |
| FIRE DISTRICT AND EMS | 1,489.25 | 1,376.01 | 1,582.56 |
| UNINCORPORATED TAX DIST | 1,197.60 | 1,106.53 | 1,272.55 |
| COUNTY LIBRARY-OPERATING | 248.77 | 229.86 | 262.54 |
| ST. JOHNS WATER MGMT | 275.99 | 255.00 | 291.61 |
| **TOTAL PROPERTY TAXES** | 10,900.90 | 10,392.76 | 11,473.10 |

[COPY stamp and signature: Bill Dnegan]

The Taxing Authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each Taxing Authority may AMEND OR ALTER its proposals at the hearing.

### HEARING INFORMATION

| TAXING AUTHORITY | HEARING DATE, LOCATION AND TIME |
|---|---|
| PUBLIC SCHOOLS | |
|   BY STATE LAW (RLE) | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
|   BY LOCAL BOARD | SEPT. 8TH, 5:30PM, EDUCATIONAL LEADERSHIP CENTER, 445 W. AMELIA ST., ORLANDO, (407)317-3456 |
| ORANGE COUNTY (GENERAL) | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| FIRE DISTRICT AND EMS | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| UNINCORPORATED TAX DIST | SEPT. 10TH, 6:00PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)836-7390 |
| COUNTY LIBRARY-OPERATING | SEPT. 15TH, 5:01PM, ORANGE COUNTY ADMIN. BLDG., 201 S. ROSALIND AVE., ORLANDO, (407)835-7620 |
| ST. JOHNS WATER MGMT | SEPT. 8TH, 5:05PM, DISTRICT HQ, 4049 REID ST., PALATKA, (386)329-4500 |

**September 18, 2009** is the deadline for filing a petition with the Value Adjustment Board. See back for details.

DR-474N
R.05/08

## Orange County Notice of Proposed Property Taxes

If you feel the market value of the property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption that is not reflected, please contact the Orange County Property Appraiser's Office at:

200 S. ORANGE AVE., SUITE 1700,
ORLANDO, FL 32801
TANGIBLE PERSONAL PROPERTY (407)836-5049

If the Property Appraiser's office is unable to resolve the matter as to the market value or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available online at http://vab.occompt.com.

Petitions must be filed on or before September 18, 2009.

NOTE: Amounts shown on this form do not reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

### EXPLANATION OF PAGE 1

**COLUMN 1 - "YOUR TOTAL PROPERTY TAXES LAST YEAR"**
This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2 - "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on the front side of this notice.

**COLUMN 3 - "YOUR TAXES IF NO BUDGET CHANGE IS MADE"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment. The difference between columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**ASSESSED VALUE means:**
For homestead property: Value as limited by the State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.

For more information concerning this Notice of Proposed Property Taxes, TPP Exemption, Penalties and Millage Rates, please visit our website at www.ocpafl.org