| | |
|---|---|
| William H. Schwarzschild, III (VSB No. 15274) | Judy B. Calton (MI Bar #P38733) |
| W. Alexander Burnett (VSB No. 68000) | Joseph R. Sgroi (MI Bar #P68666) |
| **WILLIAMS MULLEN** | **HONIGMAN MILLER SCHWARTZ AND COHN LLP** |
| Two James Center, 17th Floor | |
| 1021 East Cary Street | 2290 First National Building |
| Post Office Box 1320 | Detroit, Michigan 48226 |
| Richmond, Virginia 23218-1320 | Tel: (313) 465-7344 |
| Tel: 804.783.6489 | Fax: (313) 465-7345 |
| Fax: 804.783.6507 | jcalton@honigman.com |
| tschwarz@williamsmullen.com | jsgroi@honigman.com |
| aburnett@williamsmullen.com | |

*Counsel for DIRECTV, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) | |
| et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**LIMITED OBJECTION TO DEBTORS' PLAN
AND DISCLOSURE STATEMENT**

DIRECTV, Inc. ("DIRECTV") objects to approval of the Disclosure Statement With Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims filed by the Debtors on August 24, 2009 [Docket No. 4614] (the "Plan"), only to the extent the Plan may be interpreted to affect the rights asserted by DIRECTV in its Motion for Relief from Stay Re: $405,000 for prepetition invoices with Notice of Hearing filed on February 11, 2009 [Docket No. 2082] (the "Motion"), including, without limitation, its setoff rights. DIRECTV and the Debtors have substantially agreed upon a resolution of the issues raised in the Motion and certain related matters, the documentation of which is currently pending (the "Stipulation").

ACCORDINGLY, DIRECTV requests that any order approving the Debtors' Plan that is entered before the Stipulation is entered expressly preserve DIRECTV's rights as set forth in the Motion.

**DIRECTV, INC.**

*/s/ W. Alexander Burnett*
By:_____
William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
James Center Two
1021 East Cary Street
Richmond, VA  23219
Tel: (804) 783-6489
Fax: (804) 783-6507

and

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7344
Fax: (313) 465-7345

*Counsel for DIRECTV, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Limited Objection to Debtors' Plan and Disclosure Statement filed by DIRECTV, Inc. was served this 18th day of September, 2009, on all necessary parties electronically by ECF and by e-mail and first class mail, postage prepaid, upon:

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**Gregg M. Galardi**
**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
ian.fredericks@skadden.com

**Chris L. Dickerson**
Skadden Arps Slate Meagher
& Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

**Jeffrey N. Pomerantz**
**Stanley E. Goldich**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Adam M. Feinmesser, Esq.**
Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
afeinmesser@esbinalter.com

**Michelle Mosier**
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695

**DIRECTV, INC.**

By: /s/ W. Alexander Burnett
_____
W. Alexander Burnett

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for DIRECTV, INC.*

DETROIT.3859137.1

7202615_1.DOC

4