William F. Gray Jr.
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------------ x
In re:                                                                  :    Chapter 11
                                                                        :
CIRCUIT CITY STORES, INC., *et al.*,                                    :    Case No. 08-35653 (KRH)
                                                                        :
                               Debtors.                                 :    Jointly Administered
                                                                        :
                                                                        :
------------------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Torys LLP withdraws its appearance and request for service of papers on behalf of Triangle Equities Junction LLC.

> William F. Gray Jr., Esq.
> Timothy B. Martin, Esq.
> Torys LLP
> 237 Park Avenue
> New York, New York  10017
> Telephone:  (212) 880-6336
> Fax:  (212) 682-0200
> E-mail: wgray@torys.com
> E-mail: tmartin@torys.com

Dated: New York, New York
       September 18, 2008             Respectfully submitted,

                                      By:     /s/ William F. Gray Jr.
                                           William F. Gray Jr.
                                           Torys LLP
                                           237 Park Avenue
                                           New York, New York 10017
                                           Tel: (212) 880-6000
                                           Fax: (212) 682-0200

9904823.1
33139-2003

William F. Gray Jr.
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------- x
In re:                                          :     Chapter 11
                                                :
CIRCUIT CITY STORES, INC., *et al.*,            :     Case No. 08-35653 (KRH)
                                                :
                                Debtors.        :     Jointly Administered
                                                :
                                                :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, William F. Gray, a member of the firm of Torys LLP, hereby certify that a copy of the foregoing notice was electronically filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the notice to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

Dated: New York, New York
       September 18, 2008

                                                /s/ William F. Gray Jr.

                                                William F. Gray