William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
**WILLIAMS MULLEN**
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
2290 First National Building
Detroit, Michigan 48226
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com
jsgroi@honigman.com

*Counsel for DIRECTV, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) | |
| et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**RESPONSE TO DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)**

DIRECTV, Inc. ("DIRECTV") responds to Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) [Docket No. 4598] (the "Objection"), as same pertains to the claims filed by DIRECTV: claim number 7963, filed as secured in the amount of $405,000 (the "DIRECTV Secured Claim") and unsecured in the amount of $83,075 (the "DIRECTV Unsecured Claim"); and claim number 1237, filed as a 503(b)(9) claim in the amount of $148,375 (the "DIRECTV 503(b)(9) Claim"), as follows:

On February 11, 2009, DIRECTV filed its Motion for Relief from Stay Re: $405,000 for prepetition invoices asserting certain setoff rights in the amount of $405,000 [Docket No. 2082] (the "Motion"). DIRECTV and the Debtors have substantially agreed upon a resolution of the issues raised in the Motion and certain related matters, the documentation of which is currently pending (the "Stipulation"). To the extent, however, the parties are unable to finalize the

Stipulation or the Stipulation is not ultimately approved, DIRECTV objects to Debtors' method of reducing DIRECTV's Secured Claim by the amount of the DIRECTV 503(b)(9) Claim.

To DIRECTV's knowledge, the 503(b)(9) Claim has not yet been approved as an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) by the Court. Unless and until the 503(b)(9) Claim is approved by the Court, there is no duplication of claims and, correspondingly, no claims should be reduced as has been proposed in Debtors' Objection.

Further, as the Secured Claim is in fact secured by DIRECTV's right of setoff, it is nonsensical that the DIRECTV Secured Claim be reduced by the amount of the DIRECTV 503(b)(9) Claim, as proposed in Debtors' Objection, as this would effectively impair DIRECTV's setoff right by the amount of the 503(b)(9) Claim. The Secured Claim must remain intact in the amount of $405,000 in order to preserve DIRECTV's setoff right in the equivalent amount. Therefore, to the extent of any duplication among the DIRECTV claims after allowance of the DIRECTV 503(b)(9) Claim, it is only appropriate that the DIRECTV Unsecured Claim be reduced on account of the DIRECTV 503(b)(9) Claim and, once such claim is fully reduced, the DIRECTV 503(b)(9) claim be reduced to the extent of any remaining duplication. The result of the foregoing would be an adjustment of the DIRECTV claims as follows: DIRECTV's Secured Claim would remain $405,000; DIRECTV's Unsecured Claim would be reduced to $0; and DIRECTV's 503(b)(9) claim would be reduced to $83,075.

ACCORDINGLY, no modification of the DIRECTV claims should take place unless and until the DIRECTV 503(b)(9) claim is approved as an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) by the Court, and any modification of the DIRECTV claims to account for duplication should be consistent with the methodology set forth in this Response.

**DIRECTV, INC.**

*/s/ W. Alexander Burnett*
By:________________________________
William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
James Center Two
1021 East Cary Street
Richmond, VA 23219
Tel: (804) 783-6489
Fax: (804) 783-6507

and

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7344
Fax: (313) 465-7345

*Counsel for DIRECTV, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Response to Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) filed by DIRECTV, Inc. was served this 18th day of September, 2009, on all necessary parties electronically by ECF and by e-mail and first class mail, postage prepaid, upon:

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**Gregg M. Galardi**
**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
ian.fredericks@skadden.com

**Chris L. Dickerson**
Skadden Arps Slate Meagher
& Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

**Jeffrey N. Pomerantz**
**Stanley E. Goldich**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Adam M. Feinmesser, Esq.**
Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
afeinmesser@esbinalter.com

**Michelle Mosier**
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695

**DIRECTV, INC.**

*/s/ W. Alexander Burnett*
By:________________________________
W. Alexander Burnett

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for DIRECTV, INC.*

DETROIT.3860660.1

7202692_1.DOC