IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Case No.: 08-35653 |
| | ) | |

## LIMITED OBJECTION OF HENRICO COUNTY, VIRGINIA TO DEBTOR'S PLAN AND DISCLOSURE STATEMENT

The County of Henrico, Virginia ("Henrico") objects to the approval of the Debtors' Disclosure Statement With Respect to the Joint Plan of Liquidation of Circuit City Stores, Inc. filed on August 24, 2009 [Docket No. 4614] (the "Plan") to the extent that the Plan indicates that Henrico's first priority secured tax and utility claims may not be paid as mandated in 11 USC §§503, 506, 507, 1129 and Virginia Code §§58.1-3340, 58.1-3941, 58.1-3942, and 15.2-2118 *et seq (see, Plan page vi* third bullet under Summary of Treatment) and if the claims are paid there is no indication that they will be paid with local statutory interest as required in 11 USC §511.

ACCORDINGLY, HENRICO respectfully requests that any order approving Debtors' Plan expressly mandate compliance with the statutory mandates governing payment of Henrico's claims.

Dated: September 18, 2009

Respectfully Submitted,
**County of Henrico, Virginia**
By:/s/ Rhysa Griffith South

---

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, VA 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*

> Rhysa Griffith South (VSB #25944)
> Assistant Henrico County Attorney
> Office of the County Attorney
> County of Henrico
> P.O. Box 90775
> Henrico, Virginia 23273-0775
> Telephone: (804) 501-5091
> Facsimile:  (804) 501-4140

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Limited Objection of Henrico County, Virginia to Debtor's Plan and Disclosure Statement* was sent electronically to the court via the CM/ECF system on the 18th day of September, 2009.

> /s/ Rhysa Griffith South
> Rhysa Griffith South (VSB #25944)