Gregg M. Galardi, Esq.             Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.            Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM LLP                           One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636    (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
          Debtors.           : Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 22, 2009 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
September 22, 2009 beginning at 11:00 a.m. Eastern.

I.   **RESOLVED/WITHDRAWN MATTERS**

1.   Debtors' Motion for Order Pursuant to Bankruptcy Code
     Sections 105(a), 363 and 365 and Bankruptcy Rule 6006
     Authorizing Rejection of Consulting Service and Domain
     Name License Agreement Effective as of August 12, 2009
     and Setting Aside Right of Refusal (Docket No. 4457)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 4458)

     Objection
     Deadline:        August 25, 2009 at 4:00 p.m., extended
                      for Loren Stocker D/B/A Vanity
                      International until September 18, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Conditional Withdrawal of Limited Objection of
          Loren Stocker d/b/a Vanity International and
          Response to Debtors' Motion to Reject Vanity
          Agreement and Set Aside Right of Refusal (Docket
          No. 4625)

     Status:          This matter has been withdrawn without
                      prejudice.

II.  **CONTINUED/ADJOURNED MATTERS**

2.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading
     in Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And

Fed. R. Bankr. P. 3001 And 3002 Establishing
Notice, Hearing, And Sell-Down Procedures For
Trading In Equity Securities And Claims Against
The Debtors Estates And Setting Hearing (Docket
No. 135)

Objection
Deadline:       November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:         This matter has been adjourned to
                November 23, 2009 at 10:00 a.m.

3.    Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment
      of Certain Unexpired Nonresidential Real Property
      Leases and (C) Lease Rejection Procedures (Docket No.
      1946)

      Related
      Documents:

      a.    Notice of Hearing (Docket No. 1947)

      b.    Order under Bankruptcy Code Sections 105, 363, and
            265 (I) Approving Bidding and Auction Procedures
            for Sale of Unexpired Nonresidential Real Property
            Leases, (II) Setting Sale Hearing Dates and (III)
            Authorizing and Approving (A) Sale of Certain
            Unexpired Nonresidential Real Property Leases Free
            and Clear of All Interests, (B) Assumption and

Assignment of Certain Unexpired Nonresidential
Real Property Leases and (C) Lease Rejection
Procedures (Docket No. 2242)

c.      Notice of February Lease Bid Deadline, Auction
Date and Related Objection Deadline and Sale
Hearing Date (Docket No. 2245)

d.      Supplemental Order Under Bankruptcy Code Sections
105, 363, and 365 Approving Amended Bid Deadline
in Connection with Bidding and Auction Procedures
for Sale of Unexpired Nonresidential Real Property
Leases (Docket No. 2346)

e.      Notice of Amended March Bid Deadline – New
Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
(Docket No. 2351)

f.      Notice of Bids Received (Docket No. 2403)

g.      Cure Schedule (Docket No. 2407)

h.      Supplemental Cure Schedule (Docket No. 2421)

i.      Order Authorizing Debtors to Assume, Assign and
Sell Unexpired Lease of Non-Residential Real
Property (Store #3692) (Docket No. 2581)

Objection
Deadline:                March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.      Objection of 444 Connecticut Avenue, LLC to
Assumption and Assignment of Lease, and Cure
Amounts Associated Therewith (Docket No. 2480)

        Related
        Document:

        i.      Debtors' Reply to Objection of 444
        Connecticut, LLC to Debtors' Proposed Cure
        Amount (Docket No. 4151)

4

|               |                                      |
|---------------|--------------------------------------|
| General Status: | This matter has been adjourned to October 7, 2009 at 2:00 p.m. |

4. Motion of Sony Pictures Home Entertainment Inc. for Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2) (Docket Nos. 2294, 3853)

   Related Documents:

   a.   Notice of Motion and Hearing (Docket No. 2295)

   Objection Deadline:   April 20, 2009 at 4:00 p.m., extended for the Debtors until October 8, 2009 at 4:00 p.m.

   Objections/ Responses Filed:   None at the time of filing this agenda

   Status:   This matter has been adjourned to October 15, 2009 at 2:00 p.m.

5. Motion of Michael T. Chalifoux to File Late Proof of Claim (Docket No. 2676)

   Related Documents:

   a.   Notice of Motion and Hearing (Docket No. 2680)

   b.   Amended Notice of Motion and Hearing (Docket No. 3607)

   Objection Deadline:   April 21, 2009 at 4:00 p.m., extended for the Debtors until November 16, 2009 at 4:00 p.m.

