# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                      **Case Number**    08-35653-KRH
Circuit City Stores, Inc.                              **Chapter**    11
                                                                         **Judge**    Kevin R. Huennekens

Debtor(s)

**To:**    K. Evans

### NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005-1, the documents submitted by you

*4944* – Objection to Disclosure Statement with Respect to Joint Plan of Liquidation (Re: related document(s)[4614] Disclosure Statement filed by Circuit City Stores, Inc.) filed by K. Stewart Evans Jr. of Pepper Hamilton LLP on behalf of Longacre Opportunity Fund, L.P.. (Evans, K.)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- \_   the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_   **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090-1. [See LBR 9010-1]
- \_   **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005-1(C)(5) and 9022-1(A)]

### REQUIREMENT OF FORM:
- \_   **Legibility:** not in compliance with LBR 5005-1(C)(1)
- \_   **Caption, Official Forms:** [See LBR 5005-1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* Case name and number do not match on paper submitted.
- \_   **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
    - \_   *if corporation,* not signed by counsel. [See LBR 5005-1(C)(4)]
    - \_   *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
    - \_   *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non-Attorney User.]
- \_   Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **X**   Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>under plan then use objection to disclosure statement</u> or redocket to attach the correct document.
- \_   Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- \_   Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2-pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- \_   More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- \_   Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov. [See LBR 1014-2]
- \_   Not verified by signature of attorney for debtor(s).
- \_   Not verified by unsworn declaration with signature of all debtors.
- \_   **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074-1]
- \_   **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007-1(H)]
- \_   **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- \_   **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005-1(C) and (D)]

Date:   September 21, 2009                                        Clerk, United States Bankruptcy Court

                                                                        By <u>/s/ Suzanne French</u>, Deputy Clerk
[ntcdef_filing.jsp 8/2009]                                   Direct Dial Telephone No. <u>804-916-2419</u>