IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF THE HONORABLE KEN BURTON, JR.,
TAX COLLECTOR IN AND FOR MANATEE COUNTY, FLORIDA
("TAX COLLECTOR") TO DEBTOR'S THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

Comes now the Honorable Ken Burton, Jr., Tax Collector in and for Manatee County, Florida ("Tax Collector"), and for his response to the Debtor's Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket #4613) states as follows:

1. The Claimant's Name is the Honorable Ken Burton, Jr., Tax Collector in and for Manatee County, Florida ("Tax Collector"). The amount of the claim filed is for 2009 personal property taxes assessed against the personal property of Circuit City Stores located at 4495 14th Street West, Bradenton, and 8551 Cooper Creek Boulevard, Sarasota, Florida, as of January 1, 2009.

2. Attached hereto as Exhibit A is a concise statement of Tax Collector, who is a person with personal knowledge of the relevant facts in support of this response, which statement sets forth the reasons why the Bankruptcy Court should overrule the objection as to the Tax Collector's claim, which includes, without limitation the specific factual and legal basis upon which the claimant intends to rely in support of his response and his underlying claim.

3. Attached hereto as Exhibit B is a copy of or identification of documentation supporting the Tax Collector's claim that the claimant presently intends to introduce into evidence in support of his claim at any hearing held on this objection. Claimant reserves the right to supplement this documentation at a later date if additional supporting documentation is obtained.

4. Attached hereto as Exhibit C is a Declaration of the Honorable Charles E. Hackney, who is the Property Appraiser in and for Manatee County, Florida and as such has personal knowledge of the relevant facts that support this response.

5. The claimants address, telephone number, fax number and the claimant's attorney to whom the attorneys for the Debtor should serve a reply to the response are as follows:

> The Hon. Ken Burton, Jr.
> Manatee County Tax Collector
> 819 301 Boulevard West
> Bradenton, Florida 34205
> Phone: (941) 741-4800
> Fax:    (941) 741-3584
>
> Attorney:
> Paul S. Bliley, Jr., Esquire
> Williams Mullen
> P.O. Box 1320
> Richmond, VA 23218-1320
> pbliley@williamsmullen.com
> Telephone: (804) 783-6448
> Fax:       (804) 783-6507

6. The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: September 21, 2009        Hon. Ken Burton Jr., Tax Collector
                                 In and for Manatee County, Florida

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Phone:      (804) 783-6448
Fax:        (804) 783-6507
pbliley@williamsmullen.com
Counsel for Tax Collector in and for Manatee County, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

6799216_1.DOC

## **EXHIBIT A**

I have personal knowledge as the Tax Collector for Manatee County, Florida, to the relevant facts in support of the Response of the Tax Collector to the Objection filed. The Court should overrule the Objection as to the claim of the Tax Collector, factually and legally.

The factual basis is as set forth in Exhibit C prepared by the Honorable Charles E. Hackney, Property Appraiser in and for Manatee County, Florida, who had appraised the Circuit City property upon which the Tax Collector, by law, must rely.

The legal basis is because Florida law in Section 197.332, Florida Statutes, restricts the Tax Collector to the collection of all taxes as shown on the tax roll. The tax roll, indicating the value of the property and the amount of tax assessed on such property, is prepared by the Property Appraiser as required in Section 192.011, Florida Statutes. This restriction on the Tax Collector's duties is provided further in the applicable rules prepared by the Florida Department of Revenue (which supervises both the Property Appraiser and the Tax Collector in the state work performed locally in each county political subdivision), throughout Chapter 12D-13, Florida Administrative Code.

_____
The Honorable Ken Burton, Jr.
Manatee County Tax Collector

**EXHIBIT B**

Attached hereto is the certified copies of the TRIM (Truth in Millage) Notices indicating the appraised values received by the Tax Collector from the Property Appraiser. Attached also is the Declaration of the Property Appraiser as referenced in Exhibit C.

MANATEE COUNTY TAXING AUTHORITIES

**DUPLICATE**

PARCEL I.D. NUMBER: 9000-033937-4              0001
PROPERTY LOCATION : 4495 W 14TH ST
LEGAL DESCRIPTION : F & F, EQUIP

CIRCUIT CITY STORES INC
C/O TAX DEPARTMENT LOC #0897
P O BOX 42304
RICHMOND VA 23242 2304

EXPLANATION: (s. 200.069, Florida Statutes)
COLUMN 1- "YOUR PROPERTY TAXES LAST YEAR"- This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.
COLUMN 2- "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE" - This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal IS NOT FINAL and may be amended at public hearings shown on this notice.
COLUMN 3- "YOUR TAXES IF NO BUDGET CHANGE IS MADE" - This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY LEVY. These amounts are based on last year's budgets and your current assessment. The difference between column 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of a higher assessment.

