IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **In re:**  )<br>)<br>**CIRCUIT CITY STORES, INC., et al.,**  )<br>)<br>**Debtors.**  )<br>)<br>) | Case No. 08-35653 (KRH)<br>(Jointly Administered)<br><br>Chapter 11 |

MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*
OF JAMES C. CARIGNAN

K. Stewart Evans, Jr. (VSB #12710)  
Matthew D. Foster (VSB # 72130)  
Pepper Hamilton LLP  
600 14th Street, N.W.  
Suite 600  
Washington, DC  20005  
Telephone: 202.220.1230  
Facsimile:  202.220.1665  

James C. Carignan, *Pro Hac Vice Pending*  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 North Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: 302.777.6500  
Facsimile:  302.421.8390  

*Counsel to Longacre Opportunity Fund, L.P.*

September 21, 2009

K. Stewart Evans, Jr. and Matthew D. Foster ("Movants"), members in good standing of the Bar of the Commonwealth of Virginia, attorneys admitted to practice before the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and members of the law firm of Pepper Hamilton LLP, move this Court for the entry of an Order permitting James C. Carignan of Pepper Hamilton LLP, Wilmington, Delaware to appear and practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on behalf of Longacre Opportunity Fund, L.P. ("Longacre"), in the above-referenced case pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support of this Motion, Movants state as follows:

1. James C. Carignan is a member in good standing of the Bar of Delaware and is admitted to practice before the United States District Court for the District of Delaware. There are no disciplinary proceedings pending in any Court against James C. Carignan. A Certification by Counsel to be Admitted *Pro Hac Vice* is attached as Exhibit A in support of this Motion.

2. Movants request that this Court grant this Motion so that Mr. Carignan may participate, appear, and be heard in matters involving Longacre in this case.

3. Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative nature of the relief requested herein, Movants request that the requirement that all motions be accompanied by a written memorandum of law be waived.

WHEREFORE, Movants respectfully request that the Court enter an order permitting James C. Carignan to appear *pro hac vice* in association with Movants as counsel for Longacre in this case and granting such other and further relief as the Court deems just and proper.

-3-

        Longacre Opportunity Fund, L.P.
        By counsel


        /s/ K. Stewart Evans, Jr.
        K. Stewart Evans, Jr. (VSB #12710)
        Matthew D. Foster (VSB # 72130)
        **PEPPER HAMILTON LLP**
        600 Fourteenth Street, N.W., Suite 500
        Washington, D.C.  20005-2004
        Telephone: 202.220.1230
        Facsimile:  202.220.1665

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local Bankruptcy Rule 2090-1(E)(2) For Admission *Pro Hac Vice* of James C. Carignan was served by first class mail on September 21, 2009 upon the following:

The Debtors

Circuit City Stores, Inc.
4951 Lake Brook Drive
Suite #500
Glen Allen, VA 23060
Attn: Michelle Mosier

Counsel for the Debtors

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson and Jessica S. Kumar

Counsel for the Creditors' Committee

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz and Stanley E. Goldich

Counsel for the Creditors' Committee

Tavenner & Beran, PLC
20 N. Eight Street, Second Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner and Paula S. Beran

Counsel for the Debtors

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
Attn: Gregg M. Galardi and Ian S. Fredericks

Counsel for the Debtors

McGuire Woods LLP
One James Center
901 E. Carey Street
Richmond, VA 23219
Attn: Douglas M. Foley and Sarah B. Boehm

Counsel for the Creditors' Committee

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Attn: Robert J. Feinstein

The United States Trustee

701 East Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale


/s/ K. Stewart Evans, Jr.
K. Stewart Evans, Jr.