## EXHIBIT A

I certify that the information set out above regarding my bar memberships, the fact that I have not been disciplined by any bar association, and the fact that I have not appeared *pro hac vice* in the United States Court for the Eastern District of Virginia within the last two years is true and correct. Though I have not appeared *pro hac vice* in the United States Court for the Eastern District of Virginia within the last two years, I am still an attorney of record in *In re The Rowe Companies*, Case No. 06-11142 (SSM), pending in the United States Bankruptcy Court for the Eastern District of Virginia.

_____
James C. Carignan