# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 (KRH) <br> (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF JAMES C. CARIGNAN

Upon consideration of the Motion for Admission *pro hac vice* of James C. Carignan filed by K. Stewart Evans, Jr., the court finds that sufficient notice has been given and it is this _____ day of September, 2009,

ORDERED, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), James C. Carignan is permitted to appear and be heard *pro hac vice* as counsel to Longacre Opportunity Fund, L.P.

_____
United States Bankruptcy Judge
Entered on Docket No. _____