UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| Ashley Isaac, *pro se*, ON BEHALF OF HERSELF | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

RICHMOND DIVISION
FILED SEP 1 8 2009
CLERK
U.S. BANKRUPTCY COURT

## MOTION FOR LEAVE APPEAR TELEPHONICALLY

## AT THE SEPTEMBER 22, 2009 HEARING

1. Ashley Isaac is a Movant who has filed a motion with this court related to the Bankruptcy of Circuit City Stores, INC.

2. Ms. Isaac is a *pro se* litigant who resides in Birmingham, Alabama and is attending school at Miles College located in Fairfield, Alabama, full-time.

3. The hearing for Ms. Isaac's motion will be held on September 22, 2009 at 11:00 am ET in Richmond, Virginia.

4. For the above reasons Ms. Isaac will not be able to attend the hearing in person, but respectfully asks that this Court will grant her leave to appear at the hearing via telephone.

**WHEREFORE, Premises Considered**, for the foregoing reasons and for cause shown, Movant respectfully prays that this Court grants relief and:

(a) allows the movant to appear telephonically at the September 22, 2009 Omnibus Hearing.

(b) grants the movant additional relief as this Court deems just and proper.

Date: _____ 2009

Respectfully Submitted

*[signature]*

Ashley Isaac, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and an exact copy of the document has been delivered to the following party by certified United States Mail, properly addressed, postage pre-paid

*[signature]*
Ashley Isaac, *pro se*

**OF COUNSEL:**
Gregg M. Galardi Esq.
Ian S. Fredericks Esq.
Skadden, Arps, Slate, Meagher & Flom LLP.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Form B20A (Official Form 20A) (12/03)                                                USBC, EDVA (12/06)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_Richmond_ Division

In re:  CIRCUIT CITY STORES, INC., et al    )
                                            )
                                            )    Case No.   08-35653
                                            )    Chapter    11
            Debtor

### NOTICE OF MOTION (OR OBJECTION)

_Ashley Isaac, pro se_ has filed papers with the court to _move this Court Motion For Leave To Attend Hearing Telephonically At The September 22, 2009 Hearing_.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _September 22, 2009_, you or your attorney must:

☒     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

           Clerk of Court
           United States Bankruptcy Court
           701 East Broad Street
           Richmond, VA 23219-1888

You must also mail a copy to:

Gregg M. Galardi, Esq. Skadden, Arps, Slate, Meagher & Flom LLP

One Rodney Square PO Box 636

Wilmington, DE 19899-0636

☐     Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☑     Attend the hearing on the motion (or objection) scheduled to be held on _____
September 22, 2009 _____ at __11:00__ _a_ m. at United States
Bankruptcy Court, _Eastern District of Virginia Richmond Virginia_____.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __September 1?, 2009__          Signature, name, address and telephone number
                                                               of person giving notice:

                                                               _Ashley Isaac_____
                                                               617 South 76th Street_____
                                                               Birmingham, AL. 35206_____

                                                               Virginia State Bar No. _____
                                                               Counsel for _____

## Certificate of Service

    I hereby certify that I have this __19___ day of __September_____, 20 _09_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                                                      Skadden Arps Slate Meagher & Flom LLP