IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **Circuit City Stores, Inc.,** *et al.* | : Case No. 08-35653 (KRH) |
| | : |
| **Debtors.** | : |

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on September 21, 2009, OmniMount Systems, Inc., by counsel, filed with the Court its *Motion of OmniMount Systems, Inc. for Reconsideration of the Court's August 20, 2009 Order on the Debtors' Twentieth Omnibus Objection for the Purpose of Vacating the Reclassification of OmniMount Systems, Inc.'s 503(b)(3) Claim* (the "Motion").

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  Under *Local Bankruptcy Rule* 4001(a)-1, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing unless a written response to the Motion is filed with the Clerk of Court and served on the moving party, the trustee, and those parties as required, no later than the response deadline indicated below, and you take the following steps set forth below.

     If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion then you or your attorney must:

     1.     File with the Court, either electronically or at the address shown below, a written response pursuant to the *Local Bankruptcy Rules*.  If you mail your written response to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before **October 8, 2009**.

                  William C. Redden, Clerk
                  United States Bankruptcy Court
                  Eastern District of Virginia, Richmond Division
                  701 E. Broad Street, Suite 4000
                  Richmond, Virginia  23219

---

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB #18637
William A. Burgess (VSB No. 67998)
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:     (804) 783-7291
*Counsel for OmniMount Systems, Inc.*

You must also deliver a copy to:

>William A. Gray, Esquire – VSB #46911
>C. Thomas Ebel, Esquire – VSB #18637
>William A. Burgess (VSB No. 67998)
>Sands, Anderson, Marks & Miller, P.C.
>801 East Main Street, Suite 1800
>(P.O. Box 1998)
>Richmond, Virginia 23219 (23218-1998)
>Phone: (804) 783-7237
>Fax: (804) 783-7291

2.     Attend the hearing scheduled for **October 15, 2009, at 2:00 p.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Eastern District of Virginia, Richmond Division, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice of hearing.

Dated: September 21, 2009

/s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB #18637
William A. Burgess (VSB No. 67998)
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 783-7237
Fax: (804) 783-7291
*Attorneys for OmniMount Systems, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Local Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

    /s/ William A. Gray