# EXHIBIT A

## OmniMount's 503(b)(9) Claim

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR
FILING 503(b)(9)
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008**

## Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Circuit City Stores, Inc., _et al._, Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA  90245 | Circuit City Stores, Inc., _et al._.<br>**Case Nos.  08-35653 through 08-35670**<br>Chapter 11 Jointly Administered |

**NOTE:   Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., _et al._, Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA  90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases.   The form may be submitted in person or by regular mail, overnight mail, or hand delivery.  Facsimile, email or electronic submissions will not be accepted.  Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.**

| Name and Address of Creditor: _(The person or other entity to whom the debtor owes money or property)_<br><br><br><br><br>Telephone: _____<br>Fax: _____<br><br>**Name and address where notices should be sent  (if different from above)**<br><br><br><br><br>Telephone: _____<br>Fax: _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))<br><br>☐ Check box if you have transferred the rights of your claim to any third party.  If so please list name of transferee:<br>_____<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case. | Debtor against which claim is asserted :   (Check one box below:)<br><br>☐  **Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)**<br>☐  **Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)**<br>☐  **Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)**<br>☐  **CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)**<br>☐  **Circuit City Properties, LLC (Tax I.D. No. 54-0793353)**<br>☐  **Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)**<br>☐  **Ventoux International, Inc. (Tax I.D. No. 20-1071838)**<br>☐  **Sky Venture Corporation (Tax I.D. No. 54-1760311)**<br>☐  **Prahs, Inc. (n/a)**<br>☐  **XS Stuff, LLC (Tax I.D. No. 54-2029263)**<br>☐  **Kinzer Technology, LLC (Tax I.D. No. 54-2022157)**<br>☐  **Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)**<br>☐  **Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)**<br>☐  **InterTAN, Inc. (Tax I.D. No. 75-2130875)**<br>☐  **CC Aviation, LLC (Tax I.D. No. 20-5290841)**<br>☐  **Courchevel, LLC (n/a)**<br>☐  **Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)**<br>☐  **Mayland MN, LLC (Tax I.D. No. 20-0896116)** |

| | |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____ | Check here if this claim   ☐  replaces<br>☐  amends   a previously filed claim, dated: _____ |

**1. BASIS FOR CLAIM:**  Goods received by the Debtor within 20 days before the date of commencement of the case.    Value of Goods: $_____.

**2. DATE OF SHIPMENT:** _____    METHOD OF SHIPMENT: _____    DATE OF RECEIPT:_____
        NAME OF CARRIER: _____        PLACE OF DELIVERY: _____

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $_____**
    ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** _____
    Describe goods sold: _____ _Attach support for your claim._

| | |
|---|---|
| 5.   **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.  In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>6.   **SUPPORTING DOCUMENTS**: _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.   Attachments must be printed on 8-1/2" by 11" paper.<br><br>7.   **DATE-STAMPED COPY:**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.<br><br>8.   **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).<br><br>_Penalty for presenting fraudulent claim:_  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571. | **FOR COURT USE ONLY** |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| | |

**INSTRUCTIONS FOR FILING SECTION 503(b)(9) CLAIM REQUEST FORM**

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to the general rules.*

– **DEFINITIONS** –

***Debtor:***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Section 503(b)(9) Claim:***
Any claim entitled to treatment in accordance with Section 503(b)(9) of the Bankruptcy Code. Specifically, Section 503(b)(9) Claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

***Section 503(b)(9) Bar Date:***
By Order of the United States Bankruptcy Court for the Eastern District of Virginia, all requests for allowance of a Section 503(b)(9) Claim must be filed so as to be received at the address set forth below no later than 5:00 p.m., Prevailing Pacific Time on **December 19, 2008**.

1.  Please read this Section 503(b)(9) Claim Request Form carefully and fill it in completely and accurately.

2.  Print legibly. Your claim may be disallowed if it cannot be read and understood.

3.  This Section 503(b)(9) Claim Request Form must be completed in English. The amount of any Section 503(b)(9) Claim must be denominated in United States currency.

4.  Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Section 503(b)(9) Claim Request Form.

5.  This form should only be used by a claimant asserting a Section 503(b)(9) claim. It should not be used for claims arising prior to **October 21, 2008** or after **November 9, 2008**, and should not be used for any claims that are not entitled to priority in accordance with 11 U.S.C. § 503(b)(9).

6.  This Section 503(b)(9) Claim Request Form should be sent by regular mail, overnight mail, or hand delivery to the following address:

    **Circuit City Stores, Inc., et al., Claims Processing**
    **c/o Kurtzman Carson Consultants LLC**
    **2335 Alaska Avenue, El Segundo, CA 90245**
    **(888) 830-4650**

    Please note that Kurtzman Carson Consultants LLC is **not** permitted to accept proofs of claim, including any Section 503(b)(9) Claim Request Form, by facsimile, telecopy or other electronic submission, including electronic mail.

7.  To receive an acknowledgment of the filing of your claim from Kurtzman Carson Consultants LLC, enclose a stamped, self-addressed envelope and copy of this Section 503(b)(9) Claim Request Form.

