Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN CLAIMS THAT WERE FULLY SATISFIED
POSTPETITION AND MODIFICIATION OF CERTAIN
CLAIMS THAT WERE PARTIALLY SATISFIED POSTPETITION)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1]  The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,

their Forty-Fifth Omnibus Objection to Claims (Disallowance

of Certain Claims that were Fully Satisfied Postpetition and

Modification of Certain Claims that were Partially Satisfied

Postpetition) (the "Objection"), and hereby move this Court,

pursuant to sections 105, 502 and 503 of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (as amended,

the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as

follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

---

Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

105, 502 and 503, and Rule 3007 of the Bankruptcy Rules.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the

4

Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

10.  On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

11.  On May 15, 2009, the Court entered that certain
Order Pursuant to Bankruptcy Code Sections 105 and 503 and
Bankruptcy Rules 2002 and 9007 (I) Setting Administrative
Bar Date and Procedures for Filing and Objecting to
Administrative Expense Requests and (II) Approving Form and
Manner of Notice Thereof (Docket No. 3354) (the
"Administrative Claims Bar Date Order").

12.  Pursuant to the Administrative Claims Bar Date
Order, the deadline for filing all "Administrative Expenses"
(as defined in the Administrative Claims Bar Date Order)
against the Debtors by any person or entity was 5:00 p.m.
(Pacific) on June 30, 2009 (the "Administrative Claims Bar
Date").  Pursuant to the Claims Bar Date Order, this Court

approved the form and manner of the claims bar date notice,
which was attached as Exhibit A to the Administrative Claims
Bar Date Order (the "Administrative Claims Bar Date
Notice").

13.   On or before May 22, 2009, KCC served a copy of
the Administrative Claims Bar Date Notice on all parties who
filed notices of appearance pursuant to Bankruptcy Rule
2002, all of the Debtors' scheduled creditors in these
cases, the Debtors' equity holders, and certain other
parties (Docket Nos. 3397 and 4609).  In addition, the
Debtors published the Administrative Claims Bar Date Notice
in The Financial Times (Docket No. 3970), and The Richmond
Times-Dispatch (Docket No. 3969) and The Wall Street Journal
(Docket No. 3968).

## OBJECTIONS TO CLAIMS

14.   By this Objection, the Debtors seek entry of an
order, in substantially the form annexed as Exhibit A,
pursuant to Bankruptcy Code sections 105(a) and 502 and
Bankruptcy Rule 3007, disallowing the claims listed on
Exhibit C attached hereto and modifying the claims listed on
Exhibit D attached hereto.  The basis for the disallowance
of the claims listed on Exhibit C attached hereto is that
all of the claims (the "Fully Satisfied Claims") were fully

satisfied after the Petition Date.  The basis for the
modification of the claims listed on Exhibit D attached
hereto is that a portion of the claim was satisfied after
the Petition Date (the "Partially Satisfied Claims," and
together with the Fully Satisfied Claims, the "Claims").
For ease of reference, attached as Exhibit B is an
alphabetical listing of all claimants (the "Claimants")
whose Claims are included in this Objection, with a cross-
reference by claim number.

### BASIS FOR RELIEF

15.  The Claims were either paid by the Debtors after
the Petition Date or waived as part of lease termination or
assumption and assignment agreement.  Consequently, the
Debtors contend that all of their obligations with respect
to the Claims have been satisfied, and the Debtors do not
owe any additional obligations on account of the Fully
Satisfied Claims and the portion of the Partially Satisfied
Claims identified on Exhibit D.  Accordingly, the Debtors
request that the Fully Satisfied Claims identified on
Exhibit C be disallowed and the Partially Satisfied Claims
identified on Exhibit D be modified as set forth on Exhibit
D.

16.  At this time, the Debtors have not completed their

review of the validity of all claims and expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## RESERVATION OF RIGHTS

17.  As noted above, the Debtors reserve their rights to file objections to the Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

18.  Notice of this Objection has been provided to all Claimants with Claims that are the subject to this Objection as identified on Exhibit B, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,

and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Bankruptcy Rule 7004 and the
applicable provisions of Federal Rule of Civil Procedure 4;
(b) to the extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or any
attachment thereto; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the Claimant's
behalf in the Debtors' bankruptcy cases.  The Debtors are
serving the Claimant with this Objection and the exhibit on
which the Claimant's claim is listed.

