**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| COFFMAN, DAVID ESTATE OF<br>12436 GAYTON STATION BLVD<br>RICHMOND, VA 23233 | 9912 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $2,000,000.00<br>Reclamation:<br>Total: $2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| EVANS, JOE<br>19152 WOODLANE DR<br>COVINGTON, LA 70433 | 3600 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $2,000,000.00<br>Reclamation:<br>Total: $2,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HUNTER, BRAVELL<br>PO BOX 8632<br>REDLANDS, CA 92375 | 6222 | Secured:<br>Priority: $2,750,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $2,750,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Second Motion to Temporarily Allow Claims For Voting Purposes

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| MCBRIDE, KYLE<br>299 BROADWAY STE 1405<br>NEW YORK, NY 10007 | 10025 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $2,000,000.00<br>Reclamation:<br>Total:  $2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| NAIK, RENUKABEN S<br>C O DANIEL E OBRIEN<br>WINTERS ENRIGHT SALZETTA & OBRIEN LLC<br>111 W WASHINGTON ST STE 1200<br>CHICAGO, IL 60602 | 10692 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $1,000,000.00<br>Reclamation:<br>Total:  $1,000,000.00 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

Total:    5    $9,750,000.00

\*    "UNL" denotes an unliquidated claim.