Gregg M. Galardi, Esq.    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM LLP    One James Center
One Rodney Square    901 E. Cary Street
P.O. Box 636    Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:               :   Chapter 11
                  :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,              :
                  :
        Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY**

Circuit City Stores, Inc. ("Circuit City") and

its subsidiary debtors and debtors in possession in the

above-captioned cases (collectively with Circuit City, the

"Debtors")[1], hereby object (the "Objection") to certain

general unsecured claims, and hereby move this Court,

pursuant to 28 U.S.C. § 157(b) and Rule 3018 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for

entry of an order temporarily reducing the Claims (as

defined herein) solely for purposes of voting to accept or

reject the Plan (as defined herein).  In support of this

Objection, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.

---

[1]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
(0875), Ventoux International, Inc. (1838), Circuit City Purchasing
Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution
Company of Virginia, Inc. (2821), Circuit City Properties, LLC
(3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency,
Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
PRAHS, INC.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit
City Stores PR, LLC (5512).  The address for Circuit City Stores
West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado
80031.  For all other Debtors, the address was 9950 Mayland Drive,
Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive,
Glen Allen, VA 23060.

2.    The statutory and legal predicates for the relief requested herein are 28 U.S.C. § 157(b) and Bankruptcy Rule 3018.

**BACKGROUND**

**A.    General Case Background.**

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code").

4.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at
the Debtors remaining stores.  As of March 8, 2009, the
going out of business sales at the Debtors' remaining
stores had been completed.

**B.    The Plan.**

7.    On August 24, 2009, the Debtors and the
Creditors Committee filed the Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated Debtors and
Debtors In Possession and its Official Committee of
Creditors Holding General Unsecured Claims (the "Plan"), as
well as the associated disclosure statement (the
"Disclosure Statement").  Generally, the Plan provides for
the liquidation of the Debtors under chapter 11 of the
Bankruptcy Code.

8.    The hearing to consider approval of the
Disclosure Statement is scheduled for September 22, 2009.

**OBJECTION AND RELIEF REQUESTED**

9.    Subject to the reservation of rights set
forth herein, by this Objection, the Debtors seek entry of
an order in the form annexed hereto as <u>Exhibit A</u>
temporarily reducing the Claims solely for purposes of
voting to accept or reject the Plan.

10.   For ease of reference, attached as <u>Exhibit B</u>
is an alphabetical listing of all claimants whose pre-
petition general unsecured claims are included in this
Objection (the "Claimants"), with a cross-reference by
claim number.

**BASIS FOR RELIEF**

11.   Currently, the Debtors are engaged in a
thorough review of all claims filed against their estates
to determine the validity of such claims.  As part of this
process, the Debtors are diligently reviewing pre-petition
general unsecured claims asserted against their estates.

12.   In connection with this review, the Debtors
have determined that each of the general unsecured claims
identified on <u>Exhibit C</u> (each a "Claim" and collectively,
the "Claims") are overstated based on (i) the information
contained in the Debtors' books and records, (ii)
applicable provisions of the Bankruptcy Code, or (iii)
applicable non-bankruptcy law.

13.   Specifically, prior to the commencement of
these cases, the Debtors maintained, in the ordinary course
of business, books and records (the "Books and Records")
that reflected, among other things, the Debtors'
liabilities and the amounts thereof owed to their

creditors.  At this time, the Debtors have reviewed their
Books and Records and the Claims and have determined that,
with respect to certain Claims, the Claims are overstated.

14.  Additionally, certain Claims are overstated
based on applicable provisions of the Bankruptcy Code,
including (without limitation) section 502(b), and
applicable non-bankruptcy law.

15.  Due to the number of Claims asserted against
the Debtors' estates, to date, the Debtors have been unable
to fully-reconcile all of the Claims asserted against their
estates.  Moreover, it would have been infeasible to fully-
resolve all of the Claims prior to the deadline to vote on
the Debtors' Plan.  Thus, the Debtors seek to temporarily
reduce the amount of the Claims solely for voting purposes.
The Debtors believe that temporarily reducing the Claims in
this manner protects the Claimants' interests in voting on
the Plan because each Claimant's vote will be counted for
purposes of Bankruptcy Code section 1126(c), albeit in a
reduced amount.

16.  Because the Debtors dispute liability with
respect to the asserted amount of each Claim, the Claimants
should not be permitted to vote overvalued amounts and
potentially skew the voting results one way or the other.

