Melanie Jean Finch
22056 Gilmore Street
Woodland Hills, CA 91303
(Tel): (818) 497-2751
(Fax): (818) 347-8145

**Claimant in pro per**

SEP 1 8 2009
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:

CIRCUIT CITY STORES, INC., et al.,

Debtor,

)
)
)
)
)
)
)
)

Chapter 11

Case No: 08-35653

Jointly Administered

### DECLARATION OF CLAIMANT, MELANIE FINCH, IN OPPOSITION TO ALLEGED PENDING DISMISSAL OF CLAIM

I, MELANIE FINCH, am a claimant as a former employee of Debtor, CIRCUIT CITY STORES, INC., and have made and continue to make a claim for the sum of $2,565.00 for unpaid wages/salary/bonuses whilst an employee at Debtor, CIRCUIT CITY STORES, INC., (3875), in the city of Woodland Hills, California, between the dates of September 13, 2007 to January 20, 2008. From January 6, 2008 through January 20, 2008 I worked forty five (45) hours and was never paid. (See Exhibit "A" and "B").

Further, during the time of my employment with the debtor, as a sales clerk, it was part of my job to immediately advise the management if ever faced with what appeared to be a fraudulent transaction by a customer. A bonus was promised to all employees for alerting management of all attempted fraudulent transactions. On October 11, 2007, I was in such a position where a customer alerted my suspicions when attempting to purchase a number of high ticket items totaling approximately $10,000.00, and then attempted to use a credit card which had previously been noted as stolen. As a result of my diligent and vigilant efforts the customer was apprehended, questioned and then abruptly left the store without the items. For my diligent efforts I was

1  promised a $2,000.00 bonus for my immediate notification to the management of said fraudulent
2  transaction. As a result of my efforts, I saved the debtor $10,000 dollars in lost revenue by
3  diligently informing the management of the impending fraud.
4      Further, I was asked to work through my breaks and promised payment for same but never
5  received that either
6      In brief, I believe Circuit City owes me $2,565 in unpaid wages and an approximately
7  $2,000 bonus for fraud prevention.
8      I have made this administrative expense request for payment of the outstanding monies
9  owed to me and my claim was filed with the court on May 29, 2009.
10     It is my understanding that the claim I filed may have been dismissed or may be in the
11 process of being dismissed. I was advised by other claimants in this action that a notice was sent
12 to all claimants regarding the dismissal of all pending claims. I did not receive any such notice and
13 as a claimant I believe I should have received this notice. However, by the filing of this opposition
14 I am advising the court that I do not want my claim to be dismissed..
15     Witness Patrick Kennedy, another claimant in this matter, can and will testify to the fact
16 that I worked as an employee for the debtor and am owed outstanding salary/bonus/commission
17 from the dates of January 6, 2008 through January 20, 2008.
18     I declare under penalty of perjury that the foregoing is true and correct.
19     Executed this 15th day of September, 2009, at Woodland Hills, California.
20
21                                               *Melanie Finch*
                                       MELANIE J. FINCH
22
23
24
25
26
27
28

<u>Melanie Jean Finch</u>

Dates of employment: September 13th, 2007 – January 20th, 2008

The week of January 6th, 2008 through the 20th, I worked 45 hours and was not paid for those hours.

I am seeking the attached amount plus the penalties associated with <u>Labor Code</u> §203. Circuit City Stores, Inc. has complete records of the hours worked and no paychecks have been issued to me.

I previously filed a claim with the Labor Board but was instructed to file a claim with the Bankruptcy Court.

Thank you.

*Melanie Finch*

Melanie Jean Finch
22056 Gilmore Street
Woodland Hills CA 91303



## United States Debt Recovery
LIMITED LIABILITY COMPANY

Melanie Finch
22056 Gilmore St
Woodland Hills CA 91303

January 9, 2009

Dear Sir or Madam:

Circuit City Stores, Inc. has filed for Chapter 11 bankruptcy protection and all pre-existing debts cannot be paid until the bankruptcy court approved a plan of reorganization or other means of payment. Even then, the payment is not guaranteed. Your priority claim account balance is still listed as outstanding. Bankruptcy court records show you are owed $ $2,565.00 for your unpaid priority claims.

