THE LAW OFFICES OF
**VIC FEAZELL P.C.**

| Austin | Waco | Killeen/Fort Hood |
|---|---|---|
| 6618 Sitio Del Rio Boulevard<br>Building C-101<br>Austin, Texas 78730 | 3302 West Waco Drive<br>Waco, Texas 76710 | Tel 254.699.0009 |
| Tel  512.372.8100<br>Fax  512.372.8140 | Tel  254.772.7500<br>Fax  254.755.8181 | Belton/Temple<br>Tel 254.742.2600 |
| www.withvic.com | www.wacopersonalinjurylawyers.com | |

September 14, 2009

*<u>Via CMRRR</u>*

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, Virginia 23219

  Re: Case 08-35653-KRH

Dear Clerk:

  Please be advised that the Law Offices of Vic Feazell, P.C. no longer represents Cynthia D. Bucher with regard to injuries she sustained at Circuit City Store #1610 on April 8, 2008; and our office holds no attorney fee interest. Please send all notices in Cause No. 08-35653 to Mrs. Bucher at: 14360 N. Hwy 6, Valley Mills, Texas, 76689.

  Should you have any questions, please feel free to contact this office at (254) 772-0033. Thank you.

Very truly yours,

Eleeza Johnson

cc: *<u>Cynthia D. Bucher (via first class mail)</u>*

[Stamp: RICHMOND DIVISION FILED SEP 1 8 2009 CLERK U.S. BANKRUPTCY COURT]

A Professional Corporation which includes affiliations with: Feazell & Fighe L.L.P. • Erskine & Blackburn L.L.P. • James Twombly P.C.