EXHIBIT A



RECEIVED

SEP 16 2009

SPOKANE COUNTY
PROSECUTING ATTORNEY
CIVIL DIVISION



# SPOKANE COUNTY

LINDA M. KOVICK
BOARD OF EQUALIZATION
DIRECTOR

September 15, 2009

Ernst & Young
One James Center
Suite 1000
901 East Cary Street
Richmond, VA 23219-4065

RE: Circuit City – E. 15110 E. Indiana Ave., Spokane, WA (Parcel 45141.0801)
7701 N. Division St., Spokane, WA (Parcel 36301.9062)

Dear Mr. Long,

We are in receipt of your letter dated August 11, 2009 regarding Notice of Appeal, which was routed to us via the Spokane County Assessor's office on August 16, 2009.

It has been determined that this letter and notice of appeal has not been timely filed with our office based upon state statute, specifically, the fact that notice of appeal and/or official petition should have been filed by July 1, 2009 (RCW 84.40.038/WAC-458-046). I have included copies of the assessor's official valuation notices for your convenience.

Please be advised, however, that your correspondence has been forwarded to our Spokane County Prosecutor's office for notification purposes.

If I can be of further assistance please do not hesitate to contact me at the phone number listed below.

Sincerely,

Linda M. Kovick

Linda M. Kovick, Director

Cc:  Ron Arkills, Spokane County Senior Deputy Attorney

BROADWAY CENTRE BUILDING  •  721 N. JEFFERSON ST., SUITE 201  •  SPOKANE, WA 99260-0040
PHONE: (509) 477-2250  •  FAX: (509) 477-2568  •  LKOVICK@SPOKANECOUNTY.ORG

*Sent 8/28/09*

## Kovick, Linda

**To:** Arkills, Ron
**Subject:** Circuit City

Ron,

I received a Notice of Appeal in a letter format from Ernst & Young who is overseeing Circuit City and all of their legal subsidiaries. The deadline to file an official Petition with our office was July 1st regarding the assessment and therefore is not considered timely filed. Having said that, I just wanted to make sure there wasn't anything in the regular court of law that would allow the filing regardless since it is currently in federal bankruptcy proceedings as indicated by their letter.

Please advise prior to any further process on my end.

Thanks

Linda
#4494

15110E Indiana parcel
45141.080)

# ⊞ ERNST & YOUNG

**Ernst & Young LLP**
One James Center
Suite 1000
901 East Cary Street
Richmond, Virginia 23219-4065

Main tel: +1 804 344 6000
www.ey.com

August 11, 2009

Spokane County Assessor
Attn. Assessor's Office
1116 W Broadway Ave
Spokane WA 99260-0010

Notice of Appeal
Circuit City, Inc. and all legal subsidiaries
Store # 3382 Property Address; 15110 East Indiana Ave

Dear Sirs:

On behalf of our client, Circuit City Inc., we respectively appeal the assessment of the above property. As a result of their protection under the current federal bankruptcy proceedings, we must protect their administrative appeal rights and are using this letter as a means exercising such protection.

Further information will be provided at a later date in support of our opinion of value.

We may be reached at (704) 331-2004 in case you have further concerns or questions.

Very truly yours,

Charlie

Charles Long
Authorized Agent

Copy to:    Jeff McDonald, Circuit City
            Jeff Knopke, Circuit City

RECEIVED
AUG 14 2009
SPOKANE COUNTY
ASSESSORS OFFICE

RECEIVED
AUG 17 2009
BOARD OF EQUALIZATION

A member firm of Ernst & Young Global Limited

≡IL ERNST & YOUNG

**Ernst & Young LLP**
One James Center
Suite 1000
901 East Cary Street
Richmond, Virginia 23219-4065

Main tel: +1 804 344 6000
www.ey.com

August 11, 2009

7701 W Div
Parcel
36301 9062

Spokane County Assessor
Attn. Assessor's Office
1116 W Broadway Ave
Spokane WA 99260-0010

Notice of Appeal
Circuit City, Inc. and all legal subsidiaries
Store # 3331 Property Address; 7701 North Division Street

Dear Sirs:

On behalf of our client, Circuit City Inc., we respectively appeal the assessment of the above property. As a result of their protection under the current federal bankruptcy proceedings, we must protect their administrative appeal rights and are using this letter as a means exercising such protection.

Further information will be provided at a later date in support of our opinion of value.

We may be reached at (704) 331-2004 in case you have further concerns or questions.

