Annemarie G. McGavin (VSB No. 39984)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Ste. 300
Washington, DC 20006-3807
Tel: 202-452-7900



-and-

Peter J. Duhig (DE Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Tel: 302-552-4249

Counsel for Motorola Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |

### PRELIMINARY RESPONSE OF MOTOROLA INC. TO DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)

Motorola Inc. ("Motorola"), by and through its undersigned counsel, submits its Preliminary Response (the "Preliminary Response") to the Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (the "Objection"), and in support respectfully states as follows:

1. On or about December 19, 2008, Motorola filed a 503(b)(9) claim against Debtor Circuit City Stores, Inc. for $495,963.74 which is listed by the Debtors as claim number 1320 (the "Claim"). On or about December 19, 2008, Motorola filed a 503(b)(9) claim against Debtor

Circuit City Stores, Inc. for $495,963.00 which is listed by the Debtors as claim number 13096 (together, the "Claims"). On or about August 21, 2009, the Debtors filed the Objection. Pursuant to the Objection, the Debtors seek to modify one of the Claims as duplicative. Motorola objects to the relief requested in the Objection.

2. Motorola files this Preliminary Response in lieu of a formal pleading pursuant to the Debtors' authorization to Motorola's counsel on September 11, 2009. Accordingly, Motorola reserves all rights with respect to the Claim and the right to supplement the Preliminary Response at a later date.

3. Contact information for Motorola is as follows:

Motorola, Inc.
101 Tournament Drive
Horsham, PA 19044
ATTN: Angela Urban (215) 323-1760

WHEREFORE, Motorola respectfully requests that the Claim be excluded from any order approving the Objection and such other relief as is just and proper.

Date: September 15, 2009           **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)
1700 K Street, N.W., Ste. 300
Washington, DC 20006-3807
Tel: 202-452-7900
Fax: 202-452-7989
    and
Peter J. Duhig (No. 4024)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
E-mail: peter.duhig@bipc.com

Counsel for Motorola Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Preliminary Response of Motorola Inc. to Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)* was filed electronically with the court via the CM/ECF system on the 15th day of September, 2009 and first-class mail to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)