**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

1177 AVENUE OF THE AMERICAS

NEW YORK, N.Y. 10036

KIMBERLY E. FRIEDMAN
TEL (212) 715-7596
FAX (212) 715-8000
kfriedman@kramerlevin.com

47, AVENUE HOCHE
75008 PARIS
FRANCE

September 17, 2009

**VIA FEDERAL EXPRESS:**

U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA
23219-1888
Attn: Circuit City Stores, Inc. Filings

RICHMOND DIVISION
FILED
SEP 21 2009
CLERK
U.S. BANKRUPTCY COURT

Re: Transfer of Allowed Claim pursuant to FRBP Rule 3001(e)2 -
Longacre Opportunity Fund, L.P. to Marblegate Special
Opportunities Master Fund L.P.

Dear Clerk of the Court:

Enclosed for processing is the following transfer of claim pursuant to rule 3001(e) 2:

| Transferor | Transferee | Allowed Claim Number | Amount Transferred |
|---|---|---|---|
| Longacre Opportunity Fund, L.P. | Marblegate Special Opportunities Master Fund LP | 1385 | $153,600.00 |

I have enclosed an additional copy of the filing and a pre-paid Fedex envelope with the return slip already filled out. Can you please return a copy of the transfer stamped "Filed" once the transfer is put on the docket? If you have any questions I can be reached at the number above.

Best Regards,

Kim Friedman
Law Clerk

# United States Bankruptcy Court

## Eastern District of Virginia (Richmond Division)

In re Circuit City Stores, Inc., et al.    Case Nos. 08-35653 (KRH)
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MARBLEGATE SPECIAL
OPPORTUNITY
MASTER FUND LP

Name of Transferee

LONGACRE
OPPORTUNITY FUND, L.P

Name of Transferor

Court Claim # 1385

Amount of Claim $153,600.00

Name and Address where notices to transferee should be sent:

Marblegate Asset Management
150 East 52nd Street, 10th Floor
New York, NY 10022

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP

By: _____    Date: 9/14/09
Andrew Milgram

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

K1 2 2618902 1

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court, Eastern District of Virginia (Richmond Division)
        1100 East Main Street
        Richmond, VA 23219
        Attn:    Clerk

AND TO: Circuit City Stores, Inc. ("Debtor") Case No. 08-35653

Claim # 1385

LONGACRE ~~MASTER FUND, LTD.~~ OPPORTUNITY FUND, L.P. Assignee of Majesco Entertainment Company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> MARBLEGATE SPECIAL OPPORTUNITES MASTER FUND L.P.
> 150 East 52nd Street,, 10th Floor
> New York, NY 10022
> Tel:   212-616-7150
> Attn.  Mark Zoldan, CFO

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $153,600.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signatures on Following Page]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 27, 2009.

LONGACRE OPPORTUNITY FUND, L.P.
By Longacre Opportunity Management, LLC, its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager
Date: 8-27-09


MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP

By: _____
Name: Andrew Milgram
Title: Managing Partner of Marblegate Asset Management LLC
the Investment Manager of Marblegate Special Opportunities Master Fund LP
Date: 8/27/09