**Alan Rosenblum, Esq.**
Virginia Bar #19973
ROSENBLUM & ROSENBLUM, L.L.C.
228 South Washington Street, Suite 300
P. O. Box 320039
Alexandria, VA. 22320
Former local counsel for Paramount Home Entertainment, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

In re
CIRCUIT CITY STORES, INC., *et al.,*
    Debtors

                        Case No.: 08-35653-KRH
                        (Jointly Administered)
                        Chapter 11

### REQUEST FOR REMOVAL FROM CASE SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned former local counsel for Paramount Home Entertainment, Inc., hereby requests to be removed from all notice lists for all matters, which may come before the Court concerning the above captioned Debtors. The address for notice was as follows:

    **Alan Rosenblum, Esq.**
    Virginia Bar #19973
    ROSENBLUM & ROSENBLUM, L.L.C.
    228 South Washington Street, Suite 300
    P. O. Box 320039
    Alexandria, VA. 22320
    alan@rosenblumllc.com

      This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email, ECF noticing, or otherwise, which affects the Debtors or property of the Debtors.

September 22, 2009

/s/ *Alan Rosenblum*
**Alan Rosenblum, Esq.,VSB** #19973
ROSENBLUM & ROSENBLUM, L.L.C.
228 South Washington Street, Suite 300
P. O. Box 320039
Alexandria, VA. 22320
alan@rosenblumllc.com


# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, an electronic copy of the foregoing **REQUEST FOR REMOVAL FROM CASE SERVICE LISTS** was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et. al.* bankruptcy proceeding.

/s/ *Alan Rosenblum*
**Alan Rosenblum, Esq.,VSB** #19973