Kevin R. McCarthy, VSB 14273
MCCARTHY & WHITE PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia  22102
Tel:  (703) 770-9261
Fax: (703) 770-9266
krm@mccarthywhite.com

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CONTINUED PERFECTION OF LIEN

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that M & A Industrial Concrete, Inc. hereby perfects, under 11 U.S.C. § 546(b), its mechanics' lien in the amount of $37,925.97 for material furnished by M & A Industrial Concrete, Inc. on that real property commonly known as Circuit City Store No. 4228, 27610 Eucalyptus Avenue, Moreno Valley, California and legally described in the attached Mechanics' Lien and Builder's Sub-Contract Agreement, a true copy of which is

1005343.1

attached hereto as Exhibit A.  You are further notified that said creditor intends to enforce the lien to the fullest extent allowed by bankruptcy law and California state law.

Dated: September 23, 2009

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
MCCARTHY & WHITE, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia  22102
Tel: (703) 770-9261
Fax: (703) 770-9263
krm@mccarthywhite.com

Jill L. Johnson
Adorno Yoss Alvarado & Smith
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: 213-229-2400
Fax: 213-229-2499
jjohnson@adorno.com

Counsel for M & A Industrial Concrete, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September, 2009 a copy of the foregoing was sent to all persons on the Court's electronic filing distribution list in this case and by first class mail, postage prepaid, to the following:

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

**Alan J. Kornfeld**
**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**Gregg M. Galardi**
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

                                                /s/ Kevin R. McCarthy
                                                Kevin R. McCarthy