

Form 210A (10/06)

# United States Bankruptcy Court

_____Eastern_____ District Of __Virginia__

In re __Circuit City Stores, Inc.__    Case No. __08-35653-KRH__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Media Solutions Holdings, LLC__      __eReplacements__
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): __KCC #1078__
should be sent: c/o Jamie P. Dreher              Amount of Claim: __$127,681.00__
Downey Brand LLP                                 Date Claim Filed: __12/19/08__
621 Capitol Mall, 18th Fl.
Sacramento, CA 95814
Phone: __916-444-1000__                         Phone: __800-965-1180__
Last Four Digits of Acct #: __n/a__              Last Four Digits of Acct. #: __n/a__

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: __9/17/09__
    Transferee/Transferee's Agent
    Dan Ghammachi, Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# ORIGINAL

Form 210B (10/06)

# United States Bankruptcy Court

Eastern District Of Virginia

In re Circuit City Stores, Inc.    Case No. 08-35653-KRH

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

*KCC*

Claim No. *1078* (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| eReplacements | Media Solutions Holdings, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
5190 Neil Road, Suite 205
Reno, NY 89509

Address of Transferee:
c/o Jamie P. Dreher
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**