TO: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
701 EAST BROAD STREET
RICHMOND, VA. 23219

Re. CASE # 08-35653

TO: COURT CLERK WILLIAM C. REDDEN
ATTN: SUZANNE

Re: LETTER TO FRANKLIN WILSON
WEO-35809 0422-7 redacts 08-35653
FILING WITH BANKRUPTCY COURT
NOTICE OF INTENT TO REQUEST REDACTION

SIGNED:
*[signature]*
FRANKLIN S. WILSON