## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:

CIRCUIT CITY STORES, INC. et al

Case No. 08-35653   (KRH)

Chapter 11

### CITY OF FREDERICKSBURG'S RESPONSE TO DEBTORS' 37TH OMNIBUS OBJECTION TO CLAIMS AND REQUEST FOR ABSTENTION

COMES NOW the City of Fredericksburg, Virginia, by counsel, and files this Response to the Debtor's 37th Objection to Claims and Request for Abstention and in support thereof states as follows:

1.      The City of Fredericksburg is a city government in the Commonwealth of Virginia.  As part of its governmental functions, it assesses and collects taxes on a number of subjects including business personal property.

2.      The Debtors request this Court to determine the assessed value of their personal property in the City of Fredericksburg in their claim objection.  The Debtors contend that the property was overassessed, although the assessments were made based on the debtor's tax filings.

3.      The Debtors have failed to rebut the presumption of correctness of the assessment under Virginia law or presented any evidence to overcome the prima facie validity of the claim under 11 U.S.C. §502.

### This action should be dismissed as it is required to be filed as an adversary proceeding under Bankruptcy Rule 7001

4.      The Debtors herein are contesting the assessed valuation of certain personal

property located within the City.

5.      These ad valorem taxes constitute liens on the property being assessed and such liens arise on January 1 of each year, the tax valuation date.  Code of Virginia §581-3400, §58.1-3941.

6.      As the debtor seeks to reduce the value of the assessed property, it is, in fact, asking this Court to rule on the amount of taxes due which is the effective amount of the localities' lien.  Since this proceeding seeks to reduce the amount and extent of the City's liens, it must be filed as an adversary proceeding pursuant to Bankruptcy Rule 7001.

<u>This Court should abstain from determining the local tax assessments as it will upset the
required uniformity of tax assessments in violation of the Virginia Constitution</u>

7.      Pursuant to 28 U.S.C. 1334 (c)(1), the City respectfully request this Court to abstain from the determination of the proper assessed values for the property in question as such determination is extremely fact specific and such determination has the potential to undermine the uniformity of assessment, as required by the Virginia State Constitution. (Article X, § 1)

8.      While the courts recognize that abstention should only be used in exceptional circumstances, it has been used in tax issues where the uniformity of assessment is an issue.  *Metromedia Fiber Network, Inc. v. Various State and Local Taxing Auth*, 299 B.R. 251, 281 (Bankr.S.D.N.Y.2003)

9.      Courts have previously considered the requests of taxing authorities to abstain from determining tax assessments under §505 and has used a six factor test to determine if it should abstain:

    These factors include: 1) the complexity of the tax issue; 2) the need to administer the bankruptcy case in an orderly and efficient manner; 3) the burden on the bankruptcy court's docket; 4) the length of time required for

trial and decision; 5) the asset and liability structure of the debtor; 6) the prejudice to the debtor and the potential prejudice to the taxing authority.

*In re ANC Rental Corp.*, 316 B.R. 153, 159 (Bankr.Del. 2004) citing *In re Beisel,* 195 B.R. 378, 380 (Bankr.S.D.Ohio, 1996).

10.     The determination of local tax assessments is extremely complex and extensively fact intensive.  Each local jurisdiction has its own taxing methodology which can differ significantly from that of its neighbor.  The Debtors purport to arrive at a fair market valuation systematically without taking into account the specific local nature of the taxes.

11.     If this Court were to decide and determine these tax liabilities, it would have to evaluate each of the taxing authorities' taxing schemes, in Virginia and throughout the country, including, among other factors, physical inspection cycles, rules for capitalization of personal property assets, classification and categorization of assets and varying deprecation schedules for different asset types.

12.     "Local property taxation is inherently and quintessentially local in the sense that a fair allocation of the cost of government amongst the universe of local taxpayers is and must be a product of local political, legislative, executive and administrative decision-making...The fundamental objective of taxation at the state and local level must be to apportion the tax burden equitably in accordance with the local political decision-making process. Nothing in the Constitution or the Bankruptcy Code entitles a debtor to uniform property tax determinations in differing tax jurisdictions, and nothing in federal law entitles the federal courts to impose uniform taxation schemes or methodologies on state and local governments."  *Metromedia Fiber Network, Inc. v. Various State and Local Taxing Auth*, 299 B.R. at 281.

13.     These determinations would also place a heavy burden on the Court's docket, potentially requiring the determination of hundreds (if not thousands) of local

tax assessments each with their own assessment schema. Complex and fact intensive litigation of this nature would most likely hinder the orderly and efficient administration of the case as the time to try each of these matters would require specific evidence of the particular taxing and assessment methodology employed in each local jurisdiction, the determination of the property or assets that constitute the assessment and the proper valuation of each of those assets under the particular local taxing scheme under the dictates of State law. Such a hearing would require expert testimony on the proper valuation of these assets.

14.     While the Virginia Constitution requires that all tangible personal property be assessed at fair market value; Constitution of Virginia, Article X, §2, where it is "impossible or impractical to enforce both he standard of true value and the standard of uniformity and equality, the latter provision is to be preferred as the just and ultimate end to be attained". *R. Cross v. City of Newport News*, 217 Va. 202, 207 (1976).

