IN THE UNITED STATES BANKRUPTCY COURT

*FOR THE EASTERN DISTRICT OF VIRGINIA*
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653 |
| | ) | (JOINTLY ADMINISTERED) |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| DEBTORS | ) | |
| | ) | CHAPTER 11 |
| | ) | |

### MOTION TO ADMIT KARON Y. WRIGHT PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1(E)(2), Jeremy W. Martin, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this application with the Court for an Order permitting Karon Y. Wright, Assistant County Attorney for Travis County, Texas, to appear and practice *pro hac vice* on behalf of Travis County, Texas in the above-captioned case now pending in the United States Bankruptcy Court for the Eastern District of Virginia and any related adversary litigation. Ms. Wright is a member in good standing of the Bars of the State of Texas and is admitted to practice before the United States District Courts for the Eastern, Northern, Southern, and Western Districts of Texas; United States Bankruptcy Courts for the Eastern, Northern, Southern, and Western Districts of Texas; the United States Court of Appeals for the Fifth Circuit; and the District of Columbia Court of Appeals. Ms. Wright's

Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3683 (telephone)
(804) 775-7201 (facsimile)

State Bar Number is 22044700 and her business mailing address is Post Office Box 1748, Austin, Texas 78767, (512) 854-9513. Ms. Writght is not at this time nor has she ever been the subject of any type of legal disciplinary action.

**WHEREFORE**, Jeremy W. Martin respectfully moves this Court for an Order granting Karon Y. Wright permission to appear and practice *pro hac vice* on behalf of Travis County, Texas and for such other and further relief as the Court deems just and appropriate.

**Respectfully submitted,**

**Nelda Wells Spears, Travis County
    Tax Assessor Collector, on behalf of
    Travis County, Texas**

By:    /s/ Jeremy W. Martin
Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3683 (telephone)
(804) 775-7201 (facsimile)


Karon Y. Wright (admission pro hac vice pending)
Texas Bar No. 22044700
Travis County Attorney's Office
Collections Division
314 West 11th Street, Suite 420
Austin TX 78701
512/854-9568  Telephone
karon.wright@co.travis.tx.us


Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3683 (telephone)
(804) 775-7201 (facsimile)

Case 08-35653-KRH    Doc 5070    Filed 09/23/09    Entered 09/23/09 23:13:31    Desc Main
                            Document      Page 3 of 3

## CERTIFICATE OF SERVICE

I, Jeremy W. Martin, hereby certify that on September 23, 2009 a true and correct copy of the foregoing **Motion to Admit Karon Y. Wright Pro Hac Vice** was served by electronic transmission via EM/ECF or by regular, First-Class United States Mail, postage pre-paid on all parties required to receive notice, including the following:

**DEBTORS' ATTORNEY**

Skadden, Arps, Slate & Meagher & Flom, LLP
Gregg M. Galardi
Ian S. Fredericks
One Rodney Square, 7th Floor
P.O. Box 636
Wilmington, Delaware 19899-0636

Skadden, Arps, Slate & Meagher & Flom
Chris L. Dickerson
155 North Wacker Drive
Chicago, Illinois 60606

McGuirewoods, LLP
Dion W. Hayes
Douglas M. Foley
One James Center
901 E. Cary Street
Richmond, Virginia 23219

**TRUSTEE**

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

By: __/s/ Jeremy W. Martin__
Jeremy W. Martin

Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3683 (telephone)
(804) 775-7201 (facsimile)