# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:** | **Case Number**  08–35653–KRH |
| Circuit City Stores, Inc. | **Chapter**  11 |
| | **Judge**  Kevin R. Huennekens |

Debtor(s)

**To:**

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*4977* – Limited Objection to Debtors' Plan and Disclosure Statement (Re: related document(s)[4614] Disclosure Statement filed by Circuit City Stores, Inc.) filed by William A. Burnett of Williams Mullen on behalf of DIRECTV, Inc.. (Burnett, William)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005–1(C)(5) and 9022–1(A)]

### REQUIREMENT OF FORM:
- **Legibility:** not in compliance with LBR 5005–1(C)(1)
- **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* Case name and number do not match on paper submitted.
- **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
  - *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  or redocket to attach the correct document.
- Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov. [See LBR 1014–2]
- Not verified by signature of attorney for debtor(s).
- Not verified by unsworn declaration with signature of all debtors.
- **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:   September 21, 2009

Clerk, United States Bankruptcy Court

By /s/ Suzanne French, Deputy Clerk
Direct Dial Telephone No.

[ntcdef_filing.jsp 8/2009]

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: frenchs            Page 1 of 26            Date Rcvd: Sep 21, 2009
Case: 08-35653                 Form ID: defntc          Total Noticed: 879

The following entities were noticed by first class mail on Sep 23, 2009.
```
db          +Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463
aty          A. Carter Magee, Jr.,   Magee, Foster, Goldstein & Sayers, P.C.,   P.O. Box 404,
             Roanoke, VA  24003-0404
aty         +Adam M. Spence,   Law Offices of Spence & Buckler, P.C.,   P.O. Box 20369,
             Baltimore, MD 21284-0369
aty          Adam R. Nelson,   Thompson & McMullan, P.C.,   100 Shockoe Slip,   Richmond, VA  23219-4140
aty         +Alfred J. Zullo,   Law Offices of Zullo & Jacks, LLC,   83 Main St., PO Box 120748,
             East Haven, CT 06512-0748
aty          Andrea Sheehan,   Law Offices of Robert E. Luna, P.C.,   4411 North Central Expressway,
             Dallas, TX 75205-4210
aty         +Andria M. Beckham,   Bricker & Eckler, LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty         +Angela B. Degeyter,   Vinson & Elkins LLP,   2001 Ross Ave. Suite 3700,   Dallas, TX  75201-2975
aty         +Ann E. Schmitt,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,   Leesburg, VA 20175-3614
aty         +Ann K. Crenshaw,   Kaufman & Canoles, P.C.,   2100 Parks Avenue, Suite 700,
             Virginia Beach, VA 23451-4164
aty         +Arthur Lindquist-Kleissler,   950 South Cherry St., Ste. 720,   Denver, CA 80246-2665
aty         +Ashley M. Chan,   Hangley Aronchick Segal & Pudlin,   One Logan Sq.,   27th Floor,
             Philadelphia, PA 19103-6995
aty         +Bertram L. Potemken,   3602 Gardenview Road,   Baltimore, MD 21208-1510
aty         +Betsy Johnson Burn,   PO Box 11070(29211-1070),   Columbia, SC 29211-1070
aty         +Brad D. Krasnoff,   Lewis Brisbois Bisgaard & Smith,   221 N. Fiqueroa St., Ste. 1200,
             Los Angeles, CA 90012-2663
aty         +Bradley S. Copeland,   PO Box 1758,   Eugene, OR  97440-1758
aty         +Brian D. Womac,   Two Memorial City Plaza,   820 Gessner, Ste. 1540,   Houston, TX 77024-4463
aty         +Brian K. Larkin,   One Court Place - Ste. 301,   Rockford, IL 61101-1088
aty          Brian P. Hall,   Smith, Gambrell & Russell, LLP,   Suite 3100, Promenade II,
             1230 Peachtree Street, N.E.,   Atlanta, GA  30309-3592
aty         +C. B. Blackard, III,   301 E. Dave Ward Drive,   PO Box 2000,   Conway, AR  72033-2000
aty         +Carl P. McDonald,   Goddard & Gamble, Attorneys,   Suite 208,   101 West Broadway Ave.,
             Maryville, TN 37801-4716
aty         +Caroline R. Djang,   Jeffer Mangels Butler et al,   Seventh Floor,   1900 Avenue of the Stars,
             Los Angeles, CA 90067-4301
aty         +Catherine J. Weinberg,   Buckner, Alani & Mirkovich,   3146 Redhill Ave., Ste. 200,
             Costa Mesa, CA 92626-3415
aty         +Christi M. Carrano,   270 Quinnipiac Avenue,   North Haven, CT 06473-3716
aty         +Christopher A. Camardello,   Winthrop & Weinstine, PA,   225 South Sixth Street,   Suite 3500,
             Minneapolis, MN 55402-4629
aty         +Christopher B. Mosley,   City of Fort Worth,   1000 Throckmorton Street,
             Fort Worth, TX 76102-6311
aty         +Christopher Combest,   Suite 3700,   500 West Madison St.,   Chicago, IL 60661-4591
aty         +Clive N. Morgan,   6712 Atlantic Boulevard,   Jacksonville, FL 32211-8730
aty          Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
             Suite 1000 South,   Washington, DC  20005-3807
aty         +Courtney R. Sydnor,   Shulman, Rogers Gandal, Pordy & Ecker,
             12505 Park Potomac Avenue, 6th Floor,   Potomac, MD 20854-6802
aty         +Craig C. Chiang,   Buchalter, Nemer, Fields & Younger,   333 Market Street 25th Floor,
             San Francisco, CA 94105-2126
aty          Darren W. Bentley,   Clement & Wheatley,   P.O. Box 8200,   Danville, VA  24543-8200
aty         +David G. Reynolds,   Glass & Reynolds,   P.O. Box 1700,   Corrales, NM 87048-1700
aty          David K. Spiro,   Hirschler Fleischer,   Post Office Box 500,   Richmond, VA 23218-0500
aty         +David L. Pollack,   Ballard Spahr Andrews & Ingersoll LLP,   51st Fl-Mellon Bank Center,
             1735 Market Street,   Philadelphia, PA 19103-7501
aty         +David R. Heil,   2324 Lee Road,   Winter Park, FL 32789-1750
aty         +David S. Berman,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
             Boston, MA 02108-2003
aty         +David S. Sun,   Law Offices of John L. Sun,   Ste. 1250,   3550 Wildhire Boulevard,
             Los Angeles, CA 90010-2416
aty          David V. Cooke,   Municipal Operations,   201 West Colfax Ave.,   Dept. 1207,
             Denver, CO  80202-5332
aty         +David W. Cranshaw,   Morris Manning & Martin LLP,   1600 Atlanta Financial Center,
             3343 Peachtree Rd., N.E.,   Atlanta, GA 30326-1085
aty         +Davor Rukavina,   Munsch Hardt Kopt & Harr, P.C.,   3800 Lincoln Plaza,   500 N. Akard Street,
             Dallas, TX 75201-3302
aty         +Dean Farmer,   Hodges, Doughty & Carson,   617 Main St.,   Knoxville, TN 37902-2602
aty         +Deborah J. Piazza,   Hodgson Russ LLP,   140 Pearl St.,   Suite 100,   Buffalo, NY 14202-4040
aty         +Deborah L Moore,   City Hall, Dept. of Law,   142 E. Main Street,   Meriden, CT 06450-5605
aty         +Diane W. Sanders,   1949 South I.H. 35 (78784),   P.O. Box 17428,   Austin, TX 78760-7428
aty         +Donald G. Scott,   McDowell Rice et al,   605 West 47th St., Ste. 350,
             Kansas City, MO 64112-1900
aty         +Edmond Patrick O'Brien,   Stempel Bennett Claman & Hochberg, P.C.,   675 Third Ave. 31st Floor,
             New York, NY 10017-5704
aty         +Edward Rimland,   Rimland & Associates,   32 Court Street, Ste. 1506,   Brooklyn, NY 11201-4404
aty         +Elan S. Levey,   Levinson Arshonsky & Kurtz,   15303 Ventura Blvd,   Suite 1650,
             Sherman Oaks, CA 91403-6620
aty         +Elizabeth Banda,   Perdue, Brandon, Fielder, Collins & Mott,   4025 Woodland Park Blvd Suite 300,
             Arlington, TX 76013-4398
aty         +Elizabeth Weller,   Linebarger Goggan Blair & Sampson,LLP,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2644
aty         +Eric A. Handler,   Donahue Gallagher Woods LLP,   300 Lakeside Drive, Suite 1900,
             Oakland, CA 94612-3570
aty         +Eric D. Goldberg,   Stutman, Treister & Glatt, P.C.,   1901 Ave of the Stars-12th Floor,
             Los Angeles, CA 90067-6001
```

```
District/off: 0422-7          User: frenchs          Page 2 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc         Total Noticed: 879
```

| | |
|---|---|
| aty | +Eric Lopez Schnabel,  Dorsey & Whitney,  1105 North Market St.,  Suite 1600, Wilmington, DE 19801-1201 |
| aty | Ernie Zachary Park,  Bewley,Lassleben & Miller, LLP,  13215 E. Penn Street,  Suite 510, Whittier, CA  90602-1797 |
| aty | +Ferrell A. Weber,  Law Office of Ferrell Weber,  2203 E. Lincoln Ave.,  Anaheim, CA 92806-4108 |
| aty | +Frank E. Ballard, Jr.,  Clark County Treasurer,  425 East 7th St., Jeffersonville, IN 47130-3817 |
| aty | +Frank F. Rennie, IV,  1930 Huguenot Road,  P. O. Box 35655,  Richmond, VA 23235-0655 |
| aty | +Frank J. Haupel,  DelBello Donnellan Weingarten Wise,  One North Lexington Ave., White Plains, NY 10601-1712 |
| aty | Fred P. Baggett,  City of High Point,  PO Box 10039,  High Point, NC  27261-3039 |
| aty | +Fredrick J. Levy,  Olshan Grundman Frome et al,  65 East 55th Street,  New York, NY 10022-3402 |
| aty | +Gail B. Price,  Bronwen Price Attys at Law,  2600 Mission St., Ste. 206, San Marino, CA 91108-1676 |
| aty | +Garbiela P. Cacuci,  Corp. Counsel of the City of New york,  100 Church St.,  Room 5-223, New York, NY 10007-2601 |
| aty | +Gary H. Cunningham,  Giarmarco Mullins & Horton,  101 W. Big Beaver Rd,  Floor 10, Troy, MI 48084-5253 |
| aty | +Gary T. Holtzer,  Weil, Gotshal & Manges LLP,  767 Fifth Avenue,  New York, NY 10153-0119 |
| aty | +George Hofmann,  Parsons Kinghorn Harris,  111 East Broadway, 11th FL, Salt Lake City, UT 84111-5225 |
| aty | +George Rosenberg,  Arapahoe County Attorney,  5334 S. Prince Street,  Littleton, CO 80166-0001 |
| aty | Gilbert L. Hamberg,  1038 Darby Drive,  Yardley, PA  19067-4519 |
| aty | +Gregg M. Galardi,  Skadden Arps Slate Meagher,  & Flom LLP, One Rodney Sq.,  PO Box 636, Wilmington, DE 19899-0636 |
| aty | +Gregg S. Kleiner,  Cooley Godward LLP,  One Maritime Plaza, 20th Floor, San Francisco, CA 94111-3510 |
| aty | +Gregory D. Grant,  Shulman, Rogers, Gandal, Pordy & Ecker, 12505 Park Potomac Avenue, 6th Floor,  Potomac, MD 20854-6802 |
| aty | +H. Brent Patrick,  Smith Cashion & Orr, PLC,  231 Third Avenue North, Nashville, TN 37201-1603 |
| aty | +H. Slayton Dabney, Jr.,  King & Spalding LLP,  1185 Avenue of the Americas, New York, NY 10036-2686 |
| aty | +Howard Gershman,  Gershman Law Offices, PC,  610 York Rd., Ste. 200, Jenkintown, PA 19046-2867 |
| aty | +Ian S. Fredericks,  Skadden Arps Slate Meagher,  & Flom LLP, One Rodney Sq.,  PO Box 636, Wilmington, DE 19899-0636 |
| aty | +J. Bennett Friedman,  Hamburg, Karic, Edwards & Martin, LLP,  1900 Ave. of the stars, Suite 1800,  Los Angeles, CA 90067-4409 |
| aty | +James A. Pardo, Jr.,  King & Spalding,  1180 Peachtree Street,  Atlanta, GA 30309-3531 |
| aty | +James B. Holden,  Assistant Atty. General,  1525 Sherman St. 7th Floor,  Denver, CO 80203-1760 |
| aty | +James D. Newell,  Buchanan Ingersoll & Rooney,  One Oxford Centre,  20th Floor, Pittsburgh, PA 15219-1400 |
| aty | +James M. Lewis,  Rees Broome, P.C.,  8133 Leesburg Pike, 9th floor,  Vienna, VA 22182-2706 |
| aty | +Jeffrey A. Krieger,  Greenberg Glusker Fields, et al,  1900 Avenue of the Stars, Suite 2100, Los Angeles, CA  90067-4590 |
| aty | Jeffrey Cohen,  The Grace Building,  1114 Avenue of the Americas,  New York, NY 10036-7798 |
| aty | +Jeffrey D. Saferstein,  Paul, Weiss, Rifkind, Wharton & Garrison,  1285 Ave. of the Americas, New York, NY 10019-6031 |
| aty | +Jeffrey G. Olsen,  Fennell & Olsen,  90 Blue Ravine Road, Ste. 170,  Folsom, CA 95630-4730 |
| aty | +Jeffrey Kurtzman,  Klehr, Harrison, Harvey, Branzburg & Ell,  260 South Broad Street, Philadelphia, PA 19102-5021 |
| aty | +Jeffrey Meyers,  Ballard Spahr Andrews & Ingersoll,  51st Fl- Mellon Bank Center, 1735 Market Street,  Philadelphia, PA 19103-7501 |
| aty | +Jennifer L. Rando,  Hodgson Russ LLP,  The Guaranty Bldg,  140 Pearl Street,  Suite 100, Buffalo, NY 14202-4014 |
| aty | +Jeremy C. Kleinman,  Frank/Gecker LLP,  325 North LaSalle St. Suite 625, Chicago, IL 60654-6465 |
| aty | +Jess R. Bressi,  Cox, Castle & Nicholson LLP,  19800 MacArthur Blvd. Suite 500, Irvine, CA 92612-2480 |
| aty | +John E. Lucian,  Blank Rome LLP,  One Logan Square,  Philadelphia, PA 19103-6998 |
| aty | +John F. Higgins,  Porter Hedges, L.L.P.,  1000 Main St., 36th Floor,  Houston, TX 77002-6336 |
| aty | +John L. Senica,  Miller,Canfield,Paddock and Stone, PLC,  225 W. Washington, Suite 2600, Chicago, IL 60606-2418 |
| aty | +John O'Boyle,  Stern Lavinthal Frankenberg & Norgaard,  184 Grand Ave., Englewood, NJ 07631-3578 |
| aty | John P. Brice,  Wyatt, Tarrant & Combs, LLP,  250 West Main Street, Suite 1600, Lexington, KY  40507-1746 |
| aty | +John P. Dillman,  Linebarge Goggan Blair & Sampson LLP,  P.O. Box 3064, Houston, TX 77253-3064 |
| aty | +Jon R. Smith,  Yuma County Attorney's Office,  250 W. Second Street,  Suite G, Yuma, AZ 85364-2235 |
| aty | +Joon M. Khang,  Khang & Khang, LLC,  1901 Avenue of the Stars,,  2nd Floor, Los Angeles, CA 90067-6001 |
| aty | +Jordan M. Humphreys,  Ford, Parshall & Baker LLC,  3210 Bluff Creek Drive, Columbia, MO 65201-3525 |
| aty | +Joseph Michael Horrox,  Horrox & Glugover, P.A.,  Suite 270,  1030 W. Int'l Speedway Blvd., Daytona Beach, FL 32114-3415 |
| aty | +Joseph R. Sgroi,  Honigman Miller Schwartz & Cohn LLP,  660 Woodward Ave., 2290 First National Building,  Detroit, MI 48226-3506 |
| aty | +Julie H. Rome-Banks,  Binder & Malter, LLP,  2775 Park Avenue,  Santa Clara, CA 95050-6004 |
| aty | +Karon Y. Wright,  Travis County, Texas,  P.O. Box 1748,  Austin, TX 78767-1748 |
| aty | +Kathleen B. Galiotto,  Benton County Prosecuting Attorney,  7122 W. Okanogan Place,  Bldg A, Kennewick, WA 99336-2359 |

```
aty       +Kenneth B. Roseman,    Kenneth B. Roseman & Assoc., P.C.,    Suite 810,    105 West Madison Street,
           Chicago, IL 60602-4668
aty       +Kenneth C. Johnson,    Bricker & Eckler LLP,    100 South Third Street,    Columbus, OH 43215-4291
aty       +Kenneth Miller,    Moldo Davidson Fraioli et al,    Suite 2100,    2029 Century Park East,
           Los Angeles, CA 90067-3007
aty       +Kenneth R. Rhoad,    Gebhardt & Smith LLP,    1 South St. Suite 2200,    Baltimore, MD 21202-3281
aty       +Kepley Broscious & Biggs, PLC,    7201 Glen Forest Drive,    Suite 102,    Richmond, VA 23226-3759
aty       +Kimo C. Leong,    Law Offices of Taylor, Leong & Chee,    737 Bishop Street,    # 2060,
           Honolulu, HI 96813-3214
aty        Kirk B. Burkley,    Bernstein Law Firm, P.C.,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
aty       +Kyra E. Andrassy,    Weiland, Golden. Smiley et al,    Suite 950,    650 Town Center Drive,
           Costa Mesa, CA 92626-7021
aty       +Larry D. Henin,    Edwards Angell Palmer et al,    750 Lexington Ave.,    New York, NY 10022-1253
aty       +Laura Lawton Gee,    Baker & Hostetler, LLP,    1000 Louisiana Street,    Suite 2000,
           Houston, TX 77002-5018
aty       +Lawrence J. Hilton,    Hewitt & O'Neil LLP,    19900 MacArthur Blvd. Suite 1050,
           Irvine, CA 92612-8414
aty       +Lawrence S. Burnat,    Schreeder, Wheeler & Flint, LLP,    1100 Peachtree Street, N.E.,    Suite 800,
           Atlanta, GA 30309-4516
aty       +LeClair Ryan, A Professional Corporation,    951 East Byrd Street,    Richmond, VA 23219-4040
aty       +LeGrand L. Clark,    302 West Washington St.,    Indiana Government Center South,    Fifth Floor,
           Indianapolis, IN 46204-4701
aty       +Linda Dianne Regenhardt,    Gary & Regenhardt PLLC,    8500 Leesburg Pike, Suite 7000,
           Vienna, VA 22182-2498
aty       +Linda Lemmon Najjoum,    Hunton & Williams,    1751 Pinnacle Dr. #1700,    McLean, VA 22102-3836
aty       +Lionel J. Postic,    Law Firm Of Lionel J. Postic, PC,    125 Townpark Drive,    Suite 300,
           Kennesaw, GA 30144-5812
aty       +Lisa Taylor Hudson,    Sands Anderson Marks & Miller,    P. O. Box 1998,
           801 East Main Street, Suite 1800,    Richmond, VA 23219-2906
aty       +Lori L. Winkelman,    Quarles & Brady LLP,    2 North Central Avenue,    Phoenix, AZ 85004-2322
aty        Lucinda E. White,    6 State House Station,    Augusta, ME 04430-0006
aty        Mark B. Conlan,    One Gateway Center,    Newark, NJ 07102-5310
aty        Mark B. Conlan,    One Gateway Center,    Newwark, NJ 07102-5310
aty       +Mark C. McCullough,    Skaar & McCullough,    The Colonnade,    5500 Wayzata Blvd,    Suite 1450,
           Minneapolis, MN 55416-1241
aty       +Mark J. Cerrato,    820 Enfield Street,    Enfield, CT 06082-2964
aty       +Mark J. DeCicco,    Sackstein Sackstein & Lee, LLP,    1140 Franklin Ave., Ste. 210,
           Garden City, NY 11530-1675
aty        Mark J. Friedman,    DLA Piper LLP (US),    6225 Smith Avenue,    Baltimore, MD 21209-3600
aty       +Mark Stromberg,    Stromberg & Associates, PC,    Two Lincoln Centre,    5420 LBJ Freeway,
