Deborah H. Devan, Esquire
NEUBERGER, QUINN, GIELEN,
 RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202-3282

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |
|---|---|---|
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | **:** | Case No.  08-35653-KRH |
| et al., | : |  |
|  | **:** | **Joint Administration** |
| Debtors. | **:** |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |

## **WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that, as of September 24, 2009, Deborah H. Devan, Esquire, withdraws her appearance on behalf of the following ten related landlords:  (i) CC Wichita Falls 98 Trust; (ii) CC Ridgeland 98, L.L.C.; (iii) CC Philadelphia 98, L.L.C.; (iv) CC Indianapolis 98, L.L.C.; (v) CC Jackson 98, L.L.C.; (vi) CC Harper Woods 98, L.L.C.; (vii) CC Green Bay 98, L.L.C.; (viii) CC East Lansing 98, L.L.C.; (ix) CC Frederick 98, L.L.C.; and (x) CC Countryside 98, L.L.C., and requests that she be removed from the mailing matrix and the CM/ECF mailing notification list.

        Respectfully submitted,

        /s/ *Deborah H. Devan*
        Deborah H. Devan, Esquire
        Federal Bar No. 01479
        **NEUBERGER, QUINN, GIELEN,**
        **RUBIN & GIBBER, P.A.**
        One South Street, 27th Floor
        Baltimore, Maryland  21202-3282
        (410) 332-8550
        dhd@nqgrg.com
        Attorneys for: the Circuit City Landlords

*283154 – 704.6*