Deborah H. Devan, Esquire
NEUBERGER, QUINN, GIELEN,
 RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202-3282

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                         :
In re:                                                   :        Chapter 11
                                                         :
CIRCUIT CITY STORES, INC.,                               :        Case No.  08-35653-KRH
et al.,                                                  :
                                                         :        **Joint Administration**
            Debtors.                                     :
                                                         :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, on this 24th day of September, 2009, that a copy of the foregoing

**Withdrawal of Appearance** was mailed, first class mail, postage prepaid to the following

parties and is to be served by electronic means via the Court's ECF/CM system:

> Daniel F. Blanks, Esquire
> McGuireWoods LLP
> 101 W. Main Street
> 9000 World Trade Center
> Norfolk, Virginia  23510
>
> Dion W. Hayes, Esquire
> McGuireWoods LLP
> 901 E. Cary Street
> One James Center
> Richmond, Virginia  23219
>
> Douglas M. Foley, Esquire
> McGuireWoods LLP
> 101 W. Main Street
> 9000 World Trade Center
> Norfolk, Virginia  23510

Joseph S. Sheerin, Esquire
McGuire Woods LLP
901 East Cary Street
One James Center
Richmond, Virginia  23219

Sarah Beckett Boehm, Esquire
McGuireWoods LLP
901 East Cary Street
One James Center
Richmond, Virginia  23219

*/s/   Deborah H. Devan*