| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| Law Office of Robert E. Luna, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | **CASE NO. 08-35653-KRH-11** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appear in the above-referenced cases on behalf of Lewisville Independent School District pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Andrea Sheehan | W. Joel Charboneau |
| Law Office of Robert E. Luna, P.C. | Magee, Foster, Goldstein & Sayers, P.C. |
| 4411 N. Central Expressway | Post Office Box 404 |
| Dallas, Texas 75205 | Roanoke, Virginia 24003 |
| (214) 521-8000 | (540) 343-9800 |
| (214) 521-1738 FAX | (540) 343-9898 FAX |
| sheehan@txschoollaw.com | jcharboneau@mfgs.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions,

petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: September 24, 2009              Respectfully submitted,

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com

/s/ Andrea Sheehan
Andrea Sheehan, Esq.
Texas State Bar No. 24002935
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000 Phone
(214) 521-1738 Fax

### CERTIFICATE OF SERVICE

I certify that on September 24, 2009, I served copies of the foregoing notice of appearance by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\Objection to Claim Lit\Sheehan Notice of Appearance.doc