Gregg M. Galardi, Esq.                   Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                  Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &          MCGUIREWOODS LLP
FLOM LLP                                 One James Center
One Rodney Square                        901 E. Cary Street
P.O. Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636          (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502(C)
AND BANKRUPTCY RULE 3018 TO TEMPORARILY ALLOW CERTAIN
PERSONAL INJURY AND WRONGFUL DEATH CLAIMS IN THE AMOUNT OF
$0.00 SOLELY FOR PURPOSES OF VOTING ON THE PLAN**

            Upon the Debtors' Motion Pursuant To Bankruptcy

Code Sections 105 And 502(c) And Bankruptcy Rule 3018 To

Temporarily Allow Certain Personal Injury Tort And Wrongful

Death Claims In The Amount Of $0.00 Solely For Purposes Of

Voting On The Plan (the "Motion"),[1] which requested that the Claims identified on Exhibit A be temporarily allowed in the amount of $0.00 each for those reasons set forth in the Motion; and it appearing that due and proper notice and service of the Motion as set forth therein was good and sufficient and that no other further notice or service of the Motion need be given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Motion is GRANTED.

2.    Each of the Claims set forth on Exhibit A shall be temporarily allowed for voting purposes only in the amount of $0.00 each.

3.    Each Claimant shall be entitled to vote on the Plan in the class set forth on Exhibit A; provided, further, that each Claimant that casts a ballot voting on the Plan shall have their Claim counted for purposes of numerousity under Bankruptcy Code § 1126(c) only.

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

4.     The Debtors right to object to any and all claims, including (without limitation) the Claims, for allowance and/or distribution purposes, and on any other available grounds applicable law permits is expressly preserved.

5.     Pursuant to Local Bankruptcy Rule 9013-1(G), the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

6.   This Court shall retain jurisdiction to hear

and determine all matters arising from or related to

implementation or interpretation of this Order.

Dated: Richmond, Virginia
       September _____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1I**

Pursuant to Local Bankruptcy Rule 9022-1I, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

