IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | |
| _____) | |

**STATEMENT OF MULTIPLE CREDITOR REPRESENTATION
PURSUANT TO BANKRUPTCY RULE 2019**

COMES NOW the law firm Magee, Foster, Goldstein & Sayers, P.C. ("MFGS") as counsel for the creditors listed on Exhibit A, attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores, Inc. and certain of its affiliated debtors (collectively, the "Debtors"), and make the following statements pursuant to Federal Rule of Bankruptcy Procedure 2019(a):

1. The creditors' names and addresses are attached as Exhibit A.

2. The creditors are all governmental divisions located in the state of California and Texas and are taxing authorities with outstanding *ad valorem* real and/or business personal property taxes secured by the Debtors' real and/or business personal property. The approximate amount of each creditor's claim is listed on Exhibit A.

3. The facts and circumstances relating to the employment of MFGS are that MFGS serves as local counsel to the Creditors in the Debtors' jointly administered bankruptcy cases for the

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

purposes of responding to certain objections to claim as set forth in the parties' engagement agreements. Lead counsel for Lewisville Independent School District is Andrea Sheehan of Law Office of Robert Luna, P.C. Lead counsel for Arlington Independent School District *et al.*[1] is Elizabeth Banda of Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Lead counsel for Los Angeles County, Monterey County, and San Bernardino County, California and Placer County, California is Martha E. Romero.

4. The creditors are billed monthly at MFGS's standard hourly rates for its shareholders, counsel, associates, paralegals, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to MFGS's standard terms of engagement.

5. MFGS does not hold a claim against the Debtors.

Dated: September 24, 2009

Respectfully submitted,

MAGEE, FOSTER,
GOLDSTEIN & SAYERS, P.C.

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
*Local Counsel for Lewisville ISD, Arlington ISD et al., and Los Angeles County, Monterey County, and San Bernardino County, California and Placer County, California*

---

[1] Consisting of every creditor listed on Exhibit A other than Lewisville Independent School District and Los Angeles County, Monterey County, and San Bernardino County, California and Placer County, California.

## CERTIFICATE OF SERVICE

I certify that on September 24, 2009, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Amended Statement regarding representation of multiple creditors.doc

# Exhibit A

| Creditor | Claim | Creditor | Claim |
|---|---|---|---|
| Alief ISD<br>P.O. Box 368<br>Alief, TX 77411 | $16,729.00 | Humble ISD<br>P.O. Box 4020<br>Houston, TX 77210 | $16,483.79 |
| Arlington ISD<br>1203 W. Pioneer Pkwy.<br>Arlington, Tx 76013 | $31,007.93 | Hurst, City of<br>1505 Precinct Line Road<br>Hurst, Texas 76054 | $12,445.88 |
| Baybrook MUD #1<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | $16,937.71 | Lubbock Central Appraisal District<br>1715 26th Street<br>Lubbock, TX 79411 | $40,408.33 |
| Brazoria County<br>111 East Locust Rm 100-A<br>Angleton, TX 77515 | $42,485.79 | Lake Worth, City of<br>3805 Adam Grubb<br>Lake Worth, Texas 76135 | $6,476.96 |
| Brazoria County MUD #6<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | $12,981.40 | Lewisville ISD<br>P.O. Box 217<br>Lewisville, TX 75067-0217 | $32,090.89 |
| Burleson ISD<br>1160 SW Wilshire Blvd.<br>Burleson, TX 76028 | $33,953.06 | Midland County Tax Office<br>2110 N. A Street<br>Midland, Texas 79705 | $3,695.85 |
| Carroll ISD<br>Administration Center<br>3051 Dove Road<br>Grapevine, Texas 76051 | $32,857.80 | Potter County Tax Office<br>P.O. Box 2289<br>Amarillo, Texas 79105 | $43,343.60 |
| Cedar Hill, City of<br>285 Uptown Blvd.<br>Cedar Hill, TX 75104 | $11,934.85 | Tyler ISD, c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott, LLP<br>PO Box 2007<br>Tyler, TX 75710-2007 | $17,033.18$^{(P)}$<br>$19,817.38$^{(R)}$ |
| Clear Creek ISD<br>P.O. Box 799<br>League City, TX 77574 | $34,150.77$^{(P)}$<br>$27,093.63$^{(R)}$ | Wichita County<br>900 7th Street<br>Wichita Falls, TX 76301 | $7,055.12 |
| Fort Bend ISD<br>500 Liberty Street, Suite 101<br>Richmond, TX 77469-3500 | $25,140.79 | Wichita Falls, City of<br>P. O. Box 1431<br>1300 7th Street<br>Wichita Falls, TX 76307 | $9,742.68 |
| Fort Bend LID 2<br>11111 Katy Freeway<br>Suite 725<br>Houston, TX 77079 | $2,870.41 | Wichita Falls ISD<br>1104 Broad Street<br>Wichita Falls, TX 76301 | $19,624.15 |
| Fort Worth ISD<br>100 N University Dr.<br>Fort Worth TX 76107 | $21,476.21 | Woodlands Metro MUD<br>2455 Lake Robbins Drive<br>The Woodlands, TX 77380 | $3,528.42$^{(P)}$<br>$2,333.14$^{(R)}$ |
| Galena Park ISD<br>P.O. Box 113<br>Galena Park, TX 77547 | $27,742.03 | Woodlands RUD #1<br>400 North San Jacinto<br>Conroe, TX 77301 | $8,798.77$^{(P)}$<br>$5,818.12$^{(R)}$ |
| Hidalgo County &<br>Hidalgo County Drainage District #1<br>c/o Hidalgo County Tax Office<br>P.O. Box 178<br>Edinburg, TX 78540 | $17,427.73 | Placer County, California<br>c/o Martha E. Romero<br>6516 Bright Avenue<br>Whittier, California 90601 | $8,610.00 |

(P) and (R): Creditors with multiple claims have both a real and a personal property tax claim, as designated.

# Exhibit A

| | | | |
|---|---|---|---|
| Los Angeles County, California<br>c/o Martha E. Romero<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | $ 10,045.93<br>$35,430.50<br>$228,180.77<br>$167,612 | County of San Bernardino, California<br>c/o Martha E. Romero<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | $56,868.45 |
| County of Monterey, California<br>c/o Martha E. Romero<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | $21,678.00 | | |

Nothing in this exhibit limits the claims asserted by the parties. The information has been obtained from Kurtzman and Carson's website.

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\Objection to Claim Lit\Amended Exhibit A to Statement Regarding Representation of Multiple Creditors.doc

(P) and (R): Creditors with multiple claims have both a real and a personal property tax claim, as designated.