Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA  23218-1558
Tel: 804.237.8811
Fax: 804.237.8801
klake@vanblk.com

RICHARD E. WINNIE [68048]
County Counsel
By:  CLAUDE F. KOLM [83517]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:    (510) 272-6700
e-mail: claude.kolm@acgov.org

Attorneys for County of Alameda Treasurer-Tax Collector

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| In re: CIRCUIT CITY STORES, INC. *et al.*, | Chapter 11 |
|---|---|
| Debtors. | Case No.: 08-35653 (KRH) |

**OPPOSITION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR TO DEBTORS'THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF <u>CERTAIN PERSONAL PROPERTY TAX CLAIMS)</u>**

Creditor Donald R. White, Alameda County Treasurer-Tax Collector ("Alameda") opposes the Debtors' Thirty-Seventh Omnibus Objection to Claims to the extent that it seeks to reduce Alameda's Claim number 13924.  As Debtors have provided no details of why they seek to reduce that claim and Alameda believes that the amount of the claim is correct, Alameda reserves the right to supplement this Opposition upon learning further details of the reason for Debtors' objection.

DATED: September 24, 2009                            Respectfully submitted,

**OPPOSITION TO THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS, Case No. 08-35653 (KRH)**

1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **VANDEVENTER BLACK LLP** |
| 4 | /s/ Kevin A. Lake<br>Kevin A. Lake, Esquire (VSB# 34286)<br>VANDEVENTER BLACK LLP |
| 5 | 707 E. Main Street, Suite 1700<br>P.O. Box 1558 |
| 6 | Richmond, VA  23218-1558<br>Tel: 804.237.8811 |
| 7 | Fax: 804.237.8801<br>klake@vanblk.com |
| 8 | RICHARD E. WINNIE, County Counsel |
| 9 | in and for the County of Alameda, State of California |
| 10 | CLAUDE F. KOLM<br>Deputy County Counsel |
| 11 | Attorneys for County of Alameda Treasurer-Tax Collector |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**OPPOSITION TO THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS, Case No. 08-35653 (KRH)**

2