# PERSONAL PROPERTY PETITION FOR REVIEW OF VALUATION

FILED FOR TAX YEAR __2009__ in __Pima__ COUNTY

- All THREE copies must be mailed or hand delivered to the County Assessor. See instructions for filing requirements and appeal procedures.
- Persons receiving a Notice of Value may file this petition with the County Assessor on or before the deadline shown on the Notice of Value.
- The County Assessor may reject any petition not meeting statutory requirements. Only one appeal for each Notice of Value will be accepted.
- **NOTE: PETITIONER MUST COMPLETE SECTIONS 1 THROUGH 10 WHERE APPLICABLE. SHADED AREAS ARE FOR OFFICIAL USE ONLY.**

1. DATE FILED __08/10/2009__  ACCOUNT NO. Store # 3305 Property Location: 5530 E Bros

2. TYPE OF PROPERTY: [X] COMMERCIAL / INDUSTRIAL  [ ] AGRICULTURAL  [ ] APARTMENT EQUIPMENT AND FURNISHINGS
   [ ] MOBILE HOME  [ ] OTHER (specify) _____

3. INTEREST IN PROPERTY: [X] OWNER  [ ] OTHER (specify) _____  Agents must include an Agency Authorization form.

4. BUSINESS ADDRESS OR LEGAL DESCRIPTION: _____

5A. TYPE OR PRINT OWNER'S NAME AS SHOWN ON THE NOTICE OF VALUE.
Circuit City Stores West Coast
PO Box 5695
Glen Allen   VA   23058

5B. PROVIDE CORRECT INFORMATION IF DIFFERENT FROM ITEM 5A.
NAME
ADDRESS
CITY   STATE

6A. MAIL DECISION TO: (PRINT OR TYPE)
Ernst & Young LLP
E 901 East Cary Street Suite 1000
Richmond   VA   23219

6B. IF PETITION IS FILED BY OTHER THAN OWNER, SPECIFY:
Ernst & Young LLP
E 901 East Cary Street Suite 1000
Richmond   VA   23219

7. **BASIS FOR THIS PETITION:** Owner's evidence supporting this petition must be identified and attached to the petition in order to be considered by the County Assessor. NOTE: Evidence contained in this appeal could be the basis for either increasing or decreasing the valuation or changing the legal classification of the property.
See Attached

8. OWNER'S OPINION OF VALUE | FULL CASH VALUE $ 53,700 | LIMITED PROPERTY VALUE $ 53,700 | LEGAL CLASS | ASMT RATIO

9. VALUE SHOWN ON NOTICE OF VALUE | FULL CASH VALUE $ | LIMITED PROPERTY VALUE $ | LEGAL CLASS | ASMT RATIO

10. I HEREBY AFFIRM THAT THE INFORMATION INCLUDED OR ATTACHED IS TRUE AND CORRECT.

IN MARICOPA AND PIMA COUNTIES ONLY: Check here if you want this appeal to be heard "On The Record". This means that neither you nor the Assessor will appear in person before the State Board of Equalization to offer testimony. Submit any additional written or typed information with this appeal. [ ]

X __See Attached__   (704) 331-2004
SIGNATURE OF OWNER OR AGENT   TELEPHONE

CHECK TO REQUEST A MEETING WITH ASSESSOR. [ ]

AGENTS ONLY: State Board of Appraisal Registration Number _____   State Board of Equalization Number _____

ASSESSOR'S DECISION | FULL CASH VALUE $ 119399 | LIMITED PROPERTY VALUE $ 119399 | LEGAL CLASS 1 | ASMT RATIO 22%

BASIS FOR DECISION: _Appeal denied - see attached letter_

| 8-14-09 | 8-26-09 | Main | Michelle R Qen |
| DATE RECEIVED | DATE DECISION MAILED | REVIEWED BY | ASSESSOR OR CHIEF DEPUTY |

