**Exhibit A**

**Summary Spreadsheet**

**Circuit City Stores, Inc., et al**
**08-35653**
**Debtors' 37th Omnibus Objection to Claims (Personal Property tax claims for 2009)**

| Jurisdiction | Claim #, Debtor's Classification (in Omn Objection) | Claim Amount | Final Tax Assessment | Debtor's Modified Total Proposed | Account(s) # | Debtor's Rendered Value | Date of Rendition | Appraisal District's Assessed Taxable Value | Protest Filed? | ARB Ruling? (Adjusted Final Value) | By Agreement? | Knowledgable Contact | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Appraisal District of Bell County | 13398, Admin | $ 148,343.37 | data not available at this date | $ 131,466.46 | 149880 (BPP) | $ 1,894,055.00 | 4/13/2009 | $ 1,894,055.00 | yes, Hearing 7/13/09 | $ 1,894,055.00 | Rendered Value Accepted, Protest Denied, Value unchanged | J.W. Perry, Chairman, ARB Board, Bell TAD | |
| County of Brazos, City of College Station, a municipal corporation, College Station Independent School District | 4553, Secured | $ 47,108.39 | data not available at this date | $ 24,047.40 | 97115 (BPP) | $ 1,768,687.00 | 4/16/2009 | $ 1,780,230.00 | no | n/a | n/a | Don Barnett, Supervisor, Brazos CAD 979-774-4100 | |
| County of Comal, City of New Braunfels, a municipal corporation, Comal Independent School District, Farm Road | 4551, Secured | $ 41,711.53 | data not available at this date | $ 19,612.41 | 119082 (BPP) | $ 1,575,550.00 | 4/9/2009 | $ 1,575,550.00 | Yes, Hearing Scheduled 7/14/09 | $ 1,575,550.00 | No representation present at ARB Hearing, Value unchanged | Jim Rice, Secretary, Comal Appraisal Review Board | |
| County of Denton | 4554, Secured | $ 11,716.86 | data not available at this date | $ 5,744.75 | 533647 (BPP) @ 2315 Colorado #180 | $ 1,852,270.00 | 6/11/2009 | $ 1,676,978.00 | yes, Hearing 8/19/09 | $ 1,676,978.00 | Ruling, Value reduced | Linda F. Franklin, Secretary, Denton Appraisal Review Board | |
| | | | | | 915488 (BPP) @ 715 Hebron Pkwy | $ 1,764,684.00 | 6/11/2009 | $ 1,673,492.00 | yes, Hearing 8/19/09 | $ 1,673,492.00 | Ruling, Value reduced | | |
| Longview Independent School District | 13198, Admin | $ 21,595.55 | data not available at this date | $ 10,911.49 | | | | | | | | | On information and belief, these tax amounts are included in claim #12031 filed on behalf of Gregg County |
| City of Waco, Waco Independent School District | 4558, Secured | $ 114,278.63 | $54,716.05* | $ 95,373.37 | 480232010001041 (RP)- Real Property Sold May 2009 | n/a | n/a | $ 2,541,880.00 | n/a | n/a | n/a | Jane Herring, Chairman, McLennan Co. Appraisal Review Board | |
| | | | $33,243.44* | | 48C129005 (BPP) | $ 1,544,352.00 | 4/9/2009 | $ 1,544,352.00 | yes, hearing 8/31/09, Order Entered 8/31/09 | $ 1,544,352.00 | Protest Denied, Value unchanged | | |
| City of Midland, a municipal corporation, Midland County Hospital District, Midland Independent School District (Midland CAD) | 4557, Secured | $ 81,890.07 | $36,964.51* | $ 66,907.51 | R15102 (RP) - Real Property Sold May 2009 | n/a | n/a | $ 1,700,000.00 | n/a | n/a | n/a | Ken Bland, Chief Appraiser, Midland Central Appraisal District | |
| | | | $21,293.77* | | P21055 (BPP) | $ 1,613,940.00 | 4/9/2009 | $ 1,613,940.00 | yes | $ 1,084,990.00 | yes, 7/14/2009 | | |

McCreary, Veselka, Bragg Allen, P.C.

**Circuit City Stores, Inc., et al**
**08-35653**
**Debtors' 37th Omnibus Objection to Claims (Personal Property tax claims for 2009)**

| Jurisdiction | Claim #, Debtor's Classification (in Omn Objection) | Claim Amount | Final Tax Assessment | Debtor's Modified Total Proposed | Account(s) # | Debtor's Rendered Value | Date of Rendition | Appraisal District's Assessed Taxable Value | Protest Filed? | ARB Ruling? (Adjusted Final Value) | By Agreement? | Knowledgable Contact | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County of Taylor, City of Abilene, a municipal corporation, Abilene Independent School District (Taylor CAD) | 4550, Secured | $ 49,693.24 | data not available at this date | $ 25,734.73 | 100913 (BPP) | $ 1,594,684.00 | 4/9/2009 | $ 1,403,018.00 | Yes, Hearing on 7/09/2009 | $ 1,403,018.00 | Protest Denied, Value unchanged | James M. Houston, Taylor Appraisal Review Board Secretary | |
| County of Williamson | 13199, Admin | $ 69,923.83 | data not available at this date | $ 65,709.76 | P406305 (BPP) | $ 1,545,544.00 | 4/17/2009 | $ 1,484,228.00 | Yes, 7/7/2009 | $ 1,452,182.00 | Ruling, Value Reduced | Mark Wasserman, Williamson Central Appraisal Review Board Secretary | |

*These figures for "Final Tax Assessment" are not certified tax amounts. In additon these figures are for the taxing units for which the proof of claim was filed only.

McCreary, Veselka, Bragg Allen, P.C.