

**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**JANICE D. NEWELL**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 3572

Attorney for Ada County Treasurer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 08-35653 (KRH)** |
| CIRCUIT CITY STORES, INC., *et al.*, ) | |
| ) | **AFFIDAVIT OF** |
| Debtors. ) | **DIANE ABRAMS** |
| ) | |

COMES NOW Diane Abrams and declares the following:

1. I am a personal property appraiser for the Ada County Assessor's Office.

2. Attached hereto as Exhibit A is a copy of the 2009 Assessment Notice provided to Debtors in regards to personal property located in Boise, Ada County, Idaho, and known as Parcel No. P1CIRCCIT01.

3. The Debtors did not appeal the valuation of Parcel No. P1CIRCCIT01 by June 22, 2009.

AFFIDAVIT OF DIANE ABRAMS - PAGE 1
c:\documents and settings\asabrakd\local settings\temporary internet files\olke1\affidavit of diane abrams.doc

FURTHER, affiant saith not.

DATED this _22_ day of September, 2009.

                                                                  _____
                                                                  DIANE ABRAMS
                                                                  Personal Property Appraiser
                                                                  Ada County Assessor's Office

STATE OF IDAHO    )
                                 ) ss.
County of Ada        )

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2009.

                                                                  _____
                                                                  Notary Public for Idaho
                                                                  Commission Expires  9/26/2012

AFFIDAVIT OF DIANE ABRAMS - PAGE 2
c:\documents and settings\asabrakd\local settings\temporary internet files\olke1\affidavit of diane abrams.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2009, I served a true and correct copy of the foregoing AFFIDAVIT OF DIANE ABRAMS to the following person(s) by the following method(s):

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | __X__  FedEx Express Mail |
| McGuirewoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley | __X__  FedEx Express Mail |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson | __X__  FedEx Express Mail |
| W. Clarkson McDow, Jr.<br>Office of the U.S. Trustee<br>701 E. Broad St., Ste. 4304<br>Richmond, VA 23219 | __X__  U.S. Mail |

_____
Erin N. Simnitt, Legal Assistant

# EXHIBIT A



**Robert H. McQuade**
**Ada County Assessor**
190 E Front Street Suite 107
Boise, ID 83702-7300
adacountyassessor.org

PARCEL DESCRIPTION:

# 2009
## ASSESSMENT NOTICE

**THIS IS NOT A BILL
DO NOT PAY**

For any questions, please notify the Assessor's Office immediately

Assessor's Telephone Number: (208) 287-7222
dabrams@adaweb.net
Parcel Address: 542 N MILWAUKEE ST
BOISE ID 83704

Appeals of your property value must be filed in writing, on a form provided by the County, by:

June 22nd, 2009

Tax Code Area: 01-24

CIRCUIT CITY
TAX DEPT-LOC #3334
ANGELA DOUGLAS
9954 MAYLAND DR
RICHMOND  VA  23233-1463

Parcel Number:
P1CIRCCIT01

## ASSESSED VALUE OF YOUR PROPERTY

| CURRENT DESCRIPTION | LOTS/ACRES | LAST YEAR'S VALUE | CURRENT YEAR'S VALUE |
|---|---|---|---|
| SIGNS & SIGNBOARDS | | 12,800 | 13,300 |
| FURNITURE & FIXTURES | | 339,000 | 323,200 |
| **SUBTOTAL:** | | 351,800 | 336,500 |
| **LESS HOMEOWNERS EXEMPTION:** | | 0 | 0 |
| **NET TAXABLE PROPERTY VALUE:** | | 351,800 | 336,500 |

These values may not include personal property values. Taxes are based on the values shown on this Notice and on the Budgets of the taxing districts.

## TAXING DISTRICT INFORMATION

| TAXING DISTRICTS | PHONE NUMBER | DATE OF PUBLIC BUDGET HEARING |
|---|---|---|
| ADA COUNTY | (208) 287-7000 | 7-21-2009 |
| EMERGENCY MEDICAL | (208) 287-2950 | 7-21-2009 |
| ADA COUNTY HIGHWAY DIST | (208) 387-6120 | 8-26-2009 |
| SCHOOL DISTRICT NO. 1 | (208) 854-4029 | 6-8-2009 |
| BOISE CITY | (208) 384-3727 | 8-11-2009 |
| JOPLIN CEMETERY | (208) 377-9535 | 8-25-2009 |
| WEST BOISE SEWER | (208) 375-8521 | |
| MOSQUITO ABATEMENT | (208) 577-4646 | 7-21-2009 |
| COLLEGE OF WESTERN IDAHO | (208) 562-3299 | 8-18-2009 |

**THIS IS NOT A BILL. DO NOT PAY.**

See the back of this Notice for details

ASSESSMENT of PERSONAL PROPERTY
IDAHO CODE 63-302 & 63-1401

0009313

## YOUR RIGHT TO APPEAL YOUR PROPERTY VALUE

To appeal your property value, you must file a written form with the county board of equalization (BOE). The form requires you to identify yourself, your property, and the reason for your appeal. You can get the form from your county assessor, clerk, or commissioners.

The form must be filed on or before the end of the county's business day on the 4th Monday of June. (For the subsequent property roll, the filing deadline is the 4th Monday of November. For the missed property roll, the filing deadline is the following year's January meeting date for the BOE.) See Idaho Code section 63-501A. In addition, you may wish to discuss your property valuation with your county assessor's office to see if the matter can be resolved prior to hearing the appeal. **NOTE:** Contacting your county assessor does not meet the requirements for filing an appeal.

**If you do not file by the above deadline, you will lose your right to appeal your property value for the current year.**

Contact your county assessor to learn more about property tax exemptions or other tax benefit programs.

## BOARD OF EQUALIZATION (BOE) RESPONSIBILITIES AND DATES

The responsibilities of the BOE are to decide eligibility for property tax exemptions, hear appeals, and to equalize the value of property.

The board of county commissioners must meet as the BOE on the 4th Monday of each month from January through May and each day from the 4th Monday of June through the second Monday of July. For the subsequent property assessment roll, the BOE meets each day from the fourth Monday of November through the first Monday of December. For the missed property assessment roll, the BOE meets in January of the next year. See Idaho Code sections 63-501 and 63-502.

## TAXING DISTRICT BUDGET HEARINGS

Taxing districts are required to notify the county clerk of the date and location of their budget hearings by April 30th of each year. This information is intended to inform taxpayers when their taxing districts will hold budget meetings.

Remember to participate in setting district budgets, such as school, city, and county, by attending the budget hearings noted on the front of this notice. These budgets determine how much tax will be paid.