

**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**JANICE D. NEWELL**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 3572

Attorney for Ada County Treasurer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 08-35653 (KRH)** |
| CIRCUIT CITY STORES, INC., *et al.*, ) | |
| ) | **AFFIDAVIT OF** |
| Debtors. ) | **CECIL INGRAM** |
| ) | |

COMES NOW Cecil Ingram, Ada County Treasurer, and declares the following:

1. I am the Ada County Treasurer.

2. On June 29, 2009, I filed a proof of claim, Claim 14430, in the amount of $4,430.71, for personal property taxes for Parcel No. P1CIRCCIT01, located in Boise, Idaho, for the year 2009, as a secured, priority claim.

3. The amount asserted in Claim 14430 is an estimation of 2009 personal property taxes based on the $336,500.00 assessed value of Parcel No. P1CIRCCIT01 for 2009 and calculated using the 2008 tax levy rate.

4. The tax rate for personal property taxes for year 2009 will be appropriated to personal property parcels after the Board of County Commissioners for Ada County sets the levy rate after September, 2009. *See* Idaho Code § 63-801.

FURTHER, affiant saith not.

**DATED** this 22ND day of September, 2009.

CECIL INGRAM
Ada County Treasurer

STATE OF IDAHO    )
                  ) ss.
County of Ada     )

SUBSCRIBED AND SWORN to before me this 22 day of September, 2009.



Notary Public for Idaho
Commission Expires 7-20-13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2009, I served a true and correct copy of the foregoing AFFIDAVIT OF CECIL INGRAM to the following person(s) by the following method(s):

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | __X__ FedEx Express Mail |
| McGuirewoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley | __X__ FedEx Express Mail |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson | __X__ FedEx Express Mail |
| W. Clarkson McDow, Jr.<br>Office of the U.S. Trustee<br>701 E. Broad St., Ste. 4304<br>Richmond, VA 23219 | __X__ U.S. Mail |

_____
Erin N. Simnitt, Legal Assistant