Elizabeth Banda
Yolanda Humphrey
Post Office Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
jcharboneau@mfgs.com

ATTORNEY FOR ARLINGTON ISD, ET AL.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | |
| | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

### NOTICE OF APPEARANCE

Please take notice that the undersigned appear in the above-referenced cases on behalf of Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1 ("Arlington ISD, et al.") pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Elizabeth Banda
Yolanda Humphrey
Post Office Box 13430

W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404

Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
jcharboneau@mfgs.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: September 25, 2009

Respectfully submitted,

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimants

/s/ Elizabeth Banda
ELIZABETH BANDA
SBN: 24012238
YOLANDA HUMPHREY
SBN: 24009764
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: 817-461-3344
Fax: 817-860-6509
Email: ebanda@pbfcm.com
yhumphrey@pbfcm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2009, I electronically filed the foregoing notice of appearance with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of service to be delivered to Debtors' counsel and any other parties on the electronic matrix via electronic notification. On this same date, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

/s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Arlington ISD et al\Objection to Claim\Banda Notice of Appearance.doc