Case 08-35653-KRH    Doc 5109-1    Filed 09/25/09    Entered 09/25/09 11:02:22    Desc
Exhibit(s) 2009 Personal Property Tax Return Filed by Debtor    Page 1 of 1

EXHIBIT A

Form 740-A

**2009**



## COUNTY OF HENRICO, VIRGINIA
Department of Finance – P.O. Box 90775 – Henrico, Virginia 23273-0775
### BUSINESS RETURN OF TANGIBLE PERSONAL PROPERTY
### FOR BUSINESSES AND PROFESSIONS
(MANUFACTURERS USE FORM 740 M&T TO REPORT MACHINERY AND TOOLS)

Filing date on or before March 2, 2009. Penalty for late filing is 10%.

For assistance call (804) 501-4310 or visit our website at www.co.henrico.va.us/finance

| Account Number (Use in all correspondence) | Federal ID or SSN | Retailers VA Sales & Use No. | Date Business Began in Henrico | Date Business Ceased Operation in Henrico |
|---|---|---|---|---|
| C99084000 | 540493875 | | | |

Business Phone Number:

Report Below Any Changes in Preprinted Information

Type of Business:

Individual ☐   Partnership ☐   Corporation ☐   LLC ☐   Other ☐

Taxpayer Name / Trade Name / Mailing Address / City/State/Zip:

Circuit City Stores Inc
P.O. Box 42304
Richmond, VA 23242

Location of Property: 9950 Mayland Drive

ENTER CHANGES TO ORIGINAL COST OF ALL TANGIBLE PERSONAL PROPERTY OWNED AND LOCATED IN HENRICO COUNTY AS OF **JANUARY 1, 2009** SUPPORTED BY A DETAILED ITEMIZED LIST.

**SCHEDULE 80: TANGIBLE PERSONAL PROPERTY** (Excluding Computer Equipment but Including Outdoor Signs. NOTE: Do not include licensed motor vehicles.)

(OT3 001) 002

| YEAR PURCHASED | COST OF PROPERTY (A) | ADDITIONS (B) | DISPOSALS (C) | TOTAL (A plus B) minus C | OFFICE USE ONLY |
|---|---|---|---|---|---|
| Purchased in 2008 | | | | 0 | |
| Purchased in 2007 | 1,225,903 | 11,591 | — | 1,237,493 | 2,340,903 |
| Purchased in 2006 | 437,853 | — | — | 437,853 | |
| Purchased in 2005 | 0 | | | 0 | |
| Purchased in 2004 | 0 | | | 0 | |
| Purchased in 2003 | 197,173 | | | 197,173 | |
| Purchased in 2002 | 251,462 | | | 251,462 | |
| Purchased in 2001 | 111,269 | | | 111,269 | |
| Purchased in 2000 | 338,117 | | | 338,117 | |
| Purchased in 1999 & Prior | 13,815,448 | | | 13,815,448 | |

**SCHEDULE 85: PERSONAL AND MAINFRAME COMPUTERS AND PERIPHERAL EQUIPMENT**
(Including CPUs, computer-based telephones, computer-based medical equipment, disk drives, docking stations, fax machines, modem, monitors, mouse, printers, satellite equipment, scanners, storage units, supercomputers, uninterrupted power supplies, etc.) owned & located in Henrico County as of January 1, 2009.

005

| YEAR PURCHASED (OT3 002/004) | COST OF PROPERTY (A) | ADDITIONS (B) | DISPOSALS (C) | TOTAL (A plus B) minus C | OFFICE USE ONLY |
|---|---|---|---|---|---|
| Purchased in 2008 | | | | 892,493 | 13,750,50 |
| Purchased in 2007 | 8,846,017 | 408,673 | 1,987,979 | 7,266,711 | |
| Purchased in 2006 | 22,113,011 | 44,164 | 3,759,701 | 18,397,474 | |
| Purchased in 2005 | 8,016,559 | 26,940 | 1,022,176 | 7,021,323 | |
| Purchased in 2004 | 5,220,919 | | | 5,220,919 | |
| Purchased in 2003 & Prior | 47,913,915 | | | 47,913,915 | |

**SCHEDULE 95:** Tangible Personal Property, located in Henrico County as of January 1, 2009, leased or rented from others. For informational purposes only.

| NAME OF OWNER | ADDRESS OF OWNER | LEASE NO. ID/SERIAL/MODEL/TITLE NOS. | DESCRIPTION OF ITEM AND BEGINNING AND ENDING DATES OF LEASE | MONTHLY RENT |
|---|---|---|---|---|
| | | | | |
| | | | | |

Please enter below a contact name and phone number so we can call if we have a question about your return.

Person: Sarah Harris    Title: Tax Supervisor    Phone #: 804-486-2081

Failure to file this return can result in criminal penalties. (Henrico Code §20-109) UNSIGNED RETURNS WILL NOT BE ACCEPTED.
DECLARATION: I declare that the statements and figures herein given are true, full and correct to the best of my knowledge and belief.

TAXPAYER SIGNATURE: Sarah Harris    DATE: 2/26/09

NOTE: It is a Class 1 Misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter. (Code of VA. §58.1-11)

For Office: AL___  ZR___  IR___

AWB 3-6-09

SEE REVERSE SIDE FOR INSTRUCTIONS

QWB 3/10/09