| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr.(VSB #20284) |
| Romero Law Firm | W. Joel Charboneau (VSB #68025) |
| BMR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEYS FOR SECURED CREDITORS
LOS ANGELES COUNTY AND MONTEREY
COUNTY, CALIFORNIA, CALIFORNIA
TAXING AUTHORITIES

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br>CIRCUIT CITY STORES, INC., et al<br>     Debtor(s). | Case No. 08-35653 KRH<br>Chapter 11<br><br>**OBJECTION OF LOS ANGELES COUNTY AND MONTEREY COUNTY, CALIFORNIA, CALIFORNIA TAXING AUTHORITIES, TO DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS** |

Los Angeles County (Claim Number 13628) and Monterey County (Claim Number 14131), California (the "Claimants"), California Taxing Authorities, hereby object to the Debtors' Thirty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) because the taxes are secured taxes under 11 U.S.C. Section 506(b). The Claimants request a hearing on the Debtors' objection to their claims.

The Claimants are currently examining their records for the taxes which are still due and owing. The Claimants will amend this

objection as soon as the information is ascertained.

                                              Respectfully submitted

Dated: September 25, 2009   /s/ W. Joel Charboneau
                                              W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C. Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

Attorneys for Claimants

/s/ Martha E. Romero

Martha E. Romero
Romero Law Firm
MNR Professional Building
6516 Bright Avenue
Whittier, California 90601
562-907-6800
562-907-6820 FAX
romero@mromerolawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2009, I electronically filed the foregoing with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of service to be delivered to Debtors' counsel and any other parties on the electronic matrix via electronic notification. On this same date, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

                                              /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Romero\Objection 9-15-09.doc

1