## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| _____ | ) |
| | ) |
| Ashley Isaac, *pro se* | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## <u>ORDER</u>

This matter came before the Court upon the Motion For Leave To Appear Hearing

Telephonically At The September 22, 2009 Hearing, filed by Ashley Isaac, *pro se*. After

review of the Motion and statements therein, the Court finds that (i) adequate notice of

the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core

proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and

requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED, AND DONE** that the motion is **GRANTED**; and it is further

**ORDERED** that the motion shall be granted to permit Ashley Isaac, *pro se*, to appear

telephonically at the September 22, 2009 Hearing in the United States Bankruptcy Court For The

Eastern District Of Virginia Richmond Division.

ENTERED: _____ 2009

Sep 23 2009

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  Sep 23 2009

Respectfully Submitted,

Ashley Isaac, *pro se*
617 South 76th Street
Birmingham, AL. 35206
Phone: (205)836-3075

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document has been delivered to the following party(s) by certified United States Mail, properly addressed, postage pre-paid.

**OF COUNSEL:**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Ashley Isaac, *pro se*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1              Date Rcvd: Sep 23, 2009
Case: 08-35653                Form ID: pdforder       Total Noticed: 2
```

```
The following entities were noticed by first class mail on Sep 25, 2009.
mvnt        +Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227
8596848     +IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**          **Signature:** _Joseph Speetjens_