Kenneth R. Porter
3608 Crosswicks CT
Fort Worth, TEXAS 76137
Docket # 4318
Case 08-35653-KRH

RICHMOND DIVISION
FILED
SEP 28 2009
CLERK U.S. BANKRUPTCY COURT

I object to the entry of the Circuit City Handbook, Exhibit A - that is purely for people who live in a utopia, here in the real world, all time off was denied because it interfered with business. Football season started - people bought new H.D. TV's, School started - people bought computers for the kids, ~~Christmas season~~ - the Holiday season - Gifts.

That is why Circuit City waited until Jan. to file Bankruptcy - so we the employees, who tried to save the business got raped by the Company, and now we are getting raped by Galardi, Fredericks, Dickerson, Skadden, Arps, Slate, Meagher and Flom LLP.

I bet those lawyers got paid a ton of money - they're not working for free, and I did not work for free, that is why that time off is mine. I earned it.

[signature]