**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Timothy T.K. Wu, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 11, 2009, copies of the following documents were served via overnight mail upon the parties set forth on the service lists attached hereto as **Exhibit A**:

1. Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 502(c) and Bankruptcy Rule 3018 to Temporarily Allow Certain Personal Injury and Wrongful Death Claims in the Amount of $0.00 Solely for Purposes of Voting on the Plan (Docket No. 4816)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: September 28, 2009

_____
Timothy T.K. Wu

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 28th day of September, 2009, by Timothy T.K. Wu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Shannon J Spencer_

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

2

# EXHIBIT A

Circuit City Stores, Inc.
31st Omnibus Withdrawal Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Akhter, Khanam Fatima | Rimland & Associates | 32 Court St Ste 1506 | | | Brooklyn | NY | 11201 | USA |
| Araujo, Maria | c o Pope & Jaburek PC | 1 E Wacker No 620 | | | Chicago | IL | 60601 | USA |
| BATEMAN, DANNY | | 3209 WEST END AVE | | | NASHVILLE | TN | 37203 | USA |
| BATEMAN, DANNY | The Law Office of Donald D Zuccarello | 3209 W End Ave | | | Nashville | TN | 37203 | USA |
| Bishop Dwayne Funches Individually and as Independent Executor of the Estates of Travis Funches Dione Funches and Dwayne Func | Daniel J Biederman Esq | Biederman & Associates | 208 S LaSalle St Ste 640 | | Chicago | IL | 60604 | USA |
| Bishop Dwayne Funches Individually and as Independent Executor of the Estates of Travis Funches Dione Funches and Dwayne Func | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | USA |
| BLACKSHEAR, BRENDA | | 102 ANITA LANE | | | LONGVIEW | TX | 75603 | USA |
| BOOTH, NANCY AND CHARLES BOOTH | | 594 WILL RD | | | BRAIDWOOD | IL | 60408 | USA |
| BOOTH, NANCY AND CHARLES BOOTH | Susan E Transen Attorney | Briskman and Briskman | 175 N Chicago St | | Joliet | IL | 60432 | USA |
| BRESNOCK, DONNA | | 509 WOODLAND AVE | | | GLENDORA | NJ | 08029 | USA |
| BREWER, JUDY | | 11665 NERO DR | | | FLORISSANT | MO | 63033 | USA |
| BREWER, JUDY | The Gartner Law Firm | c o Richard A Gartner | 220 Salt Lick Rd | | St Peters | MO | 63376 | USA |
| BUCHER, CYNTHIA | | 14360 N HWY 6 | | | VALLEY MILLS | TX | 76689 | USA |
| BUCHER, CYNTHIA | Cynthia Bucher and the Law Offices of Vic Feazell PC | 6 300 Bridgepoint Pkwy | Bridgepoint 2 Ste 220 | | Austin | TX | 78730 | USA |
| BURRELL, PATTY | DAVID L DAWSON ATTORNEY | PO BOX 14716 | | | BATON ROUGE | LA | 70898 | USA |
| CAMACHO, FREDDY | | 9608 TWEEDY LN | | | DOWNEY | CA | 90240 | USA |
| Carter, Artie | | 124 E 95th St | | | Chicago | IL | 60619 | USA |
| Carter, Artie | Lyndsay A Markley Esq | Harman & Fedick Ltd | 222 N La Salle Ste 430 | | Chicago | IL | 60601 | USA |
| Chad Porter a minor | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| Clarke, Gordon | c o Brian T Wilson Esq | 719 Vassar St | | | Orlando | FL | 32804 | USA |
| Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| Cooper Jr, Glenn Ray | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| Cooper, Annette | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| COYNE, JOANNE | | 28 4TH ST | | | PEQUANNOCK | NJ | 07440 | USA |
| COYNE, JOANNE | Law Offices of Steven Robert Lehr PC | 33 Clinton Rd Ste 100 | | | West Caldwell | NJ | 07006 | USA |
| Cynthia Olloway Individually as a Special Administrator of the Estate of Cedric Coy Langston Jr a Deceased Minor | Lorna E Propes Esq | Propes & Kaveny LLC | 833 W Jackson Blvd Ste 200 | | Chicago | IL | 60607 | USA |
| Cynthia Olloway Individually as a Special Administrator of the Estate of Cedric Coy Langston Jr a Deceased Minor | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | USA |
| DARE, JEANNE | | 207 SNEAD DR | | | FAIRFIELD BAY | AR | 72088 | USA |
| DE FILIPPO, DOLORES | | 8 LAURETTEA DR | | | EAST BRUNSWICK | NJ | 08816 | USA |
| DE LEON, YOLANDA | | 2809 WEST 8TH ST APT 205 | | | LOS ANGELES | CA | 90005 | USA |
| DE LEON, YOLANDA | Mauzeen G Tellez Esq | 2544 W 7th St | | | Los Angeles | CA | 90057 | USA |

