UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Huennekens<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)**<br>)<br>) **Jointly Administered** |

    PLEASE TAKE NOTICE that the administrative priority (section 503(b)(9)) claim, claim number 1028 of Funai Service Corporation (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $1,036.31, as listed within the debtor's docket and/or creditor register, have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

    I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $1,036.31 and has not been previously objected to, sold, or satisfied. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claim. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name: Yoshihiro Sasaki  Title: CFO

Signature: [signed]  Date: 7/15/'09

Corrected Address (if req.) _____

Phone: 614-702-9440  E-Mail: ysasaki@funaiservice.com

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director
and General Counsel

7 07 09 006-503-I-JM-Z:Circuit City/503(b)(9) Objection Databases

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

Circuit city Stores, Inc.,

           Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens

**NOTICE OF TRANSFER OF POST-PETITION ADMINISTRATIVE EXPENSE PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Funai Service Corporation
5653 Creekside Parkway
Suite A
Lockbourne, OH 43137

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex 1100 East Main St
    Richmond, VA 23219-3538
    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:

This notice was filed to the first party, by first class mail, postage prepaid on _____

INTERNAL CONTROL NO._____

Copy (check)  Claims Agent_____    Transfereee_____    Debtor's Attorney_____

_____
Deputy Clerk

Case 08-35653-KRH Doc 3704 Filed 06/23/09 Entered 06/23/09 11:14:12 Desc Main Document Page 46 of 197

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C** — Reclassification Of Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 777<br>Date Filed: 12/10/2008<br>Docketed Total: $374,740.80<br>Filing Creditor Name and Address:<br>FUJITSU TEN CORP OF AMERICA<br>TERMINAL ANNEX POSTAL FACILITY<br>PO BOX 514668<br>LOS ANGELES, CA 90051-4668 | Claim Holder Name and Address<br>FUJITSU TEN CORP OF AMERICA<br>TERMINAL ANNEX POSTAL FACILITY<br>PO BOX 514668<br>LOS ANGELES, CA 90051-4668<br><br>Case Number: 08-35653<br>503(b)(9): $374,740.80<br>Unsecured:<br>Docketed Total: $374,740.80 | Invoice Detail<br>Filing Creditor Name: FUJITSU TEN CORP OF AMERICA<br>Claim: 777<br>Invoice Total: $5,730.40<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>10/20/2008 / 10/17/2008 / 197-1006672 / $1,550.40<br>10/20/2008 / 10/17/2008 / 198-1006671 / $1,322.40<br>10/23/2008 / 10/17/2008 / 199-1006673 / $1,535.20<br>10/28/2008 / 10/20/2008 / 200-1006893 / $1,322.40<br>Invoice Total: $5,730.40 | Case Number: 08-35653<br>503(b)(9): $369,010.40<br>Unsecured: $5,730.40<br>Modified Total: $374,740.80 |
| Claim: 1028<br>Date Filed: 12/19/2008<br>Docketed Total: $1,100.67<br>Filing Creditor Name and Address:<br>FUNAI SERVICE CORPORATION<br>5653 CREEKSIDE PKY<br>STE A<br>LOCKBOURNE, OH 43137 | Claim Holder Name and Address<br>FUNAI SERVICE CORPORATION<br>5653 CREEKSIDE PKY<br>STE A<br>LOCKBOURNE, OH 43137<br><br>Case Number: 08-35653<br>503(b)(9): $1,100.67<br>Unsecured:<br>Docketed Total: $1,100.67 | Invoice Detail<br>Filing Creditor Name: FUNAI SERVICE CORPORATION<br>Claim: 1028<br>Invoice Total: $64.36<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>10/24/2008 / 10/09/2008 / 000028105 / $64.36<br>Invoice Total: $64.36 | Case Number: 08-35653<br>503(b)(9): $1,036.31<br>Unsecured: $64.36<br>Modified Total: $1,100.67 |

* "UNL" denotes an unliquidated claim.