IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
    :
In re:    :    Chapter 11
    :
CIRCUIT CITY STORES, INC., et al.,    :    Case No. 08-35653-KRH
    :
Debtors.    :    Jointly Administered
    :
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIMS

TRANSFEROR:    WEC 96D Appleton-1 Investment Trust
ATTN: Jason Blumberg, Esq.
Loeb & Loeb LLP
345 Park Ave.
New York, NY 10154

PLEASE TAKE NOTICE THAT the claims filed by WEC 96D Appleton-1 Investment Trust, against Debtor Circuit City Stores, Inc. in Case No. 08-35653-KRH as Claim No. 12573 filed April 28, 2009, Claim No. 7953 filed January 29, 2009, and Claim No. 13751 filed June 24, 2009 have been transferred pursuant to that certain Assignment of Claims, dated August 14, 2009 to:

TRANSFEREE:    Bank of America, N.A., as trustee for the registered holders of
GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-
Through Certificates, Series 1998-C2
c/o Capmark Finance Inc.
Attn: Peyton Inge
700 N. Pearl Street
Dallas, TX 75201

PLEASE TAKE FURTHER NOTICE THAT no action is required if you do not object to the transfer of your claims. However, if you object to the transfer of your claims, you must file a written objection to the transfer within 20 days of the date of this notice with:

United States Bankruptcy Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

RECEIVED
SEP 29 2009
KURTZMAN CARSON CONSULTANTS

QB\141063.00008\8871485.1

A copy of the objection must also be sent to the Transferee in care of:

    Matthew D. Fortney
    Quarles & Brady LLP
    P.O. Box 2113
    Madison, Wisconsin 53701-2113


Dated: September 25, 2009        Bank of America, N.A., as trustee for the
                                              registered holders of GMAC Commercial
                                              Mortgage Securities, Inc., Mortgage Pass-
                                              Through Certificates, Series 1998-C2

                                              By: _/s/ Matthew D. Fortney_____
                                                    One of Its Attorneys

                                             Matthew D. Fortney
                                             Quarles & Brady LLP
                                             P.O. Box 2113
                                             Madison, Wisconsin 53701-2113
                                             matt.fortney@quarles.com
                                             Telephone:  (608) 283-2651
                                             Facsimile:   (608) 294-4970

QB\141063.00008\8871485.1