IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED SEP 3 0 2009
CLERK
U.S. BANKRUPTCY COURT

---------------------------------------x
: 
In re:                                  :  Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,      :  Case No. 08-35653-KRH
                                        :
    Debtors.                            :  Jointly Administered
                                        :
---------------------------------------x

## NOTICE OF TRANSFER OF CLAIMS

TRANSFEROR:   WEC 96D Appleton-2 Investment Trust
              ATTN: Jason Blumberg, Esq.
              Loeb & Loeb LLP
              345 Park Ave.
              New York, NY 10154

PLEASE TAKE NOTICE THAT the claims filed by WEC 96D Appleton-2 Investment Trust, against Debtor Circuit City Stores, Inc. in Case No. 08-35653-KRH, as Claim No. 12911 filed April 29, 2009, and Claim No. 7950 filed January 29, 2009 to:

TRANSFEREE:   Bank of America, N.A., as trustee for the registered holders of
              GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-
              Through Certificates, Series 1998-C2
              c/o Capmark Finance Inc.
              Attn: Peyton Inge
              700 N. Pearl Street
              Dallas, TX 75201

PLEASE TAKE FURTHER NOTICE THAT no action is required if you do not object to the transfer of your claims. However, if you object to the transfer of your claims, you must file a written objection to the transfer within 20 days of the date of this notice with:

United States Bankruptcy Court for the Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

RECEIVED
SEP 29 2009
KURTZMAN CARSON CONSULTANTS

QB\141063.00008\8871494.1

A copy of the objection must also be sent to the Transferee in care of:

>Matthew D. Fortney
>Quarles & Brady LLP
>P.O. Box 2113
>Madison, Wisconsin 53701-2113

Dated: September 25, 2009

Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1998-C2

By: _____
One of Its Attorneys

Matthew D. Fortney
Quarles & Brady LLP
P.O. Box 2113
Madison, Wisconsin 53701-2113
matt.fortney@quarles.com
Telephone:  (608) 283-2651
Facsimile:  (608) 294-4970

QB\141063.00008\8871494.1