IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CIRCUIT CITY STORES INC., <u>et</u> <u>al</u>.** ) | **CHAPTER 11** |
| ) | |
| ) | **Case No. 08-35653-KRH** |
| **Debtors.** ) | (Joint Administration Pending) |
| ) | |

## WITHDRAWAL OF CLAIMS

The County of Henrico, Virginia requests that the following proof of claim forms be withdrawn as paid:

1. Secured Claim No. 2250 for 2008 Personal Property Tax in the amount of $70,866.36 for Learjet/Hawker;

2. Secured Claim No. 7664 for 2008 Real Estate Tax in the amount of $18,864.24;

3. Secured Claim No.13007 for Water and Sewer service in the amount of $13,053.59; and

4. Administrative Secured Claim No. 11457 for Ad Valorem Real Property Tax in the amount of $422,265.38;

The County also requests that the following proof of claim forms be withdrawn as the landlords indicate the debts will be paid outside the bankruptcy proceeding:

---

Rhysa Griffith South, VSB 25944
Office of the County Attorney
P. O. Box 90775
Henrico, Virginia  23273-0775
Phone:  (804) 501-5091
*Counsel for Henrico County, Virginia*

5. Administrative Secured Claim No. 11450 for Ad Valorem Real Property Tax in the amount of $238,365.21;

6. Administrative Secured Claim No. 11451 for Ad Valorem Real Property Tax in the amount of $23,684.88;

7. Administrative Secured Claim No. 11788 for Ad Valorem Real Property Tax in the amount of $36,430.38;

8. Administrative Secured Claim No. 11789 for Ad Valorem Real Property Tax in the amount of $220,807.30; and

9. Administrative Secured Claim No. 11790 for Ad Valorem Real Property Tax in the amount of $330,620.38;

Dated: October 1, 2009

Respectfully Submitted,

**County of Henrico, Virginia**
By:/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140
*Counsel for Henrico County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2009, a true copy of the foregoing *Withdrawal of Claims* was electronically filed with the Clerk of the Court via the CM/ECF system.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)

Case 08-35653-KRH    Doc 5137    Filed 10/01/09    Entered 10/01/09 15:57:00    Desc Main
Document      Page 3 of 3