IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653 |
| | ) | (JOINTLY ADMINISTERED) |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| DEBTORS | ) | |
| | ) | CHAPTER 11 |
| | ) | |

### ORDER ADMITTING KARON Y. WRIGHT PRO HAC VICE

This matter came before the Court upon the Motion to Admit Karon Y. Wright Pro Hac Vice (the "Motion"), and upon the representations by counsel, Jeremy W. Martin, that Karon Y. Wright is a practicing attorney in good standing in the State of Texas bar; it is hereby

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED that Karon Y. Wright, Assistant County Attorney for Travis County, Texas, is hereby admitted to appear and practice *pro hac vice* in the above captioned case on behalf of Travis County, Texas.

ENTERED in Richmond, Virginia this _____ day of September, 2009.

_____
Honorable Kevin R. Huennekens

I ask for this:

  /s/ Jeremy W. Martin
Jeremy W. Martin (VSB No. 73183)
McCandlish Holton, PC
1111 E. Main Street, Suite 1500
Post Office Box 796
Richmond, VA  23218-0796
Telephone: (804) 775-3100
Facsimile:  (804) 775-3800

**Local Rule 9022-1(C) Certification**

   I certify that the foregoing Proposed Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

               ___/s/ Jeremy W. Martin_____
               Jeremy W. Martin (VSB No. 73183)
               McCandlish Holton, PC
               1111 E. Main Street, Suite 1500
               Post Office Box 796
               Richmond, VA  23218-0796
               Telephone: (804) 775-3100
               Facsimile: (804) 775-3800