Gregory D. Grant (VSB No. 31784)  
Courtney R. Sydnor (VSB No. 45911)  
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.  
12505 Park Potomac Avenue, 6th Floor  
Potomac, Maryland 20854  
Telephone: (301) 230-5200 or  
         (703) 684-5200  
Facsimile: (301) 230-2891  
ggrant@shulmanrogers.com  
csydnor@shulmanrogers.com  

Todd Rosen (admitted *pro hac vice*)  
Munger, Tolles & Olson, LLP  
355 South Grand Avenue  
Los Angeles, California 90071  
Telephone: (213) 683-9222  
Facsimile: (213) 683-4022  
todd.rosen@mto.com  

*Counsel for 99¢ Only Stores*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, et al. ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtor ) | |

## AMENDED NOTICE OF WITHDRAWAL

Gregory D. Grant and Courtney R. Sydnor of the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby give notice of the withdrawal of their appearance as counsel of record for stalking-horse bidder 99¢ Only Stores, in the above-captioned proceeding. Mr. Grant and Ms. Sydnor also withdraw their previously-filed request for notices in this proceeding (Document No. 4185).

Todd J. Rosen of the law firm of Munger, Tolles & Olson LLP ("MTO"), hereby gives notice of the withdrawal of his appearance, *pro hac vice*, for 99¢ Only Stores (Document No. 4309).

                                              Respectfully submitted:

                                              99¢ Only Stores  
                                              By Counsel

/s/  Courtney R. Sydnor
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
             (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com
csydnor@shulmanrogers.com

/s/ Todd J. Rosen
Seth Goldman (SG–6825) (*pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
seth.goldman@mto.com

*Counsel for 99¢ Only Stores*

## Certificate of Service

   I certify that, on October 2, 2009, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

            /s/  Courtney R. Sydnor
            Gregory D. Grant (VSB No. 31784)
            Courtney R. Sydnor (VSB No. 45911)
            Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
            12505 Park Potomac Avenue, 6th Floor
            Potomac, Maryland 20854
            Telephone:  (301) 230-5200 or
                 (703) 684-5200
            Facsimile:  (301) 230-2891
            ggrant@shulmanrogers.com
            csydnor@shulmanrogers.com

            *Counsel for 99¢ Only Stores*

## SERVICE LIST

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois  60601
*Counsel to Debtors*

Evan Gershbein, Esq.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California  90245
*Claims Agent*

Dion W. Hayes, Esq.
McGuire Woods LLP
901 East Cary Street
One James Center
Richmond, Virginia  23219
*Debtor's Local Counsel*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, Virginia  23219-1888
*US Trustee*

Jeffrey N. Pomerantz, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, California  90067-4100
*Counsel for The Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, New York  10017
*Counsel for The Official Committee of Unsecured Creditors*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
*Counsel to Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Whacker Drive, Ste 2700
Chicago, Illinois  60606-1720
*Counsel to Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran PLC
20 N Eighth Street, 2nd Floor
Richmond, Virginia  23219
*Counsel for The Official Committee of Unsecured Creditors*