**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 08-35653 |
| ) | (JOINTLY ADMINISTERED) |
| CIRCUIT CITY STORES, INC. ) | |
| ) | |
| DEBTORS ) | |
| ) | CHAPTER 11 |
| ) | |

**ORDER ADMITTING KARON Y. WRIGHT PRO HAC VICE**

This matter came before the Court upon the Motion to Admit Karon Y. Wright Pro Hac Vice (the "Motion"), and upon the representations by counsel, Jeremy W. Martin, that Karon Y. Wright is a practicing attorney in good standing in the State of Texas bar; it is hereby

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED that Karon Y. Wright, Assistant County Attorney for Travis County, Texas, is hereby admitted to appear and practice *pro hac vice* in the above captioned case on behalf of Travis County, Texas.

ENTERED in Richmond, Virginia this  Sep 30 2009  day of September, 2009.

/s/ Kevin Huennekens
_____
Honorable Kevin R. Huennekens

I ask for this:

 /s/ Jeremy W. Martin 
Jeremy W. Martin (VSB No. 73183)
McCandlish Holton, PC
1111 E. Main Street, Suite 1500
Post Office Box 796
Richmond, VA 23218-0796
Telephone: (804) 775-3100
Facsimile: (804) 775-3800

Entered on Docket: 10/2/09

**Local Rule 9022-1(C) Certification**

  I certify that the foregoing Proposed Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

             /s/ Jeremy W. Martin
            Jeremy W. Martin (VSB No. 73183)
            McCandlish Holton, PC
            1111 E. Main Street, Suite 1500
            Post Office Box 796
            Richmond, VA  23218-0796
            Telephone: (804) 775-3100
            Facsimile: (804) 775-3800

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj            Page 1 of 1               Date Rcvd: Oct 02, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Oct 04, 2009.
aty          +Karon Y. Wright,    Travis County, Texas,    P.O. Box 1748,    Austin, TX 78767-1748

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                    **Signature:** _Joseph Speetjens_