**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

--------------------------------------------------------------- x
: Chapter 11
In re:                                                          :
: Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                      :
et al.,                                                         :
: Jointly Administered
                                       Debtors.[1]              :
:
--------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On September 24, 2009, copies of the following document were served via electronic mail

upon the parties set forth on the service lists attached hereto as **Exhibit A**, facsimile upon the parties

set forth on the service lists attached hereto as **Exhibit B**, and first class mail upon the parties set

forth on the service lists attached hereto as **Exhibit C**:

1.   Order Pursuant to Bankruptcy Code Sections 105 and 502(c) and Bankruptcy Rule
     3018 to Temporarily Allow Certain Personal Injury and Wrongful Death Claims in the
     Amount of $0.00 Solely for Purposes of Voting on the Plan (Docket No. 5091)

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are
      as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
      InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
      LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
      Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
      Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
      Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
      Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit
      City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For
      all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
      is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On September 25, 2009, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Order Pursuant to Bankruptcy Code Sections 105 and 502(c) and Bankruptcy Rule 3018 to Temporarily Allow Certain Personal Injury and Wrongful Death Claims in the Amount of $0.00 Solely for Purposes of Voting on the Plan (Docket No. 5091)

Dated: September __30__, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this __30th__ day of September, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

# EXHIBIT A

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | tim.pohl@skadden.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| | Jason W Harbour | jharbour@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Whiteford Taylor & Preston LLP | Bradford F Englander Brian M Nestor | benglander@wtplaw.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Bryan Cave LLP | William C Crenshaw | bill.crenshaw@bryancave.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | bmoldo@mdfslaw.com |
| | Kenneth Miller Esq | kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | bwallander@velaw.com<br>adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe<br>Margaret Mann | bwolfe@sheppardmullin.com<br>Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq<br>Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq<br>Shawn M Christianson Esq | cchiang@buchalter.com<br>schristianson@buchalter.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | cfarley@mccarter.com<br>aabreu@mccarter.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs<br>Sarah Link Schultz | cgibbs@akingump.com<br>sschultz@akingump.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | cmagee@mfgs.com<br>jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq<br>John J Matteo Esq | dcox@jackscamp.com<br>jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | dhd@nqgrg.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| | Louis E Dolan | ldolan@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| | Neil E McCullagh Esq | nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Pepper Hamilton LLP | K Stewart Evans Jr | evansks@pepperlaw.com |
| | Matthew D Foster | fosterm@pepperlaw.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Gregory D Grant Esq | ggrant@shulmanrogers.com |
| | Courtney R Sydnor Esq | csydnor@shulmanrogers.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us |
| | | jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen<br>Vivieon E Kelley | hollace.cohen@troutmansanders.com<br>vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | jbellman@jonesday.com<br>bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird<br>Amy E Hatch | jbird@polsinelli.com<br>ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks<br>Marc S Wasserman | jdacks@osler.com<br>mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble<br>Katherine M Sutcliffe Becker<br>Darrell W Clark Esq<br>Tracey M Ohm Esq | jdibble@stinson.com<br>kbecker@stinson.com<br>dclark@stinson.com<br>tohm@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster<br>Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | jeremy.friedberg@llff.com<br>gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank<br>Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| | Peter J Carney | |
