```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM LLP                            One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
          Debtors.            : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 7, 2009 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on October 7, 2009 beginning at 2:00 p.m. Eastern.

I. **CONTINUED/ADJOURNED MATTERS**

1. Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 1946)

    Related Documents:

    a. Notice of Hearing (Docket No. 1947)

    b. Order under Bankruptcy Code Sections 105, 363, and 265 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

    c. Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

    d. Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

    e. Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

    f. Notice of Bids Received (Docket No. 2403)

2

    g.    Cure Schedule (Docket No. 2407)

    h.    Supplemental Cure Schedule (Docket No. 2421)

    i.    Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property (Store #3692) (Docket No. 2581)

Objection Deadline:    March 12, 2009 at 5:00 p.m.

Objections/ Responses Filed:

    a.    Objection of 444 Connecticut Avenue, LLC to Assumption and Assignment of Lease, and Cure Amounts Associated Therewith (Docket No. 2480)

        Related Document:

        i.    Debtors' Reply to Objection of 444 Connecticut, LLC to Debtors' Proposed Cure Amount (Docket No. 4151)

General Status:    This matter has been adjourned to November 3, 2009 at 11:00 a.m.

2.    Application of Infogain Corporation for Allowance and Payment of Administrative Expense Priority Claim (Docket No. 3286)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 3287)

    Objection Deadline:    May 21, 2009 at 5:00 p.m., extended for the Debtors until July 16, 2009 at 4:00 p.m.

    Objections/

3

        Responses
        Filed:

        a.   Debtors' Preliminary Objection To Application Of Infogain Corporation For Allowance And Payment Of Administrative Expense Priority Claim (Docket No. 4130)

        Status:       This matter has been adjourned to October 15, 2009 at 2:00 p.m.

3.   Debtors' Objection to Claim of Panasonic Corporation of North America (Claim No. 1254) (Docket No. 4630)

        Objection
        Deadline:     September 25, 2009 at 4:00 p.m., extended for Panasonic until October 27, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:        None

        Status:       This matter has been adjourned to November 3, 2009 at 11:00 a.m.

**II.   ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCE**

4.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v. Sirius XM Radio, Inc.</u>, Adversary No. 09-3167 (KRH))

        Response
        Deadline:     September 24, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:        Answer and Counterclaim, by Sirius XM Radio Inc. (Docket No. 6)

        Status:       The pre-trial conference has been adjourned to November 3, 2009 at 11:00 a.m.

### III. UNCONTESTED MATTERS

5. Motion to File Certain Documents Under Seal and Notice of Motion and Notice of Hearing, by Chase Bank USA, N.A. (Docket No. 4901)

    Related Documents:

    a. Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (Docket No. 4599)

    b. Response of Chase Bank, USA, National Association to the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (Docket No. 4900)

    Objection Deadline:    October 5, 2009 at 5:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

6. Debtors' Second Motion Pursuant to Bankruptcy Code Sections 105 and 502(c) and Bankruptcy Rule 3018 to Temporarily Allow Certain Personal Injury and Wrongful Death Claims in the Amount of $0.00 Solely for Purposes of Voting on the Plan (Docket No. 5021)

    Objection Deadline:    October 5, 2009 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

**IV.   OMNIBUS CLAIM OBJECTIONS - STATUS CONFERENCE MATTERS**

7.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

   Objection
   Deadline:         September 25, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:            Please see <u>Exhibit A</u> attached hereto.

   Status:           The status hearing is going forward with respect to those claims for which a response was filed.  **However, those parties who filed a response do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

**V.   FEE APPLICATIONS**

8.   Third Interim Application for Compensation and Reimbursement of Expenses for McGuireWoods LLP as Co-Counsel to the Debtors for Services Rendered from May 1, 2009 through July 31, 2009 (Docket No. 4851)

   Related
   Documents:

   a.   Notice of Motion and Hearing (Docket No. 4853)

   Objection
   Deadline:         October 5, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:            None at the time of filing this agenda

   Status:           This matter is going forward.

