**Hearing Date: October 15, 2009 at 2:00 p.m.**
**Objection Deadline: October 13, 2009 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTIONS AND NOTICE OF HEARING ON**
**(I) DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS**
**105 AND 363 AND BANKRUPTCY RULE 9019 FOR ORDER APPROVING**
**SETTLEMENT AGREEMENT AND STIPULATION BY AND AMONG**
**THE DEBTORS AND THE PENSION BENEFIT GUARANTY CORPORATION;**
**(II) MOTION TO SHORTEN AND LIMIT NOTICE THEREOF**

**PLEASE TAKE NOTICE** that on October 5, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Stipulation by and among the Debtors and the Pension Benefit Guaranty Corporation; and a Motion for Order Shortening Notice Period and Limiting Notice thereof (collectively, the "Motions").

**Your rights may be affected. You should read these papers
carefully and discuss them with your attorney, if you have one
in these bankruptcy cases. (If you do not have an attorney, you
may wish to consult one.)** Under Local Bankruptcy Rule 9013-1,
unless a written response to the Motions is filed with the Clerk
of the Court and served on the moving party, the trustee and
those parties as required by the Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and
Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain
Notice, Case Management and Administrative Procedures (entered
on November 13, 2008 at Docket No. 130) (the "Case Management
Order") no later than two (2) business days before the scheduled
hearing date, the Court may deem any opposition waived, treat
the Motions as conceded, and issue an order granting the
requested relief without further notice or hearing.  If you do
not want the Court to approve the Motions, or if you want the
Court to consider your views on the Motions, then you or you
attorney must:

[X]   File with the Court, either electronically or at the
      address shown below, a written response pursuant to
      Local Bankruptcy Rule 9013-1(H).  If you mail your
      response to the Court for filing, you must mail it
      early enough so the Court will **receive it on or before
      October 13, 2009 at 4:00 p.m.**

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also
      serve a copy of any written response and request for
      hearing by the foregoing date via electronic mail on
      the following:(i) the Core Group, which includes the
      Debtors, co-counsel to the Debtors, the Office of the
      United States Trustee, co-counsel for any committee,
      counsel to the agents for the Debtors' prepetition
      lenders, and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and (iii)
      those additional parties as required by the Case
      Management Order (all of which are defined in the Case
      Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **at 2:00**

**p.m. (Eastern Standard Time) on October 15, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motions**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting the relief requested.

Dated: October 5, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
     Richmond, Virginia  FLOM, LLP
                         Gregg M. Galardi, Esq.
                         Ian S. Fredericks, Esq.
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000

                                    - and -

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Chris L. Dickerson, Esq.
                         155 North Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                                      - and -

                         MCGUIREWOODS LLP

                         /s/ Douglas M. Foley          .
                         Dion W. Hayes (VSB No. 34304)
                         Douglas M. Foley (VSB No. 34364)
                         One James Center
                         901 E. Cary Street
                         Richmond, Virginia 23219
                         (804) 775-1000

                         Counsel for Debtors and Debtors
                         in Possession

\9987718