# CITY ELECTRONICS LTD.

6/F   BLK A   Wider Industrial Building
58   Tsun Yip Street   Kwun Tong
Kowloon   Hong Kong
Tel : (852) 2341 0355   Fax : (852) 2342 2694

**By Air Mail**

25th September 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Dear Sirs,

**Re: Circuit City Stores, Inc. et al., Chapter 11 Case No. 08-35653 (KRH)**

Please be informed that we had received the payment for the claim on 3rd December 2008. Kindly please close our claim to Intertan Canada Ltd. for the amount USD12,150.00.

Thank you for your kind attention.

For and on behalf of
City Electronics Ltd
Yours truly,

Celia Cheung
Accounting Manager

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Disallowed

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN POWER CONVERSION CORP<br>5081 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | 11247 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 02/02/2009 | INTERTAN, INC.<br>(08-35655) |
| CITY ELECTRONICS LTD<br>UNIT A 6F WIDER INDUSTRIAL<br>58 TSUN YIP STREET<br>KWUN TONG KOWLOON, HONG KONG | 404 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br>$12,150.00<br><br>$12,150.00 | 12/02/2008 | INTERTAN, INC.<br>(08-35655) |
| COBALT INDUSTRIAL CO LTD<br>FLAT M 7 F YUE CHEUNG CTR<br>1 3 WONG CHUK YEUNG ST<br>FO TAN SHATIN, UNKNOWN | 897 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br>$3,876.00<br><br>$3,876.00 | 12/10/2008 | INTERTAN, INC.<br>(08-35655) |
| CON WAY FREIGHT INC<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 2647 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br>$3,206.83<br><br><br>$3,206.83 | 12/31/2008 | INTERTAN, INC.<br>(08-35655) |
| DAVAL TECHNOLOGIES LLC<br>9 VISTA CT<br>PLEASANTVILLE, NY 10570 | 428 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$6,627.00<br>$6,627.00 | 12/01/2008 | INTERTAN, INC.<br>(08-35655) |
| ESI WORLDWIDE<br>7801 HAYVENHURST AVE<br>VAN NUYS, CA 91406 | 359 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 11/24/2008 | INTERTAN, INC.<br>(08-35655) |

"UNL" denotes an unliquidated claim.