From: Shahnaz Dastanpour
PO Box 161
Lake Forest, CA 92609

To: Circuit City Stores Inc
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

In re Circuit City Stores Inc,
Case N: 0835653 (KRH) et al.
Claim N: 5413
Dated: September 5, 2009

Dear Madam / Sir

Enclosed please find Four copies of Purchase orders of 2700 Security of Circuit City Stores Inc. (CC-CCTyQ). Documents for your information and any Appropriate action.

Best regards
S. Dastanpour
Shahnaz Dastanpour



RECEIVED
SEP 10 2009
KURTZMANCARSONCONSULTANTS

Case 08-35653-KRH    Doc 5458    Filed 10/02/09    Entered 10/02/09 08:43:13    Desc Main
          Document      Page 2 of 6

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

# EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 7976<br>Date Filed: 01/26/2009<br>Docketed Total: $350.00<br>Filing Creditor Name and Address:<br>SEYYAL, AKSU<br>16291 JACKSON RANCH RD<br>SILVERADO, CA 92676 | Claim Holder Name and Address<br>AKSU, SEYYAL<br>16291 JACKSON RANCH RD<br>SILVERADO, CA 92676 | Docketed Total: $350.00 | Secured<br>Priority<br>Unsecured     $350.00 | Case Number<br>08-35653 | Modified Total: $350.00 | Secured<br>Priority<br>Unsecured<br>Interest     $350.00 |
| Claim: 5413<br>Date Filed: 01/26/2009<br>Docketed Total: $5,752.35<br>Filing Creditor Name and Address:<br>SHAHNAZ DASTANPOUR<br>PO BOX 161<br>LAKE FOREST, CA 92609 ✗ | Claim Holder Name and Address<br>DASTANPOUR, SHAHNAZ<br>PO BOX 161<br>LAKE FOREST, CA 92609 | Docketed Total: $5,752.35 | Secured<br>Priority<br>Unsecured     $5,752.35 | Case Number<br>08-35653 | Modified Total: $5,752.35 | Secured<br>Priority<br>Unsecured<br>Interest     $5,752.35 |
| Claim: 3646<br>Date Filed: 01/08/2009<br>Docketed Total: $993.22<br>Filing Creditor Name and Address:<br>SHAIKH, MALIKA I<br>9307 JOSHUA CT<br>MANASSAS PARK, VA 20111 | Claim Holder Name and Address<br>SHAIKH, MALIKA I<br>9307 JOSHUA CT<br>MANASSAS PARK, VA 20111 | Docketed Total: $993.22 | Secured<br>Priority<br>Unsecured     $993.22 | Case Number<br>08-35653 | Modified Total: $993.22 | Secured<br>Priority<br>Unsecured<br>Interest     $993.22 |
| Claim: 6839<br>Date Filed: 01/28/2009<br>Docketed Total: $20,714.50<br>Filing Creditor Name and Address:<br>SHAILESH PATEL<br>3806 MEADOWBROOK DR<br>RAPID CITY, SD 57702 | Claim Holder Name and Address<br>SHAILESH PATEL<br>3806 MEADOWBROOK DR<br>RAPID CITY, SD 57702 | Docketed Total: $20,714.50 | Secured<br>Priority<br>Unsecured     $20,714.50 | Case Number<br>08-35653 | Modified Total: $20,714.50 | Secured<br>Priority<br>Unsecured<br>Interest     $20,714.50 |

* "UNL" denotes an unliquidated claim.

# *charles* SCHWAB

**Trade Confirmation**

101 Montgomery Street, San Francisco, CA 94104   1-800-435-4000   www.schwab.com

Retain for Your Records

**Account Number: 2698-8177**
Page 1 of 3

**Mail To**

L TRR <6 00026068 000000040063 0002 20071226
SHAHNAZ DASTANPOUR
PO BOX 161
LAKE FOREST CA  92630



*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| CIRCUIT CITY STORES INC- | Symbol: | CC | Trade Date: | 12/26/07 |
| CIRCUIT CITY GROUP | Security No./Cusip: | 172737-10-8 | Settlement Date: | 12/31/07 |
| | Branch Code: | CCYY | Type: | Margin |

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 1,000 | $4.67 | $4,670.00 | Commission: | $12.95 | $4,682.95 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Executed Over The Counter*
*Unsolicited trade*
*Capacity code A*

©2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR  1
L TRR <6 00028068 000000040063 0002 20071226

SIPC

# *charles* SCHWAB

**Trade Confirmation**

101 Montgomery Street, San Francisco, CA 94104   1-800-435-4000   www.schwab.com

Retain for Your Records

**Account Number: 2698-8177**
Page 1 of 2

**Mail To**

L TRR <6 00034724 000000053965 0001 20080104
SHAHNAZ DASTANPOUR
PO BOX 161
LAKE FOREST CA 92630



Going paperless is easy. Log on to www.schwab.com/paperless.

## Security Description

|  | Action | BOUGHT |  |  |
|---|---|---|---|---|
| CIRCUIT CITY STORES INC- | Symbol: | CC | Trade Date: | 1/04/08 |
| CIRCUIT CITY GROUP | Security No./Cusip: | 172737-10-8 | Settlement Date: | 1/09/08 |
|  | Branch Code: | CCYY | Type: | Margin |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 200 | $3.83 | $766.00 | Commission: $12.95 | $778.95 |

For all of the above:
Unless you have already instructed us differently, we will: hold this security in your account.
Executed Over The Counter
Unsolicited trade
Capacity code A

©2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR  1

SIPC

# charles SCHWAB

**Trade Confirmation**

101 Montgomery Street, San Francisco, CA 94104   1-800-435-4000   www.schwab.com

Retain for Your Records

**Account Number: 2698-8177**
Page 1 of 2

**Mail To**

L TRR <6 026355 000000041167 0001 20081217
SHAHNAZ DASTANPOUR
PO BOX 161
LAKE FOREST CA  92630



*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| CIRCUIT CITY STORES INC- | Symbol: | CCTYQ | Trade Date: | 12/17/08 |
| CIRCUIT CITY GROUP | Security No./Cusip: | 172737-10-8 | Settlement Date: | 12/22/08 |
| | Branch Code: | CCYY | Type: | Cash |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1,500 | $0.185 | $277.50 | Commission:   $12.95 | $290.45 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Unsolicited trade*
*Capacity code A*

©2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR  1
L TRR <6 026355 000000041167 0001 20081217

SIPC


KURTZMAN CARSON CONSULTANTS

# MEMORANDUM

Date:   October 1, 2009

To:     Court Clerk

From:   Kurtzman Carson

Re:     Circuit City Stores Inc

Enclosed please find a Debtors' Seventeenth Omnibus Objection to Claims that was sent to our office by mistake, to be filed with the court.

Kurtzman Carson Consultants LLC  2335 Alaska Avenue El Segundo, California 90245  PHONE 310-823-9000  FAX 310-823-9133  kccllc.com