

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

*Sent via U.S. Postal Service Certified Mail Receipt on October 1, 2009.
Certified Mail# 7007 3020 0001 1705 2562*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | : | Case No. 08-35653   (KRH) |
| Debtors. | : | Jointly Administered |

a. This **"Response"** is directed to The United States Bankruptcy Court for the Eastern District Court of Virginia Richmond Division in regard to CIRCUIT CITY STORES, INC, et al. Debtors, Chapter 11, Case No. 08-35653 (KRH) and

**NOTICE OF DEBTORS' THIRTY-EIGHTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
QUALIFIED PENSION PLAN AND 401 (k) CLAIMS)**

b. **The claimant's name and an explanation for the amount of the claim;**

Mark Turner – Claim Number 7646

The amount claimed as filed was $158,023.32. This was derived by the fact the fact the estimated monthly benefit at Retirement that I was given was $1,443.18 for a period of 109.50 months. I have kept in mind all that the above are estimates and that I did earn, and exceeded the 5 years of Plan Service in order to be vested and eligible for a benefit upon retirement

c.  **A concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;**

The purpose of this Bankruptcy is not to restructure so that the Company (Circuit City Stores, Inc.) can continue. It is a liquidation, in which the richest people can try to get the most money off the backs of the poorer people.

I worked for Circuit City Stores Inc. for sixteen years and performed in an exceptional capacity for the Company for my entire duration. I received many awards and promotions based on my performance. I was told in writing and verbally that I would receive a pension based on my years with the company. There is now talk in the media that the PBGC could become insolvent in the near future. I worked very hard to achieve the benefits that I earned. I believe that I should receive the retirement benefits that I earned while employed by Circuit City Stores Inc. in the amount of $158,023.32. Thank you for your consideration.

d.  **A copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim, that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;**

See Attached Document – Copy of "Your Personal Retirement Plan Statement"

e. **A declaration of a person with personal knowledge of the relevant facts that support the Response; and**

As a fellow former employee of Circuit City Stores, Inc, as well as the claimant's spouse, I have personal knowledge of the relevant facts that are presented and in support of this Response.

> Maria-Teresa RP Turner
> 18479 Cattail Spring Drive
> Leesburg, VA 20176
> Tel #:  703.318.2422 (Day)
>         703.587.8118 (Cell)
>         703.669.8479 (Evening)
> Fax#   703.669.8489
> E-mail: MTRPTurner@aol.com

Signed: *[signature]*
Maria-Teresa RP Turner

Dated:  September 30, 2009
        Leesburg, Virginia

f. **The claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Addresses"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be disallowed and the surviving Claims) and only for those Claims in the Objection.**

> Mark Turner
> 18479 Cattail Spring Drive
> Leesburg, VA 20176
> Tel #:  703.868.3996 (Day/Cell)
>         703.669.8479 (Evening)
> Fax#   703.669.8489
> E-mail: gmdiv@aol.com

g. **To the extent such person differs from the person identified pursuant to subjection (e), above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.**

Maria-Teresa RP Turner
18479 Cattail Spring Drive
Leesburg, VA 20176
Tel #:  703.318.2422 (Day)
        703.587.8118 (Cell)
        703.669.8479 (Evening)
Fax#   703.669.8489
E-mail: MTRPTurner@aol.com

g. **To the extent such person differs from the person identified pursuant to subjection (e), above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.**

Maria-Teresa RP Turner
18479 Cattail Spring Drive
Leesburg, VA  20176
Tel #:  703.318.2422 (Day)
          703.587.8118 (Cell)
          703.669.8479 (Evening)
Fax#   703.669.8489
E-mail: MTRPTurner@aol.com

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Omnibus Objection Procedures, I hereby file with the Clerk of the Court and serve on the objecting party this written **"Response" and Request for a Hearing** in accordance with this

## NOTICE OF DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN QUALIFIED PENSION PLAN AND 401 (k) CLAIMS

Signed: *[signature]*

Mark Turner

Dated:   September 30, 2009
         Leesburg, Virginia

A copy of the "**Response**" was sent via *U.S. Postal Service Certified Mail Receipt on October 1, 2009* to:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
Attn:    Gregg M. Galardi, Esq.
         Ian S. Fredericks, Esq.
Certified Mail #:    *7007 3020 0001 1705 2692*

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL  60606
Attn:    Chris L. Dickerson, Esq.
Certified Mail #:    *7007 3020 0001 1705 2708*

- and -

MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Attn:    Dion W. Hayes (VSB No. 34304)
         Douglas M. Foley (VSB No. 34364)
Certified Mail #:    *7007 3020 0001 1705 2715*


Counsel for Debtors and Debtors in Possession.


Enclosure: Copy of "Your Personal Retirement Plan Statement" for Mark Turner



## Your Personal Retirement Plan Statement

Retirement income can come from a variety of sources, including a 401(k) plan, retirement plan, Social Security and personal resources. This statement provides an estimate of your **monthly** retirement benefits from our **Retirement Plan** and **Social Security** based on your employment record as of March 1, 2002. The Company pays 100% of the cost of your Retirement Plan benefits.

## Estimated Monthly Retirement Plan Benefits

### As of March 1, 2002
For Mark H Turner, ID 10009225, SSN 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

| | |
|---|---|
| Estimated Monthly Benefit at Retirement: | $1443.18 |
| Estimated Monthly Social Security Benefit at age 65: | $1468.00 |
| Estimated Total Monthly Retirement Income from Retirement Plan plus Social Security Benefit at your Normal Retirement Date: | $2,911.18 |
| Normal Retirement Date: | 11/01/2028 |
| Estimated Monthly Vested Benefit: | $574.33 |



### Retirement Plan

- Keep in mind that the numbers on your Statement are estimates, and that you must earn 5 years of Plan Service to be vested and eligible for a benefit payment upon retirement.
- You earn one year of Plan Service when the hours paid in your paychecks dated between each March 1 and February 28 total 1,000 or more. (Certain unpaid hours may also be counted.)
- After you earn five years of Plan Service, you become vested and are entitled to a benefit at your Normal Retirement Date. If an Estimated Monthly Vested Benefit is shown above, it represents the estimated amount that would have been payable to you on your Normal Retirement Date had your employment ended March 1, 2002.
- Your "Normal Retirement Date" is generally your 65th birthday or, if hired at age 60 or over, the earlier of five years of Plan Service or Plan participation. Your "Normal Retirement Benefit" shown above would be payable to you on your Normal Retirement Date if your employment ended on such date.
- Estimated benefits above assume payments are made under the Single Life Only form of payment. Generally, this pays a monthly benefit to you starting at your "Normal Retirement Date" and ending when you die. When your employment ends, your actual benefits may be different than the amounts shown.

When you consider retiring, contact the Benefits Helpline at (800) 288-6353. An individual calculation will be prepared based on your actual employment data and Plan provisions. Benefits are paid only in accordance with Plan provisions regardless of any written or oral statements that you may have received.

### Assumptions

Although the estimated benefits shown on this statement are intended to be as accurate as possible, some assumptions were made such as:

- Your current earnings will remain constant until your Normal Retirement Date;
- You continue to work at the Company, be a Plan participant, and earn a full year of service (in addition to Plan Service already earned) every Plan Year from March 1, 2002 until your Normal Retirement Date; and
- Social Security benefits are estimated using the current Social Security law and only your earnings while working for the Company. If the law changes, both your Retirement Plan and Social Security benefits could change. For complete information about your Social Security benefit, you may contact the Social Security Administration at (800) 772-1213.

Therefore, we caution you not to rely on these estimates in making final decisions about retirement.