IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 |
| | | Chapter 11 |
| | Debtors. | Jointly Administered |

**ORDER**

In accordance with the Memorandum Opinion entered this date, the Court having found that the Debtors failed to effectively communicate their policy change regarding Paid Time Off to their employees; and the Court having concluded that those Claimants who timely responded to Debtors' Twenty-fifth and Twenty-sixth Omnibus Objections are entitled to assert a priority claim in accordance with § 507(a)(4)(A) of the Bankruptcy Code;

**IT IS ORDERED** that the Debtors' Twenty-fifth and Twenty-sixth Omnibus Objections are OVERRULED with regard to the Responding Claimants but otherwise SUSTAINED.

ENTERED: _____

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE