WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Creditor
MADCOW INTERNATIONAL GROUP LIMITED

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Chapter 11 (jointly administered) |
| | ) | |
| Debtors. | ) | **DECLARATION OF DAVID WU** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, DAVID WU, declare as follows:

1.    I am employed as Managing Director of Madcow International Group Limited ("Creditor").

2.    I have personal knowledge of the facts set forth below, all of which I believe to be true, and, if called upon testify as a witness, could and would testify competently thereto. To those matters which are stated on information and belief, I believe them to be true.

3.    When goods were purchased by the Debtor, Creditor would arrange for the goods to be delivered to a vessel for shipment to the United States.

4.    Creditor delivered goods that were being shipped under invoice

KYL_LB1256109

1    no. MAD081010C for the amount of $27,150.00 to APL Logistics ("APL") for carriage to

2    the United States. On or about 15 October 2008 APL issued to Creditor a "Forwarders

3    Cargo Receipt" (See Exhibit A). Written in fine print on the front page, is a sentence

4    which states "*We* [meaning Creditor] *received ... 1 copies of the following documents*

5    *which plus 2/3 original bills of lading will be dispatched to the parties at port of*

6    *discharge at the time of shipment ...*". On information and belief, I believe that APL

7    would have subsequently issued an original bill of lading to the Debtor which the Debtor

8    would have received on or after 21 October 2008.

9            5.      Creditor delivered goods that were being shipped under invoice

10   no. MAD081014A for the amount of $64,986.32 to APL for carriage to the United States.

11   On or about 20 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See

12   Exhibit B). Written in fine print on the front page, is a sentence which states "*We*

13   [meaning Creditor] *received ... 1 copies of the following documents which plus 2/3*

14   *original bills of lading will be dispatched to the parties at port of discharge at the time of*

15   *shipment ...*". On information and belief, I believe that APL would have subsequently

16   issued an original bill of lading to the Debtor which the Debtor would have received on

17   or after 21 October 2008.

18           6.      Creditor delivered goods that were being shipped under invoice

19   no. MAD081015A for the amount of $26,000.00 to APL for carriage to the United States.

20   On or about 19 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See

21   Exhibit C). Written in fine print on the front page, is a sentence which states "*We*

22   [meaning Creditor] *received ... 1 copies of the following documents which plus 2/3*

23   *original bills of lading will be dispatched to the parties at port of discharge at the time of*

24   *shipment ...*". On information and belief, I believe that APL would have subsequently

25   issued an original bill of lading to the Debtor which the Debtor would have received on

26   or after 21 October 2008.

27           7.      Creditor delivered goods that were being shipped under invoice

28   no. MAD081016A for the amount of $6,095.52 to Expeditors for carriage to the United

KYL_LB1256109

States. On or about 25 October 2008 Expeditors issued to Creditor a "Cargo Management System" receipt (See Exhibit D). Written in fine print on the front page, is a sentence which states *"The original bill of lading of this shipment has been released to the above mentioned consignee"*. On information and belief, I believe that Expeditors would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 21 October 2008.

8.     Creditor delivered goods that were being shipped under invoice no. MAD081016C for the amount of $85,800.00 to APL for carriage to the United States. On or about 21 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit E). Written in fine print on the front page, is a sentence which states *"We [meaning Creditor] received ... 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment ..."*. On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 21 October 2008.

9.     Creditor delivered goods that were being shipped under invoice no. MAD081016D for the amount of $2,294.00 to APL for carriage to the United States. On or about 21 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit F). Written in fine print on the front page, is a sentence which states *"We [meaning Creditor] received ... 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment ..."*. On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 21 October 2008.

10.     Creditor delivered goods that were being shipped under invoice no. MAD081016F for the amount of $23,700.00 to APL for carriage to the United States. On or about 27 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit G). Written in fine print on the front page, is a sentence which states *"We*

KYL_LB1256109

[meaning Creditor] *received ... 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment ...*". On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 21 October 2008.

