Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - - x

**ORDER ON DEBTORS' THIRTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION**
**OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the

Debtors' Thirty-Second Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit C attached to the Objection be reclassified for

those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that certain claimants filed

responses to the Objection; and it appearing that the relief

requested on the Objection is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reclassified to

interests for all purposes in these bankruptcy cases.

3.    The status hearing on the Objection to the claims

identified on Exhibit B as attached hereto and incorporated

herein, is hereby adjourned to November 3, 2009, at 11:00

a.m. (Eastern) or until such later time as agreed by the

parties.

4.    The Debtors' rights and abilities to object to any

claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

5.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
         _____, 2009


         _____
         HONORABLE KEVIN R. HUENNEKENS
         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\9954377

4

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6568<br>Date Filed: 01/27/2009<br>Docketed Total: $825.00<br>Filing Creditor Name and Address:<br>BAC, GREGORY J<br>ADDRESS ON FILE | Claim Holder Name and Address<br>BAC, GREGORY J   Docketed Total: $825.00<br>ADDRESS ON FILE<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                    $825.00 | Modified Total: $825.00<br><br>Case Number   Interest<br>08-35653   $825.00 |
| Claim: 8144<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BRADLEY, BRIAN<br>ADDRESS ON FILE | Claim Holder Name and Address<br>BRADLEY, BRIAN   Docketed Total: UNL<br>ADDRESS ON FILE<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                    UNL | Modified Total: $0.00<br><br>Case Number   Interest<br>08-35653   $0.00 |
| Claim: 4899<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>ADDRESS ON FILE | Claim Holder Name and Address<br>BRADLEY, THOMAS C   Docketed Total: UNL<br>ADDRESS ON FILE<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                    UNL | Modified Total: $0.00<br><br>Case Number   Interest<br>08-35653   $0.00 |
| Claim: 5209<br>Date Filed: 01/26/2009<br>Docketed Total: $329,613.18<br>Filing Creditor Name and Address:<br>CAGWIN, DANIEL<br>ADDRESS ON FILE | Claim Holder Name and Address<br>CAGWIN, DANIEL   Docketed Total: $329,613.18<br>ADDRESS ON FILE<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                    $329,613.18 | Modified Total: $329,613.18<br><br>Case Number   Interest<br>08-35653   $329,613.18 |
| Claim: 5216<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CAGWIN, DANIEL<br>ADDRESS ON FILE | Claim Holder Name and Address<br>CAGWIN, DANIEL   Docketed Total: UNL<br>ADDRESS ON FILE<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                    UNL | Modified Total: $0.00<br><br>Case Number   Interest<br>08-35653   $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5190    Filed 10/09/09    Entered 10/09/09 11:45:39    Desc Main
Document        Page 6 of 15

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 9515<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CAROLYN B TURNER<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>TURNER, CAROLYN B<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total:    **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 4605<br>Date Filed: 01/20/2009<br>Docketed Total: $94,260.00<br>Filing Creditor Name and Address:<br>ELOY FLORES SR<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>FLORES SR, ELOY<br>ADDRESS ON FILE | Docketed Total: | | **$94,260.00** | | Modified Total:    **$94,260.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$94,260.00 | Case Number<br>08-35653 | Interest<br>$94,260.00 |
| Claim: 5194<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total:    **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5196<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total:    **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5197<br>Date Filed: 01/23/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>ENGEN, WILLIAM M<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total:    **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5190    Filed 10/09/09    Entered 10/09/09 11:45:39    Desc Main
Document        Page 7 of 15

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4363<br>Date Filed:   01/22/2009<br>Docketed Total:   $63,000.00<br>Filing Creditor Name and Address:<br>  FALCONER, CARIN ELAINE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  FALCONER, CARIN ELAINE<br>  ADDRESS ON FILE | Docketed Total: | | $63,000.00 | Modified Total: | $63,000.00 |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | $63,000.00 | 08-35653 | $63,000.00 |
| Claim: 3536<br>Date Filed:   01/13/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  FRAZIER, ALDUS J<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  FRAZIER, ALDUS J<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 7608<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  GAUDETTE, TERRY L<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  GAUDETTE, TERRY L<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | UNL | | 08-35653 | $0.00 |
| Claim: 6823<br>Date Filed:   01/28/2009<br>Docketed Total:   $37,800.00<br>Filing Creditor Name and Address:<br>  GROVE, JACQUELINE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  GROVE, JACQUELINE<br>  ADDRESS ON FILE | Docketed Total: | | $37,800.00 | Modified Total: | $37,800.00 |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | $37,800.00 | | 08-35653 | $37,800.00 |
| Claim: 6272<br>Date Filed:   01/27/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  JAMES H ALDINGER<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  ALDINGER, JAMES H<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |

