Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' THIRTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (MODIFICATION
AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Thirty-Third Omnibus Objection to Claims

(Modification and/or Reclassification of Certain Claims)

(the "Objection"), which requested, among other things, that

the claims specifically identified on Exhibit C attached to

the Objection be reclassified and/or modified for those
reasons set forth in the Objection; and it appearing that
due and proper notice and service of the Objection as set
forth therein was good and sufficient and that no other
further notice or service of the Objection need be given;
and it further appearing that certain claimants filed
responses to the Objection; and it appearing that the relief
requested on the Objection is in the best interest of the
Debtors, their estates and creditors and other parties-in-
interest; and after due deliberation thereon good and
sufficient cause exists for the granting of the relief as
set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.    The Objection is GRANTED.

     2.    The Claims identified on Exhibit A as attached
hereto and incorporated herein, are forever modified and/or
reclassified as set forth on Exhibit A for all purposes in
these bankruptcy cases.

     3.    The status hearing on the Objection to the claims
identified on Exhibit B as attached hereto and incorporated
herein, is hereby adjourned to November 3, 2009, at 11:00
a.m. (Eastern) or until such later time as agreed by the
parties.

4.   The Objection to the claim identified on Exhibit C as attached hereto and incorporated herein, is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claim identified on Exhibit C on any grounds and bases are hereby preserved in their entirety.

5.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
        _____, 2009


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          /s/ Douglas M. Foley
                          Douglas M. Foley


\9954831

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12378**
Date Filed: 04/22/2009
Docketed Total: $783,783.48
Filing Creditor Name and Address:
13630 VICTORY BOULEVARD LLC
BRONWEN PRICE
2600 MISSION ST STE 206
SAN MARINO, CA 91108

Claim Holder Name and Address
13630 VICTORY BOULEVARD LLC
BRONWEN PRICE
2600 MISSION ST STE 206
SAN MARINO, CA 91108

Case Number: 08-35653
Docketed Total: $783,783.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $30,490.68 | | $753,292.80 |

Case Number: 08-35653
Modified Total: $783,783.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $783,783.48 |

---

**Claim: 7982**
Date Filed: 01/29/2009
Docketed Total: $2,231,950.96
Filing Creditor Name and Address:
ACCO BRANDS CORPORATION
WILDMAN HARROLD ALLEN &
DIXON LLP
225 W WACKER DR
CHICAGO, IL 60606

Claim Holder Name and Address
ACCO BRANDS CORPORATION
WILDMAN HARROLD ALLEN &
DIXON LLP
225 W WACKER DR
CHICAGO, IL 60606

Case Number: 08-35653
Docketed Total: $2,231,950.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | UNL | $2,231,950.96 | | UNL |

Case Number: 08-35653
Modified Total: $2,231,950.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $0.00 | | | $2,231,950.96 |

---

**Claim: 5320**
Date Filed: 01/26/2009
Docketed Total: $44.99
Filing Creditor Name and Address:
AKITOMO, ANDREA
330 W DORAN ST
GLENDALE, CA 91203-1794

Claim Holder Name and Address
AKITOMO, ANDREA
330 W DORAN ST
GLENDALE, CA 91203-1794

Case Number: 08-35654
Docketed Total: $44.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $44.99 | |

Case Number: 08-35654
Modified Total: $44.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $44.99 |

---

**Claim: 3758**
Date Filed: 01/15/2009
Docketed Total: $100.00
Filing Creditor Name and Address:
ALBA, ANNA M
6613 VANDIKE ST
PHILADELPHIA, PA 19135-2811

Claim Holder Name and Address
ALBA, ANNA M
6613 VANDIKE ST
PHILADELPHIA, PA 19135-2811

Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $100.00 | |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $100.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9695**
Date Filed:    01/30/2009
Docketed Total:    $118.00
Filing Creditor Name and Address:
  ALSOUFI, GHINA
  8294 GROGANS FERRY RD
  ATLANTA, GA 30350

Claim Holder Name and Address
  Case Number:    08-35653
  ALSOUFI, GHINA
  8294 GROGANS FERRY RD
  ATLANTA, GA 30350
  Docketed Total:    $118.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $118.00 |

Case Number:    08-35653
Modified Total:    $118.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $118.00 |

---

**Claim: 8346**
Date Filed:    01/23/2009
Docketed Total:    $201.40
Filing Creditor Name and Address:
  ANDREW KONYA
  2311 N FRONT ST
  APT 1208
  HARRISBURG, PA 17110

Claim Holder Name and Address
  Case Number:    08-35653
  KONYA, ANDREW
  2311 N FRONT ST
  APT 1208
  HARRISBURG, PA 17110
  Docketed Total:    $201.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $201.40 |  |

Case Number:    08-35653
Modified Total:    $201.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $201.40 |

---

**Claim: 12152**
Date Filed:    03/23/2009
Docketed Total:    $50,000.00
Filing Creditor Name and Address:
  BANK OF AMERICA NATIONAL
  ASSOCIATION AS SUCCESSOR BY
  MERGER TO LASALLE BANK
  NATIONAL ASSOCIATION AS
  TRUSTEE FOR
  C O CAPMARK FINANCE INC
  JOSEPH ORSATTI
  116 WELSH RD
  HORSHAM, PA 19044

Claim Holder Name and Address
  Case Number:    08-35653
  BANK OF AMERICA NATIONAL
  ASSOCIATION AS SUCCESSOR BY
  MERGER TO LASALLE BANK
  NATIONAL ASSOCIATION AS
  TRUSTEE FOR
  C O CAPMARK FINANCE INC
  JOSEPH ORSATTI
  116 WELSH RD
  HORSHAM, PA 19044
  Docketed Total:    $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $50,000.00 |  |  |

Case Number:    08-35653
Modified Total:    $50,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $50,000.00 |

---

**Claim: 9405**
Date Filed:    01/30/2009
Docketed Total:    $190.01
Filing Creditor Name and Address:
  BARR, RUTH
  4147 OVERCREST DR
  WHITTIER, CA 90601-4703

