



**Jim Blakesley**
**Appliance Service & Repair**
319 4th Street N.W. Aitkin, MN 56431
*CALL*
**218-927-2027** TOLL FREE **1-888-450-8845**

October 3, 2009

To whom it may concern,

I have been receiving correspondence concerning Circuit Stores, Inc. bankruptcy proceedings.

To the best of my knowledge, I have never performed any services for Circuit City Stores, Inc. for which I was due compensation.

Circuit City Stores, Inc. therefore has no obligations to me and I have no obligations to them.

You may remove me from future mailings concerning this matter.

Sincerely,

Jim Blakesley

Copy: File