Kevin A. Lake, Esquire (VSB#34286)
VANDEVENTER BLACK LLP
Eighth & Main Building
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA  23218-1558
Tel: 804.237.8811
Fax: 804.237.8801
klake@vanblk.com


WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:        (562) 436-2000
Facsimile:        (562) 436-7416

Attorneys for Creditor
MADCOW INTERNATIONAL GROUP LIMITED

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | ) | Chapter 11 (jointly administered) |
| | ) | |
| Debtors. | ) | **[PROPOSED] ORDER GRANTING MADCOW INTERNATIONAL GROUP LIMITED'S MOTION FOR ENTRY OF AN ORDER GRANTING ALLOWANCE AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |
| | ) | |
| | ) | Date:  November 3, 2009 |
| | ) | Time: 11:00 A.M. |
| | ) | Place: United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219 |

Upon consideration of MADCOW INTERNATIONAL GROUP LIMITED's

("Creditor") Motion for an Order pursuant to the Court's November 13, 2008 order, 11 U.S.C. §§ 503(b) and 507(a)(2) granting allowance and payment of a priority administrative expense claim (the "Motion") filed in the bankruptcy case in the above-captioned debtors and debtors in possession, the Court finds that (i) it has jurisdiction over the matters raised in the Motion. (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and not other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due consideration upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED THAT:**

        1.    The Motion is **GRANTED**.

        2.    Madcow International Group Ltd. shall have an allowed administrative expense claim against the Debtors, Circuit City Stores, Inc., *et al.*, in the amount of $710,101.40 as an administrative expense upon the effective date of confirmation of a plan of reorganization in this case.

        3.    The Debtors are authorized and directed to pay to Madcow International Group Ltd. its allowed administrative expense claim upon the effective date of a confirmed plan reorganization.

      **IT IS SO ORDERED.**

**ENTERED** in Richmond, Virginia, this _____ day of_____, 2009.

_____
HONORABLE KEVIN R. HUENNEKENS,
BANKRUPTCY JUDGE, UNITED
STATES BANKRUPTCY COURT,
EASTERN DISTRICT OF VIRGINIA

**CERTIFICATE PURSUANT TO LOCAL RULE 9022-1(C)**

KYL_LB1216454

I hereby certify that I caused to be served a true copy of the foregoing proposed Order on

October 9, 2009 to all parties receiving notice via ECF and via ECF and/or email on the following:

Please see attached Mailing List.

/s/ Kevin A. Lake
Kevin A. Lake

KYL_LB1216454

## SERVICE LIST

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
*gregg.galardi@skadden.com*
*Ian.Fredericks@skadden.com*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
*chris.dickerson@skadden.com*

Douglas M. Foley
Dion W. Hayes
McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attorneys for Debtors
*dfoley@mcguirewoods.com*
*dhayes@mcguirewoods.com*

KYL_LB1216454