1
2
3
4

## DECLARATION OF DAVID WU

5          I, DAVID WU, declare as follows:

6          1. I am employed as ___*MANAGING DIRECTOR*___ by

7    MADCOW INTERNATIONAL GROUP LIMITED ("Creditor").

8          2. I am competent to and do testify to the matters herein on personal

9    knowledge.

10          3. Creditor is a Hong Kong based vendor who regularly sold various types of

11    consumer electronic goods ("goods") to Debtor

12          4. Creditor sold goods to the Debtor that were shipped or delivered after the

13    petition date.

14          5. Specifically, creditor shipped $710,101.40 worth of goods to the Debtor

15    after the Petition Date.  (See Exhibit "A" attached hereto).

16          6. Exhibit A attached hereto reflects true and correct copies of invoices for

17    goods shipped by Creditor to Debtor on or after the Petition Date.

18          7. The goods were ordered by Debtor through the customary procedure

19    established between Creditor and Debtor whereby Debtor would order goods and

20    Creditor would ship the goods and issue commercial invoices to Debtor for payment.

21          8. Pursuant to the invoices, payment was to be telegraphically transferred

22    from Debtor to Creditor within 60 days after vessel departure.

23          9. Time for payment has now expired.

24          10. As of the date of this motion, Debtors have not paid Creditors for any

25    portion of the value of the goods shipped or delivered after the petition date

26          11. Creditor seeks relief from this court in the amount of $710,101.40 as an

27    allowed administrative expense under Bankruptcy Code section 503(b).

28

Executed this ___*13th*___ day of April, 2009, at Kowloon, Hong Kong

- 5 -

KYL LB1218677

1

2

3

4
       I declare under penalty of perjury under the laws of California and the

5
United States that the foregoing is true and correct.

6
For and on behalf of
Madcow International Group Limited
邁 高 國 際 集 團 有 限 公 司

7
Authorized Signature(s)

8
DAVID WU

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL LB1218677