LAW OFFICES

## KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
400 OCEANGATE
LONG BEACH, CA 90802
P.O. BOX 1730
LONG BEACH, CA 90801-1730
FACSIMILE:
(562) 436-2000
FACSIMILE:
(562) 436-7416
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
*YT T. PRATT
RY ROSS
IN D. GIFFIN
...LLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON

ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*†
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER

GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN†
EVELYN A. CHRISTENSEN
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
ANGELIKI J. PAPADAKIS

STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM†
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI
JAY S. CARLSON†
NATHAN R. JASKOWIAK
JAMES A. MARISSEN
KENDRA S. CANAPE
JEREMY M. JOSEPH
JENNIFER L. MEEKER
TARA B. VOSS
JENNIFER M. PORTER
MOLLY J. HENRY†

OF COUNSEL

ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK

DAVID W. TAYLOR•
NANCY HARRISS†
FRANCES L. KEELER

•    ADMITTED IN ALASKA
†    ADMITTED IN WASHINGTON
‡    ADMITTED IN WASHINGTON & CALIFORNIA
§    ADMITTED IN ALASKA & CALIFORNIA
+    ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
¶    REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
     OF HONG KONG & ADMITTED IN NEW YORK
∗    SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
     IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

June 16, 2009

*Via Hand Delivery*

Circuit City Stores, Inc., et al.
Claims Processing Department
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

      Re:  In re Circuit City Stores, Inc., et al.
          Madcow International Group Ltd's Administrative Expense
          Request
          Our File No.:  7030-1

Dear Sir or Madam:

      We represent Madcow International Group Ltd. ("Seller"), who is a Hong Kong based vendor to Circuit City Stores, Inc. ("Debtor").

      Pursuant to the United States Bankruptcy Court for the Eastern District of Virginia's order dated May 15, 2009 establishing the June 30, 2009 administrative expense bar date, Seller hereby submits its Administrative Expense Request against **Circuit City Stores, Inc**. in the amount of **USD $710,101.40.**

## A.    FACTUAL BACKGROUND

      On November 10, 2008 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Since that time, Debtor has remained in possession of Seller's property and continues to operate its business and manage its affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

      Seller is a Hong Kong based vendor who regularly sold various types of consumer electronic goods ("Goods") to Debtor.  Seller sold USD $710, 101.40 worth

SAN FRANCISCO OFFICE
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136 - (415) 981-7729

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

Circuit City Stores, Inc., et al. Claims Processing Department
June 16, 2009
Page 2

Madcow International Group Ltd's Administrative Expense Request
Our File No.: 7030-1

of Goods to the Debtor that were delivered from November 10, 2008 through November 22, 2008, after the petition date. The Goods were ordered by Debtor through the customary procedure established between Seller and Debtor over the course of their business relationship. Pursuant to the invoices, payment was to be telegraphically transferred 60 days after vessel departure. Time for payment has now expired.

As of the date of this Request, Debtors have not paid Sellers for any portion of the value of the goods shipped or delivered after the petition date.

## B.    BASIS FOR ADMINISTRATIVE EXPENSE

On November 13, 2008, the Court granted administrative expense status to obligations arising from postpetition delivery of goods by Vendors to Debtor. Specifically, the court ordered:

> "The Vendors shall have administrative expense claims with priority under Bankruptcy Code sections 503(b) and 507(a)(2) for those undisputed obligations arising from outstanding orders relating to shipments of Goods delivered, received, and accepted by the Debtors after the Petition Date … The Debtors are authorized, but not obligated, to pay their undisputed obligations arising from the postpetition shipment or delivery of Goods by the Vendors under their practice in the ordinary course before the commencement of these chapter 11 cases."

Seller regularly sold Debtor Goods in the ordinary course of Debtor's business that were shipped or delivered after the petition date. As evidenced by the invoices and attached hereto as Exhibit "A," it is undisputed that Seller shipped USD $710,101.40 worth of Goods to the Debtor from November 10, 2008 through November 22, 2008. The Goods were ordered by Debtor through the customary procedure established between Seller and Debtor whereby Debtor would order Goods and Seller would ship the goods and issue commercial invoices to Debtor for payment. Pursuant to the invoices, payment was to be telegraphically transferred 60 days after vessel departure. As of the date of this motion, Debtors have not paid Sellers for any portion of the Goods shipped or delivered after the petition date and time for payment has now expired. Pursuant to the Court's November 13, 2008 order, because this claim is for undisputed obligations arising from the shipment or

Circuit City Stores, Inc., et al. Claims Processing Department
June 16, 2009
Page 3

       Madcow International Group Ltd's Administrative Expense Request
              Our File No.:  7030-1

delivery of Goods after the petition date, this claim must be afforded administrative
expense status with priority under Bankruptcy Code sections 503(b) and 507(a)(2).
Therefore, Seller is entitled to payment of USD $710,101.40 as an allowed
administrative expense with priority under the Bankruptcy Code.

