JAM Copy

LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
*R R. BOUTIN
T T. PRATT
.Y ROSS
..N D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†

MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG

400 OCEANGATE
LONG BEACH, CA 90802
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE:
(562) 436-7416
www.kyl.com

JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN‡

EVELYN A. CHRISTENSEN
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM‡
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE B. BUSSI
JAY B. CARLSON†
NATHAN R. JASKOWIAK

OF COUNSEL
ROBERT H. LOGAN                    RICHARD L. LANDES
RICHARD A. APPELBAUM+               DAVID W. TAYLOR‡
REAR ADMIRAL, U.S.C.G. (RET.)       NANCY HARRISS‡
ELIZABETH A. KENDRICK               FRANCES L. KEELER

November 25, 2008

* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
‡ ADMITTED IN ALASKA & CALIFORNIA
§ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
+ REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
  OF HONG KONG & ADMITTED IN NEW YORK
‡ SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
  IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

## *Via Overnight Delivery*

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

cc:    Circuit City Stores, Inc
       Attn: Reginald D. Hedgebeth
       9950 Maryland Drive
       Richmond, VA 23233

cc:    Circuit City Stores, Inc.
       Attn: Daniel W. Ramsey
       9950 Maryland Drive
       Richmond, VA 23233

cc:    Skadden, Arps, Slate, Meagher &
       Flom LLP
       Attn: Sarah Baker, Esq.
       333 West Wacker Drive
       Chicago, IL 60606

cc:    McGuirewoods LLP
       Attn: Sarah B. Boem, Esq.
       One James Center
       901 E. Cary Street
       Richmond, VA 23219

Re:   In re Circuit City Stores, Inc., et al.
      Our File No: 7030-1

Dear Sir or Madam:

We represent Madcow International Group Ltd. ("Seller"), who is a Hong Kong based vendor to Circuit City Stores, Inc. ("Debtor").

The Seller has sold certain goods to the Debtor, in the ordinary course of the Debtor's business, which have not been paid for and for which the Seller retains title. This letter constitutes a notice of demand for the return of certain goods purchased by the Debtor from the Seller. Please take notice that pursuant to California Commercial Code 2702, 11 U.S.C. section 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all

SAN FRANCISCO OFFICE
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136 - (415) 981-7729

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

Circuit City Stores, Inc., et al., Claims Processing
November 25, 2008
Page 2

goods identified in the Shipping Record Summaries attached herein as Attachment A (the "Goods") currently in the Debtor's possession and delivered to the Debtor on or after September 26, 2008 (for the avoidance of doubt, the Seller is not demanding the segregation and return of the goods specified in the Seller's commercial invoice nos. MAD080625A, MAD080828A and MAD080903A). Unless the Debtor authorize the return of the Goods immediately or, alternatively, confirm that the full value of the Goods will be offered by the Debtor to the Seller as an "Allowed Reclamation Amount" pursuant to the Orders made by Judge Kevin Huennekens, United States Bankruptcy Judge, on 13 November 2008, further appropriate measures will be taken.

Furthermore, the Seller has an administrative expense claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods provided to the Debtor within the twenty (20) days immediately prior to the petition date. The Seller intends to assert its section 503(b)(9) claims for the goods delivered between October 21, 2008 and November 9, 2008. Based on the Seller's best estimate, the amount of its section 503(b)(9) claim is US$452,794.40.

Please contact the undersigned immediately to make arrangements allowing the Seller to reclaim the Goods.

We look forward to hearing from you shortly.

Very truly yours,

William Collier/James Marissen
*james.marissen@kyl.com*

JAM:tw (KYL_LB1185476)

# MADCOW INTERNATIONAL GROUP LIMITED

Suite 1805, 12/F., Tower 5 Plaza 111-112 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 9818    Fax: (852) 2344 9813

