

**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8618    Fax: (852) 2344 8612

## Shipping Record (Before Oct.21 arrived US)

| Circuity City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2078474 | MAD080625A | TTNU9998789 | YAT675208 | DSL CAR ADAPTER | 07/Jul/08 | 20/Jul/08 | $ 1,397.28 |
| | | | | PSP TRAVEL CASE | | | $ 1,099.20 |
| | | | | NDSL AC ADAPTER | | | $ 3,991.68 |
| | | | | DS POWER SOLUTION | | | $ 18,919.68 |
| 2106344 | MAD080828A | DFSU4063171 | YAT872362 | PSP DC POWER ADAPTER, CAR ADAPTER | 01/Sep/08 | 14/Sep/08 | $ 1,058.40 |
| | | | | PSP TRAVEL CASE | | | $ 4,580.00 |
| | | | | WII SILICON SKIN | | | $ 17,413.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 23,961.60 |
| 2112888 | MAD080903A | APLU8978172 | HKG309780 | PS3 CHARGING CABLE | 06/Sep/08 | 20/Sep/08 | $ 3,800.00 |
| | | | | NDSL AC ADAPTER | | | $ 1,829.52 |
| | | | | DS POWER SOLUTION | | | $ 19,010.64 |
| 2106351 | MAD080909A | KKFU1605864 | YAT338100 | PS2 GAME PAD | 15/Sep/08 | 28/Sep/08 | $ 2,312.64 |
| | | | | PSP DC ADAPTER | | | $ 987.84 |
| | | | | WII SILICON SKIN | | | $ 17,413.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 6,374.40 |
| 2108394 | MAD080917A | OOLU3504764 | HKG384206 | WII COOLING FAN | 22/Sep/08 | 03/Oct/08 | $ 12,264.48 |
| | | | | PS2 MULTI ADAPTER | | | $ 15,298.80 |
| 711829 | MAD080916A | OOLU9045301 | HKTRT8090296 | DS AND PSP 2IN1 ADAPER | 24/Sep/08 | 11/Oct/08 | $ 8,880.00 |
| 2106352 | MAD080922B1 | CBHU1633514 | YAT428968 | WII SILICON SKIN | 28/Sep/08 | 12/Oct/08 | $ 75,168.00 |
| 2116879 | MAD080925A | GATU1128905 | HKG497499 | PSP PRO GAMER KIT | 06/Oct/08 | 17/Oct/08 | $ 22,170.00 |
| | | | | WII COOLING FAN | | | $ 36,720.00 |
| | | | | PS2 MULTILAYER ADAPTER | | | $ 6,148.80 |
| 2108392 | MAD080922E | CBHU6313724 | YAT434024 | WII DANCE PAD | 05/Oct/08 | 19/Oct/08 | $ 26,208.00 |
| | | CBHU6119853 | | | | | $ 26,208.00 |
| | | TRLU4665070 | | | | | $ 26,208.00 |
| | | TTNU4593999 | | | | | $ 26,376.00 |
| 2112888 | MAD080922C | CBHU3604726 | YAT434024 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 05/Oct/08 | 19/Oct/08 | $ 38,010.00 |
| | | | | NDSL AC ADAPTER | | | $ 9,591.12 |
| | | | | NDSL DC POWER ADAPTER, CAR CHARGER | | | $ 3,373.92 |
| | | | | DS POWER SOLUTION | | | $ 12,734.40 |
| 2106352 | MAD080922B | CBHU1994559 | YAT428970 | PS2 GAME PAD | 05/Oct/08 | 19/Oct/08 | $ 10,722.24 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,187.36 |
| | | | | PSP TRAVEL CASE | | | $ 2,010.00 |
| | | | | WII SILICON SKIN | | | $ 11,859.84 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| | | | | Total Outstanding Amount USD: | | | $ 517,484.08 |



**MADCOW INTERNATIONAL GROUP LIMITED**
邁高國際集團有限公司
Unit 5, 10/F., Futura Plaza, 111 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel.: (852) 2344 8818    Fax.: (852) 2344 8813

Invoice No : MAD080625A
Date       : 25-Jun-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To     : CCS Distribution Center 0717
Sold To     : Circuit City Stores, Inc.
PO#         : 2076474
Vendor No.  : 070827

Vessel/Voyage: COSCO HAMBURG/051E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Jun-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | OA 60 Days |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDDCA | DSL CAR ADAPTER | 984 | $1.42 | $ 1,397.28 |
| VGPTCS | PSP TRAVEL CASE | 480 | $2.29 | $ 1,099.20 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $ 2,496.48 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: TTNU9998789
Seal No.: P00750
Sail Date:   7-Jul-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0818    Fax: (852) 2344 0813

Invoice No: MAD080828A
Date      : 28-Aug-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2106344
Vendor No.: 070827

