

**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1008, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8618    Fax: (852) 2344 9812

## Shipping Record (On/After Oct.21, Before Nov. 10)

| Circuity City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No. | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2112888 | MAD081010C | GATU1311069 | HKG440304 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 13/Oct/08 | 24/Oct/08 | $ 27,150.00 |
| 2153788 | MAD081025A | BY AIR | HKG4911210409 | PS2 GAME PAD | 27/Oct/08 | 28/Oct/08 | $ 28,522.56 |
| 2117215 | MAD081015A | TRLU5455062 | YAT456400 | DRUM BENCH | 19/Oct/08 | 31/Oct/08 | $ 26,000.00 |
| 2112891 | MAD081016C | TGHU9477310 | HKG481442 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 20/Oct/08 | 31/Oct/08 | $ 85,800.00 |
| 2112892 | MAD081016D | TGHU9477310 | HKG481442 | PS3 CHARGING CABLE | 20/Oct/08 | 31/Oct/08 | $ 2,294.00 |
| | | | | NDSL AC ADAPTER | | | $ 4,268.88 |
| | | | | NDSL DC POWER ADAPTER, CAR ADAPTER | | | $ 2,556.00 |
| | | | | DS POWER SOLUTION | | | $ 7,185.84 |
| 2106353 | MAD081014A | KKFU1831901 | YAT456142 | PS2 GAME PAD | 20/Oct/08 | 02/Nov/08 | $ 7,078.08 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,257.92 |
| | | | | PSP TRAVEL CASE | | | $ 2,931.20 |
| | | | | WII SILICON SKIN | | | $ 17,514.00 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| 2135943 | MAD081016A | ECMU8022997 | R910280828 | WII COOLING FAN | 22/Oct/08 | 02/Nov/08 | $ 6,095.52 |
| 2153784 | MAD081025B | BY AIR | HKG4911210622 | WII COOLING FAN | 04/Nov/08 | 05/Nov/08 | $ 52,050.00 |
| 2124415 | MAD081021A | EMCU8019231 / EISU8068922 | RIN0178951 | DRUM BENCH | 24/Oct/08 | 06/Nov/08 | $ 34,456.00 |
| | | | | DRUM BENCH | | | $ 34,456.00 |
| 2135943 | MAD081016E | KKFU7151497 | RIN0179575 | PS2 MULTILAYER ADAPTER | 26/Oct/08 | 09/Nov/08 | $ 6,075.60 |
| | | | | PSP TRAVEL CASE | | | $ 10,050.00 |
| 2108394 | MAD081016F | APZU4026450 | CIW460145 | PS2 AC ADAPTER | 27/Oct/08 | 09/Nov/08 | $ 23,700.00 |
| 2108392 | MAD081023A | KKFU1489152 | YAT511485 | | | | $ 25,579.20 |
| | | KKFU1706999 | | DRUM BENCH | 27/Oct/08 | 09/Nov/08 | $ 25,579.20 |
| | | | | Total Outstanding Amount USD: | | | $ 452,794.40 |



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8318    Fax: (852) 2344 8313

Invoice No : MAD081010C
Date      : 10-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112888
Vendor No.: 070827

Vessel/Voyage: OOLU ASIA 18E41
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $ 27,150.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,150.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date:    13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷 高 國 際 集 團 有 限 公 司

.................................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081025A
Date       : 25-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2153788
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:   LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP2MCONT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $ 28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 28,522.5 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED





**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

Invoice No : MAD081015A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2117215
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 2,000 | $13.00 | $ 26,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date: 19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷高國際集團有限公司

..................................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

Invoice No : MAD081016C
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112891
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,500 | $5.20 | $ 85,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
越 高 國 際 集 團 有 限 公 司

............................
Authorized Signature(s)



## MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0818    Fax: (852) 2344 8813

Invoice No : MAD081016D
Date       : 16-Oct-08
Page       : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112892
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM  45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 1,240 | $1.85 | $ 2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date:  20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迅高國際集團有限公司

..................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8018   Fax: (852) 2344 9813

Invoice No : MAD081014A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106353
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE  43E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,848 | $2.31 | $ 4,268.88 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,800 | $1.42 | $ 2,556.00 |
| VGDPOWSOLN | DS POWER SOLUTION | 1,896 | $3.79 | $ 7,185.84 |
| VGP2MCONT | PS2 GAME PAD | 1,616 | $4.38 | $ 7,078.08 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,536 | $1.47 | $ 2,257.92 |
| VGPTCS | PSP TRAVEL CASE | 1,280 | $2.29 | $ 2,931.20 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.75 | $ 17,514.00 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1831901
Seal No.: BAJ36317
CCSC SEAL: KS193603
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
瑪高國際集團有限公司

...................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8819   Fax: (852) 2344 8213

Invoice No : MAD081016A
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135943
Vendor No. : 070827

Vessel/Voyage: CMA CGM HUGO TX493E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $ 6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: ECMU8022997
Seal No.: 4799938
Sail Date: 21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
造高國際集團有限公司

.................................
Authorized Signature(s)



## MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081025B
Date       : 25-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $ 52,050.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Air Waybill No.: 4911210622/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

.................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818   Fax: (852) 2344 8813

Invoice No : MAD081021A
Date : 21-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2124415
Vendor No. : 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 4,720 | $14.60 | $ 68,912.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 68,912.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date: 25-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷 牛 國 際 集 團 有 限 公 司

Authorized Signature(s)



## MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016E
Date : 16-Oct-08
Page : 1 of 1

### COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135943
Vendor No. : 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 996 | $6.10 | $ 6,075.60 |
| VGPTCS | PSP TRAVEL CASE | 5,000 | $2.01 | $ 10,050.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 16,125.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迷 高 國 際 集 團 有 限 公 司

..................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081016F
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108394
Vendor No. : 070827

Vessel/Voyage: APL SWEDEN 062-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2ACA | PS2 AC ADAPTER | 3,000 | $7.90 | $ 23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
遠高國際集團有限公司

...............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

Invoice No : MAD081023A
Date      : 23-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108392
Vendor No.: 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 3,504 | $14.60 | $ 51,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal.: KS193608; KS193609
Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷高國際集團有限公司

.................................................
*Authorized Signature(s)*