**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

## Shipping Record (On/After Nov.10)

| Circuity City PO No | Madcow Commercial Invoice No. | Container No.: | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Amount USD | Settlement Day | Settlement Amount | Outstanding Amount |
|---|---|---|---|---|---|---|---|
| 2112891 | MAD080922A | OOLU1687624 | HKG421288 | $ 5,472.00 | | | $ 5,472.00 |
| 2108394 | MAD080922F | OOLU5756770 | HKG429787 | $ 36,950.00 | | | $ 36,950.00 |
| 2112890 | MAD080922D | OOLU5756770 | HKG429787 | $ 21,720.00 | | | $ 21,720.00 |
| 2112891 | MAD081022A | GESU5760150 | HKG503432 | $ 89,595.00 | | | $ 89,595.00 |
| 2112891 | | TGHU8593949 | | $ 92,310.00 | | | $ 92,310.00 |
| 2108392 | MAD081028A | EISU1682991 | YAT447154 | $ 29,367.00 | | | $ 29,367.00 |
| 2112894 | MAD081031D | EISU1795703 | HKG519641 | $ 54,300.00 | | | $ 54,300.00 |
| 2112893 | MAD081031A | CBHU6309690 | HKG522940 | $ 2,736.00 | | | $ 2,736.00 |
| | | | | $ 81,450.00 | | | $ 81,450.00 |
| 2153849 | MAD081023D | KKFU1576283 | RIN0180864 | $ 15,974.40 | | | $ 15,974.40 |
| 2124415 | MAD081031B | CBHU6291142 | RIN0180528 | $ 22,170.00 | | | $ 22,170.00 |
| 2135943 | MAD081031C | CBHU6291142 | RIN0180528 | $ 36,950.00 | | | $ 36,950.00 |
| 2147467 | MAD081030D | KKFU7117912 | RIN0180849 | $ 33,580.00 | | | $ 33,580.00 |
| | | KKFU1483956 | | $ 11,037.60 | | | $ 11,037.60 |
| 2153845 | MAD081030E | KKFU1483956 | | $ 14,950.40 | | | $ 14,950.40 |
| | | | | $ 4,758.96 | | | $ 4,758.96 |
| | | | | $ 2,072.40 | | | $ 2,072.40 |
| | | | | $ 6,731.04 | | | $ 6,731.04 |
| | | | | $ 8,900.16 | | | $ 8,900.16 |
| 2106354 | MAD081030A | KKFU1294119 | YAT518949 | $ 5,115.60 | | | $ 5,115.60 |
| | | | | $ 2,820.72 | | | $ 2,820.72 |
| | | | | $ 2,974.80 | | | $ 2,974.80 |
| | | | | $ 17,413.92 | | | $ 17,413.92 |
| | | | | $ 15,974.40 | | | $ 15,974.40 |
| 2124415 | MAD081023B | TCKU2724578 | R910282189 | $ 6,095.52 | | | $ 6,095.52 |
| 2153849 | MAD081023C | TCKU2724578 | R910282189 | $ 12,264.48 | | | $ 12,264.48 |
| 2117215 | MAD081103A | EMCU3194870 | EGLV149803405692 | $ 19,305.00 | | | $ 19,305.00 |
| 2112892 | MAD081105A | FSCU4240945 | EGLV01080198Z798 | $ 54,300.00 | | | $ 54,300.00 |
| 2112894 | MAD081105B | FSCU4240945 | EGLV01080198Z798 | $ 2,812.00 | | | $ 2,812.00 |
| | | | Total sales Amount USD: | $ 710,101.40 | | Total Outstanding Amount USD: | $ 710,101.40 |

# EXHIBIT A



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 6616    Fax: (852) 2344 8813

Invoice No : MAD080922A
Date       : 24-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112891
Vendor No. : 070827

Vessel/Voyage: OOCL HAMBURG 45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 24-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 2,880 | $1.90 | $ 5,472.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 5,472.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU1687624
Seal No.: OOLM879761
Sail Date:   29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0918      Fax: (852) 2344 6913

Invoice No : MAD080922F
Date       : 27-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2108394
Vendor No. : 070827

Vessel/Voyage: OOCL HAMBURG 45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 5,000 | $7.39 | $ 36,950.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 36,950.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU5756770
Seal No.: OOLM873201
CCS#KS193513
Sail Date:   29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
送高國際集團有限公司

............................................
*Authorized Signature(s)*

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8918    Fax: (852) 2344 8813

Invoice No : MAD080922D
Date      : 27-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112890
Vendor No. : 070827

Vessel/Voyage: OOCL HAMBURG 45E39
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 4,000 | 5.43 | $ 21,720.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 21,720.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU5756770
Seal No.: OOLM873201
CCS#KS193513
Sail Date:   29-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2341 0810    Fax: (852) 2341 0313

Invoice No : MAD081022A
Date : 22-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112891
Vendor No. : 070827

Vessel/Voyage: EVER UNISON 0028-092A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 33,500 | $5.43 | $ 181,905.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 181,905.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: GESU5760150; TGHU8593949
Seal No.: EMCDEA8958; EMCDEA9648
CCSC Seal.: KS193521; KS193522
Sail Date: 26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International **Group Limited**
迷高國際集團有限公司

............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8813     Fax: (852) 2344 8813

Invoice No : MAD081028A
Date       : 27-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2108392
Vendor No. : 070827

Vessel/Voyage: EVER USEFUL  0538-067E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSMICSTD | MICPHONE STAND | 3,012 | $9.75 | $ 29,367.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 29,367.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EISU1682991
Seal No.: EMCCSH3438
CCSC Seal.: KS193610
Sail Date:   1-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷 高 國 際 集 團 有 限 公 司

