United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

**DEADLINE FOR
FILING 503(b)(9)
CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., *et al.*, Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., *et al.*<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., *et al.*, Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

| Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)*<br><br>MADCOW INTERNATIONAL GROUP LTD.<br>Unit 1005, 10/F Futura Plaza<br>111-113 How Ming Street<br>Kwun Tong, Kowloon<br>Hong Kong<br><br>Telephone: 852-2344-8818<br>Fax: 852-2344-8813 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☑ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c) (attach copies of any such demand(s)) Exhibit 2<br><br>☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: | Debtor against which claim is asserted: (Check one box below):<br>☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)<br>☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1642659)<br>☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)<br>☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)<br>☐ Circuit City Properties, LLC (Tax I.D. No. 54-6793353)<br>☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1085796)<br>☐ Ventoux International, Inc. (Tax I.D. No. 20-1073839)<br>☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)<br>☐ Prahs, Inc. (n/a)<br>☐ XS Stuff, LLC (Tax I.D. No. 54-2025263)<br>☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)<br>☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)<br>☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)<br>☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)<br>☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)<br>☐ Courchevel, LLC (n/a)<br>☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)<br>☐ Mayland MN, LLC (Tax I.D. No. 20-0896116) |
| Name and address where notices should be sent (if different from above) William Collier James Marrison (7030-1)<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90801-1730<br><br>Telephone: 562-436-2000<br>Fax: 562-436-7416 | ☑ Check box if you have never received any notices from the bankruptcy court in this case. | |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: Existing Voucher # 070827 - DIP Voucher #021116 | Check here if this claim ☐ replaces<br>☐ amends   a previously filed claim, dated |
|---|---|

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case.   Value of Goods: $ 452,794.10

**2. DATE OF SHIPMENT:** 10/13/08 through 10/27/08   **METHOD OF SHIPMENT:** Ocean carriage and air carriage   **DATE OF RECEIPT:** 10/24/08 through 11/9/08

**NAME OF CARRIER:** Various - see attached commercial invoices   **PLACE OF DELIVERY:** Various - Long Beach, CA and Los Angeles, CA (LAX)

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 452,794.40
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** Consumer electronics (see attached commercial invoices) Exhibit 1
Describe goods sold:                                                                                              *Attach support for your claim.*

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.   | **FOR COURT USE ONLY** |

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Date<br><br>December 18, 2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>DAVID WU<br>Managing Director |
|---|---|

EXHIBIT /



## MADCOW INTERNATIONAL GROUP LIMITED

## Shipping Record (On/After Oct.21, Before Nov.10)

| Circuit City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2112888 | MAD081010C | GATU1311069 | HKG440304 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 13/Oct/08 | 24/Oct/08 | $ 27,150.00 |
| 2153788 | MAD081025A | BY AIR | HKG491210409 | PS2 GAME PAD | 27/Oct/08 | 28/Oct/08 | $ 28,522.56 |
| 2117215 | MAD081015A | TRLU5455062 | YAT456400 | DRUM BENCH | 19/Oct/08 | 31/Oct/08 | $ 26,000.00 |
| 2112891 | MAD081016C | TGHU9477310 | HKG481442 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 20/Oct/08 | 31/Oct/08 | $ 85,800.00 |
| 2112892 | MAD081016D | TGHU9477310 | HKG481442 | PS3 CHARGING CABLE | 20/Oct/08 | 31/Oct/08 | $ 2,294.00 |
| 2106353 | MAD081014A | KKFU1831901 | YAT456142 | NDSL AC ADAPTER | 20/Oct/08 | 02/Nov/08 | $ 4,268.88 |
| | | | | NDSL DC POWER ADAPTER, CAR ADAPTER | | | $ 2,556.00 |
| | | | | DS POWER SOLUTION | | | $ 7,185.84 |
| | | | | PS2 GAME PAD | | | $ 7,078.08 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,257.92 |
| | | | | PSP TRAVEL CASE | | | $ 2,931.20 |
| | | | | WII SILICON SKIN | | | $ 17,514.00 |
| | | | | WII MOTE-NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| 2135943 | MAD081016A | ECMU8022997 | R910280828 | WII COOLING FAN | 22/Oct/08 | 02/Nov/08 | $ 6,095.52 |
| 2153784 | MAD081025B | BY AIR | HKG491210622 | WII COOLING FAN | 04/Nov/08 | 05/Nov/08 | $ 52,050.00 |
| 2124415 | MAD081021A | EMCU8019231 | RIN0178951 | DRUM BENCH | 24/Oct/08 | 06/Nov/08 | $ 34,456.00 |
| | | EISU8068922 | | | | | $ 34,456.00 |
| 2135943 | MAD081016E | KKFU7151497 | RIN0179575 | PS2 MULTILAYER ADAPTER | 26/Oct/08 | 09/Nov/08 | $ 6,075.60 |
| 2108394 | MAD081016F | AP2U4026450 | CIM460145 | PSP TRAVEL CASE | | | $ 10,050.00 |
| | | | | PS2 AC ADAPTER | 27/Oct/08 | 09/Nov/08 | $ 23,700.00 |
| 2108392 | MAD081023A | KKFU1489152 | YAT511485 | DRUM BENCH | 27/Oct/08 | 09/Nov/08 | $ 25,579.20 |
| | | KKFU1706999 | | | | | $ 25,579.20 |
| | | | | Total Outstanding Amount USD: | | | $ 452,794.40 |



## MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F , Futura Plaza , 11-113 How Ming Street, Kwun Tong , Kowloon, Hong Kong
Tel (852) 2344 8316        Fax (852) 2344 0313

Invoice No :   MAD081010C
Date        :   10-Oct-08
Page        :   1 of 1

### COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2112888                      Vessel/Voyage: OOLU ASIA 18E41
Vendor No. : 070827                     Port of Loading: HONG KONG
                                        Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $          27,150.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $      27,150.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date:   13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
遠 高 國 際 集 團 有 限 公 司

.........................................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818          Fax (852) 2344 0813

Invoice No : MAD081025A
Date       : 25-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2153788
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:   LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGP2MCCNT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $        28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $        28,522.5 |

Fac  r Name and Address:
SHE  ZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED





**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8515    Fax: (852) 2344 8515

Invoice No : MAD081015A
Date        : 15-Oct-08
Page        : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
POB       : 2117215
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E43
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRONE | DRUM BENTCH | 2,000 | $13.00 | $    26,000.00 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | TOTAL | $    26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date:   19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠高滙際集團有限公司

.......................................
*Authorized Signature(s)*



## MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2304 8934    Fax: (852) 5394 0613

Invoice No : MAD081016C
Date       : 16-Oct-08
Page       : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112891
Vendor No.: 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | T T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| YGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,500 | $5.20 | $        85,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $        85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date:   20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
通高國際集團有限公司

..............................
Authorized Signature(s)



## MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Fourita Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 9910    Fax (852) 2344 0910

Invoice No : MAD081016D
Date     : 16-Oct-08
Page     : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2112892
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM  45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPSULINK | PS3 CHARGING CABLE | 1,240 | $1.85 | $        2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $        2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date:   20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迷高國際集團有限公司

..............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No : MAC001014A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2105353
Vendor No : 070827

Vessel/Voyage: GENOA BRIDGE  13E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8.USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGDACA | NDSL AC ADAPTER | 1,868 | $2.31 | $ 4,295.85 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,800 | $1.42 | $ 2,556.00 |
| VGDPGWSOLN | DS POWER SOLUTION | 1,896 | $3.29 | $ 7,195.84 |
| VGP2MDDN1 | PS2 GAME PAD | 1,016 | $4.38 | $ 7,078.08 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,536 | $1.47 | $ 2,257.92 |
| VGPTC8 | PSP TRAVEL CASE | 1,280 | $2.29 | $ 2,931.20 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.75 | $ 17,514.00 |
| VGWSKIN | WIIMOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan Distrkt,Shenzhen,China

Container No.: KKFU1831931
Seal No.: BAJJ6317
CCSC SEAL: KS193603
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
建 品 国 际 集 团 有 限 公 司

........................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1305, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 6810    Fax (852) 2344 6813

Invoice No : MA0081016A
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135963
Vendor No. : 076822

Vessel/Voyage: CMA CGM HUGO  TX493E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 15-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $ 6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: ECMU8022997
Seal No.: 4799938
Sail Date:   21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠茂國際來圖有限公司

..................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0616     Fax: (852) 2344 0613

Invoice No : MAD081025B
Date : 25-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:    LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.6:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $        52,050.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $        52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Bactian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210622/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International **Group Limited**
遠高國際集團有限公司

..........................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

**MADCOW**

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8018          Fax: (852) 2344 8813

Invoice No : MAD081021A
Date        : 21-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To     : CCS Distribution Center 0717
Sold To     : Circuit City Stores, Inc.
PO#         : 2124415
Vendor No.  : 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|----------------|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRCNE | DRUM BENCH | 4,720 | $14.60 | $    68,912.00 |
|  | FOB SHENZHEN |  |  |  |
|  |  |  | **TOTAL** | $    68,912.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China.

