---------- Forwarded message ----------
From: **John Raleigh** <johnpraleigh@gmail.com>
Date: Fri, Jan 30, 2009 at 5:41 PM
Subject: Circuit City Claim: John Raleigh
To: dsteinhafel@kccllc.com

Dear Mr. Steinhafel,

Please see claim form that follows. Total claim of $138,527.92 is based on enclosed employment contract, see Article 9.2.d and Article 9.3 highlighted in yellow and starred:
  (a) Base salary due to employee for remainder of month in which termination occurs
  - Termination date of 3/21/09, 10 days of $110,500 salary = $3,027.40
  
  (b) Lump sum severance allowance in an amount equal to one year of base salary
  - Base salary = $110,500
  
  (c) Any unvested stock options: 2,250 shares at $0.0055 (current rate) = $12.38
  (d) One full year of all health, welfare and benefit plan participation = $16,988.14 (from year end pay stub).
  (e) Outplacement services for three months = $1,500
  (f) Lump-sum payment equal to one year costs of a Company vehicle = $6,500.

Hardcopy is in the mail.

Thank you for help on this matter, if you have any questions please do not hesitate to call,


 John Raleigh
804-347-4980
johnpraleigh@gmail.com