# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| IN RE: | |
| CIRCUIT CITY STORES, INC., et al. | Bankruptcy No. 08-35653-KRH (Chapter 11) |
| Debtors. | Jointly Administered |

## NOTICE OF MOTION AND NOTICE OF HEARING

Former employee **John Raleigh ("Mr. Raleigh")** has filed papers with the Court and is serving herewith (accompanying this Notice) a copy of his Motion to Deem Proof of Claim Timely Filed and for Leave to Amend ("Motion")

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then you and/or your attorney must:

1. Attend the hearing on the Motion scheduled to be held on **October 15, 2009, at 2:00 p.m.**, at the United States Bankruptcy Court, 701 E. Broad Street, Richmond, VA 23219; <u>and</u>

2. On or before **October 14, 2009**, file with the clerk a written response as required by Local Bankruptcy Rule 9013-1(H).

Thomas W. Repczynski, Bar No. 39967
Counsel for John Raleigh
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd, 7th Floor
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (Fax)

In re: Circuit City Stores, Inc., et al.                                    Case No. 08-35653-KRH

**Unless a written response is filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail (or email) a copy to the persons listed below.

                                                                    John Raleigh
                                                                    By Counsel

BEAN, KINNEY & KORMAN, P.C.

By:    */s/ Thomas W. Repczynski*
        Thomas W. Repczynski, Bar No. 39967
        Counsel for John Raleigh
        2300 Wilson Boulevard, 7th Floor
        Arlington, Virginia  22201
        (703) 525-4000; 703) 525-2207 (fax)
        trepczynski@beankinney.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2009, a copy of the foregoing pleading is being served electronically via CM/ECF upon all those receiving notice thereby and separately by electronic mail to Debtors' counsel.

                                                      */s/ Thomas W. Repczynski*
                                                      Thomas W. Repczynski