IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------------------x
| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653-KRH |
| et al., | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

Please take notice that pursuant to Fed. R. Bankr. P. 9010(b) the law firm of REED SMITH LLP, through the undersigned attorney, 3110 Fairview Park Drive, Suite 1400, Falls Church, Virginia 22042, is counsel of record herein for creditors, La Frontera Village, L.P. and Heritage Plaza, LLC. The undersigned hereby requests that all notices given or required to be given in this case, and any cases consolidated herewith, be given to and served upon the undersigned at the address noted hereinbelow. This request encompasses all notices, copies and pleadings referenced in Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 9010(b), including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivered, telephone, telegraph, telex, or via electronic (ECF) filing, or otherwise, which affects or seeks to affect the above case.

Linda S. Broyhill (VSB #22989)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: 703. 641.4328
Facsimile: 703.641.4340
lbroyhill@reedsmith.com
*Counsel for La Frontera Village, L.P.*
*Counsel for Heritage Plaza, LLC*

Date: October 13, 2009         Respectfully submitted,

**REED SMITH LLP**

By: ___/s/ Linda S. Broyhill___
Linda S. Broyhill
Virginia Bar No. 22989
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
TEL: (703) 641-4328
FAX: (703) 641-4340
Email: lbroyhill@reedsmith.com
Attorney for: La Frontera Village, L.P.
Attorney for: Heritage Plaza, LLC

## CERTIFICATE OF SERVICE

I certify that a true a correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was mailed by U.S. first class mail, postage prepaid, this 13th day of October, 2009, to the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

By: ___/s/ Linda S. Broyhill___
Linda S. Broyhill