IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---------------------------------------------------------------x
In re:                                                   :    Chapter 11
                                                         :
CIRCUIT CITY STORES, INC., et al.,                       :    Case No. 08-35653-KRH
                                                         :
                                                         :    Jointly Administered
                        Debtors.                         :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF
RESPONSE OF CATELLUS OPERATING LIMITED
PARTNERSHIP TO DEBTORS' TENTH OMNIBUS
<u>OBJECTION TO CERTAIN DUPLICATE CLAIMS</u>
(Claim No. 7933)**

Catellus Operating Limited Partnership, a Delaware limited partnership ("Catellus") hereby withdraws its Response of Catellus Operating Limited Partnership to Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (Claim No. 7933).  The Response is found at docket entry 3708.

Dated:  October 13, 2009         CATELLUS OPERATING LIMITED PARTNERSHIP

                                 By /s/ Augustus C. Epps, Jr.
                                 Augustus C. Epps, Jr. (VSB No. 13254)
                                 Michael D. Mueller (VSB No. 38216)
                                 Jennifer M. McLemore (VSB No. 47164)
                                 909 East Main Street, Suite 1200
                                 Richmond, VA 23219
                                 Tel: 804-697-4104
                                 Fax: 804-697-6104

                                 Counsel for Catellus Operating Limited Partnership

---

Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4104
Facsimile:  (804) 697-6104

Counsel for Catellus Operating Limited Partnership

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

989661v1