Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 15, 2009 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
October 15, 2009 beginning at 2:00 p.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Motion of AmREIT, a Texas Real Estate Investment Trust
      for Allowance of Administrative Expenses (Docket No.
      3867)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3868)

      Objection
      Deadline:        July 17, 2009 at 4:00 p.m., extended for
                       the Debtors until October 13, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None

      Status:          This matter has been resolved.

**II.   CONTINUED/ADJOURNED MATTERS**

2.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1135)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1242)

      c.    Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until November 16, 2009

at 4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to
                November 23, 2009 at 10:00 a.m.

3.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1136)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1243)

     c.   Notice of Filing Exhibit to Motion (Docket Nos.
          1281, 1282, 1283, 1284, 1285, 1286, 1287)

     Objection
     Deadline:       February 6, 2009 at 4:00 p.m., extended
                     for the Debtors until November 16, 2009
                     at 4:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:         This matter has been adjourned to
                     November 23, 2009 at 10:00 a.m.

4.   Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:       February 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of DirecTV, Inc. for
      Relief from the Automatic Stay to Effect Setoff
      and Memorandum of Points and Authorities in
      Support Thereof (Docket No. 2331)

Status:          This matter has been adjourned to
                 November 23, 2009 at 10:00 a.m.

5.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2295)

     Objection
     Deadline:        April 20, 2009 at 4:00 p.m., extended
                      for the Debtors until October 27, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      November 3, 2009 at 11:00 a.m.

6.   Motion of Southpeak Interactive, LLC for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 2758)

     Objection
     Deadline:        April 7, 2009 at 4:00 p.m., extended for
                      the Debtors until November 16, 2009 at
                      4:00 p.m.

     Objections/
     Responses

Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    November 23, 2009 at 10:00 a.m.

7.   Application of The City of Newport News, Virginia for
     Payment of Taxes (Docket No. 3095)

     Objection
     Deadline:          June 2, 2009 at 4:00 p.m., extended for
                        the Debtors until July 17, 2009 at 4:00
                        p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Response and Objection to Motion for
          Application for Payment of Taxes Filed by the City
          of Newport News (Docket No. 4145)

     Status:            This matter has been adjourned to
                        December 7, 2009 at 2:00 p.m.

8.   Application of Infogain Corporation for Allowance and
     Payment of Administrative Expense Priority Claim
     (Docket No. 3286)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3287)

     Objection
     Deadline:          May 21, 2009 at 5:00 p.m., extended for
                        the Debtors until July 16, 2009 at 4:00
                        p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Preliminary Objection To Application Of
          Infogain Corporation For Allowance And Payment Of
          Administrative Expense Priority Claim (Docket No.

4130)

Status:          This matter has been adjourned to
                 November 3, 2009 at 11:00 a.m.

9.    Amended Motion of Site A, LLC for Payment of
      Administrative Expense Claim (Docket No. 3468)

      Related
      Documents:

      a.    Motion of Site A, LLC for Payment of
            Administrative Expense Claim (Docket No. 3052)

      b.    Notice of Motion and Hearing (Docket No. 3469)

      Objection
      Deadline:        June 16, 2009 at 4:00 p.m., extended for
                       the Debtors until October 27, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to
                       November 3, 2009 at 11:00 a.m.

10.   Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      b.    Notice of Filing of Affidavit in Support of Motion
            of Towne Square Plaza to Allow the Filing of (1)
            Amended Proof of Claim and (2) Late Proof of Claim
            (Docket No. 3782)

      Objection
      Deadline:        June 26, 2009 at 4:00 p.m., extended for
                       the Debtors until November 16, 2009 at

4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to
                November 23, 2009 at 10:00 a.m.

11.   Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:       June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction
            Company, LLC's Motion for Examination and Order
            Directing Debtor, Circuit City Stores, Inc. to
            Produce Documents Pursuant to Federal Rule of
            Bankruptcy Procedure Rule 2004 (Docket No. 3701)

      Status:         This matter has been adjourned to
                      December 7, 2009 at 11:00 a.m.

12.   Motion of Slam Brands, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 3839)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3840)

      Objection
      Deadline:       July 17, 2009 at 4:00 p.m., extended for
                      the Debtors until November 19, 2009 at
                      4:00 p.m.

