Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' (I) FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN
503(b)(9) CLAIMS AND (II) MOTION FOR A WAIVER OF THE
REQUIREMENT THAT THE FIRST HEARING ON ANY RESPONSE
PROCEED AS A STATUS CONFERENCE**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby

---

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc.
     (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,

file the Debtors' Fifty-First Omnibus Objection to

Certain 503(b)(9) Claims (the "Objection"), and hereby

move this Court, pursuant to sections 105 and 502 of

title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (as amended, the "Bankruptcy Code"), Rule 3007 of

the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1,

for an order, the proposed form of which is attached

hereto as Exhibit A, temporarily disallowing the

503(b)(9) Claims (as defined herein) to the extent of

the amount of the Preferential Transfers (as defined

herein).  In addition, the Debtors move this Court waive

the requirement that the initial hearing on any response

proceed as a status conference and instead request that

this Court hear argument on and resolve the legal issues

presented by this Objection.  In support of the

---

Inc. (0875), Ventoux International, Inc. (1838), Circuit City
Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
Distribution Company of Virginia, Inc. (2821), Circuit City
Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263),
Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
for Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other Debtors,
the address was 9950 Mayland Drive, Richmond, Virginia 23233 and
currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

Objection, the Debtors reply upon and incorporate by
reference the accompanying brief (the "Brief") and
respectfully state as follows:

### JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider
this Motion under 28 U.S.C. §§ 157 and 1334.  This is a
core proceeding under 28 U.S.C. § 157(b).  Venue of these
cases and this Motion in this district is proper under 28
U.S.C. §§ 1408 and 1409.  The statutory and legal
predicates for the relief requested herein are Bankruptcy
Code sections 105 and 502, Bankruptcy Rule 3007, and
Local Bankruptcy Rule 3007-1.

### BACKGROUND

2.   On November 10, 2008 (the "Petition
Date"), the Debtors filed voluntary petitions in this
Court for relief under chapter 11 of the Bankruptcy Code.

3.   The Debtors continue to manage and operate
their businesses as debtors in possession pursuant to
Bankruptcy Code sections 1107 and 1108.

4.   By order dated November 12, 2008, this
Court appointed Kurtzman Carson Consultants LLC ("KCC")
as claims, noticing and balloting agent for the Debtors
in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.   On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

7.   On September 29, 2009, the Debtors and the Creditors Committee filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan").  The associated disclosure statement (the "Disclosure Statement") was approved on September 24, 2009, and confirmation on the Plan is currently scheduled for November 23, 2009.

8.    Generally, the Plan provides for the liquidation of the Debtors under chapter 11 of the Bankruptcy Code.

**OBJECTION AND RELIEF REQUESTED**

9.    Subject to the reservation of rights set forth herein, by this Objection and as more particularly set forth in the Brief, the Debtors seek entry of an order temporarily disallowing each of the claims identified on <u>Exhibit C</u> (collectively, the "503(b)(9) Claims")[2] up to the amount of the Preferential Transfers (as defined in the Brief), pending the return of the Preferential Transfers.

10.    To the extent the Preferential Transfers are equal to or greater than the alleged amount of the a 503(b)(9) Claim, the entire 503(b)(9) Claim would be temporarily disallowed in full.  In contrast, to the extent the Preferential Transfers are less than the alleged amount of the a 503(b)(9) Claim, the difference between such amounts would not be temporarily disallowed, but would be subject to the Debtors' rights to further object to such 503(b)(9) Claim.

---

[2]    For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all claimants whose 503(b)(9) Claims are included in this Objection (collectively, the "Claimants"), with a cross-reference by claim number.

5

11.   Finally, the Debtors request that this Court waive the requirement that the initial hearing on any response to this Objection proceed as a status conference.  Instead, the Debtors request that this Court hear argument on and resolve the legal issues presented by this Objection (and any response thereto) and reserve any factual disputes for a subsequent hearing after appropriate discovery.

