IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC, *et al.* | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF
RESPONSE OF PLAZA LAS AMERICAS, INC.
TO DEBTORS' TENTH OMNIBUS OBJECTION
TO CERTAIN DUPLICATE CLAIMS**

Plaza Las Americas, Inc., by and through undersigned counsel, hereby withdraws its

Response of Plaza Las Americas, Inc. to Debtors' Tenth Omnibus Objection to Certain Duplicate

Claims as a result of the Debtors' withdrawal  of their objection to Claim No. 12428 filed by Plaza

Las Americas, Inc.  The Response withdrawn hereby is docket entry number 3777.


Dated: October 14, 2009                    Respectfully submitted,

                                           /s/ Richard E. Lear
                                           Richard E. Lear (VSB # 25361)
                                           HOLLAND & KNIGHT LLP
                                           2099 Pennsylvania Ave., NW
                                           Suite 100
                                           Washington, D.C. 20006-6801
                                           (202) 955-3000

                                           Attorney for Plaza Las Americas, Inc.


_____
Richard E. Lear (VSB # 25361)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 457-7049
Counsel to Plaza Las Americas, Inc.

CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was mailed by U.S. first class mail, postage prepaid, this 14th day of October, 2009, to the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
        *Assistant United States Trustee*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
        *Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
        *Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
        *Counsel for the  Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
        *Counsel for the Creditors' Committee*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
        *Counsel for the Creditors' Committee*

and that the foregoing Notice of Withdrawal was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

/s/Richard E. Lear

Richard E. Lear

# 8900635_v1