

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | § |
| | § CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. | § |
| | § Chapter 11 |
| Debtor | § |

**TEXAS COMPTROLLER'S OBJECTION TO CONFIRMATION
OF FIRST AMENDED JOINT PLAN OF REORGANIZATION**

The Texas Comptroller of Public Accounts ("Texas Comptroller"), appearing through the Texas Attorney General's Office, objects on the following grounds to confirmation of the First Amended Joint Plan of Reorganization (the "Plan") proposed by the Debtors and Official Committee of Unsecured Creditors.

1. The Texas Comptroller timely filed a proof of claim for $1,690,627.18 for pre-petition sales-use tax. Based upon tax liens perfected pre-petition against the Debtors' assets in Texas, the claim was filed as a secured claim. The Comptroller believes the claim to be an oversecured claim. To the extent of any shortfall in collateral value (the Comptroller does not believe there is any such shortfall), the claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(C).

2. Additional Texas franchise taxes are due from the Debtors for 2008 and 2009, but the Debtors failed to file required franchise tax returns, so the exact amount of such claims are unknown.

3. As an oversecured creditor, the Texas Comptroller is entitled to (i) post-petition, pre-Effective Date interest under 11 U.S.C. § 506(b), and (ii) post-Effective Date interest for any period during which the Texas Comptroller's secured claim remains unpaid. Plan Art. III. B.1 attempts to deny the Texas Comptroller its statutory right to § 506(b) interest and at the same time unilaterally declare the Texas Comptroller's claim to be unimpaired and deny the Texas Comptroller the right

to vote on the Plan as part of an impaired class.

4. The Plan does not comply with 11 U.S.C. § 506(b) and therefore, under § 1129(a)(1), (2) and (3), cannot be confirmed.

5. Since the Plan proponents failed to properly solicit votes from any oversecured creditors under the incorrect assumption that their claims were unimpaired, the Plan proponents have not complied with § 1126 and § 1129(a)(7) and (8) in the Plan solicitation process. Confirmation must therefore be denied under § 1129(a)(2) and (3).

6. Since Plan Art. III.B.1 fails to provide for post-Effective Date interest on the Texas Comptroller's oversecured claim, and since Plan Art. V.F expressly prohibits the payment of any interest between the Effective Date and the date a claim becomes an Allowed Claim (i.e., during the period any claim objection may be pending), the Plan fails to comply with § 1129(b)(2)(A) and § 511. Those sections require that post-Effective Date interest under applicable non-bankruptcy be paid on allowed secured claims so that they receive present value equal to the amount of such claims.

7. Bankruptcy Code § 362(b)(9) expressly excludes from the automatic stay governmental audits to determine tax liability. The Debtors did business in Texas, both pre- and post-petition, and were required by Texas Tax Code § 111.004 et seq. to cooperate in tax audits that the Texas Comptroller attempted to conduct. Despite multiple requests to conduct a sales-use tax audit for the pre-petition period, the Debtors refused to cooperate. Written notice of such failures and specific requests for cooperation were then made to Debtor's counsel, who ignored such notice and requests, refusing to even respond.

8. Under 28 U.S.C. §§ 959(b) and 960, the Debtors in Possession were required to obey state law, including specifically tax laws, in conducting their business. The Debtors violated §§ 959(b)

2

and 960 by refusing to obey Texas tax law authorizing audits of the Debtor's books and records and requiring the Debtors in Possession to cooperate with such audits. The Debtors in Possession remain in continuing violation of those statutes, and therefore cannot confirm a plan, pursuant to 11 U.S.C. § 1129(a)(2) and (3), which require that plan proponents comply with applicable provisions of Title 11, be proposed in good faith, and not by any means forbidden by law. The Debtors' illegal failure to comply with tax audits bars them from confirming a plan.

