**Hearing Date: November 3, 2009 at 11:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS' PENDING
OMNIBUS OBJECTIONS TO RECLASSIFY CERTAIN CLAIMS FILED
<u>BY EQUITY HOLDERS TO INTERESTS AND RESPONSES THERETO</u>**

**PLEASE TAKE NOTICE** that on (i) June 19, 2009, the Debtors filed their:

Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3676);

Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3677);

    Seventeenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3678); and

    Eighteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3679); and

(ii) on August 20, 2009, the Debtors filed their

    Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 4587) (collectively, the "Omnibus Objections to Reclassify Claims Filed by Equity Holders to Interests").

    **PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objections to Reclassify Claims Filed by Equity Holders to Interests (the "Responding Claimants"). A listing of the Responding Claimants and the docket numbers of their responses is attached hereto as <u>Exhibit A</u>.

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objections to Reclassify Claims Filed by Equity Holders to Interests and the Responses thereto shall be heard at **<u>11:00 a.m. (Eastern) on November 3, 2009</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

    **PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want the Court to consider their Responses, then they or their attorneys must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **<u>at 11:00 a.m. (Eastern Time) on November 3, 2009</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

    **<u>If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief</u>**

**sought by the Debtors and may enter an order granting the relief requested.**

Dated: October 14, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia  FLOM, LLP
                                     Gregg M. Galardi, Esq.
                                     Ian S. Fredericks, Esq.
                                     P.O. Box 636
                                   Wilmington, Delaware 19899-0636
                                   (302) 651-3000

                                              - and –

                                   SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
                                   Chris L. Dickerson, Esq.
                                   155 North Wacker Drive
                                   Chicago, Illinois 60606
                                   (312) 407-0700

                                              - and –

                                   MCGUIREWOODS LLP

                                   /s/ Douglas M. Foley       .
                                   Dion W. Hayes (VSB No. 34304)
                                   Douglas M. Foley (VSB No. 34364)
                                   One James Center
                                   901 E. Cary Street
                                   Richmond, Virginia 23219
                                   (804) 775-1000

                                   Counsel for Debtors and Debtors
                                   in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Docket Number of Response |
|---|---|---|
| 15 | Allan M. Anderson | 4140 |
| 15 | George T. Bentzen | 4131 |
| 15 | Cecil M. Booker Family Trust | 4181 |
| 15 | Bruce Davis | 4030 |
| 15 | Edwin Ellis | 4001 |
| 15 | Tony F. Esposito | 4053 |
| 15 | Gary Kurzenhauser | 4147 |
| 15 | Derek Laumbach | 3987 |
| 15 | Donald F. and Rebecca A. Peterson | 3899 |
| 16 | James W. and Juanita Atwood | 4253 |
| 16 | Karen L. Buckley | 4086 |
| 16 | John H. Davis-El | 4039 |
| 16 | Herman and Marion Gallati | 3996 |
| 16 | Robert E. Kniesche | 4084 |
| 16 | Benjamin R. Knighton | 4071 |
| 16 | Lourena Pruett Cole Irrevocable Trust | 4056 |
| 16 | Dolores & Louis A. Luchak | 4072 |
| 16 | Hassan and Nancy E. Mirshah | 4033 |
| 16 | James Shober | 4031 |
| 16 | Jean Theodule | 4070 |
| 16 | Muriel To Yang | 4015 |
| 17 | Regina J. Cody | 4109 |
| 17 | Richard G. and Pauline B. Griskey | 4028 |
| 17 | Rhonda S. Johnson | 4087 |
| 17 | Raymond and Joan M. Keller, as trustees for the Keller Family Rev. Liv. Trust | 4088 |
| 17 | Seth Kranz | 3932 |
| 17 | Shirley A. Munselle | 4029 |
| 17 | Virginia V. Phillips | 3929 |
| 17 | Richard Smith | 4038 |
| 17 | Susan Grace Strickland | 4069 4182 4378 |
| 17 | Thomas Tecza | 4068 |
| 17 | Anna L. Ubben | 3978 |
| 17 | Youde Wang | 4134 |
| 17 | Andrea Wright | 4032 |
| 32 | Vincent E. Rhynes | 4835 |