**Hearing Date: November 3, 2009 at 11:00 a.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING ON THE MERITS ON DEBTORS' PENDING OMNIBUS OBJECTIONS TO CERTAIN QUALIFIED PENSION PLAN CLAIMS AND 401(k) PLAN CLAIMS AND RESPONSES THERETO

**PLEASE TAKE NOTICE** that on June 4, 2009, the Debtors filed their Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims and their Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (collectively, the "Omnibus Objections to Pension and 401(k) Claims").

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objections to Pension and 401(k) Claims (the "Responding Claimants"). A

listing of the Responding Claimants and the docket numbers of their responses is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objections to Pension and 401(k) Claims and the Responses thereto shall be heard at **<u>11:00 a.m. (Eastern) on November 3,2009</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want the Court to consider their Responses, then they or their attorneys must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **<u>at 11:00 a.m. (Eastern Time) on November 3, 2009</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**<u>If you or your attorney do not take these steps, the Court may decide that you no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested</u>**.

Dated: October 14, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley     .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Docket Number of Response |
|---|---|---|
| 11 | Johnny Ferguson | 3646 |
| 11 | Robert F. Koesel | 4067 |
| 11 | James H. Morton | 4137 |
| 11 | Erica Randolph | 3784 |
| 11 | August Spalding | 4021 |
| 11 | Michael Tucker | 4082 |
| 11 | Bobby Wilson | 3638 |
| 11 | Marcea Wolfe | 3931 |
| 11 | Aubina Yates | 3884 |
| 12 | Christopher E. Borglin | 4150 |
| 12 | Nancy A. Darling | 3882 |
| 12 | Rebecca DeCamps | 4150 |
| 12 | Hilton E. Epps | 4150 |
| 12 | Julia Given | 3895 |
| 12 | Ricardo R. Gomez | |
| 12 | Ken Hill | |
| 12 | Mary E. Holm | 4018 |
| 12 | Susan Johnson | 3892 4023 |
| 12 | Anna Maccanelli | 3910 |
| 12 | Victoria Moore | 3881 |
| 12 | Dionne Normand | 4083 |
| 12 | Phyllis M. Pearson | 4150 |
| 12 | Alex Russell | 3888 |
| 12 | Sharon Savary | 4190 |
| 12 | Paul Schaapman | 4150 |
| 12 | Rick Sharp | 3810 |
| 12 | Carole Shock | 3909 |
| 12 | Richard Thompson | 4054 |
| 12 | Maria Teresa Turner | 3783 4052 |

\10035299.2