**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Richmond Division*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. et al., | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 08-35653 (KRH) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF OPPOSITION FILED BY HENRICO COUNTY, VIRGINIA TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) [Docket 3703]**

Henrico County, Virginia ("Henrico"), by counsel hereby withdraws its Opposition to the Debtors' Nineteenth Omnibus Objection to proof of claims (Claim Nos. 2290, 12394, 13002 and 13007) [Docket 4062].

1.      The Debtors objected to the Henrico's claims asserting that the claims for utility service should be treated as general unsecured.

2.      Henrico withdrew Claim No. 13002 (previously known as Claim No. 12394) as paid.

3.      Henrico has determined that the Debtor has only a leasehold interest in the property underlying Claim Nos. 2290 and 13007 so these claims should be reclassified as unsecured.

4.      Henrico hereby withdraws its Opposition in response to Debtors' Nineteenth Omnibus Objection to Claims.

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, VA  23273-0775
Phone:  (804) 501-5091
*Counsel for Henrico County, Virginia*

Dated:  October 15, 2009

> Respectfully Submitted,
> **County of Henrico, Virginia**
> By:/s/ Rhysa Griffith South
> Rhysa Griffith South (VSB #25944)
> Assistant Henrico County Attorney
> Office of the County Attorney
> County of Henrico
> P.O. Box 90775
> Henrico, Virginia 23273-0775
> Telephone: (804) 501-5091
> Facsimile:  (804) 501-4140

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Notice of Withdrawal of Opposition filed by Henrico, Virginia to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claim to General Unsecured, Non-priority Claims)* was filed electronically with the court via the CM/ECF system on the 15th day of October, 2009.

> /s/ Rhysa Griffith South
> Rhysa Griffith South (VSB #25944)