Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | Jointly Administered |

### MOTION PURSUANT TO LOCAL BANKRUPTCY
### RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Mona M. Murphy ("Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), to enter an Order permitting Michael I. Goldberg, Esquire of Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Boulevard, Fort Lauderdale, FL 33301-2229 to appear *pro hac vice* in the referenced bankruptcy case and related proceedings before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Samsung Electronics America, Inc., claimant, pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In support of the motion, Movant states as follows:

1.    Michael I. Goldberg is a member of the State Bars of Florida and New York and is admitted to practice before the United States District Court for the Middle District of Florida, the

{TY086748;1}

United States District Court for the Southern District of Florida, the United States District Court for the Southern District of California, the United States District Court for the District of Colorado and the United States Bankruptcy Court for the Southern District of Florida. There are no disciplinary proceedings pending against Mr. Goldberg in any jurisdiction in which he is admitted to practice.

2. Movant requests that this Court authorize Mr. Goldberg to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case.

3. Movant and her law firm shall serve as co-counsel with Mr. Goldberg in the Bankruptcy Case.

4. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests the Court enter an Order, substantially in the form annexed hereto as Exhibit A: (i) permitting Mr. Goldberg to appear *pro hac vice* in association with Movant as counsel for the claimant Samsung Electronics America, Inc. in the Bankruptcy Case, and (ii) granting such other and further relief as is just and proper.

Dated: October 15, 2009        AKERMAN SENTERFITT LLP

                               By:   /s/ Mona M. Murphy
                                     Mona M. Murphy, Esquire (VSB No. 21589)
                                     8100 Boone Blvd., Suite 700
                                     Vienna, VA 22182
                                     Tel: (703) 790-8750
                                     Fax: (703) 448-1767

{TY086748;1}

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of October, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in this case and to the following:

      Robert B. Van Arsdale
      Office of the U.S. Trustee
      701 East Broad St., Suite 4304
      Richmond, Virginia 23219
      *Assistant United States Trustee*

      David S. Berman
      Riemer & Braunstein LLP
      Three Center Plaza, 6th Floor
      Boston, Massachusetts 02108
      *Counsel for Bank of America, N.A., as Agent*

      Dion W. Hayes
      McGuire Woods LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219
      *Counsel for the Debtors*

      Greg M. Galardi
      Ian S. Fredericks
      Skadden, Arps, Slate, Meager & Flom
      One Rodney Square
      P.O. Box 636
      Wilmington, DE  19899-0636
      *Counsel for the Debtors*

       /s/ Mona M. Murphy
      Mona M. Murphy