<table>
<tr><td>

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

</td><td>

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

</td></tr>
</table>

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Co-Counsel to the Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | ) | Case No. 08-35653 (KRH) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

## ORDER APPROVING THIRD INTERIM FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2009 THROUGH JULY 31, 2009

Upon the third interim fee application (the "Third Interim Fee Application")[2] of Kirkland &

Ellis LLP ("K&E") for compensation and reimbursement of expenses for services rendered as

special counsel for the debtors in the above-captioned Chapter 11 Cases (collectively, the

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

[2]       Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Third Interim Fee Application.

K&E 15576165.

"Debtors") for the period from May 1, 2009 through July 31, 2009 (the "Third Interim Fee

Period"); it appearing that the relief requested in the Third Interim Fee Application is in the best

interest of the Debtors' estates, their creditors and other parties in interest; the Court having

jurisdiction to consider the Third Interim Fee Application and the relief requested therein pursuant

to 28 U.S.C. §§ 157 and 1334; consideration of the Third Interim Fee Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper

before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Third Interim Fee

Application having been provided to all necessary and appropriate parties, including pursuant to

the *Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,*

*and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management,*

*and Administrative Procedures*  [Docket No. 130], the Order Under Bankruptcy Code Sections

105(a) and 331 Establishing Procedures for Interim Compensation [Docket No. 830] (the "Interim

Compensation Order") and no further notice being necessary; and after due deliberation and

sufficient cause appearing therefor, it is hereby **ORDERED:**

1.   The Third Interim Fee Application is granted in its entirety, on an interim basis.

2.   The Court allows, on an interim basis, an administrative expense claim for K&E in the

amount of $12,893.00 for professional services rendered and $344.24 for actual and necessary

expenses incurred during the Third Interim Fee Period.

3.   The Debtors are authorized and directed to pay, on an interim basis, the outstanding

amounts related to the amounts set forth in paragraph 2 hereof representing one hundred percent

(100%) of the unpaid fees and one hundred percent (100%) of actual and necessary expenses for

the Third Interim Fee Period, including the fifteen percent (15%) of fees previously held back

pursuant to the Interim Compensation Order.

4.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Third Interim Fee Application.

5.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____, 2009                    _____

                                                    United States Bankruptcy Judge

K&E 15576165.

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -

/s/ Douglas M. Foley       .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in
Possession

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed
order has been endorsed by or served upon all necessary parties.

       /s/ Douglas M. Foley     
       Douglas M. Foley

K&E 15576165.