Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

### ORDER ON DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Thirty-First Omnibus Objection to Claims

(Disallowance of Certain Legal Claims) (the "Objection"),

which requested, among other things, that the claims

specifically identified on <u>Exhibit C</u>[1] and <u>Exhibit D</u> attached

to the Objection be disallowed for those reasons set forth

in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was

good and sufficient and that no other further notice or

service of the Objection need be given; and it further

appearing that certain claimants filed responses to the

Objection; and it appearing that the relief requested in the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on <u>Exhibit A (Legal - No

Liability) and Exhibit A (Legal - Workers Compensation No

Liability)</u> as attached hereto and incorporated herein, are

forever disallowed in their entirety for all purposes in

these bankruptcy cases; <u>provided</u>, <u>however</u>, the disallowance

of the claims identified on <u>Exhibit A (Legal - Workers'

Compensation No Liability)</u> is without prejudice to such

---

[1] As modified by the Debtors' Withdrawal of Certain Claims Included in Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4808).

claimants' ability to receive benefits from the applicable
workers' compensation insurance, if any.  To the extent
necessary, for those claimants whose workers' compensation
claims appear on Exhibit A (Legal - Workers' Compensation No
Liability), the automatic stay is hereby modified solely to
allow such claimants to proceed in the determination of
liability against the Debtors in order to proceed against
available workers' compensation insurance, if any; provided,
however, that the claimants identified on Exhibit A (Legal -
Workers' Compensation No Liability) shall not be entitled to
any claim or recovery from the Debtors or their estates.

3.   The status hearing on the Objection to the claims
identified on Exhibit B (Legal - No Liability) and Exhibit B
(Legal - Workers Compensation No Liability) as attached
hereto and incorporated herein, is hereby adjourned to
November 3, 2009, at 11:00 a.m. (Eastern) or until such
later time as agreed by the parties.

4.   The Debtors' rights and abilities to object to any
claim included in the Objection on any grounds and on any
bases are hereby preserved in their entirety.

