# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC.**
Case No. **08-35653**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC | **AMERICAN SCALE CORP** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices and payments to transferee should be sent: | Court Claim # (if known): 675<br>Amount of Claim: **$1,130.41**<br>Date Claim Filed: 12/5/2008 |
| LIQUIDITY SOLUTIONS, INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | |
| | Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Christian Colli                                  Date: 10/14/2009
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

3009306

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC.**
Case No. **08-35653**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **675** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2009.

| | |
|---|---|
| Liquidity Solutions Inc.<br>**Name of Transferee** | **AMERICAN SCALE CORP**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**AMERICAN SCALE CORP**<br>**3540 BASHFORD AVE**<br>**LOUISVILLE, KY 40218** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                                                  **CLERK OF THE COURT**

3009306

## TRANSFER NOTICE

American Scale Corp ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the administrative Claim of Assignor as set forth in the Agreement against **CIRCUIT CITY STORES, INC.** (the "Debtor"), in the aggregate amount of **$1,130.41**, representing all administrative claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Eastern District of Virginia, administered as Case No. 08-35653.

IN WITNESS WHEREOF, Assignor has signed below as of the 12th day of May, 2009

American Scale Corp

_Janet W. Conway_
(Signature)

_Janet W. Conway / Acctg Mgr._
(Print Name and Title)

_Mark Thompson_
(Signature)

_MARK THOMPSON_
(Print Name of Witness)

CIRCUIT CITY STORES, INC.
American Scale Corp


3009306