UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF RESPONSE OF SPRING HILL
DEVELOPMENT PARTNERS, GP, DICKSON MANAGEMENT
ASSOCIATES, LLC AND GALLATIN MANAGEMENT ASSOCIATES, LLC TO
DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS**

Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC, by counsel, hereby withdraws, without prejudice, the Response of Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Response"). The Response can be found at Docket No. 3828.

Dated: October 16, 2009

SPRING HILL DEVELOPMENT
PARTNERS, GP, DICKSON
MANAGEMENT ASSOCIATES, LLC
AND GALLATIN MANAGEMENT
ASSOCIATES, LLC

By: ___/s/ Michael P. Falzone___
Counsel

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Spring Hill Development Partners, GP, Dickson
Management Associates, LLC and Gallatin Management Associates, LLC*

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Spring Hill Development Partners, GP,*
*Dickson Management Associates, LLC and Gallatin Management Associates, LLC*

### CERTIFICATE OF SERVICE

I herby certify that on this 16th day of October, 2009, a true and correct copy of the foregoing was served by electronic mail on the "2002" and "Core" lists and through the Court's CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Michael P. Falzone
Michael P. Falzone