Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION
   - - - - - - - - - - - - - - - x
   In re:                        :   Chapter 11
                                 :
   CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
   et al.,                       :
                                 :   Jointly Administered
                     Debtors.    :
   - - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL LIST OF PROFESSIONALS UTILIZED BY THE
DEBTORS IN THE ORDINARY COURSE OF BUSINESS**

Pursuant to the Order Pursuant to Bankruptcy Code Sections 105(a), 327, 330 and 331 Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business entered on December 24, 2008 (D.I. 1279) (the "OCP Order") and the procedures approved thereby, the debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors")[1] hereby submit this supplement to the ordinary course professionals listed on Exhibit A to the OCP Order.  By this supplement, the Debtors hereby amend the list of ordinary course professionals list to include the professionals listed on Exhibit A attached hereto (the "Second Supplemental List").  Pursuant to the OCP Order, the Second Supplemental List shall be deemed approved by the Court and the professionals listed thereon shall be deemed to be ordinary course professionals without the necessity of a hearing or further order of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

2

Dated: October 16, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia       FLOM, LLP
                         Gregg M. Galardi, Esq.
                         Ian S. Fredericks, Esq.
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000

                                 - and -

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Chris L. Dickerson, Esq.
                         155 N. Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                                 - and -

                         MCGUIREWOODS LLP

                         /s/ Douglas M. Foley          .
                         Dion W. Hayes (VSB No. 34304)
                         Douglas M. Foley (VSB No. 34364)
                         One James Center
                         901 E. Cary Street
                         Richmond, Virginia 23219
                         (804) 775-1000

                         Counsel for Debtors and Debtors
                         in Possession

3

# **EXHIBIT A**

## Schedule of OCB Professionals

| Name of OCB Professional | Address | Service Provided to Debtors | Average Monthly Fees |
|---|---|---|---|
| Susman Godfrey LLP | 1000 Louisiana Street Suite 5100 Houston, TX 77002 | Evaluation of flat panel antitrust litigation claims | $15,000 |