**Hearing Date: November 3, 2009 at 11:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| _et al._, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS OF RESPONSES
TO THE DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO
CERTAIN QUALIFIED PENSION PLAN CLAIMS AND 401(k) PLAN CLAIMS**

**PLEASE TAKE NOTICE** that on September 15, 2009, the Debtors filed their Thirty-Eighth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (the "Thirty-Eighth Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Thirty-Eighth Omnibus Objection (the "Responding Claimants"). A list of the Responding Claimants and the docket numbers of their responses is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Responses to the Thirty-Eighth Omnibus Objection shall be heard at **11:00 a.m. (Eastern) on November 3,2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want the Court to consider their Responses, then they or their attorneys must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Time) on November 3, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: October 16, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia       FLOM, LLP
                         Gregg M. Galardi, Esq.
                         Ian S. Fredericks, Esq.
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000

                         - and –

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Chris L. Dickerson, Esq.
                         155 North Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                         - and –

                         MCGUIREWOODS LLP

                         /s/ Douglas M. Foley             .
                         Dion W. Hayes (VSB No. 34304)
                         Douglas M. Foley (VSB No. 34364)
                         One James Center
                         901 E. Cary Street
                         Richmond, Virginia 23219
                         (804) 775-1000

                         Counsel for Debtors and Debtors
                         in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Docket Number of Response |
|---|---|---|
| 38 | Maria Teresa Turner | 5160 |
| 38 | Mark H. Turner | 5161/5162 |
| 38 | William Hale | 5169 |

\10049318