Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------X
In re:                                               :    **Chapter 11**
                                                     :
**CIRCUIT CITY STORES, INC., et al.,**               :    **Case No. 08-35653**
                                                     :
**Debtors.**                                         :    **Jointly Administered**
                                                     :
------------------------------------------------------X

## MOTION TO APPEAR *PRO HAC VICE* PURSUANT
## TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Philip C. Baxa (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia who is admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and of counsel with MercerTrigiani LLP, hereby moves (the "Motion") this Court to enter an order, the proposed form of which is attached hereto as Exhibit A, authorizing Thaddeus D. Wilson of King & Spalding LLP ("K&S") to appear *pro hac vice* before this Court to represent Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") in the above-captioned chapter 11 bankruptcy case pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Thaddeus D. Wilson is an attorney with K&S. Mr. Wilson practices principally in the area of financial restructuring, with an emphasis on bankruptcy and litigation. Mr. Wilson is

admitted, practicing, and in good standing as a member of the bar of the State of Georgia, and the United States Bankruptcy Court for the Northern District of Georgia. There are no disciplinary proceedings pending against Mr. Wilson.

2. The Movant requests that this Court grant this Motion so that Mr. Wilson may appear and be heard at hearings, and to otherwise participate, in this chapter 11 case.

### WAIVER OF MEMORANDUM OF LAW

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

**WHEREFORE**, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing Mr. Wilson to appear *pro hac vice* in association with the Movant as attorneys for Mitsubishi and (ii) granting such other and further relief as is just and proper.

Submitted: October 16, 2009

**MERCERTRIGIANI LLP**

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

Counsel for Mitsubishi Digital Electronics America, Inc.

## CERTIFICATE OF SERVICE

      I certify that on October 16, 2009, I will electronically file the foregoing Motion to Appear Pro Hac Vice with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Motion via regular mail, postage prepaid, on October 16, 2009 to:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 233219

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

          /s/ Philip C. Baxa
          PHILIP C. BAXA

R0009277

# EXHIBIT A

Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------X
| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | **Case No. 08-35653** |
| **Debtors.** | **Jointly Administered** |

------------------------------------------------------X

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
### PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)

THIS MATTER is before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Philip C. Baxa, counsel with the law firm of MercerTrigiani, LLP, for the admission *pro hac vice* of Thaddeus D. Wilson of King & Spalding LLP. Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Thaddeus D. Wilson is permitted to appear *pro hac vice* as counsel to Mitsubishi

Digital Electronics America, Inc. in the above-captioned chapter 11 case in accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Entered: _____

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Philip C. Baxa
PHILIP C. BAXA (VSB No. 22977)
MERCER TRIGIANI, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804.344.1504
Fax:   804.783-6507
phil.baxa@mercertrigiani.com
Local Counsel for Mitsubishi Digital Electronics America, Inc.

## LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Philip C. Baxa
PHILIP C. BAXA

R0009279