210B (10/06)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 10/16/2009 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : American Scale Corp, 3540 Bashford Ave, Louisville, KY 40218 | Liquidity Solutions Inc.<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/18/09                                    William C. Redden
                                                    **CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Oct 16, 2009
Case: 08-35653                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 18, 2009.
9246877       +American Scale Corp,   3540 Bashford Ave,   Louisville, KY 40218-3113

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2009**                    **Signature:**   *Joseph Speetjens*