# STUART J. RADLOFF
ATTORNEY AT LAW
13321 North Outer Forty Road, Suite 800
TOWN & COUNTRY, MO 63017

STUART J. RADLOFF
sradloff@sbcglobal.net

TELEPHONE (314) 448-4231
FACSIMILE (314) 448-4300

October 12, 2009

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Greg Galardi
   Ian S. Fredericks

RICHMOND DIVISION
FILED
OCT 19 2009
CLERK
U.S. BANKRUPTCY COURT

RE: Circuit City Stores, Inc., et al., #08-35653 (KRH) E.D.Va.
Claim of Heritage Plaza, #10921

Gentlemen:

I am the attorney for Heritage Plaza, lessor of Store #3403 of Circuit City. I have received your Notice of Debtors' Forty-Second Omnibus Objection to Claims. From my reading of the Notice, and Objection itself, it appears that the "Objection" is being filed solely to clarify that claim no. 9364 for $421,474.20 (filed on January 29, 2009 as a lease "rejection" claim under section 506(b)(6)) is to be **denied** as having been *superceded* by the filing of claim no. 10921 for $732,828.38 (filed on February 10, 2009 also as a lease "rejection" claim under section 506(b)(6)). Given that claim no. 10921 was in fact intended (and marked) as an *amended* claim, my client would have no opposition to your objection to claim no. 9364, and in fact agrees with same. I also am unaware of any objection, at this time, to the allowance of claim no. 10921.

Unless I hear from you to the contrary, I will assume that my interpretation is correct and take no further action at this time to oppose your objection or file any further response. Thank you for your attention.

Very truly yours,

Stuart J. Radloff

SJR:me
cc:
Maguirewoods LLP

Clerk of the Bankruptcy Court
Heritage Plaza