From:  Syed Asrar Naqvi
        3720 Westwood Blvd, Apt #7
        Los Angeles, CA 90034
        Home: 310-204-1853

To:  US Bankruptcy Court
      For Eastern District of Virgina
      Richmond Division
      701 E. Broad Street
      Richmond, Virginia 23219

Attn:  Clerk Office
      Case #: 08-35653-KRH

      Response # 3691

October 14, 2009

To Whom It May Concern:

My name is Syed Asrar Naqvi (SS# 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). In concurrence with the debtors, I would like to reject or eliminate one of the two claims filed on the grounds of being reported as duplicated. Please void one of the claims and continue to process my other claim of $30,167.34 for I would not like to hinder the process any further. Once again, this letter is to inform the Court that I wish to withdraw response #3691 in order for there to remain one valid and current application for the amount of $30,167.34. I would like to note that I received two claim forms to be filed. I am unsure if this is an error on the part of the department who sent me the claim forms, but out of confusion and no guidance, I filed both forms. I do not oppose this objection as long as the correct claim is processed with my given rights in the Chapter 11 Circuit City Case. Please feel free to contact me at your earliest convenience if further information or clarification is needed. Thank you for your time and cooperation.

Sincerely,



Syed Asrar Naqvi