Mona M. Murphy, Esquire
Virginia Bar No. 21589
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | Jointly Administered |

### [PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION FOR AN EXPEDITED HEARING ON ITS MOTION FOR A SHORTENED RESPONSE TIME TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of SAMSUNG ELECTRONICS AMERICA, INC.'s ("Samsung") Motion for an Expedited Hearing on [Samsung's] Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents (the "Motion to Expedite") with respect to Circuit City Stores, Inc. ("Debtors"), the court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion to Expedite and the opportunity for a hearing thereon has been given and no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion to Expedite.  After having given due consideration, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion to Expedite is **GRANTED**.

{TY087408;1}

2.  Hearing is set on Samsung's Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents for: **October 27, 2009 at 11:30 a.m.**(Eastern Standard Time) at United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219

**IT IS SO ORDERED.**

**ENTERED** in Richmond, Virginia this \_\_\_\_ day of _____, 2009.

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com
*Counsel to Samsung Electronics America, Inc.*

COPIES TO:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

{TY087408;1}

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

{TY087408;1}

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Mona M. Murphy

{TY087408;1}