Mona M. Murphy, Esquire
Virginia Bar No. 21589
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | Jointly Administered |

**[PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THIS COURT'S OCTOBER 27, 2009 EXPEDITED HEARING ON SAMSUNG'S MOTION FOR SHORTENED RESPONSE TIME TO INTERROGATORIES AND <u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Upon consideration of SAMSUNG ELECTRONICS AMERICA, INC.'s ("Samsung") Motion for Leave to Appear Telephonically for this Court's October 27, 2009 Expedited Hearing on Samsung's Motion for Shortened Response Time to Interrogatories and Request for Production of Documents (the "Motion to Appear Telephonically"), the court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion to Appear Telephonically and the opportunity for a hearing thereon has been given and no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion to Appear Telephonically.  After having given due consideration, and for good cause shown,

{TY087422;1}

Case 08-35653-KRH    Doc 5315-1    Filed 10/21/09    Entered 10/21/09 20:16:34    Desc
Proposed Order    Page 2 of 4

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Appear Telephonically is **GRANTED**.

2. Samsung's counsel shall forward a telephonic conference number to the Court on or before October 26, 2009 which the Court will use to allow Samsung's counsel to appear by phone for the Court's Expedited Hearing on Samsung's Motion for Shortened Response Time to Interrogatories and Request for Production of Documents currently set for October 27, 2009 at 11:30 a.m.

**IT IS SO ORDERED.**

**ENTERED** in Richmond, Virginia this ____ day of _____, 2009.

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

I ASK FOR THIS:

 /s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com
*Counsel to Samsung Electronics America, Inc.*

COPIES TO:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire

{TY087422;1}

Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

{TY087422;1}

## **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Mona M. Murphy

{TY087422;1}