Mona M. Murphy, Esquire
Virginia Bar No. 21589
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

**Objection Deadline: October 25, 2009**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | **Case No. 08-35653 (KRH)** |
| *et al.* | ) | **(Chapter 11)** |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF MOTION

      PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court a Motion for Leave to Appear Telephonically (the " Motion") for this Court's October 27, 2009 Expedited Hearing on Samsung's Motion for Shortened Response Time to Interrogatories and Request for Production of Documents (the "Expedited Hearing") with respect to Circuit City Stores, Inc., et al. ("Debtors").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

      1.     File with the court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it **not later than two business days before the October 27, 2009 Expedited Hearing**.

                     William C. Redden, Clerk of Court
                       United States Bankruptcy Court
                       Eastern District of Virginia
                       701 East Broad Street
                       Suite 4000
                       Richmond, Virginia 23219

      2.     You must also deliver a copy to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system and to:

{TY087414;1}

*Counsel for Circuit City Stores, Inc.*
Douglas M. Foley, Esquire
MCGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

*Counsel for Samsung Electronics America, Inc.*
Mona M. Murphy, Esquire
AKERMAN SENTERFITT LLP
8100 Boone Boulevard
Suite 700
Vienna, Virginia  22182-2642

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**DATED:**  October 21, 2009   **AKERMAN SENTERFITT LLP**

             By:  /s/ Mona M. Murphy
             Mona M. Murphy, Esquire
             Virginia Bar No. 21589
             8100 Boone Boulevard, Suite 700
             Vienna, VA  22182-2642
             tel.:  (703) 790-8750
             fax:  (703) 448-1767
             mona.murphy@akerman.com

{TY087414;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of October, 2009, a copy of the foregoing Notice of Motion was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same. In addition, notice was given to Debtor's Counsel and the United States Trustee by telephone and electronic mail.

/s/ Mona M. Murphy

{TY087414;1}