Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     :   Chapter 11
                           :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                    :
                           :
            Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

## DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC

their Fifty-Third Omnibus Objection to Claims (Disallowance
of Certain Amended Claims) (the "Objection"), and hereby
move this Court, pursuant to sections 105, 502, and 503 of
title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.
(as amended, the "Bankruptcy Code"), Rule 3007 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules"), and Local Bankruptcy Rule 3007-1, for an order, the
proposed form of which is attached hereto as Exhibit A,
granting the relief sought by this Objection, and in support
thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409.  The statutory and legal predicates
for the relief requested herein are Bankruptcy Code sections
105, 502, and 503 and Rule 3007 of the Bankruptcy Rules.

---

(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the

deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

     8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

     9.   On November 12, 2008, this Court entered that
certain Order Establishing Bar Date for Filing Requests for
Payment of Administrative Expense Claims Under Bankruptcy
Code Sections 105 and 503(b)(9) and Approving Form, Manner
and Sufficiency of Notice of the Bar Date Pursuant to

Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

10.   Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

11.   On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall Street Journal (Docket No. 548),and The Richmond Times-Dispatch (Docket No. 547).

12.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.   As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

13.   On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

### OBJECTIONS TO CLAIMS

14.   By this Objection, the Debtors seek entry of an
order, in substantially the form annexed as Exhibit A,
pursuant to Bankruptcy Code sections 105(a), 502, and 503
and Bankruptcy Rule 3007, disallowing the claims listed on
Exhibit C attached hereto.   The basis for the disallowance
of the claims listed on Exhibit C attached hereto is that
all of the claims (the "Claims") have been rendered moot and
superseded by the claimant filing a subsequent "amending"
claim that supersedes the Claim listed on Exhibit C (the
"Amended Claims").

15.   The Debtors object to the Amended Claims because,
among other reasons, the same Claimant subsequently filed an

amended claim, the amount and basis of which are the subject
of the Amended Claims.  Such repetitive claims should be
disallowed.  The Amended Claims listed on Exhibit C, under
"Claim to be Disallowed" should be disallowed for all
purposes in these bankruptcy cases.  The claims listed as
"Surviving Claim" on Exhibit C (the "Surviving Claims")
shall remain in effect and are not affected by this
Objection; provided, however, that such Surviving Claims may
be the subject of a separate objection subsequently filed
hereinafter.

16.  For ease of reference, attached as Exhibit B is an
alphabetical listing of all Claimants whose Claims are
included in this Objection, with a cross-reference by claim
number.

17.  At this time, the Debtors have not completed their
review of the validity of all claims/expenses filed against
their estates, including the Claims.  Accordingly, the
Claims may be the subject of additional subsequently filed
objections.  To that end, the Debtors reserve the right to
further object to any and all claims, whether or not the
subject of this Objection, for allowance, voting, and/or
distribution purposes, and on any other grounds.
Furthermore, the Debtors reserve the right to modify,

supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## RESERVATION OF RIGHTS

18.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

19.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").  The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Bankruptcy Rule 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

20.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on November 16, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **10:00 a.m. on November 23, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter

---

[2] In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

an order, substantially in the form attached hereto as

Exhibit A, disallowing the Claims set forth on Exhibit C

attached hereto for all purposes in these bankruptcy cases.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
### THE OMNIBUS OBJECTION PROCEDURES ORDER

21.   This Objection complies with Bankruptcy Rule

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

22.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Motion, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

### NO PRIOR RELIEF

23.   No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
      October 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

– and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

### ORDER SUSTAINING DEBTORS' FIFTY-THIRD OMNIBUS
### OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Fifty-Third Omnibus Objection to Claims

(Disallowance of Certain Amended Claims) (the "Objection"),

which requested, among other things, that the claims

specifically identified on Exhibit C attached to the

Objection be disallowed for those reasons set forth in the
Objection; and it appearing that due and proper notice and
service of the Objection as set forth therein was good and
sufficient and that no other further notice or service of
the Objection need be given; and it further appearing that
no response was timely filed or properly served by the
Claimants being affected by this Order; and it appearing
that the relief requested on the Objection is in the best
interest of the Debtors, their estates and creditors and
other parties-in-interest; and after due deliberation
thereon good and sufficient cause exists for the granting of
the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The "Claims To Be Disallowed" identified on <u>Exhibit</u>
<u>A</u> as attached hereto and incorporated herein, are forever
disallowed in their entirety for all purposes in these
bankruptcy cases.

