Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

    The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC

their Fifty-Fifth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the

deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").  On

January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

10.  On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

<u>**OBJECTIONS TO CLAIMS**</u>

11.  By this Objection, the Debtors seek entry of an
order, in substantially the form annexed as <u>Exhibit A</u>,
pursuant to Bankruptcy Code sections 105(a) and 502 and
Bankruptcy Rule 3007, disallowing the claims listed on
<u>Exhibit C</u> attached hereto.  The basis for the disallowance
of the claims listed on <u>Exhibit C</u> attached hereto is that
all of the claims (the "Claims") are duplicative of other
filed claims (the "Duplicate Claims").

12.  The Debtors object to the Duplicate Claims
because, among other reasons, the same Claimant filed two
(2) or more proofs of claim, or portions thereof, against
the same Debtor asserting the same liability, the amounts
and basis of which are the subject of the original claims.

Such repetitive claims should be disallowed.  The Duplicate
Claims listed on Exhibit C, under "Claim to be Disallowed"
should be disallowed for all purposes in these bankruptcy
cases.  The claims listed as "Surviving Claim" on Exhibit C
(the "Surviving Claims") shall remain in effect and are not
affected by this Objection; provided, however, that such
Surviving Claims may be the subject of a separate objection
subsequently filed hereinafter.

13.  For ease of reference, attached as Exhibit B is an
alphabetical listing of all Claimants whose Claims are
included in this Objection, with a cross-reference by claim
number.

14.  At this time, the Debtors have not completed their
review of the validity of all claims/expenses filed against
their estates, including the Claims.  Accordingly, the
Claims may be the subject of additional subsequently filed
objections.  To that end, the Debtors reserve the right to
further object to any and all claims, whether or not the
subject of this Objection, for allowance, voting, and/or
distribution purposes, and on any other grounds.
Furthermore, the Debtors reserve the right to modify,
supplement and/or amend this Objection as it pertains to any
Claim or Claimant herein.

6

## RESERVATION OF RIGHTS

15.   As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

## NOTICE AND PROCEDURE

16.   Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C, respectively, and to parties-in-
interest in accordance with the Court's Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (Docket No. 130) (the "Case
Management Order").  The Debtors submit that the following
methods of service upon the Claimants should be deemed by
the Court to constitute due and sufficient service of this
Objection: (a) service in accordance with Bankruptcy Rule
7004 and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,

on the signatory of the Claimant's proof of claim form or

other representative identified in the proof of claim form

or any attachment thereto; or (c) by first class mail,

postage prepaid, on any counsel that has appeared on the

Claimant's behalf in the Debtors' bankruptcy cases.  The

Debtors are serving the Claimant with this Objection and the

exhibit on which the Claimant's claim is listed.

   17.  To the extent any Claimant timely files and

properly serves a response to this Objection by **4:00 p.m. on**

**November 16, 2009** as required by the Case Management Order

and under applicable law, and the parties are unable to

otherwise resolve the Objection, the Debtors request that

the Court conduct a status conference with respect to any

such responding claimant at **10:00 a.m. on November 23, 2009**

and thereafter schedule the matter for a future hearing as

to the merits of such claim.[2]  However, to the extent any

Claimant fails to timely file and properly serve a response

to this Objection as required by the Case Management Order

and applicable law, the Debtors request that the Court enter

an order, substantially in the form attached hereto as

Exhibit A, disallowing the Claims set forth on Exhibit C

---

[2] In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

18.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

19.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

20.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
October 21, 2009             FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                        - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            155 North Wacker Drive
                            Chicago, Illinois 60606-7120
                            (312) 407-0700

                                        - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley            .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

     THIS MATTER having come before the Court on the

Debtors' Fifty-Fifth Omnibus Objection to Claims

(Disallowance of Certain Duplicate Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be disallowed for those reasons set forth in the
Objection; and it appearing that due and proper notice and
service of the Objection as set forth therein was good and
sufficient and that no other further notice or service of
the Objection need be given; and it further appearing that
no response was timely filed or properly served by the
Claimants being affected by this Order; and it appearing
that the relief requested on the Objection is in the best
interest of the Debtors, their estates and creditors and
other parties-in-interest; and after due deliberation
thereon good and sufficient cause exists for the granting of
the relief as set forth herein,

     IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

     1.    The Objection is GRANTED.

     2.    The Claims identified on Exhibit A as attached
hereto and incorporated herein, are forever disallowed in
their entirety for all purposes in these bankruptcy cases.

