```
Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x
```

**DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED
CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Fifty-Eighth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims) (the "Objection"), and

hereby move this Court, pursuant to sections 105 and 502 of

title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(as amended, the "Bankruptcy Code"), Rule 3007 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A,

granting the relief sought by this Objection, and in support

thereof states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this

Objection under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Federal Rules of Bankruptcy

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

Procedure.

**BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").   To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.  By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, reclassifying each of the claims identified on Exhibit C and asserted against the Debtors (the "Misclassified Claims") to general unsecured, non-priority claims.  After reviewing the Misclassified Claims, the bases upon which they are asserted, and reviewing their books and records, the Debtors submit that the Misclassified Claims are asserted with incorrect classifications and should be reclassified to general unsecured, non-priority claims.

12.   For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all claimants whose Misclassified Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

13.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Misclassified Claims. Accordingly, the Misclassified Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Misclassified Claim or Claimant herein.

<u>RESERVATION OF RIGHTS</u>

14.   As noted above, the Debtors reserve their rights to file objections to these Misclassified Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

<u>NOTICE AND PROCEDURE</u>

15.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C (the "Claimants"), respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order").  The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

16.   To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
November 16, 2009** as required by the Case Management Order
and under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any
such responding claimant at **10:00 a.m. on November 23, 2009**
and thereafter schedule the matter for a future hearing as
to the merits of such claim.[2]   However, to the extent any
Claimant fails to timely file and properly serve a response
to this Objection as required by the Case Management Order
and applicable law, the Debtors request that the Court enter
an order, substantially in the form attached hereto as
Exhibit A, reclassifying the Misclassified Claims into
general unsecured, non-priority claims as set forth in
Exhibit C attached hereto.

---

[2]   In accordance with the Omnibus Objection Procedures Order, claimants
who respond to the Objection do not need to appear at the status
conference.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

17.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

18.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

19.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia  SKADDEN, ARPS, SLATE, MEAGHER &
       October 21, 2009     FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                       - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            155 North Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                       - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley           .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

### ORDER SUSTAINING DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Fifty-Eighth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims) (the "Objection"), which

requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be

reclassified into general unsecured, non-priority claims for

those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that no response was timely filed

or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the

Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.   The Objection is GRANTED.

   2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever reclassified in

their entirety to general unsecured, non-priority claims.

   3.   The Debtors' rights and abilities to object to any

claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

   4.   The Debtors shall serve a copy of this Order on

the claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
            _____, 2009


                      _____
                      HONORABLE KEVIN R. HUENNEKENS
                      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\10080372

In re: Circuit City Stores, Inc, et al.                                                      Debtors' Fifty-Eighth Omnibus Objection to Claims
Case No. 08-35653 (KRH)                                                          (Reclassification of Certain Claims to Unsecured)

Exhibit B - Claimants and Related Claims Subject To Fifty-Eighth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARROWPOINT FACILITY SERVICES INC | 7596 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| COLE, JOHN MATTHEW | 7895 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| GEISENDORFF, FREDERIC | 8110 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| GEORGE, PHILIP | 7581 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| HADDAD RALPH | 13255 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| HEARTLAND MECHANICAL CONTRACTORS INC | 898 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| JAMES H WIMMER JR | 9584 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| KELLY BREITENBECHER | 7786 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| KING & SPALDING LLP | 6004 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| KING COUNTY TREASURY OPERATIONS | 13324 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| MIGUEL A MALENA | 14559 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| PRESS PLAY HOME ENTERTAINMENT LLC | 1379 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| RETAIL MDS INC | 1833 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| SAFETY AND SECURITY SERVICES INC | 14602 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| SANDISK CORPORATION | 9544 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| SNELL ACOUSTICS | 9227 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| SYNIGENT TECHNOLOGIES INC | 1817 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| TAPP IVAN J | 8243 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| THE ADVOCATE | 13838 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| THQ INC | 5836 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| US PEST CONTROL | 5390 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |
| WEIDLER SETTLEMENT CLASS | 11271 | EXHIBIT C - DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS TO UNSECURED) |

**Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured)**

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7596**
Date Filed: 01/29/2009

