Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

### PRAECIPE TO CORRECT ERROR IN SAMSUNG ELECTRONICS AMERICA, INC.'S <u>NOTICES OF MOTIONS</u>

Samsung Electronics America, Inc. ("Samsung"), files this praecipe to correct an error in the headers of two notices of motions filed herein on October 21, 2009, the Notice of Motions and Notice of Hearing [Dkt. No.5314] with respect to Samsung's Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents (the "Motion to Shorten")  and its Motion for an Expedited Hearing on the first motion; and the Notice of Motion [Dkt No. 5316] with respect to Samsung's Motion to Approve Request to Appear Telephonically at the expedited hearing.   The header of each Notice states "Objection Deadline:  October 25, 2009."  This date is in error; the objection deadline is October 23, two business days before the scheduled October 27, 2009 hearing on the Motion to Shorten.  Local Rule 9013-1 (H)(3)(c).  The text of each Notice correctly stated that any response is due two business days before the

{TY087477;1}

scheduled hearing date.  Counsel for Samsung advised counsel for the Debtor of the errors by electronic mail promptly when they came to her attention on October 22, 2009.

Respectfully submitted,

**DATED:** October 22, 2009　　　**AKERMAN SENTERFITT LLP**

By: /s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 21589
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of October, 2009, a copy of the foregoing Praecipe was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same.  In addition, notice of the foregoing was given to Debtors' counsel and the United States Trustee by electronic mail.

/s/ Mona M. Murphy

{TY087477;1}