UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | *Jointly Administered* |
| Debtors. | ) | |
| | ) | |

**RESPONSE TO FORTY-SECOND OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)
BY CENTRAL INVESTMENTS LLC**

TO THE HONORABLE KEVIN R. HUENNEKENS, BANKRUPTCY JUDGE:

COMES NOW Central Investments, LLC ("Claimant"), and hereby responds to the

Forty-Second Omnibus Objection ("Objection") to its Claim No. 4556, filed on January 16,

2009.  In support of said response, Claimant states as follows:

1.      The Objection gives as its basis that Claim No. 4556 has been rendered moot by a

subsequent filing, in this case Debtor's Claim No. 12116, filed on April 6, 2009.

2.      Claimant's second claim was not an all-encompassing restatement of the Claim

but rather an amendment to the original claim and is supplemental to the original claim, and is so

stated on its face.  Claimant's claim consists of the total of Claim 4556 and the Amendment

thereto given Claim No. 12116.

3.      The Claim and Amendment to Claim contain copies of the documentation

including the relevant pages of the lease in question.

WHEREFORE, Claimant respectfully requests that the Court enter an order:

1. Denying the Objection; and

2. Granting such other and further relief as is just and proper.

Dated: October 22, 2009                    Respectfully submitted,


                                           _/S/ Mark R. Ordower_____
                                           Mark R. Ordower, Esq.
                                           Law Office of Mark Ordower PC
                                           333 S. Desplaines Street, Suite 207
                                           Chicago, Illinois 60661
                                           (312) 441-0620


                                           _/S/ Jeffrey M. Sherman_____
                                           Jeffrey M. Sherman, VSB 22424
                                           SEMMES, BOWEN & SEMMES
                                           1001 Connecticut Avenue, NW
                                           Suite 1100
                                           Washington, DC 20036
                                           (202) 778-8692

                                           Attorneys for Claimant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, or, lieu thereof and where available and appropriate, by electronic means, on October 22, 2009, upon the following:

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

*/S/ Jeffrey M. Sherman*
Jeffrey M. Sherman