Mona M. Murphy, Esquire
Virginia Bar No. 21589
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*

Objection Deadline: <u>October 30, 2009</u>

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court a Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents with respect to Circuit City Stores, Inc. ("Debtors")(the "Motion"), along with a Motion for an Expedited Hearing on the Motion.

**A hearing on the Motion, previously set for October 27, 2009 at 11:30 a.m., has been rescheduled for November 3, 2009 at 11:00.  The location of the hearing is Courtroom 5000, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Richmond VA 23219.**

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under  Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than two business days before the scheduled hearing on the Motion.

        William C. Redden, Clerk of Court
        United States Bankruptcy Court
        Eastern District of Virginia
        701 East Broad Street
        Suite 4000
        Richmond, Virginia 23219

{TY087579;1}

2. You must also deliver a copy to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system and to:

*Counsel for Circuit City Stores, Inc.*
Douglas M. Foley, Esquire
MCGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

*Counsel for Samsung Electronics America, Inc.*
Mona M. Murphy, Esquire
AKERMAN SENTERFITT LLP
8100 Boone Boulevard
Suite 700
Vienna, Virginia  22182-2642

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St.  Suite 4304
Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**DATED:**  October 22, 2009         **AKERMAN SENTERFITT LLP**

By:  /s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 21589
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com

{TY087579;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of October, 2009, a copy of the foregoing Notice of Rescheduled Hearing was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same. In addition, notice of the foregoing was given to Debtors' counsel and the United States Trustee by electronic mail.

/s/ Mona M. Murphy

{TY087579;1}