Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca.
        93403-8103



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                          Chapter 11
  Circuit City Stores, Inc. et al,       No. 08-35653 (KRH)
      Debtors

                                          OBJECTIONS TO THE "PLAN"
Bruce Senator,                            For Claim 13082
      Objector

                                   HEARING DATE: Nov. 23, 2009
                                        Time: 10:00 A.M.
                                     Judge: Kevin Huennekens


    Claimant and Creditor Bruce Senator having
surviving Claim No. 13082 in the amount of $150,
does hereby object to what appears to be clear
error in application of the "Plan" to Claim No. 13082


    Bruce Senator's claim arises out of the purchase
of product (laptop computer) in Sept. 2006 from the
debtor Circuit City Stores, Inc., and thus a priority claim

1.

In the product purchase initial payment was made IN FULL, with a $150 rebate to be paid back. The initial rebate check for $150 was received in 2006. However it contained a '90-day expiration period' and became VOID after 90 days requiring issuance of a new rebate check.

[ NOTE: Upon purchase of the product, nowhere in the sales agreement contract were there any provisions allowing an expiration period on the rebate check. And since the sale was made in California, it is California contract law that governs, not the State of Virginia, or otherwise ]

As claimant was incarcerated and unable to personally deposit or cash the check, after initial expiration a new rebate check was issued April 2, 2007. However it also expired after 90 days. Prior and later attempts to have the rebate check issued to "BRUCE SENATOR IN CARE OF NANCY LEE" so that NANCY LEE could cash or deposit the check went fully unresponded to by debtor. (Debtor kept the $150).

But irregardless of any rebate check expiring or timing-out, the DEBT is:

(a) A priority debt.

(b) A secured debt, secured by the $150 I paid to the debtor in SEPT. 2006.

2.

Thus Claim No. 13082, going back to Sept. 2006, long before any bankruptcy 'talk' let alone filing, is both a PRIORITY and a SECURED Claim/Debt.

The entire $1,150 rebate debt must be paid to claimant, and the payment made as follows:

BRUCE SENATOR
IN CARE OF NANCY LEE
10502 LAMPSON AVE.
GARDEN GROVE, CA. 92840

If the debtor wrote the rebate check and did not have funds to cover it, or if the debtor failed to reissue the check in an attempt to evade payment, both enter civil and importantly criminal violations of California statutory law. As the transactions took place in multi-state venues, we also have violations of federal criminal law.

Attachment: 1 is a recent motion put before this court. In the motion are a series of letters to debtor, and to debtor's counsel which are evidence of an INTENT to defraud and INTENT to obstruct JUSTICE before this court.

3.

For an extended period of time, both prior to the bankruptcy filing and after filing, whether via debtors or their counsel, continual efforts to evade responsibility (criminal efforts) have been employed

But still, claimant is due payment in full for a debt which is:
(a) A priority debt
(b) A secured debt.

Any part of the "PLAN" which calls for anything Less than payment in full for Claim No. 13082, is objected to.
[ NOTE: The plethora of convoluted notices issued by debtors and creditors counsel do little to "clear the air" ]

VERIFIED TRUE & CORRECT UNDER PENALTY OF PERJURY:
Oct 12, 2009
Bruce Senator
BRUCE SENATOR
F-99302

4.

ATTACHMENT: 1

ATTACHMENT: 1

Bruce Senator  F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA  93403-8103

### UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia
### Richmond Division

| | |
|---|---|
| IN RE: | No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | |
| | BRUCE SENATOR'S MOTION TO BE PAID |
| BRUCE SENATOR | THE $150 DUE AS HE IS ENTITLED TO |
| Creditor & Moving Party | PRIORITY UNDER 11 U.S.C. §507(a)(7) |

BRUCE SENATOR filed a claim to be paid the $150.00 due him from a product purchase rebate, due from way back in the summer of 2006. This was far before the debtor filed for bankruptcy.  (EXHIBIT: A).

SENATOR did receive notice of "PROOF OF CLAIM CONFIRMATION" receiving two (2) claim numbers:  13082 and 13413.  (EXHIBIT: B). *There is also a non-noticed claim #13575. 13575 and 13413 are duplicates.*

In the past few months SENATOR has received several notices from this court in which it appears other creditors have received payments; creditors which do not appear to have priority status.

SENATOR is due $150.00.  Since the debtor has engaged in fraudulent deceit, ... refusing for many months to even provide SENATOR with the case information so he could file his claim, clearly the debtor and their counsel should be assessed SANCTIONS in addition to SENATOR being awarded INTEREST on the $150.00 from Sept. 1, 2006, *some three (3) years ago.*

In any event, SENATOR would like this court to order that SENATOR be PAID his **PRIORITY CLAIM** immediately if not sooner, and if not, to have a concrete explanation as to WHY, and WHEN it may be resolved.

