IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | **NOTICE OF TRANSFER OF** |
| ) | **CLAIM OTHER THAN FOR** |
| ) | **SECURITY** |
| Debtors. ) | |
| ) | Bankruptcy Rule 3001(e)(2) |

OCT 2 2 2009

U.S. BANKRUPTCY COURT

PLEASE TAKE NOTICE that the claim of **CC KINGSPORT 98, LLC** (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 13133 in the amount of $2,663.84 have been transferred and assigned other than for security to **CMAT 1999-C2 IDLE HOUR ROAD, LLC** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as Exhibit A (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **CC KINGSPORT 98, L.L.C.** to **CMAT 1999-C2 IDLE HOUR ROAD, LLC**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the addresses for notices and for paymens on Claim No. 13133 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**CC KINGSPORT 98, LLC**
c/o **Niclas A. Ferland, Esq.**
**LeClairRyan, a Professional Corporation**
**555 Long Wharf Drive, 8th Floor**
**New Haven, Connecticut 06511**

**TRANSFEREE:**
**CMAT 1999-C2 IDLE HOUR ROAD, LLC**
c/o **Mindy A. Mora, Esq.**
**Bilzin Sumberg Baena Price & Axelrod LLP**
**200 South Biscayne Blvd., Suite 2500**
**Miami, Florida 33131**

MIAMI 1964443.1 7249631413

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on _____ at Miami Beach, Florida.

**CMAT 1999-C2 IDLE HOUR ROAD, LLC**

By: LNR Partners, Inc., its Manager

By: _____

Name: ~~Randolph J. Wolpert~~
~~Vice President~~

Title: _____

## ASSIGNMENT OF CLAIMS

**CC KINGSPORT 98, L.L.C.**, a Delaware limited liability company ("Assignor") for good and valuable consideration, hereby absolutely and unconditionally assigns to **CMAT 1999-C2 IDLE HOUR ROAD, LLC**, a Delaware limited liability company ("Assignee") all of its interest in (1) those certain claims filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 13133, filed on April 1, 2009, which evidences a claim in the amount of $2,663.84, which has been partially satisfied and is now in the amount of $1,348.21, and Claim No. 12167, filed on March 30, 2009, which evidences a claim in the amount of $488,502.27, copies of such claims being attached hereto as Exhibit A; (2) any and all other claims which Assignor has against CCS in any and all respects. Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this 3rd day of August, 2009.

CC KINGSPORT 98, L.L.C., a Delaware limited liability company

By: _____
William L. Tooley, Manager

Creditor Data--CC Kingsport 98 LLC                                                          Page 1 of 1

## Creditor Data for Claim Number 13133

| Creditor Name: CC Kingsport 98 LLC<br>Creditor Notice Name: c o Niclas A Ferland Esq | Date Claim Filed: 4/1/2009<br>KCC Claim #: 13133<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc<br>Case Number: 08-35653 | |
| Claim Nature: Admin Priority<br>Amount of Claim: $2,663.84 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |