DAVID E. EASH
EWING ANDERSON, P.S.
Attorneys at Law
221 N. Wall, Suite 500
Spokane, WA 99201
(509) 838-4261



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| In Re: | NO. 08-35653-KRH |
|---|---|
| CIRCUIT CITY STORES, INC., | |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

TO:       THE CLERK OF THE COURT
AND TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned hereby enters an appearance as counsel for William Butler, Receiver for Larry J. Rietz MP, LLC., creditor, and respectfully requests that all notices entitled to be received by the above-named creditor pursuant to Federal Rules of Bankruptcy Procedure 2002 and the Local Rules of Bankruptcy Procedure for the Eastern District of Virginia, along with all other documents filed by the Debtor or other interested parties in these proceedings, be addressed and promptly delivered to the undersigned as its attorneys at the following address:

David E. Eash
Ewing Anderson, P.S.
221 N. Wall, Suite 500
Spokane, WA 99201

DATED this 14th day of October, 2009.

EWING ANDERSON, P.S.

By: /s/ David E. Eash
DAVID E. EASH
Attorneys for William Butler, Receiver



# EWING ANDERSON PS
### ATTORNEYS AT LAW

PATRICK F. DELFINO*
DELIAN P. DELTCHEV*
KENT NEIL DOLL, JR.
DAVID E. EASH*
MARLA CAREY HOSKINS*
STEVEN W HUGHES
LARRY L. MUNDAHL*
JOSEPH NAPPI, JR.
IRVING "BUDDY" PAUL*
NOEL J. PITNER*
CONSTANCE H. SHIELDS*
BRAD E. SMITH*
*ADMITTED IN WASHINGTON & IDAHO

221 North Wall Street, Suite 500
Spokane, Washington 99201-0824
tel 509.838.4261
fax 509.838.4906
www.ewinganderson.com

IDAHO OFFICE
2101 Lakewood Dr., Suite 236
Coeur d'Alene, ID 83814
tel 208.667.7990
fax 509.838.4906

Howard A. Anderson (1928-1998)
Robert F. Ewing (1931-2002)

October 14, 2009

U.S. Bankruptcy Court Clerk
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888

Re   Circuit City Stores, Inc.; Case No. 08-35653

Dear Clerk:

Please file the enclosed Notice of Appearance and Request for Special Notice and return a conformed copy to me in the enclosed, self-addressed, stamped envelope.

Thank you for your attention to this matter. If you should have any questions, please do not hesitate to contact me.

Very truly yours,
EWING ANDERSON, P.S.

DAVID E. EASH
deash@ewinganderson.com

DEE:bz
Encl.

R:\USERS\WP\DEE\Webpro\05\106 Letter-Clerk1.doc