IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,
et al.,

Debtors.

Chapter 11
Case No. 08-35653 (KRH)

Jointly Administered

### Response to ORDER Entered Oct 6 2009
### By the Honorable Kevin R. Huennekens
### Assertion of a Priority Claim

In the Matter of JAMES HARVEY MARTIN –
Accrued EARNED Paid Time Off
As stipulated as a compensation of employment by the above mentioned Debtor.

    In so much as the court has concluded the Debtors' Twenty-fifth and Twenty-sixth Omnibus Objections are OVERRULED and with respect that the James Harvey Martin has sufficiently responded in a timely manner, this is a formal request for a priority claim in accordance with 507(a)(4)(A) of the Bankruptcy Code in the amount of $834.11. The original claim number 2020 filed on 12/29/2008 evidences the request.

    My thanks and appreciation are expressed to the Honorable Kevin R. Huennekens for his consideration and conviction to uphold the rights of the individual in this complicated and tedious endeavor.

James Harvey Martin    (please note new address)
7545 N Ring Terrace
Citrus Springs, FL 34434
October 18, 2009

CC:
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE
    19899-0636
ATTN: Gregg M. Galardi    ATTN: Ian S. Fredericks

McGuirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA
    23219
ATTN: Dion W. Hayes    ATTN: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois
    30303
ATTN: Chris L. Dickerson