

Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656
949-448-0436
October 20, 2009

Response to: Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims)

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division


Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

Debtors: Circuit City Stores, Inc.
         et al.
Case Number: 08-35653 (KRH)    Chapter 11    Jointly Administered

Debtors Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims)

Claimant: Louis C. Jones III
          17 Spring Harbor
          Aliso Viejo, Ca. 92656
Claim Number: 13632
Asserted Claim Amount: $15,000.00

Basis of Claim: Target long term incentive award from Circuit City Stores Inc. issued on January 1, 2008 in the amount of $15,000.00. See attached compensation letter and description.


Statement:
The Proof of Claim form was completed on January 25, 2009 in the amount of $15,000.00 for a long term incentive cash award. This was a Retention Bonus Award from Circuit City Stores, Inc. The claim was filed in good faith with every intention of participating in the claim process to recover my award. The required Proof of Claim Form was Express Mailed (overnight service) on January 27, 2009 from Newport Beach Ca. 92656 at 2:10pm. The receipt number for this mailing is EH157794190US (see attached). The information was sent to Kurtzman and Carson Consultants in El Segundo, Ca. 90245. The delivery of my OVERNIGHT EXPRESS MAIL was signed for by T. Lumford on February 4, 2009, 8 days from the mailing date.
The forms and package were processed with every good intention of participating in the claim process with the purpose of a fair resolution and payment of the claim process. I have endured the loss of my job with a company I dedicated myself to for 15 years, don't allow the award I'm rightfully entitled to be disposed of due to the inadequacy of the United States Postal Service.

I would ask the court to allow my claim to continue and that the objection to my claim is over ruled so it can proceed to a fair resolution.

Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656
949-448-0436   Home
714-308-9030   Cell
louisjonesca@sbcglobal.net

*[signature]*
Louis C. Jones III

**Notice Addresses**

All responses regarding this claim should be directed to :

Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656

949-448-0436
714-308-9030

louisjonesca@sbcglobal.net

Declaration of Donna L. Jones
October 20, 2009

United States Bankruptcy Court
Eastern Division of Virginia
Richmond Division

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street   Room 4000
Richmond Virginia, 23219

Debtor:  Circuit City Stores Inc.
Case Number: 08-35653   (KRH)
Re: Opposition to Debtors Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims)
Claim Number: 13632
Claimant: Louis C. Jones III


On Sunday January 25, 2009 I witnessed my husband, Louis C. Jones III complete the required form for Proof of Claim against Circuit City Stores Inc. (Form Id 5014125 Pack Id 386511).The basis for the claim was for a Long Term Incentive Package from Circuit City Stores that vested on January 1, 2009. The amount of the claim was $15,000.00. On Sunday January 26, 2009 he took the forms to work to consult with fellow associates on completing the forms.
I mailed the forms and the supporting documents on Tuesday January 27, 2009 via Express Mail from the USPS. The receipt number is EH157794190US and was mailed from Newport Beach, Ca. at 2:10PM. The package was processed through the sort facility in Santa Ana, Ca. at 5:02pm on January 27, 2009. The package was finally delivered to Kurtzman and Carson Consultants at 11:38 am on February 4, 2009. The package should have arrived the next day, instead it took 8 days total (6 business days) for the package to arrive in El Segundo, Ca. It is due to this delay that our claim is now in question.
We processed the required paperwork in good faith with the express intent to participate in the claim process. I believe we should be entitled to have the claim processed through the courts and have the objection to the claim over ruled.

Thank You

*Donna Jones* (signature)
Donna L. Jones

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only **one** box below:)

- Circuit City Stores, Inc. (Case No. 08-35653)
- ☒ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- InterTAN, Inc. (Case No. 08-35655)
- Ventoux International, Inc. (Case No. 08-35656)
- Circuit City Purchasing Company, LLC (Case No. 08-35657)
- CC Aviation, LLC (Case No. 08-35658)
- CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- Circuit City Stores PR, LLC (Case No. 08-35660)
- Circuit City Properties, LLC (Case No. 08-35661)
- Orbyx Electronics, LLC (Case No. 08-35662)
- Kinzer Technology, LLC (Case No. 08-35663)
- Courchevel, LLC (Case No. 08-35664)
- Abbott Advertising, Inc. (Case No. 08-35665)
- Mayland MN, LLC (Case No. 08-35666)
- Patapsco Designs, Inc. (Case No. 08-35667)
- Sky Venture Corporation (Case No. 08-35668)
- XSStuff, LLC (Case No. 08-35669)
- PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used ... [illegible] ... pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
JONES III, LOUIS C

**Name and address where notices should be sent:**

NameID: 5014125     PackID: 386511

JONES III, LOUIS C
17 SPRING HARBOR
ALISO VIEJO CA 92656

Telephone number: 949-448-0436

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 08-35654
(If known)

