UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
|  | ) |
| Debtor, | ) Jointly Administered |
|  | ) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the claims of **GA SALEM LLC** (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 12568 in the amount of $569,140.20 and Claim No. 8235 in the amount of $81,829.00, have been transferred and assigned, other than for security, to **412 SOUTH BROADWAY REALTY LLC** (the "Transferee"), pursuant to the Assignment of Claim dated June 5, 2009 executed by the Transferor, a true and correct coy of which is attached hereto as **Exhibit A** (the "Assignment"). Claim No. 8235 originally belonged to **PRINCIPAL LIFE INSURANCE CO.**, which then assigned the claim to **GA SALEM LLC** pursuant to an Assignment of Claim dated March 26, 2009 attached hereto as **Exhibit B**.

The undersigned hereby submits this Notice and the Assignments, pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, as evidence of the transfer of all right, title and interest in and to the claim originally held by **GA SALEM LLC** to **412 SOUTH BROADWAY REALTY LLC** and the claim originally held first by **PRINCIPAL LIFE INSURANCE COMPANY**, with a transfer to **GA SALEM LLC** and a final transfer to **412 SOUTH BROADWAY REALTY LLC**.  The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim No. 12568 and Claim No. 8235 filed by Transferor to that of the Transferee listed below.

| | |
|---|---|
| Robert Somma, Esquire | Augustus C. Epps, Jr., VBS No. 13254 |
| Laura A. Otenti, Esquire | Michael D. Mueller, VSB No. 38216 |
| POSTERNAK BLANKSTEIN & LUND LLP | Jennifer M. McLemore, VSB No. 47164 |
| Prudential Tower | Christian & Barton, L.L.P. |
| 800 Boylston Street | 909 East Main Street, Suite 1200 |
| Boston, MA  02199 | Richmond, VA  23219 |
| (617) 973-6100 | (804) 697-4104 |
| | |
| *Counsel for 412 South Broadway Realty LLC* | *Local counsel to 412 South Broadway Realty LLC* |

**TRANSFEROR:**
**GA SALEM LLC**
**c/o Dennis Ballard, Esq.**
**801 Grand Avenue**
**Des Moines, IA  50392-0301**

**TRANSFEREE:**
**412 SOUTH BROADWAY REALTY LLC**
**c/o The MEG Companies**
**25 Orchard View Drive**
**Londonderry, NH  03053**

**412 SOUTH BROADWAY REALTY LLC**

By: /s/ Augustus C. Epps, Jr.
      Augustus C. Epps, Jr., counsel

Robert Somma, Esquire
Laura A. Otenti, Esquire
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

        and

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
(804) 697-4104

Counsel to 412 South Broadway Realty LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of October, 2009, I caused a copy of the foregoing to be served via electronic means to the parties on the Court's CM/ECF system.


<u>/s/ Augustus C. Epps, Jr.</u>
Augustus C. Epps, Jr.


993290v2