UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| Debtor, | ) Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the claims of **CIRCUIT NH CORP.** (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim Nos. 13397 and 12282 each in the amount of $604,013.32, and Claim No. 5020 in the amount of $118,772.50, have been transferred and assigned, other than for security, to **412 SOUTH BROADWAY REALTY LLC** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct coy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claims originally held by **CIRCUIT NH CORP.** to **412 SOUTH BROADWAY REALTY LLC**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim Nos. 13397, 12282 and 5020 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**CIRCUIT NH CORP.**
**c/o Sigmund Sommer Properties**
**280 Park Avenue, 4th Floor, West Building**
**New York, NY 10017**

| | |
|---|---|
| Robert Somma, Esquire | Augustus C. Epps, Jr., VBS No. 13254 |
| Laura A. Otenti, Esquire | Michael D. Mueller, VSB No. 38216 |
| POSTERNAK BLANKSTEIN & LUND LLP | Jennifer M. McLemore, VSB No. 47164 |
| Prudential Tower | Christian & Barton, L.L.P. |
| 800 Boylston Street | 909 East Main Street, Suite 1200 |
| Boston, MA  02199 | Richmond, VA  23219 |
| (617) 973-6100 | (804) 697-4104 |
| *Counsel for 412 South Broadway Realty LLC* | *Local counsel to 412 South Broadway Realty LLC* |

**TRANSFEREE:**
**412 SOUTH BROADWAY REALTY LLC**
**c/o The MEG Companies**
**25 Orchard View Drive**
**Londonderry, NH  03053**

**412 SOUTH BROADWAY REALTY LLC**

By: /s/ Augustus C. Epps, Jr.
      Augustus C. Epps, Jr., counsel

Robert Somma, Esquire
Laura A. Otenti, Esquire
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

    and

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
(804) 697-4104

Counsel to 412 South Broadway Realty LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2009, I caused a copy of the foregoing to be served via electronic means to the parties on the Court's CM/ECF system.

                                          /s/ Augustus C. Epps, Jr.
                                        Augustus C. Epps, Jr.

993693