# EXHIBIT A

## ASSIGNMENT OF PROOF OF CLAIM

Effective as of this 5th day of August, 2009, and FOR VALUE RECEIVED, the receipt and sufficiency of which are acknowledged, the undersigned, Circuit NH Corp., a Delaware corporation ("Seller") absolutely sells, delivers, sets over, grants, conveys, assigns, and transfers, to 412 South Broadway Realty LLC, a New Hampshire limited liability company ("Purchaser"), the Proof of Claim more particularly described on <u>Exhibit A</u> attached hereto (the "Assignment").

To have and to hold this Assignment unto the Purchaser, its successors and assigns forever.

IN WITNESS WHREOF, the Seller has caused these presents to be duly executed as of the day and year first written above.

CIRCUIT NH CORP.

By: _____
Ronald Dictrow
Treasurer

ID # 588654v02/10848-30/ 08.03.2009

# EXHIBIT A

A Proof of Claim dated January 20, 2009 filed in the name of Circuit Investors #5-Salem Limited Partnership received by Kurtzman Carson Consultants on January 21, 2009, for Circuit City Stores, Inc. for Case No. 08-35653 in the amount of $11,866.66 and an unliquidated claim for all obligations under the lease, as modified by an Amended Proof of Claim dated April 17, 2009 filed in the name of Circuit Investors #5-Salem Limited Partnership received by Kurtzman Carson Consultants on April 21, 2009 in the amount of $604,013.32, as further modified by an Amendment dated June 15, 2009 correcting the claimant to be Circuit NH Corp. received by Kurtzman Carson Consultants on June 16, 2009.

ID # 588654v02/10848-30/ 08.03.2009



B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Circuit NH Corp.**

Name and address where notices should be sent:
Sigmund Sommer Properties
280 Park Avenue, 4th Floor, West Building
New York, NY 10017
Telephone number: (212) 661-0700

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **12282**
(If known)

Filed on: **April 21, 2009**

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **604,013.32 (see rider)**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Lease rejection and other damages.**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:_____

3a. Debtor may have scheduled account as:_____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection:_____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__). 365 (d) (3) 503 (b)

Amount entitled to priority:

$**143,586.66**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 6/15/09
Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Ronald Dictrow, CFO & Treasurer

FOR COURT USE ONLY
JUN 16 2009
RECEIVED
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1076/68463-001 Current/14841587v1

PROSKAUER ROSE LLP COPY

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et. al.,<br><br>Debtors. | (Chapter 11)<br><br>Case No. 08-35643 (KRH) |

### RIDER TO AMENDED PROOF OF CLAIM FILED BY
### CIRCUIT NH CORP

1. Circuit NH Corp. ("Circuit NH") files this amended proof of claim (the "Proof of Claim") against Circuit City Stores, Inc., (the "Debtor"), which along with certain of its affiliates (each, collectively with the Debtor, the "Debtors"), commenced cases on November 10, 2008 (the "Commencement Date") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). Upon information and belief, the Debtors are continuing to operate their business and manage their property as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. Circuit NH's claim arises in connection with a certain Agreement of Lease dated as of June 30, 1993 (the "Lease"), between Circuit NH as landlord, and the Debtor as tenant, covering the leased space located in Salem, NH (the "Leased Premises"), as more fully described in the Lease. A copy of the Lease is available upon request. Circuit NH originally filed a proof of claim, assigned claim number 5020 by the claims agent, in the amount of $11,866.66 and an unliquidated claim for all obligations under the Lease, under the name Circuit Investors #5 – Salem Limited Partnership.

1076/68463-001 Current/13888138v2

Circuit NH filed an amended proof of claim, assigned claim number 12282 by the claims agent, in the amount of $604,013.32 and an unliquidated claim for all obligations under the Lease, under the name Circuit Investors #5 – Salem Limited Partnership.

3. Circuit NH asserts this amended Proof of Claim in connection with the Debtors' rejection of the Lease. As a result, remaining Rent and Additional Rent (both as defined under the Lease) are due as follows: (a) unpaid pre-petition rent in the amount of $11,866.66 for the period November 1-10, 2008; (b) rejection damages in the amount of (i) $448,560 for base rent plus (ii) the tenant's additional rent obligations for 15% of the remaining term of the Lease; and (c) post-petition rent to the rejection effective date in the amount of $143,586.66. The total amount owed to Circuit NH is $604,013.32.

4. Circuit NH expressly reserves all rights to amend or supplement this Proof of Claim.

5. Circuit NH further expressly reserves the right to claim an administrative expense priority pursuant to 11 U.S.C. §§ 365(d)(3) and 503 for (i) all taxes (including all interest, penalties, and charges related thereto) which have been or will be assessed against the Leased Premises subsequent to the Commencement Date and (ii) any and all rent and/or other obligations arising or assessed, as the case may be, from and after the Commencement Date.[1]

---

[1] Circuit NH also reserves the right to seek a set-off.

2

1076/68463-001 Current/13888138v2

6. In the event that the Debtor or any of the other Debtors assert or Circuit NH shall determine, that another of the Debtors is obligated or liable for any of the categories of claims and amounts set forth herein, this Proof of Claim shall be deemed to have been filed against such other debtor, for such category and amount.

