UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Circuit City Stores, Inc., et al.                              Chapter 11

                                                         Case No.: 08-35653 (KRH)

Debtors,

---

UNICAL ENTERPRISES, INC.

Plaintiff,

v.

CIRCUIT CITY STORES, INC., ET AL.

Defendant.

## NOTICE OF HEARING ON MOTION OF UNICAL ENTERPRISES, INC. FOR RELIEF FROM AUTOMATIC STAY

Please take notice that a hearing on the *Motion for Relief from Automatic Stay* which has been filed on behalf of Unical Enterprises, Inc., (Docket No. 5343) will be held on November 18, 2009 at 9:30 a.m. in Courtroom 5000 of the United States Bankruptcy Court located at 701 East Broad Street, Richmond, Virginia, 23219, before the Honorable Kevin R. Huennekens.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then within fifteen (15) days from

---

Thomas J. Weiss (CA SBN 63167)
WEISS & HUNT
1925 Century Park East, Suite 2140
Los Angeles, CA 90067
Telephone: (310) 788-0710
Facsimile:  (310) 788-0735
tweiss@weisslawla.com

Erick F. Seamster (VSB No.76108)
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226
Telephone:  (804) 282-8300
Facsimile:  (804) 282-2555
eseamster@wallacepledger.com

Counsel for Unical Enterprises, Inc.

the date of service of this motion, you must file a written response explaining your
position with the Court and serve a copy on the movant.  Unless a written response is
filed and served within this fifteen day period, the Court may deem opposition waived,
treat the motion as conceded, and issue an order granting the requested relief without
further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so
the Court will receive it on or before the expiration of the fifteen period.

You must attend the hearing scheduled to be conducted before the Honorable
Kevin R. Huennekens on November 18, 2009 at 9:30 a.m. in Courtroom 5000 of the
United States Bankruptcy Court located at 701 East Broad Street, Richmond, Virginia
23219.

Respectfully submitted,

UNICAL ENTERPRISES, INC.

By counsel

_____/s/ Thomas J. Weiss_____(by Erick F. Seamster with permission from
Thomas J. Weiss (CA SBN 63167)     Thomas J. Weiss based on email)
WEISS & HUNT
1925 Century Park East, Suite 2140
Los Angeles, California  90067
Telephone:  (310) 788-0710
Facsimile:   (310) 788-0735
tweiss@weisslawla.com

_____/s/ Erick F. Seamster_____
Erick F. Seamster (VSB #76108)
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA  23226
Telephone:  (804) 282-8300
Facsimile:  (804) 282-2555
eseamster@wallacepledger.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2009, I will electronically file the foregoing notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case.  In addition, a true and correct copy of the foregoing notice was sent on October 23, 2009, via U.S. mail, postage prepaid, to the following:

Daniel F. Blanks, Esq.
Dion W. Hayes, Esq.
MCGUIREWOODS LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtor Circuit City Stores, Inc.*

Robert B. Van Arsdale, Esq.
OFFICE OF THE U. S. TRUSTEE
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Counsel for U.S. Trustee*

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

3

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Creditors Committee*


_____*/s/ Erick F. Seamster*___
Erick F. Seamster