Mark D. Taylor, Esq. (VSB No. 42416)
607 14th Street, NW, Suite 900
Washington, DC 20005-2018 USA
Telephone: (202) 508-5867

and

Shane G. Ramsey
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2429

*Counsel for Lenovo USA*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that, Lenovo USA hereby appears in this case by its counsel:

Mark D. Taylor, Esq.
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005-2018 USA
Telephone: (202) 508-5867
Facsimile: (202) 585-0073
Email Address: mdtaylor@kilpatrickstockton.com

and

Shane G. Ramsey
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2429
Facsimile: (404) 451-3439
Email Address: sramsey@kilpatrickstockton.com

**REQUEST IS HEREBY MADE** pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") that all notices given or required to be given in the above-captioned jointly-administered cases, and all papers served or required to be served in these cases, be given to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to: (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use; or (d) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Pleadings nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Lenovo USA 's (i) right to have final orders in non-

core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Lenovo USA is or may be entitled under any agreement(s), in law, or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: October 23, 2009     KILPATRICK STOCKTON LLP

By:   /s/ Mark D. Taylor
Mark D. Taylor, Esq. (VSB No. 42416)
607 14th Street, NW, Suite 900
Washington, DC 20005-2018 USA
(202) 508-5867 (Telephone)
(202) 585-0073 (Facsimile)
mdtaylor@kilpatrickstockton.com

*Counsel for Lenovo USA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was served by electronic means on the "2002" and "Core" lists and through ECF system which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court on October 23, 2009.

By:  /s/ Mark D. Taylor
     Mark D. Taylor

US2008 945877.1