Mona M. Murphy, Esquire
Virginia Bar No. 21589
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | |
| **CIRCUIT CITY STORES, INC.** ) | Case No. 08-35653 (KRH) | |
| ) | (Chapter 11) | |
| ) | | |
| Debtor. ) | Jointly Administered | |

**ORDER GRANTING IN PART AND DENYING IN PART SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR HEARING ON SAMSUNG'S MOTION FOR SHORTENED RESPONSE TIME TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Upon consideration of SAMSUNG ELECTRONICS AMERICA, INC.'s ("Samsung") Motion for Leave to Appear Telephonically for this Court's Expedited Hearing on Samsung's Motion for Shortened Response Time to Interrogatories and Request for Production of Documents (the "Motion to Appear Telephonically"), the court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion to Appear Telephonically and the opportunity for a hearing thereon has been given and no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of part of the relief requested in the Motion to Appear Telephonically.  After having given due consideration, and for good cause shown,

{TY087547;1}

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Appear Telephonically is **GRANTED** as to the appearance of Michael Goldberg, counsel for Samsung located in Florida.

2. The Motion to Appear Telephonically is **DENIED** as to the appearance of local counsel for Samsung.

3. Samsung's counsel shall forward a telephonic conference number to the Court on or before November 2, 2009 which the Court will use to allow Samsung's counsel to appear by phone for the Court's Expedited Hearing on Samsung's Motion for Shortened Response Time to Interrogatories and Request for Production of Documents currently set for November 3, 2009 at 11:00 a.m.

**IT IS SO ORDERED.**

**ENTERED** in Richmond, Virginia this ____ day of _____, 2009.

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
AKERMAN SENTERFITT LLP
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com
*Counsel to Samsung Electronics America, Inc.*

{TY087547;1}

Pursuant to Local Bankruptcy Rule 9022-1(B), parties to receive copies:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Mona M. Murphy

{TY087547;1}