Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | Jointly Administered |

### MOTION PURSUANT TO LOCAL BANKRUPTCY
### RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Mona M. Murphy ("Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), to enter an Order permitting Joanne Gelfand, Esquire of Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Boulevard, Fort Lauderdale, FL 33301-2229 to appear *pro hac vice* in the referenced bankruptcy case and related proceedings before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Samsung Electronics America, Inc., claimant, pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support of the motion, Movant states as follows:

1.      Joanne Gelfand is a member of the Bars of Florida, New York and the District of Columbia and is admitted to practice before the United States District Court for the Southern and

{TY088078;1}

Eastern Districts of New York, the United States District Court for the Southern District of Florida, and the 2nd and 11th Circuit Courts of Appeals. There are no disciplinary proceedings pending against Ms. Gelfand in any jurisdiction in which she is admitted to practice. This is Ms. Gelfand's first request to be admitted *pro hac vice* into the Bankruptcy Court for the Eastern District of Virginia.

2. Movant requests that this Court authorize Ms. Gelfand to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case.

3. Movant and her law firm shall serve as co-counsel with Ms. Gelfand in the Bankruptcy Case.

4. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests the Court enter an Order, substantially in the form annexed hereto as <u>Exhibit A</u>: (i) permitting Ms. Gelfand to appear *pro hac vice* in association with Movant as counsel for the claimant Samsung Electronics America, Inc. in the Bankruptcy Case, and (ii) granting such other and further relief as is just and proper.

Dated: October 26, 2009                    AKERMAN SENTERFITT LLP

                                                  By:  /s/ Mona M. Murphy
                                                  Mona M. Murphy, Esquire (VSB No. 21589)
                                                  8100 Boone Blvd., Suite 700
                                                  Vienna, VA 22182
                                                  Tel: (703) 790-8750
                                                  Fax: (703) 448-1767

{TY088078;1}

# CERTIFICATE OF SERVICE

       I hereby certify that on the 26th day of October, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in this case including the following:

>Robert B. Van Arsdale
>Office of the U.S. Trustee
>701 East Broad St., Suite 4304
>Richmond, Virginia 23219
>*Assistant United States Trustee*
>
>David S. Berman
>Riemer & Braunstein LLP
>Three Center Plaza, 6th Floor
>Boston, Massachusetts 02108
>*Counsel for Bank of America, N.A., as Agent*
>
>Dion W. Hayes
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>*Counsel for the Debtors*
>
>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meager & Flom
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899-0636
>*Counsel for the Debtors*

          /s/ Mona M. Murphy
          Mona M. Murphy

{TY088078;1}

3