Annemarie G. McGavin (VSB No. 39984)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Ste. 300
Washington, DC  20006-3807
Tel: 202-452-7900

-and-

Peter J. Duhig  (DE Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Tel: 302-552-4249

Counsel for General Instrument Corporation,
doing business as Home & Networks Mobility business of Motorola, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |

**PRELIMINARY RESPONSE OF GENERAL INSTRUMENT CORPORATION DOING
BUSINESS AS HOME & NETWORKS MOBILITY BUSINESS OF MOTOROLA, INC.
TO DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
<u>(DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)</u>**

General Instrument Corporation doing business as Home & Networks Mobility business

of Motorola, Inc. ("Home & Networks"), by and through its undersigned counsel, submits its

Preliminary Response (the "Preliminary Response") to the Debtors' Forty-Fourth Omnibus

Objection to Claims (Disallowance of Certain Duplicate Claims) (the "Objection"), and in

support respectfully states as follows:

1. On or about December 19, 2008, Home & Networks filed a 503(b)(9) claim against Debtor Circuit City Stores, Inc. for $85,321.74 which is listed by the Debtors as claim number 1321. On or about December 19, 2008, Home & Networks filed a 503(b)(9) claim against Debtor Circuit City Stores, Inc. for $85,321.74 which is listed by the Debtors as claim number 13097. On or about September 21, 2009, the Debtors filed the Objection. Pursuant to the Objection, the Debtors seek to disallow duplicative claims. Home & Networks objects to the relief requested in the Objection.

2. Home & Networks files this Preliminary Response in lieu of a formal pleading pursuant to the Debtors' authorization to Home & Networks' counsel on October 22, 2009. Accordingly, Home & Networks reserves all rights with respect to its claims and the right to supplement the Preliminary Response at a later date.

3. Contact information for Home & Networks is as follows:

Motorola, Inc.
101 Tournament Drive
Horsham, PA 19044
ATTN: Frederick L. Peters, Senior Counsel

WHEREFORE, Home & Networks respectfully requests that its claims be excluded from any order approving the Objection and such other relief as is just and proper.

Date: October 27, 2009                **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Annemarie G. McGavin
Annemarie G. McGavin (VSB No. 39984)
1700 K Street, N.W., Ste. 300
Washington, DC  20006-3807
Tel: 202-452-7900
Fax: 202-452-7989
    and
Peter J. Duhig (No. 4024)
The Brandywine Building
1000 West Street, Suite 1410

        Wilmington, DE 19801
        Telephone: (302) 552-4200
        Facsimile: (302) 552-4295
        E-mail: peter.duhig@bipc.com

Counsel for General Instrument Corporation doing business as Home & Networks Mobility business of Motorola, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Preliminary Response of General Instrument Corporation Doing Business as Home & Networks Mobility Business of Motorola Inc. to Debtors' Forty-Fourth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims)* was filed electronically with the court via the CM/ECF system on the 27th day of October, 2009 and first-class mail to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

        /s/ Annemarie G. McGavin
        Annemarie G. McGavin (VSB No. 39984)