UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

DECLARATION OF THOMAS CANEFF IN SUPPORT OF
MOTION OF THOMSON WEST FOR ORDER DIRECTING
DEBTORS TO PAY ADMINISTRATIVE EXPENSES PURSUANT TO
11 U.S.C. §§ 503(b) AND 507(a) AND REQUEST FOR RELATED RELIEF

I, Thomas Caneff, declare under penalty of perjury that the following statements are true and correct:

1. I am over eighteen years of age and competent to testify as to the facts stated herein. I am currently the Third Party Finance Coordinator for claimant Thomson West's ("West") parent company, Thomson Reuters.

2. I make this declaration from my own personal knowledge and from West's business records.

3. Among other things, West provides information services, usually, and in the case of Debtor Circuit City, on a subscription basis. West provided Debtor Circuit City Stores, Inc. information services pursuant to a Westlaw Subscriber Agreement (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit A. West invoices Debtor monthly.

4. West is an unsecured creditor of the Debtor.

1447466v1

5. On May 1, 2009, West issued invoice number 0818272207 for "West Information Charges" incurred for the period from April 1, 2009 through April 30, 2009. A true and correct copy of this invoice is attached hereto as Exhibit B. This invoice has not been paid.

6. On June 1, 2009, West issued invoice number 0818456286 for "West Information Charges" incurred for the period from May 1, 2009 through May 31, 2009. A true and correct copy of this invoice is attached hereto as Exhibit C. This invoice has not been paid.

7. On July 1, 2009, West issued invoice number 0818645392 for "West Information Charges" incurred for the period from June 1, 2009 through June 30, 2009. A true and correct copy of this invoice is attached hereto as Exhibit D. This invoice has not been paid.

8. On August 1, 2009, West issued invoice number 0818837877 for "West Information Charges" incurred for the period from July 1, 2009 through July 31, 2009. A true and correct copy of this invoice is attached hereto as Exhibit E. This invoice has not been paid.

9. Attached hereto as Exhibit F is a "Balance Detail Report" summarizing the four unpaid invoices and the respective aging for each.

10. Through July 31, 2009, Debtors' unpaid invoices for information services provided by West total $13,804.98.

Further your Declarant sayeth not.

Date: October 22 2009

Thomas Caneff
Third Party Finance Coordinator
Thomson Reuters

1447466v1