IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.,                  Chapter 11 (Jointly administered)

    Debtors,

### RESERVATION OF RIGHTS RE: OBJECTION FOR VOTING

Google Inc. received a "Notice of Debtors' Objection to Certain General Unsecured Claims for Voting Purposes Only" stating that the Debtors intended to allow Google's vote for or against the Debtors' proposed plan of reorganization (should it chose to vote) to be valued at an amount lower than that Google Inc. claimed in the Proof of Claim Google filed (numbered 5980).

While the face of the motion is explicit that the objection applies only to voting, certain language in the motion could be read to suggest otherwise.

This statement is filed by Google solely to confirm that the reservation of rights set forth the Debtors' current objection is reciprocal as to the creditors and that Google Inc. does not waive any defense to any objection to the allowance of Google Inc's claim for purposes other than voting.

Paul K. Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100 (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Wendy W. Smith, Esq.
 California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele: (408) 295-1700
Fax: (408) 295-1531

*Co-Counsel for Google, Inc.*

Dated: October 27, 2009                                    **GOOGLE, INC.**

By:  /s/ Paul K. Campsen
             Of Counsel

Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
E-mail: pkcampsen@kaufcan.com

Wendy W. Smith, Esq.
 California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele: (408) 295-1700
E-mail: wendy@bindermalter.com

*Co-Counsel for Google, Inc.*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Reservation of Rights Re: Objections for Voting was sent on this 27 day of October, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

::ODMA\PCDOCS\DOCSNFK\1548863\2

2