## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | |

## LIMITED RESPONSE TO
## OMNIBUS OBJECTION TO CLAIM AND REQUEST FOR HEARING

Janaf Shops, LLC ("Janaf") objects to Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) [Docket No. 5015] (the "Objection") to the extent that it seeks to disallow Janaf's Claim No. 12401, without acknowledging that Janaf's Claim No. 14511 is intended as an amendment to Claim No. 12401.  To the extent that Janaf's Claim No. 12401 is disallowed, the Debtor should be prohibited from objecting to Janaf's Claim No. 14511 on the basis of untimeliness.

ACCORDINGLY, Janaf requests that this Honorable Court (i) schedule a hearing on the Objection as it pertains to Janaf and this Limited Response; and (ii) overruled the Objection as it pertains to Janaf unless the requested relief is modified in the manner proposed.

| | |
|---|---|
| John D. McIntyre (VSB No. 35925) | Adam K. Keith (#P71167) |
| WILLCOX & SAVAGE, P.C. | HONIGMAN MILLER SCHWARTZ & COHN LLP |
| One Commercial Place, Suite 1800 | 2290 First National Building |
| Norfolk, Virginia  23510 | Detroit, Michigan 48226 |
| Tel: (757) 628-5500 | Tel: (313) 465-7460 |
| Tel: (757) 628-5566 | Tel: (313) 465-7461 |
| *Local Counsel for Janaf Shops, LLC* | *Lead Counsel for Janaf Shops, LLC* |

          Respectfully submitted,

          **JANAF SHOPS, LLC**


          By: *John D. McIntyre*
              Of Counsel

John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia  23510
Tel: (757) 628-5500
Tel: (757) 628-5566
*Local Counsel for Janaf Shops, LLC*

and

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Adam K. Keith (#P71167)
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7460
Fax: (313) 465-7461
*Lead Counsel for Janaf Shops, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing Response to Omnibus Objection filed by Janaf Shops, LLC. was served this 27th day of October, 2009, on all necessary parties electronically by ECF and by e-mail and first class mail, postage prepaid, upon:

**Dion W. Hayes**
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510
dfoley@mcguirewoods.com

**Gregg M. Galardi**
**Ian S. Fredericks**
Skadden Arps Slate
  Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
ian.fredericks@skadden.com

**Chris L. Dickerson**
Skadden Arps Slate
  Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

**Brad R. Godshall**
Pachulski Stang Ziehl
  & Jones, LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl &
Jones LLP
150 California St, 15th Flr
San Francisco, CA 94111
jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

**Adam M. Feinmesser, Esq.**
Esbin & Alter, LLP
497 South Main Street
New City, NY 10956
afeinmesser@esbinalter.com

**Jeffrey N. Pomerantz**
**Stanley E. Goldich**
Pachulski Stang Ziehl
 & Jones LLP
10100 Santa Monica Blvd., St 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

**Robert J. Feinstein**
Pachulski Stang Ziehl
 & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

**Michelle Mosier**
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695

        By: *John D. McIntyre*

3