| | |
|---|---|
| William H. Schwarzschild, III - VSB No. 15274 | Jay T. Blount |
| W. Alexander Burnett – VSB No. 68000 | Senior Corporate Counsel |
| WILLIAMS, MULLEN | Golf Galaxy, Inc. |
| Two James Center, 16th Floor | 300 Industry Drive |
| 1021 East Cary Street | RIDC Park West |
| Post Office Box 1320 | Pittsburgh, PA  15275 |
| Richmond, Virginia  23218-1320 | Phone: 724.273.3675 |
| Phone:  804.783.6489 | Fax:    724.227.1928 |
| FAX:  804.783.6507 | Email: jay.blount@dcsg.com |
| tschwarz@williamsmullen.com | |
| aburnett@williamsmullen.com | |

*Counsel for Golf Galaxy, Inc..*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------x
:
In re:                                      :  Chapter 11
:
CIRCUIT CITY STORES, INC., *et al.*,       :  Case No. 08-35653 (KRH)
:
Debtors.                    :  (Jointly Administered)
:
---------------------------------------------------------x

### RESPONSE OF GOLF GALAXY, INC.
### TO DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

Golf Galaxy, Inc. ("Golf Galaxy"), by counsel, hereby responds to the Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (the "Objection") as follows:

1. On December 10, 2008, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") entered an order establishing a general bar date of January 30, 2009 (the "General Bar Date Order").

2. On January 30, 2009 in compliance with the General Bar Date Order, Golf Galaxy timely filed a general unsecured claim in the amount of $1,216,032.07 (the "General Unsecured Claim") for damages from breach of a commercial real estate sublease between Golf

Galaxy and Circuit City Stores, Inc. ("Circuit City"). Circuit City designated this claim as "Claim No. 9353."

3. On or about April 13, 2009, Golf Galaxy filed an amended claim in the amount of $34,511.07, amending its General Unsecured Claim. Circuit City designated this claim as "Claim No. 12222." A portion of Claim No. 12222 is entitled to administrative priority.

4. On May 15, 2009, the Court entered an order establishing June 30, 2009 as the administrative expense bar date (the "Administrative Bar Date").

5. On or about June 30, 2009, in compliance with the Administrative Bar Date, Golf Galaxy timely filed an administrative claim in the amount of $24,517.75 (the "Administrative Claim"). Circuit City designated this claim as "Claim No. 14197."

6. On or about August 21, 2009, the Debtors filed the Objection.

7. The Objection asserts that Claim No. 9353 was rendered moot and superseded by Claim No. 12222. The Objection seeks to disallow Claim No. 9353; however, pursuant to the Objection, Claim No. 12222 shall remain in effect and is not affected by the Objection.

8. Golf Galaxy does not object to this relief, provided that no part of the Objection or the relief sought therein shall affect the Administrative Claim.

9. Golf Galaxy's Administrative Claim in the amount of $24,517.75 should be allowed to the extent not duplicative of any other claim, and its General Unsecured Claim, Claim No. 12222, should be reduced to $9,993.32 and allowed to the extent not duplicative of any other claim. Golf Galaxy does not object to the relief sought in the Objection, provided these claims survive, without objection from Circuit City as to form or content.

WHEREFORE Golf Galaxy, Inc. prays that (i) Claim No. 12222 be allowed in an amount no less than $9,993.32 to the extent not duplicative of any other claim; (ii) Claim No. 14197 be

allowed in the amount of $24,517.75 with administrative priority to the extent not duplicative of any other claim; (iii) the Objection be overruled to the extent that it seeks disallowance of Claim No. 12222 or Claim No. 14197 Claim except as otherwise acknowledged herein; and (iv) Golf Galaxy be granted a hearing and such other relief as may be appropriate and as its interests may appear.

Dated: Richmond, Virginia
October 27, 2009

**GOLF GALAXY, INC.**

By: ___/s/ W. Alexander Burnett___
Counsel

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Golf Galaxy, Inc.*

6992323_2.DOC

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true copy of the foregoing Response of Golf Galaxy, Inc. to Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) was filed and served this 27th day of October, 2009, electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

  *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

  *Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

By:    */s/ W. Alexander Burnett*
      W. Alexander Burnett

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Golf Galaxy, Inc.*

6992323_2.DOC