# EXHIBIT B

# Inland Western

Real Estate Tax Reconciliation Invoice
Reconciliation Period: 1/1/2008 to 12/31/2008

## Invoice Summary

| | |
|---|---:|
| Total Real Estate Tax Bill | 782,470.54 |
| Less Major Tenant Contribution | .00 |
| Net Real Estate Tax Bill | $782,470.54 |
| Tenant's Pro Rata Share | 84,303.38 |
| Less Previously Billed | .00 |
| Total | $84,303.38 |
| Sales Tax | 2,529.10 |
| Balance Now Due | $86,832.48 |

Batch Number: 322632
Lease Number: 3282 - Circuit City Loc #441
Business Unit: 35033 - Gateway Pavilions
Unit No: 019

# Inland Western

**Real Estate Tax Reconciliation Invoice**
Reconciliation Period: 1/1/2008 to 12/31/2008

Batch Number: 322632
Lease Number: 3282 - Circuit City Loc #441
Business Unit: 35033 - Gateway Pavilions
Unit No: 019

| Class Id | Class Exposure | Admin Fee | Total Tenant Exposure | Numerator | Denominator | Pro % | Occupancy Factor | Net Share | Admin Fee | Estimated Billing | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETX | 782,470.54 | | 782,470.54 | 32,500 | 301,653 | 10.7740 | 1.000000 | 84,303.38 | | | 84,303.38 |
| | 782,470.54 | | | | | | | 84,303.38 | | | 84,303.38 |

Total: 84,303.38
Sales Tax: 2,529.10
**Grand Total Now Due: $86,832.48**