UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF COTTONWOOD
CORNERS – PHASE V, LLC'S RESPONSE TO DEBTORS'
TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS**

Cottonwood Corners – Phase V, LLC, by counsel, hereby withdraws, without prejudice, Cottonwood Corners – Phase V, LLC's Response to the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Response"). The Response can be found at Docket No. 3833.

Dated: October 27, 2009

COTTONWOOD CORNERS-PHASE V, LLC

By: /s/ Sheila deLa Cruz
Counsel

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Cottonwood Corners – Phase V, LLC*

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Cottonwood Corners – Phase V, LLC*

## **CERTIFICATE OF SERVICE**

I herby certify that on this 27th day of October, 2009, a true and correct copy of the foregoing was served by electronic mail on the "2002" and "Core" lists and through the Court's CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                          /s/ Sheila deLa Cruz
                                                          Sheila deLa Cruz