October 20, 2009

RE: Circuit City Bankruptcy

David Harrison

5115 Vermont Drive

Easton, PA 18045

Claim No. 13027

Claim Amount $165.96



RICHMOND ...
FILED
OCT 2 6 2009
U.S. BANKRUPTCY COURT

In response to the several documentations I received, it appears my claim is being disallowed, I think? I am a college student and find these documents very difficult to follow. If that is the case where my claim is being dismissed or disallowed I "object". I cannot afford counsel nor does it make sense because of the small amount of claim money. To me it is very simple because this was a payroll check for work I had performed; in fact the check was already printed and issued to my boss, but I did not receive since I had already left for college. My boss's suggested I could wait until I got home at Thanksgiving since I had planned or working extra hours over the holidays. Had I known Circuit City was about to file bankruptcy I would of had my boss mail the check or if he knew about the bankruptcy why was if not mailed to me. Yes I should have taken the check as soon as it was issued but I had already left for college, which buy the way I go to college in Florida and the Circuit City I worked at was in Easton, PA (Southmont Mall). I left the check at the office because I thought it would be a nice surprise to have spending money at Thanksgiving when I came home. I just think its poor for such a small amount of money not to be issued for work performed, plus I trusted Circuit City's judgment.

Sincerely,

David Harrison

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Asserted Claim Amount | Classification as Filed |
|---|---|---|---|
|  | 13027 | 165.96 | PAYROLL |
| [Claimant Name][1] | DAVID HARRISON |  |  |
| [Claimant Address] | 5115 VERMONT DRIVE EASTON, PA 18045 |  |  |
|  |  |  |  |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M.(EASTERN) ON OCTOBER 27, 2009</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

<u>Critical Information for Claimants
Choosing to File a Response to the Objection</u>

---

[1] Personalized claim information is included in the personalized notices served on the Claimants listed on <u>Exhibit B</u> to the Objection.

2

SKADDEN, ARPS, SLATE, MEAGHER    MCGUIREWOODS LLP
& FLOM, LLP                      One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, VA 23219
Wilmington, DE 19899-0636        Attn: Dion W. Hayes
Attn: Gregg M. Galardi           Attn: Douglas M. Foley
Attn: Ian S. Fredericks

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson


The status hearing on the Objection will be held at **11:00 a.m. (Eastern) on November 3, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5100
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do not need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents.** To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

4