Matthew J. Botica
Mindy D. Cohn
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for VisionTek Products, LLC*

RICHMOND DIVISION
FILED
OCT 27 2009
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

-----------------------------------------------------------x
In re                                                      :   Chapter 11
                                                           :
                                                           :   Case No. 08-35653 (KRH)
Circuit City Stores, Inc., *et al.*,                       :
                                                           :   (Jointly Administered)
                    Debtors.                               :
-----------------------------------------------------------x

## VISIONTEK PRODUCTS, LLC'S RESPONSE IN OPPOSITION TO DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY

VisionTek Products, LLC ("VisionTek") hereby opposes the above-captioned debtors' (the "Debtors") Objection to Certain General Unsecured Claims for Voting Purposes Only [Docket No. 5022] (the "Objection"). In support of this response (the "Response"), VisionTek states as follows:

### BACKGROUND

1. VisionTek is a leading supplier of PC enhancement products to consumers. Prior to and after November 10, 2008 (the "Petition Date"), VisionTek delivered certain goods to the Debtors for which VisionTek has not received payment. As of the date hereof, the Debtors owed VisionTek $1,176,397.26 in connection with their receipt of such goods.

CHI:2323097.2

2. On January 19, 2009, VisionTek timely filed proof of claim number 1700 in the amount of $1,176,397.26 as a general unsecured claim (the "Claim") seeking payment of numerous unpaid invoices. A copy of the Claim which includes a spreadsheet of all the unpaid invoices (the "Invoices") is attached hereto as **Exhibit A**.

3. On September 22, 2009, the Debtors filed the Objection on the ground that the Claim is overstated based on the Debtors' books and records.

## ARGUMENT

4. The Objection should be overruled because (i) the Claim includes specific information in support of the Claim including a list of all of the Invoices, the dates of the Invoices and the amounts of the Invoices; (ii) it is clear from the face of the Claim that $1,176,397.26 in goods were delivered to the Debtors; and (iii) the Objection fails to state any reason why the Claim is overstated other than to conclude it contradicts the Debtors' books and records.

**A.  The Claim Includes Sufficient Information to Allow the Claim in Full**

5. The Claim is *prima facie* evidence of the validity and amount of VisionTek's claim against the Debtors. *See Stancill v. Harford Sands Inc. (In re Harford Sands Inc.)*, 372 F.3d 637, 640 (4th Cir. 2004). It includes more than enough information to ascertain the basis and amount of the claim. Moreover, it includes evidence of the amount owed including the dates, amounts and numbers of each Invoice on which the Claim is based. VisionTek is willing to provide copies of the Invoices to the Debtors upon their request.

**B.  The Conclusory Nature of the Objection Requires that it Be Overruled**

6. To rebut the presumptive validity of the Claim, the Debtors are required to offer evidence of equally probative value. *See In re Fitzgerald*, No. 08-60013-LYN, 2008 WL

2

5412906 *2 (Bankr. W.D. Va. Oct. 10, 2008) ("a proof of claim is presumed to be prima facie valid ... the presumption may be overcome by the objecting party only if it offers evidence of equally probative value in rebuttal."). The Debtors fail to offer any evidence to rebut the validity of the Claim. In addition, the Debtors concede that they have performed little, if any, investigation of the merits of the Claim. *See* Objection at 7 ("the Debtors have not completed their review of the validity of all claims filed against their estates, including the Claims"). Accordingly, the Objection should be overruled.

## RESERVATION OF RIGHTS

7.     VisionTek reserves all of its rights under the Bankruptcy Code and applicable nonbankruptcy law. In addition, VisionTek reserves the right to amend or supplement this Response or to file a memorandum of law in support hereof. Moreover, VisionTek reserves the right to file a sur-reply to any reply filed that raises more specific arguments in connection with the Objection.

