**Actiontec Electronics, Inc.**
760 North Mary Avenue • Sunnyvale • CA • 94085 • Phone (408) 752-7700 • Fax (408) 541-9003 • www.actiontec.com

Date: October 21, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Courtroom 4000
Richmond, Virginia 23219

OCT 2 7 2009

U.S. BANKRUPTCY COURT

RE:    CIRCUIT CITY STORES, INC., et al.,
       CASE NO. 08-35653 (KRH) JOINTLY ADMINISTERED
       UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF VIRGINIA

Dear Sir or Madam:

We, Actiontec Electronics Inc., are writing you to express to oppose the relief requested in the objection for the total receivables of $8,117.24 against our claim of $18,349.38 which we filed the claim under the section 503(b)(9) of 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for the value of any goods sold in the ordinary course of business and received by the debtors within 20 days before Nov 10, 2008 (the "Petition Date") (i.e., between Oct 21, 2008 and Nov 9, 2008).

As you can see the attached statement of Circuit City account, we cannot justify the total receivables (chargebacks, returns, and other amount) for $8,117.24, and they are not related to our 503(b)(9) claim . The receivables, which is $7,058.69 as shown on the Circuit City statement as a total credit, should be considered against to the transactions before Oct 21, 2008 since there are a lot of another unpaid invoices during the course of business, and they should not be offset against our claim. Therefore, we believe it is not logic and fair when you setoff the receivables against our 503(b)(9) claim for $18,349.38, and we would like to request the Bankruptcy Court should overrule the Objection as to our claim.

Sincerely,

*Irene Chen*
Irene Chen, Controller.

**Solutions for the Digital Life™**

```
14:56:03                              ACTIONTEC ELECTRONICS, INC.                                  PAGE:         1
FUNCTION: ARTB                       A/R AGED TRIAL BALANCE BY DUE DATE                           DATE: 10/21/2009
                    FROM: CI007  THRU: CI007  AS OF: 102109  SORTED: CUSTOMER CLASS      1
==================================================================================================================
                              CUSTOMER GROUP: CUSTOMER CLASS       1 = S
==================================================================================================================

CUS ID  CUSTOMER NAME                    CYCLE  CUSTOMER TYPE   ACCT CONTACT          PHONE           CREDIT LIMIT
------  -----------------------------    -----  --------------  -------------------  --------------   ---------------
CI007   CIRCUIT CITY STORES, INC.          1    OPEN ITEM                                                500,000.00

INV NO TYP INV DATE    CURRENT       1-30          31-60        61-90         OVER 90      ON HOLD    UNAP CASH*     TOTAL A/R
------ --- --------    -----------   -----------   -----------  -----------   -----------  ---------  ------------   ------------
R31458  R   022508                                                              460.81-                                460.81-
CB1742  I   061008                                                               65.83                                  65.83
CB1748  I   062308                                                               66.11                                  66.11
CB1754  I   070708                                                               53.19                                  53.19
R32032  R   072508                                                                0.28-                                  0.28-
CB1785  I   082508                                                               53.20                                  53.20
CB1791  I   090508                                                               53.19                                  53.19
CB1829  I   102708                                                              131.66                                 131.66
115737  I   091508                                                            8,426.24                               8,426.24
115738  I   091508                                                            2,653.46                               2,653.46
CB1834  I   103008                                                               21.50                                  21.50
115765  I   091708                                                            4,571.22                               4,571.22
115766  I   091708                                                            3,696.22                               3,696.22
115796  I   091908                                                            6,846.32                               6,846.32
115826  I   092308                                                            2,653.46                               2,653.46
115827  I   092308                                                            3,498.46                               3,498.46
115830  I   092408                                                            4,042.34                               4,042.34
115846  I   092508                                                            1,058.54                               1,058.54
115851  I   092608                                                            7,372.96                               7,372.96
R32458  R   111308                                                            1,162.56-                              1,162.56-
115880  I   093008                                                            2,127.60                               2,127.60
115881  I   093008                                                            3,167.34                               3,167.34
115882  I   093008                                                            2,653.46                               2,653.46
115916  I   100308                                                            4,761.30                               4,761.30
115917  I   100308                                                            8,952.88                               8,952.88
R32479  R   111708                                                            1,162.82-                              1,162.82-
115940  I   100608                                                            1,053.28                               1,053.28
115941  I   100608                                                            5,299.42                               5,299.42
R32492  R   112008                                                              497.58-                                497.58-
115957  I   100808                                                            4,761.48                               4,761.48
115958  I   100808                                                            5,273.90                               5,273.90
115971  I   100908                                                            7,348.60                               7,348.60
115972  I   100908                                                            7,348.60                               7,348.60
115973  I   100908                                                            5,249.00                               5,249.00
115974  I   100908                                                            2,624.50                               2,624.50
115975  I   100908                                                            3,674.30                               3,674.30
115976  I   100908                                                            4,724.10                               4,724.10
115983  I   101008                                                            1,582.16                               1,582.16
R32505  R   112608                                                            2,106.56-                              2,106.56-
R32506  R   112608                                                            1,307.68-                              1,307.68-
116015  I   101408                                                            1,053.28                               1,053.28
116016  I   101408                                                            3,179.32                               3,179.32
116017  I   101408                                                            3,699.24                               3,699.24
```

```
14:56:03                           ACTIONTEC ELECTRONICS, INC.                                    PAGE:         2
FUNCTION: ARTB                     A/R AGED TRIAL BALANCE BY DUE DATE                             DATE: 10/21/2009
                     FROM: CI007  THRU: CI007  AS OF: 102109  SORTED: CUSTOMER CLASS    1
```

| INV NO | TYP | INV DATE | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 | ON HOLD | UNAP CASH* | TOTAL A/R |
|---|---|---|---|---|---|---|---|---|---|---|
| 116037 | I | 101608 | | | | | 14,224.54 | | | 14,224.54 |
| 116078 | I | 102108 | | | | | 2,127.60 | | | 2,127.60 |
| 116079 | I | 102108 | | | | | 1,049.80 | | | 1,049.80 |
| 116082 | I | 102208 | | | | | 5,632.78 | | | 5,632.78 |
| 116083 | I | 102208 | | | | | 2,652.50 | | | 2,652.50 |
| 116106 | I | 102408 | | | | | 1,056.80 | | | 1,056.80 |
| 116223 | I | 103108 | | | | | 531.90 | | | 531.90 |
| 116242 | I | 110308 | | | | | 1,595.70 | | | 1,595.70 |
| 116265 | I | 110508 | | | | | 1,595.70 | | | 1,595.70 |
| 116266 | I | 110508 | | | | | 2,106.60 | | | 2,106.60 |

| | PAYMENT | BANK | DATE | | | | |
|---|---|---|---|---|---|---|---|
| | C1007287 | 10 | 040307 | | | 171.92- | 171.92- |
| | C1013620 | 10 | 073007 | | | 188.48- | 188.48- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER TOTALS | | | | 149,673.29 | | 360.40- | 149,312.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GROUP TOTALS | | | | 149,673.29 | | 360.40- | 149,312.89 |
| PERCENTAGE OF TOTAL | | | | 100.24 | | 0.24- | 100.00 |