October 19, 2009

IN THE UNITED STATES BANKRUPCY COURT FOR HE EASTERN
DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,
ET AL.,

Debtors



Chapter 11

Case No. 08-35653 (KRH)

Rusty Santangelo, $ 481.00

I'm filing due to the store's negligence, which caused the loss of my
camcorder. Issue was not able to be solved due to store's closure.

Documentation previously sent, is once again enclosed.


Rusty Santangelo
P.O. Box 536423
Orlando, FL 32853-6423

407/293-8765

RUSTY SANTANGELO
P.O. BOX 536423
ORLANDO, FL 32853-6423

407-293-8765


Orlando, June 19, 2009

To whom it may concern:  ·

I just do not know how to address this letter.

Is regarding an issue that has been going on with Circuit City, since I first purchased the camcorder, for which I'm attaching documentation.

I'm aware that all submissions should have been in by early this year, but I have been getting the run-around regarding this matter for over two years, and then Circuit City closed it's doors. And me not being very savvy about these kind of procedures, went by what I was being told on how to file this clam, and constantly misled.

Finally the people from the program "Assurance Advantage", the people who handled the extended service for repairs, gave me your information, and when I contacted you, I was promptly helped by one of your associates, Ms. Keila Carrasco.

As you'll be able to see in the documents enclosed, the camera went for service several times, and kept coming back un-repaired, to the extreme that the last time I took it to the store, on January 2008, the unit was not packaged properly, and damaged in transit. Something you'll be able to hear if you play the CD, which has the message left by "Sue", at the service center in Georgia. This lady, took care of the matters personally, and was as frustrated as me, regarding this issue, due to all the times, the camera went back for service.

All of the store's managers, denied any fault to this issue, I just kept calling back hoping to get the matter resolved, and to cover their backs, they made false statements to the police, stating that I was making harassing phone calls (letter from the police department enclosed).

They asked me for the camcorder's manual, to find a proper replacement, and after calling for over a month, I found out from store manager "Steve", that he "no longer had it".

I wrote them a letter, as instructed by the police department, a total of 4, addressed individually to each manager, and 3 of them got returned as "undeliverable" (as you'll be able to see on a copy of the envelopes). The only one that was not returned, is the one I

sent "certified, and the post office did their best to retrieve the tracking of the delivery (copy enclosed).

I'm also enclosing a copy of the fax of the letter, and it's confirmation.

Among the paperwork, you'll find copies of the repair orders, the camcorder's original receipt, which I placed on lay-away, and finished paying on may 23, 2004.

I hope you can help me on this matter, since my funds are very limited, I work very hard for my money, and have nothing to show for, due to the cowardly of the store's personnel.

What I'm trying to do is replace the camera that got damaged, due to the store's negligence.

Before you make any final decision, please contact me, if you need any kind of explanation as of what happened, or any extra documentation. However, I think I have enclosed all the material that I think will back my claim.

I do thank you in advance for your consideration, handling this matter.

Best regards


Rusty Santangelo



UNITED STATES
POSTAL SERVICE

Print Shipping Labels

Print Confirmation

Please print this page for your records and continue on to review and print your Shipment Confirmation Acceptance
Notice (SCAN) Forms.

Transaction #: 143560186
Charged to: MC ************9896
Labels Included: 1
Print Date/Time: 6/23/09 2:46:58 AM CDT

| | | | | |
|---|---|---|---|---|
| 1 of 1 | CIRCUIT CITY STORES. | Ship Date: 06/23/09 | Priority Mail Flat Rate Env | $4.80 |
| | | Weight: 1lbs 0oz | Delivery Confirm. | $0.00 |
| | | | Label Total | $4.80 |

Delivery Confirmation™ Label Number: **0103 8555 7497 8071 9182**

**Domestic Order Total: $4.80**

Thank you for choosing the United States Postal Service.

You have 1 label on 1 SCAN Form. This form expires after the ship date.    View SCAN Form Options

Request a free package pickup from your carrier.    Request a Free Pickup

Print Your Labels

Customs forms and shipping supplies are available from your local Post Office or can be

Save time online -

Refer to your .           for all paid labels printed within the last 6 months.

