OUT PARCEL 3 (MOBILE FESTIVAL CENTRE)

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, and a Northward projection thereof run 1160 feet to a point; thence run N 89° 38' E 523.81 feet to a point; thence run N 00° 23' W 490.0 feet to the point of beginning of the property herein described; thence continuing N 00° 23' W run 120.0 feet to a point on the South right of way line of Airport Boulevard; thence along said South right of way line of Airport Boulevard run N 89° 38' E 150.05 feet to a point; thence run S 00° 22' E 120.0 feet to a point; thence run S 89° 38' W 150.02 feet to the point of beginning. Containing 18,004 Square Feet.

OUT PARCEL 4 (MOBILE FESTIVAL CENTRE)

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, and a Northward projection thereof run 1160 feet to a point; thence run N 89° 38' E 523.81 feet to a point; thence run N 00° 23' W 610.0 feet on the South right of way line of Airport Boulevard; thence along said South right of way line of Airport Boulevard run N 89° 38' E 502.59 feet to the point of beginning of the property herein described; thence continuing N 89° 38' E along said South right of way line of Airport Boulevard run 237.91 feet to a point on the West right of way line of Montlimar Drive; thence along said West right of way line of Montlimar Drive run S 45° 22' 30" E 28.28 feet to a point; thence continuing along said West right of way line of Montlimar Drive run S 00° 23' E 150.0 feet to a point; thence run S 89° 38' W 257.45 feet to a point; thence run N 00° 22' W 170 feet to the point of beginning. Containing 43,561 Square Feet.

OUT PARCEL 5

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 1099.0 feet to a point; thence run N 89° 38' E 1120.63 feet to the point of beginning of the property herein described; thence continuing N 89° 38' E run 148.2 feet to a point; thence run S 44° 56' 08" E 21.54 feet to a point on the West right of way line of Montlimar Drive; said point being on the arc of a 1044.9 foot radius curve concave Northeastwardly; thence along said West line of Montlimar Drive and said arc of curve run Southeastwardly 165.61 feet to a point; thence run S 46° 19' 58" W 23.83 feet to a point; thence run S 76° 31' 32" W 150.8 feet to a point; thence run N 51° 55' 14" W 18.65 feet to a point; thence run N 00° 22' W 219 feet to the point of beginning. Containing 35,912 Square Feet.

RP 2897PG 071

OUT PARCEL 6

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 816.42 feet to a point; thence run N 89° 38' E 1204.15 feet to the point of beginning of the property herein described; thence continuing N 89° 38' E run 103.61 feet to a point; thence run S 53° 24' 56" E 23.98 feet to a point on the West right of way line of Montlimar Drive; said point being on the arc of a 1044.9 foot radius curve concave Northeastwardly; thence along said West line of Montlimar Drive and said arc of curve run Southeastwardly 215.9 feet to a point; thence run S 89° 38' W 205 feet to a point; thence run N 00° 22' W 213.63 feet to the point of beginning. Containing 33,480 Square Feet.

OUT PARCEL 7

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 115 feet to a point; thence run N 89° 38' E 110.0 feet to a point; thence run S 00° 22' E 199.0 feet to a point on the North line of a 100 foot drainage easement; thence along said North line of drainage easement run N 89° 26' 13" E 1319.8 feet to a point; thence run N 00° 22' W 154.15 feet to a point; thence run N 89° 38' E 20 feet to a point; thence run N 00° 22' W 38.43 feet to the point of beginning of the property herein described; thence continuing N 00° 22' W 120 feet to a point; thence run N 60° 34' 17" E 131.43 feet to a point; thence run S 73° 54' 53" E 14.02 feet to a point on the West right of way line of Montlimar Drive; said point being on the arc of a 1871.5 foot radius curve concave Southwestwardly; thence along said West line of Montlimar Drive and said arc of curve run Southeastwardly 198.31 feet to a point; thence run S 89° 38' W 211.61 feet to the point of beginning. Containing 27,737 Square Feet.

₦ 2897℡ 073

OUT PARCEL 8

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 115 feet to a point; thence run N 89° 38' E 110.0 feet to a point; thence run S 00° 22' E 194.0 feet to a point on the North line of a 100 foot drainage easement; thence along said North line of drainage easement run N 89° 26' 13" E 1319.8 feet to the point of beginning of the property herein described; thence run N 00° 22' W 154.15 feet to a point; thence run N 89° 38' E 20 feet to a point; thence run N 00° 22' W 38.43 feet to a point; thence run N 89° 38' E 211.61 feet to a point on the West right of way line of Montlimar Drive; said point being on the arc of a 1871.5 foot radius curve concave Southwestwardly; thence along said West line of Montlimar Drive and said arc of curve run Southeastwardly 202.36 feet to a point on the aforementioned North line of a 100 foot drainage easement; thence along said North line of drainage easement run S 89° 26' 13" W 296.51 feet to the point of beginning. Containing 50,335 Square Feet.

FUTURE BUILDING AREA - A

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 907.42 feet to the point of beginning of the property herein described; thence run S 89° 38' W 19.02 feet to a point; thence run N 00° 22' W 192.58 feet to a point; thence run N 89° 38' E 200 feet to a point; thence run S 00° 22' E 192.58 feet to a point; thence run S 89° 38' W 180.98 feet to the point of beginning. Containing 38,516 Square Feet.

FUTURE BUILDING AREA - B

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 352.42 feet to a point; thence run N 89° 38' E 60 feet to the point of beginning of the property herein described; thence N 00° 22' W 275 feet to a point; thence run N 89° 38' E 200 feet to a point; thence run S 00° 22' E 275 feet to a point; thence run S 89° 38' W 200 feet to the point of beginning. Containing 55,000 Square Feet.

