Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

## ORDER ON DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE 503(b)(9) CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Thirty-Fourth Omnibus Objection to Claims

(Modification of Certain Duplicate 503(b)(9) Claims)  (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be modified and/or disallowed for all purposes in

these bankruptcy cases as set forth on Exhibit C for those

reasons set forth in the Objection; and it appearing that

due and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that certain Claimants[1] filed

responses to the Objection; and it appearing that the relief

requested on the Objection is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.   The Objection is GRANTED.

   2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever disallowed

and/or modified for all purposes in these bankruptcy cases

as set forth on Exhibit A for those reasons set forth in the

Objection; provided, however, to the extent an otherwise

valid surviving claim, as set forth on Exhibit A, is not

allowed administrative expense status under section

---

[1] Capitalized terms used but not defined herein shall have the meanings
assigned to them in the Objection.

503(b)(9) of the Bankruptcy Code, this Objection is without prejudice to such claimant's right to reclassify such claim to general unsecured status.

3.   The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein, is hereby adjourned to November 3, 2009, at 11:00 a.m. (Eastern) or until such later time as agreed by the parties.

4.   The Objection to the claim identified on Exhibit C as attached hereto and incorporated herein, is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claim identified on Exhibit C on any grounds and bases are hereby preserved in their entirety.

5.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley
                            Douglas M. Foley


\9954895

4

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 536 | 11/25/2008 | AAMP OF AMERICA | AAMP OF AMERICA 13160 56TH CT CLEARWATER, FL 33760 | AAMP OF AMERICA 13160 56TH CT CLEARWATER, FL 33760 | CIRCUIT CITY STORES, INC. | Unsecured | $303,819.90 | $303,819.90 | $259,893.20 | ($43,926.70) |
| 49 | 11/25/2008 | AAMP OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $43,926.70 | $43,926.70 | $43,926.70 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3032 | 1/8/2009 | ACTIONTEC | ACTIONTEC 760 NORTH MARY AVE SUNNYVALE, CA 94085 | ACTIONTEC 760 NORTH MARY AVE SUNNYVALE, CA 94085 | CIRCUIT CITY STORES, INC. | Unsecured | $149,312.83 | $149,312.83 | $139,248.73 | ($10,064.10) |
| 501 | 12/1/2008 | ACTIONTEC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $18,349.38 | $18,349.38 | $18,349.38 | $0.00 |
| 501 | 12/1/2008 | ACTIONTEC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**In re: Circuit City Stores, Inc. et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6692 | 1/28/2009 | ADD ON COMPUTER | ADD ON COMPUTER 34 MAUCHLY STE A IRVINE, CA 92618 | ADD ON COMPUTER 34 MAUCHLY STE A IRVINE, CA 92618 | CIRCUIT CITY STORES, INC. | Unsecured | $44,557.26 | $44,557.26 | $37,149.50 | ($7,407.76) |
| 182 | 12/5/2008 | ADD ON COMPUTER PERIPHERALS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $7,407.76 | $7,407.76 | $7,407.76 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3989 | 1/19/2009 | ALLSOP INC | ALLSOP INC PO BOX 23 BELLINGHAM, WA 98227 | VONWIN CAPITAL MANAGEMENT, LP 261 FIFTH AVE 22ND FL NEW YORK, NY 10016 | CIRCUIT CITY STORES, INC. | Unsecured | $72,811.08 | $72,811.08 | $52,118.04 | ($20,693.04) |
| 234 | 11/28/2008 | ALLSOP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $20,693.04 | $20,023.56 | $20,023.56 | $0.00 |
| 234 | 11/28/2008 | ALLSOP INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $669.48 | $669.48 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                                                                    Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 12/1/2008 | CINTAS FIRST AID & SAFETY | ATTN: JENNIFER SIMPSON 6800 CINTAS BLVD MASON, OH 45040 | ATTN: JENNIFER SIMPSON 6800 CINTAS BLVD MASON, OH 45040 | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $7,849.74 | $7,849.74 | $0.00 | ($7,849.74) |
| 484 | 12/1/2008 | CINTAS FIRST AID & SAFETY | 6800 CINTAS BLVD CINTAS FIRST AID AND SAFETY MASON, OH 45040 | 6800 CINTAS BLVD CINTAS FIRST AID AND SAFETY MASON, OH 45040 | CIRCUIT CITY PURCHASING COMPANY, LLC | 503(b)(9) - Admin Priority | $7,849.74 | $3,255.64 | $3,255.64 | $0.00 |
| 484 | 12/1/2008 | CINTAS FIRST AID & SAFETY | SEE ABOVE | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $0.00 | $4,594.10 | $4,594.10 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2459 | 1/5/2009 | CLARKSVILLE GAS & WATER DEPARTMENT | CLARKSVILLE GAS & WATER DEPARTMENT P O BOX 387 CLARKSVILLE, TN 37041-0387 | CLARKSVILLE GAS & WATER DEPARTMENT P O BOX 387 CLARKSVILLE, TN 37041-0387 | CIRCUIT CITY STORES, INC. | Unsecured | $304.61 | $304.61 | $0.00 | ($304.61) |
| 379 | 12/1/2008 | CLARKSVILLE GAS & WATER DEPT | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $304.61 | $304.61 | $304.61 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

