William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
**WILLIAMS MULLEN**
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6481
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Abilene-Ridgemont, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) | |
| et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the claims of **NOVOGRODER ABILENE, LLC** (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 6440 in the amount of $127,132.75 and Claim No. 12241 in the amount of $6,792,167.08, of which $54,959.73 is entitled to administrative priority, have been transferred and assigned, other than for security, to **ABILENE-RIDGEMONT, LLC** (the "Transferee"), pursuant to the Deed of Trust, Security Agreement and Assignment of Leases executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment") and pursuant to the Trustee's Deed and Bill of Sale, a true and correct copy of which is attached hereto as **Exhibit B** (the "Bill of Sale").

The undersigned hereby submits this Notice, the Assignment, and the Bill of Sale as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claims originally held by **NOVOGRODER ABILENE, LLC** to **ABILENE-RIDGEMONT, LLC**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim Nos. 6440 and 12241 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**NOVOGRODER ABILENE, LLC**
**c/o George Nonogroder**
**John Hancock Center**
**875 North Michigan Ave, Ste 3612**
**Chicago, IL 60611**

**TRANSFEREE:**
**ABILENE-RIDGEMONT, LLC**
**c/o Douglas C. Noble, Esq.**
**Phelps Dunbar LLP**
**P.O. Box 23066**
**Jackson, MS 39225-3066**

**WITH A COPY TO:**
**ABILENE-RIDGEMONT, LLC**
**c/o W. Alexander Burnett, Esq.**
**Williams Mullen**
**1021 E. Cary Street, 17th Floor**
**P.O. Box 1320**
**Richmond, VA 23218-1320**

Respectfully submitted,

ABILENE-RIDGEMONT, LLC

*/s/ W. Alexander Burnett*
By_____
Counsel

William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6481
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com
        *Counsel for Abilene-Ridgemont, LLC*

6993624_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

      *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

      *Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

      *Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

      *Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

      *Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*


                                           */s/ W. Alexander Burnett*

                            _____


6993624_1.DOC