**Bank of America**

BANK OF AMERICA - CONFIDENTIAL                                          PAGE: 1

DATE: JULY 14, 2008

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 64038907
APPLICANT REFERENCE NUMBER: SAFECO071108A

                                        ISSUING BANK
                                        BANK OF AMERICA, N.A.
                                        1 FLEET WAY
                                        PA6-580-02-30
                                        SCRANTON, PA 18507-1999

    BENEFICIARY                         APPLICANT
SAFECO INSURANCE COMPANY OF AMERICA     CIRCUIT CITY STORES, INC.
SAFECO PLAZA, SURETY DEPT.              9954 MAYLAND DRIVE
ATTN: COLLATERAL DESK, 1001 4TH         RICHMOND, VA 23233
AVENUE., STE 1700, SEATTLE, WA 98154


    AMOUNT
NOT EXCEEDING USD 2,700,000.00
NOT EXCEEDING TWO MILLION SEVEN HUNDRED THOUSAND AND 00/100'S US DOLLARS

    EXPIRATION
JULY 11, 2009 AT OUR COUNTERS


GENTLEMEN:

AT THE REQUEST OF CIRCUIT CITY STORES, INC., WE, BANK OF AMERICA, N.A., 1 FLEET WAY, SCRANTON, PA 18507 HAVE OPENED AN IRREVOCABLE LETTER OF CREDIT IN YOUR FAVOR FOR TWO MILLION SEVEN HUNDRED THOUSAND AND 00/100 U.S. DOLLARS (USD 2,700,000.00), AVAILABLE BY YOUR DRAFTS AT SIGHT.

WE WARRANT TO YOU THAT ALL YOUR DRAFTS UNDER THIS IRREVOCABLE LETTER OF CREDIT WILL BE DULY HONORED UPON PRESENTATION OF YOUR DRAFT ON US AT 1 FLEET WAY, SCRANTON, PA 18507, ATTN: TRADE OPERS.-STANDBY UNIT ON OR BEFORE THE EXPIRATION DATE OR ON OR BEFORE ANY AUTOMATICALLY EXTENDED DATE AS SET FORTH BELOW.

EXCEPT AS STATED HEREIN, THIS IRREVOCABLE LETTER OF CREDIT IS NOT SUBJECT TO ANY CONDITION OR QUALIFICATION AND IS OUR INDIVIDUAL OBLIGATION WHICH IS IN NO WAY CONTINGENT UPON REIMBURSEMENT.

THIS IRREVOCABLE LETTER OF CREDIT IS EFFECTIVE JULY 14, 2008, AND EXPIRES ON JULY 11, 2009, BUT WILL BE AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR SUCCESSIVE ONE-YEAR PERIODS FROM THE CURRENT EXPIRATION DATE AND ANY FUTURE EXPIRATION DATES UNLESS AT LEAST 45 DAYS PRIOR TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED LETTER THAT WE ELECT NOT TO RENEW FOR SUCH ADDITIONAL ONE-YEAR PERIODS. SUCH NOTIFICATION SHALL BE TO THE ATTENTION OF THE

ORIGINAL

**Bank of America**

BANK OF AMERICA - CONFIDENTIAL                                        PAGE: 2


THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 64038907


SURETY DEPARTMENT AT THE ABOVE ADDRESS.

THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (JULY 1, 2007 REVISION), INTERNATIONAL CHAMBER OF COMMERCE, PUBLICATION NO. 600.


IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS TRANSACTION, PLEASE CALL 1-800-370-7519 OPT 1.

_[signature]_
AUTHORIZED SIGNATURE
            THIS DOCUMENT CONSISTS OF 2 PAGE(S).

ORIGINAL

**Bank of America**

05-17-1486B  07-2000