**Bank of America**

BANK OF AMERICA - CONFIDENTIAL                                    PAGE: 1

DATE: NOVEMBER 5, 2008

AMENDMENT TO IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 64038907
APPLICANT REFERENCE NUMBER: SAFECO071108A

AMENDMENT NUMBER 2

                                    ISSUING BANK
                                    BANK OF AMERICA, N.A.
                                    ONE FLEET WAY
                                    PA6-580-02-30
                                    SCRANTON, PA 18507-1999

  BENEFICIARY                         APPLICANT
SAFECO INSURANCE COMPANY OF AMERICA   CIRCUIT CITY STORES, INC.
SAFECO PLAZA, SURETY DEPT.            9950 MAYLAND DRIVE
ATTN: COLLATERAL DESK, 1001 4TH       RICHMOND, VA 23233
AVENUE, STE 1700, SEATTLE, WA 98154


THIS AMENDMENT IS TO BE CONSIDERED AN INTEGRAL PART OF THE ABOVE CREDIT
AND MUST BE ATTACHED THERETO.

THE ABOVE MENTIONED CREDIT IS AMENDED AS FOLLOWS:

THE AMOUNT OF THIS CREDIT HAS BEEN INCREASED BY USD 300,000.00
THE AGGREGATE AMOUNT OF THE CREDIT IS NOW USD 5,700,000.00

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS
AMENDMENT, PLEASE CALL 1-800-370-7519 OPT 1.

_[signature]_
AUTHORIZED SIGNATURE
        THIS DOCUMENT CONSISTS OF 1 PAGE(S).

ORIGINAL

05-17-1486B  07-2000