9905 E 4843

| | | OMB No. 1651-0050 |
|---|---|---|
| **U.S. DEPARTMENT OF HOMELAND SECURITY** | CBP USE ONLY | BOND NUMBER 1 (Assigned by CBP) |
| **Bureau of Customs and Border Protection** | | |
| **CUSTOMS BOND** | | FILE REFERENCE |
| Surety # 6327553    19 CFR Part 113 | | |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 06-09-05

**SECTION I** — Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| ☐ SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Port code 9900 |
|---|---|---|---|
| ☒ CONTINUOUS BOND | Effective date 06-24-05 | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the Customs Regulations. | |

**SECTION II** — This bond includes the following agreements. 2 (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker ..... 113.62 | 1,000,000.00 xxxxxxxxxxxxxx | ☐ 5 | Public Gauger ..... 113.67 | xxxxxxxxx |
| ☐ 1a | Drawback Payments Refunds ..... 113.65 | | ☐ 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ..... 113.68 | xxxxxxxxx |
| ☐ 2 | Custodian of bonded merchandise ..... 113.63 (Includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouse, container station operators) | xxxxxxxxxxxxxx | ☐ 7 | Bill of Lading (Single Entry Only) ..... 113.69 | xxxxxxxxx |
| ☐ 3 | International Carrier ..... 113.64 | xxxxxxxxxxxxxx | ☐ 8 | Detention of Copyrighted Material (Single Entry Only) ..... 113.70 | xxxxxxxxx |
| ☐ 3a | Instruments of International Traffic ..... 113.66 | | ☐ 9 | Neutrality (Single Entry Only) ..... 113.71 | xxxxxxxxx |
| ☐ 4 | Foreign Trade Zone Operator ..... 113.73 | xxxxxxxxx | ☐ 10 | Court Costs for Condemned Goods (Single Entry Only) ..... 113.72 | xxxxxxxxx |

**SECTION III** — List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their CBP Identification Number(s). 3 (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| N.A. | N.A. | N.A. | N.A. |

Total number of importer names listed in Section III: JUN 27 2005

Principal and surety agree that any charge against the bond under any of the listed names is as though it were made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
Safeco Plaza
Seattle, WA 98185

**NO SURETY CLAIMS**

| | Name and Address | Importer No. 3 | |
|---|---|---|---|
| **PRINCIPAL** | Circuit City Stores, Inc. (VA Corp.)<br>9950 Mayland Drive<br>DR-1/4th Floor/Distribution Dept.<br>Richmond, VA 23233-1463 | 54-0493875VA<br>SIGNATURE 5<br>Phil [signature] Vice President | SEAL |
| **PRINCIPAL** | Name and Address<br>N.A. | Importer No. 3<br>SIGNATURE 5<br>N.A. | SEAL |
| **SURETY** | Name and Address 6<br>Safeco Insurance Company of America<br>Safeco Plaza<br>Seattle, WA 98185<br>(WA Corporation) | Surety No. 7<br>741<br>SIGNATURE 6 [signature] | SEAL |
| **SURETY** | Name and Address 6<br>N.A. | Surety No. 7<br>SIGNATURE 6<br>N.A. | SEAL |
| **SURETY AGENTS** | Name 8<br>John K. Daily<br>Atty-in-Fact | Identification No. 9<br>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 | Name 8<br>N.A. | Identification No. 9 |

PART 1 - CBP, PART 2 - SURETY, PART 3 - PRINCIPAL    CBP Form 301 (06/98)

ALL CORRECTIONS AND ALTERATIONS WERE MADE PRIOR TO THE SIGNING OF THE BOND

9905 E 4843

Note: Turn carbons over before writing on back of form.

