Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS (REDUCTION
OF CERTAIN PERSONAL PROPERTY TAX CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Thirty-Seventh Omnibus Objection to Claims

(Reduction of Certain Personal Property Tax Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C attached to the

Objection be reduced for those reasons set forth in the
Objection; and it appearing that due and proper notice and
service of the Objection as set forth therein was good and
sufficient and that no other further notice or service of
the Objection need be given; and it further appearing that
certain response was timely filed or properly served by the
Claimants being affected by this Order; and it appearing
that the relief requested on the Objection is in the best
interest of the Debtors, their estates and creditors and
other parties-in-interest; and after due deliberation
thereon good and sufficient cause exists for the granting of
the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached
hereto and incorporated herein, are forever reduced as set
forth on Exhibit A for all purposes in these bankruptcy
cases.

3.    The status hearing on the Objection to the claims
identified on Exhibit B as attached hereto and incorporated
herein, is hereby adjourned to December 7, 2009, at 2:00
p.m. (Eastern) or until such later time as agreed by the
parties.

4.     The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5.     The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

       Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          /s/ Douglas M. Foley_____
                          Douglas M. Foley


\10053407

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                Document        Page 5 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 12879**
Date Filed:   05/05/2009
Docketed Total:    $2,992.00
Filing Creditor Name and Address:
  BLOUNT COUNTY TRUSTEE
  347 COURT ST
  MARYVILLE, TN 37804

Claim Holder Name and Address
BLOUNT COUNTY TRUSTEE
347 COURT ST
MARYVILLE, TN 37804
Case Number:   08-35653
Docketed Total:   **$2,992.00**

Case Number:   08-35653
Modified Total:   **$584.04**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $2,992.00 | | | | | | $584.04 | | |

**Claim: 13679**
Date Filed:   06/26/2009
Docketed Total:    $46,734.37
Filing Creditor Name and Address:
  BRAZORIA COUNTY TAX OFFICE
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

Claim Holder Name and Address
BRAZORIA COUNTY TAX OFFICE
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008
Case Number:   08-35653
Docketed Total:   **$46,734.37**

Case Number:   08-35653
Modified Total:   **$20,293.36**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $46,734.37 | | | | | | $20,293.36 | | |

**Claim: 12048**
Date Filed:   04/08/2009
Docketed Total:    $53,012.94
Filing Creditor Name and Address:
  BROWNSVILLE ISD
  BEIRNE MAYNARD & PARSONS LLP
  1700 PACIFIC AVE STE 4400
  DALLAS, TX 75201

Claim Holder Name and Address
BROWNSVILLE ISD
BEIRNE MAYNARD & PARSONS LLP
1700 PACIFIC AVE STE 4400
DALLAS, TX 75201
Case Number:   08-35653
Docketed Total:   **$53,012.94**

Case Number:   08-35653
Modified Total:   **$40,234.10**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $53,012.94 | | | | | | $40,234.10 | | |

**Claim: 13638**
Date Filed:   06/26/2009
Docketed Total:    $21,376.11
Filing Creditor Name and Address:
  CHATHAM COUNTY GEORGIA
  TAX COMMISSIONER
  SANDS ANDERSON MARKS &
  MILLER PC
  801 E MAIN ST STE 1800
  PO BOX 1998
  RICHMOND, VA 23218-1998

Claim Holder Name and Address
CHATHAM COUNTY GEORGIA TAX
COMMISSIONER
SANDS ANDERSON MARKS &
MILLER PC
801 E MAIN ST STE 1800
PO BOX 1998
RICHMOND, VA 23218-1998
Case Number:   08-35653
Docketed Total:   **$21,376.11**

Case Number:   08-35653
Modified Total:   **$16,282.46**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $21,376.11 | | | | | | $16,282.46 | | | |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main

Case No. 08-35653 (KRH)                                     Document        Page 6 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Modified

EXHIBIT A

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 14010**
Date Filed: 06/29/2009
Docketed Total: $43,903.70
Filing Creditor Name and Address:
CITY AND COUNTY OF DENVER TREASURY
MCNICHOLS CIVIC CTR BLDG
144 W COLFAX AVE RM 384
DENVER, CO 80202-5391

Claim Holder Name and Address
CITY AND COUNTY OF DENVER TREASURY
MCNICHOLS CIVIC CTR BLDG
144 W COLFAX AVE RM 384
DENVER, CO 80202-5391

Case Number: 08-35654
Docketed Total: $43,903.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $23,003.25 | $20,900.45 | | |

Case Number: 08-35654
Modified Total: $34,211.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $13,310.75 | $20,900.45 | | |

---

**Claim: 14254**
Date Filed: 06/30/2009
Docketed Total: $4,565.87
Filing Creditor Name and Address:
CITY OF ANN ARBOR
100 N 5TH AVE
ANN ARBOR, MI 48104

Claim Holder Name and Address
CITY OF ANN ARBOR
100 N 5TH AVE
ANN ARBOR, MI 48104

Case Number: 08-35653
Docketed Total: $4,565.87

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,565.87 | | | |

Case Number: 08-35653
Modified Total: $1,133.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,133.82 | | | |

---

**Claim: 12924**
Date Filed: 05/08/2009
Docketed Total: $14,892.66
Filing Creditor Name and Address:
CITY OF BROOKFIELD, WI
2000 NORTH CALHOUN ROAD
BROOKFIELD, WI 53005

Claim Holder Name and Address
CITY OF BROOKFIELD, WI
2000 NORTH CALHOUN ROAD
BROOKFIELD, WI 53005

Case Number: 08-35653
Docketed Total: $14,892.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $14,437.58 | $455.08 |

Case Number: 08-35653
Modified Total: $9,297.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $8,842.78 | $455.08 |

---

**Claim: 13394**
Date Filed: 06/16/2009
Docketed Total: $37,237.55
Filing Creditor Name and Address:
CITY OF MESQUITE AND
MESQUITE INDEPENDENT
SCHOOL DISTRICT
TAX ASSESSOR COLLECTOR
CITY OF MESQUITE MESQUITE
ISD
711 N GALLOWAY
MESQUITE, TX 75149

Claim Holder Name and Address
CITY OF MESQUITE AND MESQUITE INDEPENDENT SCHOOL DISTRICT
TAX ASSESSOR COLLECTOR
CITY OF MESQUITE MESQUITE ISD
711 N GALLOWAY
MESQUITE, TX 75149

Case Number: 08-35653
Docketed Total: $37,237.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $37,237.55 | | | |

Case Number: 08-35653
Modified Total: $21,143.70

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $21,143.70 | | | |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                    Document        Page 7 of 38

Debtors Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Modified

EXHIBIT A

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 1529**
Date Filed: 12/10/2008
Docketed Total: $25,833.48
Filing Creditor Name and Address:
COUNTY OF SANTA CLARA
COUNTY GOVERNMENT CENTER
6TH FL EAST WING
70 WEST HEDDING ST
SAN JOSE, CA 95110

Claim Holder Name and Address
COUNTY OF SANTA CLARA
COUNTY GOVERNMENT CENTER
6TH FL EAST WING
70 WEST HEDDING ST
SAN JOSE, CA 95110
Case Number: 08-35653
Docketed Total: $25,833.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $25,833.48 | | | |

Case Number: 08-35653
Modified Total: $14,841.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,841.00 | | | |

**Claim: 10454**
Date Filed: 02/17/2009
Docketed Total: $4,916.34
Filing Creditor Name and Address:
COUNTY OF SANTA CRUZ
701 OCEAN ST RM 150
SANTA CRUZ, CA 95060

Claim Holder Name and Address
COUNTY OF SANTA CRUZ
701 OCEAN ST RM 150
SANTA CRUZ, CA 95060
Case Number: 08-35653
Docketed Total: $4,916.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,916.34 | |

Case Number: 08-35653
Modified Total: $542.78

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $542.78 | |

**Claim: 14132**
Date Filed: 06/30/2009
Docketed Total: $9,021.37
Filing Creditor Name and Address:
COUNTY OF VENTURA TAX
COLLECTOR
ATTN BANKRUPTCY
800 S VICTORIA AVE
VENTURA, CA 93009-1290

Claim Holder Name and Address
COUNTY OF VENTURA TAX
COLLECTOR
ATTN BANKRUPTCY
800 S VICTORIA AVE
VENTURA, CA 93009-1290
Case Number: 08-35654
Docketed Total: $9,021.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,021.37 | | |

Case Number: 08-35654
Modified Total: $771.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $771.17 | | |

