IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

    Debtors.

Case No. 08-35653-KRH
Chapter 11
Jointly Administered
Judge Kevin R. Huennekens

/

## RESPONSE BY ADT SECURITY SERVICES, INC. TO DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS WITH INSUFFICIENT SUPPORT) AND REQUEST FOR HEARING

Claimant, ADT SECURITY SERVICES, INC. (hereinafter "ADT") files this Response to Debtors' Forty-Seventh Omnibus Objection to Claims (Disallowance of Certain Claims With Insufficient Support) and Request for Hearing and states as follows:

1. ADT's claim is for post-petition monitoring services provided to various Circuit City store locations pursuant to service agreements.

2. ADT has many invoices and service agreements which support its claim which are available for the Debtors to review.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the parties listed below, by overnight mail, this 26th day of October, 2009.

                            FURR AND COHEN, P.A.
                            Attorneys for ADT
                            2255 Glades Road, Suite 337W
                            Boca Raton, Florida 33431
                            (561) 395-0500
                            (561) 338-7532 - facsimile

                            By _____
                                Alvin S. Goldstein
                                Florida Bar No. 993621
                                agoldstein@furrcohen.com

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher
 & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuirewoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

Chris L. Dickerson, Esquire
Skadden, Aps, Slate, Meagher
 & Flom, LLP
155 North Wacker Drive
Chicago, IL  60606

H:\LIBRARY\LITIGATION\Sensormatic_ Circuit City 09-025\PLD\Response to Objection to Claim #6314.doc