Form 210A (10/06)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__

In re __Circuit City Stores, Inc.__,    Case No. __08-35653__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Wells Fargo Bank Northwest, NA__
Name of Transferee

__AWE - Ocala, Ltd.__
Name of Transferor

Name and Address where notices to transferee should be sent: 299 South Main Street
12th Floor
Salt Lake City, UT 84111
ATTN: Krystal Bagshaw

Court Claim # (if known): __12416__
Amount of Claim: __709,411.98__
Date Claim Filed: __4/29/09__

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ B. Webb King__    Date: __October 28, 2009__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.