IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                   Chapter 11 (Jointly administered)

Debtors,

### AMENDED MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

Site A, LLC, a Colorado limited liability company, successor in interest to JP Thornton, LLC, a Colorado limited liability company ("Site A"), by counsel and pursuant to Rules 3002 and 9014 of the Federal Rules of Bankruptcy Procedure, requests the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("Bankruptcy Court"), to enter an order allowing the Proof of Claim (as this term is defined in paragraph 6).

1. On November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc., et al. (collectively the "Debtor") filed a voluntary petition pursuant to Chapter 11 of the Title 11 of the United States Code (the "Bankruptcy Code").

2. As set forth in the Second Amended Motion of Site A, LLC for the Payment of Administrative Expense Claim (Docket No. 5228), the Debtor owes Site A the amount of $237,356.10 as an administrative claim.

3. The administrative claim payments have been partially paid by the Debtor. The prepetition real estate tax claim in the amount of $124,084.00 has been disallowed by the Debtor.

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tele: (757) 491-4000
Fax: (757) 491-4020
*Counsel for Site A, LLC, a colorado limited liability company,*
*successor in interest to JP Thornton, LLC, a Colorado limited liability company*

David J. Dansky, Esq.
Chambers Dansky & Mulvahill, LLC
1601 Blake Street #500
Denver, Colorado 80202
Tele: (303) 825-2222
Fax: (303) 825-4010

4. Accordingly, Site A has a previously filed a Motion to Allow the Late Filing of a Proof of Claim in the amount of $1,274,281.04, which must be amended to include the $124,084.00 tax claim, for a total amount due of $1,398,365.04 plus interest.

5. Site A should be allowed to file a Proof of Claim for an unsecured claim in the amount of $1,398,365.04.

6. This motion serves as a memorandum of points and authorities as required by LBR 9013-1(G)(1) of the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Virginia.

**WHEREFORE**, Site A, LLC prays that it be allowed to file a Proof of Claim for an unsecured claim in the amount of $1,398,365.04 and be granted such other relief as deemed appropriate under the circumstances.

Dated: October 30, 2009

                                                  SITE A, LLC

                                      By: _/s/ Ann K. Crenshaw_____
                                                Of Counsel

Ann K. Crenshaw, Esq. (VSB No. 19538)
Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451
Tele: (757) 491-4000
*Counsel for Site A, LLC, a Colorado limited liability company, successor in interest to JP Thornton, LLC, a Colorado limited liability company*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Motion to Allow Late Filing of Proof of Claim was sent first-class, postage prepaid U.S. Mail, on this 30th day of October, 2009, to:

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, VA 23233

*Debtors*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510

*Counsel for the Debtors*

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, DE 19899

*Counsel for the Debtors*

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the United States Trustee for
The Eastern District of Virginia, Richmond Division*

3

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

    *Special Counsel for Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Robert J. Feinstein, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017

    *Counsel for the Creditors Committee*

and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

                                                                                          */s/ Ann K. Crenshaw*

::ODMA\PCDOCS\DOCSVB\8344082\1