Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
          Debtors.             : Jointly Administered
- - - - - - - - - - - - - - - x

     **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
       NOVEMBER 3, 2009 AT 11:00 A.M. (EASTERN)**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
November 3, 2009 beginning at 11:00 a.m. (Eastern).

**I.   RESOLVED/WITHDRAWN MATTERS**

1.   Second Amended Motion of Site A, LLC for Payment of
     Administrative Expense Claim (Docket No. 5228)

     Related
     Documents:

     a.   Motion of Site A, LLC for Payment of
          Administrative Expense Claim (Docket No. 3052)

     b.   Amended Motion of Site A, LLC for Payment of
          Administrative Expense Claim (Docket No. 3468)

     c.   Notice of Motion and Hearing (Docket No. 5229)

     Objection
     Deadline:       June 16, 2009 at 4:00 p.m., extended
                     until November 30, 2009 at 4:00 p.m. for
                     the Debtors

     Objections/
     Responses
     Filed:          None

     Status:         This matter has been resolved.

**II.  CONTINUED/ADJOURNED MATTERS**

2.   Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property
     Leases and (C) Lease Rejection Procedures (Docket No.
     1946)

     Related
     Documents:

     a.   Notice of Hearing (Docket No. 1947)

b.    Order under Bankruptcy Code Sections 105, 363, and
      265 (I) Approving Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases, (II) Setting Sale Hearing Dates and (III)
      Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free
      and Clear of All Interests, (B) Assumption and
      Assignment of Certain Unexpired Nonresidential
      Real Property Leases and (C) Lease Rejection
      Procedures (Docket No. 2242)

c.    Notice of February Lease Bid Deadline, Auction
      Date and Related Objection Deadline and Sale
      Hearing Date (Docket No. 2245)

d.    Supplemental Order Under Bankruptcy Code Sections
      105, 363, and 365 Approving Amended Bid Deadline
      in Connection with Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
      Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
      (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Supplemental Cure Schedule (Docket No. 2421)

i.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure

Amounts Associated Therewith (Docket No. 2480)

Related
Document:

i.    Debtors' Reply to Objection of 444
      Connecticut, LLC to Debtors' Proposed Cure
      Amount (Docket No. 4151)

Status:        This matter has been adjourned to
               November 23, 2009 at 10:00 a.m.

3.    Motion of Sony Pictures Home Entertainment Inc. for
      Entry of Order Allowing Administrative Expenses
      Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
      and 507(a)(2) (Docket No. 2294)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2295)

      Objection
      Deadline:      April 20, 2009 at 4:00 p.m., extended
                     for the Debtors until November 16, 2009
                     at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter has been adjourned to
                     November 23, 2009 at 10:00 a.m.

4.    Application of Infogain Corporation for Allowance and
      Payment of Administrative Expense Priority Claim
      (Docket No. 3286)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:      May 21, 2009 at 5:00 p.m., extended for

the Debtors until July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection To Application Of
      Infogain Corporation For Allowance And Payment Of
      Administrative Expense Priority Claim (Docket No.
      4130)

Status:        This matter has been resolved pending
               completion and filing of the settlement
               documentation.  This matter has been
               adjourned to November 23, 2009 at 10:00
               a.m.

5.   Debtors' Objection to Claim of Panasonic Corporation of
     North America (Claim No. 1254) (Docket No. 4630)

     Objection
     Deadline:      September 25, 2009 at 4:00 p.m.,
                    extended until November 13, 2009 at 4:00
                    p.m. for Panasonic Corporation

     Objections/
     Responses
     Filed:         None at the time of filing this agenda

     Status:        This matter has been adjourned to
                    November 23, 2009 at 10:00 a.m.

6.   Motion of OmniMount Systems, Inc. for Reconsideration
     of the Court's August 20, 2009 Order on the Debtors'
     Twentieth Omnibus Objection for the Purpose of Vacating
     the Reclassification of OmniMount Systems, Inc.'s
     503(B)(9) Claim (Docket No. 5010)

     Related
     Documents:

     a.    Order On Debtors' Twentieth Omnibus Objection To
           Claims (Reclassified To Unsecured Claims Of
           Certain Claims Filed As 503 (B) (9) Claims For

Goods Received By The Debtors Not Within Twenty
Days Of The Commencement Of The Case (Docket No.
4576)

b.    Notice of Motion and Hearing (Docket No. 5012)

c.    Exhibits A and B to Motion of OmniMount Systems,
      Inc. for Reconsideration (Docket No. 5014)

Objection
Deadline:        October 8, 2009 at 4:00 p.m., extended
                 until November 30, 2009 at 4:00 p.m. for
                 the Debtors

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 December 7, 2009 at 2:00 p.m.

