## EXHIBIT A

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 11 | Bobby G. Wilson | 3638 | **This hearing is going forward on the merits.** |
| 11 | Johnny L. Ferguson | 3646 | **This hearing is going forward on the merits.** |
| 11 | Erica and Jerome Randolph | 3784 | **This hearing is going forward on the merits.** |
| 11 | Aubina Yates | 3884 | **This hearing is going forward on the merits.** |
| 11 | Marcea Wolfe | 3931 | **This hearing is going forward on the merits.** |
| 11 | August E. Spalding | 4021 | **This hearing is going forward on the merits.** |
| 11 | Robert F. Koesel | 4067 | **This hearing is going forward on the merits.** |
| 11 | Michael Tucker | 4082 | **This hearing is going forward on the merits.** |
| 11 | James H. Morton | 4137 | **This hearing is going forward on the merits.** |
| | | | |
| 12 | Maria-Teresa Turner | 3783/ 4052 | **This hearing is going forward on the merits.** |
| 12 | Rick Sharp | 3810 | **This hearing is going forward on the merits.** |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the November 3, 2009 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 12 | Victoria G. Moore | 3881 | **This hearing is going forward on the merits.** |
| 12 | Nancy Darling | 3882 | **This hearing is going forward on the merits.** |
| 12 | Alexander M. Russell | 3888 | **This hearing is going forward on the merits.** |
| 12 | Julia M. Given | 3895 | **This hearing is going forward on the merits.** |
| 12 | Carole Shook | 3909 | **This hearing is going forward on the merits.** |
| 12 | Anna Maccanelli | 3910 | **This hearing is going forward on the merits.** |
| 12 | Mary Ella Holm | 4018 | **This hearing is going forward on the merits.** |
| 12 | Susan M. Johnson | 3892/ 4023 | **This hearing is going forward on the merits.** |
| 12 | Richard Thompson | 4054 | **This hearing is going forward on the merits.** |
| 12 | Normand C. Dionne | 4083 | **This hearing is going forward on the merits.** |
| 12 | Christopher Borglin | 4150 | **This hearing is going forward on the merits.** |
| 12 | Paul Schaapman | 4150 | **This hearing is going forward on the merits.** |
| 12 | Phyllis M Pearson | 4150 | **This hearing is going forward on the merits.** |
| 12 | Hilton Ellis Epps Sr. | 4150 | **This hearing is going forward on the merits.** |
| 12 | Rebecca Hylton DeCamps | 4150 | **This hearing is going forward on the merits.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 12 | Sharon Joyce Savary | 4190 | **This hearing is going forward on the merits.** |
| 12 | Ken Hill | N/A | **This hearing is going forward on the merits.** |
| 12 | Ricardo R. Gomez | N/A | **This hearing is going forward on the merits.** |
| | | | |
| 15 | Donald F. & Rebecca A. Peterson | 3899 | **This hearing is going forward on the merits.** |
| 15 | Cynda Ann Berger | 3934 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 15 | Derek Laumbach | 3987 | **This hearing is going forward on the merits.** |
| 15 | Edwin Ellis | 4001 | **This hearing is going forward on the merits.** |
| 15 | Bruce Davis | 4030 | **This hearing is going forward on the merits.** |
| 15 | Tony Esposito | 4053 | **This hearing is going forward on the merits.** |
| 15 | Robert J. Appleby | 4055 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 15 | George T. Bentzen | 4131 | **This hearing is going forward on the merits.** |
| 15 | Allan M. Anderson | 4140 | **This hearing is going forward on the merits.** |
| 15 | Gary Kurzenhauser | 4147 | **This hearing is going forward on the merits.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 15 | Cecil M. Booker Family Trust | 4181 | **This hearing is going forward on the merits.** |
| 15 | Steven F. Draxler | 4184 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| | | | |
| 16 | Herman and Marion Gallati | 3996 | **This hearing is going forward on the merits.** |
| 16 | Muriel To Yang | 4015 | **This hearing is going forward on the merits.** |
| 16 | James Shober | 4031 | **This hearing is going forward on the merits.** |
| 16 | Nancy E. Mirshah, Hassan Mirshah | 4033 | **This hearing is going forward on the merits.** |
| 16 | John H. Davis-El | 4039 | **This hearing is going forward on the merits.** |
| 16 | Lourena Pruett Cole Irrevocable Trust | 4056 | **This hearing is going forward on the merits.** |
| 16 | Jean Theodule | 4070 | **This hearing is going forward on the merits.** |
| 16 | Benjamin R. Knighton | 4071 | **This hearing is going forward on the merits.** |
| 16 | Delores I. Louchak, Louis A. Louchak | 4072 | **This hearing is going forward on the merits.** |
| 16 | Robert E. Kniesche | 4084 | **This hearing is going forward on the merits.** |
| 16 | Karen L. Buckley | 4086 | **This hearing is going forward on the merits.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 16 | James Lubary | 4101 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 16 | Juanita Atwood, James W. Atwood | 4153 | **This hearing is going forward on the merits.** |
| | | | |
| 17 | Virginia V. Phillips | 3929 | **This hearing is going forward on the merits.** |
| 17 | Seth Kranz | 3932 | **This hearing is going forward on the merits.** |
| 17 | Anna L. Ubben | 3978 | **This hearing is going forward on the merits.** |
| 17 | Pauline B. Griskey, Richard G. Griskey | 4028 | **This hearing is going forward on the merits.** |
| 17 | Shirley A. Munselle | 4029 | **This hearing is going forward on the merits.** |
| 17 | Andrea Wright | 4032 | **This hearing is going forward on the merits.** |
| 17 | Richard Smith | 4038 | **This hearing is going forward on the merits.** |
| 17 | Thomas Tecza | 4068 | **This hearing is going forward on the merits.** |
| 17 | Susan Grace Strickland | 4069/ 4182/ 4378 | **This hearing is going forward on the merits.** |
| 17 | Rhonda S. Johnson | 4087 | **This hearing is going forward on the merits.** |
| 17 | Joan M. Keller, Raymond E. Keller | 4088 | **This hearing is going forward on the merits.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 17 | Regina J. Cody | 4109 | **This hearing is going forward on the merits.** |
| 17 | Youde Wang | 4134 | **This hearing is going forward on the merits.** |
|  |  |  |  |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | David J. Cacciotti | 4825 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Barbara Raelyn Harris | 4827 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Stephen Saunders | 4838 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Kristy Sueler | 4836 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Brad C. King | 4841 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Marius Tataru | 4960 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Jeffrey Agee | 4966 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Nicole Cervanyk | 4967 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Jonathan Card | 4823/ 4943 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Franklin Wilson | 4963 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| | | | |
