William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 288-3446

Counsel for Raymond Silverstein, Trustee of the Shaffer, Harrow, Tarte and Roseman Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al*. | ) | **Case No. 08-35653 (KRH)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Kepley Broscious & Biggs, PLC, as counsel for Raymond Silverstein, Trustee of the Shaffer, Harrow, Tarte and Roseman Trust (the "Trust"), hereby enters its appearance pursuant to Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by Circuit City Stores, Inc., *et al*. (the "Debtor"), and requests that all papers, pleadings, motions, and applications served or required to be served in the case be given to and served on the following:

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia  23233

wbroscious@kbbplc.com
Telephone No: 804.288.3446
Facsimile No. 804.288.3661

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail or otherwise, that may affect in any way any rights or interests of the Trust with respect to the Debtor, or any related entity(ies), or property or proceeds thereof in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to the rights, remedies, and claims of the Trust against any other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit the Trust to the jurisdiction of the Court.  All rights, remedies, and claims of the Trust are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Date: October 31, 2009						By: */s/ William A. Broscious*
								     Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804-288-0200

Counsel for Raymond Silverstein, Trustee of the Shaffer, Harrow, Tarte and Roseman Trust

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2009, an electronic copy of the foregoing Amended Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al.* bankruptcy proceeding.

      */s/ William A. Broscious*
      William A. Broscious, Esq. (VSB #27436)