William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741.0400 x202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

**<u>VERIFIED STATEMENT (SECOND AMENDED) PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

William A. Broscious, hereby makes this second amended Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Attached hereto as <u>Exhibit A</u> is a list of the creditors (the "Represented Creditors") represented by my law firm, Kepley Broscious & Biggs, PLC (the "Firm"), in the Chapter 11 bankruptcy proceedings commenced by Circuit City Stores, Inc., *et al.* (collectively, the "Debtors").

2. The claims of the Represented Creditors are based on either lease rejection damages or the supply of product for which the supplier was not paid.

3. The Firm serves as legal counsel to the Represented Creditors in the Debtors' bankruptcy proceedings.

4. The Firm has no claims against or interests in the Debtors or their bankruptcy estates.

5. Each of the Represented Creditors has been advised of and consents to the Firm's representation of the other Represented Creditors in the Debtors' bankruptcy proceedings.

I, William A. Broscious, certify under penalty of perjury that the foregoing Statement is true and correct to the best of my knowledge.

Date: October 31, 2009                              By: */s/ William A. Broscious*
                                                        Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804.741.0400 x202

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2009, an electronic copy of the foregoing Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al*. bankruptcy proceeding.

                                                    */s/ William A. Broscious*
                                                    William A. Broscious, Esq. (VSB #27436)

**EXHIBIT A TO VERIFIED STATEMENT (AMENDED)
PURSUANT TO RULE 2019 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

| **<u>Creditor:</u>** | **<u>Address:</u>** |
|---|---|
| Daniel G. Kamin Baton Rouge LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Burlington LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Elmwood Park LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Flint LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Circuit Realty NJ LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-1 | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin McAllen LLC | c/o Daniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |

| | |
|---|---|
| CC-Investors 1996-9 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-14 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-6 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-3 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Jurupa Bolingbrook, LLC | Ted Dale, Managing Member<br>122 Aspen Lakes Drive<br>Hailey, Idaho  83333 |
| Paramount Home Entertainment Inc. | Marguerite A. Pacacha, EVP<br>Paramount Pictures Worldwide Home Entert.<br>5555 Melrose Avenue<br>Hollywood, California  90038 |
| Shaffer, Harrow, Tarte and Roseman Trust | Raymond Silverstein, Trustee<br>c/o The Goodman Group<br>131A Gaither Dr.<br>Mt. Laurel, New Jersey  08054 |