TRAINOR FAIRBROOK
NANCY HOTCHKISS [SBN 107692]
JENNIFER L. PRUSKI [SBN 186141]
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jlp:0559100.758435.1

Attorneys for Creditor
GREENBACK ASSOCIATES, LLC,
a California limited liability company

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |
| | **WITHDRAWAL OF GREENBACK ASSOCIATES, LLC'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS** |

Creditor Greenback Associates, LLC, a California limited liability company, hereby withdraws its Response to the Debtor's Tenth Omnibus Objection to Certain Duplicate Claims [Docket #3854] based upon the assurance that the surviving claims would not be objected to as untimely.

Dated: October 29, 2009                              TRAINOR FAIRBROOK


                                                      By: ____/s/ Jennifer L. Pruski_____
                                                            JENNIFER L. PRUSKI

# PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 980 Fulton Avenue, Sacramento, California 95825-4558. On October 30, 2009, I deposited, with Federal Express, a true and correct copy of the within documents:

**WITHDRAWAL OF GREENBACK ASSOCIATES, LLC'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS**

in a sealed envelope, addressed as follows:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McQuire Woods LLP
One James Center
901 E. Cary Street
Richmond, California Virginia 23219

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wachker Drive, Suite 2000
Chicago, Illinois 60606

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 30, 2009, at Sacramento, California.

*/s/ Sandra Morris*
Sandra Morris