TRAINOR FAIRBROOK
NANCY HOTCHKISS [SBN 107692]
JENNIFER L. PRUSKI [SBN 186141]
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jlp:4558198.753024.1

Attorneys for Creditor
DONAHUE SCHRIBER REALTY GROUP, L.P.,
a Delaware limited partnership

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |
| | **WITHDRAWAL OF DONAHUE SCHRIBER REALTY GROUP, L.P.'S RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATE CLAIMS** |

Creditor Donahue Schriber Realty Group, L.P., a Delaware limited partnership, hereby withdraws its Response to the Debtor's Tenth Omnibus Objection to Certain Duplicate Claims [Docket #3855] based upon the assurance that the surviving claims would not be objected to as untimely.

Dated: October 29, 2009                    TRAINOR FAIRBROOK


                                            By: /s/ Jennifer L. Pruski
                                                JENNIFER L. PRUSKI

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 980 Fulton Avenue, Sacramento, California 95825-4558. On October 30, 2009, I deposited, with Federal Express, a true and correct copy of the within documents:

RESPONSE OF DONAHUE SCHRIBER REALTY GROUP, L.P. TO DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

in a sealed envelope, addressed as follows:

| | |
|---|---|
| Gregg M. Galardi, Esquire<br>Ian S. Fredericks, Esquire<br>Skadden, Arps, Slate, Meagher &<br>Flom, LLP<br>One Rodney Square<br>Post Office Box 636<br>Wilmington, Delaware 19899-0636 | Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>McQuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, California Virginia 23219 |
| Chris L. Dickerson, Esquire<br>Skadden, Arps, Slate, Meagher &<br>Flom, LLP<br>333 West Wachker Drive, Suite 2000<br>Chicago, Illinois 60606 | Robert B. Van Arsdale<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219-1888 |

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 30, 2009, at Sacramento, California.

*Sandra Morris*
Sandra Morris