Date:  November 3, 2009

**Submitted by:**

**CC-INVESTORS 1995-6**

By:  /s/ Jennifer M. McLemore
     Augustus C. Epps, Jr., Esquire (VSB No. 13254)
     Michael D. Mueller, Esquire (VSB No. 38216)
     Jennifer M. McLemore, Esquire (VSB No. 47164)
     CHRISTIAN & BARTON, LLP
     909 E. Main Street, Suite 1200
     Richmond, Virginia 23219-3095
     (804) 697-4129
     (804) 697-6129 (facsimile)

*Local Counsel for CC-Investors 1995-6*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
------------------------------------------------------------X
IN RE:

CIRCUIT CITY STORES, INC., et. al.                **CHANGE OF ATTORNEY**

                                  Case No. 08-35653 (KRH)
                                  (Jointly Administered)

------------------------------------------------------------X

IT IS HEREBY CONSENTED THAT RIVKIN RADLER LLP, with an office located at 926 RXR Plaza, Uniondale, New York 11556-0926, be substituted as attorneys of record for CC-Investors 1995-6 in the above-entitled case in the place of Greenberg Traurig LLP as of October 13, 2009.

Dated: ~~Philadelphia, PA~~ New York, NY
       October 15, 2009

                                        GREENBERG TRAURIG, LLP

                                        By: _____
                                        ~~Rachel Kipnes, Esq.~~ Rob Ivanhoe, Esq.
                                        ~~2700 Two Commerce Square~~ 200 Park Ave.
                                        ~~2001 Market Street~~ New York, NY
                                        ~~Philadelphia, PA 19103~~ 10166

Dated: Uniondale, NY
       October 14, 2009

                                        RIVKIN RADLER LLP

                                        By: _____
                                        Barry Levy, Esq.
                                        926 RXR Plaza
                                        Uniondale, New York 11556-0926
                                        (516) 357-3000

Dated: New York, NY
       October 14, 2009

                                        CC-INVESTORS 1995-6

                                        By: _____
                                        Stephen Green, Managing Partner
                                        420 Lexington Avenue
                                        New York, New York 10170

CERTIFICATE OF ACKNOWLEDGMENT

STATE OF            )
                    ) ss:
COUNTY OF           )

On the __14th__ day of October, in the year 2009, before me, the undersigned, _Stephen L. Green_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity as _Managing Partner_, and that be his or her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

MELANIE PIMENTEL
Notary Public, State of New York
No. 01PI6172933
Qualified in New York County
My Commission Expires on 08/20/2011

2302274 v1

2