LATHAM & WATKINS LLP
   Peter M. Gilhuly (CA Bar No. 151516)
   Ted A. Dillman (CA Bar. No. 258499)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
peter.gilhuly@lw.com
ted.dillman@lw.com

ZEMANIAN LAW GROUP
   Peter G. Zemanian (VA Bar No. 24922)
600 Town Point Center 150 Bush Street
Norfolk, VA 23510
Telephone: (757) 622-0090
Facsimile: (757) 622-0096
pete@zemanianlaw.com

Attorneys for TiVo Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** *et al.* | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PAVEL KOVAR IN SUPPORT OF THE CONDITIONAL OBJECTION OF TIVO INC. TO DEBTORS' FORTY EIGHTH OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES AND 503(b)(9) CLAIMS AND MOTION FOR (I) AUTHORITY TO SETOFF AGAINST SUCH EXPENSES AND CLAIMS AND (II) A WAIVER OF THE REQUIREMENT THAT THE FIRST HEARING ON ANY <u>RESPONSE PROCEED AS A STATUS CONFERENCE</u>**

I, PAVEL KOVAR, declare as follows:

      1.    I am the Corporate Controller of TiVo Inc. ("**TiVo**"). All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by others who are working under my direction, or upon my review of relevant documents. If called upon to testify, I could and would testify competently with respect thereto, except to matters stated to be on information and belief, which matters I believe to be true.

2.  I submit this Declaration in support of the Conditional Objection (the "**Objection**") of TiVo to Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (i) Authority to Setoff Against Such Expenses and Claims and (ii) a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference, entered on October 13, 2009 [Doc 5211] (the "**Setoff Motion**").

3.  The following is a summary of the claims filed by TiVo, obtained from the Claim's Agents website for the above captioned case on November 3, 2009 (http://www.kccllc.net/Creditor/CR130.asp).  Upon information and belief, the information contained in this summary is true and correct:

| Circuit City Stores, Inc. Search Results Creditor Name: Begins With "tivo" | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
| 1/29/2009 | 7801 | | General Unsecured | TIVO INC | $313,781.32 | | | | Circuit City Stores, Inc. |
| 6/26/2009 | 13676 | | Admin Priority | TiVo Inc | $166,530.00 | | | | Circuit City Stores, Inc. |
| 12/18/2008 | 1222 | | Admin Priority | TIVO INC | $35,400.00 | | | | Circuit City Stores, Inc. |

4.  All of the foregoing claims arose in the ordinary course of business for goods sold by TiVo to the Debtors.

5.  I and those acting at his direction have personal knowledge of the foregoing claims and can provide additional information as necessary.

6.  My contact information is below:

Pavel Kovar
Corporate Controller
TiVo Inc.
2160 Gold Street
Alviso, CA 95002
Telephone: (408) 519-9546

7.  The Objection is based on the above referenced proofs of claim filed by TiVo, as well as the facts and statements set forth in the Debtors' Setoff Motion.

8.  Upon information and belief, the facts related to the Objection are not in

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2032920

2

DECLARATION OF PAVEL KOVAR IN SUPPORT OF TIVO'S
CONDITIONAL OBJECTION

1 dispute. Accordingly, TiVo does not intend to introduce additional evidence or documentation

2 related to its claim, beyond what was filed with the above referenced claims.

3    9.    All correspondence related to this matter, including notices and any reply

4 papers should be sent to:

TiVo Inc.,
Attention: Laurence A. Denny
Associate General Counsel & Sr. Director of Securities and Compliance
2160 Gold Street,
Alviso, CA 95002,
Telephone: (408) 519-9587,
Fax: (408) 519-5338.

With copies to:

Ted A. Dillman
Latham & Watkins LLP
355 S. Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 891-8603
Fax: (213) 891-8763
Peter G. Zemanian
Zemanian Law Group
600 Town Point Center 150 Bush Street
Norfolk, VA 23510
Telephone: (757) 622-0090
Fax: (757) 622-0096

17    10.    All requests for additional information should be directed to

18 Ted A. Dillman of Latham & Watkins LLP. He may be reached directly at (213) 891-8603 or at

19 ted.dillman@lw.com.

20    [SIGNATURE PAGE FOLLOWS]

1      I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct, and that this declaration was executed on
3  November 3, 2009, at Alviso, California.
4
5                                      Pavel Kovar
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28