Objection Deadline: November 16, 2009 at 4:00 PM ET
Hearing Date: November 23, 2009 at 10:00 AM ET

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

```
------------------------------------------------------------X
                                        :
In re:                                  :    Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,      :    Case No. 08-35653 (KRH)
                                        :    Jointly Administered
                                        :
                                        :
Debtors.                                :
------------------------------------------------------------X
```

## NOTICE OF
## MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC
## FOR ALLOWANCE AND PAYMENT
## OF ADMINISTRATIVE EXPENSE CLAIM
## (CLAIM NUMBER 1385)

PLEASE TAKE NOTICE that Marblegate Asset Management, LLC ("Marblegate") has filed a Motion for Allowance and Payment of Administrative Expense Claim (Claim Number 1385) (the "Motion").  A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Application carefully and then discuss it with your attorney, if you have one in this Bankruptcy Case.  (If you do not have an attorney, you may wish to consult with one.)**

Neil E. McCullagh, Esquire (VSB #39027)          DIAMOND McCARTHY LLP
Jennifer J. West, Esquire (VSB #47522)           Christopher A. Provost
Erin E. Kessel, Esquire (VSB #65360)             Stephen T. Loden
Spotts Fain PC                                   Jason B. Porter
411 East Franklin Street, Suite 600              620 Eighth Avenue, 39th Floor
Richmond, Virginia  23219                        New York, New York 10018
Phone:  (804) 697-2000                           Phone: (212) 430-5400
Fax: (804) 697-2100]                             Fax:    (212) 430-5499

*Counsel to Marblegate*
*Asset Management, LLC*

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **November 23, 2009 at 10:00 a.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, no later than **November 16, 2009, at 4:00 p.m.**, and shall be served on the undersigned counsel for Marblegate so that it is actually received no later than November 16, 2009, at 4:00 p.m.  Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before November 16, 2009, at 4:00 p.m.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

*Remainder of Page Intentionally Left Blank*

Dated: November 3, 2009
      Richmond, Virginia

                                 SPOTTS FAIN PC

                                 By:  /s/ Neil E. McCullagh
                                 Neil E. McCullagh, Esquire (VSB #39027)
                                 Jennifer J. West, Esquire (VSB #47522)
                                 Erin E. Kessel, Esquire (VSB #65360)
                                 Spotts Fain PC
                                 411 East Franklin Street, Suite 600
                                 Richmond, Virginia  23219
                                 Phone:  (804) 697-2000
                                 Fax: (804) 697-2100

                                       &

By:  /s/ Neil E. McCullagh

Dated: November 3, 2009
Richmond, Virginia

SPOTTS FAIN PC

By:  /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

&

DIAMOND McCARTHY LLP
Christopher A. Provost
Stephen T. Loden
Jason B. Porter
620 Eighth Avenue, 39th Floor
New York, New York 10018
Phone: (212) 430-5400
Fax:    (212) 430-5499

*Counsel to Marblegate*
*Asset Management, LLC*

Certificate of Service

    I hereby certify that on November 3, 2009, a copy of the foregoing Notice of Motion Of Marblegate Asset Management For Allowance And Payment Of Administrative Expense Claim was served by first class mail, postage prepaid, or by electronic means on those on the attached Core Group Service List and those on the attached Rule 2002 Service List, who together constitute all necessary parties.

