Objection Deadline: November 16, 2009 at 4:00 PM ET
Hearing Date: November 23, 2009 at 10:00 AM ET

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

```
-----------------------------------------------------------X
                                          :
In re:                                    :        Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,        :        Case No. 08-35653 (KRH)
                                          :        Jointly Administered
                                          :
                                          :
Debtors.                                  :
-----------------------------------------------------------X
```

## NOTICE OF
## MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC
## FOR ALLOWANCE AND PAYMENT
## OF ADMINISTRATIVE EXPENSE CLAIM
## (CLAIM NUMBER 1225)

PLEASE TAKE NOTICE that Marblegate Asset Management, LLC ("Marblegate") has filed a Motion for Allowance and Payment of Administrative Expense Claim (Claim Number 1225) (the "Motion").  A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Application carefully and then discuss it with your attorney, if you have one in this Bankruptcy Case.  (If you do not have an attorney, you may wish to consult with one.)**

Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100]

DIAMOND McCARTHY LLP
Christopher A. Provost
Stephen T. Loden
Jason B. Porter
620 Eighth Avenue, 39th Floor
New York, New York 10018
Phone: (212) 430-5400
Fax:    (212) 430-5499

*Counsel to Marblegate
Asset Management, LLC*

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **November 23, 2009 at 10:00 a.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, no later than **November 16, 2009, at 4:00 p.m.**, and shall be served on the undersigned counsel for Marblegate so that it is actually received no later than November 16, 2009, at 4:00 p.m.  Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before November 16, 2009, at 4:00 p.m.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

*Remainder of Page Intentionally Left Blank*

Dated: November 3, 2009
      Richmond, Virginia

                    SPOTTS FAIN PC

                    By: /s/ Neil E. McCullagh
                    Neil E. McCullagh, Esquire (VSB #39027)
                    Jennifer J. West, Esquire (VSB #47522)
                    Erin E. Kessel, Esquire (VSB #65360)
                    Spotts Fain PC
                    411 East Franklin Street, Suite 600
                    Richmond, Virginia  23219
                    Phone:  (804) 697-2000
                    Fax: (804) 697-2100

                          &

                    DIAMOND McCARTHY LLP
                    Christopher A. Provost
                    Stephen T. Loden
                    Jason B. Porter
                    620 Eighth Avenue, 39th Floor
                    New York, New York 10018
                    Phone: (212) 430-5400
                    Fax:    (212) 430-5499

                    *Counsel to Marblegate*
                    *Asset Management, LLC*

<u>Certificate of Service</u>

     I hereby certify that on November 3, 2009, a copy of the foregoing Notice of Motion Of Marblegate Asset Management For Allowance And Payment Of Administrative Expense Claim was served by first class mail, postage prepaid, or by electronic means on those on the attached Core Group Service List and those on the attached Rule 2002 Service List, who together constitute all necessary parties.

