| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE # 5<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

| ATTORNEY FOR: | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF<br>VIRGINIA | RICHMOND DIVISION<br>FILED<br>OCT 3 0 2009<br>CLERK<br>U.S. BANKRUPTCY COURT |

| PLAINTIFF(S)/PETITIONER(S): | Vincent E. Rhynes |
|---|---|
| DEFENDANT(S)/RESPONDENT(S): | Circuit City Stores, INC. et al |

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>08-35653(KRH) |
|---|---|

Hearing:  Date  N/A.
          Time  N/A.
          Dept. (KRH)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:  1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents):  Proof Of Claim & Copy Of Stock Certificate.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 10-26-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows:  Securities & Exchange Commission
3 World Financial Center STE # 400
New York, New York 10281-1022
ATTN: Patricia Schrage Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) __10-26-2009__, at (place) __Los Angeles__, California.

Herman Rhynes
_Type or Print Name_                                      _Signature_

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL                    **ORIGINAL**