Matthew J. Botica
Mindy D. Cohn
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Counsel for VisionTek Products, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------------x
                                            :   Chapter 11
In re                                       :
                                            :   Case No. 08-35653 (KRH)
Circuit City Stores, Inc., *et al.*,        :
                                            :   (Jointly Administered)
            Debtors.                        :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, October 27, 2009, I served a copy of *VisionTek Products, LLC's Response in Opposition to Certain General Unsecured Claims for Voting Purposes Only* (the "Response") upon those parties listed on **Exhibit A** hereto by the means indicated thereon so that such service was received prior to 4:00 p.m. ET on October 27, 2009. In addition, the Response was served by electronic means via the Court's ECF/CM system.

Dated: October 27, 2009

/s/ Mindy D. Cohn

## EXHIBIT A

**VIA FAX AND FEDERAL EXRESS:**
Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
901 E. Cary Street
One James Center
Richmond, Virginia 23219
Phone: 804-775-1144
Fax: 804-775-1061


**VIA FAX AND FEDERAL EXPRESS:**
Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Square
Wilmington, DE 19899
Phone: 302-651-3000
Fax: 303-651-3001

**VIA MESSENGER:**
Chris L. Dickerson
Skadden Arps Slate Meagher
& Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Phone: 312-407-0700


CHI:2324989.2