William Hale
120 Daly Court
Martinsburg, WV 25403
October 31, 2009



United States Bankruptcy Court
Clerk of the Courts
701 East Broad Street
Richmond, VA 23219
Attn: Suzanne French

Subject: Request for Continuance of Case No. 08-35653

Dear Ms. French:

   I am writing this letter to request a continuance in case number 08-35653 for medical reasons beyond my control.

   I was hospitalized last Saturday, October 24, 2009 because of my heart condition. I have been in the hospital all this week until the 28th of October. On the 28th, I had an appointment to go to the VA hospital in Washington DC to go the defibrillator clinic. I have another appointment to see the heart doctor on Tuesday November 3rd as you can see in the attached papers.

   It is plain to see why I am unable to make it to the hearing on November 3, 2009.

   Thank you so much in this matter

Respectfully,

*William Hale*
William Hale

Hale, William
has been admitted to the VA medical center.
May return to work 11/9/09

*Imprint from Patient Data Card or type or print name, ident. no., name of facility visited*

| PURPOSE | HOSPITALIZATION | | OUTPATIENT SERVICE | |
|---|---|---|---|---|
| | DATE | | DATE AND HOUR | |
| | FROM 10/24/09 | TO 10/28/09 | REPORTED | DEPARTED |

*I certify that the above-named veteran visited this facility on the date and for the purpose as indicated.*

| SIGNATURE OF CHIEF, MEDICAL ADMINISTRATION SERVICE DESIGNEE | DATE |
|---|---|
| Attes Najemi, MD | 10/28/09 |

VA FORM MAY 1999(R) 10-2382    GPO U.S. GOVERNMENT PRINTING OFFICE:2008-339-344/38896

```
APPOINTMENTS FOR: HALE,WILLIAM E              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 PRINTED: 10/28/2009@11:49

Oct 28, 2009  9:00 AM  (30 MINUTES)  SS/ORTHO (PA) (1C119)

Oct 28, 2009 10:00 AM  (60 MINUTES)  REHAB OCCUP THERAPY 1C135

Oct 28, 2009 11:30 AM  (60 MINUTES)  MED/DISCHARGE CLINIC/4M (N/C)

Oct 29, 2009  8:00 AM  (30 MINUTES)  MAS/TRIPS-WASHINGTON (N/C)

Nov 03, 2009 12:30 PM  (30 MINUTES)  MED/CARD CHOE 4A-146

Nov 04, 2009  9:00 AM  (30 MINUTES)  SS/ORTHO (PA) (1C119)

Nov 13, 2009  2:30 PM  (30 MINUTES)  MED/CPC 2 HOE 1A157

Feb 17, 2010  3:30 PM  (10 MINUTES)  CALL FOR APPOINTMENT ON CPC-2
```
(First three entries struck through.)