



October 30, 2009


U.S. Bankruptcy Court for the Eastern District of Virginia
(Richmond)
701 East Broad Street
Richmond, VA 23219-1888


Attn: Clerk's Office: Circuit City Bankruptcy 08-35653-KRH

RE: Cancel Claim # 362
    Change of Address


**Evidently, unintentionally Pops Cosmic Counters Inc filed two (2) Claims. So therefore we are canceling Claim # 362 as per Pamela S. Dangelo w/Skadden, Arps, Slate, Meagher & Flom LLP. The Debtors are seeking to disallow claim # 362 as being a duplicate of Claim # 3977, as by the Twenty Eighth Omnibus Objection Claim # 3977 will be the surviving claim.**

Also, please change our mailing address as it has changed.

    New Address:  Pops Cosmic Counters Inc
                  PO BOX 960
                  Greenville, TX 75403-0960

If you could please make changes immediately.

Thank You

Jerry Tyler, Secretary