## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653-KRH** |
| ) | **Chapter 11** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that McSweeney, Crump, Childress & Temple, P.C. hereby enters its appearance on behalf of and as local counsel for SanDisk Corporation ("SanDisk"), a creditor and party in interest in the above-captioned Chapter 11 bankruptcy cases, pursuant to § 1109(b) of the United States Bankruptcy Code and Fed. R. Bankr. P. 2002 and 9010, and requests that all pleadings, notices and other documents in the Debtors' cases be served on the persons at the address set forth below:

>David R. Ruby, Esquire
>McSWEENEY, CRUMP, CHILDRESS & TEMPLE, P.C.
>Post Office Box 1463 (23218)
>11 South 12th Street
>Richmond, Virginia 23219
>Telephone:    (804) 783-6811
>Facsimile:     (804) 782-2130
>Email:           druby@mcsweeneycrump.com

Local Counsel for SanDisk Corporation
David R. Ruby, Esquire (VSB #22703)
McSweeney, Crump, Childress & Temple, P.C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
Email: druby@mcsweeneycrump.com

SanDisk also requests service to its attorneys of record all papers referred to in Fed. R. Bankr. P. 2002, 4004, 4007 and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statements of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in these cases, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, facsimile or other electronic means. SanDisk also requests that it be added to the matrix of creditors in the above-captioned cases.

Respectfully submitted,

McSWEENEY, CRUMP, CHILDRESS & TEMPLE, P.C.

By:   /s/ David R. Ruby
      David R. Ruby

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2009, a true and accurate copy of the foregoing Notice of Appearance and Request for Service was served via First Class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Robert B. Van Arsdale, Esquire*
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219
[USTPRegion04.NO.ECF@usdoj.gov]

Dion W. Hayes, Esquire*
Joseph S. Sheerin, Esquire*
Sarah Beckett Boehm, Esquire*
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219
[Debtors' Counsel]

Daniel F. Blanks, Esquire*
Douglas M. Foley, Esquire*
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510
[Debtors' Counsel]

Gregg M. Galardi, Esquire*
Ian S. Fredericks, Esquire*
Skadden Arps Slate Meagher & Flom LLP,
PO Box 636
Wilmington, DE 19899
[Debtors' Counsel]

Chris L. Dickerson, Esquire*
Skadden Arps Slate Meagher & Flom LLP,
155 North Wacker Drive
Chicago, IL 60606
[Debtors' Counsel]

Brad R. Godshall, Esquire*
Jeffrey N. Pomerantz, Esquire*
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
[Counsel for Unsecured Creditors Committee]

John D. Fiero, Esquire*
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
[Counsel for Unsecured Creditors Committee]

Robert J. Feinstein, Esquire*
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
[Counsel for Unsecured Creditors Committee]

Lynn L. Tavenner, Esquire*
Paula S. Beran, Esquire*
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
[Counsel for Unsecured Creditors Committee]

              /s/ David R. Ruby
              David R. Ruby

[*Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid.]