# Exhibit A

Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

-and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------X
In re:                                               :    Chapter 11
                                                     :
CIRCUIT CITY STORES, INC., et al.,                   :    Case No. 08-35653
                                                     :
Debtors.                                             :    Jointly Administered
                                                     :
---------------------------------------------------------X

### DECLARATION OF BRIAN ATTEBERRY, SENIOR MANAGER, CREDIT, A/V DIVISION OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

I, Brian Atteberry, Senior Manager, Credit, A/V Division of Mitsubishi Digital Electronics America, Inc., hereby declare as follows:

1.      I have reviewed Mitsubishi Digital Electronics America Inc.'s Response to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (the "Response").

2.      I am personally aware of the information set forth in the Response.

3. The Response is true and correct to the best of my information and belief.

Date: November 3, 2009.

*[signature]*

Brian Atteberry, Senior Manager, Credit, A/V Division of Mitsubishi Digital Electronics America, Inc.