**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
-------------------------------------------------- x
IN RE:                                             :    Chapter 11
                                                   :
CIRCUIT CITY STORES, et al.                        :    Case No. 08-35653 (KRH)
                                                   :
           Debtors.                                :    Jointly Administered
                                                   :
--------------------------------------------------x
```

**ORDER GRANTING MOTION OF PIONEER ELECTRONICS, INC.**
**UNDER FED. R. BANKR. P. 3020(a)**
**FOR ORDER REQUIRING CONFIRMATION DEPOSIT**

This cause came before the Court upon the Motion of Pioneer Electronics, Inc. Under Fed. R. Bankr. P. 3020(a) For an Order Requiring Confirmation Deposit, and the Court having heard the said motion and being fully advised in the premises, it is

HEREBY ORDERED THAT:

1. Debtors shall establish a separate escrow account (the "Account") for all administrative claims that must be funded in the full amount of all asserted administrative claims, whether or not such claims are subject to a dispute as of the Confirmation Date.

2. Allowed Administrative Claims shall be paid, in full, from the Account immediately upon their allowance by the court.

3. The proceeds of the Account may only be used to pay administrative claims, provided, however, that the Debtors may withdraw an amount from the Account equal to the amount of any disallowed administrative claim(s).

4. The Court shall retain exclusive jurisdiction over the Account and any distributions from the account.

Dated:_____                    _____
                                         United States Bankruptcy Judge


                                         Entered:

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been served on all necessary parties.

      /s/ William Daniel Sullivan___