UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING ADMISSION PRO HAC VICE
### (CYNTHIA E. RODGERS-WAIRE)

This matter came before the Court upon the Motion for Admission Pro Hac Vice of Cynthia E. Rodgers-Waire (the "Motion") filed by Troy Savenko, seeking admission pro hac vice for Cynthia E. Rodgers-Waire, of the law firm Wright, Constable & Skeen, L.L.P., in the above-styled bankruptcy case (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Cynthia E. Rodgers-Waire be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1.    The Motion is granted.

2.    Cynthia E. Rodgers-Waire, of the law firm of Wright, Constable & Skeen, L.L.P., is hereby admitted to appear and participate in this Bankruptcy Case and any related proceedings

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 423-7921
Facsimile: (804) 230-0024

*Counsel to Safeco Insurance Company of America*

pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Safeco Insurance

Company of America.

ENTERED:

_____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Telephone:     (804) 423-7921
Facsimile:      (804) 230-0024

*Counsel to Safeco Insurance Company of America*

### Rule 90221-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary
parties simultaneously with the filing of the Motion.

/s/ Troy Savenko
Counsel