Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel for THQ, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>      Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, section 1109(b) of Title 11 of the United States Code, and this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, Covington & Burling LLP, co-counsel for THQ, Inc., hereby appears in this case and requests that all notices given or required to be given in the above-captioned jointly-administered cases, and all papers served or required to be served in these cases, be given to and served upon the below listed counsel at the email address provided, as required by this Court's Local Rules:

1

>Michael St. Patrick Baxter
>Dennis B. Auerbach
>Joshua D. McKarcher
>COVINGTON & BURLING LLP
>1201 Pennsylvania Avenue NW
>Washington, DC  20004-2401
>Tel: (202) 662-6000
>Fax: (202) 662-6291
>Email: jmckarcher@cov.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; (c) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use; or (d) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Pleadings nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive THQ, Inc.'s (i) right to have final orders in noncore matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case,

controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which THQ, Inc. is or may be entitled under any agreement(s), in law, or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: November 4, 2009

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel for THQ, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, pursuant to this Court's **Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures**, a true and exact copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was served on November 4, 2009 by electronic means on the "Core Group" and "2002 List" parties and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

Dated: November 4, 2009

                                          /s/   Joshua D. McKarcher
                                          Joshua D. McKarcher (VSB No. 77061)
                                          COVINGTON & BURLING LLP
                                          1201 Pennsylvania Avenue, N.W.
                                          Washington, DC  20004-2401
                                          (202) 662-5223 (phone)
                                          (202) 778-5223 (fax)
                                          jmckarcher@cov.com