William H. Schwarzschild, III - VSB No. 19274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: (804) 783-6489
FAX:    (804) 783-6507
Email:    tschwarz@williamsmullen.com
            aburnett@williamsmullen.com

*Counsel for Vonage Marketing LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCIT CITY STORES, INC., *et al.* | ) |
| | ) Case No. 08-35653 - KRH |
| Debtors. | ) |
| | ) Jointly Administered |

**JOINDER OF VONAGE MARKETING LLC TO THE RESPONSES FILED BY
SOUTHPEAK INTERACTIVE, LLC AND NYKO TECHNOLOGIES, INC TO
DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CERTAIN 503(b)(9) CLAIMS.**

Vonage Marketing LLC (formerly doing business as Vonage Marketing , Inc.)

("Vonage"), a creditor in this case, by counsel, hereby joins in the Responses filed by SouthPeak

Interactive, LLC [Docket No. 5502] and Nyko Technologies, Inc. [Docket No. 5499]

(collectively, the "Responses") to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9)

Claims (the "Objection"). Vonage adopts the grounds and authorities set forth in those

Responses as Vonage's response to the Objection.  Additionally, Vonage reserves the right to

rely on the arguments and authorities contained in the responses of other creditors filed in

response to the Objection. Nothing herein should be construed as conceding Circuit City's

entitlement to any portion of the preference claim described or claimed by Circuit City in the

Objection.  To the contrary, Vonage denies that the preference claim is valid and expressly

reserves all of its defenses to the merits of Circuit City's preference claims.

VONAGE MARKETING, LLC

*/s/ W. Alexander Burnett*

By:_____
                    Counsel

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
(804) 783-6489
(804) 783-6507

*Counsel for Vonage Marketing LLC*

7019191_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Joinder of Vonage Marketing, LLC was filed and served this 4th day of November, 2009, electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

*/s/ W. Alexander Burnett*

By: _____