Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Thomas, Inc.*

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**MOTION PURSUANT TO LOCAL BANKRUPTCY**
**RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Mona M. Murphy ("Movant"), a member in good standing of the Bar of the Commonwealth

of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the

Eastern District of Virginia, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-

1(E)(2), to enter an Order permitting Fredrick J. Levy, Esquire of Olshan Grundman Frome

Rosenzweig & Wolosky LLP, Park Avenue Tower, 65 East 55th Street, New York, NY 10022, to

appear *pro hac vice* in the referenced bankruptcy case and related proceedings before the United

States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent

Thomas, Inc., claimant.  In support of the motion, Movant states as follows:

1.     Fredrick J. Levy is a member in good standing of the New York Bar and is admitted to

practice before the United States District Court for the Southern and Eastern District of New York.

There are no disciplinary proceedings pending against Mr. Levy in any jurisdiction in which he is

{TY088898;1}

admitted to practice.  This is Mr. Levy's first request to be admitted *pro hac vice* into the Bankruptcy

Court for the Eastern District of Virginia.

2.   Movant requests that this Court authorize Mr. Levy to file pleadings in, to appear and be

heard at hearings concerning, and to otherwise participate in the Bankruptcy Case.

3.    Movant and her law firm shall serve as co-counsel with Mr. Levy in the Bankruptcy

Case.

4.    Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to

counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of

the service hereof.

WHEREFORE, Movant respectfully requests the Court enter an Order, substantially in the

form annexed hereto as Exhibit A: (i) permitting Mr. Levy to appear *pro hac vice* in association with

Movant as counsel for the claimant Thomas, Inc. in the Bankruptcy Case, and (ii) granting such other

and further relief as is just and proper.

Dated: November 4, 2009                         AKERMAN SENTERFITT LLP


                                  By:   /s/ Mona M. Murphy
                                        Mona M. Murphy, Esquire (VSB No. 21589)
                                        8100 Boone Blvd., Suite 700
                                        Vienna, VA 22182
                                        Tel: (703) 790-8750
                                        Fax: (703) 448-1767

{TY088898;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in this case including the following:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meager & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

 /s/ Mona M. Murphy
Mona M. Murphy

{TY088898;1}