Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Thomas, Inc.*
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | **Jointly Administered** |

## ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court upon the Motion pursuant to Local Bankruptcy Rule 2090-1(E)(2) for Admission *Pro Hac Vice* (the "Motion") filed by Mona M. Murphy, seeking admission *pro hac vice* of Fredrick J. Levy of Olshan Grundman Frome Rosenzweig & Wolosky LLP, in the above-styled bankruptcy cases and related proceedings (the "Bankruptcy Case").   After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Fredrick J. Levy be authorized to practice *pro hac vice* before the Court in the Bankruptcy Case, it is hereby:

ORDERED as follows:

1.     The Motion be and hereby is granted.

2.     Fredrick J. Levy is permitted to appear *pro hac vice* as counsel to Thomas, Inc., in the Bankruptcy Case in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Entered: _____

_____
United States Bankruptcy Judge

I ASK FOR THIS:

  /s/ Mona M. Murphy
Mona M. Murphy (VSB No. 21589)
Akerman Senterfitt LLP
8100 Boone Blvd., Suite 700
Vienna, VA  22182
(703) 790-8750
*Attorney for Thomas, Inc.*

Pursuant to Local Bankruptcy Rule 9022-1(B), parties to receive copies:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

## <u>LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION</u>

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.


<u>  /s/ Mona M. Murphy</u>
Mona M. Murphy