## Schedule A

| Objection # | Claimholder | Original Claimholder | Claim # |
|---|---|---|---|
| 49 | VONWIN CAPITAL MANAGEMENT LP | FCMA, Inc. | 84 |
| 49 | VONWIN CAPITAL MANAGEMENT LP | FCMA, Inc. | 85 |
| 49 | VONWIN CAPITAL MANAGEMENT LP | FCMA, Inc. | 86 |
| 49 | VONWIN CAPITAL MANAGEMENT LP | FCMA, Inc. | 87 |
| 49 | VONWIN CAPITAL MANAGEMENT LP | FCMA, Inc. | 88 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 109 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 110 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 112 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 113 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 115 |
| 49 | VONWIN CAPITAL MANAGEMENT, LP | FCMA, Inc. | 116 |
| 48 | VONWIN CAPITAL MANAGEMENT, LP | Allsop, Inc. | 234 |
| 48 | VONWIN CAPITAL MANAGEMENT, LP | Imagination Entertainment | 1310 |
| 48 | VONWIN CAPITAL MANAGEMENT, LP | Salamander Designs | 1342 |
| 51 | VONWIN CAPITAL MANAGEMENT, LP | Digital Innovations | 1373 |
| 50 | VONWIN CAPITAL MANAGEMENT, LP | Digital Innovations | 14251 |