**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | )  Case No. 08-35653 (KRH) |
| et al., | )  Chapter 11 |
| | )  Jointly Administered |
| Debtors. | ) |
| | ) |

### SWORN DECLARATION AND STATEMENT OF JAMES M. RACINOWSKI IN SUPPORT OF BISSELL HOMECARE, INC.

Pursuant to "Notice of Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference," filed in relation to "Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference" (the "Objection"), James M. Racinowski, being duly sworn, deposes and says:

I am Manager of Credit for Bissell Homecare, Inc. and, unless otherwise indicated, have personal knowledge of the facts set forth in the "Response in Opposition of Bissell Homecare, Inc. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof" (the "Response").

I have personal knowledge of the facts that support the Response, and refer the Court to the Response for the reasons why the Court should overrule the Objection and the factual and legal basis on which Bissell Homecare, Inc. relies in support of its Response.

I declare under penalty of perjury that the foregoing is true and correct.

1

(Signature for Sworn Declaration and Statement of
James M. Racinowski in Support of Bissell Homecare, Inc.)

Executed on November 4, 2009

_____
James M. Racinowski

STATE/COMMONWEALTH OF: Michigan
CITY/COUNTY OF: Kent

Sworn and subscribed before me in my jurisdiction aforesaid this 4th day of November, 2009.

_____
Notary Public

My Commission Expires: July 5, 2011
Notary Registration No.: _____

ELAINE M. VANDER BOEGH
Notary Public, State of Michigan
County of Ottawa
My Commission Expires, 07-05-2011
Acting in the county of Kent

S0903587