**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| **Debtors** | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters its appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of Cokem International, Inc., a party in interest in this proceeding, and requests that copies of all notices, pleadings and papers filed in this case served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

Alan M. Noskow (VSB # 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
Phone: (703) 744-8000
Fax: (703) 744-8001
E-mail: anoskow@pattonboggs.com

Alan M. Noskow (VSB # 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
Phone: (703) 744-8000
Fax: (703) 744-8001
anoskow@pattonboggs.com
*Counsel for Cokem International, Inc.*
3706226

Dated:  November 4, 2009                    Respectfully submitted,


                                           /s/ Alan M. Noskow
                                           Alan M. Noskow (VSB # 51094)
                                           PATTON BOGGS LLP
                                           8484 Westpark Drive, 9th Floor
                                           McLean, Virginia  22102
                                           Phone:  (703) 744-8000
                                           Fax:  (703) 744-8001
                                           E-mail:  anoskow@pattonboggs.com
                                           *Counsel to Cokem International, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served via electronic service this 4th day of November, 2009, to the Core Group service list and the 2002 list in accordance with the Order Establishing Notice, Core Management, and Administrative Procedures:


                                           /s/ Alan M. Noskow