UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| **Debtors** | ) | Jointly Administered |
| | ) | |

### AMENDED AND RESTATED VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS

Patton Boggs LLP, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this amended and restated statement in connection with the firm's representation of multiple creditors in the above-captioned case, and respectfully states as follows:

**Representation of Creditor – Navarre Distribution Services, Inc.**

1.   Patton Boggs LLP represents Navarre Distribution Services, Inc. ("Navarre"). Navarre sold goods to the Debtors through both ordinary sales and on a consignment basis. Navarre has a mailing address of 7400 49th Avenue North, New Hope, MN 55428.  Navarre has pre and post-petition secured and unsecured claims against the Debtors for goods sold to the Debtors and for goods delivered to the Debtors on consignment.

Alan M. Noskow (VA Bar No. 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia  22102-3596
Phone:  (703) 744-8000
Fax:  (703) 744-8001
anoskow@pattonboggs.com
*Counsel to Navarre Distribution Services, Inc.*
*Counsel to CC Plaza Joint Venture, LLP*
*Counsel to Cokem International, Inc.*

**Representation of Creditor – CC Plaza Joint Venture, LLP**

2. Patton Boggs LLP represents CC Plaza Joint Venture, LLP. CC Plaza Joint Venture, LLP is the landlord for Debtors' stores located in Bloomington, MN (Store # 3136) and Minnetonka, MN (Store # 3139). CC Plaza Joint Venture, LLP has a mailing address of 4350 Baker Road, Suite 400, Minnetonka, MN 55343-8695. CC Plaza Joint Venture, LLP has claims for pre and post-petition rent and related expenses and damages to its property caused by the Debtors.

**Representation of Creditor – Cokem International, Inc.**

3. Patton Boggs LLP represents Cokem International, Inc.. Cokem International, Inc. provided goods to the Debtors post-petition. Cokem International, Inc. has a mailing address of 865 Xenium Lane North, Plymouth, MN 55441. Cokem International, Inc. has claims against the Debtors for goods sold to the Debtors.

I, Alan M. Noskow, an associate with the firm of Patton Boggs LLP, declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2009                          Respectfully submitted,

                                                       /s/ Alan M. Noskow
                                                       Alan M. Noskow (VA Bar No. 51094)
                                                       PATTON BOGGS LLP
                                                       8484 Westpark Drive, 9th Floor
                                                       McLean, Virginia  22102-3596
                                                       Tel:  (703) 744-8000
                                                       Fax:  (703) 744-8001
                                                       Email: anoskow@pattonboggs.com

                                                       *Counsel to Navarre Distribution Services, Inc.*
                                                       *Counsel to CC Plaza Joint Venture, LLP*
                                                       *Counsel to Cokem International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Amended and Restated Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Concerning Multiple Representation of Creditors to be served via electronic service this 4th day of February, 2009, to the Core Group service list and the 2002 list in accordance with the Order Establishing Notice, Core Management, and Administrative Procedures.

>/s/ Alan M. Noskow
>Alan M. Noskow