## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | **Case No.:** | **08-35653-KRH** |
| Debtors. | ) | **Chapter 11** | |

### SUPPLEMENTAL VERIFIED STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and William Ashley Burgess, Esquire; and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands Anderson"), as counsel for the parties in interest and/or creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Current Clients"), and now counsel for two additional parties in interest and/or creditors identified herein, asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following verified statement pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

---

William A. Gray, Esquire – VSB #46911
W. Ashley Burgess, Esquire – VSB # 67998
C. Thomas Ebel, Esquire – VSB #18637
Peter M. Pearl, Esquire – VSB #22344
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for: Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Monument Consulting, LLC; McAlister Square Partners, Ltd; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Encinitas PFA, LLC; Cardinal Court, LLC; Phyllis M. Pearson; T.J.Maxx of CA, LLC; Baker Natick Promenade LLC; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP-Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; The Stop & Shop Supermarket Company; BPP-VA, LLC; BPP-WB LLC; Colonial Heights Holdings, LLC; E&A Northeast Limited Partnership; Ray Mucci's, Inc.; Interstate Augusta, LLC; NPP Development, LLC; Route 146 Millbury, LLC; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Wayne VF LLC a/k/a Star Universal ;Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Christopher Borglin; Paul Schaapman; CSI Construction Company; Hilton Ellis Epps, Sr.; Chatham County, Georgia Tax Commissioner; DEV Limited Partnership; Kelly Breitenbecher; A.D.D. Holdings, L.P.; Hillson Electric Incorporated; John Rohrer Contracting Company, Inc.; Lang Construction, Inc.; and Rebecca Hylton DeCamps; Denon Electronics; Snell Acoustics, Inc.; Mid-American Insulation, Inc.; Midwest Block & Brick, Inc.; McCorkendale Construction; Premier Contracting, Inc.; Lee County, Mississippi Tax Collector; DeSoto County, Mississippi; Sensormatic Electronic Corporation; OmniMount Systems, Inc.; Metra Electronics Corporation; and Tamrac, Inc.*

1.      Sands Anderson's Current Clients' names are set forth on **EXHIBIT A** attached

hereto and incorporated herein by reference.  Prior statements pursuant to *Federal Rules of*

*Bankruptcy Procedure* 2019 ("2019 Statements") have been filed pertaining to the Current Clients.

Sands Anderson hereby supplements the previous 2019 Statements.

2.      Sands Anderson has now been retained by two additional creditors, whose names,

addresses and brief explanations of their interests are as follows (the "New Clients"):

> a.      Metra Electronics Corporation
>         c/o Edward P. Jackson, Esquire
>         Edward P. Jackson, P.A.
>         255 N. Liberty Street
>         Jacksonville, FL 32203
>         Telephone:  904-358-1952
>
> **Nature of Interest**:  Rights and remedies in connection with goods sold to Circuit
> City.  All claims or rights arose by virtue of the client's contractual, statutory,
> and/or common law rights with or against one or more of the Debtors.
>
> b.      Tamrac, Inc.
>         Attn:  Russell Kantor
>         9240 Jordan Avenue
>         Chatsworth, CA 91311
>         Telephone: 818-407-9500
>
> **Nature of Interest**:  Rights and remedies in connection with goods sold to Circuit
> City.  All claims or rights arose by virtue of the client's contractual, statutory,
> and/or common law rights with or against one or more of the Debtors.

3.      The facts and circumstances relating to the employment of Sands, Anderson by

the New Clients are that Sands Anderson serves as bankruptcy counsel to the New Clients to

represent their interests in the Debtors' jointly-administered bankruptcy cases.  The New Clients

are billed monthly at Sands Anderson's normal hourly rates for its shareholders, counsel,

associates, and legal assistants for time spent and for costs incurred in providing legal services,

pursuant to Sands Anderson's standard terms and engagement.

4.     The New Clients have been advised of, and have consented to, Sands Anderson's representation of all other clients.

