Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182-2642
(703) 790-8750

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

**AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR
REPRESENTATION BY AKERMAN SENTERFITT LLP
<u>UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Mona M. Murphy and Akerman Senterfitt LLP ("AS"), pursuant to Federal Rule of Bankruptcy Procedure 2019, file this verified statement with respect to their legal representation of Samsung Electronics America, Inc. ('Samsung"), Bush Industries, Inc. ("Bush") and Thomson, Inc. ("Thomson") in the captioned bankruptcy case, and state:

1. The names and address of the creditors represented by AS in this matter are:

Samsung Electronics America, Inc.
105 Challenger Road
Ridgefield Park, NJ 07660

Thomson, Inc.
101 West 103rd St.
Indianapolis, IN 46290

Bush Industries, Inc.
P.O. Box 129
Jamestown, NY 14702

{TY089183;1}

2. Samsung is an electronics vendor, one of the largest unsecured creditors of the Debtor, and is on the Official Committee of Unsecured Creditors. Samsung has filed a timely request under Section 503(b)(9) for $19,262,466.96 in administrative expenses, and holds a general unsecured claim of approximately $103,000,000.

3. Samsung retained AS on December 9, 2008. Mona M. Murphy is the primary local contact at AS for Samsung, who is also represented by Michael I. Goldberg and Joanne Gelfand of AS, both of whom have been admitted *pro hac vice* for this purpose.

4. Thomson and Bush retained AS on November 3, 2009. Mona M. Murphy is the primary local contact at AS for both parties. They are also represented by Fredrick J. Levy of Olshan Grundman Frome Rosenzweig & Wolosky LLP, for whom Ms. Murphy is filing a Motion for Admission *Pro Hac Vice* today.

5. Bush is a manufacturer of office furniture with a timely filed Section 503(b)(9) administrative expense claim of $34,005.92.

6. Thomson is a supplier of telephones and accessories and timely filed a Section 503(b)(9) administrative expense claim of $446,517.08, an unfiled post-petition administrative claim of $266,794.00 and an unfiled general unsecured claim of $681,163.28.

This statement is executed by Mona M. Murphy on behalf of AS effective as of November 5, 2009.

Date: November 5, 2009    By:    /s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
Akerman Senterfitt LLP
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1767
*Counsel for Samsung Electronics America, Inc.; Thomson, Inc.; and Bush Industries, Inc.*

{TY089183;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2009, a true and correct copy of the foregoing Verified Statement was served on all persons receiving electronic notice in this case including the following:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meager & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

        /s/ Mona M. Murphy
Mona M. Murphy

{TY089183;1}