Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel for Thomson, Inc.*

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

## PRAECIPE WITHDRAWING PLEADING

Thomson, Inc. ("Thomson"), by and through its counsel, Akerman Senterfitt LLP, hereby

withdraws the pleading filed at Docket No. 5503, which was filed in error.  In its place, Thomson

has filed the correct pleading, entered at Docket No. 5518, entitled "Thomson, Inc.'s Response

Regarding Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and

503(b)(9) Claims and Motion for (I) Authority to Set Off Against Such Expenses and Claims and

(II) a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status

Conference".  The pleading filed at Docket No. 5503, hereby withdrawn, was incorrect in that

the wrong document was attached.

Date: November 5, 2009          By:    _____/s/  Mona M. Murphy_____
                                        Mona M. Murphy, Esquire (VSB No. 21589)
                                        Akerman Senterfitt LLP
                                        8100 Boone Blvd., Suite 700
                                        Vienna, VA 22182
                                        Tel: (703) 790-8750
                                        Fax: (703) 448-1767
                                        *Counsel for Thomson, Inc.*

{TY089264;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2009, a true and correct copy of the foregoing Praecipe Withdrawing Pleading was served on all persons receiving electronic notice in this case including the following:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meager & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

_____/s/ Mona M. Murphy_____
Mona M. Murphy

{TY089264;1}