UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al,** ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

MOTION FOR ADMISSION
*PRO HAC VICE* OF LARRY D. HENIN

Philip C. Baxa ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-I(E), to enter an order authorizing Larry D. Henin, an attorney with the law firm of Edwards Angell Palmer & Dodge LLP, to appear *pro hac vice* in the above-referenced bankruptcy case before the United States Bankruptcy Court for the Eastern District of Virginia (collectively, the "Bankruptcy Case") to represent Onkyo USA Corporation. In support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Henin has been a member in good standing of the Bar of the State of New York since 1979, and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Eleventh Circuits. Mr. Henin is also authorized to practice in the United States Bankruptcy Courts for the Southern and Eastern Districts of New York. There are

_____
Philip C. Baxa, VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia  23219
Tel.:  804-782-8691
Fax:   804-644-0209
phil.baxa@mercertrigiani.com
  Local Counsel for Onkyo USA Corporation

no disciplinary proceedings pending against Mr. Henin in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Henin to appear and be heard at hearings concerning, and to otherwise participate in, the Bankruptcy Case (and related proceedings) on behalf of Onkyo USA Corporation.

4. Movant and his law firm shall serve as co-counsel with Mr. Henin in the Bankruptcy Cases (and related proceedings).

5. Notice of the Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Larry D. Henin to appear *pro hac vice* in the Bankruptcy Case and grant Movant such other and further relief as is just.

Submitted: November 5, 2009                    /s/ Philip C. Baxa

Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Telephone: (804) 782-8691
Fax: (804) 644-0209
phil.baxa@mercertrigiani.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2009, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Larry D. Henin was served on all persons receiving electronic notice in these cases and by first class mail, postage prepaid, to the following:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

/s/ Philip C. Baxa

R0009377