Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel for Thomson, Inc.*

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2009, a true and correct copy of Thomson, Inc.'s Response Regarding Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Set Off against Such Expenses and Claims (II) a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference was served on all persons receiving electronic notice in this case including the following:

> Robert B. Van Arsdale
> Office of the U.S. Trustee
> 701 East Broad St., Suite 4304
> Richmond, Virginia 23219
> *Assistant United States Trustee*

{TY089331;1}

Douglas M. Foley
Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meager & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

Date: November 5, 2009        By:     /s/ Mona M. Murphy
                                      Mona M. Murphy, Esquire (VSB No. 21589)
                                      Akerman Senterfitt LLP
                                      8100 Boone Blvd., Suite 700
                                      Vienna, VA 22182
                                      Tel: (703) 790-8750
                                      Fax: (703) 448-1767
                                      *Counsel for Thomson, Inc.*