

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788
phone · 631.434.1600
fax · 631.434.3198
**www.hauppauge.com**



November 3, 2009

*Clerk of the Bankruptcy Court*
United States Bankruptcy court
*701 East Broad Street – Room 4000*
Richmond, Virginia 23219

a) Response to the Objection
   Circuit City Stores
   Case No. 08-35653

b) Claimant's Name:  Hauppauge Computer Works, Inc.
                    91 Cabot Court
                    Hauppauge, NY 11788

    Amount Claimed:  $177,260.00; Merchandise shipped to debtor
      Claim Number:  781

c) Executed by Cheryl Willins, Controller, 91 Cabot Ct, Hauppauge, NY 11788.
   Phone number: (631) 630-1340.

   A purchase order was received from Circuit City which created a legally binding contract between Circuit City and Hauppauge.  Hauppauge fulfilled it's obligation by shipping the goods to Circuit City.  This created a legally enforceable liability to Hauppauge.   Proof of this liability was documented in the Claim Request form previously filed and accepted.  To the best of our knowledge Circuit City has no counterclaim against us and there should be no offsets against our liability.

d) Backup documentation attached.

e) *All responses should be addressed to Cheryl Willins, Controller*
                    Hauppauge Computer Works, Inc.
                    91 Cabot Ct.
                    Hauppauge, NY 11788
                    Phone: (631) 630-1340
                      Fax: (631) 434-3198
                    Email: cwillins@hauppauge.com

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **267805** |
| Invoice Date | **12/12/2008** |

Packing List Number :  149824

Bill To  **CCS22**

CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

ARDMORE BROWN GOODS DC - 0567
1901 COOPER DR
ARDMORE, OK 73401

| | | | |
|---|---|---|---|
| Sales Order Number : | 176691 | Ship Via : | UPS |
| Order Date : | 12/10/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2222022 | Terms : | NET 7 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 80 | 80 | 01196<br>WINTV-HVR-1250 | $40.00 | $3,200.00 |
| 140 | 140 | 01198<br>WINTV-HVR-950 | $60.00 | $8,400.00 |
| 100 | 100 | 01199<br>WINTV-HVR-1600 | $69.00 | $6,900.00 |
| 140 | 140 | 01200<br>WINTV-HVR-850 | $47.00 | $6,580.00 |

| | |
|---|---|
| | $25,080.00 |
| | $25,080.00 |

# Hauppauge!®

Sales Order

**HAUPPAUGE COMPUTER WORKS**

Sales Order #   | 176691 |

Customer #   CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    4
ARDMORE BROWN GOODS DC - 0567
1901 COOPER DR
ARDMORE, OK 73401

Ship Via
UPS

FOB
DESTINATION

Terms
NET 7

Order Date
12/10/2008 12.00.00 AM

Customer PO #
2222022

Requested Ship Date
12/10/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 80 | 0 | 80 | 01196  4 @ 22  WINTV-HVR-1250 | $40.00 | $3,200.00 |
| 140 | 0 | 140 | 01198  7 @ 21  WINTV-HVR-950 | $60.00 | $8,400.00 |
| 100 | 0 | 100 | 01199  5 @ 28  WINTV-HVR-1600 | $69.00 | $6,900.00 |
| 140 | 0 | 140 | 01200  7 @ 17  WINTV-HVR-850 | $47.00 | $6,580.00 |

SUB TOTAL                    $25,080.00

$25,080.00

ternal Customer Notes :

**APPROVED**

1 1 2008

MARL... ...ERIDAN



## Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1105 | Each | 60 | 40.00 |
| 2 | 1108 | Each | 140 | 86.00 |
| 3 | 1109 | Each | 100 | 69.00 |
| 4 | 1200 | Each | 140 | 47.00 |



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B./Related Instructions** | |
| Purchase Order Number | 2222022 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081209 | | |
| Vendor Number | 070986 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0567 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081222 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081223 |
| Do Not Deliver Before | 20081221 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

# Hauppauge!®

**HAUPPAUGE COMPUTER WORKS**

## Sales Order

**Sales Order #**  176691

**Customer #**  CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address     4
ARDMORE BROWN GOODS DC - 0567
1901 COOPER DR
ARDMORE, OK 73401

