**Hauppauge!**®

Hauppauge Computer Works, Inc.
91 Cabot Court
Hauppauge, NY 11788
phone · 631.434.1600
fax · 631.434.3198
www.hauppauge.com

November 3, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

a) *Response to the Objection*
    Circuit City Stores
    Case No. 08-35653

b) Claimant's Name:  Hauppauge Computer Works, Inc.
                        91 Cabot Court
                        Hauppauge, NY 11788

    Amount Claimed:  $41,300.00; Merchandise shipped to debtor
        Claim Number:  14015

c) Executed by Cheryl Willins, Controller, 91 Cabot Ct, Hauppauge, NY 11788.
    Phone number: (631) 630-1340.

    A purchase order was received from Circuit City which created a legally binding
contract between Circuit City and Hauppauge.  Hauppauge fulfilled it's obligation by
shipping the goods to Circuit City.  This created a legally enforceable liability to
Hauppauge.  Proof of this liability was documented in the Claim Request form
previously filed and accepted.  To the best of our knowledge Circuit City has no
counterclaim against us and there should be no offsets against our liability.

d) *Backup documentation attached.*

e) *All responses should be addressed to Cheryl Willins, Controller*
                        Hauppauge Computer Works, Inc.
                        91 Cabot Ct.
                        Hauppauge, NY 11788
                        Phone: (631) 630-1340
                          Fax: (631) 434-3198
                        Email: cwillins@hauppauge.com

# Hauppauge!

## Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

**Invoice Number**
265943

**Invoice Date**
10/16/2008

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | ARDMORE BROWN GOODS DC - 0567<br>1901 COOPER DR<br>ARDMORE, OK 73401 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2169785 | NET 60 | 174749 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/16/2008 | 147909 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 20 | 20 | 01199<br>WINTV-HVR-1600 | | $69.00 | $1,380.00 |
| 20 | 20 | 01200<br>WINTV-HVR-850 | | $47.00 | $940.00 |

| | | |
|---|---|---|
| | SUB TOTAL: | $2,320.00 |
| | TOTAL AMOUNT DUE: | $2,320.00 |



# Hauppauge!

HAUPPAUGE COMPUTER WORKS

**Sales Order #**  174749

**Customer #**  CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address   4
ARDMORE BROWN GOODS DC - 0567
1901 COOPER DR
ARDMORE, OK 73401

Ship Via
UPS

FOB
DESTINATION

Terms
NET 60

Order Date
10/10/2008 12.00.00 AM

Customer PO #
2169785

Requested Ship Date
10/10/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|-----------|-------------|----------|----------------------|---|------------|----------------|
| 20 | 0 | 20 | 01199 WINTV-HVR-1600 | 10/16/2008 | $69.00 | $1,380.00 |
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/16/2008 | $47.00 | $940.00 |

*29 lbs   16 pc*

*25 lbs   16 pc*

SUB TOTAL                                     $2,320.00

                                              $2,320.00

nternal Customer Notes :


APPROVED

OCT 1 4 2008

MARLINA SHERIDAN

Purchase Order

**Transaction Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 11105 | Each | 20 | 69.00 |
| 2 | 11206 | Each | 20 | 47.00 |

567
2169785

## Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 0711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | F.O.B. Related Instructions | |
| Purchase Order Number | 2169785 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081009 | | |
| Vendor Number | 000121 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0567 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081022 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081023 |
| Do Not Deliver Before | 20081021 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

HAUPPAUGE COMPUTER WORKS

FOR :    October 16, 2008

Picking List for Sales Order #   174749

Customer :   CIRCUIT CITY STORES

Customer ID :   CCS20

Ship To :

Ordered :

PO Number :   2169785
Batch :   10/16/2008

| Item | Ship Today |
|------|------------|
| ( 2 )   WINTV-HVR-850<br>01200 | 20 |
| ( 1 )   WINTV-HVR-1600<br>01199 | 20 |

Order Notes :



