

# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2173301 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081016 | | |
| Vendor Number | 008121 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0353 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date/Reference**

| | |
|---|---|
| Delivery Requested | 20081029 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081030 |
| Do Not Deliver Before | 20081028 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **266262** |
| Invoice Date | **10/24/2008** |

Packing List Number : 148230

| Bill To  CCS20 | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | ORLANDO BROWN GOODS DC - 0775<br>19925 INDEPENDENCE BLVD<br>GROVELAND, FL 34736 |

| | | | |
|---|---|---|---|
| Sales Order Number : | 175059 | Ship Via : | UPS |
| Order Date : | 10/17/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2173303 | Terms : | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 20 | 20 | 01200<br>WINTV-HVR-850 | $47.00 | $940.00 |

| | | |
|---|---|---|
| Sub Total | | $940.00 |
| Total Amount Due | | **$940.00** |

SHIPPING:
631-434-1600
HAUPPAUGE COMPUTER WORKS
91 CABOT COURT
HAUPPAUGE NY 11788

SHIP TO:
ORLANDO BROWN GOODS DC 0775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736-8536

25 LBS
1 OF 1

FL 327 1-01

UPS GROUND
TRACKING #: 1Z 161 488 03 7230 4993
BILLING: P/P

REF 1: 266262
REF 2: 2173303

# HAUPPAUGE COMPUTER WORKS

**Sales Order #** 175059

**Customer #** CCS20

**Customer Address**
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

**Customer Ship To Address** 7
ORLANDO BROWN GOODS DC - 0775
19925 INDEPENDENCE BLVD
GROVELAND, FL 34736

**Ship Via**
UPS

**FOB**
DESTINATION

**Terms**
NET 60

**Order Date**
10/17/2008 12.00.00 AM

**Customer PO #**
2173303

**Requested Ship Date**
10/17/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|-----------|-------------|----------|----------------------|--|------------|----------------|
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/24/2008 | $47.00 | $940.00 |
| | | | SUB TOTAL | | | $940.00 |
| | | | | | | $940.00 |

Internal Customer Notes :

**APPROVED**

OCT 22 2008

**MARLINA SHERIDAN**



Purchase Order

Receive Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1200 | Each | 20 | 47.00 |

2173 303
775



# Purchase Order



**Purchase Order Information**

| | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2173303 |
| Purchase Order Date | 20081016 |
| Vendor Number | 008121 |
| Message Text | |

**Circuit City Contact Name**

| | |
|---|---|
| Information Contact Name | 9711 Shawnda Brown |

**F.O.B./Related Instructions**

| | |
|---|---|
| Prepaid | Destination(Shipping) |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0775 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20081029 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081030 |
| Do Not Deliver Before | 20081028 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **266263** |
| Invoice Date | **10/24/2008** |

Packing List Number :    148231

Bill To    **CCS20**

CIRCUIT CITY STORES
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

MARION BROWN GOODS DC - 0755
1100 CIRCUIT CITY RD
MARION , IL 62959

| | |
|---|---|
| Sales Order Number : 175058 | Ship Via :    UPS |
| Order Date : 10/17/2008 1 | F.O.B. :    DESTINATION |
| Your PO Number : 2173302 | Terms :    NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 20 | 20 | 01200<br>WINTV-HVR-850 | $47.00 | $940.00 |

| | |
|---|---|
| Sub Total | $940.00 |
| Total Amount Due | **$940.00** |

*Thank You*



# Hauppauge!®

### Sales Order

| | Sales Order # | 175058 |
|---|---|---|

**HAUPPAUGE COMPUTER WORKS**

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    6
MARION BROWN GOODS DC - 0755
1100 CIRCUIT CITY RD
MARION , IL 62959

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/17/2008 12.00.00 AM | 2173302 | 10/17/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01200 WINTV-HVR-850 | 10/24/2008 | $47.00 | $940.00 |

SUB TOTAL     $940.00

$940.00

nternal Customer Notes :

