

# Invoice

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

## Invoice Number
### 266442

## Invoice Date
10/31/2008

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | MARION BROWN GOODS DC - 0755<br>1100 CIRCUIT CITY RD<br>MARION , IL 62959 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2179987 | NET 60 | 175270 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/31/2008 | 148417 |

| QUANTITY Ordered | This Shipment | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 100 | 100 | 01196 | WINTV-HVR-1250 | $40.00 | $4,000.00 |

|  |  |
|---|---|
| SUB TOTAL: | $4,000.00 |
| TOTAL AMOUNT DUE: | $4,000.00 |



# Hauppauge!®

## HAUPPAUGE COMPUTER WORKS

# Sales Order

Sales Order #    175270

Customer #    CCS20

| Customer Address | Customer Ship To Address    6 |
|---|---|
| CIRCUIT CITY STORES | MARION BROWN GOODS DC — 0755 |
| STEVE PARKER/MIS DEPARTMENT | 1100 CIRCUIT CITY RD |
| MS10 | MARION , IL 62959 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/24/2008 12.00.00 AM | 2179987 | 10/24/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 100 | 0 | 100 | 01196 WINTV-HVR-1250 | 10/31/2008 | $40.00 | $4,000.00 |

|  | SUB TOTAL | $4,000.00 |
|---|---|---|
|  |  | $4,000.00 |

ternal Customer Notes :

APPROVED

OCT 2 9 2008

MARLINA SHERIDAN

# Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1136 | Each | 100 | 40.00 |

Header Information



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2179987 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081023 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0755 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

# HAUPPAUGE COMPUTER WORKS

FOR :      October 31, 2008

Picking List for Sales Order  #    175270

| | |
|---|---|
| Customer : | CIRCUIT CITY STORES |
| Customer ID : | CCS20 |
| Ship To : | |

Ordered :

PO Number :    2179987
Batch         10/31/2008

| Item | Ship Today |
|---|---|
| ( 1 )    WINTV-HVR-1250 | 100 |
| 01196 | 5X 20 |

Order Notes :






# Hauppauge!

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

# Invoice

**Invoice Number**
266443

**Invoice Date**
10/31/2008

| Sold To | Ship To |
|---|---|
| IRCUIT CITY STORES<br>TEVE PARKER/MIS DEP<br>S10<br>LEN ALLEN, VA 23060<br>SA | ARDMORE BROWN GOODS DC - 0567<br>1901 COOPER DR<br>ARDMORE, OK 73401 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2182040 | NET 60 | 175376 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 10/31/2008 | 148418 |

| QUANTITY | | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| Ordered | This Shipment | | | | |
| 640 | 640 | 01200<br>WINTV-HVR-850 | | $47.00 | $30,080.00 |

|  |  |
|---|---|
| SUB TOTAL: | $30,080.00 |
| TOTAL AMOUNT DUE: | $30,080.00 |





# *Hauppauge!*®

# Sales Order

HAUPPAUGE COMPUTER WORKS

**Sales Order #** 175376

**Customer #** CCS20

| Customer Address | Customer Ship To Address    4 |
|---|---|
| CIRCUIT CITY STORES | ARDMORE BROWN GOODS DC - 0567 |
| STEVE PARKER/MIS DEPARTMENT | 1901 COOPER DR |
| MS10 | ARDMORE, OK 73401 |
| GLEN ALLEN, VA 23060 | |
| USA | |

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 10/28/2008 12.00.00 AM | 2182040 | 10/28/2008 |

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 40 | 0 | 640 | 01200 WINTV-HVR-850 | 10/31/2008 | $47.00 | $30,080.00 |

|  |  |
|---|---|
| SUB TOTAL | $30,080.00 |
|  | $30,080.00 |

Internal Customer Notes :

APPROVED

OCT 2 9 2008

RLINA SHERIDAN

# Purchase Order

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|--------------------|----------|-----------|
| 1 | 1700 | Each | 640 | 47.00 |



# Purchase Order

| **Purchase Order Information** | | **Circuit City Contact Name** | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2182049 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081027 | | |
| Vendor Number | 005121 | | |
| Message Text | | | |

| **Ship To Party** | |
|---|---|
| CCS Distribution Id Code | 0567 |

| **Terms of Sale** | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| **Date Reference** | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

| **For Direct Import Orders Only** | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |



## HAUPPAUGE COMPUTER WORKS

FOR :     October 31, 2008

Picking List for Sales Order #    175376

Customer :    CIRCUIT CITY STORES

Customer ID :    CCS20

Ship To

Ordered :

PO Number :    2182040
Batch :    10/31/2008

| Item | Ship Today |
|------|-----------|
| WINTV-HVR-850 | 640 |
| 01200 | 32x20 |

Order Notes :



