# Hauppauge!

Hauppauge Computer Works, Inc.
91 Cabot Court
Hauppauge, NY 11788-3706
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

| Invoice | |
|---|---|
| Number | 266464 |
| Invoice Date | 11/03/2008 |

Packing List Number: 148439

Bill To  **CCS20**

CIRCUIT CITY STORES
STEVE PARKER/MIS DEP
MS10
GLEN ALLEN, VA 23060
USA

Ship To

ORLANDO BROWN GOODS DC - 0775
19925 INDEPENDENCE BLVD
GROVELAND, FL 34736

| | | | |
|---|---|---|---|
| Sales Order Number: | 175378 | Ship Via: | UPS |
| Order Date: | 10/28/2008 1 | F.O.B.: | DESTINATION |
| Your PO Number: | 2182042 | Terms: | NET 60 |

| Order Qty | This Shipment | Item Number / Description | Unit Price | Total |
|---|---|---|---|---|
| 740 | 740 | 01200<br>WINTV-HVR-850 | $47.00 | $34,780.00 |
| | | Sub Total | | $34,780.00 |
| | | Total Amount Due | | $34,780.00 |

*Thank You*



# Hauppauge!

Sales Order

Sales Order #  | 175378 |

HAUPPAUGE COMPUTER WORKS

Customer #  CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address    7
ORLANDO BROWN GOODS DC - 0775
19925 INDEPENDENCE BLVD
GROVELAND, FL 34736

Ship Via
UPS

FOB
DESTINATION

Terms
NET 60

Order Date
10/28/2008 12.00.00 AM

Customer PO #
2182042

Requested Ship Date
10/28/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 740 | 0 | 740 | 01200<br>WINTV-HVR-850 | 11/03/2008 | $47.00 | $34,780.00 |

37

37 x 19

SUB TOTAL                                                                   $34,780.00

                                                                            $34,780.00

Internal Customer Notes :


APPROVED

OCT 3 0 2008

MARLINA SHERIDAN

Purchase Order

**Baseline Item Data**

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1200 | Each | 740 | 47.00 |



# Purchase Order

| Purchase Order Information | | Circuit City Contact Name | |
|---|---|---|---|
| Original | | Information Contact Name | 9711 Shawnda Brown |
| Purchase Order Type | Stand-alone Order | **F.O.B. Related Instructions** | |
| Purchase Order Number | 2182042 | Prepaid | Destination(Shipping) |
| Purchase Order Date | 20081027 | | |
| Vendor Number | 006121 | | |
| Message Text | | | |

**Ship To Party**
CCS Distribution Id Code    0775

**Terms of Sale**
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

**Date Reference**
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

**For Direct Import Orders Only**
CIRCUIT CITY
Name of City or Port

Header Information



# Purchase Order Change

### Purchase Order Change Information

| | |
|---|---|
| Original Purchase Order Number | 2182042 |
| PO Change Date | 2008-10-28 |
| Original Purchase Order Date | 2008-10-27 |
| Vendor Number | 006121 |

### Ship To Party

CCS Distribution Center  0775

### Line Item Information

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 | 1200 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 740 | 740 |

| Delivery Requested Date | Do Not Deliver After | Do Not Deliver Before |
|---|---|---|
| 2008-11-06 | 2008-11-07 | 2008-11-05 |

HAUPPAUGE COMPUTER WORKS

FOR:    November 3, 2008

Picking List for Sales Order #    175378

Customer:    CIRCUIT CITY STORES

Customer ID:    CCS20

Ship To:

Ordered:

PO Number:    2182042
Batch:    11/3/2008

| Item | Ship Today |
|---|---|
| WINTV-HVR-850 | 740 |
| 01200 | 37 x 20 |

Order Notes:




# Hauppauge!

**Hauppauge Computer Works, Inc**
91 Cabot Court
Hauppauge, New York 11788
Tel: 631-434-1600
Fax: 631-434-3198
http:\\WWW.HAUPPAUGE.COM

# Invoice

**Invoice Number**
266495

**Invoice Date**
11/4/2008

| Sold To | Ship To |
|---|---|
| CIRCUIT CITY STORES<br>STEVE PARKER/MIS DEP<br>MS10<br>GLEN ALLEN, VA 23060<br>USA | BETHLEHEM BROWN GOODS DC - 0255<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM, PA 18020 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | Sales Order # |
|---|---|---|---|
| CCS20 | 2179984 | NET 60 | 175272 |

| F.O.B | SHIPPING METHOD | SHIP DATE | Pack List # |
|---|---|---|---|
| DESTINATION | UPS | 11/4/2008 | 148470 |

| QUANTITY Ordered | QUANTITY This Shipment | PART | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 160 | 160 | 01196 | WINTV-HVR-1250 | $40.00 | $6,400.00 |

| | |
|---|---|
| SUB TOTAL: | $6,400.00 |
| TOTAL AMOUNT DUE: | $6,400.00 |



# Hauppauge!

**HAUPPAUGE COMPUTER WORKS**

Sales Order

Sales Order # 175272

Customer # CCS20

Customer Address
CIRCUIT CITY STORES
STEVE PARKER/MIS DEPARTMENT
MS10

GLEN ALLEN, VA 23060
USA

Customer Ship To Address   1
BETHLEHEM BROWN GOODS DC - 0255
4000 TOWNSHIP LINE RD
BETHLEHEM, PA 18020

Ship Via
UPS

FOB
DESTINATION

Terms
NET 60

Order Date
10/24/2008 12.00.00 AM

Customer PO #
2179984

Requested Ship Date
10/24/2008

| Order Qty | Shipped Qty | Open Qty | Part # / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 160 | 0 | 160 | 01196 WINTV-HVR-1250 | 11/04/2008 | $40.00 | $6,400.00 |

SUB TOTAL                                                            $6,400.00

$6,400.00

ternal Customer Notes :

APPROVED

MARLINA SHERIDAN

Purchase Order

Baseline Item Data

| Line # | Model | Unit of Measurement | Quantity | Unit Price |
|---|---|---|---|---|
| 1 | 1195 | Each | 160 | 40.00 |



# Purchase Order

## Purchase Order Information

| | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2179984 |
| Purchase Order Date | 20081023 |
| Vendor Number | 006121 |
| Message Text | |

## Circuit City Contact Name

| | |
|---|---|
| Information Contact Name | 9711 Shawnda Brown |

### F.O.B. Related Instructions

| | |
|---|---|
| Prepaid | Destination(Shipping) |

## Ship To Party

| | |
|---|---|
| CCS Distribution Id Code | 0255 |

## Terms of Sale

| | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

## Date Reference

| | |
|---|---|
| Delivery Requested | 20081105 |
| Requested Ship | |
| Do Not Ship Before | |
| Do Not Ship After | |
| Do Not Deliver After | 20081106 |
| Do Not Deliver Before | 20081104 |
| Do Not Tender Before | |
| Do Not Tender After | |

## For Direct Import Orders Only

CIRCUIT CITY

Name of City or Port

## HAUPPAUGE COMPUTER WORKS

FOR:    November 4, 2008

Picking List for Sales Order #    175272

Customer:    CIRCUIT CITY STORES

Customer ID:    CCS20

Ship To:

Ordered.

PO Number:    2179984
Batch:    11/4/2008

| Item | Ship Today |
|---|---|
| 1) WINTV-HVR-1250 | 160 |
| 01196 | |

Order Notes:

