

Date: November 3, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Courtroom 4000
Richmond, Virginia 23219

RE:  CIRCUIT CITY, INC., et al.,
     CASE NO. 08-35653 (KRH) JOINTLY ADMINISTERED
     UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF VIRGINIA

Dear Sir or Madam,

Imagination Entertainment opposes the relief requested for receivables of $12,059.98 against our claim of $37,996 which was filed under the claim of section 503(b)(9) of the "Bankruptcy Code" for the value of goods sold in the ordinary course of business and received by the debtors within 20 days before November 10, 2008 (the "petition Date" (i.e., between October 21, 2008 and November 9, 2008).

We have attached our statement of Circuit City's account which totals $135,569.56. The $12,059.98 in deductions being claimed are for invoices issued during the month of September 08 where the total billing for this month was $89,481.84 Gross. The current claim into the Bankruptcy Court for $37,996 is in fact for invoices we issued to Circuit City during the months of October & November 08 ONLY & are not affected by this $12,059.98 September credit.

We respectfully request the Bankruptcy Court to overrule the objection to our claim.

Sincerely,

Kristian Fleming
Chief Operations Officer

## Customer Inv Payments for: Circuit City Stores

| | Type | Invoice Date | Original Amount | Invoice Period | Terms | Sales Order | Circuit PO | Circuit Payment Check | Pmt Date |
|---|---|---|---|---|---|---|---|---|---|
| 107450 | INV | 9/19/2008 | 4,233.84 | 09/2008 | 45 | 007743 | 2105220 | | 11/3/2008 |
| 107451 | INV | 9/19/2008 | 5,447.52 | 09/2008 | 45 | 007744 | 2105226 | | 11/3/2008 |
| 107452 | INV | 9/19/2008 | 9,010.48 | 09/2008 | 45 | 007745 | 2105219 | | 11/3/2008 |
| 107453 | INV | 9/19/2008 | 8,520.48 | 09/2008 | 45 | 007746 | 2105225 | | 11/3/2008 |
| 107454 | INV | 9/19/2008 | 9,010.48 | 09/2008 | 45 | 007747 | 2105217 | | 11/3/2008 |
| 107455 | INV | 9/19/2008 | 11,663.28 | 09/2008 | 45 | 007748 | 2105223 | | 11/3/2008 |
| 107456 | INV | 9/19/2008 | 7,490.64 | 09/2008 | 45 | 007749 | 2105216 | | 11/3/2008 |
| 107457 | INV | 9/19/2008 | 9,707.76 | 09/2008 | 45 | 007750 | 2105222 | | 11/3/2008 |
| 107458 | INV | 9/19/2008 | 5,645.12 | 09/2008 | 45 | 007751 | 2105218 | | 11/3/2008 |
| 107459 | INV | 9/19/2008 | 7,263.36 | 09/2008 | 45 | 007752 | 2105224 | | 11/3/2008 |
| 107469 | INV | 9/22/2008 | 4,993.76 | 09/2008 | 45 | 007800 | 2105221 | | 11/6/2008 |
| 107470 | INV | 9/22/2008 | 6,495.12 | 09/2008 | 45 | 007801 | 2105227 | | 11/6/2008 |
| 108483 | INV | 10/8/2008 | 3,102.84 | 10/2008 | 45 | 008977 | 2161967 | | 11/22/2008 |
| 109075 | INV | 10/20/2008 | 1,642.68 | 10/2008 | 45 | 009812 | 2161966 | | 12/4/2008 |
| 109076 | INV | 10/20/2008 | 912.60 | 10/2008 | 45 | 009813 | 2161968 | | 12/4/2008 |
| 109731 | INV | 10/27/2008 | 365.04 | 10/2008 | 45 | 010401 | 2161969 | | 12/11/2008 |
| 109732 | INV | 10/27/2008 | 730.08 | 10/2008 | 45 | 010402 | 2161970 | | 12/11/2008 |
| 109733 | INV | 10/27/2008 | 1,338.48 | 10/2008 | 45 | 010403 | 2161971 | | 12/11/2008 |
| 109946 | INV | 11/3/2008 | 4,613.80 | 10/2008 | 45 | 010632 | 2172018 | | 12/18/2008 |
| 109947 | INV | 11/3/2008 | 2,931.12 | 10/2008 | 45 | 010633 | 2172017 | | 12/18/2008 |
| 110000 | INV | 11/3/2008 | 9,499.00 | 10/2008 | 45 | 010679 | 2172013 | | 12/18/2008 |
| 110001 | INV | 11/3/2008 | 9,499.00 | 10/2008 | 45 | 010680 | 2172014 | | 12/18/2008 |
| 110002 | INV | 11/3/2008 | 5,373.72 | 10/2008 | 45 | 010681 | 2172015 | | 12/18/2008 |
| 110003 | INV | 11/3/2008 | 6,079.36 | 10/2008 | 45 | 010682 | 2172016 | | 12/18/2008 |

**TOTAL**     135,569.56

# Customer Inv Payments for: Circuit City Stores

| Invoice | Type | Invoice date | Original amount - Local | Month posted | Terms | Sales order | Customer purchase order | Due date |
|---|---|---|---|---|---|---|---|---|
| 109946 | INV | 11/3/2008 | 4,613.80 | 10/2008 | 45 | 010632 | 2172018 | 12/18/2008 |
| 109947 | INV | 11/3/2008 | 2,931.12 | 10/2008 | 45 | 010633 | 2172017 | 12/18/2008 |
| 110000 | INV | 11/3/2008 | 9,499.00 | 10/2008 | 45 | 010679 | 2172013 | 12/18/2008 |
| 110001 | INV | 11/3/2008 | 9,499.00 | 10/2008 | 45 | 010680 | 2172014 | 12/18/2008 |
| 110002 | INV | 11/3/2008 | 5,373.72 | 10/2008 | 45 | 010681 | 2172015 | 12/18/2008 |
| 110003 | INV | 11/3/2008 | 6,079.36 | 10/2008 | 45 | 010682 | 2172016 | 12/18/2008 |

Total    *37,996.00*