



RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

**Via FedEx**

November 3, 2009

Clerk
U.S. Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

Response to Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) A Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference

In re: Circuit City Stores, Inc., *et al.* ("Debtors")
Case No. 08-35653 (KRH) (Chapter 11)
Claimant – Cohesion Products, Inc.

Dear Clerk:

As Agent for the Creditor, Cohesion Products, Inc. ("Cohesion"), we disagree with the Debtor's determination to setoff $4,010.64 of the 503(b)(9) Administrative Expense Claim in the amount of $223,062.84 (copy attached).

The Chief Financial Officer of Cohesion, Matthew Lu, advises that he is not aware of a receivable owed to Circuit City in the amount of the proposed setoff.

In that regard, we ask that claim no. 1138 be evaluated on its merits and allowed as a 503(b)(9) Administrative Expense Claim in the amount of $223,062.84.

Further, we would also like to be added to the mailing list to receive all documents, etc. as it relates to the creditor Cohesion Products, Inc., as indicated on the proof of claim.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Cohesion Products, Inc.

Enclosures

cc:

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn.: Gregg M. Galardi, Esq.
Attn.: Ian S. Fredericks
One Rodney Square
Wilmington, DE 19899

McGuirewoods LLP
Attn.: Dion W. Hayes, Esq.
Attn.: Douglas M. Foley, Esq.
One James Center
901 E. Cary St.
Richmond, VA 23219

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn.: Chris L. Dickerson, Esq.
155 N. Wacker Dr.
Chicago, IL 60606

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

DEADLINE FOR FILING 503(b)(9) CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)*

COHESION PRODUCTS, INC.
895 DOVE STREET, SUITE 310
NEWPORT BEACH, CA 92660

Telephone: 410-773-4089
Fax: 410-773-4057

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

Debtor against which claim is asserted: (Check one box below:)

☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

Name and address where notices should be sent (if different from above)

COHESION PRODUCTS, INC.
C/O RHS
P.O. BOX 5126
TIMONIUM, MD 21094

Telephone: (410) 773-4089
Fax: (410) 773-4057

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☑ Check box if you have never received any notices from the bankruptcy court in this case.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 20011

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated: _____

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $223,062.84

2. DATE OF SHIPMENT: 10/16/08    METHOD OF SHIPMENT: VESSEL SAIL    DATE OF RECEIPT: 10/23/08
NAME OF CARRIER: EXPEDITORS    PLACE OF DELIVERY: LONG BEACH, CA.

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $223,062.84
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM: GOODS SOLD
Describe goods sold: PVC FOLDING GAME CHAIRS (BLACK)    *Attach support for your claim.*

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. ORDINARY COURSE CERTIFICATION: By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Date: 12/12/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Phyllis A. Hayes, RHS, Agent

FOR COURT USE ONLY

RECEIVED
DEC 15 2008
KURTZMAN CARSON CONSULTANTS



cohesion

INVOICE A-1000025

Unit 1-12, 7/F., Corporation Square,
8 Lam Lok Street, Kowloon Bay,
Kowloon, Hong Kong

Tel + 852 2750 0755
Fax + 852 2123 6345

Page:  1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date | : | 21-Oct-2008 | | | |
| Customer Code | : | 200011 | Shipment Fulfillment No. : | | |
| Bill To | : | Circuit City Stores, Inc.<br>9954 Mayland Drive<br>Richmond, VA 23233<br>United States | Ship To | : | Circuit City Stores, Inc.<br>Distribution Center #717<br>501 S. Cheryl Lane Walnut, CA 91789<br>United States |
| Transaction Date | : | 16-Oct-2008 | On-Board Date | : | 16-Oct-2008 |
| Payment Terms | : | Net 45 | Bill of Lading No. | : | R3E57037 |
| Due Date | : | 30-Nov-2008 | Title Transfer | : | |
| Place of Departure | : | Xiamen | Our Ref | : | 161008 |
| Place of Arrival | : | Long Beach, CA | Commercial Invoice | : | CPL-98270 |

| Product Code and Description | Quantity | Unit Price (USD) | Amount (USD) |
|---|---|---|---|
| Item: PVC Folding Gaming Chair-black<br>Customer Item No.: GMC00001<br>Vendor Item No.: GMC00001<br>UPC: 4894088000313<br>HTS: 9401.61.6010<br><br>Customer PO: 2132094<br>No. of Carton(s): (6006)    Master Carton Qty: 2<br>Gross Weight: 114,114 KG | 12,012 Each | 18.5700 | 223,062.84 |
| | | Total    USD | 223,062.84 |

Country of Origin: China
Note: THIS SHIPMENT DOES NOT CONTAIN SOLID WOOD PACKING MATERIAL.

