UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
-------------------------------------------------------------------X

**In re:**

**CIRCUIT CITY STORES, INC., et al.**

-------------------------------------------------------------------X

NOV 4 2009

Case No. 08-35653 (KRH)
(Jointly Administered)

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY RIVKIN RADLER LLP ON BEHALF OF CC-INVESTORS 1995-6

**PLEASE TAKE NOTICE** that Rivkin Radler LLP ("Rivkin Radler") hereby appears as counsel for CC-Investors 1995-6 ("Creditor") in the above bankruptcy proceeding. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rivkin Radler requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Rivkin Radler at the offices, addresses and telephone numbers set forth below, and that Rivkin Radler be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

| | |
|---|---|
| Matthew V. Spero, Esq.        and | Stuart I. Gordon, Esq. |
| Rivkin Radler LLP | Rivkin Radler LLP |
| 926 RXR Plaza | 926 RXR Plaza |
| Uniondale, New York 11556-0926 | Uniondale, New York 11556-0926 |
| Phone: (516) 357-3593 | Phone: (516) 357-3055 |
| Fax: (516) 357-3333 | Fax: (516) 357-3333 |
| Email: matthew.spero@rivkin.com | Email: stuart.gordon@rivkin.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or

plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtor, property of such debtor, or Creditors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, Notice of Appearance and Demand for Service of Papers, was served by first class mail on October 30, 2009 postage prepaid, upon **Robert B. Van Arsdale, Esq.** (*Trustee's Counsel*), Office of the U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219 (804) 771-2310, Fax: (804) 771-2330; **Daniel F. Blanks, Esq.** (*Debtor's Counsel*), McGuire Woods LLP, 9000 World Trade Center, 101 W. Main St., Norfolk, VA 23510 (757) 640-3774, Fax: (757) 640-3963; **Gregg M. Galardi, Esq.**, Skadden Arps Slate Meagher & Flom LLP, One Rodney Sq., P.O. Box 636, Wilmington, DE 19899 (302) 651-3000; **Jennifer McLain McLemore, Esq.** (*Local

*Counsel*), Christian & Barton LLP, 909 East Main Street, Suite 1200, Richmond, VA 23219

(804) 697-4129, Fax: (804) 697-6129; **Kurtzman Carson Consultants** (*Claims Agent*), 2335

Alaska Avenue, Los Angeles, California 90245 (310) 823-9000.

Dated: Uniondale New York
        October 30, 2009

RIVKIN RADLER LLP
Counsel for CC-Investors 1995-6

By:        /s/
        MATTHEW V. SPERO, ESQ.
        STUART I. GORDON, ESQ.
        926 RXR Plaza
        Uniondale, New York 11556-0926
        Phone:  (516) 357-3000
        Fax:  (516) 357-3333

2307978 v1