# EXHIBIT 1 TO

RESPONSE AND OBJECTION OF BETHESDA SOFTWORKS LLC
TO DEBTORS' (I) FIFTY-FIRST OMNIBUS OBJECTION TO
CERTAIN 503(B)(9) CLAIMS AND (II) MOTION FOR A WAIVER
OF THE REQUIREMENT THAT THE FIRST HEARING ON ANY
RESPONSE PROCEED AS A STATUS CONFERENCE AND THE
DEBTORS' BRIEF IN SUPPORT THEREOF

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

DEADLINE FOR
FILING 503(b)(9)
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al.<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

Name and Address of Creditor: (The person or other entity to whom the debtor owes money or property) NameID: 4496752 (P1) PackID: 18327

**BETHESDA SOFTWORKS LLC**
**1370 PICCARD DR NO 120**
**ROCKVILLE, MD 20850**

Telephone: 301.926-8300
Fax:            301.990.7025

Name and address where notices should be sent (if different from above):

J. Griffin Lesher, Esq.
ZeniMax Media, Inc.
1370 Piccard Drive, Ste. 120
Rockville, MD 20850

Telephone: 301-948-2200
Fax: 301-990-7025



COPY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

■ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Debtor against which claim is asserted :   (Check one box below:)

■ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1 086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20- 0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2 130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512) [
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 070761

Check here if this claim ☐ / replaces   ☑ amends   a previously filed claim, dated: 12/17/08

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 3,838,606.40

2. DATE OF SHIPMENT: 10/21/08-10/19/08*    METHOD OF SHIPMENT:  Various*          DATE OF RECEIPT: 10/23/08-10/30/08*

   NAME OF CARRIER:  Various*                          PLACE OF DELIVERY:  Various*

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIMS: $ 3,838,606.40*

☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM: Computer and console video games ordered by, sold to, and received within 20 days before November 10, 2008 by, Debtor, Circuit City Stores, Inc.*

   Describe goods sold: _____          Attach support for your claim.

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. *

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper. *

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclosed a stamped, self-addressed envelope and copy of this claim request form. *

8. ORDINARY COURSE CERTIFICATION: By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9). *

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. *

FOR COURT USE ONLY

RECEIVED
DEC 2 2 2008
KURTZMAN CARSON CONSULTANTS

Date
12/17/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Ronald Seger, VP, Sales

0835653081113193334011573

* Please see Exhibit A attached hereto and incorporated herein.

**Exhibit A**

Bethesda Softworks, LLC ("Claimant"), incorporates by reference as if set forth herein, the matters set forth in:

Exhibit 1: Demand-renewed/amended/supplemented demand-to reclaim goods sold to Debtor, under 11 U.S.C. § 546(c);

Exhibit 2: Response to Motion of Debtors filed with the Court in the Debtors' Jointly Administered Ch. 11 Cases at Docket No. 447;

Exhibit 3: Index to Circuit City Purchase Orders and Shipment Confirmations, with Copies of Purchase Orders and Shipment Confirmations; and

Exhibit 4: Index of Claimant's Invoices issued to Circuit City Stores, Inc., with copies of Invoices and Purchase Orders.

Claimant respectfully objects to the imposition of requirements which are not set forth in Bankruptcy Code Section 503(b)(9), and otherwise reserves all rights.

# EXHIBIT 1

x  x  x  Communication Result Report ( Nov. 10. 2008  8:56PM )  x  x  x

1)
2)

Time: Nov. 10. 2008  8:53PM

File
No. Mode           Destination                    Pg(s)      Result      Page
                                                                         Not Sent
---
119 Memory TX      918045274164xxx42995           P.  4      OK

--------------------------------------------------------------------------------

Reason for error
     E. 1) Hang up or line fail           E. 2) Busy
     E. 3) No answer                      E. 4) No facsimile connection
     E. 5) Exceeded max. E-mail size

ZeniMax
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

TO                                        FROM
Tim Silford, Business Team Lead Groups    J. Griffin Lesher, Secretary, Bethesda Softworks LLC
                                          & EVP-Legal, ZeniMax Media Inc.
COMPANY                                    DATE:
Circuit City Stores, Inc.                 11/10/2008
FAX NUMBER                                 TOTAL NO. OF PAGES INCLUDING COVER:
804.527.4164                              4
CC:                                        SENDER'S REFERENCE NUMBER:
Reginald D. Hedgebeth, Esq.
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax 804.418.8849 & 804.527.4164 /
Sarah K. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Chicago, IL)
fax 312.407.0411
RE:                                        YOUR REFERENCE NUMBER:
Reclamation Demand of Bethesda Softworks
LLC

X URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the individual or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

x  x  x  Communication Result Report ( Nov. 10. 2008  8:54PM ) x  x  x

1)
2)

/Time: Nov. 10. 2008  8:39PM

File
No. Mode            Destination                    Pg(s)      Result          Page
                                                                              Not Sent
-----------------------------------------------------------------------------------------
7116 Memory TX      918045274164xxx42995           P.  4      OK

-----------------------------------------------------------------------------------------
Reason for error
  E. 1) Hang up or line fail               E. 2) Busy
  E. 3) No answer                          E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Tim Bifford, Business Team Lead Canaan | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |
| COMPANY: | DATE: |
| Check City Stores, Inc. | 11/10/2008 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 804.527.4164 | 4 |
| CC: | SENDER'S REFERENCE NUMBER: |
| Raphaeld D. Hodgobosh, Esq. | |
| SVP, General Counsel & Secretary | |
| Check City Stores, Inc. | |
| fax 804.422.5240 & 804.527.4164 / | |
| Sunil K. Bahat, Esq | |
| Sheddan, Arps, Slate, Meagher & Flom LLP | |
| (Chicago, IL.) | |
| fax 312.477.8421 | |
| RE: | YOUR REFERENCE NUMBER: |
| Reclamation Demand of Bethesda Softworks LLC | |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

The information contained in this message and any attachments herein is intended only for the addressee or addressee's authorized agent. These contents may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the sender is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

# ZeniMax™
## MEDIA INC.

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2ⁿᵈ Floor
9950 Mayland Drive
Richmond, VA 23233

     Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
                 Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

     Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

     The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

     Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

     Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

     Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

     Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
    Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

**Exhibit A**
to
**Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents**

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 8606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 8606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 662084? | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | **$3,848,875.72** |
| | **Subtotal Fallout 3:** | | | | 78,048 | | $3,819,605.12 |
| | **Subtotal Other Product:** | | | | 1,289 | | $29,270.60 |



1370 Picard Drive   Ste 120   Rockville, MD 20850   301.948.2200   Fax 301.990.7025

x  x  x  Communication Result Report ( Nov.10. 2008  9:10PM )  x  x  x

```
                                                                           1)
                                                                           2)
```

Time: Nov. 10. 2008  8:51PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 118 | Memory TX | 918045274164xxx42995 | P.  4 | OK | |

---

```
Reason for error
      E. 1) Hang up or line fail                E. 2) Busy
      E. 3) No answer                           E. 4) No facsimile connection
      E. 5) Exceeded max. E-mail size
```

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO | FROM |
|---|---|
| Tim Sifford, Business Team Lead Gamer | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |
| COMPANY: Circle City Steam, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: 804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |

→ Reginald D. Hedgebeth, Esq.

SVP, General Counsel & Secretary

Circle City Steam, Inc.

fax: 804.418.5348 & 804.527.4164 /

Sarah K. Baker, Esq.

Sheahan, Argo, Slate, Meagher & Flom LLP

(Chicago, IL)

fax: 312.407.0411

RE: Restoration Demand of Bethesda Softworks LLC

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

---

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

x  x  x  Communication Result Report ( Nov. 10. 2008  8:59PM ) x  x  x

1)
2)

/Time: Nov. 10. 2008  8:57PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|----------------|
| 120 | Memory TX | 918045274164xxx42995 | P. 4 | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                    E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO | FROM |
|----|------|
| Jim Silfland, Business Team Lead Genees | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |

| Clozak City Braces, Inc. | DATE: 11/10/2008 |

| FAX NUMBER: 804.327.4164 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |

→ Raymond D. Harbgbarth, Esq.
SVP, General Counsel & Secretary
Clozak City Braces, Inc.
fax 804.416X965 & 804.327.4164 /
Louis K. Bahar, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax 322.407.0931

RE:                                    YOUR REFERENCE NUMBER:
Reclamation Demand of Bethesda Softworks
LLC

X URGENT   □ FOR REVIEW   □ PLEASE COMMENT   □ PLEASE REPLY   □ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Updating, annotations and other information in this message that do not relate to the official business of the company shall be understood as neither given nor endorsed by it.

NOTES/COMMENTS

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

P. 1

* * * Communication Result Report ( Nov. 10. 2008 8:49PM ) * * *

1)
2)

Time: Nov. 10. 2008 8:41PM

| le o. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 17 | Memory TX | 918044188248***42995 | P. 4 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

ZeniMax MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| [illegible], Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
| COMPANY: Circuit City Stores, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: 804.527.4364 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| CC: Reginald D. Hedgebeth, Esq. SVP, General Counsel & Secretary Circuit City Stores, Inc. fax: [illegible] & 804.527.4364 / [illegible], Esq. Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL) fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE: Indemnification Demand of Bethesda Softworks LLC | YOUR REFERENCE NUMBER: |

X URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of the company shall be understood as neither given nor endorsed by it.

