# EXHIBIT 2

John G. McJunkin, Esquire
J. David Folds, Esquire
Daniel J. Carrigan (Pro Hac Vice)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

Attorneys for Bethesda Softworks, LLC

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### (Richmond Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | * | Case No. 08-35653 (KRH) |
| | * | |
| Debtors. | * | (Jointly Administered) |
| *   *   *   *   *   * | * | *   *   *   *   * |

**RESPONSE TO MOTION OF DEBTORS FOR ORDER UNDER SECTIONS 105(a), 362, 503(b), 507(a), 546(c), AND 546(h) (I) GRANTING ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS FROM POSTPETITION DELIVERY OF GOODS; (II) AUTHORIZING PAYMENT OF EXPENSES IN THE ORDINARY COURSE OF BUSINESS; (III) AUTHORIZING DEBTORS TO RETURN GOODS; AND (IV) ESTABLISHING PROCEDURES FOR RECLAMATION DEMANDS ("DKT NO. 14"), INTERIM ORDER WITH RESPECT THERETO (DKT. NO. 133), AND RELATED MOTIONS/ORDERS (E.G., DKT. NOS. 19, 23, 78 and 107)**

Bethesda Softworks, LLC ("Bethesda Softworks" or "Claimant") hereby responds to Debtors' Motion, Dkt. No. 14 (the "Reclamation Motion") and Interim Order with respect thereto (Dkt. No. 133), and related Motions and Orders (including Dkt. Nos. 19, 23, 78 and 107, collectively, the "Related Motions"), and in support thereof respectfully states as follows:

### BACKGROUND

1.       The Debtors and/or certain of their subsidiaries, affiliates and/or agents (and, in particular, Circuit City Stores, Inc.) (the "Debtors") received computer and console video games

(the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum and/or certain Purchase Orders (the "Purchase Orders") from Bethesda Softworks. The Debtors received all of such Goods within the last 45 days before the Petition Date. The total purchase price of such Goods was $3,848,875.72. Most of such Goods were received within 20 days before the Petition Date. The total purchase price of these Goods was $3,838,606.40.

2.    On November 10, 2008, prior to entry and service of this Court's Interim Order (Dkt. No. 133), a reclamation notice/demand (the "Notice") was delivered, via confirmed electronic mail to Mr. Tim Sifford, the Debtors' Business Team Lead Games, and via confirmed facsimile to Reginald D. Hedgebeth, Esq., the Debtors' SVP, General Counsel and Secretary, and Sarah K. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, one of the Debtors' counsel. True and correct copies of this Notice, with facsimile confirmations, are attached hereto and incorporated herein as Exhibit A. Upon information and belief, reports provided to Bethesda Softworks on a weekly basis by the Debtors in the ordinary course of business, should contain sufficient information to identify the Goods that were in the Debtors' possession on/about the Petition Date. No part of the purchase price for any of the Goods has been paid to Bethesda Softworks; except as set forth in the Reclamation Motion, the Debtors have not advised Bethesda Softworks whether, when or where the Goods retained by the Debtors would be returned.

## DISCUSSION

3.    With respect to Paragraphs 2 - 3 of this Court's Interim Order (Dkt. No. 133) (the "Interim Order"): the Debtors should be required - and not merely authorized - to pay obligations arising from the post-petition shipment or delivery of goods by creditors/vendors ("Vendors") to the Debtors, unless the Debtors and a Vendor agree otherwise.

4.      With respect to Paragraph 4 of the Interim Order: although certain of the provisions of Bankruptcy Code Section 546(h) governing the Debtors' return of goods to a Vendor are recited or paraphrased, there is no explicit reference to the Bankruptcy Code Section 546(h) requirement with respect to the consent of such Vendor; Paragraph 4 of the Interim Order should be clarified to make clear that any returns to a Vendor contemplated under Bankruptcy Code Section 546(h) at all times remain subject to the consent of the Vendor. In addition, the Paragraph 4 authorization to return Goods to a Vendor is not limited to the 120 day period after the Petition Date - or any other period - but should be.

5.      With respect to Paragraph 5 of the Interim Order: the Interim Order was entered on November 13, 2008; Paragraph 5, subparagraphs (a) and (b) impose requirements for service, and for statements with respect to Bankruptcy Code Section 503(b)(9) Claims which are not provided for under Bankruptcy Code Section 546(c) and were apparently proposed by the Debtors to avoid inadvertent duplicate payments by the Debtors of reclamation and Section 503(b)(9) claims. Such additional administrative requirements, however, should not govern the validity or effective date of a reclamation notice/demand, especially as to those Vendors, like Bethesda Softworks, which submitted reclamation notices/demands prior to entry and notice of the Interim Order on November 13, 2008, respectively. Moreover, all otherwise timely reclamation demands should be effective upon the Petition Date with respect to goods in the Debtors' possession on that date.

