# EXHIBIT 4

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents
(Nov. 10, 2008)

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | **$3,848,875.72** |
| | **Subtotal Fallout 3:** | | | | 78,048 | | **$3,819,605.12** |
| | **Subtotal Other Product:** | | | | 1,289 | | **$29,270.60** |

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0013201 |
| Date | 10/29/2008 |
| Order No. | O0013759 |
| Shipper ID | S0014263 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

| BILL TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6772368 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/28/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-STPS2<br>STAR TREK PS2 ENCOUNTERS | 156 | EA | 156 | 0 | 6.40 | 0.00 | 998.40 |
| G-OBL PS3<br>OBLIVION PS3 | 408 | EA | 408 | 0 | 23.64 | 0.00 | 9,645.12 |
| G-OBGOTYPS<br>OBLIVION GAME OF THE YEAR PS3 | 120 | EA | 120 | 0 | 48.27 | 0.00 | 5,792.40 |
| G-AMFXWII<br>AMF EXTREME BOWLING WII | 168 | EA | 168 | 0 | 15.27 | 0.00 | 2,565.36 |

| | |
|---|---|
| Sales Total | 19,001.28 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 19,001.28 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 19,001.28 |



---

## General Information

| | |
|---|---|
| **Invoice Date:** | 10/29/2008 |
| **Invoice Number:** | 0120542 |
| **Purchase Order Number:** | 6772368 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133631 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/29/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

| **Ship To** | |
|---|---|
| **Name:** | AEC DISTRIBUTION WHS |
| **Location ID:** | 0658 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 168 | Each | 15.27 | 12650 | 093155126503 |

### Item # 2

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 408 | Each | 23.64 | 12060 | 093155120600 |

### Item # 3

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 120 | Each | 48.27 | 12610 | 093155126107 |

### Item # 4

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 156 | Each | 6.40 | 12050 | 093155120501 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 4 |
| **Total Invoice Amount:** | 19001.28 |

Document Powered by Direct EDI Inc.



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0013041 |
| Date | 10/21/2008 |
| Order No. | O0013672 |
| Shipper ID | S0014131 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

**BILL TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA  23233

**SHIP TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA  23233

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 2170797-2170804 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/13/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-FO3CEPC | 3,500 | EA | 3,500 | 0 | 56.00 | 1.50 | 193,060.00 |
| FALLOUT 3 PC COLLECTORS EDITION | | | | | | | |

| | |
|---|---|
| Sales Total | 193,060.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 193,060.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 193,060.00 |



## General Information

|  |  |
| --- | --- |
| **Invoice Date:** | 10/22/2008 |
| **Invoice Number:** | 0119472 |
| **Purchase Order Number:** | 2170797 |
| **Vendor Number:** | 070761 |

## Carrier Details

|  |  |
| --- | --- |
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133314 |

## Terms Of Sale

|  |  |
| --- | --- |
| **Type:** | Discount Not Applicable |
| **Discount Percent:** |  |
| **Discount Days Due:** |  |
| **Discount Due Date:** |  |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** |  |
| **Description:** |  |

## Company Information

**Ship To**

|  |  |
| --- | --- |
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0255 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
| --- | --- | --- | --- | --- |
| 988 | Each | 55.16 | 093155128606 | 093155128606 |

## Total Information

|  |  |
| --- | --- |
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 54498.08 |

Document Powered by Direct EDI Inc.

# DIRECT
# EDI

## General Information

| | |
|---|---|
| **Invoice Date:** | 10/22/2008 |
| **Invoice Number:** | 0119473 |
| **Purchase Order Number:** | 2170800 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133340 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

### Ship To

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0353 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 520 | Each | 55.16 | 093155128606 | 093155128606 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 28683.20 |

Document Powered by Direct EDI Inc.

**DIRECT**
**EDI**

## General Information

| | |
|---|---|
| **Invoice Date:** | 10/22/2008 |
| **Invoice Number:** | 0119474 |
| **Purchase Order Number:** | 2170801 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133336 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0567 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 528 | Each | 55.16 | 093155128606 | 093155128606 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 29124.48 |

Document Powered by Direct EDI Inc.



## General Information

|  |  |
|---|---|
| **Invoice Date:** | 10/22/2008 |
| **Invoice Number:** | 0119475 |
| **Purchase Order Number:** | 2170802 |
| **Vendor Number:** | 070761 |

## Carrier Details

|  |  |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133281 |

## Terms Of Sale

|  |  |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

|  |  |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0755 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 632 | Each | 55.16 | 093155128606 | 093155128606 |

## Total Information

|  |  |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 34861.12 |

Document Powered by Direct EDI Inc.

**DIRECT**
**EDI**

## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0116475 |
| **Purchase Order Number:** | 2170798 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133126 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/21/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0344 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 300 | Each | 55.16 | 093155128606 | 093155128606 |

### Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 16548.00 |

Document Powered by Direct EDI Inc.



