Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street, Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com
Counsel for BISSELL Homecare, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **CIRCUIT CITY STORES, INC.,** | )    **Case No. 08-35653 (KRH)** |
| **et al.,** | )    **Chapter 11** |
| | )    **Jointly Administered** |
| **Debtors.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

I, Stephan W. Milo, hereby certify that a copy of the "Response in Opposition of BISSELL Homecare, Inc. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof" was served by electronic means via the Court's ECF/CM system on November 4, 2009 and by first-class mail, postage pre-paid on November 5, 2009 to:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M Galardi
Attn: Ian S. Fredericks

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

1

Staunton, Virginia
Dated: November 5, 2009

        WHARTON, ALDHIZER & WEAVER, P.L.C.

        /s/ Stephan W. Milo
        STEPHAN W. MILO, ESQ. (VSB#42156)
        125 South Augusta Street, Suite 2000
        Staunton, VA 24401
        (540) 213-7440 – Telephone
        (540) 213-0390 – Facsimile
        Counsel for BISSELL Homecare, Inc.

S0903603