Stephan W. Milo (VSB #42156)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street, Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com
Counsel for BISSELL Homecare, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** ) | **Case No. 08-35653 (KRH)** |
| **et al.,** ) | **Chapter 11** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO
RULE 2002 AND REQUEST FOR NOTICE**

Wharton, Aldhizer & Weaver, P.L.C. notes its appearance pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, as counsel for BISSELL Homecare, Inc., party in interest herein, and requests that copies of all notices and papers filed in this case, electronically or otherwise, including any disclosure statement(s), plan(s) of reorganization and notices required or otherwise served in the proceedings, be served on the following person at the address indicated below:

Stephan W. Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
125 South Augusta Street, Suite 2000
Staunton, VA 24401

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to this Court's "Order Pursuant to Bankruptcy Code Sections 102 and 109, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures," a true and exact copy of the foregoing "Notice of Appearance Pursuant to Rule 2002 and Request for Notice" was served on November 5, 2009 by electronic means on the "Core Group" and "2002 List" parties and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to received electronic notice from the Court.

/s/ Stephan W. Milo
Stephan W. Milo

S0903599

Staunton, Virginia
Dated: November 5, 2009

        WHARTON, ALDHIZER & WEAVER, P.L.C.

/s/ Stephan W. Milo
STEPHAN W. MILO, ESQ. (VSB#42156)
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(540) 213-7440 – Telephone
(540) 213-0390 – Facsimile
Counsel for BISSELL Homecare, Inc.

2