OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Fredrick J. Levy, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022
212-451-2300
*Counsel for On Corp. USA, Inc. and On Corp.*

and

DUANE MORRIS LLP
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
(202) 776-7817

DUANE MORRIS LLP
Junghye June Yeum (JH7000)
William C. Heuer (WH8217)
1540 Broadway
New York, New York 10036
212-692-1070
*Counsel for Korea Export Insurance Company*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CIRCUIT CITY STORES, INC.,** *et al.* | ) **Case No. 08-35653(KRH)** |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATE OF SERVICE

I, Onika McLean, hereby certify that, on November 5, 2009, I caused a true and correct copy of the **RESPONSE OF KOREA EXPORT INSURANCE COMPANY, ON CORP. USA, INC. AND ON CORP. REGARDING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES AND 503(b)(9) CLAIMS AND MOTION FOR (I) AUTHORITY TO SET OFF AGAINST SUCH EXPENSES AND CLAIMS AN (II) A WAIVER OF THE REQUIREMENT THAT THE FIRST**

7

DM3\1198476.1

**HEARING ON ANY RESPONSE PROCEED AS A STATUS CONFERENCE** to be served (a) via the Court's ECF system upon all registered parties and (b) via regular mail, postage prepaid, upon:

| | | |
|---|---|---|
| Greg M. Galardi<br>Ian S. Fredericks<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Chris L. Dickerson<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Dion W. Hayes<br>Douglas M. Foley<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 |

/s/Onika D. Mclean
Onika D. McLean