# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
  Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11  
**Judge** Kevin R. Huennekens

Debtor(s)

**To:** Brett Beehler

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*5526* – Objection to Debtor's First Amended Joint Plan of Liquidation (Re: related document(s)[5124] Chapter 11 Plan filed by Circuit City Stores, Inc.) filed by Brett Christopher Beehler of Meyers, Rodbell & Rosenbaum on behalf of Prince George's County, Maryland. (Attachments: # (1) Exhibit(s) A: Filed Proof of Claim) (Beehler, Brett)

*5527* – Objection to Debtor's First Amended Joint Plan of Liquidation (Re: related document(s)[5124] Chapter 11 Plan filed by Circuit City Stores, Inc.) filed by Brett Christopher Beehler of Meyers, Rodbell & Rosenbaum on behalf of Charles County, Maryland. (Attachments: # (1) Exhibit(s) Filed Proof of Claim) (Beehler, Brett)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- __ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- __ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- __ **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:
- __ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- __ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* __ Case name and number do not match on paper submitted.
- __ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - __ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - __ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - __ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- __ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **X** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- __ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- __ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- __ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- __ Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov. [See LBR 1014−2]
- __ Not verified by signature of attorney for debtor(s).
- __ Not verified by unsworn declaration with signature of all debtors.
- __ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- __ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
- __ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- __ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date:  November 6, 2009                                Clerk, United States Bankruptcy Court

                                                   By /s/ Suzanne French, Deputy Clerk

[ntcdef_filing.jsp 8/2009]                                          Direct Dial Telephone No. <u>804–916–2419</u>