Gregg M. Galardi, Esq.　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE,　　　　　MCGUIREWOODS LLP
MEAGHER & FLOM, LLP　　　　　　One James Center
One Rodney Square　　　　　　　901 E. Cary Street
PO Box 636　　　　　　　　　　　Richmond, Virginia 23219
Wilmington, Delaware 19899-　 (804) 775-1000
0636
(302) 651-3000

　　　　　- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  1Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER DENYING SAMSUNG ELECTRONICS AMERICA, INC.'S
(I) MOTION FOR A SHORTENED RESPONSE TIME
TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS;
<u>AND (II) MOTION FOR AN EXPEDITED HEARING</u>**

　　　　　Upon Samsung Electronics America, Inc.'s

Motion for a Shortened Response Time to Interrogatories

and Request for Production of Documents (Docket No.

5312) (the "Discovery Motion") and Samsung Electronics America, Inc.'s Motion for an Expedited Hearing on the Discovery Motion (Docket No. 5313) (the "Expedited Motion"); and the Debtors' Objection to the Discovery Motion and the Expedited Motion (Docket No. 5407); and a hearing having been held on November 3, 2009, and this Court having fully considered the record before it; and after due deliberation thereon; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Discovery Motion is DENIED.

2. The Expedited Motion is DENIED.

Dated:  Richmond, Virginia
_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              Counsel to the Debtors
              and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

3