

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOV 5 2009

IN RE:                            CHAPTER 11

CIRCUIT CITY STORES, INC.           CASE # 08-35653
    Debtors

---

SALAMANDER DESIGNS LTD

V.

CIRCUIT CITY STORES, INC.           November 4, 2009

SALAMANDER DESIGNS RESPONSE TO DEBTOR'S FORTY EIGHTH
OBJECTION TO ADMINISTRATIVE EXPENSES AND 503(b)(9) CLAIMS

Salamander Designs respectfully submits the following response to the Debtor's Forty Eighth Objection to Administrative and Section 503(b)(9) Claims.

1. Salamander was the holder of Claim #1342, and assigned the claim to Vonwin Capital Management by virtue of an assignment dated April 6, 2009.

2. The Debtor has objected to the claim and has asserted certain offsets allegedly based on chargebacks against goods previously shipped to the Debtor.

3. Salamander respectfully submits that the Debtor's calculations are in error as the chargebacks in the amount of $4633.00 are unsupported by the books and records of both parties.

                                         s/s_____
                                         Thomas J. Farrell
                                         Levy & Droney P.C.
                                         274 Silas Deane Highway

Wethersfield, CT. 06109
860-257-9327
Fax: 860-257-9324
Email: tfarrell@ldlaw.net
Juris # 062938