UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOV 5 2009

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Chapter 11 Bankruptcy |
| ) | |
| ) | Case No. <u>08-35653-KRH</u> |
| ) | |
| Debtors. ) | |
| ) | |

### ELECTRONIC FILER REQUEST TO TERMINATE
### COURT E-MAIL NOTIFICATION

PLEASE TAKE NOTICE that the undersigned attorney/electronic filer, Arthur Lindquist-Kleissler, Esq. of the law firm Lindquist-Kleissler & Company, LLC ("E-Filer") hereby requests termination of electronic notification of actions and events docketed in the above matter. The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court pursuant to Amended General Procedure Order No. 2001-8. The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

PLEASE TAKE FURTHER NOTICE that in the even the undersigned E-filer has previously filed a Waiver of Conventional Notice and Consent to Notice by Electronic Transmission pursuant to Amended General Procedure Order No. 2001-8, undersigned understands said waiver is withdrawn by the filing of this Request.

DATED this 2nd day of November, 2009

Respectfully submitted,

LINDQUIST-KLEISSLER & COMPANY, LLC
*Original signature is on file at the offices of
Lindquist-Kleissler & Company, LLC
pursuant to C.R.C.P 121, Section 1-26

/S/* Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, #9822
950 S. Cherry Street, Suite 710
Denver CO 80246
Phone: (303) 691-9774
Facsimile: (303) 756-8982
E-mail: ArthurALKLAW@gmail.co

**Counsel for The Millman 2000 Charitable Trust**

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION has been served upon the parties listed below, either by Court's ECF system, U.S. Mail, e-mail, or facsimile to the following:

**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

**Gregg Galardi, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19889-0638

**Chris Dickerson, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
333 West Wacker drive, Suite 2000
Wilmington, Delaware 19889

**Timothy G. Pohl, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
333 West Wacker drive, Suite 2000
Wilmington, Delaware 19889

**Dion W. Hayes, Esq.[Counsel to the Debtors]**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

**Douglas M. Foley, Esq.**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

**David S. Berman, Esq.**
Riemer & Y Braunstein LLP
Three Center Plaza

Boston, Massachusetts 02108

**Bruce Matson, Esq.**
Riverfront Plaza, East Tower
952 East Byrd Street, Eighth Floor
Richmond, Virginia 23219

**Lynn L. Tavenner, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

**Paula S. Beran, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

**Robert B. Van Arsdale, Esq.**
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

**Millman 2000 Charitable Trust**
**David Bennett**
2400 Cherry Creek Drive South
Suite 7002
Denver, Colorado 80209-3261

**Alan Karsh, Esq.**
950 S. Cherry St. Suite 710
Denver, Colorado 80246

*Original signature is on file at the offices of
Lindquist-Kleissler & Company, LLC
pursuant to C.R.C.P 121, Section 1-26*

/S/ *Joclyn Pallas*
Joclyn Pallas, Legal Assistant to
Arthur Lindquist-Kleissler, Esq.

G:firm/clients/Millman 2000 Trust/Electronic Filer Request to Terminate E-mails (091102)

# Lindquist-Kleissler & Company, LLC
### Attorneys and Counselors at Law
950 South Cherry Street, Suite 710
Denver, Colorado 80246-2665
(303) 691-9774 - Phone
(303) 756-8982 - Facsimile

Monday, November 02, 2009

**VIA FIRST CLASS MAIL**

United States Bankruptcy Court
**Attention: Suzanne**
701 Broad Street
Richmond, Virginia 23219

        Re:    Circuit City Stores, Inc. *et al.*;
                Case No. 08-35653-KRH
                Our Client: Millman 2000 Charitable Trust

Dear Suzanne:

    Pursuant to our telephone conversation today, Monday, November 02, 2009, I am sending you the ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION in the above case.

    Enclosed please find a self-addressed, postage paid envelope – if you could mail the date-stamped copy to me, I would really appreciate it.

    Please don't hesitate to contact me if you have any questions.

                                                  Very truly yours,

                                                  Joclyn Pallas for
                                                  Arthur Lindquist-Kleissler, Esq.

Enclosure(s): Request to terminate E-mails; Self-Addressed Stamped envelope.