UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

-----------------------------------------------------------------X
:
In re:                                                           :    Chapter 11
                                                                 :
CIRCUIT CITY STORES, INC., et al.,                               :    Case No. 08-35653 (KRH)
                                                                 :    Jointly Administered
                                                                 :
                                                                 :
Debtors.                                                         :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE
## AMENDING PRIOR CERTIFICATES OF SERVICE

    I, hereby certify that on November 3, 2009, the following pleadings (the "Pleadings") were served by electronic means through the Court's ECF system on those on the attached Core Group Service List and Rule 2002 Service List who receive court filings through the ECF system, all of whom together constitute all necessary parties. The Certificates of Service that are attached to the Pleadings are hereby amended to provide for the same.

    1.    Motion Of Marblegate Asset Management, LLC For Allowance And Payment Of Administrative Expense Claim (Claim Number 1385) (Docket No. 5430).

    2.    Notice of Motion Of Marblegate Asset Management, LLC For Allowance And Payment Of Administrative Expense Claim (Claim Number 1385) (Docket No. 5431).

    3.    Motion Of Marblegate Asset Management, LLC For Allowance And Payment Of Administrative Expense Claim (Claim Number 1225) (Docket No. 5432).

    4.    Notice of Motion Of Marblegate Asset Management, LLC For Allowance And Payment Of Administrative Expense Claim (Claim Number 1225) (Docket No. 5433).

Neil E. McCullagh, Esquire (VSB #39027)　　　　DIAMOND McCARTHY LLP
Jennifer J. West, Esquire (VSB #47522)　　　　　Christopher A. Provost
Erin E. Kessel, Esquire (VSB #65360)　　　　　　Stephen T. Loden
Spotts Fain PC　　　　　　　　　　　　　　　　Jason B. Porter
411 East Franklin Street, Suite 600　　　　　　　620 Eighth Avenue, 39th Floor
Richmond, Virginia 23219　　　　　　　　　　　New York, New York 10018
Phone: (804) 697-2000　　　　　　　　　　　　 Phone: (212) 430-5400
Fax: (804) 697-2100]　　　　　　　　　　　　　Fax:　 (212) 430-5499

*Counsel to Marblegate*
*Asset Management, LLC*

Dated: November 6, 2009          /s/ Neil E. McCullagh

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

The foregoing Affidavit was acknowledged before me by Neil E. McCullagh in my jurisdiction aforesaid this 6th day of November, 2009.

My commission expires: 06/30/2011
Notary commission number: 7101475

/s/ Emily E. G. Anderson
Notary Public