   Objections/ Responses

Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    November 23, 2009 at 10:00 a.m.

6.    Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2990)

      Objection
      Deadline:         April 24, 2009 at 4:00 p.m., extended
                        for the Debtors until November 16, 2009
                        at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to
                        November 23, 2009 at 10:00 a.m.

7.    Application of Infogain Corporation for Allowance and
      Payment of Administrative Expense Priority Claim
      (Docket No. 3286)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:         May 21, 2009 at 5:00 p.m., extended for
                        the Debtors until July 16, 2009 at 4:00
                        p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Preliminary Objection To Application Of
            Infogain Corporation For Allowance And Payment Of

Administrative Expense Priority Claim (Docket No. 4130)

Status:          This matter has been adjourned to October 7, 2009 at 2:00 p.m.

8.   Waste Management, Inc.'s Motion to Deem Proof of Claim Timely Filed, Claim No. 10927 (Docket No. 4095)

Related Documents:

a.   Notice of Motion and Hearing (Docket No. 4096)

Objection Deadline:      August 20, 2009 at 4:00 p.m., extended for the Debtors until November 16, 2009 at 4:00 p.m.

Objections/ Responses Filed:      None at the time of filing this agenda

Status:          This matter has been adjourned to November 23, 2009 at 10:00 a.m.

9.   Motion of Miner Fleet Management Group, Ltd. for Leave to File Late Administrative Claims (Docket No. 4763)

Related Documents:

a.   Notice of Motion and Hearing (Docket No. 4764)

Objection Deadline:      September 18, 2009 at 4:00 p.m., extended for the Debtors until November 16, 2009 at 4:00 p.m.

Objections/ Responses Filed:      None at the time of filing this agenda

Status:          This matter has been adjourned to November 23, 2009 at 10:00 a.m.

**III. UNCONTESTED MATTERS**

10.   Debtors' Motion Pursuant To Bankruptcy Code Sections
      105 And 502(C) And Bankruptcy Rule 3018 To Temporarily
      Allow Certain Personal Injury And Wrongful Death Claims
      In The Amount Of $0.00 Solely For Purposes Of Voting On
      The Plan (Docket No. 4816)

      Objection
      Deadline:        September 18, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

**IV.   CONTESTED MATTERS**

11.   Disclosure Statement with Respect to Joint Plan of
      Liquidation of Circuit city Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and its
      Official Committee of Creditors Holding General
      Unsecured Claims (Docket No. 4614)

      Related
      Documents:

      a.    Notice of Hearing and Objection Deadline (Docket
            No. 4615)

      b.    Notice Fixing Time for Hearing on Disclosure
            Statement (Docket No. 4623)

      c.    Order Granting Debtors' Motion for Order Extending
            Objection Deadline to Disclosure Statement with
            Respect to Joint Plan of Liquidation of Circuit
            City Stores, Inc. and Its Affiliated Debtors and
            Debtors in Possession and its Official Committee
            of Creditors Holding General Unsecured Claims
            (Docket No. 4729)

      Objection
      Deadline:        September 18, 2009 at 4:00 p.m.

      Objections/

Responses
Filed:

a.    Response of Los Angeles County Sheriff's
      Department to Disclosure Statement (Docket No.
      4799)

b.    Response of Roto-Rooter to Disclosure Statement
      (Docket No. 4801)

c.    Vincent E. Rhynes' Objection to Objection to
      Disclosure Statement With Respect To Joint Plan Of
      Liquidation (Docket No. 4834)

d.    Antor Media Corporation Response and Objection to
      Debtors' Disclosure Statement (Docket No. 4927)

e.    Longacre Opportunity Fund, L.P. Objection to
      Disclosure Statement With Respect To Joint Plan Of
      Liquidation (Docket No. 4944)

f.    Response of Michael Cullen to Disclosure Statement
      (Docket No. 4948)

g.    Response of Michael Cullen to Disclosure Statement
      (Docket No. 4968)

h.    Limited Objection of DIRECTV, Inc. to Debtors' Plan
      and Disclosure Statement (Docket No. 4977)