ASSESSED VALUE MEANS:
For homestead property: value as limited by State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.
NOTE: Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive.(Discounts are a maximum of 4 percent of the amounts shown on this form.)

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | EXEMPTION VALUE | TAXABLE VALUE | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: |
|---|---|---|---|---|---|---|
| COUNTY | 2,445.77 | 25,000 | 385,261 | 2,426.87 | 2,681.69 | 9/08 6:00PM, 1112 MANATEE AVE W |
| UNINCORP COUNTY - MSTU | 237.19 | 25,000 | 385,261 | 235.36 | 259.90 | BRADENTON, FL 941-745-3730 |
| PUBLIC SCHOOLS: | | | | | | |
| BY STATE LAW | 1,937.81 | 25,000 | 385,261 | 2,039.19 | 2,118.97 | 9/10 5:45PM, 215 MANATEE AVE W |
| BY LOCAL BOARD | 924.45 | 25,000 | 385,261 | 866.07 | 1,010.89 | BRADENTON, FL 941-708-8770, EXT 21 |
| WATER MGMT DIST | 207.72 | 25,000 | 385,261 | 206.11 | 236.13 | 9/15 5:01PM, 7601 HWY 301 N |
| | | | | | | TAMPA, FL 352-796-7211, EXT 4129 |
| INDEPEN SPEC DIST: | | | | | | |
| MOSQUITO CONTROL | 42.24 | 25,000 | 385,261 | 43.69 | 46.42 | 9/03 5:01PM, 2317 2ND AVE W |
| | | | | | | PALMETTO, FL 941-722-3720 |
| W.C.I.N.D. | 15.30 | 25,000 | 385,261 | 15.18 | 16.80 | 9/11 5:01PM, 401 W VENICE AVE |
| | | | | | | VENICE, FL 941-485-9402 |
| DEBT SERVICES: | | | | | | |
| G O REFUNDING | 37.12 | 25,000 | 385,261 | 41.99 | 41.99 | |
| Total Property Tax: | 5,847.60 | | | 5,874.46 | 6,412.79 | |
| | COLUMN 1* | | | COLUMN 2* | COLUMN 3* | N/A|0|0|0|385,261|388,260|N |

| | MARKET VALUE | ASSESSED VALUE | CAP DIFFERENTIAL | COUNTY TAXABLE | Ag Class | Seniors Ex | Extra Hx | TPP Exemp |
|---|---|---|---|---|---|---|---|---|
| YOUR PROPERTY VALUE THIS YEAR | 410,261 | 410,261 | 0 | 385,261 | N/A | N/A | N/A | YES |
| YOUR PROPERTY VALUE LAST YEAR | 413,260 | 413,260 | 0 | 388,260 | N/A | N/A | N/A | YES |

**PROPOSED AND/OR ADOPTED NON-AD VALOREM ASSESSMENTS**

Note: Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. Your tax collector will be including them on the November tax notice. For details on particular non-ad valorem assessments, contact the levying local governing boards.

| LEVYING AUTHORITY | YOUR ASSESSMENT LAST YEAR | YOUR ASSESSMENT THIS YEAR | PUBLIC HEARING ON PROPOSED ASSESSMENT |
|---|---|---|---|

MANATEE COUNTY PROPERTY APPRAISER
TANGIBLE PERSONAL PROPERTY DEPARTMENT
P.O. BOX 1358, BRADENTON, FL 34206-1358

by: Debra Lentz, Director
Tangible Personal Property
9-18-09

**TOTAL CURRENT AMOUNT DUE IF BUDGET CHANGES ARE MADE:**    5,874.46

IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, CONTACT YOUR PROPERTY APPRAISER AT:
(941) 742-5660    915 4TH AVE W, BRADENTON, FL 34205
IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE: 09/14/2009

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER OR OTHER GOVERNMENTAL SERVICES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY OR ANY SPECIAL DISTRICT.

MANATEE COUNTY TAXING AUTHORITIES

## DUPLICATE

PARCEL I.D. NUMBER: 9000-109814-9                0001
PROPERTY LOCATION: 8551 COOPER CREEK BLVD
LEGAL DESCRIPTION: F & F, EQUIP

CIRCUIT CITY STORES INC
C/O TAX DEPARTMENT LOC #
P O BOX 42304
RICHMOND VA 23242 2304

**EXPLANATION:** (s. 200.069, Florida Statutes)
**COLUMN 1** - "YOUR PROPERTY TAXES LAST YEAR"- This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.
**COLUMN 2** - "YOUR TAXES IF PROPOSED BUDGET CHANGE IS MADE" - This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal IS NOT FINAL and may be amended at public hearings shown on this notice.
**COLUMN 3** - "YOUR TAXES IF NO BUDGET CHANGE IS MADE" - This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT INCREASE ITS PROPERTY LEVY. These amounts are based on last year's budgets and your current assessment. The difference between column 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of a higher assessment.