8.  **ANY DOCUMENTS RELIED UPON BY ANY 503(b)(9) CLAIMANT TO SUPPORT ITS SECTION 503(b)(9) CLAIM, INCLUDING ALL DOCUMENTS THAT PURPORT TO ESTABLISH THAT THE "GOODS" WITHIN THE 20 DAY PERIOD BEFORE NOVEMBER 10, 2008, THE "VALUE" OF SUCH GOODS AND THAT SUCH GOODS WERE "SOLD TO THE DEBTOR IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS," SHOULD BE ANNEXED TO THIS SECTION 503(b)(9) CLAIM REQUEST FORM.**

9.  **To be considered timely filed, this Section 503(b)(9) Claim Request Form must be actually received by Kurtzman Carson Consultants LLC, by 5:00 p.m. (Prevailing Pacific Time) on December 19, 2008 and should include appropriate documents/materials establishing the claimants entitlement to an allowed Section 503(b)(9) Claim and the amount of the asserted claim.**

## Annex A

Debtor:                Circuit City Stores, Inc. (the "Debtor")
Case No.:              08-35653-KRH
Creditor:              OmniMount Systems, Inc. ("OmniMount")
Amount of Claim:       $257,696.79

### Annex to 503(b)(9) Administrative Proof of Claim of
### OmniMount Systems, Inc. (Amended)

Within twenty (20) days prior to the Petition Date, the Debtor received goods sold by OmniMount to the Debtor in exchange for the Debtor's promise to pay to OmniMount $257,696.79.  OmniMount's claim against the Debtor will be reduced to the extent that Debtor returns goods to OmniMount pursuant to OmniMount's Reclamation Demand Letter, dated November 25, 2008, attached herewith without exhibits as Annex B.  OmniMount is simultaneously filing a General Proof of Claim of $2,061,816.10 for goods, including those goods referenced herein.  Details of the goods that were received within twenty (20) days prior to the Petition Date are attached herewith as Annex C.

OmniMount hereby reserves, but does not hereby exercise, its right to set-off against the obligations of the Debtor any and all claims of the Debtor against OmniMount.  OmniMount further reserves, but does not hereby exercise, all rights of recoupment against the Debtor.

OmniMount reserves all rights to amend and supplement this Proof of Claim.

**OmniMount Systems, Inc.**
The Pointe at South Mountain
8201 S. 48th St.
Phoenix, AZ 85044

**VOICE:** 480.829.8000
**FAX:** 602-296-0797
**WEB:** www.omnimount.com

**OMNI** MOUNT

November 25, 2008

**VIA FACSIMILE AND OVERNIGHT COURIER**

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re:   Reclamation Demand
      In re Circuit City Stores, Inc., *et al.*, Case No. 08-35653 (Bankr. E.D. Va.
      2008).

Dear Sirs:

This Demand is sent to you pursuant to § 2-702 of the Uniform Commercial Code and §
546(c) of the United States Bankruptcy Code (the "Bankruptcy Code") and applicable
common law (collectively, "Applicable Law"). We are advised that, on November 10,
2008 (the "Petition Date"), Circuit City Stores, Inc. and its subsidiaries and affiliates
(collectively, the "Debtors") filed separate petitions for relief under Chapter 11 of the
Bankruptcy Code thereby commencing separate cases under the Bankruptcy Code
(collectively, the "Cases").

In the forty-five (45) days prior to the Petition Date, the Debtors received from
OmniMount Systems, Inc. ("Seller") goods shipped to the Debtors on credit in the
ordinary course of business, to wit: the goods reflected on the spreadsheet attached as
Exhibit A hereto (collectively, the "Goods").

Demand is hereby made under Applicable Law for reclamation of such Goods. You are
hereby instructed not to use the Goods, to segregate such Goods from all other goods, and
to contact the Seller forthwith for a return authorization. You are expressly prohibited
from further consuming any of the Goods or making any sales of the Goods to others.
The Goods shall be held in trust for Seller pending their return.

If and to the extent that Seller does not receive return of the Goods for which demand for reclamation is hereby made, Seller hereby reserves its rights to payment of the value of any goods received by the Debtors during the twenty (20) day period preceding the Petition Date.  Section 503(b)(9) of the Bankruptcy Code grants an administrative claim to sellers of goods received by a debtor in the ordinary course of business within twenty days before the filing of a debtor's bankruptcy petition.

Seller reserves the right to amend and supplement this Reclamation Demand (including submitting additional evidence in support thereof) and to file additional reclamation demands or claims in the Cases or otherwise.  The filing of this Reclamation Demand is not intended to be and shall not be construed as: (1) an election or waiver of remedies; (2) a waiver of any past, present or future defaults or events of default; or (3) a waiver or limitation of any rights of Seller.  All rights and remedies of the Seller are expressly reserved.

Sincerely,

Raymond Nakano
EVP & CFO

cc:     Circuit City Stores, Inc.
        9950 Mayland Drive
        Richmond, VA 23233


        McGuireWoods LLP
        9000 World Trade Center, 101 W. Main St.
        Norfolk, VA 23510
        Attn: Daniel F. Blanks
        Attn: Douglas M. Foley

        McGuireWoods LLP
        One James Center
        901 East Cary St.
        Richmond, VA 23219
        Attn: Sarah Beckett Boehm
        Attn: Dion W. Hayes
        Attn: Joseph S. Sheerin

        Skadden, Arps, Slate, Meagher & Flom, LLP
        One Rodney Square
        PO Box 636
        Wilmington, DE 19899-0636
        Attn: Gregg M. Galardi, Esq.
        Attn: Ian S. Fredericks, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606
Attn: Timothy G. Pohl, Esq.
Attn: Chris L. Dickerson, Esq.