     19.  To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
October 27, 2009** as required by the Case Management Order
and under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any

such responding claimant at **11:00 a.m. on November 3, 2009**
and thereafter schedule the matter for a future hearing as
to the merits of such claim.[2]   However, to the extent any
Claimant fails to timely file and properly serve a response
to this Objection as required by the Case Management Order
and applicable law, the Debtors request that the Court enter
an order, substantially in the form attached hereto as
Exhibit A, disallowing the Fully Satisfied Claims set forth
on Exhibit C attached hereto and modifying the Partially
Satisfied Claims set forth on Exhibit D, for all purposes in
these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

20.   This Objection complies with Bankruptcy Rule
3007(e).  Additionally, the Debtors submit that this
Objection is filed in accordance with the Omnibus Objection
Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

21.   Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in the
Motion, the Debtors request that the requirement that all

---

[2]   In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

motions be accompanied by a written memorandum of law be waived.

## **NO PRIOR RELIEF**

22.  No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

```
Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
       September 21, 2009     FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606-7120
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession
```

**EXHIBIT A**

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - x
In re:                    :   Chapter 11
                          :
CIRCUIT CITY STORES, INC.,:   Case No. 08-35653 (KRH)
et al.,                   :
                          :
            Debtors.      :   Jointly Administered
- - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FORTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN CLAIMS THAT WERE FULLY SATISFIED
POSTPETITION AND MODIFICATION OF CERTAIN
CLAIMS THAT WERE PARTIALLY SATISFIED POSTPETITION)**

THIS MATTER having come before the Court on the

Debtors' Forty-Fifth Omnibus Objection to Claims

(Disallowance of Certain Claims that were Fully Satisfied

Postpetition and Modification of Certain Claims that were
Partially Satisfied Postpetition) (the "Objection"), which
requested, among other things, that the claims specifically
identified on Exhibit C attached to the Objection be
disallowed for those reasons set forth in the Objection and
the claims specifically identified on Exhibit D to the
Objection be modified for those reasons set forth in the
Objection; and it appearing that due and proper notice and
service of the Objection as set forth therein was good and
sufficient and that no other further notice or service of
the Objection need be given; and it further appearing that
no response was timely filed or properly served by the
Claimants being affected by this Order; and it appearing
that the relief requested on the Objection is in the best
interest of the Debtors, their estates and creditors and
other parties-in-interest; and after due deliberation
thereon good and sufficient cause exists for the granting of
the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached
hereto and incorporated herein, are forever disallowed for
all purposes in these bankruptcy cases.

14

3.    The Claims identified on <u>Exhibit B</u> as attached

hereto and incorporated herein, are modified for all

purposes in these bankruptcy cases.

Dated: Richmond, Virginia
        _____, 2009


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\9930418

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid in Full &
Partially Satisfied)

Exhibit B - Claimants and Related Claims Subject To Forty-Fifth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 36 MONMOUTH PLAZA INC | 9374 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| 3725 AIRPORT BOULEVARD LP | 4175 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| 502 12 86TH STREET LLC | 14292 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| AAC CROSS COUNTY MALL LLC | 14046 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| AAC CROSS COUNTY MALL LLC | 14441 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| BASSER KAUFMAN 312 LLC | 12507 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| BLOOMINGDALE COURT | 14497 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| BOULEVARD ASSOCIATES A DEBTOR IN POSSESSION SDNY 0911977 | 13139 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| BURBANK MALL ASSOCIATES LLC | 4371 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| CAROUSEL CENTER COMPANY LP | 12298 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| CAROUSEL CENTER COMPANY LP | 3731 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| CC HAMBURG NY PARTNERS LLC | 12818 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERSHIP | 13174 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| COTTONWOOD CORNERS PHASE V LLC | 13100 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| CROSSWAYS FINANCIAL ASSOCIATES LLC | 13138 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDR CROSSROADS CENTER LLC | 13561 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| DDR MDT CARILLON PLACE LLC | 13557 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| DDR MDT GRANDVILLE MARKETPLACE LLC | 12444 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC | 10054 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDR SOUTHEAST HIGHLANDS RANCH | 9934 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDRTC COLUMBIANA STATION I LLC | 9933 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDRTC CREEKS AT VIRGINIA CENTER LLC | 9923 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DDRTC SYCAMORE COMMONS LLC | 9931 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION | 13454 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 11155 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 11157 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 11615 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 11965 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| FOREST CITY COMMERCIAL MANAGEMENT INC | 11966 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| GSII GREEN RIDGE LLC | 8332 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| LA HABRA IMPERIAL LLC | 13637 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| MADISON WALDORF LLC | 13099 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| MONTCLAIR PLAZA LLC | 4373 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| PARKS AT ARLINGTON LP | 13143 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| SANGERTOWN SQUARE LLC | 3729 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| SAUGUS PLAZA ASSOCIATES | 12510 | EXHIBIT D - (PARTIALLY SATISFIED LIABILITY) - MODIFIED |
| SELIGSON PROPERTIES, STANLEY M | 6592 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| SIR BARTON LLC | 13177 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| SM NEWCO HATTIESBURG LLC | 12455 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid in Full &
Partially Satisfied)