17.  Accordingly, the Debtors seek to temporarily reduced the amount of each Claim, in accordance with the amount designated by the Debtors on Exhibit C, solely for voting purposes.

## RESERVATION OF RIGHTS

18.  Currently, the Debtors are engaged in a thorough review of all claims filed against their estates to determine the validity of such claims.  As part of this process, the Debtors are diligently reviewing pre-petition general unsecured claims.  At this time, the Debtors have not completed their review of the validity of all claims filed against their estates, including the Claims. Accordingly, the Claims may be the subject of subsequently filed objections.  To that end, the Debtors reserve the right to object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other available grounds applicable law permits.

19.  Additionally, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE

20.   Notice of this Objection has been provided to those parties who have requested notice pursuant to Bankruptcy Rule 2002 and the Core Group (as defined in the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 130; the "Case Management Order")).  The Debtors submit that, under the circumstances, no other or further notice need be given.

## WAIVER OF MEMORANDUM OF LAW

21.   Pursuant to Local Bankruptcy Rule 9013-1(G), the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

22.   No previous request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Debtors request the Court to enter
the Order sustaining this Objection and granting such other
and further relief as the Court deems appropriate.

Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER
       September 21, 2009     & FLOM, LLP
                           Gregg M. Galardi, Esq.
                           Ian S. Fredericks, Esq.
                           P.O. Box 636
                           Wilmington, Delaware 19899-
                           0636 (302) 651-3000

                                 - and -

                           SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM, LLP
                           Chris L. Dickerson, Esq.
                           155 North Wacker Drive
                           Chicago, Illinois 60606
                           (312) 407-0700

                                 - and -

                           MCGUIREWOODS LLP

                           _/s/ Douglas M. Foley _____
                           Dion W. Hayes (VSB No. 34304)
                           Douglas M. Foley (VSB
                           No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and
                           Debtors in Possession

Exhibit A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' OBJECTION TO
CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY**

        THIS MATTER having come before the Court on the

Debtors' Objection to Certain General Unsecured Claims for

Voting Purposes Only, and it appearing that due and proper

notice and service of the Objection has been given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good

and sufficient and that no other further notice or service of

the Objection need be given; and it appearing that the relief
requested on the Objection is in the best interest of the
Debtors, their estates and creditors and other parties-in-
interest; and after due deliberation thereon good and sufficient
cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Motion is GRANTED.

2.    Each of the Claims set forth on Exhibit A shall
be temporarily reduced for voting purposes in the amount as set
forth on Exhibit A attached hereto.

3.    Each Claimant shall be entitled to vote on the
Plan in the class set forth on Exhibit A; provided, further,
that each Claimant that casts a ballot voting on the Plan shall
have their Claim counted for purposes of Bankruptcy Code §
1126(c) in the amount set forth on Exhibit A.

4.    The Debtors' right to object to any and all
claims, including (without limitation) the Claims, for allowance
and/or distribution purposes, and on any other available grounds
applicable law permits is expressly preserved.

5.    Pursuant to Local Bankruptcy Rule 9013-1(G), the
Debtors request that the requirement that all motions be
accompanied by a written memorandum of law be waived.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation or interpretation of this Order.

Dated: Richmond, Virginia
       September _____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1I**

Pursuant to Local Bankruptcy Rule 9022-1I, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                 __/s/ Douglas M. Foley____
                                 Douglas M. Foley

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Objection to Certain General Unsecured Claims For Voting Purposes Only