Since September 15, 2008 the funds owed to you by Circuit City Stores, Inc. has been tied up in federal bankruptcy court. United States Debt Recovery LLC ("USDR") is prepared to offer immediate payment of $ $897.75 for your account balance. This [offer amount] is yours even if there is no payout on the debt from the bankruptcy process. The advantages to you include:

- No waiting for a bankruptcy recovery.
- No need to hire counsel and accountants.
- Immediate cash for your company

USDR is a bankruptcy investment firm that specializes in distressed debt recovery and dealing with Chapter 11 bankruptcy. We retain the bankruptcy professionals such as attorneys and accountants and seek to collect more on the claim that the offer price. We reserve the right to terminate this offer at any time and may request your written documentation of amounts you are owed.

To arrange for payment, simply fill out and sign the "Transferor" section of the attached Claim Assignment Form and return it to USDR via fax (775-832-5085) or to the following address:

United States Debt Recovery LLC
940 Southwood Bl. Suite 101
Incline Village, NV 89451

A check in the amount of $ $897.75 will be mailed within three business days following the receipt of the enclosed Claim Assignment Form. This offer shall expire on January 15, 2009.

Should you have any questions, please call our Finance Department at 775 832-5250. If you have general questions about Chapter 11 bankruptcy, selling your claim or bankruptcy factoring our web site is www.usdrllc.com and answers most common questions.

Yours truly,

Nathan Jones, General Counsel
United States Debt Recovery LLC

# PROOF OF SERVICE

I am a claimant in this bankruptcy action and do hereby declare and certify that I am over the age of 18 and my address is 22056 Gilmore Street, Woodland Hills, California 91303.

On September 15, 2009, I served the foregoing document described as **DECLARATION OF CLAIMANT, MELANIE FINCH, IN OPPOSITION TO ALLEGED PENDING DISMISSAL OF CLAIM ADMINISTRATIVE EXPENSE REQUEST,** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Served on:
KURTZMAN CARSON CONSULTANTS, LLC
Attn. Claims Processing Dept.
2335 Alaska Avenue
El Segundo, CA 90245
***Attorneys for Debtors,***
***CIRCUIT CITY STORES, INC.***

Served on:
Greg M Galardi, Esq./Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square, PO Box 636
Wilmington, DE 19899
***Co-Counsel for Debtors,***
***CIRCUIT CITY STORES, INC.***

Served on:
Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
***Co-Counsel for Debtors,***
***CIRCUIT CITY STORES, INC.***

Served on:
Dion W. Hayes/Douglas M. Foley
MCGUIREWOODS, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
***Co-Counsel for Debtors,***
***CIRCUIT CITY STORES, INC.***

[✓]    BY MAIL

I mailed the attached document to the above listed interested parties on June 8, 2009.

Executed on September 15, 2009, at Woodland Hills, California.

I declare under penalty of perjury that the above is true and correct.

MELANIE JEAN FINCH                                *(signature)*
Type or print name                                  Signature

**MELANIE J. FINCH**
**22056 GILMORE STREET**
**WOODLAND HILLS, CA 91303**
**(818) 497-2751**

September 15, 2009

Spottswood W. Robinson III &
Robert R. Merhige, Jr.,
U.S. Courthouse, Suite 4000
701 East Broad Street
Richmond, VA 23219-1888

Re:   In Re. Circuit City Stores, Inc., et al..
      Case No. LAV 08-35653

Dear Clerk:

   Find enclosed an original and a copy of the attached document for filing with the court in the above captioned matter:

   \*   DECLARATION OF CLAIMANT, MELANIE FINCH IN OPPOSITION TO ALLEGED PENDING DISMISSAL OF CLAIM

   Please file this document and conform and return the copy to me in the enclosed postage paid return envelope.

   Thank you for your assistance.

                                           Sincerely,

                                           *[signature]*
                                    P.P.   MELANIE J. FINCH

Encls.
9/24