Very truly yours,

Charlie

Charles Long
Authorized Agent

Copy to:    Jeff McDonald, Circuit City
            Jeff Knopke, Circuit City

RECEIVED
AUG 14 2009
SPOKANE COUNTY
ASSESSORS OFFICE

RECEIVED
AUG 17 2009
BOARD OF
EQUALIZATION

A member firm of Ernst & Young Global Limited

# Appointment of Agent

| Appraisal District USE ONLY | Date Received |
| --- | --- |
| | |

**Instructions: You can use this form:**

- To name a tax agent to represent you in property tax matters;
- To direct that tax notices be mailed to a person you name. Read the instructions carefully. This form will be in effect until you file another form with the appraisal district that revokes it or until you file a form that names a different agent

| **Step 1:** Owner's name and address | Owner's name |
| --- | --- |
| | **Circuit City Stores, Inc. & legal subsidiaries** |
| | Current mailing address (number and street) |
| | **P.O. Box 42304** |
| | City |
| | **Richmond VA 23242** |
| | Telephone number |
| | **804-486-4000** |

| **Step 2:** Describe the property | ☒ All property listed for this owner at the above address |
| --- | --- |
| | ☐ The following property (give account or legal description) |
| | |
| | |
| | continue on attached pages if needed |

| **Step 3:** Specify the agent's authority for property tax matters (skip to step 6 if you only want to change tax notice mailing | ☒ General power to represent me in property tax matters concerning this property |
| --- | --- |
| | ☐ Specified powers: the agent has only the powers specified below |
| | ☐  file notices of protest and present protests before the appraisal review board |
| | ☐  receive confidential information |
| | ☐  negotiate and resolve disputed tax matters |
| | ☐  other action (specify) _____ |

| **Step 4:** Name the agent for property tax matters | Agent's name |
| --- | --- |
| | **ERNST & YOUNG LLP        % Property Tax Services** |
| | Current mailing address (number and street) |
| | **One James Center, Suite 1000** |
| | **901 East Cary Street** |
| | City, state and zip code |
| | **Richmond, VA 23219** |
| | Telephone number |
| | **804-344-6000** |

| **Step 5:** Date the agent's authority ends | Date |
| --- | --- |
| | If you do not fill in a date, the agent's authority will continue indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. |

Complete steps 6-9 if you want tax notices mailed to an agent.
SKIP TO STEP 10 IF YOU DON'T WANT TO CHANGE TAX NOTICE MAILING.

| | |
|---|---|
| **Step 6:**<br>**Check if you**<br>**want property**<br>**tax notices**<br>**delivered to an**<br>**agent** | ☒ I want my agent to receive all my property tax notices and other communications for this property, including appraisal notices, appraisal review board orders and hearing notices, tax bills, and collections notices<br>☐ Specified powers: the agent has only the powers specified below<br>   ☐ All communications from the chief appraiser<br>   ☐ All orders, notices, and other communications from the ARB<br>   ☐ All tax bills and notices from all taxing entities served by the appraisal district.<br>Note: These notices can affect your legal rights. The affected offices are not required by law to send you duplicate copies. |
| **Step 7:**<br>**Describe the**<br>**property for**<br>**which property**<br>**tax notices will**<br>**be delivered** | ☒ The following property (give account number or legal description)<br>**Please see Step 2.**<br>continue on attached pages if needed<br><br>☐ My agent will provide a list<br>Note: The designation of an agent to receive communications only applies to properties you expressly identify and only affects notices generated after the date you file the list identifying the property with the appraisal district. |
| **Step 8:**<br>**Name the person**<br>**who will get the**<br>**notices** | Name of the person or firm<br>**Circuit City Stores, Inc.**<br>Current mailing address (number and street)<br>**P.O. Box 42304** |
| | City, state and zip code<br>**Richmond VA 23242**     Telephone number<br>**804-486-4000** |
| **Step 9:**<br>**Date the**<br>**change of**<br>**delivery ends** | Date<br><br>If you do not fill in a date, tax notices will continue to be mailed to your agent indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. |
| **Step 10:**<br>**Sign the form** | Signature     Date the designation took effect<br><br>             **April 23, 2009**<br><br>Title and firm name if not the property owner |
| | This form must be signed by the property owner; a person the owner has specifically authorized to name tax agents; or by a corporate officer (if the owner is a corporation). A property manager or other agent should attach a copy of the document authorizing the person to designate agents. |

April 23, 2009

## GENERAL APPOINTMENT OF AGENCY

I have authorized Ernst & Young to represent Circuit City Store, Inc. and all legal subsidiaries for all property tax matters in the States listed on the attached. Ernst & Young has the general power to represent us in receiving notices of value, filing of returns, obtaining copies of appraisals, tax assessments, or any other information relevant to property tax matters. Ernst & Young is also authorized to negotiate and accept any settlement reached with all assessment and appraisal authorities to including boards of equalization, appraisal review boards, state tax commissions, or other entities exercising authorities or review of property tax assessments, abatements, exemptions or any matter upon which it has administrative jurisdiction.