15.     "In the context of section 505, abstention is often used where uniformity of assessment is an issue." *ANC Rental Corp.* 316 B.R. at 159*; Metromedia,* 299 B.R. at 281. "Ad Valorem property taxation is governed by local law, and there is compelling local interest in "uniformity of assessment" in fairly allocating the local tax burden." *Metromedia,* 299 B.R. at 281.

16.     The Debtors' Objection to Claims fundamentally ignores the local nature of the property tax assessments and requests this Court to apply uniform valuations across localities and States. This Court should recognize the local nature of local property tax assessment and abstain from determining the local property tax liabilities in this matter.

WHEREFORE, the City of Fredericksburg, Virginia requests that this Court abstain from the determination of the tax liabilities in this case, or dismiss the Objection as requiring an adversary proceeding, and for such other relief as the Court deems appropriate.

Respectfully submitted,

CITY OF FREDERICKSBURG, VIRGINIA

__/s/Jeffrey A. Scharf_____
Jeffrey Scharf
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
(703) 425-7751
FAX: (804) 545-2342
jeff@taxva.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Response to the Debtor's 37th Omnibus Objection to Claims and Request for Abstention was sent via ECF to the counsel for the debtors, the US Trustee and all parties requesting electronic notice:

Robin S. Abramowitz on behalf of Creditor  Bond Circuit VIII Delaware Business Trust
abramowitz@larypc.com

Angela Sheffler Abreu on behalf of Creditor  PNY Technologies, Inc.
aabreu@mccarter.com,  rowan20@excite.com

Benjamin C. Ackerly on behalf of Creditor  COMSYS Information Technology Services, Inc. and COMSYS Services, LLC
backerly@hunton.com,  cloving@hunton.com

Christopher M. Alston on behalf of Creditor  507 Northgate LLC
alstc@foster.com,  laboj@foster.com

Mark K. Ames on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
mames777@yahoo.com

Heather Lynn Anderson on behalf of Creditor  State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

Tara B. Annweiler on behalf of Creditor  American National Insurance Company
tannweiler@greerherz.com

Henry P. Baer on behalf of Creditor  Bell'O International Corp.
CSommer@fdh.com,  csommer@fdh.com

Peter  Barrett on behalf of Creditor  Cole CC Groveland FL, LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com

Raymond William Battaglia on behalf of Creditor  Miner Corporation
rbattaglia@obht.com

Philip C. Baxa on behalf of Creditor  Dicker-Warmington Properties
phil.baxa@mercertrigiani.com,  liz.camp@mercertrigiani.com

Christopher R. Belmonte on behalf of Creditor  International Business Machines Corporation
cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com

Paula S. Beran on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
pberan@tb-lawfirm.com,  dleadbeater@tb-lawfirm.com;stavenner@tb-
lawfirm.com;jsnyder@tb-lawfirm.com

Jason B. Binford on behalf of Creditor  BB Fonds International 1 USA, L.P.
jason.binford@haynesboone.com

Ron C. Bingham on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction,
Inc.
rbingham@stites.com,  dclayton@stites.com

Patrick M. Birney on behalf of Creditor  Schimenti Construction Company LLC
pbirney@rc.com,  jcarrion@rc.com

Paul M. Black on behalf of Creditor  Sony Pictures Home Entertainment Inc.
pblack@spilmanlaw.com,  cquesenberry@spilmanlaw.com

Daniel F. Blanks on behalf of Debtor  Abbott Advertising Agency, Inc.
dblanks@mcguirewoods.com

Paul S. Bliley on behalf of Creditor  1890 Ranch, Ltd.
pbliley@williamsmullen.com,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm on behalf of Debtor  Abbott Advertising Agency, Inc.
sboehm@mcguirewoods.com,  kcain@mcguirewoods.com

Wanda  Borges on behalf of Creditor  Sharp Electronics Corporation
borgeslawfirm@aol.com

Anne Elizabeth Braucher on behalf of Creditor  DL Peterson Trust, as Assignee of PHH
Vehicle Management Services, LLC
anne.braucher@gmail.com

James J. Briody on behalf of Creditor  Johnson City Crossing, L.P.
jim.briody@sablaw.com,  kim.smith@sablaw.com

William A. Broscious on behalf of Attorney  Kepley Broscious & Biggs, PLC
wbroscious@kbbplc.com

Timothy Francis Brown on behalf of Creditor  13630 Victory Boulevard, LLC
brownt@arentfox.com,  giaimo.christopher@arentfox.com

Martin A. Brown on behalf of Creditor  Express Services, Inc.
martin.brown@lawokc.com

Steven L. Brown on behalf of Creditor  Walter E. Hartman & Sally J. Hartman, as
Trustee of the Hartman 1995 Ohio Property
brown@wolriv.com,  bankruptcy@wolriv.com

Mark E. Browning on behalf of Creditor  Texas Comptroller of Public Accounts
bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

Andrew M. Brumby on behalf of Creditor  Cameron Group Associates LLP
abrumby@shutts-law.com,  rhicks@shutts-law.com

Kristen E. Burgers on behalf of Creditor  CWCapital Asset Management LLC
keburgers@venable.com

William A. Burnett on behalf of Creditor  Burbank Mall Associates, LLC
aburnett@williamsmullen.com

Marc A. Busman on behalf of Plaintiff Marlon Mondragon
mbusman@busmanandbusman.com

Aaron R. Cahn on behalf of Unknown  Reliance Figueroa Associates, L.P.
cahn@clm.com

Paul K. Campsen on behalf of Creditor  Crossways Financial Associates, LLC
pkcampsen@kaufcan.com