           Suite 300,    Dallas, TX 75240-6271
aty       +Mary Angela House,    Akin Gump Strauss Hauer & Feld, LLP,    1333 New Hampshire Ave., NW,
           Washington, DC 20036-1564
aty       +Mary Elisabeth Naumann,    Jackson Kelly PLLC,    175 E. Main St., Ste. 500,
           Lexington, KY 40507-1328
aty       +Meegan B. Casey,    Riemer & Branustein, LLP,    Three Center Plaza,    6th Floor,
           Boston, MA 02108-2003
aty       +Menachem O. Zelmanovitz,    Morgan, Lewis & Bockius,    101 Park Ave.,    New York, NY 10178-0060
aty       +Michael Deitch,    Law Offices of Michael Deitch,    800 Rio Grande,    Austin, TX 78701-2220
aty       +Michael F. McGrath,    Ravich Meyer Kirkman McGrath,    4545 IDS Center,    80 South Eighth St.,
           Minneapolis, MN 55402-2100
aty       +Michael J. Darlow,    Perdue Brandon Fielder et al,    Ste. 600,    1235 North Loop West,
           Houston, TX 77008-1772
aty       +Michael R. Murphy,    301 South Sixth Street,    Paducah, KY 42003-1700
aty       +Michael S. Williams,    Gold, Albanese & Barletti,    58 Maple Avenue,    Red Bank, NJ 07701-1618
aty       +Michael W. Malter,    Binder & Malter,    2775 Park Ave.,    Santa Clara, CA 95050-6004
aty       +Michelle McMahon,    Bryan Cave LLP,    1290 Avenue of the Americas,    New York, NY 10104-0101
aty       +Mio Technology USA Ltd. also known as MiTAC USA In,    c/o Orrick Herrington & Sutcliffe LLP,
           1152 15th Street, N.W.,    Washington, DC 20005-1723,    UNITED STATES
aty       +Nancy A. Washington,    Saiber LLC,    One Gateway Center 13th Floor,    Newark, NJ 07102-5323
aty       +Nancy Hotchkiss,    Trainor Robertson,    701 University Ave, Ste 200,    Post Office Box 255824,
           Sacramento, CA 95865-5824
aty       +Neil E. Herman,    Morgan, Lewis & Bockius, LLP,    101 Park Ave.,    New York, NY 10178-0060
aty       +Nicholas M. Miller,    DLA Piper LLP,    203 North LaSalle St.,    Suite 1900,
           Chicago, IL 60601-1263
aty        Paul A. Driscoll,    The Bank of Hampton Roads,    999 Central Park Avenue, Suite 200,
           Norfolk, VA 23510
aty       +Paul J. Laurin,    Laurin & Associates,    Suite 304,    280 South Beverly Dr.,
           Beverly Hills, CA 90212-3903
aty       +Paul Rubin,    Herrick, Feinstein LLP,    Two Park Avenue,    New York, NY 10016-9302
aty       +Paul S. Samson,    Riemer & Braunstein, LLP,    Three Center Plaza,    6th Floor,
           Boston, MA 02108-2003
aty       +Penny R. Stark,    Suite 308,    9861 Sunrise Lakes Blvd.,    Sunrise, FL 33322-6288
aty       +Peter N. Tamposi,    Donchess Notinger & Tamposi, P.C.,    547 Amherst St. Suite 204,
           Nashua, NH 93063-4000
aty       +Regina Stango Kelbon,    Blank Rome LLP,    One Logan Square,    Philadelphia, PA 19103-6998
aty        Rhysa Griffith South,    Office of the County Attorney,    PO Box 90775,    Henrico, VA 23273-0775
aty       +Robert E. Scully, Jr.,    Stites & Harbison PLLC,    1199 North Fairfax St. Suite 900,
           Alexandria, VA 22314-1445
aty       +Robert G. Vann,    Environ Plaza,    500 E. 86th Ave.,    Merrillville, IN 46410-6213
aty       +Robert L. Eisenbach,    Cooley Godward Kronish LLP,    101 California St. 5th Floor,
           San Francisco, VA 94111-3580
aty       +Robert W. Mallard,    Dorsey & Whitney,    1105 N. Market St.,    Suite 1600,
           Wilmington, DE 19801-1201
```

```
aty        +Robert W. Mallard,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
            Wilmington, DE 19801-1201
aty        +Roderick A. J. Cavanagh,   148 Main Street,   Wakefield, RI 02879-3567
aty        +Rodney F. Page,   Bryan Cave LLP,   700 Thirteenth St. N.W.,   Washington, DC  20005-3960
aty        +Ronald K. Brown, Jr.,   Law Offices of Ronald K. Brown, Jr.,   901 Dove Street, Suite 120,
            Newport Beach, CA 92660-3018,   92660
aty         Roy S. Kobert,   Broad and Cassell,   390 N. Orange Ave, Ste 1100,   P.O. Box 4961,
            Orlando, FL  32802-4961
aty        +Ryan E. Manns,   Fulbright & Jaworski L.L.P.,   2200 Ross Ave., Ste. 2800,
            Dallas, TX 75201-2784
aty        +SAlly J. Buemi,   270 Quinnipiac Ave.,   North Haven, CT 06473-3716
aty        +Sarah Davis,   Beirne Maynard & Parsons LLP,   Suite 4400,   1700 Pacific Ave.,
            Dallas, TX 75201-7324
aty        +Scott A. Semenek,   Wildman, Harrold, Allen & Dixion,   225 West Wacker Drive,
            Chicago, IL 60606-1349
aty        +Scott A. Stengel,   Orrick, Herrington & Sutliffe, LLP,   Columbia Center,   1152 15th Street, NW,
            Washington, DC 20005-1723
aty        +Scott L. Adkins,   Phillips, Goldman & Spence,   1200 North Broom Street,
            Wilmington, DE 19806-4204
aty         Scott N. Brown, Jr.,   801 Broad St., Sixth Floor,   PO Box 1749,   Chattanooga, TN 37401-1749
aty        +Scott P. Carroll,   Carroll & Carroll, P.L.L.C.,   Suite 440,   831 East Morehead Street,
            Charlotte, NC 28202-2784
aty        +Scott R. Kipnis,   Hofheimer Gartlir & Gross LLP,   530 Fifth Ave.,   New York, NY 10036-5101
aty        +Shannon E. Hoff,   Poyner Spruill, LLP,   301 South College St.,   Suite 2300,
            Charlotte, NC 28202-6041
aty        +Shawn M. Christianson,   Buchalter, Nemer, Fields & Younger,   333 Market St. 25th Floor,
            San Francisco, CA 94105-2126
aty        +Stephen W. Spence,   Phillips, Goldman & Spence,   1200 North Broom Street,
            Wilmington, DE 19806-4204
aty         Steven L. Higgs,   Steven L. Higgs, P.C.,   9 Franklin Road, S.W.,   Roanoke, VA  24011-2403
aty        +Steven N. Leitess,   Leitess Leitess Friedberg & Fedder PC,   Owings Mills, MD 21117
aty        +Stinson Morrison Hecker LLP,   Attn: Darrell W. Clark, Esq.,   1150 18th Street, NW,   Suite 800,
            Washington, DC 20036-3845
aty        +Stuart Sears,   Shaevitz & Shaevitz, Esqs.,   148-55 Hillside Ave.,   Jamaica, NY 11435-3330
aty        +Susan R. Podolsky,   Law Offices of Susan R. Podolsky,   1800 Diagonal Road Suite 600,
            Alexandria, VA 22314-2840
aty        +Synde Keywell,   Bryan Cave LLP,   161 North Clark St.,   Ste 4300,  Chicago, IL 60601-3430
aty         Tara L. Grundemeier,   Linbarger,Goggan, Blair & Sampson,   PO Box 3064,
            Houston, TX  77253-3064
aty        +Ted A. Berkowitz,   Farrell Fritz, P.C.,   1320 RexCorp Plaza,   Uniondale, NY 11556-0120
aty        +Thomas J. Weiss,   Weiss & Hunt,   1925 Century Park East,   Suite 2140,
            Los Angeles, CA 90067-2722
aty         Thomas C. Pavlik,   1660 W. 3nd Street,   Cleveland, OH  44113-1419
aty        +Thomas D. Bielli,   Ciardi Ciardi & Astin, PC,   One Commerce Sq.,   Suite 1930,
            2005 Market Square,   Philadelphia, PA 19103-7011
aty        +Thomas Francis Murphy,   Friedlander, Misler, Sloan, Kletzkin,Och,   1101 17th St. N.W. Suite 700,
            Washington, DC 20036-4711
aty         Thomas L. Flynn,   Belin Lamson McCormick Zumbach Flynn,   The Financial Center,
            666 Walnut Street, Ste 2000,   Des Moines, IA  50309-3989
aty         Thomas Schultz,   PO Box 3040,   Farmington Hills, MI  48333-3040
aty        +Thomas W. Daniels,   Wilmorite Management Group, LLC,   1265 Scottsville, Road,
            Rochester, NY 14624-5717
aty         Timothy P. Cairns,   Pachulski Stang Ziehl et al,   919 North Market St., 17th FL,   PO Box 8705,
            Wilmington, DE  19899-8705
aty         Troy N. Nichols,   Wyatt, Tarrant & Combs, LLP,   Lexington Financial Center,
            250 West Main St, Suite 1600,   Lexington, KY 40507-1746
aty         Ttomas L. Schulman,   600 West Santa Ana Boulevard,   Suite 955,   Santa Ana, CA  92701-4509
aty        +Valerie L. Marciano,   Jaburg& Wilk, P.C.,   3200 N. Central Ave, Ste 3200,
            Phoenix, AZ 85012-2425
aty        +Virginia E. Robinson,   Greenberg Traurig, LLP,   1750 Tysons Blvd., Suite 1200,
            McLean, VA 22102-4211
aty        +Walter W. Kelley.,   Kelley, Lovett & Blakey, P.C.,   PO Box 70879,   Albany, GA 31708-0879
aty         Wayne R. Terry,   Hemar, Rosusso & Heald, LLP,   15910 Venturea Boulevard,   12th Floor,
            Encino, CA  91436-2829
aty        +William B. Cave,   Hopson, Habenicht & Cave,   5601 Ironbridge Parkway, 102,
            Chester, VA 23831-7771
aty        +William C. Crenshaw,   Akerman Senterfitt,   801 Pennsylvania Avenue,   Suite 600,
            Washington, DC 20004-2664
aty        +William F. Gray, Jr,   Torys LLP,   237 Park Avenue,   New York, NY 10017-3140
aty        +William J. Factor,   Seyfarth Shaw LLP,   131 S. Dearborn St. Suite 2400,
            Chicago, IL 60603-5863
aty         William L. Wallander,   Vinson & Elkins L.L.P.,   3700 Trammell Crow Center,   2001 Ross Avenue,
            Dallas, TX  75201-2975
aty         Wm. Joseph A. Charboneau,   Magee, Foster, Goldstein & Sayers,   310 First Street SW,
            Suite 1200,   PO Box 404,   Roanoke, VA  24003-0404
aty        +Zakarij O. Thomas,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
            Pittsubrgh, PA 15219-1400
cr         +1890 Ranch, LLC.,   c/o/ Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         +44 North Properties, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
cr         +507 Northgate LLC,   c/o Christopher M. Alston,   1111 Third Ave., #3400,
            Seattle, WA 98101-3264
cr         +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
            1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
```

```
District/off: 0422-7          User: frenchs              Page 5 of 26            Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc             Total Noticed: 879
```

```
cr       +A.D.D. Holdings, L.P.,   c/o Lisa Taylor Hudson, Esq.,   Sands Anderson Marks & Miller, P.C.,
          801 E. Main Street,   P.O. Box 1998,   Richmond, VA 23218-1998
cr       +AA Home Services, LLC,   570 Tresham Road,   Columbus, OH 43230-2227
cr       +ACCO Brands Corporation,   c/o William H. Casterline, Jr.,   4020 University Drive, #300,
          Fairfax, VA 22030-6802
cr       +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, OH 43017-8218
cr       +Acer American Holdings Corp.,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,
          1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225
cr       +ActionLink, LLC,   c/o Kenneth R. Rhoad, Esq.,   Gebhardt & Smith LLP,
          One South Street, Suite 2200,   Baltimore, MD 21202-3281
cr       +Actiontec Electronics, Inc.,   Attn: Irene Chen, Controller,   760 North Mary Ave.,
          Sunnyvale, CA 94085-2908
cr       +Adam Drake,   4349 Wilcot Drive,   Midlothian, VA 23113-3639
cr       +Albert D, Phelps, Inc.,   Agent for Yorkcon Prop., Inc.,   401 Merritt 7,   PO Box 5101,
          Norwalk, CT 06856-5101
cr       +Alex P. Thorson,   C207,   910 NE Providence Court,   Pullman, WA 99163-4487
cr       +Alexander H Bobinski, as Trustee under Trust No. 1,   c/o David R McFarlin,
          Wolff, Hill, McFarlin & Herron, PA,   1851 West Colonial Drive,   Orlando, FL 32804-7013
cr       +Alexander M. Russell,   3198 Vermont Route 100,   Waterbury, VT 05676-9547
cr       +Alexander's Rego Park Center, Inc.,   c/o Lisa Taylor Hudson, Esquire,
          Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
          Richmond, VA 23218-1998
cr       +Alice Norton,   5308 Antelope Ln.,   Stone Mountain, GA 30087-1207
cr       +Allan M. Anderson,   345 E. 211 St.,   Euclid, OH 44123-1848
cr       +Alliance-Rocky Mount LLC,   Carroll & Carroll PLLC,   831 East Morehead St,   Ste 440,
          Charlotte, NC 28202-2784
cr       +Alliant Energy/WP &L,   PO Box 3066,   Cedar Rapids, IA  52406-3066
cr       +AmREIT, a Texas real estate investment trust,   c/o James V. Lombardi, III,
          Ross, Banks, May, Cron & Cavin, P.C.,   2 Riverway, Suite 700,   Houston, TX 77056-1918
cr       +Amcor Sunclipse North America,   c/o Jeffrey L. Tarkenton,
          Womble Carlyle Sandridge & Rice, PLLC,   1401 Eye Street, N.W.,   Seventh Floor,
          Washington, DC 20005-2225
intp     +American Computer Development, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,
          Suite 7000,   Vienna, VA 22182-2498
cr       +Amherst VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sand Anderson Marks & Miller, P.C.,
          801 E. Main Street, Ste. 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr        Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
          Tampa, FL  33601-3239
cr       +Amy Fiaa,   410 Roosevelt Ave.,   Lindenwold, NJ 08021-1224
cr       +Andrea Wright,   5805 Kistler Court,   Fayetteville, NC 28304-0602
cr       +Andrew F. Belovich,   6140 NW 60th Ave.,   Parkland, FL 33067-4451
cr       +Ann M. Karr,   3824 Yates Drive,   Lithia Springs, GA 30122-2155
cr       +Anna L. Ubben,   6634 W. 141st St., Apt. 1905,   Overland Park, KS 66223-3747
cr       +Anna Maccanelli,   482-1/2 South Main Street,   Farmington, IL 61531-1433
cr       +Anne B. Fath,   9608 Gaslight Place,   Manassas, VA 23229-7091
cr       +Anne L. Thumann,   7086 Lionshead Parkway,   Littleton, CO 80124-9574
cr       +Antor Media Corporation,   3100 Independence Parkway,   Suite 311#301,   Plano, TX 75075-1997
cr       +Arapahoe County Treasurer,   c/o County Attorney Office,   5334 S. Prince Street,
          Littleton, CO 80166-0001
cr       +Archon Group, L.P.,   6011 Connection Drive,   Irving, TX 75039-2607
mvnt     +Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227
cr       +Aubina Adams,   24355 Bay Ave.,   Moreno Valley, CA 92553-3305
cr       +Audio Innovations Inc.,   Attn: Francisco Moreno,   133 N.E. 91st St.,
          Kansas City, MO 64155-3329
cr       +August E. Spalding,   1041 Arlington Way,   Warrenton, MO 63383-1383
cr       +Austin James Harthun,   19032 Taylor Ave.,   Morgan Hill, CA 95037-2719
cr       +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
          2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
cr       +BBP-Muncy LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
          Richmond, VA 23218-1998
cr       +BPP Conn LLC f/k/a WBC 95 Manchester Limited Partn,   c/o Sands Anderson Marks & Miller,
          PO Box 1998,   Richmond, VA 23218-1998
cr       +BPP-NY LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr       +BPP-OH LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr       +BPP-Redding LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,
          Richmond, VA 23218-1998
cr       +BPP-SC LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr       +BPP-VA LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr       +BPP-WB LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,   Richmond, VA 23218-1998
cr       +Baker Natick Promenade LLC,   Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,
          Richmond, VA 23218-1998
cr       +Bank One Delaware, National Association n/k/a Chas,   c/o Michael A. Condyles, Esquire,
          Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr       +Barbara A. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
intp     +Barbara Gillis,   340 Pinetree Drive,   Indialantic, FL 32903-2640
cr       +Barbara Raelyn Harris,   3334 West Main Street,   PMB 194,   Norman, OK 73072-4805
cr        Basile Limited Liability Company,   c/o Hirschler Fleischer PC,   c/o Michael P. Falzone,
          P.O. Box 500,   Richmond, VA  23218-0500
cr       +Bay County Florida tax collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
          Richmond, VA 23218-1320
cr       +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
          Two North Central Avenue,   Phoenix, AZ 85004-2322
cr       +Bell Canada and 4458729 Canada, Inc,   c/o Virginia Robinson,   Greenberg Traurig LLP,
          1750 Tysons Boulevard, Suite 1200,   McLean, VA 22102-4211
```

```
District/off: 0422-7         User: frenchs              Page 6 of 26                    Date Rcvd: Sep 21, 2009
Case: 08-35653              Form ID: defntc             Total Noticed: 879
```

```
cr      +Benjamin R. Knighton,   28631 N James Madison Hwy.,   New Canton, VA 23123-2132
cr      +Bernice Spilaw,   521 Tuckahoe Club Court,   Richmond, VA 23229-7289
cr      +BevCon I, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
          801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr      +Bobby G. Wilson,   6509 N 63rd Avenue,   Glendale, AZ 85301-3702
cr       Boston Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
          801 E. Main Street, 18th Floor,   Post Office Box 1998,   Richmond, VA 23218-1998
cr      +Brad C. King,   22628 US Hwy 70,   Wilson, OK 73463-6633
cr       Brandon C. Schaffner,   60 Don Rene Road,   Mt. Wolf, PA 17347-9655
cr      +Brenda Blackshear,   102 Anita Ln.,   Longview, TX 75603-9108
cr      +Brian L. LaCoursiere,   4347 Kings Church Road,   Taylorsville, KY 40071-7907