__/s/ Douglas M. Foley____
Douglas M. Foley

**EXHIBIT A**

In re: Circuit City Stores, Inc, et al.                                           Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH                                                             Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| AKHTER, KHANAM FATIMA<br>RIMLAND & ASSOCIATES<br>32 COURT ST STE 1506<br>BROOKLYN, NY 11201 | 5111 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $500,000.00<br>Total: $500,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 6605 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $200,000.00<br>Total: $200,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BATEMAN, DANNY<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 6431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| BISHOP DWAYNE FUNCHES INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES DIONE FUNCHES AND DWAYNE FUNC LISA TAYLOR HUDSON ESQ SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 9272 | Secured: Priority: Administrative 503(b)(9): Unsecured: $3,000,000.00 Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BLACKSHEAR, BRENDA 102 ANITA LANE LONGVIEW, TX 75603 | 4333 | Secured: Priority: Administrative 503(b)(9): Unsecured: $9,857.39 Total: $9,857.39 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BOOTH, NANCY AND CHARLES BOOTH 594 WILL RD BRAIDWOOD, IL 60408 | 7595 | Secured: Priority: Administrative 503(b)(9): Unsecured: $200,000.00 Total: $200,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| BRESNOCK, DONNA<br>509 WOODLAND AVE<br>GLENDORA, NJ 08029 | 7175 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BREWER, JUDY<br>11665 NERO DR<br>FLORISSANT, MO 63033 | 4217 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BUCHER, CYNTHIA<br>14360 N HWY 6<br>VALLEY MILLS, TX 76689 | 8600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| BURRELL, PATTY<br>DAVID L DAWSON ATTORNEY<br>PO BOX 14716<br>BATON ROUGE, LA 70898 | 6867 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $150,000.00<br>Total: $150,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH    Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| CAMACHO, FREDDY<br>9608 TWEEDY LN<br>DOWNEY, CA 90240 | 8856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1.00<br>Total: $1.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 11647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,000.00<br>Total: $5,000.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CHAD PORTER A MINOR<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8604 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CLARKE, GORDON<br>C O BRIAN T WILSON ESQ<br>719 VASSAR ST<br>ORLANDO, FL 32804 | 8964 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $135,000.00<br>Total: $135,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| COLEMAN, DOROTHY<br>MICHAEL S WILLIAMS ESQ<br>GOLD ALBANESE & BARLETTI<br>58 MAPLE AVE<br>RED BANK, NJ 07701 | 2733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $300,000.00<br>$300,000.00 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COOPER JR, GLENN RAY<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8606 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COOPER, ANNETTE<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304  S BROADWAY STE 205<br>TYLER, TX 75707 | 8608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $200,000.00<br>$200,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| COYNE, JOANNE<br>28 4TH ST<br>PEQUANNOCK, NJ 07440 | 9018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR LISA TAYLOR HUDSON ESQ SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 9274 | Secured: Priority: Administrative 503(b)(9): Unsecured: $3,000,000.00 Total: $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DARE, JEANNE 207 SNEAD DR FAIRFIELD BAY, AR 72088 | 2507 | Secured: Priority: Administrative 503(b)(9): Unsecured: $3,000.00 Total: $3,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DE FILIPPO, DOLORES 8 LAURETTEA DR EAST BRUNSWICK, NJ 08816 | 2680 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| DE LEON, YOLANDA<br>2809 WEST 8TH ST APT 205<br>LOS ANGELES, CA 90005 | 5918 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $75,000.00<br>Total: $75,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| DEESE, WESTON<br>1206 TRENTON<br>MUSKEGON, MI 49444 | 8389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DESENA, JAMES<br>940 SPANISH CAY DR<br>MERRITT ISLAND, FL 32952 | 5932 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,579.92<br>Total: $2,579.92 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| DIO DATI, KEITH<br>RONALD K FRIEDMAN ESQ PLLC<br>1073 MAIN ST STE 205<br>FISHKILL, NY 12524 | 4049 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL." denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| DUNWELL, DONOVAN CHIARIELLO & CHIARIELLO 118 21 QUEENS BLVD FOREST HILLS, NY 11375 | 2210 | Secured: Priority: Administrative 503(b)(9): Unsecured: $250,000.00 Total: $250,000.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| EISNER, JOANNE C O MARSHALL E KRESMAN ESQ 1950 STREET RD STE 103 BENSALEM, PA 19020 | 3852 | Secured: Priority: Administrative 503(b)(9): Unsecured: $1,000,000.00 Total: $1,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ENGELKE, KARL 1001 BICKELLY BAY DR SUITE 1200 MIAMI, FL 33131 | 5276 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| FIORETTI, MICHAEL EDWARD 4620 LAKE TRAIL DR 1B 1B LISLE, IL 60532 | 4909 | Secured: Priority: Administrative 503(b)(9): Unsecured: $350,000.00 Total: $350,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| FISHER, DENISE<br>2479 OLEANDER CIRCLE<br>JAMISON, PA 18929 | 3544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $307.27<br>Total: $307.27 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| FLEMING, ROBERT A<br>131 FRONT ST<br>CATASAUQUA, PA 18032 | 4176 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/20/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) | Unsecured | 4 | $0.00 |
| FRANCO, IRENE<br>1225 LA PUERTA<br>LOS ANGELES, CA 90023 | 5554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| GRANDE, RICHARD<br>832 ELLSWORTH ST<br>PHILADELPHIA, PA 19147 | 6242 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $750,000.00<br>Total: $750,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH    Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| GROMEK, ERICK<br>17200 EAST 10 MILE RD  STE 100<br>EASTPOINTE, MI 48021 | 6566 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $10,000.00<br>Total: $10,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HAIRFIELD, DEBRORAH<br>11028 BALFOUR DR<br>NOBLESVILLE, IN 46060 | 10195 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $557.00<br>Total: $557.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HAWKINS, ELZENA<br>36913 CAPRICIOUS LN<br>MURRIETA, CA 92563 | 10076 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| HENSLEY, DEMETRIA<br>212 1/2 CARROLL HEIGHTS RD<br>TANEYTOWN, MD 21787 | 8615 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $54,468.33<br>Total: $54,468.33 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| HINKELDAY, TORA<br>C O LAW OFFICE OF STEPHEN H FRANKEL<br>368 WILLIS AVE<br>MINEOLA, NY 11501 | 2700 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $10,000,000.00<br>Total: $10,000,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| HOOD, MARY<br>310 SE 8TH CT<br>POMPANO BEACH, FL 33060 | 9600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $960.00<br>Total: $960.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| JOANNE COYNE<br>STEVEN ROBERT LEHR ESQ<br>LAW OFFICES OF STEVEN ROBERT LEHR PC<br>33 CLINTON RD STE 100<br>WEST CALDWELL, NJ 07006 | 13214 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| JOHN BATIOFF<br>GILBERT D SIGALA ESQ<br>LAW OFFICES OF GILBERT D SIGALA<br>1818 W BEVERLY BLVD STE 206<br>MONTEBELLO, CA 90640 | 13267 | Secured:<br>Priority:<br>Administrative $275,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $275,000.00 | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH    Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| JORDAN, SHEILA<br>1 SNELLS WAY<br>WEST BRIDGEWATER, MA 02379 | 4006 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $25,000.00<br>$25,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| KARL ENGELKE<br>ATTN RACHELLE R BOCKSCH<br>SIMON & BOCKSCH<br>ATTORNEYS FOR PLAINTIFFS<br>1001 BRICKELL BAY DR STE 1200<br>MIAMI, FL 33131 | 13287 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $450,000.00<br>$450,000.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| KENNEDY, JOY<br>7727 TOMMY ST<br>SAN DIEGO, CA 92119 | 2813 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $30,000.00<br>$30,000.00 | 01/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 5401 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $5,000.00<br>$5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL." denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                              Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH                                                Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| MORROW, REBECCA<br>9575 SOUTH EVANS AVE<br>INVERNESS, FL 34452 | 6507 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $350,000.00<br>Total: $350,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| MURPHY, LEEDELL<br>7722 GRANT ST<br>MERRILLVILLE, IN 46410 | 5832 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,250,000.00<br>Total: $1,250,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ODUTOLA, ADEOYE<br>9736 W 10TH CT<br>WICHITA, KS 67212 | 2543 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,500.00<br>Total: $2,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PEREZ, JESSEE<br>C O BARRY K BAKER ESQ<br>BOGIN MUNNS & MUNNS PA<br>924 GARFIELD ST<br>MELBOURNE, FL 32935 | 6008 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH                             Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| PISHVA, FRED<br>C O DAVID S KOHM & ASSOCIATES<br>1414 E RANDOL MILL RD STE 118<br>ARLINGTON, TX 76012 | 10200 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $150,000.00<br>Total: $150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PORTILLO, SONIA<br>2770 HARRISON ST<br>SAN FRANCISCO, CA 94110 | 6773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $16,800.00<br>Total: $16,800.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| PRESSEL, DONALD<br>2004 ACORN LANE<br>RED LION, PA 17356 | 6400 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,000.00<br>Total: $5,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| REED, SHARON<br>3240 7TH AVE NORTH<br>SAINT PETERSBURG, FL 33713 | 5012 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ROSS, ANGELA<br>111 MOONSTONE CT<br>PORT ORANGE, FL 32129 | 5031 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $25,000.00<br>$25,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| RUIZ, DANIEL<br>1222 HELIX AVE<br>CHULA VISTA, CA 91911 | 4437 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $3,400.00<br>$3,400.00 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| SCHROEDER, JERRI<br>4510 BELLEVIEW  SUITE 202<br>KANSAS CITY, MO 64111 | 7475 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $455,000.00<br>$455,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SHAW, JACKIE B<br>7819 WOODLARK CV<br>CORDOVA, TN 38016 | 5463 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Motion to Temporarily Allow Claims For
Case No. 08-35653-KRH                                                      Voting Purposes