COUNTY BOARD OF EQUALIZATION DECISION | FULL CASH VALUE $ | LIMITED PROPERTY VALUE $ | LEGAL CLASS | ASMT RATIO

BASIS FOR DECISION: _____

DATE RECEIVED _____   DATE DECISION MAILED _____   CHAIRMAN OR CLERK OF THE BOARD _____

DOR 82530 (Rev. 7/06)   **ASSESSOR**



# Office of the Pima County Assessor
## Personal Property Division
## 33 N. Stone Avenue Suite 110
## Tucson, AZ 85701

Bill Staples  
Assessor

Monica Detaranto  
Chief Deputy Assessor

August 26, 2009

Circuit City Stores West Coast  
% Ernst & Young LLP  
E 901 East Cary Street Suite 1000  
Richmond VA   23219

Re:   Petition for Review filed for Circuit City Stores West Coast  
Taxpayer number -9300393  
Location number – 0065585

Dear Mr. Long,

The Petition has been reviewed and no adjustments will be made. The information used for the 2009 evaluation was supplied by the taxpayer on their rendered 2009 business property statement. It is their affidavit of assets in place as of 12-31-08.

You may pursue this matter by filing with the State Board of Equalization 20 days of receiving this letter. If you have questions or concerns, please call me at 520-243-8704.

Sincerely,

Wendy Krueger  
Property Appraiser  
(520)-243-8704

Store 3304 located at 4380 North Oracle Road, Tucson AZ

Circuit City engaged Ernst & Young to determine the appropriate personal property tax value of their store's personal property assets as of January 1, 2009. The standard used to determine their value is in accordance with Arizona's code section ARS 42-11001 where the basis of tax in AZ is either full cash value or limited property value. For personal property, value is determined using the cost approach and bonus depreciation is factored in to the valuation to arrive at FCV is implied. In accordance with this standard, Ernst & Young applied the Fair Market Value In-Place & In-Use premise of value. This is the highest premise of value under the value standard.

In determining the appropriate personal property value of the assets in place and in use as of January 1, 2009, the following steps were taken.

- To determine the value of the taxable furniture, fixtures, equipment, and leasehold improvements, Ernst & Young visited representative models of the subject property's site configuration and reviewed the subject store's detailed list of assets, as inventoried by Circuit City, to determine the replacement cost new, of the taxable assets. The replacement costs were derived using current vendor costs to Circuit City and, where appropriate, costs to install and place the assets in service.
- Through personal interviews with used equipment vendors, Ernst & Young derived the selling price of the assets to determine the amount of accumulated depreciation to apply to the replacement cost new, and, where appropriate, determine the like amount of accumulated depreciation of the costs to install and place the assets in service.
- Where (1) retail inventory held for sale, and/or (2) consumable supplies, are taxable assets, the same premise of value for the furniture, fixtures, equipment, and leasehold improvements were used. After a review of the adjustments made to the company's beginning cost of the retail inventory, including but not limited to obsolescence, distribution, freight, and etc., the fair market value of the inventory would not exceed its book value. Therefore, we have elected to use the book value of the inventory as its fair market value under the stated premise of value. For consumable supplies, the value was determined by the amount reported on the company's personal property tax rendition, which is approximately a one month's supply of the year ending balances for expensed supplies.

Therefore, for the purpose of the subject property, the replacement cost of the furniture, fixtures, equipment, and leasehold improvements is determined to be $303,100 and its installed costs are determined to be $29,700. The depreciated value of the furniture, fixtures, equipment, and leasehold improvements is determined to be $64,800 and its depreciated installed costs are determined to be $9,800.

Regarding store inventory and consumable supplies, their respective values are $0 and $300.

Therefore in total, the fair market value of the taxable assets at the subject location is determined to be $74,900.

**≡!! ERNST & YOUNG**

Ernst & Young LLP
One James Center
Suite 1000
901 East Cary Street
Richmond, Virginia 23219-4065

Main tel: +1 804 344 6000
www.ey.com

August 10, 2009

Bill Staples
Pima County Assessor
33 N Stone # 110
Tucson, AZ 85701

*PIMA COUNTY ASSESSOR
2009 AUG 14 AM 10:*
*RECEIVED*

Notice of Appeal
Circuit City, Inc. and all legal subsidiaries
Account Number: 0059974

Dear Sirs:

On behalf of our client, Circuit City Inc., we respectively appeal the assessment of the above property. As a result of their protection under the current federal bankruptcy proceedings, we must protect their administrative appeal rights and are using this letter as a means exercising such protection.