In re Circuit City Stores, Inc.
Case No. 08-35653

Overnight mail

Circuit City Stores, Inc.
31st Omnibus Withdrawal Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DEESE, WESTON | | 1206 TRENTON | | | MUSKEGON | MI | 49444 | USA |
| DEESE, WESTON | Bleakley Law Offices | PO Box 868 | | | Muskegon | MI | 49443 | USA |
| DESENA, JAMES | | 940 SPANISH CAY DR | | | MERRITT ISLAND | FL | 32952 | USA |
| DIO DATI, KEITH | RONALD K FRIEDMAN ESQ PLLC | 1073 MAIN ST STE 205 | | | FISHKILL | NY | 12524 | USA |
| DUNWELL, DONOVAN | | CHIARIELLO & CHIARIELLO | 118 21 QUEENS BLVD | | FOREST HILLS | NY | 11375 | USA |
| DUNWELL, DONOVAN | Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | USA |
| Eisner, Joanne | c o Marshall E Kresman Esq | 1950 Street Rd Ste 103 | | | Bensalem | PA | 19020 | USA |
| Eisner, Joanne | Joanne Eisner | 5078 S Hunters Ct | | | Bensalem | PA | 19020 | USA |
| ENGELKE, KARL | | 1001 BICKELLY BAY DR SUITE 1200 | | | MIAMI | FL | 33131 | USA |
| ENGELKE, KARL | Ronald M Simon PA and Karl Engelke | 1001 Brickell Bay Dr Ste 1200 | | | Miami | FL | 33131 | USA |
| FIORETTI, MICHAEL EDWARD | | 4783 LAKE VALLEY DR APT 1B | | | LISLE | IL | 60532 | USA |
| FIORETTI, MICHAEL EDWARD | Michael Edward Fioretti | 4783 Lake Valley Dr Apt 1B | | | Lisle | IL | 60532 | USA |
| FISHER, DENISE | | 2479 OLEANDER CIRCLE | | | JAMISON | PA | 18929 | USA |
| FLEMING, ROBERT A | | 131 FRONT ST | | | CATASAUQUA | PA | 18032 | USA |
| FRANCO, IRENE | | 1225 LA PUERTA | | | LOS ANGELES | CA | 90023 | USA |
| FRANCO, IRENE | Kristen H Philhower APLC | 700 N Brand Blvd Ste 750 | | | Glendale | CA | 91203 | USA |
| GRANDE, RICHARD | | 832 ELLSWORTH ST | | | PHILADELPHIA | PA | 19147 | USA |
| GRANDE, RICHARD | Mark A Verlin Esquire | Verlin Law Offices | 150 Monument Rd Ste 404 | | Bala Cynwyd | PA | 19004 | USA |
| GROMEK, ERICK | | 17200 EAST 10 MILE RD  STE 100 | | | EASTPOINTE | MI | 48021 | USA |
| GROMEK, ERICK | Nettle & Bechill PC | John E Bechill Jr Esq | Re Erick Gromek | 17200  E 10 Mile Rd Ste 100 | Eastpointe | MI | 48021 | USA |
| HAIRFIELD, DEBRORAH | | 11028 BALFOUR DR | | | NOBLESVILLE | IN | 46060 | USA |
| HAWKINS, ELZENA | | 36913 CAPRICIOUS LN | | | MURRIETA | CA | 92563 | USA |
| Hensley, Demetria | | 212 1/2 Carroll Heights Rd | | | Taneytown | MD | 21787 | USA |
| HINKELDAY, TORA | C O LAW OFFICE OF STEPHEN H FRANKEL | 368 WILLIS AVE | | | MINEOLA | NY | 11501 | USA |
| HOOD, MARY | | 310 SE 8TH CT | | | POMPANO BEACH | FL | 33060 | USA |
| Joanne Coyne | Steven Robert Lehr Esq | Law Offices of Steven Robert Lehr PC | 33 Clinton Rd Ste 100 | | West Caldwell | NJ | 07006 | USA |
| John Batioff | Gilbert D Sigala Esq | Law Offices of Gilbert D Sigala | 1818 W Beverly Blvd Ste 206 | | Montebello | CA | 90640 | USA |
| JORDAN, SHEILA | | 1 SNELLS WAY | | | WEST BRIDGEWATER | MA | 02379 | USA |
| Karl Engelke | Attn Rachelle R Bocksch | Simon & Bocksch | Attorneys for Plaintiffs | 1001 Brickell Bay Dr Ste 1200 | Miami | FL | 33131 | USA |
| KENNEDY, JOY | | 7727 TOMMY ST | | | SAN DIEGO | CA | 92119 | USA |
| LOPRESTI, MARY | | 28 SUHUPP RD | | | HAMDEN | CT | 06514 | USA |
| LOPRESTI, MARY | Attorney Sally J Buemi | 270 Quinnipiac Ave | | | North Haven | CT | 06473 | USA |