| | William Sloan Coats | |
| White & Case LLP | Julieta L Lerner | jlerner@whitecase.com |
| | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Aldridge LLP | J David Folds Esq | |
| | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | dfolds@mckennalong.com |
| | | jmoore@bmpllp.com |
| | J Seth Moore | sdavis@bmpllp.com |
| Beirne Maynard & Parsons L.L.P. | Sarah Davis | bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| | James A Pardo Jr | jpardo@kslaw.com |
| King & Spalding LLP | Thaddeus D Wilson | thadwilson@kslaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| | Todd D Ross | toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq | kbifferato@cblh.com |
| | Christina M Thompson Esq | cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine | |
| | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Kelley Drye & Warren LLP | James S Carr Esq | KDWBankruptcyDepartment@kelleydrye.com |
| | Robert L LeHane Esq | |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
| | John Lucian Esq | Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Venable LLP | Lawrence A Katz | lakatz@venable.com |
| | Kristen E Burgers | keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame | | lbrame@winterslaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Attorney General of Indiana | Gregory F Zoeller | legrand.clark@atg.in.gov |
| | LeGrand L Clark | gregory.zoeller@atg.in.gov |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Internal Revenue Service | Attn L Lorello | Linda.Lorello@irs.gov |
| | Attn Robin Rinkewich | Robin.Rinkewich@irs.gov |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | lkouts@magruderpc.com |
| | Leon Koutsouftikis Esq | |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com |
| | | bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames | mark@taxva.com |
| | Jeffrey Scharf | |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com |
| | | erin@righettilaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| | Michael P Falzone Esq | mfalzone@hf-law.com |
| | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| | Robert S Westermann | rwestermann@hf-law.com |
| Hirschler Fleischer PC | Thomas J Dillon III Esq | tdillon@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
| | Frederick J Levy Esq | flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| Kutak Rock LLP | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| | Michael L Cook | michael.cook@srz.com |
| | David M Hillman | david.hillman@srz.com |
| Schulte Roth & Zabel LLP | Meghan M Breen | meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| | Michael W Malter Esq | michael@bindermalter.com |
| Binder & Malter LLP | Julie H Rome Banks Esq | julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| | Michael S Kogan | mkogan@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq John P Van Beek Esq | ngoldman@ygvb.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | nherman@morganlewis.com mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
|  | Jeffrey Meyers Esq | meyers@ballardspahr.com |
|  | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq | ppearl@sandsanderson.com |
|  | William A Gray Esq | lhudson@sandsanderson.com |
|  | Peter M Pearl Esq | bgray@sandsanderson.com |
|  | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Robinson & Cole | Peter E Strniste | pstrniste@rc.com |
|  | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | rco@lawokc.com |
|  | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Thompson McMullan PC | Robert A Dybing | rdybing@t-mlaw.com |
|  | Robert R Musick | bmusick@t-mlaw.com |
| State of Michigan Department of Treasury | Michael A Cox | ReardonV@michigan.gov |
|  | Victoria A Reardon |  |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Friedlander Misler PLLC | Robert E Greenberg Esq | rgreenberg@dclawfirm.com |
|  | Thomas F Murphy Esq |  |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt | |
| | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | smetz@srgpe.com |
| | Courtney R Sydnor Esq | ggrant@srgpe.com |
| | Gregory D Grant Esq | csydnor@srgpe.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bean Kinney & Korman PC | Thomas W Repczynski & | trepczynski@beankinney.com |
| | Martin J Yeager | myeager@beankinney.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Blankinship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq | wfactor@seyfarth.com |
| | David C Christian II | dchristian@seyfarth.com |
| Torys LLP | William F Gray Jr Esq | wgray@torys.com |
| | Timothy B Martin Esq | tmartin@torys.com |
| Duane Morris LLP | Junghye June Yeum Esq | |
| | John Dellaportas Esq | |
| | William C Heuer Esq | wheur@duanemorris.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |

Fax List

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

1 of 1

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | USA |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | USA |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | USA |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 | USA |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 | USA |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | USA |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 | USA |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 | USA |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 | USA |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | USA |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 | USA |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 | USA |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 | USA |

# EXHIBIT D

Circuit City Stores, Inc.
Claimants List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| Akhter, Khanam Fatima | Rimland & Associates | 32 Court St Ste 1506 | | | Brooklyn | NY | 11201 | USA |
| Araujo, Maria | c o Pope & Jaburek PC | 1 E Wacker No 620 | | | Chicago | IL | 60601 | USA |
| BATEMAN, DANNY | | 3209 WEST END AVE | | | NASHVILLE | TN | 37203 | USA |
| BATEMAN, DANNY | The Law Office of Donald D Zuccarello | | 3209 W End Ave | | Nashville | TN | 37203 | USA |
| Bishop Dwayne Funches Individually and as Independent Executor of the Estates of Travis Funches Dione Funches and Dwayne Func | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | USA |
| Bishop Dwayne Funches Individually and as Independent Executor of the Estates of Travis Funches Dione Funches and Dwayne Func | Daniel J Biederman Esq | Biederman & Associates | 208 S LaSalle St Ste 640 | | Chicago | IL | 60604 | USA |
| BLACKSHEAR, BRENDA | | 102 ANITA LANE | | | LONGVIEW | TX | 75603 | USA |
| BOOTH, NANCY AND CHARLES | | 594 WILL RD | | | BRAIDWOOD | IL | 60408 | USA |
| BOOTH, NANCY AND CHARLES | Susan E Transen Attorney | Briskman and Briskman | 175 N Chicago St | | Joliet | IL | 60432 | USA |
| BRESNOCK, DONNA | | 509 WOODLAND AVE | | | GLENDORA | NJ | 08029 | USA |
| BREWER, JUDY | | 11665 NERO DR | | | FLORISSANT | MO | 63033 | USA |
| BREWER, JUDY | The Gartner Law Firm | c o Richard A Gartner | 220 Salt Lick Rd | | St Peters | MO | 63376 | USA |
| BUCHER, CYNTHIA | | 14360 N HWY 6 | | | VALLEY MILLS | TX | 76689 | USA |
| BUCHER, CYNTHIA | Cynthia Bucher and the Law Offices of Vic Feazell PC | | 6 300 Bridgepoint Pkwy | Bridgepoint 2 Ste 220 | Austin | TX | 78730 | USA |
| BURRELL, PATTY | DAVID L DAWSON ATTORNEY | PO BOX 14716 | | | BATON ROUGE | LA | 70898 | USA |
| CAMACHO, FREDDY | | 9608 TWEEDY LN | | | DOWNEY | CA | 90240 | USA |
| Carter, Artie | | 124 E 95th St | | | Chicago | IL | 60619 | USA |
| Carter, Artie | Lyndsay A Markley Esq | Harman & Fedick Ltd | 222 N La Salle Ste 430 | | Chicago | IL | 60601 | USA |
| Chad Porter a minor | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| Clarke, Gordon | c o Brian T Wilson Esq | 719 Vassar St | | | Orlando | FL | 32804 | USA |
| Coleman, Dorothy | Michael S Williams Esq | Gold Albanese & Barletti | 58 Maple Ave | | Red Bank | NJ | 07701 | USA |
| Cooper Jr, Glenn Ray | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| Cooper, Annette | Brandon Lane | Sammons & Lane PC | 3304 S Broadway Ste 205 | | Tyler | TX | 75707 | USA |
| COYNE, JOANNE | | 28 4TH ST | | | PEQUANNOCK | NJ | 07440 | USA |
| COYNE, JOANNE | Law Offices of Steven Robert Lehr PC | | 33 Clinton Rd Ste 100 | | West Caldwell | NJ | 07006 | USA |
| Cynthia Olloway Individually as a Special Administrator of the Estate of Cedric Coy Langston Jr a Deceased | Lisa Taylor Hudson Esq | Sands Anderson Marks & Miller PC | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | USA |
| Cynthia Olloway Individually as a Special Administrator of the Estate of Cedric Coy Langston Jr a Deceased | Lorna E Propes Esq | Propes & Kaveny LLC | 833 W Jackson Blvd Ste 200 | | Chicago | IL | 60607 | USA |
| DARE, JEANNE | | 207 SNEAD DR | | | FAIRFIELD BAY | AR | 72088 | USA |
| DE FILIPPO, DOLORES | | 8 LAURETTEA DR | | | EAST BRUNSWICK | NJ | 08816 | USA |
| DE LEON, YOLANDA | | 2809 WEST 8TH ST APT 205 | | | LOS ANGELES | CA | 90005 | USA |
| DE LEON, YOLANDA | Mauzeen G Tellez Esq | | 2544 W 7th St | | Los Angeles | CA | 90057 | USA |
| DEESE, WESTON | | 1206 TRENTON | | | MUSKEGON | MI | 49444 | USA |
| DEESE, WESTON | Bleakley Law Offices | | PO Box 868 | | Muskegon | MI | 49443 | USA |
| DESENA, JAMES | | 940 SPANISH CAY DR | | | MERRITT ISLAND | FL | 32952 | USA |
| DIO DATI, KEITH | RONALD K FRIEDMAN ESQ PLLC | 1073 MAIN ST STE 205 | | | FISHKILL | NY | 12524 | USA |
| DUNWELL, DONOVAN | | CHIARIELLO & CHIARIELLO | 118 21 QUEENS BLVD | | FOREST HILLS | NY | 11375 | USA |
| DUNWELL, DONOVAN | Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | USA |
| Eisner, Joanne | c o Marshall E Kresman Esq | 1950 Street Rd Ste 103 | | | Bensalem | PA | 19020 | USA |
| Eisner, Joanne | Joanne Eisner | | 5078 S Hunters Ct | | Bensalem | PA | 19020 | USA |
| ENGELKE, KARL | | 1001 BICKELLY BAY DR  SUITE 1200 | | | MIAMI | FL | 33131 | USA |