6

9.     Third Interim Fee Application of Kirkland & Ellis LLP for Compensation and Reimbursement of Expenses For Services Rendered By Special Counsel for the Debtors For the Period of May 1, 2009 Through July 31, 2009 (Docket No. 4854)

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 4855)

      Objection Deadline:    October 5, 2009 at 4:00 p.m.

      Objections/Responses Filed:    None at the time of filing this agenda

      Status:    This matter is going forward.

10.    Third Interim Fee Application of Ernst & Young LLP as Accounting and Tax Consultants for the Debtors for the Period May 1, 2009 to July 31, 2009 (Docket No. 4856)

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 4857)

      Objection Deadline:    October 5, 2009 at 4:00 p.m.

      Objections/Responses Filed:    None at the time of filing this agenda

      Status:    This matter is going forward.

11.    Third Interim Fee Application of KPMG LLP as Independent Auditors and Tax Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period Beginning May 1, 2009 through July 31, 2009 (Docket No. 4858)

> Related Documents:
>
> a.   Notice of Motion and Hearing (Docket No. 4859)
>
> Objection Deadline:   October 5, 2009 at 4:00 p.m.
>
> Objections/ Responses Filed:   None at the time of filing this agenda
>
> Status:   This matter is going forward.

12. Third Interim Fee Application of DJM Realty Services, LLP for Allowance and Payment of Compensation for Services Rendered (May 1, 2009 Through July 31, 2009) (Docket No. 4860)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 4861)

    Objection Deadline:   October 5, 2009 at 4:00 p.m.

    Objections/ Responses Filed:   None at the time of filing this agenda

    Status:   This matter is going forward.

13. Third Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from May 1, 2009 through and including July 31, 2009 (Docket No. 4862)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 4864)

8

>      Objection
>      Deadline:         October 5, 2009 at 4:00 p.m.
>
>      Objections/
>      Responses
>      Filed:            None at the time of filing this agenda
>
>      Status:           This matter is going forward.
>
> 14.  Consumer Privacy Ombudsman First Interim Application
>      for Compensation (Docket No. 4866)
>
>      Related
>      Documents:
>
>      a.   Notice of Motion and Hearing (Docket No. 4867)
>
>      Objection
>      Deadline:         October 5, 2009 at 4:00 p.m.
>
>      Objections/
>      Responses
>      Filed:            None at the time of filing this agenda
>
>      Status:           This matter is going forward.
>
> 15.  Consumer Privacy Ombudsman Second Interim Application
>      for Compensation (Docket No. 4868)
>
>      Related
>      Documents:
>
>      a.   Notice of Motion and Hearing (Docket No. 4869)
>
>      Objection
>      Deadline:         October 5, 2009 at 4:00 p.m.
>
>      Objections/
>      Responses
>      Filed:            None at the time of filing this agenda
>
>      Status:           This matter is going forward.

16. Third Interim Fee Application of FTI Consulting, Inc. for Compensation For Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors Incurred For the Period from May 1, 2009 Through and Including July 31, 2009 (Docket No. 4870)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 4871)

    Objection
    Deadline:        October 5, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

17. First Interim Fee Application of Streambank, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered (Docket No. 4872)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 4873)

    Objection
    Deadline:        October 5, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

18. Third Interim Application of Pachulski, Stang, Ziehl & Jones for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors For the Period From May 1, 2009 through July 31, 2009 (Docket No. 4875)

    Related
    Documents:

    a.    Exhibits D, E and F to Third Interim Application of Pachulski, Stang, Ziehl & Jones (Docket No. 4876)

    b.    Notice of Motion and Hearing (Docket No. 4878)

    Objection
    Deadline:    September 30, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    None

    Status:    This matter is going forward.

19. Third Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors (Docket No. 4877)

    Related
    Documents:

    a.    Notice of Motion and Hearing (Docket No. 4878)

    Objection
    Deadline:    September 30, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    None

    Status:    This matter is going forward.