11. Creditor seeks relief from the Court in the amount of $236,025.84 as an allowed administrative expense under 11 U.S.C. section 503(b)(9).

Executed this ___6___ day of October, 2009, at Kowloon, Hong Kong, California.

I declare under penalty of perjury under the laws of the United States of American and the laws of the State of California that the foregoing is true and correct.

For and on behalf of
Madcow International Group Limited

Authorized Signature(s)

DAVID WU

- 4 -

# Exhibit A

Case 08-35653-KRH   Doc 5166-1   Filed 10/06/09   Entered 10/06/09 18:08:16   Desc
Date: 10/15/2008 11:02 AM   To: Chris Chong from David Wu   Page 6 of 26
Exhibit(s) Declaration of David Wu

TO  : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)

**APL Logistics**

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT                    NO: HKG440304

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON HONG KONG | 07 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL,VOYAGE) | | |
|---|---|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | OOCL ASIA      18E41 | | |
| | EXPORT REFERENCE | PORT OF L OADING<br>HONG KONG, HONG KONG | |
| | PORT OF DISCHARGE<br>LONG BEACH, CA | FINAL DESTINATION<br>LONG BEACH, CA | |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS<br>2000.000 | CBM<br>20.358 |
| CIRCUIT CITY<br>PO#2112888<br>CIRCUIT CITY MODEL<br>(SKU)#VGWSSHOT<br>UNIT COUNT PER<br>CARTON 20 PIECES<br>CARTON# OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 250 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK<br>PO NO.2112888<br>SKU# VGWSSHOT<br>QTY: 5000 PCS<br><br>ALSO NOTIFY PARTY:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br><br>*** SEE ATTACHMENT PAGE 2 THRU   2 ***<br><br>TWO HUNDRED FIFTY CTNS   ONLY | | |

| STATEMENT IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 5005.50 |
|---|---|---|
| CIRCUIT CITY<br>DOCS RCVD:15 OCT2008 ISSUE DATE:15 OCT2008 | | |

WE RECEIVED ___ ORIGINAL ___ COP IE S OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME

| | | TOTAL (HKD) | 5005.50 |
|---|---|---|---|

COMMERCIAL INVOICE                    COPY
CERTIFICATE OF ORIGIN                 COPY
PACKING LIST                          COPY
SHIPPING DOCUMENT RECEIPT             COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE/ THE GOODS" IN APPARENT EXTERNAL
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER , CONSIGNEE AND ALL
OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED . AND BY
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE. THAT THE RECEIPT. CUSTODY
CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND
INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS
CARGO RECEIPT MAY BE WRITTEN. STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

1        APL LOGISTICS & WAREHOUSE
         MANAGEMENT SERVICES HK, LTD

BY: _____

AS AGENT

EXHIBIT A

Date: 10/15/2008 11:02 AM  To: CHRIS CHONG @ 23448813   Page: 002/002


APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE         CARGO RECEIPT              NO:HKG440304
------------------------------------------------------------------------
                    SHIPPER DECLARE:
                    THIS SHIPMENT DOES NOT CONTAIN
                    WOOD PACKAGING MATERIAL
                    ON BOARD DATE: OCTOBER 13,2008
                    CONTAINER#  : GATU1311069
                    SEAL#       : OOLM604725
                    BILL OF LADING: OOLU3039492621
                    PLACE OF RECEIPT: HONG KONG, HONG KONG
                        MISC CHARGES BREAKDOWN
                        ------------------------------
                        AMS FEE FROM CARRI        65.00
                        CONTAINER SECURITY        47.00
                        DOCUMENT ADMINISTR       150.00
                        LCL HANDLING CHARG      3562.70
                        PORT SECURITY / OT        20.40
                        TERMINAL HANDLING       1160.40
                        ------------------------------




----------------------------------------------------------------------
                            -  2  -