\*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6415<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JEAN CLAUDE GIASSON<br>ADDRESS ON FILE | Claim Holder Name and Address<br>GIASSON, JEAN CLAUDE    Docketed Total: **UNL**<br>ADDRESS ON FILE<br><br>Case Number _____ Secured _____ Priority _____ Unsecured<br>08-35653                                           UNL | Modified Total: **$0.00**<br><br>Case Number _____ Interest<br>08-35653    $0.00 |
| Claim: 5732<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JOHN AND NUHA NASER<br>ADDRESS ON FILE | Claim Holder Name and Address<br>NASER, JOHN AND NUHA    Docketed Total: **UNL**<br>ADDRESS ON FILE<br><br>Case Number _____ Secured _____ Priority _____ Unsecured<br>08-35653                                           UNL | Modified Total: **$0.00**<br><br>Case Number _____ Interest<br>08-35653    $0.00 |
| Claim: 5770<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JOSEPH DE GENNARO<br>ADDRESS ON FILE | Claim Holder Name and Address<br>DE GENNARO, JOSEPH    Docketed Total: **UNL**<br>ADDRESS ON FILE<br><br>Case Number _____ Secured _____ Priority _____ Unsecured<br>08-35653                                           UNL | Modified Total: **$0.00**<br><br>Case Number _____ Interest<br>08-35653    $0.00 |
| Claim: 4489<br>Date Filed: 01/21/2009<br>Docketed Total: $5,920.00<br>Filing Creditor Name and Address:<br>JOZEF JAWORSKI JANINA<br>JAWORSKA<br>ADDRESS ON FILE | Claim Holder Name and Address<br>JOZEF JAWORSKI JANINA    Docketed Total: **$5,920.00**<br>JAWORSKA<br>ADDRESS ON FILE<br><br>Case Number _____ Secured _____ Priority _____ Unsecured<br>08-35653                                           $5,920.00 | Modified Total: **$5,920.00**<br><br>Case Number _____ Interest<br>08-35653    $5,920.00 |
| Claim: 4479<br>Date Filed: 01/21/2009<br>Docketed Total: $422.74<br>Filing Creditor Name and Address:<br>LIL BERYL JONES<br>ADDRESS ON FILE | Claim Holder Name and Address<br>JONES, LIL BERYL    Docketed Total: **$422.74**<br>ADDRESS ON FILE<br><br>Case Number _____ Secured _____ Priority _____ Unsecured<br>08-35653                                           $422.74 | Modified Total: **$422.74**<br><br>Case Number _____ Interest<br>08-35653    $422.74 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5190    Filed 10/09/09    Entered 10/09/09 11:45:39    Desc Main
Document    Page 9 of 15