Claim Holder Name and Address
  Case Number:    08-35653
  BARR, RUTH
  4147 OVERCREST DR
  WHITTIER, CA 90601-4703
  Docketed Total:    $190.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $190.01 |  |

Case Number:    08-35653
Modified Total:    $190.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $190.01 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al Case 08-35653-KRH    Doc 5192    Filed 10/09/09    Entered 10/09/09 11:54:15    Desc Main
Case No. 08-35653 (KRH)                                Document       Page 7 of 27

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2842**
Date Filed: 01/07/2009
Docketed Total: $39.99
Filing Creditor Name and Address:
BODLE, KENNETH
8822 SVL BOX
VICTORVILLE, CA 92395-5180

Claim Holder Name and Address
BODLE, KENNETH
8822 SVL BOX
VICTORVILLE, CA 92395-5180

Case Number: 08-35654
Docketed Total: $39.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $39.99 | | |

Case Number: 08-35654
Modified Total: $39.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $39.99 |

---

**Claim: 8747**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
BOND CIRCUIT V DELAWARE
BUSINESS TRUST
THE BERKSHIRE GROUP
1 BEACON ST STE 1500
BOSTON, MA 02108

Claim Holder Name and Address
BOND CIRCUIT V DELAWARE
BUSINESS TRUST
THE BERKSHIRE GROUP
1 BEACON ST STE 1500
BOSTON, MA 02108

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | UNL |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 8676**
Date Filed: 01/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
BOND CIRCUIT VII DELAWARE
BUSINESS TRUST
THE BERKSHIRE GROUP
1 BEACON ST STE 1500
BOSTON, MA 02108

Claim Holder Name and Address
BOND CIRCUIT VII DELAWARE
BUSINESS TRUST
THE BERKSHIRE GROUP
1 BEACON ST STE 1500
BOSTON, MA 02108

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | UNL |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 5330**
Date Filed: 01/26/2009
Docketed Total: $6,510.00
Filing Creditor Name and Address:
CAREY OAKLEY & CO INC
5039 HUROP RD
SANDSTON, VA 23150

Claim Holder Name and Address
CAREY OAKLEY & CO INC
5039 HUROP RD
SANDSTON, VA 23150

Case Number: 08-35653
Docketed Total: $6,510.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,510.00 | | UNL |

Case Number: 08-35653
Modified Total: $6,510.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $6,510.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3414**
Date Filed: 01/12/2009
Docketed Total: $2,254.00
Filing Creditor Name and Address:
CARMES, BILLY JOE
19181 HWY 59
CARMESVILLE, GA 30521

Claim Holder Name and Address
CARMES, BILLY JOE
19181 HWY 59
CARMESVILLE, GA 30521

Case Number: 08-35653
Docketed Total: $2,254.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,254.00 |

Case Number: 08-35653
Modified Total: $2,254.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,254.00 |

---

**Claim: 5550**
Date Filed: 01/26/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
CAROLYN E SARVER
7446 BURNETT FIELD DR
MECHANICSVILLE, VA 23111-4928

Claim Holder Name and Address
CAROLYN E SARVER
7446 BURNETT FIELD DR
MECHANICSVILLE, VA 23111-4928

Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | |

Case Number: 08-35653
Modified Total: $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 12341**
Date Filed: 04/23/2009
Docketed Total: $116,622.26
Filing Creditor Name and Address:
COLORADO STRUCTURES INC
DBA CSI CONSTRUCTION CO
MCDONOUGH HOLLAND &
ALLEN PC
555 CAPITOL MALL 9TH FL
SACRAMENTO, CA 95814-4692

Claim Holder Name and Address
COLORADO STRUCTURES INC DBA
CSI CONSTRUCTION CO
MCDONOUGH HOLLAND & ALLEN
PC
555 CAPITOL MALL 9TH FL
SACRAMENTO, CA 95814-4692

Case Number: 08-35653
Docketed Total: $116,622.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $116,622.26 | | |

Case Number: 08-35653
Modified Total: $116,622.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $116,622.26 |

---

**Claim: 2159**
Date Filed: 01/02/2009
Docketed Total: $64,564.91
Filing Creditor Name and Address:
COMMERCIAL CONSTRUCTION
& RENOVATIONS
PO BOX 289
BYESVILLE, OH 43723

Claim Holder Name and Address
COMMERCIAL CONSTRUCTION &
RENOVATIONS
PO BOX 289
BYESVILLE, OH 43723

Case Number: 08-35653
Docketed Total: $64,564.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,040.00 | | $24,524.91 |

Case Number: 08-35653
Modified Total: $64,564.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $64,564.91 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 908**
Date Filed: 12/10/2008
Docketed Total: $115,228.74
Filing Creditor Name and Address:
CORPORATE FACILITIES GROUP INC
2000 RIVEREDGE PKWY STE 945
ATLANTA, GA 30328

Claim Holder Name and Address
CORPORATE FACILITIES GROUP INC
2000 RIVEREDGE PKWY STE 945
ATLANTA, GA 30328

Case Number: 08-35653
Docketed Total: $115,228.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,950.00 | $104,278.74 |

Case Number: 08-35653
Modified Total: $115,228.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $115,228.74 |

**Claim: 5766**
Date Filed: 01/26/2009
Docketed Total: $5,723.00
Filing Creditor Name and Address:
CWAC CUSTOM WOODWORKING AND CABINETRY LLC
2420 SMITH ST UNITE 1
KISSIMMEE, FL 34744

Claim Holder Name and Address
CWAC CUSTOM WOODWORKING AND CABINETRY LLC
2420 SMITH ST UNITE 1
KISSIMMEE, FL 34744

Case Number: 08-35653
Docketed Total: $5,723.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,723.00 | | UNL |

Case Number: 08-35653
Modified Total: $5,723.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,723.00 |

**Claim: 5852**
Date Filed: 01/26/2009
Docketed Total: $134.07
Filing Creditor Name and Address:
CZOP, JAMI LYNN
656 MONTCLAIR AVE
WENONAH, NJ 08090