       Please contact the undersigned immediately to make arrangements for
the payment of Seller's administrative expense in the amount of **USD $710,101.40**
as against **Circuit City Stores, Inc**.

                              Very truly yours,

                              William Collier/James Marissen
                              *james.marissen@kyl.com*

JAM: (KYL_LB1228446)
Enclosures

EXHIBIT A

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1205, 11/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

## Shipping Record (On/After Nov.10)



| Circuity City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Amount Usd | Settlement Day | Settlement Amount | Outstanding Amount |
|---|---|---|---|---|---|---|---|
| 2112891 | MAD080922A | OOLU1687624 | HKG421288 | $ 5,472.00 | | | $ 5,472.00 |
| 2108394 | MAD080922F | OOLU5756770 | HKG429787 | $ 36,950.00 | | | $ 36,950.00 |
| 2112890 | MAD080922D | OOLU5756770 | HKG429787 | $ 21,720.00 | | | $ 21,720.00 |
| 2112891 | | GESU5760150 | HKG503432 | $ 89,595.00 | | | $ 89,595.00 |
| | MAD081022A | TGHU8593949 | HKG503432 | $ 92,310.00 | | | $ 92,310.00 |
| 2108392 | MAD081028A | EISU1682991 | YAT447154 | $ 29,367.00 | | | $ 29,367.00 |
| 2112894 | MAD081031D | EISU1795703 | HKG519641 | $ 54,300.00 | | | $ 54,300.00 |
| 2112893 | MAD081031A | CBHU6309690 | HKG522940 | $ 2,736.00 | | | $ 2,736.00 |
| 2153849 | | | | $ 81,450.00 | | | $ 81,450.00 |
| 2153849 | MAD081023D | KKFU1576283 | RIN0180864 | $ 15,974.40 | | | $ 15,974.40 |
| 2124415 | MAD081031B | CBHU6291142 | RIN0180528 | $ 22,170.00 | | | $ 22,170.00 |
| 2135943 | MAD081031C | CBHU6291142 | RIN0180528 | $ 36,950.00 | | | $ 36,950.00 |
| 2147467 | MAD081030D | KKFU7117912 | RIN0180849 | $ 33,580.00 | | | $ 33,580.00 |
| | | KKFU1483956 | | $ 11,037.60 | | | $ 11,037.60 |
| 2153845 | MAD081030E | KKFU1483956 | RIN0180849 | $ 14,950.40 | | | $ 14,950.40 |
| | | | | $ 4,758.96 | | | $ 4,758.96 |
| | | | | $ 2,072.40 | | | $ 2,072.40 |
| | | | | $ 6,731.04 | | | $ 6,731.04 |
| | | | | $ 8,900.16 | | | $ 8,900.16 |
| 2106354 | MAD081030A | KKFU1294119 | YAT518949 | $ 5,115.60 | | | $ 5,115.60 |
| | | | | $ 2,820.72 | | | $ 2,820.72 |
| | | | | $ 2,974.80 | | | $ 2,974.80 |
| | | | | $ 17,413.92 | | | $ 17,413.92 |
| | | | | $ 15,974.40 | | | $ 15,974.40 |
| 2124415 | MAD081023B | TCKU2724578 | R910282189 | $ 6,095.52 | | | $ 6,095.52 |
| 2153849 | MAD081023C | TCKU2724578 | R910282189 | $ 12,264.48 | | | $ 12,264.48 |
| 2117215 | MAD081103A | EMCU3194870 | EGLV149903405692 | $ 19,305.00 | | | $ 19,305.00 |
| 2112892 | MAD081105A | FSCU4240945 | EGLV010801982798 | $ 54,300.00 | | | $ 54,300.00 |
| 2112894 | MAD081105B | FSCU4240945 | EGLV010801982798 | $ 2,812.00 | | | $ 2,812.00 |
| | | | Total sales Amount USD: | $ 710,101.40 | | | |
| | | | | | | Total Outstanding Amount USD: | $ 710,101.40 |