## Shipping Record (Before Oct.21 arrived US)

| Circuit City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No. | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2078474 | MAD080625A | TTNU9998789 | YAT675208 | DSL CAR ADAPTER | 07/Jul/08 | 20/Jul/08 | $ 1,397.28 |
| | | | | PSP TRAVEL CASE | | | $ 1,099.20 |
| | | | | NDSL AC ADAPTER | | | $ 3,991.68 |
| 2106344 | MAD080828A | DFSU4063171 | YAT872362 | DS POWER SOLUTION | 01/Sep/08 | 14/Sep/08 | $ 18,919.68 |
| | | | | PSP DC POWER ADAPTER, CAR ADAPTER | | | $ 1,058.40 |
| | | | | PSP TRAVEL CASE | | | $ 4,580.00 |
| | | | | WII SILICON SKIN | | | $ 17,419.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 23,961.60 |
| 2112888 | MAD080903A | APLU8978172 | HKG309780 | PS3 CHARGING CABLE | 06/Sep/08 | 20/Sep/08 | $ 3,800.00 |
| | | | | NDSL AC ADAPTER | | | $ 1,829.52 |
| 2106351 | MAD080909A | KKFU1605864 | YAT338100 | DS POWER SOLUTION | 15/Sep/08 | 28/Sep/08 | $ 19,010.64 |
| | | | | PS2 GAME PAD | | | $ 2,312.64 |
| | | | | PSP DC ADAPTER | | | $ 987.84 |
| | | | | WII SILICON SKIN | | | $ 17,419.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 6,374.40 |
| 2108394 | MAD080917A | OOLU3504764 | HKG384206 | WII COOLING FAN | 22/Sep/08 | 03/Oct/08 | $ 12,064.48 |
| 711829 | MAD080916A | OOLU9045301 | HKT8090296 | DS AND PSP 2IN1 ADAPTER | 24/Sep/08 | 11/Oct/08 | $ 15,298.80 |
| 2106352 | MAD080922B1 | CBHU1633514 | YAT428968 | WII SILICON SKIN | 28/Sep/08 | 12/Oct/08 | $ 8,880.00 |
| 2116879 | MAD080925A | GATU1128905 | HKG437499 | PSP PRO GAMER KIT | 06/Oct/08 | 17/Oct/08 | $ 75,168.00 |
| | | | | WII COOLING FAN | | | $ 22,170.00 |
| | | | | PS2 MULTILAYER ADAPTER | | | $ 36,720.00 |
| 2108392 | MAD080922E | CBHU6313724 | YAT434024 | WII DANCE PAD | 05/Oct/08 | 19/Oct/08 | $ 6,148.80 |
| | | CBHU6119853 | | | | | $ 26,208.00 |
| | | TRLU4665070 | | | | | $ 26,208.00 |
| | | TTNU4593999 | | | | | $ 26,208.00 |
| 2112888 | MAD080922C | CBHU9604726 | YAT434024 | WII SHOOTER FOR USE WITH WIIMOTE AND NUNCHUK | 05/Oct/08 | 19/Oct/08 | $ 26,376.00 |
| | | | | NDSL AC ADAPTER | | | $ 38,010.00 |
| 2106352 | MAD080922B | CBHU1994559 | YAT428970 | NDSL DC POWER ADAPTER, CAR CHARGER | 05/Oct/08 | 19/Oct/08 | $ 9,591.12 |
| | | | | DS POWER SOLUTION | | | $ 3,373.92 |
| | | | | PS2 GAME PAD | | | $ 12,734.40 |
| | | | | PSP AC ADAPTER | | | $ 10,722.24 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 5,220.00 |
| | | | | PSP TRAVEL CASE | | | $ 2,187.36 |
| | | | | WII SILICON SKIN | | | $ 2,010.00 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 11,859.84 |
| | | | | | | | $ 15,974.40 |
| | | | | | | **Total Outstanding Amount USD:** | $ 517,484.08 |



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1008, 10/F, Figure Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818   Fax: (852) 2344 8818