Vessel/Voyage: CHICAGO BRIDGE/45E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 28-Aug-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,728 | $2.31 | $ 3,991.68 |
| VGDPOWSOLN | DS POWER SOLUTION (AC+DC ADAPTER) | 4,992 | $3.79 | $ 18,919.68 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER (BLACK) | 720 | $1.47 | $ 1,058.40 |
| VGPTCS | PSP TRAVEL CASE | 2,000 | $2.29 | $ 4,580.00 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 14,976 | $1.60 | $ 23,961.60 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 69,925.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: DFSU4053171
Seal No.: YMLY013319
CCS Seal No.: KS193398
Sail Date: 1-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
For and on behalf
Madcow International Group Limited
*Authorized Signature(s)*

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 9813

Invoice No : MAD080903A
Date       : 3-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112888
Vendor No. : 070827

Vessel/Voyage: APL HOLLAND 170-1
Port of Loading: HONG KONG
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 3-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 2,000 | $1.90 | $ 3,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 3,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: APLU8978172
Seal No.: AA2467192
Sail Date:   6-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818   Fax (852) 2344 8813

Invoice No : MAD080909A
Date : 9-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106351
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE 42E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 9-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 792 | $2.31 | $ 1,829.52 |
| VGDPOWSOLN | DS POWER SOLUTION (AC+DC ADAPTER) | 5,016 | $3.79 | $ 19,010.64 |
| VGP2MCONT | PS2 GAMEPAD | 528 | $4.38 | $ 2,312.64 |
| VGPDCA | PSP DC ADAPTER | 672 | $1.47 | $ 987.84 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 3,984 | $1.60 | $ 6,374.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 47,928.96 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baolian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: KKFU1605864
Seal No.: KLBAC80523

Sail Date: 15-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8018    Fax: (852) 2344 2213

Invoice No : MAD080917A
Date : 17-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2108394
Vendor No. : 070627

Vessel/Voyage: OOCL NINGBO 43E38
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 4,008 | $3.06 | $ 12,264.48 |
| UGP2TAP4A | PS2 MULTI ADAPTER | 2,508 | $6.10 | $ 15,298.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,563.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU3504764
Seal No.: OOLM559156
Sail Date:   22-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
遠高國際集團有限公司

...............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 9310    Fax (852) 2344 0313

Invoice No : MAD080916A
Date : 16-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : INTERTAN CANADA LTD.
Sold To : INTERTAN CANADA LTD.
PO# : 711829
Vendor No. : 070827

Vessel/Voyage: OOCL NEW YORK 76E38
Port of Loading: HONG KONG
Port of Destination: VANCOUVER

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | LOGISTICS WORLDWIDE | HKD7.8:USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| 5819233 | DS AND PSP 2IN1 ADAPTER | 2,000 | $4.44 | $ 8,880.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 8,880.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

CONTAINER NO.: OOLU9045301
SEAL NO.: OOLM598315
SAIL DATE: 24-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
邁高國際集團有限公司

..................................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8813    Fax: (852) 2344 8813

Invoice No: MAD080922B1
Date      : 25-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2106352
Vendor No.: 070827

Vessel/Voyage: COSCO QINGDAO V.058E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGW2RSKINS | WII SILICON SKIN | 43,200 | $1.74 | $ 75,168.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 75,168.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: CBHU1633514
Seal No.: S92587

Sail Date: 28-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

..................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8313   Fax. (852) 2344 0813

Invoice No : MAD080925A
Date        : 2-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2116879
Vendor No. : 070827

Vessel/Voyage: OOCL TIANJIN 36E40
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| UGWINTFAN | WII COOLING FAN | 12,000 | $3.06 | $ 36,720.00 |
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 1,008 | $6.10 | $ 6,148.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 65,038.80 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1128905
Seal No.: OOLM595626
Sail Date:   6-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
莲 高 國 際 集 團 有 限 公 司

..................................................
*Authorized Signature(s)*

# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

Invoice No : MAD080922E
Date       : 27-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2108392
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWDNCPAD | WII DANCE PAD | 15,000 | $7.00 | $ 105,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 105,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6313724, CBHU6119853, TRLU4665070, TTNU4593999
Seal No.: R55369, S92494, R55348, R55283

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

..................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818   Fax (852) 2344 8813

Invoice No : MAD080922C
Date       : 27-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112888
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 7,000 | $5.43 | $ 38,010.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 38,010.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: CBHU3604726
Seal No.: T09580

Sail Date:  5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
邁高國際集團有限公司

............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0818    Fax: (852) 2344 0813

Invoice No : MAD080922B
Date : 25-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.057E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 4,152 | $2.31 | $ 9,591.12 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 2,376 | $1.42 | $ 3,373.92 |
| VGDPOWSOLN | DS POWER SOLUTION | 3,360 | $3.79 | $ 12,734.40 |
| VGP2MCONT | PS2 GAME PAD | 2,448 | $4.38 | $ 10,722.24 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,488 | $1.47 | $ 2,187.36 |
| VGPTCS | PSP TRAVEL CASE | 1,000 | $2.01 | $ 2,010.00 |
| VGW2RSKINS | WII SILICON SKIN | 6,816 | $1.74 | $ 11,859.84 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 73,673.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baolian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: CBHU1994559
Seal No.: S92526

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
邁 高 國 際 集 團 有 限 公 司

..................................................
*Authorized Signature(s)*