..............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8010        Fax: (852) 2344 0813

Invoice No : MAD081031D
Date       : 31-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112894
Vendor No. : 070827

Vessel/Voyage: EVER SHINE 0029-025A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 10,000 | $5.43 | $ 54,300.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 54,300.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: EISU1795703
Seal No.: EMCDDZ2658

Sail Date:   2-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International **Group Limited**
迷高國際集團有限公司

.................................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8313

Invoice No : MAD081031A
Date        : 31-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To     : CCS Distribution Center 0717
Sold To     : Circuit City Stores, Inc.
PO#         : 2112893
Vendor No.  : 070827

Vessel/Voyage: COSCO QINGDAO 059E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 1,440 | $1.90 | $ 2,736.00 |
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 15,000 | $5.43 | $ 81,450.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 84,186.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: CBHU6309690
Seal No.: X37679
CCSC Seal: KS193523

Sail Date:  1-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

..................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No : MAD081023D
Date      : 23-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2153849
Vendor No. : 070827

Vessel/Voyage: ROTTERDAN BRIDGE V.45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSKIN | Wii SILLICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 15,974.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date:  3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

..................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8313

Invoice No : MAD081031B
Date       : 31-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2124415
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO 059E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 22,170.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6291142
Seal No.: U92568
Sail Date:  2-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

.......................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2344 8813

Invoice No : MAD081031C
Date       : 31-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2135943
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO 059E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 29-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGPPROKIT | PSP PRO GAMER KIT | 5,000 | $7.39 | $ 36,950.00 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $ 36,950.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6291142
Seal No.: U92568
Sail Date:  2-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International **Group Limited**
迈 高 国 际 集 团 有 限 公 司

............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818   Fax: (852) 2344 8813

Invoice No : MAD081030D
Date       : 30-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2147467
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 3,056 | $14.60 | $ 44,617.60 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 44,617.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU7117912, KKFU1483956
Seal No.: BAJ38291, BAJ38302
CCSC SEAL.: KSL19954, KSL199457
Sail Date:   3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高國際集團有限公司

..............................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8618    Fax (852) 2344 0913

Invoice No : MAD081030E
Date : 30-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2153845
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 1,024 | $14.60 | $ 14,950.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 14,950.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: KKFU1483956
Seal No.: BAJ38302
CCSC SEAL.: KSL199457
Sail Date: 3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
道高國際集團有限公司

........................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax: (852) 2354 8912

Invoice No : MAD081030A
Date : 30-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106354
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,896 | $2.31 | $ 4,379.76 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,320 | $1.42 | $ 1,874.40 |
| VGDPOWSOLN | DS POWER SOLUTION | 1,776 | $3.79 | $ 6,731.04 |
| VGP2MCONT | PS2 GAME PAD | 2,032 | $4.38 | $ 8,900.16 |
| VGPACA | PSP AC ADAPTER | 1,176 | $4.35 | $ 5,115.60 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,752 | $1.47 | $ 2,575.44 |
| VGPTCS | PSP TRAVEL CASE | 1,480 | $2.01 | $ 2,974.80 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 65,939.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: KKFU1294119
Seal No.: BAJ60796
CCSC SEAL: KS193612
Sail Date: 3-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
邁高國際集團有限公司

..................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818    Fax (852) 2344 8813

Invoice No : MAD081023B
Date       : 23-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2124415
Vendor No.: 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $ 6,095.52 |
|  | FOB HONG KONG |  |  |  |
|  |  |  | TOTAL | $ 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date:   4-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈 高 国 际 集 团 有 限 公 司

............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No : MAD081023C
Date : 23-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2153849
Vendor No. : 070827

Vessel/Voyage: ROTTERDAM BRIDGE 45E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 4,008 | $3.06 | $ 12,264.48 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 12,264.48 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL
Sail Date: 4-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International **Group Limited**
迈高国际集团有限公司

..................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0318    Fax (852) 2344 0813

Invoice No : MAD081103A
Date : 3-Nov-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2117215
Vendor No. : 070827

Vessel/Voyage: ITAL LAGUNA 0539-014E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 3-Nov-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSMICSTD | MICPHONE STAND | 1,980 | 9.75 | $ 19,305.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 19,305.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baolian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: EMCU3194870
Seal No.: EMCCWG8318
CCSC Seal: KS193613
Sail Date: 8-Nov-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

.................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8910     Fax (852) 2344 8813

Invoice No : MAD081105A
Date       : 5-Nov-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To    : CCS Distribution Center 0717
Sold To    : Circuit City Stores, Inc.
PO#        : 2112892
Vendor No. : 070827

Vessel/Voyage: EVER UNIFIC 0030-077A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 29-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 10,000 | $5.43 | $ 54,300.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 54,300.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: FSCU4240945
Seal No.: EMCDED2358
CCSC Seal:  KS193525

Sail Date:   9-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷 高 国 际 集 团 有 限 公 司

..............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0818    Fax: (852) 2344 0813

Invoice No : MAD081105B
Date       : 5-Nov-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112894
Vendor No.: 070827

Vessel/Voyage: EVER UNIFIC 0030-077A
Port of Loading: HONG KONG
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 6-Nov-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 1,480 | $1.90 | $ 2,812.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 2,812.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen, China

Container No.: FSCU4240945
Seal No.: EMCDED2358
CCSC Seal: KS193525

Sail Date:  9-Nov-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

............................................
Authorized Signature(s)