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date:    25-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

for and on behalf of
Madcow International Group Limited
瑪 創 國 際 集 團 有 限 公 司

Authorised Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016E
Date       : 16-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2135943
Vendor No.: 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8/USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 996 | $6.10 | $ 6,075.60 |
| VGPTCS | PSP TRAVEL CASE | 5,000 | $2.01 | $ 10,050.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 16,125.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Buoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
浅高阀际象图有限公司

.............................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2364 8618     Fax (852) 2364 8610

Invoice No : MAD081016F
Date       : 16-Oct-08
Page       : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 6717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108394
Vendor No. : 070827

Vessel/Voyage: APL SWEDEN 062-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2ACA | PS2 AC ADAPTER | 3,000 | $7.90 | $ 23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baodan Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: LCL
Seal No : LCL

Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迅高國際集團有限公司

.............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0318    Fax: (852) 2316 8813

Invoice No : MAD081023A
Date : 23-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No : 070827

Vessel/Voyage: LONG BEACH BRIDGE  49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGSTHRONE | DRUM BENTCH | 3,504 | $14.60 | $    51,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $    51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal.: KS193608; KS193609
Sail Date:    27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迢高國際集團有限公司

............................
Authorized Signature(s)

EXHIBIT 2

LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
400 OCEANGATE
LONG BEACH, CA 90802
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE:
(562) 436-7416
www.kyl.com

SAMUEL A. KEESAL, JR
STEPHEN YOUNG
MICHAEL M. GLESS
°ER R. BOUTIN
T T. PRATT
.Y ROSS
...N D. GIFFIN
WILLIAM H. COLLIER, JR
PHILIP A. MCLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO°†

MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT R. RAY, JR.°†
JODI S. COHEN
PHILIP R. LEMPRIERE°†
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE°
DOUGLAS R. DAVIS°†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG

JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR A. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN□

EVELYN A. CHRISTENSEN
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
ANGELIKI J. PAPADAKIS
STEFAN PEKOVICH
AILAN LIU
NICOLAS J. VIKSTROM‡
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI
JAY S. CARLSON‡
NATHAN R. JASKOWIAK

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL U.S.C.G. (RET.)
ELIZABETH A. KENDRICK

RICHARD L. LANDES
DAVID W. TAYLOR‡
NANCY HARRISS+
FRANCES L. KEELER

° ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
□ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
◊ REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
   OF HONG KONG & ADMITTED IN NEW YORK
‡ SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
   IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

November 25, 2008

## *Via Overnight Delivery*

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

cc:    Circuit City Stores, Inc
       Attn: Reginald D. Hedgebeth
       9950 Maryland Drive
       Richmond, VA 23233

cc:    Circuit City Stores, Inc.
       Attn: Daniel W. Ramsey
       9950 Maryland Drive
       Richmond, VA 23233

cc:    Skadden, Arps, Slate, Meagher &
       Flom LLP
       Attn: Sarah Baker, Esq.
       333 West Wacker Drive
       Chicago, IL 60606

cc:    McGuirewoods LLP
       Attn: Sarah B. Boem, Esq.
       One James Center
       901 E. Cary Street
       Richmond, VA 23219

Re:    In re Circuit City Stores, Inc., et al.
       Our File No: 7030-1

Dear Sir or Madam:

We represent Madcow International Group Ltd. ("Seller"), who is a Hong Kong based vendor to Circuit City Stores, Inc. ("Debtor").

The Seller has sold certain goods to the Debtor, in the ordinary course of the Debtor's business, which have not been paid for and for which the Seller retains title. This letter constitutes a notice of demand for the return of certain goods purchased by the Debtor from the Seller. Please take notice that pursuant to California Commercial Code 2702, 11 U.S.C. section 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all

SAN FRANCISCO OFFICE
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136 • (415) 981-7729

ANCHORAGE OFFICE
SUITE 850
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE:(907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE:(206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE:(852) 2541-6189

Circuit City Stores, Inc., et al., Claims Processing
November 25, 2008
Page 2

goods identified in the Shipping Record Summaries attached herein as Attachment
A (the "Goods") currently in the Debtor's possession and delivered to the Debtor on
or after September 26, 2008 (for the avoidance of doubt, the Seller is not demanding
the segregation and return of the goods specified in the Seller's commercial invoice
nos. MAD080625A, MAD080828A and MAD080903A). Unless the Debtor authorize
the return of the Goods immediately or, alternatively, confirm that the full value of
the Goods will be offered by the Debtor to the Seller as an "Allowed Reclamation
Amount" pursuant to the Orders made by Judge Kevin Huennekens, United States
Bankruptcy Judge, on 13 November 2008, further appropriate measures will be
taken.