Objections/
Responses
Filed:                None at the time of filing this agenda

Status:               This matter has been adjourned to
                      November 23, 2009 at 10:00 a.m.

13.  Amended Motion of the Columbus Dispatch for Allowance
     of Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(1) (Docket Nos. 4358, 3874)

     Objection
     Deadline:            July 15, 2009 at 4:00 p.m., extended for
                          the Debtors until November 19, 2009 at
                          4:00 p.m.

     Objections/
     Responses
     Filed:               None at the time of filing this agenda

     Status:              This matter has been adjourned to
                          November 23, 2009 at 10:00 a.m.

14.  Motion of OmniMount Systems, Inc. for Reconsideration
     of the Court's August 20, 2009 Order on the Debtors'
     Twentieth Omnibus Objection for the Purpose of Vacating
     the Reclassification of OmniMount Systems, Inc.'s
     503(B)(9) Claim (Docket No. 5010)

     Related
     Documents:

     a.   Order On Debtors' Twentieth Omnibus Objection To
          Claims (Reclassified To Unsecured Claims Of
          Certain Claims Filed As 503 (B) (9) Claims For
          Goods Received By The Debtors Not Within Twenty
          Days Of The Commencement Of The Case (Docket No.
          4576)

     b.   Notice of Motion and Hearing (Docket No. 5012)

     c.   Exhibits A and B to Motion of OmniMount Systems,
          Inc. for Reconsideration (Docket No. 5014)

Objection
Deadline:          October 8, 2009 at 4:00 p.m., extend for
                   the Debtors until October 27, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   November 3, 2009 at 11:00 a.m.

15.   Debtors' Motion for Entry of Order Pursuant to
      Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
      and Bankruptcy Rules 4001 and 6006, and Local
      Bankruptcy Rule 4001 (I) Authorizing Rejection of
      Surety Bonds, (II) Modifying the Automatic Stay for the
      Limited Purpose of Allowing Safeco Insurance Company of
      America to Commence Cancellation of Surety Bonds, (III)
      Establishing Surety Bond Claim Deadline, and (IV)
      Granting Related Relief (Docket No. 5114)

      Objection
      Deadline:          October 7, 2009 at 4:00 p.m., extended
                         for Safeco Insurance Company until
                         October 28, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to
                         November 3, 2009 at 11:00 a.m.

16.   Creditor John Raleigh' s Motion To Deem Proof Of Claim
      Timely Filed And For Leave To Amend (Docket No. 5198)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:          May 21, 2009 at 5:00 p.m., extended for
                         the Debtors until November 30, 2009 at

4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to
                  December 7, 2009 at 2:00 p.m.

## III. UNCONTESTED MATTERS

17.   Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion Pursuant to
      Bankruptcy Code Sections 105 and 363 and Bankruptcy
      Rule 9019 for Order Approving Settlement Agreement and
      Stipulation by and Among the Debtors and the Pension
      Benefit Guaranty Corporation (Docket No. 5156)

      Related
      Documents:

      a.   Notice of Motions and Hearing (Docket No. 5157)

      Objection
      Deadline:        October 13, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      Status:          This matter is going forward.

18.   Debtors' Motion Pursuant to Bankruptcy Code Sections
      105 and 363 and Bankruptcy Rule 9019 for Order
      Approving Settlement Agreement and Stipulation by and
      Among the Debtors and the Pension Benefit Guaranty
      Corporation (Docket No. 5154)

      Related
      Documents:

      a.   Notice of Motions and Hearing (Docket No. 5155)

      b.   Debtors' Motion for Order Shortening Notice Period
           and Limiting Notice (Docket No. 5156)

```
Objection
Deadline:        October 13, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

Status:          This matter is going forward.
```

**IV.   OMNIBUS CLAIM OBJECTIONS - ADJOURNED MATTERS**

19.   Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2789)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2790)

      b.    Order on Debtors' Second Omnibus Objection to
            Certain Late 503(b)(9) Claims (Docket No. 3356)

      Objection
      Deadline:        April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Responses are voluminous. A statistical
                       chart detailing the unresolved claims
                       will be presented at the Omnibus Hearing.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       December 7, 2009 at 2:00 p.m.

20.   Debtors' Third Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2791)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2792)

      b.    Order on Debtors' Third Omnibus Objection to

Certain Late 503(b)(9) Claims (Docket No. 3357)

Objection
Deadline:          April 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
                   chart detailing the unresolved claims
                   will be presented at the Omnibus Hearing.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   December 7, 2009 at 2:00 p.m.