## WAIVER OF STATUS CONFERENCE

12.   Pursuant to the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections entered on April 1, 2009, (the "Omnibus Objection Procedures Order") (Docket No. 2881), to the extent any Claimant timely files and properly serves a response to this Objection by **November 4, 2009 at 4:00 p.m. (ET)**, this Court would hold a status conference at the first hearing.  The Debtors respectfully request that this Court waive this requirement on a limited basis to permit the first hearing on this Objection -- **the hearing on November 12, 2009** -- to proceed with oral argument on the legal issues presented in this Objection and any response.

6

After the Court resolves the legal issues presented and
to the extent any facts are in dispute, the Debtors and
any responding Claimant could thereafter engage in
discovery and schedule an evidentiary hearing, if
necessary, at the Court's convenience.

## RESERVATION OF RIGHTS

13.   At this time, the Debtors have not
completed their review of the validity of all claims
filed against their estates, including the 503(b)(9)
Claims.  Accordingly, the 503(b)(9) Claims may be the
subject of additional subsequently filed objections.  To
that end, the Debtors reserve the right to further
object to any and all claims, whether or not the subject
of this Objection, for allowance, voting, and/or
distribution purposes, and on any other grounds
applicable law permits.

14.   Finally, the Debtors reserve the right to
modify, supplement and/or amend this Objection as it
pertains to any 503(b)(9) Claims or Claimant herein.

## NOTICE AND PROCEDURE

15.   Notice of this Objection has been
provided to the Claimants and to other parties-in-

7

interest in accordance with the Court's Order Pursuant
to Bankruptcy Code Sections 102 and 105, Bankruptcy
Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1
and 9013-1 Establishing Certain Notice, Case Management
and Administrative Procedures (Docket No. 130) (the
"Case Management Order").

16.   Furthermore, the Debtors submit that the
following methods of service upon the Claimants should
be deemed by the Court to constitute due and sufficient
service of this Objection: (a) service in accordance
with Bankruptcy Rules 3007, 7004, and 9006; (b) to the
extent counsel for a Claimant is not known to the
Debtors, by first class mail, postage prepaid, on the
signatory of the Claimant's proof of claim form or other
representative identified in the proof of claim form or
any attachment thereto at least 30 days before the
hearing date; or (c) by first class mail, postage
prepaid, on any counsel that has appeared on the
Claimant's behalf in the Debtors' bankruptcy cases at
least 30 days before the hearing date.  The Debtors are
serving the Claimant with this Objection and the
Exhibit(s) on which the Claimant's claim is listed.

17.    To the extent any Claimant fails to timely file and properly serve a response to this Objection on or before **November 4, 2009 at 4:00 p.m. (ET)** as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, temporarily disallowing the 503(b)(9) Claims.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

18.    To the extent a waiver is not requested herein, this Objection complies with Bankruptcy Rule 3007(e) as modified by, and in accordance with, the Omnibus Objection Procedures Order.

## NO PRIOR RELIEF

19.    No previous request for the relief sought herein has been made to this Court or any other court.

### CONCLUSION

WHEREFORE, the Debtors request the Court to enter the Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

```
Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
       October 13, 2009      FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                   - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                   - and -

                             MCGUIREWOODS LLP

                             _/s/ Douglas M. Foley_____
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession
```

## <u>EXHIBIT A</u>

Gregg M. Galardi, Esq.           Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.          Douglas M. Foley (VSB
SKADDEN, ARPS, SLATE,            No. 34364)
MEAGHER & FLOM, LLP              MCGUIREWOODS LLP
One Rodney Square                One James Center
PO Box 636                       901 E. Cary Street
Wilmington, Delaware 19899-      Richmond, Virginia 23219
0636                             (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
<u>et</u> <u>al</u>.,            :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' (I) FIFTY-FIRST OMNIBUS OBJECTION
TO CERTAIN 503(b)(9) CLAIMS AND (II) GRANTING MOTION FOR A
WAIVER OF THE REQUIREMENT THAT THE FIRST HEARING ON ANY
RESPONSE PROCEED AS A STATUS CONFERENCE**

        THIS MATTER having come before the Court on the

Debtors' (I) Fifty-First Omnibus Objection To Certain

503(b)(9) Claims And (II) Motion For A Waiver Of The

Requirement That The First Hearing On Any Response Proceed

As A Status Conference (the "Objection");[3] and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that no response was timely filed

or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED and GRANTED.