9. Additionally, the Debtors in Possession failed to file Texas corporate franchise tax returns for the years 2008 and 2009 or pay any taxes due for those periods. That also violates 28 U.S.C. §§ 959(b) and 960. Congress specifically amended § 960 in the 2005 BAPCPA amendments to require timely filing of post-petition tax returns and timely payment of post-petition taxes by debtors in possession. The Debtors in Possession violated those provisions, and for that additional reason cannot confirm a plan, pursuant to § 1129(a)(2) and (3).

10. Plan Art. V.H attempts to limit the Texas Comptroller's setoff rights. Under 11 U.S.C. § 553, setoff rights survive bankruptcy and are not affected by other sections of the Bankruptcy Code. IRS v. Luongo (In re Luongo), 259 F.3d 323 (5th Cir. 2001); In re DeLaurentiis Entertainment Group, Inc., 963 F.2d 1269, 1277 (9th Cir. 1992); Pettibone Corp. v. United Staets (In re Pettibone Corp.), 151 B.R. 960, 964 (N.D. Ill. 1993). Further, a confirmation objection is sufficient to preserve setoff rights if a plan attempts to abrogate or limit them. In re Alta+Cast, 2004 WL 484881 (Bankr. D. Del.) The Texas Comptroller objects to any alteration of its setoff rights.

11. Plan Art. VIII.G contains broad exculpation provisions that, if read literally, would excuse parties' non-compliance with applicable statutes, including tax laws. Federal law, as discussed above, requires that debtors in possession and trustees comply with applicable laws in

3

operating a business under Chapter 11. Nothing in the Bankruptcy Code authorizes bankruptcy courts to exculpate multiple parties from complying with applicable laws, including tax laws, post-confirmation. There is no authority for excusing compliance with the law, and statutory violations, including violations of tax laws, should be excepted from the Plan's exculpation provisions.

12. To the extent, if any, that the Texas Comptroller may hold claims entitled to priority under 11 U.S.C. § 507(a)(8), such claims are entitled, under 11 U.S.C. §§ 1129(a)(9)(C) and 511, to post-Effective Date interest at the rate determined by applicable non-bankruptcy law. (4.25% in Texas during 2009, pursuant to Texas Tax Code § 111.060.) Plan Art. III.A.2 attempts to impose a much-lower "Case Interest Rate". That violates §§ 1129(a)(9)(C) and 511, and the Plan therefore cannot be confirmed under § 1129(a)(1) and (2), which require that a plan and plan proponents comply with all applicable provisions of Title 11. The Plan proponents, represented by experienced bankruptcy counsel, know full well that a low-ball "Case Interest Rate" does not comply with §§ 1129(a)(9)(C) and 511, and they therefore are not proceeding in good faith in attempting to deprive priority tax creditors of their statutory right to interest, in violation of § 1129(a)(3).

Wherefore, the Texas Comptroller requests that confirmation of the Plan be denied and that the Comptroller have such other relief to which it may be entitled.

Respectfully submitted,

> GREG ABBOTT
> Attorney General of Texas
>
> C. ANDREW WEBER
> First Assistant Attorney General
>
> DAVID S. MORALES
> Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Mark Browning*
MARK BROWNING
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4883
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2009, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Michelle Mosier
Circuit City Stores, Inc.
PO Box 5695
Glen Allen, VA 23058-5695

Jeffrey N. Pomerantz and Standley E. Goldich
Pachulski Stang Ziehl & Jones, LLP
20200 Santa Monica Blvd., 11th Fl
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Noes, LLP
780 Third Ave., 36th FL
New York, NY 10017

Lynn L. Tavenner and Puala S. Beran
Tavenner & Beran, PLC
20 N. Eighth St., 2nd Fl
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 0.006

Robert D. Clark
100 Third Street
Castle Rock, CO 80104

By Electronic Means as listed on the Court's ECF Noticing System:

Robin S. Abramowitz abramowitz@larypc.com
Angela Sheffler Abreu aabreu@mccarter.com, rowan20@excite.com
Benjamin C. Ackerly backerly@hunton.com, cloving@hunton.com
Christopher M. Alston alstc@foster.com, laboj@foster.com
Mark K. Ames mames777@yahoo.com
Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us
Tara B. Annweiler tannweiler@greerherz.com
Henry P. Baer CSommer@fdh.com, csommer@fdh.com
Peter Barrett peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia rbattaglia@obht.com
Philip C. Baxa phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
Brett Christopher Beehler bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
Jason B. Binford jason.binford@haynesboone.com
Ron C. Bingham rbingham@stites.com, dclayton@stites.com
Patrick M. Birney pbirney@rc.com, jcarrion@rc.com
Paul M. Black pblack@spilmanlaw.com, cquesenberry@spilmanlaw.com
Daniel F. Blanks dblanks@mcguirewoods.com
Paul S. Bliley pbliley@williamsmullen.com,
rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
Wanda Borges borgeslawfirm@aol.com
Anne Elizabeth Braucher anne.braucher@gmail.com
James J. Briody jim.briody@sablaw.com, kim.smith@sablaw.com
William A. Broscious wbroscious@kbbplc.com
Martin A. Brown martin.brown@lawokc.com
Steven L. Brown brown@wolriv.com, bankruptcy@wolriv.com
Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com
Mark E. Browning bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

William A. Burnett aburnett@williamsmullen.com

Marc A. Busman mbusman@busmanandbusman.com

Aaron R. Cahn cahn@clm.com

Paul K. Campsen pkcampsen@kaufcan.com

Robert A. Canfield bcanfield@canfieldbaer.com, sstanley@canfieldbaer.com;hivey@canfieldbaer.com;bhochfelder@canfieldbaer.com

Peter J. Carney jlerner@whitecase.com,jrubalcava@whitecase.com

William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com

Eugene Chang echang@steinlubin.com

Jeffrey Chang jchang@wildman.com

Wm. Joseph A. Charboneau jcharboneau@mfgs.com, lcopenhaver@mfgs.com

Sara L. Chenetz schenetz@sonnenschein.com

Dominic L. Chiariello dc@chiariello.com

Charles W. Chotvacs cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello acichello@kb-law.com

City of Newport News, Virginia jdurant@nngov.com

Darrell William Clark dclark@stinson.com, cscott@stinson.com

Robert D. Clark rclark@douglas.co.us

James E. Clarke vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com

Andrew Lynch Cole acole@fandpnet.com

Ken Coleman Ken.Coleman@allenovery.com, amelie.baudot@allenovery.com

Michael A. Condyles michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

Mark B. Conlan mconlan@gibbonslaw.com

Andrew S. Conway aconway@taubman.com

Eric C. Cotton hsmith@ddr.com

Robert K. Coulter robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com

7

John M. Craig johncraigg@aol.com, russj4478@aol.com

Catherine Elizabeth Creely ccreely@akingump.com, bpatrick@akingump.com

William C. Crenshaw bill.crenshaw@bryancave.com,
michelle.mcmahon@bryancave.com;tammy.scott@akerman.com

Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Heather D. Dawson hdawson@kkgpc.com, scarlberg@kkgpc.com;kculpin@kkgpc.com

Gilbert D. Dean ddean@coleschotz.com, jdonaghy@coleschotz.com

Christopher M. Desiderio cdesiderio@nixonpeabody.com

Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com

Louis E. Dolan ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com

Jennifer V. Doran jdoran@haslaw.com

Seth A. Drucker sdrucker@honigman.com

Joseph M. DuRant jdurant@nngov.com

Ronald G. Dunn bstasiak@gdwo.net

Robert A. Dybing rdybing@t-mlaw.com, pfemiani@t-mlaw.com

Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov

Carl A. Eason bankruptcy@wolriv.com

Robert C. Edmundson redmundson@attorneygeneral.gov

Elizabeth A. Elam betsyelam@toase.com,
wtaylor@toase.com;cfickes@toase.com;kkalos@toase.com

Tara L. Elgie telgie@hunton.com

Bradford F. Englander benglander@wtplaw.com, bnestor@wtplaw.com;wbatres@wtplaw.com

Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar Belkys.Escobar@loudoun.gov,
Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

K. Stewart Evans evansks@pepperlaw.com, brakeg@pepperlaw.com

Michael P. Falzone mfalzone@hf-law.com, stoboz@hf-law.com

Robert J. Feinstein rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero jfiero@pszjlaw.com

Douglas M. Foley dfoley@mcguirewoods.com

Christine McAteer Ford cford@mdpcelaw.com

Gina M Fornario gfornario@nixonpeabody.com,

klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com

Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com

Ellen A. Friedman efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

Mark J. Friedman mark.friedman@dlapiper.com

Gary V. Fulghum gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Karen L. Gilman KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer glanzer@rlglegal.com, mozelle@rlglegal.com

Brad R. Godshall bgodshall@pszjlaw.com

Douglas R. Gonzales dgonzales@wsh-law.com

Anitra D. Goodman Royster anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

Kimbell D. Gourley kgourley@idalaw.com, sprescott@idalaw.com

Garry M. Graber GGraber@HodgsonRuss.com, dpiazza@hodgsonruss.com;ncalderon@hodgsonruss.com

Jeffrey J. Graham jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

William A. Gray bgray@sandsanderson.com, lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com;mburns@sandsanderson.com

Peter A. Greenburg pgreenburg@aol.com

Steven H. Greenfeld steveng@cohenbaldinger.com

David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com

Richard E. Hagerty richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com

Jerry Lane Hall jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com

Aaron L. Hammer ahammer@freebornpeters.com

Gina Baker Hantel agbankcal@ag.tn.gov

Michael E. Hastings michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com

David Emmett Hawkins dhawkins@velaw.com

Dion W. Hayes dhayes@mcguirewoods.com

9

Melissa S. Hayward mhayward@lockelord.com

Andrew H. Herrick aherrick@albemarle.org

William Heuer wheuer@duanemorris.com

Robert B. Hill kcummins@hillrainey.com

John E. Hilton jeh@carmodymacdonald.com

Matthew E. Hoffman mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson lhudson@sandsanderson.com

F. Marion Hughes marion.hughes@smithmoorelaw.com

Jessica Regan Hughes jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Peter C. Hughes phughes@dilworthlaw.com

Martha E. Hulley martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Richard Iain Hutson rhutson@fullertonlaw.com

Alexander Xavier Jackins ajackins@seyfarth.com

Thomas Neal Jamerson tjamerson@hunton.com, tomjam2003@yahoo.com

Russell R. Johnson russ4478@aol.com

Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com

Nathan Jones heather@usdrllc.com

Dexter D. Joyner caaustin@comcast.net

Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com

Douglas D. Kappler dkappler@rdwlawcorp.com

Lawrence Allen Katz lakatz@venable.com

Adam K. Keith akeith@honigman.com, tsable@honigman.com

Gerald P. Kennedy gpk@procopio.com

Brian F. Kenney bkenney@milesstockbridge.com

Erin Elizabeth Kessel ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com

Thomas G. King tking@kech.com, dholmgren@kech.com

Jeffrey E. Klusmeier Jeff.Klusmeier@ago.mo.gov

Kurt M. Kobiljak kkobi@aol.com

Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com

Charles Gideon Korrell gkorrell@dl.com

Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com

Darryl S. Laddin bkrfilings@agg.com

Kevin A. Lake klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com

John J. Lamoureux jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg ilandsberg@lm-lawyers.com

Jennifer Langan jlangan@patreasury.org

Stephen E. Leach sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com

Richard E. Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Robert L. Lehane rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Stephen K. Lehnardt skleh@lehnardt-law.com

Justin D. Leonard jleonard@balljanik.com

Fredrick J. Levy fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski dtlewand@kaufcan.com

Arthur Lindquist-Kleissler arthurlindquistkleissler@msn.com

James V. Lombardi jvlombardi@rossbanks.com

Henry Pollard Long hlong@hunton.com

John E. Lucian lucian@blankrome.com

Donald K. Ludman dludman@brownconnery.com

Christine D. Lynch clynch@goulstonstorrs.com

Joel T. Marker joel@mbt-law.com

Jeremy W. Martin jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com

Richard M. Maseles edvaecf@dor.mo.gov

Gary E. Mason gmason@masonlawdc.com

Bruce H. Matson bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

David McCall bankruptcy@ntexas-attorneys.com

Kevin R. McCarthy krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com

Michael Keith McCrory mmcrory@btlaw.com

Neil E. McCullagh nmccullagh@spottsfain.com, jstern@spottsfain.com

W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov

David R. McFarlin dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com

Annemarie G. McGavin annemarie.mcgavin@bipc.com

Frank F. McGinn ffm@bostonbusinesslaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov

John D. McIntyre jmcintyre@wilsav.com, wedwards@wilsav.com

John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com

Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger admin@meiburgerlaw.com

Stephen A. Metz smetz@shulmanrogers.com

C. Christopher Meyer cmeyer@ssd.com

Kalina Boyanova Miller kmiller@wileyrein.com, rours@wileyrein.com

Stephan William Milo smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;khunter@wawlaw.com;KRichman@wawlaw.com;wlevin@wawlaw.com

Satchidananda Mims smims21@hotmail.com

Malcolm M. Mitchell mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Byron Z. Moldo bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Joseph T. Moldovan bankruptcy@morrisoncohen.com

Denise S. Mondell denise.mondell@po.state.ct.us

Valerie P. Morrison vmorrison@wileyrein.com, rours@wileyrein.com

Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com

Mona M. Murphy mona.murphy@akerman.com, tammy.scott@akerman.com;joan.levit@akerman.com

Thomas Francis Murphy tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com

Kevin M. Newman knewman@menterlaw.com

Steven H. Newman snewman@katskykorins.com

Alan Michael Noskow anoskow@pattonboggs.com, tbryan@pattonboggs.com

Darlene M. Nowak nowak@marcus-shapira.com

Michael John O'Grady mjogrady@fbtlaw.com, ahammerle@fbtlaw.com

Samuel S. Oh sam.oh@limruger.com

Tracey Michelle Ohm tohm@stinson.com, tmackey@stinson.com

Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti lotenti@pbl.com

Ronald Allen Page rpage@cantorarkema.com

Craig M. Palik cpalik@yahoo.com, cpalik@mhlawyers.com

R. Chase Palmer cpalmerplf@gmail.com

Min Park mpark@cblh.com

Paul J. Pascuzzi ppascuzzi@ffwplaw.com

Peter M. Pearl ppearl@sandsanderson.com

Frank T. Pepler fpepler@peplermastromonaco.com

Christopher L. Perkins christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com

Rhett E. Petcher rpetcher@seyfarth.com

Loc Pfeiffer loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com

Kimberly A. Pierro kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

David M. Poitras dmp@jmbm.com

Jeffrey N. Pomerantz jpomerantz@pszjlaw.com

Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Raymond Pring rpring@pringlaw.com

Julie Ann Quagliano quagliano@quagseeg.com, belcher@quagseeg.com

Albert F. Quintrall a.quintrall@quintrall.com

William H. Ramsey ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us

Victoria A. Reardon reardonv@michigan.gov, jacksonst@michigan.gov

Michael Reed othercourts@mvbalaw.com

Linda Dianne Regenhardt lregenhardt@garyreg.com,
jtadlock@garyreg.com;cmarchant@garyreg.com

Thomas W. Repczynski trepczynski@beankinney.com, bsockwell@beankinney.com

Matthew Righetti matt@righettilaw.com, erin@righettilaw.com

Fred B. Ringel fbr@robinsonbrog.com

Philip M. Roberts mroberts@bdlaw.org

Terri A. Roberts pcaocvbk@pcao.pima.gov

Wendy Michele Roenker wroenker@cityofchesapeake.net

James H. Rollins jim.rollins@hklaw.com, avis.francis@hklaw.com

Martha E. Romero romero@mromerolawfirm.com

Jeremy Brian Root jroot@bklawva.com, tmartin@bklawva.com

Edward L. Rothberg erothberg@wkpz.com

David R. Ruby druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com

Michael F. Ruggio mruggio@polsinelli.com, cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com

Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan jryan@saul.com

Denyse Sabagh dsabagh@duanemorris.com

Travis Aaron Sabalewski tsabalewski@reedsmith.com, shicks@reedsmith.com

Michael J. Sage msage@omm.com, kzeldman@omm.com

Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com

Troy Savenko tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com

Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com

Nancy R. Schlichting nschlichting@kolawfirm.com, bshmidheiser@kolawfirm.com;mhall@kolawfirm.com

Ann E. Schmitt aschmitt@culbert-schmitt.com

William H. Schwarzschild tschwarz@williamsmullen.com

Douglas Scott BankruptcyCounsel@gmail.com

Sheila L. Shadmand slshadmand@jonesday.com

Gilbert D. Sigala sigalaw1@aol.com

Glenn H. Silver ctbghs@aol.com

Jesse Silverman silvermanj@ballardspahr.com, pollack@ballardspahr.com

Kevin L. Sink ksink@nichollscrampton.com

John Ronald Smith jrsmith@hunton.com

Eric J. Snyder esnyder@sillerwilk.com

14

Rhysa Griffith South sou06@co.henrico.va.us

Aryeh E. Stein astein@wtplaw.com

Richard F. Stein richard.f.stein@irscounsel.treas.gov

Peter E. Strniste pstrniste@rc.com, kcooper@rc.com

Mark Stromberg mark@stromberglawfirm.com, sschild@stromberglawfirm.com;kiacaboni@stromberglawfirm.com

Lisa P. Sumner lsumner@poyners.com, cjeckel@poyners.com

Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com

Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com

Mark D. Taylor mataylor@kilpatrickstockton.com

Robert D. Tepper rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Lucy L. Thomson lthomson2@csc.com

Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com

Suzanne J. Trowbridge sjt@goodwingoodwin.com

Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com,dgrimes@simon.com

Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

John P. Van Beek jvanbeek@ygvb.com, awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com

James G. Verrillo jverrillo@zeislaw.com

Madeleine C. Wanlsee mwanslee@gustlaw.com, rstein@gustlaw.com

Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com

Robert S. Westermann rwestermann@hf-law.com, sharris@hf-law.com

David B. Wheeler davidwheeler@mvalaw.com

Brenda M. Whinery bwhinery@mcrazlaw.com

Nicholas W. Whittenburg nwhittenburg@millermartin.com, mcsmith@millermartin.com

Michael L. Wilhelm ECF@w2lg.com

Amy Pritchard Williams amy.williams@klgates.com, hailey.andresen@klgates.com

Walter Laurence Williams walter.williams@wilsonelser.com, mary.skow@wilsonelser.com

William A. Wood trey.wood@bgllp.com, gale.gattis@bgllp.com

Gordon S. Woodward gwoodward@schnader.com

J. Christian Word chefiling@lw.com;robert.klyman@lw.com

Hale Yazicioglu hyazicioglu@jshllp.com

Martin J. Yeager myeager@beankinney.com, TGross@beankinney.com

Meredith Linn Yoder myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com

Jonathan W. Young young@wildman.com

German Yusufov pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov

Erica S. Zaron cao.bkc@miamidade.gov

Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

/s/ *Mark Browning*
MARK BROWNING