5.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009


       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\9953901

In re: Circuit City Stores, Inc, et al.                                    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                        (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADALATZADEH TOD, PARVIZ<br>24192 BIRDROCK<br>LAKE FOREST, CA 92630 | 5093 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AIELLO, MARY<br>2061 81ST ST<br>BROOKLYN, NY 11214 | 9112 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>20,000.00<br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALL PRO SERVICES<br>3015 FINDLEY RD<br>KENSINGTON, MD 20895 | 2413 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>575.00<br>$575.00 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANAND, SULEKHA<br>C O AMELIA D WINCHESTER &<br>DAVID R ONGARO<br>RAO ONGARO BURTT & TILIAKOS<br>LLP<br>595 MARKET ST STE 610<br>SAN FRANCISCO, CA 94105 | 14160 | Secured:<br>Priority:<br>Administrative 20,000,000.00<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br><br>$20,000,000.00 | 06/30/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| ANAND, SULEKHA<br>C O CHRISTOPHER A BANDAS<br>BANDAS LAW FIRM<br>500 N SHORELINE BLVD STE 1020<br>CORPUS CHRISTI, TX 78471 | 7973 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>20,000,000.00<br>$20,000,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANDERSON, GAGE<br>1034 LEHNERTZ AVE<br>AURORA, IL 60505-0000 | 2439 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>242.29<br>$242.29 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| APPLIANCE CLINIC<br>37 WEST 250TH NORTH<br>CLEARFIELD, UT 84015 | 2910 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUSTIN LOGISTICS<br>BOX 200237<br>PITTSBURGH, PA 15251 | 3199 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEARD, ROSALYN<br>5426 NORTH ELEVENTH ST<br>PHILA, PA 19141 | 7174 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 4,500.00<br>$4,500.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEARD, ROSALYN B<br>5426 NORTH ELEVENTH ST<br>PHILA, PA 19141 | 7170 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BELLINA, REGINA M<br>1469 CANTERBURY CT<br>MURRELLS INLET, SC 29576 | 3353 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 44.00<br>$44.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENMOUSSA, HUBERT<br>16500 COLLINS AVE NO 955<br>SUNNY ISLE, FL 33160 | 9896 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 4,600.00<br>$4,600.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                            (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRINSON, LILLIAN ANN<br>PO BOX 426<br>IDOLLY RIDGE, NC 28445 | 9521 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALDER JR, ROBERT E<br>3107 COVE VIEW LANE<br>MIDLOTHIAN, VA 23112 | 4639 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CATROPPA, DOMENICK F<br>837 GREENWICH ST<br>PHILADELPHIA, PA 19147-6408 | 6690 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 11,000.00<br>$11,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CCN INC<br>404 PARK AVE SOUTH<br>2ND FLOOR<br>NEW YORK, NY 10016 | 2191 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLESTON, WILMA JEAN<br>7314 KIMBERLY AVE<br>BIRMINGHAM, AL 35206 | 2602 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHOATE, GRAYSON PHILLIP<br>3317 HILLSIDE LANE<br>IRVING, TX 75062 | 4464 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHOUINARD, ZEB GRANT<br>ANDREA & ZEB CHOUINARD<br>18 SEDGEBROOK CT APT 105<br>LYNCHBURG, VA 24502 | 7829 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLOUD, CHARLOTTE C<br>PO BOX 2395<br>RING, NC 27021 | 8195 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 420.20<br>$420.20 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONANT, MICHAEL<br>21800 LAKESHIRE ST<br>SAINT CLAIR SHORES, MI 48081 | 4514 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 655.00<br>$655.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOK, MARY R<br>2345 W 143 ST<br>BLUE ISLAND, IL 60406 | 9620 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 196.98<br>$196.98 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNCE, JAMES<br>7209 ANNA AVE<br>GIBSONTON, FL 33534 | 2319 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 75.38<br>$75.38 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CREEL, L E<br>20487 MARIMAC RD<br>TRINIDAD, TX 75163 | 2239 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 2,194.67<br>$2,194.67 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVIS, GARY<br>DREW E  POMERANCE<br>ROXBOROUGH  POMERANCE &<br>NYE LLP<br>5820 CANOGA AVE  SUITE 250<br>WOODLAND HILLS, CA 91367 | 7011 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 25,000.00<br>$25,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, GARY<br>DREW E  POMERANCE<br>ROXBOROUGH  POMERANCE &<br>NYE LLP<br>5820 CANOGA AVE  SUITE 250<br>WOODLAND HILLS, CA 91367 | 6104 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 25,000.00<br>$25,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEAN, EVAN<br>1668 GORHAM ST<br>NORTH PORT, FL 34288 | 2641 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 365.70<br>$365.70 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEAN, EVAN CHARLES<br>1668 GORHAM ST<br>NORTH PORT, FL 34288 | 2640 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 277.21<br>$277.21 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DORTCH, JOSEPH<br>1371 LINDEN BLVD  NO 8B<br>BROOKLYN, NY 11212 | 2119 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 8,200.00<br>$8,200.00 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DRAXLER, STEVEN F<br>2322 POCONO CT<br>DE PERE, WI 54115 | 7771 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DUBOIS, CYNTHIA 305 RAYELENE DR VESTAL, NY 13850 | 9947 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 2,000.00 $2,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNCAN, JAMES 130 TAYLORS TRAIL ANDERSON, SC 29621 | 2234 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 5,559.99 $5,559.99 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNCAN, JAMES 130 TAYLORS TRL ANDERSON, SC 29621-2667 | 2233 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 31.48 $31.48 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ECONOMIC RESEARCH SERVICES INC 4901 TOWER CT TALLASSEE, FL 32303 | 2650 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EL MANASSER, AHMAD EIGHT SOUTH MICHIGAN AVE SUITE 3200 CHICAGO, IL 60603 | 2150 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 1,000,000.00 $1,000,000.00 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELAYAN, MAHMOUD 1911 W CARRIAGE HOUSE DR BATON ROUGE, LA 70815 | 2786 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 1,500.00 $1,500.00 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                Debtors' Thirty-First Omnibus Objection to Claims
                                                                                          (Legal No Liability) - Disallowed
Case No. 08-35653-KRH