3.    The Debtors' rights and abilities to object at a
later time to any claim included in the Objection on any
grounds and on any bases that bankruptcy or non-bankruptcy
law permits are expressly preserved in their entirety;
<u>provided</u>, <u>however</u>, to the extent each "Claim To Be

Disallowed" was timely filed, the Debtors will not object to the corresponding "Surviving Claim" as untimely, unless, under applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the "Surviving Claim" included a claim that would not be relate back to the original date on which the "Claim To Be Disallowed" was filed.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
          _____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley


\10078507

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance of Certain Amended Claims)

Exhibit B - Claimants and Related Claims Subject To Fifty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ALLEN COUNTY TREASURER | 3305 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| BENNER MECHANICAL & ELECTRICAL INC | 1443 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | 2297 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| CITY OF TUCSON | 12217 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| COLORADO BROADBAND COMMUNICATIONS INC | 353 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| COLORADO BROADBAND COMMUNICATIONS INC | 1532 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| EXCEL BEST INDUSTRIES LIMITED | 1064 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| G & W SERVICE CO LP | 2907 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HARRIS COUNTY ET AL | 11552 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HENRICO COUNTY | 11461 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HENRICO COUNTY | 11448 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HERNANDO COUNTY | 1706 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| IBM CREDIT LLC | 14493 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| KING COUNTY TREASURY | 1104 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LA CROSSE TECHNOLOGY, LTD | 1886 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LAKE COUNTY | 11767 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LEE COUNTY TAX COLLECTOR | 609 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| MARCONI, NOELLE | 2156 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| MCKEE, BOB | 11768 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| NASH COUNTY TAX COLLECTOR | 415 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| NEVAEH ELECTRONICS LLC | 23 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| NEWINGTON, TOWN OF | 716 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| OREGON DEPARTMENT OF REVENUE | 2281 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ST TAMANY PARISH | 12019 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ST TAMMANY PARISH COLLECTOR | 12018 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| SULLIVAN COUNTY | 223 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| TAYLOR CITY TREASURER WAYNE | 2490 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| TYLER INDEPENDENT SCHOOL DISTRICT | 2050 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| WARNER ROBINS, CITY OF | 857 | EXHIBIT C - DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 3305 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>ALLEN COUNTY TREASURER<br>ATTN COLLECTORS OFFICE<br>PO BOX 2540<br>FORT WAYNE, IN<br><br>Secured:<br>Priority: $8,772.34<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $8,772.34 | Claim: 14572 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 08/25/2009<br>Creditor's Name and Address:<br>ALLEN COUNTY TREASURER<br>ATTN COLLECTORS OFFICE<br>PO BOX 2540<br>FORT WAYNE, IN<br><br>Secured:<br>Priority: $7,936.46<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $7,936.46 |
| Claim: 1443 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/09/2008<br>Creditor's Name and Address:<br>BENNER MECHANICAL & ELECTRICAL INC<br>ATTN TED WILLIAMS<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005-8066<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $15,776.42<br>Total: $15,776.42 | Claim: 2841 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>BENNER MECHANICAL & ELECTRICAL<br>ATTN TED WILLIAMS<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005-8066<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $21,790.42<br>Total: $21,790.42 |
| Claim: 2297 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>CITY OF NEW YORK DEPARTMENT OF<br>FINANCE<br>ATTN BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST 5TH FL<br>BROOKLYN, NY 11201<br><br>Secured:<br>Priority: $715,000.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $715,000.00 | Claim: 6469 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>CITY OF NEW YORK DEPARTMENT OF<br>FINANCE<br>RON MEDLEY OF COUNSEL<br>345 ADAMS ST 3RD FL<br>BROOKLYN, NY 11201<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $660,000.00<br>Total: $660,000.00 |
| Claim: 12217 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/13/2009<br>Creditor's Name and Address:<br>CITY OF TUCSON<br>PO BOX 27210<br>TUCSON, AZ 85726-7210<br><br>Secured:<br>Priority:<br>Administrative: $168.43<br>Reclamation::<br>Unsecured: $367.70<br>Total: $536.13 | Claim: 14630 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/15/2009<br>Creditor's Name and Address:<br>CITY OF TUCSON<br>PO BOX 27210<br>TUCSON, AZ 85726-7210<br><br>Secured:<br>Priority:<br>Administrative: $434.51<br>Reclamation::<br>Unsecured: $367.70<br>Total: $802.21 |
| Claim: 353 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/24/2008<br>Creditor's Name and Address:<br>COLORADO BROADBAND<br>COMMUNICATIONS INC<br>1203 WHITE AVE<br>GRAND JUNCTION, CO 81501<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,417.00<br>Total: $1,417.00 | Claim: 2484 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>COLORADO BROADBAND & COMM<br>1203 WHITE AVE<br>GRAND JUNCTION, CO 81501<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $3,671.00<br>Total: $3,671.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 1532 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2484 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 12/10/2008 | Secured: | Date Filed: 01/05/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: | |
| COLORADO BROADBAND | Administrative: | COLORADO BROADBAND & COMM | Administrative: | |
| COMMUNICATIONS INC | Reclamation:: | 1203 WHITE AVE | Reclamation:: | |
| 1203 WHITE AVE | | GRAND JUNCTION, CO 81501 | | |
| GRAND JUNCTION, CO 81501 | Unsecured: $2,254.00 | | Unsecured: $3,671.00 | |
| | Total: $2,254.00 | | Total: $3,671.00 | |