     3.    The Debtors' rights and abilities to object to any
claim included in the Objection on any grounds and on any
bases are hereby preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on
the claimants included on the exhibits to this Order on or
before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009


       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

       - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10078051

In re: Circuit City Stores, Inc, et al.

Debtors' Fifty-Fifth Omnibus Objection to Claims

Case No. 08-35653 (KRH)

(Disallowance of Certain Duplicate Claims)

Exhibit B - Claimants and Related Claims Subject To Fifty-Fifth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AUDIO INNOVATIONS INC | 6270 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BASSETT & ASSOCIATES, RW | 2088 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BOSTON FIXTURES LLC | 2966 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BUSINESS TO BUSINESS SOLUTIONS | 2769 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| CORPORATE PROPERTY DISPOSITIONS | 8147 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| CRANSTON, CITY OF | 890 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| EL PASO COUNTY TREASURER | 14582 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| ELIZABETH R WARREN | 13492 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| FEATURE PRESENTATION AUDIO & VIDEO LLC | 1602 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| GALAN, GUILLERMO | 14311 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| IMPACT INSTALLATIONS INC | 422 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| INNOVATIVE COMMUNICATION OF FARMINGTON LLC | 1582 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| J&F MFG INC | 5026 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| J&L ELECTRICAL SERVICES INC | 9979 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| JESSE LEHMAN | 14629 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| JOURNAL & COURIER | 2927 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MAINE STATE TREASURERS OFFICE | 12778 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MELANIE FINCH | 13824 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MERRIMACK VALLEY CORP | 2596 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| NETREADY HOME | 3201 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| NORTHERN UTILITIES UNITIL | 1943 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| OAKLAND COUNTY TREASURER | 12037 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| OHIO BUREAU OF WORKERS COMPENSATION | 14585 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| PREMIER RESOURCES INTERNATIONAL LLC | 14651 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SEEKONK, TOWN OF | 3959 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SEFERINO SANCHEZ | 14633 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SLICER & ASSOCIATES LLC | 3429 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SLICER & ASSOCIATES LLC | 3915 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TELECO INC | 2377 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| THE COLUMBUS DISPATCH | 14634 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| THUMANN, ANNE L | 14148 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| US TECHDISPLAY | 2718 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| VANGUARD STRIPING | 2029 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| VELOCITY MICRO | 3035 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| VISUAL DEFENCE INC | 3036 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| WEBB BURNETT CORNBROOKS ET AL | 2958 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| ZARGARI, DAVID | 7958 | EXHIBIT C - DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 6270 | Claim: 1050 |
| Date Filed: 01/26/2009 | Date Filed: 12/11/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155 | AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155 |
| Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,360.00<br>Total: $2,360.00 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,360.00<br>Total: $2,360.00 |
| Claim: 2088 | Claim: 383 |
| Date Filed: 01/02/2009 | Date Filed: 12/01/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172 | BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172 |
| Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $343.75<br>Total: $343.75 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $343.75<br>Total: $343.75 |
| Claim: 2966 | Claim: 1483 |
| Date Filed: 01/08/2009 | Date Filed: 12/16/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746 | BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746 |
| Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $570,468.36<br>Total: $570,468.36 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $570,468.36<br>Total: $570,468.36 |
| Claim: 2769 | Claim: 503 |
| Date Filed: 01/06/2009 | Date Filed: 12/01/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111 | BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111 |
| Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $25,235.00<br>Total: $25,235.00 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $25,235.00<br>Total: $25,235.00 |
| Claim: 8147 | Claim: 984 |
| Date Filed: 01/29/2009 | Date Filed: 12/17/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| CORPORATE PROPERTY DISPOSITIONS<br>300 GALLERIA PKWY SE<br>ATLANTA, GA 30339-3153 | CORPORATE PROPERTY DISPOSITIONS<br>C O MIKE FOLIO<br>300 GALLERIA PKWY 12TH FL<br>ATLANTA, GA 30339 |
| Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $116,008.00<br>Total: $116,008.00 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $116,008.00<br>Total: $116,008.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 890 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,935.27<br>Total: $2,935.27 | Claim: 384 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>CITY HALL<br>CRANSTON, RI 2910<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,935.27<br>Total: $2,935.27 |
| Claim: 14582 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/16/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $29,767.21 | Claim: 14481 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/13/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $29,767.21 |
| Claim: 13492 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 13486 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL |
| Claim: 1602 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO & VIDEO LLC<br>ATTN MATT VOCINO<br>FEATURE PRESENTATION A V<br>1149 KENT<br>WASHINGTON, MI 48094<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,035.00<br>Total: $1,035.00 | Claim: 734 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO<br>11491 KENT<br>WASHINGTON, MI 48094<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,035.00<br>Total: $1,035.00 |
| Claim: 14311 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 13872 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/29/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 422 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |

**Claim to be Disallowed**

Claim: 422
Date Filed: 12/01/2008
Creditor's Name and Address:
IMPACT INSTALLATIONS INC
10091 STREETER RD
STE 2
AUBURN, CA 95602

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $300,827.71
Total: $300,827.71

**Surviving Claim**

Claim: 12
Date Filed: 11/13/2008
Creditor's Name and Address:
IMPACT INSTALLATIONS INC
10091 STREETER RD STE 2
AUBURN, CA 95602

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $300,827.71
Total: $300,827.71

---

**Claim to be Disallowed**

Claim: 1582
Date Filed: 12/11/2008
Creditor's Name and Address:
INNOVATIVE COMMUNICATION OF
FARMINGTON LLC
17738 FLINT AVE
FARMINGTON, MN 55024

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $10,655.00
Total: $10,655.00

**Surviving Claim**

Claim: 1572
Date Filed: 12/11/2008
Creditor's Name and Address:
INNOVATIVE COMMUNICATION OF
FARMINGTON LLC
17738 FLINT AVE
FARMINGTON, MN 55024

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $10,655.00
Total: $10,655.00

---

**Claim to be Disallowed**

Claim: 5026
Date Filed: 01/20/2009
Creditor's Name and Address:
J&F MFG INC
104 46 DUNKIRK ST
JAMAICA, NY 11412

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $438,704.37
Total: $438,704.37

**Surviving Claim**

Claim: 622
Date Filed: 12/08/2008
Creditor's Name and Address:
J & F MANUFACTURING INC
104 46 DUNKIRK ST
JAMAICA, NY 11412

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $438,704.37
Total: $438,704.37

---

**Claim to be Disallowed**

Claim: 9979
Date Filed: 01/30/2009
Creditor's Name and Address:
J&L ELECTRICAL SERVICES INC
C O CATHERINE HARRISON KING
MILLER & MARTIN PLLC
1170 PEACHTREE ST NE STE 1170
ATLANTA, GA 30309-7706

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $50,934.94
Total: $50,934.94

**Surviving Claim**

Claim: 8693
Date Filed: 01/30/2009
Creditor's Name and Address:
J&L ELECTRICAL SERVICES INC
C O CATHERINE HARRISON KING
MILLER & MARTIN PLLC
1170 PEACHTREE ST NE STE 1170
ATLANTA, GA 30309-7706

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative:
Reclamation::
Unsecured: $50,934.94
Total: $50,934.94

---

**Claim to be Disallowed**

Claim: 14629
Date Filed: 09/14/2009
Creditor's Name and Address:
JESSE LEHMAN
12 CONNELLY AVE
BUDD LAKE, NJ 07828

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative: $264,000.00
Reclamation::
Unsecured:
Total: $264,000.00

**Surviving Claim**

Claim: 14628
Date Filed: 09/14/2009
Creditor's Name and Address:
JESSE LEHMAN
12 CONNELLY AVE
BUDD LAKE, NJ 07828

Debtor: CIRCUIT CITY STORES, INC. (08-35653)
Secured:
Priority:
Administrative: $264,000.00
Reclamation::
Unsecured:
Total: $264,000.00