Filing Creditor Name and Address:
ARROWPOINT FACILITY
SERVICES INC
PO BOX 2613
WEATHERFORD, TX 76086

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| ARROWPOINT FACILITY SERVICES INC | Docketed Total: | $28,120.94 |
| PO BOX 2613 | | |
| WEATHERFORD, TX 76086 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $920.22 | $27,200.72 |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | $28,120.94 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28,120.94 |

---

**Claim: 7895**
Date Filed: 01/29/2009

Filing Creditor Name and Address:
COLE, JOHN MATTHEW
120 GOUDY DR
RIPLEY, MS 38663

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| COLE, JOHN MATTHEW | Docketed Total: | $733.32 |
| 120 GOUDY DR | | |
| RIPLEY, MS 38663 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $733.32 | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | $733.32 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $733.32 |

---

**Claim: 8110**
Date Filed: 01/29/2009

Filing Creditor Name and Address:
GEISENDORFF, FREDERIC
220 MILL CT
COVINGTON, LA 70435

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| GEISENDORFF, FREDERIC | Docketed Total: | $10,000.00 |
| 220 MILL CT | | |
| COVINGTON, LA 70435 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,000.00 | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | $10,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $10,000.00 |

---

**Claim: 7581**
Date Filed: 01/29/2009

Filing Creditor Name and Address:
GEORGE, PHILIP
25 MCWILLIAMS PL UNIT 402
JERSEY CITY, NJ 07302

| | | |
|---|---|---|
| Claim Holder Name and Address | Case Number: | 08-35653 |
| GEORGE, PHILIP | Docketed Total: | $2,042.90 |
| 25 MCWILLIAMS PL UNIT 402 | | |
| JERSEY CITY, NJ 07302 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $2,042.90 | |

| | | |
|---|---|---|
| Case Number: | 08-35653 |
| Modified Total: | $2,042.90 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $2,042.90 |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 5322   Filed 10/21/09   Entered 10/21/09 22:30:48   Desc Main
Case No. 08-35653 (KRH)                                     Document      Page 17 of 21

Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13255**
Date Filed:  06/01/2009
Filing Creditor Name and Address:
HADDAD RALPH
22763 E DAVIES DR
AURORA, CO 80016

Claim Holder Name and Address
HADDAD RALPH
22763 E DAVIES DR
AURORA, CO 80016

Case Number: 08-35654
Docketed Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $577.00 |  |

Case Number: 08-35654
Modified Total: $577.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $577.00 |

---

**Claim: 898**
Date Filed:  12/03/2008
Filing Creditor Name and Address:
HEARTLAND MECHANICAL
CONTRACTORS INC
511 HEALTH DEPT RD
MURPHYSBORO, IL 62966

Claim Holder Name and Address
HEARTLAND MECHANICAL
CONTRACTORS INC
511 HEALTH DEPT RD
MURPHYSBORO, IL 62966

Case Number: 08-35653
Docketed Total: $5,724.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $1,904.32 | $3,820.64 |

Case Number: 08-35653
Modified Total: $5,724.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $5,724.96 |

---

**Claim: 9584**
Date Filed:  01/30/2009
Filing Creditor Name and Address:
JAMES H WIMMER JR
12928 CHURCH RD
RICHMOND, VA 23233

Claim Holder Name and Address
WIMMER JR, JAMES H
RICHMOND, VA 23233

Case Number: 08-35653
Docketed Total: $1,749,707.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $107,500.00 |  |  | $1,642,207.14 |

Case Number: 08-35653
Modified Total: $1,749,707.14

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $1,749,707.14 |

---

**Claim: 7786**
Date Filed:  01/29/2009
Filing Creditor Name and Address:
KELLY BREITENBECHER
SANDS ANDERSON MARKS &
MILLER PC
PO BOX 1998
RICHMOND, VA 23218-1998

Claim Holder Name and Address
KELLY BREITENBECHER
SANDS ANDERSON MARKS &
MILLER PC
PO BOX 1998
RICHMOND, VA 23218-1998

Case Number: 08-35653
Docketed Total: $1,046,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $300,000.00 |  |  | $746,083.00 |

Case Number: 08-35653
Modified Total: $1,046,083.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $1,046,083.00 |

---

*      "UNL" denotes an unliquidated claim.

Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6004**
Date Filed: 01/27/2009

Filing Creditor Name and Address:
KING & SPALDING LLP
1180 PEACHTREE ST
ATLANTA, GA 30309

Claim Holder Name and Address
KING & SPALDING LLP
1180 PEACHTREE ST
ATLANTA, GA 30309

Case Number: 08-35653
Docketed Total: $72,340.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $72,340.22 | | | |

Case Number: 08-35653
Modified Total: $72,340.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $72,340.22 |

---

**Claim: 13324**
Date Filed: 06/11/2009

Filing Creditor Name and Address:
KING COUNTY TREASURY
OPERATIONS
KING COUNTY
ADMINISTRATION BLDG
500 FOURTH AVE ROOM NO 600
SEATTLE, WA 98104-2387

Claim Holder Name and Address
KING COUNTY TREASURY
OPERATIONS
KING COUNTY ADMINISTRATION
BLDG
500 FOURTH AVE ROOM NO 600
SEATTLE, WA 98104-2387

Case Number: 08-35653
Docketed Total: $97,277.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $97,277.25 | | | |

Case Number: 08-35653
Modified Total: $97,277.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $97,277.25 |

---

**Claim: 14559**
Date Filed: 08/24/2009

Filing Creditor Name and Address:
MIGUEL A MALENA
5531 69TH ST  NO 2
MASPETH, NY 11378

Claim Holder Name and Address
MIGUEL A MALENA
5531 69TH ST  NO 2
MASPETH, NY 11378

Case Number: 08-35653
Docketed Total: $757.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $757.02 | | | | | |

Case Number: 08-35653
Modified Total: $757.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $757.02 |

---

**Claim: 1379**
Date Filed: 12/19/2008

Filing Creditor Name and Address:
PRESS PLAY HOME
ENTERTAINMENT LLC
PO BOX 605
DUANESBURG, NY 12056

Claim Holder Name and Address
PRESS PLAY HOME
ENTERTAINMENT LLC
PO BOX 605
DUANESBURG, NY 12056

Case Number: 08-35653
Docketed Total: $7,265.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $7,265.00 | |

Case Number: 08-35653
Modified Total: $7,265.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $7,265.00 |

---

*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1833**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1833 | Claim Holder Name and Address | | | |
| Date Filed:   12/22/2008 | | Case Number:   08-35653 | | Case Number:   08-35653 |
| Filing Creditor Name and Address: | RETAIL MDS INC | Docketed Total:   $114,559.45 | | Modified Total:   $114,559.45 |
| RETAIL MDS INC | 2909 SUNSET AVE | | | |
| 2909 SUNSET AVE | NORRISTOWN, PA 19403 | | | |
| NORRISTOWN, PA 19403 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $1,454.24 | $113,105.21 | | | | | | $114,559.45 |

| | | | | |
|---|---|---|---|---|
| Claim: 14602 | Claim Holder Name and Address | | | |
| Date Filed:   08/21/2009 | | Case Number:   08-35653 | | Case Number:   08-35653 |
| Filing Creditor Name and Address: | SAFETY AND SECURITY SERVICES INC | Docketed Total:   $47,038.06 | | Modified Total:   $47,038.06 |
| SAFETY AND SECURITY SERVICES INC | 416 NW 16TH ST | | | |
| 416 NW 16TH ST | OKLAHOMA CITY, OK 73102 | | | |
| OKLAHOMA CITY, OK 73102 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $47,038.06 | | | | | | | | $47,038.06 |

| | | | | |
|---|---|---|---|---|
| Claim: 9544 | Claim Holder Name and Address | | | |
| Date Filed:   01/30/2009 | | Case Number:   08-35653 | | Case Number:   08-35653 |
| Filing Creditor Name and Address: | SANDISK CORPORATION | Docketed Total:   UNL | | Modified Total:   UNL |
| SANDISK CORPORATION | OMELVENY & MYERS LLP | | | |
| OMELVENY & MYERS LLP | 2 EMBARCADERO CENTER 28TH FL | | | |
| 2 EMBARCADERO CENTER 28TH FL | SAN FRANCISCO, CA 94111-3823 | | | |
| SAN FRANCISCO, CA 94111-3823 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | | | UNL | UNL | $0.00 | | | | | UNL |