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY:   *Bruce Senator*
    August 24, 2009
                                                          _____
                                                          Bruce Senator  F-99302

1.

SEPARATOR

EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT
EXHIBIT

**EXHIBIT:** _A_

Proof of CLAIM

5-18-2009

**EXHIBIT:** _A_

EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: *Circuit City Stores, Inc* | Case Number: *08-35653-KRH* |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property): *Bruce Senator*

Name and address where notices should be sent:
*Bruce Senator F-99302
California Men's Colony
P.O. Box 8103*
Telephone number: *San Luis Obispo, Ca, 93403-8103*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
*Bruce Senator
c/o Nancy Lee
10502 Lampson Ave.*
Telephone number: *Garden Grove, Ca, 92840*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ *150.00*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *Rebate Check for Goods Purchased, Expired*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: *5-18-2009* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Bruce Senator* | FOR COURT USE ONLY |
|---|---|---|

*5-18-2009   Bruce Senator   Bruce Senator*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bruce Senator F-99302<br>California Men's Colony<br>P.O. Box 8103<br>San Luis Obispo, Ca. 93403-8103<br>TELEPHONE NO.:   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Bruce Senator In Pro Per | |

| UNITED STATES BANKRUPTCY COURT |
|---|
| STREET ADDRESS: 701 E. Broad St., Suite 4000 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Richmond, Va. 23319-1888 |
| BRANCH NAME: Eastern District of Virginia |

PLAINTIFF/PETITIONER: In Re Circuit City Stores, Inc.

DEFENDANT/RESPONDENT:

| DECLARATION | CASE NUMBER:<br>08-35653-KRH |
|---|---|

Circuit City Stores, Inc. filed its petition Nov. 10, 2008.
The attached letters go back prior to that time, and a copy of
the $150 [expired] rebate check goes back to 04/02/07 [2007]

Circuit City has refused for over two years now to reissue
the expired check. Circuit City has refused to list me as a
creditor, nor to even respond to my inquiries and demands.
//

As their actions are an attempt to defraud, and as my
rebate came well over one-year prior to bankruptcy, their
fraud means I must be paid all $150. Not a penny less.

I had to track down the case by writing to multiple federal
bankruptcy courts. I DEMAND PAYMENT IN FULL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 18, 2009

BRUCE SENATOR
(TYPE OR PRINT NAME)

Bruce Senator
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other (Specify): Creditor

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

Page 1 of 1

www.accesslaw.com

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"



↓   CIRCUIT CITY STORES   ↓
Check



⑆06013878⑈ ⑆091916873⑆ 737934⑈

Never cashed.
Just found them
recently

May 11, 2009                          Bruce Senator   F-99302
                                      California Men's Colony
                                      P.O. Box 8103
                                      San Luis Obispo, CA  93403-8103


LEGAL COUNSEL
- BANKRUPTCY ACTION
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233


RE:   REBATE CHECK From Back In The Year 2006
      Check #:          06013878
      Amount:           $150.00
      Other Info:       202223143 / 134647

Dear Counsel,

      As I had not heard a word from you I started writing letters to

the various federal bankruptcy courts.  Finally I was advised by the

court in Delaware that your action is filed in Richmond, VA.  I have

now written to that court seeking forms to file (1) A Creditor Claim,

and (2) A Bankruptcy Fraud Claim.

      You were STUPID to think I would let you slide by without

paying me the $150.00 you still owe me.

      Now, with the FRAUD action I will file, you will NOT be able to

get away with paying anything less than the full $150.

      As soon as the clerk of the court responds I will file my action for

the claim and the fraud.    STUPID!

                                Thank you,

                                Bruce Senator

                                Bruce Senator

January 17, 2009

Bruce Senator   F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA  93403-0183

**LEGAL COUNSEL**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233

RE:  REBATE CHECK From Back In The Year 2006
      Check #:  06013878
      Amount:   $150.00
      Other Info:  202223143 / 134647

Dear Legal Counsel,

Attached are copies of letters dated 10/8/2008, 9/3/2008, and 8/2/2008 along with a xerox of the $150 rebate check in question. The initial check was issued in 2006. I purchased an ACER laptop computer from one of your stores in the San Fernando Valley, possibly in the City of Burbank, in August 2006 or Sept 2006. Shortly afterwards I was arrested and in the end run went to state prison.

The check was reissued to my friend's address in Garden Grove, Calif. as at that time I was in Orange County Jail. Unfortunately, my friend did not deposit the check and that is the status currently.