Filed on: 11/10/08

**Name and address where payment should be sent** (if different from above):

Same As Above

Telephone number: 949-448-0436

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $15,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Retention Bonus offer from Company, Long Term Incentive
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0785

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____     Basis for perfection: _____

Amount of Secured Claim: $_____     Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ 15,000

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: 1/25/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signed]* Louis C Jones III
Louis C. Jones III
Store Director - Loc #3364

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10166415

0835654081218073843129741

January 4, 2008

Louis Jones Iii
17 Spring Harbor
Aliso Viejo, CA 92656

Dear Louis:

Circuit City Stores, Inc. (the "Company") would like to support key associates through a cash award program that provides an incentive to work for the Company's long-term success. Accordingly, I am pleased to inform you that, effective January 1, 2008, you have been awarded the following long-term cash award, which will be payable upon vesting:

Long-Term Cash Award:  $15,000

Your award is subject to the conditions set forth in this letter and to your signing and faxing this letter as instructed further below.

This long-term incentive is a three-year program, with vesting at the end of each of the first, second, and third years. If you remain continuously employed by the Company in a full-time active position from January 1, 2008 through and including:

- January 1, 2009, you will be 33.3% vested in your award and entitled to an initial cash payment equal to 33.3% of your total long-term cash award;

- January 1, 2010, you will be 66.6% vested in your award and entitled to a second cash payment equal to 33.3% of your total long-term cash award;

- January 1, 2011, you will be 100% vested in your award and entitled to a third cash payment equal to 33.4% of your total long-term cash award.

The portion of your award that vests will be paid out following the end of the corresponding vesting period. The vesting of all or part of your award is a taxable event. Accordingly, upon distribution of each payment, the Company will withhold applicable federal, state, and local taxes from this payment.

If your active employment with the Company is terminated _for any reason_ on or before a vesting date, or if you move to a part-time position on or before the vesting date, then the portion of your award that has not yet vested will be forfeited immediately upon the termination of your employment or upon your change to part-time status.

If you remain continuously employed in a full-time active position with the Company through and including the date on which a "Change of Control" of the Company occurs, then any portion of your award that has not yet vested will vest as of such Change of Control date. For this purpose, "Change of Control" has the meaning set forth in the

Circuit City Stores, Inc. 2003 Stock Incentive Plan, as amended and restated, effective December 14, 2006, and that definition is incorporated by reference into, and made a part of, this letter. Generally, a Change of Control will be deemed to occur upon any of the following events: (i) the acquisition by any person or entity of 35% or more of either the Company's outstanding shares or the combined voting power of the then outstanding securities of the Company entitled to vote generally in the election of directors (but excluding certain acquisitions involving the Company or an affiliate, or by any benefit plan sponsored by the Company); (ii) the incumbent members of the Board of Directors of the Company (including any future directors whose election is approved by a majority of the incumbent members) cease to constitute a majority of the Board of Directors; (iii) the consummation of a reorganization, merger or consolidation of the Company or sale or other disposition of all or substantially all of the assets of the Company (with certain exceptions, as described in the 2003 Stock Incentive Plan); or (iv) the consummation of a plan of complete liquidation, dissolution, or sale of substantially all the assets of the Company.

Nothing in this letter confers any right to continued employment with the Company or affects the Company's right to terminate your employment at any time, with or without notice, and with or without cause.

You may not sell, give away or otherwise transfer your right to the award granted hereunder.

In order for your award to become effective, you must accept it by signing this letter and by faxing the entire letter as soon as possible, but in no event later than February 1, 2008, to **757-299-8412**. Your signature will also constitute your agreement to the terms and conditions contained in this letter.

With this award, we express our confidence in your ability to help shape a Circuit City that will benefit our associates, our customers, and our shareholders for years to come.

Sincerely,

Eric A. Jonas, Jr.
Senior Vice President
Human Resources

ACCEPTED:

_____
Associate Signature

Louis C. Jones III
Printed Name

Jan. 12, 2008
Date



# Your Total Direct Compensation

### About You:

| Name | Louis Jones Iii |
|---|---|
| Employee ID | 10029675 |
| Department | Brea SS |
| Statement Date | January 1, 2008 |

### About Your Compensation:

|  | Compensation as of 1/1/2008 |
|---|---|
| Job Title | Store Director |
|  |  |
| Base Pay | $83,839 |
| Annual Incentive Target Dollars ($) | $20,000 |
| Target Annual Total Cash Comp | $103,839 |
| Target Long-Term Incentive (LTI) Award* | $15,000 |
| Target Total Direct Compensation | $118,839 |

* Note: Details regarding the 1/1/2008 LTI grant are in the award letter contained in this package.