7. The filing of this Proof of Claim is not and shall not be deemed or construed as (i) a waiver or release of Circuit NH's rights against any person, entity or property; (ii) a consent by Circuit NH as to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Circuit NH; (iii) a waiver or release of Circuit NH's right to trial by jury in this Court or any other court in any proceedings as to any and all matter so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (iv) a consent by Circuit NH to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (v) a waiver or release of Circuit NH's right to have any and all final orders in any and all non-core matters or proceedings entered only after <u>de novo</u> review by a United States District Court Judge; (vi) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in these cases against or otherwise involving Circuit NH; or (vii) an election of remedies.

8. All notices concerning this Proof of Claim shall be sent to:

3

>Circuit NH Corp.
>c/o Sigmund Sommer Properties
>280 Park Avenue
>New York, NY 10017
>212 661 0700 (phone)
>212 661 0844 (fax)
>Attn: Ronald Dictrow
>
>**PROSKAUER ROSE LLP**
>Attorneys for Sigmund Sommer Properties
>1585 Broadway
>New York, New York 10036
>(212) 969-3000 (phone)
>(212) 969-2900 (fax)
>Attn: Jeffrey W. Levitan, Esq.

9. No judgment has been rendered on any of the amounts asserted in this Proof of Claim.

B 10 (Official Form 10) (12/07)

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA** — PROOF OF CLAIM

Debtor against which claim is asserted: (Check only one box below)

- X Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Circuit Investors #5 - Salem Limited Partnership

**Name and address where notices should be sent:**
Sigmund Sommer Properties
280 Park Avenue, 4th Floor, West Building
New York, NY 10017

Telephone number: (212) 661-0700

X Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 5020 (If known)
Filed on: January 21, 2009

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $604,013.32 (see rider)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Lease rejection and other damages.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___) 365(d)(3) 503(b)

Amount entitled to priority:
**$143,586.66**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: 4/14/09

Ronald Dictrow, CFO & Treasurer  /s/

FOR COURT USE ONLY
RECEIVED
APR 21 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

PROSKAUER ROSE LLP COPY

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et. al.,<br><br>Debtors. | (Chapter 11)<br><br>Case No. 08-35643 (KRH) |

### RIDER TO AMENDED PROOF OF CLAIM FILED BY
### CIRCUIT INVESTORS #5 – SALEM LIMITED PARTNERSHIP

1.  Circuit Investors #5 – Salem Limited Partnership ("Salem") files this amended proof of claim (the "Proof of Claim") against Circuit City Stores, Inc., (the "Debtor"), which along with certain of its affiliates (each, collectively with the Debtor, the "Debtors"), commenced cases on November 10, 2008 (the "Commencement Date") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). Upon information and belief, the Debtors are continuing to operate their business and manage their property as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.  Salem's claim arises in connection with a certain Agreement of Lease dated as of June 30, 1993 (the "Lease"), between Salem as landlord, and the Debtor as tenant, covering the leased space located in Salem, NH (the "Leased Premises"), as more fully described in the Lease. A copy of the Lease is available upon request. Salem originally filed a proof of claim, assigned claim number 5020 by the claims agent, in the amount of $11,866.66 and unliquidated claim for all obligations under the Lease.

1076/68463-001 Current/13888138v1

3. Salem asserts this amended Proof of Claim in connection with the Debtors' rejection of the Lease. As a result, remaining Rent and Additional Rent (both as defined under the Lease) are due as follows: (a) unpaid pre-petition rent in the amount of $11,866.66 for the period November 1-10, 2008; (b) rejection damages in the amount of (i) $448,560 for base rent plus (ii) the tenant's additional rent obligations for 15% of the remaining term of the Lease; and (c) post-petition rent to the rejection effective date in the amount of $143,586.66. The total amount owed to Salem is $604,013.32.

4. Salem expressly reserves all rights to amend or supplement this Proof of Claim.

5. Salem further expressly reserves the right to claim an administrative expense priority pursuant to 11 U.S.C. §§ 365(d)(3) and 503 for (i) all taxes (including all interest, penalties, and charges related thereto) which have been or will be assessed against the Leased Premises subsequent to the Commencement Date and (ii) any and all rent and/or other obligations arising or assessed, as the case may be, from and after the Commencement Date.[1]

6. In the event that the Debtor or any of the other Debtors assert or Salem shall determine, that another of the Debtors is obligated or liable for any of the categories of claims and amounts set forth herein, this Proof of Claim shall be deemed to have been filed against such other debtor, for such category and amount.

---

[1] Salem also reserves the right to seek a set-off.

2

7. The filing of this Proof of Claim is not and shall not be deemed or construed as (i) a waiver or release of Salem's rights against any person, entity or property; (ii) a consent by Salem as to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Salem; (iii) a waiver or release of Salem's right to trial by jury in this Court or any other court in any proceedings as to any and all matter so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (iv) a consent by Salem to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (v) a waiver or release of Salem's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (vi) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in these cases against or otherwise involving Salem; or (vii) an election of remedies.

8. All notices concerning this Proof of Claim shall be sent to:

> **Circuit Investors #5 – Salem Limited Partnership**
> **c/o Sigmund Sommer Properties**
> 280 Park Avenue
> New York, NY 10017
> 212 661 0700 (phone)
> 212 661 0844 (fax)
> Attn: Ronald Dietrow

3

1076/68463-001 Current/13888138v1

PROSKAUER ROSE LLP
Attorneys for Sigmund Sommer Properties
1585 Broadway
New York, New York 10036
(212) 969-3000 (phone)
(212) 969-2900 (fax)
Attn: Jeffrey W. Levitan, Esq.

9. No judgment has been rendered on any of the amounts asserted in this Proof of Claim.

1076/68463-001 Current/13888138v1