## CONCLUSION

WHEREFORE, VisionTek respectfully requests that the Court (i) enter an order overruling the Objection and allowing the Claim in full; and (ii) grant VisionTek such other and further relief as the Court deems just.

| | |
|---|---|
| Dated: October 27, 2009<br>Chicago, Illinois | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>By: *Mindy Cohn* (signature)<br><br>Matthew J. Botica<br>Mindy D. Cohn<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>mbotica@winston.com<br>mcohn@winston.com<br><br>*Counsel for VisionTek Products, LLC* |

4

CHI:2323097.2

# EXHIBIT A

## Proof of Claim

Case 08-35653-KRH    Doc 5381    Filed 10/27/09    Entered 10/27/09 16:21:14    Desc Main
                              Document      Page 5 of 13

CHI:2323097.2

...............................................ed and Disputed on Schedule F as a General Unsecured claim in the amount of $571,146.61. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only **one** box below:)

☒ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)
☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)
☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
VISIONTEK  PRODUCTS, LLC

**Name and address where notices should be sent:**
NameID: 4991172        PackID: 437948

VISIONTEK Products, LLC
TINA ANDREWS
1610 COLONIAL PARKWAY
IVERNESS IL 60067

Telephone number: 224-836-3948

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $1,176,397.26

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Non Payment For Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 8963

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

Date:

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.



FOR COURT USE ONLY
RECEIVED
JAN 19 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10174112

COPY



0835653081216074117177749

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # | | Balance | |
|---|---|---|---|---|---|---|---|
| 1008963 | Circuit City | 08/09/07 | 3017809 | | IN | $525.00 | |
| 1008963 | Circuit City | 12/27/07 | 3023699 | | IN | $1,260.00 | |
| 1008963 | Circuit City | 01/18/08 | 3024564 | | IN | $3,150.00 | |
| 1008963 | Circuit City | 01/18/08 | 3024565 | | IN | $1,050.00 | |
| 1008963 | Circuit City | 01/18/08 | 3024566 | | IN | $420.00 | |
| 1008963 | Circuit City | 01/24/08 | 3024744 | | IN | $840.00 | |
| 1008963 | Circuit City | 01/31/08 | 3025085 | | IN | $6,825.00 | |
| 1008963 | Circuit City | 01/31/08 | 3025088 | | IN | $4,725.00 | |
| 1008963 | Circuit City | 02/07/08 | 3025279 | | IN | $2,625.00 | |
| 1008963 | Circuit City | 02/07/08 | 3025280 | | IN | $280.00 | |
| 1008963 | Circuit City | 02/14/08 | 3025628 | | IN | $7,000.00 | |
| 1008963 | Circuit City | 02/14/08 | 3025629 | | IN | $12,600.00 | |
| 1008963 | Circuit City | 02/21/08 | 3025919 | | IN | $12,250.00 | |
| 1008963 | Circuit City | 03/19/08 | 3026907 | | IN | $2,625.00 | |
| 1008963 | Circuit City | 04/03/08 | 3028712 | | IN | $15,260.00 | |
| 1008963 | Circuit City | 04/10/08 | 3029003 | | IN | $7,740.00 | |
| 1008963 | Circuit City | 04/10/08 | 3029005 | | IN | $12,610.00 | |
| 1008963 | Circuit City | 04/10/08 | 3029007 | | IN | $7,170.00 | |
| 1008963 | Circuit City | 04/24/08 | 3030110 | | IN | $6,310.00 | |
| 1008963 | Circuit City | 04/24/08 | 3030111 | | IN | $2,195.00 | |
| 1008963 | Circuit City | 05/01/08 | 3030485 | | IN | $6,410.00 | |
| 1008963 | Circuit City | 05/01/08 | 3030487 | | IN | $2,830.00 | |
| 1008963 | Circuit City | 05/06/08 | 3030601 | | IN | $2,800.00 | |
| 1008963 | Circuit City | 05/06/08 | 3030627 | | IN | $12,885.00 | |
| 1008963 | Circuit City | 05/22/08 | 3031234 | | IN | $7,380.00 | |
| 1008963 | Circuit City | 05/29/08 | 3031419 | | IN | $1,950.00 | |
| 1008963 | Circuit City | 06/05/08 | 3031623 | | IN | $15,605.00 | |
| 1008963 | Circuit City | 06/05/08 | 3031627 | | IN | $1,950.00 | |
| 1008963 | Circuit City | 06/26/08 | 3033466 | | IN | $16,236.00 | |
| 1008963 | Circuit City | 07/02/08 | 3033745 | | IN | $6,890.00 | |
| 1008963 | Circuit City | 07/02/08 | 3033746 | | IN | $8,480.00 | |
| 1008963 | Circuit City | 07/16/08 | 3034801 | | IN | $17,250.00 | |
| 1008963 | Circuit City | 07/31/08 | 3035978 | | IN | $16,335.00 | |
| 1008963 | Circuit City | 08/06/08 | 3036510 | | IN | $39,346.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036780 | | IN | $14,450.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036781 | | IN | $18,700.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036782 | | IN | $26,350.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036783 | | IN | $18,750.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036791 | | IN | $7,500.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036793 | | IN | $15,000.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036795 | | IN | $19,500.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036798 | | IN | $11,250.00 | |
| 1008963 | Circuit City | 08/07/08 | 3036809 | | IN | $8,250.00 | |
| 1008963 | Circuit City | 08/15/08 | 3037304 | | IN | $22,500.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037394 | | IN | $32,035.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037395 | | IN | $48,360.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037396 | | IN | $26,220.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037407 | | IN | $21,245.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037429 | | IN | $41,265.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037433 | | IN | $42,500.00 | |
| 1008963 | Circuit City | 08/19/08 | 3037436 | | IN | $88,074.00 | |
| 1008963 | Circuit City | 08/21/08 | 3037495 | | IN | $7,530.00 | |