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

## USPS Shipment Info for 0103 8555 7497 8071 9182

**U.S._Postal_Service_** (U.S._Postal_Service@usps.com)

Wed 6/24/09 4:17 AM

starlightrusty@hotmail.com

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Carrier pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Online Label Record (Label 1 of 1 )

Delivery Confirmation Number:
### 0103 8555 7497 8071 9182

Paid Online

| | | | |
|---|---|---|---|
| Transaction # | 143560186 | Priority Mail® Postage: | **$4.80** |
| Print Date. | 06/23/2009 | Total: | **$4.80** |
| Ship Date | 06/23/2009 | | |
| Weight | 1 lb 0 oz | | |

**From:**  RUSTY SANTANGELO
PO BOX 536423
ORLANDO FL 32853-6423

**To:**  CIRCUIT CITY STORES, INC, ET AL.
KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVE
EL SEGUNDO CA 90245-4808

* Commercial Base Pricing Priority Mail rates apply  There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate  Refunds for unused postage paid labels can be requested online 10 days from the print date

**UNITED STATES POSTAL SERVICE**

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at usps.com*

USPS Shipment Info for 0103 8555 7497 8071 9182

**U.S. Postal Service**  (U.S._Postal_Service@usps.com)
Mon 6/29/09 2:20 PM
starlightrusty@hotmail.com

USPS Shipment Info for 0103 8555 7497 8071 9182

Orlando, March 25, 2007

Shawn:

I'm not sure who to address this letter to, you told me that you were brought to the store
to correct some management issues, however Tim figures as STORE DIRECTOR and
you as his ASSISTANT. Tim stated not to deal with you any longer, however since you
were the last person I talked to, I'm directing this letter to you.

When we spoke the last time, on March, 14, 2007, I said that I would sending a letter
making a request.

Sorry, for the delay, but I have had a very bad schedule, which is something that you're
aware of.

As I have requested several times, through Amber and Krystal, I would like the manual of
the camera to be sent back to me via the USPS.

The manual in question is for a SONY camcorder, model DCR-TRV460, which I
dropped off on January 26, 2007, at the customer service desk, for Steve to review, which
did not get to his hands until 3 weeks later and then, this matter as you might be aware,
was handed down to Dan, then to Tim and then to you.

I entrusted your staff with this manual, which is rightfully mine, and I need it back as
soon as possible.

Please send the manual to:

RUSTY SANTANGELO
P.O. BOX 536423
ORLANDO, FL. 32853-6423

To avoid any further problems, it would be best if you send the item, RETURN RECEIPT
REQUESTED.

Thanks for your attention on this matter.



Rusty Santangelo

TRANSMISSION VERIFICATION REPORT

```
DATE,TIME              03/27  08:24
FAX NO./NAME           4073951015
DURATION               00:00:29
PAGE(S)                04
RESULT                 STANDARD
MODE                   ECM
```

Orlando, March 27, 2008

To whom it may concern:

Bellow, in small print, is a copy of a letter which was mailed yesterday, via the USPS, on March 26, 2008, however the year date on the letter is wrong, it states 2007 when it should have been 2008.

This letter was addressed to "Assistant Store Director-SHAWN", and that letter was certified. And three other letters were individually addressed, via USPS regular mail to "Assistant Store Director-STEVE", "Assistant Store Director-DAN" and to "Store Director-TIM", to CIRCUIT CITY, store #838, located in Orlando Florida

Confirmation receipt of a successful transmission of this FAX (to 407/895-1015), should acknowledge receiving this note at CIRCUIT CITY (store #838), located at 2728 East Colonial Dr., Orlando, FL 32803. Please forward to mentioned parties.

Thank you for your attention on this matter.

Rusty Santangelo

Orlando, March 25, 2007

Shawn

I'm not sure who to address this letter to, you told me that you were brought to the store to correct some management issues, however Tim figures as STORE DIRECTOR and you as the ASSISTANT. I am stated not to deal with you any longer, however since you were the last person I talked to, I'm directing this letter to you.

When we spoke the last time, on March 14, 2007, I said that I would sending a letter making a request.

Sorry, for the delay, but I have had a very bad schedule, which is something that you're aware of.