SHOPPING CENTER SITE

Commencing at the Southeast corner of Downtown West, Unit One, as recorded in Map Book 17, Page 118 of the Probate Court Records, Mobile County, Alabama, run N 00° 22' W along the East boundary of said Downtown West, Unit One, a distance of 115 feet to the point of beginning of the property herein described; thence run S 89° 38' W 255 feet to the P.C. of a curve to the left having a central angle of 90° 00' and a radius of 25 feet; thence run Southwestwardly along the arc of said curve 39.27 feet to the P.T. of said curve; said point being on the East right of way line of Downtowner Boulevard; thence along said East right of way line of Downtowner Boulevard run N 00° 22' W 65.0 feet to a point; thence run N 89° 38' E 280.0 feet to a point on the aforementioned East boundary of Downtown West, Unit One; thence along said East boundary of Downtown West, Unit One, run N 00° 22' W 480 feet to a point; thence run S 89° 38' W 280 feet to a point on the aforementioned East right of way line of Downtowner Boulevard; thence along said East right of way line of Downtowner Boulevard run N 00° 22' W 50 feet to a point; thence run N 89° 38' E 165 feet to a point; thence run N 00° 22' W 160 feet to a point; thence run S 89° 38' W 165 feet to a point on the aforementioned East right of way line of Downtowner Boulevard; thence along said East right of way line of Downtowner Boulevard run N 00° 22' W 285.0 feet to the P.C. of a curve to the right having a central angle of 90° 00' and a radius of 25.0 feet; thence continuing along East right of way line of Downtowner Boulevard run Northeastwardly along the arc of said curve 39.27 feet to the P.T. of said curve; said point being on the South right of way line of Downtowner Loop North and the North boundary of Lot 30 of said Downtown West, Unit One; thence along said South right of way line of Downtowner Loop North and said North boundary of Lot 30, Downtown West, Unit One run N 89° 38' E 255 feet to the Northeast corner of said Lot 30, Downtown West, Unit One; thence run N 00° 22' W 5.0 feet to a point; thence run N 89° 38' E 523.81 feet to a point; thence run N 00° 23' W 490 feet to a point; thence run N 89° 38' E 150.02 feet to a point; thence run N 00° 22' W 120.0 feet to a point on the South right of way line of Airport Boulevard; thence along said South right of way line of Airport Boulevard run N 89° 38' E 352.54 feet to a point; thence run S 00° 22' E 170 feet to a point; thence run N 89° 38' E 257.45 feet to a point on the East right of way line of Montlimar Drive; thence along said West right of way line of Montlimar Drive run S 00° 23' E 501.35 feet to the P.C. of a curve to the left having a radius of 1044.9 feet; thence continuing along said West right of way line of

Montlimar Drive run Southeastwardly along the arc of said curve 15 feet to a point; thence run N 44° 56' 08" W 21.54 feet to a point; thence run S 89° 38' W 148.2 feet to a point; thence run S 00° 22' E 219.0 feet to a point; thence run S 51° 55' 14" E 18.65 feet to a point; thence run N 76° 31' 32" E 150.8 feet to a point; thence run N 46° 19' 58" E 23.83 feet to a point on the aforementioned West right of way line of Montlimar Drive; said point being on the arc of a 1044.9 foot radius curve concave Northeastwardly; thence along said West right of way line of Montlimar Drive and said arc of curve run Southeastwardly 120.19 feet to a point; thence run N 53° 24' 56" W 23.98 feet to a point; thence run S 89° 38' W 103.61 feet to a point; thence run S 00° 22' E 213.63 feet to a point; thence run N 89° 38' E 205 feet to a point on the aforementioned West right of way line of Montlimar Drive; said point being on the arc of a 1044.9 foot radius curve concave Northeastwardly; thence along said West right of way line of Montlimar Drive and said arc of curve run Southeastwardly 13.0 feet to the P.T. of said curve; thence continuing along said West right of way line of Montlimar Drive run S 29° 25' 43" E 297.01 feet to the P.C. of a curve to the right having a radius of 1871.5 feet; thence continuing along said West right of way line of Montlimar Drive run Southeastwardly along the arc of said curve 38.5 feet to a point; thence run N 73° 54' 53" W 14.02 feet to a point; thence run S 60° 34' 17" W 131.43 feet to a point; thence run S 00° 22' E 158.43 feet to a point; thence run S 89° 38' W 20.0 feet to a point; thence run S 00° 22' E 154.15 feet to a point on the North line of a 100 foot drainage easement; thence along said North line of drainage easement run N 89° 26' 13" E 296.51 feet to a point on the aforementioned West right of way line of Montlimar Drive; said point being on the arc of a 1871.5 foot radius curve concave Southwestwardly; thence along said West right of way line of Montlimar Drive and said arc of curve run Southeastwardly 51.69 feet to the centerline of the aforementioned 100 foot drainage easement; thence along said centerline of 100 foot drainage easement run S 89° 26' 13" W 2020.84 feet to a point on the aforementioned East right of way line of Downtowner Boulevard; said point being on the arc of a 1247.12 foot radius curve concave Westwardly; thence along said East right of way line of Downtowner Boulevard and said arc of curve run Northwardly 50 feet to a point on the North line of said 100 foot drainage easement; thence along said North line of 100 foot drainage easement run N 89° 26' 13" E 97.98 feet to a point; thence run N 89° 38' E 292.05 feet to a point; thence run N 00° 22' W 195

A-6

feet to a point; thence run S 89° 38' W 110 feet to the point of beginning. Containing 52.27 Acres. Subject to a 50 foot drainage easement North of and adjacent to the South boundary of the above described property, as per instrument recorded in Real Property Book 499, Page 430 of the Probate Court Records, Mobile County, Alabama.

№ 2897 PG 078