Exhibit A - Partial Duplication - Ordered

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1803 | 12/22/2008 | COBRA ELECTRONICS | COBRA ELECTRONICS 6500 W CORTLAND CHICAGO, IL 60707 | COBRA ELECTRONICS 6500 W CORTLAND CHICAGO, IL 60707 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $758.00 | $758.00 | $0.00 | ($758.00) |
| 1803 | 12/22/2008 | COBRA ELECTRONICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $46,457.62 | $46,457.62 | $46,457.62 | $0.00 |
| 647 | 12/8/2008 | COBRA ELECTRONICS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $758.00 | $758.00 | $758.00 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12875 | 5/5/2009 | COCA COLA ENTERPRISES INC | COCA COLA ENTERPRISES INC MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 800 ATLANTA, GA 30309-7706 | COCA COLA ENTERPRISES INC MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 800 ATLANTA, GA 30309-7706 | CIRCUIT CITY STORES, INC. | Administrative | $217,262.63 | $217,262.63 | $8,387.27 | ($208,875.36) |
| 12875 | 5/5/2009 | COCA COLA ENTERPRISES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $78,352.56 | $78,352.56 | $78,352.56 | $0.00 |
| 1022 | 12/19/2008 | COCA COLA ENTERPRISES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $208,875.36 | $208,875.36 | $208,875.36 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 11/14/2008 | COHESION PRODUCTS | COHESION PRODUCTS 895 DOVE ST STE 311 NEWPORT BEACH, CA 92660 | COHESION PRODUCTS 895 DOVE ST STE 311 NEWPORT BEACH, CA 92660 | CIRCUIT CITY STORES, INC. | Unsecured | $464,250.00 | $464,250.00 | $241,187.16 | ($223,062.84) |
| 1138 | 12/15/2008 | COHESION PRODUCTS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $223,062.84 | $223,062.84 | $223,062.84 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3290 | 1/12/2009 | CYBER ACOUSTICS | CYBER ACOUSTICS 3109 NE 109TH AVE VANCOUVER, WA 98682 | CYBER ACOUSTICS 3109 NE 109TH AVE VANCOUVER, WA 98682 | CIRCUIT CITY STORES, INC. | Unsecured | $223,961.06 | $223,961.06 | $146,871.14 | ($77,089.92) |
| 423 | 12/1/2008 | CYBER ACOUSTICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $223,961.06 | $223,961.06 | $223,961.06 | $0.00 |
| 423 | 12/1/2008 | CYBER ACOUSTICS | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3332 | 1/12/2009 | DSI DISTRIBUTING INC | DSI DISTRIBUTING INC 11338 AURORA AVE DES MOINES, IA 50322 | DSI DISTRIBUTING INC 11338 AURORA AVE DES MOINES, IA 50322 | CIRCUIT CITY STORES, INC. | Unsecured | $6,473.96 | $6,473.96 | $4,396.61 | ($2,077.35) |