## SECTION III (Continuation)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

### WITNESSES

SIGNED, SEALED, and DELIVERED in the PRESENCE OF:

Two witnesses are required to authenticate the signature of any person who signs as an individual or partner; however a witness may authenticate the signatures of both such non-corporate principals and sureties. No witness is needed to authenticate the signature of a corporate official or agent who signs for the corporation.

| Name and Address of Witness for the Principal | Name and Address of Witness for the Surety |
|---|---|
| SIGNATURE: | SIGNATURE: |
| Name and Address of Witness for the Principal | Name and Address of Witness for the Surety |
| SIGNATURE: | SIGNATURE: |

### EXPLANATIONS AND FOOTNOTES

1. The CBP Bond Number is a control number assigned by CBP to the bond contract when the bond is approved by an authorized CBP official.
2. For all bond coverage available and the language of the bond conditions refer to Part 113, subpart G, Customs Regulations.
3. The Importer Number is the CBP identification number filed pursuant to section 24.5, Customs Regulations. When the Internal Revenue Service employer identification number is used the two-digit suffix code must be shown.
4. If the principal or surety is a corporation, the name of the State in which incorporated must be shown.
5. See witness requirement above.
6. Surety Name, if a corporation, shall be the company's name as it is spelled in the Surety Companies Annual List published in the Federal Register by the Department of the Treasury (Treasury Department Circular 570).
7. Surety Number is the three digit identification code assigned by CBP to a surety company at the time the surety company initially gives notice to CBP that the company will be writing CBP bonds.
8. Surety Agent is the individual granted a Corporate Surety Power of Attorney, CBP 5297, by the surety company executing the bond.
9. Agent Identification No. shall be the individual's Social Security number as shown on the Corporate Surety Power of Attorney, CBP 5297, filed by the surety granting such power of attorney.

Paperwork Reduction Act Notice: The Paperwork Reduction Act says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. We ask for this information to carry out the Bureau of Customs and Border Protection laws and regulations of the United States. We need it to ensure that persons transacting business with CBP have the proper bond coverage to secure their transactions as required by law and regulation. Your response is required to enter into any transaction in which a bond is a prerequisite under the Tariff Act of 1930, as amended. The estimated average burden associated with this collection of information is 15 minutes per respondent or recordkeeper depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0050), Washington, DC 20503.

Privacy Act Statement: The following notice is given pursuant to section 7(b) of the Privacy Act of 1974 (5 U.S.C. 552a). Furnishing the information of this form, including the Social Security Number, is mandatory. The primary use of the Social Security Number is to verify, in the CBP Automated System, at the time an agent submits a CBP bond for approval that the individual was granted a Corporate Surety Power of Attorney by the surety company. Section 7 of Act of July 30, 1947, chapter 390, 61 Stat. 646, authorizes the collection of this information.

CBP Form 301 (06/98)(Back)

Reconciliation

By this rider to Customs Form 301, 9905E4843 (bond number) executed on 6/9/2005 (date), by **Circuit City Stores Inc.**, (principal's name), as principal(s), 54-0493875VA, (importer number), and **Safeco Insurance Company of America**, 741 (surety name and code), as surety, which is effective on 6/24/2005 (date), the principal(s) and surety agree that this bond covers all Reconciliations pursuant to 19 U.S.C. 1484(b) that are elected on any entries secured by this bond, and that all conditions set out in Section 113.62, Customs Regulations, are applicable thereto. The principal(s) and surety also agree that, when an Aggregate Reconciliation under this rider lists entries occurring in more than one bond period, any liabilities to Customs reflected in that Aggregate Reconciliation shall be attributable (up to the full available bond amount) to any or all of those bond periods.

This rider is effective on _____June 14, 2007_____ (date).

Agreed to by the Principal:

**Circuit City Stores Inc.**

_/s/ P Dunn_
Phil Dunn, Sr. Vice President

Agreed to by the Obligee:

Agreed to by the Surety:

**Safeco Insurance Company of America (741)**

_/s/_
John K. Daily, Atty-in-Fact
SS# 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

Safeco Insurance Company of America
Safeco Plaza
Seattle, WA 98185

301-1, 6/24/2005, 214RV, Circuit City Stores Inc.