**Claim: 13384**
Date Filed: 06/15/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
HARFORD COUNTY MARYLAND
220 S MAIN ST 3RD FL
BEL AIR, MD 21014

Claim Holder Name and Address
HARFORD COUNTY MARYLAND
220 S MAIN ST 3RD FL
BEL AIR, MD 21014
Case Number: 08-35653
Docketed Total: UNL

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | UNL | | | |

Case Number: 08-35653
Modified Total: $1,262.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,262.83 | | | |

*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Modified

EXHIBIT A

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 11534**
Date Filed: 02/23/2009
Docketed Total: $9,535.36
Filing Creditor Name and Address:
LARIMER COUNTY
PO BOX 2336
TREASURER
FORT COLLINS, CO 80522-2366

Claim Holder Name and Address
LARIMER COUNTY
PO BOX 2336
TREASURER
FORT COLLINS, CO 80522-2366
Case Number: 08-35654
Docketed Total: $9,535.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,535.36 | | |

Case Number: 08-35654
Modified Total: $6,183.26

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,183.26 | | |

**Claim: 12861**
Date Filed: 05/04/2009
Docketed Total: $13,363.79
Filing Creditor Name and Address:
MADISON, CITY OF
TREASURER
MADISON, WI 537012999

Claim Holder Name and Address
MADISON, CITY OF
TREASURER
MADISON, WI 537012999
Case Number: 08-35653
Docketed Total: $13,363.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,363.79 | | |

Case Number: 08-35653
Modified Total: $9,139.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $9,139.13 | | |

**Claim: 13599**
Date Filed: 06/22/2009
Docketed Total: $8,072.45
Filing Creditor Name and Address:
MARTIN COUNTY TAX COLLECTOR
3485 SE WILLOUGHBY BLVD
STUART, FL 34994

Claim Holder Name and Address
MARTIN COUNTY TAX COLLECTOR
3485 SE WILLOUGHBY BLVD
STUART, FL 34994
Case Number: 08-35653
Docketed Total: $8,072.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $8,072.45 | | |

Case Number: 08-35653
Modified Total: $574.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $574.12 | | |

**Claim: 11818**
Date Filed: 03/09/2009
Docketed Total: $27,829.22
Filing Creditor Name and Address:
MULTNOMAH COUNTY TAX
PO BOX 2716
PORTLAND, OR 97208-2716

Claim Holder Name and Address
MULTNOMAH COUNTY TAX
PO BOX 2716
PORTLAND, OR 97208-2716
Case Number: 08-35654
Docketed Total: $27,829.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $27,829.22 | | |

Case Number: 08-35654
Modified Total: $14,301.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,301.76 | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Modified

EXHIBIT A

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Row 1:**

Claim: 11043
Date Filed: 02/02/2009
Docketed Total: $112,356.55
Filing Creditor Name and Address:
ORANGE COUNTY TREASURER
TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

Claim Holder Name and Address
ORANGE COUNTY TREASURER TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438
Case Number: 08-35653
Docketed Total: $112,356.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $112,356.55 | | | |

Case Number: 08-35653
Modified Total: $11,720.86

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,720.86 | | | |

**Row 2:**

Claim: 11264
Date Filed: 02/02/2009
Docketed Total: $18,454.00
Filing Creditor Name and Address:
WELD COUNTY TREASURER
1400 N 17TH AVE
GREELEY, CO 80631

Claim Holder Name and Address
WELD COUNTY TREASURER
1400 N 17TH AVE
GREELEY, CO 80631
Case Number: 08-35653
Docketed Total: $18,454.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $18,454.00 | | |

Case Number: 08-35653
Modified Total: $10,623.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $10,623.84 | | |

**Row 3:**

Claim: 1837
Date Filed: 12/22/2008
Docketed Total: $3,882.62
Filing Creditor Name and Address:
WHATCOM COUNTY
TREASURER
PO BOX 5268
BELLINGHAM, WA 98227

Claim Holder Name and Address
WHATCOM COUNTY TREASURER
PO BOX 5268
BELLINGHAM, WA 98227
Case Number: 08-35653
Docketed Total: $3,882.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,882.62 | | |

Case Number: 08-35653
Modified Total: $2,519.10

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,519.10 | | |

**Totals:**

Total Claims To Be Reduced: 19

Total Amount As Docketed: $457,980.38

Total Amount As Reduced: $215,660.39

*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 14430**
Date Filed:   07/01/2009
Docketed Total:    $4,430.71
Filing Creditor Name and Address:
    ADA COUNTY TREASURER
    PO BOX 2868
    BOISE, ID 83701

Claim Holder Name and Address
    ADA COUNTY TREASURER
    PO BOX 2868
    BOISE, ID 83701

Case Number:    08-35653
Docketed Total:    $4,430.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | $4,430.71 |  |  |  |  |  | $792.66 |  |  |

Case Number:    08-35653
Modified Total:    $792.66

---

**Claim: 13294**
Date Filed:   06/08/2009
Docketed Total:    $51,622.00
Filing Creditor Name and Address:
    ALAMEDA COUNTY TAX
    COLLECTOR
    1221 OAK ST RM 131
    OAKLAND, CA 94612

Claim Holder Name and Address
    ALAMEDA COUNTY TAX
    COLLECTOR
    1221 OAK ST RM 131
    OAKLAND, CA 94612

Case Number:    08-35653
Docketed Total:    $51,622.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | $51,622.00 |  |  |  |  |  | $35,207.49 |  |  |  |

Case Number:    08-35653
Modified Total:    $35,207.49

---

**Claim: 13666**
Date Filed:   06/26/2009
Docketed Total:    $24,845.18
Filing Creditor Name and Address:
    ALIEF INDEPENDENT SCHOOL
    DISTRICT
    1235 NORTH LOOP W STE 600
    HOUSTON, TX 77008

Claim Holder Name and Address
    ALIEF INDEPENDENT SCHOOL
    DISTRICT
    1235 NORTH LOOP W STE 600
    HOUSTON, TX 77008

Case Number:    08-35653
Docketed Total:    $24,845.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | $24,845.18 |  |  |  |  |  | $13,122.95 |  |  |

Case Number:    08-35653
Modified Total:    $13,122.95

---

**Claim: 6535**
Date Filed:   01/16/2009
Docketed Total:    $34,108.73
Filing Creditor Name and Address:
    ARLINGTON INDEPENDENT
    SCHOOL DISTRICT
    PERDUE BRANDON FIELDER
    COLLINS & MOTT LLP
    PO BOX 13430
    ARLINGTON, TX 76094-0430

Claim Holder Name and Address
    ARLINGTON INDEPENDENT
    SCHOOL DISTRICT
    PERDUE BRANDON FIELDER
    COLLINS & MOTT LLP
    PO BOX 13430
    ARLINGTON, TX 76094-0430

Case Number:    08-35653
Docketed Total:    $34,108.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | $34,108.73 |  |  |  |  |  | $16,404.00 |  |  |

Case Number:    08-35653
Modified Total:    $16,404.00

---

*      "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5119**
Date Filed: 01/22/2009
Docketed Total: $168,137.32
Filing Creditor Name and Address:
BEXAR COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Claim Holder Name and Address
BEXAR COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Case Number: 08-35653
Docketed Total: $168,137.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $168,137.32 | | | |

Case Number: 08-35653
Modified Total: $111,593.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $111,593.00 | | | |

---

**Claim: 10419**
Date Filed: 02/09/2009
Docketed Total: $13,311.66
Filing Creditor Name and Address:
BOULDER COUNTY TREASURER
PO BOX 471
BOULDER, CO 80306-0000

Claim Holder Name and Address
BOULDER COUNTY TREASURER
PO BOX 471
BOULDER, CO 80306-0000

Case Number: 08-35653
Docketed Total: $13,311.66

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $13,311.66 | | |

Case Number: 08-35653
Modified Total: $2,230.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,230.53 | | |

---

**Claim: 13683**
Date Filed: 06/26/2009
Docketed Total: $14,279.54
Filing Creditor Name and Address:
BRAZORIA COUNTY MUNICIPAL
UTILITY DISTRICT NO 6
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
BRAZORIA COUNTY MUNICIPAL
UTILITY DISTRICT NO 6
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $14,279.54

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $14,279.54 | | |

Case Number: 08-35653
Modified Total: $6,200.57

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $6,200.57 | | |

---

**Claim: 13320**
Date Filed: 06/11/2009
Docketed Total: $14,429.43
Filing Creditor Name and Address:
BREVARD COUNTY FLORIDA
TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
BREVARD COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $14,429.43