7.    Notice of Motion and Hearing for Motion for Entry of an
      Order Granting Allowance and Compelling Payment of
      Administrative Expense Claim, by Mad Cow International
      Group Limited (Docket No. 5197)

      Related
      Documents:

      a.    Memorandum of Points and Authorities in Support of
            Motion for Entry of an Order Granting Allowance
            and Compelling Payment of Administrative Expense
            Claim (Docket No. 5196)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m., extended
                       until November 30, 2009 at 4:00 p.m. for
                       the Debtors

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to
                       December 7, 2009 at 2:00 p.m.

8.    Motion to Allow Late Filing of Proof of Claim, by Site
      A, LLC (Docket No. 5310)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 5311)

      Objection
      Deadline:      October 27, 2009 at 5:00 p.m., extended
                     until November 30, 2009 at 4:00 p.m. for
                     the Debtors

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter has been adjourned to
                     December 7, 2009 at 2:00 p.m.

## III. UNCONTESTED MATTERS

9.    Debtors' Third Motion for an Order Under 11 U.S.C.
      Section 105(a) and Fed. R. Bankr. P. 9006(b) Further
      Extending the Time Period Within Which the Debtors May
      Remove Actions Pursuant to 28 U.S.C. Section 1452 and
      Fed. R. Bankr. P. 9027 (Docket No. 5185)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 5186)

      Objection
      Deadline:      October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None

      Status:        This matter is going forward.

**IV.  CONTESTED MATTERS**

10.  Debtors' Objection to Certain General Unsecured Claims
     for Voting Purposes Only (Docket No. 5022)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Response of International Business Machines
           Corporation to Debtors' Objection to Certain
           General Unsecured Claims for Voting Purposes Only
           (Docket No. 5348)

     b.    Response of LG Electronics USA, Inc. (Claim
           Numbers 1261 and 13233) to Debtors' Objection to
           Certain General Unsecured Claims for Voting
           Purposes Only and Withdrawal of Claim Number 14211
           (Docket No. 5354)

     c.    Response of Inland Southwest Management, LLC to
           Debtors' Objection to Certain General Unsecured
           Claims for Voting Purposes Only (Docket No. 5374)

     d.    Visiontek Products, LLC Response in Opposition to
           Debtors' Objection to Certain General Unsecured
           Claims for Voting Purposes Only (Docket No. 5381)

     Status:          This matter is going forward.

11.  Debtors' Motion for Entry of Order Pursuant to
     Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
     and Bankruptcy Rules 4001 and 6006, and Local
     Bankruptcy Rule 4001 (I) Authorizing Rejection of
     Surety Bonds, (II) Modifying the Automatic Stay for the
     Limited Purpose of Allowing Safeco Insurance Company of
     America to Commence Cancellation of Surety Bonds, (III)
     Establishing Surety Bond Claim Deadline, and (IV)
     Granting Related Relief (Docket No. 5114)

     Objection
     Deadline:        October 7, 2009 at 4:00 p.m., extended

until October 28, 2009 at 4:00 p.m. for
Safeco Insurance Company

Objections/
Responses
Filed:

a.    Response of United States Customs and Border
Protection to Debtors' Motion (Docket No. 5386)

b.    Safeco Insurance Company of America's Objection to
Debtors' Motion (Docket No. 5390)

Status:        This matter is going forward.

12.    Samsung Electronics America, Inc.'s Motion for an
Expedited Hearing on Samsung Electronics America,
Inc.'s Motion for Shortened Response Time to
Interrogatories and Request for Production of Documents
(Docket No. 5313)

Related
Documents:

a.    Notice of Motions and Hearing (Docket No. 5314)

b.    Notice of Rescheduled Hearing (Docket No. 5329)

Objection
Deadline:        October 30, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Debtors' Objection to Samsung
Electronics America, Inc.'s (I) Motion
for a Shortened Response Time to
Interrogatories and Request of
Production of Documents, and (II) Motion
for an Expedited Hearing (Docket No.
5407)

Status:        This matter is going forward.