| 32 | Vincent R. Rhynes | 4835 | **This hearing is going forward on the merits.** |
| 32 | Elizabeth R. Warren | 4908 | **This hearing is going forward on the merits.** |
| 32 | Steven Draxler | 4964 | **This hearing is going forward on the merits.** |
| | | | |
| 33 | SCC San Angelo Partners, LLC | N/A | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Cyndi Ann Haines | 4829 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Boston Acoustics, Inc. | 4850 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Amore Construction Company | 4947 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| | | | |
| 34 | Motorola, Inc. | 4905/ 5035 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 34 | JGL Industries, Inc. | 4743 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 34 | SouthPeak Interactive, LLC | 4882 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC | 4902 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 34 | Toshiba America Consumer Products, L.L.C. | 4909 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 34 | DirecTV, Inc. | 4982 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
|  |  |  |  |
| 35 | Senator, Bruce | 4754 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC | 4802 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | JWC Loftus, LLC | 4819 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | SouthPeak Interactive, LLC | 4884 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Lubary, James | 4896 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Newport News Shopping Center, LLC through its Assignee, Lea Company, a Virginia general partnership | 4897 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 35 | Cottonwood Corners-Phase V, LLC | 4898 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Chase Bank USA, National Association | 4900 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Gelco Corporation d/b/a GE Fleet Services | 4903 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Bear Valley Road Partners, LLC | 4929 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | GMS Golden Valley Ranch, LLC | 4929 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Laguna Gateway Phase 2 LP | 4929 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Manteca Stadium Park, L.P. | 4929 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Sweetwater Associates Partnership | 4929 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 35 | Edward A. Alberque | 4953 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
|  |  |  |  |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Douglas A. Daniluk | 4813/ 4814 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Steven Draxler | 4964/ 4965 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Laura McDonald | 4969/ 4970 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to December 7, 2009 at 2:00 p.m. |
| | | | |
| 38 | Maria Teresa Turner | 5160 | **This hearing is going forward on the merits.** |
| 38 | Mark H. Turner | 5161/ 5162 | **This hearing is going forward on the merits.** |
| 38 | William Hale | 5169 | **This hearing is going forward on the merits.** |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Mitsubishi Digital Electronics America, Inc. | 5122 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Walter E. Hartman & Sally J. Hartman, Trustees of the Hartman 1995 Ohio Property | 5230 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m., 2009 at 2:00 p.m. |
| 42 | Heritage Plaza | 5306 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Central Investments, LLC | 5328 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | International Business Machine Corp | 5349 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Brighton Commercial LLC | 5353 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | 412 South Broadway Realty LLC | 5362 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Janaf Shops, LLC | 5370 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Golf Galaxy, Inc. | 5373 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | In Retail Fund Algonquin Commons LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Capital Centre LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Bel Air Square LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | MB Keene Monadnock LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western West Mifflin Century III LP | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Temecula Commons LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Sugar Land Colony Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Southlake Corners Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western San Antonio HQ Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Inland Western Phillipsburg Greenwich LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Richmond Maryland LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Lewisville Lakepointe Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Lake Worth Towne Crossing Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Houma Magnolia LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Columbus Clifty LLC | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Inland Western Cedar Hill Pleasant Run Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland Western Austin Southpark Meadows II Limited Partnership | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland American Oklahoma City Penn LLP | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Inland American Chesapeake | 5377 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Abilene-Ridgemont, LLC | 5378 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 42 | Express Services Inc. d/b/a Express Personnel Services, Inc. | 5400 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Louis C. Jones, III | 5340 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 43 | Toshiba America Information Systems, Inc. | 5367 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 43 | Toshiba America Consumer Products, LLC | 5369 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 43 | David Harrison | 5380 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 43 | Rusty Santangelo | 5383 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 44 | TKG Coffee Tree, L.P. | 5355/ 5356 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 45 | 3725 Airport Boulevard, LP | 5384 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 46 | Toshiba America Consumer Products LLC and Toshiba America Information Systems, Inc. | 5372 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |
| 47 | Rose Ann Janis | 5375/ 5402 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 47 | ADT Security Services, Inc. | 5401 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to December 7, 2009 at 2:00 p.m. |

\10111912