                  /s/ Neil E. McCullagh

3

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX DIVISION | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| CTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | 2ND FLOOR | | CHICAGO | IL | 60601 |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W. 8TH FLOOR | | WASHINGTON | DC | 20036 |
| GENERAL OFFICE OF THE ATTORNEY | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |
| PACHULSKI STANG ZIEHL & JONES | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. TIMOTHY G. POHL, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | CHRIS L. DICKERSON, ESQ. | 155 N WHACKER DR STE 2700 | | | CHICAGO | IL | 60606-1720 |
| TAVENNER & BERAN PLC | LYNN L. TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 |
| Akerman Senterfitt | William C Crenshaw | 801 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely<br>Charles R Gibbs | 1333 New Hampshire Ave NW | | Washington | DC | 20036 |
| Akin Gump Strauss Hauer & Feld LLP | Sarah Link Schultz | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | 2029 Century Park E Ste 2400 | | Los Angeles | CA | 90067 |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 |
| Andrew S Conway Esq | Timothy F Brown Esq | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 |
| Arent Fox LLP | Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 |
| Arnall Golden Gregory LLP | Darryl S Laddin<br>Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 |
| Arnold Gallagher Saydack Percell Roberts Potter PC | Bradley S Copeland | PO Box 1758 | | Eugene | OR | 97440-1758 |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 |
| Attorney General of the United States | Robert P McIntosh<br>Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of Indiana | Gregory F Zoeller<br>LeGrand L Clark | 302 W Washington St | Indiana Government Ctr S 5th Fl | Indianapolis | IN | 46204-2770 |
| Attorney General of the US | Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Robert K Coulter<br>Justin D Leonard<br>Constantinos G Panagopoulos Esq | 101 SW Main St Ste 1100 | 10th St and Constitution Ave NW | Portland | OR | 97204 |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Cholvacs Esq<br>David L Pollack Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq<br>Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 |
| Barnes & Thornburg LLP | Michael K McCrory Esq | 11 S Meridian St | | Indianapolis | IN | 46204 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| Bean Kinney & Korman PC | Thomas W Repczynski & Martin J Yeager | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore Sarah Davis | 1700 Pacific Ave Ste 4400 | | Dallas | TX | 75201 |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn Stacey Suncine | 666 Walnut St Ste 2000 | The Financial Center | Des Moines | IA | 50309-3989 |
| Bernstein Law Firm PC | Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| Bingley Lassleben & Miller LLP | Ernie Zachary Park Michael W Malter Esq | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 |
| Binder & Malter LLP | Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 |
| Brian T Hanlon | | PO Box 3715 | | West Palm Beach | FL | 33402 |
| Brocker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Bryan Cave LLP | William C Crenshaw Craig C Chiang Esq | 901 New York Ave NW | 3rd Fl | Washington | DC | 20001 |
| Bichalter Nemer A Professional Corporation | Shawn M Christianson Esq William D Buckner | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| Bickner Alani & Mirkovich | Catherine J Weinberg | 3146 Redhill Ave Ste 200 | | Costa Mesa | CA | 92626 |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 |
| Ibarra Center Associates SE | Attn Penny R Stark Esq | 308 9861 Sunrise Lakes Blvd Ste | | Sunrise | FL | 33322 |
| Ibarra Center Associates SE | Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 |
| Carbon Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 |
| Canody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Chiriello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 |
| Ciardi Ciardi & Astin PC | Noelle M James Esq Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 |
| City & County of Denver | David V Cooke | 201 W Colfax Ave Dept 1207 | Municipal Operations | Denver | CO | 80202-5332 |