                    /s/ Neil E. McCullagh

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| TI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., | 8TH FLOOR | WASHINGTON | DC | 20036 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |
| PACHULSKI STANG ZIEHL & JONES | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD | 11TH FL | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |
| SKADDEN, ARPS, SLATE, MEAGHER FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER FLOM, LLP | IAN S. FREDERICKS, ESQ. TIMOTHY G. POHL, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER FLOM, LLP | CHRIS L. DICKERSON, ESQ. | 155 N WHACKER DR STE 2700 | | | CHICAGO | IL | 60606-1720 |
| TAVENNER & BERAN PLC | LYNN L. TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 |
| Akerman Senterfitt | William C Crenshaw | 801 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely Charles R Gibbs | 1333 New Hampshire Ave NW | | Washington | DC | 20036 |
| Akin Gump Strauss Hauer & Feld LLP | Sarah Link Schultz | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | 2029 Century Park E Ste 2400 | | Los Angeles | CA | 90067 |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 |
| Bell Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 |
| Bengt Golden Gregory LLP Del Gallagher Saydack Percell Roberts Potter PC | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 |
| | Bradley S Copeland Gregory F Zoeller LeGrand L Clark | PO Box 1758 | Indiana Government Ctr S 5th Fl PO Box 106 25 Market St | Eugene Indianapolis | OR IN | 97440-1758 46204-2770 |
| | | 302 W Washington St Richard J Hughes Justice Complex | | | | |
| Attorney General of New Jersey | Anne Milgram | | 10th St and | Trenton | NJ | 08625-0119 |
| Attorney General of the United States | Robert P McIntosh Richard F Stein | Main Justice Building Rm 5111 | Constitution Ave NW 10th St and | Washington | DC | 20530 |
| Attorney General of the US | Dana J Boente | Main Justice Building Rm 5111 | Constitution Ave NW 10th St and | Washington | DC | 20530 |
| Attorney General of the US | Robert K Coulter Justin D Leonard Constantinos G Panagopoulos Esq | Main Justice Building Rm 5111 | Constitution Ave NW | Washington | DC | 20530 |
| Ball Janik LLP | | 101 SW Main St Ste 1100 | | Portland | OR | 97204 |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq David L Pollack Esq Jeffrey Meyers Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 |
| Ballard Spahr Andrews & Ingersoll LLP Barnes & Thornburg LLP | Jesse N Silverman Esq Michael K McCrory Esq | Mellon Bank Ctr 51st Fl 11 S Meridian St | 1735 Market St | Philadelphia Indianapolis | PA IN | 19103 46204 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| Bean Kinney & Korman PC | Thomas W Repczynski & Martin J Yeager | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore Sarah Davis | 1700 Pacific Ave Ste 4400 | | Dallas | TX | 75201 |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn Stacey Suncine | 666 Walnut St Ste 2000 | The Financial Center | Des Moines | IA | 50309-3989 |
| Bernstein Law Firm PC | Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| Bigley Lassleben & Miller LLP | Ernie Zachary Park Michael W Malter Esq | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 |
| Binder & Malter LLP | Julie H Rome Banks Esq Regina Stango Kelbon Esq | 2775 Park Ave | | Santa Clara | CA | 95050 |
| Blank Rome LLP | John Lucian Esq William H Casterline Jr Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 |
| Blankingship & Keith PC | Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 |
| Brian T Hanlon | | PO Box 3715 | | West Palm Beach | FL | 33402 |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Ryan Cave LLP | William C Crenshaw Craig C Chiang Esq | 901 New York Ave NW | 3rd Fl | Washington | DC | 20001 |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson Esq William D Buckner | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| Buckner Alani & Mirkovich | Catherine J Weinberg Ruth Weinstein | 3146 Redhill Ave Ste 200 | | Costa Mesa | CA | 92626 |
| Canon USA Inc | David K Spiro Esq | 1 Canon Plz | | Lake Success | NY | 11042 |
| Cantor Arkema PC | Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Caparra Center Associates SE | Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 |
| Carlon Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 |
| City & County of Denver | David V Cooke | 201 W Colfax Ave Dept 1207 | Municipal Operations | Denver | CO | 80202-5332 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 |
| City of Newport News VA City Attorney | Joseph M Durant | 2400 Washington Ave 9th Fl | | Newport | VA | 23607 |
| Clement & Wheatley | Darren W Bentley Esq | 549 Main St | | Danville | VA | 24543-8200 |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | PO Box 8200 | Baltimore | MD | 21202 |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | | Glen Allen | VA | 23058-3059 |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 |