5.     Sands Anderson reserves the right to supplement and/or amend this Statement at any time in the future.

**Respectfully Submitted,**

**SANDS, ANDERSON, MARKS & MILLER, P.C.**

   /s/  William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB #18637
Ashley Burgess, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for: A.D.D. Holdings, L.P.; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; Baker Natick Promenade LLC; BevCon I,LLC; Christopher Borglin; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; BPP-VA LLC; BPP-WB LLC; Kelly Breitenbecher; Cardinal Court, LLC; Chatham County, Georgia Tax Commissioner; Colonial Heights Holdings, LLC; CSI Construction Company; DEV Limited Partnership; Rebecca Hylton DeCamps, Denon Electronics, DeSoto County, Mississippi; E&A Northeast Limited Partnership; East Brunswick VF LLC; Encinitas PFA, LLC; Hilton Ellis Epps, Sr.; Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Green Acres Mall, LLC; Hillson Electric Incorporated; Interstate Augusta, LLC; Lang Construction, Inc.; Lee County, Metra Electronics Corporation, Mississippi Tax Collector; Mansfield SEQ 287 and Debbie, Ltd.; Marlton VF, LLC; McAlister Square Partners, Ltd.; McCorkendale Construction; Mid-American Insulation, Inc.; Midwest Block & Brick, Inc.; Monument Consulting, LLC; NPP Development, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; OmniMount Systems, Inc.; Phyllis M. Pearson; PrattCenter, LLC; Premier Contracting, Inc.; Ray Mucci's, Inc.; Route 146 Millbury, LLC; John Rohrer Contracting Company, Inc.; Paul Schaapman; Sensormatic Electronic Corporation; Snell Acoustics, Inc.; Tamrac, Inc.; The Stop & Shop Supermarket Company; T.J. Maxx of CA, LLC; Towson VF LLC; UTC I, LLC; Valley Corners Shopping Center, LLC; Vornado Caguas LP; Vornado Gun Hill Road LLC; Wayne VF LLC a/k/a/ Star Universal; VNO Mundy Street LLC; and VNO Tru Dale Mabry, LLC.*

## VERIFICATION

I, William A. Gray, an attorney with Sands Anderson Marks & Miller, P.C., after due inquiry declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the facts and representations set forth in this Verified Statement in accordance with Bankruptcy Rule 2019 are true and correct to the best of my knowledge and belief.

*/s/ William A. Gray*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

*/s/ William A. Gray*

## EXHIBIT A TO *RULE* 2019 STATEMENT

| Creditor |
| --- |
| A.D.D. Holdings, L.P. |
| Alexander's of Rego Park Center, Inc. |
| Amherst VF LLC |
| Baker Natick Promenade LLC |
| BevCon I, LLC |
| BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership |
| BPP-Muncy, LLC |
| BPP-NY LLC |
| BPP-OH LLC |
| BPP-Redding LLC |
| BPP-SC LLC |
| BPP-VA LLC |
| BPP-WB LLC |
| BC Hardscapes, LLC |
| Boston Acoustics, Inc. |
| Cardinal Court, LLC |
| Chatham County, Georgia Tax Commissioner |
| Christopher Borglin |
| Colonial Heights Holdings, LLC |
| CSI Construction Company |
| Cynthia Olloway, as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor |
| Cynthia Olloway, Individually |
| DEV Limited Partnership |
| D&M Holdings, US Inc. |
| DeSoto County, Mississippi |
| E&A Northeast Limited Partnership |
| East Brunswick VF LLC |
| Emily Funches, Individually |
| Encinitas PFA, LLC |
| Green Acres Mall, LLC |
| Hillson Electric Incorporated |
| Hilton Ellis Epps, Sr. |
| Interstate Augusta, LLC |
| John Rohrer Contracting Company, Inc. |
| Kelly Breitenbecher |
| Lang Construction, Inc. |
| Lee County, Mississippi Tax Collector |
| Lovera S. Funches, Individually |
| Mansfield SEQ 287 and Debbie, Ltd. |
| Marlton VF, LLC |
| McAlister Square Partners, Ltd. |

| Creditor |
| --- |
| McCorkendale Construction |
| Metra Electronics Corporation |
| Mid-America Insulation, Inc. |
| Midwest Block & Brick |
| Monument Consulting, LLC |
| North Bergen Tonnelle Plaza, LLC |
| North Plainfield VF, LLC |
| NPP Development, LLC |
| OmniMount Systems, Inc. |
| Paul Schaapman |
| Phyllis M. Pearson |
| PrattCenter, LLC |
| Ray Mucci's, Inc. |
| Rebecca Hylton DeCamps |
| Reverend Dwayne Funches as Independent Executor of the Estate of Travis Funches |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dione Funches |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dwayne Funches, Jr. |
| Reverend Dwayne Funches, Individually |
| Route 146 Millbury, LLC |
| Sensormatic Electronic Corporation |
| Shatira Funches, Individually |
| Snell Acoustics, Inc. |
| Star Universal LLC |
| T.J. Maxx of CA, LLC |
| Tamrac, Inc. |
| The Stop & Shop Supermarket Company |
| Towson VF LLC |
| UTC I, LLC |
| Valley Corners Shopping Center, LLC |
| VNO Mundy Street LLC |
| VNO Tru Dale Mabry, LLC |
| Vornado Caguas LP |
| Vornado Gun Hill Road LLC |

**EXHIBIT A**