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 7 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 12/10/2008 12.00.00 AM | 2222022 | 12/10/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 80 | 0 | 80 | 01196 WINTV-HVR-1250 | $40.00 | $3,200.00 |
| 140 | 0 | 140 | 01198 WINTV-HVR-950 | $60.00 | $8,400.00 |
| 100 | 0 | 100 | 01199 WINTV-HVR-1600 | $69.00 | $6,900.00 |
| 140 | 0 | 140 | 01200 WINTV-HVR-850 | $47.00 | $6,580.00 |

| | | |
|---|---|---|
| SUB TOTAL | | $25,080.00 |
| | | $25,080.00 |

ernal Customer Notes :

3 ru

APPROVED

1 1 2008

MAR_____ SHERIDAN

# Hauppauge!®

# Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

**Invoice Number**
268498

**Invoice Date**
1/7/2009

| Sold To | Ship To |
|---|---|
| IRCUIT CITY STORES, DIP<br>TEVE PARKER/MIS DEP<br>S10<br>LEN ALLEN, VA 23060<br>SA | BROWN GOODS DC - 0344<br>400 LONGFELLOW COURT<br>SUITE A<br>LIVERMORE, CA 94550 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS22 | 2246600 | NET 7 | 177402 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 1/7/2009 | 150557 |

| QUANTITY Ordered | This Shipment | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 01198 | WINTV-HVR-950 | $60.00 | $1,200.00 |
| 20 | 20 | 01200 | WINTV-HVR-850 | $47.00 | $940.00 |

|  |  |
|---|---|
| SUB TOTAL: | $2,140.00 |
| TOTAL AMOUNT DUE: | $2,140.00 |



# Hauppauge!®

## Sales Order

HAUPPAUGE COMPUTER WORKS

Sales Order #  177402

Customer #  CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address      2
BROWN GOODS DC - 0344
400 LONGFELLOW COURT
SUITE A

LIVERMORE, CA 94550

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 7 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 01/05/2009 12.00.00 AM | 2246600 | 1/5/2009 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01198 *1@21* | 01/07/2009 | $60.00 | $1,200.00 |
| | | | WINTV-HVR-950 | | | |
| 20 | 0 | 20 | 01200 *1@.18* | 01/07/2009 | $47.00 | $940.00 |
| | | | WINTV-HVR-850 | | | |

SUB TOTAL                                          $2,140.00

                                                   $2,140.00

ternal Customer Notes :

*Ship Wed*

APPROVED

JAN   6 2009

MARLINA SHERIDAN

## Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 11103 | Each | 20 | 69.00 |
| 2 | 11200 | Each | 20 | 47.00 |

344
2246600



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2246600 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | 070986 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0344 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20090114 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20090115 |
| Do Not Deliver Before | 20090113 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

# Hauppauge!

## Sales Order

Sales Order #   177402

AUPPAUGE COMPUTER WORKS

Customer #   CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    2
BROWN GOODS DC - 0344
400 LONGFELLOW COURT
SUITE A

LIVERMORE, CA 94550

Ship Via
UPS

FOB
DESTINATION

Terms
NET 7

Order Date
01/05/2009 12.00.00 AM

Customer PO #
2246600

Requested Ship Date
1/5/2009

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01198 WINTV-HVR-950 | 01/07/2009 | $60.00 | $1,200.00 |
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 01/07/2009 | $47.00 | $940.00 |

SUB TOTAL                                        $2,140.00

$2,140.00

rnal Customer Notes :



Ship Wed

APPROVED

JAN   6 2009

RLINA SHERIDAN

RB



# Hauppauge!®

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

# Invoice

## Invoice Number
### 268565

## Invoice Date
1/8/2009

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES, DIP<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | ARDMORE BROWN GOODS DC - 0567<br>1901 COOPER DR<br>ARDMORE, OK 73401 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS22 | 2246602 | NET 7 | 177404 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 1/8/2009 | 150625 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 60 | 60 | 01198 | WINTV-HVR-950 | $60.00 | $3,600.00 |
| 40 | 40 | 01200 | WINTV-HVR-850 | $47.00 | $1,880.00 |
| 40 | 40 | 01196 | WINTV-HVR-1250 | $40.00 | $1,600.00 |