# *Hauppauge!*

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

## Invoice

**Invoice Number**
265944

**Invoice Date**
10/16/2008

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | INDUSTRY BROWN GOODS DC - 0353<br>680 S LEMON AV<br>WALNUT, CA 91789 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2169784 | NET 60 | 174748 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/16/2008 | 147910 |

| QUANTITY | | | | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| Ordered | This Shipment | PART | DESCRIPTION | | | |
| 20 | 20 | 01200<br>WINTV-HVR-850 | | | $47.00 | $940.00 |

|  | SUB TOTAL: | $940.00 |
|---|---|---|
|  | TOTAL AMOUNT DUE: | $940.00 |

# Hauppauge!®

**Sales Order**

HAUPPAUGE COMPUTER WORKS

Sales Order #   | 174748 |

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    3
INDUSTRY BROWN GOODS DC - 0353
680 S LEMON AV
WALNUT, CA 91789

Ship Via         FOB              Terms
UPS              DESTINATION      NET 60

Order Date              Customer PO #          Requested Ship Date
10/10/2008 12.00.00 AM  2169784                10/10/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/16/2008 | $47.00 | $940.00 |

SUB TOTAL                                           $940.00

                                                    $940.00

Internal Customer Notes :

APPROVED

OCT 1 4 2008

MARLINA SHERIDAN



Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1700 | Each | 20 | 47.00 |

2169784

353



# Purchase Order



| **Purchase Order Information** | | **Circuit City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2169764 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081009 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

| **Ship To Party** | |
|---|---|
| CCS Distribution Id Code | 0353 |

| **Terms of Sale** | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| **Date Reference** | |
|---|---|
| Delivery Requested | 20081022 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081023 |
| Do Not Deliver Before | 20081021 |
| Do Not Tender Before | |
| Do Not Tender After | |

| **For Direct Import Orders Only** | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

*HAUPPAUGE COMPUTER WORKS*

FOR :        *October 16, 2008*

Picking List for Sales Order #    174748

Customer :        CIRCUIT CITY STORES

                                                    Ordered :

Customer ID :        CCS20

Ship To :                                    PO Number :    2169784
                                            Batch :    10/16/2008

| Item | Ship Today |
|------|-----------|
| ( 1 )    WINTV-HVR-850 | 20 |
| 01200 | |

**Order Notes :**



# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

## Invoice

| | |
|---|---|
| Number | **266170** |
| Invoice Date | **10/22/2008** |

Packing List Number : 148138

Bill To   **CCS20**

CIRCUIT CITY STORES
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

ORLANDO BROWN GOODS DC - 0775
19925 INDEPENDENCE BLVD
GROVELAND, FL 34736

| | | | |
|---|---|---|---|
| Sales Order Number : | 174750 | Ship Via : | UPS |
| Order Date : | 10/10/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2169787 | Terms : | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 40 | 40 | 01199<br>WINTV-HVR-1600 | $69.00 | $2,760.00 |

| | |
|---|---|
| Sub Total | $2,760.00 |
| Total Amount Due | **$2,760.00** |



# *Hauppauge!*

**Sales Order**

Sales Order #   174750

**HAUPPAUGE COMPUTER WORKS**                    Customer #   CCS20

Customer Address                          Customer Ship To Address    7
CIRCUIT CITY STORES                        ORLANDO BROWN GOODS DC - 0775
STEVE PARKER/MIS DEPARTMENT                19925 INDEPENDENCE BLVD
MS10                                       GROVELAND, FL 34736

GLEN ALLEN, VA 23060
USA

Ship Via                FOB                      Terms
UPS                     DESTINATION              NET 60

Order Date              Customer PO #            Requested Ship Date
10/10/2008 12.00.00 AM  2169787                  10/10/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|-----------|-------------|----------|----------------------|---|------------|----------------|
| 40 | 0 | 40 | 01199<br>WINTV-HVR-1600 | 10/17/2008 | $69.00 | $2,760.00 |

SUB TOTAL                                        $2,760.00

                                                 $2,760.00

Internal Customer Notes :