**APPROVED**

OCT 2 2 2008

**MARLINA SHERIDAN**



Purchase O

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1200 | Each | 20 | 47.00 |

217 330 2

·755



# Purchase Order.



| **Purchase Order Information** | | **Circuit City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2173302 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081016 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0755 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20081028 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081030 |
| Do Not Deliver Before | 20081028 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port



# Sales Order

HAUPPAUGE COMPUTER WORKS

**Sales Order #** 175058

**Customer #** CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address
MARION BROWN GOODS DC - 0-755
1100 CIRCUIT CITY RD
MARION , IL 62959

**Ship Via**
UPS

**FOB**
DESTINATION

**Terms**
NET 60

**Order Date**
10/17/2008 12.00.00 AM

**Customer PO #**
2173302

**Requested Ship Date**
10/17/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01200<br>WINTV-HVR-850 | 10/24/2008 | $47.00 | $940.000 |
| | | | SUB TOTAL | | | $940.00 |
| | | | | | | $940.00 |

Internal Customer Notes :

APPROVED

OCT 22 2008

MARLINA SHERIDAN

# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **266329** |
| Invoice Date | **10/28/2008** |

Packing List Number :   148301

| Bill To   CCS20 | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | BETHLEHEM BROWN GOODS DC - 0255<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM, PA 18020 |

| | | | |
|---|---|---|---|
| Sales Order Number : | 175060 | Ship Via : | UPS |
| Order Date : | 10/17/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2173300 | Terms : | NET 60 |

| Order<br>Qty | This<br>Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 100 | 100 | 01200<br>WINTV-HVR-850 | $47.00 | $4,700.00 |



| | |
|---|---|
| Sub Total | $4,700.00 |
| Total Amount Due | **$4,700.00** |

*Thank You*



# Hauppauge!®

**Sales Order**

HAUPPAUGE COMPUTER WORKS

Sales Order #    175060

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    1
BETHLEHEM BROWN GOODS DC - 0255
4000 TOWNSHIP LINE RD
BETHLEHEM, PA 18020

Ship Via    FOB    Terms
UPS    DESTINATION    NET 60

Order Date    Customer PO #    Requested Ship Date
10/17/2008 12.00.00 AM    2173300    10/17/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 100 | 0 | 100 | 01200 | 10/28/2008 | $47.00 | $4,700.00 |
|  |  |  | WINTV-HVR-850 |  |  |  |
|  |  |  | SUB TOTAL |  |  | $4,700.00 |
|  |  |  |  |  |  | $4,700.00 |

ternal Customer Notes :

APPROVED

OCT 24 2008

MARLINA SHERIDAN

## Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|-----------|
| 1 | 1300 | Each | 100 | 47.00 |

2173300
255



# Purchase Order



**Purchase Order Information**

| | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2173300 |
| Purchase Order Date | 20081016 |
| Vendor Number | 006121 |
| Message Text | |

**Circuit City Contact Name**

| | |
|---|---|
| Information Contact Name | 9711 Shawnda Brown |

**F.O.B. Related Instructions**

| | |
|---|---|
| Prepaid | Destination(Shipping) |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0255 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20081029 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081030 |
| Do Not Deliver Before | 20081028 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# HAUPPAUGE COMPUTER WORKS

FOR :    October 28, 2008

Picking List for Sales Order #    175060

Customer :    CIRCUIT CITY STORES

Customer ID :    CCS20    Ordered :

Ship To :    PO Number :    2175300
Batch :    10/28/2008

| Item | Ship Today |
|------|-----------|
| ) WINTV-HVR-850 | 100 |
| 01200 | |

Order Notes :



# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
| --- | --- |
| Number | **266348R** |
| Invoice Date | **10/29/2008** ✓ |

Packing List Number :   148321

Bill To   **CCS20**

Ship To

| Bill To | Ship To |
| --- | --- |
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | BROWN GOODS DC - 0344<br>400 LONGFELLOW COURT<br>SUITE A<br>LIVERMORE, CA 94550 |

| | | | |
| --- | --- | --- | --- |
| Sales Order Number : | 175271 | Ship Via : | UPS |
| Order Date : | 10/24/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2179985 | Terms : | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
| --- | --- | --- | --- | --- |
| 20 | 20 | 01196<br>WINTV-HVR-1250 | $40.00 | $800.00 |

| | |
| --- | --- |
| Sub Total | $800.00 |
| Total Amount Due | **$800.00** |

*Thank You*



# Hauppauge!®

## Sales Order

HAUPPAUGE COMPUTER WORKS

Sales Order #   | 175271 |

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address     2
BROWN GOODS DC - 0344
400 LONGFELLOW COURT
SUITE A