# Hauppauge!

## Invoice

**Hauppauge Computer Works, Inc**

91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

**Invoice Number**
**266444**

**Invoice Date**
**10/31/2008**

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | INDUSTRY BROWN GOODS DC - 0353<br>680 S LEMON AV<br>WALNUT, CA 91789 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2182039 | NET 60 | 175377 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List #. |
|---|---|---|---|
| DESTINATION | UPS | 10/31/2008 | 148419 |

| QUANTITY | | | | UNIT | EXTENDED |
|---|---|---|---|---|---|
| Ordered | This Shipment | PART | DESCRIPTION | PRICE | PRICE |
| 420 | 420 | 01200<br>WINTV-HVR-850 | | $47.00 | $19,740.00 |

|  | |
|---|---|
| SUB TOTAL: | $19,740.00 |
| TOTAL AMOUNT DUE: | $19,740.00 |



# Hauppauge!

Sales Order # 175377

HAUPPAUGE COMPUTER WORKS

Customer # CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    3
INDUSTRY BROWN GOODS DC - 0353
680 S LEMON AV
WALNUT, CA 91789

Ship Via          FOB              Terms
UPS               DESTINATION      NET 60

Order Date                Customer PO #        Requested Ship Date
10/28/2008 12.00.00 AM    2182039              10/28/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 420 | 0 | 420 | 01200 WINTV-HVR-850 | 10/31/2008 | $47.00 | $19,740.00 |

|  |  |
|---|---|
| SUB TOTAL | $19,740.00 |
|  | $19,740.00 |

Internal Customer Notes :

## APPROVED

OCT 2 9 2008

## MARLINA SHERIDAN

Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1200 | Each | 428 | 47.00 |

# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 0711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2182039 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081027 | | |
| Vendor Number | 008121 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0353 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |

## HAUPPAUGE COMPUTER WORKS

FOR :    October 31, 2008

Picking List for Sales Order #    | 175377 |

Customer :    CIRCUIT CITY STORES

Customer ID :    CCS20

Ordered :

PO Number :    2182039

Ship To :    Batch :    10/31/2008

| Item | Ship Today |
|------|-----------|
| ( 1 )    WINTV-HVR-850 | 420 |
| 01200 | 21Y20 |

Order Notes :



# Hauppauge!

**Hauppauge Computer Works, Inc.**
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | **266463** |
| Invoice Date | **11/03/2008** |

Packing List Number : 148438

| Bill To | CCS20 | Ship To | |
|---|---|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | | MARION BROWN GOODS DC - 0755<br>1100 CIRCUIT CITY RD<br>MARION , IL 62959 | |

| | | | |
|---|---|---|---|
| Sales Order Number : | 175374 | Ship Via : | UPS |
| Order Date : | 10/28/2008 1 | F.O.B. : | DESTINATION |
| Your PO Number : | 2182041 | Terms : | NET 60 |

| This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|
| 880 | 01200<br>WINTV-HVR-850 | $47.00 | $41,360.00 |
| | | | |
| | Sub Total | | $41,360.00 |
| | Total Amount Due | | **$41,360.00** |

IL 629 0-12

SHIP TO:
MARION BROWN GOODS DC 0755
1100 CIRCUIT CITY RD
MARION IL 62959-5883

UPS GROUND

TRACKING #: 1Z 161 488 03 7075 0497

BILLING P/P

265463
PO: 2182041

# Hauppauge!®

Sales Order

Sales Order #   | 175374 |

UPPAUGE COMPUTER WORKS

Customer #   CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address   6
MARION BROWN GOODS DC - 0755
1100 CIRCUIT CITY RD
MARION , IL 62959

| Ship Via | FOB | Terms |
|---|---|---|
| UPS | DESTINATION | NET 60 |

| Order Date | Customer PO # | Requested Ship Date |
|---|---|---|
| 0/28/2008 12.00.00 AM | 2182041 | 10/28/2008 |

| er y | Shipped Qty | Open Qty | Part #  / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 0 | 0 | 880 | 01200 WINTV-HVR-850 | 11/03/2008 | $47.00 | $41,360.00 |

44

7x 34

| | SUB TOTAL | $41,360.00 |
|---|---|---|
| | | $41,360.00 |

nal Customer Notes :

APPROVED

OCT 3 0 2008

RLINA SHERIDAN

Purchase Order

Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|--------|-------|---------------------|----------|------------|
| 1 | 1200 | 1 Each | 680 | 47.00 |

 **P u r c h a s e   O r d e r**

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2182041 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081027 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0755 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | |
| Name of City or Port | |



# Purchase Order Change

## Purchase Order Change Information

Original Purchase Order Number    2182041

PO Change Date    2008-10-28

Original Purchase Order Date    2008-10-27

Vendor Number    006121

## Ship To Party

CS Distribution Center    0755

## Line Item Information



| Line# | Model | Price | UOM |
|-------|-------|-------|-----|
| 1 | 1200 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|----------------|---------------------------|-------------------------------------------------------------|
| Date Change | 880 | 880 |

| Delivery Requested Date | Do Not Deliver After | Do Not Deliver Before |
|-------------------------|----------------------|-----------------------|
| 2008-11-06 | 2008-11-07 | 2008-11-05 |

HAUPPAUGE COMPUTER WORKS

FOR :     November 3, 2008

Picking List for Sales Order #    | 175374 |

Customer .       CIRCUIT CITY STORES

                                                 Ordered :

Customer ID .    CCS20

                                      PO Number :    2182041
Ship To                               Batch :    11/3/2008

| Item | Ship Today |
|---|---|
| )   WINTV-HVR-850 | 880 |
| 01200 | 44X20 |

Order Notes :