Remittance Information

| | | |
|---|---|---|
| Beneficiary | : | Cohesion Products Limited |
| Bank | : | The Hongkong and Shanghai Banking Corporation Limited |
| Address | : | 1 Queen's Road Central, Hong Kong |
| A/C# | : | 808-376511-274 |
| SWIFT Code | : | HSBCHKHH |
| Remarks | : | Please include invoice number(s) for reference purposes |

Bank charges are for the account of sender
If you have questions: Please contact Elizabeth Boyle, Customer Financial Accountant at (949) 851-4792



# PACKING LIST

| Invoice Date | Invoice # |
|---|---|
| OCT.07.2008 | CPL-98270 |

**Vendor Name:** AK DESIGNS LLC
**Vendor Number:** 70440
**Vendor Factory Name & Address:** Zhangzhou Baseoal Industrial Co, Ltd
No. 288 JiaoSong Road, LongChi Industrial Zone, Zhang Zhou, Fujian, China

**Sold To:**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233, USA

**Ship To:**
CIRCUIT CITY STORES, INC
DC#717 501 S.CHERYL LANE
WALNUT,CA 91789,U.S.A

| Payment Terms | L/C # | Freight Terms | Port of Loading | Port of Destination |
|---|---|---|---|---|
| NET 45 | N/A | FOB Incoterms:FCA | Xiamen,China | LOS ANGELES,CA |

| Vessel Name | Voyage # | Vendor Model # | Vessel Sail Date |
|---|---|---|---|
| LT USOOIMARE | 0836-054E | | OCT.16.08 |

| PO# | Circuit City Model # | Vendor Model # | Product Description | Number of Cartons | PO Quantity (pcs) | Gross Weight | | Net Weight | | Measurement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Kgs)/CTN | (Lbs)/CTN | (Kgs)/CTN | (Lbs)/CTN | (Cbf)/CTN | (Cbm)/CTN |
| 2132094 | GMC00001 | GMC00001 | PVC FOLDING GAMING CHAIR | 6006 | 12012 | 19.00 | 41.80 | 17.00 | 37.40 | 6.4841 | 0.1835 |
| | | | Total : | 6006 | 12012 | 114,114.00 | 251,050.80 | 102,102.00 | 224,824.40 | 38,943.50 | 1,102.000 |

Container#(s):

SAY TOTAL SIX THOUSAND AND SIX CARTONS ONLY.

**Shipping Marks:**
CO-002
Circuit City P.O. #2132094
Circuit City Model #:GMC00001
Unit Count Per Carton: 2 pieces
Carton #: _____ of 12500
Gross Weight: 41.8 (Lbs)
Carton Dimension(inches):22.44 length x 14.6 width x 34.3 height
Made in China

Vendor Signature

 

**Expeditors Cargo Management Systems**

**ORIGINAL**

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| COHESION PRODUCTS LTD.C/O AK DESIGNS LLC UNIT 1-12,7/F,CORPORATION SQUARE 8 LAM LOK STREET,KOWLOON BAY,KOWLOON, HONG KONG | S3E0027982 | R3E57037 |
| | CARGO RECEIVING DATE | 10/13/08 |

| CONSIGNEE (Name and Full) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY STORES, INC. 9950 MAYLAND DRIVE DR 1, 4TH FLOOR RICHMOND, VA 23233 UNITED STATES ATTN:LOGISTICS DEPT. CONTACT NAME:CAROL LACKS | BEIJING KANG JIE KONG INTERNATIONAL CARGO AGENT CO.,LTD. XIAMEN BRANCH UNIT G,10 FLOOR,INTL.PLAZA |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION FOR RELEASE OF CARGO PLEASE CONTACT: |
|---|---|
| CIRCUIT CITY STORES, INC. 9950 MAYLAND DRIVE DR 1, 4TH FLOOR RICHMOND, VA 23233 UNITED STATES ATTN:LOGISTICS DEPT. CONTACT NAME:CAROL LACKS | A.CIRCUIT CITY STORES,INC. DISTRIBUTION CENTER#717 501S.CHERYL LANE WALNUT,CA 91789,UNITED STATES ATTN:EDGAR SALGADO OR KRISTINE GREER*** |