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>→ Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT      ☐ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY      ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

      Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
              Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

      Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the
"Debtor") has received computer and console video games (the "Goods") described in and
pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated
October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached
hereto (the "Purchase Orders") from Bethesda Softworks.

      The Debtor received the Goods shipped by the Seller within the last 45 days prior to
November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and
no part of the purchase price for any of the Goods has been paid to the Seller.

      Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of
business under the terms of the Agreement and/or the Purchase Orders and received by the
Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the
Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11
U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

      Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of
the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable
state law, for the immediate return of the Goods. Further, Seller demands that the Debtor
segregate and refrain from using, commingling or otherwise converting the Goods in the course
of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its
interests in the Goods and objects to any use of cash collateral which may be generated from the
use, sale, or other disposition of the Goods.

      Please confirm whether the Debtor will honor this reclamation demand and advise when
and where the Seller may arrange for the immediate return of the Goods.

      Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies
and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise,
including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
      Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

1370 Piccard Drive  Ste 120  Rockville, MD 20850  301.948.2200  Fax 301.990.7025



**Exhibit A**
**to**
**Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents**

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | **$3,848,875.72** |
| | **Subtotal Fallout 3:** | | | | 78,048 | | **$3,819,605.12** |
| | **Subtotal Other Product:** | | | | 1,289 | | **$29,270.60** |

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025

P. 1

x  x  x  Communication Result Report ( Nov. 10. 2008  8:14PM ) x  x  x

1)
2)

/Time: Nov. 10. 2008  8:12PM

| No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----|------|-------------|-------|--------|---------------|
| 14 | Memory TX | 913124070411xxx42995 | P.  4 | OK | |

--------------------------------------------------

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

**ZeniMax** MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

TO:
Tim Sifford, Bruhman Team Lead Gravett

J. Griffin Lesher, Incoming, Berbench Seabracka LLC
& EVP-Legal, ZeniMax Media Inc.

COMPANY:
Classic City Stores, Inc.

DATE:
11/10/2008

FAX NUMBER:
404.334.4000

TOTAL NO. OF PAGES INCLUDING COVER:
4

CC:
Reginald D. Hedgebeth, Esq.

SENDER'S REFERENCE NUMBER:

EVP, General Counsel & Secretary
Classic City Stores, Inc.
fax 404.334.4000 /

Isaiah K. Baker, Esq.
Sheldkins, Arps, Slate, Meagher & Flom LLP
Chicago, IL)
fax 312.407.0921

RE:
Rachmaninov Demand of Berbench Seabracks
LLC

YOUR REFERENCE NUMBER:

X URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the addressee or addressee's
authorized agent. Please ensure this may contain information that is privileged, confidential, or otherwise exempt from
disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any
dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please
notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address
stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this
company shall be understood as neither given nor endorsed by it.

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7825



## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.524.4000 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.524.4000 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:     Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
        Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to

Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512B606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512B606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512B606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512B606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512629609 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512B606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512B606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive   Ste 120 Rockville, MD 20850   301.948.2200   Fax 301.990.7025

# McKenna Long
# & Aldridge LLP
#### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

DANIEL J. CARRIGAN
(202) 496-7436

EMAIL ADDRESS
dcarrigan@mckennalong.com

November 26, 2008

**BY OVERNIGHT COURIER**

Circuit City Stores, Inc., et al. ✓
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.

Re:    Reclamation Notice/Demand of Bethesda Softworks LLC ("Bethesda
       Softworks") Delivered to Mr. Tim Sifford, Business Team Lead Games,
       Reginald D. Hedgebeth, Esq., SVP, General Counsel & Secretary, and Sarah
       Baker, Esq., Skadden, Arps, Meagher & Flom LLP on November 10, 2008 (the
       "Notice") and Supplement Thereto under Interim Order (Dkt. No. 133)
       Subsequently Entered on November 13, 2008, Paragraph 5(a) and (b); Submitted
       Without Prejudice

Ladies and Gentlemen:

        Enclosed, on behalf of our client, Bethesda Softworks, please find copies of the above-
referenced Notice, together with facsimile confirmations, and a copy of an email communication

Circuit City Stores, Inc., et al.
Circuit City Stores, Inc.
Circuit City Stores, Inc.
Skadden, Arps, Slate, Meagher & Flom LLP
McGuire Woods LLP
November 26, 2008
Page 2

from the Debtors dated October 17, 2008. Such Notice, and its prior delivery to the Debtors, as well as the delivery of this letter supplementing the Notice in accordance with the Interim Order, paragraph 5(a) and (b), and the attached copies are not, and shall not be deemed to be a waiver, release, election of remedy, admission, or other diminution of any of Bethesda Softworks' rights, including, but not limited to, the right to object or otherwise respond to the Interim Order.