6.      With respect to Paragraph 5, subparagraphs (c) and (d) of the Interim Order: (a) Viewed in a light most favorable to reclamation claimants, these subparagraphs seem to suggest a process under which the Debtors will have 120 days to complete their evaluation of each reclamation claim, after which the agreed upon amount will be satisfied in cash or by the return

of the goods sought to have been reclaimed as much as 4 months earlier. Return of goods

subject to a reclamation demand up to 4 months after the demand is made, lacks the immediacy

contemplated by the reclamation remedy, particularly when the 4 month period encompasses the

"peak" pre and post holiday selling seasons.

(b)    These two subparagraphs articulate no criteria pursuant to which the Debtors will

determine, or agree upon, the allowed amount of a reclamation claim. They require no

disclosure of the bases for the Debtors' allowance or disallowance of, or agreement upon, a

claim. In addition, they include no provisions for Court or other review of the Debtors'

determinations or agreements or for the disclosure of such determinations or agreements to other

Vendors. Bethesda Softworks submits that lack of transparency and the amount of discretion

afforded the Debtors could result in similarly situated reclamation claimants being treated

differently based upon the extent to which their goods are, for example, deemed critical to the

Debtors' sales. This outcome is antithetical to the reclamation process.

(c)    Paragraph 5, subparagraph (d), as well as Paragraph 4 of the Interim Order,

reference "the prior rights of holders of security interests in such goods" (subject to reclamation

demands), and "the prior rights of holders of security interests in such Goods or the proceeds of

such Goods under the Debtors' proposed debtor in possession financing agreements and

prepetition financing agreements," respectively. These references, as well as the Debtors'

Motion, suggest that, even if the allowed amount of a reclamation claim is determined, or agreed

upon, through the process outlined in the Interim Order, such allowed or agreed upon claim

remains subject to certain defenses which would be applicable to all reclamation claims,

including the defenses that there is a floating inventory lien that defeats reclamation claims

(renders them "valueless") and/or that the Debtors were solvent during the 45 day period before

the Petition Date. The proposed 120 (or more) day resolution process serves no purpose other than delay, if it culminates in the assertion of either or both of these defenses. In addition, if either or both of these defenses (and/or other defenses reserved by the Debtors) can be selectively raised, otherwise similarly situated reclamation claimants can receive different treatment without disclosure or Court review.

7.    With respect to Paragraph 6 of the Interim Order: Notwithstanding the "not intended to prohibit, hinder, or delay" text of this Paragraph, the Motion argues, among other things, that the Debtors anticipate the receipt of numerous reclamation demands, and that absent the reclamation procedures outlined in the Interim Order, the Debtors would be required to spend substantial time and limited resources contesting or litigating reclamation demands, thereby unnecessarily distracting the Debtors and their professionals from the reorganization process. The Motion apparently contemplates a 120 period during which the Debtors will not have to engage in any litigation with respect to reclamation claims, apparently based, in part, on the premise that all such litigation is subject to the automatic stay. At the same time, the Motion indicates that the Debtors are reserving all of their defenses to reclamation claims and that the Debtors consider all reclamation claims as general, non-priority unsecured claims, assuming the validity and enforceability of prepetition inventory liens. If the 120 period is, effectively, a "standstill period" for reclamation claims, potential defenses to such claims related to the passage of time and/or the delay contemplated by the Motion (e.g., not seeking relief from the stay, not instituting an adversary proceeding for injunctive relief, sale or commingling of goods after receipt of reclamation notice/demand, inability to trace, etc.) should be foreclosed. Any other result constitutes an inequitable shifting of burdens as to the reclamation claimants.

8.    Claimant joins in any other objections and responses to the Motion consistent

herewith.  Claimant further reserves its rights to amend and supplement this response at or prior

to the hearing scheduled for December 5, 2008.

WHEREFORE, Claimant respectfully requests that the Court enter an order that is

consistent with the concerns raised herein, and grants Claimant such additional and further relief

as the Court may deem just and proper.