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0116476 |
| **Purchase Order Number:** | 2170804 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133163 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/21/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0775 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 532 | Each | 55.16 | 093155128606 | 093155128606 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 29345.12 |

Document Powered by Direct EDI Inc.



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0013161 |
| Date | 10/21/2008 |
| Order No. | O0013540 |
| Shipper ID | S0014148 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

**BILL TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA 23233

**SHIP TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA 23233

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6623924 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/4/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-FO3 PS3 | 24,000 | EA | 24,000 | 0 | 48.27 | 0.00 | 1,158,480.00 |
| FALLOUT 3 PS3 | | | | | | | |
| G-FO3 360 | 34,040 | EA | 34,040 | 0 | 48.27 | 0.00 | 1,643,110.80 |
| FALLOUT 3 XBOX 360 | | | | | | | |
| G-FO3CEPS3 | 3,000 | EA | 3,000 | 0 | 63.04 | 0.00 | 189,120.00 |
| FALLOUT 3 PS3 COLLECTORS EDITION | | | | | | | |
| G-FO3CE360 | 4,008 | EA | 4,008 | 0 | 63.04 | 0.00 | 252,664.32 |
| FALLOUT 3 XBOX 360 COLLECTORS EDITION | | | | | | | |

*Total- 35,040 units shipped*
*other 1,000 on IE- 13199*

| | |
|---|---|
| Sales Total | 3,243,375.12 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 3,243,375.12 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 3,243,375.12 |



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0136113 |
| **Purchase Order Number:** | 6623924 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | Panther One Trucking |
| **Bill Of Lading Number:** | 002042302 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 01/30/2009 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | AEC DISTRIBUTION WHS |
| **Location ID:** | 0658 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 24000 | Each | 48.27 | 12670 | 093155126701 |

### Item # 2

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 35040 | Each | 48.27 | 12680 | 093155126800 |

### Item # 3

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 3000 | Each | 63.04 | 12840 | 093155128408 |

### Item # 4

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 4008 | Each | 63.04 | 12850 | 093155128507 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 4 |
| **Total Invoice Amount:** | 3291645.12 |

Document Powered by Direct EDI Inc.

EDI Inv # 13199



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0013199 |
| Date | 10/21/2008 |
| Order No. | O0013782 |
| Shipper ID | S0014326 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

| BILL TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6623924 - Pt II FO3 360 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/30/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-FO3 360<br>FALLOUT 3 XBOX 360 | 1,000 | EA | 1,000 | 0 | 48.27 | 0.00 | 48,270.00 |

| | |
|---|---|
| Sales Total | 48,270.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 48,270.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 48,270.00 |



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0013042 |
| Date | 10/21/2008 |
| Order No. | O0013671 |
| Shipper ID | S0014127 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

**BILL TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA 23233

**SHIP TO:**
CIRCUIT CITY STORES INC
ATTN: MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA 23233

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 217079D - 2170796 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/13/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-FO3 PC | 8,500 | EA | 8,500 | 0 | 40.00 | 1.50 | 334,900.00 |
| FALLOUT 3 PC | | | | | | | |

| | |
|---|---|
| Sales Total | 334,900.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 334,900.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 334,900.00 |



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117470 |
| **Purchase Order Number:** | 2170790 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133082 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

### Ship To

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0255 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 2400 | Each | 39.40 | 093155126909 | 093155126909 |

### Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 94560.00 |

Document Powered by Direct EDI Inc.



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117471 |
| **Purchase Order Number:** | 2170792 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133093 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

| **Ship To** | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0344 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 730 | Each | 39.40 | 093155126909 | 093155126909 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 28762.00 |

Document Powered by Direct EDI Inc.



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117472 |
| **Purchase Order Number:** | 2170793 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133045 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0353 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 1270 | Each | 39.40 | 093155126909 | 093155126909 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 50038.00 |

Document Powered by Direct EDI Inc.



## General Information

|  |  |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117473 |
| **Purchase Order Number:** | 2170794 |
| **Vendor Number:** | 070761 |

## Carrier Details

|  |  |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133056 |

## Terms Of Sale

|  |  |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** |  |
| **Discount Days Due:** |  |
| **Discount Due Date:** |  |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** |  |
| **Description:** |  |

## Company Information

**Ship To**

|  |  |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0567 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 1280 | Each | 39.40 | 093155126909 | 093155126909 |

## Total Information

|  |  |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 50432.00 |

Document Powered by Direct EDI Inc.



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117474 |
| **Purchase Order Number:** | 2170795 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133071 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0755 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 1530 | Each | 39.40 | 093155126909 | 093155126909 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 60282.00 |

Document Powered by Direct EDI Inc.