i.    Objection of Schimenti Construction Company, LLC to
      Disclosure Statement (Docket No. 4980)

j.    Objection by Generation H One and Two Limited
      Partnership, Inland Southwest Management LLC,
      Inland America Retail Management LLC, Inland US
      Management LLC, Inland Pacific Property Services
      LLC, Inland Continental Property Management Corp.,
      Tanglewood Park, LLC, Roth Tanglewood, LLC and
      Luckoff Land Company, LLC as Tenants in Common,
      Drexel Delaware Limited Partnership and N.P.
      Huntsville Limited Liability Company to Disclosure
      Statement (Docket No. 4981)

k.    Limited Objection of Henrico County, Virginia to

Debtors' Plan and Disclosure Statement (Docket No. 4983)

l.    Informal Objection of the Securities Exchange Commission

Status:        This matter is going forward.

12.  Motion of the Plan Proponents under Bankruptcy Code Sections 105, 1125, 1126, and 1128 and Bankruptcy Rules 2002, 3017, 3018 and 3020 for Order Approving (I) Disclosure Statement, (II) Notice of the Disclosure Statement Hearing, (III) Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan, (V) Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI) Procedures with Respect to Certain Claims and (VII) Solicitation Procedures for Confirmation of the Plan (Docket No. 4711)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 4712)

b.    Notice of Filing Revised Proposed Order Approving (i) Disclosure Statement, (ii) Notice of Disclosure Statement Hearing, (iii) Hearing Date to Consider Confirmation of the Plan, (iv) Procedures for Filing Objections to Plan, (v) Voting Agent and Deadlines Related to Solicitation and Confirmation, (vi) Procedures with Respect to Certain Claims and (vii) Solicitation Procedures for Confirmation of the Plan (Docket No. 4930)

Objection
Deadline:      September 18, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response and Objection of Bethesda Softworks LLC to Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and

Its Affiliated Debtors and Debtors in Possession
and its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 4979)

Status:         This matter is going forward

**V.   OMNIBUS CLAIM OBJECTIONS - ADJOURNED MATTERS**

13.   Debtors' Twenty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Real Estate Tax Claims on Real
      Property in Which the Debtors Leased the Real Property)
      (Docket No. 4017)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Real Estate Tax
            Claims on Real Property in Which the Debtors
            Leased the Real Property) (Docket No. 4727)

      Objection
      Deadline:     August 10, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        Please see Exhibit A attached hereto.

      Status:       An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned as set
                    forth on Exhibit A.

**VI.   OMNIBUS CLAIM OBJECTIONS - MATTERS GOING FORWARD.**

14.   Debtors' Twenty-Fifth Omnibus Objection to Claim
      (Disallowance of Certain Claims for Paid Time Off)
      (Docket No. 4165)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 4166)

      b.    Memorandum in Support of Debtors' Twenty-Fifth and

Twenty-Sixth Omnibus Objections to Claims for the
Disallowance of Certain Claims for Paid Time Off
(Docket No. 4617)

Objection
Deadline:          August 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Please see Exhibit A attached hereto.

Status:            This matter is going forward for a
                   ruling by the Court on non-responding
                   claimants.  At the status hearing on
                   August 18, 2009, this was adjourned by
                   the Court pending further briefing and
                   consideration by the Court.  For those
                   claimants who filed a response, this
                   matter is adjourned as set forth on
                   Exhibit A.

15.  Debtors' Twenty-Sixth Omnibus Objection to Claim
     (Disallowance of Certain Claims for Paid Time Off)
     (Docket No. 4167)

     Related
     Documents:

     a.   Memorandum in Support of Debtors' Twenty-Fifth and
          Twenty-Sixth Omnibus Objections to Claims for the
          Disallowance of Certain Claims for Paid Time Off
          (Docket No. 4617)

     Objection
     Deadline:          August 10, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             Please see Exhibit A attached hereto.

     Status:            This matter is going forward for a
                        ruling by the Court on non-responding
                        claimants.  At the status hearing on
                        August 18, 2009, this was adjourned by
                        the Court pending further briefing and

consideration by the Court.  For those
claimants who filed a response, this
matter is adjourned as set forth on
<u>Exhibit A</u>.