**ASSESSED VALUE MEANS:**
For homestead property: value as limited by State Constitution;
For agricultural and similarly assessed property: classified use value;
For all other property: market value.
NOTE: Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive.(Discounts are a maximum of 4 percent of the amounts shown on this form.)

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | EXEMPTION VALUE | TAXABLE VALUE | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: |
|---|---|---|---|---|---|---|
| COUNTY | .00 | 25,000 | 589,632 | 3,714.27 | 4,104.25 | 9/08 6:00PM, 1112 MANATEE AVE W |
| UNINCORP COUNTY - MSTU | .00 | 25,000 | 589,632 | 360.21 | 397.77 | BRADENTON, FL 941-745-3730 |
| PUBLIC SCHOOLS: | | | | | | |
| BY STATE LAW | | 25,000 | 589,632 | 3,120.92 | 3,243.03 | 9/10 5:45PM, 215 MANATEE AVE W |
| BY LOCAL BOARD | | 25,000 | 589,632 | 1,325.49 | 1,547.14 | BRADENTON, FL 941-708-8770, EXT 21: |
| WATER MGMT DIST | .00 | 25,000 | 589,632 | 315.45 | 361.39 | 9/15 5:01PM, 7601 HWY 301 N |
| | | | | | | TAMPA, FL 352-796-7211, EXT 4129 |
| INDEPEN SPEC DIST: | | | | | | |
| MOSQUITO CONTROL | .00 | 25,000 | 589,632 | 66.86 | 71.05 | 9/03 5:01PM, 2317 2ND AVE W |
| | | | | | | PALMETTO, FL 941-722-3720 |
| W.C.I.N.D. | .00 | 25,000 | 589,632 | 23.23 | 25.71 | 9/11 5:01PM, 401 W VENICE AVE |
| | | | | | | VENICE, FL 941-485-9402 |
| DEBT SERVICES: | | | | | | |
| G O REFUNDING | .00 | 25,000 | 589,632 | 64.27 | 64.27 | |
| Total Property Tax: | | | | 8,990.70 | 9,814.61 | |
| | COLUMN 1* | | | COLUMN 2* | COLUMN 3* | N/A|0|0|0|589,632|0|N/A|N/A |

| | MARKET VALUE | ASSESSED VALUE | CAP DIFFERENTIAL | COUNTY TAXABLE | Ag Class | Seniors Ex | Extra Hx | TPP Exemp |
|---|---|---|---|---|---|---|---|---|
| YOUR PROPERTY VALUE THIS YEAR | 614,632 | 614,632 | 0 | 589,632 | N/A | N/A | N/A | YES |
| YOUR PROPERTY VALUE LAST YEAR | | 0 | 0 | 0 | N/A | N/A | N/A | NO |

### PROPOSED AND/OR ADOPTED NON-AD VALOREM ASSESSMENTS

Note: Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. Your tax collector will be including them on the November tax notice. For details on particular non-ad valorem assessments, contact the levying local governing boards.

| LEVYING AUTHORITY | YOUR ASSESSMENT LAST YEAR | YOUR ASSESSMENT THIS YEAR | PUBLIC HEARING ON PROPOSED ASSESSMENT |
|---|---|---|---|
| | | | |

MANATEE COUNTY PROPERTY APPRAISER
TANGIBLE PERSONAL PROPERTY DEPARTMENT
P.O. BOX 1358, BRADENTON, FL 34206-1358

by: Debra Lentz, DIRECTOR
Tangible Personal Property
9-18-09

**TOTAL CURRENT AMOUNT DUE IF BUDGET CHANGES ARE MADE:**        8,990.70

IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, CONTACT YOUR PROPERTY APPRAISER AT: (941) 742-5660       915 4TH AVE W, BRADENTON, FL 34205
IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE: 09/14/2009

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, FIRE, GARBAGE, LIGHTING, DRAINAGE, WATER, SEWER OR OTHER GOVERNMENTAL SERVICES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY OR ANY SPECIAL DISTRICT.

## EXHIBIT C

**Declaration of the Honorable Charles E. Hackney,
Property Appraiser in and for Manatee County, Florida.**

As the Property Appraiser in and for the Manatee County political subdivision, I appraise the value of property pursuant to state law and state rule and work under the supervision of the Florida Department of Revenue in this regard as provided in Section 195.002(1), Florida Statutes. Pursuant to Section 193.114, Florida Statutes, I prepared the Tangible Personal Property Tax Rolls for the year 2009 and upon certification in October 2009 will deliver such rolls to the Tax Collector in and for Manatee County, Florida.

The 2009 preliminary Tangible Personal Property Tax Rolls have been prepared by me and a certified copy of the TRIM Notice for 2009 is attached hereto.

_____
The Honorable Charles E. Hackney
Manatee County Property Appraiser