OmniMount Systems, Inc.                           In re Circuit City Stores, Inc., et al.
503(b)(9) Claim
Annex C

| PO | Item | Quantity | Per Unit | Total | Date Received |
|----|------|----------|----------|-------|---------------|
| 2158932 | 75100CLB | 112 | $25.44 | $2,849.28 | 10/21/2008 |
| | CLM | 30 | $98.68 | $2,960.40 | 10/21/2008 |
| | CMK | 48 | $11.26 | $540.48 | 10/21/2008 |
| | MWFS | 29 | $119.82 | $3,474.78 | 10/21/2008 |
| | PLASMAUCL | 7 | $131.58 | $921.06 | 10/21/2008 |
| | SPIDERMOUNT | 14 | $45.99 | $643.86 | 10/21/2008 |
| | TRIAB | 14 | $67.66 | $947.24 | 10/21/2008 |
| | U3TILTMOUNT | 22 | $55.77 | $1,226.94 | 10/21/2008 |
| | UCLL | 28 | $190.80 | $5,342.40 | 10/21/2008 |
| | UCLX | 40 | $205.77 | $8,230.80 | 10/21/2008 |
| | ULPTL | 82 | $98.69 | $8,092.58 | 10/21/2008 |
| | ULPTX | 83 | $115.14 | $9,556.62 | 10/21/2008 |
| | WM4N1SP | 64 | $17.98 | $1,150.72 | 10/21/2008 |
| 2158932 | CLM | 48 | $98.68 | $4,736.64 | 10/22/2008 |
| | PLASMAUCL | 14 | $131.58 | $1,842.12 | 10/22/2008 |
| | TRIAB | 2 | $67.66 | $135.32 | 10/22/2008 |
| | TRIAB | 190 | $67.66 | $12,855.40 | 10/22/2008 |
| | U3TILTMOUNT | 1 | $55.77 | $55.77 | 10/22/2008 |
| | U3TILTMOUNT | 32 | $55.77 | $1,784.64 | 10/22/2008 |
| | U3TILTMOUNT | 127 | $55.77 | $7,082.79 | 10/22/2008 |
| | UCLL | 12 | $190.80 | $2,289.60 | 10/22/2008 |
| | UCLX | 28 | $205.77 | $5,761.56 | 10/22/2008 |
| 2166007 | 75100CLB | 24 | $25.44 | $610.56 | 10/21/2008 |
| | 75100FD | 16 | $18.76 | $300.16 | 10/21/2008 |
| | CLM | 12 | $98.68 | $1,184.16 | 10/21/2008 |
| | CMK | 20 | $11.26 | $225.20 | 10/21/2008 |
| | FPCL | 6 | $75.18 | $451.08 | 10/21/2008 |
| | SPIDERMOUNT | 28 | $45.99 | $1,287.72 | 10/21/2008 |
| | TRIAB | 136 | $67.66 | $9,201.76 | 10/21/2008 |
| | UCLL | 58 | $190.80 | $11,066.40 | 10/21/2008 |
| | UCLX | 54 | $205.77 | $11,111.58 | 10/21/2008 |
| | ULPTL | 81 | $98.69 | $7,993.89 | 10/21/2008 |
| | WM4N1SP | 16 | $17.98 | $287.68 | 10/21/2008 |
| 2166004 | TRIAB | 46 | $67.66 | $3,112.36 | 10/22/2008 |
| | U3TILTMOUNT | 31 | $55.77 | $1,728.87 | 10/22/2008 |
| | UCLL | 56 | $190.80 | $10,684.80 | 10/22/2008 |
| | ULPTL | 68 | $98.69 | $6,710.92 | 10/22/2008 |
| | ULPTL | 272 | $98.69 | $26,843.68 | 10/22/2008 |
| | ULPTX | 17 | $115.14 | $1,957.38 | 10/22/2008 |
| 2166004 | CLM | 48 | $98.68 | $4,736.64 | 10/23/2008 |
| | PLASMAUCL | 42 | $131.58 | $5,526.36 | 10/23/2008 |
| | TRIAB | 96 | $67.66 | $6,495.36 | 10/23/2008 |
| | U3TILTMOUNT | 32 | $55.77 | $1,784.64 | 10/23/2008 |
| | UCLX | 28 | $205.77 | $5,761.56 | 10/23/2008 |
| | ULPTL | 34 | $98.69 | $3,355.46 | 10/23/2008 |

OmniMount Systems, Inc.                          In re Circuit City Stores, Inc., et al.
503(b)(9) Claim
Annex C

| PO | Item | Quantity | Per Unit | Total | Date Received |
|---|---|---|---|---|---|
| 2158941 | AB1G | 48 | $3.52 | $168.96 | 10/22/2008 |
| | AB1HTSGREY | 12 | $14.08 | $168.96 | 10/22/2008 |
| | AB2BLACK | 60 | $4.69 | $281.40 | 10/22/2008 |
| | EL0BLK | 2 | $14.98 | $29.96 | 10/22/2008 |
| | GEM1BLK | 86 | $20.98 | $1,804.28 | 10/22/2008 |
| | STEELBLACK | 102 | $5.87 | $598.74 | 10/22/2008 |
| 2166010 | STELLARG304G | 16 | $157.90 | $2,526.40 | 10/22/2008 |
| 2167320 | ECHOA3 | 20 | $129.95 | $2,599.00 | 10/22/2008 |
| 2166016 | AB1G | 32 | $3.52 | $112.64 | 10/23/2008 |
| | AB1HTSGREY | 8 | $14.08 | $112.64 | 10/23/2008 |
| | AB2BLACK | 56 | $4.69 | $262.64 | 10/23/2008 |
| | EL0BLK | 22 | $14.98 | $329.56 | 10/23/2008 |
| | GEM1BLK | 22 | $20.98 | $461.56 | 10/23/2008 |
| | GEM2BLK | 14 | $26.99 | $377.86 | 10/23/2008 |
| | STEELBLACK | 12 | $5.87 | $70.44 | 10/23/2008 |
| 2166009 | MWFS | 83 | $119.82 | $9,945.06 | 10/25/2008 |
| | TRIAB | 94 | $67.66 | $6,360.04 | 10/25/2008 |
| | U3TILTMOUNT | 2 | $55.77 | $111.54 | 10/25/2008 |
| | UCLX | 14 | $205.77 | $2,880.78 | 10/25/2008 |
| | ULPTX | 80 | $115.14 | $9,211.20 | 10/25/2008 |
| 2182213 | ECHOA3 | 5 | $129.95 | $649.75 | 10/27/2008 |
| 2182214 for 2166011 | STELLARG304G | 9 | $157.90 | $1,421.10 | 10/27/2008 |
| 2166017 | AB1G | 52 | $3.52 | $183.04 | 10/27/2008 |
| | AB1HTSGREY | 4 | $14.08 | $56.32 | 10/27/2008 |
| | AB2BLACK | 160 | $4.69 | $750.40 | 10/27/2008 |
| | EL0BLK | 42 | $14.98 | $629.16 | 10/27/2008 |
| | GEM1BLK | 56 | $20.98 | $1,174.88 | 10/27/2008 |
| | GEM2BLK | 16 | $26.99 | $431.84 | 10/27/2008 |
| | STEELBLACK | 30 | $5.87 | $176.10 | 10/27/2008 |
| 2182221 for 2166012 | STELLARG304G | 11 | $157.90 | $1,736.90 | 10/29/2008 |