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Forty-Fifth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SM NEWCO HATTIESBURG LLC | 8995 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| ST CLOUD ASSOCIATES | 13165 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| WASHINGTON GREEN TIC | 13169 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| WESTLAKE LIMITED PARTNERSHIP | 1583 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |
| WOODLAWN TRUSTEES INCORPORATED | 13884 | EXHIBIT C - (PAID IN FULL NO LIABILITY) - DISALLOWED |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims
(Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 36 MONMOUTH PLAZA INC ROBERT W DREMLUK ESQ SEYFARTH SHAW LLP 620 EIGHTH AVE NEW YORK, NY 10018 | 9374 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $129,949.88 $104,130.15 $234,080.03 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| 3725 AIRPORT BOULEVARD LP STEPHEN K LEHNARDT LEHNARDT & LEHNARDT LLC 20 WESTWOODS DR LIBERTY, MO 64068 | 4175 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $22,068.55 $22,068.55 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| 502 12 86TH STREET LLC C O SHEILA DELA CRUZ & MICHAEL P FALZONE HIRSCHLER FLEISHER PC THE EDGEWORTH BLDG 2100 E CARY ST RICHMOND, VA 23218-0500 | 14292 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $184,388.53 $184,388.53 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AAC CROSS COUNTY MALL LLC ATTN JAMES S CARR ESQ & ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 14441 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,000.00 $1,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AAC CROSS COUNTY MALL LLC ATTN JAMES S CARR ESQ & ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 14046 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $141,289.80 $141,289.80 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH    (Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLOOMINGDALE COURT ATTN PATTY SUMMERS C O SIMON PROPERTY GROUP 225 W WASHINGTON ST INDIANAPOLIS, IN 46204 | 14497 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $116,952.60 $100.00 $117,052.60 | 07/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOULEVARD ASSOCIATES A DEBTOR IN POSSESSION SDNY 0911977 C O STEPHEN WARSH 110 N WACKER DR BWSC 1 26 CHICAGO, IL 60606 | 13139 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $23,578.94 $23,578.94 | 06/09/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| BURBANK MALL ASSOCIATES LLC C O STEPHEN WARSH GENERAL GROWTH PROPERTIES INC 110 N WACKER DR BSC 1 26 CHICAGO, IL 60606 | 4371 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $28,472.36 $48,655.57 $77,127.93 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CAROUSEL CENTER COMPANY LP ATTN KEVIN M NEWMAN ESQ MENTER RUDIN & TRIVELPIECE PC 308 MALTBIE ST STE 200 SYRACUSE, NY 13204-1498 | 12298 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $61,986.02 $61,986.02 | 04/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAROUSEL CENTER COMPANY LP ATTN KEVIN M NEWMAN ESQ MENTER RUDIN & TRIVELPIECE PC 308 MALTBIE ST STE 200 SYRACUSE, NY 13204-1498 | 3731 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $58,914.56 $58,914.56 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                        Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                    (Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERSHIP MCNAMEE HOSEA ET AL CRAIG M PALIK ESQ 6411 IVY LN STE 200 GREENBELT, MD 20770 UNKNOWN | 13174 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $62,030.77 $62,030.77 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COTTONWOOD CORNERS PHASE V LLC ATTN MICHAEL P FALZONE & SHEILA DELA CRUZ CO HIRSCHLER FLEISCHER PC THE EDGEWORTH BLDG 2100 E CARY ST POST OFFICE BOX 500 RICHMOND, VA 23218-0500 | 13100 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $30,495.51 $30,495.51 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CROSSWAYS FINANCIAL ASSOCIATES LLC C O ANN K CRENSHAW ESQ AND PAUL K CAMPSEN ESQ KAUFMAN & CANOLES 2101 PARKS AVE STE 700 VIRGINIA BEACH, VA 23451 | 13138 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $32,758.48 $32,758.48 | 04/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDR MDT GRANDVILLE MARKETPLACE LLC ATTN JAMES S CARR ESQ AND ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 12444 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,162.83 $4,162.83 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN 101 PARK AVE NEW YORK, NY 10178 | 10054 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $21,554.19 $21,554.19 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                    (Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DDR SOUTHEAST HIGHLANDS RANCH ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN 101 PARK AVE NEW YORK, NY 10178 | 9934 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $25,878.13 $25,878.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDRTC COLUMBIANA STATION I LLC ATTN JAMES S CARR ESQ ATTN ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 9933 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $22,115.10 $22,115.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDRTC CREEKS AT VIRGINIA CENTER LLC ATTN JAMES S CARR ESQ ATTN ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 9923 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $29,485.26 $29,485.26 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDRTC SYCAMORE COMMONS LLC ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN 101 PARK AVE NEW YORK, NY 10178 | 9931 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $46,535.24 $46,535.24 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION ATTN ERIC C COTTON ASSOCIATE GENERAL COUNSEL 3300 ENTERPRISE PKWY BEACHWOOD, OH 44122 | 13454 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $23,490.04 $23,490.04 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                    (Paid In Full No Liability) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR FC JANES PARK LLC 50 PUBLIC SQ STE 1360 CLEVELAND, OH 44113 | 11965 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $34,447.67 $34,447.67 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR FC JANES PARK LLC 50 PUBLIC SQ STE 1360 CLEVELAND, OH 44113 | 11155 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $6,433.65 $6,433.65 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR FC JANES PARK LLC 50 PUBLIC SQ STE 1360 CLEVELAND, OH 44113 | 11615 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $125.47 $125.47 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR LABURNUM INVESTMENT LLC 50 PUBLIC SQUARE SUITE 1360 CLEVELAND, OH 44113 | 11157 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $300.00 $300.00 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC AGENT FOR STAPLETON NORTH TOWN LLC 50 PUBLIC SQ STE 1360 CLEVELAND, OH 44113 | 11966 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $24,036.48 $24,036.48 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                                  Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                            (Paid In Full No Liability) - Disallowed

## EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GSII GREEN RIDGE LLC ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 8332 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $34,668.40 $34,668.40 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LA HABRA IMPERIAL LLC AUGUSTUS C EPPS JR ESQ CHRISTIAN & BARTON LLP 909 E MAIN ST STE 1200 RICHMOND, VA 23219-3095 | 13637 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $85,257.38 $85,257.38 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MADISON WALDORF LLC C O MITCHELL B WEITZMAN ESQ BEAN KINNEY & KORMAN 2300 WILSON BLVD 7TH FL ARLINGTON, VA 22201 | 13099 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $22,948.20 $22,948.20 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARKS AT ARLINGTON LP C O STEPHEN WARSH 110 N WACKER DR BWSC 1 26 CHICAGO, IL 60606 | 13143 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $32,443.48 $32,443.48 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANGERTOWN SQUARE LLC ATTN KEVIN M NEWMAN ESQ MENTER RUDIN & TRIVELPIECE PC 308 MALTBIE ST STE 200 SYRACUSE, NY 13204-1498 | 3729 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,024.34 $13,024.34 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims
(Paid In Full No Liability) - Disallowed

### EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SELIGSON PROPERTIES, STANLEY M<br>444 CONNECTICUT AVENUE LLC<br>605 W AVE 2ND FL<br>NORWALK, CT 06850 | 6592 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $54,809.16<br>$1,040,966.84<br>$1,095,776.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIR BARTON LLC<br>TROY N NICHOLS<br>WYATT TARRANT & COMBS LLP<br>250 W MAIN ST STE 1600<br>LEXINGTON, KY 40507<br>UNKNOWN | 13177 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $44,242.24<br>$44,242.24 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SM NEWCO HATTIESBURG LLC<br>ATTN JAMES S CARR & ROBERT L LEHANE<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 12455 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $26,533.76<br>$26,533.76 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SM NEWCO HATTIESBURG LLC<br>ATTN JAMES S CARR & ROBERT L LEHANE<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 8995 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $25,628.61<br>$25,628.61 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ST CLOUD ASSOCIATES<br>C O ADAM M SPENCE ESQ<br>THE LAW OFFICES OF SPENCE AND BUCKLER PC<br>PO BOX 20369<br>BALTIMORE, MD 21204 | 13165 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $85,994.61<br>$85,994.61 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Forty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                        (Paid In Full No Liability) - Disallowed