Exhibit B - Claimants and Related Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1030 W NORTH AVE BLDG LLC | 5809 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| 507 NORTHGATE LLC | 9181 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| A & L PRODUCTS LIMITED | 2 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| ALEXANDERS REGO SHOPPING CENTER INC | 12695 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| AMERICAN BANKER INSURANCE CO OF FLORIDA AND RELATED ENTITIES | 8226 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| ARBORETUM OF SOUTH BARRINGTON LLC | 7423 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| AVR CPC ASSOCIATES LLC | 12866 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| BAINBRIDGE SHOPPING CENTER II LLC | 12675 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| BFLO WATERFORD ASSOCIATES LLC | 9952 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| BOND CIRCUIT I DELAWARE BUSINESS TRUST | 13440 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| BOND CIRCUIT VI DELAWARE BUSINESS TRUST | 13426 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| BUENA VISTA HOME ENTERTAINMENT | 4382 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC | 12169 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CARROLLTON ARMS LLC | 8567 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LIMITED PARTNERSH | 7957 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LP | 12328 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CC INVESTORS 1995 6 | 12686 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CC PLAZA JOINT VENTURE LLP | 12413 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CENTURY PLAZA DEVELOPMENT CORPORATION | 11669 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CHAPEL HILLS WEST LLC | 6800 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CHIRAG GOVANI | 12329 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CLAY TERRACE | 6125 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CORTEZ, DANIEL | 8673 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| CYPRESS SPANISH FORT I LP | 7729 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| DEMATTEO MANAGEMENT INC | 13034 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| DOLLAR TREE STORES INC | 9102 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| EEL MCKEE LLC | 12687 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| FIREWHEEL TOWN CENTER | 12357 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| FIRST BERKSHIRE PROPERTIES LLC | 13441 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| GMS GOLDEN VALLEY RANCH LLC | 10778 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| GOOGLE INC | 5980 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| GOULD LIVERMORE LLC | 12266 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| GREEN 521 5TH AVENUE LLC | 12492 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| GREEN ACRES MALL LLC | 12701 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| HAMILTON CHASE SANTA MARIA LLC | 9478 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| HAYWARD 880 LLC | 12360 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| IBM CORPORATION | 14563 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| INLAND WESTERN AVONDALE MCDOWELL LLC | 8943 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| IRVING MALL | 12373 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED | 6045 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Objection to Certain General Unsecured Claims For Voting Purposes Only

Exhibit B - Claimants and Related Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KB COLUMBUS I CC LLC | 12331 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| KRONOS INCORPORATED | 14455 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| LAGUNA GATEWAY PHASE 2 LP | 12917 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| LEXINGTON RICHMOND LLC | 12029 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| LG ELECTRONICS USA INC | 1261 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| LG ELECTRONICS USA INC | 13233 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| M & M BERMAN ENTERPRISES | 5993 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| M&M BERMAN ENTERPRISES | 5992 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| MARCO PORTLAND GENERAL PARTNERSHIP | 13003 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| MDS REALTY II LLC | 9280 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| MK KONA COMMONS LLC | 8041 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| NAVARRE DISTRIBUTION SERVICES INC | 6573 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 12586 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| NOVOGRODER ABILENE LLC | 12241 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| OSPREY AUDIT SPECIALISTS | 5145 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| PACIFIC HARBOR EQUITIES LLC | 12379 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| PANASONIC CORPORATION OF NORTH AMERICA | 8088 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| PLAZA LAS AMERICAS INC | 12430 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| PREMIER RETAIL NETWORKS INC PRN | 8483 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| PRINCIPAL LIFE INSURANCE COMPANY FKA PRINCIPAL MUTUAL LIFE INSURANCE | 12026 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| RAY FOGG CORPORATE PROPERTIES LLC | 3687 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| RETAIL PRINTING CORP | 8415 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| RICHLAND TOWN CENTER LLC | 12696 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| RONALD BENDERSON RANDALL BENDERSON AND DAVID H BALDAUF | 9951 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| RONALD BENDERSON TRUST 1995 | 12469 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SAFEWAY INC | 8635 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SALEM ROCKINGHAM LLC | 12412 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SC DEPARTMENT OF REVENUE | 194 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SHARP ELECTRONICS CORPORATION | 7578 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SILVERSTEIN TRUSTEE, RAYMOND | 6645 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SIMPLETECH A FABRIK COMPANY | 7949 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| STATE OF LOUISIANA LOUISIANA DEPARTMENT OF REVENUE | 514 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| STATE OF NEW JERSEY | 11861 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| SYNTAX BRILLIAN CORPORATION | 3357 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD | 12472 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| THE SHOPS AT ARBOR WALK | 12343 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| UMEDISC LTD | 4608 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC | 12255 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| VISIONTEK PRODUCTS LLC | 1700 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| VORNADO GUN HILL ROAD LLC | 8496 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Objection to Certain General Unsecured Claims For Voting Purposes Only