This appointment of agency remains in effect for tax year 2009 or until revoked in writing by Circuit City, Inc. or Ernst & Young. **Please send all correspondence the Circuit City address.**

Signed  (Jeff McDonald)

Jeff McDonald, VP  Tax
Printed Name and Title

Circuit City Stores, Inc.
% Tax Department
Post Office Box 42304
Richmond VA 23342
Mailing Address

(804) 486-4000
Telephone

Fax Number

April 23, 2009
Date

### Ernst & Young LLP

Signed (Ernst & Young)

Ernst & Young LLP
Printed Name and Title

Attn: Property Tax Services
One James Center, Suite 1000
901 East Cary Street
Richmond VA 23219
Mailing Address

(804) 344-6000
Telephone

(804) 344-4518
Fax Number

Valuation Questions please contact Appraiser: **66**
via email at www.spokanecounty.org/contactassessor Phone: **(509) 477-5916**

**LAST DATE TO**
**APPEAL:**
**July 1, 2009**

SPOKANE WA 99216
15807 E INDIANA AVE
MARKET POINTE I LLC
*477-5754*

Phone:
Exemption: [ ] Yes [X] No

| Description | 2008 Value | | | 2009 Value | | |
|---|---|---|---|---|---|---|
| Valuation of Real Property | Land | $405,540 | | Land | $405,540 | |
| | Buildings, etc. | $1,822,000 | | Buildings, etc. | $1,822,000 | |
| | Total Value | $2,227,540 | | Total Value | $2,227,540 | |
| Valuation of Real Property in Open Space, Mixed Land Uses and Designated Forest Land. | Classified Land | | | Classified Land | | |
| | Buildings, etc. | | | Buildings, etc. | | |
| | Total Value | | | Total Value | | |

**THIS ASSESSED VALUE AFFECTS 2010 TAXES**

Assessor Description: BSP 05-06  MARKET POINTE 1  P

Tax Code Area: 144

Parcel Number: 45141.0801                15110 E INDIANA AVE

**Date:** 06/01/2009

## No Value Change

**Official**
**Valuation**
**Notice**

Ralph Baker
**Spokane County Assessor**
1116 W Broadway Ave.
Spokane, WA 99260-0010
Spokane County

Presorted First
Class
U.S. Postage
PAID
Spokane, WA
Permit #589

Valuation Questions please contact Appraiser: 36    Phone: **(509) 477-4789**
via email at www.spokanecounty.org/contactassessor

LAST DATE TO
APPEAL:
**July 1, 2009**

41612 57 153    1

RIETZ, LARRY J LLC
108 W PARK SQ
OWATONNA MN 55060-2972

477-5754

Exemption:
Phone:    Yes    **X** No

| Description | 2008 Value | | | 2009 Value | | |
|---|---|---|---|---|---|---|
| | Valuation of Real Property in Open Space, Mixed Land Uses and Designated Forest Land. | Classified Land | Total Value Buildings, etc. | | Classified Land | Total Value Buildings, etc. |
| Valuation of Real Property | | Land | Total Value Buildings, etc. | | Land | Total Value Buildings, etc. |
| | | $1,189,280 | $3,598,580 $2,409,300 | | $1,189,280 | $3,598,580 $2,409,300 |

**THIS ASSESSED VALUE AFFECTS 2010 TAXES**

Assessor Description: 30-26-43 TR A OF SP95-1025 AUD

Tax Code Area: 35

Parcel Number: 36301.9062

**Date:** 06/01/2009

Spokane County

Ralph Baker
**Spokane County Assessor**
1116 W Broadway Ave.
Spokane, WA 99260-0010

# No Value Change

Official
**Valuation**
Notice

7701 N DIVISION ST

Presorted First
Class
U.S. Postage
PAID
Spokane, WA
Permit #589



CERTIFIED MAIL

7108 4987 8660 0431 4356

Cat Trainor
Ernst & Young
901 East Cary St., Suite 1000
Richmond, VA 23219



UNITED STATES POSTAGE

PITNEY BOWES

02 1M
0004240108    AUG 12 2009    $ 05.71⁰
MAILED FROM ZIP CODE 23219

Spokane County Assessor
Attn: Assessor's Office
1116 W. Broadway Ave
Spokan, WA  99260-0010

*Linda –*
*They sent*
*this to*
*us. should*
*go to*
*you*
*Joe*

99260$0010  C000