Robert A. Canfield on behalf of Creditor Cornella Beverly
bcanfield@canfieldbaer.com,
sstanley@canfieldbaer.com;hivey@canfieldbaer.com;bhochfelder@canfieldbaer.com

Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
jlerner@whitecase.com,jrubalcava@whitecase.com

William H. Casterline on behalf of Creditor  ACCO Brands Corporation
wcasterlinejr@blankeith.com,  bford@bklawva.com

Jeffrey  Chang on behalf of Creditor  ACCO Brands Corporation
jchang@wildman.com

Eugene  Chang on behalf of Creditor  TKG Coffee Tree, L.P.
echang@steinlubin.com

Wm. Joseph A. Charboneau on behalf of Creditor  Los Angeles et al.
jcharboneau@mfgs.com,  lcopenhaver@mfgs.com

Sara L. Chenetz on behalf of Creditor  Sony Pictures Entertainment Inc.
schenetz@sonnenschein.com

Dominic L. Chiariello on behalf of Creditor Donovan Dunwell
dc@chiariello.com

Charles W. Chotvacs on behalf of Creditor  Bear Valley Road Partners LLC
cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello on behalf of Creditor  Loop West, LLC, by its Managing Agent The
Wilder Companies, Ltd.
acichello@kb-law.com

  City of Newport News, Virginia
jdurant@nngov.com

Darrell William Clark on behalf of Creditor  Waste Management, Inc.
dclark@stinson.com,  cscott@stinson.com

James E. Clarke on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com

Tiffany Strelow Cobb on behalf of Creditor  AOL LLC
tscobb@vorys.com,  cdfricke@vorys.com

Andrew Lynch Cole on behalf of Interested Party  Faber Bros., Inc.
acole@fandpnet.com

Ken  Coleman on behalf of Interested Party  Alvarez & Marsal Canada, ULC
Ken.Coleman@allenovery.com,  amelie.baudot@allenovery.com

Michael A. Condyles on behalf of Creditor  Bank One Delaware, National Association
n/k/a Chase Bank, USA
michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

Mark B. Conlan on behalf of Creditor  Bond Circuit IV Delaware Business Trust
mconlan@gibbonslaw.com

Andrew S. Conway on behalf of Creditor  Taubman Landlords
aconway@taubman.com

Eric C. Cotton on behalf of Creditor  Developers Diversified Realty Corporation
hsmith@ddr.com

Robert K. Coulter on behalf of Creditor  United States of America
robert.coulter@usdoj.gov,
sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox on behalf of Creditor  610 & San Felipe, Inc.
dcox@jackscamp.com,  phaynes@jackscamp.com;dstewart@jackscamp.com

John M. Craig on behalf of Creditor  American Electric Power
johncraigg@aol.com,  russj4478@aol.com

Catherine Elizabeth Creely on behalf of Creditor  CIM/Birch St., Inc.
ccreely@akingump.com,  bpatrick@akingump.com

William C. Crenshaw on behalf of Creditor  Gould Livermore LLC

bill.crenshaw@bryancave.com,
michelle.mcmahon@bryancave.com;tammy.scott@akerman.com

Paul McCourt Curley on behalf of Creditor  Carrollton Arms, LLC
pcurley@canfieldbaer.com,  tchilders@canfieldbaer.com

Heather D. Dawson on behalf of Creditor  Westgate Village, LP
hdawson@kkgpc.com,  scarlberg@kkgpc.com;kculpin@kkgpc.com

Gilbert D. Dean on behalf of Interested Party  Faber Bros., Inc.
ddean@coleschotz.com,  jdonaghy@coleschotz.com

Christopher M. Desiderio on behalf of Creditor  Greystone Data Systems, Inc.
cdesiderio@nixonpeabody.com

Deborah H. Devan on behalf of Creditor  CC Indianapolis 98, CC Jackson 98, CC
Harper Woods 98, CC Green Bay 98, CC East Lansing 98
dhd@nqgrg.com

Jaime Sue Dibble on behalf of Interested Party  Garmin International, Inc.
jdibble@stinson.com,  lbigus@stinson.com

Louis E. Dolan on behalf of Creditor  California Self-Insurers' Security Fund
ldolan@nixonpeabody.com,  was.managing.clerk@nixonpeabody.com

Jennifer V. Doran on behalf of Creditor  DeMatteo Management, Inc.
jdoran@haslaw.com

Seth A. Drucker on behalf of Creditor  McKinley, Inc.
sdrucker@honigman.com

Joseph M. DuRant on behalf of Creditor  City of Newport News, Virginia
jdurant@nngov.com

Ronald G. Dunn on behalf of Creditor Savitri Cohen
bstasiak@gdwo.net

Robert A. Dybing on behalf of Creditor  International Business Machines Corporation
rdybing@t-mlaw.com,  pfemiani@t-mlaw.com

Sara B. Eagle on behalf of Creditor  Pension Benefit Guaranty Corporation
eagle.sara@pbgc.gov,  efile@pbgc.gov

Carl A. Eason on behalf of Creditor  The Columbus Dispatch
bankruptcy@wolriv.com

Robert C. Edmundson on behalf of Creditor  Office of Attorney General, Pennsylvania
Department of Revenue
redmundson@attorneygeneral.gov