cr      +Bruce Davis,   76 Webwood Circle,   Rochester, NY 14626-4036
desig   +Bruce H. Besanko,   9950 Mayland Drive,   Richmond, VA 23233-1463
cr      +Bruce H. Besanko,   191 Farmington Road,   Longmeadow, MA 01106-1517
cr       Bruce Senator,   F-99302 - CA Men's Colony,   PO Box 8103,   San Luis Obispo, CA 93403-8103
cr       Bruce Senator,   #F-99302, CA Men's Colony,   State Prison, PO Box 8101,
          San Luis Obispo, CA 93409-8101
cr      +Bryan Seymour,   40 Wellington Walk,   Douglasville, GA 30134-6364
cr      +Burbank Mall Associates, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
          Richmond, Va 23218-1320
cr      +C & A Consulting,   Attn: Alicia Miranda,   5125 Belle Dr.,   Metairie, LA 70006-1906
intp    +C1 West Mason Street, LLC, a Wisconsin Limited Lia,   Bilzin Sumberg Baena Price & Axelrod, LL,
          200 Couth Biscayne Blvd,   Suite 2500,   Miami, FL 33131-2154
cr      +CBL & Associates Management, Inc.,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
          1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr      +CC Countryside 98 L.L.C.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr      +CC Countryside 98, LLC,   c/o Paul S Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr      +CC Indianapolis 98, CC Jackson 98, CC Harper Woods,   c/o Deborah H. Devan, Esquire,
          One South Street, 27th Floor,   Baltimore, MD 21202-3298
cr      +CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
          Richmond, Va 23218-1320
cr      +CC-Investors 1996-6,   c/o Kamin Realty Company,   490 South Highland Avenue,
          Pittsburgh, PA 15206-4274
cr      +CC-Investors 1997-4,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
tee     +CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED PARTNERS,   Bilzin Sumberg Baena Price & Axelrod,
          c/o Mindy Mora,   200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1992-C2 MOLLER ROAD LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-C1 GRAND RIVER AVENUE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-C2 EMPORIUM DRIVE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Discayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-C2 LAWENCE  ROAD , LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp    +CMAT 1999-CI KELLY ROAD, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
          200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
cr      +CP Management Corp. as agent for Orland Towne Cent,   c/o Robert D. Tepper,
          311 South Wacker Dr.,   Suite 5125,   Chicago, IL 60606-6657
cr      +CSI Construction Company,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller,
          Post Office Box 1998,   18th Floor,   Richmond, VA 23218-1998
cr      +CWCapital Asset Management LLC,   c/o Venable LLP,   8010 Towers Crescent Drive,   Suite 300,
          Vienna, VA 22182-2723
cr      +California Self-Insurers' Security Fund,   c/o Gina M. Fornario,   Nixon Peabody LLP,
          One Embarcadero Center,   18th Floor,   San Francisco, CA 94111-3667
cr      +Cameron Bayonne, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn:  Kevin M. Newman, Esq.,
          308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr      +Cameron Group Associates LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
          300 S. Orange Avenue,   Suite 1000,   Orlando, FL 32801-5403
cr      +CapTech Ventures, Inc.,   c/o Richard E. Lear,   Holland & Knight LLP,
          2099 Pennsylvania Avenue, NW,   Suite 100,   Washington, DC 20006-6801
cr      +Caparra Center Associates, S.E.,   Attn:  Penny R. Stark, Esq.,   17 Bon Pinck Way,
          East Hampton, NY 11937-3001
cr      +CarMax, Inc.,   12800 Tuckahoe Creek Pkwy,   Richmond, VA 23238-1124
cr      +Cardinal Court, LLC,   c/o Sands, Anderson, Marks & Miller, P.C,   Post Office Box 1998,
          801 E. Main Street,   Suite 1800,   Richmond, VA 23219-2906
intp    +Carmax Business Services, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
          Richmond, Va 23218-1320
cr      +Carnegie Management and Development Corporation,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
          One Commercial Place, Suite 1800,   Norfolk, VA 23510-2197
cr      +Carole Cook,   5 Sycoamore Dr.,   Florence, KY 41042-9638
cr      +Carousel Center Company, L.P.,   c/o Menter, Rudin & Trivelpiece, P.C.,
          Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
          U.S.A.
cr      +Cecil M. Booker Family Trust,   c/o Betty B. Dame,   PO Box 953,   Gloucester, VA 23061-0953
cr      +Chang Rao,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr      +Charleston Newspapers,   PO Box 3942,   Charleston, WV 25339-3942
cr      +Charlotte (Archdale) UY, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
          Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
          U.S.A.
```

```
District/off: 0422-7          User: frenchs          Page 7 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653                Form ID: defntc        Total Noticed: 879
```

| | |
|---|---|
| cr | +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   P.O. Box 8321,   Savannah, GA 31412-8321 |
| cr | Chatham County, GA Tax Commissioner,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,   801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA  23218-1998 |
| cr | +Cheryl Daves,   8601 E. Old Spanish Trl 320,   Tucson, AZ 85710-4338 |
| cr | +Chino South Retail PG, LLC,   David K. Spiro, Esq.,   Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561 |
| intp | +Christopher Borglin,   c/o Sands Anderson Marks & Miller PC,   P.O. Box 1998,   Richmond, VA 23218-1998 |
| cr | +Christopher E. Gibson,   33 Legend Creek Terrace,   Douglasville, GA 30134-4781 |
| cr | +Christopher N. Crowe,   2117 Hanover Ave.,   Richmond, VA 23220-3427 |
| cr | +Chuan Fa Liu,   15 Kings Way, #33,   Waltham, MA 02451-9004 |
| cr | +Circuit Sports, L.P.,   Weycer, Kaplan, Pulaski & Zuber, PC,   c/o Edward L. Rothberg,   11 Greenway Plaza, Suite 1400,   Houston, Te  77046-1130,   UNITED STATES |
| cr | +Citrus Park CC, LLC,   c/o Lawrence H. Glanzer, Esq.,   580 E. Main Street, Suite 300,   Norfolk, VA 23510-2322 |
| cr | City Of High Point,   PO Box 10039,   High Point, NC  27261-3039 |
| cr | City of Cedar Hill, Burleson ISD, Arlington ISD,   PO Box 13430,   Arlington, TX  76094-0430 |
| cr | +City of Coral Springs,   Sherry Whitacre, Esq.,   9551 West Sample Road,   Coral Springs, FL 33065-4182 |
| cr | City of Hurst, Mansfiled ISD, Carroll ISD,   PO Box 13430,   Arlington, TX  76094-0430 |
| cr | City of Lake Worth,   PO Box 13430,   Arlington, TX  76094-0430 |
| cr | +City of New York Department of Finance,   345 Adams Street,   Brooklyn, NY 11201-3797 |
| cr | +City of Overland Park, Kansas,   Attn: Law Dept.,   8500 Santa Fe Drive,   Overland Park, KS 66212-2899 |
| cr | +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,   2915 Biddle Avenue,   Wyandotte, MI 48192-5267 |
| cr | +Cleveland Construction, Inc.,   c/o Daniel Wireman, Esq.,   5390 Courseview Drive,   Mason, OH 45040-2333 |
| cr | +Cleveland Towne Center, LLC,   Miller & Martin PLLC,   c/o Nicholas W. Whittenburg,   832 Georgia Avenue,   Suite 1000,   Chattanooga, TN 37402-2289 |
| cr | +Cobb Corners II, Limited Partnership,   214 North Tryon Street,   Suite 4700,   Attention: Amy Pritchard Williams,   Charlotte, NC 28202-2367 |
| tor | +Cobra Electronics, a Delaware Corporation,   6500 West Cortland,   Chicago, IL 60707-4013 |
| cr | +Cohesion Products, Inc,   c/o Receivable Management Services,   PO Box 5126,   Timonium, MD 21094-5126 |
| cr | +Cole CC Aurora CO, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521 |
| cr | +Cole CC Groveland FL, LLC,   c/o Peter J. Barrett,   Kutak Rock LLP,   1111 E. Main Street,   Suite 800,   Richmond, VA 23219-3521 |
| cr | +Cole CC Kennesaw GA, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,   1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521 |
| cr | +Cole CC Mesquite TX, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521 |
| cr | +Cole CC Taunton MA, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521 |
| cr | +Cole Capital Partners, LLC,   c/o Michael A. Condyles, Esquire,   Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521 |
| mvnt | +Colonial Heights Holdings, LLC,   c/o Peter M. Pearl, Esquire,   Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   (Post Office Box 1998),   Richmond, VA 23218-1998 |
| cr | +Colorado Structures, Inc. dba CSI Construction Co.,   McDonough Holland & Allen PC,   c/o Mary E. Olden/Sean Thompson,   555 Capitol Mall,9th Floor,   Sacramento, CA 95814-4692 |
| cr | Columbia Plaza Joint Venture,   Columbia, MO |
| cr | +Comcast Cable Communications, LLC,   c/o Matthew G. Summers,   Ballard Spahr LLP,   300 E. Lombard St., 18th Floor,   Baltimore, MD 21202-3219 |
| cr | +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704 |
| cr | +Congressional North Associates Limited Partnership,   2701 Tower Oaks Blvd,   Ste 200,   Rockville, MD 20852-4239 |
| cr | +Connie Y. Boyer,   11909 Rutgers Drive,   Richmond, VA 23233-1630 |
| cr | +Corey Rachel,   PO Box 875,   Zephyrhills, FL 33539-0875 |
| cr | +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941 |
| cr | +Cornella Diane Beverly,   c/o Robert A. Canfield,   2201 Libbie Avenue, Suite 200,   Richmond, VA 23230-2364 |
| cr | County of Kern, State of California,   c/o Treasurer/Tax Collector's Office,   Attn: Angelica Leon,   PO Box 579,   Bakersfield, CA  93302-0579 |
| cr | +County of Loudoun, VA,   c/o Belkys Escobar, Asst Cty Atty,   One Harrison St SE (MSC #06),   Leesburg, VA  20175-3102 |
| cr | +County of Loudoun, Virginia,   c/o K. Stapleton, Asst. Cty. Atty.,   P. O. Box 7000,   Leesburg, VA 20177-7000 |
| cr | +County of Merced, California,   c/o Karen D. Adams,   2222 M. Street,   Merced, CA 95340-3729 |
| cr | Cousins Properties Incorporated,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East, Suite 2600,   Los Angeles, CA  90067-3012 |
| cr | +Craig Bender,   457 East Water St.,   Hughesville, PA 17737-1811 |
| crtrptr | +Crane-Snead & Associates, Inc.,   4914 Fitzhugh Ave, Ste 203,   Richmond, VA 23230-3534 |
| unk | +Creative Realty Management, LLC,   c/o Christopher L. Perkins,   LeClairRyan,   Riverfront Plaza, East Tower,   951 East Byrd Street,   Richmond, VA 23219-4040 |
| cr | +Credit Suisse International,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3643 |
| cr | +Crown CCI, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320 |
| cr | +Cyber Acoustics,   3109 NE 109th Ave.,   Vancouver, WA 98682-7750 |
| cr | +Cynda Ann Berger,   1525 Crawford Wood Drive,   Midlothian, VA 23114-5133 |
| cr | +Cyndi Ann Haines,   831 Sarah Drive,   Decatur, IL 62526-9338 |
| cr | +Cynthia A. McCarter,   5307 Live Oak View Ave.,   Los Angeles, CA 90041-1028 |

```
mvnt      +Cynthia Olloway, Individually and as Special Admin,   c/o Lisa Taylor Hudson, Esquire,
           Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,   801 East Main Street, Suite 1800,
           Richmond, VA 23219-2906
cr         Cypress-Fairbanks ISD,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX 77253-3064
cr        +D-Link Systems, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
           Vienna, VA 22182-2498
cr        +DEV Limited Partnership,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
           Richmond, VA 23218-1998
cr        +DFS SERVICES LLC,   c/o Brian Sirower, Esq.,   QUARLES & BRADY LLP,   Two North Central Avenue,
           Phoenix, AZ 85004-2322
cr        +DIM Vastgoed, N.V.,   214 North Tryon Street,   Suite 4700,   c/o Amy Pritchard Williams,
           Charlotte, NC 28202-2367
cr        +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
           2290 First National Building,   Detroit, MI 48226-3583
cr        +Daniel G. Kamin Baton Rouge LLC,   c/o Kamin Realty Company,   490 South Highland Avenue,
           Pittsburgh, PA 15206-4274
cr        +David A. Ruff,   Washington County, Arkansas,   280 North College,   Suite 501,
           Fayetteville, AR 72701-4284
cr        +David Cates,   1075 Chalcedony St., Apt. G,   San Diego, CA 92109-2631
intp      +David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834
cr        +David M. Anderson,   1415 26th St. W.,   Bradenton, FL 34205-3911
cr        +David Marciniszyn,   633 Willow Street,   Waterbury, CT 06710-1213
cr        +David W. Phillips,   1815 Hanover Ave.,   Richmond, VA 23220-3507
cr         DeSoto County, Mississippi,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
           PO Box 1998,   Richmond, VA  23218-1998
cr        +Deanna Heckman-Harding,   7201 Hughes Road,   Sandston, VA 23150-5714
cr        +Deborah J. Koeneman,   9321 Totopotomoy Trail,   Ashland, VA 23005-3367
cr        +Decarla Taylor-Conyers,   203 Peakside Way, Apt D,   Petersburg, VA 23805-1286
cr        +Delores I. Louchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr         Denon Electronics,   c/o William A. Gray,   PO Box 1998,   Richmond, VA  23218-1998
cr        +Dentici Family Limited Partnership,   Neil E. McCullagh, Esquire,   David K. Spiro, Esquire,
           Cantor Arkema, O.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr        +Derek Laumbach,   191 S. River Ridge Circle,   Burnsville, MN 55337-1627
cr         Developers Realty, Inc.,   c/o Christopher L. Perkins,   LeClairRyan,
           951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA  23218-2499
cr         Dickson Management Associates, LLC,   Hirschler Fleischer PC,   c/o Michael P. Falzone,
           P.O. Box 500,   Richmond, VA  23218-0500
cr        +Dino Bazdar,   11470 W. Irving St.,   Boise, ID 83713-7884
cr        +Dirley L. Ball,   14029 Rockbasket Place,   Chester, VA 23836-9711
cr        +Discovery Communications, Inc.,   c/o Szabo,   3355 Lenox Road N.E.,   Ninth Floor,
           Atlanta, GA 30326-1394
cr        +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss,   Trainor Fairbrook,
           980 Fulton Avenue,   Sacramento, CA 95825-4558
cr        +Donald Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr        +Donna M. Kincheloe,   1229 Brighton Ave. No. 137,   Modesto, CA 95355-3174
cr        +Douglas Daniluk,   4112 Evershot Drive,   Midlothian, VA 23112-4498
cr        +E-Z Spread n' Lift,   1815 Buck Road,   Feasterville, PA 19053-2309
cns       +Easley, McCaleb & Associates, Inc.,   Attn: Darwin Embser, VP,   Suite 755,
           3980 DeKalb Technology Pkwy,   Atlanta, GA 30340-2768
cr        +East Brunswick VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
           801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        +East BrunswickVF, LLC,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
           801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
           LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
           Roanoke, VA 24006-1200
cr        +Edward A. Winfree,   1467 Bethany Church Road,   Bumpass, VA 23024-3506
cr        +Edwin Ellis,   3050 Airhaven St.,   Dallas, TX 75229-2451
cr        +EklecCo NewCo, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn: Kevin M. Newman, Esq.,
           308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr        +Elizabeth R. Warren,   1824 Hanover Avenue,   Richmond, VA 23220-3508
cr        +Elton J. Turnage,   PO Box 301,   Youngstown, OH  44501-0301
cr        +Encinitas PFA, LLC,   214 North Tryon Street,   Suite 4700,   Attention: Amy Pritchard Williams,
           Charlotte, NC 28202-2367
cr        +Envision Peripherals,Inc,   47490 Seabridge Drive,   Fremont, CA 94538-6548
cr        +Equitable Gas Company LLC,   Equitable Gas Bankruptcy Dept.,   Attn: Judy Gawlowski,
           200 Allegheny Center Mall,   Pittsburgh, PA 15212-5339
cr        +Erica and Jerome Randolph,   284 Pindak Lane,   Frederick, MD 21701-6405
cr        +Ervin C. Olson,   478 Summer Hill Dr.,   Hoschton, GA 30548-3059
cr        +Escambia County Tax Collector,   c/o Janey Holley,   213 Palafox Place,   PO Box 1312,
           Pensacola, FL 32591-1312
cr        +Evening Post Publishing Company d/b/a The Post and,   c/o B. Shawan Gillians, Esquire,
           5 Exchange Street,   Charleston, SC 29401-2530
cr         Export Development Canada (EDC),   Att: Jo-Ann Keech-Barker,   KIA IK3 151 O'Connor St.,
           Ottawa Ontario,   CANADA
intp       F.R.O., L.L.C. IX,   703 Palm Island Drive,   Palm Beach, FL  33480
cr        +Faram Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
           Norfolk, VA 23514-3037
cr         Fayetteville Developers, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
           951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA  23218-2499
cr        +Fingerlakes Crossing, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
           Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
           U.S.A.