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| SIERRA, VERONICA<br>3037 ASHLAND LANE SOUTH<br>KISSIMMEE, FL 34741 | 6416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SMITH, GREG AND INMAN, FRAN<br>C O KERR & SHELDON<br>16480 HARBOR BLVD STE 100<br>FOUNTAIN VALLEY, CA 92708 | 10201 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,152,848.50<br>Total: $2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| STEIB, MARQUELYN<br>1852 PLAZA DR<br>MARRERO, LA 70072 | 4941 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $24,597.37<br>Total: $24,597.37 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| THIBODEAU, JEFFREY<br>32 SYCAMORE WAY<br>WALLINGFORD, CT 06492 | 8383 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| THOMAS, ANNA<br>99 10 60TH AVE<br>APT 5J<br>CORONA, NY 11368 | 3145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:   $1,000,000.00<br>Total:   $1,000,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| VANNELLI, PATRICIA<br>3522 WILDFLOWER WY<br>CONCORD, CA 94518 | 8411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:   UNL | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| WIENER, MURRAY<br>43 W 70TH ST<br>NEW YORK, NY 10023 | 9914 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:   UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| WITZ, RUTH<br>600 19 PINE HOLLOW RD<br>EAST NORWICH, NY 11732 | 3996 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:   $15,000,000.00<br>Total:   $15,000,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Motion to Temporarily Allow Claims For
Voting Purposes

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|
| WOODS MORSE, FORTIS DAVIS<br>1005 SE 49TH AVE<br>PORTLAND, OR 97215 | 10161 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $13,409.00<br>Total: $13,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| YU LIANG LEI<br>ATTN MARK J DECICCO ESQ<br>SACKSTEIN SACKSTEIN & LEE LLP<br>1140 FRANKLIN AVE STE 210<br>GARDEN CITY, NY 11530 | 13307 | Secured:<br>Priority:<br>Administrative $2,000,000.00<br>503(b)(9):<br>Unsecured:<br>Total: $2,000,000.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

Total:      67                    $45,155,285.78

*      "UNL" denotes an unliquidated claim.