Further information will be provided at a later date in support of our opinion of value.

We may be reached at (704) 331-2004 in case you have further concerns or questions.

Very truly yours,

Charlie

Charles Long
Authorized Agent

Copy to:    Jeff McDonald, Circuit City
            Jeff Knopke, Circuit City

A member firm of Ernst & Young Global Limited

PIMA COUNTY ASSESSOR
2009 AUG 14  AM 10: 58

RECEIVED



April 23, 2009

## GENERAL APPOINTMENT OF AGENCY

I have authorized Ernst & Young to represent Circuit City Store, Inc. and all legal subsidiaries for all property tax matters in the States listed on the attached. Ernst & Young has the general power to represent us in receiving notices of value, filing of returns, obtaining copies of appraisals, tax assessments, or any other information relevant to property tax matters. Ernst & Young is also authorized to negotiate and accept any settlement reached with all assessment and appraisal authorities to including boards of equalization, appraisal review boards, state tax commissions, or other entities exercising authorities or review of property tax assessments, abatements, exemptions or any matter upon which it has administrative jurisdiction.

This appointment of agency remains in effect for tax year 2009 or until revoked in writing by Circuit City, Inc. or Ernst & Young. **Please send all correspondence the Circuit City address.**

| | |
|---|---|
| _Signed_ (Jeff McDonald) | **Ernst & Young LLP** <br> Signed (Ernst & Young) |
| Jeff McDonald, VP Tax <br> Printed Name and Title | Ernst & Young LLP <br> Printed Name and Title |
| Circuit City Stores, Inc. <br> % Tax Department <br> Post Office Box 42304 <br> Richmond, VA 23242 <br> Mailing Address | Attn: Property Tax Services <br> One James Center, Suite 1000 <br> 901 East Cary Street <br> Richmond VA 23219 <br> Mailing Address |
| (804) 486-4000 <br> Telephone | (804) 344-6000 <br> Telephone |
| <br> Fax Number | (804) 344-4538 <br> Fax Number |
| April 23, 2009 <br> Date | |



# Appointment of Agent

| Appraisal District USE ONLY | Date Received |
|---|---|

**Instructions:** You can use this form:
- To name a tax agent to represent you in property tax matters;
- To direct that tax notices be mailed to a person you name. Read the instructions carefully. This form will be in effect until you file another form with the appraisal district that revokes it or until you file a form that names a different agent

| Step 1: Owner's name and address | Owner's name<br>**Circuit City Stores, Inc. & legal subsidiaries** |
|---|---|
| | Current mailing address (number and street)<br>**P.O. Box 42304** |
| | City<br>**Richmond VA 23242**     Telephone number<br>**804-486-4000** |

| Step 2: Describe the property | ☒ All property listed for this owner at the above address<br>☐ The following property (give account or legal description)<br><br>continue on attached pages if needed |
|---|---|

| Step 3: Specify the agent's authority for property tax matters (skip to step 6 if you only want to change tax notice mailing) | ☒ General power to represent me in property tax matters concerning this property<br>☐ Specified powers: the agent has only the powers specified below<br>   ☐ file notices of protest and present protests before the appraisal review board<br>   ☐ receive confidential information<br>   ☐ negotiate and resolve disputed tax matters<br>   ☐ other action (specify) _____ |
|---|---|

| Step 4: Name the agent for property tax matters | Agent's name<br>**ERNST & YOUNG LLP    % Property Tax Services** |
|---|---|
| | Current mailing address (number and street)<br>**One James Center, Suite 1000**<br>**901 East Cary Street** |
| | City, state and zip code<br>**Richmond, VA 23219**     Telephone number<br>**804-344-6000** |

| Step 5: Date the agent's authority ends | Date<br><br>If you do not fill in a date, the agent's authority will continue indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. |
|---|---|

(stamp: PIMA COUNTY ASSESSOR RECEIVED 2009 AUG 14 AM 10:58)