In re Circuit City Stores, Inc.
Case No. 08-35653

Circuit City Stores, Inc.
31st Omnibus Withdrawal Parties

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MORROW, REBECCA | | 9575 SOUTH EVANS AVE | | | INVERNESS | FL | 34452 | USA |
| MURPHY, LEEDELL | | 7722 GRANT ST | | | MERRILLVILLE | IN | 46410 | USA |
| MURPHY, LEEDELL | Robert G Vann Attorney at Law | 500 E 86th Ave | | | Merrillville | IN | 46410 | USA |
| Odutola, Adeoye | | 9736 W 10th Ct | | | Wichita | KS | 67212 | USA |
| Perez, Jessee | c o Barry K Baker Esq | Bogin Munns & Munns PA | 924 Garfield St | | Melbourne | FL | 32935 | USA |
| Pishva, Fred | c o David S Kohm & Associates | Ste 118 | | | Arlington | TX | 76012 | USA |
| PORTILLO, SONIA | | 2770 HARRISON ST | | | SAN FRANCISCO | CA | 94110 | USA |
| PORTILLO, SONIA | Law Offices of Anna Pinski | 6400 Village Pkwy Ste 103 | | | Dublin | CA | 94568 | USA |
| PRESSEL, DONALD | | 2004 ACORN LANE | | | RED LION | PA | 17356 | USA |
| REED, SHARON | | 3240 7TH AVE NORTH | | | SAINT PETERSBURG | FL | 33713 | USA |
| REED, SHARON | Sharon Reed Deboro | 5343 Cape Hatteras Dr | | | Clermont | FL | 34714 | USA |
| ROSS, ANGELA | | 111 MOONSTONE CT | | | PORT ORANGE | FL | 32129 | USA |
| ROSS, ANGELA | Horrox & Glugover PA | Joseph M Horrox Esq | 1030 W International Speedway Blvd Ste 270 | | Daytona Beach | FL | 32114 | USA |
| RUIZ, DANIEL | | 1222 HELIX AVE | | | CHULA VISTA | CA | 91911 | USA |
| SCHROEDER, JERRI | | 4510 BELLEVIEW SUITE 202 | | | KANSAS CITY | MO | 64111 | USA |
| Shaw, Jackie B | | 7819 Woodlark Cv | | | Cordova | TN | 38016 | USA |
| Shaw, Jackie B | Bailey and Benfield | 6256 Poplar Ave | | | Memphis | TN | 38119 | USA |
| SIERRA, VERONICA | | 3037 ASHLAND LANE SOUTH | | | KISSIMMEE | FL | 34741 | USA |
| SIERRA, VERONICA | Nelson R Sierra as Natural Father for Veronica Sierra | 3037 Ashland Ln S | | | Kissimmee | FL | 34741 | USA |
| Smith, Greg and Inman, Fran | c o Kerr & Sheldon | 16480 Harbor Blvd Ste 100 | | | Fountain Valley | CA | 92708 | USA |
| STEIB, MARQUELYN | | 1852 PLAZA DR | | | MARRERO | LA | 70072 | USA |
| STEIB, MARQUELYN | Law Office of Elaine Appleberry LLC | 2245 Manhatten Blvd Ste 103 | | | Harvey | LA | 70058 | USA |
| THIBODEAU, JEFFREY | | 32 SYCAMORE WAY | | | WALLINGFORD | CT | 06492 | USA |
| THIBODEAU, JEFFREY | Zullo & Jacks LLC | Alfred J Zullo Esq | 83 Main St | | E Haven | CT | 06512 | USA |
| THOMAS, ANNA | | 99 10 60TH AVE | APT 5J | | CORONA | NY | 11368 | USA |
| THOMAS, ANNA | Shaevitz & Shaevitz | 148 55 Hillside Ave | | | Jamaica | NY | 11435 | USA |
| VANNELLI, PATRICIA | | 3522 WILDFLOWER WY | | | CONCORD | CA | 94518 | USA |
| WIENER, MURRAY | | 43 W 70TH ST | | | NEW YORK | NY | 10023 | USA |
| WITZ, RUTH | | 611 SALISBURY PARK DR | | | E MEADOW | NY | 11554 | USA |
| WITZ, RUTH | Mr & Mrs Bernard G Witz | 611 Salisbury Pk Dr | | | East Meadow | NY | 11554 | USA |
| WITZ, RUTH | Finkelstein & Partners LLP | 1279 Rte 300 | PO Box 1111 | | Newburgh | NY | 12551 | USA |
| WOODS MORSE, FORTIS DAVIS | | 1005 SE 49TH AVE | | | PORTLAND | OR | 97215 | USA |
| Yu Liang Lei | Attn Mark J Decicco Esq | Sackstein Sackstein & Lee LLP | 1140 Franklin Ave Ste 210 | | Garden City | NY | 11530 | USA |

In re Circuit City Stores, Inc.
Case No. 08-35653

Overnight mail