Circuit City Stores, Inc.
Claimants List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ENGELKE, KARL | Ronald M Simon PA and Karl Engelke | | 1001 Brickell Bay Dr Ste 1200 | | Miami | FL | 33131 | USA |
| FIORETTI, MICHAEL EDWARD | | 4783 LAKE VALLEY DR APT 1B | | | LISLE | IL | 60532 | USA |
| FIORETTI, MICHAEL EDWARD | Michael Edward Fioretti | | 4783 Lake Valley Dr Apt 1B | | Lisle | IL | 60532 | USA |
| FISHER, DENISE | | 2479 OLEANDER CIRCLE | | | JAMISON | PA | 18929 | USA |
| FLEMING, ROBERT A | | 131 FRONT ST | | | CATASAUQUA | PA | 18032 | USA |
| FRANCO, IRENE | | 1225 LA PUERTA | | | LOS ANGELES | CA | 90023 | USA |
| FRANCO, IRENE | Kristen H Philhower APLC | | 700 N Brand Blvd Ste 750 | | Glendale | CA | 91203 | USA |
| GRANDE, RICHARD | | 832 ELLSWORTH ST | | | PHILADELPHIA | PA | 19147 | USA |
| GRANDE, RICHARD | Mark A Verlin Esquire | Verlin Law Offices | 150 Monument Rd Ste 404 | | Bala Cynwyd | PA | 19004 | USA |
| GROMEK, ERICK | | 17200 EAST 10 MILE RD  STE 100 | | | EASTPOINTE | MI | 48021 | USA |
| GROMEK, ERICK | Nettle & Bechill PC | John E Bechill Jr Esq | Re Erick Gromek | 17200  E 10 Mile Rd | Eastpointe | MI | 48021 | USA |
| HAIRFIELD, DEBRORAH | | 11028 BALFOUR DR | | | NOBLESVILLE | IN | 46060 | USA |
| HAWKINS, ELZENA | | 36913 CAPRICIOUS LN | | | MURRIETA | CA | 92563 | USA |
| Hensley, Demetria | | 212 1/2 Carroll Heights Rd | | | Taneytown | MD | 21787 | USA |
| HINKELDAY, TORA | C O LAW OFFICE OF STEPHEN H FRANKEL | 368 WILLIS AVE | | | MINEOLA | NY | 11501 | USA |
| HOOD, MARY | | 310 SE 8TH CT | | | POMPANO BEACH | FL | 33060 | USA |
| Joanne Coyne | Steven Robert Lehr Esq | Law Offices of Steven Robert Lehr PC | 33 Clinton Rd Ste 100 | | West Caldwell | NJ | 07006 | USA |
| John Batioff | Gilbert D Sigala Esq | Law Offices of Gilbert D Sigala | 1818 W Beverly Blvd Ste 206 | | Montebello | CA | 90640 | USA |
| JORDAN, SHEILA | | 1 SNELLS WAY | | | WEST BRIDGEWATER | MA | 02379 | USA |
| Karl Engelke | Attn Rachelle R Bocksch | Simon & Bocksch | Attorneys for Plaintiffs | 1001 Brickell Bay Dr | Miami | FL | 33131 | USA |
| KENNEDY, JOY | | 7727 TOMMY ST | | | SAN DIEGO | CA | 92119 | USA |
| LOPRESTI, MARY | | 28 SUHUPP RD | | | HAMDEN | CT | 06514 | USA |
| LOPRESTI, MARY | Attorney Sally J Buemi | | 270 Quinnipiac Ave | | North Haven | CT | 06473 | USA |
| MORROW, REBECCA | | 9575 SOUTH EVANS AVE | | | INVERNESS | FL | 34452 | USA |
| MURPHY, LEEDELL | | 7722 GRANT ST | | | MERRILLVILLE | IN | 46410 | USA |
| MURPHY, LEEDELL | Robert G Vann Attorney at Law | | 500 E 86th Ave | | Merrillville | IN | 46410 | USA |
| Odutola, Adeoye | | 9736 W 10th Ct | | | Wichita | KS | 67212 | USA |
| Perez, Jessee | c o Barry K Baker Esq | Bogin Munns & Munns PA | 924 Garfield St | | Melbourne | FL | 32935 | USA |