20. Application of Protiviti, Inc. for Third Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors For the Period May 1, 2009 through July 31, 2009 (Docket No. 4914)

    Related
    Documents:

      a.   Notice of Motion and Hearing (Docket No. 4916)

| | |
|---|---|
| Objection Deadline: | September 30, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | None |
| Status: | This matter is going forward. |

```
Dated: October 5, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                   - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM LLP
                            Chris L. Dickerson, Esq.
                            155 N. Wacker Drive, Suite 2700
                            Chicago, Illinois 60606-2700
                            (312) 407-0700

                                   - and -

                            MCGUIREWOODS LLP


                            /s/ Douglas M. Foley          .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession
```

\9986563

12

**EXHIBIT A**

**RESPONSE CHART**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing is going forward |
| 37 | Hernendo County, Florida | 4885 | The status hearing is going forward |
| 37 | Highlands County, Florida | 4886 | The status hearing is going forward |
| 37 | Lee County Tax Collector | 4888 | The status hearing is going forward |
| 37 | Marion County, Florida | 4891 | The status hearing is going forward |
| 37 | Pinnellas County, Florida | 4892 | The status hearing is going forward |
| 37 | Osceola County, Florida | 4893/ 4920 | The status hearing is going forward |
| 37 | Placer California | 4932/ 4788 | The status hearing is going forward |
| 37 | Orange County Florida Tax Collector | 4976 | The status hearing is going forward |
| 37 | Manatee County Florida Tax Collector | 4993 | The status hearing is going forward |
| 37 | Polk County Florida Tax Collector | 4997/ 5011 | The status hearing is going forward |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing is going forward |
| 37 | Kitsap County Treasurer | 5027/ 5036 | The status hearing is going forward |
| 37 | Snohomish County Treasurer | 5028 | The status hearing is going forward |

---

[1]  For all responses for which a status hearing will go forward on October 7, 2009, the respondent does not need to appear at the hearing. Their rights will not be affected at this hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | County of Spokane | 5033 | The status hearing is going forward |
| 37 | Wake County Revenue Director. | 5037 | The status hearing is going forward |
| 37 | City of Brighton | 5065 | The status hearing is going forward |
| 37 | Charles County, Maryland | 5066 | The status hearing is going forward |
| 37 | Prince George's County, Maryland | 5067 | The status hearing is going forward |
| 37 | Treasurer City of Chesapeake | 5068 | The status hearing is going forward |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing is going forward |
| 37 | Travis County Texas | 5071 | The status hearing is going forward |
| 37 | Lewisville Independent School District | 5089 | The status hearing is going forward |
| 37 | DeSoto County, Mississippi | 5092 | The status hearing is going forward |
| 37 | Alameda County Treasurer | 5098 | The status hearing is going forward |
| 37 | Pima County | 5100 | The status hearing is going forward |
| 37 | Shasta County | 5101 | The status hearing is going forward |
| 37 | County of Loudoun County, VA, Belkys Escobar | 5102 | The status hearing is going forward |
| 37 | Texas Tax Appraisal Districts | 5104 | The status hearing is going forward |
| 37 | Arlington ISD, et al. | 5108 | The status hearing is going forward |
| 37 | Henrico County, Virginia | 5109 | The status hearing is going forward |
| 37 | Ada County Assessor's Office | 5110 | The status hearing is going forward |
| 37 | Pierce County | 5111 | The status hearing is going forward |
| 37 | Escambia County Tax Collector | 5112 | The status hearing is going forward |
| 37 | Los Angeles, et al. | 5113 | The status hearing is going forward |
| 37 | Local Texas Tax Authorities | 5115 | The status hearing is going forward |
| 37 | Allen County Treasurer | 5120 | The status hearing is going forward |
| 37 | Gaston County, North Carolina | 5152 | The status hearing is going forward |
| 37 | Boulder County, Colorado | Letter | The status hearing is going forward |

\9986555

2