Exhibit B

Date: 10/17/2008   Time: 09:22:34   VAT456142
Page: 001

```
TO   : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)
```

**APL Logistics™**

COPY -- NOT NEGOTIABLE
~~ORIGINAL~~ FORWARDERS CARGO RECEIPT                        NO: VAT456142

| SELLER (PRINCIPAL OR LICENSER) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 16 OCT 2008 | CHINA |

| CONSIGNEE (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | GENOA BRIDGE | 43E |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS<br>4896.000 | CBM<br>45.660 |
| CIRCUIT CITY P.O.<br>#2106353<br>CIRCUIT CITY MODEL<br>(SKU)#VGDACA<br>UNIT COUNT PER<br>CARTON 24 PIECES<br>CARTON# ___ OF ___<br>GROSS WEIGHT<br>___ POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>___ LENGTH X<br>___ WIDTH X ___HEIGHT<br>MADE IN CHINA | 77 CTNS | NDSL AC ADAPTER<br>PO.NO.: 2106353.   MODEL NO.: VGDACA<br><br><br><br><br>*** SEE ATTACHMENT PAGE 2 THRU  4 ***<br><br>SHIPPERS LOAD AND COUNT | | |
| | ONE | THOUSAND TWO HUNDRED FOURTEEN CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI | 221.70 |
| | CONTAINER SECURITY | 53.40 |
| ISSUE DATE:20 OCT2008 | FCL HNDLING FEE | 341.10 |
| | DOCUMENT ADMINISTR | 142.10 |
| | CY RCVING -86'-86 | 2294.70 |
| | TOTAL (HKD) | 3053.00 |

WE RECEIVED ... ORIGINAL ... COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 1/0 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME

APL LOGISTICS HONG KONG, LTD. ("APL") HEREB, ACKNOWLEDGES RECEIPT OF THE PACKAGES OR
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ; THE GOODS IN APPARENT EXTERNAL
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL
OTHERS HAVING AN INTEREST IN THIS GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY,
CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND
INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS
CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY   1 |

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY _____
AS AGENT

**EXHIBIT B**

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                           NO:YAT456142
--------------------------------------------------------------------------------

```
CIRCUIT CITY P.O.         75 CTNS   NDSL DC POWER ADAPTER, CAR CHARGER
#2106353                            PO.NO.: 2106353    MODEL NO.: VGDDCA
CIRCUIT CITY MODEL
(SKU)#VGDDCA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        158 CTNS   DS POWER SOLUTION
#2106353                            PO.NO.: 2106353   MODEL NO.: VGDPOWSOLN
CIRCUIT CITY MODEL
(SKU)#VGDPOWSOLN
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        101 CTNS   PS2 GAME PAD
#2106353                            PO.NO.: 2106353    MODEL NO.: VGP2MCONT
CIRCUIT CITY MODEL
(SKU)#VGP2MCONT
UNIT COUNT PER
CARTON 16 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA
```

--------------------------------------------------------------------------------

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                          NO:YAT456142

--------------------------------------------------------------------------------

CIRCUIT CITY P.O.         50 CTNS   PSP AC ADAPTER
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPACA
CIRCUIT CITY MODEL
(SKU)#VGPACA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.         64 CTNS   PSP DC POWER ADAPTER, CAR CHARGER
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPDCA
CIRCUIT CITY MODEL
(SKU)#VGPDCA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.         64 CTNS   PSP TRAVEL CASE
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPTCS
CIRCUIT CITY MODEL
(SKU)#VGPTCS
UNIT COUNT PER
CARTON 20 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT456142
------------------------------------------------------------------------

CIRCUIT CITY P.O.        417 CTNS    WII SILICON SKIN
#2106353                             PO.NO.: 2106353    MODEL NO.: VGW2RSKINS
CIRCUIT CITY MODEL
(SKU)#VGW2RSKINS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA