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 9437<br>Date Filed:    01/30/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total:      **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 9439<br>Date Filed:    01/30/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total:      **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 9443<br>Date Filed:    01/30/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MASCOLA, DENISE<br>  ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total:      **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 8086<br>Date Filed:    01/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MCDONALD, LAURA<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MCDONALD, LAURA<br>  ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total:      **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 6180<br>Date Filed:    01/27/2009<br>Docketed Total:      $11,295.00<br>Filing Creditor Name and Address:<br>  MCNEESE, MICHAEL<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MCNEESE, MICHAEL<br>  ADDRESS ON FILE | | Docketed Total: | **$11,295.00** | | Modified Total:      **$11,295.00** |
| | Case Number<br>08-35654 | Secured | Priority<br>$11,295.00 | Unsecured | Case Number<br>08-35654 | Interest<br>$11,295.00 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 6183<br>Date Filed:   01/27/2009<br>Docketed Total:    $3,765.00<br>Filing Creditor Name and Address:<br>  MCNEESE, MICHAEL<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MCNEESE, MICHAEL<br>  ADDRESS ON FILE | Docketed Total: | | $3,765.00 | Modified Total: | $3,765.00 |
| | Case Number<br>08-35654 | Secured | Priority<br>$3,765.00 | Unsecured | Case Number<br>08-35654 | Interest<br>$3,765.00 |
| Claim: 8356<br>Date Filed:   01/22/2009<br>Docketed Total:    $8,606.25<br>Filing Creditor Name and Address:<br>  MERCADO, STEVE<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MERCADO, STEVE<br>  ADDRESS ON FILE | Docketed Total: | | $8,606.25 | Modified Total: | $8,606.25 |
| | Case Number<br>08-35653 | Secured | Priority<br>$8,606.25 | Unsecured | Case Number<br>08-35653 | Interest<br>$8,606.25 |
| Claim: 8260<br>Date Filed:   01/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  MEREDITH, ROSAMOND D<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MEREDITH, ROSAMOND D<br>  ADDRESS ON FILE | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 7591<br>Date Filed:   01/28/2009<br>Docketed Total:    $8,567.94<br>Filing Creditor Name and Address:<br>  MM NISAR MD FACP PA<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MM NISAR MD FACP PA<br>  ADDRESS ON FILE | Docketed Total: | | $8,567.94 | Modified Total: | $8,567.94 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$8,567.94 | Case Number<br>08-35653 | Interest<br>$8,567.94 |
| Claim: 6307<br>Date Filed:   01/27/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  MOHAMMAD I UDDIN<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  MOHAMMAD I UDDIN<br>  ADDRESS ON FILE | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 8125<br>Date Filed:   01/29/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> NAY, KENT N<br> ADDRESS ON FILE | Claim Holder Name and Address<br><br> NAY, KENT N<br> ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | | Interest<br>$0.00 |
| Claim: 7031<br>Date Filed:   01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> RAMSEY, DANIEL W<br> ADDRESS ON FILE | Claim Holder Name and Address<br><br> RAMSEY, DANIEL W<br> ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | | Interest<br>$0.00 |
| Claim: 5372<br>Date Filed:   01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> RONALD E MINEARD<br> ADDRESS ON FILE | Claim Holder Name and Address<br><br> MINEARD, RONALD E<br> ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | | Interest<br>$0.00 |
| Claim: 6520<br>Date Filed:   01/23/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> SAW, JANICE H<br> ADDRESS ON FILE | Claim Holder Name and Address<br><br> SAW, JANICE H<br> ADDRESS ON FILE | | Docketed Total: | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | | Interest<br>$0.00 |
| Claim: 2444<br>Date Filed:   01/05/2009<br>Docketed Total:     $7,229.25<br>Filing Creditor Name and Address:<br> SCHEFFLER, FREDERICK L<br> ADDRESS ON FILE | Claim Holder Name and Address<br><br> SCHEFFLER, FREDERICK L<br> ADDRESS ON FILE | | Docketed Total: | **$7,229.25** | | Modified Total: | **$7,229.25** |
| | Case Number<br>08-35653 | Secured<br>$7,229.25 | Priority | Unsecured | Case Number<br>08-35653 | | Interest<br>$7,229.25 |

\*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5190    Filed 10/09/09    Entered 10/09/09 11:45:39    Desc Main
Document       Page 12 of 15