Claim Holder Name and Address
CZOP, JAMI LYNN
656 MONTCLAIR AVE
WENONAH, NJ 08090

Case Number: 08-35653
Docketed Total: $134.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $134.07 | | |

Case Number: 08-35653
Modified Total: $134.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $134.07 |

**Claim: 3307**
Date Filed: 01/12/2009
Docketed Total: $74,120.49
Filing Creditor Name and Address:
D&W MASONRY INC
473 VILLAGE PARK DR
POWELL, OH 43065

Claim Holder Name and Address
D&W MASONRY INC
473 VILLAGE PARK DR
POWELL, OH 43065

Case Number: 08-35653
Docketed Total: $74,120.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $43,869.88 | | $30,250.61 |

Case Number: 08-35653
Modified Total: $74,120.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $74,120.49 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al Case 08-35653-KRH    Doc 5192    Filed 10/09/09    Entered 10/09/09 11:54:15    Desc Main
Case No. 08-35653 (KRH)                                        Document       Page 10 of 27

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3293**
Date Filed: 01/09/2009
Docketed Total: $1,664.52
Filing Creditor Name and Address:
DOMZ, SANDI
969 MOUNTAIN RIDGE RD
SANTA YNEZ, CA 93460

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| | DOMZ, SANDI 969 MOUNTAIN RIDGE RD SANTA YNEZ, CA 93460 | Docketed Total: | $1,664.52 | | | | Modified Total: | $1,664.52 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $1,664.52 | | | | | | $1,664.52 |

**Claim: 3248**
Date Filed: 01/09/2009
Docketed Total: $181.88
Filing Creditor Name and Address:
DONALD, DACUS
455 E HARDING
STANFIELD, OR 97875-0000

| | Claim Holder Name and Address | Case Number: | 08-35654 | | | | Case Number: | 08-35654 |
|---|---|---|---|---|---|---|---|---|
| | DONALD, DACUS 455 E HARDING STANFIELD, OR 97875-0000 | Docketed Total: | $181.88 | | | | Modified Total: | $181.88 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $181.88 | | | | | | | | $181.88 |

**Claim: 6756**
Date Filed: 01/28/2009
Docketed Total: $54.24
Filing Creditor Name and Address:
DREXEL, LARRY
441 BLUE POINT RD
FARMINGVILLE, NY 11738-1811

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| | DREXEL, LARRY 441 BLUE POINT RD FARMINGVILLE, NY 11738-1811 | Docketed Total: | $54.24 | | | | Modified Total: | $54.24 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $54.24 | | | | | | | $54.24 |

**Claim: 8148**
Date Filed: 01/29/2009
Docketed Total: $74,107.82
Filing Creditor Name and Address:
DWYER, CLINT
1306 MANCHESTER DR
CRYSTAL LAKE, IL 60014

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|
| | DWYER, CLINT 1306 MANCHESTER DR CRYSTAL LAKE, IL 60014 | Docketed Total: | $74,107.82 | | | | Modified Total: | $74,107.82 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $74,107.82 | | | | | | | | $74,107.82 |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3907**
Date Filed:   01/15/2009
Docketed Total:     $86.66
Filing Creditor Name and Address:
  EMERSON, ANTHEA
  2271 WEATHERFORD DR
  DELTONA, FL 32738-7814

Claim Holder Name and Address          Case Number:          08-35653
  EMERSON, ANTHEA
  2271 WEATHERFORD DR          Docketed Total:          **$86.66**
  DELTONA, FL 32738-7814

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $86.66 |

Case Number:          08-35653

Modified Total:          **$86.66**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $86.66 |

---

**Claim: 3188**
Date Filed:   01/12/2009
Docketed Total:     $100.00
Filing Creditor Name and Address:
  FAYETTEVILLE, CITY OF
  P O DRAWER D
  FAYETTEVILLE, NC 28302

Claim Holder Name and Address          Case Number:          08-35653
  FAYETTEVILLE, CITY OF
  P O DRAWER D          Docketed Total:          **$100.00**
  FAYETTEVILLE, NC 28302

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $100.00 | $0.00 | |

Case Number:          08-35653

Modified Total:          **$100.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $100.00 | |

---

**Claim: 11219**
Date Filed:   02/20/2009
Docketed Total:     $3,669.00
Filing Creditor Name and Address:
  FOREST CITY COMMERCIAL
  MANAGEMENT
  50 PUBLIC SQUARE STE 1360
  CLEVELAND, OH 44113

Claim Holder Name and Address          Case Number:          08-35653
  FOREST CITY COMMERCIAL
  MANAGEMENT          Docketed Total:          **$3,669.00**
  50 PUBLIC SQUARE STE 1360
  CLEVELAND, OH 44113

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,669.00 | | | |

Case Number:          08-35653

Modified Total:          **$3,669.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,669.00 |

---

**Claim: 3840**
Date Filed:   01/15/2009
Docketed Total:     $150.00
Filing Creditor Name and Address:
  FORREST, GREGORY K
  4309 W LASALLE ST
  TAMPA, FL 33607

Claim Holder Name and Address          Case Number:          08-35653
  FORREST, GREGORY K
  4309 W LASALLE ST          Docketed Total:          **$150.00**
  TAMPA, FL 33607

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.00 |

Case Number:          08-35653

Modified Total:          **$150.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.00 |

---

\*     "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3559**
Date Filed:   01/13/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
  FREDDIE, WILSON
  2601 NW 56TH AVE
  LAUDERHILL, FL 33313-2486

Claim Holder Name and Address

FREDDIE, WILSON
2601 NW 56TH AVE
LAUDERHILL, FL 33313-2486

Case Number:                   08-35653
Docketed Total:                      UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

Case Number:                   08-35653
Modified Total:                   $0.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $0.00 |

---

**Claim: 3644**
Date Filed:   01/13/2009
Docketed Total:     $3,600.00
Filing Creditor Name and Address:
  FREY, CHARLOTTE R
  1016 PELICAN DR
  NEW BERN, NC 28560

Claim Holder Name and Address

FREY, CHARLOTTE R
1016 PELICAN DR
NEW BERN, NC 28560

Case Number:                   08-35653
Docketed Total:                 $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,600.00 | | |