## EXHIBIT A

 **MADCOW** **MADCOW INTERNATIONAL GROUP LIMITED**

Unit 1005, 10/F ,Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 6916    Fax (852) 2344 6913

Invoice No : MAD080922A
Date    : 24-Sep-08
Page    : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#    : 2112891
Vendor No.    : 070827

Vessel/Voyage: OOCL HAMBURG  45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 24-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 2,880 | $1.90 | $    5,472.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    5,472.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU1687624
Seal No.: OOLM879761
Sail Date:    29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
迷 高 國 際 集 團 有 限 公 司
.............................
*Authorized Signature(s)*

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 0510    Fax (852) 2344 8513

**MADCOW**

Invoice No : MAD080922F
Date      : 27-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108394
Vendor No. : 070827

Vessel/Voyage: OOCL HAMBURG 45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|--------------|----------|-----------|----------|---------------|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGPPROKIT | PSP PRO GAMER KIT | 5,000 | $7.39 | $    36,950.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    36,950.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU5756770
Seal No.: OOLM873201
CCS#KS193513
Sail Date:    29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠 高 國 際 集 團 有 限 公 司

.................................................
Authorized Signature(s)

David Wu
Managing Director

# MADCOW INTERNATIONAL GROUP LIMITED

**MADCOW**

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8918    Fax: (852) 2344 8813

Invoice No : MAD080922D
Date       : 27-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112890
Vendor No. : 070827

Vessel/Voyage: OOCL HAMBURG  45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 4,000 | $5.43 | $ 21,720.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 21,720.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU5756770
Seal No.: OOLM873201
CCS#KS193513
Sail Date:    29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

.................................................
*Authorized Signature(s)*

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818    Fax: (852) 2344 8313

Invoice No : MAD081022A
Date       : 22-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112891
Vendor No. : 070827

Vessel/Voyage: EVER UNISON  0028-092A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 33,500 | $5.43 | $   181,905.00 |
|  | FOB HONG KONG |  |  |  |
|  |  |  | TOTAL | $     181,905.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GESU5760150; TGHU8593949
Seal No.: EMCDEA8958; EMCDEA9648
CCSC Seal.: KS193521; KS193522
Sail Date:   26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..............................................
*Authorized  Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8819    Fax: (852) 2344 8813

Invoice No : MAD081028A
Date     : 27-Oct-08
Page     : 1 of 1

**COMMERCIAL INVOICE**

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108392
Vendor No. : 070827

Vessel/Voyage: EVER USEFUL  0538-067E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSMICSTD | MICPHONE STAND | 3,012 | $9.75 | $          29,367.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $          29,367.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EISU1682991
Seal No.: EMCCSH3438
CCSC Seal.: KS193610
Sail Date:   1-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迻高國際集團有限公司

..........................................
*Authorized Signature(s)*

**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081031D
Date      : 31-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112894
Vendor No. : 070827

Vessel/Voyage: EVER SHINE  0029-025A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 10,000 | $5.43 | $    54,300.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    54,300.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EISU1795703
Seal No.: EMCDDZ2658

Sail Date:   2-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈 高 国 际 集 团 有 限 公 司

.............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818              Fax (852) 2344 8813

Invoice No : MAD081031A
Date       : 31-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2112893
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO  059E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|--------------|----------|-----------|----------|---------------|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGP3ULINK | PS3 CHARGING CABLE | 1,440 | $1.90 | $    2,736.00 |
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 15,000 | $5.43 | $   81,450.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    84,186.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6309690
Seal No.: X37679
CCSC Seal: KS193523

Sail Date:   1-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
通 高 国 际 集 团 有 限 公 司

..............................................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081023D
Date       : 23-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2153849
Vendor No. : 070827

Vessel/Voyage: ROTTERDAN BRIDGE  V.45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSKIN | Wii SILLICON SKIN | 9,984 | $1.60 | $    15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $    15,974.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date:    3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..................................
*Authorized Signature(s)*



## MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818        Fax (852) 2344 8913

Invoice No :  MAD081031B
Date        :  31-Oct-08
Page        :  1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2124415
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO  059E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 22,170.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6291142
Seal No.: U92568
Sail Date:    2-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
�518 国际集团有限公司

.............................................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818   Fax (852) 2344 8813

Invoice No : MAD081031C
Date       : 31-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2135943
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO  059E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 29-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGPPROKIT | PSP PRO GAMER KIT | 5,000 | $7.39 | $  36,950.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $  36,950.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6291142
Seal No.: U92568
Sail Date:   2-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
*Madcow International Group Limited*
迷 高 国 際 集 団 有 限 公 司

.............................................
*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2341 8818        Fax: (852) 2341 8813

Invoice No : MAD081030D
Date       : 30-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2147467
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE  45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 3,056 | $14.60 | $    44,617.60 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $    44,617.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU7117912, KKF U1483956
Seal No.: BAJ38291, BA J38302
CCSC SEAL: KSL19954, KSL199457
Sail Date:  3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
温 高 国 际 集 团 有 限 公 司

..............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818      Fax (852) 2344 8813

Invoice No : MAD081030E
Date      : 30-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2153845
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE  45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 30-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRONE | DRUM BENCH | 1,024 | $14.60 | $    14,950.40 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $    14,950.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1483956
Seal No.: BAJ38302
CCSC SEAL.: KSL199457
Sail Date:   3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
送高國際集團有限公司

..................................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, IMF, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8912

Invoice No : MAD081030A
Date       : 30-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2106354
Vendor No.: 070827

Vessel/Voyage: ROTTERDAM BRIDGE  45E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,896 | $2.31 | $ 4,379.76 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,320 | $1.42 | $ 1,874.40 |
| VGDPOWSOLN | DS POWER SOLUTION | 1,776 | $3.79 | $ 6,731.04 |
| VGP2MCONT | PS2 GAME PAD | 2,032 | $4.38 | $ 8,900.16 |
| VGPACA | PSP AC ADAPTER | 1,176 | $4.35 | $ 5,115.60 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,752 | $1.47 | $ 2,575.44 |
| VGPTCS | PSP TRAVEL CASE | 1,480 | $2.01 | $ 2,974.80 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 65,939.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1294119
Seal No.: BAJ60796
CCSC SEAL: KS193612
Sail Date:   3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠高國際集團有限公司

...................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (052) 2344 8818        Fax (052) 2344 8813

Invoice No : MAD081023B
Date        : 23-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2124415
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE  45E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $        6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $        6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date:    4-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..........................................
Authorized  Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081023C
Date      : 23-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2153849
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 4,008 | $3.06 | $     12,264.48 |
|  | FOB HONG KONG |  |  |  |
|  |  |  | TOTAL | $     12,264.48 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date:   4-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迳高润际务图有限公司

...............................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8316    Fax (852) 2344 6813

Invoice No : MAD081103A
Date    : 3-Nov-08
Page    : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#    : 2117215
Vendor No. : 070827

Vessel/Voyage: ITAL LAGUNA  0539-014E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 3-Nov-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSMICSTD | MICPHONE STAND | 1,980 | 59.75 | $      19,305.00 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $      19,305.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EMCU3194870
Seal No.: EMCCWG8316
CCSC Seal.: KS193613
Sail Date:    8-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..............................................
*Authorized Signature(s)*



## MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8810     Fax (852) 2344 8813

Invoice No : MAD081105A
Date      : 5-Nov-08
Page      : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112892
Vendor No. : 070827

Vessel/Voyage: EVER UNIFIC  0030-077A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 10,000 | $5.43 | $ 54,300.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 54,300.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: FSCU4240945
Seal No.: EMCDED2358
CCSC Seal: KS193525

Sail Date:  9-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
�003 国际集团有限公司

............................................
*Authorized Signature(s)*

 **MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081105B
Date       : 5-Nov-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2112894
Vendor No. : 070827

Vessel/Voyage: EVER UNIFIC  0030-077A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 6-Nov-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total.USD |
|---------|-------------|----------|----------------|-----------|
| VGP3ULINK | PS3 CHARGING CABLE | 1,480 | $1.90 | $    2,812.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    2,812.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: FSCU4240945
Seal No.: EMCDED2358
CCSC Seal: KS193525

Sail Date: 9-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷高國際集團有限公司

.................................
*Authorized Signature(s)*