## Shipping Record (On/After Oct.21, Before Nov.10)

| Circuitry City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2112888 | MAD081010C | GATU1311069 | HKG440304 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 13/Oct/08 | 24/Oct/08 | $ 27,150.00 |
| 2153788 | MAD081025A | BY AIR | HKG491210409 | PS2 GAME PAD | 27/Oct/08 | 28/Oct/08 | $ 28,522.56 |
| 2117215 | MAD081015A | TRLU5455062 | YAT456400 | DRUM BENCH | 19/Oct/08 | 31/Oct/08 | $ 26,000.00 |
| 2112891 | MAD081016C | TGHU9477310 | HKG481442 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 20/Oct/08 | 31/Oct/08 | $ 85,800.00 |
| 2112892 | MAD081016D | TGHU9477310 | HKG481442 | PS3 CHARGING CABLE | 20/Oct/08 | 31/Oct/08 | $ 2,294.00 |
| 2106353 | MAD081014A | KKFU1831901 | YAT 456142 | NDSL AC ADAPTER | 20/Oct/08 | 02/Nov/08 | $ 4,268.88 |
| | | | | NDSL DC POWER ADAPTER, CAR ADAPTER | | | $ 2,556.00 |
| | | | | DS POWER SOLUTION | | | $ 7,185.84 |
| | | | | PS2 GAME PAD | | | $ 7,078.08 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,257.92 |
| | | | | PSP TRAVEL CASE | | | $ 2,931.20 |
| | | | | WII SILICON SKIN | | | $ 7,514.00 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| 2135943 | MAD081016A | ECMU8032997 | R910280828 | WII COOLING FAN | 22/Oct/08 | 02/Nov/08 | $ 6,095.52 |
| 2153784 | MAD081025B | BY AIR | HKG491210622 | WII COOLING FAN | 04/Nov/08 | 05/Nov/08 | $ 52,050.00 |
| 2124415 | MAD081021A | EMCU8019231 | RIN0178951 | DRUM BENCH | 24/Oct/08 | 06/Nov/08 | $ 34,456.00 |
| | | EISU8068922 | | | | | $ 34,456.00 |
| 2135943 | MAD081016E | KKFU7151497 | RIN0179575 | PS2 MULTILAYER ADAPTER | 26/Oct/08 | 09/Nov/08 | $ 6,075.60 |
| | | | | PSP TRAVEL CASE | | | $ 10,050.00 |
| 2108394 | MAD081016F | APZU4026450 | CIW460145 | PS2 AC ADAPTER | 27/Oct/08 | 09/Nov/08 | $ 23,700.00 |
| 2108392 | MAD081023A | KKFU1489152 | YAT511485 | DRUM BENCH | 27/Oct/08 | 09/Nov/08 | $ 25,579.20 |
| | | KKFU1706999 | | | | | $ 25,579.20 |
| | | | | Total Outstanding Amount USD: | | | $ 452,794.40 |



**MADCOW INTERNATIONAL GROUP LIMITED**

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong.
Tel (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD080900A
Date      : 9-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2106351
Vendor No. : 070527

Vessel/Voyage: GENOA BRIDGE  42E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 9-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 792 | $2.31 | $ 1,829.52 |
| VGDPOWSOLN | DS POWER SOLUTION (AC+DC ADAPTER) | 5,016 | $3.79 | $ 19,010.64 |
| VGP2MCONT | PS2 GAMEPAD | 528 | $4.38 | $ 2,312.64 |
| VGPDCA | PSP DC ADAPTER | 672 | $1.47 | $ 987.84 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 3,984 | $1.60 | $ 6,374.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 47,928.96 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1605864
Seal No.: KLBAC60523

Sail Date:    15-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

David Wu
Managing Director



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Eastern Plaza, 1113-117 Hoi Yuen Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 0819

Invoice No : MAD080017A
Date     : 17-Sep-08
Page     : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108394
Vendor No. : 070027

Vessel/Voyage: OOCL NINGBO  43E38
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 4,008 | $3.06 | $ 12,264.48 |
| UGP2TAP4A | PS2 MULTI ADAPTER | 2,508 | $6.10 | $ 15,298.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,563.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU3504764
Seal No.: OOLM559156
Sail Date:    22-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
迅 高 國 際 集 團 有 限 公 司

.......................................................
*Authorized Signature(s)*



**MADCOW**

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong.
Tel: (852) 2344 0910      Fax: (852) 2344 0913

Invoice No : MAD080916A
Date        : 16-Sep-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To : INTERTAN CANADA LTD.
Sold To : INTERTAN CANADA LTD.
PO#     : 711829
Vendor No. : 070827

Vessel/Voyage: OOCL NEW YORK  76E38
Port of Loading: HONG KONG
Port of Destination: VANCOUVER