Furthermore, the Seller has an administrative expense claim pursuant
to Bankruptcy Code section 503(b)(9) for the value of goods provided to the Debtor
within the twenty (20) days immediately prior to the petition date.  The Seller
intends to assert its section 503(b)(9) claims for the goods delivered between
October 21, 2008 and November 9, 2008.  Based on the Seller's best estimate, the
amount of its section 503(b)(9) claim is US$452,794.40.

Please contact the undersigned immediately to make arrangements
allowing the Seller to reclaim the Goods.

We look forward to hearing from you shortly.

Very truly yours,

William Collier/James Marissen
*james.marissen@kyl.com*

JAM:tw (KYL_LB1185476)



# MADCOW INTERNATIONAL GROUP LIMITED

## Shipping Record (Before Oct.21 arrived US)

| Cirsotty City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No. | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2078474 | MAD080625A | TTNU5998789 | YAT675208 | DSi CAR ADAPTER | 07/Jul/08 | 20/Jul/08 | $ 1,397.28 |
| | | | | PSP TRAVEL CASE | | | $ 1,099.20 |
| | | | | NDSL AC ADAPTER | | | $ 3,991.68 |
| 2106344 | MAD080828A | DFSU4063171 | YAT870662 | DS POWER SOLUTION | | | $ 18,919.68 |
| | | | | PSP2K POWER ADAPTER, CAR ADAPTER | | | $ 1,058.40 |
| | | | | PSP TRAVEL CASE | 01/Sep/08 | 14/Sep/08 | $ 4,580.00 |
| | | | | WII SILICON SKIN | | | $ 17,415.92 |
| | | | | WIIMOTE+NUNCHUK SILICON SKIN | | | $ 23,961.60 |
| 2112888 | MAD080903A | APLU8978172 | HKG305780 | PS3 CHARGING CABLE | 06/Sep/08 | 20/Sep/08 | $ 3,800.00 |
| | | | | NDSL AC ADAPTER | | | $ 1,829.52 |
| 2106351 | MAD080909A | KKFU1605864 | YAT308100 | DS POWER SOLUTION | | | $ 19,010.64 |
| | | | | PS2 GAME PAD | 15/Sep/08 | 28/Sep/08 | $ 2,312.64 |
| | | | | PSP DC ADAPTER | | | $ 987.84 |
| | | | | WII SILICON SKIN | | | $ 17,415.92 |
| | | | | WIIMOTE+NUNCHUK SILICON SKIN | | | $ 6,374.40 |
| 2108394 | MAD080917A | OOLU3504764 | HKG384206 | WII COOLING FAN | 22/Sep/08 | 03/Oct/08 | $ 12,264.48 |
| 711829 | MAD080916A | OOLU9045301 | HKT RT 8090296 | PS2 MULTI ADAPTER | | | $ 15,288.80 |
| 2106352 | MAD080922B1 | CBHU1653514 | YAT428968 | DS AND PSP 2IN1 ADAPER | 24/Sep/08 | 11/Oct/08 | $ 8,880.00 |
| | | | | WII SILICON SKIN | 28/Sep/08 | 12/Oct/08 | $ 75,168.00 |
| 2116879 | MAD080925A | GATU1128905 | HKG437499 | PSP PRO GAMER KIT | | | $ 22,170.00 |
| | | | | WII COOLING FAN | 06/Oct/08 | 17/Oct/08 | $ 36,720.00 |
| | | | | PS2 MULTI PLAYER ADAPTER | | | $ 6,148.80 |
| 2108392 | MAD080922E | CBHU6313724 CBHU6119853 TRLU4665070 | YAT434024 | WII NUNCHUK PAD | 05/Oct/08 | 19/Oct/08 | $ 26,208.00 |
| | | | | | | | $ 26,208.00 |
| | | | | | | | $ 26,208.00 |
| 2112888 | MAD080922C | TTNU4593999 CBHU3604726 | YAT434024 | WII SHOOTER FOR USE WITH WIIMOTE AND NUNCHUK | 05/Oct/08 | 19/Oct/08 | $ 26,76.00 |
| 2106352 | MAD080922B | CBHU1994559 | YAT428970 | NDSL AC ADAPTER | | | $ 38,010.00 |
| | | | | NDSL DC POWER ADAPTER, CAR CHARGER | | | $ 9,591.12 |
| | | | | DS POWER SOLUTION | | | $ 3,373.92 |
| | | | | PS2 GAME PAD | | | $ 12,734.40 |
| | | | | PSP AC ADAPTER | 05/Oct/08 | 19/Oct/08 | $ 10,722.24 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 5,220.00 |
| | | | | PSP TRAVEL CASE | | | $ 2,187.36 |
| | | | | WII SILICON SKIN | | | $ 2,010.00 |
| | | | | WIIMOTE+NUNCHUK SILICON SKIN | | | $ 11,859.84 |
| | | | | | | | $ 15,974.40 |
| | | | | | Total Outstanding Amount USD: | | $ 517,484.08 |