21.   Debtors' Fourth Omnibus Objection to Certain
      Duplicative Claims (Docket No. 3096)

      Related
      Documents:

      a.   Order on Debtors' Fourth Omnibus Objection to
           Certain Duplicative Claims (Docket No. 3494)

      Objection
      Deadline:          May 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             Responses are voluminous. A statistical
                         chart detailing the unresolved claims
                         will be presented at the Omnibus Hearing.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned to
                         December 7, 2009 at 2:00 p.m.

22.   Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3309)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3310)

b.    Order Adjourning Debtors Fifth Omnibus Objection
      to Certain Misclassified Non-Goods 503(b)(9)
      Claims (Docket No. 4007)

c.    Order on Debtors Fifth Omnibus Objection to
      Certain Misclassified Non-Goods 503(b)(9) Claims
      (Docket No. 4008)

d.    Memorandum and Opinion (Docket No. 5040)

e.    Order (Docket No. 5041)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Responses are voluminous. A statistical
                 chart detailing the unresolved claims
                 will be presented at the Omnibus Hearing.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 December 7, 2009 at 2:00 p.m.

23.  Debtors' Sixth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3311)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 3312)

     b.    Order Adjourning Debtors' Sixth Omnibus Objection
           to Certain Misclassified Non-Goods 503(b)(9)
           Claims (Docket No. 4011)

     c.    Order on Debtors' Sixth Omnibus Objection to
Certain Misclassified Non-Goods 503(b)(9) Claims
(Docket No. 4012)

     d.    Memorandum and Opinion (Docket No. 5040)

     e.    Order (Docket No. 5041)

Objection
Deadline:     June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:     Responses are voluminous. A statistical
chart detailing the unresolved claims
will be presented at the Omnibus Hearing.

Status:     An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
December 7, 2009 at 2:00 p.m.

24.    Debtors' Seventh Omnibus Objection to Certain Late
Claims (Docket No. 3506)

Related
Documents:

     a.    Order On Debtors' Seventh Omnibus Objection To
Certain Late Claims (Docket No. 4169)

Objection
Deadline:     June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:     Responses are voluminous. A statistical
chart detailing the unresolved claims
will be presented at the Omnibus Hearing.

Status:     An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to

December 7, 2009 at 2:00 p.m.

25.   Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.   Order On Debtors' Eighth Omnibus Objection To
           Certain Late Claims (Docket No. 4170)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          Responses are voluminous. A statistical
                      chart detailing the unresolved claims
                      will be presented at the Omnibus Hearing.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      December 7, 2009 at 2:00 p.m.

26.   Debtors' Ninth Omnibus Objection to Certain (i) Late
      Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

      Related
      Documents:

      a.   Amended Exhibit C to Debtors' Ninth Omnibus
           Objection to Certain (i) Late Claims (ii) Late
           503(b)(9) Claims (Docket No. 3512)

      b.   Order On Debtors' Ninth Omnibus Objection To
           Certain (I) Late Claims And (II) Late 503(B)(9)
           Claims (Docket No. 4171)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:          Responses are voluminous. A statistical
                chart detailing the unresolved claims
                will be presented at the Omnibus Hearing.

Status:         An order has been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned to
                December 7, 2009 at 2:00 p.m.

27.  Debtors' Tenth Omnibus Objection to Certain Duplicate
     Claims (Docket No. 3513)

     Related
     Documents:

     a.    Order On Debtors' Tenth Omnibus Objection To
           Certain Duplicate Claims (Docket No. 4172)

     b.    Supplemental Order on Debtors' Tenth Omnibus
           Objection To Certain Duplicate Claims (Docket No.
           4406)

     Objection
     Deadline:       June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          Responses are voluminous. A statistical
                     chart detailing the unresolved claims
                     will be presented at the Omnibus Hearing.

     Status:         An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     December 7, 2009 at 2:00 p.m.