2.    The Debtors are authorized to raise Bankruptcy

Code section 502(d) as a defense to the allowance of the

503(b)(9) Claims identified on Exhibit C – 503(b)(9) Claims,

as attached hereto and incorporated herein.

3.    The 503(b)(9) Claims identified on Exhibit C –
503(b)(9) Claims, as attached hereto and incorporated

---

[3]    Capitalized terms not otherwise defined herein shall have the
meaning ascribed to such terms in the Objection.

2

herein, are temporarily disallowed as described in the

Objection pending the return of the Preferential Transfers.

4.    The Debtors' right to further object to any and

all claims, whether or not the subject of the Objection, for

allowance, voting, and/or distribution purposes, and on any

other grounds applicable law permits are expressly

preserved.

5.    The requirement that the initial hearing on the

Objection proceed as a status conference is hereby waived.

6.    This Court retains jurisdiction to hear and

determine all matters arising from or related to the

interpretation or implementation of this Order

Dated: Richmond, Virginia
          _____, 2009


          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/_Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          __/s/ Douglas M. Foley_____
                          Douglas M. Foley

4

In re: Circuit City Stores, Inc, et al.                                          Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject To Fifty-First Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ADD ON COMPUTER PERIPHERALS | 182 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| AIPTEK INC | 140 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| AMERIWOOD INDUSTRIES | 32 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| ATARI INC | 1298 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| BETHESDA SOFTWORKS LLC | 1244 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| BISSELL HOMECARE INC | 1293 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| BUSH INDUSTRIES INC | 881 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CASE LOGIC INC | 342 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CHING WEI TELCOM CO LTD | 807 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| COKEM INTERNATIONAL | 738 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CYBER ACOUSTICS | 423 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CYBER POWER SYSTEMS INC | 1037 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CYBERPOWER INC C HUB | 1058 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| CYBERPOWER SYSTEMS USA INC | 1250 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| DSI DISTRIBUTING INC | 719 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| ENVISION PERIPHERALS INC | 244 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| FUJIFILM USA INC | 877 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| GENIUS PRODUCTS LLC | 1280 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| HAIN CAPITAL GROUP LLC | 732 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| HAUPPAUGE COMPUTER WORKS INC | 781 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| JVC AMERICAS CORP | 572 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| JVC COMPANY OF AMERICA | 602 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| LONGACRE OPPORTUNITY FUND LP | 1249 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| METRA ELECTRONICS CORP | 1300 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| MIDLAND RADIO CORPORATION | 1010 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| MITSUBISHI DIGITAL ELECTRONICS AMERICA INC | 132 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| NAMSUNG AMERICA INC | 980 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| NIKON INC | 933 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| NIKON INC | 935 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| NIKON INC | 936 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| NYKO TECHNOLOGIES | 1307 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| OLYMPUS CORPORATION | 1201 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| ONKYO USA CORPORATION | 128 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| PNY TECHNOLOGIES INC | 447 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| PROCARE INTERNATIONAL CO | 1203 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SHERWOOD AMERICA | 1054 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SIGNATURE HOME FURNISHINGS | 778 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SIGNATURE HOME FURNISHINGS CO INC | 13210 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SIMA PRODUCTS CORP | 1282 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SOUTHPEAK INTERACTIVE | 1221 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES | 13999 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| SVG DISTRIBUTION | 728 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| TAMRAC INC | 187 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| TELEDYNAMICS | 776 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| THQ INC | 747 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| U S LUGGAGE CO | 248 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| VONAGE MARKETING INC | 1056 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| VONWIN CAPITAL MANAGEMENT, LP | 1373 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |
| VTECH COMMUNICATIONS INC | 1243 | EXHIBIT C - DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(B)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.                              Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                              Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 182 | | | |
| Date Filed: 12/05/2008 | Docketed Amount:* | $7,407.76 | |
| ADD ON COMPUTER PERIPHERALS JAMES PATTON 34 A MAUCHLY IRVINE, CA 92618 | Total Preference: | $20,401.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Modified Amount: | $0.00 | |
| Claim Number: 140 | | | |
| Date Filed: 11/21/2008 | Docketed Amount:* | $352,370.00 | |
| AIPTEK INC 51 DISCOVERY STE 100 IRVINE, CA 92618 | Total Preference: | $35,559.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Modified Amount: | $316,811.00 | |
| Claim Number: 32 | | | |
| Date Filed: 11/28/2008 | Docketed Amount:* | $99,534.28 | |
| AMERIWOOD INDUSTRIES JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | Total Preference: | $382,309.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Modified Amount: | $0.00 | |
| Claim Number: 1298 | | | |
| Date Filed: 12/18/2008 | Docketed Amount:* | $11,433.00 | |
| ATARI INC SHAWN GREEN 417 FIFTH AVENUE NEW YORK, NY 10016 | Total Preference: | $212,290.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Modified Amount: | $0.00 | |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.                    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                        Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 1244<br>Date Filed: 12/18/2008<br><br>BETHESDA SOFTWORKS LLC<br>1370 PICCARD DR NO 120<br>ROCKVILLE, MD 20850 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $3,838,606.40<br><br>$98,370.00<br>———<br>$3,740,236.40 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 1293<br>Date Filed: 12/18/2008<br><br>BISSELL HOMECARE INC<br>2345 WALKER RD<br>GRAND RAPIDS, MI 49544 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $48,916.54<br><br>$35,450.00<br>———<br>$13,466.54 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 881<br>Date Filed: 12/05/2008<br><br>BUSH INDUSTRIES INC<br>PO BOX 129<br>JAMESTOWN, NY 14702-0129 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $34,005.92<br><br>$298,512.00<br>———<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 342<br>Date Filed: 11/25/2008<br><br>CASE LOGIC INC<br>THULE ORGANIZATION SOLUTIONS<br>6303 DRY CREEK PKWY<br>LONGMONT, CO 80503 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $17,229.80<br><br>$153,457.00<br>———<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.                    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 807<br>Date Filed: 12/11/2008<br><br>CHING WEI TELCOM CO LTD<br>NO 3 1 DONG SHYH 34 LIN<br>DONG SHYH COUNTY<br>PING JENN<br>TAOYUAN HSIEN, TAIWAN, PROVINCE OF CHINA | Docketed Amount:* | $175,213.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $478,567.00 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 738<br>Date Filed: 12/12/2008<br><br>COKEM INTERNATIONAL<br>DAVE STARK<br>865 XENIUM LANE NORTH<br>PLYMOUTH, MN 55441 | Docketed Amount:* | $414,129.44 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $710,889.00 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 423<br>Date Filed: 12/01/2008<br><br>CYBER ACOUSTICS<br>3109 NE 109TH AVE<br>VANCOUVER, WA 98682 | Docketed Amount:* | $77,089.92 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $112,974.00 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 1037<br>Date Filed: 12/19/2008<br><br>CYBER POWER SYSTEMS INC<br>6F NO 32 SEC 1 CHENGGONG RD<br>NANGANG DISTRICT TAIPEI, TAIWAN, PROVINCE OF CHINA | Docketed Amount:* | $36,882.50 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $80,598.00 | |
| | Modified Amount: | $0.00 | |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.                                    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                      Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 1250<br><br>Date Filed: 12/18/2008<br><br>CYBERPOWER SYSTEMS USA INC<br>ATTN GEN COUNSEL<br>4241 12TH AVE E STE 400<br>SHAKOPEE, MN 55379 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $49,360.45<br><br>$43,715.50<br><br>$5,644.95 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 1058<br><br>Date Filed: 12/15/2008<br><br>CYBERPOWER INC C HUB<br>5175 COMMERCE DRIVE<br>BALDWIN PARK, CA 91706 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $14,190.00<br><br>$32,321.00<br><br>$0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 719<br><br>Date Filed: 12/01/2008<br><br>DSI DISTRIBUTING INC<br>ATTN LONNIE NEUBAUER<br>11338 AURORA AVE<br>DES MOINES, IA 50322 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $2,077.35<br><br>$5,751.00<br><br>$0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 244<br><br>Date Filed: 12/03/2008<br><br>ENVISION PERIPHERALS INC<br>ATTN GAY RICHEY<br>47490 SEABRIDGE DR<br>FREMONT, CA 94538 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $309,516.00<br><br>$3,194,041.00<br><br>$0.00 | CIRCUIT CITY STORES, INC. (08-35653) |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims

Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 877 <br><br> Date Filed: 12/08/2008 <br><br> FUJIFILM USA INC <br> ATTN DENNIS FENNELL DIRECTOR OF CREDIT <br> 200 SUMMIT LAKE DR <br> VALHALLA, NY 10595 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $962,750.40 <br><br> $600,914.00 <br><br> $361,836.40 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 1280 <br><br> Date Filed: 12/18/2008 <br><br> GENIUS PRODUCTS LLC <br> PO BOX 894618 <br> LOS ANGELES, CA 90189-4618 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $30,416.23 <br><br> $590,367.00 <br><br> $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 732 <br><br> Date Filed: 12/12/2008 <br><br> HAIN CAPITAL HOLDINGS LLC <br> ATTN GANNA LIBERCHUK <br> 301 RTE 17 7TH FL <br> RUTHERFORD, NJ 07070 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $1,490,630.40 <br><br> $1,110,764.00 <br><br> $379,866.40 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 781 <br><br> Date Filed: 12/10/2008 <br><br> HAUPPAUGE COMPUTER WORKS INC <br> 91 CABOT COURT <br> HAUPPAUGE, NY 11788 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $177,260.00 <br><br> $126,566.00 <br><br> $50,694.00 | CIRCUIT CITY STORES, INC. (08-35653) |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 572<br>Date Filed: 12/04/2008<br><br>JVC AMERICAS CORP<br>JERRY MCGUIRE CORP CONTROLLER<br>1700 VALLEY RD<br>WAYNE, NJ 07470 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $326,459.40<br><br>$4,732,731.00<br><br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 602<br>Date Filed: 12/04/2008<br><br>JVC COMPANY OF AMERICA<br>1700 VALLEY RD<br>WAYNE, NJ 07470 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $942,241.06<br><br>$4,406,271.60<br><br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 1249<br>Date Filed: 12/18/2008<br><br>LONGACRE OPPORTUNITY FUND LP<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE 33RD FL<br>NEW YORK, NY 10019 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $4,156,411.56<br><br>$244,175.00<br><br>$3,912,236.56 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| Claim Number: 1300<br>Date Filed: 12/18/2008<br><br>METRA ELECTRONICS CORP<br>TONY GUIDICE<br>460 WALKER STREET<br>HOLLY HILL, FL 32117 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $457,580.46<br><br>$928,922.00<br><br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 1010 Date Filed: 12/19/2008 MIDLAND RADIO CORPORATION 5900 PARRETTA DR KANAS CITY, MO 64120 | Docketed Amount:* Total Preference: Modified Amount | $9,246.80 $97,582.00 $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 132 Date Filed: 11/18/2008 MITSUBISHI DIGITAL ELECTRONICS AMERICA INC ATTN BRIAN ATTEBERRY CREDIT MGR 9351 JERONIMA RD IRVINE, CA 92618-1904 | Docketed Amount:* Total Preference: Modified Amount: | $4,889,716.18 $2,407,142.00 $2,482,574.18 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 980 Date Filed: 12/16/2008 NAMSUNG AMERICA INC PO BOX 501206 ST LOUIS, MO 63150-1206 | Docketed Amount:* Total Preference: Modified Amount: | $204,364.26 $93,174.00 $111,190.26 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 933 Date Filed: 12/08/2008 NIKON INC 1300 WALT WHITMAN RD MELVILLE, NY 11747 | Docketed Amount:* Total Preference: Modified Amount: | $16,963.80 $6,953,207.00 $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.                    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                        Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| **Claim Number:** 936<br><br>Date Filed: 12/08/2008<br><br>NIKON INC<br>1300 WALT WHITMAN RD<br>MELVILLE, NY 11747 | Docketed Amount:* | $13,287.15 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $6,936,243.20 | |
| | Modified Amount: | $0.00 | |
| **Claim Number:** 935<br><br>Date Filed: 12/08/2008<br><br>NIKON INC<br>1300 WALT WHITMAN RD<br>MELVILLE, NY 11747 | Docketed Amount:* | $13,776.68 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $6,922,956.05 | |
| | Modified Amount: | $0.00 | |
| **Claim Number:** 1307<br><br>Date Filed: 12/18/2008<br><br>NYKO TECHNOLOGIES<br>PO BOX 822424<br>PHILADELPHIA, PA 19182-2424 | Docketed Amount:* | $37,453.40 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $277,896.00 | |