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EPPS, PHEOLA 8905 PLAYGROUND CIR RICHMOND, VA 23237 | 2404 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FAGA ESQ, ANTONIO 23 OXFORD RD NEW HARTFORD, NY 13413 | 3404 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLETCHER, CHARLES R 25510 BAYSIDE PL HARBOR CITY, CA 90710 | 3127 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAINCIA LAZARRE 227 NORTH PENNSYLVANIA AVE NO 2 HANCOCK, MD 21750 | 13393 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 30,000.00 $30,000.00 | 06/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAINES, ROBERT DANIEL P PETROV ESQ THORMAN & HARDIN LEVINE CO LPA 1220 W 6TH ST STE 207 CLEVELAND, OH 44113 | 7507 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 75,000.00 $75,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIACONE, KENNETH 502 PALM CT CRYSTAL LAKE, IL 60014 | 2181 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GIBBONS, MICHAEL<br>17532 E TENNESSEE DR<br>AURORA, CO 80017-0000 | 4849 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 111.11<br>$111.11 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREEN, ERIC<br>4010 GUMBRANCH RD APT 7<br>JACKSONVILLE, NC 28540-0000 | 4714 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 56.38<br>$56.38 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREEN, HEATHER SHEA<br>1209 GREENTRAILS<br>PLAINFIELD, IL 60586 | 3792 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GUTHRIE, GEORGIA MARIE<br>319 E OTWAY ST APT 4<br>ODESSA, MO 64076 | 2352 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAMAD, HANI<br>EIGHT SOUTH MICHIGAN AVE<br>SUITE 3200<br>CHICAGO, IL 60603 | 2131 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 1,000,000.00<br>$1,000,000.00 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAYES, PINKEY SHANTELL<br>3312 W LEMON ST<br>TAMPA, FL 33607 | 3286 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HERNANDEZ, THOMAS<br>1600 LILLIAN CIR<br>COLUMBIA, TN 38401 | 2817 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 400.00<br>$400.00 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HERSEL, ARTHUR<br>1323 HAMMEL DR<br>ANGOLA, IN 46703 | 4546 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOWARD, JAMES<br>203 SUNSHINE CREST COURT<br>APEX, NC 27539 | 5046 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 56.62<br>$56.62 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOWARD, MICHELLE<br>203 SUNSHINE CREST COURT<br>APEX, NC 27539 | 5047 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 56.62<br>$56.62 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HUTCHINSON, MONIQUE A<br>19858 JEROME ST<br>ROSEVILLE, MI 48066 | 6963 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HUYNH, SON<br>2537 PECAN MEADOW DR<br>GARLAND, TX 75040 | 2668 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JACKSON, SHAWN<br>C O ATTY DANIEL H SCHNEIDER ESQ<br>TEIMAN & SCHNEIDER LLC<br>66 OLD SHELTON RD<br>HUNTINGTON, CT 06484 | 4284 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 898,692.44<br>$898,692.44 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONES, TERRANCE<br>TERRANCE JONES<br>53B PARDUM RD<br>NEW BRUNSWICK, NJ 08902 | 4290 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 555,750.00<br>$555,750.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JULIEN, JULES<br>78 WHEATLAND ST<br>SOMERVILLE, MA 02145 | 10156 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 58.67<br>$58.67 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KHAN, SOHAIL<br>2610 CARNEGIE LN APT O<br>REDONDO BEACH, CA 90278-3872 | 13963 | Secured:<br>Priority:<br>Administrative 60,334.68<br>503(b)(9):<br>Unsecured:<br>Total: | $60,334.68 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KING, JAMES G<br>VINNELL CORP UNIT 61322<br>BOX 871<br>APO, AE 09803 | 9756 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 35.00<br>$35.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KIRKWOOD, GREG S<br>7785 SW SORRENTO RD<br>BEAVERTON, OR 97008 | 9894 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 132.00<br>$132.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANGLOIS, ANDREW<br>207 MAPLE DR<br>LAFAYETTE, LA 70506-7004 | 2432 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>252.98<br>$252.98 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANGSETH, DAVID<br>29 WACHUSETT<br>LEXINGTON, MA 02421 | 4749 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>1,342.00<br>$1,342.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAVIN, CHARMAINE MARIE<br>PO BOX 970985<br>BOCA RATON, FL 33497 | 4831 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>623.00<br>$623.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEON, SANTIAGO<br>17707 RED WOLF DR<br>HOUSTON, TX 77084 | 9913 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LETULLE, EMILY<br>LEWIS  KENNETH W<br>BUSH LEWIS  PLLC<br>SAN JACINTO BLDG<br>595 ORLEANS ST STE 500<br>BEAUMONT, TX 77701 | 2498 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>1,500.00<br>$1,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUMBA, CESAR<br>34 GULF PINES AVE<br>LAS VEGAS, NV 89148-2838 | 2690 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>359.80<br>$359.80 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                          Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LUMBA, CESAR<br>34 GULF PINES AVE<br>LAS VEGAS, NV 89148-2838 | 2691 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>1,178.55<br>$1,178.55 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LYNCH, KEYUN MALTON<br>4523 SILVER ARROW DR NW<br>ALBUQUERQUE, NM 87114 | 4586 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>1,600.00<br>$1,600.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAGERSUPP, DAVID LEE<br>1410 MAGNOLIA PARK CIRCLE<br>CUMMING, GA 30040 | 5427 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MICHAEL SASONI & ANNA SASONI<br>3201 NE 183RD ST APT NO 306<br>AVENTURA, FL 33160 | 2871 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>7,200.00<br>$7,200.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MILLER, RANDALL W<br>15630 MOSS LIGHT PLACE<br>MOSELEY, VA 23120 | 5764 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORA, CHRISTOPHER RENE<br>560 WEST GONZALES RD NO 23<br>OXNARD, CA 93036 | 5356 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                              (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MR UNIFORM & MAT RENTALS INC<br>18500 FITZPATRICK ST<br>DETROIT, MI 48228-1495 | 2736 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 542.19<br>$542.19 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| NGUYEN, NGHE VAN<br>825 N MAGNOLIA AVE<br>ANAHEIM, CA 92801-3112 | 7546 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 4,870.00<br>$4,870.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OBERMEYER, MATTHEW J<br>6648 FLORENCE DR<br>LITHIA SPRINGS, GA 30122 | 8787 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 250.00<br>$250.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ODOM, MARCUS<br>1219 COMMONWEALTH CIRCLE<br>NAPLES, FL 34116 | 5888 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 1,658.56<br><br><br><br>350.00<br>$2,008.56 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OVERHEAD DOOR LUBBOCK<br>PO BOX 16624<br>LUBBOCK, TX 79490 | 2463 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 58.25<br>$58.25 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PASTRANA, MARK<br>2764 NORTH H ST<br>SAN BERNARDINO, CA 92405 | 4101 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PERSON, COURTNEY LEO<br>233 MACON ST PVT<br>BROOKLYN, NY 11216 | 5032 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PETERSBURG GEN DIST COURT<br>35 E TABB ST<br>PETERSBURG, VA 23803 | 7650 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PETTER PACKAGING LLC<br>PO BOX 997<br>PADUCAH, KY 42002-0997 | 2857 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERCEY, ARTHUR JAMES<br>10736 OLSON ST<br>NEW PORT RICHEY, FL 34654 | 5040 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>250.00<br>$250.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUNIO, JOSEPH<br>2207 HERRING CREEK DRIVE<br>ACCOKEEK, MD 20607-0000 | 4073 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>85.55<br>$85.55 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RENN, RUSTY L<br>RUSTY RENN<br>12190 JENNINGS RD<br>LAWTONS, NY 14091-9710 | 9434 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>1,522.98<br>$1,522.98 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                           Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                          (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RIOS, EDWIN<br>7922 BLACKBURN AVE<br>LOS ANGELES, CA 90048 | 9688 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RIVAS, BRYAN ANTONIO<br>860 RIDGE POINT DR<br>GRAND PRAIRIE, TX 75052 | 3829 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROCKWELL, DARYL<br>600 EAGLE LN<br>CAMILLUS, NY 00001-3031 | 9908 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 67.53<br>Total: $67.53 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUSSELL, JANET MYRA<br>11620 WILD CAT LN<br>NEW PORT RICHEY, FL 34654 | 4720 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 4,219.90<br>Total: $4,219.90 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUSSELL, JANET MYRA<br>11620 WILD CAT LN<br>NEW PORT RICHEY, FL 34654 | 4718 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 6,630.81<br>Total: $6,630.81 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAINT LOUIS, FREDLY SEM<br>559 NW TWYLITE TERRACE<br>PORT SAINT LUCIE, FL 34983 | 2421 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SANCHEZ, RICHARD 53880 AVE VILLA LA QUINTA, CA 92253 | 6420 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHMIDT, D GREGORY 4213 COPPERFIELD LANE CINCINNATI, OH 45238 | 4529 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHARIF, IBRAHIM A 4921 SEMINARY RD NO 701 ALEXANDRIA, VA 22311 | 2197 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 8,980.35 $8,980.35 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIMMONS, TIFFANY LAVETTE 4510 MENDHAM DR APT 4 CHARLOTTE, NC 28215 | 4483 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SMITH, HEATHER J PO BOX 207 POWHATAN, VA 23139 | 5842 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 400,000.00 $400,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SOLOMON, TAMMIE 3602 CROMWELL DR HEPHZIBAH, GA 30815 | 8441 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SOMERFELDT, MARY L<br>392 CENTRAL PARK W 4N<br>NEW YORK, NY 10025 | 9751 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 20,000.00<br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEGLITZ, STEPHEN<br>485 HARDING DR<br>SOUTH ORANGE, NJ 07079 | 2822 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 409.00<br>$409.00 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEPHEN, HANEMANN<br>6551 WEST END BLVD<br>NEW ORLEANS, LA 70124-2249 | 3553 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 31.59<br>$31.59 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SULEKHA ANAND<br>C O AMELIA D WINCHESTER &<br>DAVID R ONGARO<br>RAO ONGARO BURTT & TILIAKOS<br>LLP<br>595 MARKET ST STE 610<br>SAN FRANCISCO, CA 94105 | 14317 | Secured:<br>Priority:<br>Administrative    20,000,000.00<br>503(b)(9):<br>Unsecured:<br>Total: | <br>$20,000,000.00 | 06/30/2009 | ORBYX ELECTRONICS, LLC (08-35662) |
| TAYLOR, RAMONC<br>876 WEST ALONDRA<br>COMPTON, CA 90220-0000 | 2208 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TERRY, JAMES J<br>4413 JACOBS BEND TERRACE<br>RICHMOND, VA 23236 | 6980 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THOMAS P BELLINA REGINA M BELLINA JT TEN 1469 CANTERBURY CT MURRELLS INLET, SC 29576 | 3350 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 4,000.00 $4,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMAS, DENNIS J 600 HOWELL DR LOCUST GROVE, GA 30248 | 3791 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMAS, SEAN DAVID 307 LENOX AVE PITTSBURGH, PA 15221 | 6018 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 971.50 $971.50 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRINITY ARMORED SECURITY INC 4221 CLAY AVE FORT WORTH, TX 76117 | 2489 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TURONIS, STANLEY 12300 BLACK MAPLE DR KELLER, TX 76248 | 9760 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 5,253.23 $5,253.23 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TV TECK TELEVISION & VIDEO 15230 HIGHWAY 3 WEBSTER, TX 77598 | 3555 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VIRGINIA PEST CONTROL SERVICE PO BOX 34243 RICHMOND, VA 23234 | 2613 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VONBECHMANN, DAWN NEIL E MCCULLAGH ESQ CANTOR ARKEMA PC PO BOX 561 RICHMOND, VA 23218-0561 | 8649 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 805.36 $805.36 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WAYNE VF LLC AND VORNADO REALTY TRUST WALTER WILLIAMS ESQ WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP 844 WESTPARK DR STE 510 MCLEAN, VA 22102 | 8852 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WELLS, DAVID L 1128 BRIDGEVIEW LN TUTTLE, OK 73089 | 8305 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 50,000.00 $50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WINFIELD, VICKIE L 25005 GILMAR COURT PETERSBURG, VA 23803 | 3789 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WITHERSPOON, LARRY CHRISTINE PRIEBE REPRESENTATIVE MI DEPT OF CIVIL RIGHTS 350 OTTAWA NW 3RD FLOOR GRAND RAPIDS, MI 49503 | 8246 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims
(Legal No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WOO, CAROLYN Y UNIVERSITY OF NOTRE DAME DEAN MENDOZA COLLEGE OF BUS NOTRE DAME, IN 46556 | 6409 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 1,500.00 $1,500.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOODRUFF 3RD, BYRON A 910 LOURVE CT KISSIMME, FL 34759 | 9881 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 217.00 $217.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOODSON, JOYCE C 2752 RUDWICK RD GLEN ALLEN, VA 23060 | 7783 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| XIAOPING, WENG 716 STANNAGE AVE NO 2 ALBANY, CA 94706 | 5136 | Secured: Priority: Administrative 503(b)(9): Unsecured: Total: | 7,447.00 $7,447.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:     118          $64,267,298.55

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims (Legal
Case No. 08-35653-KRH                              Workers Compensation No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANGEL, MIGUEL ADDRESS ON FILE | 7264 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $159,545.00 $159,545.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BARBERIO, RUTH ADDRESS ON FILE | 3169 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLAKENEY, BRENDA ADDRESS ON FILE | 9309 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $12,584.48 $12,584.48 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROWN, MARLO ADDRESS ON FILE | 10190 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CIESLA, PATRICIA ADDRESS ON FILE | 6512 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Thirty-First Omnibus Objection to Claims (Legal
Workers Compensation No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DEHAVEN NORMAN H ADDRESS ON FILE | 6009 | Secured: <br> Priority: <br> Administrative <br> 503(b)(9): <br> Unsecured: $50,000.00 <br> Reclamation: <br> Total: $50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GARCIA, MARTIN ADDRESS ON FILE | 3795 | Secured: <br> Priority: <br> Administrative <br> 503(b)(9): <br> Unsecured: $134,305.00 <br> Reclamation: <br> Total: $134,305.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GOWER, WILLIAM R ADDRESS ON FILE | 5534 | Secured: <br> Priority: <br> Administrative <br> 503(b)(9): <br> Unsecured: $37,000.00 <br> Reclamation: <br> Total: $37,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLADAY, KATHRYN ADDRESS ON FILE | 4450 | Secured: <br> Priority: <br> Administrative <br> 503(b)(9): <br> Unsecured: $45,229.89 <br> Reclamation: <br> Total: $45,229.89 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINEZ, RUDY ADDRESS ON FILE | 7716 | Secured: <br> Priority: <br> Administrative <br> 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Thirty-First Omnibus Objection to Claims (Legal
Case No. 08-35653-KRH                                Workers Compensation No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEICE, JESSE ALEXANDER ADDRESS ON FILE | 3662 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $70.00<br>$70.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NESBITH, NATASHA ADDRESS ON FILE | 5518 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NOBLE, CHRIS ADDRESS ON FILE | 5303 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $300,000.00<br>$300,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT M TAYLOR ADDRESS ON FILE | 8875 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUDOLPH, SCOTT ADDRESS ON FILE | 7653 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims (Legal

Case No. 08-35653-KRH    Workers Compensation No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEARNS, JENNIFER DENISE ADDRESS ON FILE | 6054 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TAYLOR, ERIC ADDRESS ON FILE | 4395 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/22/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| THOMAS, SAJI ADDRESS ON FILE | 7524 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $169.40 $169.40 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TYRE, WESLEY ADDRESS ON FILE | 6035 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WAHBY, SAMER A ADDRESS ON FILE | 5077 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $50,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    **20**    **$838,903.77**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH    (Legal No Liability) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALICEA, ADA, ET AL<br>DAVID MEISELMAN<br>MEISELMAN  DENLEA  PACKMAN<br>CARTON & EBERZ PC<br>1311 MAMARONECK AVE<br>WHITE PLAINS, NY 10605 | 6283 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 5,000,000.00<br>$5,000,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANTOR MEDIA CORPORATION<br>ROBERT CHIAVIELLO JR ESQ BRETT<br>C GOVETT ESQ MICHAEL REGITZ<br>ESQ & RYAN E MANNS ESQ<br>FULBRIGHT & JAWORSKI LLP<br>2200 ROSS AVE STE 2800<br>DALLAS, TX 75201 | 6347 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 5,674,000.00<br>$5,674,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHASE BANK USA NA<br>C O STEPHEN J NEWMAN<br>STROOCK & STROOCK & LAVAN<br>LLP<br>2029 CENTURY PARK EAST 16TH FL<br>LOS ANGELES, CA 90067 | 7065 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNCAN, GLENN<br>4750 OLD MILITARY RD<br>THEODORE, AL 36582 | 2725 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNCAN, GLENN C<br>4750 OLD MILITARY RD<br>THEODORE, AL 36582 | 2722 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br>UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FRANKLIN SPENCER WILSON<br>2 HIGHLAND ST<br>PORT CHESTER, NY 10513 | 13340 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 10,000,000.00<br>$10,000,000.00 | 06/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                      (Legal No Liability) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HATCHER, MINNIE B<br>3200 SALLY CIRCLE<br>FLORENCE, SC 29550 | 3548 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:        UNL<br>Total:        UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HURNEY, LEEON<br>234 ALICE ST<br>PITTSBURGH, PA 15210 | 10047 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:        847.42<br>Total:        $847.42 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAYNE, RICHARD AND DEBORAH<br>CLIVE N  MORGAN<br>6712 ATLANTIC BLVD<br>JACKSONVILLE, FL 32211 | 3427 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:        50,000.00<br>Total:        $50,000.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONATHAN CARD AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6040 | Secured:<br>Priority:        21,728,213.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:        $21,728,213.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JOSEPH SKAF AND ALL THOSE SIMILARLY SITUATED<br>EDWIN AIWAZIAN<br>C O THE AIWAZIAN LAW FIRM<br>330 ARDEN AVE STE 205<br>GLENDALE, CA 91203 | 8717 | Secured:<br>Priority:        95,501,550.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:        $95,501,550.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIMS, SATCHI<br>P O  BOX 19304<br>OAKLAND, CA 94619 | 5469 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:        9,500.00<br>Total:        $9,500.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                         Debtors' Thirty-First Omnibus Objection to Claims
Case No. 08-35653-KRH                                                             (Legal No Liability) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PNY TECHNOLOGIES INC<br>ATTN CLEMENT J FARLEY<br>MCCARTER & ENGLISH LLP<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK, NJ 07102-4096 | 1723 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 10,000,000.00<br>$10,000,000.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNICAL ENTERPRISES<br>THOMAS J  WEISS<br>WEISS & HUNT<br>1925 CENTURY PARK EAST  SUITE 2140<br>LOS ANGELES, CA 90067 | 6555 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 4,053,450.00<br>$4,053,450.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        14                    $152,017,560.42

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.          Debtors' Thirty-First Omnibus Objection to Claims (Legal
Case No. 08-35653-KRH                          Workers Compensation No Liability) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EISNER, ROY ADDRESS ON FILE | 3025 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,000,000.00 _____ $10,000,000.00 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KIBBY, TANDEN ADDRESS ON FILE | 6894 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,948.55 _____ $2,948.55 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KING, BRAD C ADDRESS ON FILE | 3634 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL _____ UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LOWE GARY R ADDRESS ON FILE | 5144 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $100,000.00 _____ $100,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        4                    $10,102,948.55

*      "UNL" denotes an unliquidated claim.