| | | | | |
|---|---|---|---|---|
| Claim: 1064 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4257 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 12/19/2008 | Secured: | Date Filed: 01/23/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: | |
| EXCEL BEST INDUSTRIES LIMITED | Administrative: $27,967.20 | EXCEL BEST INDUSTRIES LIMITED | Administrative: $19,147.36 | |
| LIN LIM UNIT 1603 | Reclamation:: | LIN LIM UNIT 1603 | Reclamation:: | |
| 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | Unsecured: | 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | Unsecured: | |
| TSIMSHATSUI KOWLOON, HONG KONG | Total: $27,967.20 | TSIMSHATSUI KOWLOON, HONG KONG | Total: $19,147.36 | |

| | | | | |
|---|---|---|---|---|
| Claim: 2907 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11769 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/07/2009 | Secured: | Date Filed: 03/05/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: | |
| G & W SERVICE CO LP | Administrative: | G & W SERVICE CO LP | Administrative: | |
| GEORGETTE TREECE TREASURER | Reclamation:: | GEORGETTE TREECE TREASURER | Reclamation:: | |
| 2503 CAPITOL AVE | | 2503 CAPITOL AVE | | |
| HOUSTON, TX 77003-3203 | Unsecured: $31,084.26 | HOUSTON, TX 77003-3203 | Unsecured: $15,325.38 | |
| | Total: $31,084.26 | | Total: $15,325.38 | |

| | | | | |
|---|---|---|---|---|
| Claim: 11552 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14428 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 02/23/2009 | Secured: | Date Filed: 07/01/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: | |
| HARRIS COUNTY ET AL | Administrative: $237,952.61 | HARRIS COUNTY ET AL | Administrative: $235,270.18 | |
| JOHN P DILLMAN | Reclamation:: | JOHN P DILLMAN | Reclamation:: | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Unsecured: | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Unsecured: | |
| PO BOX 3064 | | PO BOX 3064 | | |
| HOUSTON, TX 77253-3064 | Total: $237,952.61 | HOUSTON, TX 77253-3064 | Total: $235,270.18 | |

| | | | | |
|---|---|---|---|---|
| Claim: 11461 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14032 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 02/17/2009 | Secured: $260.13 | Date Filed: 06/30/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: | |
| HENRICO COUNTY | Administrative: | HENRICO COUNTY | Administrative: $273.14 | |
| RHYSA GRIFFITH SOUTH | Reclamation:: | RHYSA GRIFFITH SOUTH | Reclamation:: | |
| ASSISTANT COUNTY ATTORNEY | | ASSISTANT COUNTY ATTORNEY | | |
| PO BOX 90775 | Unsecured: | PO BOX 90775 | Unsecured: | |
| HENRICO, VA 23273-0775 | Total: $260.13 | HENRICO, VA 23273-0775 | Total: $273.14 | |

In re: Circuit City Stores, Inc, et al.

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

Case No. 08-35653-KRH

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 11448    Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14039    Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/17/2009    Secured: $586.13 | Date Filed: 06/30/2009    Secured: |
| Creditor's Name and Address:    Priority: | Creditor's Name and Address:    Priority: |
| HENRICO COUNTY    Administrative:: | HENRICO COUNTY    Administrative: $614.09 |
| RHYSA GRIFFITH SOUTH | RHYSA GRIFFITH SOUTH |
| ASSISTANT COUNTY ATTORNEY    Reclamation:: | ASSISTANT COUNTY ATTORNEY    Reclamation: |
| PO BOX 90775    Unsecured: | PO BOX 90775    Unsecured: |
| HENRICO, VA 23273-0775    Total: $586.13 | HENRICO, VA 23273-0775    Total: $614.09 |

| | |
|---|---|
| Claim: 1706    Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11961    Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/12/2008    Secured: | Date Filed: 03/24/2009    Secured: $7,637.88 |
| Creditor's Name and Address:    Priority: | Creditor's Name and Address:    Priority: |
| HERNANDO COUNTY    Administrative:: | HERNANDO COUNTY TAX COLLECTOR    Administrative: |
| 789 PROVIDENCE BLVD | JUANITA B SIKES CFC |
| BROOKSVILLE, FL 34601    Reclamation:: | 20 N MAIN ST RM 112    Reclamation: |
|    Unsecured: $7,367.88 | BROOKSVILLE, FL 34601-2892    Unsecured: |
|    Total: $7,367.88 |    Total: $7,637.88 |

| | |
|---|---|
| Claim: 14493    Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14543    Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 07/17/2009    Secured: | Date Filed: 08/05/2009    Secured: |
| Creditor's Name and Address:    Priority: | Creditor's Name and Address:    Priority: |
| IBM CREDIT LLC    Administrative: $3,966,537.79 | IBM CREDIT LLC    Administrative: $3,966,537.79 |
| C O IBM CORP BANKRUPTCY | VICKI NAMKEN |
| COORDINATOR    Reclamation:: | IBM CORP    Reclamation: |
| 13800 DIPLOMAT DR    Unsecured: | 13800 DIPLOMAT DR    Unsecured: |
| DALLAS, TX 75234    Total: $3,966,537.79 | DALLAS, TX 75234-8812    Total: $3,966,537.79 |

| | |
|---|---|
| Claim: 1104    Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13324    Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/19/2008    Secured: | Date Filed: 06/11/2009    Secured: |
| Creditor's Name and Address:    Priority: | Creditor's Name and Address:    Priority: |
| KING COUNTY TREASURY    Administrative: | KING COUNTY TREASURY OPERATIONS    Administrative: |
| 500 FOURTH AVE | KING COUNTY ADMINISTRATION BLDG |
| ROOM 600    Reclamation:: | 500 FOURTH AVE ROOM NO 600    Reclamation: |
| SEATTLE, WA 98104-2387    Unsecured: $4,847.24 | SEATTLE, WA 98104-2387    Unsecured: $97,277.25 |
|    Total: $4,847.24 |    Total: $97,277.25 |

| | |
|---|---|
| Claim: 1886    Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 13604    Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/22/2008    Secured: | Date Filed: 06/22/2009    Secured: |
| Creditor's Name and Address:    Priority: | Creditor's Name and Address:    Priority: |
| LA CROSSE TECHNOLOGY, LTD    Administrative: | LA CROSSE TECHNOLOGY, LTD    Administrative: |
| MANDA SHAH | MANDA SHAH |
| 2809 LOSEY BLVD SOUTH    Reclamation:: | 2809 LOSEY BLVD SOUTH    Reclamation: |
| LA CROSSE, WI 54601    Unsecured: $79,274.00 | LA CROSSE, WI 54601    Unsecured: $79,274.00 |
|    Total: $79,274.00 |    Total: $79,274.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

## EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 11767 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14641 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 03/16/2009 | Secured: | Date Filed: 09/21/2009 | Secured: $9,894.33 |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| LAKE COUNTY | Administrative: | LAKE COUNTY TAX COLLECTOR | Administrative: |
| PO BOX 327 | Reclamation:: | ATTN BANKRUPTCY | Reclamation:: |
| TAX COLLECTOR BOB MCKEE | | PO BOX 327 | |
| TAVARES, FL 32778-0327 | Unsecured: $9,894.33 | TAVARES, FL 32778-0327 | Unsecured: |
| | Total: $9,894.33 | | Total: $9,894.33 |

| | | | |
|---|---|---|---|
| Claim: 609 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4513 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/04/2008 | Secured: | Date Filed: 01/20/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $26,898.24 |
| LEE COUNTY TAX COLLECTOR | Administrative: | LEE COUNTY TAX COLLECTOR | Administrative: |
| PO BOX 271 | Reclamation:: | ATTN COLLECTORS OFFICE | Reclamation:: |
| TUPELO, MS 38802 | | COURTHOUSE | |
| | Unsecured: $26,898.24 | P O BOX 271 | Unsecured: |
| | Total: $26,898.24 | TUPELO, MS 38802-0271 | Total: $26,898.24 |

| | | | |
|---|---|---|---|
| Claim: 2156 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11639 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/02/2009 | Secured: | Date Filed: 02/11/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| MARCONI, NOELLE | Administrative: | MARCONI, NOELLE L | Administrative: |
| C O ALEXANDER J PALAMARCHUK ESQ | Reclamation:: | 865 WILLOW AVE | Reclamation:: |
| 8380 OLD YORK RD STE 410 | | LANGHORNE, PA 19047 | |
| ELKINS PARK, PA 19027 | Unsecured: $5,145.63 | | Unsecured: $5,145.63 |
| | Total: $5,145.63 | | Total: $5,145.63 |

| | | | |
|---|---|---|---|
| Claim: 11768 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14640 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 03/16/2009 | Secured: | Date Filed: 09/21/2009 | Secured: $46,603.17 |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| MCKEE, BOB | Administrative: | LAKE COUNTY TAX COLLECTOR | Administrative: |
| PO BOX 327 | Reclamation:: | ATTN BANKRUPTCY | Reclamation:: |
| LAKE COUNTY TAX COLLECTOR | | PO BOX 327 | |
| TAVARES, FL 32778-0327 | Unsecured: $46,603.17 | TAVARES, FL 32778-0327 | Unsecured: |
| | Total: $46,603.17 | | Total: $46,603.17 |

| | | | |
|---|---|---|---|
| Claim: 415 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3514 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/01/2008 | Secured: | Date Filed: 01/13/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $2,619.72 |
| NASH COUNTY TAX COLLECTOR | Administrative: | NASH COUNTY TAX COLLECTOR | Administrative: |
| PO BOX 1070 | Reclamation:: | 120 W WASHINGTON ST STE 2058 | Reclamation:: |
| CHARLOTTE, NC 28201 | | NASHVILLE, NC 27856 | |
| | Unsecured: $2,619.72 | | Unsecured: |
| | Total: $2,619.72 | | Total: $2,619.72 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 23<br>Date Filed: 11/14/2008<br>Creditor's Name and Address:<br><br>NEVAEH ELECTRONICS LLC<br>1182 OLD BOONES CRK RD<br>JONESBORO, TN 37659 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $3,530.00<br>Total: $3,530.00 | Claim: 3282<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br><br>NEVAEH ELECTRONICS<br>1182 OLD BOONES CRK RD<br>JONESBOROUGH, TN 37659 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $3,245.00<br>Total: $3,245.00 |
| Claim: 716<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br><br>NEWINGTON, TOWN OF<br>131 CEDAR ST TOWN HALL<br>NEWINGTON, CT 06111 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $58,213.67<br>Total: $58,213.67 | Claim: 3938<br>Date Filed: 01/15/2009<br>Creditor's Name and Address:<br><br>NEWINGTON TOWN TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>131 CEDAR ST<br>NEWINGTON, CT | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $58,213.67<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $58,213.67 |
| Claim: 2281<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br><br>OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>REVENUE BUILDING<br>SALEM, OR 97301-2555 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $50,998.90<br>Priority: $86.41<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $51,085.31 | Claim: 14645<br>Date Filed: 09/08/2009<br>Creditor's Name and Address:<br><br>OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>REVENUE BUILDING<br>SALEM, OR 97301-2555 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL |
| Claim: 12019<br>Date Filed: 03/31/2009<br>Creditor's Name and Address:<br><br>ST TAMANY PARISH<br>PO BOX 608<br>COVINGTON, LA 70434-0608 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $65,800.00<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $65,800.00 | Claim: 12365<br>Date Filed: 04/08/2009<br>Creditor's Name and Address:<br><br>ST TAMMANY PARISH ASSESSOR<br>PO BOX 608<br>COVINGTON, LA 70434-0608 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $106,708.98<br>Total: $106,708.98 |
| Claim: 12018<br>Date Filed: 03/31/2009<br>Creditor's Name and Address:<br><br>ST TAMMANY PARISH COLLECTOR<br>ATTN COLLECTORS OFFICE<br>P O BOX 608<br>COVINGTON, LA | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $40,908.98<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $40,908.98 | Claim: 12365<br>Date Filed: 04/08/2009<br>Creditor's Name and Address:<br><br>ST TAMMANY PARISH ASSESSOR<br>PO BOX 608<br>COVINGTON, LA 70434-0608 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $106,708.98<br>Total: $106,708.98 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims)

#### EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 223    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/28/2008<br>Creditor's Name and Address:<br><br>SULLIVAN COUNTY<br>3258 HWY 126 STE 101<br>CLERK<br>BLOUNTVILLE, TN 37617<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,734.18<br>Total: $6,734.18 | Claim: 3403    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br><br>SULLIVAN COUNTY<br>3258 HWY 126 STE 101<br>CLERK<br>BLOUNTVILLE, TN 37617<br><br>Secured:<br>Priority: $7,917.25<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $7,917.25 |
| Claim: 2490    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br><br>TAYLOR CITY TREASURER WAYNE<br>CITY OF TAYLOR MICHIGAN<br>C O KURT M KOBILJAK<br>2915 BIDDLE AVE<br>EDELSON BLD STE 200<br>WYANDOTTE, MI 48192<br><br>Secured: $1,607.28<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $1,607.28 | Claim: 14650    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 09/15/2009<br>Creditor's Name and Address:<br><br>TAYLOR CITY TREASURER WAYNE<br>CITY OF TAYLOR MICHIGAN<br>C O KURT M KOBILJAK<br>2915 BIDDLE AVE<br>EDELSON BLD STE 200<br>WYANDOTTE, MI 48192<br><br>Secured: $1,784.13<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $1,784.13 |
| Claim: 2050    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br><br>TYLER INDEPENDENT SCHOOL DISTRICT<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS &<br>MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007<br><br>Secured: $36,850.56<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $36,850.56 | Claim: 14600    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 09/08/2009<br>Creditor's Name and Address:<br><br>TYLER INDEPENDENT SCHOOL DISTRICT<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS &<br>MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007<br><br>Secured: $17,033.18<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $17,033.18 |
| Claim: 857    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br><br>WARNER ROBINS, CITY OF<br>PO BOX 1488<br>OCCUPATION TAX DIVISION<br>WARNER ROBINS, GA 31099<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $7,919.18<br>Total: $7,919.18 | Claim: 3527    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br><br>CITY OF WARNER ROBINS, GA<br>P O BOX 1468<br>WARNER ROBINS, GA 31099<br><br>Secured:<br>Priority: $8,711.09<br>Administrative:<br>Reclamation::<br>Unsecured: $547.68<br>Total: $9,258.77 |

Total Claims To Be Amended: 29
Total Asserted Amount To Be Amended: $5,463,443.38