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2927 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,249.52<br>Total: $6,249.52 | Claim: 471 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,249.52<br>Total: $6,249.52 |
| Claim: 12778 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY<br>GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 | Claim: 12776 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY<br>GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 |
| Claim: 13824 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/11/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303 | Secured:<br>Priority:<br>Administrative: $2,565.00<br>Reclamation::<br>Unsecured:<br>Total: $2,565.00 | Claim: 13761 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303 | Secured:<br>Priority:<br>Administrative: $2,565.00<br>Reclamation::<br>Unsecured:<br>Total: $2,565.00 |
| Claim: 2596 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,392.00<br>Total: $1,392.00 | Claim: 463 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,392.00<br>Total: $1,392.00 |
| Claim: 3201 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $520.00<br>Total: $520.00 | Claim: 1207 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $520.00<br>Total: $520.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 1943 <br> Date Filed: 12/23/2008 <br> Creditor's Name and Address: <br> NORTHERN UTILITIES UNITIL <br> ATTN BANKRUPTCY DEPT <br> PO BOX 2025 <br> SPRINGFIELD, MA 01102-2025 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: $2,997.04 <br> Total: $2,997.04 | Claim: 517 <br> Date Filed: 12/05/2008 <br> Creditor's Name and Address: <br> NORTHERN UTILITIES <br> ATTN BANKRUPTCY DEPT <br> PO BOX 2025 <br> SPRINGFIELD, MA 01102-2025 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: $2,997.04 <br> Total: $2,997.04 |
| Claim: 12037 <br> Date Filed: 03/04/2009 <br> Creditor's Name and Address: <br> OAKLAND COUNTY TREASURER <br> 1200 N TELEGRAPH RD <br> DEPT 479 <br> PONTIAC, MI 48341-0479 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: $13,083.61 <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: <br> Total: $13,083.61 | Claim: 11673 <br> Date Filed: 03/03/2009 <br> Creditor's Name and Address: <br> OAKLAND COUNTY TREASURER <br> 1200 N TELEGRAPH RD <br> DEPT 479 <br> PONTIAC, MI 48341-0479 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: $13,083.61 <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: <br> Total: $13,083.61 |
| Claim: 14585 <br> Date Filed: 07/28/2009 <br> Creditor's Name and Address: <br> OHIO BUREAU OF WORKERS <br> COMPENSATION <br> LEGAL DIVISION BANKRUPTCY UNIT <br> PO BOX 15567 <br> COLUMBUS, OH 43215-0567 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $2,442.43 <br> Reclamation: <br> Unsecured: <br> Total: $2,442.43 | Claim: 13646 <br> Date Filed: 06/26/2009 <br> Creditor's Name and Address: <br> OHIO BUREAU OF WORKERS COMPENSATION <br> LEGAL DIVISION BANKRUPTCY UNIT <br> PO BOX 15567 <br> COLUMBUS, OH 43215-0567 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $2,442.43 <br> Reclamation: <br> Unsecured: <br> Total: $2,442.43 |
| Claim: 14651 <br> Date Filed: 08/12/2009 <br> Creditor's Name and Address: <br> PREMIER RESOURCES INTERNATIONAL LLC <br> PETER A GREENBURG ESQ <br> 51 MONROE PL STE 707 <br> ROCKVILLE, MD 20850 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $28,179.47 <br> Reclamation: <br> Unsecured: <br> Total: $28,179.47 | Claim: 13580 <br> Date Filed: 06/19/2009 <br> Creditor's Name and Address: <br> PREMIER RESOURCES INTERNAIONAL LLC <br> PETER A GREENBURG ESQ <br> 51 MONROE PL STE 707 <br> ROCKVILLE, MD 20850 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: $28,179.47 <br> Reclamation: <br> Unsecured: <br> Total: $28,179.47 |
| Claim: 3959 <br> Date Filed: 01/15/2009 <br> Creditor's Name and Address: <br> SEEKONK, TOWN OF <br> SEEKONK TOWN OF <br> PO BOX 504 <br> MEDFORD, MA | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: $250.00 <br> Total: $250.00 | Claim: 893 <br> Date Filed: 12/10/2008 <br> Creditor's Name and Address: <br> SEEKONK, TOWN OF <br> PO BOX 504 <br> MEDFORD, MA 02155-0006 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation: <br> Unsecured: $250.00 <br> Total: $250.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14633 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/17/2009<br>Creditor's Name and Address:<br>SEFERINO SANCHEZ<br>1511 N CALIFORNIA<br>CHICAGO, IL 60622<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,389.03<br>Total: $1,389.03 | Claim: 14579 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/17/2009<br>Creditor's Name and Address:<br>SEFERINO SANCHEZ<br>1511 N CALIFORNIA<br>CHICAGO, IL 60622<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,389.03<br>Total: $1,389.03 |
| Claim: 3915 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $9,949.75<br>Total: $9,949.75 | Claim: 155 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/04/2008<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $9,949.75<br>Total: $9,949.75 |
| Claim: 3429 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $750.00<br>Total: $750.00 | Claim: 154 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/04/2008<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $750.00<br>Total: $750.00 |
| Claim: 2377 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $23,122.80<br>Total: $23,122.80 | Claim: 642 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $23,122.80<br>Total: $23,122.80 |
| Claim: 14634 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/31/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>C O CARL A EASON ESQ<br>301 BENDIX RD STE 500<br>VIRGINIA BEACH, VA 23452<br>Secured:<br>Priority:<br>Administrative: $82,001.44<br>Reclamation::<br>Unsecured:<br>Total: $82,001.44 | Claim: 14542 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 08/04/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>C O CARL A EASON ESQ & RICHARD E BIEMILLER<br>301 BENDIX RD STE 500<br>CONVERGENCE CTR IV<br>VIRGINIA BEACH, VA 23452<br>Secured:<br>Priority:<br>Administrative: $82,001.44<br>Reclamation::<br>Unsecured:<br>Total: $82,001.44 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

**EXHIBIT C**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| **Claim:** 14148  **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>**Date Filed:** 06/30/2009<br>**Creditor's Name and Address:**<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br><br>Secured:<br>Priority:<br>Administrative: $21,444.92<br>Reclamation:<br>Unsecured:<br>Total: $21,444.92 | **Claim:** 14097  **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>**Date Filed:** 06/30/2009<br>**Creditor's Name and Address:**<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br><br>Secured:<br>Priority:<br>Administrative: $21,444.92<br>Reclamation:<br>Unsecured:<br>Total: $21,444.92 |
| **Claim:** 2718  **Debtor:** CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>**Date Filed:** 01/06/2009<br>**Creditor's Name and Address:**<br>US TECHDISPLAY<br>8980 ROUTE 108<br>STE N<br>COLUMBIA, MD 21045<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $27,370.20<br>Total: $27,370.20 | **Claim:** 8  **Debtor:** CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>**Date Filed:** 11/12/2008<br>**Creditor's Name and Address:**<br>US TECHDISPLAY LLC<br>JESSICA OTTESEN<br>US TECHDISPLAY<br>8980 RTE 108 STE N<br>COLUMBIA, MD 21045<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $27,370.20<br>Total: $27,370.20 |
| **Claim:** 2029  **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/30/2008<br>**Creditor's Name and Address:**<br>VANGUARD STRIPING<br>538 E 17TH CIR<br>LA CENTER, WA 98629<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $793.76<br>Total: $793.76 | **Claim:** 309  **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 11/20/2008<br>**Creditor's Name and Address:**<br>VANGUARD STRIPING LLC<br>538 E 17TH CIR<br>LA CENTER, WA 93629<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $793.76<br>Total: $793.76 |
| **Claim:** 3035  **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 01/09/2009<br>**Creditor's Name and Address:**<br>VELOCITY MICRO<br>7510 WHITE PINE RD<br>RICHMOND, VA 23237<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $60,003.38<br>Total: $60,003.38 | **Claim:** 830  **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/15/2008<br>**Creditor's Name and Address:**<br>VELOCITY MICRO INC<br>7510 WHITEPINE RD<br>RICHMOND, VA 23237<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $60,003.38<br>Total: $60,003.38 |
| **Claim:** 3036  **Debtor:** CIRCUIT CITY STORES PR, LLC (08-35660)<br>**Date Filed:** 01/09/2009<br>**Creditor's Name and Address:**<br>VISUAL DEFENCE INC<br>9225 LESLIE ST UNIT 7<br>RICHMOND HILL, ON L4B 3H6<br>UNKNOWN<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $6,820.08<br>Total: $6,820.08 | **Claim:** 786  **Debtor:** CIRCUIT CITY STORES PR, LLC (08-35660)<br>**Date Filed:** 12/11/2008<br>**Creditor's Name and Address:**<br>VISUAL DEFENCE INC<br>PO BOX 933294<br>ATLANTA, GA 31193-3294<br><br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $6,820.08<br>Total: $6,820.08 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2958  Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1238  Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/08/2009 | Date Filed: 12/18/2008 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| WEBB BURNETT CORNBROOKS ET AL  115 BROAD ST  PO BOX 910  SALISBURY, MD 21803-0910 | WEBB BURNETT CORNBROOKS ET AL  115 BROAD ST  PO BOX 910  SALISBURY, MD 21803-0910 |
| Secured:  Priority:  Administrative:  Reclamation::  Unsecured: $1,335.00  Total: $1,335.00 | Secured:  Priority:  Administrative:  Reclamation::  Unsecured: $1,335.00  Total: $1,335.00 |
| Claim: 7958  Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 7675  Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | Date Filed: 01/29/2009 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| ZARGARI, DAVID  11120 HUNTINGTON MEADOW LN  CHARLOTTE, NC 28273 | ZARGARI, DAVID  11120 HUNTINGTON MEADOW LN  CHARLOTTE, NC 28273 |
| Secured:  Priority: $80,000.00  Administrative:  Reclamation::  Unsecured:  Total: $80,000.00 | Secured:  Priority: $80,000.00  Administrative:  Reclamation::  Unsecured:  Total: $80,000.00 |

Total Claims To Be Duplicated: 37

Total Asserted Amount To Be Duplicated: $2,235,448.62