| | | | | |
|---|---|---|---|---|
| Claim: 9227 | Claim Holder Name and Address | | | |
| Date Filed:   01/30/2009 | | Case Number:   08-35653 | | Case Number:   08-35653 |
| Filing Creditor Name and Address: | SNELL ACOUSTICS | Docketed Total:   $8,233.56 | | Modified Total:   $8,233.56 |
| SNELL ACOUSTICS | 300 JUBILEE DR | | | |
| 300 JUBILEE DR | PEABODY, MA 01960 | | | |
| PEABODY, MA 01960 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $2,166.39 | | | $6,067.17 | | | | | | $8,233.56 |

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1817**
Date Filed:    12/22/2008

Filing Creditor Name and Address:
SYNIGENT TECHNOLOGIES INC
4435 WATERFRONT DR STE 202
GLEN ALLEN, VA 23060

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| SYNIGENT TECHNOLOGIES INC 4435 WATERFRONT DR STE 202 GLEN ALLEN, VA 23060 | | Docketed Total: | $140,181.32 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $10,950.00 | $129,231.32 |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $140,181.32 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $140,181.32 |

**Claim: 8243**
Date Filed:    01/29/2009

Filing Creditor Name and Address:
TAPP IVAN J
1379 FELTON WAY
PLUMAS LAKE, CA 95961

| Claim Holder Name and Address | | Case Number: | 08-35654 |
|---|---|---|---|
| TAPP, IVAN J 1379 FELTON WAY PLUMAS LAKE, CA 95961 | | Docketed Total: | $1,933.05 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $1,933.05 | |

| | Case Number: | 08-35654 |
|---|---|---|
| | Modified Total: | $1,933.05 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $1,933.05 |

**Claim: 13838**
Date Filed:    06/29/2009

Filing Creditor Name and Address:
THE ADVOCATE
OFFICE OF GENERAL COUNSEL
HEARST CORP
300 W 57TH ST 40TH FL
NEW YORK, NY 10019

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| THE ADVOCATE OFFICE OF GENERAL COUNSEL HEARST CORP 300 W 57TH ST 40TH FL NEW YORK, NY 10019 | | Docketed Total: | $14,799.98 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $14,799.98 | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $14,799.98 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $14,799.98 |

**Claim: 5836**
Date Filed:    01/26/2009

Filing Creditor Name and Address:
THQ INC
JEFFER MANGELS BUTLER &
MARMARO LLP
1900 AVE OF THE STARS 7TH FL
LOS ANGELES, CA 90067

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| THQ INC JEFFER MANGELS BUTLER & MARMARO LLP 1900 AVE OF THE STARS 7TH FL LOS ANGELES, CA 90067 | | Docketed Total: | $2,019,596.68 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | $2,019,596.68 | | |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $2,019,596.68 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $0.00 | | | | | $2,019,596.68 |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim 5390**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 5390<br>Date Filed: 01/26/2009<br><br>Filing Creditor Name and Address:<br>US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | Claim Holder Name and Address<br><br>US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | Case Number: 08-35653<br><br>Docketed Total: $3,588.00 | | Case Number: 08-35653<br><br>Modified Total: $3,588.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $3,588.00 | | | | | | | | | $3,588.00 |

| Claim: 11271<br>Date Filed: 02/06/2009<br><br>Filing Creditor Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>WHITEFORD TAYLOR &<br>PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE<br>300<br>FALLS CHURCH, VA 22042 | Claim Holder Name and Address<br><br>WEIDLER SETTLEMENT CLASS<br>WHITEFORD TAYLOR & PRESTON<br>LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Case Number: 08-35653<br><br>Docketed Total: $14,368,903.70 | | Case Number: 08-35653<br><br>Modified Total: $14,368,903.70 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $6,005,700.00 | $8,363,203.70 | | | | | | $14,368,903.70 |

Total Claims To Be Modified: 22

Total Amount As Docketed: $19,739,462.55

Total Amount As Modified: $19,739,462.55

*     "UNL" denotes an unliquidated claim.