The $150 rebate is due, and was due prior to your initial bankruptcy filing and recent decision to liquidate. I have tried to have it reissued but to no avail. Since your offices have not responded, this falls under the FRAUD statutes and thus bankruptcy would not cover you in this instance.

I need to know if you have me listed as a CREDITOR in the bankruptcy filing. If yes, why have I not been served. It comes down to this, either serve me as a CREDITOR or pay me the $150. Otherwise, I will file a breach of contract/fraud civil suit in California.

Thank you,

Bruce Senator
Bruce Senator

BRUCE SENATOR F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca. 93403-8103

10/8/2008

Circuit City
-ATTN: Rebates
P.O. Box 469
Coppell, TX 75019

RE: Check #: 06013878
     Amt: $150.00
     Order No: 20222143 / 034645

Ladies and Gentlemen,

On 8-12-2008 I sent a letter to my friend NANCY LEE to mail to you (copy attached) On 9-3-2008 I wrote inquiring as to if you received the $150 rebate check (copy attached).

Failure to reissue the check will result in a civil suit; an unnecessary but costly civil suit. Bankruptcy will not evade liability as the issue of fraudulent evasion is not protected.

Please reissue as requested to:

BRUCE SENATOR
c/o NANCY LEE
     12502 Lampson Ave.
     Garden Grove, Ca.
     92840-5004

Thank You
Bruce Senator

BRUCE SENATOR F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA 93403-8103

9-3-2008

CIRCUIT CITY
- ATTN: REBATES
P.O. Box 469
Coppell, TX 75019

RE: CHECK #: 06013878
    AMOUNT : $150.00
    OTHER INFO: 202223143 / 034647

Ladies and Gentlemen,
    Attached is a copy of a letter I mailed to my friend NANCY LEE which was to be forwarded to you for reissuance of the $150 check, (A copy of which is attached).
    Have you reissued the check? It should be pretty easy to VOID-OUT, STOP, etc. and reissue ... mailing directly to: NANCY LEE
                10502 LAMPSON AVE.
                GARDEN GROVE, CA.
                        92840

                Thank You
                Bruce Senator

Bruce Smith
[address]
[address]
Garden Grove CA 92840

8-12-2009

Circuit City
Attn: Rebate Checks
P.O. Box 469
Coppell, TX 75019

Re: Check # 0013838
Amount: $150.00
Other Nbr: 802923743/03369

Ladies and Gentlemen,

The enclosed check for a $150 rebate was
misplaced, being issued 04/02/09.
It states "Void 90 days after issue."



Please reissue to [address]
Bruce Smith
c/o Kathy (?)
[address]
Garden Grove CA 92840

Thank You
Bruce Smith

RIFICATION – 446, 2015.5 C.C.P.)

TE OF CALIFORNIA
NTY OF SAN LUIS OBISPO

the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis
o County. My current address is:

BRUCE SENATOR, CDCR No.: F 99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25 T,
San Luis Obispo, California 93403-8103

RTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
CUTED ON 5-18-09, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
PETITIONER (Signature)

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

)OF OF SERVICE BY MAIL,

TE OF CALIFORNIA
)NTY OF SAN LUIS OBISPO

) not the party of the above entitled actions, am a citizen of the United States, over the age of eighteen years and a resident of San
Obispo County. My current address is:

BRUCE SENATOR, CDCR No.: F-99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25 T,
San Luis Obispo, California 93403-8103

May 19, 2009                      I SERVED THE WITHIN Proof of Claim;
                                                      Declarations;
THE PARTY:                                  Attachments

SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
EPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103,
)DRESS AS FOLLOWS:
J.S. Bankruptcy Court  701 E. Broad St. #4000  Richmond, Va. 23219

| |
|---|
| Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC |
| 2335 Alaska Ave. El Segundo, Ca. 90245 |
| Gregg M. Galardi  SKADDEN Arps Slate Meagher + Flom LLP |
| One Rodney Sq. P.O. Box 636  Wilmington, DE 19899 |

ERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
ECUTED ON 5-19-2009, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
DECLARANT (Signature)

'. 9/02)

SENATOR

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

**EXHIBIT:** _B_

EXHIBIT

Proof of Claim

EXHIBIT

Confirmation

S-27-2009  # 13413

EXHIBIT

S-29-2009  # 13082

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

**EXHIBIT:** _B_

EXHIBIT

EXHIBIT — EXHIBIT — EXHIBIT — EXHIBIT — EXHIBIT — EXHIBIT — EXHIBIT

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

**Bruce Senator**
**Bruce Senator F 99302**
**California Mens Colony**
**PO Box 8103**
**San Luis Obispo, CA 93403-8103**

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **5/29/2009**
and assigned claim number **13082**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

---

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

**Bruce Senator**
**Bruce Senator F 99302**
**California Mens Colony**
**PO Box 8103**
**San Luis Obispo, CA 93403-8103**

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **5/27/2009**
and assigned claim number **13413**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

(VERIFICATION ~ 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County. My current address is:

Bruce Senator        CDCR No.:   F 99302
California Men's Colony – West
P.O. Box 8103 / Unit ⁴ Dorm ²³ Bed ²⁵ L
San Luis Obispo, California 93403-8103

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON 8/24/09 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_Bruce Senator_
PETITIONER (Signature)

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am not the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County. My current address is:

ON      Aug. 27, 2009          I SERVED THE DOCUMENT   BRUCE SENATOR'S MOTION TO BE PAID
THE $150 DUE AS HE IS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507(a)(7)

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103, ADDRESS AS FOLLOWS:  Clerk of the Bankruptcy Court
Undited States Bankruptcy Court  Eastern District of Virginia  Richmond Division
701 East Broad Street  Richmond, VA 23219
Gregg M. Galardi Skadden, Arps, Slate, Meagher 7 Flom LLP  (Counsel for Circuit City Stores)
One Rodney Square  P.O. Box 636  Wilmington, DE 19890
Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.  El Segundo, CA  90245

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON 8/27/09 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_Bruce Senator_
DECLARANT (Signature)

REV. 7/09

Senator

## VERIFICATION

I am a party of the above entitled action, or a next-friend petitioner, and over the age of eighteen years.  My current address of residence is:

Name: _Bruce Senator_                    CDCR #: _F-99302_
Facility: _California Men's Colony_
Address: _P.O. Box 8103_
_San Luis Obispo, Ca._           Zip Code: _93403_ - _8103_

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT UPON KNOWLEDGE AND BELIEF:
EXECUTED ON _Oct. 12_____ ,20_09_, AT _San Luis Obispo, Ca_
                (date)                       (location)

_Bruce Senator_                    _Bruce Senator_
(print name)                       (signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROOF OF SERVICE BY MAIL

I [X]AM / [_]AM NOT a party of the above entitled action, and over the age of eighteen years.  My current address of residence is:

Name: _Bruce Senator_                    CDCR #: _F-99302_
Facility: _California Men's Colony_
Address: _P.O. Box 8103_
_San Luis Obispo, Ca._           Zip Code _93403_ - _8103_

On _Oct. 16_____ , 20_09_ I SERVED VIA U.S. MAIL THE FOLLOWING:
_Objections To The "Plan" For Claim 13082_

_____

_____

_____

IN SAID ACTION BY PLACING A TRUE COPY/COPIES IN A SEALED ENVELOPE, WITH POSTAGE PREPAID, UPON THE FOLLOWING PARTIES, INTERESTED PARTIES, REAL PARTIES IN INTEREST:

① _Honorable Kevin Huennekens   United States Bankruptcy Court  Eastern Dist. of Virginia_
  _701 E. Broad St. Rm. 5000   Richmond, Va. 23219_
② _Circuit City Stores, Inc. P.O. Box 5695 Glen Allen, Va. 23058-5695 (ATTN: Michelle Mosier)_
③ _Skadden, Arps, Slate, Meagher & Flom LLP   One Rodney Square P.O. Box 636_
  _Wilmington, DE 19899-636 (ATTN: Gregg M. Galardi and Ian S. Fredericks)_
④ _Skadden, Arps, Slate, Meagher & Flom LLP   155 N. Wacker Dr. Chicago, IL 60606_
  _(ATTN: Chris L. Dickerson and Jessica S. Kumar)_
⑤ _McGuire Woods LLP  One James Center  901 E. Cary St. Richmond, Va. 23219_
  _(ATTN: Douglas M. Foley and Sarah B. Boehm)_
⑥ _Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd. 11th Fl. Los Angeles, Ca. 90067_
  _(ATTN: Jeffrey N. Pomerantz and Stanley E. Goldich)_
⑦ _Pachulski Stang Ziehl & Jones LLP 780 Third Ave 36th Fl New York, NY 10017_
  _(ATTN: Robert J. Feinstein)_

\*\* [X] SEE FOLLOWING PAGE(S) FOR ADDITIONAL SERVICE \*\*

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY: _Oct. 16_____ , 20_09_

_Bruce Senator_
(SIGNATURE OF DECLARANT)

ADDITIONAL SERVICE

(8)   TAVENNER & BERAN, PLC   20 N. Eighth St., Second Floor,
Richmond, Va. 23219 (ATTN: Lynn L. Tavenner and Paula S. Beran)

(9)   Office of the UNITED STATES TRUSTEE for the Eastern District
of Virginia   701 E. Broad St., Suite 4304, Richmond, Va. 23219
(ATTN: ROBERT B. VAN ARSDALE),