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # | | Balance | |
|---|---|---|---|---|---|---|---|
| 1008963 | Circuit City | 08/21/08 | 3037496 | | IN | $21,540.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037946 | | IN | $12,450.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037947 | | IN | $15,930.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037948 | | IN | $25,500.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037949 | | IN | $41,650.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037950 | | IN | $6,006.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037952 | | IN | $5,460.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037953 | | IN | $9,780.00 | |
| 1008963 | Circuit City | 08/29/08 | 3037966 | | IN | $17,910.00 | |
| 1008963 | Circuit City | 09/02/08 | 3038012 | | IN | $11,934.00 | |
| 1008963 | Circuit City | 09/02/08 | 3038013 | | IN | $7,020.00 | |
| 1008963 | Circuit City | 09/02/08 | 3038014 | | IN | $4,680.00 | |
| 1008963 | Circuit City | 09/02/08 | 3038015 | | IN | $1,326.00 | |
| 1008963 | Circuit City | 09/04/08 | 3038152 | | IN | $9,916.00 | |
| 1008963 | Circuit City | 09/04/08 | 3038155 | | IN | $10,475.00 | |
| 1008963 | Circuit City | 09/04/08 | 3038162 | | IN | $19,364.00 | |
| 1008963 | Circuit City | 09/04/08 | 3038163 | | IN | $6,030.00 | |
| 1008963 | Circuit City | 09/04/08 | 3038164 | | IN | $2,680.00 | |
| 1008963 | Circuit City | 09/25/08 | 3039302 | | IN | $1,980.00 | |
| 1008963 | Circuit City | 09/25/08 | 3039303 | | IN | $9,060.00 | |
| 1008963 | Circuit City | 09/25/08 | 3039304 | | IN | $6,200.00 | |
| 1008963 | Circuit City | 09/25/08 | 3039305 | | IN | $3,580.00 | |
| 1008963 | Circuit City | 09/25/08 | 3039306 | | IN | $1,965.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039714 | | IN | $2,565.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039715 | | IN | $4,950.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039716 | | IN | $1,005.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039717 | | IN | $2,955.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039718 | | IN | $7,350.00 | |
| 1008963 | Circuit City | 10/02/08 | 3039719 | | IN | $3,630.00 | |
| | | | | | | | $1,008,177.00 |
| 1008963 | Circuit City | 09/26/07 | V606604 | V606604 | CM | $57,632.82 | |
| 1008963 | Circuit City | 11/27/07 | V606800 | V606800 | CM | $23,340.00 | |
| 1008963 | Circuit City | 11/27/07 | V607428 | V607428 | CM | $137.00 | |
| 1008963 | Circuit City | 10/10/07 | V607441 | V607441 | CM | $48.00 | |
| 1008963 | Circuit City | 10/10/07 | V607474 | V607474 | CM | $513.50 | |
| 1008963 | Circuit City | 11/08/07 | V607543 | V607543 | CM | $189.00 | |
| 1008963 | Circuit City | 11/08/07 | V607568 | V607568 | CM | $427.00 | |
| 1008963 | Circuit City | 11/08/07 | V607581 | V607581 | CM | $365.00 | |
| 1008963 | Circuit City | 11/27/07 | V607610 | V607610 | CM | $195.00 | |
| 1008963 | Circuit City | 11/27/07 | V607635 | V607635 | CM | $581.00 | |
| 1008963 | Circuit City | 11/27/07 | V607636 | V607636 | CM | $629.00 | |
| 1008963 | Circuit City | 11/29/07 | V607651 | V607651 | CM | $1,109.00 | |
| 1008963 | Circuit City | 11/27/07 | V607703 | V607703 | CM | $267.00 | |
| 1008963 | Circuit City | 11/27/07 | V607726 | V607726 | CM | $147.00 | |
| 1008963 | Circuit City | 10/25/07 | V607805 | V607805 | RMA | $851.00 | |
| 1008963 | Circuit City | 11/27/07 | V607806 | V607806 | CM | $183.00 | |
| 1008963 | Circuit City | 11/27/07 | V607810 | V607810 | CM | $112.00 | |
| 1008963 | Circuit City | 12/27/07 | V607822 | V607822 | CM | $122.00 | |
| 1008963 | Circuit City | 11/29/07 | V607916 | V607916 | CM | $549.00 | |
| 1008963 | Circuit City | 11/29/07 | V607962 | V607962 | CM | $280.00 | |
| 1008963 | Circuit City | 11/27/07 | V607988 | V607988 | CM | $112.00 | |
| 1008963 | Circuit City | 11/27/07 | V607989 | V607989 | CM | $13.00 | |

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # |  | Balance |  |
|---|---|---|---|---|---|---|---|
| 1008963 | Circuit City | 11/27/07 | V607990 | V607990 | CM | $110.00 |  |
| 1008963 | Circuit City | 11/27/07 | V608005 | V608005 | CM | $564.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608026 | V608026 | CM | $855.00 |  |
| 1008963 | Circuit City | 11/29/07 | V608027 | V608027 | CM | $125.00 |  |
| 1008963 | Circuit City | 11/29/07 | V608077 | V608077 | CM | $279.94 |  |
| 1008963 | Circuit City | 12/17/07 | V608087 | V608087 | RMA | $4,451.94 |  |
| 1008963 | Circuit City | 12/29/07 | V608171 | V608171 | CM | $146.00 |  |
| 1008963 | Circuit City | 12/17/07 | V608177 | V608177 | RMA | $237.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608194 | V608194 | CM | $178.93 |  |
| 1008963 | Circuit City | 12/29/07 | V608251 | V608251 | CM | $398.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608252 | V608252 | CM | $589.00 |  |
| 1008963 | Circuit City | 12/28/07 | V608262 | V608262 | CM | $249.00 |  |
| 1008963 | Circuit City | 12/29/07 | V608370 | V608370 | CM | $288.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608409 | V608409 | CM | $463.00 |  |
| 1008963 | Circuit City | 01/29/08 | V608505 | V608505 | CM | $286.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608522 | V608522 | CM | $266.00 |  |
| 1008963 | Circuit City | 01/11/08 | V608535 | V608535 | CM | $375.00 |  |
| 1008963 | Circuit City | 01/30/08 | V608602 | V608602 | CM | $301.00 |  |
| 1008963 | Circuit City | 01/30/08 | V608604 | V608604 | CM | $70.00 |  |
| 1008963 | Circuit City | 01/29/08 | V608782 | V608782 | CM | $161.00 |  |
| 1008963 | Circuit City | 01/30/08 | V608844 | V608844 | CM | $48.00 |  |
| 1008963 | Circuit City | 01/30/08 | V608845 | V608845 | CM | $595.00 |  |
| 1008963 | Circuit City | 02/20/08 | V608935 | V608935 | CM | $126.00 |  |
| 1008963 | Circuit City | 02/20/08 | V608989 | V608989 | CM | $518.00 |  |
| 1008963 | Circuit City | 02/20/08 | V609018 | V609018 | CM | $140.00 |  |
| 1008963 | Circuit City | 05/28/08 | V609051 | V609051 | CM | $282.00 |  |
| 1008963 | Circuit City | 02/20/08 | V609070 | V609069 | CM | $666.00 |  |
| 1008963 | Circuit City | 02/20/08 | V609226 | V609226 | CM | $337.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609278 | V609278 | CM | $80.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609306 | V609306 | CM | $392.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609324 | V609324 | CM | $518.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609354 | V609354 | CM | $181.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609379 | V609379 | CM | $338.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609407 | V609407 | CM | $6,568.88 |  |
| 1008963 | Circuit City | 02/27/08 | V609423 | V609423 | CM | $678.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609435 | V609435 | CM | $830.00 |  |
| 1008963 | Circuit City | 02/27/08 | V609447 | V609447 | CM | $436.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609448 | V609448 | CM | $226.00 |  |
| 1008963 | Circuit City | 03/21/08 | V609462 | V609462 | CM | $114.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609516 | V609516 | CM | $156.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609543 | V609543 | CM | $147.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609568 | V609568 | CM | $368.00 |  |
| 1008963 | Circuit City | 03/14/08 | V609583 | V609583 | CM | $207.00 |  |
| 1008963 | Circuit City | 03/21/08 | V609641 | V609641 | CM | $164.00 |  |
| 1008963 | Circuit City | 04/15/08 | V609645 | V609645 | CM | $604.00 |  |
| 1008963 | Circuit City | 03/27/08 | V609658 | V609658 | CM | $278.00 |  |
| 1008963 | Circuit City | 03/27/08 | V609663 | V609663 | CM | $126.00 |  |
| 1008963 | Circuit City | 03/21/08 | V609664 | V609664 | CM | $114.00 |  |
| 1008963 | Circuit City | 03/21/08 | V609669 | V609669 | CM | $139.00 |  |
| 1008963 | Circuit City | 03/21/08 | V609671 | V609671 | CM | $370.00 |  |
| 1008963 | Circuit City | 04/15/08 | V609687 | V609687 | CM | $42.00 |  |
| 1008963 | Circuit City | 04/23/08 | V609911 | V609911 | CM | $460.00 |  |

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # | | Balance | |
|---|---|---|---|---|---|---|---|
| 1008963 | Circuit City | 04/23/08 | V609912 | V609912 | CM | $496.00 | |
| 1008963 | Circuit City | 04/15/08 | V609945 | V609945 | CM | $84.00 | |
| 1008963 | Circuit City | 05/13/08 | V610052 | V610052 | CM | $395.00 | |
| 1008963 | Circuit City | 04/23/08 | V610076 | V610076 | CM | $546.00 | |
| 1008963 | Circuit City | 04/25/08 | V610155 | V610155 | CM | ($4,329.00) | |
| 1008963 | Circuit City | 05/13/08 | V610160 | V610160 | CM | ($8,684.00) | |
| 1008963 | Circuit City | 04/23/08 | V610161 | V610161 | CM | $681.00 | |
| 1008963 | Circuit City | 04/23/08 | V610297 | V610297 | CM | ($3,780.00) | |
| 1008963 | Circuit City | 05/13/08 | V610305 | V610305 | CM | $476.00 | |
| 1008963 | Circuit City | 04/23/08 | V610306 | V610306 | CM | ($3,654.00) | |
| 1008963 | Circuit City | 05/13/08 | V610334 | V610334 | CM | $1,315.00 | |
| 1008963 | Circuit City | 04/25/08 | V610422 | V610422 | CM | ($5,638.00) | |
| 1008963 | Circuit City | 05/13/08 | V610468 | V610468 | CM | $730.00 | |
| 1008963 | Circuit City | 05/13/08 | V610524 | V610524 | CM | ($5,999.00) | |
| 1008963 | Circuit City | 05/28/08 | V610564 | V610564 | CM | ($8,391.00) | |
| 1008963 | Circuit City | 05/28/08 | V610567 | V610567 | CM | $973.00 | |
| 1008963 | Circuit City | 05/13/08 | V610688 | V610688 | CM | ($7,505.00) | |
| 1008963 | Circuit City | 05/28/08 | V610724 | V610724 | CM | $832.00 | |
| 1008963 | Circuit City | 05/28/08 | V610760 | V610760 | CM | $5,933.00 | |
| 1008963 | Circuit City | 05/13/08 | V610787 | V610787 | CM | ($6,723.00) | |
| 1008963 | Circuit City | 05/13/08 | V610788 | V610788 | CM | ($6,727.00) | |
| 1008963 | Circuit City | 05/28/08 | V610821 | V610821 | CM | ($9,262.00) | |
| 1008963 | Circuit City | 05/28/08 | V610873 | V610873 | CM | ($2,505.00) | |
| 1008963 | Circuit City | 05/28/08 | V610880 | V610880 | CM | ($2,401.00) | |
| 1008963 | Circuit City | 05/28/08 | V610907 | V610907 | CM | ($6,009.00) | |
| 1008963 | Circuit City | 06/17/08 | V610929 | V610929 | CM | ($8,320.00) | |
| 1008963 | Circuit City | 05/28/08 | V610944 | V610944 | CM | ($2,027.00) | |
| 1008963 | Circuit City | 11/14/08 | V611007 | V611007 | CM | ($116,284.00) | |
| 1008963 | Circuit City | 06/17/08 | V611011 | V611011 | CM | ($5,745.00) | |
| 1008963 | Circuit City | 06/17/08 | V611027 | V611027 | CM | $1,022.00 | |
| 1008963 | Circuit City | 06/17/08 | V611032 | V611032 | CM | ($2,102.00) | |
| 1008963 | Circuit City | 06/17/08 | V611034 | V611034 | CM | ($3,660.00) | |
| 1008963 | Circuit City | 06/17/08 | V611123 | V611123 | CM | $12,086.00 | |
| 1008963 | Circuit City | 06/17/08 | V611134 | V611134 | CM | ($2,659.00) | |
| 1008963 | Circuit City | 06/17/08 | V611135 | V611135 | CM | ($6,229.00) | |
| 1008963 | Circuit City | 06/17/08 | V611162 | V611162 | CM | ($1,722.00) | |
| 1008963 | Circuit City | 05/28/08 | V611173 | V611173 | CM | ($126.00) | |
| 1008963 | Circuit City | 06/17/08 | V611202 | V611202 | CM | ($3,314.00) | |
| 1008963 | Circuit City | 06/17/08 | V611244 | V611244 | CM | ($1,351.00) | |
| 1008963 | Circuit City | 07/29/08 | V611315 | V611315 | CM | ($4,246.00) | |
| 1008963 | Circuit City | 06/25/08 | V611356 | V611356 | CM | ($1,380.00) | |
| 1008963 | Circuit City | 07/09/08 | V611366 | V611366 | CM | ($2,103.00) | |
| 1008963 | Circuit City | 07/29/08 | V611425 | V611425 | CM | ($3,529.00) | |
| 1008963 | Circuit City | 07/09/08 | V611438 | V611438 | CM | $543.00 | |
| 1008963 | Circuit City | 07/09/08 | V611439 | V611439 | CM | ($1,205.00) | |
| 1008963 | Circuit City | 06/25/08 | V611453 | V611453 | CM | $360.00 | |
| 1008963 | Circuit City | 07/09/08 | V611515 | V611515 | CM | ($4,965.00) | |
| 1008963 | Circuit City | 09/17/08 | V611518 | V611518 | CM | $28,791.00 | |
| 1008963 | Circuit City | 07/29/08 | V611519 | V611519 | CM | ($7,180.00) | |
| 1008963 | Circuit City | 07/29/08 | V611520 | V611520 | CM | ($5,352.00) | |
| 1008963 | Circuit City | 07/29/08 | V611652 | V611652 | CM | ($2,676.00) | |
| 1008963 | Circuit City | 07/29/08 | V611687 | V611687 | CM | ($2,413.00) | |

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # |  | Balance |  |
|---|---|---|---|---|---|---|---|
| 1008963 | Circuit City | 07/29/08 | V611736 | V611736 | CM | ($8,264.00) |  |
| 1008963 | Circuit City | 08/12/08 | V611821 | V611821 | CM | ($4,818.00) |  |
| 1008963 | Circuit City | 07/29/08 | V611822 | V611822 | CM | ($5,033.00) |  |
| 1008963 | Circuit City | 08/12/08 | V611843 | V611843 | CM | ($2,836.00) |  |
| 1008963 | Circuit City | 07/29/08 | V611843 | V611844 | CM | ($7,222.00) |  |
| 1008963 | Circuit City | 07/29/08 | V611973 | V611973 | CM | ($3,976.00) |  |
| 1008963 | Circuit City | 08/18/08 | V612011 | V612011 | CM | ($5,705.00) |  |
| 1008963 | Circuit City | 08/12/08 | V612035 | V612035 | CM | ($3,757.00) |  |
| 1008963 | Circuit City | 08/18/08 | V612082 | V612082 | CM | ($2,255.00) |  |
| 1008963 | Circuit City | 08/18/08 | V612179 | V612179 | CM | $21.00 |  |
| 1008963 | Circuit City | 08/28/08 | V612276 | V612276 | CM | ($2,037.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612469 | V612469 | CM | ($5,143.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612470 | V612470 | CM | $21.00 |  |
| 1008963 | Circuit City | 08/28/08 | V612476 | V612476 | CM | ($6,526.00) |  |
| 1008963 | Circuit City | 10/07/08 | 3040056 | V612542 | CM | $252.00 |  |
| 1008963 | Circuit City | 09/09/08 | V612543 | V612543 | CM | ($2,649.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612616 | V612616 | CM | ($3,701.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612655 | V612655 | CM | ($4,046.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612776 | V612776 | CM | $21.00 |  |
| 1008963 | Circuit City | 10/07/08 | 3040071 | V612779 | CM | ($2,724.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612786 | V612786 | CM | ($8,157.00) |  |
| 1008963 | Circuit City | 09/09/08 | V612831 | V612831 | CM | ($4,181.00) |  |
| 1008963 | Circuit City | 10/07/08 | 3040072 | V612832 | CM | ($3,817.00) | C |
| 1008963 | Circuit City | 09/17/08 | V612834 | V612834 | CM | ($2,214.00) |  |
| 1008963 | Circuit City | 10/07/08 | 3040093 | V613131 | CM | ($1,936.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613244 | V613244 | CM | ($2,314.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613261 | V613261 | CM | ($6,849.00) |  |
| 1008963 | Circuit City | 10/07/08 | 3040130 | V613309 | CM | ($2,966.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613333 | V613333 | CM | ($5,751.00) |  |
| 1008963 | Circuit City | 10/07/08 | 3040140 | V613379 | CM | ($7,671.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613424 | V613424 | CM | ($2,424.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613475 | V613475 | CM | $298.00 |  |
| 1008963 | Circuit City | 10/17/08 | V613523 | V613523 | CM | ($3,185.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613572 | V613572 | CM | ($1,409.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613573 | V613573 | CM | ($3,862.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613574 | V613574 | CM | ($15,297.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613603 | V613603 | CM | ($3,922.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613664 | V613664 | CM | ($6,357.00) |  |
| 1008963 | Circuit City | 10/17/08 | V613665 | V613665 | CM | ($11,024.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613666 | V613666 | CM | ($4,783.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613693 | V613693 | CM | ($4,898.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613706 | V613706 | CM | ($4,717.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613716 | V613716 | CM | ($9,686.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613738 | V613738 | CM | ($4,179.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613744 | V613744 | CM | ($1,823.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613749 | V613749 | CM | ($5,187.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613759 | V613759 | CM | ($5,043.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613777 | V613777 | CM | ($5,601.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613789 | V613789 | CM | ($3,032.00) |  |
| 1008963 | Circuit City | 11/14/08 | V613790 | V613790 | CM | ($1,317.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613839 | V613839 | CM | ($2,214.00) |  |
| 1008963 | Circuit City | 12/08/08 | V613934 | V613934 | CM | ($4,812.00) |  |

| Customer Number | Customer Name | Invoice Date | Invoice Number | RMA # | | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | | ($321,193.99) |
| 1008963 | Circuit City | 01/01/08 | VP 0108 | | DM | $1,724.86 | |
| 1008963 | Circuit City | 01/01/08 | VP 1007 | | DM | $273.00 | |
| 1008963 | Circuit City | 01/01/08 | VP 1107 | | DM | $232.00 | |
| 1008963 | Circuit City | 02/21/08 | AV073030 | | DM | $10,542.00 | |
| 1008963 | Circuit City | 02/21/08 | AV074093 | | DM | $46,675.00 | |
| 1008963 | Circuit City | 03/25/08 | AV075640 | | DM | $4,233.60 | |
| 1008963 | Circuit City | 03/25/08 | AV075642 | | DM | $15,000.00 | |
| 1008963 | Circuit City | 03/31/08 | AV076475 | | DM | $5,526.00 | |
| 1008963 | Circuit City | 04/28/08 | AV073095 | | DM | $1,848.00 | |
| 1008963 | Circuit City | 04/28/08 | AV074735 | | DM | $5,490.00 | |
| 1008963 | Circuit City | 05/01/08 | VP 0508 | | DM | $1,270.30 | |
| 1008963 | Circuit City | 06/01/08 | VP 0608 | | DM | $1,820.50 | |
| 1008963 | Circuit City | 06/20/08 | AV076476 | | DM | $12,712.80 | |
| 1008963 | Circuit City | 06/20/08 | AV076477 | | DM | $15,000.00 | |
| 1008963 | Circuit City | 06/20/08 | AV076478 | | DM | $15,000.00 | |
| 1008963 | Circuit City | 06/20/08 | AV076479 | | DM | $6,294.00 | |
| 1008963 | Circuit City | 06/30/08 | AV079191 | | DM | $2,984.40 | |
| 1008963 | Circuit City | 06/30/08 | AV079193 | | DM | $3,996.00 | |
| 1008963 | Circuit City | 06/30/08 | AV079198 | | DM | $2,385.00 | |
| 1008963 | Circuit City | 09/03/08 | AV081589 | | DM | $9,310.00 | |
| 1008963 | Circuit City | 09/03/08 | AV081593 | | DM | $2,410.00 | |
| 1008963 | Circuit City | 09/03/08 | AV081595 | | DM | $5,923.00 | |
| 1008963 | Circuit City | 09/03/08 | AV081596 | | DM | $8,255.00 | |
| 1008963 | Circuit City | 09/03/08 | AV081598 | | DM | $2,552.21 | |
| 1008963 | Circuit City | 09/09/08 | AV081651 | | DM | $5,516.00 | |
| 1008963 | Circuit City | 09/10/08 | AV081653 | | DM | $1,190.00 | |
| 1008963 | Circuit City | 10/08/08 | AV082450 | | DM | $12,456.54 | |
| 1008963 | Circuit City | 10/08/08 | AV082451 | | DM | $1,250.23 | |
| 1008963 | Circuit City | 10/10/08 | AV079192 | | DM | $10,608.00 | |
| 1008963 | Circuit City | 10/10/08 | AV079194 | | DM | $395.00 | |
| 1008963 | Circuit City | 10/10/08 | AV079195 | | DM | $800.51 | |
| 1008963 | Circuit City | 10/10/08 | AV079196 | | DM | $80,080.00 | |
| 1008963 | Circuit City | 10/10/08 | AV079197 | | DM | $10,792.00 | |
| 1008963 | Circuit City | 10/10/08 | AV079199 | | DM | $560.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081586 | | DM | $76,965.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081587 | | DM | $24,955.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081588 | | DM | $10,000.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081590 | | DM | $9,550.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081591 | | DM | $820.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081592 | | DM | $10,000.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081594 | | DM | $10,000.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081597 | | DM | $10,000.00 | |
| 1008963 | Circuit City | 10/10/08 | AV081652 | | DM | $10,000.00 | |
| 1008963 | Circuit City | 10/10/08 | VP 0208 | | DM | $849.00 | |
| 1008963 | Circuit City | 10/10/08 | VP 0408 | | DM | $2,995.30 | |
| 1008963 | Circuit City | 10/23/08 | AV082964 | | DM | $8,174.00 | |
| 1008963 | Circuit City | 10/23/08 | AV082965 | | DM | $10,000.00 | $489,414.25 |
| | | | | | | | |
| | | | | | | $1,176,397.26 | |

# WINSTON & STRAWN LLP

35 West Wacker Drive, Chicago, Illinois 60601-9703
P: (312) 558-5600    F: (312) 558-5700

Electronic
Letterhead

CHARLOTTE • CHICAGO • GENEVA • HONG KONG • LONDON • LOS ANGELES • MOSCOW • NEW YORK • NEWARK • PARIS • SAN FRANCISCO • WASHINGTON, D.C.

WRITER'S DIRECT DIAL
(312)558-6350
pstepan@winston.com

October 26, 2009

**BY FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
Attn. Suzanne French
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:    Circuit City Stores, Inc., Case No. 08-35653
       **VisionTek Products, LLC's Response in Opposition to Debtors'
       Objection to Certain General Unsecured Claims for Voting Purposes
       Only**

Dear Suzanne:

Pursuant to our telephone conference, enclosed please find an original and (1) copy of VisionTek Products, LLC's Response in Opposition to Debtors' Objection to Certain General Unsecured Claims for Voting Purposes Only for filing on **Tuesday, October 27, 2009** in the above-referenced bankruptcy case.

We would appreciate you filing the enclosed Response and returning a file-stamped copy to the undersigned in the self-addressed federal express envelope enclosed.

In addition as discussed, I would appreciate if you would call me at (312)558-6350 to confirm that you have received our Response and that it has been filed.

If you have any questions or need any additional information, please do not hesitate to contact me.

Thank you in advance for all your assistance with this matter.

Sincerely,

Paige D. Stepan
Senior Paralegal

cc:  Mindy D. Cohn