As I have requested several times, through Amber and Krystal, I would like the manual of the camera to be sent back to me via the USPS.

The manual in question is for a SONY camcorder model DCR-TRV460, which I dropped off on January 26, 2007, at the customer service desk, for Steve to review, which did not get to his hands until 3 weeks later and then this matter as you might be aware, was handed down to Dan, then to Tim and then to you.

I entrusted your staff with this manual, which is rightfully mine, and I need it back as soon as possible.

Please send the manual to:

RUSTY SANTANGELO
P.O. BOX 536421
ORLANDO, FL  32853-6423

To avoid any further problems, it would be best if you send the item, RETURN RECEIPT REQUESTED.

Thanks, for your attention on this matter.

Rusty Santangelo

Detail Item Origin Destination Firm Recipient Date Time Select Restore

9171 8054 0143 7008 0151 05



CSISINQ.152        Customer Service & Information System (CSIS)          05-24-06
                              Unit Search Screen

Customer Name: SANTANGELO        RUSTY       Locn: 0838   Order#: 04444981

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| 01 | 179 | SON DCRTRV460 | PJ | 03/13/04 | 05/23/04 | 03-12-00 | 02 | 01 | $ 362.99 |
| 02 | 179 | ESP 179    Exp: 05/23/07 | | ESP Locn: 0838 | Contract#: 04444981 | | | 01 | $ 119.99 |
| 03 | 000 | PU UNSPECIFIED | SL | 03/13/04 | 05/23/04 | 00-00-00 | 00 | 01 | $ 0.00 |
| 04 | 000 | LSC CHARGE | RT | 03/13/04 | 03/13/04 | 00-00-00 | 00 | 01 | $ 4.00 |
| 07 | 000 | LSC CHARGE | RT | 03/19/04 | 03/19/04 | 00-00-00 | 00 | 01 | $ 4.00 |
| 08 | 181 | SSN 8801 | SL | 06/22/04 | 06/23/04 | 12-12-00 | 00 | 01 | $ 15.00 |
| 09 | 000 | PU 251225 | SL | 06/22/04 | 06/23/04 | 00-00-00 | 00 | 01 | $ 0.00 |
| 12 | 000 | LSC CHARGE | SL | 06/22/04 | 06/22/04 | 00-00-00 | 00 | 01 | $ 4.00 |

Enter: Select Unit        F5: Prev Page           F6: Next Page
F1: Previous Screen       Del Tkt: Search Criteria Exit: Service Menu
Select Unit or Press a function key.



TECHNICIAN CERTIFIED


Atlanta Service Department
1325 West Corporate Ct.
Lithia Springs, GA 30122

Your merchandise has been tested to factory specifications.
*If you should have any questions about your repair, or have any difficulties with hook up.*
**please do not hesitate to call.**
**Our goal is 100% customer satisfaction.**

Repaired Product Check List
**CAMCORDER**
After returning your product the Technician performed a comprehensive final check list.

- ☑ Picture quality.
- ☑ Special Effects.
- ☑ Mech. Loading & eject.
- ☑ Camera video and color.
- ☑ Auto-Focus passed chart test.
- ☑ Zoom is operating full range.
- ☑ Record / Playback normal.
- ☑ Viewfinder / LCD viewer.
- ☑ Power consumption normal.
- ☑ General cleaning performed.

- ☑ Audio fidelity.
- ☑ Menu functions
- ☑ Clock / Date is set.

Components
RA #
Technician KEVIN H
Phone 1-866-206-3401   ext #

## ** CUSTOMER REPAIR UNIT **

Customer: SANTANGELO, RUSTY

TECHNICIAN CERTIFIED

**Tag #: 0837 304458**

**CUST**
10/01/06

| B/M: SON DCRTRV460 | | Class: 179 |
|---|---|---|
| PLAYS TAPES BUT WILL CAUSE TAPE TO BECOME LOSE HAS AN ERROR S*LPO:EEE* | | |
| Serial #: 1375111 | Claim #: H3098796 | |

THIS IS YOUR:

FINAL INVOICE WARRANTY RECEIPT                                        • INVOICE

SONY CUSTOMER SATISFACTION CTR

| PAGE: | OF | 1 | PAGES |
|---|---|---|---|

| INVOICE NO | WC1CHF68 |
|---|---|
| DATE | 10/11/06 |
| ORDER NO | WC1CHF68 |

**SHIP TO:**

CIRCUIT CITY STS LITHIA
CORPORATE COURT
LITHIA SPRING        GA

WC1CHF68
VIA: UPS BLUE  D DAY

DEALER REF: HY298706

**BILL TO:**

SONY ELECTRONICS INC
CONSUMER PERSONAL AUDIO
16755 W BERNARDO DRIVE
MDW 10-425
SAN DIEGO        CA 92127-0000

DAY:      (770)819-9774
EVENING:  (770)732-2800
DEALER TICKET: 0837-304458

| ACCOUNT NUMBER | EVENT ID | MODEL NUMBER | SERIAL NUMBER | PURCHASE ORDER NUMBER | OC CODE | VIA |
|---|---|---|---|---|---|---|
| | SUITE E | DCR-TRV46E | | | S | |

| PART ORDERED | PART SHIPPED | DESCRIPTION OF PART SOLD/SERVICE | QTY ORDER | QTY SHIPPED | QTY B O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| A7019794A | A7019794A | PC BLOCK ASSY        0043 | 1 | 1 | | | N/C |
| A7111980A | A7111980A | MOUNTED C.BOARD, DR   A352 | 1 | 1 | | | N/C |
| A-618901A | A-618901A | MEX-M1000             PC08 RECM | 1 | 1 | | | N/C |
| 147841861 | 147841861 | KEY BLOCK, CONTROL    A806 | 1 | 1 | | | N/C |
| | | CONSTANT   14 VIDEO BOARDS | | | | | |
| | | REPAIRED PARTS | | | | | |
| | | REPLACED PARTS | | | | | |
| | | REPLACED PARTS | | | | | |
| | | REPLACED PARTS | | | | | |

COMMENTS:
THANK YOU FOR GIVING US THE OPPORTUNITY TO SERVICE
YOUR PRODUCT.
YOUR UNIT HAS BEEN REPAIRED AND TESTED TO FACTORY
SPECIFICATIONS. PLEASE RETAIN A COPY OF THE FINAL
INVOICE FOR WARRANTY PURPOSES.
CONTACT US DIRECTLY AT THE TELEPHONE NUMBER LISTED
ABOVE OR E-MAIL US AT SONYSICDOAK.SONY.COM WITH
ANY QUESTIONS. WE ARE AVAILABLE MONDAY-FRIDAY
9:30AM TO 6:00PM CST.

| | |
|---|---|
| PARTS | N/C |
| LABOR | N/C |
| TRIP CHARGE | |
| SHIPPING HANDLING | N/C |
| ALLOWANCE | |
| SUB-TOTAL | N/C |
| SALES TAX | N/C |
| RECYCLE FEE | |
| TOTAL INVOICE | N/C |
| LESS DEPOSIT | |
| TOTAL | |

BILL SELL

SHIPPED:  UC = AP    TC = FRV   Sn = IA

X _____

X _____

WARRANTY PERIOD: THE WARRANTY APPLIES TO THE PARTS AND LABOR ON SONY REPAIR. 90 DAYS PARTS AND LABOR, 1 YEAR BLACK AND WHITE PICTURE TUBE, 2 YEARS COLOR PICTURE TUBE. OUR WARRANTY DOES NOT LIMIT ANY WARRANTY LAW A STATE MAY OFFER CONSUMERS.



Your product has been serviced
with pride by our
Circuit City Certified Technician

If you are not totally delighted with the repair of your
product, please contact us at: **1-800-236-3401**

### YOUR SATISFACTION IS OUR GUARANTEE!

Technician: _John_    Ext. _221_

Manager: _Charlie_    Ext: _335_

Claim# _IC10005_   Date Completed _11/9/07_

Your Opinion Matters

Please take our 3 minute survey and let us know about your experience
**http://www.circuitcityrepair.com/survey**

- Please check your receipt for notes from the Technician



100-660 CID
DETECTIVE ASST HOLTZ

RUSTY SANTANGELO
2803 W ARLINGTON ST #345
ORLANDO FL  32805