| 719 | 12/1/2008 | DSI DISTRIBUTING INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $2,077.35 | $2,077.35 | $2,077.35 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5704 | 1/27/2009 | EASTMAN KODAK CO | EASTMAN KODAK CO 14718 GODDINGHAM CT MIDLOTHIAN, VA 23113-6714 | EASTMAN KODAK CO 14718 GODDINGHAM CT MIDLOTHIAN, VA 23113-6714 | CIRCUIT CITY STORES, INC. | Unsecured | $11,819,087.63 | $11,819,087.63 | $7,944,658.75 | ($3,874,428.88) |
| 1147 | 12/16/2008 | EASTMAN KODAK CO | EASTMAN KODAK CO 343 STATE ST ROCHESTER, NY 14650-0207 | EASTMAN KODAK CO 343 STATE ST ROCHESTER, NY 14650-0207 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $3,874,428.88 | $3,874,428.88 | $3,874,428.88 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9221 | 1/30/2009 | ENERGIZER BATTERY CO | ENERGIZER BATTERY CO 533 MARYVILLE UNIVERSITY DR ST LOUIS, MO 63141 | ENERGIZER BATTERY CO 533 MARYVILLE UNIVERSITY DR ST LOUIS, MO 63141 | CIRCUIT CITY STORES, INC. | Unsecured | $701,640.72 | $701,640.72 | $575,726.01 | ($125,914.71) |
| 975 | 12/19/2008 | ENERGIZER BATTERY CO | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $147,984.63 | $125,914.71 | $125,914.71 | $0.00 |
| 975 | 12/19/2008 | ENERGIZER BATTERY CO | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $22,069.92 | $0.00 | ($22,069.92) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                                                    **Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6770 | 1/28/2009 | ENVISION PERIPHERALS INC | ENVISION PERIPHERALS INC BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | ENVISION PERIPHERALS INC BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | CIRCUIT CITY STORES, INC. | Unsecured | $559,896.00 | $559,896.00 | $250,380.00 | ($309,516.00) |
| 244 | 12/3/2008 | ENVISION PERIPHERALS INC | ENVISION PERIPHERALS INC 47490 SEABRIDGE DR FREMONT, CA 94538 | ENVISION PERIPHERALS INC 47490 SEABRIDGE DR FREMONT, CA 94538 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $559,896.00 | $309,516.00 | $309,516.00 | $0.00 |
| 244 | 12/3/2008 | ENVISION PERIPHERALS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $250,380.00 | $0.00 | ($250,380.00) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7527 | 1/29/2009 | HEWLETT PACKARD COMPANY | HEWLETT PACKARD COMPANY 150 SPEAR ST STE 1600 SAN FRANCISCO, CA 94105 | HEWLETT PACKARD COMPANY 150 SPEAR ST STE 1600 SAN FRANCISCO, CA 94105 | CIRCUIT CITY STORES, INC. | Unsecured | $129,849,874.68 | $129,849,874.68 | $96,784,248.32 | ($33,065,626.36) |
| 1076 | 12/19/2008 | HEWLETT PACKARD COMPANY | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $37,500,000.00 | $37,500,000.00 | $33,065,626.36 | ($4,434,373.64) |

In re: Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9486 | 1/30/2009 | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | IMATION ENTERPRISES CORP ON BEHALF OF ITSELF AND ITS AFFILIATES DORSEY & WHITNEY LLP 50 S 6TH ST STE 1500 MINNEAPOLIS, MN 55402-1498 | CIRCUIT CITY STORES, INC. | Secured | $1,474,385.22 | $1,474,385.22 | $1,249,055.90 | ($225,329.32) |
| 1240 | 12/18/2008 | IMATION ENTERPRISES CORP | IMATION ENTERPRISES CORP 1 IMATION PL BLDG 303 1S 14 OAKDALE, MN 55128 | IMATION ENTERPRISES CORP 1 IMATION PL BLDG 303 1S 14 OAKDALE, MN 55128 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $451,382.26 | $451,382.26 | $451,382.26 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3604 | 1/14/2009 | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | JVC COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | CIRCUIT CITY STORES, INC. | Unsecured | $1,144,665.44 | $1,144,665.44 | $202,424.38 | ($942,241.06) |
| 602 | 12/4/2008 | JVC COMPANY OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $1,030,219.68 | $942,241.06 | $942,241.06 | $0.00 |
| 602 | 12/4/2008 | JVC COMPANY OF AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $87,978.62 | $0.00 | ($87,978.62) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3595 | 1/14/2009 | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | JVC MOBILE COMPANY OF AMERICA A DIVISION OF JVC AMERICAS CORP 1700 VALLEY RD WAYNE, NJ 07470 | CIRCUIT CITY STORES, INC. | Unsecured | $495,149.49 | $495,149.49 | $168,690.09 | ($326,459.40) |
| 572 | 12/4/2008 | JVC AMERICAS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $479,904.40 | $326,459.40 | $326,459.40 | $0.00 |
| 572 | 12/4/2008 | JVC AMERICAS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $153,445.00 | $0.00 | ($153,445.00) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)                                                                                    **Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9456 | 1/30/2009 | LENOVO INC | LENOVO INC 1009 THINK PL MORRISVILLE, NC 27560 | LENOVO INC 1009 THINK PL MORRISVILLE, NC 27560 | CIRCUIT CITY STORES, INC. | Unsecured | $8,589,126.82 | $8,589,126.82 | $7,327,808.34 | ($1,261,318.48) |
| 1382 | 12/19/2008 | LENOVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $1,261,318.48 | $1,261,318.48 | $1,261,318.48 | $0.00 |
| 1382 | 12/19/2008 | LENOVO INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13233 | 6/1/2009 | LG ELECTRONICS USA INC | LG ELECTRONICS USA INC WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | LG ELECTRONICS USA INC WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | CIRCUIT CITY STORES, INC. | Unsecured | $41,478,011.85 | $41,478,011.85 | $20,878,941.60 | ($20,599,070.25) |
| 1261 | 12/18/2008 | LG ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $20,599,070.25 | $5,397,977.00 | $5,397,977.00 | $0.00 |
| 1261 | 12/18/2008 | LG ELECTRONICS USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $15,201,093.25 | $15,201,093.25 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 8767 | 1/30/2009 | MAJESCO ENTERTAINMENT COMPANY | MAJESCO ENTERTAINMENT COMPANY PORZIO BROMBERG & NEWMAN PC 100 SOUTHGATE PKWY MORRISTOWN, NJ 07962 | MAJESCO ENTERTAINMENT COMPANY PORZIO BROMBERG & NEWMAN PC 100 SOUTHGATE PKWY MORRISTOWN, NJ 07962 | CIRCUIT CITY STORES, INC. | Unsecured | $258,432.00 | $258,432.00 | $104,832.00 | ($153,600.00) |
| 1385 | 12/19/2008 | MAJESCO ENTERTAINMENT COMPANY | MAJESCO ENTERTAINMENT COMPANY 160 RARITAN CTR PKWY EDISON, NJ 08837 | MAJESCO ENTERTAINMENT COMPANY 160 RARITAN CTR PKWY EDISON, NJ 08837 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $153,600.00 | $153,600.00 | $153,600.00 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5090 | 1/21/2009 | METRA ELECTRONICS INC | METRA ELECTRONICS INC ATTORNEY FOR METRA ELECTRONICS CORP 255 N LIBERTY ST JACKSONVILLE, FL 32202 | METRA ELECTRONICS INC ATTORNEY FOR METRA ELECTRONICS CORP 255 N LIBERTY ST JACKSONVILLE, FL 32202 | CIRCUIT CITY STORES, INC. | Unsecured | $1,445,697.02 | $1,445,697.02 | $986,020.88 | ($459,676.14) |
| 1300 | 12/18/2008 | METRA ELECTRONICS CORP | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $457,580.46 | $457,580.46 | $457,580.46 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2138 | 12/30/2008 | MITAC USA INC DBA MIO TECHNOLOGY USA LTD | MITAC USA INC DBA MIO TECHNOLOGY USA LTD ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH ST NW COLUMBIA CENTER WASHINGTON, DC 20005-1706 | MITAC USA INC DBA MIO TECHNOLOGY USA LTD ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH ST NW COLUMBIA CENTER WASHINGTON, DC 20005-1706 | CIRCUIT CITY STORES, INC. | Unsecured | $1,577,425.26 | $1,577,425.26 | $1,281,325.26 | ($296,100.00) |
| 230 | 11/28/2008 | MITAC USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $296,100.00 | $296,100.00 | $296,100.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3372 | 1/9/2009 | MIZCO INTERNATIONAL INC | MIZCO INTERNATIONAL INC 140 58TH ST BROOKLYN, NY 11220 | MIZCO INTERNATIONAL INC 140 58TH ST BROOKLYN, NY 11220 | CIRCUIT CITY STORES, INC. | Unsecured | $443,969.76 | $443,969.76 | $275,386.84 | ($168,582.92) |
| 754 | 12/12/2008 | MIZCO INTERNATIONAL INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $168,582.92 | $113,760.96 | $113,760.96 | $0.00 |
| 754 | 12/12/2008 | MIZCO INTERNATIONAL INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $54,821.96 | $54,821.96 | $0.00 |

In re: Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13203 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA 1 PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | BANK OF AMERICA N A BANK OF AMERICA TOWER 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $3,951,683.90 | $3,951,683.90 | $0.00 | ($3,951,683.90) |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,251,352.72 | $3,951,683.90 | $3,951,683.90 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $299,668.82 | $299,668.82 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13685 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA ONE PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | PANASONIC CORPORATION OF NORTH AMERICA ONE PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | CIRCUIT CITY STORES, INC. | Administrative | $3,951,683.90 | $3,951,683.90 | $0.00 | ($3,951,683.90) |
| 13685 | 6/5/2009 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $3,990,249.63 | $3,990,249.63 | $3,990,249.63 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | PANASONIC CORPORATION OF NORTH AMERICA 1 PANASONIC WAY 3B 6 SECAUCUS, NJ 07094 | BANK OF AMERICA N A BANK OF AMERICA TOWER 3RD FL ONE BRYANT PARK NEW YORK, NY 10036 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,251,352.72 | $3,951,683.90 | $3,951,683.90 | $0.00 |
| 1256 | 12/18/2008 | PANASONIC CORPORATION OF NORTH AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $299,668.82 | $299,668.82 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2140 | 12/30/2008 | SACRAMENTO COCA COLA BOTTLING CO INC | SACRAMENTO COCA COLA BOTTLING CO INC PO BOX 160608 SACRAMENTO, CA 95816 | SACRAMENTO COCA COLA BOTTLING CO INC PO BOX 160608 SACRAMENTO, CA 95816 | CIRCUIT CITY STORES, INC. | Unsecured | $6,111.03 | $6,111.03 | $0.00 | ($6,111.03) |
| 985 | 12/16/2008 | SACRAMENTO COCA COLA BOTTLING | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $6,111.03 | $6,111.03 | $6,111.03 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 302 | 11/20/2008 | SCREENLIFE LLC | SCREENLIFE LLC CO SCREENLIFE LLC 111 SOUTH JACKSON ST SEATTLE, WA 98104 | SCREENLIFE LLC CO SCREENLIFE LLC 111 SOUTH JACKSON ST SEATTLE, WA 98104 | CIRCUIT CITY STORES PR, LLC | Unsecured | $611,361.40 | $611,361.40 | $596,207.88 | ($15,153.52) |
| 964 | 12/19/2008 | SCREENLIFE LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $15,153.52 | $15,153.52 | $15,153.52 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5833 | 1/26/2009 | TAMRAC INC | TAMRAC INC 9240 JORDAN AVE CHATSWORTH, CA 91311 | TAMRAC INC 9240 JORDAN AVE CHATSWORTH, CA 91311 | CIRCUIT CITY STORES, INC. | Unsecured | $183,956.38 | $183,956.38 | $131,228.71 | ($52,727.67) |
| 187 | 12/5/2008 | TAMRAC INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $52,727.67 | $52,727.67 | $52,727.67 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2100 | 1/2/2009 | TEMPLE INLAND | TEMPLE INLAND LEGAL DEPT 1300 S MOPAC 3RD FL AUSTIN, TX 78746-6933 | TEMPLE INLAND LEGAL DEPT 1300 S MOPAC 3RD FL AUSTIN, TX 78746-6933 | CIRCUIT CITY STORES, INC. | Unsecured | $82,377.37 | $82,377.37 | $41,996.88 | ($40,380.49) |
| 1185 | 12/15/2008 | TEMPLEINLAND | TEMPLEINLAND PO BOX 360853M PITTSBURGH, PA 15251-6853 | TEMPLEINLAND PO BOX 360853M PITTSBURGH, PA 15251-6853 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $40,380.49 | $27,632.59 | $27,632.59 | $0.00 |
| 1185 | 12/15/2008 | TEMPLEINLAND | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $12,747.90 | $12,747.90 | $0.00 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3039 | 1/9/2009 | TOMTOM INC | TOMTOM INC NIXON PEABODY LLP 437 MADISON AVE NEW YORK, NY 10128 | TOMTOM INC NIXON PEABODY LLP 437 MADISON AVE NEW YORK, NY 10128 | CIRCUIT CITY STORES, INC. | Unsecured | $10,522,043.17 | $10,522,043.17 | $2,109,513.61 | ($8,412,529.56) |
| 368 | 11/24/2008 | TOMTOM INC | TOMTOM INC 150 BAKER AVE EXT CONCORD, MA 01742 | TOMTOM INC 150 BAKER AVE EXT CONCORD, MA 01742 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $8,412,529.56 | $8,412,529.56 | $8,412,529.56 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7128 | 1/28/2009 | TRACFONE WIRELESS INC | TRACFONE WIRELESS INC SENIOR VICE PRESIDENT LEGAL 9700 NW 112 AVE MIAMI, FL 33178 | TRACFONE WIRELESS INC SENIOR VICE PRESIDENT LEGAL 9700 NW 112 AVE MIAMI, FL 33178 | CIRCUIT CITY STORES, INC. | Unsecured | $147,377.83 | $147,377.83 | $46,297.83 | ($101,080.00) |
| 752 | 12/12/2008 | TRACFONE WIRELESS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $101,080.00 | $101,080.00 | $101,080.00 | $0.00 |

In re: Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit A - Partial Duplication - Ordered**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3449 | 1/13/2009 | TRIGEM USA INC | TRIGEM USA INC C O SAM S OH LIM RUGER & KIM LLP 1055 W 7TH ST STE 2800 LOS ANGELES, CA 90017 | TRIGEM USA INC C O SAM S OH LIM RUGER & KIM LLP 1055 W 7TH ST STE 2800 LOS ANGELES, CA 90017 | CIRCUIT CITY STORES, INC. | Unsecured | $955,968.00 | $955,968.00 | $762,936.00 | ($193,032.00) |
| 111 | 12/2/2008 | AVERATEC INC TRIGEM USA INC | AVERATEC INC TRIGEM USA INC 1231 E DYER RD STE 150 SANTA ANA, CA 92705 | AVERATEC INC TRIGEM USA INC 1231 E DYER RD STE 150 SANTA ANA, CA 92705 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $321,720.00 | $321,720.00 | $321,720.00 | $0.00 |
| 111 | 12/2/2008 | AVERATEC INC TRIGEM USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

Total  **$311,046,087.26  $311,046,087.26  $226,963,485.07   ($84,082,602.19)**

Note:

(1) To the extent that a claim has appeared on a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court. Otherwise, the original claimed amount is shown.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9640 | 1/30/2009 | ALLIANCE ENTERTAINMENT LLC | ALLIANCE ENTERTAINMENT LLC ATTN DOUGLAS J BATES GEN COUNSEL 27500 RIVERVIEW CTR BLVD BONITA SPRINGS, FL 34134 | ALLIANCE ENTERTAINMENT LLC ATTN DOUGLAS J BATES GEN COUNSEL 27500 RIVERVIEW CTR BLVD BONITA SPRINGS, FL 34134 | CIRCUIT CITY STORES, INC. | Unsecured | $11,646,519.00 | $11,646,519.00 | $7,925,949.24 | ($3,720,569.76) |
| 1442 | 12/17/2008 | ALLIANCE ENTERTAINMENT LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $4,010,658.44 | $4,010,658.44 | $4,010,658.44 | $0.00 |
| 1442 | 12/17/2008 | ALLIANCE ENTERTAINMENT LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7983 | 1/29/2009 | AUDIOVOX CORPORATION | AUDIOVOX CORPORATION DUANE MORRIS 30 S 17TH ST PHILADELPHIA, PA 19103 | CREDIT SUISSE INTERNATIONAL 11 MADISON AVE 5TH FL NEW YORK, NY 10010 | CIRCUIT CITY STORES, INC. | Unsecured | $5,636,579.26 | $5,636,579.26 | $2,797,866.23 | ($2,838,713.03) |
| 954 | 12/19/2008 | AUDIOVOX CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $2,901,345.35 | $2,901,345.35 | $2,901,345.35 | $0.00 |
| 954 | 12/19/2008 | AUDIOVOX CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Thirty-Fourth Omnibus Claims Objection

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7963 | 1/29/2009 | DIRECTV INC | DIRECTV INC<br>660 WOODWARD AVE<br>2290 FIRST NATIONAL BLDG<br>DETRIOT, MI 48226 | DIRECTV INC<br>660 WOODWARD AVE<br>2290 FIRST NATIONAL BLDG<br>DETRIOT, MI 48226 | CIRCUIT CITY STORES, INC. | Secured | $405,000.00 | $405,000.00 | $256,625.00 | ($148,375.00) |
| 7963 | 1/29/2009 | DIRECTV INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $83,075.00 | $83,075.00 | $83,075.00 | $0.00 |
| 1237 | 12/18/2008 | DIRECTV INC | DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 | DIRECTV INC<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $148,375.00 | $148,375.00 | $148,375.00 | $0.00 |

In re: Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 929 | 12/16/2008 | JLG INDUSTRIES INC | JLG INDUSTRIES INC<br>1 JLG DR<br>MCCONNELLSBURG, PA 17233-9533 | JLG INDUSTRIES INC<br>1 JLG DR<br>MCCONNELLSBURG, PA 17233-9533 | CIRCUIT CITY PURCHASING COMPANY, LLC | Unsecured | $105,543.41 | $105,543.41 | $91,140.09 | ($14,403.32) |
| 930 | 12/16/2008 | JLG INDUSTRIES INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY PURCHASING COMPANY, LLC | 503(b)(9) - Admin Priority | $14,403.32 | $14,403.32 | $14,403.32 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13096 | 12/19/2008 | MOTOROLA INC | MOTOROLA INC BUCHANAN INGERSOLL & ROONEY PC 1700 K ST NW STE 300 WASHINGTON, DC 20006-3807 | MOTOROLA INC BUCHANAN INGERSOLL & ROONEY PC 1700 K ST NW STE 300 WASHINGTON, DC 20006-3807 | CIRCUIT CITY STORES, INC. | Administrative | $495,963.00 | $495,963.00 | $0.00 | ($495,963.00) |
| 1320 | 12/19/2008 | MOTOROLA INC | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | MOTOROLA INC 101 TOURNAMENT DR HORSHAM, PA 19044 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $495,963.74 | $495,963.74 | $495,963.74 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13999 | 6/30/2009 | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES TWO JAMES CTR 17TH FL 1021 E CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | SOUTHPEAK INTERACTIVE LLC TA SOUTHPEAK GAMES TWO JAMES CTR 17TH FL 1021 E CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $291,833.28 | $291,833.28 | $107,075.52 | ($184,757.76) |
| 1221 | 12/18/2008 | SOUTHPEAK INTERACTIVE | SOUTHPEAK INTERACTIVE 2900 POLO PKWY MIDLOTHIAN, VA 23113 | SOUTHPEAK INTERACTIVE 2900 POLO PKWY MIDLOTHIAN, VA 23113 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $184,757.76 | $184,757.76 | $184,757.76 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit B - Partial Duplication - Adjourned**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | TOSHIBA AMERICA CONSUMER PRODUCTS LLC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC 1 CORPORATE CTR 10451 MILL RUN CIR STE 1000 OWINGS MILLS, MD 21117 | CIRCUIT CITY STORES, INC. | Administrative | $6,393,681.50 | $6,393,681.50 | $1,100,432.50 | ($5,293,249.00) |
| 1331 | 12/19/2008 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $5,735,769.00 | $5,293,249.00 | $5,293,249.00 | $0.00 |
| 1331 | 12/19/2008 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $442,520.00 | $442,520.00 | $0.00 |

**Total**   $38,549,467.06   $38,549,467.06   $25,853,436.19   ($12,696,030.87)

**Note:**
(1) To the extent that a claim has appeared on a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court.  Otherwise, the original claimed amount is shown.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Thirty-Fourth Omnibus Claims Objection**

**Exhibit C - Partial Duplication - Withdrawn**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court (1) | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9182 | 12/18/2008 | COMCAST CABLE COMMUNICATIONS MANAGEMENT | COMCAST CABLE COMMUNICATIONS MANAGEMENT BALLARD SPAHR ANDREWS & INGERSOLL LLP 300 E LOMBARD ST 18TH FL BALTIMORE, MD 21202 | COMCAST CABLE COMMUNICATIONS MANAGEMENT BALLARD SPAHR ANDREWS & INGERSOLL LLP 300 E LOMBARD ST 18TH FL BALTIMORE, MD 21202 | CIRCUIT CITY STORES, INC. | Unsecured | $438,072.70 | $438,072.70 | $438,072.70 | $0.00 |
| 1474 | 12/16/2008 | COMCAST | COMCAST COMMERCIAL PAYMENT PROCESSING PO BOX 60177 PHILADELPHIA, PA 19102-0177 | COMCAST COMMERCIAL PAYMENT PROCESSING PO BOX 60177 PHILADELPHIA, PA 19102-0177 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $7,800.00 | $4,050.00 | $4,050.00 | $0.00 |
| 1474 | 12/16/2008 | COMCAST | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $0.00 | $3,750.00 | $0.00 | ($3,750.00) |
| | | | | | | **Total** | $445,872.70 | $445,872.70 | $442,122.70 | ($3,750.00) |

**Note:**
(1) To the extent that a claim has appeared on  a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court.  Otherwise, the original claimed amount is shown.