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,429.43 | | | |

Case Number: 08-35653
Modified Total: $2,319.81

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,319.81 | | | |

---

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 12 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 10987**
Date Filed: 02/04/2009
Docketed Total: $41,055.44
Filing Creditor Name and Address:
CAMERON COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
CAMERON COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $41,055.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $41,055.44 | | | |

Case Number: 08-35653
Modified Total: $21,418.29

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $21,418.29 | | | |

---

**Claim: 6536**
Date Filed: 01/16/2009
Docketed Total: $36,143.58
Filing Creditor Name and Address:
CARROLL INDEPENDENT
SCHOOL DISTRICT
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Holder Name and Address
CARROLL INDEPENDENT SCHOOL
DISTRICT
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: $36,143.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $36,143.58 | | |

Case Number: 08-35653
Modified Total: $16,897.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,897.59 | | |

---

**Claim: 13576**
Date Filed: 06/19/2009
Docketed Total: $14,363.49
Filing Creditor Name and Address:
CHARLES COUNTY MARYLAND
6801 KENILWORTH AVE STE 400
RIVERDALE, MD 20737-1385

Claim Holder Name and Address
CHARLES COUNTY MARYLAND
6801 KENILWORTH AVE STE 400
RIVERDALE, MD 20737-1385

Case Number: 08-35653
Docketed Total: $14,363.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,363.49 | | | |

Case Number: 08-35653
Modified Total: $1,678.79

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,678.79 | | | |

---

**Claim: 11213**
Date Filed: 02/24/2009
Docketed Total: $11,320.40
Filing Creditor Name and Address:
CITY OF BRIGHTON
200 N FIRST ST
BRIGHTON, MI 48116-1593

Claim Holder Name and Address
CITY OF BRIGHTON PROPERTY TAX
200 N FIRST ST
BRIGHTON, MI 48116-1593

Case Number: 08-35653
Docketed Total: $11,320.40

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $11,320.40 | |

Case Number: 08-35653
Modified Total: $4,431.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,431.71 | |

---

\*    "UNL" denotes an unliquidated claim.

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

### EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13834**
Date Filed: 06/29/2009
Docketed Total: $8,638.12
Filing Creditor Name and Address:
  CITY OF BRIGHTON
  LAW OFFICE OF PAUL E BURNS
  133 WEST GRAND RIVER
  BRIGHTON, MI 48116

Claim Holder Name and Address
  CITY OF BRIGHTON
  LAW OFFICE OF PAUL E BURNS
  133 WEST GRAND RIVER
  BRIGHTON, MI 48116

Case Number: 08-35653
Docketed Total: $8,638.12

Case Number: 08-35653
Modified Total: $10,373.71

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $8,638.12 | | | | | | $10,373.71 | | | |

**Claim: 6533**
Date Filed: 01/16/2009
Docketed Total: $13,128.34
Filing Creditor Name and Address:
  CITY OF CEDAR HILL
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address
  CITY OF CEDAR HILL
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: $13,128.34

Case Number: 08-35653
Modified Total: $6,539.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $13,128.34 | | | | | | $6,539.91 | | |

**Claim: 11842**
Date Filed: 03/20/2009
Docketed Total: $27,403.46
Filing Creditor Name and Address:
  CITY OF CHESAPEAKE
  CHESAPEAKE CITY TREASURERS
  OFFICE
  PO BOX 16495
  CHESAPEAKE, VA 23328-6495

Claim Holder Name and Address
  CITY OF CHESAPEAKE
  CHESAPEAKE CITY TREASURERS
  OFFICE
  PO BOX 16495
  CHESAPEAKE, VA 23328-6495

Case Number: 08-35653
Docketed Total: $27,403.46

Case Number: 08-35653
Modified Total: $16,036.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $16,622.33 | $10,706.91 | $74.22 | | | | $5,255.04 | $10,706.91 | $74.22 |

**Claim: 5118**
Date Filed: 01/22/2009
Docketed Total: $119,801.93
Filing Creditor Name and Address:
  CITY OF EL PASO
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  711 NAVARRO STE 300
  SAN ANTONIO, TX 78205

Claim Holder Name and Address
  CITY OF EL PASO
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  711 NAVARRO STE 300
  SAN ANTONIO, TX 78205

Case Number: 08-35653
Docketed Total: $119,801.93

Case Number: 08-35653
Modified Total: $68,957.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $119,801.93 | | | | | | $68,957.53 | | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main

Case No. 08-35653 (KRH)

Document       Page 14 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims

(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13080**
Date Filed: 05/29/2009
Docketed Total: $9,511.99
Filing Creditor Name and Address:
CITY OF FREDERICKSBURG
VIRGINIA
PO BOX 267
FREDERICKSBURG, VA 22404

Claim Holder Name and Address:
CITY OF FREDERICKSBURG
VIRGINIA
PO BOX 267
FREDERICKSBURG, VA 22404

Case Number: 08-35653
Docketed Total: $9,511.99

Case Number: 08-35653
Modified Total: $1,480.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $9,511.99 | | | | | | $1,480.05 | |

**Claim: 7420**
Date Filed: 01/15/2009
Docketed Total: $8,594.85
Filing Creditor Name and Address:
CITY OF FRISCO
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address:
CITY OF FRISCO
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $8,594.85

Case Number: 08-35653
Modified Total: $4,372.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $8,594.85 | | | | | | $4,372.16 | | | |

**Claim: 10986**
Date Filed: 02/04/2009
Docketed Total: $14,393.64
Filing Creditor Name and Address:
CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address:
CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $14,393.64

Case Number: 08-35653
Modified Total: $7,565.77

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $14,393.64 | | | | | | $7,565.77 | | | |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

---

**Claim: 6534**
Date Filed: 01/16/2009
Docketed Total: $13,690.47
Filing Creditor Name and Address:
  CITY OF HURST
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address

CITY OF HURST
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: **$13,690.47**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $13,690.47 |  |  |

Case Number: 08-35653
Modified Total: **$7,255.96**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $7,255.96 |  |  |

---

**Claim: 6530**
Date Filed: 01/16/2009
Docketed Total: $7,124.66
Filing Creditor Name and Address:
  CITY OF LAKE WORTH
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address

CITY OF LAKE WORTH
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0430

Case Number: 08-35653
Docketed Total: **$7,124.66**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $7,124.66 |  |  |

Case Number: 08-35653
Modified Total: **$2,965.57**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $2,965.57 |  |  |

---

**Claim: 5279**
Date Filed: 01/21/2009
Docketed Total: $11,124.70
Filing Creditor Name and Address:
  CITY OF MCALLEN
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  THE TERRACE II 2700 VIA
  FORTUNA DR STE 400
  PO BOX 17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address

CITY OF MCALLEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: **$11,124.70**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $11,124.70 |  |  |  |

Case Number: 08-35653
Modified Total: **$7,727.20**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $7,727.20 |  |  |  |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                              Document        Page 16 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Claim: 7425

Date Filed: 01/27/2009
Docketed Total: $4,048.18
Filing Creditor Name and Address:
CITY OF MEMPHIS TN
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address

CITY OF MEMPHIS TN
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Case Number: 08-35653
Docketed Total: $4,048.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,048.18 | | | |

Case Number: 08-35653
Modified Total: $2,902.12

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $2,902.12 | | | | | |

### Claim: 4557

Date Filed: 01/20/2009
Docketed Total: $81,890.07
Filing Creditor Name and Address:
CITY OF MIDLAND A
MUNICIPAL CORPORATION
MIDLAND COUNTY HOSPITAL
DISTRICT MIDLAND
INDEPENDENT SCHOOL
DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address

CITY OF MIDLAND A MUNICIPAL
CORPORATION MIDLAND COUNTY
HOSPITAL DISTRICT MIDLAND
INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: $81,890.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $81,890.07 | | |

Case Number: 08-35653
Modified Total: $66,907.51

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $66,907.51 | | |

### Claim: 4558

Date Filed: 01/20/2009
Docketed Total: $114,278.63
Filing Creditor Name and Address:
CITY OF WACO WACO
INDEPENDENT SCHOOL
DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address

CITY OF WACO WACO
INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: $114,278.63

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $114,278.63 | | |

Case Number: 08-35653
Modified Total: $95,373.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $95,373.37 | | |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 13671<br>Date Filed: 06/26/2009<br>Docketed Total: $67,368.85<br>Filing Creditor Name and Address:<br>CLEAR CREEK INDEPENDENT SCHOOL DISTRICT<br>1235 NORTH LOOP W STE 600<br>HOUSTON, TX 77008 | Claim Holder Name and Address<br>CLEAR CREEK INDEPENDENT SCHOOL DISTRICT<br>1235 NORTH LOOP W STE 600<br>HOUSTON, TX 77008<br><br>Case Number: 08-35653<br>Docketed Total: $67,368.85 | Case Number: 08-35653<br>Modified Total: $49,689.94 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $67,368.85 | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $49,689.94 | | |

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 4553<br>Date Filed: 01/20/2009<br>Docketed Total: $47,108.39<br>Filing Creditor Name and Address:<br>COUNTY OF BRAZOS CITY OF COLLEGE STATION A MUNICIPAL CORPORATION COLLEGE STATION INDEPENDENT SCHOOL DISTRICT<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Holder Name and Address<br>COUNTY OF BRAZOS CITY OF COLLEGE STATION A MUNICIPAL CORPORATION COLLEGE STATION INDEPENDENT SCHOOL DISTRICT<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Case Number: 08-35653<br>Docketed Total: $47,108.39 | Case Number: 08-35653<br>Modified Total: $24,047.40 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $47,108.39 | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $24,047.40 | | |

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 4551<br>Date Filed: 01/20/2009<br>Docketed Total: $41,711.53<br>Filing Creditor Name and Address:<br>COUNTY OF COMAL CITY OF NEW BRAUNFELS A MUNICIPAL CORPORATION COMAL INDEPENDENT SCHOOL DISTRICT FARM ROAD<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Holder Name and Address<br>COUNTY OF COMAL CITY OF NEW BRAUNFELS A MUNICIPAL CORPORATION COMAL INDEPENDENT SCHOOL DISTRICT FARM ROAD<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Case Number: 08-35653<br>Docketed Total: $41,711.53 | Case Number: 08-35653<br>Modified Total: $19,612.41 |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $41,711.53 | | |

| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| | | | | $19,612.41 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 4554**
Date Filed: 01/20/2009
Docketed Total: $11,716.86
Filing Creditor Name and Address:
COUNTY OF DENTON
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address: Case Number: 08-35653
COUNTY OF DENTON
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680
Docketed Total: $11,716.86

Case Number: 08-35653
Modified Total: $5,744.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $11,716.86 | | | | | | $5,744.75 | | |

**Claim: 14131**
Date Filed: 06/30/2009
Docketed Total: $21,678.00
Filing Creditor Name and Address:
COUNTY OF MONTEREY CA
MONTEREY COUNTY TREASURER TAX COLLECTOR
ROMERO LAW FIRM
6516 BRIGHT AVE
WHITTIER, CA 90601

Claim Holder Name and Address: Case Number: 08-35653
COUNTY OF MONTEREY CA
MONTEREY COUNTY TREASURER TAX COLLECTOR
ROMERO LAW FIRM
6516 BRIGHT AVE
WHITTIER, CA 90601
Docketed Total: $21,678.00

Case Number: 08-35653
Modified Total: $1,545.21

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $21,678.00 | | | | | | $1,545.21 | | |

**Claim: 4550**
Date Filed: 01/20/2009
Docketed Total: $49,693.24
Filing Creditor Name and Address:
COUNTY OF TAYLOR CITY OF ABILENE A MUNICIPAL CORPORATION ABILENE INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address: Case Number: 08-35653
COUNTY OF TAYLOR CITY OF ABILENE A MUNICIPAL CORPORATION ABILENE INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680
Docketed Total: $49,693.24

Case Number: 08-35653
Modified Total: $25,734.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $49,693.24 | | | | | | $25,734.73 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 5397   Filed 10/29/09   Entered 10/29/09 13:35:46   Desc Main

Case No. 08-35653 (KRH)                                                Document        Page 19 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13199**
Date Filed: 06/01/2009
Docketed Total: $69,923.83
Filing Creditor Name and Address:
COUNTY OF WILLIAMSON
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address
COUNTY OF WILLIAMSON
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: $69,923.83

Case Number: 08-35653
Modified Total: $65,709.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $69,923.83 | | | | | | $65,709.76 | | | |

**Claim: 7143**
Date Filed: 01/26/2009
Docketed Total: $30,237.49
Filing Creditor Name and Address:
CYPRESS FAIRBANKS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLC
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address
CYPRESS FAIRBANKS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLC
PO BOX 3064
HOUSTON, TX 77253-3064

Case Number: 08-35653
Docketed Total: $30,237.49

Case Number: 08-35653
Modified Total: $21,029.96

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $30,237.49 | | | | | | $21,029.96 | | | |

**Claim: 10279**
Date Filed: 02/13/2009
Docketed Total: $177,301.67
Filing Creditor Name and Address:
DALLAS COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address
DALLAS COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $177,301.67

Case Number: 08-35653
Modified Total: $109,463.99

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $177,301.67 | | | | | | $109,463.99 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 13944<br>Date Filed:   06/30/2009<br>Docketed Total:      $38,355.77<br>Filing Creditor Name and Address:<br>  DESOTO COUNTY MISSISSIPPI<br>  BUTLER SNOW OMARA STEVENS<br>  & CANNADA PLLC<br>  17FL AMSOUTH PLZ<br>  PO BOX 22567<br>  JACKSON, MS 39225-2567 | Claim Holder Name and Address      Case Number:      08-35653<br><br>DESOTO COUNTY MISSISSIPPI      Docketed Total:      **$38,355.77**<br>BUTLER SNOW OMARA STEVENS &<br>CANNADA PLLC<br>17FL AMSOUTH PLZ<br>PO BOX 22567<br>JACKSON, MS 39225-2567<br><br>503(b)(9) / Reclamation / Admin $38,355.77 / Secured / Priority / Unsecured | Case Number:      08-35653<br><br>Modified Total:      **$18,562.34**<br><br><br><br><br><br>503(b)(9) / Reclamation / Admin $18,562.34 / Secured / Priority / Unsecured |
| Claim: 7144<br>Date Filed:   01/26/2009<br>Docketed Total:      $15,831.96<br>Filing Creditor Name and Address:<br>  FORT BEND COUNTY<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  PO BOX 3064<br>  HOUSTON, TX 77253-3064 | Claim Holder Name and Address      Case Number:      08-35653<br><br>FORT BEND COUNTY      Docketed Total:      **$15,831.96**<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>503(b)(9) / Reclamation / Admin $15,831.96 / Secured / Priority / Unsecured | Case Number:      08-35653<br><br>Modified Total:      **$9,492.71**<br><br><br><br><br>503(b)(9) / Reclamation / Admin $9,492.71 / Secured / Priority / Unsecured |
| Claim: 13680<br>Date Filed:   06/26/2009<br>Docketed Total:      $27,654.87<br>Filing Creditor Name and Address:<br>  FORT BEND INDEPENDENT<br>  SCHOOL DISTRICT<br>  1235 NORTH LOOP W STE 600<br>  HOUSTON, TX 77008 | Claim Holder Name and Address      Case Number:      08-35653<br><br>FORT BEND INDEPENDENT      Docketed Total:      **$27,654.87**<br>SCHOOL DISTRICT<br>1235 NORTH LOOP W STE 600<br>HOUSTON, TX 77008<br><br>503(b)(9) / Reclamation / Admin / Secured $27,654.87 / Priority / Unsecured | Case Number:      08-35653<br><br>Modified Total:      **$15,074.20**<br><br><br><br>503(b)(9) / Reclamation / Admin / Secured $15,074.20 / Priority / Unsecured |
| Claim: 13670<br>Date Filed:   06/26/2009<br>Docketed Total:      $3,157.45<br>Filing Creditor Name and Address:<br>  FORT BEND LEVEE<br>  IMPROVEMENT DISTRICT NO 2<br>  1235 NORTH LOOP W STE 600<br>  HOUSTON, TX 77008 | Claim Holder Name and Address      Case Number:      08-35653<br><br>FORT BEND LEVEE IMPROVEMENT      Docketed Total:      **$3,157.45**<br>DISTRICT NO 2<br>1235 NORTH LOOP W STE 600<br>HOUSTON, TX 77008<br><br>503(b)(9) / Reclamation / Admin / Secured $3,157.45 / Priority / Unsecured | Case Number:      08-35653<br><br>Modified Total:      **$1,721.07**<br><br><br><br>503(b)(9) / Reclamation / Admin / Secured $1,721.07 / Priority / Unsecured |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                    Document      Page 21 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

---

**Claim: 6532**
Date Filed: 01/16/2009
Docketed Total:   $23,623.84
Filing Creditor Name and Address:
  FORT WORTH INDEPENDENT
  SCHOOL DISTRICT
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Claim Holder Name and Address
  FORT WORTH INDEPENDENT
  SCHOOL DISTRICT
  PERDUE BRANDON FIELDER
  COLLINS & MOTT LLP
  PO BOX 13430
  ARLINGTON, TX 76094-0430

Case Number:       08-35653
Docketed Total:       $23,623.84

Case Number:       08-35653
Modified Total:       $15,078.91

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $23,623.84 | | | | | | $15,078.91 | | |

---

**Claim: 13681**
Date Filed: 06/26/2009
Docketed Total:   $30,516.23
Filing Creditor Name and Address:
  GALENA PARK INDEPENDENT
  SCHOOL DISTRICT
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

Claim Holder Name and Address
  GALENA PARK INDEPENDENT
  SCHOOL DISTRICT
  1235 NORTH LOOP W STE 600
  HOUSTON, TX 77008

Case Number:       08-35653
Docketed Total:       $30,516.23

Case Number:       08-35653
Modified Total:       $17,306.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $30,516.23 | | | | | | $17,306.60 | | |

---

**Claim: 13350**
Date Filed: 06/15/2009
Docketed Total:   $5,133.19
Filing Creditor Name and Address:
  GASTON COUNTY TAX
  COLLECTOR
  PO BOX 1578
  GASTONIA, NC 28053

Claim Holder Name and Address
  GASTON COUNTY TAX COLLECTOR
  PO BOX 1578
  GASTONIA, NC 28053

Case Number:       08-35653
Docketed Total:       $5,133.19

Case Number:       08-35653
Modified Total:       $896.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $5,133.19 | | | | | | $896.80 | | | |

---

**Claim: 12031**
Date Filed: 03/31/2009
Docketed Total:   $35,475.38
Filing Creditor Name and Address:
  GREGG COUNTY
  MICHAEL W DEEDS & LAURIE A
  SPINDLER
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Claim Holder Name and Address
  GREGG COUNTY
  MICHAEL W DEEDS & LAURIE A
  SPINDLER
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201-2691

Case Number:       08-35653
Docketed Total:       $35,475.38

Case Number:       08-35653
Modified Total:       $20,229.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $35,475.38 | | | | | | $20,229.13 | | |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH   Doc 5397   Filed 10/29/09   Entered 10/29/09 13:35:46   Desc Main
Case No. 08-35653 (KRH)                     Document     Page 22 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 10985<br>Date Filed: 02/04/2009<br>Docketed Total: $27,455.50<br>Filing Creditor Name and Address:<br>HARLINGEN CISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address    Case Number: 08-35653<br><br>HARLINGEN CISD<br>LINEBARGER GOGGAN BLAIR &    Docketed Total: $27,455.50<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA<br>DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $27,455.50 | Case Number: 08-35653<br><br>Modified Total: $14,436.26<br><br><br><br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                       $14,436.26 |
| Claim: 14428<br>Date Filed: 07/01/2009<br>Docketed Total: $335,630.40<br>Filing Creditor Name and Address:<br>HARRIS COUNTY ET AL<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address    Case Number: 08-35653<br><br>HARRIS COUNTY ET AL<br>LINEBARGER GOGGAN BLAIR &    Docketed Total: $335,630.40<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $335,630.40 | Case Number: 08-35653<br><br>Modified Total: $235,270.18<br><br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                       $235,270.18 |
| Claim: 13729<br>Date Filed: 06/30/2009<br>Docketed Total: $12,251.46<br>Filing Creditor Name and Address:<br>HENRICO COUNTY<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | Claim Holder Name and Address    Case Number: 08-35653<br><br>HENRICO COUNTY<br>ASSISTANT COUNTY ATTORNEY    Docketed Total: $12,251.46<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $12,251.46 | Case Number: 08-35653<br><br>Modified Total: $2,464.00<br><br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                       $2,464.00 |
| Claim: 13730<br>Date Filed: 06/30/2009<br>Docketed Total: $593,196.93<br>Filing Creditor Name and Address:<br>HENRICO COUNTY<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | Claim Holder Name and Address    Case Number: 08-35653<br><br>HENRICO COUNTY<br>ASSISTANT COUNTY ATTORNEY    Docketed Total: $593,196.93<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $593,196.93 | Case Number: 08-35653<br><br>Modified Total: $139,138.11<br><br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                       $139,138.11 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Document    Page 23 of 38

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 14035**
Date Filed: 06/30/2009
Docketed Total: $6,677.89
Filing Creditor Name and Address:
  HENRICO COUNTY
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address    Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY    Docketed Total: $6,677.89
PO BOX 90775
HENRICO, VA 23273-0775

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,677.89 | | | |

Case Number: 08-35653
Modified Total: $1,669.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,669.50 | | | |

---

**Claim: 14037**
Date Filed: 06/30/2009
Docketed Total: $17,278.42
Filing Creditor Name and Address:
  HENRICO COUNTY
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address    Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY    Docketed Total: $17,278.42
PO BOX 90775
HENRICO, VA 23273-0775

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $17,278.42 | | | |

Case Number: 08-35653
Modified Total: $4,922.75

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,922.75 | | | |

---

**Claim: 14040**
Date Filed: 06/30/2009
Docketed Total: $24,577.85
Filing Creditor Name and Address:
  HENRICO COUNTY
  ASSISTANT COUNTY ATTORNEY
  PO BOX 90775
  HENRICO, VA 23273-0775

Claim Holder Name and Address    Case Number: 08-35653
HENRICO COUNTY
ASSISTANT COUNTY ATTORNEY    Docketed Total: $24,577.85
PO BOX 90775
HENRICO, VA 23273-0775

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $24,577.85 | | | |

Case Number: 08-35653
Modified Total: $5,295.50

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,295.50 | | | |

---

**Claim: 13385**
Date Filed: 06/15/2009
Docketed Total: $6,996.62
Filing Creditor Name and Address:
  HERNANDO COUNTY FLORIDA
  TAX COLLECTOR
  WILLIAMS MULLEN
  PO BOX 1320
  RICHMOND, VA 23218-1320

Claim Holder Name and Address    Case Number: 08-35653
HERNANDO COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN    Docketed Total: $6,996.62
PO BOX 1320
RICHMOND, VA 23218-1320

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,996.62 | | | |

Case Number: 08-35653
Modified Total: $894.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $894.59 | | | |

---

*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 7259**
Date Filed: 01/28/2009
Docketed Total: $17,427.73
Filing Creditor Name and Address:
HIDALGO COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

Claim Holder Name and Address
HIDALGO COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

Case Number: 08-35653
Docketed Total: $17,427.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $17,427.73 | | |

Case Number: 08-35653
Modified Total: $12,105.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $12,105.27 | | |

---

**Claim: 13682**
Date Filed: 06/26/2009
Docketed Total: $25,568.25
Filing Creditor Name and Address:
HUMBLE INDEPENDENT
SCHOOL DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
HUMBLE INDEPENDENT SCHOOL
DISTRICT
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $25,568.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $25,568.25 | | |

Case Number: 08-35653
Modified Total: $1,775.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,775.25 | | |

---

**Claim: 7414**
Date Filed: 01/14/2009
Docketed Total: $29,842.37
Filing Creditor Name and Address:
IRVING ISD
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address
IRVING ISD
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $29,842.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $29,842.37 | | | |

Case Number: 08-35653
Modified Total: $13,032.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $13,032.18 | | | |

---

**Claim: 13792**
Date Filed: 06/26/2009
Docketed Total: $4,638.06
Filing Creditor Name and Address:
JANET HOLLEY
213 PALAFOX PL
PO BOX 1312
PENSACOLA, FL 32591

Claim Holder Name and Address
ESCAMBIA COUNTY TAX
COLLECTOR
213 PALAFOX PL
PO BOX 1312
PENSACOLA, FL 32591

Case Number: 08-35653
Docketed Total: $4,638.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $4,638.06 | | | |

Case Number: 08-35653
Modified Total: $1,085.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,085.46 | | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 11694**

Date Filed: 02/27/2009

Docketed Total: $99,622.72

Filing Creditor Name and Address:
JEFFERSON COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1148 PARK ST
BEAUMONT, TX 77701-3614

Claim Holder Name and Address
JEFFERSON COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1148 PARK ST
BEAUMONT, TX 77701-3614

Case Number: 08-35653

Docketed Total: $99,622.72

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $99,622.72 | | |

Case Number: 08-35653

Modified Total: $57,407.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $57,407.27 | | |

---

**Claim: 13337**

Date Filed: 06/15/2009

Docketed Total: $2,438.30

Filing Creditor Name and Address:
KITSAP COUNTY TREASURER
ELLY MARTS
614 DIVISION ST
MS 32
PORT ORCHARD, WA 98366-4678

Claim Holder Name and Address
KITSAP COUNTY TREASURER
ELLY MARTS
614 DIVISION ST
MS 32
PORT ORCHARD, WA 98366-4678

Case Number: 08-35653

Docketed Total: $2,438.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,192.34 | | $1,245.96 | |

Case Number: 08-35653

Modified Total: $1,706.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $460.24 | | $1,245.96 | |

---

**Claim: 13628**

Date Filed: 06/26/2009

Docketed Total: $167,612.00

Filing Creditor Name and Address:
LA COUNTY TREASURER AND
TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Holder Name and Address
LA COUNTY TREASURER AND TAX
COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Case Number: 08-35653

Docketed Total: $167,612.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $167,612.00 | | | |

Case Number: 08-35653

Modified Total: $34,342.59

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $34,342.59 | | | |

---

**Claim: 13322**

Date Filed: 06/11/2009

Docketed Total: $22,838.25

Filing Creditor Name and Address:
LEE COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
LEE COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653

Docketed Total: $22,838.25

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $22,838.25 | | | |

Case Number: 08-35653

Modified Total: $2,759.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,759.49 | | | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                  Document      Page 26 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

### Claim: 13579
Date Filed: 06/19/2009
Docketed Total: $24,851.29
Filing Creditor Name and Address:
LEWISVILLE INDEPENDENT
SCHOOL DISTRICT
LAW OFFICES OF ROBERT E
LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Holder Name and Address
LEWISVILLE INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF ROBERT E LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Case Number: 08-35653
Docketed Total: $24,851.29

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $24,851.29 | | | |

Case Number: 08-35653
Modified Total: $14,475.22

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $14,475.22 | | | |

### Claim: 13198
Date Filed: 06/01/2009
Docketed Total: $21,595.55
Filing Creditor Name and Address:
LONGVIEW INDEPENDENT
SCHOOL DISTRICT
MCCREARY VESELKA BRAGG &
ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Claim Holder Name and Address
LONGVIEW INDEPENDENT SCHOOL DISTRICT
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY STE 100
PO BOX 1269
ROUND ROCK, TX 78680

Case Number: 08-35653
Docketed Total: $21,595.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $21,595.55 | | | |

Case Number: 08-35653
Modified Total: $10,911.49

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $10,911.49 | | | |

### Claim: 4647
Date Filed: 01/16/2009
Docketed Total: $40,408.33
Filing Creditor Name and Address:
LUBBOCK CENTRAL APPRAISAL
DISTRICT
PO BOX 817
LUBBOCK, TX 79408

Claim Holder Name and Address
LUBBOCK CENTRAL APPRAISAL DISTRICT
PO BOX 817
LUBBOCK, TX 79408

Case Number: 08-35653
Docketed Total: $40,408.33

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,408.33 | | |

Case Number: 08-35653
Modified Total: $28,404.05

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $28,404.05 | | |

\*     "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

---

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 13325<br>Date Filed: 06/11/2009<br>Docketed Total: $14,728.02<br>Filing Creditor Name and Address:<br>  MANATEE COUNTY FLORIDA<br>  TAX COLLECTOR<br>  WILLIAMS MULLEN<br>  PO BOX 1320<br>  RICHMOND, VA 23218-1320 | Claim Holder Name and Address<br><br>MANATEE COUNTY FLORIDA TAX COLLECTOR<br>WILLIAMS MULLEN<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | Case Number: 08-35653<br><br>Docketed Total: **$14,728.02** | | Case Number: 08-35653<br><br>Modified Total: **$2,771.21** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $14,728.02 | | | | | | $2,771.21 | | | |

---

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 13318<br>Date Filed: 06/11/2009<br>Docketed Total: $5,663.50<br>Filing Creditor Name and Address:<br>  MARION COUNTY FLORIDA TAX<br>  COLLECTOR<br>  WILLIAMS MULLEN<br>  PO BOX 1320<br>  RICHMOND, VA 23218-1320 | Claim Holder Name and Address<br><br>MARION COUNTY FLORIDA TAX COLLECTOR<br>WILLIAMS MULLEN<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | Case Number: 08-35653<br><br>Docketed Total: **$5,663.50** | | Case Number: 08-35653<br><br>Modified Total: **$841.13** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $5,663.50 | | | | | | $841.13 | | | |

---

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|
| Claim: 5263<br>Date Filed: 01/21/2009<br>Docketed Total: $30,234.47<br>Filing Creditor Name and Address:<br>  MCALLEN ISD<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  THE TERRACE II 2700 VIA<br>  FORTUNA DR STE 400<br>  PO BOX 17428<br>  AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>MCALLEN ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Case Number: 08-35653<br><br>Docketed Total: **$30,234.47** | | Case Number: 08-35653<br><br>Modified Total: **$21,000.81** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $30,234.47 | | | | | | $21,000.81 | | | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main

Case No. 08-35653 (KRH)

Document      Page 28 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5244**
Date Filed: 01/21/2009
Docketed Total: $11,726.89
Filing Creditor Name and Address:
MCLENNAN COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRANCE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address    Case Number:    08-35653
MCLENNAN COUNTY    Docketed Total:    $11,726.89
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRANCE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number:    08-35653
Modified Total:    $6,886.46

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $11,726.89 | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $6,886.46 | | | |

**Claim: 4167**
Date Filed: 01/20/2009
Docketed Total: $3,695.85
Filing Creditor Name and Address:
MIDLAND COUNTY TAX OFFICE
PO BOX 50188
MIDLAND, TX 79710

Claim Holder Name and Address    Case Number:    08-35653
MIDLAND COUNTY TAX OFFICE    Docketed Total:    $3,695.85
PO BOX 50188
MIDLAND, TX 79710

Case Number:    08-35653
Modified Total:    $2,281.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,695.85 | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $2,281.84 | | |

**Claim: 7145**
Date Filed: 01/26/2009
Docketed Total: $59,846.59
Filing Creditor Name and Address:
MONTGOMERY COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address    Case Number:    08-35653
MONTGOMERY COUNTY    Docketed Total:    $59,846.59
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Case Number:    08-35653
Modified Total:    $44,639.48

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $59,846.59 | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $44,639.48 | | | |

\*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 4845**
Date Filed: 01/21/2009
Docketed Total: $46,552.83
Filing Creditor Name and Address:
NUECES COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address    Case Number: 08-35653
NUECES COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Docketed Total: $46,552.83

Case Number: 08-35653
Modified Total: $31,901.76

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $46,552.83 | | | | | | $31,901.76 | | | |

**Claim: 13315**
Date Filed: 06/11/2009
Docketed Total: $2,571.85
Filing Creditor Name and Address:
OKALOOSA COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address    Case Number: 08-35653
OKALOOSA COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320
Docketed Total: $2,571.85

Case Number: 08-35653
Modified Total: $418.07

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $2,571.85 | | | | | | $418.07 | | | |

**Claim: 13316**
Date Filed: 06/11/2009
Docketed Total: $38,947.79
Filing Creditor Name and Address:
ORANGE COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address    Case Number: 08-35653
ORANGE COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320
Docketed Total: $38,947.79

Case Number: 08-35653
Modified Total: $4,261.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $38,947.79 | | | | | | $4,261.55 | | | |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                        Document        Page 30 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 13064**
Date Filed: 05/28/2009
Docketed Total: $9,905.78
Filing Creditor Name and Address:
OSCEOLA COUNTY FLORIDA
TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
OSCEOLA COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320
Case Number: 08-35653
Docketed Total: $9,905.78

Case Number: 08-35653
Modified Total: $1,565.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $9,905.78 | | | | | | $1,565.73 | | | |

**Claim: 13162**
Date Filed: 04/13/2009
Docketed Total: $6,560.33
Filing Creditor Name and Address:
OSCEOLA COUNTY TAX
COLLECTOR STATE OF FLORIDA
1021 EAST CARY ST
TWO JAMES CENTER 17TH FL
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
OSCEOLA COUNTY TAX
COLLECTOR STATE OF FLORIDA
1021 EAST CARY ST
TWO JAMES CENTER 17TH FL
PO BOX 1320
RICHMOND, VA 23218-1320
Case Number: 08-35653
Docketed Total: $6,560.33

Case Number: 08-35653
Modified Total: $1,565.73

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $6,560.33 | | | | | | $1,565.73 | | | |

**Claim: 3882**
Date Filed: 01/20/2009
Docketed Total: $42,176.63
Filing Creditor Name and Address:
PALM BEACH COUNTY TAX
COLLECTOR
PO BOX 3715
W PALM BEACH, FL 33402-3715

Claim Holder Name and Address
PALM BEACH COUNTY TAX COLLECTOR
PO BOX 3715
W PALM BEACH, FL 33402-3715
Case Number: 08-35653
Docketed Total: $42,176.63

Case Number: 08-35653
Modified Total: $4,144.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $42,176.63 | | | | | | $4,144.82 | | |

**Claim: 14033**
Date Filed: 06/29/2009
Docketed Total: $4,475.66
Filing Creditor Name and Address:
PIERCE COUNTY BUDGET &
FINANCE
615 S 9TH ST STE 100
TACOMA, WA 98405-4673

Claim Holder Name and Address
PIERCE COUNTY BUDGET &
FINANCE
615 S 9TH ST STE 100
TACOMA, WA 98405-4673
Case Number: 08-35653
Docketed Total: $4,475.66

Case Number: 08-35653
Modified Total: $889.20

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $4,475.66 | | | | | | $889.20 | | |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 14034**
Date Filed: 06/29/2009
Docketed Total: $1,060.69
Filing Creditor Name and Address:
PIERCE COUNTY BUDGET &
FINANCE
615 S 9TH ST STE 100
TACOMA, WA 98405-4673

Claim Holder Name and Address — Case Number: 08-35653
PIERCE COUNTY BUDGET & FINANCE
615 S 9TH ST STE 100
TACOMA, WA 98405-4673
Docketed Total: $1,060.69

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $1,060.69 | | |

Case Number: 08-35653
Modified Total: $498.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $498.52 | | |

---

**Claim: 14083**
Date Filed: 06/30/2009
Docketed Total: $7,000.00
Filing Creditor Name and Address:
PIMA COUNTY
32 N STONE AVE STE 2100
TUCSON, AZ 85701

Claim Holder Name and Address — Case Number: 08-35653
PIMA COUNTY
32 N STONE AVE STE 2100
TUCSON, AZ 85701
Docketed Total: $7,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $7,000.00 | | | |

Case Number: 08-35653
Modified Total: $3,920.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,920.37 | | | |

---

**Claim: 13309**
Date Filed: 06/11/2009
Docketed Total: $17,205.37
Filing Creditor Name and Address:
PINELLAS COUNTY FLORIDA
TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address — Case Number: 08-35653
PINELLAS COUNTY FLORIDA TAX COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320
Docketed Total: $17,205.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $17,205.37 | | | |

Case Number: 08-35653
Modified Total: $1,910.65

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,910.65 | | | |

---

**Claim: 13291**
Date Filed: 06/08/2009
Docketed Total: $8,610.00
Filing Creditor Name and Address:
PLACER COUNTY TAX
COLLECTOR
2976 RICHARDSON DR
AUBURN, CA 95603

Claim Holder Name and Address — Case Number: 08-35653
PLACER COUNTY TAX COLLECTOR
2976 RICHARDSON DR
AUBURN, CA 95603
Docketed Total: $8,610.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $8,610.00 | | |

Case Number: 08-35653
Modified Total: $839.93

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $839.93 | | |

---

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                                    Document        Page 32 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

#### EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED | |
|---|---|---|---|---|

**Claim: 13070**
Date Filed: 05/28/2009
Docketed Total: $8,416.84
Filing Creditor Name and Address:
POLK COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Claim Holder Name and Address
POLK COUNTY FLORIDA TAX
COLLECTOR
WILLIAMS MULLEN
PO BOX 1320
RICHMOND, VA 23218-1320

Case Number: 08-35653
Docketed Total: $8,416.84

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $8,416.84 | | | |

Case Number: 08-35653
Modified Total: $796.34

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $796.34 | | | |

---

**Claim: 13465**
Date Filed: 06/19/2009
Docketed Total: $19,565.27
Filing Creditor Name and Address:
PRINCE GEORGES COUNTY
MARYLAND
6801 KENILWORTH AVE STE 400
RIVERDALE, MD 20737-1385

Claim Holder Name and Address
PRINCE GEORGES COUNTY
MARYLAND
6801 KENILWORTH AVE STE 400
RIVERDALE, MD 20737-1385

Case Number: 08-35653
Docketed Total: $19,565.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $19,565.27 | | | |

Case Number: 08-35653
Modified Total: $1,140.23

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $1,140.23 | | | |

---

**Claim: 6940**
Date Filed: 01/15/2009
Docketed Total: $40,283.60
Filing Creditor Name and Address:
ROCKWALL CAD
LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address
ROCKWALL CAD
LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $40,283.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $40,283.60 | | |

Case Number: 08-35653
Modified Total: $16,776.88

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $16,776.88 | | |

---

**Claim: 7416**
Date Filed: 01/14/2009
Docketed Total: $7,656.15
Filing Creditor Name and Address:
ROCKWALL COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Claim Holder Name and Address
ROCKWALL COUNTY
LINEBARGER BOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201-2691

Case Number: 08-35653
Docketed Total: $7,656.15

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $7,656.15 | | | |

Case Number: 08-35653
Modified Total: $3,188.55

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $3,188.55 | | | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5397    Filed 10/29/09    Entered 10/29/09 13:35:46    Desc Main
Case No. 08-35653 (KRH)                          Document         Page 33 of 38

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 4850**
Date Filed: 01/21/2009
Docketed Total: $31,634.27
Filing Creditor Name and Address:
ROUND ROCK ISD
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
ROUND ROCK ISD
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Docketed Total: $31,634.27

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $31,634.27 | | | |

Case Number: 08-35653
Modified Total: $17,681.80

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $17,681.80 | | | |

---

**Claim: 13381**
Date Filed: 06/15/2009
Docketed Total: $5,160.82
Filing Creditor Name and Address:
SHASTA COUNTY TAX COLLECTOR
PO BOX 99 1830
REDDING, CA 96099-1830

Claim Holder Name and Address
SHASTA COUNTY TAX COLLECTOR
PO BOX 99 1830
REDDING, CA 96099-1830

Case Number: 08-35653
Docketed Total: $5,160.82

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $5,160.82 | | | |

Case Number: 08-35653
Modified Total: $526.58

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $526.58 | | | |

---

**Claim: 6941**
Date Filed: 01/14/2009
Docketed Total: $18,885.42
Filing Creditor Name and Address:
SMITH COUNTY
MICHAEL W DEEDS & LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address
SMITH COUNTY
MICHAEL W DEEDS & LAURIE A SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Case Number: 08-35653
Docketed Total: $18,885.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $18,885.42 | | |

Case Number: 08-35653
Modified Total: $15,754.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $15,754.37 | | |

---

**Claim: 11646**
Date Filed: 02/27/2009
Docketed Total: $3,516.16
Filing Creditor Name and Address:
SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201-4060

Claim Holder Name and Address
SNOHOMISH COUNTY TREASURER
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201-4060

Case Number: 08-35653
Docketed Total: $3,516.16

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $3,516.16 | | |

Case Number: 08-35653
Modified Total: $818.52

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $818.52 | | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

**EXHIBIT B**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|

**Claim: 5202**
Date Filed: 01/21/2009
Docketed Total: $3,955.57
Filing Creditor Name and Address:
SOUTH TEXAS COLLEGE
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address    Case Number: 08-35653
SOUTH TEXAS COLLEGE    Docketed Total: $3,955.57
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Modified Total: $2,747.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $3,955.57 | | | | | | $2,747.53 | | | |

**Claim: 4861**
Date Filed: 01/21/2009
Docketed Total: $1,299.16
Filing Creditor Name and Address:
SOUTH TEXAS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA
FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address    Case Number: 08-35653
SOUTH TEXAS ISD    Docketed Total: $1,299.16
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
THE TERRACE II 2700 VIA FORTUNA
DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

Case Number: 08-35653
Modified Total: $902.39

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $1,299.16 | | | | | | $902.39 | | | |

**Claim: 12322**
Date Filed: 04/22/2009
Docketed Total: $6,148.23
Filing Creditor Name and Address:
SPOKANE COUNTY TREASURER
PO BOX 199
SPOKANE, WA 99210

Claim Holder Name and Address    Case Number: 08-35653
SPOKANE COUNTY TREASURER    Docketed Total: $6,148.23
PO BOX 199
SPOKANE, WA 99210

Case Number: 08-35653
Modified Total: $4,478.32

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $6,148.23 | | | | | | $4,478.32 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 10278**

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | | | | | CLAIM AS REDUCED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 10278<br>Date Filed: 02/13/2009<br>Docketed Total: $165,577.07<br>Filing Creditor Name and Address:<br>TARRANT COUNTY<br>LINEBARGER BOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Claim Holder Name and Address<br><br>TARRANT COUNTY<br>LINEBARGER BOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201-2691 | Case Number: 08-35653<br><br>Docketed Total: $165,577.07 | | | | | Case Number: 08-35653<br><br>Modified Total: $84,733.63 | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$165,577.07 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured<br>$84,733.63 | Priority | Unsecured |
| Claim: 13398<br>Date Filed: 06/16/2009<br>Docketed Total: $148,343.37<br>Filing Creditor Name and Address:<br>TAX APPRAISAL DISTRICT OF<br>BELL COUNTY<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | Claim Holder Name and Address<br><br>TAX APPRAISAL DISTRICT OF BELL<br>COUNTY<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | Case Number: 08-35653<br><br>Docketed Total: $148,343.37 | | | | | Case Number: 08-35653<br><br>Modified Total: $131,466.46 | | | | | |
| | 503(b)(9) | Reclamation | Admin<br>$148,343.37 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin<br>$131,466.46 | Secured | Priority | Unsecured |
| Claim: 11636<br>Date Filed: 02/27/2009<br>Docketed Total: $16,447.21<br>Filing Creditor Name and Address:<br>TAX COLLECTOR HIGHLANDS<br>COUNTY<br>540 S COMMERCE AVE<br>SEBRING, FL 33870 | Claim Holder Name and Address<br><br>TAX COLLECTOR HIGHLANDS<br>COUNTY<br>540 S COMMERCE AVE<br>SEBRING, FL 33870 | Case Number: 08-35653<br><br>Docketed Total: $16,447.21 | | | | | Case Number: 08-35653<br><br>Modified Total: $9,849.53 | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$16,447.21 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured<br>$9,849.53 | Priority | Unsecured |
| Claim: 4218<br>Date Filed: 01/20/2009<br>Docketed Total: $46,811.09<br>Filing Creditor Name and Address:<br>TAXING DISTRICTS COLLECTED<br>BY POTTER COUNTY<br>PO BOX 9132<br>AMARILLO, TX 79105 | Claim Holder Name and Address<br><br>TAXING DISTRICTS COLLECTED BY<br>POTTER COUNTY<br>PO BOX 9132<br>AMARILLO, TX 79105 | Case Number: 08-35653<br><br>Docketed Total: $46,811.09 | | | | | Case Number: 08-35653<br><br>Modified Total: $27,590.99 | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$46,811.09 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured<br>$27,590.99 | Priority | Unsecured |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

### EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | | CLAIM AS REDUCED |
|---|---|---|---|

**Claim: 13677**
Date Filed: 06/26/2009
Docketed Total: $6,447.71
Filing Creditor Name and Address:
THE WOODLANDS METRO
CENTER MUD
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
THE WOODLANDS METRO CENTER MUD
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $6,447.71

Case Number: 08-35653
Modified Total: $4,605.44

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $6,447.71 | | | | | | $4,605.44 | | |

**Claim: 13678**
Date Filed: 06/26/2009
Docketed Total: $16,078.58
Filing Creditor Name and Address:
THE WOODLANDS ROAD
UTILITY DISTRICT NO 1
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Claim Holder Name and Address
THE WOODLANDS ROAD UTILITY DISTRICT NO 1
1235 NORTH LOOP W STE 600
HOUSTON, TX 77008

Case Number: 08-35653
Docketed Total: $16,078.58

Case Number: 08-35653
Modified Total: $11,484.53

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $16,078.58 | | | | | | $11,484.53 | | |

**Claim: 14423**
Date Filed: 06/15/2009
Docketed Total: $121,008.34
Filing Creditor Name and Address:
TRAVIS COUNTY
P O BOX 1748
AUSTIN, TX 78767

Claim Holder Name and Address
TRAVIS COUNTY
P O BOX 1748
AUSTIN, TX 78767

Case Number: 08-35653
Docketed Total: $121,008.34

Case Number: 08-35653
Modified Total: $59,603.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $121,008.34 | | | | | | $59,603.60 | | | |

**Claim: 13686**
Date Filed: 06/01/2009
Docketed Total: $28,853.19
Filing Creditor Name and Address:
TREASURER COUNTY OF
LOUDOUN VIRGINIA
PO BOX 347
MSC NO 31
LEESBURG, VA 20178-0347

Claim Holder Name and Address
TREASURER COUNTY OF LOUDOUN VIRGINIA
PO BOX 347
MSC NO 31
LEESBURG, VA 20178-0347

Case Number: 08-35653
Docketed Total: $28,853.19

Case Number: 08-35653
Modified Total: $24,295.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $23,190.87 | $5,662.32 | | | | | $23,190.87 | $1,104.60 | | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction Of Certain Personal Property Tax Claims) - Adjourned

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| Claim: 13395<br>Date Filed: 06/16/2009<br>Docketed Total: $6,057.92<br>Filing Creditor Name and Address:<br>TREASURER OF ALLEN COUNTY<br>INDIANA<br>927 S HARRISON ST<br>FORT WAYNE, IN 46802 | Claim Holder Name and Address    Case Number: 08-35653<br><br>TREASURER OF ALLEN COUNTY<br>INDIANA<br>927 S HARRISON ST<br>FORT WAYNE, IN 46802    Docketed Total: $6,057.92<br><br>503(b)(9)  Reclamation  Admin $6,057.92  Secured  Priority  Unsecured | Case Number: 08-35653<br><br>Modified Total: $3,947.79<br><br>503(b)(9)  Reclamation  Admin $3,947.79  Secured  Priority  Unsecured |
| Claim: 5328<br>Date Filed: 01/26/2009<br>Docketed Total: $36,850.56<br>Filing Creditor Name and Address:<br>TYLER INDEPENDENT SCHOOL<br>DISTRICT<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007 | Claim Holder Name and Address    Case Number: 08-35653<br><br>TYLER INDEPENDENT SCHOOL<br>DISTRICT<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007    Docketed Total: $36,850.56<br><br>503(b)(9)  Reclamation  Admin  Secured $36,850.56  Priority  Unsecured | Case Number: 08-35653<br><br>Modified Total: $30,741.04<br><br>503(b)(9)  Reclamation  Admin  Secured $30,741.04  Priority  Unsecured |
| Claim: 13627<br>Date Filed: 06/26/2009<br>Docketed Total: $14,336.97<br>Filing Creditor Name and Address:<br>WAKE COUNTY REVENUE<br>DEPARTMENT<br>PO BOX 550<br>RALEIGH, NC 27602-0550 | Claim Holder Name and Address    Case Number: 08-35653<br><br>WAKE COUNTY REVENUE<br>DEPARTMENT<br>PO BOX 550<br>RALEIGH, NC 27602-0550    Docketed Total: $14,336.97<br><br>503(b)(9)  Reclamation  Admin $14,336.97  Secured  Priority  Unsecured | Case Number: 08-35653<br><br>Modified Total: $2,626.04<br><br>503(b)(9)  Reclamation  Admin $2,626.04  Secured  Priority  Unsecured |
| Claim: 10833<br>Date Filed: 02/02/2009<br>Docketed Total: $36,421.95<br>Filing Creditor Name and Address:<br>WICHITA COUNTY<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | Claim Holder Name and Address    Case Number: 08-35653<br><br>WICHITA COUNTY<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307    Docketed Total: $36,421.95<br><br>503(b)(9)  Reclamation  Admin  Secured $36,421.95  Priority  Unsecured | Case Number: 08-35653<br><br>Modified Total: $19,553.58<br><br>503(b)(9)  Reclamation  Admin  Secured $19,553.58  Priority  Unsecured |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT B

| CLAIM TO BE REDUCED | CLAIM AS DOCKETED* | CLAIM AS REDUCED |
|---|---|---|
| | | Total Claims To Be Reduced: 101 |
| | | Total Amount As Docketed:    $4,139,790.69 |
| | | Total Amount As Reduced:    $2,139,436.56 |

\*    "UNL" denotes an unliquidated claim.