13.    Samsung Electronics America, Inc.'s Motion for a
Shortened Response Time to Interrogatories and Request

for Production of Documents (Docket No. 5312)

Related
Documents:

a.    Samsung Electronics America, Inc.'s Motion for an
      Expedited Hearing on Samsung Electronics America,
      Inc.'s Motion for Shortened Response Time to
      Interrogatories and Request for Production of
      Documents (Docket No. 5313)

b.    Notice of Motions and Hearing (Docket No. 5314)

c.    Notice of Rescheduled Hearing (Docket No. 5329)

Objection
Deadline:        October 30, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Debtors' Objection to Samsung
                 Electronics America, Inc.'s (I) Motion
                 for a Shortened Response Time to
                 Interrogatories and Request of
                 Production of Documents, and (II) Motion
                 for an Expedited Hearing (Docket No.
                 5407)

Status:          This matter is going forward.

## V.    ADVERSARY PROCEEDING

14.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Sirius XM Radio, Inc.</u>), Adversary No. 09-3167 (KRH))

      Response
      Deadline:        September 24, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Answer and Counterclaim, by Sirius XM
                       Radio Inc. (Docket No. 6)

      Status:          The pre-trial conference on this matter
                       has been adjourned to December 7, 2009
                       at 2:00 p.m.

15.   Motion to Dismiss Counterclaim Pursuant to Federal Rule
      of Civil Procedure 12(b)(6) (Docket No. 8) (<u>Circuit
      City Stores, Inc. v. Sirius XM Radio, Inc.</u>), Adversary
      No. 09-3167 (KRH))

      Related
      Documents:

      a.    Answer and Counterclaim, by Sirius XM Radio Inc.
            (Docket No. 6)

      b.    Notice of Motion and Hearing (Docket No. 9)

      Response
      Deadline:        October 27, 2009 at 4:00 p.m., extended
                       to November 30, 2009 at 4:00 p.m. for
                       Sirius XM Radio, Inc.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to
                       December 7, 2009 at 2:00 p.m.

**VI.   OMNIBUS CLAIM OBJECTIONS – ADJOURNED MATTERS**

16.   Debtors' Thirtieth Omnibus Objection to Claims
      (Disallowance of Certain Claims for Wages and
      Compensation) (Docket No. 4583)

      Related
      Documents:

      a.    Notice of Objection and Hearing (Docket No. 4584)

      b.    Order on Debtors' Thirtieth Omnibus Objection to
            Claims (Disallowance of Certain Claims for Wages
            and Compensation) (Docket No. 5191)

      Objection
      Deadline:        September 15, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    December 7, 2009 at 2:00 p.m.

17.  Debtors' Thirty-First Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     4585)

     Related
     Documents:

     a.    Order on Debtors' Thirty-First Omnibus Objection
           to Claims (Disallowance of Certain Legal Claims)
           (Docket No. 5294)

     Objection
     Deadline:           September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:              See attached Exhibit A.

     Status:             An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned to
                         December 7, 2009 at 2:00 p.m.

18.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Third Omnibus Objection
           to Claims (Modification and/or Reclassification of
           Certain Claims) (Docket No. 5192)

     Objection
     Deadline:           September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

  Status:         An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  December 7, 2009 at 2:00 p.m.

19.  Debtors' Thirty-Fourth Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 4598)

     Related
     Documents:

     a.   Order On Debtors' Thirty-Fourth Omnibus Objection
          To Claims (Modification Of Certain Duplicate
          503(b)(9) Claims) (Docket No. 5385)

     Objection
     Deadline:        September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

       Status:        An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      December 7, 2009 at 2:00 p.m.

20.  Debtors' Thirty-Fifth Omnibus Objection to Claims
     (Disallowance of (I) Certain Amended Claims; and (II)
     Certain Duplicate Claims) (Docket No. 4599)

     Related
     Documents:

     a.   Order On Debtors' Thirty-Fifth Omnibus Objection
          To Claims (disallowance of (I) certain amended
          claims; and (II) certain duplicate claims) (Docket

No. 5396)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 December 7, 2009 at 2:00 p.m.

21.  Debtors' Thirty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Claims Relating to Short Term
     Incentive Plan) (Docket No. 4600)

     Related
     Documents:

     a.   Order on Debtors' Thirty-Sixth Omnibus Objection
          to Claims (Disallowance of Certain Claims Relating
          to Short Term Incentive Plan) (Docket No. 5193)

     Objection
     Deadline:        September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

     Status:          An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      December 7, 2009 at 2:00 p.m.

**VII.  OMNIBUS CLAIM OBJECTIONS – STATUS CONFERENCE MATTERS**

22.  Debtors' Forty-Second Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5015)

     Objection

Deadline:            October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A</u>.

Status:              The status hearing is going forward with
                     respect to those claims for which a
                     response was filed. **Those parties who
                     filed a response do not need to appear
                     at the hearing. Such parties' rights
                     will not be affected at this hearing.**
                     The status hearing will be adjourned to
                     December 7, 2009 at 2:00 p.m. for anyone
                     who filed a response. The Debtors will
                     submit a revised form of order granting
                     the relief sought in the objection with
                     respect to those claims for which no
                     response was received.

23.   Debtors' Forty-Third Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5016)

      Objection
      Deadline:            October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:               See attached <u>Exhibit A</u>.

      Status:              The status hearing is going forward with
                           respect to those claims for which a
                           response was filed. **Those parties who
                           filed a response do not need to appear
                           at the hearing. Such parties' rights
                           will not be affected at this hearing.**
                           The status hearing will be adjourned to
                           December 7, 2009 at 2:00 p.m. for anyone
                           who filed a response. The Debtors will
                           submit a revised form of order granting
                           the relief sought in the objection with
                           respect to those claims for which no
                           response was received.

24.  Debtors' Forty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Duplicative Claims) (Docket
     No. 5017)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          The status hearing is going forward with
                      respect to those claims for which a
                      response was filed.  **Those parties who
                      filed a response do not need to appear
                      at the hearing. Such parties' rights
                      will not be affected at this hearing.**
                      The status hearing will be adjourned to
                      December 7, 2009 at 2:00 p.m. for anyone
                      who filed a response. The Debtors will
                      submit a revised form of order granting
                      the relief sought in the objection with
                      respect to those claims for which no
                      response was received.

25.  Debtors' Forty-Fifth Omnibus Objection to Claims
     (Disallowance of Certain Claims that Were Fully
     Satisfied Postpetition and Modification of Certain
     Claims that Were Partially Satisfied Postpetition)
     (Docket No. 5018)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          The status hearing is going forward with
                      respect to those claims for which a
                      response was filed.  **Those parties who
                      filed a response do not need to appear
                      at the hearing. Such parties' rights
                      will not be affected at this hearing.**
                      The status hearing will be adjourned to

16

December 7, 2009 at 2:00 p.m. for anyone
who filed a response. The Debtors will
submit a revised form of order granting
the relief sought in the objection with
respect to those claims for which no
response was received.

26.   Debtors' Forty-Sixth Omnibus Objection to Claims
      (Modification of Certain Duplicate Claims) (Docket No.
      5019)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          The status hearing is going forward with
                       respect to those claims for which a
                       response was filed. **Those parties who
                       filed a response do not need to appear
                       at the hearing. Such parties' rights
                       will not be affected at this hearing.**
                       The status hearing will be adjourned to
                       December 7, 2009 at 2:00 p.m. for anyone
                       who filed a response. The Debtors will
                       submit a revised form of order granting
                       the relief sought in the objection with
                       respect to those claims for which no
                       response was received.

27.   Debtors' Forty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Claims with Insufficient
      Support) (Docket No. 5020)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          The status hearing is going forward with
                       respect to those claims for which a

response was filed. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The status hearing will be adjourned to December 7, 2009 at 2:00 p.m. for anyone who filed a response. The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was received.

**VIII.   OMNIBUS CLAIM OBJECTIONS – CONTESTED MATTERS GOING FORWARD**

28.   Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Claims (Docket No. 3525)

Related
Documents:

a.   Amended Notice of Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Claims (Docket No. 3715)

b.   Order on Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Claims (Docket No. 4403)

c.   Notice of Hearing on the Merits on Debtors' Pending Omnibus Objections to Reclassify Certain Qualified Pension Plan Claims and Responses Thereto (Docket No. 5223)

Objection
Deadline:       July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         This matter is going forward on the merits with respect to certain claimants identified on Exhibit A.

18

29.    Debtors' Twelfth Omnibus Objection to Certain Qualified
       Pension Plan Claims and 401(k) Claims (Docket No. 3526)

       Related
       Documents:

       a.    Amended Notice of Debtors' Twelfth Omnibus
             Objection to Certain Qualified Pension Plan Claims
             and 401(k) Claims (Docket No. 3718)

       b.    Order on Debtors' Twelfth Omnibus Objection to
             Certain Qualified Pension Plan Claims and 401(k)
             Claims (Docket No. 4405)

       c.    Notice of Hearing on the Merits on Debtors'
             Pending Omnibus Objections to Certain Qualified
             Pension Plan Claims and 401(k) Plan Claims and
             Responses Thereto (Docket No. 5223)

       Objection
       Deadline:       July 16, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:          See attached Exhibit A.

       Status:         This matter is going forward on the
                       merits with respect to certain claimants
                       identified on Exhibit A.

30.    Debtors' Fifteenth Omnibus Objection to Claims
       (Reclassification of Claims Filed By Equity Holders to
       Interests) (Docket No. 3676)

       Related
       Documents:

       a.    Order on Debtors' Fifteenth Omnibus Objection to
             Claims (Reclassification of Claims Filed By Equity
             Holders to Interests) (Docket No. 4445)

       b.    Notice of Hearing on the Merits on Debtors'
             Pending Omnibus Objections to Reclassify Certain
             Claims Filed by Equity Holders to Interests and

Responses Thereto (Docket No. 5222)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          This matter is going forward on the
                 merits with respect to certain claimants
                 identified on <u>Exhibit A</u>.

31.  Debtors' Sixteenth Omnibus Objection to Claims
     (Reclassification of Claims Filed By Equity Holders to
     Interests) (Docket No. 3677)

     Related
     Documents:

     a.   Order on Debtors' Sixteenth Omnibus Objection to
          Claims (Reclassification of Claims Filed By Equity
          Holders to Interests) (Docket No. 4444)

     b.   Notice of Hearing on the Merits on Debtors'
          Pending Omnibus Objections to Reclassify Certain
          Claims Filed by Equity Holders to Interests and
          Responses Thereto (Docket No. 5222)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

     Status:          This matter is going forward on the
                      merits with respect to certain claimants
                      identified on <u>Exhibit A</u>.

32.  Debtors' Seventeenth Omnibus Objection to Claims
     (Reclassification of Claims Filed By Equity Holders to
     Interests) (Docket No. 3678)

     Related

Documents:

a.    Order on Debtors' Seventeenth Omnibus Objection to
      Claims (Reclassification of Claims Filed By Equity
      Holders to Interests) (Docket No. 4447)

b.    Notice of Hearing on the Merits on Debtors'
      Pending Omnibus Objections to Reclassify Certain
      Claims Filed by Equity Holders to Interests and
      Responses Thereto (Docket No. 5222)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          This matter is going forward on the
                 merits with respect to certain claimants
                 identified on Exhibit A.

33.   Debtors' Eighteenth Omnibus Objection to Claims
      (Reclassification of Claims Filed By Equity Holders to
      Interests) (Docket No. 3679)

Related
Documents:

a.    Order on Debtors' Eighteenth Omnibus Objection to
      Claims (Reclassification of Claims Filed By Equity
      Holders to Interests) (Docket No. 4448)

b.    Notice of Hearing on the Merits on Debtors'
      Pending Omnibus Objections to Reclassify Certain
      Claims Filed by Equity Holders to Interests and
      Responses Thereto (Docket No. 5222)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          This matter is going forward on the
                 merits with respect to certain claimants
                 identified on Exhibit A.

34.  Debtors' Thirty-Second Omnibus Objection to Claims
     (Reclassification of Certain Claims Filed by Equity
     Holders to Interests) (Docket No. 4587)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Second Omnibus Objection
           to Claims (Reclassification of Certain Claims
           Filed by Equity Holders to Interests) (Docket No.
           5190)

     b.    Notice of Hearing on the Merits on Debtors'
           Pending Omnibus Objections to Reclassify Certain
           Claims Filed by Equity Holders to Interests and
           Responses Thereto (Docket No. 5222)

     Objection
     Deadline:        September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          This matter is going forward on the
                      merits with respect to certain claimants
                      identified on Exhibit A.

35.  Debtors' Thirty-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Qualified Pension Plan and
     401(k) Claims) (Docket No. 4880)

     Related
     Documents:

     a.    Notice of Hearing on the Merits of Responses to
           the Debtors' Thirty-Eighth Omnibus Objection to
           Certain Qualified Pension Plan Claims and 401(k)
           Plan Claims (Docket No. 5300)

Objection
Deadline:         October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           This matter is going forward on the
                  merits with respect to certain claimants
                  identified on <u>Exhibit A</u>.


Dated: October 30, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    – and –

                            SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM LLP
                            Chris L. Dickerson, Esq.
                            155 N. Wacker Drive, Suite 2700
                            Chicago, Illinois 60606-2700
                            (312) 407-0700

                                    – and –

                            MCGUIREWOODS LLP


                            <u>/s/ Douglas M. Foley        </u>.
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

\10122888