In re Circuit City Stores, Inc.
Case No. 08-35653

10/21/2009 1:34 PM
2002 Service List 090911 (376).XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 |
| City of Newport News VA City Attorney | Joseph M Durant | 2400 Washington Ave 9th Fl | | Newport | VA | 23607 |
| Clement & Wheatley | Darren W Bentley Esq | 549 Main St | PO Box 8200 | Danville | VA | 24543-8200 |
| Cole Scholz Meisel Forman & Leonard | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 |
| Cooley Godward Kronish LLP Heyward Lee Hopper & Feehan PC | David D Hopper Esq Gregg S Kleiner | 4551 Cox Rd Ste 210 101 California St 5th Fl | PO Box 3059 | Glen Allen San Francisco | VA CA | 23058-3059 94111-5800 |
| Continental Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 |
| CoxCastle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 |
| Cubert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 |
| Dilworth Paxson LLP | Peter C Hughes Esq | 1500 Market St Ste 3500E | | Philadelphia | PA | 19102 |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 |
| DLA Piper LLP | Mark J Friedman Timothy W Brink Esq | 6225 Smith Ave | | Baltimore | MD | 21209-3600 |
| DLA Piper LLP | Forrest Lammiman Ann Marie Bredin Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 |
| Duchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Douglas A Scott PLC | Douglas Scott | 1805 Monument Ave Ste 311 | | Richmond | VA | 23220 |
| Draper & Goldberg PLLC | Adam Hiller / James E Clarke | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 |
| Draper & Goldberg PLLC | L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Draper & Goldberg PLLC | Denyse Sabagh / Junghye June Yeum Esq / John Dellaportas Esq | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 |
| Diane Morris LLP | William C Heuer Esq / Lauren Lonergan Taylor | 1540 Broadway | | New York | NY | 10036 |
| Diane Morris LLP | Matthew E Hoffman / Rudolph J Di Massa Jr Esq / Matthew E Hoffman Esq / Lauren Lonergan Taylor Esq | 30 S 17th St | | Philadelphia | PA | 19103 |
| Diane Morris LLP | Matthew E Hoffman Esq / Roy M Terry Jr Esq / John C Smith Esq | 30 S 17th St | | Philadelphia | PA | 19103 |
| Dette Bradshaw PLC | Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 |
| ...ton Corporation | David J Persichetti / Rafael X Zahralddin Aravena | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Greenleaf | Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 |
| ...re Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 |
| Enprise Asset Management Inc | Lee Sudakoff / Gay Richey | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 |
| ...vision Peripherals Inc | Sr Credit Manager / Michael S Kogan | 47490 Seabridge Dr | | Fremont | CA | 94538 |
| ...in Cohen & Jessup LLP | Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Gilderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 |
| Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 |
| Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 |
| | Joseph D Frank | | | | | |
| Frank Gecker LLP | Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 |
| Freeborn & Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| | Robert E Greenberg Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 |
| Freeman Misler PLLC | Thomas F Murphy Esq | | | | | |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| Frost Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| Law Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 |
| Gay McCall Isaacks Gordon & Roberts | David McCall | 777 E 15th St | | Plano | TX | 75074 |
| Gibbons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 |
| Gulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 |
| Greer Herz & Adams LLP | Frederick Black Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 |
| Gregory Kaplan PLC | Troy Savenko Esq | 7 E 2nd St | PO Box 2470 | Richmond | VA | 23218-2470 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Grubb Rosenfeld PLC | Madeleine C Wanslee | 201 E Washington St Ste 800 | | Phoenix | AZ | 85004-2327 |
| Halsbourg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 |
| Halton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 |
| Hamilton Chase Santa Maria LLC | Stefani Balestini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 |
| Harch Allen & Shepherd PA | Leslie D Maxwell Esq | PO Box 94750 | | Albuquerque | NM | 87199-4750 |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 |
| Helmar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | Encino | CA | 91436-2829 |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Hirschler Fleischer PC | Michael P Falzone Esq
Sheila deLa Cruz Esq
Robert S Westermann
Thomas J Dillon III Esq | PO Box 500 | | Richmond | VA | 23218-0500 |
| Hodgson Russ LLP | Garry M Graber Esq
Scott R Kipnis Esq
Rachel N Greenberger Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 |
| ...eimer Gartir & Gross LLP | Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 |
| Holland & Knight LLP | James H Rollins | One Atlantic Ctr | 1201 W Peachtree St
Ste 2000 | Atlanta | GA | 30309-3400 |
| ...olland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW
Ste 100 | | Washington | DC | 20006 |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | | | | | |
| Hogman Miller Schwartz and Cohn LLP | Seth A Drucker Esq
Adam K Keith Esq
Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 |
| Hunton & Williams LLP | Benjamin C Ackerly
JR Smith
Henry Toby P Long III
Thomas N Jamerson
Jason W Harbour | 951 E Byrd St | Riverfront Plz E Tower | Richmond | VA | 23219-4074 |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112 |
| 3M Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| Internal Revenue Service | Attn L Loriello | 400 N 8th Street Box 76 | | Richmond | VA | 23219 |
| Scott Douglass | Attn Robin Rinkewich | 909 Fannin Ste 1800 | | Houston | TX | 77010 |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW | | Washington | DC | 20036 |
| Jackson Kelly PLLC | John J Matteo Esq / Mary Elisabeth Naumann | 175 E Main St Ste 500 | | Lexington | KY | 40507 |
| Jan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 |
| Blount | David M Poitras PC | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 |
| Jones Day | Jeffrey B Ellman / Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 |
| den Burt LLP | Raul A Cuervo | 1025 Thomas Jefferson St NW / Ste 400 E | | Washington | DC | 20007 |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 |
| Klasky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | c o Brian D Huben, c o Thomas J Leanse, c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 |
| Kaufman & Canoles | Ann K Crenshaw Esq, Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 |
| Kelly Drye & Warren LLP | James S Carr Esq, Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 |
| Kern County Treasurer and Tax Collector | Angelica Leon | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd | | Los Angeles | CA | 90067 |
| Kirkpatrick Stockton LLP | Mark D Taylor Esq | 607 14th St NW Ste 900, FI | | Washington | DC | 20005-2018 |
| King & Spalding LLP | James A Pardo Jr, Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 |
| Lee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin, David M Stern Esq | 1999 Avenue of the Stars 39th, FI | | Los Angeles | CA | 90067-6049 |
| Klehr Harrison Harvey Branzburg & Ellers | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Cokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 |
| Kipellan Ormond & Magy PC | Terrance A Hiller Jr Esq David M Blau Esq Michael A Condyles Esq Loc Pfeiffer Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 |
| Klak Rock LLP | Peter J Barrett Esq Kimberly A Pierro | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 |
| Kssberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 |
| Klam & Watkins LLP | Josef S Athanas Paul J Laurin Esq | Sears Tower Ste 5800 | | Chicago | IL | 60606 |
| Klam & Associates | Stephen M Astor Esq | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 |
| Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 105 W Madison St | Ste 810 | Chicago | IL | 60602 |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | 737 Bishop St No 2060 | | Honolulu | HI | 96813 |
| Law Aptheker Rosella & Yedid PC | Robin S Abramowitz Stephen E Leach Esq | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 |
| Leach Travell Britt PC | D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 |
| LeClair/Ryan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower 1800 Wachovia Tower Drawer 120 | 951 E Byrd St | Richmond | VA | 23218-2499 |
| LeClairyan a Professional Corporation | Michael E Hastings Esq Detlef G Lehnardt | | | Roanoke | VA | 24006 |
| Lehnardt & Lehnhardt LLC | Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr 1425 RexCorp Plz | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | | | Uniondale | NY | 11556-1425 |
| Leber & Lieber LLP | Barbie D Lieber | 60 E 42nd St Ste 2102 | | New York | NY | 10165 |
| Loeb Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Locke Lord Bissell & Liddell LLP | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman Thomas G Yoxall Thomas A Connop | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Locke Lord Bissell & Liddell LLP | Melissa S Hayward John R Roberts | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Magruder Cook Carmody & Koutsoufikis | Anne M Magruder Esq Leon Koutsoufikis Esq Clement J Farley | 1888 Preston White Dr Ste 200 | | Reston | VA | 20191 |
| McCarter & English LLP | Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 |
| McDermott Will & Emery LLP | Karla L Palmer Esq Mary E Olden Esq Andre K Campbell Esq | 600 13th St NW | | Washington | DC | 20005-3096 |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 |
| McKay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds Esq | 1900 K St NW | | Washington | DC | 20006 |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 |
| McKenna Long & Aldridge LLP Sweeney Crump Childress & Temple | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 |
| Meckler Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | 2222 M Street | | Merced | CA | 95340 |
| Mercer Trigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | 4119 Leap Rd | | Hilliard | OH | 43026 |
| Miller & Martin PLLC | Nicholas W Whittenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 |
| Millman 2000 Charitable Trust | David Bennett Chris Koster | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Missouri Attorney General Office | Jeff Klusmeier | PO Box 899 | | Jefferson City | MO | 65102 |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 |
| Mojo Davidson Fraioli Seror & Stepanovich LLP | Byron Z Moldo Kenneth Miller Esq | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | | Charleston | SC | 29413-2828 |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 |
| Mullin Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq | 210 Park Ave Ste 3030 | | Oklahoma City | OK | 73102 |
| Mullins Riley & Scarborough LLP | Martin A Brown Esq | PO Box 11070 | | Columbia | SC | 29201 |
| Munger Tolles & Olsen LLP | Betsy Johnson Bunn | 355 S Grand Ave 35th Fl | | Los Angeles | CA | 90071 |
| Munsch Hardt Kopf & Harr PC | Seth Goldman Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner Anitra Goodman Royster | 4140 Parklake Ave | | Raleigh | NC | 27612 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Neuberger Quinn Gielen Rubin & Gibber | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 |
| | Daniel R Sovocool | | | | | |
| | Louis J Cisz III | | | | | |
| | Gina M Fornario | | | | | |
| Nixon Peabody LLP | Louis E Dolan | One Embarcadero Ctr 18th Fl | | San Francisco | CA | 94111-3600 |
| | Dennis J Drebsky | | | | | |
| Nixon Peabody LLP | Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 |
| | Anne Secker Esq | | | | | |
| | Lisa K Omori | | | | | |
| Noland Hamerly Etienne & Hoss PC | Michael J Sage Esq | 333 Salinas St | | Salinas | CA | 93902-2510 |
| | Karyn B Zeldman Esq | | | | | |
| O'Melveny & Myers LLP | Times Square Tower | 7 Times Square | | New York | NY | 10036 |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 |
| Office of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 |
| Office of Unemployment Compensation Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 |
| Orange Grove Properties | Linda Taylor | | | | | |
| | Sylvia M Ornelas | | | | | |
| Ornelas Castillo & Ornelas PLLC | Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |
| | Scott A Stengel Esq | | | | | |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 |
| | Jeremy Dacks | | | | | |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | | | | | |
| Palmer Law Firm Inc | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 |
| Panattoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| Pennsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 |
| Penuik Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 |
| | K Stewart Evans Jr | | | | | |
| Pepper Hamilton LLP | Matthew D Foster | 600 14th St NW | Ste 600 | Washington | DC | 20005 |
| Perdue Brandon Fielder Collins & Mott | Elizabeth Banda | | | | | |
| | Yolanda Humphrey | | | | | |
| | Stephen W Spence Esq | | | | | |
| Phillips Goldman & Spence PA | Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 |
| | German Yusufov | PO Box 13430 | | Arlington | TX | 76094-0430 |
| Pima County Attorney Civil Division | Terri A Roberts | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 |
| | James E Bird | | | | | |
| Pisinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio<br>Robert Somma Esq | 1152 15th St NW Ste 800 | | Washington | DC | 20005 |
| Posternak Blankstein & Lund LLP | Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 |
| PriceGrabber com Inc | Katerina Canyon | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 |
| Primeshares | Attn Rayaan Hashmi | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy<br>Brian Sirower Esq | 530 B St Ste 2100 | | San Diego | CA | 92101 |
| Quarles & Brady LLP | Lori L Winkelman Esq<br>Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 |
| Quarles & Brady LLP | Faye B Feinstein Esq<br>Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 |
| Rarey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 |
| Rattrall & Associates LLP | Albert F Quintrall Esq | 1550 Hotel Cir N Ste 120 | | San Diego | CA | 92108 |
| Ravich Meyer Kirkman McGrath Nauman | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 |
| & Tansey PA | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 |
| Receivable Management Services | | | 25 SE 2nd Ave Ste | | | |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 1120 | Miami | FL | 33131-1605 |
| Reed Smith LLP | Kurt F Gwynne Esq<br>Kathleen A Murphy Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Reed Smith LLP | Travis A Sabalewski Esq | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd<br>Ste 520 | Cincinnati | OH | 45236 |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 |
| Righetti Law Firm PC | Matthew Righetti<br>Peter E Striniste | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 |
| Robinson & Cole | Patrick M Birney | 280 Trumbull St | | Hartford | CT | 06103 |
| Robinson Brog Leinwand Greene | | | | | | |
| Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Romero Law Firm | Martha E Romero | MNR Professional Building 225 W Washington St | 6516 Bright Ave | Whittier | CA | 90601 |
| Ronald M Tucker Esq | | 2 Riverway Ste 700 | | Indianapolis | IN | 46204 |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | | | Houston | TX | 77056 |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 |
| Salans Anderson Marks & Miller PC | C Thomas Ebel Esq William A Gray Esq Peter M Pearl Esq Lisa Taylor Hudson Esq Christopher R Belmonte Esq Pamela A Bosswick Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 |
| Shnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq Alexander Jackins | 975 F St NW | | Washington | DC | 20004 |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 |
| Seyfarth Shaw LLP | William J Factor Esq David C Christian II Blanka Wolfe | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 |
| Sheppard Mullin Richter & Hampton LLC | Margaret Mann | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 |
| Sherman Rogers Gandal Pordy & Ecker | Gregory D Grant Esq Courtney R Sydnor Esq Stephen A Metz Esq | 12505 Park Potomac Ave 6th Fl | | Potomac | MD | 20854 |
| Sherman Rogers Gandal Pordy & Ecker | Courtney R Sydnor Esq Gregory D Grant Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 |
| Shubbs & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 |
| Siller Wilk LLP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| State of Michigan Department of Treasury | Victoria A Reardon Michael A Cox | Cadillac Place Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | 600 Montgomery St 14th Fl | San Francisco | CA | 94111 |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq Steven J Adams Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 |
| Stevens & Lee PC | Jaime S Dibble | 111 N 6th St | | Reading | PA | 19603 |
| Stinson Morrison Hecker LLP | Katherine M Sutcliffe Becker Darrell W Clark Esq Tracey M Ohm Esq | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 |
| Stites & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 20207 | | Richmond | VA | 23255 |
| Tennessee Department of Revenue | TN Attorney Generals Office | PO Box 771476 Bankruptcy Division | | Nashville | TN | 37202-0207 |
| Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 |
| Thomas G King | | PO Box 4010 | One Moorsbridge Road | Kalamazoo | MI | 49003-4010 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| Thompson McMullan PC | Robert A Dyking Robert R Musick | 100 Shockoe Slip | 3rd Fl | Richmond | VA | 23219 |
| Torys LLP | William F Gray Jr Esq Timothy B Martin Esq | 237 Park Ave | | New York | NY | 10017 |
| Eleanor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | 225 N 9th St Ste 820 PO Box 1097 | | Boise | ID | 83701 |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 |
| Troutman Sanders LLP | Michael E Lacy | 1001 Haxall Point | | Richmond | VA | 23219 |
| Troutman Sanders LLP | Richard Hagerty | 1660 International Dr Ste 600 | | McLean | VA | 22102 |
| TranCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| US Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office 8010 Towers Crescent Dr Ste 300 | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 |
| Venable LLP | Lawrence A Katz Kristen E Burgers | 8010 Towers Crescent Dr Ste 300 | | Vienna | VA | 22182-2707 |
| Vinson & Elkins LLP | David E Hawkins William L Wallander Angela B Degeyer Angelique Electra | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 |
| Vonage Holdings Inc | Malcolm M Mitchell Jr Suparna Banerjee | 2001 Ross Ave Ste 3700 23 Main St | | Dallas Holmdel | TX NJ | 75201-2975 07733 |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq / Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq / Jenny J Hyun Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 |
| Weingarten Realty Investors | | 2600 Citadel Plz Dr | | Houston | TX | 77008 |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg / Jessica L Hickford | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq / Peter J Carney | 125 S Augusta St Ste 2000 | The American Hotel | Staunton | VA | 24401 |
| White & Case LLP | William Sloan Coats / Julieta L Lerner | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 |
| Whiteford Taylor & Preston LLP | Bradford F Englander / Brian M Nestor | 3190 Fairview Park Dr Ste 300 | | Falls Church | VA | 22042 |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq / H Jason Gold Esq / Dylan G Trache Esq / Rebecca L Saitta Esq | 7 Saint Paul St | | Baltimore | MD | 21202 |
| Wiley Rein LLP | Valerie P Morrison Esq / Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 |
| Williams Mullen | William H Schwarzschild III / W Alexander Burnett | Two James Ctr 16th Fl | 1021 E Cary St PO Box 1320 | Richmond | VA | 23218-1320 |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 |
| Wise DelCotto PLLC | Laura Day DelCotto Esq / Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 |
| Wolff & Samson PC | Karen L Gilman Esq | One Boland Dr | | West Orange | NJ | 07052 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 |
| Womac & Associates | Brian D Womac | Two Memorial Plz | 820 Gessner Ste 1540 | Houston | TX | 77024 |
| | Stacy Kremling | | | | | |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 |
| | Todd D Ross | | | | | |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 |
| | Neil P Goldman Esq | | | | | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 |