| Crump Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 |
| DeCastle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 |
| Dietert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 |
| Dilworth Paxson LLP | Peter C Hughes Esq | 1500 Market St Ste 3500E | | Philadelphia | PA | 19102 |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 |
| DLA Piper LLP | Mark J Friedman Timothy W Brink Esq | 6225 Smith Ave | | Baltimore | MD | 21209-3600 |
| DLA Piper LLP | Forrest Lammiman Ann Marie Bredin Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 |
| Winchester Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Douglas A Scott PLC | Douglas Scott | 1805 Monument Ave Ste 311 | | Richmond | VA | 23220 |
| Draper & Goldberg PLLC | Adam Hiller / James E Clarke | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 |
| Draper & Goldberg PLLC | L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Draper & Goldberg PLLC | Denyse Sabagh / Junghye June Yeum Esq | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 |
| Duane Morris LLP | John Dellaportas Esq / William C Heuer Esq | 1540 Broadway | | New York | NY | 10036 |
| Duane Morris LLP | Lauren Lonergan Taylor / Matthew E Hoffman | 30 S 17th St | | Philadelphia | PA | 19103 |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq / Matthew E Hoffman Esq / Lauren Lonergan Taylor Esq / Matthew E Hoffman Esq / Roy M Terry Jr Esq / John C Smith Esq | 30 S 17th St | | Philadelphia | PA | 19103 |
| Bette Bradshaw PLC | Elizabeth L Gunn Esq / David J Persichetti / Rafael X Zahralddin Aravena | 600 E Main St 20th Fl | | Richmond | VA | 23219 |
| Eaton Corporation | | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Elliott Greenleaf | Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19889 |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 |
| Enterprise Asset Management Inc | Lee Sudakoff / Gay Richey | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 |
| Envision Peripherals Inc | Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 |
| Ervin Cohen & Jessup LLP | Michael S Kogan / Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Goldstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 |
| Frost Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 |
| GE Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 |
| Fox Gecker LLP | Joseph D Frank Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 |
| Freeborn & Peters LLP | Aaron L Hammer Esq Robert E Greenberg Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| Friedlander Misler PLLC | Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| Frost Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| D&W Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 |
| Gay McCall Isaacks Gordon & Roberts | David McCall | 777 E 15th St | | Plano | TX | 75074 |
| Gibbons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 |
| Greer Herz & Adams LLP | Frederick Black Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 |
| Gregory Kaplan PLC | Troy Savenko Esq | 7 E 2nd St | PO Box 2470 | Richmond | VA | 23218-2470 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Gust Rosenfeld PLC | Madeleine C Wanslee | 201 E Washington St Ste 800 | | Phoenix | AZ | 85004-2327 |
| Haoburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 |
| Halton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | PO Box 94750 | | Albuquerque | NM | 87199-4750 |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 |
| Hemar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | Encino | CA | 91436-2829 |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Hirschler Fleischer PC | Michael P Falzone Esq / Sheila deLa Cruz Esq / Robert S Westermann / Thomas J Dillon III Esq | PO Box 500 | | Richmond | VA | 23218-0500 |
| Hodgson Russ LLP | Garry M Graber Esq / Scott R Kipnis Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 |
| Hoeiner Gartlir & Gross LLP | Rachel N Greenberger Esq / Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 |
| Holland & Knight LLP | James H Rollins | One Atlantic Ctr | 1201 W Peachtree St Ste 2000 | Atlanta | GA | 30309-3400 |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | | | | | |
| Hogman Miller Schwartz and Cohn LLP | Seth A Drucker Esq / Adam K Keith Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 |
| Howard Rice Nemerovski Canady Falk & Rabkin | Joseph R Sgroi Esq / Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 |
| Hunton & Williams LLP | Benjamin C Ackerly / JR Smith / Henry Toby P Long III / Thomas N Jamerson / Jason W Harbour | 951 E Byrd St | Riverfront Plz E Tower | Richmond | VA | 23219-4074 |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112 |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| Internal Revenue Service | Attn L Lorello | 400 N 8th Street Box 76 | | Richmond | VA | 23219 |
| Scott Douglass | Attn Robin Rinkewich | 909 Fannin Ste 1800 | | Houston | TX | 77010 |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | | Washington | DC | 20036 |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 175 E Main St Ste 500 | | Lexington | KY | 40507 |
| Jean Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 |
| Blount | Esq | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 |
| Mangels Butler & Marmaro LLP | David M Poitras PC Caroline R Djang | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 |
| Jones Day | Jeffrey B Ellman | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 |
| Jones Day | Brett J Berlin Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 |
| rden Burt LLP | Raul A Cuervo | 1025 Thomas Jefferson St NW Ste 400 E | | Washington | DC | 20007 |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 |
| isky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 |
| Kaufman & Canoles | Ann K Crenshaw Esq Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 |
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 |
| Kilpatrick Stockton LLP | Mark D Taylor Esq James A Pardo Jr | 607 14th St NW Ste 900 | | Washington | DC | 20005-2018 |
| King & Spalding LLP | Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin David M Stern Esq | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 |
| Klehr Harrison Harvey Branzburg & Ellers | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Grokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 |
| Appelian Ormond & Magy PC | Terrance A Hiller Jr Esq<br>David M Blau Esq | 25800 Northwestern Hwy Ste<br>950 | | Southfield | MI | 48075 |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 |
| Lessberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 |
| Sam & Watkins LLP | Josef S Athanas<br>Paul J Laurin Esq | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 |
| Braun & Associates | Stephen M Astor Esq | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 |
| Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 105 W Madison St | Ste 810 | Chicago | IL | 60602 |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 |
| Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 |
| Offices of Taylor, Leong & Chee | Kimo C Leong | 737 Bishop St No 2060 | | Honolulu | HI | 96813 |
| Law Aptheker Rosella & Yedid PC | Robin S Abramowitz<br>Stephen E Leach Esq | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 |
| Leach Travell Britt PC | D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | 1800 Wachovia Tower Drawer<br>120 | | Roanoke | VA | 24006 |
| Lehnhardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | One Corporate Ctr<br>10451 Mill Run Cir Ste 1000 | | Owings Mills | MD | 21117 |
| Levy Stopol & Camelo LLP | Gordon S Young Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 |
| Lieber & Lieber LLP | Larry Stopol Esq<br>Barbie D Lieber | 60 E 42nd St Ste 2102 | | New York | NY | 10165 |
| Lieber Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman Thomas G Yoxall | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Locke Lord Bissell & Liddell LLP | Thomas A Connop Melissa S Hayward John R Roberts | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Magruder Cook Carmody & Koutsoufikis | Anne M Magruder Esq Leon Koutsoufikis Esq Clement J Farley | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 |
| McCarter & English LLP | Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 |
| McDermott Will & Emery LLP | Karla L Palmer Esq Mary E Olden Esq Andre K Campbell Esq | 600 13th St NW | | Washington | DC | 20005-3096 |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 |
| McKay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds Esq | 1900 K St NW | | Washington | DC | 20006 |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 |
| McSweeney Crump Childress & Temple | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 |
| Meister Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | 2222 M Street | | Merced | CA | 95340 |
| Mercer Trigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 |
| Meresch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | 4119 Leap Rd | | Hilliard | OH | 43026 |
| Miller & Martin PLLC | Nicholas W Whittenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 |
| Millman 2000 Charitable Trust | David Bennett Chris Koster | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Missouri Attorney General Office | Jeff Klusmeier | PO Box 899 | | Jefferson City | MO | 65102 |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 |
| Mojo Davidson Fraioli Seror & Jacanovich LLP | Byron Z Moldo Kenneth Miller Esq | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 |
| Morrison Cohen LLP | Michael R Dal Lago Esq Richard C Ogden Esq | 909 Third Ave | | New York | NY | 10022 |
| Mullinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | 210 Park Ave Ste 3030 | | Oklahoma City | OK | 73102 |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 |
| Munger Tolles & Olsen LLP | Seth Goldman | 355 S Grand Ave 35th Fl | | Los Angeles | CA | 90071 |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Neal Gerber Eisenberg LLP | Nicholas M Miller Terri L Gardner | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 |
| Nelson Mullins Riley & Scarborough LLP | Anitra Goodman Royster | 4140 Parklake Ave | | Raleigh | NC | 27612 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 |
| Nixon Peabody LLP | Daniel R Sovocool / Louis J Cisz III / Gina M Fornario | | | | | |
| Nixon Peabody LLP | Louis E Dolan / Dennis J Drebsky | | | | | |
| Nixon Peabody LLP | Christopher M Desiderio / Anne Secker Esq | One Embarcadero Ctr 18th Fl | | San Francisco | CA | 94111-3600 |
| Nixon Peabody LLP | Lisa K Omori | 437 Madison Ave | | New York | NY | 10022 |
| Noland Hamerly Etienne & Hoss PC | Michael J Sage Esq | 333 Salinas St | | Salinas | CA | 93902-2510 |
| OMelveny & Myers LLP | Karyn B Zeidman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 |
| Office of Joe G Tedder CFC | Bonnie Holly | Delinquency and Enforcement | | Bartow | FL | 33831-2016 |
| Office of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 |
| Office of Unemployment Compensation Services | Timothy A Bortz | Dept of Labor and Industry / Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq / Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 |
| Orange Grove Properties | Linda Taylor / Sylvia M Ornelas | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |
| Ornelas Castillo & Ornelas PLLC | Mario A Castillo Jr | | | | | |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq / Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 |
| Oser Hoskin & Hardcourt LLP | Jeremy Dacks / Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | | | | | |
| Palmer Law Firm Inc | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 |
| Panattoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| Pennsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 |
| Pauk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 |
| Pepper Hamilton LLP | K Stewart Evans Jr Matthew D Foster | 600 14th St NW | Ste 600 | Washington | DC | 20005 |
| Perdue Brandon Fielder Collins & Mott LP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 |
| Pima County Attorney Civil Division | German Yusufov Terri A Roberts James E Bird | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 |
| Pisinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Posinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | 1152 15th St NW Ste 800 | | Washington | DC | 20005 |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 |
| Poyner Spruill LLP | Laura A Olenti Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 |
| PriceGrabber com Inc | Shannon E Hoff Esq | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 |
| primeshares | Katerina Canyon<br>Attn Rayaan Hashmi | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq | Renaissance One | | Phoenix | AZ | 85004-2391 |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 |
| Quarles & Brady LLP | Faye B Feinstein Esq<br>Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 |
| Rall & Associates LLP | Albert F Quintrall Esq | 1550 Hotel Cir N Ste 120 | | San Diego | CA | 92108 |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 |
| Receivable Management Services | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Reed Smith LLP | Kathleen A Murphy Esq<br>Travis A Sabalewski Esq | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 |
| Righetti Law Firm PC | Matthew Righetti | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 |
| Robinson & Cole | Peter F Strniste<br>Patrick M Birney | 280 Trumbull St | | Hartford | CT | 06103 |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Romero Law Firm | Martha E Romero | MNR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 |
| Salber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq / William A Gray Esq / Peter M Pearl Esq / Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq / Pamela A Bosswick Esq / Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq / J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq Alexander Jackins | 975 F St NW | | Washington | DC | 20004 |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 |
| Seyfarth Shaw LLP | William J Factor Esq David C Christian II Blanka Wolfe | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 |
| Sheppard Mullin Richter & Hampton LLC | Margaret Mann | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 |
| Sheppard Mullin Richter & Hampton LLC | Gregory D Grant Esq Courtney R Sydnor Esq | 12505 Park Potomac Ave 6th Fl | | Potomac | MD | 20854 |
| Sherman Rogers Gandal Pordy & Ecker | Stephen A Metz Esq Courtney R Sydnor Esq Gregory D Grant Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 |
| Siller Wilk LLP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 |
| Spillman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | Cadillac Place Ste 10 200 | 3030 W Grand Blvd 600 Montgomery St 14th Fl | Detroit | MI | 48202 |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | | San Francisco | CA | 94111 |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq Steven J Adams Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 |
| Stevens & Lee PC | Jaime S Dibble | 111 N 6th St | | Reading | PA | 19603 |
| | Katherine M Sutcliffe Becker Darrell W Clark Esq | | | | | |
| Stinson Morrison Hecker LLP | Tracey M Ohm Esq | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 |
| Stites & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 |
| Sullman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 |
| Stettinius & Hollister LLP | Jeffrey J Graham Mark K Ames | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 |
| Taxing Authority Consulting Services PC | Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 |
| Tennessee Department of Revenue | TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 |
| Thomas G King Thomas W Daniels | | PO Box 4010 1265 Scottsville Rd | One Moorsbridge Road Kalamazoo | Rochester | MI NY | 49003-4010 14624 |
| Thompson McMullan PC | Robert A Dybing Robert R Musick | 100 Shockoe Slip | 3rd Fl | Richmond | VA | 23219 |
| Torys LLP | William F Gray Jr Esq Timothy B Martin Esq | 237 Park Ave | | New York | NY | 10017 |
| Eleanor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Travelers | Mike Lynch | Account Resolution 225 N 9th St Ste 820 PO Box 1097 | One Tower Sq 5MN | Hartford | CT | 06183 |
| Paul Jones Gledhill Fuhrman PA | Kimbell D Gourley | | | Boise | ID | 83701 |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 |
| Troutman Sanders LLP | Michael E Lacy | 1001 Haxall Point | | Richmond | VA | 23219 |
| Troutman Sanders LLP | Richard Hagerty | 1660 International Dr Ste 600 | | McLean | VA | 22102 |
| VinCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office 8010 Towers Crescent Dr Ste 300 | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 |
| Venable LLP | Lawrence A Katz Kristen E Burgers | | | Vienna | VA | 22182-2707 |
| Venson & Elkins LLP | David E Hawkins William L Wallander | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 |
| Vinson & Elkins LLP | Angela B Degeyer Angelique Electra | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 |
| Tonage Holdings Inc | Malcolm M Mitchell Jr Suparna Banerjee | 23 Main St | | Holmdel | NJ | 07733 |
| Torys Sater Seymour and Pease LLP | Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 |
| Torys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq<br>Joseph W Geib Esq | 767 Fifth Ave | | New York | NY | 10153 |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq<br>Jenny J Hyun Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 |
| Weingarten Realty Investors | | 2600 Citadel Plz Dr | | Houston | TX | 77008 |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 |
| Weyceer Kaplan Pulaski & Zuber PC | Edward L Rothberg<br>Jessica L Hickford | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 |
| ...ton Aldhizer & Weaver PLC | Stephan W Milo Esq<br>Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | 125 S Augusta St Ste 2000 | The American Hotel | Staunton | VA | 24401 |
| ... & Case LLP | | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 |
| Whiteford Taylor & Preston LLP | Bradford F Englander<br>Brian M Nestor<br>Kevin G Hroblak Esq<br>H Jason Gold Esq<br>Dylan G Trache Esq | 3190 Fairview Park Dr Ste 300<br>7 Saint Paul St | | Falls Church<br>Baltimore | VA<br>MD | 22042<br>21202 |
| Whiteford Taylor & Preston LLP | Rebecca L Saitta Esq<br>Valerie P Morrison Esq<br>Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 |
| Wiley Rein LLP | | | | | | |
| Williams Mullen | William H Schwarzschild III<br>W Alexander Burnett | Two James Ctr 16th Fl | 1021 E Cary St PO Box 1320 | Richmond | VA | 23218-1320 |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 |
| Wyse DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 |
| Wolff & Samson PC | Karen L Gilman Esq | One Boland Dr | | West Orange | NJ | 07052 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 |
| Womac & Associates | Brian D Womac, Stacy Kremling, Jeffrey L Tarkenton | Two Memorial Plz | 820 Gessner Ste 1540 | Houston | TX | 77024 |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 |
| Young Goldman & Van Beek PC | Neil P Goldman Esq, John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 |