$7,080.00

$7,080.00



# Hauppauge!®

HAUPPAUGE COMPUTER WORKS

Sales Order Document — Sales Order

Sales Order #   177404

Customer #   CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    4
ARDMORE BROWN GOODS DC - 0567
1901 COOPER DR
ARDMORE, OK 73401

Ship Via
UPS

FOB
DESTINATION

Terms
NET 7

Order Date
01/05/2009 12.00.00 AM

Customer PO #
2246602

Requested Ship Date
1/5/2009

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 60 | 0 | 60 | 01198   *3 @ 21*   01/08/2009 | WINTV-HVR-950 | $60.00 | $3,600.00 |
| 40 | 0 | 40 | 01200   *2 @ 18*   01/08/2009 | WINTV-HVR-850 | $47.00 | $1,880.00 |
| 40 | 0 | 40 | 01196   *2 @ 22*   01/08/2009 | WINTV-HVR-1250 | $40.00 | $1,600.00 |

SUB TOTAL                                            $7,080.00

$7,080.00

nternal Customer Notes :

APPROVED

JAN   6 2009

MARLINA SHERIDAN

Line Items

Purchase Order

:Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|-----------|
| 1 | 1100 | Each | 60 | 60.00 |
| 2 | 1200 | Each | 40 | 47.00 |
| 3 | 1100 | Each | 40 | 40.00 |

2 2466 02
567



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | B711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2246602 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | 070986 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0567 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

**Date/Reference**

| | |
|---|---|
| Delivery Requested | 20090114 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20090115 |
| Do Not Deliver Before | 20090113 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# HAUPPAUGE COMPUTER WORKS

FOR :     January 8, 2009

Picking List for  Sales Order  #    177404

| Customer : | CIRCUIT CITY STORES, DIP |
|---|---|
| Customer ID : | CCS22 |
| Ship To : | |

Ordered :

PO Number :   2246602
Batch :   1/8/2009

| | Item | Ship Today |
|---|---|---|
| 2 ) | WINTV-HVR-850 | 40 |
| | 01200 | |
| 1 ) | WINTV-HVR-950 | 60 |
| | 01198 | |
| 3 ) | WINTV-HVR-1250 | 40 |
| | 01196 | |

Order Notes :

# Hauppauge!®

## Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

### Invoice Number
**268566**

### Invoice Date
**1/8/2009**

| Sold To | Ship To |
|---|---|
| IIT CITY STORES, DIP <br> E PARKER/MIS DEP <br><br> ALLEN, VA 23060 | INDUSTRY BROWN GOODS DC - 0353 <br> 680 S LEMON AV <br> WALNUT, CA 91789 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | | Sales Order# |
|---|---|---|---|---|
| CCS22 | 2246601 | NET 7 | | 177403 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List# |
|---|---|---|---|
| DESTINATION | UPS | 1/8/2009 | 150626 |

| QUANTITY Ordered | This Shipment | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 01198 | WINTV-HVR-950 | $60.00 | $2,400.00 |
| 20 | 20 | 01200 | WINTV-HVR-850 | $47.00 | $940.00 |
| 20 | 20 | 01196 | WINTV-HVR-1250 | $40.00 | $800.00 |

$4,140.00

$4,140.00

# Hauppauge!

**Sales Order**

HAUPPAUGE COMPUTER WORKS

Sales Order #    177403

Customer #    CCS22

Customer Address
CIRCUIT CITY STORES, DIP
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    3
INDUSTRY BROWN GOODS DC - 0353
680 S LEMON AV
WALNUT, CA 91789

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 7 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 01/05/2009 12.00.00 AM | 2246601 | 1/5/2009 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 40 | 0 | 40 | 01198 WINTV-HVR-950 | 01/08/2009 | $60.00 | $2,400.00 |
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 01/08/2009 | $47.00 | $940.00 |
| 20 | 0 | 20 | 01196 WINTV-HVR-1250 | 01/08/2009 | $40.00 | $800.00 |

|  |  |
|---|---|
| SUB TOTAL | $4,140.00 |
| | $4,140.00 |

ternal Customer Notes :

APPROVED

JAN   6 2009

MARLINA SHERIDAN

Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1186 | Each | 40 | 60.00 |
| 2 | 1230 | Each | 20 | 42.00 |
| 3 | 1196 | Each | 20 | 40.00 |

353
2246601



# Purchase Order

| **Purchase Order Information** | | **Circuit City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2246501 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | 070986 | | |
| Message Text | | | |

| **Ship To Party** | |
|---|---|
| CCS Distribution Id Code | D353 |

| **Terms of Sale** | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

| **Date Reference** | |
|---|---|
| Delivery Requested | 20090114 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20090115 |
| Do Not Deliver Before | 20090113 |
| Do Not Tender Before | |
| Do Not Tender After | |

| **For Direct Import Orders Only** | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

HAUPPAUGE COMPUTER WORKS

FOR :    January 8, 2009

Picking List for  Sales Order  #    | 177403 |

Customer :      CIRCUIT CITY STORES, DIP

Customer ID :     CCS22                        Ordered :

Ship To :                          PO Number :    2246601
                                   Batch :    1/8/2009

| Item | Ship Today |
|------|-----------|
| 2 )   WINTV-HVR-850 <br> 01200 | 20 |
| 1 )   WINTV-HVR-950 <br> 01198 | 40 |
| 3 )   WINTV-HVR-1250 <br> 01196 | 20 |

Order Notes :

# Hauppauge!

**Invoice**

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

**Invoice Number**
268617

**Invoice Date**
1/9/2009

| Sold To | Ship To |
|---|---|
| IRCUIT CITY STORES, DIP<br>TEVE PARKER/MIS DEP<br>1S10<br>iLEN ALLEN, VA 23060<br>SA | ORLANDO BROWN GOODS DC - 0775<br>19925 INDEPENDENCE BLVD<br>GROVELAND, FL 34736 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order# |
|---|---|---|---|
| CCS22 | 2246604 | NET 7 | 177406 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List# |
|---|---|---|---|
| DESTINATION | UPS | 1/9/2009 | 150677 |

| QUANTITY | | | | UNIT | EXTENDED |
|---|---|---|---|---|---|
| Ordered | This Shipment | PART | DESCRIPTION | PRICE | PRICE |
| 100 | 100 | 01199<br>WINTV-HVR-1600 | | $69.00 | $6,900.00 |
| 80 | 80 | 01200<br>WINTV-HVR-850 | | $47.00 | $3,760.00 |
| 20 | 20 | 01196<br>WINTV-HVR-1250 | | $40.00 | $800.00 |

$11,460.00

$11,460.00



# *Hauppauge!*

|  |  |
|---|---|
| | Sales Order #   177406 |
| HAUPPAUGE COMPUTER WORKS | Customer #   CCS22 |

| Customer Address | Customer Ship To Address    7 |
|---|---|
| CIRCUIT CITY STORES, DIP | ORLANDO BROWN GOODS DC – 0775 |
| STEVE PARKER/MIS DEPARTMENT | 19925 INDEPENDENCE BLVD |
| MS10 | GROVELAND, FL 34736 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 7 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 01/05/2009 12.00.00 AM | 2246604 | 1/5/2009 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 100 | 0 | 100 | 01199 WINTV-HVR-1600 | 01/09/2009 | $69.00 | $6,900.00 |
| 80 | 0 | 80 | 01200 WINTV-HVR-850 | 01/09/2009 | $47.00 | $3,760.00 |
| 20 | 0 | 20 | 01196 WINTV-HVR-1250 | 01/09/2009 | $40.00 | $800.00 |

|  |  |  |
|---|---|---|
| | SUB TOTAL | $11,460.00 |
| | | $11,460.00 |

Internal Customer Notes :

## APPROVED

JAN  7 2009

## MARLINA SHERIDAN

Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1199 | Each | 100 | 66.00 |
| 2 | 1200 | Each | 80 | 47.00 |
| 3 | 1198 | Each | 20 | 49.00 |

775

2 246604

Purchase Order



| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2246604 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | D70986 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0775 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20080114 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20080115 |
| Do Not Deliver Before | 20080113 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

HAUPPAUGE COMPUTER WORKS

FOR :     January 9, 2009

Picking List for Sales Order #     177406

Customer :     CIRCUIT CITY STORES, DIP

Customer ID :     CCS22                                          Ordered :

Ship To :                                        PO Number :     2246604
                                                 Batch :     1/9/2009

| Item | Ship Today |
|------|-----------|
| ( 2 )   WINTV-HVR-850 | 80  ✓ |
| 01200 | |
| ( 1 )   WINTV-HVR-1600 | 100  / |
| 01199 | |
| ( 3 )   WINTV-HVR-1250 | 20  ✓ |
| 01196 | |

Order Notes :

evelyn

RP

# Hauppauge!®

## Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

### Invoice Number
268618

### Invoice Date
1/9/2009

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES, DIP<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | MARION BROWN GOODS DC - 0755<br>1100 CIRCUIT CITY RD<br>MARION , IL 62959 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS22 | 2246603 | NET 7 | 177405 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 1/9/2009 | 150678 |

| QUANTITY Ordered | This Shipment | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 80 | 80 | 01198<br>WINTV-HVR-950 | | $60.00 | $4,800.00 |
| 60 | 60 | 01199<br>WINTV-HVR-1600 | | $69.00 | $4,140.00 |
| 60 | 60 | 01200<br>WINTV-HVR-850 | | $47.00 | $2,820.00 |
| 60 | 60 | 01196<br>WINTV-HVR-1250 | | $40.00 | $2,400.00 |



$14,160.00

$14,160.00

# Hauppauge!

|  |  |
|---|---|
| HAUPPAUGE COMPUTER WORKS | **Sales Order #** 177405 |
|  | **Customer #**  CCS22 |

| Customer Address | Customer Ship To Address   6 |
|---|---|
| CIRCUIT CITY STORES, DIP | MARION BROWN GOODS DC - 0755 |
| STEVE PARKER/MIS DEPARTMENT | 1100 CIRCUIT CITY RD |
| MS10 | MARION , IL 62959 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 7 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 01/05/2009 12.00.00 AM | 2246603 | 1/5/2009 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 80 | 0 | 80 | 01198<br>WINTV-HVR-950 | 01/09/2009 | $60.00 | $4,800.00 |
| 60 | 0 | 60 | 01199<br>WINTV-HVR-1600 | 01/09/2009 | $69.00 | $4,140.00 |
| 60 | 0 | 60 | 01200<br>WINTV-HVR-850 | 01/09/2009 | $47.00 | $2,820.00 |
| 60 | 0 | 60 | 01196<br>WINTV-HVR-1250 | 01/09/2009 | $40.00 | $2,400.00 |

|  |  |
|---|---|
| SUB TOTAL | $14,160.00 |
|  | $14,160.00 |

ternal Customer Notes :

APPROVED

JAN   7 2009

MARLINA SHERIDAN

Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1198 | Each | 80 | 60 00 |
| 2 | 1198 | Each | 80 | 60 00 |
| 3 | 1200 | Each | 80 | 47 00 |
| 4 | 1198 | Each | 80 | 46 80 |

755
2246603

# Purchase Order

| **Purchase Order Information** | | **Circuit City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 0711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2246603 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20090105 | | |
| Vendor Number | 070906 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0755 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 7 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20090114 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20090115 |
| Do Not Deliver Before | 20090113 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

| | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

# HAUPPAUGE COMPUTER WORKS

FOR :   *January 9, 2009*

Picking List for Sales Order #   | 177405 |

Customer :   CIRCUIT CITY STORES, D IP

Customer ID :   CCS22

Ship To :

Ordered

PO Number :   2246603
Batch :   1/9/2009

| Item | Ship Today |
|------|-----------|
| 3 )   WINTV-HVR-850<br>01200 | 60 |
| 2 )   WINTV-HVR-1600<br>01199 | 60 |
| 1 )   WINTV-HVR-950<br>01198 | 80 |
| 4 )   WINTV-HVR-1250<br>01196 | 60 |

**Order Notes :**

R P