APPROVED

OCT 1 5 2008

MARLINA SHERIDAN

APPROVED

OCT 2 2 2008

MARLINA SHERIDAN



Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|-----------|
| 1 | 1155 | Each | 40 | 69.00 |



*Header Information*

# Purchase Order



| Purchase Order Information | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2169787 |
| Purchase Order Date | 20081009 |
| Vendor Number | D06121 |
| Message Text | |

| Circuit City Contact Name | |
|---|---|
| Information Contact Name | 9711 Shawnda Brown |

| F.O.B. Related Instructions | |
|---|---|
| Prepaid | Destination(Shipping) |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0775 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081022 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081023 |
| Do Not Deliver Before | 20081021 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
| --- | --- |
| Number | **266171** |
| Invoice Date | **10/22/2008** |

Packing List Number : 148139

Bill To **CCS20**

CIRCUIT CITY STORES
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

BETHLEHEM BROWN GOODS DC - 0255
4000 TOWNSHIP LINE RD
BETHLEHEM, PA 18020

| | | | | |
| --- | --- | --- | --- | --- |
| Sales Order Number : | 174752 | | Ship Via : | UPS |
| Order Date : | 10/10/2008 1 | | F.O.B. : | DESTINATION |
| Your PO Number : | 2169783 | | Terms : | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
| --- | --- | --- | --- | --- |
| 40 | 40 | 01199 WINTV-HVR-1600 | $69.00 | $2,760.00 |
| 40 | 40 | 01200 WINTV-HVR-850 | $47.00 | $1,880.00 |
| | | Sub Total | | $4,640.00 |
| | | Total Amount Due | | **$4,640.00** |





# Hauppauge!

## Sales Order

HAUPPAUGE COMPUTER WORKS

Sales Order #   174752

Customer #   CCS20

| Customer Address | Customer Ship To Address   1 |
|---|---|
| CIRCUIT CITY STORES | BETHLEHEM BROWN GOODS DC — 0255 |
| STEVE PARKER/MIS DEPARTMENT | 4000 TOWNSHIP LINE RD |
| MS10 | BETHLEHEM, PA 18020 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/10/2008 12.00.00 AM | 2169783 | 10/10/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 40 | 0 | 40 | 01199<br>WINTV-HVR-1600 | 10/22/2008 | $69.00 | $2,760.00 |
| 40 | 0 | 40 | 01200<br>WINTV-HVR-850 | 10/22/2008 | $47.00 | $1,880.00 |
| | | | SUB TOTAL | | | $4,640.00 |
| | | | | | | $4,640.00 |

Internal Customer Notes :

APPROVED

OCT 2 2 2008

MARLINA SHERIDAN

Purchase Order

Line Items

Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1195 | Each | 48 | 69.00 |
| 2 | 1200 | Each | 45 | 47.00 |

2169783

255

Header Information



# Purchase Order



| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2169783 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081009 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0255 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20081022 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081023 |
| Do Not Deliver Before | 20081021 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

*Name of City or Port*

# Hauppauge!®

HAUPPAUGE COMPUTER WORKS

## Sales Order

Sales Order #  174752

Customer #  CCS20

**Customer Address**
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10
GLEN ALLEN, VA 23060
USA

**Customer Ship To Address**      1
BETHLEHEM BROWN GOODS DC - 0751
4000 TOWNSHIP LINE RD
BETHLEHEM, PA 18020

**Ship Via**
UPS

**Order Date**
10/20/2008 12:00:00 AM

**FOB**
DESTINATION

**Customer PO #**
2169783

**Terms**
NET 60

**Requested Ship Date**
10/10/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 40 | 0 | 40 | 01199 | 10/22/2008 | $69.00 | $2,760.00 |
| | | | WINTV-HVR-1600 | | | |
| 40 | 0 | 40 | 01200 | 10/22/2008 | $47.00 | $1,880.00 |
| | | | WINTV-HVR-850 | | | |

SUB TOTAL    $4,640.00

$4,640.00

Internal Customer Notes :

APPROVED

OCT 22 '08

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **266172** |
| Invoice Date | **10/22/2008** |

Packing List Number :    148140

Bill To    **CCS20**

CIRCUIT CITY STORES
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

MARION BROWN GOODS DC - 0755
1100 CIRCUIT CITY RD
MARION , IL 62959

| | | | |
|---|---|---|---|
| Sales Order Number : | 174751 | Ship Via : | UPS |
| Order Date : | 10/10/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2169786 | Terms : | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 20 | 20 | 01199 WINTV-HVR-1600 | $69.00 | $1,380.00 |
| 20 | 20 | 01200 WINTV-HVR-850 | $47.00 | $940.00 |
| | | Sub Total | | $2,320.00 |
| | | Total Amount Due | | **$2,320.00** |

# Hauppauge!®

**Sales Order**

HAUPPAUGE COMPUTER WORKS

Sales Order #   174751

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    6
MARION BROWN GOODS DC - 0755
1100 CIRCUIT CITY RD
MARION , IL 62959

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/10/2008 12.00.00 AM | 2169786 | 10/10/2008 |

| Order Qty | Shipped Qty | Open Qty | Part #  /  Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01199 WINTV-HVR-1600 | 10/17/2008 | $69.00 | $1,380.00 |
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/17/2008 | $47.00 | $940.00 |

SUB TOTAL                                     $2,320.00

$2,320.00

Internal Customer Notes :

APPROVED

OCT 1 5 2008

MARLINA SHERIDAN

APPROVED

OCT 2 2 2008

MARLINA SHERIDAN

Purchase Order

| Linew | *Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | n199 | Each | 20 | 69 00 |
| 2 | 1200 | Each | 20 | 47 00 |

2169786
755



# Purchase Order



| Header Information |
|---|

**Purchase Order Information**

| | | **Direct City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2159786 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081009 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

**Ship To Party**

| CCS Distribution Id Code | 0755 |
|---|---|

**Terms of Sale**

| Terms Type | Basic |
|---|---|
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| Delivery Requested | 20081022 |
|---|---|
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081023 |
| Do Not Deliver Before | 20081021 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# Hauppauge

# Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

### Invoice Number
266228

### Invoice Date
10/23/2008

| Sold To | Ship To |
|---|---|
| IRCUIT CITY STORES<br>TEVE PARKER/MIS DEP<br>S10<br>LEN ALLEN, VA 23060<br>SA | INDUSTRY BROWN GOODS DC - 0353<br>680 S LEMON AV<br>WALNUT, CA 91789 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2173301 | NET 60 | 175057 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/23/2008 | 148196 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 20 | 20 | 01200<br>WINTV-HVR-850 | | $47.00 | $940.00 |

|  |  |
|---|---|
| SUB TOTAL: | $940.00 |
| TOTAL AMOUNT DUE: | $940.00 |



1 OF 1

25 LBS

CA 917 9-05

UPS GROUND

TRACKING #: 1Z 161 488 03 7220 5448

BILLING: P/P

REF 1 266228
REF 2 2173301

SHIP TO:
INDUSTRY BROWN GOODS DC - 0353
680 S LEMON AV
WALNUT CA 91789

# Hauppauge!

**Sales Order**

HAUPPAUGE COMPUTER WORKS

Sales Order #   175057

Customer #   CCS20

*Customer Address*
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

*Customer Ship To Address*   3
INDUSTRY BROWN GOODS DC - 0353
680 S LEMON AV
WALNUT, CA 91789

*Ship Via*
UPS

*FOB*
DESTINATION

*Terms*
NET 60

*Order Date*
10/17/2008 12.00.00 AM

*Customer PO #*
2173301

*Requested Ship Date*
10/17/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/23/2008 | $47.00 | $940.00 |

SUB TOTAL        $940.00

$940.00

Internal Customer Notes :

APPROVED

OCT 2 1 2008

MARLINA SHERIDAN

APPROVED

OCT 2 2 2008

MARLINA SHERIDAN



Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1200 | Each | 20 | 47.00 |

353
2173301