LIVERMORE, CA 94550

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/24/2008 12.00.00 AM | 2179985 | 10/24/2008 |

| rder Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01196 | 10/29/2008 | $40.00 | $800.00 |
| | | 950 | WINTV-HVR-1250 | | | |

SUB TOTAL                                             $800.00

                                                      $800.00

ernal Customer Notes :

APPROVED

OCT 2 7 2008

IARLINA SHERIDAN

Purchase Order

**Baseline Item Data**

| Line # | *Model | *Unit of Measurement | *Quantity | *Unit Price |
|--------|--------|----------------------|-----------|-------------|
| 1 | 1105 | Each | 20 | 40.00 |



# Purchase Order



| Purchase Order Information | | Circuit City Contact Name | |
| --- | --- | --- | --- |
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. / Related Instructions** | |
| Purchase Order Number | 2179985 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081023 | | |
| Vendor Number | 806121 | | |
| Message Text | | | |

| Ship To Party | |
| --- | --- |
| CCS Distribution Id Code | 0344 |

| Terms of Sale | |
| --- | --- |
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
| --- | --- |
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
| --- | --- |
| CIRCUIT CITY | |
| Name of City or Port | |

HAUPPAUGE COMPUTER WORKS

FOR :        October 29, 2008

Picking List for Sales Order #        175271

| Customer : | CIRCUIT CITY STORES | | |
| --- | --- | --- | --- |
| | | Ordered : | |
| Customer ID : | CCS20 | | |
| | | PO Number : | 2179985 |
| Ship To : | | Batch | 10/29/2008 |

| Item | Ship Today |
| --- | --- |
| 1 )    WINTV-HVR-1250 | 20 |
| 01196 | |

Order Notes :



# Hauppauge!

## Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

**Invoice Number**
266394

**Invoice Date**
10/30/2008

| Sold To |
|---|
| RCUIT CITY STORES |
| EVE PARKER/MIS DEP |
| 510 |
| EN ALLEN, VA 23060 |
| SA |

| Ship To |
|---|
| BROWN GOODS DC - 0344 |
| 400 LONGFELLOW COURT |
| SUITE A |
| LIVERMORE, CA 94550 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order# |
|---|---|---|---|
| CCS20 | 2182038 | NET 60 | 175375 |

| F.O.B. | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/30/2008 | 148368 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 400 | 400 | 01200 WINTV-HVR-850 | | $47.00 | $18,800.00 |

|  | SUB TOTAL: | $18,800.00 |
|---|---|---|
|  | TOTAL AMOUNT DUE: | $18,800.00 |



# Hauppauge!

## Sales Order

HAUPPAUGE COMPUTER WORKS

Sales Order #   175375

Customer #   CCS20

| Customer Address | Customer Ship To Address    2 |
|---|---|
| CIRCUIT CITY STORES | BROWN GOODS DC ~ 0344 |
| STEVE PARKER/MIS DEPARTMENT | 400 LONGFELLOW COURT |
| MS10 | SUITE A |
| | |
| GLEN ALLEN, VA 23060 | LIVERMORE, CA 94550 |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/28/2008 12.00.00 AM | 2182038 | 10/28/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 400 | 0 | 400 | 01200 | 10/30/2008 | $47.00 | $18,800.00 |
| | | | WINTV-HVR-850 | | | |

|  | | | | SUB TOTAL | | $18,800.00 |
|---|---|---|---|---|---|---|
| | | | | | | $18,800.00 |

ternal Customer Notes :

APPROVED

OCT 2 8 2008

MARLINA SHERIDAN



# Purchase Order Change

## Purchase Order Change Information

Original Purchase Order Number    2182038

PO Change Date                    2008-10-28

Original Purchase Order Date      2008-10-27

Vendor Number                     006121

## Ship To Party

CCS Distribution Center   0344

## Line Item Information

| Line# | Model | Price | UDM |
|-------|-------|-------|-----|
| 1 | 1200 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|----------------|---------------------------|--------------------------------------------------------------|
| Date Change | 400 | 400 |

| Delivery Requested Date | Do Not Deliver After | Do Not Deliver Before |
|-------------------------|----------------------|-----------------------|
| 2008-11-06 | 2008-11-07 | 2008-11-05 |

*Purchase Order*

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1700 | Each | 400 | 47.00 |

Header information



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Grown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2182038 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081027 | | |
| Vendor Number | 008121 | | |
| Message Text | | | |

**Ship To Party**

| | |
|---|---|
| CCS Distribution Id Code | 0344 |

**Terms of Sale**

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**

| | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**

CIRCUIT CITY

Name of City or Port

# Hauppauge!

HAUPPAUGE COMPUTER WORKS

## Sales Order

Sales Order #    175375

Customer #    CCS20

| Customer Address | Customer Ship To Address    2 |
|---|---|
| CIRCUIT CITY STORES | BROWN GOODS DC - 0344 |
| STEVE PARKER/MIS DEPARTMENT | 400 LONGFELLOW COURT |
| MS10 | SUITE A |
| | |
| GLEN ALLEN, VA 23060 | LIVERMORE, CA 94550 |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/28/2008 12.00.00 AM | 2182038 | 10/28/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 400 | 0 | 400 | 01200<br>WINTV-HVR-850 | 10/30/2008 | $47.00 | $18,800.00 |

|  |  |
|---|---|
| SUB TOTAL | $18,800.00 |
| | $18,800.00 |

...ernal Customer Notes :

APPROVED

OCT 2 8 2008

MARLINA SHERIDAN





# Hauppauge!

## Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

### Invoice Number
266395

### Invoice Date
10/30/2008

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | INDUSTRY BROWN GOODS DC - 0353<br>680 S LEMON AV<br>WALNUT, CA 91789 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2179986 | NET 60 | 175273 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/30/2008 | 148369 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 20 | 20 | 01196<br>WINTV-HVR-1250 | | $40.00 | $800.00 |

| | |
|---|---|
| **SUB TOTAL:** | $800.00 |
| **TOTAL AMOUNT DUE:** | $800.00 |



# Hauppauge!

## Sales Order

HAUPPAUGE COMPUTER WORKS

**Sales Order #**   175273

**Customer #**   CCS20

| Customer Address | Customer Ship To Address    3 |
|---|---|
| CIRCUIT CITY STORES | INDUSTRY BROWN GOODS DC - 0353 |
| STEVE PARKER/MIS DEPARTMENT | 680 S LEMON AV |
| MS10 | WALNUT, CA 91789 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/24/2008 12.00.00 AM | 2179986 | 10/24/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 0 | 20 | 01196 WINTV-HVR-1250 | 10/30/2008 | $40.00 | $800.00 |

|  |  |  |  | SUB TOTAL | | $800.00 |
|  |  |  |  | | | $800.00 |

Internal Customer Notes :

APPROVED

OCT 2 8 2008

MARLINA SHERIDAN

Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 11196 | Each | 20 | 40.00 |

Header Information



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2179086 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081023 | | |
| Vendor Number | 005121 | | |
| Message Text | | | |

## Ship To Party

| | |
|---|---|
| CCS Distribution Id Code | 0353 |

## Terms of Sale

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

## Date Reference

| | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

## For Direct Import Orders Only

CIRCUIT CITY

Name of City or Port

## HAUPPAUGE COMPUTER WORKS

FOR :    October 30, 2008

Picking List for Sales Order #    | 175273 |

Customer :    CIRCUIT CITY STORES

Customer ID :    CCS20                            Ordered :

PO Number :    2179986
Ship To :                              Batch :    10/30/2008

| Item | Ship Today |
|------|------------|
| 1 )  WINTV-HVR-1250 | 20 |
| 01196 | |



Order Notes :