| INITIAL CARRIAGE | PLACE OF RECEIPT | |
|---|---|---|
| LT USODIMARE / 00054 | XIAMEN, CHINA | |
| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING | |
| | XIAMEN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LONG BEACH, CA | LONG BEACH, CA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. Invoice Number: CPL-98270 CO-002 CIRCUIT CITY P.O.# 2132094 CIRCUIT CITY MODEL#GMC00001 UNIT COUNT PER CARTON 2 PIECES CARTON#__OF12500 GROSS WEIGHT 41.8 POUNDS CARTON DIMENSION (INCHES):22.44 | 6006 CTNS | PO NUMBER:2132094 MODEL NUMBER:GMC00001 PVC FOLDING GAMING CHAIR-BLACK ***B.CARMICHAEL INTERNATIONAL SERVICES 533 GLENDALE BLVD.LOS ANGELES,CA 90026 ATTN:DANNY CHANTIM IMPORT MGR 213-353-0800 FORWARDERS AGENT: CARMICHAEL INTERNATION SERVICES SEE ATTACHED | 114114.0 KG | 1102.000 M3 |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 10/13/08 | | FOR CHARGES | THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS. |
|---|---|---|---|
| Documents received | Originals Copies | | |
| COMMERCIAL INVOICE | 1 | | |
| PACKING LIST | 1 | | For and on behalf of |
| BENEFICIARY SIGNED STATEMENT | 1 | | EXPEDITORS CARGO MANAGEMENT SYSTEMS |
| DECLARATION OF ORIGIN | 1 | | |
| SHIPPING DOCUMENTS RECEIPT | 1 | | Authorized Signature |
| CIRCUIT CITY MANIFEST | 16 | | DATE 10/23/08 |

Forwarder's Cargo Receipt
Terms and Conditions

# Expeditors®

**Expeditors Cargo Management Systems**

**ORIGINAL**

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| COHESION PRODUCTS LTD.C/O AK | S3E0027982 | R3E57037 |

PARTICULARS FURNISHED BY SHIPPER   1 OF 1 ORIGINAL   PAGE   2

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| LENGT X 14.6WIDTH X 34.3HEIGHT MADE IN CHINA | | 533 GLENDALE BLVD.LOS ANGELES,CA 90026 ATTN:DANNY CHANTIM IMPORT MGR 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 SAILING DATE:10/16/08 | | |
| GVCU4091726 | CY/CY | Size :40    312 CTNS Seal:EMCAYV9318 SHIPPER'S LOAD AND COUNT | 5928.00 KG | 57.250 M3 |
| IMTU9029275 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9078 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| XINU8060985 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9188 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| EMCU9397719 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9378 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| TCNU9384010 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9368 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| GESU4347203 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9198 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| FSCU9666147 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9068 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| TGHU8686234 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9088 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| FSCU9779729 | CY/CY | Size :40H   382 CTNS Seal:EMCAXU2438 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| EMCU9354770 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9388 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| FSCU9258865 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV8718 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| EISU9075401 | CY/CY | Size :40H   382 CTNS Seal:EMCAYV9328 SHIPPER'S LOAD AND COUNT | 7258.00 KG | 70.090 M3 |
| GVCU5048730 | CY/CY | Size :40H   373 CTNS Seal:EMCAYV9098 SHIPPER'S LOAD AND COUNT | 7087.00 KG | 68.440 M3 |
| TGHU8881729 | CY/CY | Size :40H   373 CTNS Seal:EMCAYV8888 SHIPPER'S LOAD AND COUNT | 7087.00 KG | 68.440 M3 |
| EMCU9390611 | CY/CY | Size :40H   373 CTNS Seal:EMCAYV9158 SHIPPER'S LOAD AND COUNT | 7087.00 KG | 68.440 M3 |
| BSIU9127930 | CY/CY | Size :40H   373 CTNS Seal:EMCAYV9178 SHIPPER'S LOAD AND COUNT | 7087.00 KG | 68.440 M3 |
| TOTALS: | | 16 Container(s) | | |