In addition to, and not in lieu of, the matters set forth in the Notice, Bethesda Softworks believes that (i) it has or will assert a Section 503(b)(9) Claim, and (ii) that the currently estimated amount of such Claim, as calculated from Exhibit A to the Notice, is $3,838,606.40.

If you have any questions or comments concerning the foregoing, please contact the undersigned or John McJunkin (telephone: 202-496-7312) (email: jmcjunkin@mckennalong.com) (fax: 202-496-7094), counsel for Bethesda Softworks, at your convenience.

Happy Thanksgiving!

Respectfully submitted,

Daniel J. Carrigan

DJC:sdp

Enclosures

DC:505X8162.1

P. 1

x  x  x  Communication Result Report ( Nov. 10. 2008  3:56PM ) x  x  x

33

Time: Nov. 10. 2008  3:53PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7119 | Memory TX | 918045274164xxx42995 | P. 4 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

ZenIMax
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Tim Stilford, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC |
| | & SVP-Legal, ZeniMax Media Inc. |
| COMPANY: | DATED: |
| Chenit City Season, Inc. | 11/10/2008 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 804.527.4966 | 4 |
| CC: | SENDER'S REFERENCE NUMBER: |
| Reginald D. Mashpbeck, Esq. | |
| SVP, General Counsel & Secretary | |
| Chenit City Season, Inc. | |
| fax 804.412.6248 & 804.527.4966 / | |
| Sarah K. Baker, Esq. | |
| Staakbers, Arps, Slate, Meagher & Flom LLP | |
| (Chicago, IL) | |
| fax 312.407.0411 | |
| RE: | YOUR REFERENCE NUMBER: |
| Reclamation Demand of Bethesda Softworks | |
| LLC | |

X URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Options, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.

NOTE/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 941 2200 / FAX: 301 990 7025

x x x Communication Result Report ( Nov. 10. 2008 3:54PM ) x x x

2)
2)

Time: Nov. 10. 2008 3:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 116 | Memory TX | 918045274164xxxx42995 | P. 4 | OK | |

```
Reason for error
  E. 1) Hang up or line fail          E. 2) Busy
  E. 3) No answer                     E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size
```

**ZeniMax MEDIA INC.**

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Tim Stafford, Business Team Lead General | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
| COMPANY: | DATE: |
| Clentek City Station, Inc. | 11/10/2008 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 804.527.4164 | 4 |
| CC: | SENDER'S REFERENCE NUMBER: |
| Reginald D. Flintgshereh, Esq. | |
| SVP, General Counsel & Secretary | |
| Clentek City Station, Inc. | |
| fax: 804.453.8840 & 804.527.4164 / | |
| Jason K. Judson, Esq. | |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| Chicago, IL | |
| fax: 312.407.0411 | |
| RE: | YOUR REFERENCE NUMBER: |
| Reclamation Demand of Bethesda Softworks LLC | |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, him are not notified that any dissemination, distribution or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Quitclaim, contribution and other information in this message that do not relate to the official business of this company shall be attributed to neither given nor endorsed by it.*

NOTES/COMMENTS

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 940 2200 / FAX: 301 990 7025

# ZeniMax™
## MEDIA INC.

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

---

**X** URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

---

## 1370 PICCARD DRIVE
### SUITE 120
### ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7001



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

   Re:  Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
       Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

   Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the
"Debtor") has received computer and console video games (the "Goods") described in and
pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated
October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached
hereto (the "Purchase Orders") from Bethesda Softworks.

   The Debtor received the Goods shipped by the Seller within the last 45 days prior to
November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and
no part of the purchase price for any of the Goods has been paid to the Seller.

   Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of
business under the terms of the Agreement and/or the Purchase Orders and received by the
Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the
Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11
U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

   Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of
the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable
state law, for the immediate return of the Goods. Further, Seller demands that the Debtor
segregate and refrain from using, commingling or otherwise converting the Goods in the course
of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its
interests in the Goods and objects to any use of cash collateral which may be generated from the
use, sale, or other disposition of the Goods.

   Please confirm whether the Debtor will honor this reclamation demand and advise when
and where the Seller may arrange for the immediate return of the Goods.

   Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies
and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise,
including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:     Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
        Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to

## Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512860 6 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512860 6 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,848,875.72 |
| | Subtotal Other Product: | | | | 1,289 | | $3,819,605.12 |
| | | | | | | | $29,270.60 |

x  x  x  Communication Result Report ( Nov. 10. 2008   9:10PM )  x  x  x

Time: Nov. 10. 2008   3:51PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 118 | Memory TX | 918045274164xxx42995 | P.  4 | OK | |

```
Reason for error
      E. 1) Hang up or line fail              E. 2) Busy
      E. 3) No answer                         E. 4) No facsimile connection
      E. 5) Exceeded max. E-mail size
```

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO | FROM |
|---|---|
| Tim Sifferd, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
| COMPANY | DATE |
| Classic City Steam, Inc. | 11/10/2008 |
| FAX NUMBER | TOTAL NO. OF PAGES INCLUDING COVER |
| 804.527.4164 | 4 |
| | AUTHORITY REFERENCE NUMBER |

Raymond D. Hardgrudd, Esq.
SVP, General Counsel & Secretary
Classic City Steam, Inc.
fax 804.616.8845 & 804.527.4164 /
Scott K. Rhine, Esq.
Scanlan, Argos, Bliss, Mangue & Plum LLP
(Chicago, IL)
fax 312.407.8451

| RE | YOUR REFERENCE NUMBER |
|---|---|
| Reaffirmation Demand of Bethesda Softworks LLC | |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachment hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be construed as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7825

P. 1

𝕩 𝕩 𝕩 Communication Result Report ( Nov. 10. 2008  3:59PM ) 𝕩 𝕩 𝕩

23

Time: Nov. 10. 2008  8:57PM

| No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----|------|-------------|-------|--------|---------------|
| 20 | Memory TX | 918045274164𝕩𝕩𝕩42995 | P.  4 | OK | |

---

Reason for error
    E. 1) Hang up or line fail                E. 2) Busy
    E. 3) No answer                            E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

TO                                          FROM
Tim Mifford, Business Team Lead Games       J. Griffin Lesher, Secretary, Bethesda Softworks LLC
                                            & SVP-Legal, ZeniMax Media, Inc.

COMPANY                                      DATE
Circuit City Stores, Inc.                   11/10/2008

FAX NUMBER                                   TOTAL NO. OF PAGES INCLUDING COVER
804.527.4164                                6

PHONE NUMBER                                 SENDER'S REFERENCE NUMBER
Reginald D. Hedgebeth, Esq
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax: 804.527.4164 to 804.527.4164 /
Jacob K. Baker, Esq.
Benefiel, Jump, Slate, Maughan & Flues LLP
Chicago, IL
fax: 312.407.0451

RE                                           YOUR REFERENCE NUMBER
Reclamation Demand of Bethesda Softworks
LLC

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. This message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the transfer is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Questions, comments and other information in this message that do not relate to the official business of this company shall be understood as neither given nor authorized by it.*

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 3200 / FAX: 301 990 7022

P. 1

x x x Communication Result Report ( Nov. 10. 2008 3:49PM ) x x x

Time: Nov. 10. 2008  3:41PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| 7 Memory TX | 918044188248xxx42995 | P. 4 | OK | |

----------------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|-----|-------|
| Tre Billard, Business Team Lead Gamer | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
| COMPANY: | DATE: |
| Comic City Stores, Inc. | 11/10/2008 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 804.527.4544 | 4 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| Reginald D. Hedgebeth, Esq. | |

SVP, General Counsel & Secretary
Comic City Stores, Inc.
fax 804.41.6.4249-4; 804.527.4364 /
Sarah R. DeLoer, Esq.
Sonnkein, Arps, Slate, Meagher & Flom LLP
Chicago, ILl
fax 312.407.8491

| RE: | YOUR REFERENCE NUMBER: |
|-----|------------------------|
| Indemnization Demand of Bethesda Softworks LLC | |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of those materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 945 2200 / FAX: 301 990 7025

# ZeniMax™□
## MEDIA INC.

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X URGENT**    ☐ **FOR REVIEW**    ☐ **PLEASE COMMENT**    ☐ **PLEASE REPLY**    ☐ **PLEASE RECYCLE**

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

      Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

      Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

      The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

      Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

      Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

      Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

      Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment: Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
       SVP, General Counsel & Secretary
       Circuit City Stores, Inc. (Richmond, VA)
       fax: 804.524.4000
       Sarah K. Baker, Esq.
       Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
       fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 6909 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 8606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Picard Drive  Ste 120  Rockville, MD 20850  301.948.2200  Fax 301.990.7025

P. 1

x x x Communication Result Report ( Nov. 10. 2008 3:14PM ) x x x

1)
2)

/Time: Nov. 10. 2008 3:12PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 14 | Memory TX | 913124070411xxx42995 | P. 4 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

ZeniMax MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Tim Sifford, [illegible] | FROM: J. Griffin Lesher, [illegible] LLC & EVP-Legal, ZeniMax Media Inc. |
| COMPANY: Circuit City Stores, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: [illegible] | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| CC: [illegible] D. [illegible], Esq., EVP, General Counsel & Secretary, Circuit City Stores, Inc., fax: [illegible] / [illegible], Esq., [illegible] LLP (Chicago, IL) fax: [illegible] | [illegible] |
| RE: [illegible] | [illegible] |

X [illegible] ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

[illegible]

[illegible]

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.524.4000 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.524.4000 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
       SVP, General Counsel & Secretary
       Circuit City Stores, Inc. (Richmond, VA)
       fax: 804.524.4000
       Sarah K. Baker, Esq.
       Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
       fax: 312.407.0411

Exhibit A
to

Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | $3,848,875.72 |
| | **Subtotal Fallout 3:** | | | | 78,048 | | $3,819,605.12 |
| | **Subtotal Other Product:** | | | | 1,289 | | $29,270.60 |

1370 Picard Drive Ste 120 Rockville, MD 20850  301.948.2200 Fax 301.990.7025

## Carrigan, Daniel

| | |
|---|---|
| **From:** | Grif Lesher [glesher@zenimax.com] |
| **Sent:** | Monday, November 10, 2008 8:49 PM |
| **To:** | Tim_Sifford@circuitcity.com |
| **Cc:** | Ronald Seger |
| **Subject:** | Bethesda Softworks - Reclamation Demand |
| **Attachments:** | Bethesda_Softworks_Demand_Letter_10-nov-08.pdf |

Dear Mr. Sifford:

Please find attached the Reclamation Demand of Bethesda Softworks LLC, its parent, subsidiaries, affiliates and/or agents in connection with today's bankruptcy filing by Circuit City and court hearing.

Regards,
J. Griffin Lesher
Secretary
Bethesda Softworks LLC
and
EVP-Legal
ZeniMax Media Inc.



November 10, 2008

<u>*Via Fax*</u>
<u>*804.524.4000*</u>

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
       Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment: Exhibit A

cc:     Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
        Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to

## Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | | | | | | | |
| | TOTAL: | | | | 79,337 | | |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,848,875.72 |
| | Subtotal Other Product: | | | | 1,289 | | $3,819,605.12 |
| | | | | | | | $29,270.60 |

1370 Piccard Drive  Ste 120  Rockville, MD 20850  301.948.2200  Fax 301.990.7025

UPS: Tracking Information                                                          Page 1 of 2



**UPS CampusShip™**

**Shipping | Resources**

⚊ Welcome, PARSON, SHELIA D. | Logout                                    **My Settings**

## Track Shipments

Tracking Detail                                                              | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 668 06X 01 9832 343 0 |
| Type: | Package |
| Status: | Delivered ☐ Proof of Delivery ☐ |
| Delivered On: | 11/28/2008 10:14 A.M. |
| Signed By: | MENBRINAO |
| Location: | FRONT DESK |
| Delivered To: | 2335 ALASKA AVE |
| | EL SEGUNDO, CA, US  90245 |
| Shipped/Billed On: | 11/26/2008 |
| Reference Number(s): | 309240001, 5102 |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| GARDENA, CA, US | 11/28/2008 | 10:14 A.M. | DELIVERY |
| | 11/28/2008 | 7:34 A.M. | OUT FOR DELIVERY |
| | 11/28/2008 | 7:00 A.M. | ARRIVAL SCAN |
| LOS ANGELES, CA, US | 11/28/2008 | 5:59 A.M. | DEPARTURE SCAN |
| | 11/28/2008 | 4:44 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 11/28/2008 | 3:21 A.M. | DEPARTURE SCAN |
| LOUISVILLE, KY, US | 11/27/2008 | 12:01 A.M. | ARRIVAL SCAN |
| LINTHICUM, MD, US | 11/26/2008 | 10:23 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 9:32 P.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 11/26/2008 | 8:45 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 8:14 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 11/26/2008 | 7:29 P.M. | PICKUP SCAN |
| US | 11/26/2008 | 4:13 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/15/2008 4:20 P.M. ET

Printer Friendly 🖨

## Get Notified: Quantum View Notify[SM]
E-mail this page to up to three recipients.

**E-mail:**           **Language:**

| sparson@mckennalong.cor | | United States - English ▼ |
| | | United States - English ▼ |
| | | United States - English ▼ |

**Personal E-mail Message:**

(maximum 150 characters)

Send →

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information                                                    Page 1 of 2

**UPS CampusShip™**

@ Welcome, PARSON, SHELIA O. |  Logout                          My Settings |

## Track Shipments

**Tracking Detail**                                                    | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 668 06X 01 9874 906 1 |
| Type: | Package |
| Status: | Delivered ▣ Proof of Delivery ▣ |
| Delivered On: | 11/28/2008 9:29 A.M. |
| Signed By: | PAUL |
| Location: | RECEIVER |
| Delivered To: | 9954 MAYLAND DR<br>HENRICO, VA, US  23233 |
| Shipped/Billed On: | 11/26/2008 |
| Reference Number(s): | 309240001, 5102 |
| Service: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| RICHMOND, VA, US | 11/28/2008 | 9:29 A.M. | DELIVERY |
| | 11/28/2008 | 5:43 A.M. | OUT FOR DELIVERY |
| | 11/28/2008 | 2:10 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 11/27/2008 | 11:21 A.M. | DEPARTURE SCAN |
| | 11/27/2008 | 12:39 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 11/26/2008 | 9:15 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 8:12 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 11/26/2008 | 7:29 P.M. | PICKUP SCAN |
| US | 11/26/2008 | 4:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/15/2008 4:19 P.M. ET

Printer Friendly ▣

### Get Notified: Quantum View Notify^SM
E-mail this page to up to three recipients.

**E-mail:**                          **Language:**

UPS: Tracking Information

Case 08-35653-KRH   Doc 5539-1   Filed 11/05/09   Entered 11/05/09 15:53:09   Desc
Exhibit(s) 1 part 1   Page 50 of 57                                    Page 2 of 2

sparson@mckennalong.cor | United States - English ▼

| United States - English ▼

| United States - English ▼

**Personal E-mail Message:**

(maximum 150 characters)

Send →

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



**UPS CampusShip™**

Shipping | Resources

à Welcome, PARSON, SHELIA D. | Logout

My Settings

## Track Shipments

Tracking Detail                                                        ¡ Help

### Your package has been delivered.

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 668 06X 01 9532 824 4 |
| Type: | Package |
| Status: | Delivered ◌ Proof of Delivery ⊅ |
| Delivered On: | 11/28/2008 9:29 A.M. |
| Signed By: | PAUL |
| Location: | RECEIVER |
| Delivered To: | 9954 MAYLAND DR |
| | HENRICO, VA, US 23233 |
| Shipped/Billed On: | 11/26/2008 |
| Reference Number(s): | 309240001, 5102 |
| Service: | NEXT DAY AIR |

#### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| RICHMOND, VA, US | 11/28/2008 | 9:29 A.M. | DELIVERY |
| | 11/28/2008 | 5:48 A.M. | OUT FOR DELIVERY |
| | 11/28/2008 | 2:10 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 11/27/2008 | 11:21 A.M. | DEPARTURE SCAN |
| | 11/27/2008 | 12:39 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 11/26/2008 | 9:15 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 8:13 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 11/26/2008 | 7:29 P.M. | PICKUP SCAN |
| US | 11/26/2008 | 4:14 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/15/2008 4:20 P.M. ET

Printer Friendly ▢

#### Get Notified: Quantum View Notify℠
E-mail this page to up to three recipients.

E-mail:                              Language:

UPS: Tracking Information                                                    Page 2 of 2

| sparson@mckennalong.cor | United States - English ▼ |
|---|---|
|  | United States - English ▼ |
|  | United States - English ▼ |

**Personal E-mail Message:**

[                                                    ▲ ]
[                                                    ▼ ]

(maximum 150 characters)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



**UPS CampusShip™**

à Welcome, PARSON, SHELIA D. | Logout

| My Settings |

## Track Shipments

Tracking Detail                                                            | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 668 06X 01 9815 707 6 |
| Type: | Package |
| Status: | Delivered ⬚ Proof of Delivery ⬚ |
| Delivered On: | 11/28/2008 10:25 A.M. |
| Location: | FRONT DOOR |
| Delivered To: | 333 W WACKER DR |
| | 2400 |
| | CHICAGO, IL, US  60606 |
| Shipped/Billed On: | 11/26/2008 |
| Reference Number(s): | 309240001, 5102 |
| Service: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| CHICAGO, IL, US | 11/28/2008 | 10:25 A.M. | DELIVERY |
| | 11/28/2008 | 7:09 A.M. | OUT FOR DELIVERY |
| PHILADELPHIA, PA, US | 11/27/2008 | 12:39 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 11/26/2008 | 9:15 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 8:13 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 11/26/2008 | 7:29 P.M. | PICKUP SCAN |
| US | 11/26/2008 | 4:18 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/15/2008 4:18 P.M. ET

Printer Friendly 🖨

### Get Notified: Quantum View Notify™
E-mail this page to up to three recipients.

E-mail:                                    Language:

| sparson@mckennalong.coi | United States - English ▾ |
|---|---|
| | United States - English ▾ |

United States - English

**Personal E-mail Message:**

(maximum 150 characters)

Send →

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



**UPS CampusShip™**

Shipping | Resources

ê Welcome, PARSON, SHELIA D. | Logout

My Settings

## Track Shipments

Tracking Detail                                                    | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z 668 08X 01 9541 145 7 |
| Type: | Package |
| Status: | Delivered 🖸 Proof of Delivery 🖸 |
| Delivered On: | 12/01/2008 9:03 A.M. |
| Signed By: | NEAL |
| Location: | MAIL ROOM |
| Delivered To: | MCQUIRE WOODS AND BATTLE |
| | 901 E CARY ST |
| | 4TH |
| | RICHMOND, VA, US 23219 |
| Shipped/Billed On: | 11/26/2008 |
| Reference Number(s): | 309240001, 5102 |
| Service: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| RICHMOND, VA, US | 12/01/2008 | 9:03 A.M. | DELIVERY |
| RICHMOND, VA, US | 11/30/2008 | 10:29 P.M. | DESTINATION SCAN |
| RICHMOND, VA, US | 11/28/2008 | 9:06 A.M. | THE RECEIVER IS ON A HOLIDAY. DELIVERY WILL BE ATTEMPTED WHEN THE RECEIVER RETURNS |
| | 11/28/2008 | 5:48 A.M. | OUT FOR DELIVERY |
| | 11/28/2008 | 2:10 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 11/27/2008 | 11:21 A.M. | DEPARTURE SCAN |
| | 11/27/2008 | 12:39 A.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 11/26/2008 | 9:15 P.M. | DEPARTURE SCAN |
| | 11/26/2008 | 8:12 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 11/26/2008 | 7:29 P.M. | PICKUP SCAN |
| US | 11/26/2008 | 4:16 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/15/2008 4:19 P.M. ET

Printer Friendly ▣

## Get Notified: Quantum View Notify[SM]

E-mail this page to up to three recipients.

**E-mail:**                          **Language:**

sparson@mckennalong.cor        United States - English ▼

                               United States - English ▼

                               United States - English ▼

**Personal E-mail Message:**

(maximum 150 characters)

Send →

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Shipping | Resources | My Settings

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

**From:** Tim_Sifford@circuitcity.com [mailto:Tim_Sifford@circuitcity.com]
**Sent:** Friday, October 17, 2008 11:29 AM
**To:** Ronald Seger
**Cc:** Suzi_Richardson@circuitcity.com; Jessica_Murphy@circuitcity.com; Konstantine_gelfond@CircuitCity.com; Erin_Williams@circuitcity.com
**Subject:** Fallout 3 Launch Circuit City
Ron,

Thanks for the time on the phone yesterday.

While I believe there is an opportunity to look at our launch numbers I do not want to walk away from too many units with the follow support from Circuit City.

1. Front Cover of Sunday Insert
2. Free $10 GC and mini Strategy Guide with Purchase
3. Quarter of a page inside tab presence that also shows complete Limited Edition
4. TV - $4.5M of value that will highlight offer and air on Key Cable (G4, Spike, ESPN, Comedy Center....) and National (NBC, CBS, FOX, ABC) shows that appeal to males 18-35
5. Landing Page Presence circuitcity.com
6. Web Banners on sites that appeal to males 18-35

Just as an FYI we had a similar offer on GTA IV and sold through 50k units day one, we did so well we ran out in our top volume stores, so these kinds of forecasts are realistic needs.

At this time Circuit City proposes the following orders under 30 day terms

XBOX 360 - 35k units
PS3 - 24k units
XBOX 360 LE - 4k
PS3 LE - 3k
PC - 8.5k


Total - 74.5k units

Again Circuit City is well funded in this tough economy and even though our stock has taken a hit and there are many rumors we are not going anywhere. We have our $1.3B loan from Bank of America without covenants. Bank of America is still a very strong bank in todays environment. We have many initiatives in place that we are executing to have a successful holiday at Circuit and improve our service in stores.

As for replenishment I would be open to discussing a different level of terms, but at this point I would like to land the launch quantities and move forward to ensure we are good for shipping and the in store date.

Thanks
Tim
Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 - 2nd Floor
9950 Mayland Dr.
Richmond, VA 23233
Phone# 804 - 486 - 8110