Dated:  November 26, 2008            /s/ John G. McJunkin
                                     John G. McJunkin,  (VSB No. 31011)
                                     J. David Folds, (VSB No. 44068)
                                     Daniel J. Carrigan, (PRO HAC VICE)
                                     MCKENNA LONG & ALDRIDGE LLP
                                     1900 K Street, NW
                                     Washington, DC 20006-1108
                                     Telephone:  (202) 496-7312
                                     Facsimile:  (202) 496-7094

                                     Counsel for Bethesda Softworks, LLC

## CERTIFICATE OF SERVICE

I hereby certify on November 26, 2008, a true and correct copy of the foregoing

Response was served by electronic means on the "2002" and "Core" lists through the ECF

system, and by facsimile upon:

        Kirkland & Ellis LLP
        200 East Randolph Drive
        Chicago, IL 60601
        Attn: Linda K. Myers, Esq.
        Fax: 312-861-2200

        Skadden Arps Slate Meagher & Flom, LLP
        One Rodney Square
        Wilmington, DE 19889
        Attn: Gregg Galardi, Esq.
        Fax: 888-329-3792

and

        Attn: Chris L. Dickerson, Esq.
        Fax: 312-407-8680

        McGuireWoods LLP
        One James Center
        901 East Cary Street 40
        Richmond, VA 23219
        Attn: Dion W. Hayes, Esq.
        Fax: 804-698-2078

and

        Douglas M. Foley, Esq.
        Fax: 757-640-3957

        Riemer & Braunstein LLP
        Three Center Plaza
        Boston, MA 02108
        Attn: David S. Berman, Esq.
        Fax: 617-880-3456

LeClair Ryan
Riverfront Plaza
East Tower
951 East Byrd Street
Eighth Floor
Richmond, VA 23219
Attn: Bruce Matson, Esq.
Fax: 804-783-7269

Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale
Fax: 804-771-2330

Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner, Esq.
Attn: Paula S. Beran, Esq.
Fax: 804-783-0178

/s/ John G. McJunkin
John G. McJunkin

EXHIBIT A

x x x Communication Result Report ( Nov. 10. 2008  8:56PM ) x x x

1)
2)

Time: Nov. 10. 2008  8:53PM

| . Mode | Destination | Pg(s) | Result | Page Not Sent |
|--------|-------------|-------|--------|----------------|
| 9 Memory TX | 918045274164xxx42995 | P.  4 | OK | |

Reason for error
  E. 1) Hang up or line fail
  E. 3) No answer
  E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

ZeniMax MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

P. 1

x  x  x  Communication Result Report ( Nov. 10. 2008  8:54PM ) x  x  x

}}

Time: Nov. 10. 2008  8:39PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| 5 Memory TX | 918045274164xxx42995 | P. 4 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection



## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT        ☐ FOR REVIEW        ☐ PLEASE COMMENT        ☐ PLEASE REPLY        ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

> Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
> Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
        Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512860 6 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512690 9 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512860 6 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512860 6 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| TOTAL: | | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive  Ste 120 Rockville, MD 20850  301.948.2200 Fax 301.990.7025

x x x Communication Result Report ( Nov. 10. 2008  9:10PM ) x x x

1
2)

Time: Nov. 10. 2008  8:51PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| Memory TX | 918045274164xxx42995 | P.  4 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

P. 1

x x x Communication Result Report ( Nov. 10. 2008  8:59PM ) x x x

3)

/Time: Nov. 10. 2008  8:57PM

e
.
| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| 0 Memory TX | 918045274164xxx42995 | P. 4 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

**ZeniMax** MEDIA INC.

FACSIMILE TRANSMITTAL SHEET



1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 3200 / FAX: 301 990 7025

x x x Communication Result Report ( Nov. 10. 2008  8:49PM ) x x x

1)
2)

Time: Nov. 10. 2008  8:41PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| Memory TX | 918044188248xxx42995 | P.   4 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**ZeniMax** MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO | FROM |
|----|------|
| Tim Bifand, Business Team Lead Gamer | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
| COMPANY: | DATE: |
| Gamic City Brews, Inc. | 11/10/2008 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 804.637.0244 | 4 |
| | REFERENCE/CONFERENCE NUMBER: |

CC:
Ronald D. Hedgepeth, Esq.
SVP, General Counsel & Secretary
Gamic City Brews, Inc.
fax (804.378181 & 804.637.0244 /
Scott K. Baker, Esq.
Sheldon, Argo, Blun, Morgher & Plem LLP
Chicago, Il)
fax 312.499.9021

RE:
Indemnities Demand of Bethesda Softworks
LLC

YOUR REFERENCE NUMBER

X URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. Please complete any records information that is privileged, confidential or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any communication, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the number at the address noted below. Quashing, production and other information in this message that do not relate to the official business of this company shall be communicated neither phone-nor noticed by it.*

1376 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 501 990 7025



## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



November 10, 2008

<u>*Via Fax*</u>
<u>*804.524.4000*</u>

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

      Re:   Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
            Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

      Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the
"Debtor") has received computer and console video games (the "Goods") described in and
pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated
October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached
hereto (the "Purchase Orders") from Bethesda Softworks.

      The Debtor received the Goods shipped by the Seller within the last 45 days prior to
November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and
no part of the purchase price for any of the Goods has been paid to the Seller.

      Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of
business under the terms of the Agreement and/or the Purchase Orders and received by the
Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the
Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11
U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

      Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of
the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable
state law, for the immediate return of the Goods. Further, Seller demands that the Debtor
segregate and refrain from using, commingling or otherwise converting the Goods in the course
of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its
interests in the Goods and objects to any use of cash collateral which may be generated from the
use, sale, or other disposition of the Goods.

      Please confirm whether the Debtor will honor this reclamation demand and advise when
and where the Seller may arrange for the immediate return of the Goods.

      Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies
and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise,
including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
          SVP, General Counsel & Secretary
          Circuit City Stores, Inc. (Richmond, VA)
          fax: 804.524.4000
       Sarah K. Baker, Esq.
          Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
          fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive  Ste 120 Rockville, MD 20850   301.948.2200  Fax 301.990.7025

P. 1

x    x    x    Communication Result Report ( Nov. 10, 2008   8:14PM )    x    x    x

1)
2)

Time: Nov. 10, 2008   8:12PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| Memory TX | 913124070411xxx42995 | P.  4 | OK | |

---

Reason for error
    E. 1) Hang up or line fail              E. 2) Busy
    E. 3) No answer                         E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

ZeniMax MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

TO:                                         FROM:
Tim Silford, Bonhams Texas Land Games       ). Griffin Lesher, Secretary, Richards Sohrenko LLC
                                            & BVP-Legal, ZeniMax Media Inc.

COMPANY:                                    DATE:
Classic City Stones, Inc.                   11/10/2008

FAX NUMBER:                                 TOTAL NO. OF PAGES INCLUDING COVER:
804.524.4000                                4

CC:                                         ANSWER REFERENCE NUMBER:
Reginald D. Hodgchoth, Esq.
SVP, General Counsel & Secretary
Classic City Stones, Inc.
fax: 804.524.4000 /
Sarah K. Baker, Esq.
Sheehlen, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax: 312.407.0411

RE:                                         YOUR REFERENCE NUMBER:
Recineration Demand of Richards Sohrenko
LLC

☒ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

This information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the sender is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Optionally, unauthorized use of other information in this message that do not relate to the official business of this company shall be confiscated or neither please are endorsed by S.

NOTES/REMARKS 4579

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TEL: 301 948 2200 / FAX: 301 990 7025



## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Tim Sifford, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |

| COMPANY: | DATE: |
|---|---|
| Circuit City Stores, Inc. | 11/10/2008 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 804.524.4000 | 4 |

| CC: | SENDER'S REFERENCE NUMBER: |
|---|---|
| Reginald D. Hedgebeth, Esq. | |
| SVP, General Counsel & Secretary | |
| Circuit City Stores, Inc. | |
| fax 804.524.4000 / | |
| Sarah K. Baker, Esq. | |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| (Chicago, IL) | |
| fax 312.407.0411 | |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| Reclamation Demand of Bethesda Softworks LLC | |

**X** URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is $3,848,875.72, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:  Reginald D. Hedgebeth, Esq.
      SVP, General Counsel & Secretary
      Circuit City Stores, Inc. (Richmond, VA)
      fax: 804.524.4000
      Sarah K. Baker, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
      fax: 312.407.0411

Exhibit A
to

Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512 8606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512 6909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 8606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512 8606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025

## Carrigan, Daniel

| | |
|---|---|
| **From:** | Grif Lesher [glesher@zenimax.com] |
| **Sent:** | Monday, November 10, 2008 8:49 PM |
| **To:** | Tim_Sifford@circuitcity.com |
| **Cc:** | Ronald Seger |
| **Subject:** | Bethesda Softworks - Reclamation Demand |
| **Attachments:** | Bethesda_Softworks_Demand_Letter_10-nov-08.pdf |

Dear Mr. Sifford:

Please find attached the Reclamation Demand of Bethesda Softworks LLC, its parent, subsidiaries, affiliates and/or agents in connection with today's bankruptcy filing by Circuit City and court hearing.

Regards,
J. Griffin Lesher
Secretary
Bethesda Softworks LLC
and
EVP-Legal
ZeniMax Media Inc.

11/25/2008



November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is $3,848,875.72, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section

1370 Piccard Drive  Ste 120  Rockville, MD 20850  301.948.2200  Fax 301.990.7025



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment: Exhibit A

cc:     Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
        Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

1370 Piccard Drive  Ste 120  Rockville, MD 20850  301.948.2200  Fax 301.990.7025

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155126606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155126606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1170 Piccard Drive   Ste 120   Rockville, MD 20850   301.948.2200   Fax 301.990.7025