**DIRECT**

## General Information

| | |
|---|---|
| **Invoice Date:** | 10/21/2008 |
| **Invoice Number:** | 0117475 |
| **Purchase Order Number:** | 2170796 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | FEDEX FREIGHT EAST |
| **Bill Of Lading Number:** | 1725133060 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/22/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

| **Ship To** | |
|---|---|
| **Name:** | CIRCUIT CITY |
| **Location ID:** | 0775 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 1290 | Each | 39.40 | 093155126909 | 093155126909 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 50826.00 |

Document Powered by Direct EDI Inc.

EDI INV # P5220



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0012977 |
| Date | 10/8/2008 |
| Order No. | O0013633 |
| Shipper ID | S0014074 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

| BILL TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6748763 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/7/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-AMFXWII<br>AMF EXTREME BOWLING WII | 276 | EA | 276 | 0 | 15.27 | 0.00 | 4,214.52 |

| | |
|---|---|
| Sales Total | 4,214.52 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 4,214.52 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 4,214.52 |



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD 20850
Phone: (301) 926-8300
Fax: (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0012978 |
| Date | 10/8/2008 |
| Order No. | O0013633 |
| Shipper ID | S0014073 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

| BILL TO: | SHIP TO: |
|---|---|
| CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 | CIRCUIT CITY STORES INC<br>ATTN: MERCHANDISE PAYABLES<br>9954 MAYLAND AVE.<br>RICHMOND, VA 23233 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6748763 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/7/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-OBGOTYPS | 120 | EA | 120 | 0 | 48.27 | 0.00 | 5,792.40 |
| OBLIVION GAME OF THE YEAR PS3 | | | | | | | |

| | |
|---|---|
| Sales Total | 5,792.40 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 5,792.40 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 5,792.40 |



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/08/2008 |
| **Invoice Number:** | 0132290 |
| **Purchase Order Number:** | 6748763 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | CON-WAY TRANSPORTATION SERVICES |
| **Bill Of Lading Number:** | 237702570 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/07/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

| **Ship To** | |
|---|---|
| **Name:** | AEC DISTRIBUTION WHS |
| **Location ID:** | 0658 |

### Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 276 | Each | 15.27 | 12650 | 093155126503 |

### Item # 2

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 120 | Each | 48.27 | 12610 | 093155126107 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 2 |
| **Total Invoice Amount:** | 10006.92 |

Document Powered by Direct EDI Inc.



**Bethesda Softworks**
1370 Piccard Drive Suite 120
Rockville, MD  20850
Phone: (301) 926-8300
Fax:  (301) 990-7025

# INVOICE

| | |
|---|---|
| Invoice No. | IE0012969 |
| Date | 10/6/2008 |
| Order No. | O0013635 |
| Shipper ID | S0014082 |
| Order Type | SALES ORDER - EDI |
| Customer ID | CIR1106 |

**BILL TO:**
CIRCUIT CITY STORES INC
ATTN:  MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA  23233

**SHIP TO:**
CIRCUIT CITY STORES INC
ATTN:  MERCHANDISE PAYABLES
9954 MAYLAND AVE.
RICHMOND, VA  23233

PAGE  1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Lowest Cost Shipper | | 6620842 - Pt II |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/8/2008 | Net 60 | | TECHCLR |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| G-STPS2 | 41 | EA | 41 | 0 | 6.40 | 0.00 | 262.40 |
| STAR TREK PS2 ENCOUNTERS | | | | | | | |

| | |
|---|---|
| Sales Total | 262.40 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 262.40 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 262.40 |



## General Information

| | |
|---|---|
| **Invoice Date:** | 10/06/2008 |
| **Invoice Number:** | 0113990 |
| **Purchase Order Number:** | 6620842 |
| **Vendor Number:** | 070761 |

## Carrier Details

| | |
|---|---|
| **Carrier Name:** | UPS |
| **Bill Of Lading Number:** | 1Z1AR9650345853887 |

## Terms Of Sale

| | |
|---|---|
| **Type:** | Discount Not Applicable |
| **Discount Percent:** | |
| **Discount Days Due:** | |
| **Discount Due Date:** | |
| **Net Days Due:** | 60 |
| **Net Due Date:** | 12/06/2008 |
| **Discount Amount:** | |
| **Description:** | |

## Company Information

**Ship To**

| | |
|---|---|
| **Name:** | AEC DISTRIBUTION WHS |
| **Location ID:** | 0658 |

## Item # 1

| QTY | UOM | Price | Buyer's Catalog # | UPC |
|---|---|---|---|---|
| 41 | Each | 6.40 | 12050 | 093155120501 |

## Total Information

| | |
|---|---|
| **Total Number Of Line Items:** | 1 |
| **Total Invoice Amount:** | 262.40 |

Document Powered by Direct EDI Inc.