**VII. OMNIBUS CLAIM OBJECTIONS - STATUS CONFERENCE MATTERS**

16. Debtors' Thirtieth Omnibus Objection to Claims
    (Disallowance of Certain Claims for Wages and
    Compensation) (Docket No. 4583)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 4584)

    Objection
    Deadline:      September 15, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:         Please see <u>Exhibit A</u> attached hereto.

    Status:        The status hearing is going forward with
                   respect to those claims for which a
                   response was filed.  **However, those
                   parties who filed a response do not need
                   to appear at the hearing.  Such parties'
                   rights will not be affected at this
                   hearing.**  The Debtors will submit a
                   revised form of order granting the
                   relief sought in the objection with
                   respect to those claims for which no
                   response was received.

17. Debtors' Thirty-First Omnibus Objection to Claims
    (Disallowance of Certain Legal Claims) (Docket No.
    4585)

    Objection
    Deadline:      September 15, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:         Please see <u>Exhibit A</u> attached hereto.

| | |
|---|---|
| Status: | The status hearing is going forward with respect to those claims for which a response was filed. **However, those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received. |

18.  Debtors' Thirty-Second Omnibus Objection to Claims
     (Reclassification of Certain Claims Filed by Equity
     Holders to Interests) (Docket No. 4587)

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | Please see <u>Exhibit A</u> attached hereto. |
| Status: | The status hearing is going forward with respect to those claims for which a response was filed. **However, those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received. |

19.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | Please see <u>Exhibit A</u> attached hereto. |

Status:         The status hearing is going forward with respect to those claims for which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

20.   Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

      Objection
      Deadline:       September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Please see <u>Exhibit A</u> attached hereto.

      Status:         The status hearing is going forward with respect to those claims for which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

21.   Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (Docket No. 4599)

      Objection
      Deadline:       September 15, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:              Please see <u>Exhibit A</u> attached hereto.

Status:             The status hearing is going forward with
                    respect to those claims for which a
                    response was filed.  **However, those
                    parties who filed a response do not need
                    to appear at the hearing.  Such parties'
                    rights will not be affected at this
                    hearing.**  The Debtors will submit a
                    revised form of order granting the
                    relief sought in the objection with
                    respect to those claims for which no
                    response was received.

22.   Debtors' Thirty-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Claims Relating to Short Term
      Incentive Plan) (Docket No. 4600)

      Objection
      Deadline:     September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        Please see <u>Exhibit A</u> attached hereto.

      Status:       The status hearing is going forward with
                    respect to those claims for which a
                    response was filed.  However, those
                    parties who filed a response do not need
                    to appear at the hearing.  Such parties'
                    rights will not be affected at this
                    hearing.  The Debtors will submit a
                    revised form of order granting the
                    relief sought in the objection with
                    respect to those claims for which no
                    response was received.

Dated: September 18, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

- and -

MCGUIREWOODS LLP

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\9930773.1

17

**EXHIBIT A**

**GLOBAL RESPONSE CHART**

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 24 | David Ruff, Tax Collector, Washington County, Arkansas | 4183 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | McCracken County Clerk | 4286 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Bay County Florida Tax Collector | 4291 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Hillsborough County, FL | 4379 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Pulaski County Treasurer | 4382 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Forest City Commercial Management Inc as Agent for Laburnum Investment LLC | 4390 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | City of Meriden, Connecticut | 4411 | Status Hearing went forward on August |

---

[1]  For all responses for which a status hearing will go forward on September 22, 2009, the respondent does not need to appear at the hearing. Their rights will not be affected at this hearing.

[2]  For all responses which have been adjourned to a date and time to be determined, the respondent does not need to appear at the September 22, 2009 hearing. Their rights will not be affected at this hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Travis County Texas | 4420 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Henrico County, Virginia | 4422 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Pierce County | 4423 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Catawba County North Carolina | 4424 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Escambia County Tax Collector | 4426 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Lane County Department of Assessment & Taxation | 4431 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | The Woodlands Metro Center MUD | 4437 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Yuma County | 4440 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 24 | Oakland County Treasurer, Oakland County Michigan | N/A | This response is adjourned until October 15, 2009 at 2:00 p.m. |
| | | | |
| 25 | James P. Moran | 4285 | Status Hearing went forward on August |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Kenneth Robert Porter | 4318 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Jose A. Garcia | 4319 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Amy Flaa | 4372 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Joseph M. Stroh | 4375 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Ann M. Karr | 4391 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Deborah J. Koeneman | 4408 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Joshua G. Bowden | 4409 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Robert Conat | 4410 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Kevin J. Stephens | 4413 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Suzanne Laxson | 4414 | Status Hearing went forward on August 18, 2009.  This response is adjourned |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| | | | until October 15, 2009 at 2:00 p.m. |
| 25 | Bryan Seymour | 4416 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Jason L. Binkley | 4417 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | George H. Burns | 4418 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Mary A. Garza | 4419 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Wendy T. Housden | 4421 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | David M. Anderson | 4430 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Andrew F. Belovich | 4432 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Thomas Fox | 4433 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | John L. Morrison, II | 4434 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | John W. Walker | 4435 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 25 | Robert M. Sayen | 4436 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Joshua L. Adams | 4438 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Christopher E. Gibson | 4439 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Sheila Lewis | 4441 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Terrell A. Woods | 4442 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Mayda Racines | 4634 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | Wendy T. Housden | 4791 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
| 25 | James P. Moran | 4839 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
|  |  |  |  |
| 26 | James H. Martin | 4412 | Status Hearing went forward on August 18, 2009.  This response is adjourned until October 15, 2009 at 2:00 p.m. |
|  |  |  |  |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 30 | Gilbert A. Perez | 4796 | |
| 30 | Keith Sanders | 4798 | |
| 30 | Bruce H. Besanko | 4809 | The status hearing is going forward |
| 30 | Minnie B. Hatcher | 4811 | The status hearing is going forward |
| 30 | David J. Cacciotti | 4825 | The status hearing is going forward |
| 30 | Barbara Raelyn Harris | 4827 | The status hearing is going forward |
| 30 | Kristy Marie Suler | 4836 | The status hearing is going forward |
| 30 | Patrick Gerald Kennedy, Melissa Michelle Gillard | 4840 | The status hearing is going forward |
| 30 | Brad C. King | 4841 | The status hearing is going forward |
| 30 | Marius S. Tataru | 4960 | The status hearing is going forward |
| 30 | Jeff T. Agee | 4966 | The status hearing is going forward |
| 30 | Niccole Cervanyk | 4967 | The status hearing is going forward |
| | | | |
| 31 | Glenn Cordell Duncan Sr | 4755 | The status hearing is going forward |
| 31 | Yu-Liang Lei | 4756 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Franklin Wilson | 4792 | The status hearing is going forward |
| 31 | Jeffrey Thibodeau | 4793 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Ada Alicea | 4794 | The status hearing is going forward |
| 31 | Gary R. Lowe | 4810 | The status hearing is going forward |
| 31 | Mary LoPresti | 4812 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Roy Eisner | 4821 | The status hearing is going forward |
| 31 | Joanne Eisner | 4822 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Jonathan Card | 4823 | The status hearing is going forward |
| 31 | Leedell Murphy | 4831 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 31 | Anna Thomas | 4832 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Satchidananda Mims | 4833 | The status hearing is going forward |
| 31 | Steve Saunders | 4838 | |
| 31 | Brad C. King. | 4842 | The status hearing is going forward |
| 31 | Dorothy Coleman | 4847 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing is going forward |
| 31 | PNY Technologies, Inc. | 4907 | The status hearing is going forward |
| 31 | Antor Media Corporation | 4926 | The status hearing is going forward |
| 31 | Jonthan Card | 4943 | The status hearing is going forward |
| 31 | Joseph Skaf | 4946 | The status hearing is going forward |
| 31 | Khanam Fatima Akhter | 4950 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Deborah Jaynes, Richard Jaynes | 4951 | The status hearing is going forward |
| 31 | Patty Burrell | 4955 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Tanden A. Kibby | 4972 | The status hearing is going forward |
| 31 | Leon Hurney | 4973 | The status hearing is going forward |
| 31 | Brenda Blackshear | 4974 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4808 |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing is going forward |
| | | | |
| 32 | Vincent E. Rhynes | 4835 | The status hearing is going forward |
| 32 | Elizabeth R. Warren | 4908 | The status hearing is going forward |
| | | | |
| 33 | Lexmark International, Inc | 4803 | The status hearing is going forward |
| 33 | Cyndi Ann Haines | 4829 | The status hearing is going forward |

7

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 33 | P.R. Mechanical, Inc. | 4843 | Withdrawn Pursuant to Notice of Withdrawal Docket No. 4959 |
| 33 | Boston Acoustics, Inc. | 4850 | The status hearing is going forward |
| 33 | Sharpe Partners, LLC | 4894 | The status hearing is going forward |
| 33 | CWCapital Asset Management LLC | 4904 | The status hearing is going forward |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing is going forward |
| 33 | Amore Construction Company | 4947 | The status hearing is going forward |
| 33 | Bell'O International Corp | 4954 | The status hearing is going forward |
|  |  |  |  |
| 34 | JLG Industries, Inc. | 4743 | The status hearing is going forward |
| 34 | SouthPeak Interactive, LLC | 4882 | The status hearing is going forward |
| 34 | Comcast Cable Communications, LLC | 4889 | The status hearing is going forward |
| 34 | Audiovox Corporation | 4895 | The status hearing is going forward |
| 34 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4902 | The status hearing is going forward |
| 34 | Motorola Inc. | 4905 | The status hearing is going forward |
| 34 | Toshiba America Consumer Products, L.L.C. | 4909 | The status hearing is going forward |
| 34 | Henrico County | N/A |  |
| 34 | DIRECTV, Inc. | 4982 | The status hearing is going forward |
|  |  |  |  |
| 35 | Bruce Senator | 4754 | The status hearing is going forward |
| 35 | Beverly Gemini Investments, LLC, 1251 Fourth Street Investors, LLC | 4802 | The status hearing is going forward |
| 35 | JWC Loftus LLC | 4819 | The status hearing is going forward |
| 35 | Tutwiler Properties, LTD | 4874 | The status hearing is going forward |
| 35 | SouthPeak Interactive, LLC | 4884 | The status hearing is going forward |
| 35 | James Lubary | 4896 | The status hearing is going forward |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 35 | Lea Company, a Virginia general partnership, the Assignee from Newport News Shopping Center, LLC | 4897 | The status hearing is going forward |
| 35 | Cottonwood Corners-Phase V, LLC | 4898 | The status hearing is going forward |
| 35 | Chase Bank USA, National Association | 4900 | The status hearing is going forward |
| 35 | Gelco Corporation d/b/a GE Fleet Services | 4903 | The status hearing is going forward |
| 35 | Bear Valley Road Partners LLC, GMS Golden Valley Ranch, LLC, Laguna Gateway Phase 2, LP, Manteca Stadium Park, L.P., Sweetwater Associates, L.P. | 4929 | The status hearing is going forward |
| 35 | Edward A. Alberque | 4953 | The status hearing is going forward |
| 35 | Triangle Equities Junction LLC | 4957 | The status hearing is going forward |
| 35 | ACD2 | N/A | The status hearing is going forward |
| 35 | Plaza at Jordan Landing LLC | N/A | The status hearing is going forward |
| 35 | RREEF American Reit LL Corp MM | N/A | The status hearing is going forward |
| 35 | San Tran Village Phase 2 LLC | N/A | The status hearing is going forward |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing is going forward |
| 36 | Douglas Daniluk | 4813/ 4814 | The status hearing is going forward |
| 36 | Francis E. Telegadas | 4824 | The status hearing is going forward |
| 36 | Christopher N. Crowe | 4826 | The status hearing is going forward |
| 36 | Anne B. Fath | 4828 | The status hearing is going forward |
| 36 | Anne L. Thumann | 4830 | The status hearing is going forward |
| 36 | Steve Saunders | 4837 | The status hearing is going forward |
| 36 | David W. Phillips | 4844 | The status hearing is going forward |
| 36 | Corey Rachel | 4852 | The status hearing is going forward |

| Omnibus Objection | Respondent | Docket Number | Status[1],[2] |
|---|---|---|---|
| 36 | Elizabeth R. Warren | 4910 | The status hearing is going forward |
| 36 | James Oldenburg. | 4949 | The status hearing is going forward |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing is going forward |
| 36 | Michael Beam | 4958 | The status hearing is going forward |
| 36 | Steven Draxler | 4964/ 4965 | The status hearing is going forward |
| 36 | Laura McDonald | 4969/ 4970 | The status hearing is going forward |
| 36 | Kelli A. Groneck | 4971 | The status hearing is going forward |

\9930788.1