OmniMount Systems, Inc.                    In re Circuit City Stores, Inc., et al.
503(b)(9) Claim
Annex C

| PO | Item | Quantity | Per Unit | Total | Date Received |
|---|---|---|---|---|---|
| 2186088 | AB1G | 100 | $3.52 | $352.00 | 10/30/2008 |
| for 2166018 | AB1HTSGREY | 12 | $14.08 | $168.96 | 10/30/2008 |
| | AB2BLACK | 168 | $4.69 | $787.92 | 10/30/2008 |
| | EL0BLK | 26 | $14.98 | $389.48 | 10/30/2008 |
| | GEM1BLK | 36 | $20.98 | $755.28 | 10/30/2008 |
| | GEM2BLK | 12 | $26.99 | $323.88 | 10/30/2008 |
| | STEELBLACK | 18 | $5.87 | $105.66 | 10/30/2008 |
| | | | | | |
| 2188389 | AB1G | 120 | $3.52 | $422.40 | 11/10/2008 |
| for  2171585 | AB1HTSGREY | 8 | $14.08 | $112.64 | 11/10/2008 |
| | AB2BLACK | 216 | $4.69 | $1,013.04 | 11/10/2008 |
| | EL0BLK | 36 | $14.98 | $539.28 | 11/10/2008 |
| | GEM1BLK | 82 | $20.98 | $1,720.36 | 11/10/2008 |
| | GEM2BLK | 14 | $26.99 | $377.86 | 11/10/2008 |
| | STEELBLACK | 18 | $5.87 | $105.66 | 11/10/2008 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

**Acct.#: CIRC001**     **Invoice Number: 441286**     **Invoice Date**: 10/09/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA<br>18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323128 | 2158932 | CIR | TRACS | 10/08/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 78<br>EA | 78 | 0 | 1002471CC-1<br>CL-M P (CC)<br>CLM | 100.70 | 100.70 | 7,854.60 |
| 48<br>EA | 48 | 0 | 1003422CC-1<br>CMK (CC)<br>CMK | 11.49 | 11.49 | 551.52 |
| 29<br>EA | 29 | 0 | 1003266CC-1<br>MWFS (CC)<br>MWFS | 122.27 | 122.27 | 3,545.83 |
| 40<br>EA | 40 | 0 | 1002473CC-1<br>UCL-L P (CC)<br>UCLL | 194.69 | 194.69 | 7,787.60 |
| 68<br>EA | 68 | 0 | 1002474CC-1<br>UCL-X P (CC)<br>UCLX | 209.98 | 209.98 | 14,278.64 |
| 206<br>EA | 206 | 0 | 1003743CC-1<br>TRIA B (CC)<br>TRIAB | 69.04 | 69.04 | 14,222.24 |
| 82<br>EA | 82 | 0 | 1003466CC-1<br>ULPT-L B CC<br>ULPTL | 100.70 | 100.70 | 8,257.40 |
| 112<br>EA | 112 | 0 | 1001022CC-1<br>VESA 75/100 CL BLK (CC)<br>75100CLB | 25.96 | 25.96 | 2,907.52 |
| 21<br>EA | 21 | 0 | 1001537UALCC-1<br>PLASMA UCL (W/ UAL) CC<br>PLASMAUCL | 134.27 | 134.27 | 2,819.67 |
| 14<br>EA | 14 | 0 | 1003362CC-1<br>3N1-PJT P (CC)<br>SPIDERMOUNT | 46.93 | 46.93 | 657.02 |
| 182<br>EA | 182 | 0 | 1001981CC-1<br>U3 TILT P (CC)<br>U3TILTMOUNT | 59.33 | 59.33 | 10,798.06 |

## RD   10/13/08 DNSA  10/06/08

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 83<br>EA | 83 | 0 | 1003467CC-1<br>ULPT-X B CC | 117.49 | 117.49 | |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

 OMNI MOUNT

# INVOICE

Acct.#: **CIRC001**      **Invoice Number: 441286**      **Invoice Date**: 10/09/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA<br>18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323128 | 2158932 | CIR | TRACS | 10/08/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| | | | ULPTX | | | 9,751.67 |

**DNSA  10/06/08**
**CHG 09/26/08 AI  0014     83**
**DNSA  10/06/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 64<br>EA | 64 | 0 | 1002778CC-1<br>4N1-S P (CC)<br>WM4N1SP | 18.35 | 18.35 | 1,174.40 |

*NOTE: Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| **Total Gross** | $84,606.17 |
| **Line Discount Total** | $0.00 |
| **DFI %** | $0.00 |
| **Subtotal** | $84,606.17 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $84,606.17 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

 OMNIMOUNT

# INVOICE

**Acct.#: CIRC001**      **Invoice Number: 441980**      **Invoice Date:** 10/15/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA 18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323820 | 2166004 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 62<br>EA | 62 | 0 | 1002471CC-1<br>CL-M P (CC)<br>CLM | 100.70 | 100.70 | 6,243.40 |
| 36<br>EA | 36 | 0 | 1003422CC-1<br>CMK (CC)<br>CMK | 11.49 | 11.49 | 413.64 |
| 37<br>EA | 37 | 0 | 1002687CC-1<br>FP-CL v2 SILVER CC<br>FPCL | 76.71 | 76.71 | 2,838.27 |
| 58<br>EA | 58 | 0 | 1002473CC-1<br>UCL-L P (CC)<br>UCLL | 194.69 | 194.69 | 11,292.02 |
| 40<br>EA | 40 | 0 | 1002474CC-1<br>UCL-X P (CC)<br>UCLX | 209.98 | 209.98 | 8,399.20 |
| 156<br>EA | 156 | 0 | 1003743CC-1<br>TRIA B (CC)<br>TRIAB | 69.04 | 69.04 | 10,770.24 |
| 394<br>EA | 394 | 0 | 1003466CC-1<br>ULPT-L B CC<br>ULPTL | 100.70 | 100.70 | 39,675.80 |
| 40<br>EA | 40 | 0 | 1001218<br>75100FD CC<br>75100FD | 19.17 | 19.17 | 766.80 |
| 60<br>EA | 60 | 0 | 1002778CC-1<br>4N1-S P (CC)<br>WM4N1SP | 18.35 | 18.35 | 1,101.00 |
| 16<br>EA | 16 | 0 | 1001022CC-1<br>VESA 75/100 CL BLK (CC)<br>75100CLB | 25.96 | 25.96 | 415.36 |
| 52<br>EA | 52 | 0 | 1001537UALCC-1<br>PLASMA UCL (W/ UAL) CC<br>PLASMAUCL | 134.27 | 134.27 | 6,982.04 |
| 24<br>EA | 24 | 0 | 1003362CC-1<br>3N1-PJT P (CC)<br>SPIDERMOUNT | 46.93 | 46.93 | 1,126.32 |
| 93<br>EA | 93 | 0 | 1001981CC-1<br>U3 TILT P (CC)<br>U3TILTMOUNT | 59.33 | 59.33 | 5,517.69 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

**Acct.#: CIRC001**     **Invoice Number: 441980**     **Invoice Date:** 10/15/08     *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA 18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323820 | 2166004 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

**RD   10/20/08 DNSA  10/13/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 400<br>EA | 400 | 0 | 1003467CC-1<br>ULPT-X B CC<br>ULPTX | 117.49 | 117.49 | 46,996.00 |

**DNSA  10/13/08**
**CHG 10/03/08 AI  0015    83**
**DNSA  10/13/08**
**CHG 10/08/08 QI  0015    83   317 10/10/08**
**DNSA  10/13/08**

NOTE: Please remit payment to:
OmniMount Systems, Inc.
P.O. Box 201570
Dallas, TX 75320-1570

| | |
|---|---|
| **Total Gross** | $142,537.78 |
| **Line Discount Total** | $0.00 |
| **DFI  %** | $0.00 |
| **Subtotal** | $142,537.78 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $142,537.78 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix. Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

Acct.#: CIRC001    Invoice Number: 441981    Invoice Date: 10/15/08    *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 775<br>19925 INDEPENDENCE BOULEVARD<br><br>GROVELAND, FL 34736- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323825 | 2166009 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 24 EA | 24 | 0 | 1002471CC-1<br>CL-M P (CC)<br>CLM | 100.70 | 100.70 | 2,416.80 |
| 16 EA | 16 | 0 | 1003422CC-1<br>CMK (CC)<br>CMK | 11.49 | 11.49 | 183.84 |
| 83 EA | 83 | 0 | 1003266CC-1<br>MWFS (CC)<br>MWFS | 122.27 | 122.27 | 10,148.41 |
| 11 EA | 11 | 0 | 1002473CC-1<br>UCL-L P (CC)<br>UCLL | 194.69 | 194.69 | 2,141.59 |
| 20 EA | 20 | 0 | 1002474CC-1<br>UCL-X P (CC)<br>UCLX | 209.98 | 209.98 | 4,199.60 |
| 214 EA | 214 | 0 | 1003743CC-1<br>TRIA B (CC)<br>TRIAB | 69.04 | 69.04 | 14,774.56 |
| 173 EA | 173 | 0 | 1003466CC-1<br>ULPT-L B CC<br>ULPTL | 100.70 | 100.70 | 17,421.10 |
| 28 EA | 28 | 0 | 1001218<br>75100FD CC<br>75100FD | 19.17 | 19.17 | 536.76 |
| 44 EA | 44 | 0 | 1002778CC-1<br>4N1-S P (CC)<br>WM4N1SP | 18.35 | 18.35 | 807.40 |
| 92 EA | 92 | 0 | 1001022CC-1<br>VESA 75/100 CL BLK (CC)<br>75100CLB | 25.96 | 25.96 | 2,388.32 |
| 16 EA | 16 | 0 | 1001537UALCC-1<br>PLASMA UCL (W/ UAL)  CC<br>PLASMAUCL | 134.27 | 134.27 | 2,148.32 |
| 32 EA | 32 | 0 | 1003362CC-1<br>3N1-PJT P (CC)<br>SPIDERMOUNT | 46.93 | 46.93 | 1,501.76 |
| 98 EA | 98 | 0 | 1001981CC-1<br>U3 TILT P (CC)<br>U3TILTMOUNT | 59.33 | 59.33 | 5,814.34 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE



OMNI MOUNT

Acct.#: **CIRC001**    Invoice Number: **441981**    Invoice Date: 10/15/08    *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 775<br>19925 INDEPENDENCE BOULEVARD<br><br>GROVELAND, FL 34736- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323825 | 2166009 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

RD    10/20/08 DNSA  10/14/08

| Qty Ord<br>UM | Qty<br>Shipped | Qty<br>B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 80<br>EA | 80 | 0 | 1003467CC-1<br>ULPT-X B CC<br>ULPTX | 117.49 | 117.49 | 9,399.20 |

DNSA  10/14/08
CHG 10/03/08 AI  0015    84
DNSA  10/14/08
CHG 10/08/08 QD  0015    84    4 10/12/08
DNSA  10/14/08

NOTE: *Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| Total Gross | $73,882.00 |
| Line Discount Total | $0.00 |
| DFI  % | $0.00 |
| Subtotal | $73,882.00 |
| Misc. Charge/Credit | $0.00 |
| Freight Charge | $0.00 |
| Sales Tax | $0.00 |
| Total | $73,882.00 |

2

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix. Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

**Acct.#: CIRC001**   **Invoice Number: 441992**   **Invoice Date:** 10/15/08   *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 567<br>1901 COOPER DRIVE<br><br>ARDMORE. OK 73401- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323823 | 2166007 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 12 EA | 12 | 0 | 1002471CC-1<br>CL-M P (CC)<br>CLM | 100.70 | 100.70 | 1,208.40 |
| 20 EA | 20 | 0 | 1003422CC-1<br>CMK (CC)<br>CMK | 11.49 | 11.49 | 229.80 |
| 6 EA | 6 | 0 | 1002687CC-1<br>FP-CL v2 SILVER CC<br>FPCL | 76.71 | 76.71 | 460.26 |
| 58 EA | 58 | 0 | 1002473CC-1<br>UCL-L P (CC)<br>UCLL | 194.69 | 194.69 | 11,292.02 |
| 54 EA | 54 | 0 | 1002474CC-1<br>UCL-X P (CC)<br>UCLX | 209.98 | 209.98 | 11,338.92 |
| 136 EA | 136 | 0 | 1003743CC-1<br>TRIA B (CC)<br>TRIAB | 69.04 | 69.04 | 9,389.44 |
| 81 EA | 81 | 0 | 1003466CC-1<br>ULPT-L B CC<br>ULPTL | 100.70 | 100.70 | 8,156.70 |
| 16 EA | 16 | 0 | 1001218<br>75100FD CC<br>75100FD | 19.17 | 19.17 | 306.72 |
| 16 EA | 16 | 0 | 1002778CC-1<br>4N1-S P (CC)<br>WM4N1SP | 18.35 | 18.35 | 293.60 |
| 24 EA | 24 | 0 | 1001022CC-1<br>VESA 75/100 CL BLK (CC)<br>75100CLB | 25.96 | 25.96 | 623.04 |
| 28 EA | 28 | 0 | 1003362CC-1<br>3N1-PJT P (CC)<br>SPIDERMOUNT | 46.93 | 46.93 | 1,314.04 |

RD   10/20/08 DNSA 10/15/08
DNSA  10/15/08
CHG 10/08/08 DI  0013    84    84 10/13/08
DNSA  10/15/08

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix. Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

Acct.#: **CIRC001**      Invoice Number: **441992**      Invoice Date: 10/15/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 567<br>1901 COOPER DRIVE<br><br>ARDMORE, OK 73401- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323823 | 2166007 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

*NOTE: Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| **Total Gross** | $44,612.94 |
| **Line Discount Total** | $0.00 |
| **DFI %** | $0.00 |
| **Subtotal** | $44,612.94 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $44,612.94 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

**Acct.#: CIRC001**    **Invoice Number: 441279**    **Invoice Date:** 10/09/08        *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA<br><br>18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323137 | 2158941 | CIR | TRACS | 10/08/08 | 2% 60 NET 61 |

| Qty Ord<br>UM | Qty<br>Shipped | Qty<br>B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 48<br>EA | 48 | 0 | 1001514CC-1<br>AB1 GREY (CC)<br>AB1G | 3.59 | 3.59 | 172.32 |
| 4<br>PR | 4 | 0 | 1003839CC-1<br>EL0 BLACK (CC)<br>EL0BLK | 15.29 | 15.29 | 61.16 |
| 64<br>EA | 64 | 0 | 818212CC-1<br>AB2 BLACK (CC)<br>AB2BLACK | 4.785 | 4.79 | 306.24 |
| 12<br>EA | 12 | 0 | 1001515CC-1<br>AB1 HTS GREY (CC)<br>AB1HTSGREY | 14.37 | 14.37 | 172.44 |
| 102<br>EA | 102 | 0 | 1001077BK-CC<br>5.0 WALL/CLNG SST BLK - C.CITY<br>STEELBLACK | 5.98 | 5.98 | 609.96 |

### RD   10/13/08 DNSA 10/06/08

| Qty Ord<br>UM | Qty<br>Shipped | Qty<br>B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 86<br>EA | 86 | 0 | 1003841CC-D<br>GEMINI 1 BLACK (CC) | 21.41 | 21.41 | 1,841.26 |

*NOTE: Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| **Total Gross** | $3,163.38 |
| **Line Discount Total** | $0.00 |
| **DFI  %** | $0.00 |
| **Subtotal** | $3,163.38 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | |
| **Sales Tax** | $0.00 |
| **Total** | $3,163.38 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE



**Acct.#: CIRC001**       **Invoice Number: 441983**       **Invoice Date:** 10/15/08       *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 255<br>4000 TOWNSHIP LINE ROAD<br><br>BETHLEHEM, PA 18020- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 324801 | 2171585 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code / Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 120 EA | 120 | 0 | 1001514CC-1<br>AB1 GREY (CC)<br>AB1G | 3.59 | 3.59 | 430.80 |
| 36 PR | 36 | 0 | 1003839CC-1<br>ELO BLACK (CC)<br>EL0BLK | 15.29 | 15.29 | 550.44 |
| 14 PR | 14 | 0 | 1003843CC-1<br>GEMINI 2 BLACK (CC)<br>GEM2BLK | 27.54 | 27.54 | 385.56 |
| 216 EA | 216 | 0 | 818212CC-1<br>AB2 BLACK (CC)<br>AB2BLACK | 4.785 | 4.79 | 1,033.56 |
| 8 EA | 8 | 0 | 1001515CC-1<br>AB1 HTS GREY (CC)<br>AB1HTSGREY | 14.37 | 14.37 | 114.96 |
| 18 EA | 18 | 0 | 1001077BK-CC<br>5.0 WALL/CLNG SST BLK - C.CITY<br>STEELBLACK | 5.98 | 5.98 | 107.64 |

**RD    10/20/08 DNSA 10/13/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code / Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 82 EA | 82 | 0 | 1003841CC-D<br>GEMINI 1 BLACK (CC) | 21.41 | 21.41 | 1,755.62 |

NOTE: *Please remit payment to:*
**OmniMount Systems, Inc.
P.O. Box 201570
Dallas, TX 75320-1570**

| | |
|---|---|
| **Total Gross** | $4,378.58 |
| **Line Discount Total** | $0.00 |
| **DFI %** | $0.00 |
| **Subtotal** | $4,378.58 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $4,378.58 |

*1*

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE



**Acct.#: CIRC001        Invoice Number: 441984        Invoice Date:** 10/15/08        *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 755<br>1100 CIRCUIT CITY ROAD<br><br>MARION, IL 62959- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323833 | 2166017 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 52<br>EA | 52 | 0 | 1001514CC-1<br>AB1 GREY (CC)<br>AB1G | 3.59 | 3.59 | 186.68 |
| 42<br>PR | 42 | 0 | 1003839CC-1<br>ELO BLACK (CC)<br>EL0BLK | 15.29 | 15.29 | 642.18 |
| 16<br>PR | 16 | 0 | 1003843CC-1<br>GEMINI 2 BLACK (CC)<br>GEM2BLK | 27.54 | 27.54 | 440.64 |
| 160<br>EA | 160 | 0 | 818212CC-1<br>AB2 BLACK (CC)<br>AB2BLACK | 4.785 | 4.79 | 765.60 |
| 4<br>EA | 4 | 0 | 1001515CC-1<br>AB1 HTS GREY (CC)<br>AB1HTSGREY | 14.37 | 14.37 | 57.48 |
| 30<br>EA | 30 | 0 | 1001077BK-CC<br>5.0 WALL/CLNG SST BLK - C.CITY<br>STEELBLACK | 5.98 | 5.98 | 179.40 |

**RD    10/20/08 DNSA  10/12/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code<br>Description | Unit Price | Disc. %<br>Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 56<br>EA | 56 | 0 | 1003841CC-D<br>GEMINI 1 BLACK (CC) | 21.41 | 21.41 | 1,198.96 |

**NOTE: Please remit payment to:**
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| **Total Gross** | $3,470.94 |
| **Line Discount Total** | $0.00 |
| **DFI %** | $0.00 |
| **Subtotal** | $3,470.94 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $3,470.94 |

/

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE


OMNI MOUNT

**Acct.#: CIRC001    Invoice Number: 441986    Invoice Date:** 10/15/08        *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 567<br>1901 COOPER DRIVE<br><br>ARDMORE, OK 73401- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323832 | 2166016 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 32 EA | 32 | 0 | 1001514CC-1<br>AB1 GREY (CC)<br>AB1G | 3.59 | 3.59 | 114.88 |
| 22 PR | 22 | 0 | 1003839CC-1<br>ELO BLACK (CC)<br>EL0BLK | 15.29 | 15.29 | 336.38 |
| 14 PR | 14 | 0 | 1003843CC-1<br>GEMINI 2 BLACK (CC)<br>GEM2BLK | 27.54 | 27.54 | 385.56 |
| 56 EA | 56 | 0 | 818212CC-1<br>AB2 BLACK (CC)<br>AB2BLACK | 4.785 | 4.79 | 267.96 |
| 8 EA | 8 | 0 | 1001515CC-1<br>AB1 HTS GREY (CC)<br>AB1HTSGREY | 14.37 | 14.37 | 114.96 |
| 12 EA | 12 | 0 | 1001077BK-CC<br>5.0 WALL/CLNG SST BLK - C.CITY<br>STEELBLACK | 5.98 | 5.98 | 71.76 |

**RD    10/20/08 DNSA   10/15/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 22 EA | 22 | 0 | 1003841CC-D<br>GEMINI 1 BLACK (CC) | 21.41 | 21.41 | 471.02 |

NOTE: *Please remit payment to:*
*OmniMount Systems, Inc.*
*P.O. Box 201570*
*Dallas, TX 75320-1570*

| | |
|---|---|
| **Total Gross** | $1,762.52 |
| **Line Discount Total** | $0.00 |
| **DFI %** | $0.00 |
| **Subtotal** | $1,762.52 |
| **Misc. Charge/Credit** | $0.00 |
| **Freight Charge** | $0.00 |
| **Sales Tax** | $0.00 |
| **Total** | $1,762.52 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE

 **OMNI** MOUNT

**Acct.#:** CIRC001      **Invoice Number: 441989**      **Invoice Date:** 10/15/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 775<br>19925 INDEPENDENCE BOULEVARD<br><br>GROVELAND, FL 34736- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323834 | 2166018 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code / Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 100 EA | 100 | 0 | 1001514CC-1<br>AB1 GREY (CC)<br>AB1G | 3.59 | 3.59 | 359.00 |
| 26 PR | 26 | 0 | 1003839CC-1<br>ELO BLACK (CC)<br>EL0BLK | 15.29 | 15.29 | 397.54 |
| 12 PR | 12 | 0 | 1003843CC-1<br>GEMINI 2 BLACK (CC)<br>GEM2BLK | 27.54 | 27.54 | 330.48 |
| 168 EA | 168 | 0 | 818212CC-1<br>AB2 BLACK (CC)<br>AB2BLACK | 4.785 | 4.79 | 803.88 |
| 12 EA | 12 | 0 | 1001515CC-1<br>AB1 HTS GREY (CC)<br>AB1HTSGREY | 14.37 | 14.37 | 172.44 |
| 18 EA | 18 | 0 | 1001077BK-CC<br>5.0 WALL/CLNG SST BLK - C.CITY<br>STEELBLACK | 5.98 | 5.98 | 107.64 |

**RD   10/20/08 DNSA  10/14/08**

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code / Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 36 EA | 36 | 0 | 1003841CC-D<br>GEMINI 1 BLACK (CC) | 21.41 | 21.41 | 770.76 |

*NOTE: Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| Total Gross | $2,941.74 |
| Line Discount Total | $0.00 |
| DFI  % | $0.00 |
| Subtotal | $2,941.74 |
| Misc. Charge/Credit | $0.00 |
| Freight Charge | $0.00 |
| Sales Tax | $0.00 |
| Total | $2,941.74 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE



Acct.#: CIRC001        Invoice Number: 441987        Invoice Date: 10/15/08        *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 755<br>1100 CIRCUIT CITY ROAD<br><br>MARION, IL 62959- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323827 | 2166011 | CIR | TRACS | 10/14/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 9<br>EA | 9 | 0 | 1001814CC-1<br>G304 GREY AUDIO TOWER (CC)<br>STELLARG304G | 161.12 | 161.12 | 1,450.08 |

**RD   10/20/08 DNSA  10/12/08**

NOTE: Please remit payment to:
**OmniMount Systems, Inc.
P.O. Box 201570
Dallas, TX 75320-1570**

| | |
|---|---|
| Total Gross | $1,450.08 |
| Line Discount Total | $0.00 |
| DFI % | $0.00 |
| Subtotal | $1,450.08 |
| Misc. Charge/Credit | $0.00 |
| Freight Charge | $0.00 |
| Sales Tax | $0.00 |
| Total | $1,450.08 |

*1*

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com

# INVOICE



Acct.#: **CIRC001**      Invoice Number: **441988**      Invoice Date: 10/15/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 775<br>19925 INDEPENDENCE BOULEVARD<br><br>GROVELAND, FL 34736- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323828 | 2166012 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 11<br>EA | 11 | 0 | 1001814CC-1<br>G304 GREY AUDIO TOWER (CC)<br>STELLARG304G | 161.12 | 161.12 | 1,772.32 |

**RD   10/20/08 DNSA   10/14/08**

NOTE: *Please remit payment to:*
**OmniMount Systems, Inc.**
**P.O. Box 201570**
**Dallas, TX 75320-1570**

| | |
|---|---|
| Total Gross | $1,772.32 |
| Line Discount Total | $0.00 |
| DFI % | $0.00 |
| Subtotal | $1,772.32 |
| Misc. Charge/Credit | $0.00 |
| Freight Charge | $0.00 |
| Sales Tax | $0.00 |
| Total | $1,772.32 |

OmniMount Systems, Inc.
8201 South 48th Street
Phoenix, Arizona 85044
Phone: 480-829-8000
Fax: 480-756-9000
www.omnimount.com



# INVOICE

Acct.#: CIRC001      Invoice Number: 441991      Invoice Date: 10/15/08      *REPRINT*

| Bill To: | Ship To: |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE<br><br>RICHMOND, VA 23233-1464 | CIRCUIT CITY STORES INC 335<br>14301 MATTAWOMAN DRIVE<br><br>BRANDYWINE, MD 20613- |

| Our Order # | PO Number | Rep | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 323826 | 2166010 | CIR | TRACS | 10/13/08 | 2% 60 NET 61 |

| Qty Ord UM | Qty Shipped | Qty B.O | Stock Code Description | Unit Price | Disc. % Unit Less Disc | Extended Price |
|---|---|---|---|---|---|---|
| 16<br>EA | 16 | 0 | 1001814CC-1<br>G304 GREY AUDIO TOWER (CC)<br>STELLARG304G | 161.12 | 161.12 | 2,577.92 |

**RD   10/20/08 DNSA 10/13/08**

NOTE: Please remit payment to:
**OmniMount Systems, Inc.
P.O. Box 201570
Dallas, TX 75320-1570**

| | |
|---|---|
| Total Gross | $2,577.92 |
| Line Discount Total | $0.00 |
| DFI  % | $0.00 |
| Subtotal | $2,577.92 |
| Misc. Charge/Credit | $0.00 |
| Freight Charge | $0.00 |
| Sales Tax | $0.00 |
| Total | $2,577.92 |

*1*