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WASHINGTON GREEN TIC C O JEREMY S FRIEDBERG & GORDON S YOUNG LEITESS LEITESS FREIDBERG & FEDDER PC 1 CORPORATE CENTER 10451 MILL RUN CIRCLE STE 1000 OWINGS MILLS, MD 21117 | 13169 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $189,053.63 $189,053.63 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WESTLAKE LIMITED PARTNERSHIP TIMOTHY J HOWARD HOWARD & HOWARD ATTORNEYS PC 211 FULTON ST STE 600 PEORIA, IL 61602 | 1583 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $25,000.00 $25,000.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOODLAWN TRUSTEES INCORPORATED MICHAEL P FALZONE & SHEILA DE LA CRUZ HIRSCHLER FLEISCHER PC PO BOX 500 RICHMOND, VA 23218-0500 | 13884 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $63,437.87 $63,437.87 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        38                        $3,029,344.30

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 12507**
Date Filed: 04/30/2009
Docketed Total: $759,453.43
Filing Creditor Name and Address:
BASSER KAUFMAN 312 LLC
ROBERT L LEHANE ESQ
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name and Address
BASSER KAUFMAN 312 LLC
ROBERT L LEHANE ESQ
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Case Number: 08-35653
Docketed Total: **$759,453.43**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $38,020.89 | | | $721,432.54 |

Case Number: 08-35653
Modified Total: **$721,432.54**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $0.00 | | | $721,432.54 |

**Claim: 12818**
Date Filed: 04/30/2009
Docketed Total: $399,745.60
Filing Creditor Name and Address:
CC HAMBURG NY PARTNERS LLC
GIBBONS PC
1 GATEWAY CTR
NEWARK, NJ 07102-5310

Claim Holder Name and Address
CC HAMBURG NY PARTNERS LLC
GIBBONS PC
1 GATEWAY CTR
NEWARK, NJ 07102-5310

Case Number: 08-35653
Docketed Total: **$399,745.60**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $41,132.16 | | | $358,613.44 |

Case Number: 08-35653
Modified Total: **$358,613.44**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $0.00 | | | $358,613.44 |

**Claim: 13561**
Date Filed: 06/19/2009
Docketed Total: $11,629.51
Filing Creditor Name and Address:
DDR CROSSROADS CENTER LLC
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name and Address
DDR CROSSROADS CENTER LLC
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Case Number: 08-35653
Docketed Total: **$11,629.51**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,629.51 | | | |

Case Number: 08-35653
Modified Total: **$4,162.83**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,162.83 | | | |

**Claim: 13557**
Date Filed: 06/19/2009
Docketed Total: $80,568.23
Filing Creditor Name and Address:
DDR MDT CARILLON PLACE LLC
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name and Address
DDR MDT CARILLON PLACE LLC
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

Case Number: 08-35653
Docketed Total: **$80,568.23**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $80,568.23 | | | |

Case Number: 08-35653
Modified Total: **$59,151.60**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $59,151.60 | | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Forty-Fifth Omnibus Objection to Claims
(Partially Satisfied Liability) - Modified

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4373<br>Date Filed: 01/20/2009<br>Docketed Total: $77,652.59<br>Filing Creditor Name and Address:<br>MONTCLAIR PLAZA LLC<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>Case Number: 08-35654<br>Docketed Total: $77,652.59<br><br>MONTCLAIR PLAZA LLC<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | Case Number: 08-35654<br>Modified Total: $53,399.69 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $24,252.90 | $53,399.69 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $0.00 | $53,399.69 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12510<br>Date Filed: 04/30/2009<br>Docketed Total: $599,466.74<br>Filing Creditor Name and Address:<br>SAUGUS PLAZA ASSOCIATES<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name and Address<br><br>Case Number: 08-35653<br>Docketed Total: $599,466.74<br><br>SAUGUS PLAZA ASSOCIATES<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Case Number: 08-35653<br>Modified Total: $43,583.20 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $43,583.20 | | | $555,883.54 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $43,583.20 | | | $0.00 |

Total Claims To Be Modified: 6

Total Amount As Docketed:    $1,928,516.10

Total Amount As Modified:    $1,240,343.30

*    "UNL" denotes an unliquidated claim.