Exhibit B - Claimants and Related Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC | 9428 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| WCC PROPERTIES LLC | 13480 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION | 12851 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| WEINGARTEN NOSTAT INC | 12632 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |
| WXIII PWM REAL ESTATE LIMITED PARTNERSHIP | 12919 | EXHIBIT C - CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1030 W NORTH AVE BLDG LLC<br>C O LLOYD STEIN<br>S STEIN & CO<br>1030 W NORTH AVE<br>CHICAGO, IL 60622 | 5809 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,362,602.51<br><br>$5,362,602.51 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $4,400,000.00 |
| 507 NORTHGATE LLC<br>CHRISTOPHER M ALSTON<br>1111 3RD AVE NO 3400<br>SEATTLE, WA 98101 | 9181 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,043,957.13<br><br>$3,043,957.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,200,000.00 |
| A & L PRODUCTS LIMITED<br>ATTN MR LEUNG ALEX KIM LUNG<br>RM 2305 6<br>23 F OLYMPIA PLZ<br>255 KINGS RD<br>NORTH POINT, HONG KONG | 2 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,997,112.16<br><br>$1,997,112.16 | 11/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

Case No. 08-35653-KRH

FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ALEXANDERS REGO SHOPPING CENTER INC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 | 12695 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,830,872.34 $6,830,872.34 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $5,300,000.00 |
| AMERICAN BANKER INSURANCE CO OF FLORIDA AND RELATED ENTITIES RAUL A CUERVO ESQ JORDEN BURT LLP 1025 THOMAS JEFFERSON ST NW STE 400 E WASHINGTON, DC 20007 | 8226 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ARBORETUM OF SOUTH BARRINGTON LLC DAVID C CHRISTIAN II SEYFARTH SHAW LLP 131 S DEARBORN ST STE 2400 CHICAGO, IL 60603 | 7423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,655,150.55 $4,655,150.55 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,000,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| AVR CPC ASSOCIATES LLC<br>C O AVR REALTY COMPANY<br>ONE EXECUTIVE BLVD<br>YONKERS, NY 10701 | 12866 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,697,655.85<br><br>$1,697,655.85 | 05/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |
| BAINBRIDGE SHOPPING CENTER II LLC<br>MATT MCGILL PROJ MGR<br>MCGILL PROPERTY GROUP<br>125 W INDIANTOWN RD STE 102<br>JUPITER, FL 33458 | 12675 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,613,572.00<br><br>$5,613,572.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| BFLO WATERFORD ASSOCIATES LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9952 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,393,924.69<br><br>$2,393,924.69 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.      DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH      FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| BOND CIRCUIT I DELAWARE BUSINESS TRUST ATTN JAMES S CARR ESQ ROBERT L LEHANE KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 13440 | Secured: Priority: Administrative 503(b)(9): Unsecured: $2,479,902.78 Reclamation: _____ Total: $2,479,902.78 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| BOND CIRCUIT VI DELAWARE BUSINESS TRUST ATTN JAMES S CARR ESQ & ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 13426 | Secured: Priority: Administrative 503(b)(9): Unsecured: $2,781,854.61 Reclamation: _____ Total: $2,781,854.61 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,400,000.00 |
| BUENA VISTA HOME ENTERTAINMENT ATTN CHARLES W MOORE DIRECTOR CREDIT AND COLLECTIONS 350 S BUENA VISTA ST BURBANK, CA 91505 | 4382 | Secured: Priority: Administrative 503(b)(9): Unsecured: $5,933,954.12 Reclamation: _____ Total: $5,933,954.12 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $3,200,000.00 |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC C O NICLAS A FERLAND ESQ LECLAIRRYAN A PROFESSIONAL CORPORATION 555 LONG WHARF DR 8TH FL NEW HAVEN, CT 06511 | 12169 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $462,091.54 $4,587,222.08 $5,049,313.62 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,600,000.00 |
| CARROLLTON ARMS LLC C O GARY H CUNNINGHAM ESQ 101 W BIG BEAR RD 10TH FL TROY, MI 48084 | 8567 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,141,154.72 $1,141,154.72 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LIMITED PARTNERSHIP EDWARD J TREDINNICK ESQ GREENE RADOVSKY MALONEY SHARE & HENNICK LLP FOUR EMBARCADERO CENTER 40TH FL SAN FRANCISCO, CA 94111 | 7957 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,903,434.65 $1,903,434.65 | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LP ATTN EDWARD J TREDINNICK GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP FOUR EMBARCADERO CTR 40TH FL SAN FRANCISCO, CA 94111 | 12328 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,149,326.69 $5,149,326.69 | 04/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,500,000.00 |
| CC INVESTORS 1995 6 SCOTT L HAIRE C O CARDINAL CAPITAL PARTNERS 8214 WESTCHESTER DR 9TH FL DALLAS, TX 75225-5520 | 12686 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $225,132.91 $2,978,210.98 $3,203,343.89 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,100,000.00 |
| CC PLAZA JOINT VENTURE LLP CHRISTOPHER A CAMARDELO WINTHROP & WEINSTINE PA 225 S SIXTH ST STE 3500 MINNEAPOLIS, MN 55402 | 12413 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $41,499.67 $4,572,727.93 $4,614,227.60 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CENTURY PLAZA DEVELOPMENT CORPORATION DOUGLAS W MESSNER 3890 RAILROAD AVE C/O SIERRA PACIFIC PROPERTIES INC PITTSBURG, CA 94565 | 11669 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL $1,959,982.56 $1,959,982.56 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CHAPEL HILLS WEST LLC 1902 W COLORADO AVE STE B COLORADO SPRINGS, CO 80904 | 6800 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,965,054.49 $3,965,054.49 | 01/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $500,000.00 |
| CHIRAG GOVANI MARK BRADSHAW ESQ SHULMAN HODGES & BASTIAN LLP 26632 TOWNE CTR DR STE 300 FOOTHILL RANCH, CA 92610 | 12329 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,400,680.10 $3,400,680.10 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLAY TERRACE ATTN PATTY SUMMERS C O SIMON PROPERTY GROUP 225 W WASHINGTON ST INDIANAPOLIS, IN 46204 | 6125 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $36,137.33<br><br>$2,573,823.50<br><br>$2,609,960.83 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,300,000.00 |
| CORTEZ, DANIEL 218 COLLEGE AVE MODESTO, CA 95350 | 8673 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,000,000.00<br><br>$1,000,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| CYPRESS SPANISH FORT I LP CYPRESS C O LYNDEL ANNE MASON CAVAZOS HENDRICKS POIROT & SMITHAM PC 900 JACKSON ST STE 570 DALLAS, TX 75202 | 7729 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,439,720.00<br><br>$2,439,720.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Exhibit C

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DEMATTEO MANAGEMENT INC<br>JENNIFER V DORAN ESQ<br>HINCKLEY ALLEN & SNYDER LLP<br>28 STATE ST<br>BOSTON, MA 02109-1775 | 13034 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,890,256.25<br>$2,890,256.25 | 05/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,100,000.00 |
| DOLLAR TREE STORES INC<br>ATTN SCOTT R KIPNIS<br>HOFHEIMER GARTLIR & GROSS LLP<br>530 5TH AVE<br>NEW YORK, NY 10036 | 9102 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $31,850.00<br>$17,138,303.88<br>$17,170,153.88 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $13,303.88 |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>C O HOWARD RICE NEMEROVSKI<br>CANADY FALK & RABKIN<br>3 EMBARCADERO CTR 7TH FL<br>SAN FRANCISCO, CA 94111 | 12687 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,146,835.36<br>$1,146,835.36 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| FIREWHEEL TOWN CENTER ATTN PATTY SUMMERS C O SIMON PROPERTY GROUP 225 W WASHINGTON ST INDIANAPOLIS, IN 46204 | 12357 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $222,081.70 $3,073,970.24 $3,296,051.94 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,100,000.00 |
| FIRST BERKSHIRE PROPERTIES LLC ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 13441 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,583,505.36 $1,583,505.36 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| GMS GOLDEN VALLEY RANCH LLC ATTN MICHAEL STRAHS C O TERRAMAR RETAIL CENTERS 5973 AVENIDA ENCINAS CARLSBAD, CA 92008-0000 | 10778 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,922,945.72 $1,922,945.72 | 02/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GOOGLE INC<br>C O WENDY W SMITH<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 5980 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,195,480.36<br><br>$2,195,480.36 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| GOULD LIVERMORE LLC<br>MICHELLE MCMAHON ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 12266 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $4,786,579.30<br><br>$4,786,579.30 | 04/14/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $500,000.00 |
| GREEN 521 5TH AVENUE LLC<br>ATTN NEIL KESSNER<br>C O SL GREEN REALTY CORP<br>420 LEXINGTON AVE 18TH FLOOR<br>NEW YORK, NY 10170 | 12492 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $288,158.43<br><br>$10,509,257.48<br><br>$10,797,415.91 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $8,700,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH    FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GREEN ACRES MALL LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 ROUTE 4 E PARAMUS, NJ 07652 | 12701 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,162,363.00 $3,162,363.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |
| HAMILTON CHASE SANTA MARIA LLC ATTN MARK SHINDERMAN AND SETH GOLDMAN MUNGER TOLLES & OLSON LLP 355 S GRAND AVE 35TH FL LOS ANGELES, CA 90071 | 9478 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,056,912.41 $2,056,912.41 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |
| HAYWARD 880 LLC 1809 7TH AVE STE 1002 SEATTLE, WA 98101 | 12360 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,593,115.34 $1,593,115.34 | 04/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

Case No. 08-35653-KRH    FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| IBM CORPORATION C O IBM CORPORATION ATTN BANKRUPTCY COORDINATOR 13800 DIPLOMAT DR DALLAS, TX 75234 | 14563 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $44,966,364.00 $44,966,364.00 | 08/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $25,666,364.00 |
| INLAND WESTERN AVONDALE MCDOWELL LLC C O BERT BITTOUMA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523-0000 | 8943 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,046,126.63 $1,046,126.63 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $900,000.00 |
| IRVING MALL ATTN PATTY SUMMERS C O SIMON PROPERTY GROUP 225 W WASHINGTON ST INDIANAPOLIS, IN 46204 | 12373 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $40,607.75 $2,743,639.73 $2,784,247.48 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,000,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED C O RIGHETTI LAW FIRM PC MATTHEW RIGHETTI 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 6045 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $23,940,292.00 $23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| KB COLUMBUS I CC LLC C O KENNETH MILLER ERVIN COHEN & JESSUP LLP 9401 WILSHIRE BLVD 9TH FL BEVERLY HILLS, CA 90212 | 12331 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,610,326.65 $1,610,326.65 | 04/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| KRONOS INCORPORATED DAVID CUNNINGHAM VP &CORP COUNSEL 9525 SW GEMINI DR BEAVERTON, OR 97008 | 14455 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,724,122.24 $1,724,122.24 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LAGUNA GATEWAY PHASE 2 LP ATTN JOHN L PAPPAS C O PAPPAS INVESTMENTS 2020 L ST 5TH FL SACRAMENTO, CA 95814 | 12917 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,201,356.10 $1,201,356.10 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| LEXINGTON RICHMOND LLC ATTN HARVEY A STRICKON PAUL HASTINGS JANOFSKY & WALKER LLP 75 E 55TH ST NEW YORK, NY 10022-3205 | 12029 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $8,233,852.35 $8,233,852.35 | 04/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,800,000.00 |
| LG ELECTRONICS USA INC C O DYLAN G TRACHE WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | 1261 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $20,599,070.25 $20,599,070.25 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH    FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LG ELECTRONICS USA INC<br>DYLAN G TRACHE<br>WILEY REIN LLP<br>7925 JONES BRANCH DR STE 6200<br>MCLEAN, VA 22102 | 13233 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $41,478,011.85<br><br>$41,478,011.85 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| M & M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | 5993 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,097,374.00<br><br>$3,097,374.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| M&M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | 5992 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,919,500.00<br><br>$1,919,500.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $300,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH                                                                   FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MARCO PORTLAND GENERAL PARTNERSHIP PETER JAZAYERI ERVIN COHEN & JESSUP LLP 9401 WILSHIRE BLVD BEVERLY HILLS, CA 90212 | 13003 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,819,845.00 $1,819,845.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |
| MDS REALTY II LLC C O ZACHARY J ESKAU DAWDA MANN MULCAHY & SADLER PLC 39533 WOODWARD AVE STE 200 BLOOMFIELD HILLS, MI 48304 | 9280 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,536,433.82 $3,536,433.82 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| MK KONA COMMONS LLC THEODORE DC YOUNG ESQ CADES SHUTTE LLP 1000 BISHOP ST STE 1200 HONOLULU, HI 96813 | 8041 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,796,631.00 $5,796,631.00 | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $1,000,000.00 |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NAVARRE DISTRIBUTION SERVICES INC ATTN GENERAL COUNSEL 7400 49TH AVE N NEW HOPE, MN 55428 | 6573 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $541,432.33 $1,491,727.28 $2,033,159.61 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $50,000.00 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12586 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,072,331.11 $1,057,926.02 $14,130,257.13 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| NOVOGRODER ABILENE LLC GEORGE NOVOGRODER JOHN HANCOCK CENTER 875 N MICHIGAN AVE STE 3612 CHICAGO, IL 60611 | 12241 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $54,959.73 $6,737,207.35 $6,792,167.08 | 04/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| OSPREY AUDIT SPECIALISTS<br>10124 J WEST BROAD ST<br>GLEN ALLEN, VA 23060 | 5145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $1,111,943.66<br>Reclamation:<br><br>Total:  $1,111,943.66 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |
| PACIFIC HARBOR EQUITIES LLC<br>C O HOPE PROPERTIES<br>3000 PABLO KISEL BLVD STE 300C<br>BROWNSVILLE, TX 78526 | 12379 | Secured:<br>Priority:  $59,258.50<br>Administrative<br>503(b)(9):<br>Unsecured:  $5,241,606.83<br>Reclamation:<br><br>Total:  $5,300,865.33 | 04/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,000,000.00 |
| PANASONIC CORPORATION OF NORTH AMERICA<br>SCHULTE ROTH & ZABEL LLP<br>ATTN DAVID HILLMAN ESQ<br>919 THIRD AVE<br>NEW YORK, NY 10022 | 8088 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $3,690,580.81<br>Reclamation:<br><br>Total:  $3,690,580.81 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                                              DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH                                                                                                          FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| PLAZA LAS AMERICAS INC ATTN RICHARD E LEAR C O HOLLAND & KNIGHT LLP 2099 PENNSYLVANIA AVE NW STE 100 WASHINGTON, DC 20006-6801 | 12430 | Secured: Priority: Administrative 503(b)(9): Unsecured: $2,493,671.54 Reclamation: Total: $2,493,671.54 | 04/28/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) | Unsecured | 4 | $0.00 |
| PREMIER RETAIL NETWORKS INC PRN CRAIG C CHIANG ESQ BUCHALTER NEMER PC 333 MARKET ST 25TH FL SAN FRANCISCO, CA 94105 | 8483 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,964,247.98 Reclamation: Total: $1,964,247.98 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| PRINCIPAL LIFE INSURANCE COMPANY FKA PRINCIPAL MUTUAL LIFE INSURANCE COMPANY LAUREN LONERGAN TAYLOR ESQ & MATTHEW E HOFFMAN DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12026 | Secured: Priority: Administrative 503(b)(9): Unsecured: $2,211,850.00 Reclamation: Total: $2,211,850.00 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                            DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
Case No. 08-35653-KRH                                                                  FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| RAY FOGG CORPORATE PROPERTIES LLC WELTMAN WEINBERG & REIS 323 W LAKESIDE AVE 2ND FL CLEVELAND, OH 44113 | 3687 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,565,646.40 Reclamation: Total: $1,565,646.40 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| RETAIL PRINTING CORP 50 JOHN HANCOCK DR TAUNTON, MA 02780-7340 | 8415 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,992,201.10 Reclamation: Total: $1,992,201.10 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,300,000.00 |
| RICHLAND TOWN CENTER LLC MATT MCGILL PROJ MGR MCGILL PROPERTY GROUP 125 W INDIANTOWN RD STE 102 JUPITER, FL 33458 | 12696 | Secured: Priority: Administrative 503(b)(9): Unsecured: $5,986,470.00 Reclamation: Total: $5,986,470.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| RONALD BENDERSON RANDALL BENDERSON AND DAVID H BALDAUF ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN 101 PARK AVE NEW YORK, NY 10178 | 9951 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,152,235.37 Reclamation: Total: $1,152,235.37 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $650,000.00 |
| RONALD BENDERSON TRUST 1995 ATTN JAMES S CARR ROBERT L LEHANE KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 12469 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,699,650.28 Reclamation: Total: $1,699,650.28 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,100,000.00 |
| SAFEWAY INC C O DAVID NEWBY JOHNSON & NEWBY LLC 39 S LASALLE ST STE 820 CHICAGO, IL 60603 | 8635 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,416,718.43 Reclamation: Total: $1,416,718.43 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |

\*    "UNL" denotes an unliquidated claim.

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SALEM ROCKINGHAM LLC ROBERT SOMMA ESQ POSTERNAK BLANKSTEIN & LUND LLP 800 BOYLSTON ST 33RD FL BOSTON, MA 02199 | 12412 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,000,000.00 $2,000,000.00 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| SC DEPARTMENT OF REVENUE PO BOX 12265 COLUMBIA, SC 29211 | 194 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $555,897.00 $2,105,627.00 $2,661,524.00 | 12/04/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| SHARP ELECTRONICS CORPORATION ATTN WANDA BORGES ESQ C O BORGES & ASSOCIATES LLC 575 UNDERHILL BLVD STE 118 SYOSSET, NY 11791 | 7578 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,188,743.46 $1,188,743.46 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

**FOR VOTING PURPOSES ONLY**

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SILVERSTEIN TRUSTEE, RAYMOND<br>131A GAITHER DR<br>C/O THE GOODMAN GROUP<br>MT LAUREL, NJ 08054 | 6645 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,530,934.99<br><br>$1,530,934.99 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |
| SIMPLETECH A FABRIK COMPANY<br>LEI LEI WANG EKVALL<br>WEILAND GOLDEN SMILEY WANG<br>EKVALL & STROK LLP<br>650 TOWN CENTER DR STE 950<br>COSTA MESA, CA 92626 | 7949 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,878,388.00<br><br>$1,878,388.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| STATE OF LOUISIANA LOUISIANA<br>DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 514 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $6,846,485.74<br><br>$1,088,669.75<br><br>$7,935,155.49 | 12/05/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695-0245 | 11861 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,962,999.24 $1,962,999.24 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SYNTAX BRILLIAN CORPORATION C O VICTORIA W COUNIHAN ESQ GREENBERG TRAURIG LLP THE NEMOURS BLDG 1007 N ORANGE ST STE 1200 WILMINGTON, DE 19801 | 3357 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,957,628.04 $1,957,628.04 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |
| THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD ATTN JAMES S CARR ESQ ROBERT L LEHANE KELLEY DYRE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 12472 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,377,280.33 $2,377,280.33 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS

<u>FOR VOTING PURPOSES ONLY</u>

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| THE SHOPS AT ARBOR WALK<br>ATTN PATTY SUMMERS<br>C O SIMON PROPERTY GROUP<br>225 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | 12343 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $30,937.78<br><br><br>$2,719,782.72<br><br>$2,750,720.50 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |
| UMEDISC LTD<br>UNIT 1 7 6F METRO LOFT 38 KWAI<br>HEI ST<br>KWAI CHUNG<br>NEW TERRITORIES<br>HONG KONG, UNKNOWN | 4608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,319,501.66<br><br>$1,319,501.66 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $300,000.00 |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC<br>100 UNIVERSAL CITY PLAZA 1440 6<br>UNIVERSAL CITY, CA 91608 | 12255 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,985,239.31<br><br>$1,985,239.31 | 04/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| VISIONTEK PRODUCTS LLC ATTN TINA ANDREWS 1610 COLONIAL PKWY INVERNESS, IL 60067 | 1700 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,176,397.26 $1,176,397.26 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| VORNADO GUN HILL ROAD LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 | 8496 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $53,943.54 $2,715,105.72 $2,769,049.26 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,900,000.00 |
| WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC ATTN JON LR DALBERG ANDREWS KURTH LLP 601 S FIGUEROA ST STE 3700 LOS ANGELES, CA 90017-5742 | 9428 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,565,348.37 $17,768,738.84 $21,334,087.21 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $4,000,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

Exhibit C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| WCC PROPERTIES LLC ADI PROPERTIES 1660 UNION ST STE 400 SAN DIEGO, CA 92101 | 13480 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,117,498.04 $5,117,498.04 | 06/23/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $400,000.00 |
| WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION WILLIAM R GREENDYKE FULLBRIGHT & JAWORSKI LLP 2200 ROSS AVE STE 2800 DALLAS, TX 75201-2784 | 12851 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,429,173.84 $4,429,173.84 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| WEINGARTEN NOSTAT INC ATTN JENNY J HYUN ESQ C O WEINGARTEN REALTY INVESTORS 2600 CITADEL PLZ DR STE 125 HOUSTON, TX 77008 | 12632 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,620,858.57 $1,620,858.57 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY

**Exhibit C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| WXIII PWM REAL ESTATE LIMITED PARTNERSHIP WILLIAM L WALLANDER ANGELA B DEGEYTER VINSON & ELKINS LLP 2001 ROSS AVE STE 3700 DALLAS, TX 75201 | 12919 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $91,772.03 $9,639,599.04 $9,731,371.07 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,100,000.00 |

|  | Total: | 85 |  | $424,850,141.08 |

* "UNL" denotes an unliquidated claim.