Elizabeth A. Elam on behalf of Creditor  City of Southlake, Texas

betsyelam@toase.com,  wtaylor@toase.com;cfickes@toase.com;kkalos@toase.com

Tara L. Elgie on behalf of Creditor  Schimenti Construction Company LLC
telgie@hunton.com

Bradford F. Englander on behalf of Creditor  Alliance Entertainment Corporation
benglander@wtplaw.com,  bnestor@wtplaw.com;wbatres@wtplaw.com

Augustus C. Epps on behalf of Creditor  1030 W. North Ave. Bldg. LLC
aepps@cblaw.com,  lthompson@cblaw.com

David J. Ervin on behalf of Creditor  Ashkenazy Management Corp.
dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com

Belkys  Escobar on behalf of Creditor  County of Loudoun, VA
Belkys.Escobar@loudoun.gov,
Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

K. Stewart Evans on behalf of Interested Party  Longacre Opportunity Fund, L.P.
evansks@pepperlaw.com,  brakeg@pepperlaw.com

Michael P. Falzone on behalf of Creditor  502-12 86th Street LLC
mfalzone@hf-law.com,  stoboz@hf-law.com

Robert J. Feinstein on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
jfiero@pszjlaw.com

Douglas M. Foley on behalf of Debtor  Abbott Advertising Agency, Inc.
dfoley@mcguirewoods.com

Christine McAteer Ford on behalf of Creditor Ada Alicea
cford@mdpcelaw.com

Gina M Fornario on behalf of Creditor  California Self-Insurers' Security Fund
gfornario@nixonpeabody.com,
klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Jeremy S. Friedberg on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@llff.com

Jeremy S. Friedberg on behalf of Creditor  Toshiba America Information Systems, Inc.
jsf@llff.com,  ecf@llff.com;gordon.young@llff.com

Mark J. Friedman on behalf of Attorney Mark Friedman
mark.friedman@dlapiper.com

Ellen A. Friedman on behalf of Creditor  Hewlett Packard Company
efriedman@friedumspring.com,  ramona.neal@hp.com;ken.higman@hp.com

Gary V. Fulghum on behalf of Creditor  Hillson Electric Incorporated
gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com

Karen L. Gilman on behalf of Creditor  Toys R Us - Delaware, Inc.
KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer on behalf of Creditor  Citrus Park CC, LLC
glanzer@rlglegal.com,  mozelle@rlglegal.com

Brad R. Godshall on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
bgodshall@pszjlaw.com

Douglas R. Gonzales on behalf of Creditor  City of Homestead, Florida
dgonzales@wsh-law.com

Anitra D. Goodman Royster on behalf of Creditor  Connexion Technologies
anitra.royster@nelsonmullins.com,
betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelso
nmullins.com

Kimbell D. Gourley on behalf of Creditor  Engineered Structures, Inc.
kgourley@idalaw.com,  sprescott@idalaw.com

Garry M. Graber on behalf of Interested Party  Manufacturers & Traders Trust
Company, as Trustee
GGraber@HodgsonRuss.com,
dpiazza@hodgsonruss.com;ncalderon@hodgsonruss.com

Jeffrey J. Graham on behalf of Creditor  Greenwood Point, LP
jgraham@taftlaw.com,
dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

William A. Gray on behalf of Creditor  A.D.D. Holdings, L.P.
bgray@sandsanderson.com,
lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.c
om;mburns@sandsanderson.com

William F. Gray on behalf of Creditor  Triangle Equities Junction LLC
wgray@torys.com,  tmartin@torys.com

Peter A. Greenburg on behalf of Creditor  Premier Resources, LLC
pgreenburg@aol.com

Steven H. Greenfeld on behalf of Creditor  Becker Trust LLC
steveng@cohenbaldinger.com

David A. Greer on behalf of Creditor  Pan Am Equities

dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com

Elizabeth L. Gunn on behalf of Creditor  Hewlett Packard Company
egunn@durrettebradshaw.com,  sryan@durrettebradshaw.com

Richard E. Hagerty on behalf of Attorney  Troutman Sanders LLP
richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne
@troutmansanders.com

Jerry Lane Hall on behalf of Creditor  National Retail Properties, Inc.
jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com

Aaron L. Hammer on behalf of Creditor  National Product Care Company
ahammer@freebornpeters.com

Gina Baker Hantel on behalf of Creditor  Tennessee Dept. Of Revenue
agbankcal@ag.tn.gov

Michael E. Hastings on behalf of Creditor  Eastern Security Corp.
michael.hastings@leclairryan.com,  tonya.whitt@leclairryan.com

David Emmett Hawkins on behalf of Creditor  Archon Group, L.P.
dhawkins@velaw.com

Dion W. Hayes on behalf of Debtor  Abbott Advertising Agency, Inc.
dhayes@mcguirewoods.com

Melissa S. Hayward on behalf of Creditor  Home Depot USA, Inc.
mhayward@lockelord.com

Andrew H. Herrick on behalf of Creditor  County of Albemarle
aherrick@albemarle.org

William  Heuer on behalf of Transferee  Korea Export Insurance Corporation
wheuer@duanemorris.com

Robert B. Hill on behalf of Creditor  Columbia Plaza Joint Venture
kcummins@hillrainey.com

John E. Hilton on behalf of Creditor  Thirty & 141, L.P.
jeh@carmodymacdonald.com

Matthew E. Hoffman on behalf of Creditor  Audiovox Corporation
mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper on behalf of Creditor  Rio Associates Limited Partnership
ddhopper@chlhf.com,  scilino@chlhf.com

Brian D. Huben on behalf of Creditor  Cousins Properties Incorporated

brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.c
om

Lisa Taylor Hudson on behalf of Creditor  A.D.D. Holdings, L.P.
lhudson@sandsanderson.com

Peter C. Hughes on behalf of Creditor  553 Retail, LLC
phughes@dilworthlaw.com

F. Marion Hughes on behalf of Creditor  CAP Brunswick, LLC
marion.hughes@smithmoorelaw.com

Jessica Regan Hughes on behalf of Interested Party  AmCap Arborland LLC
jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com

Martha E. Hulley on behalf of Creditor  Benenson Capital Company
martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com;deborah.sharpe@lec
lairryan.com

Richard Iain Hutson on behalf of Creditor  Caribbean Display & Construction, Inc.
rhutson@fullertonlaw.com

Alexander Xavier Jackins on behalf of Creditor  Engineered Structures, Inc.
ajackins@seyfarth.com

Thomas Neal Jamerson on behalf of Creditor  Galleria Plaza, Ltd.
tjamerson@hunton.com,  tomjam2003@yahoo.com

Russell R. Johnson on behalf of Creditor  Averatec/Trigem USA
russ4478@aol.com

Christopher A. Jones on behalf of Creditor  Annapolis Plaza LLC
cajones@wtplaw.com,  wbatres@wtplaw.com

Nathan  Jones on behalf of Creditor  US Debt Recovery III, LP
heather@usdrllc.com

Dexter D. Joyner on behalf of Creditor  Pasadena Independent School District
caaustin@comcast.net

Gary M. Kaplan on behalf of Creditor  ELL MCKEE LLC
gmkaplan@howardrice.com

Douglas D. Kappler on behalf of Creditor  Watercress Associates, LP, LLP dba
Pearlridge Center
dkappler@rdwlawcorp.com

Lawrence Allen Katz on behalf of Creditor  Morgan Hill Retail Venture, LP
lakatz@venable.com

Adam K. Keith on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
akeith@honigman.com,  tsable@honigman.com

Gerald P. Kennedy on behalf of Attorney  Plaza Las Palmas, LLC
gpk@procopio.com

Brian F. Kenney on behalf of Creditor  44 North Properties, LLC
bkenney@milesstockbridge.com

Erin Elizabeth Kessel on behalf of Creditor  Cleveland Construction, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spotts
fain.com;eanderson@spottsfain.com

Thomas G. King on behalf of Creditor  Southland Acquisitions, LLC
tking@kech.com,  dholmgren@kech.com

Jeffrey E. Klusmeier on behalf of Creditor  Missouri Attorney General's Office
Jeff.Klusmeier@ago.mo.gov

Kurt M. Kobiljak on behalf of Creditor  City of Taylor Michigan
kkobi@aol.com

Michael S. Kogan on behalf of Creditor  Ditan Distribution LLC
mkogan@ecjlaw.com,  rfraire@ecjlaw.com

Charles Gideon Korrell on behalf of Creditor  Hoprock Limonite, LLC
gkorrell@dl.com

Leonidas  Koutsouftikis on behalf of Creditor  Washington Real Estate Investment Trust
lkouts@magruderpc.com,  mcook@magruderpc.com

Darryl S. Laddin on behalf of Creditor  Verizon Communications Inc.
bkrfilings@agg.com

Kevin A. Lake on behalf of Creditor  Belkin International
klake@vanblk.com,  lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com

John J. Lamoureux on behalf of Creditor  Amore Construction Company
jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg on behalf of Creditor  Eagleridge Associates, LLC
ilandsberg@lm-lawyers.com

Jennifer  Langan on behalf of Creditor  Pennsylvania State Treasurer
jlangan@patreasury.org

Stephen E. Leach on behalf of Creditor  Children's Discovery Centers of America, Inc.
sleach@ltblaw.com,  ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com

Richard E. Lear on behalf of Creditor  CapTech Ventures, Inc.
richard.lear@hklaw.com,  kimi.odonnell@hklaw.com

Robert L. Lehane on behalf of Creditor  AAC Management Corp.
rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com

Stephen K. Lehnardt on behalf of Creditor  3725 Airport Boulevard, LP
skleh@lehnardt-law.com

Justin D. Leonard on behalf of Creditor  Andrews Electronics
jleonard@balljanik.com

Fredrick J. Levy on behalf of Creditor  Bush Industries, Inc.
fjlevy@olshanlaw.com,  mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski on behalf of Creditor  Tritronics, Inc.
dtlewand@kaufcan.com

Arthur  Lindquist-Kleissler on behalf of Creditor  Millman 2000 Charitable Trust
arthurlindquistkleissler@msn.com

James V. Lombardi on behalf of Creditor  AmREIT, a Texas real estate investment trust
jvlombardi@rossbanks.com

Henry Pollard Long on behalf of Creditor  Cypress/CC Marion I, L.P.
hlong@hunton.com

John E. Lucian on behalf of Creditor  Cellco Partnership d/b/a Verizon Wireless
lucian@blankrome.com

Donald K. Ludman on behalf of Creditor  SAP Retail Inc. and Business Objects
dludman@brownconnery.com

Christine D. Lynch on behalf of Creditor  E&A Northeast Limited Partnership
clynch@goulstonstorrs.com

Joel T. Marker on behalf of Creditor  Ammon Properties, LC
joel@mbt-law.com

Jeremy W. Martin on behalf of Creditor  Escambia County Tax Collector
jeremymartin@lawmh.com,  lthompson@lawmh.com;sgardener@law.mh.com

Richard M. Maseles on behalf of Creditor  Missouri Department of Revenue
edvaecf@dor.mo.gov

Gary E. Mason on behalf of Plaintiff Marlon Mondragon
gmason@masonlawdc.com

Bruce H. Matson on behalf of Creditor  Bank of America, N.A., as Agent
bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

David McCall on behalf of Creditor City of Garland Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

Kevin R. McCarthy on behalf of Creditor Baltimore Gas and Electric Company
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com

Michael Keith McCrory on behalf of Creditor Klipsch, LLC
mmcrory@btlaw.com

Neil E. McCullagh on behalf of Creditor Chino South Retail PG, LLC
nmccullagh@spottsfain.com, jstern@spottsfain.com

W. Clarkson McDow, Jr.
USTPRegion04.RH.ECF@usdoj.gov

David R. McFarlin on behalf of Creditor Alexander H Bobinski, as Trustee under Trust
No. 1001
dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com

Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc.
annemarie.mcgavin@bipc.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Robert P. McIntosh on behalf of Creditor United States of America
Robert.McIntosh@usdoj.gov

John D. McIntyre on behalf of Creditor Carnegie Management and Development
Corporation
jmcintyre@wilsav.com, wedwards@wilsav.com

John G. McJunkin on behalf of Creditor 120 Orchard LLC
jmcjunkin@mckennalong.com, sparson@mckennalong.com

Jennifer McLain McLemore on behalf of Creditor 1030 W. North Ave. Bldg. LLC
jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger on behalf of Creditor Ricmac Equities Corporation
admin@meiburgerlaw.com

Stephen A. Metz on behalf of Creditor Saul Holdings Limited Partnership
smetz@shulmanrogers.com

C. Christopher Meyer on behalf of Creditor Photoco, Inc.
cmeyer@ssd.com

Kalina Boyanova Miller on behalf of Creditor First Industrial Realty Trust, Inc.
kmiller@wileyrein.com, rours@wileyrein.com

Stephan William Milo on behalf of Creditor THF Chesterfield Two Development, L.L.C.
smilo@wawlaw.com,
hvanlear@wawlaw.com;jjohnson@wawlaw.com;khunter@wawlaw.com;KRichman@wa
wlaw.com;wlevin@wawlaw.com

Satchidananda Mims
smims21@hotmail.com

Malcolm M. Mitchell on behalf of Creditor AOL LLC
mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a
Empire Blue Cross Blue Shield
bankruptcy@morrisoncohen.com

Denise S. Mondell on behalf of Creditor State of Connecticut, Departments of Labor
and Revenue Services
denise.mondell@po.state.ct.us

Valerie P. Morrison on behalf of Creditor Daly City Partners I, L.P
vmorrison@wileyrein.com, rours@wileyrein.com

Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership
mmueller@cblaw.com, avaughn@cblaw.com

Mona M. Murphy on behalf of Creditor Samsung Electronics America, Inc.
mona.murphy@akerman.com, tammy.scott@akerman.com;joan.levit@akerman.com

Thomas Francis Murphy on behalf of Creditor Robert E. Greenberg Gateway Woodside,
Inc.
tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com

Linda Lemmon Najjoum on behalf of Interested Party Food Lion LLC
lnajjoum@hunton.com

Steven H. Newman on behalf of Creditor 502-12 86th Street LLC
snewman@katskykorins.com

Kevin M. Newman on behalf of Creditor Cameron Bayonne, LLC
knewman@menterlaw.com

Alan Michael Noskow on behalf of Creditor CC Plaza Joint Venture, LLP
anoskow@pattonboggs.com, tbryan@pattonboggs.com

Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc.
nowak@marcus-shapira.com

Michael John O'Grady on behalf of Creditor  Convergys Customer Management Group Inc.
mjogrady@fbtlaw.com,  ahammerle@fbtlaw.com

Samuel S. Oh on behalf of Creditor  Averatec/Trigem USA
sam.oh@limruger.com

Tracey Michelle Ohm on behalf of Creditor  Waste Management, Inc.
tohm@stinson.com

Mary E. Olden on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
molden@mhalaw.com,  akauba@mhalaw.com

Laura  Otenti on behalf of Interested Party  Salem Rockingham LLC
lotenti@pbl.com

Ronald Allen Page on behalf of Creditor  Cormark, Inc.
rpage@cantorarkema.com

Craig M. Palik on behalf of Creditor  Bond Circuit IV Delaware Business Trust
cpalik@yahoo.com,  cpalik@mhlawyers.com

R. Chase Palmer on behalf of Creditor Dennis Morgan
cpalmerplf@gmail.com

Min  Park on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
mpark@cblh.com

Paul J. Pascuzzi on behalf of Creditor  Belleville News-Democrat
ppascuzzi@ffwplaw.com

Peter M. Pearl on behalf of Creditor  PrattCenter, LLC
ppearl@sandsanderson.com

Frank T. Pepler on behalf of Creditor  Morgan Hill Retail Venture, LP
fpepler@peplermastromonaco.com

Christopher L. Perkins on behalf of Attorney  LeClair Ryan, A Professional Corporation
christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com

Rhett E. Petcher on behalf of Creditor  Engineered Structures, Inc.
rpetcher@seyfarth.com

Loc  Pfeiffer on behalf of Creditor  Schottenstein Property Group, Inc.
loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com

Kimberly A. Pierro on behalf of Creditor  CBL & Associates Management, Inc.
kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.
com;michael.condyles@kutakrock.com

David M. Poitras on behalf of Interested Party  THQ, Inc.
dmp@jmbm.com

Jeffrey N. Pomerantz on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
jpomerantz@pszjlaw.com

Courtney E. Pozmantier on behalf of Creditor  Paramount Home Entertainment
cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com

Raymond  Pring on behalf of Creditor Laura Scannell
rpring@pringlaw.com

Julie Ann Quagliano on behalf of Creditor  AT&T
quagliano@quagseeg.com,  belcher@quagseeg.com

Albert F. Quintrall on behalf of Creditor  Wayne-Dalton Corp.
a.quintrall@quintrall.com

William H. Ramsey on behalf of Creditor  State of Wisconsin - Office of the State
Treasurer
ramseywh@doj.state.wi.us,  gurholtks@doj.state.wi.us

Victoria A. Reardon on behalf of Creditor  State of Michigan, Department of Treasury
reardonv@michigan.gov,  jacksonst@michigan.gov

Michael  Reed on behalf of Creditor  Williamson County et al
othercourts@mvbalaw.com

Linda Dianne Regenhardt on behalf of Creditor  D-Link Systems, Inc.
lregenhardt@garyreg.com,  jtadlock@garyreg.com;cmarchant@garyreg.com

Thomas W. Repczynski on behalf of Creditor  Graphic Communications, Inc.
trepczynski@beankinney.com,  bsockwell@beankinney.com

Matthew  Righetti on behalf of Creditor Jack Hernandez
matt@righettilaw.com,  erin@righettilaw.com

Fred B. Ringel on behalf of Creditor  F&M Properties, Inc.
fbr@robinsonbrog.com

Philip M. Roberts on behalf of Creditor  CDB Falcon Sunland Plaza, LP
mroberts@bdlaw.org

Terri A. Roberts on behalf of Creditor  Pima County
pcaocvbk@pcao.pima.gov

James H. Rollins on behalf of Creditor  Plaza Las Americas, Inc.
jim.rollins@hklaw.com,  avis.francis@hklaw.com

Martha E. Romero on behalf of Creditor  Riverside County California
romero@mromerolawfirm.com

Jeremy Brian Root on behalf of Creditor  ACCO Brands Corporation
jroot@bklawva.com,  tmartin@bklawva.com

Alan  Rosenblum on behalf of Creditor  Paramount Home Entertainment Inc
alan@rosenblumllc.com,  lynn@rosenblumllc.com

Edward L. Rothberg on behalf of Creditor  Circuit Sports, L.P.
erothberg@wkpz.com

David R. Ruby on behalf of Creditor  Holyoke Crossing Limited Partnership II
druby@mcsweeneycrump.com,
bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneyc
rump.com

Michael F. Ruggio on behalf of Creditor  MD-GSI Associates
mruggio@polsinelli.com,
cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com

Eric Christopher Rusnak on behalf of Creditor  Microsoft Corporation
eric.rusnak@klgates.com,  klgatesbankruptcy@klgates.com

Jeremy W. Ryan on behalf of Creditor  FR E2 Property Holding, L.P.
jryan@saul.com

Denyse  Sabagh on behalf of Creditor  Audiovox Corporation
dsabagh@duanemorris.com

Travis Aaron Sabalewski on behalf of Creditor  IKON Office Solutions, Inc.
tsabalewski@reedsmith.com,  shicks@reedsmith.com

Michael J. Sage on behalf of Creditor  Pan Am Equities
msage@omm.com,  kzeldman@omm.com

Rebecca L. Saitta on behalf of Creditor  Bond C.C. I Delaware Business Trust
rsaitta@wileyrein.com,  rours@wileyrein.com

Troy  Savenko on behalf of Creditor  Ada Alicea, on behalf of herself and all others
similarly situated
tsavenko@gregkaplaw.com,  nferenbach@gregkaplaw.com

Jeffrey  Scharf on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
jeff@taxva.com,  tacspc@gmail.com

Nancy R. Schlichting on behalf of Creditor  Antor Media Corporation

nschlichting@kolawfirm.com,  bshmidheiser@kolawfirm.com;mhall@kolawfirm.com

Ann E. Schmitt on behalf of Attorney Ann Schmitt
aschmitt@culbert-schmitt.com

William H. Schwarzschild on behalf of Creditor  DIRECTV, Inc.
tschwarz@williamsmullen.com

Douglas  Scott on behalf of Creditor  PULASKI COUNTY TREASURER
BankruptcyCounsel@gmail.com

Sheila L. Shadmand on behalf of Creditor  Ventura In Manhattan, Inc.
slshadmand@jonesday.com

Gilbert D. Sigala on behalf of Creditor John Batioff
sigalaw1@aol.com

Glenn H. Silver on behalf of Creditor  CC Joilet Trust
ctbghs@aol.com

Jesse  Silverman on behalf of Creditor  Bear Valley Road Partners LLC
silvermanj@ballardspahr.com,  pollack@ballardspahr.com

Kevin L. Sink on behalf of Creditor  Glenmoor Limited Partnership
ksink@nichollscrampton.com

John Ronald Smith on behalf of Creditor  Panasonic Corporation of North America
jrsmith@hunton.com

Eric J. Snyder on behalf of Creditor  Condan Enterprises LLC
esnyder@sillerwilk.com

Rhysa Griffith South on behalf of Creditor  Henrico County, Virginia
sou06@co.henrico.va.us

Aryeh E. Stein on behalf of Creditor  Annapolis Plaza LLC
astein@wtplaw.com

Richard F. Stein on behalf of Creditor  Internal Revenue Service
richard.f.stein@irscounsel.treas.gov

Peter E. Strniste on behalf of Creditor  Schimenti Construction Company LLC
pstrniste@rc.com,  kcooper@rc.com

Mark  Stromberg on behalf of Creditor  CDB Falcon Sunland Plaza, LP
mark@stromberglawfirm.com,
sschild@stromberglawfirm.com;kiacaboni@stromberglawfirm.com

Lisa P. Sumner on behalf of Creditor  Compass Group U.S.A. Inc.
lsumner@poyners.com,  cjeckel@poyners.com

Courtney R. Sydnor on behalf of Interested Party  99 Cents Only Stores
csydnor@shulmanrogers.com, lsmith@shulmanrogers.com

Jeffrey L. Tarkenton on behalf of Creditor  Acer American Holdings Corp.
jtarkenton@wcsr.com, toross@wcsr.com

Lynn L. Tavenner on behalf of Creditor Committee  Official Committee of Unsecured
Creditors
ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-
lawfirm.com;stavenner@tb-lawfirm.com

Mark D. Taylor on behalf of Creditor  Triangle Equities Junction LLC
mataylor@kilpatrickstockton.com

Robert D. Tepper on behalf of Creditor  CP Management Corp. as agent for Orland
Towne Center, L.L.C.
rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry on behalf of Creditor  Hewlett Packard Company
rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Lucy L. Thomson
lthomson2@csc.com

Dylan G. Trache on behalf of Creditor  LG Electronics USA, Inc.
dtrache@wileyrein.com, rours@wileyrein.com

Suzanne J. Trowbridge on behalf of Creditor  601 Plaza LLC
sjt@goodwingoodwin.com

Ronald M. Tucker on behalf of Creditor  Simon Property Group, Inc.
rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.co
m,dgrimes@simon.com

Robert B. Van Arsdale on behalf of U.S. Trustee W. McDow, Jr.
Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

John P. Van Beek on behalf of Creditor  Sacco of Maine, LLC
jvanbeek@ygvb.com,
awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com

James G. Verrillo on behalf of Creditor  444 Connecticut Avenue, LLC, Store #3690
jverrillo@zeislaw.com

Madeleine C. Wanlsee on behalf of Interested Party Madeleine Wanslee
mwanslee@gustlaw.com, rstein@gustlaw.com

Mitchell B. Weitzman on behalf of Creditor  Madison Waldorf, LLC
mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West on behalf of Creditor  Entergy Arkansas, Inc.
jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spott
sfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com

Robert S. Westermann on behalf of Creditor  COMSYS Information Technology
Services, Inc. and COMSYS Services, LLC
rwestermann@hf-law.com,  sharris@hf-law.com

David B. Wheeler on behalf of Creditor  South Carolina Electric & Gas Company and
Public Service of North Carolina
davidwheeler@mvalaw.com

Brenda M. Whinery on behalf of Creditor  Windsail Properties
bwhinery@mcrazlaw.com

Nicholas W. Whittenburg on behalf of Creditor  Cleveland Towne Center, LLC
nwhittenburg@millermartin.com,  mcsmith@millermartin.com

Michael L. Wilhelm on behalf of Creditor Harry Hallaian
ECF@w2lg.com

Amy Pritchard Williams on behalf of Creditor  Cobb Corners II, Limited Partnership
amy.williams@klgates.com,  hailey.andresen@klgates.com

Walter Laurence Williams on behalf of Creditor  Wayne VF LLC
walter.williams@wilsonelser.com,  mary.skow@wilsonelser.com

William A. Wood on behalf of Creditor  Panattoni Development Company, Inc. as Agent
for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
trey.wood@bgllp.com,  gale.gattis@bgllp.com

Gordon S. Woodward on behalf of Creditor  Commerce Technologies, Inc.
gwoodward@schnader.com

J. Christian Word on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
chefiling@lw.com;robert.klyman@lw.com

Hale  Yazicioglu on behalf of Creditor  AVR CPC Associates, LLC
hyazicioglu@jshllp.com

Martin J. Yeager on behalf of Creditor Loren Stocker
myeager@beankinney.com,  TGross@beankinney.com

Meredith Linn Yoder on behalf of Creditor  MDS Realty II, LLC
myoder@parkerpollard.com,  sscarce@parkerpollard.com;treid@parkerpollard.com

Jonathan W. Young on behalf of Creditor  ACCO Brands Corporation
young@wildman.com

German  Yusufov on behalf of Creditor  Pima County

pcaocvbk@pcao.pima.gov,  alison.moreno@pcao.pima.gov

Erica S. Zaron on behalf of Creditor  Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Sheila G. deLa Cruz on behalf of Creditor  502-12 86th Street LLC
sdelacruz@hf-law.com,  jbsmith@hf-law.com




_____/s/Jeffrey A. Scharf_____