```

```
District/off: 0422-7          User: frenchs           Page 9 of 26              Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc          Total Noticed: 879
```

```
cr      +First Baptist Church of Sunrise,   Rev. Amos N. Farquharson, Pastor,   6401 Sunset Strip,
         Sunrise, FL 33313-2856
cr      +Florence County,   Treasurer's Off/Deliquent Tax,   180 North Irby St. MSCTT,
         Florence, SC 29501-3431
cr      +Forecast Danbury Limited Partnership,   c/o Forest Property Management,   19 Needham Street,
         Newton, MA 02461-1624
         Fort Bend County,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr      +Four Star International Trade,   c/o Wendy M. Mead,   11 Pleasant Street,   Ste 30,
         Worcester, MA 01609-3232
cr       Foursquare Properties, Inc.,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
         Suite 2600,   Los Angeles, CA  90067-3012
cr      +Francis E. Telegadas,   8204 Yolanda Road,   Richmond, VA 23229-4100
cr      +Franklin Wilson,   2 Highland Street,   Port Chester, NY 10573-3382
cr      +Fujitsu Ten Corp. of America,   Attn:  Eiko Kubota-Cywinski,   19600 S. Vermont Ave.,
         Torrance, CA 90502-1140
cr      +GE Fleet,   c/o Michael A. Condyles, Esquire,   Kutak Rock LLP,
         1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr      +GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited,   c/o Charles R. Gibbs,
         Akin Gump Strauss Hauer & Feld LLP,   1700 Pacific Avenue,   Suite 4100,   Dallas, TX 75201-4675
cr       Gallatin Management Associates, LLC,   Hirschler Fleischer PC,   c/o Michael P. Falzone,
         P.O. Box 500,   Richmond, VA  23218-0500
cr      +Gamergraffix,   Attn:  Anne Marie Gleason,   400 Harris Ave.,   Providence, RI 02909-1018
cr      +Gary Kurzenhauser,   P.O. Box 740,   Farmingville, NY 11738-0740
cr      +Gary R. Lowe,   321 Lakecrest Drive,,   Kingsport, TN 37663-2351
cr      +Gateway, Inc.,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,
         1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225
cr      +Geenen DeKock Properties, L.L.C.,   c/o Kupelian Ormond & Magy, P.C.,
         25800 Northwestern Highway,   Suite 950,   Southfield, MI 48075-6116
cr      +Gelco Corporation d/b/a GE Fleet Services,   c/o Peter J. Barrett, Esq.,   Kutak Rock LLP,
         1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr      +George H. Burns,   11110 Woodmeadow Parkway,   # 1405,   Dallas, TX 75228-8580
cr      +George T. Bentzen,   127 Via De La Reina,   Merritt Island, FL 32953-2926
cr      +Georgia Pension Associates Realty Corp,   60 Cuttermill Road,   Suite 303,
         Great Neck, NY 11021-3104
cr      +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh, PA 15238-2833
cr      +Gilbert A. Perez,   700 E. Washington St., #128,   Colton, CA 92324-4176
cr      +Glenmoor Limited Partnership,   c/o Kevin L. Sink,   P.O. Box 18237,   Raleigh, NC 27619-8237
cr      +Glenn Cordell Duncan, Sr.,   4750 Old Military Road,   Theodore, AL 36582-8107
cr      +Gloria B. Scarnati,   #119,   3567 Mountain View Dr.,   Pittsburgh, PA 15122-2447
cr      +Golfsmith International, L.P.,   c/o Sarah Link Schultz,   Akin Gump Strauss Hauer & Feld LLP,
         1700 Pacific Avenue,   Suite 4100,   Dallas, TX 75201-4675
cr      +Google Inc.,   Kaufman & Canoles,   150 W. Main Street,   Suite 2100,   Norfolk, VA 23510-1681
liq      Gordon Brothers Retail Partners, LLC,   101 Huntington Avenue, 10th Floor,
         Boston, MA 02199-7607
cr      +Gould Investors, L.P.,   60 Cuttermill Road,   Suite 303,   Great Neck, NJ 11021-3104
cr      +Graphic Communications, Inc.,   c/o Thomas W. Repczynski,   Bean, Kinney & Korman, P.C.,
         2300 Wilson Blvd, 7th Floor,   Arlington, VA 22201-5424
cr      +Green Acres Mall, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
         801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr      +Greenback Associates,   c/o Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,
         Sacramento, CA 95825-4558
cr      +Greenwood Point, LP,   c/o Jeffrey J. Graham,   Taft Stettinius & Hollister LLP,
         One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
cr      +Gregory Lee McCall,   U.S.M. #15064-045,   F.C.I. Forest City-Low,   PO Box 9000,
         Forest City, AR 72336-9000
cr      +Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
cr      +Hamilton Chase - Santa Maria LLC,   c/o Gregory D. Grant, Esq.,   11921 Rockville Pike, #300,
         Rockville, MD 20852-2737
intp    +Harold Patton,   5178 Old N. Rd.,   Christoperh, IL 62822-2307
cr       Harris County, et al,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr      +Hassan Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315
cr      +Hayward 880,LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr       Henrico County, Virginia,   County Attorney,   P.O. Box 90775,   Henrio, VA  23273-0775
cr      +Herman Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr      +Hernendo County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr      +Highlands County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
liq     +Hilco Merchant Resources, LLC,   5 Revere Dr., Suite 206,   Northbrook, IL 60062-1568
cr      +Hillsborough County, FL,   Attorney's Office,   601 E. Kennedy Blvd.,   27th Floor,
         Tampa, FL 33602-4932
cr       Hillson Electric Incorporated,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
         Kansas City, MO  64105
intp    +Hilton Ellis Epps, Sr.,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
         Richmond, VA 23218-1998
cr      +Homero Alonso Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
cr       Hong Kong Export Credit Insurance Corporation,   Attn:  Leung Shing,
         2/F., Tower 1, South Seas Ctr,   75 Moody Road,   Tsimshatsui East,   HONG KONG
cr      +Hoprock Limonite, LLC,   c/o Dewey & LeBoeuf LLC,   Attn: Lisa Hill Fenning,
         333 South Grand Avenue, 26th Floor,   Los Angeles, CA 90071-1504
intp    +Howard Morehead,   10712 Calaveras Cove,   Belton, TX 76513-5314
cr       Howland Commons Partnership, an Ohio gen partnershp,   Richard T. Davis, Esq.,
         2445 Belmont Avenue,   P.O. Box 2186,   Youngstown, OH  44504-0186
cr      +Huntington Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer, PC,   P.O. Box 500,
         Richmond, VA  23218-0500
cr      +I/O Magic Corp.,   c/o Mary St. George,   4 Marconi,   Irvine, CA 92618-2525
```

```
District/off: 0422-7           User: frenchs              Page 10 of 26           Date Rcvd: Sep 21, 2009
Case: 08-35653                 Form ID: defntc            Total Noticed: 879

cr            +IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr            ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,   400 N 8th Street, Box 76,   Stop Room 898,
                Richmond, VA  23219)
cr            +ION Audio, LLC,   200 Scenic View Drive,   Suite 201,   Cumberland, RI 02864-1847
cr            +Imation Enterprises Corp.,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
                Richmond, VA 23219-2200
cr            +Indiana Department of Revenue,   Brian Salwowski, Offc. Atty. General,
                302 West Washington Street,   Indianapolis, IN 46204-4701
cr            +InfoPrint Solutions Company,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr            +International Business Machines Corporation,   c/o Satterlee Stephens Burke & Burke LLP,
                230 Park Avenue, 11th Floor,   New York, NY 10169-0005
cr            +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
                Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
cr            +Ismay Gayle,   1242 Summerstone Trace,   Austell, GA 30168-6120
crtrpfr        J&J Court Transcribers, Inc.,   268 Evergreen Avenue,   Hamilton, NJ 08619-1808
cr             JAmes A. Cameron,   PO Box,   Costa Mesa, CA 92628-3751
cr            +JLG Industries, Inc.,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
                McLean, VA 22102-3833
cr            +JP Thornton, LLC,   1601 Blake Street,   Unit 600,   Denver, CO 80202-1329
cr            +Jack Hernandez,   Righetti Law Firm,   456 Montgomery Street,   #1400,
                San Francisco, CA 94104-1247
cr            +Jackson County,   c/o  Theresa Spradling,   PO Box 1569,   Medford, OR 97501-0242
cr            +Jakob Joffe,   10708 Chipewyan Dr.,   Richmond, VA 23238-4141
cr            +James C. Blair, Sr.,   1921 Whitelake Dr.,   Fredericksburg, VA 22407-1483
cr            +James H. Martin,   7545 N. Ring Ter.,   Citrus Springs, FL 34434-7220
cr            +James H. Morton,   P.O. Box 9566,   Marina del Ray, CA 90295-1966
cr            +James Lubary,   3161 Druid Lane,   Rossmoor, CA 90720-5214
cr            +James P. Moran,   54 Twin Oaks,   New Milford, CT 06776-5424
cr            +James Shober,   26 School Lane,   Stevens, PA 17578-9404
cr            +James W. Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr            +Jason L. Binkley,   3091 Verona Caney Rd.,   Lewisburg, TN 37091-6548
cr            +Jason W. Martinez,   621 West 7th Street,   Pueblo, CO 81003-2317
cr             Jean Abdallah,   4855 Gouin Blvd West,   Montreal Quebec H4J 1B9,   Canada
cr            +Jean Theodule,   22841 SW 88 PL Unit 206,   Cutter Bay, FL 33190-2030
cr            +Jeff T. Agee,   705 Dennison St.,   Little Rock, AR 72201-4757
cr            +Jerry L. Knighten,   226 Barrington Dr., Apt. 226,   Bossier City, LA 71112-3183
cr            +Joan M. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr            +John H. Davis-El,   4709 Three Oaks Rd.,   Pikesville, MD 21208-2037
cr            +John L. Morrison, II,   9 Springer Court,   Ormond Beach, FL 32174-8436
cr            +John P. Raleigh,   3621 Meadow Pond Court,   Glen Allen, VA 23060-2518
cr             John Rohrer Contracting Company, Inc.,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
                Kansas City, MO  64105
cr            +John W. Walker,   465 McCracken Road,   Lake Helen, FL 32744-3538
intp          +Jonathan Lee Riches,   FCI Williamsburg,   PO Box 340,   Salters, SC 29590-0340
cr            +Jonthan Card,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
                San Francisco, CA 94104-1247
cr            +Jose A. Garcia,   807 64th Ave., Dr. E,   Bradenton, FL 34203-7628
cr            +Joseph M. Stroh,   48 Bethnal Way,   Douglasville, GA 30134-7800
cr            +Joseph Skaf,   Righetti Law Firm, P.C.,   456 Montgomery St.,   #1400,
                San Francisco, CA 94104-1247
cr            +Joshua G. Bowden,   3909 Zingara Rd.,   Conyers, GA 30012-1844
cr            +Joshua L. Adams,   2045 Monaco St.,   Flint, MI 48532-4554
cr            +Juanita Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr            +Julia M. Given,   432 Ednam Drive,   Charlottesville, NC 22903-4716
cr            +Jurupa Bolingbrook LLC,   122 Aspen Lakes Drive,   Hailey, ID 83333-5115
cr            +KPLR,   Szabo Associates,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   Ninth Floor,
                Atlanta, GA 30326-1394
cr            +Kamin Realty Company,   490 South Highland Avenue,   Pittsburgh, PA 15206-4274
cr            +Karen L. Buckley,   7615 Mineral Spring Ct.,   Springfield, VA 22153-2307
cr            +Kelli A. Groneck,   5202 Highberry Woods Rd.,   Midlothian, VA 23112-6502
intp          +Kelly Breitenbecher,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
                Richmond, VA 23218-1998
cr             Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL  34206-5300
cr            +Kenneth Giacone,   502 Palm Court,   Crystal Lake, IL 60014-2034
cr            +Kenneth Robert Porter,   3608 Crosswicks Court,   Fort Worth, TX 76137-1333
cr            +Kentucky Oaks Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,
                P.O. Box 500,   Richmond, VA 23218-0500
cr            +Kevin J. Stephens,   4452 Collins Circle,   Acworth, GA 30101-5225
cr            +Kim E's Flowers, Inc.,   Attn: Kim E. Jemison,   350 East Broad Street,
                Groveland, FL 34736-2585
cr            +Kisha T. Buchanan,   523 Joe B. Jackson Pkwy,   Murfreesboro, TN 37127-7109
cr            +Klipsch, LLC,   c/o Barnes & Thornburg LLP,   Attn: Michael K. McCrory,   11 S. Meridian Street,
                Indianapolis, IN 46204-3535
cr            +Kristy Marie Suler,   208 North Juniper Dr.,   North Aurora, IL 60542-1067
intp          +LA County Sheriff's Dept.,   County Court House,   110 N. Grand Ave. R.526,
                Los Angeles, CA 90012-3014
cr            +Laburnum Investment LLC,   Forest City Commercial Management, Inc,   50 Public Sq.,   Suite 1360,
                Cleveland, OH 44113-2233
cr            +Lacrosse Technology, ltd.,   Manda Shah,   2809 Losey Blvd. South,   La Crosse, WI 54601-7366
cr            +Landmark Communications, Inc. d/b/a The Virginian,   c/o Paul A. Driscoll,
                222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
```

```
cr        +Landover (Landover Crossing), LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
           Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
           U.S.A.
cr        +Lane County Department of Assessment & Taxation,   c/o Anette Spickard,
           Lane County Public Services Bldg,   125 East 8th Ave.,   Eugene, OR 97401-2926
cr        +Lang Construction, Inc.,   c/o: Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
           Kansas City, MO  64105
cr        +Laura L Scannell,   c/o Law Office of Raymond R. Pring, Jr.,   9431 Main Street,
           Manassas, VA 20110-5423
cr        +Laura McDonald,   109 Fairways Dr.,   Hendersonville, TN 37075-2610
cr         Lee County Tax Collector,   Leroy E. Belk, Jr.,   PO Box 271,   Lee County Court House,
           Tupelo, MS  38802-0271
cr         Lee County, Mississippi Tax Collector,   c/o William A. Gray, Esq.,
           Sands Anderson Marks & Miller, PC,   PO Box 1998,   Richmond, VA  23218-1998
cr        +Lexington County Treasurer's Office,   Treasurer's Office,   Attn: Cynthia Hamilton,
           212 South Lake Dr.,   Lexington, SC 29072-3410
intp      +Longacre Opportunity Fund, L.P.,   Pepper Hamilton LLP,   600 14th Street, NW,   Suite 600,
           Washington, DC 20005-2028
intp      +Longacre Opportunity Fund, LP,   810 Seventh Ave.,   33rd Floor,   New York, NY 10019-5869
cr        +Loren Stocker,   d/b/a Vanity International,   1431 Camino Del Mar, Suite D,
           Del Mar, CA 92014-2572
cr        +Los Angeles et al.,   c/o Martha Romero,   BMR Professional Building,   6516 Bright Ave.,
           Whittier, CA 90601-4503
cr        +Louis A. Luchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr        +Louis C. Jones,   17 Spring Harbor,   Aliso Viejo, CA 92656-4249
cr         Lourena Pruett Cole Irrevocable Trust,   Charles H. Cole, Trustee,   4016 Diamond Loch East,
           Fort Worth, TX  76180-8718
cr        +LumiSource, Inc.,   c/o John M. Brom,   QUERREY & HARROW, LTD.,
           175 West Jackson Blvd. - Ste 1600,   Chicago, IL 60604-2686
cr        +Lyle Alonso Epps,   12412 East 207th Street,   Lakewood, CA 90715-1620
cr        +MD-GSI Associates,   c/o Polsinelli Shalton Flanigan Suelthau,   1152 15th Street, NW,
           Suite 800,   Washington, DC 20005-1723
cr        +MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
           6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
intp       Madeleine C. Wanslee,   GUST ROSENFELD,   201 E. WASHINGTON ST., STE 800,
           PHOENIX, AZ  85004-2327
cr        +Madison County, Alabama Tax Collector,   Attn: Lynda Hall, Tax Collector,
           Madison County Courthouse,   100 Northside Square,   Huntsville, AL 35801-4876
cr        +Madison Waldorf, LLC,   c/o Madison Marquette Realty Service,   c/o Mitchell B. Weitzman, Esq.,
           2001 Pennsylvania Ave., N.W., 10th Floor,   Washington, DC 20006-1851,   U.S.A.
cr        +Magna Trust Company, Trustee,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Magnus Magnusson,   % Joseph Nolty,   45-53 Auburndale Lane,   Flushing, NY 11358-3337
cr        +Mallview Plaza Company, Ltd.,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
           One Commercial Place, Suite 1800,   Norfolk, Va 23510-2197
cr        +Manatee County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
           Richmond, Va 23218-1320
cr        +Mansfield SEQ 287 and Debbie, Ltd.,   c/o William A. Gray, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA 23218-1998
intp      +Manufacturers & Traders Trust Company, as Trustee,   c/o Hodgson Russ LLP,
           Garry M. Graber, Esq.,   The Guaranty Building,   140 Pearl Street, Suite 100,
           Buffalo, NY 14202-4014
tor       +Manufactures and Traders Trust Company, as Trustee,   % Hidgson Russ LLP,
           Attn: Deborah J. Piazza, Esq.,   60 East 42nd St., 37th Floor,   New York, NY 10165-3700
intp      +Marblegate Asset Management,   150 East 2nd Street,   10th Floor,   New York, NY 10009-8400
cr        +Marcea Wolfe,   49 Rowland Street,   Wilkes-Barre, PA 18702-3518
cr        +Margaret L. Given,   c/o Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr         Maria Teresa Cameron,   PO Box 3751,   Costa Mesa, CA  92628-3751
cr        +Maria Teresa Turner,   18479 Cattail Srping Drive,   Leesburg, VA 20176-6846
cr        +Marian B. Frauenglass,   105 Brian Drive,   Warner Robins, GA 31088-7918
cr        +Marilyn N. Campbell,   9 Hastings Dr.,   Victor, ID 83455-5281
cr        +Marin Municipal Water District,   c/o Mary Casey,   220 Nellen Ave.,
           Corte Madera, CA 94925-1169
cr        +Marion County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Marion Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr        +Marius S. Tataru,   3530 Decatur St.,   Philadelphia, PA 19136-3009
intp      +Mark H. Turner,   18479 Cattail Spring Dr.,   Leesburg, VA 20176-6846
cr        +Mark Murdock,   25590 Noble Dr.,   Chesterfield, MI 48051-3262
cr        +Marlton VF LLC,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA  23218-1998
cr        +Marsha Blanchette,   750 Six Flags Rd., Lot. 553,   Austell, GA 30168-7841
cr        +Mary A. Garza,   3306 Fendall Ave.,   Richmond, VA 23222-2613
cr        +Mary Anne Hudspeth,   P.O. Box 11684,   Reno, NV 89510-1684
intp       Mary Ella Holm,   219 Nottingham Drive,   Lot 182,   Greenville, TX  75401-8319
cr        +Mary H. Stienemann,   Apt. B,   1037 Maiden Choice Ln.,   Baltimore, MD 21229-5339
intp      +Mary J. Radack,   14561 Legends Blvd., N 302,   Fort Myers, FL  33912-0364
cr        +Mary Riordan,   3216 Blackhawk Meadow Dr.,   Danville, CA 94506-5804
cr        +Maryland Acquisitions, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
           McLean, VA 22102-3833
cr        +Mayda Racines,   28 Payne Rd.,   Bethel, CT 06801-1239
cr        +Mayfair MDCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Mayfair ORCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
```

```
cr        +McAlister Square Partners, Ltd.,   c/o William A. Gray, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA 23218-1998
intp      +McCandlish Holton, PC,   P.O. Box 796,   Richmond, VA 23218-0796
cr         McCorkendale Construction,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
           PO Box 1998,   Richmond, VA 23218-1998
cr        +McKinley, Inc.,   320 N. Main Street,   Suite 200,   Ann Arbor, MI 48104-1100
cr        +Melanie J. Finch,   22056 Gilmore Street,   Woodland Hills, CA 91303-2504
cr        +Melissa Michelle Gillard,   9255 Tamarack Ave.,   Sun Valley, CA 91352-1324
cr        +MiTAC Digital Corp. (Magellan),   c/o Brandy Green,   471 El Camino Real,
           Santa Clara, CA 95050-4481
cr        +Michael Alexander,   3313 Kensington Ave.,   Richmond, VA 23221-2303
cr        +Michael Beam,   5227 Scotsglen Drive,   Glen Allen, VA 23059-5533
cr        +Michael Boger,   22 Carteret Rd.,   Hopatcong, NJ 07843-1005
unk       +Michael Cullen,   22 Gloucester Court,   Newington, CT 06111-4506
intp      +Michael Cullen,   22 Gloucester Ct,   Newington, CT 06111-4506
cr        +Michael Karpinski,   263 Bodega Drive,   Romeoville, IL 60446-3717
cr        +Michael McCabe,   P.O. Box B,   Villa Grande, CA 95486-0090
cr         Michael T. Chalifoux,   c/o Troutman Sanders LLP,   Richard E. Hagerty,
           I660 International Drive,   Suite 600,   McLean, VA 22102
cr         Mid-American Insulation, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
           PO Box 1998,   Richmond, VA 23218-1998
cr         Midwest Block & Brick, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, PC,
           PO Box 1998,   Richmond, VA 23218-1998
cr         Mikael Salovaara,   c/o Andrew Sherman, Esq.,   Sills Cummis & Gross P.C.,   One Riverfront Plaza,
           Newark, NJ 07102
cr        +Millman 2000 Charitable Trust,   2400 Cherry Creek Dr. South,   Suite 702,
           Denver, CO 80209-3261
cr        +Miner Corporation,   111 W. San Antonio Street,   Suite 200,   New Braunfels, TX 78130-5156
cr        +Miner Fleet Management Group, Ltd.,   Ronald A. Page, Jr.,   Cantor Arkema, P.C.,   P.O. Box 561,
           Richmond, VA 23218-0561
cr        +Minnie B. Hatcher,   3200 Sally Circle,   Florence, SC 29501-9672
cr        +Missouri Attorney General's Office,   Jeff Klusmeier,   P.O. Box 899,
           Jefferson City, Mo 65102-0899
cr        +Mitsubishi Digital Electronics America, Inc.,   c/o James A. Pardo, Jr.,   King & Spalding LLP,
           1180 Peachtree Street,   Atlanta, GA 30309-3531
cr        +Mitsubishi Electric & Electronics USA, Inc.,   c/o James A. Pardos, Jr.,   King & Spalding,
           1180 Peachtree Street,   Atlanta, GA 30309-3531
cr        +Monarch Alternative Capital, LP,   c/o Andrew Herenstein,   535 Madison Ave.,
           New York, NY 10022-4212
cr         Montgomery County,   c/o Joh P. Dillman,   Post Office Box 3064,   Houston, TX 77253-3064
cr         Monument Consulting, LLC,   Sands, Anderson, Marks & Miller, P.C.,
           801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        +Mount Berry Square, LLC,   c/o Kevin M. Newman, Esq.,   308 Maltbie Street,   Suite 200,
           Syracuse, NY 13204-1444
cr        +Muriel To Yang,   645 Farnham Circle,   Richmond, VA 23236-4173
cr        +Nancy E. Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315
cr        +Naples Daily News,   % Receivable Management,   Services,   PO Box 5126,
           Timonium, MD 21094-5126
cr        +Natalia Hilton,   3525 Wheat Drive,   Beaumont, TX 77706-3028
cr         National A-1, Inc.,   c/o Hirschler Fleischer,   Robert S. Westermann, Esq.,
           2100 E. Cary Street,   P.O. Box 500,   Richmond, VA 23218-0500
cr        +Nicholas S. Weeks,   4512 Staten Island Court,   Plano, TX 75024-4712
cr         Nintendo of America, Inc.,   Attn: Elizabeth Aurelio, VP,   -Credit, 4820-150th Ave. NE,
           Redmond, WA 98052-5115
cr        +Normand C. Dionne,   268 Bartlett St., Unit 2,   Manchester, NH 03102-3604
cr         North American Roofing Services, Inc.,   c/o Doug Frankey,   3 Winner Circle,
           Arden, NC 28704-3156
cr        +North Attleboro Marketplace II, LLC,   1414 Atwood Avenue,   Johnston, RI 02919-4839
cr         North Bergen Tonnelle Plaza, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
           801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr        +North Plainfield VF LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
           801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        +NorthMarq,   Emily J. Voss, Property Man.,   Suite 200,   3500 American Blvd. W.,
           Minneapolis, MN 55431-1096
cr        +OLP 6609 Grand, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr        +OLP CCAntioch, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr        +OLP CCFairview Heights, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr        +OLP CCFerguson, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr        +OLP CCFlorence, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr        +OLP CCSt.Louis, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
tee       +ON Corp. USA, Inc. and ON Corp.,   Oldshan Grundman Frome,   65 East 55th Street,
           New York, NY 10022-3402
cr         Office of Unemployment Compensation Tax Svcs.,   Dept. of Labor & Industry, Commonwealth,
           of PA, Reading Bankruptcy & Compl. Unit,   Attn: Timothy Bortz, UC Tax Agent,
           625 Cherry St. - Room 203,   Reading, PA 19602-1184
cr        +Okaloosa County Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Oklahoma County Treasurer,   c/o Tammy Jones,   320 Robert S. Kerr,   Room 307,
           Oklahoma City, OK 73102-3441
cr         OmniMount Systems, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
           801 E. Main Street, 18th Fl,   PO Box 1998,   Richmond, VA 23218-1998
cr        +Oracle USA, Inc.,   Buchalter Nemer,   Shawn M. Christianson,   333 Market St., 25th Fl.,
           San Francisco, CA 94105-2126
```

District/off: 0422-7          User: frenchs              Page 13 of 26              Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc             Total Noticed: 879

```
cr          Orange County California Treasurer-Tax Collector,    Laurie A. Shade, Esq.,
            Office of the County Counsel,    10 Civic Center Plaza, 4th Floor,    P.O. Box 1379,
            Santa Ana, CA  92702-1379
cr         +Orange County Florida Tax Collector,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,
            Richmond, Va 23218-1320
cr         +Orange Grove Apartments LLC dba Camelback Center P,    c/o Valerie L. Marciano, Esq.,
            Jaburg & Wilk, PC,    3200 North Central Ave., #2000,    Phoenix, AZ 85012-2463
cr         +Osceola County Florida Tax Collector,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,
            Richmond, VA 23218-1320
cr         +Osceola County, Florida,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,    Richmond, Va 23218-1320
cr         +PNY Technologies, Inc.,    c/o Angela Abreu,    McCarter & English, LLP,    Four Gateway Center,
            100 Mulberry Street,    Newark, NJ 07102-4056
cr         +PULASKI COUNTY TREASURER,    ATTN: MS. CHASITITY SCIFRES,    POST OFFICE BOX 430,
            LITTLE ROCK, AR 72203-0430
cr         +Pan Am Equities,    c/o David A. Greer PLC,    500 East Main St Ste 1225,    Norfolk, VA 23510-2274
cr         +Panattoni Development Company, Inc. as Agent for C,    David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr         +Panattoni Development Company, Inc. as Agent for E,    David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr         +Panattoni Development Company, Inc. as Agent for V,    David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,    Cantor Arkema, P.C.,    P.O. Box 561,    Richmond, VA 23218-0561
cr          Paramount Home Entertainment,    c/o Michael L. Tuchin,    Klee, Tuchin, Bogdanoff & Stern LLP,
            1999 Avenue of the Stars, 39th Floor,    Los Angeles, CA  90067-6049
cr         +Paramount Home Entertainment Inc.,    c/o Susan R Podolsky,    1800 Diagonal Road,    Suite 600,
            Alexandria, VA 22314-2840
cr         +Pasadena Independent School District,    c/o Dexter D. Joyner,    Law Office of Dexter D. Joyner,
            4701 Preston Avenue,    Pasadena, TX 77505-2050
cr          Patricia A. Bean,    11734 Chisholm Trail,    Victorville, CA  92392-9277
cr         +Patricia L. Adams,    c/o Nancy A. Darling,    713 E. Boston Street,    Broekn Arrow, OK 74012-7280
cr         +Patricia Shapiro,    3662 Mountcles Blvd.,    Thousand Oaks, CA 91360-2642
cr         +Patrick Gerald Kennedy,    PO Box 280281,    Northridge, CA  91328-0281
cr         +Patty Burrell,    Suite 1-B,    2070 Silverside Drive,    Bston Rouge, LA 70808-4136
intp       +Paul Schaapman,    c/o Sands Anderson Marks & Miller, PC,    P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +Pauline B. Griskey,    88 Pine Grove Ave.,    Summit, NJ 07901-2465
cr         +Pelkar Muskegon, LLC,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
            Norfolk, VA 23514-3037
cr         +Pension Benefit Guaranty Corporation,    Office of the Chief Counsel,    1200 K Street, N.W.,
            Suite 340,    Washington, DC 20005-4030
cr         +Performance Printing Corporation,    Attn: John T. White, Pres.,    2929 Stemmons,
            Dallas, TX 75247-6102
cr          Philip S. Allen,    40454 Regatta Drive,    Discovery Bay, CA  94505
cr         +Phillip Lee Steele,    1208 Dawkins St.,    Unit B,    Durham, NC 27707-2314
cr         +Phoenix Property Company,    c/o Jason Binford,    Haynes and Boone, LLP,
            2323 Victory Avenue, Suite 700,    Dallas, TX 75219-7673
cr         +Photoco, Inc.,    30305 Solon Road,    Solon, OH 44139-3413
intp       +Phyllis M Pearson,    c/o Sands Anderson Marks & Miller, P.C.,    P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +Pima County,    Pima County, Arizona,    c/o Pima County Attorney's Office,
            32 N. Stone Ave., Ste. 2100,    Tucson, AZ 85701-1416
cr         +Pinnellas County, Florida,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,    Richmond, Va 23218-1320
cr         +Placer California,    c/o Martha E. Romero,    BMR Professional Building,    6516 Bright Ave,
            Whittier, CA 90601-4503
cr         +Plaza Las Palmas, LLC,    Culbert & Schmitt, PLLC,    30C Catoctin Circle, SE,
            Leesburg, VA 20175-3614
cr         +Polaris Circuit City, LLC,    8800 Lyra Drive, Suite 550,    Attn: Franz A. Geiger,
            Columbus, OH 43240-2107
cr         +Polk County Florida Tax Collector,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,
            Richmond, Va 23218-1320
cr          Pop's Cosmic Counters, Inc.,    PO Box 1138,    Greenville, TX  75403-1138
cr         +Port Arthur Holdings, III, Ltd.,    c/o David H. Cox, Esquire,    Jackson & Campbell, PC,
            1120 20th Street, NW, Suite 300-S,    Washington, DC 20036-3437
cr         +Portland Investment Company of America,    c/o Katten Muchin Rosenman LLP,
            2029 Century Park East,    Suite 2600,    Los Angeles, CA 90067-3012
cr         +PrattCenter, LLC,    c/o Lisa Taylor Hudson, Esquire,    Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,    P.O. Box 1998,    Richmond, VA 23218-1998
cr          Premier Contracting, Inc.,    c/o William A. Gray, Esq.,    Sands Anderson Marks & Miller, PC,
            PO Box 1998,    Richmond, VA 23218-1998
cr         +Premier Resources, LLC,    7905A,    Cessna Avenue,    Gaithersburg, MD 20879-4120
cr         +PrimeShares,    261 Fifth Avenue,    22nd Floor,    New York, NY 10016-7701
cr         +Primeshares (212-889-9700),    261 Fifth Avenue,    22nd Floor,    New York, NY 10016-7701
cr         +Prince George's Station Retail, LLC,    c/o Taylor Development and Land,    7201 Wisconsin Avenue,
            Suite 500,    Bethesda, MD 20814-4848
cr         +Prosite Business Solutions, LLC,    c/o Spotts Fain PC,    411 E. Franklin Street,    Suite 600,
            Richmond, VA 23219-2200
cr         +Prudential Insurance Company of America,    c/o Katten Muchin Rosenman LLP,
            2029 Century Park East,    Suite 2600,    Los Angeles, CA 90067-3012
cr          PuntoAparte Communications, Inc.,    Attn: Orlando J. Salichs,    PO Box 9066636,
            San Juan,    00906-6636,    PUERTO RICO
cr         +RJ Ventures LLC, K&G Dearborn LLC,    c/o Jess R Bressi Esq,    Cox Castle & Nicholson LLP,
            19800 MacArthur Blvd Ste 500,    Irvine, CA 92612-2480
cr         +RLV Village Plaza, LP,    c/o Paul K. Campsen,    Kaufman & Canoles, P.C.,    P. O. Box 3037,
            Norfolk, VA 23514-3037
```

```
cr        +RLV Vista Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
cr        +RREEF Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
            Suite 2600,  Los Angeles, CA 90067-3012
           RTS Marketing, Inc.,   c/o Michael P. Falzone, Esq.,   Hirschler Fleischer PC,   P.O. Box 500,
            Richmond, VA  23218-0500
cr        +Ramco JW, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
cr        +Ramco West Oaks 1, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
cr        +Raymond & Main Retail, LLC,   David K. Spiro, Esquire,   Neil E. McCullagh, Esq.,
            Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr        +Raymond E. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr        +Rebecca Hylton DeCamps,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
            PO Box 1998,   801 E. Main Street, Ste 1800,   Richmond, VA 23219-2906
cr        +Rebecca Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr        +Rebs Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
cr        +Regina J. Cody,   8406 Snowden Oaks Place,   Laurel, MD 20708-2302
cr         Remount Road Associates Limited Partnership,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
            P.O. Box 500,   Richmond, VA  23218-0500
cr        +Renukaben S. Naik,   C/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
            Richmond, VA 23219-3723
cr        +Reverend Dwayne Funches,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr        +Rhonda S. Johnson,   834 Crosshill Rd.,   Danville, KY 40422-1135
cr        +Richard Daly,   8621 Basswood Rd. No. 33,   Eden Prarie, MN 55344-4177
cr        +Richard G. Griskey,   88 Pine Grove Avenue,   Summit, NJ 07901-2465
cr        +Richard L. Schurz,   12117 Jamieson Pl,   Glen Allen, VA 23059-5386
cr        +Richard Smith,   5904 Forest Rd.,   Cheverly, MD  20785-2946
cr        +Richard Stevens,   221 West 82nd Street,   New York, NY 10024-5406
cr        +Richard Thompson,   11313 Edgewood Farm Ct.,   Richmond, VA 23233-1823
cr        +Rick Sharp,   1008 Wedgeland Drive,   Raleigh, NC 27615-5928
cr        +Ricmac Equities Corporation,   430-440 Plainview Road,   Hicksville, NY 11801-4372
cr         Rio Associates Limited Partnership,   c/o David D. Hopper, Esquire,   4551 Cox Road, Suite 210,
            P. O. Box 3059,  Glen Allen, VA  23058-3059
cr         Ritz Motel Company,   6735 Telegraph Road,   Suite 110,   Bloomfield Hills, MI  48301-3143
cr        +Riverside County California,   California Taxing Authority,   c/o Martha E. Romero,
            Romero Law Firm,   6516 Bright Avenue,   Whittier, CA 90601-4503
cr        +Riverside, California,   c/o Martha E. Romero,   6516 Bright Ave,   Whittier, CA 90601-4503
cr        +Robert A. Koenig,   PO Box 41,   Manchester, NH 03105-0041
cr        +Robert Conat,   313 Spinnaker,   Lansing, MI 48917-3468
cr        +Robert E. Greenberg Gateway Woodside, Inc.,   Friedlander Misler, PLLC,   1101 17th Street, NW,
            Suite 700,   Washington, DC 20036-4711
cr        +Robert E. Kniesche,   179 Shelby Drive,   Newport News, VA  23608-2544
cr        +Robert F. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
cr        +Robert Gentry,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
            San Francisco, CA 94104-1247
cr        +Robert J. Appleby,   14320 Winter Ridge Lane,   Midlothian, VA 23113-6709
cr        +Robert M. Sayen,   6336 Kindred St.,   Philadelphia, PA 19149-2812
cr        +Roto-Rooter,   PO Box 2222,   South Burlington, VT 05407-2222
cr        +SAP Retail Inc. and Business Objects,   c/o Brown & Connery LLP,   Attn:  Donald K. Ludman,
            6 North Broad Street,   Suite 100,   Woodbury, NJ 08096-4635
cr         SEA Properties I, LLC,   c/o Clement & Wheatley,   ATTN.:  Darren W. Bentley, Esq.,
            P. O. Box 8200,  Danville, VA  24543-8200
cr        +Sacco of Maine, LLC,   Young, Goldman & Van Beek, P.C.,   c/o John P. Van Beek, Esq.,
            510 King Street, Suite 416,   Alexandria, VA 22314-3142
cr        +Safeway Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
            Vienna, VA 22182-2498
intp      +Salem Rockingham LLC,   c/o The MEG Companies,   25 Orchard View Drive,
            Londonderry, NH 03053-3324,  UNITED STATES
cr        +Samsung Electronics America, Inc.,   c/o Akerman Senterfitt,   8100 Boone Blvd., Suite 700,
            Vienna, VA 22182-2683
cr        +Sangertown Square, L.L.C.,   c/o Menter, Rudin & Trivelpiece, P.C.,
            Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
            U.S.A.
cr        +Satchidananda Mims,   PO Box 19304,   Oakland, CA 94619-0304
cr        +Saul Holdings Limited Partnership,   c/o Stephen A. Metz, Esquire,
            Shulman Rogers Gandal Pordy & Ecker, PA,   11921 Rockville Pike, 3rd Floor,
            Rockville, MD  20852-2743
cr        +Save Mart Supermarkets,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Schottenstein Property Group, Inc.,   c/o Loc Pfeiffer, Esquire,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Scott Warren,   10816 1/2 Blix Street,   N. Hollywood, CA 91602-1353
cr         Sensormatic Electronic Corporation,   c/o William A. Gray, Esq.,
            Sands, Anderson, Marks & Miller, PC,   801 E. Main Street, 18th Fl,   PO Box 1998,
            Richmond, VA  23218-1998
cr         Seth Kranz,   5337 FM 2642,   Royse City, TX  75189
cr        +Sharon Brown Hope,   4219 Grand Street, Apt. J,   Columbia, SC 29203-6666
intp      +Sharon Joyce Savary,   2612 Kirkland Rd.,   Dover, FL 33527-3413
cr        +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   575 Underhill Blvd,
            Syosset, NY 11791-3426
cr        +Sharpe Partners, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
```

```
cr          +Sheila Lewis,   128 N. Beech Ave.,   Highland Springs, VA 23075-1408
cr          +Sheryl A. Borger,   31654 Lynne Drive,   Rockwood, MI 48173-1029
cr          +Shirley A. Munselle,   805 Lisa Street,   Burleson, TX 76028-6489
cr          +Shopping.com, Inc.,   c/o Michael A. Condyles, Esq.,   Kutak Rock LLP,   1111 East Main Street,
              Suite 800,   Richmon, VA 23219-3521
cr          +Sie Ling Chiang,   13503 Point Pleasant Dr.,   Chantilly, VA 20151-2442
cr          +Simon Property Group, Inc.,   Attn: Ronald M. Tucker, Esq.,   225 W. Washington Street,
              Indianapolis, IN 46204-3438
cr          +Sir Barton Place, LLC,   2517 Sir Barton Way,   Suite 210,   Lexington, KY 40509-2275
cr          +Snagajob.com,   4800 Cox Road, Ste 200,   Glen Allen, VA 23060-6292
cr          +Snell Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, P.C.,
              Post Office Box 1998,   Richmond, VA 23218-1998
cr          +Sony Electronics, Inc.,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
              1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +SouthPeak Interactive, LLC,   2900 Polo Parkway, Suite 200,   Midlothian, VA 23113-1423
cr           Southland Acquisitions, LLC,   c/o Thomas G. King / DS Holmgren,   Kreis, Enderle, et al,
              PO Box 4010,   Kalamazoo, MI 49003-4010
cr           Southroads, L.L.C.,   Troutman Sanders LLP,   1660 International Drive,   Suite 600,
              McLean, VA 22102-4877
cr           Spring Hill Development Partners, GP,   Hirschler Fleischer, PC,   c/o Michael P. Falzone, Esq.,
              P.O. Box 500,   Richmond, VA 23218-0500
cr           St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, PC,   (Brandywine/CircuitCity),
              Baltimore, MD 21284
cr           Star Universal, LLC,   Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
             State Board of Equalization,   State of California,   450 N Street, MIC:55,   PO Box 942879,
              Sacramento, CA 94279-0055
cr          +State of Connecticut, Departments of Labor and Rev,   Office of the Attorney General,
              55 Elm Street,   Hartford, CT 06106-1746
cr           State of Maine, Treasurer,   6 State House Station,   Augusta, ME 04430-0006
cr          +State of Michigan, Department of Treasury,   Cadillac Place,   3030 W. Grand Blvd., Ste. 10-200,
              Detroit, MI 48202-6030,   US
cr           State of New Jersey, Division of Taxation,   Attorney General of New Jersey,
              R.J. Hughes Justice Complex,   25 Market St., POB 106,   Trenton, NJ 08625-0106
cr           State of Wisconsin - Office of the State Treasurer,   P. O. Box 7857,   Madison, WI 53707-7857
unk         +Stephanie Krajchir,   LAPD - Topanga Area,   Los Angeles Police Dept.,   PO Box 30158,
              Los Angeles, CA 90030-0158
cr          +Steve Nicholson,   713 Cannon Road,   Glen Gardner, NJ 08826-3027
cr          +Steve Saunders,   2931 Royal Virginia Crt.,   Louisa, VA 23093-2242
cr          +Steven Draxler,   2322 Pocono Ct.,   De Pere, WI 54115-8076
intp        +Steven Ivester,   c/o Christopher L. Perkins,   LeClairRyan,   Riverfront Plaza, East Tower,
              951 East Byrd Street,   Richmond, VA 23219-4040
cr          +Stillwater Designs and Audio, Inc.,   attn: Kim Wright,   3100 North Husband,
              Stillwater, OK 74075-2516
cr          +Susan Grace Stickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan Grace Strickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan M. Allen,   PO Box 1252,   Ft. Belvoir, VA 22060-0952
cr          +Suzanne Laxson,   P.O. Box 621,   Franktown, CO 80116-0621
cr          +Syed Asrar Naqvi,   3720 Westwood Blvd., Apt. #7,   Los Angeles, CA 90034-6716
cr          +Symantec Corp,   c/o Rafael X. Zahralddin-Aravena,   Elliott Greenleaf,
              1000 West Street, Suite 1440,   Wilmington, DE 19801-1051
cr           T. J. Maxx of CA, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr          +TARGUS, INC.,   Lawrence J. Hilton, Esq.,   HEWITT & O'NEIL LLP,   19900 MacArthur Blvd,
              Suite 1050,   Irvine, CA 92612-8414
intp        +THQ, Inc.,   c/o David M. Poitras, P.C.,   Jeffer, Mangels, Butler & Marmaro LLP,
              1900 Ave. of the Stars, 7th Fl.,   Los Angeles, CA 90067-4308
cr          +TKG Coffee Tree, L.P.,   c/o Eugene Chang,   Stein & Lubin LLP,
              600 Montgomery Street, 14th Floor,   San Francisco, CA 94111-2716
cr          +TMT Development Company, Inc.,   Attn: Jill Hollowell,   805 SW Broadway, Ste. 2020,
              Portland, OR 97205-3360
cr          +TSA Stores, Inc.,   c/o John P. Van Beek, Esq.,   510 King Street,   Suite 416,
              Alexandria, VA 22314-3132
cr          +Tanden A. Kibby,   8518 Quail Hollow Blvd.,   Wesley Chapel, FL 33544-2042
cr          +Tasler Pallet, Inc.,   Attn: Lewis Olson, Cred Mngr,   H.C. 73   Box 11,
              Marietta, OK 73448-9502
cr          +Taubman Landlords,   c/o The Taubman Company,   Attn. Andrew S. Conway,   200 East Long Lake Road,
              Suite 300,   Bloomfield Hills, MI 48304-2324
cr           Tax Collector, Polk County, Florida,   Joe G. Tedder, CFC,   Delinquency and Enforcement,
              PO Box 2016,   Bartow, FL 33831-2016
cr          +Taylor B. Phillips,   Apt. 511,   8875 Costa Verde Blvd.,   San Diego, CA 92122-6659
cr          +Tennessee Dept. Of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
              POB 20207,   Nashville, TN 37202-4015
cr          +Terrell A. Woods,   5724 Sullivan Point Dr.,   Powder Springs, GA 30127-8454
cr          +The Cafaro Northwest Partnership, dba South Hill M,   c/o Sheila deLa Cruz, Esq.,
              Hirschler Fleischer PC,   P.O. Box 500,   Richmond, VA 23218-0500
cr           The Irvine Company,   Bewley, Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
              Whittier, CA 90602-1797
cr          +The Landing at Arbor Place II, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
              1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +The Macerich Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
              Los Angeles, CA 90067-3012
cr          +The Marketplace of Rochester Hills Parcel B, LLC,   c/o John D. McIntyre,
              Willcox & Savage, P.C.,   One Commercial Place, Suite 1800,   Norfolk, Va 23510-2197
```

District/off: 0422-7          User: frenchs          Page 16 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653                Form ID: defntc        Total Noticed: 879

```
cr          +The Marvin L. Oates Trust,   c/o Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,
             Sacramento, CA 95825-4558
cr          +The McClatchy Company,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
             Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
cr          +The Stop & Shop Supermarket Company LLC,   c/o Sands Anderson Marks & Miller, P.C.,
             P.O. Box 1998,   Richmond, VA 23218-1998
cr          +Thirty & 141, L.P.,   John E. Hilton,   Carmody MacDonald,   120 S. Central Ave., Ste. 1800,
             Clayton, MO 63105-1726
cr          +Thomas Fox,   47 Bridgewater Rd.,   New Milford, CT 06776-3736
cr          +Thomas Gibson,   66 Athens St.,   San Francisco, CA 94112-1602
cr          +Thomas Tecza,   11700 Wembley Dr.,   Huntley, IL 60142-6309
cr          +TomTom, Inc.,   c/o Nixon Peabody LLP,   Attn: Dennis J. Drebsky,   437 Madison Ave.,
             New York, NY 10022-7039
cr           Tony F. Esposito,   76 Coquina Ridge Way,   Ormond Beach, FL 32174-1816
cr          +Torrington Tripletts, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Toshiba America Consumer Products, L.L.C.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Toshiba America Information Systems, Inc.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Touchpoint Retail Design, Inc.,   Attn: Debby Prudhomme,   118 E. 26th St., Ste. 300,
             Minneapolis, MN 55404-4352
cr          +Towson VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +Toys R Us - Delaware, Inc.,   c/o Wolff & Samson PC,   Attn: Karen L. Gilman, Esq.,
             One Boland Drive,   West Orange, NJ 07052-3687
cr          +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002
cr          +Tritronics, Inc.,   c/o Ronald S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
             300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr          +Tuscaloosa County Tax Collector,   Attn: Peyton C. Cochrane,   124 Courthouse,
             714 Greensboro Ave.,   Tuscaloosa, AL 35401-1864
cr          +Ty Holbrook,   5915 Crockett,   Lumberton, TX 77657-7833
cr          +Tysons 3, LLC,   c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,
             2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424,   UNITED STATES
cr          +UPS Ground Freight, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
             500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr          +US Debt Recovery III, LP,   940 Southwood Blvd.,   Suite 101,   Incline Village, NV 89451-7401
tee         +US Debt Recovery LLC,   PO Box 5241,   Incline Village, NV 89450-5241
cr          +UTC I, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr          +United Parcel Service, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
             500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
intp        +United States Environmental Protection Agency,   Office of General Counsel,
             U.S. EPA Mailcode 2377R,   1300 Pennsylvania Ave., NW,   Washington, DC 20004-3002
cr          +UrbanCal Oakland, II LLC,   c/o Baker & Hostetler, LLP,   ATTN: Laura Lawton Gee,
             1000 Louisiana Street,   Suite 2000,   Houston, TX 77002-5018
cr          +VNO Mundy Street, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +VNO TRU Dale Mabry, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +Valley Corners Shopping Center, LLC,   c/o Lisa Taylor Hudson, Esquire,
             Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
             Richmond, VA 23218-1998
cr          +Vance Baldwin, Inc.,   c/o Robert S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
             300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr           Vermont Gas,   PO Box 467,   Burlington, VT 05402-0467
cr           Vertis, Inc.,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,   P.O. Box 500,
             Richmond, VA 23218-0500
cr          +Victoria G. Moore,   1306 Elmshadow Drive,   Richmond, VA 23231-4727
cr          +Victoria L. Eastwood,   3919 Southwinds Place,   Glen Allen, VA 23059-2633
intp        +Vincent E. Rhynes,   1514 W. Manchester Ave. # 5,   LA, CA 90047-5427
cr          +Virginia V. Phillips,   344 Sassafras Road,   Baltimore, MD 21221-3023
cr          +VonWin Capital Management, LP,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr           Vonage Holdings, Inc.,   attn: Angelique Electra,   23 Main Street, D2-180,
             Holmdel, NJ 07733-2136
cr           Vornado Caguas LP,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr          +Vornado Finance, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr          +Vornado Gun Hill Road, LLC,   c/o Lisa Taylor Hudson, Esquire,
             Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
             Richmond, VA 23218-1998
mvnt        +Vornado Realty Trust,   210 Route 4 East,   Paramus, NJ 07652-5108
cr          +WINK TV-Fort Myers Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr          +WPBF,   Szabo,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   9th Floor,
             Atlanta, GA 30326-1394
cr          +WXCW TV Sun Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr          +Washington Corner, LP,   c/o Jeffrey J. Graham,   Taft Stettinius & Hollister LLP,
             One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
cr          +Waste Management, Inc.,   c/o Stinson Morrison Hecker LLP,   Attn: Darrell W. Clark,
             1150 18th Street, NW,   Suite 800,   Washington, DC 20036-3845
cr          +Watercress Associates, LP, LLP dba Pearlridge Cent.,   c/o Douglas D. Kappler, Esq.,
             Robinson, Diamant & Wolkowitz, APC,   1888 Century Park East,   Suite 1500,
             Los Angeles, CA 90067-1719
```

```
District/off: 0422-7          User: frenchs          Page 17 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653                Form ID: defntc         Total Noticed: 879
```

```
cr           +Watt Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
              Los Angeles, CA 90067-3012
cr           +Wayne VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr           +Wendy T. Housden,   10100 Ridge Run Road,   Chesterfield, VA 23832-7100
cr            Westgate Village, LP,   c/o Heather D. Dawson,   Kitchens Kelley Gaynes, P.C.,
              Eleven Piedmont Center, Suite 900,   3495 Piedmont Rd. N.E.,   Atlanta, GA 30305
cr           +Westlake Limited Partnership,   406 SW Washington Street,   Peoria, IL 61602-1503
cr            Williamson County et al,   c/o Michael Reed,   Round Rock, TX  78680
cr           +Winn Bus Lines,   1831 Westwood Avenue,   Richmond, VA 23227-4338
cr           +Youde Wang,   1296 Grand Cypress Sq.,   Virginia Beach, VA 23455-6838
cr           +Yvette Mack,   c/o Spotts Fain PC,   P.O. Box 1555,   Richmond, VA 23218-1555
cr            c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa,   303 Peachtree Street, NE,
              2800 SunTrust Plaza,   Atlanta, GA 30308
cr           +c/o William A. Wood Panattoni Construction, Inc.,   Bracewell & Giuliani, LLP,
              711 Louisiana St., Suite 2300,   Houston, TX 77002-2849
cr           +c/o William S. Coats Pinnacle Systems, Inc.,   White & Case LLP,   3000 El Camino Real,
              5 Palo Alto Square, 9th Flr,   Palo Alto, CA 94306-2116
cr           +iTouchless Housewares and Products, Inc.,   551 Foster City Blvd., Unit M,
              Foster City, CA 94404-1632
```

The following entities were noticed by electronic transmission on Sep 22, 2009.

```
aty          +E-mail/Text: jsdlaw@msn.com                      J. Scott Douglass,   909 Fannin, Ste. 1800,
              Houston, TX 77010-1016
aty          +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM                      S. James Wallace,
              Griffith, McCague & Wallace, P.C.,   The Gulf Tower, #3626,   707 Grant Street, 38th Floor,
              Pittsburgh, PA 15219-1908
aty          +E-mail/Text: HOUBANK@PBFCM.COM                      Yolanda M. Humphrey,
              1235 North Loop West,   Suite 600,   Houston, TX 77008-1772
cr           +Fax: 954-764-7770 Sep 22 2009 02:11:37   City of Homestead, Florida,   Weiss Serota Helfman,
              c/o Douglas R. Gonzales,   200 E. Broward Blvd.,   Suite 1900,   Fort Lauderdale, FL 33301-1949
cr           +Fax: 954-764-7770 Sep 22 2009 02:11:37   City of Miramar, FL,   Weiss Serota Helfman,
              c/o Douglas R. Gonzales,   200 E. Broward Blvd.,   suite 1900,   Fort Lauderdale, FL 33301-1949
tee          +E-mail/Text: jjwilliams@haincapital.com                      Hain Capital Group, LLC,
              301 Route 17 N,   7th Floor,   Rutherford, NJ 07070-2599
cr           +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM                      Liquidity Solutions Inc.,
              One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
cr           +E-mail/Text: mtucker122@verizon.net                      Michael Tucker,
              11310 Wycombe Park Lane,   Glenn Dale, MD 20769-2029
cr            E-mail/Text: ecfnotices@dor.mo.gov                      Missouri Department of Revenue,
              General Counsel's Office,   301 W. High Street, Room 670,   PO Box 475,
              Jefferson City, MO  65105-0475
cr           +E-mail/Text: tc_legal_services@co.palm-beach.fl.us
              Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL 33402-3715
cr           +E-mail/PDF: rmscedi@recoverycorp.com Sep 22 2009 01:57:40
              Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
cr            E-mail/Text: bankruptcynoticing@polktaxes.com
              Tax Collector For Polk County, FL,   Of Joe G. Tedder,   PO Box 2016,   Bartow, FL  33831-2016
cr           +E-mail/Text: tsignor@gburgtimes.com                      Times & News Publishing Company,
              1570 Fairfield Road,   Gettysburg, PA 17325-7252
cr           +E-mail/Text: priscilla.lacey@vonage.com                      Vonage Marketing Inc.,
              c/o Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136
                                                                                        TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan J. Kornfeld
aty           Gillian N. Brown
aty           Ivan M. Gold
aty           John A. Morris
aty           John M. Brom,   Querrey & Harrow, Ltd.
aty           Lauren Lonergan Taylor,   Duane Morris, LLP
aty           Nicholas B Malito
aty           Rachel N. Greenberger
aty           Scott Shaw
aty           Troutman Sanders LLP
aty           Vivieon E. Kelley
aty           Yolandad M Humphrey,   Perdue, Brandon, Fiedler, Collins & Mott
cr            1030 W. North Ave. Bldg. LLC
cr            120 Orchard LLC
cr            1251 Fourth Street Investors, LLC
cr            13630 Victory Boulevard, LLC
intp          36 Monmouth Plaza LLC
cr            3725 Airport Boulevard, LP
cr            427 Orchard LLC
cr            444 Connecticut Avenue, LLC, Store #3690
cr            502-12 86th Street LLC
cr            553 Retail, LLC
cr            601 Plaza LLC
cr            680 S. Lemon Ave. Co.
intp          99 Cents Only Stores
cr            AAC Management Corp.
cr            ACXIOM CORPORATION
cr            ALCAL/Arcade Contracting, Inc.
cr            AOL LLC
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            AT&T
cr            AT&T Corp.
cr            AVR CPC Associates, LLC
cr            Acadia Realty Limited Partnership
cr            Ada Alicea
cr            Ada Alicea, on behalf of herself and all others si
cr            Advance Real Estate Management, LLC
cr            Advertising.com Inc.
cr            Akamai Technologies, Inc.
cr            Alliance Entertainment Corporation
cr            Altamonte Springs Real Estate Associates, LLC
intp          Alvarez & Marsal Canada, ULC
intp          AmCap Arborland LLC
intp          AmCap NorthPoint LLC
cr            AmREIT, a Texas Real Estate Investment Trust
cr            Amargosa Palmdale Investments, LLC
cr            American Electric Power
cr            American National Insurance Company
cr            American Power Conversion Corp.
cr            Ammon Properties, LC
cr            Amore Construction Company
cr            Andrews Electronics
cr            Angela Ross
cr            Anna Thomas
cr            Annapolis Plaza LLC
cr            Apex Digital, Inc.
cr            Applied Predictive Technologies, Inc.
intp          Arboretum of South Barrington, LLC
cr            Arlington ISD, et al.
cr            Ashkenazy Management Corp.
cr            Audiovox Corporation
cr            Austin Community College
cr            Austin Independent School District
cr            Averatec/Trigem USA
cr            Bagby & Russell Electric Company, Inc.
cr            Baltimore Gas and Electric Company
cr            Bank of America, N.A.
cr            Bank of America, N.A., as Agent
cr            Barbara Lay
cr            Basser-Kaufman
cr            Bear Valley Road Partners LLC
cr            Becker Trust LLC
cr            Belkin International
cr            Bell County, County of Denton, Midland Central App
cr            Bell'O International Corp.
cr            Bella Terra Associates, LLC
cr            Belleville News-Democrat
cr            Bellingham Herald
cr            Benderson Development Company, LLC
cr            Benenson Capital Company
cr            Benton County Treasurer
cr            Bethesda Softworks, LLC
cr            Beverly Gemini Investments, LLC
cr            Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr            Biloxi Sun Herald
cr            Bizport, Ltd.
cr            Blount County Trustee
cr            Bond C.C. I Delaware Business Trust
cr            Bond Circuit IV Delaware Business Trust
cr            Bond Circuit VIII Delaware Business Trust
cr            Bond-Circuit IV Delaware Business Trust
intp          Bond-Circuit IX Delaware Business Trust
cr            Boston Gas Company
cr            Boulevard North, LP
intp          Bradenton Herald
cr            Brandywine Grande C, L.P.
cr            Brazoria County Tax Office
intp          Brick-70, LLC
cr            Brighton Commercial, L.L.C.
cr            Brownsville Independent School District
cr            Brownsville Public Utilities Board
cr            Bush Industries, Inc.
cr            CAP Brunswick, LLC
cr            CC - Virginia Beach, LLC
cr            CC Colonial Trust
cr            CC Grand Junction Investors 1998, LLC
cr            CC Hamburg NY Partners, LLC
cr            CC Joilet Trust
cr            CC Joliet Trust
cr            CC Kingsport 98, LLC
cr            CC Merrilville Trust
cr            CC Plaza Joint Venture, LLP
cr            CC Springs, L.L.C.
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr            CC-Investors 1995-6
intp          CCDC Marion Portfolio, L.P.
cr            CDB Falcon Sunland Plaza, LP
cr            CHK, LLC
cr            CIM/Birch St., Inc.
cr            CK Richmond Business Services #2, LLC
cr            COFAL Partners, L.P
cr            COMSYS Information Technology Services, Inc. and C
unk           CT
cr            Cameron County
cr            Canon U.S.A., Inc
cr            Cardinal Capital Partners
cr            Caribbean Display & Construction, Inc.
cr            Carlyle-Cypress Tuscaloosa, LLC
cr            Carolina Power & Light Company d/b/a Progress Ener
cr            Carriage Crossing Market Place LLC
cr            Carrollton Arms, LLC
cr            Catawba County North Carolina
cr            Catellus Operating Limited Partnership
cr            Catellus Operating Limited Partnership
cr            Cedar Development Ltd., a Florida Limited Partners
cr            Cellco Partnership d/b/a Verizon Wireless
cr            Cencor Realty
cr            Central Georgia Electric Membership Corporation
intp          Centre Daily Times (State College)
cr            Centre at 38th Street TIC, LLC
cr            Centro Properties Group
cr            Chalek Company LLC
cr            Charlotte Observer
cr            Chase Bank USA, National Association
cr            Chelmsford Realty Associates
cr            Children's Discovery Centers of America, Inc.
cr            Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr            Circuit City Stores, Inc.
cr            Circuit Investors #2, Ltd.
cr            Circuit Realty NJ LLC
cr            Cisco-Linksys, LLC
cr            City and County of Denver
cr            City of Austin
cr            City of Colorado Springs
cr            City of Fort Worth
cr            City of Garland Tax Assessor/Collector
cr            City of McAllen
cr            City of Meriden, Connecticut
cr            City of Novi, Michigan
cr            City of Philadelphia
cr            City of Round Rock
cr            City of Southlake, Texas
cr            Clark County Treasurer
cr            Clean Carton Co., Inc.
cr            Cohab Realty, LLC
cr            Collin County Tax Assessor/Collector
cr            Colorado Department of Revenue
cr            Columbia Equities Limited Partnership
cr            Columbia Plaza Shopping Ceter Venture
cr            Columbia State
cr            Columbus Ledger-Enquier
cr            Commerce Technologies, Inc.
cr            Commonwealth Edison Company
cr            Commonwealth of Virginia, Department of Taxation
cr            Compass Group U.S.A. Inc.
cr            Computer Resource Team, Inc.
cr            Concar Enterprises, Inc.
cr            Connecticut Light and Power Company
cr            Connecticut Natural Gas Company
cr            Connexion Technologies
cr            Consolidated Edison Company of New York, Inc.
cr            Consumer Vision, LLC
cr            Continental Properties Company, Inc.
cr            Convergys Customer Management Group Inc.
cr            Cosmo-Eastgate, ltd
cr            Cottonwood Corners-Phase V, LLC
cr            County of Albemarle
cr            County of Henrico
cr            Crossgates Commons NewCo, LLC
cr            Crossroads Associates, Ltd.
cr            Crossroads Shopping Center
cr            Crossways Financial Associates, LLC
cr            Cypress Equities
cr            Cypress/CC Marion I, L.P.
cr            DL Peterson Trust, as Assignee of PHH Vehicle Mana
cr            Dallas County
cr            Daly City Partners I, L.P
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr          Daly City Partners I, L.P.
cr          De Rito Partners
cr          De Rito Partners Development, Inc.
cr          De Rito Pavilions 139, LLC
cr          DeMatteo Management, Inc.
cr          Deborah Jaynes
cr          Dennis Morgan
cr          Descanso TIC, LLC
cr          Developers Diversified Realty Corporation
cr          Dick's Sporting Goods Inc.
cr          Dick's Sporting Goods, Inc.
cr          Dicker-Warmington Properties
cr          Digital Innovations, LLC
cr          Dish It Up, Inc
cr          Ditan Distribution LLC
cr          Dollar Tree Stores, Inc.
cr          Dominion East Ohio
cr          Dominion Hope
cr          Dominion Peoples
cr          Donovan Dunwell
cr          Dorothy Coleman
cr          Drexel Delaware Limited Partnership
cr          Duke Energy Carolinas, LLC
cr          Duke Energy Indiana, Inc.
cr          Duke Energy Kentucky, Inc.
cr          Duke Energy Ohio, Inc.
cr          Duquesne Light Company
cr          E&A Northeast Limited Partnership
cr          ELL MCKEE LLC
cr          Eagleridge Associates, LLC
cr          Eastman Kodak Company
intp        Eatontown Commons Shopping  Center
cr          Edward A. Alberque
cr          Edwin Targonski
cr          Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr          EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr          Engineered Structures, Inc.
cr          Entergy Arkansas, Inc.
cr          Entergy Gulf States Louisiana, L.L.C.
cr          Entergy Louisiana, LLC
cr          Entergy Mississippi, Inc.
cr          Entergy Texas, Inc.
cr          Estate of Joseph Y. Einbinder,   % Einbinder Properties, LLC
cr          Evergreen Plaza Associates
cr          Expesite, LLC
cr          Express Services, Inc.
cr          F&M Properties, Inc.
cr          FJL-MVP, LLC
cr          FM Facility Maintenance
cr          FM Facility Maintenance, f/k/a IPT, LLC
cr          FR E2 Property Holding, L.P.
cr          FT Orchard LLC
cr          FW CA-BREA Marketplace, LLC,  Regency Centers, L.P
intp        Faber Bros., Inc.
cr          Federal Realty Investment Trust
intp        Federal Warranty Service Corporation
cr          First Industrial Realty Trust, Inc.
cr          Fishers Station Development Co.
cr          Flintlock Northridge LLC
cr          Florida Power & Light Company
cr          Florida Power Corporation d/b/a Progress Energy Fl
intp        Food Lion LLC
cr          Fort Bend Independent School District
cr          Fort Steuben Mall
cr          Fort Worth Star-Telegram
cr          Fox Broadcasting Company
cr          Fox Cable Network Services, LLC
cr          Franklin Wilson
intp        Fresno Bee
cr          Frisco ISD Tax Assessor/Collector
cr          Fuel Creative, Inc.
cr          GC Acquisition Corp.
cr          GMS Golden Valley Ranch, LLC
cr          GRI-EQY (Sparkleberry Square) LLC
cr          Galleria Plaza, Ltd.
cr          Garland ISD Tax Assessor/Collector
intp        Garmin International, Inc.
cr          Gateway Center Properties III, LLC and SMR Gateway
intp        General Electric Company's Consumer & Industrial D
cr          General Growth Properties, Inc.
cr          General Instrument Corporation d/b/a Home & Networ
cr          Generation One and Two, LP
cr          Geraldine B. Spink
```

```
District/off: 0422-7          User: frenchs            Page 21 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc           Total Noticed: 879


             ***** BYPASSED RECIPIENTS (continued) *****
cr           Glimcher Properties Limited Partnership
cr           Golf Galaxy, Inc.
cr           Goodmill LLC
cr           Gould Livermore LLC
cr           Granite State Electric
cr           Greater Orlando Aviation Authority
cr           Greece Ridge, LLC
cr           Green 521 5th Avenue LLC
cr           Greystone Data Systems, Inc.
cr           Grubb & Ellis Mid America PAC
cr           Hagan Properties, Inc.
cr           Hamilton County, Tennessee
cr           Hamilton Crossing
cr           Hamilton Crossing I, LLC
cr           Harris County
cr           Harris County Toll Road Authority
cr           Harry Hallaian
cr           Harvest/HPE LP
cr           Hawaiian Electric Company, Inc
cr           Hewlett Packard Company
cr           Holyoke Crossing Limited Partnership II
cr           Home Depot USA, Inc.
cr           IKON Office Solutions, Inc.
cr           Idaho Statesman
cr           Indiana Department of State Revenue
cr           Industriaplex, Inc.
cr           Infogain Corporation
cr           Inland American Retail Management LLC
cr           Inland Commercial Property Management,  Inc.
cr           Inland Commercial Property Management, Inc.
cr           Inland Continental Property Management Corp.
cr           Inland Pacific Property Services LLC
cr           Inland Southwest Management LLC
cr           Inland Southwest Management LLC, Inland American R
cr           Inland US Management LLC
cr           InnerWorkings, Inc.
cr           Integrated Label Corporation
cr           International Speedway Square, Ltd.
cr           Interstate Augusta Properties LLC
cr           Island Packet
cr           J. Scott Douglass
cr           JP Morgan Chase & Co.
cr           JWC Loftus LLC
cr           Jack Hernandez
cr           Jackson EMC
intp         James H. Wimmer, Jr., personally
cr           James H. Wimmer, Jr., personally
intp         James M. Stacia
cr           James Oldenburg
intp         Jeff Leopold
cr           Jeffrey R. Leopold
cr           Jeffrey Thibodeau
cr           Jersey Central Power & Light Company
cr           Joanne Eisner
cr           John Batioff
cr           Johnny L. Ferguson
cr           Johnson City Crossing, L.P.
cr           Jonathan Card
cr           Jones Lang LaSalle Americas, Inc.
unk          Jose Felix Infante Vasques
cr           Judith Rae Minnite
cr           KB Columbus 1-CC, LLC
cr           KNP
cr           KRG Market Street Village, LP
cr           Kansas City Star
cr           Keith Sanders
cr           KeySpan Gas East Corporation
cr           Khanam Fatima Akhter
cr           Kimco Realty Corporation
cr           Kina Thompson
cr           Kinyo Company, Inc.
sp           Kirkland & Ellis LLP
cr           Kite Coral Springs, LLC
cr           Knoxville Utilities Board
tee          Korea Export Insurance Corporation
cr           LC White Plains Retail LLC
cr           LG Electronics USA, Inc.
cr           La Habra Imperial, LLC
cr           Laguna Gateway Phase 2, LP
cr           Laurel Plumbing, Inc.
cr           Lea Company, a Virginia general partnership, the A
cr           Leedell Murphy
cr           Leon Hallaian
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            Leon Hurney
cr            Lewisville Independent School District
cr            Lexar Media, Inc.
intp          Lexington Herald-Leader
cr            Lexington Lion Weston I LP
cr            Lexmark International, Inc.
cr            Lilly Hallaian
intp          Liquid Asset Partners, LLC
cr            Little Britain Holding, LLC
cr            Long Island Lighting Company d/b/a LIPA
cr            Loop West, LLC, by its Managing Agent The Wilder C
intp          Lowe's HIW, Inc.
cr            Luckoff Land Company, LLC
cr            M and M Berman Enterprises
cr            M.I.A. Brookhaven, LLC
cr            MHW Warner Robins, LLC
cr            Macon Telegraph
cr            Macy's Retail Holdings, Inc.
cr            Mall Properties and U.S. 41 & I-285 Company
cr            Manteca Stadium Park, L.P.
cr            Manufacturers and Traders Trust Company, as Truste
cr            Marc Realty
cr            Market Heights, Ltd
cr            Marple XYZ Associates
cr            Martin Garcia
cr            Martinair, Inc.
cr            Mary LoPresti
cr            Massachusetts Electric Company
cr            McAllen ISD
cr            McClatchy Company
cr            McCracken County Clerk
cr            McLennan County
cr            Media General, Inc.
cr            Melvin Walton Hone
intp          Merced Sun Star
cr            Merge Computer Group, Inc.
cr            Metropolitan Edison Company
intp          Miami Herald
cr            Miami-Dade County Tax Collector
cr            Michael Lay
cr            Michigan Consolidated Gas Company
cr            Microsoft Corporation
cr            Modelogic, Inc.
intp          Modesto Bee
cr            Moncayo Settlement Class
cr            Monster, LLC
cr            Monte Vista Crossings, LLC
cr            Morgan Hill Retail Venture, LP
cr            Morse-Sembler Villages Partnership #4
cr            Motorola Inc.
cr            Mount Berry Square, LLC
cr            Myrtle Beach Farms
cr            Myrtle Beach Farms Co., Inc.
cr            Myrtle Beach Sun News
cr            N.P. Huntsville Limited Liability Company
cr            NBT Bank, N.A.
cr            NMC Stratford, LLC
cr            NPP Development LLC
cr            Narragansett Electric Company
cr            National Product Care Company
cr            National Retail Properties, Inc.
cr            Navarre Corporation
cr            New River Properties, LLC
cr            New York State Electric and Gas Corporation
cr            Niagara Mohawk Power Corporation
cr            Niccole Cervanyk
mvnt          Nina Winston
cr            North Carolina Department of Revenue
cr            Northcliff Residual Parcel 4 LLC
cr            Nueces County
cr            ON Corp US, Inc. & ON Corp
tee           ON Corp. USA, Inc. and ON Corp.
cr            OTR-Clairemont Square
cr            Office of Attorney General, Pennsylvania Departmen
crcm          Official Committee of Unsecured Creditors
cr            Oklahoma Gas & Electric Company
cr            Old Republic Insurance Company
cr            Olympian
intp          Olympian
cr            Onkyo USA Corporation
cr            Orange and Rockland Utilities
cr            Orangefair Marketplace, LLC
intp          P.C. Richard & Son, Inc.
```

```
District/off: 0422-7          User: frenchs          Page 23 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653                Form ID: defntc        Total Noticed: 879

                 ***** BYPASSED RECIPIENTS (continued) *****
cr              P.R. Mechanical, Inc.
cr              P/A Acadia Pelham Manor, LLC
cr              PECO Energy Company
cr              PL Mesa Pavilions LLC
cr              PM Construction Inc.
cr              PR Christiana LLC
cr              PREIT SERVICES, LLC
cr              PRGL Paxton LP
cr              Pacific Castle Groves, LLC
cr              Panasonic Corporation of North America
cr              Parago, Inc.
intp            Park National Bank
cr              Park Side Realty LP
cr              Parkdale Village, LP
cr              Parker Bullseye, LLC
intp            Parker Central Plaza Ltd
cr              Pat Minnite
cr              Pennsylvania Electric Company
cr              Pennsylvania State Treasurer
cr              Pep Boys - Manny, Moe & Jack
cr              Perimeter Mall
cr              Petrovich
cr              Philips International
cr              Philips International Holding Corp.
cr              Piedmont Natural Gas Company
cr              Pierce County
cr              Plantation Point Development, LLC
cr              Plantronics, Inc.
cr              Platform-A Inc.
cr              Plaza Las Americas, Inc.
cr              Plaza Las Palmas LLC., Store 449
mvnt            PlumChoice, Inc.
cr              PlumChoice, Inc.
cr              Point West Plaza II Investors
cr              Premier Retail Interiors, Inc.
cr              Premier Retail Networks, Inc
cr              PriceGrabber.com, Inc.
cr              Principal Life Insurance Company
cr              Public Service Company of New Hampshire
cr              Public Service Electric And Gas Company
cr              RD Bloomfield Associates Limited Partnership
cr              RMRG Portfolio TIC, LLC
cr              Raleigh News & Observer
cr              Ramco West Oaks I, LLC
cr              Rancon Realty Fund IV
cr              Ray Mucci's Inc.
cr              Red Rose Commons Associates, L.P.
cr              Regency Centers, L.P.
unk             Reliance Figueroa Associates, L.P.
cr              Retail MDS, Inc.
cr              Ricardo Benjamin Salinas Pliego
cr              Richard Jaynes
cr              Rolling Acres Plaza Shopping Center
cr              Ronus Meyerland Plaza L.P.
cr              Rossmoor Shops, LLC
cr              Roth Tanglewood LLC
cr              Roth Tanglewood, LLC
cr              Route 146 Millbury LLC
cr              Roy Eisner
cr              Ruby Hallaian
cr              S.J. Collins Enterprises, Goodman Enterprises, DeH
cr              S.R. Weiner & Associates Inc.
cr              Sacco of Maine, LLC
intp            Sacramento Bee
cr              Salt River Project
intp            San Luis Obispo Tribune
cr              Savitri Cohen
cr              Savitri Cohen
cr              Schimenti Construction Company LLC
cr              Seagate Technology, LLC
cr              Sennheisser Electronic Corp.
cr              Service Saver, Incorporated
cr              ServicePlan of Florida, Inc.
cr              ServicePlan, Inc. and all its Affiliates
unk             Servpro
cr              Shasta County
cr              Shelbyville Road Plaza, LLC
cr              Sherwood
cr              Sherwood America, Inc.
cr              Sherwood Properties, LLC
cr              Shops at Kildeer, LLC
cr              Signal Hill Gateway, LLC
cr              SimVest Real Estate II, LLC
```

```
District/off: 0422-7          User: frenchs          Page 24 of 26          Date Rcvd: Sep 21, 2009
Case: 08-35653               Form ID: defntc         Total Noticed: 879


             ***** BYPASSED RECIPIENTS (continued) *****
cr           SimpleTech by Hitachi Global Storage Technologies
cr           Sirius XM Radio, Inc
cr           Site A, LLC
cr           Slam Brands, Inc.
cr           Sony Pictures Entertainment Inc.
intp         Sony Pictures Home Entertainment Inc.
cr           Source Interlink Companies, Inc.
cr           Source Interlink Media, LLC
cr           South Carolina Electric & Gas Company and Public S
cr           South Texas College
cr           South Texas ISD
cr           Southern California Edison Company
cr           Southern Connecticut Gas Company
cr           Southwest Gas Corporation
cr           Southwinds. Ltd.
cr           Sparkleberry Two Notch, LLC
cr           Starpoint Property Management, LLC
cr           Sun Belt General Contractors, Inc
cr           Susan M. Johnson
cr           Swanblossom Investments, LP
cr           Sweetwater Associates, L.P.
intp         Systemax, Inc.
cr           T & T Enterprises
cr           T.D. Farrell Construction, Inc.
cr           THE GOLDENBERG GROUP
cr           THF Chesterfield Two Development, L.L.C.
cr           THF Clarksburg Development One, Limited Liability
cr           THF Harrisonburg Crossing, L.L.C.
cr           THF ONC Development, L.L.C.
cr           THF St. Clairsville Development, L.P.
cr           THQ, Inc.
cr           TPG Management, Inc
cr           TWG Innovative Solutions, Inc.
cr           Tacoma News, Inc.
cr           Tamarack Village Shopping Center Limited Partnersh
cr           Tanglewood Park LLC
cr           Tanglewood Park, LLC
cr           Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr           Tarrant County
cr           Taubman Auburn Hills Associates Limited Partnershi
cr           Tax Collector of Madison County, Alabama,   c/o Lynda Hall, Tax Collector
cr           Teachers Insurance and Annuity Association of Amer
cr           Team Retail Westbank, Ltd.
cr           Tec-Com Services, Inc., dba Micro Tech
cr           Texas Comptroller of Public Accounts
cr           Texas Comptroller of Public Accounts and Texas Wor
cr           Texas Instruments Incorporated
intp         The Agency for Workforce Innovation
cr           The Balogh Companies
cr           The Balogh Companies
cr           The Brooklyn Union Gas Company d/b/a National Grid
cr           The City Portfolio TIC, LLC
cr           The City of New York
cr           The Cleveland Electric Illuminating Company
cr           The Columbus Dispatch
cr           The Daniel Group
cr           The Detroit Edison Company
cr           The Hutensky Group
cr           The Leben Family Limited Partnership
cr           The MacNaughton Group
cr           The Morris Companies Affiliates
cr           The PM Company
cr           The Parkes Companies Inc.
cr           The Parkes Companies, Inc. d/b/a Parkes Constructi
cr           The West Campus Square Company, LLC
cr           The Woodlands Metro Center MUD
cr           The Woodmont Company
cr           The Ziegler Companies
cr           Thoroughbred Village Tennessee, GP
cr           Toledo Edison Company
cr           Torrance Towne Center Associates, LLC
cr           Tourboullin Co.
cr           Town of Enfield Connecticut
cr           Towne Square Plaza
cr           Travis County
cr           Travis County Hospital District
cr           Travis County Tax Assessor-Collector
cr           Travis County Texas
mvnt         Tremor Media, Inc.
cr           Tri-City Herald
cr           Triangle Equities Junction LLC
cr           Tritronics, Inc.
cr           Turner Broadcasting System, Inc.
```

```
District/off: 0422-7              User: frenchs            Page 25 of 26           Date Rcvd: Sep 21, 2009
Case: 08-35653                    Form ID: defntc          Total Noticed: 879
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
cr         Tutwiler Properties, LTD
cr         U.S. 41 & I 285 Company
cr         UBS Realty Investors, LLC
cr         US Signs, Inc.
cr         UnCommon, Ltd., a Florida Limited Partnership
cr         Unical Enterprises, Inc
cr         Union County Construction Group, Inc.
cr         Union Square Retail Trust
cr         United States of America
cr         Uniwest Commercial Realty
cr         VIWY, L.P.
cr         Vance Baldwin, Inc.
cr         Vector Security, Inc.
cr         Ventura In Manhattan, Inc.
cr         Verizon Communications Inc.
cr         Virginia Electric and Power Company d/b/a Dominion
cr         Virginia Surety Company, Inc.
cr         WEC 99A-2LLC
cr         WGHP-TV
cr         Wal-Mart Stores, Inc.
cr         Walter E. Hartman & Sally J. Hartman, as Trustee o
cr         Warner Home Video
cr         Washington Commons Associates
cr         Washington Green TIC
cr         Washington Real Estate Investment Trust
mvnt       Wayne VF, LLC
cr         Wayne-Dalton Corp.
cr         Weidler Settlement Class
cr         Weingarten Realty Investors and Its Affiliates
intp       Wells Fargo Bank Northwest, National Association
cr         Wells Fargo Bank, N.A.
cr         Wells Fargo Business Credit, Inc.
cr         West Marine Products, Inc.
cr         Western Digital Technologies, Inc.
cr         Western Massachusetts Electric Company
cr         Westfield, LLC
cr         Whitestone Development Partners, L.P.
cr         Wichita Eagle
cr         William Foster
cr         William Gower
cr         Windsail Properties
cr         Woodlawn Trustees Incorporated
cr         Yankee Gas Services Company
cr         Yu-Liang Lei
cr         Yuma County
aty*       A. Carter Magee, Jr.,   Magee, Foster, Goldstein & Sayers, P.C.,   P.O. Box 404,
           Roanoke, VA  24003-0404
aty*       Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
           Suite 1000 South,   Washington, DC  20005-3807
aty*      +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty*      +Jeffrey Kurtzman,   Klehr, Harrison, Harvey, Branzburg & Ell,   260 South Broad Street,
           Philadelphia, PA 19102-5021
aty*      +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty*      +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
           Leesburg, VA 20175-3614
intp      +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
           2290 First National Building,   Detroit, MI 48226-3583
cr*       +David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834
cr*       +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
           LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
           Roanoke, VA 24006-1200
                                                                          TOTALS: 655, * 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2009**                    **Signature:**    *Joseph Speetjens*