**Complete steps 6-9 if you want tax notices mailed to an agent.**
**SKIP TO STEP 10 IF YOU DON'T WANT TO CHANGE TAX NOTICE MAILING.**

| **Step 6:** Check if you want property tax notices delivered to an agent | ☒ I want my agent to receive all my property tax notices and other communications for this property, including appraisal notices, appraisal review board orders and hearing notices, tax bills, and collections notices <br> ☐ Specified powers: the agent has only the powers specified below <br>    ☐ All communications from the chief appraiser <br>    ☐ All orders, notices, and other communications from the ARB <br>    ☐ All tax bills and notices from all taxing entities served by the appraisal district. <br> Note: These notices can affect your legal rights. The affected offices are not required by law to send you duplicate copies. |
|---|---|
| **Step 7:** Describe the property for which property tax notices will be delivered | ☒ The following property (give account number or legal description) <br> **Please see Step 2.** <br> continue on attached pages if needed <br> ☐ My agent will provide a list <br> Note: The designation of an agent to receive communications only applies to properties you expressly identify and only affects notices generated after the date you file the list identifying the property with the appraisal district. |
| **Step 8:** Name the person who will get the notices | Name of the person or firm <br> **Circuit City Stores, Inc.** <br> Current mailing address (number and street) <br> P.O. Box 42304 <br> City, state and zip code: **Richmond VA 23242**     Telephone number: **804-486-4000** |
| **Step 9:** Date the change of delivery ends | Date <br> If you do not fill in a date, tax notices will continue to be mailed to your agent indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. |
| **Step 10:** Sign the form | Signature [signed]     Date the designation took effect: **April 23, 2009** <br> Title and firm name if not the property owner <br> This form must be signed by the property owner; a person the owner has specifically authorized to name tax agents; or by a corporate officer (if the owner is a corporation). A property manager or other agent should attach a copy of the document authorizing the person to designate agents. |

# PERSONAL PROPERTY PETITION FOR REVIEW OF VALUATION

FILED FOR TAX YEAR __2009__ in __Pima__ COUNTY

- All THREE copies must be mailed or hand delivered to the County Assessor. See instructions for filing requirements and appeal procedures.
- Persons receiving a Notice of Value may file this petition with the County Assessor on or before the deadline shown on the Notice of Value.
- The County Assessor may reject any petition not meeting statutory requirements. Only one appeal for each Notice of Value will be accepted.
- NOTE: PETITIONER MUST COMPLETE SECTIONS 1 THROUGH 10 WHERE APPLICABLE. SHADED AREAS ARE FOR OFFICIAL USE ONLY.

1. DATE FILED __08/10/2009__   ACCOUNT NO. __0059974__

2. TYPE OF PROPERTY: [X] COMMERCIAL / INDUSTRIAL   [ ] AGRICULTURAL   [ ] APARTMENT EQUIPMENT AND FURNISHINGS
   [ ] MOBILE HOME   [ ] OTHER (specify) _____

3. INTEREST IN PROPERTY: [X] OWNER   [ ] OTHER (specify) _____   Agents must include an Agency Authorization form.

4. BUSINESS ADDRESS OR LEGAL DESCRIPTION: _____

5A. TYPE OR PRINT OWNER'S NAME AS SHOWN ON THE NOTICE OF VALUE.
   Circuit City Stores West Coast
   PO Box 5695
   Glen Allen                   VA         23058

5B. PROVIDE CORRECT INFORMATION IF DIFFERENT FROM ITEM 5A.
   NAME
   ADDRESS
   CITY              STATE

6A. MAIL DECISION TO: (PRINT OR TYPE)
   Ernst & Young LLP
   E 901 East Cary Street Suite 1000
   Richmond                VA          23219

6B. IF PETITION IS FILED BY OTHER THAN OWNER, SPECIFY:
   Ernst & Young LLP
   E 901 East Cary Street Suite 1000
   Richmond                VA          23219

7. BASIS FOR THIS PETITION: Owner's evidence supporting this petition must be identified and attached to the petition in order to be considered by the County Assessor. NOTE: Evidence contained in this appeal could be the basis for either increasing or decreasing the valuation or changing the legal classification of the property.
   See Attached

| | | | | |
|---|---|---|---|---|
| 8. OWNER'S OPINION OF VALUE | FULL CASH VALUE $ 74,900 | LIMITED PROPERTY VALUE $ 74,900 | LEGAL CLASS | ASMT RATIO |
| 9. VALUE SHOWN ON NOTICE OF VALUE | FULL CASH VALUE $ 365472 | LIMITED PROPERTY VALUE $ 365472 | LEGAL CLASS | ASMT RATIO |

10. I HEREBY AFFIRM THAT THE INFORMATION INCLUDED OR ATTACHED IS TRUE AND CORRECT.

   X __See Attached__                (704) 331-2004
   SIGNATURE OF OWNER OR AGENT      TELEPHONE

IN MARICOPA AND PIMA COUNTIES ONLY: Check here if you want this appeal to be heard "On The Record". This means that neither you nor the Assessor will appear in person before the State Board of Equalization to offer testimony. Submit any additional written or typed information with this appeal. [ ]

CHECK TO REQUEST A MEETING WITH ASSESSOR. [ ]

AGENTS ONLY: State Board of Appraisal Registration Number _____   State Board of Equalization Number _____

| ASSESSOR'S DECISION | FULL CASH VALUE $ 365472 | LIMITED PROPERTY VALUE $ 365472 | LEGAL CLASS 1 | ASMT RATIO 22% |
|---|---|---|---|---|

BASIS FOR DECISION: _Appeal denied - See attached letter_

| 8-14-09 | 8-26-09 | MAin | Michelle R Ain |
|---|---|---|---|
| DATE RECEIVED | DATE DECISION MAILED | REVIEWED BY | ASSESSOR OR CHIEF DEPUTY |

| COUNTY BOARD OF EQUALIZATION DECISION | FULL CASH VALUE $ | LIMITED PROPERTY VALUE $ | LEGAL CLASS | ASMT RATIO |
|---|---|---|---|---|

BASIS FOR DECISION: _____

DATE RECEIVED   DATE DECISION MAILED   CHAIRMAN OR CLERK OF THE BOARD

DOR 82530 (Rev. 7/06)                         ASSESSOR



# Office of the Pima County Assessor
## Personal Property Division
## 33 N. Stone Avenue Suite 110
## Tucson, AZ 85701

Bill Staples
Assessor

Monica Detaranto
Chief Deputy Assessor

August 26, 2009

Circuit City Stores West Coast
% Ernst & Young LLP
E 901 East Cary Street Suite 1000
Richmond VA   23219

Re:   Petition for Review filed for Circuit City Stores West Coast
      Taxpayer number -9300393
      Location number – 0059974

Dear Mr. Long,

The Petition has been reviewed and no adjustments will be made. The information used for the 2009 evaluation was supplied by the taxpayer on their rendered 2009 business property statement. It is their affidavit of assets in place as of 12-31-08.

You may pursue this matter by filing with the State Board of Equalization 20 days of receiving this letter. If you have questions or concerns, please call me at 520-243-8704.

Sincerely,

Wendy Krueger
Property Appraiser

**≡ll ERNST & YOUNG**

PIMA COUNTY ASSESSOR

August 11, 2009

2009 AUG 14  AM 10: 55

RECEIVED

Ernst & Young LLP
One James Center
Suite 1000
901 East Cary Street
Richmond, Virginia 23219-4065

Main tel: +1 804 344 6000
www.ey.com

Bill Staples
Pima County Assessor
33 N Stone # 110
Tucson, AZ 85701

Notice of Appeal
Circuit City, Inc. and all legal subsidiaries
Store # 3305 Property Address; 5530 East Broadway Blvd

Dear Sirs:

On behalf of our client, Circuit City Inc., we respectively appeal the assessment of the above property. As a result of their protection under the current federal bankruptcy proceedings, we must protect their administrative appeal rights and are using this letter as a means exercising such protection.

Further information will be provided at a later date in support of our opinion of value.

We may be reached at (704) 331-2004 in case you have further concerns or questions.

Very truly yours,

*Charlie*

Charles Long
Authorized Agent

Copy to:   Jeff McDonald, Circuit City
           Jeff Knopke, Circuit City

A member firm of Ernst & Young Global Limited

Store 3305 located at 5530 East Broadway Blvd, Tucson AZ

Circuit City engaged Ernst & Young to determine the appropriate personal property tax value of their store's personal property assets as of January 1, 2009. The standard used to determine their value is in accordance with Arizona's code section ARS 42-11001 where the basis of tax in AZ is either full cash value or limited property value. For personal property, value is determined using the cost approach and bonus depreciation is factored in to the valuation to arrive at FCV is implied. In accordance with this standard, Ernst & Young applied the Fair Market Value In-Place & In-Use premise of value. This is the highest premise of value under the value standard.

In determining the appropriate personal property value of the assets in place and in use as of January 1, 2009, the following steps were taken.

- To determine the value of the taxable furniture, fixtures, equipment, and leasehold improvements, Ernst & Young visited representative models of the subject property's site configuration and reviewed the subject store's detailed list of assets, as inventoried by Circuit City, to determine the replacement cost new, of the taxable assets. The replacement costs were derived using current vendor costs to Circuit City and, where appropriate, costs to install and place the assets in service.
- Through personal interviews with used equipment vendors, Ernst & Young derived the selling price of the assets to determine the amount of accumulated depreciation to apply to the replacement cost new, and, where appropriate, determine the like amount of accumulated depreciation of the costs to install and place the assets in service.
- Where (1) retail inventory held for sale, and/or (2) consumable supplies, are taxable assets, the same premise of value for the furniture, fixtures, equipment, and leasehold improvements were used. After a review of the adjustments made to the company's beginning cost of the retail inventory, including but not limited to obsolescence, distribution, freight, and etc., the fair market value of the inventory would not exceed its book value. Therefore, we have elected to use the book value of the inventory as its fair market value under the stated premise of value. For consumable supplies, the value was determined by the amount reported on the company's personal property tax rendition, which is approximately a one month's supply of the year ending balances for expensed supplies.

Therefore, for the purpose of the subject property, the replacement cost of the furniture, fixtures, equipment, and leasehold improvements is determined to be $336,200 and its installed costs are determined to be $51,300. The depreciated value of the furniture, fixtures, equipment, and leasehold improvements is determined to be $46,000 and its depreciated installed costs are determined to be $7,300.

Regarding store inventory and consumable supplies, their respective values are $0 and $400.

Therefore in total, the fair market value of the taxable assets at the subject location is determined to be $53,700.



| | | Appointment of Agent | |
|---|---|---|---|
| | | Appraisal District USE ONLY | Date Received |

**Instructions:** You can use this form:
- To name a tax agent to represent you in property tax matters;
- To direct that tax notices be mailed to a person you name. Read the instructions carefully. This form will be in effect until you file another form with the appraisal district that revokes it or until you file a form that names a different agent

| **Step 1:** Owner's name and address | Owner's name <br> **Circuit City Stores, Inc. & legal subsidiaries** | |
|---|---|---|
| | Current mailing address (number and street) <br> **P.O. Box 42304** | |
| | City <br> **Richmond VA 23242** | Telephone number <br> **804-486-4000** |
| **Step 2:** Describe the property | ☒ All property listed for this owner at the above address <br> ☐ The following property (give account or legal description) <br> <br> <br> continue on attached pages if needed | |
| **Step 3:** Specify the agent's authority for property tax matters (skip to step 6 if you only want to change tax notice mailing | ☒ General power to represent me in property tax matters concerning this property <br> ☐ Specified powers: the agent has only the powers specified below <br> ☐ file notices of protest and present protests before the appraisal review board <br> ☐ receive confidential information <br> ☐ negotiate and resolve disputed tax matters <br> ☐ other action (specify) _____ | |
| **Step 4:** Name the agent for property tax matters | Agent's name <br> **ERNST & YOUNG LLP       % Property Tax Services** | |
| | Current mailing address (number and street) <br> **One James Center, Suite 1000** <br> **901 East Cary Street** | |
| | City, state and zip code <br> **Richmond, VA 23219** | Telephone number <br> **804-344-6000** |
| **Step 5:** Date the agent's authority ends | Date <br> <br> If you do not fill in a date, the agent's authority will continue indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. | |

RECEIVED 2009 AUG 14 AM 10:58 PIMA COUNTY ASSESSOR

Complete steps 6-9 if you want tax notices mailed to an agent.
SKIP TO STEP 10 IF YOU DON'T WANT TO CHANGE TAX NOTICE MAILING.

| | |
|---|---|
| **Step 6:** Check if you want property tax notices delivered to an agent | ☒ I want my agent to receive all my property tax notices and other communications for this property, including appraisal notices, appraisal review board orders and hearing notices, tax bills, and collections notices<br>☐ Specified powers: the agent has only the powers specified below<br>  ☐ All communications from the chief appraiser<br>  ☐ All orders, notices, and other communications from the ARB<br>  ☐ All tax bills and notices from all taxing entities served by the appraisal district.<br>Note: These notices can affect your legal rights. The affected offices are not required by law to send you duplicate copies. |
| **Step 7:** Describe the property for which property tax notices will be delivered | ☒ The following property (give account number or legal description)<br>**Please see Step 2.**<br>continue on attached pages if needed<br>☐ My agent will provide a list<br>Note: The designation of an agent to receive communications only applies to properties you expressly identify and only affects notices generated after the date you file the list identifying the property with the appraisal district. |
| **Step 8:** Name the person who will get the notices | Name of the person or firm<br>**Circuit City Stores, Inc.**<br>Current mailing address (number and street)<br>**P.O. Box 42304**<br>City, state and zip code: **Richmond VA 23242**    Telephone number: **804-486-4000** |
| **Step 9:** Date the change of delivery ends | Date<br>If you do not fill in a date, tax notices will continue to be mailed to your agent indefinitely. You must file a statement revoking this form or designate a new agent to end the agent's authority. |
| **Step 10:** Sign the form | Signature /s/    Date the designation took effect **April 23, 2009**<br>Title and firm name if not the property owner<br>This form must be signed by the property owner; a person the owner has specifically authorized to name tax agents; or by a corporate officer (if the owner is a corporation). A property manager or other agent should attach a copy of the document authorizing the person to designate agents. |

RECEIVED 2009 AUG 14 AM 11:00 PIMA COUNTY ASSESSOR



April 23, 2009

## GENERAL APPOINTMENT OF AGENCY

I have authorized Ernst & Young to represent Circuit City Store, Inc. and all legal subsidiaries for all property tax matters in the States listed on the attached. Ernst & Young has the general power to represent us in receiving notices of value, filing of returns, obtaining copies of appraisals, tax assessments, or any other information relevant to property tax matters. Ernst & Young is also authorized to negotiate and accept any settlement reached with all assessment and appraisal authorities to including boards of equalization, appraisal review boards, state tax commissions, or other entities exercising authorities or review of property tax assessments, abatements, exemptions or any matter upon which it has administrative jurisdiction.

This appointment of agency remains in effect for tax year 2009 or until revoked in writing by Circuit City, Inc. or Ernst & Young. **Please send all correspondence the Circuit City address.**

| | |
|---|---|
| Signed (Jeff McDonald) | **Ernst & Young LLP** <br> Signed (Ernst & Young) |
| Jeff McDonald, VP Tax <br> Printed Name and Title | Ernst & Young LLP <br> Printed Name and Title |
| Circuit City Stores, Inc. <br> % Tax Department <br> Post Office Box 42304 <br> Richmond, VA 23242 <br> Mailing Address | Attn: Property Tax Services <br> One James Center, Suite 1000 <br> 901 East Cary Street <br> Richmond VA 23219 <br> Mailing Address |
| (804) 486-4000 <br> Telephone | (804) 344-6000 <br> Telephone |
| Fax Number | (804) 344-4538 <br> Fax Number |
| April 23, 2009 <br> Date | |

PIMA COUNTY ASSESSOR
2009 AUG 14
RECEIVED