| Pishva, Fred | c o David S Kohm & Associates | 1414 E Randol Mill Rd Ste 118 | | | Arlington | TX | 76012 | USA |
| PORTILLO, SONIA | | 2770 HARRISON ST | | | SAN FRANCISCO | CA | 94110 | USA |
| PORTILLO, SONIA | Law Offices of Anna Pinski | | 6400 Village Pkwy Ste 103 | | Dublin | CA | 94568 | USA |
| PRESSEL, DONALD | | 2004 ACORN LANE | | | RED LION | PA | 17356 | USA |
| REED, SHARON | | 3240 7TH AVE NORTH | | | SAINT PETERSBURG | FL | 33713 | USA |
| REED, SHARON | Sharon Reed Deboro | | 5343 Cape Hatteras Dr | | Clermont | FL | 34714 | USA |
| ROSS, ANGELA | | 111 MOONSTONE CT | | | PORT ORANGE | FL | 32129 | USA |
| ROSS, ANGELA | Horrox & Glugover PA | Joseph M Horrox Esq | 1030 W International Speedway Blvd Ste 270 | | Daytona Beach | FL | 32114 | USA |
| RUIZ, DANIEL | | 1222 HELIX AVE | | | CHULA VISTA | CA | 91911 | USA |
| SCHROEDER, JERRI | | 4510 BELLEVIEW  SUITE 202 | | | KANSAS CITY | MO | 64111 | USA |
| Shaw, Jackie B | | 7819 Woodlark Cv | | | Cordova | TN | 38016 | USA |
| Shaw, Jackie B | Bailey and Benfield | | 6256 Poplar Ave | | Memphis | TN | 38119 | USA |
| SIERRA, VERONICA | | 3037 ASHLAND LANE SOUTH | | | KISSIMMEE | FL | 34741 | USA |
| SIERRA, VERONICA | Nelson R Sierra as Natural Father for Veronica Sierra | | 3037 Ashland Ln S | | Kissimmee | FL | 34741 | USA |
| Smith, Greg and Inman, Fran | c o Kerr & Sheldon | 16480 Harbor Blvd Ste 100 | | | Fountain Valley | CA | 92708 | USA |
| STEIB, MARQUELYN | | 1852 PLAZA DR | | | MARRERO | LA | 70072 | USA |
| STEIB, MARQUELYN | Law Office of Elaine Appleberry | | 2245 Manhatten Blvd Ste 103 | | Harvey | LA | 70058 | USA |
| THIBODEAU, JEFFREY | | 32 SYCAMORE WAY | | | WALLINGFORD | CT | 06492 | USA |
| THIBODEAU, JEFFREY | Zullo & Jacks LLC | Alfred J Zullo Esq | 83 Main St | | E Haven | CT | 06512 | USA |
| THOMAS, ANNA | | 99 10 60TH AVE | APT  5J | | CORONA | NY | 11368 | USA |
| THOMAS, ANNA | Shaevitz & Shaevitz | | 148 55 Hillside Ave | | Jamaica | NY | 11435 | USA |

Circuit City Stores, Inc.
Claimants List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| VANNELLI, PATRICIA | | 3522 WILDFLOWER WY | | | CONCORD | CA | 94518 | USA |
| WIENER, MURRAY | | 43 W 70TH ST | | | NEW YORK | NY | 10023 | USA |
| WITZ, RUTH | | 611 SALISBURY PARK DR | | | E MEADOW | NY | 11554 | USA |
| WITZ, RUTH | Mr & Mrs Bernard G Witz | | 611 Salisbury Pk Dr | | East Meadow | NY | 11554 | USA |
| WITZ, RUTH | Finkelstein & Partners LLP | | 1279  Rte 300 | PO Box 1111 | Newburgh | NY | 12551 | USA |
| WOODS MORSE, FORTIS DAVIS | | 1005 SE 49TH AVE | | | PORTLAND | OR | 97215 | USA |
| Yu Liang Lei | Attn Mark J Decicco Esq | Sackstein Sackstein & Lee LLP | 1140 Franklin Ave Ste 210 | | Garden City | NY | 11530 | USA |