CIRCUIT CITY P.O.        208 CTNS    WII MOTE+NUNCHUCK SILICON SKIN
#2106353                             PO.NO.: 2106353    MODEL NO.: VGWSKIN
CIRCUIT CITY MODEL
(SKU)#VGWSKIN
UNIT CCUNT PER
CARTON 18 PIECES                     NOTIFY 3:
CARTON# ___OF ___                    EXPEDITORS INTERNATIONAL
GROSS WEIGHT                         2550 ELLSMERE AVE.,SUITE B
___ POUNDS                           NORFOLK,VA 23513
CARTON DIMENSIONS                    A:IRENE BARON
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA


                                     SHIPPER DECLARE:
                                     THIS SHIPMENT DOES NOT CONTAIN
                                     WOOD PACKAGING MATERIAL
                                     ON BOARD DATE: OCTOBER 20,2008
                                     CONTAINER#  : KKFU1831901
                                     SEAL#       : BAJ36317
                                     BILL OF LADING: KKLUHK6705187
                                     PLACE OF RECEIPT: YANTIAN, CHINA


------------------------------------------------------------------------
                              -  4  -

Exhibit C

TO   : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754   PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO. YAT456400

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 15 OCT 2008 | CHINA |

| CONSIGNEE (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY(NAME AND ADDRESS) | EXPORT CARRIER (VESSEL,VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | OOCL ROTTERDAM | 45E42 |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS 5900.000 | CBM 59.980 |
| CIRCUIT CITY P.O. #2117215 CIRCUIT CITY MODEL (SKU)#VGSTHRONE UNIT COUNT PER CARTON 4 PIECES CARTON# ___ OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): ___ LENGTH X ___ WIDTH X ___HEIGHT MADE IN CHINA | 500 CTNS | DRUM BENTCH P.O#.: 2117215   MODEL NO.: VGSTHRONE  NOTIFY 3: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON  *** SEE ATTACHMENT PAGE 2 THRU   2 ***  SHIPPERS LOAD AND COUNT          FIVE HUNDRED CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | | | |
|---|---|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI | 221.70 | |
| ISSUE DATE:19 OCT2008 | CONTAINER SECURITY | 53.40 | |
| | FCL HNDLING FEE | 341.10 | |
| | DOCUMENT ADMINISTR | 142.10 | |
| | CY RCVING -96'-96 | 2294.70 | |
| | TOTAL (HKD) | 3053.00 | |

WE RECEIVED ___ ORIGINAL COPY X'S OF THE FOLLOWING DOCUMENTS WHICH PLUS 3/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME SPECIFIED BY SHIPPING CERTIFICATE

BENEFICIARY CERTIFICATE               COPY
COMMERCIAL INVOICE                    COPY
CONTAINER FREIGHT MANIFEST            COPY
CERTIFICATE OF ORIGIN                 COPY
CONTAINER INSPECTION AFFIDAVIT        COPY
PACKING LIST                          COPY
SHIPPING DOCUMENT RECEIPT             COPY   1

APL LOGISTICS HONG KONG LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS ("THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY _____

AS AGENT

# EXHIBIT C

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                        NO:YAT456400
------------------------------------------------------------------------------------

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 19,2008
CONTAINER#   : TRLU5455062
SEAL#        : OOLP811829
BILL OF LADING: OOLU3037117071
PLACE OF RECEIPT: YANTIAN, CHINA

------------------------------------------------------------------------------------

Exhibit D

From Expeditors Hong Kong LimitMon Oct 27 11:20:34 2008          Page 1 of 1

# Expeditors

## Expeditors Cargo Management Systems
## DRAFT

FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER (Name and Full Address) | BOOKING NUMBER: S912366515   FCR NUMBER: R910280828 |
| MADCOW INTERNATIONAL GROUP LIMITED<br>UNIT 1005,10/F,FUTURA PLAZA,<br>111-113 HOW MING STREET<br>KWUN TONG, KOWLOON<br>HONG KONG | CARGO RECEIVING DATE   10/16/08 |

| | |
|---|---|
| CONSIGNEE (Name and Full | FORWARDING AGENT REFERENCES |
| CIRCUIT CITY STORES, INC.<br>DR1/INTL. LOGISTICS/4TH FLOOR<br>9950 MAYLAND DR. RICHMOND VA 23233<br>UNITED STATES ATTN: JOSH PETRIE<br>TEL: 8045274000 FAX: 8045274110 | EXPEDITORS HONG KONG LIMITED<br>36/F-38/F, ENTERPRISE SQUARE THREE<br>39 WANG CHIU ROAD |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| | |
|---|---|
| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION. FOR RELEASE OF CARGO<br>PLEASE CONTACT |
| CIRCUIT CITY STORES, INC.<br>DR1/INTL. LOGISTICS/4TH FLOOR<br>9950 MAYLAND DR. RICHMOND VA 23233<br>UNITED STATES ATTN: JOSH PETRIE<br>TEL: 8045274000 FAX: 8045274110 | CIRCUIT CITY STORES, INC.<br>DISTRIBUTION CENTER #717 501<br>SO. CHERYL LANE WALNUT, CA 91789<br>UNITED STATES<br>ATTN: JUAN LOPEZ OR KRISTINE GREER |

| INITIAL CARRIAGE | PLACE OF RECEIPT |
|---|---|
| | HONG KONG |

| EXPORT CARRIER (Vessel voyage) | PORT OF LOADING |
|---|---|
| CMA CGM HUGO V.TX493E | HONG KONG |

| PORT OF DISCHARGE | PLACE OF DELIVERY | |
|---|---|---|
| LONG BEACH, CA | LONG BEACH, CA | B/L: 6910744397 |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/<br>CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. Invoice Number: MAD081016A | 83 CTNS | P.O.# 2135943<br>SKU# VGWINTFAN<br>WLL COOLING FAN<br>1992 PCS<br><br>THE SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIAL (WPM) | 125.00 KG | .620 M3 |
| ECMU8022997  CFS/C  FS   Size | | :45      83 CTNS Seal:4799938 | 125.00 KG | .620 M3 |
| TOTALS: | | 83 CTNS | | |

| | |
|---|---|
| **REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER | FREIGHT COLLECT |

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON   10/25/08 | | | FOR CHARGES  HKD | | THIS DOCUMENT IS EXCHANGED FOR THE DOCKS RECEIPT /MATES RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS |
|---|---|---|---|---|---|
| | Originals | Copies | MISC | 200.00 | |
| Documents received | | | DOC FE | 140.00 | |
| COMMERCIAL INVOICE | 0 | 1 | THC | 55.00 | |
| PACKING LIST | 0 | 1 | CFS CH | 175.00 | |
| CERTIFICATE OF ORIGIN | 0 | 1 | ----------- | | For |
| SHIPPING DOCUMENTS RECEIPT | 0 | 1 | Total | 570.00 | |
| | | | | | BY _____ |
| | | | | | DATE ___10/27/08___ |

EXHIBIT D

Exhibit E

Date: 10/21/2008 2:17 PM  To: CHR... ...iona...  From...

TO  : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)

## APL Logistics ™

COPY -- NOT NEGOTIABLE

**ORIGINAL** FORWARDERS CARGO RECEIPT          NO. HKG481442

| SELLER (PRINCIPAL OR LICENSED) | | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | | 17 OCT 2008 | CHINA |

| CONSIGNEE (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN:INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | | EXPORT CARRIER (VESSEL,VOYAGE) | |
|---|---|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN:INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | | OOCL ROTTERDAM      45E42 | |
| | | EXPORT REFERENCE | PORT OF LOADING |
| | | | HONG KONG, HONG KONG |
| | | PORT OF DISCHARGE | FINAL DESTINATION |
| | | LONG BEACH, CA | LONG BEACH, CA |

### DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | " FREIGHT COLLECT" | |
| | | | KGS 6633.000 | CBM 63.400 |
| CIRCUIT CITY PO#2112891 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON#   OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK PO NO.2112891 SKU# VGWSSHOT QTY: 16500 PCS *** SEE ATTACHMENT PAGE 2 THRU   2 *** SHIPPERS LOAD AND COUNT EIGHT HUNDRED EIGHTY-SEVEN CTNS   ONLY | | |

| STATEMENT IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008 | AMS FEE FROM CARRI | 195.00 |
| | CONTAINER SECURITY | 47.00 |
| | FCL HNDLING FEE | 300.00 |
| | DOCUMENT ADMINISTR | 150.00 |
| | CY RCVING -96'-96 | 2855.00 |
| | TOTAL (HKD) | 3547.00 |

WE RECEIVED ____ORIGINAL ____COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPPING.

| 1 | |
|---|---|
| BENEFICIARY'S STATEMENT | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |
| #CCPIT088596184 | COPY |
| 7-POINT CONTAINER INSPECTION AFFIDAV | COPY |

APL LOGISTICS HONG KONG LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER , CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS" ) ARE ADVISED . AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

1

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY : _____

AS AGENT

# EXHIBIT E

Date: 10/21/2008 2:17 PM  To: CHRIS CHONG @ 23448813   Page: 002/002


APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE          CARGO RECEIPT              NO:HKG481442
-----------------------------------------------------------------------------

    CIRCUIT CITY        62 CTNS  PS3 CHARGER CABLE
PO#2112892                      PO NO.2112892
CIRCUIT CITY MODEL             SKU# VGP3ULINK
(SKU)#VGP3ULINK                QTY: 1240 PCS
UNIT COUNT PER
CARTON 20 PIECES               ALSO NOTIFY PARTY:
CARTON#  OF                    EXPEDITORS INTERNATIONAL
GROSS WEIGHT                   2550 ELLSMERE AVE.,SUITE B
POUNDS                         NORFOLK,VA 23513
CARTON DIMENSIONS              A:IRENE BARON
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

                               SHIPPER DECLARE:
                               THIS SHIPMENT DOES NOT CONTAIN
                               WOOD PACKAGING MATERIAL
                               ON BOARD DATE: OCTOBER 20,2008
                               CONTAINER#  : TGHU9477310
                               SEAL#       : OOLM591727
                               BILL OF LADING: OOLU3039502220
                               PLACE OF RECEIPT: HONG KONG, HONG KONG

-----------------------------------------------------------------------------

Exhibit F

Date: 10/21/2008 2:17 PM   To: CHRIS CHONG @ 852-81070315   From: Winnie Chan

TO   : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)

**APL Logistics™**

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT                    NO: HKG481442

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES, INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND, VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES, INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT, CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES, INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND, VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | OOCL ROTTERDAM   45E42 | |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | HONG KONG, HONG KONG |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS 6633.000 | CBM 63.400 |
| CIRCUIT CITY PO#2112891 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON# OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK PO NO.2112891 SKU# VGWSSHOT QTY: 16500 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU   2 *** | | |
| | | SHIPPERS LOAD AND COUNT EIGHT HUNDRED EIGHTY-SEVEN CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | |
|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI        195.00 |
| DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008 | CONTAINER SECURITY        47.00 |
| | FCL HNDLING FEE          300.00 |
| | DOCUMENT ADMINISTR       150.00 |
| | CY RCVING -96'-96       2855.00 |
| | TOTAL (HKD)             3547.00 |

WE RECEIVED __ ORIGINAL __ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME

| | |
|---|---|
| BENEFICIARY'S STATEMENT | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |
| #CCPIT088596184 | COPY  1 |
| 7-POINT CONTAINER INSPECTION AFFIDAV | COPY |

APL LOGISTICS HONG KONG, LTD ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED . AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLI.ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY:                                    AS AGENT

**EXHIBIT F**

Date: 10/21/2008 2:17 PM  To: CHRIS CHONG @ 23448813  Page: 002/002

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                NO:HKG481442
--------------------------------------------------------------------------

     CIRCUIT CITY        62 CTNS  PS3 CHARGER CABLE
PO#2112892                       PO NO.2112892
CIRCUIT CITY MODEL               SKU# VGP3ULINK
(SKU)#VGP3ULINK                  QTY: 1240 PCS
UNIT COUNT PER
CARTON 20 PIECES                 ALSO NOTIFY PARTY:
CARTON#  OF                      EXPEDITORS INTERNATIONAL
GROSS WEIGHT                     2550 ELLSMERE AVE.,SUITE B
POUNDS                           NORFOLK,VA 23513
CARTON DIMENSIONS                A:IRENE BARON
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

                                 SHIPPER DECLARE:
                                 THIS SHIPMENT DOES NOT CONTAIN
                                 WOOD PACKAGING MATERIAL
                                 ON BOARD DATE: OCTOBER 20,2008
                                 CONTAINER#  : TGHU9477310
                                 SEAL#       : OOLM591727
                                 BILL OF LADING: OOLU3039502220
                                 PLACE OF RECEIPT: HONG KONG, HONG KONG

--------------------------------------------------------------------------
                              -  2  -

Exhibit G

Date: 10/24/2008   Time: 10:21:58 AM   FAX#: 86-755-25280754
Page: 005

TO   : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT                    NO: CIW460145

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| CONSIGNEE (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | APL SWEDEN | 062-1 |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | CHIWAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LOS ANGELES, CA | LOS ANGELES, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGL 1500.000 | CBM 10.070 |
| CIRCUIT CITY P.O. #2108394 CIRCUIT CITY MODEL (SKU)#UGP2ACA UNIT COUNT PER CARTON 12 PIECES CARTON# ___ OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __ HEIGHT MADE IN CHINA | 250 CTNS | PS2 AC ADAPTER PO NO.: 2108394   MODEL NO.: UGP2ACA NOTIFY #3: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON *** SEE ATTACHMENT PAGE 2 THRU   2 *** TWO HUNDRED FIFTY CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 2292.90 |
|---|---|---|
| CIRCUIT CITY ISSUE DATE:27 OCT2008 | | |
| | TOTAL (HKD) | 2292.90 |

WE RECEIVED __ ORIGINAL __ COPY (IES) OF THE FOLLOWING DOCUMENTS ATTACHED PLUS 02 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF ISSUE OF THE DOCUMENT AS INDICATED

COMMERCIAL INVOICE            COPY
CERTIFICATE OF ORIGIN         COPY
PACKING LIST                  COPY
SHIPPING DOCUMENT RECEIPT     COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS ("THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THE SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

1        APL LOGISTICS CHINA LTD.

BY _____
AS AGENT

EXHIBIT G

.e: 10/24/2008  Time: 12:16 PM  To: CANDY @ 25280754
                     Page: 006

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                      NO:CIW460145

--------------------------------------------------------------------------------

                    SHIPPER DECLARE:
                    THIS SHIPMENT DOES NOT CONTAIN
                    WOOD PACKAGING MATERIAL
                    ON BOARD DATE: OCTOBER 27,2008
                    CONTAINER#  : AP2U4026450
                    SEAL#       : AA1863289
                    BILL OF LADING: APLL052343206
                    PLACE OF RECEIPT: YANTIAN, CHINA
                           MISC CHARGES BREAKDOWN

                           ---------------------------------
                           AMS FEE FROM CARRI        73.80
                           CONTAINER SECURITY        53.40
                           DOCUMENT ADMINISTR       141.90
                           LCL HANDLING CHARG      1520.70
                           PORT SECURITY / OT        40.00
                           TERMINAL HANDLING        463.10
                           ---------------------------------

--------------------------------------------------------------------------------
                                  -  2 -