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 5397<br>Date Filed:  01/26/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>SELF, CARLA K<br>ADDRESS ON FILE | Claim Holder Name and Address<br>SELF, CARLA K<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 6148<br>Date Filed:  01/26/2009<br>Docketed Total:  $445.50<br>Filing Creditor Name and Address:<br>SESSOMS, JOHN D<br>ADDRESS ON FILE | Claim Holder Name and Address<br>SESSOMS, JOHN D<br>ADDRESS ON FILE | Docketed Total: | | **$445.50** | | Modified Total: | **$445.50** |
| | Case Number<br>08-35653 | Secured | Priority<br>$445.50 | Unsecured | Case Number<br>08-35653 | Interest<br>$445.50 |
| Claim: 6433<br>Date Filed:  01/27/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>STAN MEROVITZ<br>ADDRESS ON FILE | Claim Holder Name and Address<br>MEROVITZ, STAN<br>ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 8349<br>Date Filed:  01/22/2009<br>Docketed Total:  $15,118.41<br>Filing Creditor Name and Address:<br>STEVE MERCADO<br>ADDRESS ON FILE | Claim Holder Name and Address<br>MERCADO, STEVE<br>ADDRESS ON FILE | Docketed Total: | | **$15,118.41** | | Modified Total: | **$15,118.41** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$15,118.41 | Case Number<br>08-35653 | Interest<br>$15,118.41 |
| Claim: 5961<br>Date Filed:  01/27/2009<br>Docketed Total:  $30.00<br>Filing Creditor Name and Address:<br>STEVEN M BASS AND LORI A FORDHAM<br>ADDRESS ON FILE | Claim Holder Name and Address<br>STEVEN M BASS AND LORI A FORDHAM<br>ADDRESS ON FILE | Docketed Total: | | **$30.00** | | Modified Total: | **$30.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$30.00 | Case Number<br>08-35653 | Interest<br>$30.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al    Case 08-35653-KRH    Doc 5190    Filed 10/09/09    Entered 10/09/09 11:45:39    Desc Main
Case No. 08-35653 (KRH)                              Document        Page 13 of 15

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of
Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 5907<br>Date Filed: 01/26/2009<br>Docketed Total: $4,231.04<br>Filing Creditor Name and Address:<br>STOOKSBURY, JEANIE M<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>STOOKSBURY, JEANIE M<br>ADDRESS ON FILE | | Docketed Total: | $4,231.04 | | Modified Total: $4,231.04 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | $4,231.04 | | | 08-35653 | $4,231.04 |
| Claim: 4761<br>Date Filed: 01/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>STRAUSS, DAVID ROBERT<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>STRAUSS, DAVID ROBERT<br>ADDRESS ON FILE | | Docketed Total: | UNL | | Modified Total: $0.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 5675<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | | Docketed Total: | UNL | | Modified Total: $0.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 5678<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | | Docketed Total: | UNL | | Modified Total: $0.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4399<br>Date Filed: 01/22/2009<br>Docketed Total: $2,434.00<br>Filing Creditor Name and Address:<br>THROCKMORTON, CAROLYN J<br>ADDRESS ON FILE | Claim Holder Name and Address<br><br>THROCKMORTON, CAROLYN J<br>ADDRESS ON FILE | | Docketed Total: | $2,434.00 | | Modified Total: $2,434.00 |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $2,434.00 | 08-35653 | $2,434.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 8004<br>Date Filed:   01/29/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  TROXELL, LESLIE J<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  TROXELL, LESLIE J<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total: **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 8005<br>Date Filed:   01/29/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  TROXELL, LESLIE J<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  TROXELL, LESLIE J<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total: **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 4340<br>Date Filed:   01/22/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  UKMAN, CRAIG W<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  UKMAN, CRAIG W<br>  ADDRESS ON FILE | Docketed Total: | | **UNL** | | Modified Total: **$0.00** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | UNL | 08-35653 | $0.00 |
| Claim: 13018<br>Date Filed:   05/15/2009<br>Docketed Total:   $49,198.51<br>Filing Creditor Name and Address:<br>  ZIMM, ALAN & HALINA<br>  ADDRESS ON FILE | Claim Holder Name and Address<br><br>  ZIMM, ALAN & HALINA<br>  ADDRESS ON FILE | Docketed Total: | | **$49,198.51** | | Modified Total: **$49,198.51** |
| | Case Number | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | $49,198.51 | | | 08-35653 | $49,198.51 |
| | | | | | **Total Claims To Be Modified: 49**<br><br>**Total Amount As Docketed:**     $642,761.82<br><br>**Total Amount As Modified:**     $642,761.82 | |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Adjourned**

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEVEN F DRAXLER ADDRESS ON FILE | 6955 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,440.00<br><br><br><br>$5,440.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VINCENT E RHYNES ADDRESS ON FILE | 4515 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WARREN, ELIZABETH R ADDRESS ON FILE | 4374 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WARREN, ELIZABETH R ADDRESS ON FILE | 4375 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**      **4**                    **$5,440.00**

* "UNL" denotes an unliquidated claim.