Case Number:                   08-35653
Modified Total:                 $3,600.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,600.00 |

---

**Claim: 5398**
Date Filed:   01/26/2009
Docketed Total:     $176.00
Filing Creditor Name and Address:
  GAUVIN, ANNEMARI
  1204 SOMERSET AVE
  TAUNTON, MA 02780-5033

Claim Holder Name and Address

GAUVIN, ANNEMARI
1204 SOMERSET AVE
TAUNTON, MA 02780-5033

Case Number:                   08-35653
Docketed Total:                   $176.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $176.00 | |

Case Number:                   08-35653
Modified Total:                   $176.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $176.00 |

---

**Claim: 3576**
Date Filed:   01/13/2009
Docketed Total:     $2,300.00
Filing Creditor Name and Address:
  GREETAN, JACOB
  6296 COUNTY J
  LENA, WI 54139

Claim Holder Name and Address

GREETAN, JACOB
6296 COUNTY J
LENA, WI 54139

Case Number:                   08-35653
Docketed Total:                 $2,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,300.00 | | |

Case Number:                   08-35653
Modified Total:                 $2,300.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,300.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims)  - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3064**
Date Filed: 01/09/2009
Docketed Total: $1,000.00
Filing Creditor Name and Address:
   HAYDEN, ROBERT
   8704 MIDDLE CROSS PLACE
   TAMPA, FL 33635

*Claim as Docketed:*
Claim Holder Name and Address
HAYDEN, ROBERT
8704 MIDDLE CROSS PLACE
TAMPA, FL 33635

Case Number: 08-35653
Docketed Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,000.00 | | |

*Claim as Modified:*
Case Number: 08-35653
Modified Total: $1,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,000.00 |

---

**Claim: 4486**
Date Filed: 01/21/2009
Docketed Total: $20,000.00
Filing Creditor Name and Address:
   JAMES D WESTBROOK AND
   KATHRYN E WESTBROOK
   232 PHEASAN WAY
   FOUNTAIN INN, SC 29644

*Claim as Docketed:*
Claim Holder Name and Address
WESTBROOK, JAMES D & KATHRYN E
232 PHEASANT WAY
FOUNTAIN INN, SC 29644

Case Number: 08-35653
Docketed Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $10,000.00 | $10,000.00 | |

*Claim as Modified:*
Case Number: 08-35653
Modified Total: $20,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $20,000.00 |

---

**Claim: 7072**
Date Filed: 01/28/2009
Docketed Total: $195.00
Filing Creditor Name and Address:
   JIM GATTERLARO
   12 LINNEA LN
   NORTH CHILI, NY 14514

*Claim as Docketed:*
Claim Holder Name and Address
GATTLARO, JIM
12 LINNEA LN
NORTH CHILI, NY 14514

Case Number: 08-35653
Docketed Total: $195.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $195.00 | |

*Claim as Modified:*
Case Number: 08-35653
Modified Total: $195.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $195.00 |

---

**Claim: 3153**
Date Filed: 01/12/2009
Docketed Total: $29.87
Filing Creditor Name and Address:
   KIM, SUE
   349 OPHELIA ST
   PITTSBURGH, PA 15213-4254

*Claim as Docketed:*
Claim Holder Name and Address
KIM, SUE
349 OPHELIA ST
PITTSBURGH, PA 15213-4254

Case Number: 08-35653
Docketed Total: $29.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $29.87 | | |

*Claim as Modified:*
Case Number: 08-35653
Modified Total: $29.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $29.87 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3217**
Date Filed: 01/09/2009
Docketed Total: $294.98
Filing Creditor Name and Address:
LARACUENTI, APRIL
90 ALBERT RD
VALLEY STREAM, NY 11580

Claim Holder Name and Address:  Case Number: 08-35653
LARACUENTI, APRIL
90 ALBERT RD  Docketed Total: $294.98
VALLEY STREAM, NY 11580

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294.98 |

Case Number: 08-35653
Modified Total: $294.98

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $294.98 |

---

**Claim: 2611**
Date Filed: 01/09/2009
Docketed Total: $55.46
Filing Creditor Name and Address:
LARSON, LYNNAE
70 GAYLORD ST APT 210
BRISTOL, CT 06010-5642

Claim Holder Name and Address:  Case Number: 08-35653
LARSON, LYNNAE
70 GAYLORD ST APT 210  Docketed Total: $55.46
BRISTOL, CT 06010-5642

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27.73 | $27.73 | |

Case Number: 08-35653
Modified Total: $55.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $55.46 |

---

**Claim: 14211**
Date Filed: 06/30/2009
Docketed Total: $38,943,015.44
Filing Creditor Name and Address:
LG ELECTRONICS USA INC
WILEY REIN LLP
7925 JONES BRANCH DR STE 6200
MCLEAN, VA 22102

Claim Holder Name and Address:  Case Number: 08-35653
LG ELECTRONICS USA INC
WILEY REIN LLP  Docketed Total: $38,943,015.44
7925 JONES BRANCH DR STE 6200
MCLEAN, VA 22102

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $38,943,015.44 | | | |

Case Number: 08-35653
Modified Total: $38,943,015.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $38,943,015.44 |

---

**Claim: 6742**
Date Filed: 01/28/2009
Docketed Total: $305.00
Filing Creditor Name and Address:
LIGHTFOOT, LARRY
1329 LONGFELLOW DR
CLARKSVILLE, IN 47129

Claim Holder Name and Address:  Case Number: 08-35653
LIGHTFOOT, LARRY
1329 LONGFELLOW DR  Docketed Total: $305.00
CLARKSVILLE, IN 47129

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $305.00 | |

Case Number: 08-35653
Modified Total: $305.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $305.00 |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al Case 08-35653-KRH    Doc 5192    Filed 10/09/09    Entered 10/09/09 11:54:15    Desc Main
Case No. 08-35653 (KRH)                                    Document        Page 15 of 27    Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3040**
Date Filed: 01/09/2009
Docketed Total: $99.61
Filing Creditor Name and Address:
LIONETTI, PAUL
9 KYLE DR
PHILLIPSBURG, NJ 08865-7309

Claim Holder Name and Address          Case Number: 08-35653
LIONETTI, PAUL                         Docketed Total: $99.61
9 KYLE DR
PHILLIPSBURG, NJ 08865-7309

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $99.61 |

Case Number: 08-35653
Modified Total: $99.61

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $99.61 |

---

**Claim: 4336**
Date Filed: 01/22/2009
Docketed Total: $1,799,467.92
Filing Creditor Name and Address:
MARYL PACIFIC CONSTRUCTION
INC
O CONNOR PLAYDON & GUBEN
LLC
773 BISHOP ST STE 2400
HONOLULU, HI 96813

Claim Holder Name and Address          Case Number: 08-35653
MARYL PACIFIC CONSTRUCTION            Docketed Total: $1,799,467.92
INC
O CONNOR PLAYDON & GUBEN
LLC
773 BISHOP ST STE 2400
HONOLULU, HI 96813

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,799,467.92 | | |

Case Number: 08-35653
Modified Total: $1,799,467.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,799,467.92 |

---

**Claim: 7848**
Date Filed: 01/29/2009
Docketed Total: $582.96
Filing Creditor Name and Address:
MATHENY, ED
16225 JAYESS LN
NORTH FORT MYERS, FL 33917

Claim Holder Name and Address          Case Number: 08-35653
MATHENY, ED                           Docketed Total: $582.96
16225 JAYESS LN
NORTH FORT MYERS, FL 33917

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $582.96 | |

Case Number: 08-35653
Modified Total: $582.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $582.96 |

---

**Claim: 6570**
Date Filed: 01/27/2009
Docketed Total: $159.96
Filing Creditor Name and Address:
MATTSON, CLARK
2560 VALE CREST RD
GOLDEN VALLEY, MN 55422-3424

Claim Holder Name and Address          Case Number: 08-35653
MATTSON, CLARK                        Docketed Total: $159.96
2560 VALE CREST RD
GOLDEN VALLEY, MN 55422-3424

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $159.96 | |

Case Number: 08-35653
Modified Total: $159.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $159.96 |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 5564**
Date Filed: 01/23/2009
Docketed Total: $5,200.00
Filing Creditor Name and Address:
MAYA COPY REPAIR CENTER
9060 NW 162 TERRACE
MIAMI, FL 33018

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MAYA COPY REPAIR CENTER<br>9060 NW 162 TERRACE<br>MIAMI, FL 33018 | Docketed Total: | **$5,200.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $5,200.00 | | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$5,200.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $5,200.00 |

---

**Claim: 13839**
Date Filed: 06/29/2009
Docketed Total: $69.99
Filing Creditor Name and Address:
MAYNARD R AUGUSTINE
4950 78TH ST
SACRAMENTO, CA 95820

| Claim Holder Name and Address | Case Number: | 08-35654 |
|---|---|---|
| MAYNARD R AUGUSTINE<br>4950 78TH ST<br>SACRAMENTO, CA 95820 | Docketed Total: | **$69.99** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $69.99 | | |

| Case Number: | 08-35654 |
|---|---|
| Modified Total: | **$69.99** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $69.99 |

---

**Claim: 6228**
Date Filed: 01/26/2009
Docketed Total: $2,328,695.86
Filing Creditor Name and Address:
MITAC DIGITAL CORP
471 EL CAMINO REAL
SANTA CLARA, CA 95050

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MITAC DIGITAL CORP<br>471 EL CAMINO REAL<br>SANTA CLARA, CA 95050 | Docketed Total: | **$2,328,695.86** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,328,695.86 | | UNL |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$2,328,695.86** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $115,782.56 | | $2,212,913.30 |

---

**Claim: 6010**
Date Filed: 01/27/2009
Docketed Total: $423.40
Filing Creditor Name and Address:
ONORATO, MICHAEL J
1519 DURAN CIRCLE
SALINAS, CA 93906

| Claim Holder Name and Address | Case Number: | 08-35654 |
|---|---|---|
| ONORATO, MICHAEL J<br>1519 DURAN CIRCLE<br>SALINAS, CA 93906 | Docketed Total: | **$423.40** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $423.30 | | $0.10 |

| Case Number: | 08-35654 |
|---|---|
| Modified Total: | **$423.40** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $423.40 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 4667**
Date Filed: 01/16/2009
Docketed Total: $13,039.90
Filing Creditor Name and Address:
  PR MECHANICAL
  630 RESEARCH RD
  RICHMOND, VA 23236

Claim Holder Name and Address
PR MECHANICAL
630 RESEARCH RD
RICHMOND, VA 23236

Case Number: 08-35653
Docketed Total: $13,039.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,039.90 | | |

Case Number: 08-35653
Modified Total: $13,039.90

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,039.90 |

---

**Claim: 3809**
Date Filed: 01/15/2009
Docketed Total: $1,090.00
Filing Creditor Name and Address:
  PREFERRED INSULATION
  CONTRACTORS INC
  1678 S LEWIS ST
  ANAHEIM, CA 92805

Claim Holder Name and Address
PREFERRED INSULATION
CONTRACTORS INC
1678 S LEWIS ST
ANAHEIM, CA 92805

Case Number: 08-35653
Docketed Total: $1,090.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,090.00 | | UNL |

Case Number: 08-35653
Modified Total: $1,090.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,090.00 |

---

**Claim: 3495**
Date Filed: 01/13/2009
Docketed Total: $100.00
Filing Creditor Name and Address:
  PRYOR, STEPHEN
  1515 CUTHILL WAY
  CASSELBERRY, FL 32707

Claim Holder Name and Address
PRYOR, STEPHEN
1515 CUTHILL WAY
CASSELBERRY, FL 32707

Case Number: 08-35653
Docketed Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $100.00 | | |

Case Number: 08-35653
Modified Total: $100.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $100.00 |

---

**Claim: 8577**
Date Filed: 01/29/2009
Docketed Total: $9,464.74
Filing Creditor Name and Address:
  PUNCH INTEGRATED
  COMMUNICATIONS INC
  605 BOXWOOD DR
  CAMBRIDGE, ON N3E 1A5
  CANADA

Claim Holder Name and Address
PUNCH INTEGRATED
COMMUNICATIONS INC
605 BOXWOOD DR
CAMBRIDGE, ON N3E 1A5
CANADA

Case Number: 08-35653
Docketed Total: $9,464.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $8,929.00 | | $535.74 |

Case Number: 08-35653
Modified Total: $9,464.74

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,464.74 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2941**
Date Filed:   01/08/2009
Docketed Total:   $3,120.84
Filing Creditor Name and Address:
  QUALITY CONCRETE OF
  ATLANTA INC
  2910 PEACHTREE INDUSTRIAL
  BLVD
  BUFORD, GA 30518

Claim Holder Name and Address

QUALITY CONCRETE OF ATLANTA INC
2910 PEACHTREE INDUSTRIAL BLVD
BUFORD, GA 30518

Case Number:   08-35653
Docketed Total:   $3,120.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,800.00 | | $320.84 |

Case Number:   08-35653
Modified Total:   $3,120.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,120.84 |

---

**Claim: 9508**
Date Filed:   01/29/2009
Docketed Total:   $104,422.96
Filing Creditor Name and Address:
  RIVERSIDE COUNTY TREASURER
  TAX COLLECTOR
  PO BOX 12005
  RIVERSIDE, CA 92502-2205

Claim Holder Name and Address

RIVERSIDE COUNTY TREASURER
TAX COLLECTOR
PO BOX 12005
RIVERSIDE, CA 92502-2205

Case Number:   08-35653
Docketed Total:   $104,422.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $104,422.96 | | |

Case Number:   08-35653
Modified Total:   $104,422.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $104,422.96 |

---

**Claim: 3806**
Date Filed:   01/15/2009
Docketed Total:   $13,906.00
Filing Creditor Name and Address:
  RUSSELLVILLE STEEL COMPANY
  INC
  PO BOX 1538
  RUSSELLVILLE, AR 72811

Claim Holder Name and Address

RUSSELLVILLE STEEL COMPANY INC
PO BOX 1538
RUSSELLVILLE, AR 72811

Case Number:   08-35653
Docketed Total:   $13,906.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,953.00 | $6,953.00 | |

Case Number:   08-35653
Modified Total:   $13,906.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $13,906.00 |

---

**Claim: 8448**
Date Filed:   01/30/2009
Docketed Total:   $812,861.70
Filing Creditor Name and Address:
  SCHIMENTI CONSTRUCTION
  COMPANY LLC
  650 DANBURY RD
  RIDGEFIELD, CT 06877

Claim Holder Name and Address

SCHIMENTI CONSTRUCTION COMPANY LLC
650 DANBURY RD
RIDGEFIELD, CT 06877

Case Number:   08-35653
Docketed Total:   $812,861.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $128,737.00 | | $684,124.70 |

Case Number:   08-35653
Modified Total:   $812,861.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $812,861.70 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2123**
Date Filed:   12/30/2008
Docketed Total:   $39,166.66
Filing Creditor Name and Address:
 SEA PROPERTIES I L L C
 223 RIVERVIEW DRIVE
 DANVILLE, VA 24541

Claim Holder Name and Address
SEA PROPERTIES I L L C
223 RIVERVIEW DRIVE
DANVILLE, VA 24541

Case Number:   08-35653
Docketed Total:   **$39,166.66**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $19,583.33 | $19,583.33 | |

Case Number:   08-35653
Modified Total:   **$39,166.66**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $19,583.33 | $19,583.33 |

**Claim: 9791**
Date Filed:   01/29/2009
Docketed Total:   $3,600.00
Filing Creditor Name and Address:
 SIMMS, DEREK
 1415 JONES VILLAGE RD
 HURLOCK, MD 27643

Claim Holder Name and Address
SIMMS, DEREK
1415 JONES VILLAGE RD
HURLOCK, MD 27643

Case Number:   08-35653
Docketed Total:   **$3,600.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,800.00 | $1,800.00 | |

Case Number:   08-35653
Modified Total:   **$3,600.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $3,600.00 |

**Claim: 3915**
Date Filed:   01/13/2009
Docketed Total:   $9,949.75
Filing Creditor Name and Address:
 SLICER & ASSOCIATES LLC
 PO BOX 1647
 WEST CHATHAM, MA 02669

Claim Holder Name and Address
SLICER & ASSOCIATES LLC
PO BOX 1647
WEST CHATHAM, MA 02669

Case Number:   08-35653
Docketed Total:   **$9,949.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $8,250.00 | $1,699.75 |

Case Number:   08-35653
Modified Total:   **$9,949.75**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $9,949.75 |

**Claim: 3950**
Date Filed:   01/15/2009
Docketed Total:   $305.46
Filing Creditor Name and Address:
 SMITH, LOUIS
 331 ARAMBELL DR
 PATTERSON, CA 95363

Claim Holder Name and Address
SMITH, LOUIS
331 ARAMBELL DR
PATTERSON, CA 95363

Case Number:   08-35654
Docketed Total:   **$305.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $152.73 | $152.73 | |

Case Number:   08-35654
Modified Total:   **$305.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $305.46 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al   Case 08-35653-KRH   Doc 5192   Filed 10/09/09   Entered 10/09/09 11:54:15   Desc Main
Case No. 08-35653 (KRH)                          Document      Page 20 of 27

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10193**
Date Filed: 01/30/2009
Docketed Total: $733.32
Filing Creditor Name and Address:
STANFORD, DEAN RUPERT
918 MORRIS AVE 4J
BRONX, NY 10451

Claim Holder Name and Address: Case Number: 08-35653
STANFORD, DEAN RUPERT
918 MORRIS AVE 4J
BRONX, NY 10451
Docketed Total: $733.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $733.32 | | |

Case Number: 08-35653
Modified Total: $733.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $733.32 |

**Claim: 9074**
Date Filed: 01/30/2009
Docketed Total: $167,131.35
Filing Creditor Name and Address:
STEPHEN GOULD CORPORATION
35 S JEFFERSON RD
ATTN ACCTS PAYABLE
WHIPPANY, NJ 07981

Claim Holder Name and Address: Case Number: 08-35653
STEPHEN GOULD CORPORATION
35 S JEFFERSON RD
ATTN ACCTS PAYABLE
WHIPPANY, NJ 07981
Docketed Total: $167,131.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $167,131.35 | | | |

Case Number: 08-35653
Modified Total: $167,131.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $167,131.35 |

**Claim: 9189**
Date Filed: 01/30/2009
Docketed Total: $403,425.11
Filing Creditor Name and Address:
SUN CONSTRUCTION GROUP INC
KEVIN S DALE ESQ
HENDRICK PHILLIPS SALZMAN & FLATT
230 PEACHTREE ST NW STE 2500
ATLANTA, GA 30303

Claim Holder Name and Address: Case Number: 08-35653
SUN CONSTRUCTION GROUP INC
KEVIN S DALE ESQ
HENDRICK PHILLIPS SALZMAN & FLATT
230 PEACHTREE ST NW STE 2500
ATLANTA, GA 30303
Docketed Total: $403,425.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $304,963.23 | | $98,461.88 |

Case Number: 08-35653
Modified Total: $403,425.11

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $403,425.11 |

**Claim: 5710**
Date Filed: 01/27/2009
Docketed Total: $96,324.95
Filing Creditor Name and Address:
THE PARKES COMPANIES INC
PORTER & HEDGES LLP
1000 MAIN ST 36TH FL
HOUSTON, TX 77002-0000

Claim Holder Name and Address: Case Number: 08-35653
THE PARKES COMPANIES INC
PORTER & HEDGES LLP
1000 MAIN ST 36TH FL
HOUSTON, TX 77002-0000
Docketed Total: $96,324.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $96,324.95 | | |

Case Number: 08-35653
Modified Total: $96,324.95

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $96,324.95 |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7731**
Date Filed: 01/29/2009
Docketed Total: $404,817.00
Filing Creditor Name and Address:
THE STEWART PERRY COMPANY INC
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| THE STEWART PERRY COMPANY INC BRADLEY ARANT BOULT CUMMINGS LLP 1819 5TH AVE N BIRMINGHAM, AL 35203 | Docketed Total: | $404,817.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1.00 | | $404,816.00 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $404,817.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $404,817.00 |

---

**Claim: 7802**
Date Filed: 01/29/2009
Docketed Total: $318,607.33
Filing Creditor Name and Address:
THE STEWART PERRY COMPANY INC
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5TH AVE N
BIRMINGHAM, AL 35203

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| THE STEWART PERRY COMPANY INC BRADLEY ARANT BOULT CUMMINGS LLP 1819 5TH AVE N BIRMINGHAM, AL 35203 | Docketed Total: | $318,607.33 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1.00 | | $318,606.33 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $318,607.33 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $318,607.33 |

---

**Claim: 5286**
Date Filed: 01/26/2009
Docketed Total: $283.00
Filing Creditor Name and Address:
TYSON, JULIE
371 PLAZA
ATLANTIC BCH, FL 32233-5441

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| TYSON, JULIE 371 PLAZA ATLANTIC BCH, FL 32233-5441 | Docketed Total: | $283.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $283.00 | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $283.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $283.00 |

---

**Claim: 7671**
Date Filed: 01/27/2009
Docketed Total: $65,068.08
Filing Creditor Name and Address:
UNIVERSAL REMOTE CONTROL INC RECLAMATION CREDITOR
550 MAMARONECK AVE STE 510
HARRISON, NY 10528

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| UNIVERSAL REMOTE CONTROL INC RECLAMATION CREDITOR 550 MAMARONECK AVE STE 510 HARRISON, NY 10528 | Docketed Total: | $65,068.08 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $65,068.08 | |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | $65,068.08 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $65,068.08 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7418<br>Date Filed:   01/29/2009<br>Docketed Total:      $351,573.08<br>Filing Creditor Name and Address:<br>  US SIGNS INC<br>  C O RICHARD I HUTSON<br>  12644 CHAPEL RD STE 206<br>  CLIFTON, VA 20124 | Claim Holder Name and Address         Case Number:            08-35653<br><br>US SIGNS INC<br>C O RICHARD I HUTSON<br>12644 CHAPEL RD STE 206        Docketed Total:      **$351,573.08**<br>CLIFTON, VA 20124<br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                    $272,158.23                     $79,414.85 | Case Number:            08-35653<br><br><br>Modified Total:      **$351,573.08**<br><br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                                                          $351,573.08 |
| Claim: 5526<br>Date Filed:   01/26/2009<br>Docketed Total:      $727.46<br>Filing Creditor Name and Address:<br>  VAIR, STEVEN T<br>  2701 ENVILLE COURT<br>  WAKEFOREST, NC 27587 | Claim Holder Name and Address         Case Number:            08-35653<br><br>VAIR, STEVEN T<br>2701 ENVILLE COURT        Docketed Total:      **$727.46**<br>WAKEFOREST, NC 27587<br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                    $727.46 | Case Number:            08-35653<br><br><br>Modified Total:      **$727.46**<br><br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                                                          $727.46 |
| Claim: 3835<br>Date Filed:   01/15/2009<br>Docketed Total:      $173.38<br>Filing Creditor Name and Address:<br>  VIOLA, BOUYER<br>  836 JEFFERSON AVE<br>  BROOKLYN, NY 11221-3584 | Claim Holder Name and Address         Case Number:            08-35653<br><br>VIOLA, BOUYER<br>836 JEFFERSON AVE        Docketed Total:      **$173.38**<br>BROOKLYN, NY 11221-3584<br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                                        $173.38 | Case Number:            08-35653<br><br><br>Modified Total:      **$173.38**<br><br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                                                          $173.38 |
| Claim: 5668<br>Date Filed:   01/23/2009<br>Docketed Total:      $220.00<br>Filing Creditor Name and Address:<br>  WALLS, FELICIA<br>  102 13TH ST<br>  KENTWOOD, LA 70444-2220 | Claim Holder Name and Address         Case Number:            08-35657<br><br>WALLS, FELICIA<br>102 13TH ST        Docketed Total:      **$220.00**<br>KENTWOOD, LA 70444-2220<br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                    $220.00 | Case Number:            08-35657<br><br><br>Modified Total:      **$220.00**<br><br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>                                                                                          $220.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al  Case 08-35653-KRH   Doc 5192   Filed 10/09/09   Entered 10/09/09 11:54:15   Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 23 of 27    Debtors' Thirty-Third Omnibus Objection to Claims
                                                                                         (Reclassification Of Certain Misclassified Claims) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 8718**
Date Filed: 01/30/2009
Docketed Total: $149,719.68
Filing Creditor Name and Address:
 WEC 96D LAGUNA INVESTMENT
 TRUST
 THE BERKSHIRE GROUP
 1BEACON ST STE 1500
 BOSTON, MA 02108

Claim Holder Name and Address — Case Number: 08-35653
WEC 96D LAGUNA INVESTMENT TRUST
THE BERKSHIRE GROUP
1BEACON ST STE 1500
BOSTON, MA 02108
Docketed Total: $149,719.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $0.00 | | $149,719.68 |

Case Number: 08-35653
Modified Total: $149,719.68

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $149,719.68 |

---

**Claim: 9780**
Date Filed: 01/30/2009
Docketed Total: $57,180.00
Filing Creditor Name and Address:
 WEC 96D VESTAL INVESTMENT
 TRUST
 THE BERKSHIRE GROUP
 ONE BEACON ST STE 1500
 BOSTON, MA 02108

Claim Holder Name and Address — Case Number: 08-35653
WEC 96D VESTAL INVESTMENT TRUST
THE BERKSHIRE GROUP
ONE BEACON ST STE 1500
BOSTON, MA 02108
Docketed Total: $57,180.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | UNL | $0.00 | | $57,180.00 |

Case Number: 08-35653
Modified Total: $57,180.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $0.00 | | | $57,180.00 |

---

**Claim: 1428**
Date Filed: 12/09/2008
Docketed Total: $1,137,813.12
Filing Creditor Name and Address:
 WELL FARGO TRADE CAPITAL
 FDBA WELLS FARGO CENTURY
 INC
 119 W 40TH ST
 NEW YORK, NY 10018

Claim Holder Name and Address — Case Number: 08-35653
WELL FARGO TRADE CAPITAL
FDBA WELLS FARGO CENTURY INC
119 W 40TH ST
NEW YORK, NY 10018
Docketed Total: $1,137,813.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $361,686.75 | $776,126.37 |

Case Number: 08-35653
Modified Total: $1,137,813.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,137,813.12 |

---

**Claim: 3922**
Date Filed: 01/16/2009
Docketed Total: $32,060.00
Filing Creditor Name and Address:
 WOODBRIDGE GLASS COMPANY
 INCORPORATED
 14312 JEFFERSON DAVIS HWY
 WOODBRIDGE, VA 22191

Claim Holder Name and Address — Case Number: 08-35653
WOODBRIDGE GLASS COMPANY INCORPORATED
14312 JEFFERSON DAVIS HWY
WOODBRIDGE, VA 22191
Docketed Total: $32,060.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $32,060.00 | | |

Case Number: 08-35653
Modified Total: $32,060.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $32,060.00 |

---

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims To Be Modified: 76** |
| | | **Total Amount As Docketed:**  $50,834,156.74 |
| | | **Total Amount As Modified:**  $50,834,156.74 |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) -
Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMORE CONSTRUCTION COMPANY DAVID B AMORE PRESIDENT 8409 LAUREL FAIR CIR STE 103 TAMPA, FL 33610 | 7295 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $886,062.30 $8,020.00 $894,082.30 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BELL O INTERNATIONAL CORP HENRY P BAER JR ESQ FINN DIXON & HERLING LLP 177 BROAD ST STAMFORD, CT 06901 | 7435 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $188,720.83 $233,260.22 $421,981.05 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOSTON ACOUSTICS INC JOHN HENDERSON 100 CORPORATE DR MAHWAH, NJ 07430 | 9230 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $187,454.84 $315,918.45 $503,373.29 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAINES, CYNDI CYNTHIA ANN 831 SARAH DR DECATAR, IL 62526 | 9293 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,136.75 $1,136.75 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEXMARK INTERNATIONAL INC ATTN ANDREW J LOGAN ESQ LEGAL DEPARTMENT 740 W NEW CIRCLE RD LEXINGTON, KY 40550 | 7391 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,365,658.00 $1,403,404.06 $2,769,062.06 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Thirty-Third Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Claims) -
Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCC SAN ANGELO PARTNERS LTD A TEXAS LIMITED PARTNERSHIP ATTN JOSEPH A FRIEDMAN C O KANE RUSSELL COLEMAN & LOGAN PC 3700 THANKSGIVING TOWER 1601 ELM ST DALLAS, TX 75201 | 7735 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,706.15 $911,389.17 $918,095.32 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SENSORMATIC ELECTRONICS CORPORATION C O ALVIN S GOLDSTEIN ESQ FURR & COHEN P A 2255 GLADES RD STE 337W BOCA RATON, FL 33431 | 6317 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $108,263.45 UNL $108,263.45 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHARPE PARTNERS LLC ATTN KATHY L SHARPE CEO 61 BROADWAY STE 2305 NEW YORK, NY 10006 | 6257 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $157,978.75 $87,121.25 $245,100.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:      8      $5,861,094.22

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-Third Omnibus Objection to Claims
Case No. 08-35653-KRH    (Reclassification Of Certain Misclassified Claims) -
Withdrawn

**EXHIBIT C**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER FOR BANK OF AMERICA NA SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE ADDRESS ON FILE | 13950 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $145,636.38<br><br><br><br><br><br>$145,636.38 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1              $145,636.38

* "UNL" denotes an unliquidated claim.