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 17-Sep-08 | BY SEA | LOGISTICS WORLDWIDE | HKD7.8:USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| 5819233 | DS AND PSP 2IN1 ADAPTER | 2,000 | $4.44 | S      8,880.00 |
|  | FOB HONG KONG |  |  |  |
|  |  |  | TOTAL | S      8,880.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

CONTAINER NO.: OOLU9045301
SEAL NO.: OOLM598315
SAIL DATE: 24-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
通 高 國 際 集 團 有 限 公 司

..............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8813          Fax: (852) 2344 8813

Invoice No : MAD080922B1
Date      : 25-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO  V.058E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms | | |
|---------|---------------|----------|-----------|----------|----------------|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE | | |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGW2RSKINS | WII SILICON SKIN | 43,200 | $1.74 | $     75,168.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $     75,168.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1633514
Seal No.: S92587

Sail Date:   28-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷 高 國 際 集 團 有 限 公 司

..............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8315      Fax: (852) 2344 6012

Invoice No : MAD080925A
Date       : 2-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2116879
Vendor No. : 070827

Vessel/Voyage: OOCL TIANJIN  36E40
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| UGWINTFAN | WII COOLING FAN | 12,000 | $3.06 | $ 36,720.00 |
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 1,008 | $6.10 | $ 6,148.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 65,038.80 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No : GATU1128905
Seal No.: OOLM595626
Sail Date:  6-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
遠高國際集團有限公司

•••••••••••••••••••••••••••••••••••
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818          Fax (852) 2344 8818

Invoice No : MAD080922E
Date      : 27-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWDNCPAD | WII DANCE PAD | 15,000 | $7.00 | $  105,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $  105,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6313724, CBHU6119853, TRLU4665070, TTNU4593999
Seal No.: R55369, S92494, R55348, R55283

Sail Date:    5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際美國有限公司

················
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8910        Fax: (852) 2344 8913

Invoice No : MAD080922C
Date        : 27-Sep-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112888
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI  V.57E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 7,000 | $5.43 | $      38,010.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $      38,010.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China.

Container No.: CBHU3604726
Seal No.: T09580

Sail Date:   5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迅高國際集團有限公司

·················· Authorized Signature(s)

 **MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Peninsula Plaza, 111-113 Hoi Bun Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0810    Fax (852) 2344 0812

Invoice No : MAD080922B
Date        : 25-Sep-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To     : CCS Distribution Center 0717
Sold To     : Circuit City Stores, Inc.
PO#         : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.057E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGDACA | NDSL AC ADAPTER | 4,152 | $2.31 | $ 9,591.12 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 2,376 | $1.42 | $ 3,373.92 |
| VGDPOWSOLN | DS POWER SOLUTION | 3,360 | $3.79 | $ 12,734.40 |
| VGP2MCONT | PS2 GAME PAD | 2,448 | $4.38 | $ 10,722.24 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,488 | $1.47 | $ 2,187.36 |
| VGPTCS | PSP TRAVEL CASE | 1,000 | $2.01 | $ 2,010.00 |
| VGW2RSKINS | WII SILICON SKIN | 6,816 | $1.74 | $ 11,859.84 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $ 73,673.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1994559
Seal No.: S92526

Sail Date:    5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
迈 高 国 际 集 团 有 限 公 司

.............................................
*Authorized Signature(s)*

# MADCOW INTERNATIONAL GROUP LIMITED

**MADCOW**

Unit 1005, 10/F , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8918    Fax: (852) 2344 9313

Invoice No : MAD081010C
Date        : 10-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#       : 2112888
Vendor No. : 070827

Vessel/Voyage: OOLU ASIA 18E41
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $      27,150.00 |
|  | FOB HONG KONG |  |  |  |
|  |  |  | TOTAL | $       27,150.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date:    13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
迈 高 國 際 集 團 有 限 公 司

..................................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818    Fax. (852) 2344 0813

Invoice No : MAD081025A
Date      : 25-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2153788
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:   LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP2MCONT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $   28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $   28,522.5 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

for and on behalf of
Madcow International Group Limited

Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005 10/F ,Futura Plaza ,111-112 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (052) 2344 0519        Fax (052) 2344 0913

Invoice No : MAD081015A
Date        : 15-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2117215
Vendor No.: 070827

Vessel/Voyage. OOCL ROTTERDAM 45E42
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRONE | DRUM BENTCH | 2,000 | $13.00 | $ 26,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date:   19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迱高國際集團有限公司

..........................................
Authorized Signature(s)

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Eastern Plaza, 1-1-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8919        Fax (852) 2344 8513

Invoice No : MAD081016C
Date       : 16-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112891
Vendor No. : 070827

Vessel/Voyage : OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,500 | $5.20 | $ 85,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date:    20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
滿高國際集團有限公司

.....................................
Authorized Signature(s)

**MADCOW**

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 9919      Fax (852) 2344 0813

Invoice No : MAD081016D
Date        : 16-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112892
Vendor No. : 070827

Vessel/Voyage : OOCL ROTTERDAM  45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8/USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGP3ULINK | PS3 CHARGING CABLE | 1,240 | $1.85 | $    2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date:    20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷高國際集團有限公司

.................................
*Authorized Signature(s)*

**MADCOW**

**MADCOW INTERNATIONAL GROUP LIMITED**
G/F, Flat 1 Floor, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 88xx

Invoice No : MAD081014A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2105353
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE  43E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By. | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,848 | $2.31 | $ 4,268.88 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,800 | $1.42 | $ 2,556.00 |
| VGDPOWSOLN | DS POWER SOLUTION | 1,896 | $3.79 | $ 7,185.84 |
| VGP2MCON1 | PS2 GAME PAD | 1,616 | $4.38 | $ 7,078.08 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,536 | $1.47 | $ 2,257.92 |
| VGPTCB | PSP TRAVEL CASE | 1,280 | $2.29 | $ 2,931.20 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.75 | $ 17,514.00 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1831901
Seal No.: BAJJ5317
CCSC SEAL: KS193603
Sail Date:   20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷高國際集團有限公司

*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8819        Fax (852) 2344 8313

Invoice No : MAD081016A
Date        : 16-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2135943
Vendor No : 070827

Vessel/Voyage: CMA CGM HUGO  TX493E
Port of Loading  HONG KONG
Port of Destination LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8/USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $    6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: ECMU8022997
Seal No..: 4799938
Sail Date:    21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
適高國際集團有限公司

.............................................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0810          Fax (852) 2344 0813

Invoice No : MAD081025B
Date       : 25-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:   LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms | | |
|---------|---------------|----------|-----------|----------|----------------|---|---|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure | | |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $    52,050.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $    52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210622/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷 高 國 際 貿 易 有 限 公 司

...................................................
Authorized Signature(s)

® MADCOW

**MADCOW INTERNATIONAL GROUP LIMITED**

Unit 1005, 10/F ,Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8018        Fax (852) 2344 8810

Invoice No : MAD081021A
Date        : 21-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2124415
Vendor No.: 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 4,720 | $14.60 | $    68,912.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $    68,912.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date:     25-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
滿 氏 國 際 有 限 公 司

Authorised Signature(s)



## MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016E
Date        : 16-Oct-08
Page        : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2135943
Vendor No : 070827

Vessel/Voyage: LONG BEACH BRIDGE  49E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|--------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 996 | $6.10 | $ 6,075.60 |
| VGPTCS | PSP TRAVEL CASE | 5,000 | $2.01 | $ 10,050.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 16,125.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date:   26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迢高國際集團有限公司

.....................................
*Authorized Signature(x)*

**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 1GF , Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8618      Fax (862) 2344 8615

Invoice No : MAD081016F
Date      : 16-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108394
Vendor No. : 070827

Vessel/Voyage: APL SWEDEN  062-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2ACA | PS2 AC ADAPTER | 3,000 | $7.90 | $    23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $     23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date:   27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
适高 國際集團有限公司

.............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0316    Fax (852) 2344 0813

Invoice No : MAD081023A
Date : 23-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: LONG BEACH BRIDGE  49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRONE | DRUM BENTCH | 3,504 | $14.60 | $  51,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $  51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal.: KS193608; KS193609
Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
送 品 國 際 集 團 有 限 公 司

..............................................
Authorized Signature(s)