**MADCOW INTERNATIONAL GROUP LIMITED**

## Shipping Record (On/After Oct.21, Before Nov.10)

| Circuity City PO No. | Madcow Commercial Invoice No. | Container No. | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No. | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2112888 | MAD081010C | GATU1311069 | HKG440304 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 13Oct08 | 24Oct08 | $ 27,150.00 |
| 2153788 | MAD081025A | BY AIR | HKG491210409 | PS2 GAME PAD | 27Oct08 | 28Oct08 | $ 28,522.56 |
| 2117215 | MAD081015A | TRLU5455062 | YAT456400 | DRUM BENCH | 19Oct08 | 31Oct08 | $ 26,000.00 |
| 2112891 | MAD081016C | TGHU9477310 | HKG481442 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 20Oct08 | 31Oct08 | $ 85,800.00 |
| 2112892 | MAD081016D | TGHU9477310 | HKG481442 | PS3 CHARGING CABLE | 20Oct08 | 31Oct08 | $ 2,294.00 |
| | | | | NDSL AC ADAPTER | | | $ 4,268.88 |
| 2106353 | MAD081014A | KKFU1831901 | YAT456142 | NDSL DC POWER ADAPTER CAR ADAPTER | 20 Oct08 | 02/Nov08 | $ 2,556.00 |
| | | | | DS POWER SOLUTION | | | $ 7,185.84 |
| | | | | PS2 GAME PAD | | | $ 7,078.08 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,257.92 |
| | | | | PSP TRAVEL CASE | | | $ 2,931.20 |
| | | | | WII SILICON SKIN | | | $ 17,514.00 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | |
| 2155943 | MAD081016A | ECMU8022997 | R910280828 | WII COOLING FAN | 22Oct08 | 02/Nov08 | $ 15,974.40 |
| 2153784 | MAD081025B | BY AIR | HKG491210622 | WII COOLING FAN | 04Nov08 | 05/Nov08 | $ 6,095.52 |
| 2124415 | MAD081021A | EMCU8019231 EISU8068922 | RIN0179951 | DRUM BENCH | 24Oct08 | 06/Nov08 | $ 52,050.00 $ 34,456.00 |
| 2135943 | MAD081016E | KKFU7151497 | RIN0179575 | PS2 MULTILAYER ADAPTER | 26Oct08 | 09/Nov08 | $ 34,456.00 $ 6,075.60 |
| 2108394 | MAD081016F | APZU4026450 | CIW460145 | FS2 AC ADAPTER | 27Oct08 | 09/Nov08 | $ 10,050.00 |
| 2108392 | MAD081023A | KKFU1489152 KKFU1706999 | YAT511485 | DRUM BENCH | 27Oct08 | 09/Nov08 | $ 23,700.00 $ 25,579.20 $ 25,579.20 |
| | | | | Total Outstanding Amount USD: | | | $ 452,794.40 |



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005 10/F, Fourza Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 0819    Fax. (852) 2344 0813

Invoice No : MAD080906A
Date : 9-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0712
Sold To : Circuit City Stores, Inc.
PO# : 2106351
Vendor No : 070627

Vessel/Voyage: GENOA BRIDGE 42E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 9-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8/USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VP0ACA | NOKIA AC ADAPTER | 792 | $2.47 | $ 1,929.62 |
| VP0P0-ASOLN | DS POWER SOLUTION (AC/DC ADAPTER) | 9,208 | $3.75 | $ 19,010.64 |
| VQP2MC041 | PS2 GAMEPAD | 108 | $4.45 | $ 1,312.64 |
| V0P0LCA | PSP DC ADAPTER | 271 | $3.47 | $ 937.84 |
| VP0CRH-HOT | POWER 12V GRIP | 1,003 | $4.75 | $ 3,814.32 |
| VP0TENR1 | AC/DC TENR ENCLOSURE (1500M/AH) | 3,964 | $1.60 | $ 6,370.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 17,316.96 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Bantian Industrial Zone,Xialang Town,Baoan District Shenzhen,China

Container No : KKFU1005864
Seal No.: KLBAC80523

Sail Date: 15-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

David Wu
Managing Director



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No : MAD080917A
Date : 17-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# : 2108394
Vendor No : 070027

Vessel/Voyage: OOCL NINGBO 40839
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|--------|---------------|----------|-----------|----------|----------------|
| Terry Chan | 17-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8/USD1 | T160DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price US$ | Total US$ |
|---------|-------------|----------|----------------|-----------|
| UNIWINSFAN | USB COOLING FAN | 4,096 | 2.5 CA | $ 11,264.48 |
| USB213AD156 | USB 2.0 IDE ADAPTER | 2,198 | 5.17 | $ 15,296.85 |
| | F.O.B. HONG KONG | | | |
| | | TOTAL | | $ 22,560.20 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: OOLU3504754
Seal No.: OOLM559156
Sail Date : 22-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
迈高國際集團有限公司

.............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**

Unit 1005, 10/F, Peninsula Centre, 111-113 Mody Road, Tsim Sha Tsui East, Kowloon, Hong Kong
Tel: (852) 2314-0110    Fax: (852) 2314-0913

Invoice No : MAD080916A
Date : 16-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : INTERTAN CANADA LTD.
Sold To : INTERTAN CANADA LTD.
PO# : 711829
Vendor No. : 070027

Vessel/Voyage : OOCL NEW YORK 70E33
Port of Loading : HONG KONG
Port of Destination : VANCOUVER

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 17-Sep-08 | BY SEA | LOGISTICS WORLDWIDE | HK07.8USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| 5618201 | UG AND TV ANT ADAPTER | 2000 | \$9.44 | \$ 8,880.00 |
| | | | TOTAL | \$ 8,880.00 |

Factory Name and Address
SHENZHEN XINZHENSHENG ELECTRONICS CO. LTD.
Building 49-51 Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen China

CONTAINER NO : OOLU9045301
SEAL NO : OOLM588315
SAIL DATE : 24-Sep-08

Country of origin : China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁 高 國 際 集 團 有 限 公 司

..............................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Enonix Plaza, 111-115 How Ming Street, Kwun Tong, Kowloon, Hong Kong.
Tel: (852) 2114 8613    Fax: (852) 2304 2223

Invoice No : MAD080922B1
Date       : 25-Sep-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2106352
Vendor No.: 070827

Vessel/Voyage: COSCO QINGDAO  V 058E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGW2RSKINS | WII SILICON SKIN | 43,200 | $1.74 | $    75,168.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $    75,168.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1633514
Seal No.: S92587

Sail Date:  28-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁 高 國 際 集 團 有 限 公 司

..................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Kwong Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2341 0315    Fax (852) 2341 0017

Invoice No : MAD080925A
Date       : 2-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2116879
Vendor No. : 070827

Vessel/Voyage: OOCL TIANJIN  36E36
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 30-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8/USD1 | T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VSPORCH11 | POP PROFOAMER KIT | 5,050 | 37.50 | $ 22,171.00 |
| VSWINTPAK | WRE SOUND LAN | 12,000 | 3.35 | $ 40,020.00 |
| VSPBL2APAK | | 11,95 | 37.50 | $ 4,146.80 |
| | | | TOTAL | $ 65,038.80 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONIC CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: GATU1128905
Seal No.: OOLM595626
Sail Date:    6-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迅 高 國 際 集 團 有 限 公 司

..........................................
*Authorized Signature(s)*



## MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Fuk Po Plaza, 13-19 Moon Wing Street, Tsim Cha Tsui, Kowloon, Hong Kong
Tel (852) 2344-8610    Fax (852) 2344-8615

Invoice No : MAD080922E
Date       : 27-Sep-08
Page       : 1 of 1

### COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2108392              Vessel/Voyage: COSCO SHANGHAI V.57E
Vendor No. : 070827              Port of Loading: YANTIAN, SHENZHEN
                                 Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HK07.8USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGWDNCPAD | WII DANCE PAD | 15,000 | $7.00 | $ 105,000.00 |
| | | | | |
| | TOTAL SHENZHEN | | | $ 105,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO. LTD
Building 49-51 Baotian Industrial Zone Xixiang Town, Baoan District, Shenzhen China

Container No.: CBHU6313724, CBHU6119853, TRLU4665070, TTNU4593999
Seal No.: R55369, S92494, R55348, R55283

Sail Date:    5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際美國有限公司

..................................................
*Authorized Signature(s)*



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005-1008, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818    Fax (852) 2344 8918

Invoice No : MAD080922C
Date : 27-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112868
Vendor No : 070877

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By. | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
| --- | --- | --- | --- | --- | --- |
| Terry Chen | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
| --- | --- | --- | --- | --- |
| WAW2008-1 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 7,300 | $5.48 | $ 38,010.00 |
| | FOB SHENZHEN | | | |
| | | TOTAL | $ | 38,010.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD.
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: CBHU3694726
Seal No.: F09580

Sail Date:   5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
選 高 國 際 集 團 有 限 公 司

·······································
*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD080922B
Date      : 25-Sep-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#     : 2106352
Vendor No : 070827

Vessel/Voyage: COSCO SHANGHAI V.057E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8/USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| V90DACA | NDSL AC ADAPTER | 4,150 | $2.31 | $ 9,586.12 |
| 20PDCA | NDSL DC POWER ADAPTER / CAR CHARGER | 2,178 | $1.42 | $ 3,121.92 |
| 10BPWSKS1 | DS POWER SOLUTION | 1,310 | $2.20 | $ 2,764.43 |
| PDSMU201 | PSP GAME PAD | 1,108 | $1.41 | $ 1,562.24 |
| | PSP AC ADAPTER | 920 | | $ |
| | | 900 | $1.11 | |
| | PSP TRAVEL PLUG | | $0.60 | |
| WiiWHSKN | Wii LIGHTGUN SKIN | 6,816 | $1.74 | $ 11,860.84 |
| ZWWSKN | Wii NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.46 |
| | FOB SHENZHEN | | | |
| | | TOTAL | | $ 75,673.28 |

Factory Name and Address
SHENZHEN XINZHENSHENG ELECTRONICS CO., LTD
Building 49-51, Bantian Industrial Zone, Xinarg Town, Baoan District, Shenzhen, China

Container No : CBHU1994559
Seal No. : 592526

Sail Date : 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
**Madcow International Group Limited**
迈高國際集團有限公司

.............................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Tower Plaza, 11-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2341 6618    Fax: (852) 2341 0512

| Invoice No.: | MAD081010C |
| Date | 10-Oct-08 |
| Page | 1 of 1 |

## COMMERCIAL INVOICE

| Ship To | CCS Distribution Center 6717 | |
| Sold To | Circuit City Stores, Inc. | Vessel/Voyage: OOCL ASIA 18E41 |
| PO# | 2112558 | Port of Loading: HONG KONG |
| Vendor #: | 070827 | Port of Destination: LONG BEACH |

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 1-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWESSH11 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $ 27,150.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,150.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date:    13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遞 高 國 際 集 團 有 限 公 司

.........................................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818          Fax (852) 2344 8813

Invoice No : MAD081025A
Date        : 25-Oct-08
Page        : 1 of 1

### COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO#      2153788                            Airline Name/Flight:
Vendor No. : 070827                          Port of Loading: Hong Kong
                                             Port of Destination:    LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGP2MOGNT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $ 28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 28,522.56 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED



and on behalf of
Madcow International Group Limited

Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2311-5515    Fax (852) 2311-5510

Invoice No : MA0081015A
Date        : 15-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc
PO#       : 2117215
Vendor No : 070827

Vessel/Voyage : OOCL ROTTERDAM 454 42
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VSUTHRONE | DRUM BENCH | 2,000 | $13.00 | $ 26,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China.

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date:   19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迈 高 国 际 集 团 有 限 公 司

...........................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016C
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 3212
Sold To : Circuit City Stores, Inc.
PO# : 2112591
Vendor No : 016827

Vessel/Voyage : HOCI ROTTERDAM 46E42
Port of loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---|---|---|---|---|---|
| Jerry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 (USD) | 77 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price (US) | Total USD |
|---|---|---|---|---|
| WGW&SHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,000 | 5.30 | $ 84,800.00 |
| | FOB HONG KONG | | TOTAL | $ 85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: TGHU9477510
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date. 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迈高国际集团有限公司

.......................................
Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No.: MAD081016D
Date         : 16-Oct-08
Page        : 1 of 1

## COMMERCIAL INVOICE

Ship To    CCS Distribution Center 0717
Sold To    Circuit City Stores, Inc.
P.O.#      2112892
Vendor No.  070827

Vessel/Voyage: OOCL ROTTERDAM 455E.
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| PSPCBLIBK | PS3 CHARGING CABLE | 1,340 | $1.86 | $ 2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date:   20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
送高國際集團有限公司

...................................
*Authorized Signature(s)*



## MADCOW INTERNATIONAL GROUP LIMITED

Invoice No    MAD061014A
Date    15-Oct-08
Page    1 of 1

### COMMERCIAL INVOICE

Ship To    CCS Distribution Center 0217
Sold To    Circuit City Stores, Inc.
PO#    2106353
Vendor No.    070827

Vessel/Voyage  GENOA BRIDGE  43E
Port of Loading  YANTIAN, SHENZHEN
Port of Destination  LONG BEACH

| Req. By. | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---|---|---|---|---|---|
| | 15-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| | | 1,862 | | $ |
| | 110&1V POWER ADAPTER/CAR CHARGER | 860 | $1.52 | $  1,306.00 |
| | | 1,950 | $1.29 | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | | $ |
| | | | | $ |
| | | 10,080 | $1.25 | $  17,514.00 |
| XGWSK00 | REMOTE | 9,954 | $1.60 | $  15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $   64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51 Baotian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.  KKFU1831901
Seal No.  BAJ36317
CCSC SEAL: KS193603
Sail Date    20-Oct-08

MADCOW INTERNATIONAL GROUP LIMITED

Country of origin: China

For and on behalf of
Madcow International Group Limited
晤高国际集团有限公司

.............................
Authorised Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No.  MADC081016A
Date  16-Oct-08
Page  1 of 1

## COMMERCIAL INVOICE

Ship To   CCS Distribution Center 0711
Sold To   Circuit City Stores, Inc.
SO#       2135947
W/O#      076827

Vessel/Voyage CMA CGM RIGEL 1240E
Port of Loading HONG KONG
Port of Destination LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex Rate | | Payment Terms |
|--------|---------------|----------|-----------|---------|---|---------------|
| Gary Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HK$7.8/USD1 | | 75 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | | TOTAL USD |
|---------|-------------|----------|----------------|---|-----------|
| JGWINTFAN | W/B COOLING FAN | 1,060 | 5.00 | | 6,095.52 |
| | FOB HONG KONG. | | | | |
| | | | TOTAL | | 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51 Baolian Industrial Zone,Xinxiang Town,Baoan District Shenzhen,China

Container No.: ECMU8022997
Seal No.: 4799938
Sail Date:  21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
遠 高 國 際 集 團 有 限 公 司

Authorized Signature(s)



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0618    Fax (852) 2344 0613

Invoice No : MAD081025B
Date       : 25-Oct-08
Page       : 1 of 1

## COMMERCIAL INVOICE

Ship To   : CCS Distribution Center 0717
Sold To   : Circuit City Stores, Inc.
PO#       : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination:   LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.8/USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $  52,050.00 |
| | FOB HONG KONG | | | |
| | | TOTAL | | $  52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ... ... ...
Building 43-51, Baotian Industrial Zone, Xixiang Town, Baoan District Shenzhen China

Air Waybill No.: 4911210622/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
退 商 國 際 集 團 有 限 公 司

..............................
*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8018     Fax (852) 2344 8813

Invoice No : MAD081021A
Date      : 21-Oct-08
Page      : 1 of 1

## COMMERCIAL INVOICE

Ship To  : CCS Distribution Center 0717
Sold To  : Circuit City Stores, Inc.
PO#      : 2124415
Vendor No. : 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| VGGTHRONE | DRUM BENCH | 4,720 | $14.60 | $ 68,912.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 68,912.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date:   25-Oct-08

Country of origin: China



MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
滿　牛　國　際　集　團　有　限　公　司

Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**

Invoice No.  MAD081016E
Date  16-Oct-08
Page  1 of 1

## COMMERCIAL INVOICE

Ship To  CCS Distribution Center 0717
Sold To  Circuit City Stores, Inc.
FOB  7135943
Vendor No  070527

Vessel/Voyage  LONG BEACH BRIDGE  43F
Port of Loading  YANTAN
Port of Destination  LONG BEACH

| Reg. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---------|---------------|----------|-----------|----------|---------------|
| Terry Chao | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8USD1 | LT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| RSP27AP4A | PS3 MULTI LASER ADAPTER | 966 | $5.75 | $ 5,779.50 |
| SL-P8XN | PS3 PS8 ADAPTER | 2,061 | $5.02 | $ 10,346.00 |
| | FOB SHENZHEN | | TOTAL | $ 16,125.60 |

Factory Name and Address
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL

Seal No.: LCL

Sail Date:  26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迢高国际集团有限公司

..............................................
Authorized Signature(s)



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 0616   Fax: (852) 2344 0613

Invoice No : MAD081016F
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 6717
Sold To : Circuit City Stores, Inc.
PO# : 2108394
Vendor No : 370627

Vessel/Voyage: APL SWEDEN 0F2-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| DGP2ACA | PS2 AC ADAPTER | 3100 | $7.00 | $ 23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date:   27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠高國際集團有限公司

*Authorized Signature(s)*



# MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MA0081023A
Date : 23-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
POB : 2108392
Vendor No : 970827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---------|---------------|----------|-----------|---------|---------------|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8(USD1) | LT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---------|-------------|----------|----------------|-----------|
| YGSTHRCN1 | DRUM BENTON | 3,640 | $14.60 | $1,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District,Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal: KS193608; KS193609
Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
邁 前 國 際 集 團 有 限 公 司

..........................................
Authorized Signature(s)