28.  Debtors' Eleventh Omnibus Objection to Certain
     Qualified Pension Plan Claims and 401(k) Claims (Docket
     No. 3525)

     Related
     Documents:

a.    Amended Notice of Debtors' Eleventh Omnibus
      Objection to Certain Qualified Pension Plan Claims
      and 401(k) Claims (Docket No. 3715)

b.    Order on Debtors' Eleventh Omnibus Objection to
      Certain Qualified Pension Plan Claims and 401(k)
      Claims (Docket No. 4403)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Responses are voluminous. A statistical
                 chart detailing the unresolved claims
                 will be presented at the Omnibus Hearing.

Status:          An order has been entered partially
                 sustaining the objection.  The hearing
                 on the objection with respect to any
                 party who timely filed a response to the
                 objection will be heard on November 3,
                 2009 at 11:00 a.m.

29.  Debtors' Twelfth Omnibus Objection to Certain Qualified
     Pension Plan Claims and 401(k) Claims (Docket No. 3526)

     Related
     Documents:

     a.    Amended Notice of Debtors' Twelfth Omnibus
           Objection to Certain Qualified Pension Plan Claims
           and 401(k) Claims (Docket No. 3718)

     b.    Order on Debtors' Twelfth Omnibus Objection to
           Certain Qualified Pension Plan Claims and 401(k)
           Claims (Docket No. 4405)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Responses are voluminous. A statistical
                      chart detailing the unresolved claims

will be presented at the Omnibus Hearing.

Status:            An order has been entered partially
                   sustaining the objection.  The hearing
                   on the objection with respect to any
                   party who timely filed a response to the
                   objection will be heard on November 3,
                   2009 at 11:00 a.m.

30.   Debtors' Thirteenth Omnibus Objection to Certain
      Amended Claims (Docket No. 3527)

      Related
      Documents:

      a.    Amended Notice of Debtors' Thirteenth Omnibus
            Objection to Certain Amended Claims (Docket No.
            3528)

      b.    Second Amended Notice of Debtors' Thirteenth
            Omnibus Objection to Certain Amended Claims
            (Docket No. 3720)

      c.    Order on Debtors' Thirteenth Omnibus Objection to
            Certain Amended Claims (Docket No. 4446)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             Responses are voluminous. A statistical
                         chart detailing the unresolved claims
                         will be presented at the Omnibus Hearing.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned to
                         December 7, 2009 at 2:00 p.m.

31.   Debtors' Fourteenth Omnibus Objection to Claims
      (Reclassification of Certain Non-Goods 503(b)(9) Claims
      to General Unsecured Non-Priority Claims) (Docket No.
      3672)

Related
Document:

a.      Order on Debtors' Fourteenth Omnibus Objection to
        Claims (Reclassification of Certain Non-Goods
        503(b)(9) Claims to General Unsecured Non-Priority
        Claims) (Docket No. 4443)

b.      Memorandum and Opinion (Docket No. 5040)

c.      Order (Docket No. 5041)


Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
                   chart detailing the unresolved claims
                   will be presented at the Omnibus Hearing.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   December 7, 2009 at 2:00 p.m.

32.   Debtors' Fifteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3676)

      Related
      Documents:

      a.      Order on Debtors' Fifteenth Omnibus Objection to
              Claims (Reclassification of Claims Filed By Equity
              Holders to Interests) (Docket No. 4445)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             Responses are voluminous. A statistical

> chart detailing the unresolved claims
> will be presented at the Omnibus Hearing.

Status:          An order has been entered partially
                 sustaining the objection.  The hearing
                 on the objection with respect to any
                 party who timely filed a response to the
                 objection will be heard on November 3,
                 2009 at 11:00 a.m.

33.   Debtors' Sixteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3677)

      Related
      Documents:

      a.    Order on Debtors' Sixteenth Omnibus Objection to
            Claims (Reclassification of Claims Filed By Equity
            Holders to Interests) (Docket No. 4444)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Responses are voluminous. A statistical
                       chart detailing the unresolved claims
                       will be presented at the Omnibus Hearing.

      Status:          An order has been entered partially
                       sustaining the objection.  The hearing
                       on the objection with respect to any
                       party who timely filed a response to the
                       objection will be heard on November 3,
                       2009 at 11:00 a.m.

34.   Debtors' Seventeenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3678)

      Related
      Documents:

      a.    Order on Debtors' Seventeenth Omnibus Objection to

Claims (Reclassification of Claims Filed By Equity
Holders to Interests) (Docket No. 4447)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
                   chart detailing the unresolved claims
                   will be presented at the Omnibus Hearing.

Status:            An order has been entered partially
                   sustaining the objection.  The hearing
                   on the objection with respect to any
                   party who timely filed a response to the
                   objection will be heard on November 3,
                   2009 at 11:00 a.m.

35. Debtors' Eighteenth Omnibus Objection to Claims
    (Reclassification of Claims Filed By Equity Holders to
    Interests) (Docket No. 3679)

    Related
    Documents:

    a.    Order on Debtors' Eighteenth Omnibus Objection to
          Claims (Reclassification of Claims Filed By Equity
          Holders to Interests) (Docket No. 4449)

    Objection
    Deadline:          July 16, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             Responses are voluminous. A statistical
                       chart detailing the unresolved claims
                       will be presented at the Omnibus Hearing.

    Status:            An order has been entered partially
                       sustaining the objection.  The hearing
                       on the objection with respect to any
                       party who timely filed a response to the
                       objection will be heard on November 3,
                       2009 at 11:00 a.m.

36.   Debtors' Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      General Unsecured, Non-Priority Claims) (Docket No.
      3703)

      Related
      Documents:

      a.   Order on Debtors' Nineteenth Omnibus Objection to
           Claims (Reclassification of Certain Misclassified
           Claims to General Unsecured, Non-Priority Claims)
           (Docket No. 4449)

      b.   Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4758)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Responses are voluminous. A statistical
                       chart detailing the unresolved claims
                       will be presented at the Omnibus Hearing.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       December 7, 2009 at 2:00 p.m.

37.   Debtors' Twentieth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases (Docket No. 3704)

      Related
      Documents:

      a.   Order On Debtors' Twentieth Omnibus Objection To
           Claims (Reclassified To Unsecured Claims Of

Certain Claims Filed As 503 (B) (9) Claims For
Goods Received By The Debtors Not Within Twenty
Days Of The Commencement Of The Case (Docket No.
4576)

Objection
Deadline:            July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               Responses are voluminous. A statistical
                     chart detailing the unresolved claims
                     will be presented at the Omnibus Hearing.

Status:              An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     December 7, 2009 at 2:00 p.m.

38.   Debtors' Twenty-First Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      3709)

      Related
      Documents:

      a.    Order on Debtors' Twenty-First Omnibus Objection
            to Claims (Disallowance of Certain Duplicate
            Claims) (Docket No. 4466)

      Objection
      Deadline:            July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:               Responses are voluminous. A statistical
                           chart detailing the unresolved claims
                           will be presented at the Omnibus Hearing.

      Status:              An order has been entered partially
                           sustaining the objection.  For those
                           claims for which the objection is still
                           pending, this matter is adjourned to
                           December 7, 2009 at 2:00 p.m.

39.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.    Order On Debtors' Twenty-Second Omnibus Objection
            To Claims (Disallowance Of Certain Claims Filed
            Against The Wrong Debtor) (Docket No. 4577)

      Objection
      Deadline:         July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            Responses are voluminous. A statistical
                        chart detailing the unresolved claims
                        will be presented at the Omnibus Hearing.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        December 7, 2009 at 2:00 p.m.

40.   Debtors' Twenty-Third Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 3711)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Third Omnibus Objection
            to Claims (Modification of Certain Duplicate
            503(b)(9) Claims) (Docket No. 4465)

      Objection
      Deadline:         July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            Responses are voluminous. A statistical
                        chart detailing the unresolved claims

will be presented at the Omnibus Hearing.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 December 7, 2009 at 2:00 p.m.

41.   Debtors' Twenty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Real Estate Tax Claims on Real
      Property in Which the Debtors Leased the Real Property)
      (Docket No. 4017)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Real Estate Tax
            Claims on Real Property in Which the Debtors
            Leased the Real Property) (Docket No. 4727)

      Objections/
      Responses
      Filed:          Responses are voluminous. A statistical
                      chart detailing the unresolved claims
                      will be presented at the Omnibus Hearing.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       December 7, 2009 at 2:00 p.m.

42.   Debtors' Twenty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Tax Claims for No Tax
      Liability) (Docket No. 4276)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Seventh Omnibus Objection
            to Claims (Disallowance of Certain Tax Claims for
            No Tax Liability) (Docket No. 4807)

      Objection

Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Responses are voluminous. A statistical
                  chart detailing the unresolved claims
                  will be presented at the Omnibus Hearing.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  December 7, 2009 at 2:00 p.m.

43.   Debtors' Twenty-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Amended Claims) (Docket No.
      4277)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Eighth Omnibus Objection
            to Claims (Disallowance of Certain Amended Claims)
            (Docket No. 4848)

      Objection
      Deadline:         August 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            Responses are voluminous. A statistical
                        chart detailing the unresolved claims
                        will be presented at the Omnibus Hearing.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        December 7, 2009 at 2:00 p.m.

44.   Debtors' Twenty-Ninth Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      4278)

      Related

Documents:

a.    Order on Debtors' Twenty-Ninth Omnibus Objection
      to Claims (Disallowance of Certain Duplicate
      Claims) (Docket No. 4805)


Objection
Deadline:          August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
                   chart detailing the unresolved claims
                   will be presented at the Omnibus Hearing.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   December 7, 2009 at 2:00 p.m.

## V.    OMNIBUS CLAIM OBJECTIONS - STATUS CONFERENCE MATTERS

45.   Debtors' Thirty-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Qualified Pension Plan and
      401(k) Claims) (Docket No. 4880)

Objection
Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
                   chart detailing the unresolved claims
                   will be presented at the Omnibus Hearing.

Status:            The status hearing is going forward with
                   respect to those claims for which a
                   response was filed.  **Those parties who
                   filed a response do not need to appear
                   at the hearing.  Such parties' rights
                   will not be affected at this hearing.**
                   The status hearing will be adjourned to
                   December 7, 2009 at 2:00 p.m. for anyone
                   who filed a response.  The Debtors will

submit a revised form of order granting
the relief sought in the objection with
respect to those claims for which no
response was received.

46.   Debtors' Thirty-Ninth Omnibus Objection to Claims
(Reclassification to Unsecured Claims of Certain Claims
Filed as 503(b)(9) Claims for Goods Received by the
Debtors Not Within Twenty Days of the Commencement of
the Cases) (Docket No. 4881)

Objection
Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical
chart detailing the unresolved claims
will be presented at the Omnibus Hearing.

Status:            The status hearing is going forward with
respect to those claims for which a
response was filed.  **Those parties who
filed a response do not need to appear
at the hearing.  Such parties' rights
will not be affected at this hearing.**
The status hearing will be adjourned to
December 7, 2009 at 2:00 p.m. for anyone
who filed a response.  The Debtors will
submit a revised form of order granting
the relief sought in the objection with
respect to those claims for which no
response was received.

47.   Debtors' Fortieth Omnibus Objection to Claims
(Disallowance of Certain Claims Asserted Against a
Domestic Debtor for which the Debtors Show No
Liability) (Docket No. 4887)

Objection
Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Responses are voluminous. A statistical

chart detailing the unresolved claims
will be presented at the Omnibus Hearing.

Status:                 The status hearing is going forward with
respect to those claims for which a
response was filed.  **Those parties who
filed a response do not need to appear
at the hearing.  Such parties' rights
will not be affected at this hearing.**
The status hearing will be adjourned to
December 7, 2009 at 2:00 p.m. for anyone
who filed a response.  The Debtors will
submit a revised form of order granting
the relief sought in the objection with
respect to those claims for which no
response was received.

48.  Debtors' Forty-First Omnibus Objection to Claims
(Disallowance of Certain No Liability Claims that were
(I) Paid Prepetition or (II) Satisfied Postpetition)
(Docket No. 4890)

Objection
Deadline:               October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  Responses are voluminous. A statistical
chart detailing the unresolved claims
will be presented at the Omnibus Hearing.

Status:                 The status hearing is going forward with
respect to those claims for which a
response was filed.  **Those parties who
filed a response do not need to appear
at the hearing.  Such parties' rights
will not be affected at this hearing.**
The status hearing will be adjourned to
December 7, 2009 at 2:00 p.m. for anyone
who filed a response.  The Debtors will
submit a revised form of order granting
the relief sought in the objection with
respect to those claims for which no
response was received.

```
Dated: October 13, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                       - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP
                                Chris L. Dickerson, Esq.
                                155 N. Wacker Drive, Suite 2700
                                Chicago, Illinois 60606-2700
                                (312) 407-0700

                                       - and -

                                MCGUIREWOODS LLP


                                /s/ Douglas M. Foley          .
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession
```

\10019106