| | Modified Amount: | $0.00 | |
| **Claim Number:** 1201<br><br>Date Filed: 12/17/2008<br><br>OLYMPUS CORPORATION<br>ERIC VAUTRIN<br>3500 CORPORATE PARKWAY<br>CENTER VALLEY, PA 18034 | Docketed Amount:* | $5,891,051.28 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total Preference: | $771,440.00 | |
| | Modified Amount: | $5,119,611.28 | |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.            Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                              Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| **Claim Number:** 128<br><br>Date Filed: 11/20/2008<br><br>ONKYO USA CORPORATION<br>ATTN MATTHEW ATTANASIO<br>18 PARK WAY<br>UPPER SADDLE RIVER, NJ 07458 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $4,905,004.20<br><br>$3,995,027.00<br><br>$909,977.20 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| **Claim Number:** 447<br><br>Date Filed: 12/01/2008<br><br>PNY TECHNOLOGIES INC<br>AR DEPT<br>299 WEBRO RD<br>PARSIPPANY, NJ 07054 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $847,998.38<br><br>$929,258.00<br><br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| **Claim Number:** 1203<br><br>Date Filed: 12/17/2008<br><br>PROCARE INTERNATIONAL CO<br>11FL 6 NO 410 CHUNG HSIAO<br>E ROAD SEC 5<br>TAIPEI, TAIWAN, PROVINCE OF CHINA | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $4,606.00<br><br>$40,313.00<br><br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| **Claim Number:** 1054<br><br>Date Filed: 12/15/2008<br><br>SHERWOOD AMERICA<br>13101 MOORE ST<br>CERRITOS, CA 90703 | Docketed Amount:*<br><br>Total Preference:<br><br>Modified Amount: | $217,470.00<br><br>$200,292.00<br><br>$17,178.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 778 <br><br> Date Filed: 12/10/2008 <br><br> SIGNATURE HOME FURNISHINGS <br> MARCO LIN <br> 14104 ARBOR PLACE <br> CERRITOS, CA 90703 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $17,930.14 <br><br> $94,587.00 <br> ———————— <br> $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 13210 <br><br> Date Filed: 06/05/2009 <br><br> SIGNATURE HOME FURNISHINGS CO INC <br> 14104 ARBOR PL <br> CERRITOS, CA 90703 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $17,548.92 <br><br> $76,656.86 <br> ———————— <br> $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 1282 <br><br> Date Filed: 12/18/2008 <br><br> SIMA PRODUCTS CORP <br> 140 PENNSYLVANIA AVE BLDG 5 <br> OAKMONT, PA 15139 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $24,663.36 <br><br> $9,380.00 <br> ———————— <br> $15,283.36 | CIRCUIT CITY STORES, INC. (08-35653) |
| Claim Number: 1221 <br><br> Date Filed: 12/18/2008 <br><br> SOUTHPEAK INTERACTIVE <br> KAREN JOSEPHSEN <br> 2900 POLO PKWY <br> MIDLOTHIAN, VA 23113 | Docketed Amount:* <br><br> Total Preference: <br><br> Modified Amount: | $184,757.76 <br><br> $1,051,324.00 <br> ———————— <br> $0.00 | CIRCUIT CITY STORES, INC. (08-35653) |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 13999<br>Date Filed: 06/30/2009<br><br>SOUTHPEAK INTERACTIVE LLC TA<br>SOUTHPEAK GAMES<br>ATTN ALEXANDER BURNETT<br>TWO JAMES CTR 17TH FL<br>1021 E CARY ST<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | Docketed Amount:* | $107,075.52 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $866,566.24 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 728<br>Date Filed: 12/09/2008<br><br>SVG DISTRIBUTION<br>PO BOX 51237<br>LOS ANGELES, CA 90051-5537 | Docketed Amount:* | $23,520.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $311,866.00 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 187<br>Date Filed: 12/05/2008<br><br>TAMRAC INC<br>9240 JORDAN AVE<br>CHATSWORTH, CA 91311 | Docketed Amount:* | $52,727.67 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $87,059.00 | |
| | Modified Amount: | $0.00 | |
| Claim Number: 776<br>Date Filed: 12/10/2008<br><br>TELEDYNAMICS<br>C O RMS BANKRUPTCY RECOVERY<br>SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Docketed Amount:* | $79,105.04 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $125,772.00 | |
| | Modified Amount: | $0.00 | |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims

Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| **Claim Number:** 747<br><br>Date Filed: 12/12/2008<br><br>THQ INC<br>ATTN CAROLINE R DJANG<br>C O JEFFER MANGELS BUTLER &<br>MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067 | Docketed Amount:* | $514,159.08 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $222,453.00 | |
| | Modified Amount: | $291,706.08 | |
| **Claim Number:** 248<br><br>Date Filed: 12/03/2008<br><br>U S LUGGAGE CO<br>MICHAEL SIEMANK<br>400 WIRELESS BLVD<br>HAUPPAUGE, NY 11788 | Docketed Amount:* | $13,021.56 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $220,643.00 | |
| | Modified Amount: | $0.00 | |
| **Claim Number:** 1056<br><br>Date Filed: 12/19/2008<br><br>VONAGE MARKETING INC<br>ATTN ANGELIQUE ELECTRA ESQ<br>23 MAIN ST<br>HOLMDEL, NJ 07733 | Docketed Amount:* | $69,022.58 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $230,461.00 | |
| | Modified Amount: | $0.00 | |
| **Claim Number:** 1373<br><br>Date Filed: 12/17/2008<br><br>VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING<br>DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016 | Docketed Amount:* | $27,740.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $23,534.00 | |
| | Modified Amount: | $4,206.00 | |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.    Debtors Fifty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    Objection to Certain 503(b)(9) Claims

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR |
|---|---|---|---|
| Claim Number: 1243<br><br>Date Filed: 12/18/2008<br><br>VTECH COMMUNICATIONS INC<br>PO BOX 1450 NW 7858<br>MINNEAPOLIS, MN 55485-7858 | Docketed Amount:* | $1,031,993.96 | CIRCUIT CITY STORES, INC.<br>(08-35653) |
| | Total Preference: | $540,409.00 | |
| | Modified Amount: | $491,584.96 | |

|  |  |
|---|---|
| **Total Docketed:** | **$33,245,915.59** |
| **Total Modified:** | **$18,224,103.57** |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount