Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| CORPORATE SALES AND USE TAX EMPLOYER WITHHOLDING, AND OTHER TAX DIVISION | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY / MR. STEPHEN COULOMBE | 200 STATE STREET, | 2ND FLOOR | | BOSTON | MA | 02109 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 |
| KUTAK ROCK LLP | PETER J BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| LECLAIRRYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | 8TH FLOOR | RICHMOND | VA | 23219 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W. 8TH FLOOR | | WASHINGTON | DC | 20036 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219-1888 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219 |
| PACHULSKI STANG ZIEHL & JONES | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. / PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | | WASHINGTON | DC | 20549 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20220 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. / CHRIS L. DICKERSON, ESQ. | 155 N WHACKER DR STE 2700 | | | CHICAGO | IL | 60606-1720 |
| TAVENNER & BERAN PLC | LYNN L. TAVENNER ESQ / PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Axiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 |
| Boman Senterfitt | William C Crenshaw | 801 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 |
| Gump Strauss Hauer & Feld LLP | Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 |
| Gump Strauss Hauer & Feld LLP | Charles R Gibbs Sarah Link Schultz | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 |
| Gump Strauss Hauer & Feld LLP | Peter J Gurfein Ken Coleman | 2029 Century Park E Ste 2400 | | Los Angeles | CA | 90067 |
| Gump Strauss Hauer & Feld LLP Allen & Overy LLP | | 1221 Avenue of the Americas | | New York | NY | 10020 |
| New S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 |
| Arnold Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 |
| Ld Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 |
| Gallagher Saydack Percell Roberts Peter PC | Bradley S Copeland | PO Box 1758 | | Eugene | OR | 97440-1758 |
| ney General of Indiana | Gregory F Zoeller LeGrand L Clark | 302 W Washington St | Indiana Government Ctr S 5th Fl PO Box 106 25 Market St | Indianapolis | IN | 46204-2770 |
| ney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | 10th St and | Trenton | NJ | 08625-0119 |
| ney General of the United States | Robert P McIntosh Richard F Stein | Main Justice Building Rm 5111 | Constitution Ave NW 10th St and | Washington | DC | 20530 |
| ney General of the US | Dana J Boente | Main Justice Building Rm 5111 | Constitution Ave NW 10th St and | Washington | DC | 20530 |
| ney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | Constitution Ave NW | Washington | DC | 20530 |
| Ranik LLP | Justin D Leonard Constantinos G Panagopoulos Esq | 101 SW Main St Ste 1100 | | Portland | OR | 97204 |
| rd Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq David L Pollack Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 |
| Barnes & Thornburg LLP | Michael K McCrory Esq | 11 S Meridian St | | Indianapolis | IN | 46204 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 |
| ...Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| ...s Kinney & Korman PC | Thomas W Repczynski & Martin J Yeager | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 |
| ...rne Maynard & Parsons L.L.P. | J Seth Moore / Sarah Davis | 1700 Pacific Ave Ste 4400 | | Dallas | TX | 75201 |
| ...Lamson McCormick Zumbach Flynn | Thomas L Flynn / Stacey Suncine | 666 Walnut St Ste 2000 | The Financial Center | Des Moines | IA | 50309-3989 |
| ...stein Law Firm PC | Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| ...ley Lassleben & Miller LLP | Ernie Zachary Park / Michael W Malter Esq | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 |
| ...er & Malter LLP | Julie H Rome Banks Esq / Regina Stango Kelbon Esq | 2775 Park Ave | | Santa Clara | CA | 95050 |
| ...k Rome LLP | John Lucian Esq / William H Casterline Jr Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 |
| ...ingship & Keith PC | Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 |
| ...tes & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 |
| Bra...well & Giuliani LLP / T Hanlon | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 |
| | | PO Box 3715 | | West Palm Beach | FL | 33402 |
| ...er & Eckler LLP | Kenneth C Johnson / Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 |
| ...nd and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 |
| ...wen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |
| ...ard County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| ...own Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...n Cave LLP | William C Crenshaw; Craig C Chiang Esq | 901 New York Ave NW | 3rd Fl | Washington | DC | 20001 |
| ...alter Nemer A Professional ...oration | Shawn M Christianson Esq; William D Buckner | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 |
| ...ner Alani & Mirkovich | Catherine J Weinberg | 3146 Redhill Ave Ste 200 | | Costa Mesa | CA | 92626 |
| ...on USA Inc | Ruth Weinstein; David K Spiro Esq | 1 Canon Plz | | Lake Success | NY | 11042 |
| ...or Arkema PC | Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 |
| ...arra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste; 308 | | Sunrise | FL | 33322 |
| ...arra Center Associates SE | Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 |
| ...body MacDonald PC | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 |
| ...ardi & Carroll PLLC | John E Hilton; Scott P Carroll Esq | 120 S Central Ste 1800; 831 E Morehead St Ste 440 | | Clayton; Charlotte | MO; NC | 63105; 28202 |
| ...er Ledyard & Milburn LLP | Aaron R Cahn; Daniel T Powers | 2 Wall St; PO Box 8321 | | New York; Savannah | NY; GA | 10005; 31412 |
| ...tham County Tax Commissioner | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 |
| ...riello & Chiariello | | | | | | |
| ...tian & Barton LLP | Augustus C Epps Jr Esq; Michael D Mueller Esq; Jennifer M McLemore Esq; Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 |
| ...el Ciardi & Astin PC | Albert A Ciardi III Esq; Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 |
| ...y & County of Denver | David V Cooke | 201 W Colfax Ave Dept 1207 | Municipal Operations | Denver | CO | 80202-5332 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 |
| City of Newport News VA City Attorney | Joseph M Durant | 2400 Washington Ave 9th Fl | | Newport | VA | 23607 |
| ent & Wheatley | Darren W Bentley Esq | 549 Main St | PO Box 8200 | Danville | VA | 24543-8200 |
| Scholz Meisel Forman & Leonard | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq / Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 |
| b Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 |
| obley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 |
| James Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 |
| bCastle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 |
| bert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | | Beachwood | OH | 44122 |
| Developers Diversified Realty Corporation | Peter C Hughes Esq | 1500 Market St Ste 3500E | PO Box 228042 | Philadelphia | PA | 19102 |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | 3300 Enterprise Pkwy | Beachwood | OH | 44122 |
| forth Paxson LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 |
| Piper LLP | Mark J Friedman | 6225 Smith Ave | | Baltimore | MD | 21209-3600 |
| Piper LLP | Timothy W Brink Esq / Forrest Lammiman / Ann Marie Bredin Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 |
| Duchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Douglas A Scott PLC | Douglas Scott | 1805 Monument Ave Ste 311 | | Richmond | VA | 23220 |
| ...er & Goldberg PLLC | Adam Hiller; James E Clarke | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 |
| ...er & Goldberg PLLC | L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| | Denyse Sabagh; Junghye June Yeum Esq | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 |
| ...ne Morris LLP | John Dellaportas Esq; William C Heuer Esq | 1540 Broadway | | New York | NY | 10036 |
| ...ne Morris LLP | Lauren Lonergan Taylor; Matthew E Hoffman | 30 S 17th St | | Philadelphia | PA | 19103 |
| ...ne Morris LLP | Rudolph J Di Massa Jr Esq; Matthew E Hoffman Esq | | | | | |
| ...ne Morris LLP | Lauren Lonergan Taylor Esq; Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 |
| ...tte Bradshaw PLC | Roy M Terry Jr Esq; John C Smith Esq; Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 |
| ...an Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| ...st Greenleaf | Rafael X Zahralddin Aravena; Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 |
| ...ire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 |
| ...prise Asset Management Inc | Lee Sudakoff; Gay Richey | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 |
| ...sion Peripherals Inc | Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 |
| Cohen & Jessup LLP | Michael S Kogan; Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 |

In re Circuit City Stores, inc.
Case No. 08-35653

Page 5 of 23

10/21/2009 1:34 PM
2002 Service List 090911 (376).XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...erstein Fitzgerald Willoughby & ...cuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 |
| ...Dixon & Hering LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 |
| ...Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 |
| ...er Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 |
| ...Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 |
| ...k Gecker LLP | Joseph D Frank Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 |
| ...kin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 |
| ...born & Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 |
| Fir...lander Misler PLLC | Robert E Greenberg Esq Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 |
| ...rman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| ...r Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 |
| ...ton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| ...ton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 |
| G&... Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 |
| ...i & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 |
| ...McCall Isaacks Gordon & Roberts | David McCall | 777 E 15th St | | Plano | TX | 75074 |
| ...bons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 |
| ...lass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 |
| ...eason Dunn Walsh & O Shea | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 |
| Gaston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 |
| Greenberg Glusker Fields Claman &<br>Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste<br>2100 | | Los Angeles | CA | 90067-4590 |
| Greenberg Traurig LLP<br>Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq<br>Howard J Berman Esq | 200 Park Ave<br>200 Park Ave | | New York<br>New York | NY<br>NY | 10166<br>10166 |
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 |
| Gregory Kaplan PLC | Troy Savenko Esq | 7 E 2nd St | PO Box 2470 | Richmond | VA | 23218-2470 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Rosenfeld PLC | Madeleine C Wanslee | 201 E Washington St Ste 800 | | Phoenix | AZ | 85004-2327 |
| Hahnburg Karic Edwards & Martin LLP<br>Halton Beach Brands Inc | J Bennett Friedman Esq<br>Bill Ray<br>Stefani Batastini Asst to Chris | 1900 Avenue of the Stars Ste<br>1800<br>4421 Waterfront Dr | | Los Angeles<br>Glen Allen | CA<br>VA | 90067<br>23060 |
| Hamilton Chase Santa Maria LLC<br>Handley Aronchick Segal & Pudlin<br>Harrell Allen & Shepherd PA | Larson<br>Ashely M Chan Esq<br>Leslie D Maxwell Esq | 828 Ballard Canyon Rd<br>One Logan Sq 27th Fl<br>PO Box 94750 | | Solvang<br>Philadelphia<br>Albuquerque | CA<br>PA<br>NM | 93463<br>19103<br>87199-4750 |
| Haynes and Boone LLP<br>Heller Rousso & Heald LLP<br>Herrick Feinstein LLP | Jason Binford<br>Wayne R Terry<br>Paul Rubin | 2323 Victory Ave Ste 700<br>15910 Ventura Blvd 12th Fl<br>Two Park Ave<br>19900 MacArthur Blvd Ste<br>1050 | | Dallas<br>Encino<br>New York<br>Irvine | TX<br>CA<br>NY<br>CA | 75219<br>91436-2829<br>10016<br>92612 |
| Hewitt & O Neil LLP<br>Hinkley Allen & Snyder LLP | Lawrence J Hilton<br>Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...hler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | PO Box 500 | | Richmond | VA | 23218-0500 |
| ...ason Russ LLP | Thomas J Dillon III Esq<br>Garry M Graber Esq<br>Scott R Kipnis Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 |
| ...einer Gartlir & Gross LLP | Rachel N Greenberger Esq<br>Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 |
| ...und & Knight LLP | James H Rollins | One Atlantic Ctr | 1201 W Peachtree St<br>Ste 2000 | Atlanta | GA | 30309-3400 |
| ...lland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW<br>Ste 100 | | Washington | DC | 20006 |
| ...g Kong Export Credit Insurance Corporation | Leung Shing | | | | | |
| ...gman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 |
| ...ard Rice Nemerovski Canady Falk & ...in | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 |
| ...Non & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III<br>Thomas N Jamerson<br>Jason W Harbour | 951 E Byrd St | Riverfront Plz E Tower | Richmond | VA | 23219-4074 |
| ...on & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 |
| ...nton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...on & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 |
| ...ch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112 |
| ...Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| ...ernal Revenue Service | Attn L Lorello | | | | | |
| ...Spitt Douglass | Altn Robin Rinkewich | 400 N 8th Street Box 76 | | Richmond | VA | 23219 |
| | | 909 Fannin Ste 1800 | | Houston | TX | 77010 |
| ...cson & Campbell PC | David H Cox Esq | 1120 20th St NW | | Washington | DC | 20036 |
| ...rson Kelly PLLC | John J Matteo Esq | 175 E Main St Ste 500 | S Tower | Lexington | KY | 40507 |
| ...an Schlesinger LLP | Mary Elisabeth Naumann | 300 Garden City Plz | | Garden City | NY | 11530 |
| Blount | Hale Yazicioglu Esq | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 |
| ...t Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 |
| ...Marshall Collins PC | Caroline R Djang | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 |
| ...es Day | John Marshall Collins Esq | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 |
| ...es Day | Jeffrey B Ellman | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 |
| | Brett J Berlin | | | | | |
| ...n Burt LLP | Sheila L Shadmand Esq | 1025 Thomas Jefferson St NW | | Washington | DC | 20007 |
| | Raul A Cuervo | Ste 400 E | | | | |
| ...Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 |
| ...Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 |
| ...Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 |
| ...ty Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Kahn Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 |
| Kern County Treasurer and Tax Collector | Angelica Leon | Bankruptcy Division<br>1901 Avenue of the Stars 2nd | PO Box 579 | Bakersfield | CA | 93302-0579 |
| Key Bey Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 |
| Khang & Khang LLP | Joon M Khang | Fl | | Los Angeles | CA | 90067 |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | 607 14th St NW Ste 900 | | Washington | DC | 20005-2018 |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 |
| Tuchin Bogdanoff & Stern LLP | Michael L Tuchin<br>David M Stern Esq | 1999 Avenue of the Stars 39th<br>Fl | | Los Angeles | CA | 90067-6049 |
| Klehr Harrison Harvey Branzburg & Ellers | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Kroidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 |
| Julian Ormond & Magy PC | Terrance A Hiller Jr Esq David M Blau Esq Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 |
| Rock LLP | Kimberly A Pierro | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 |
| Ssberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 |
| pm & Watkins LLP | Josef S Athanas Paul J Laurin Esq Stephen M Astor Esq | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 |
| in & Associates aw Office of Kenneth B Roseman & c PC | Stephen M Astor Esq | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 |
| aw Office of Robert E Luna PC | Kenneth B Roseman Andrea Sheehan | 105 W Madison St 4411 N Central Expressway | Ste 810 | Chicago Dallas | IL TX | 60602 75205 |
| aw Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 |
| aw Offices of Taylor, Leong & Chee | Kimo C Leong | 737 Bishop St No 2060 | | Honolulu | HI | 96813 |
| Aptheker Rosella & Yedid PC | Robin S Abramowitz Stephen E Leach Esq | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 |
| n Travelli Britt PC | D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 |
| air Ryan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower 1800 Wachovia Tower Drawer 120 | 951 E Byrd St | Richmond | VA | 23218-2499 |
| nairyan a Professional Corporation | Michael E Hastings Esq Detlef G Lehnardt | | | Roanoke | VA | 24006 |
| ardt & Lehnhardt LLC | Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 |
| s Leiless Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 |
| Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 |
| & Lieber LLP | Barbie D Lieber | 60 E 42nd St Ste 2102 | | New York | NY | 10165 |
| Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 |
| Barger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 |
| Barger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 |
| Barger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Barger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Locke Lord Bissell & Liddell LLP | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman Thomas G Yoxall | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Locke Lord Bissell & Liddell LLP | Thomas A Connop Melissa S Hayward John R Roberts | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 |
| McDermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 |
| | Leon Koutsouftikis Esq | | | | | |
| Marter & English LLP | Clement J Farley | | | | | |
| | Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 |
| Mccreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 |
| Mcdermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 |
| Mcdermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 |
| | Mary E Olden Esq | | | | | |
| | Andre K Campbell Esq | | | | | |
| Mcdonough Holland & Allen PC | Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 |
| Mcdowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 |
| Mcgay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 |
| Mckenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 |
| | J David Folds Esq | 1900 K St NW | | Washington | DC | 20006 |
| Mckenna Long & Aldridge LLP | John G McJunkin Esq | | | | | |
| | J David Folds | | | | | |
| Mcsweeney Crump Childress & Temple | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 |
| Meister Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 |
| | Monica Vasquez Tax Collector | | | | | |
| Merced County Tax Collector | Clerk II | 2222 M Street | | Merced | CA | 95340 |
| Meuser Trigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 |
| Meyer Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Michelle Leeson CFCA | Nancy Klemstine Real Estate | 819 US 301 Blvd W | | Bradenton | FL | 34205 |
| Mid Center Sales Corporation | Mgr | 4119 Leap Rd | | Hilliard | OH | 43026 |
| Miller & Martin PLLC | Nicholas W Whitenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 |
| Milan 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Missouri Attorney General Office | Chris Koster Jeff Klusmeier | PO Box 899 | | Jefferson City | MO | 65102 |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 |
| Moldo Davidson Fraioli Seror & Benowich LLP | Byron Z Moldo Kenneth Miller Esq | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 |
| Mullix Ogden Hall Andres & Ludlam | Richard C Ogden Esq | 210 Park Ave Ste 3030 | | Oklahoma City | OK | 73102 |
| Nelson Mullins Riley & Scarborough LLP | Martin A Brown Esq Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 |
| Munger Tolles & Olsen LLP | Seth Goldman | 355 S Grand Ave 35th Fl | | Los Angeles | CA | 90071 |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 |
| Nabbs Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner Anitra Goodman Royster | 4140 Parklake Ave | | Raleigh | NC | 27612 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...erger Quinn Gielen Rubin & Gibber | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 |
| ...llis & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 |
| | Daniel R Sovocool | | | | | |
| | Louis J Cisz III | | | | | |
| | Gina M Fornario | | | | | |
| ...l Peabody LLP | Louis E Dolan | One Embarcadero Ctr 18th Fl | | San Francisco | CA | 94111-3600 |
| | Dennis J Drebsky | | | | | |
| ...l Peabody LLP | Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 |
| | Anne Secker Esq | | | | | |
| ...nd Hamerly Etienne & Hoss PC | Lisa K Omori | 333 Salinas St | | Salinas | CA | 93902-2510 |
| | Michael J Sage Esq | | | | | |
| ...lveny & Myers LLP | Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 |
| ...of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 |
| ...of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 |
| | | Dept of Labor and Industry | | | | |
| ...of Unemployment Compensation | | Reading Bankruptcy & | | | | |
| ...Services | Timothy A Bortz | Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 |
| Sonoma County Treasurer | | | | | | |
| ...na Grundman Frome Rosenzweig & | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| ...rsky LLP | Michael S Fox Esq | | | | | |
| | Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 |
| ...penheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 |
| | Linda Taylor | | | | | |
| | Sylvia M Ornelas | | | | | |
| ...ge Grove Properties | Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |
| ...as Castillo & Ornelas PLLC | Scott A Stengel Esq | | | | | |
| | Jonathan P Guy Esq | | | | | |
| ...d Herrington & Sutcliffe LLP | Jeremy Dacks | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 |
| | Marc S Wasserman | 100 King St W 1 First Canadian Pl | | | | |
| ...er Hoskin & Hardcourt LLP | | Ste 6100 PO Box 50 | | Toronto | ON | M5X 1B8 |

10/21/2009 1:34 PM
2002 Service List 090911 (376).XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...achulski Stang Ziehl & Jones | Stanley E Goldich | | | | | |
| ...ner Law Firm Inc | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 |
| ...ttoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 |
| ...ons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| ...adena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| ...nsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 |
| ...ion Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 |
| ...uk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 |
| ...er Hamilton LLP | K Stewart Evans Jr / Matthew D Foster | 600 14th St NW | Ste 600 | Washington | DC | 20005 |
| ...ue Brandon Fielder Collins & Mott | Elizabeth Banda / Yolanda Humphrey / Stephen W Spence Esq | PO Box 13430 | | Arlington | TX | 76094-0430 |
| ...os Goldman & Spence PA | Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 |
| ...County Attorney Civil Division | German Yusufov | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 |
| ...usinelli Shalton Flanigan Suelthaus PC | Terri A Roberts / James E Bird / Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Pomelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | 1152 15th St NW Ste 800 | | Washington | DC | 20005 |
| | Robert Somma Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 |
| Poyner & Spruill LLP | Laura A Otenti Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 |
| | Shannon E Hoff Esq | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 |
| Price Grabber com Inc | Katerina Canyon | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 |
| Priceshares | Attn Rayaan Hashmi | | | | | |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 |
| | Brian Sirower Esq | | | | | |
| | Lori L Winkelman Esq | | | | | |
| Quarles & Brady LLP | Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 |
| | Faye B Feinstein Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 |
| Quarles & Brady LLP | Christopher Combest Esq | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 |
| Quarrey & Harrow Ltd | John M Brom | 1550 Hotel Cir N Ste 120 | | San Diego | CA | 92108 |
| Quintrall & Associates LLP | Albert F Quintrall Esq | | | | | |
| Rabeh Meyer Kirkman McGrath Nauman | | | | | | |
| Ramsey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 |
| | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 |
| Receivable Management Services | | 25 SE 2nd Ave Ste | | | | |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 1120 | Miami | FL | 33131-1605 |
| | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 |
| Reed Smith LLP | Kathleen A Murphy Esq | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 |
| Reed Smith LLP | Travis A Sabalewski Esq | | | | | |
| | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd | Cincinnati | OH | 45236 |
| Regency Centers | David S Berman | Three Ctr Plz 6th Fl | Ste 520 | Boston | MA | 02108 |
| Reimer & Braunstein LLP | | | | | | |
| | Matthew Righetti | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 |
| Righetti Law Firm PC | Peter F Strniste | 280 Trumbull St | | Hartford | CT | 06103 |
| Robinson & Cole | Patrick M Birney | | | | | |
| Robinson Brog Leinwand Greene | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 |
| Genovese & Gluck PC | | | | | | |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| ...ero Law Firm | Martha E Romero | | 6516 Bright Ave | Whittier | CA | 90601 |
| ...id M Tucker Esq | | MNR Professional Building 225 W Washington St | | Indianapolis | IN | 46204 |
| Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 |
| ...ssos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 |
| ...lber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 |
| ...s Anderson Marks & Miller PC | C Thomas Ebel Esq William A Gray Esq Peter M Pearl Esq Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 |
| ...riee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 |
| ...an Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 |
| ...Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 |
| ...nk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 |
| ...ader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 |
| ...eder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 |
| Seyfarth Shaw LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq Alexander Jackins | 975 F St NW | | Washington | DC | 20004 |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 |
| Seyfarth Shaw LLP | William J Factor Esq David C Christian II Blanka Wolfe | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 |
| Sheppard Mullin Richter & Hampton LLC | Margaret Mann | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 |
| Sherman Rogers Gandal Pordy & Ecker | Gregory D Grant Esq Courtney R Sydnor Esq | 12505 Park Potomac Ave 6th Fl | | Potomac | MD | 20854 |
| Sherman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq Courtney R Sydnor Esq Gregory D Grant Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 |
| Silver Wilk LLP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 |
| Sound Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 |

In re Circuit City Stores, Inc.
Case No. 08-35653

10/21/2009 1:34 PM
2002 Service List 090911 (376).XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|----------|------|-------|-----|
| State of Michigan Department of Treasury | Michael A Cox<br>Victoria A Reardon | Cadillac Place Ste 10 200 | 3030 W Grand Blvd<br>600 Montgomery St<br>14th Fl | Detroit | MI | 48202 |
| & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | | San Francisco | CA | 94111 |
| Steppel Bennett Claman & Hochberg PC<br>Stens & Lee PC | Edmond P O Brien Esq<br>Steven J Adams Esq<br>Jaime S Dibble<br>Katherine M Sutcliffe Becker | 675 Third Ave 31st Fl<br>111 N 6th St | | New York<br>Reading | NY<br>PA | 10017<br>19603 |
| tion Morrison Hecker LLP | Darrell W Clark Esq<br>Tracey M Ohm Esq | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 |
| ns & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 |
| senberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 |
| man Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th<br>Fl | | Los Angeles | CA | 90067 |
| Stettinius & Hollister LLP | Jeffrey J Graham<br>Mark K Ames | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 |
| ng Authority Consulting Services PC | Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 |
| nessee Department of Revenue | TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 |
| Cafaro Company<br>aw Offices of David A Greer PLC | Richard T Davis<br>David A Greer Esq | PO Box 2186<br>500 E Main St Ste 1225 | 2445 Belmont Ave | Youngstown<br>Norfolk | OH<br>VA | 44504-0186<br>23510 |
| The Melburger Law Firm PC | Janet M Melburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 |
| mas G King<br>mas W Daniels | | PO Box 4010<br>1265 Scottsville Rd | One Moorsbridge Road | Kalamazoo<br>Rochester | MI<br>NY | 49003-4010<br>14624 |
| mpson McMullan PC | Robert A Dybing<br>Robert R Musick | 100 Shockoe Slip | 3rd Fl | Richmond | VA | 23219 |
| LLP | William F Gray Jr Esq<br>Timothy B Martin Esq | 237 Park Ave | | New York | NY | 10017 |
| einor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Travelers | Mike Lynch | Account Resolution 225 N 9th St Ste 820 PO Box 1097 | One Tower Sq 5MN | Hartford | CT | 06183 |
| U S Jones Gledhill Fuhrman PA | Kimbell D Gourley | | | Boise | ID | 83701 |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 |
| Troutman Sanders LLP | Michael E Lacy | 1001 Haxall Point | | Richmond | VA | 23219 |
| Troutman Sanders LLP | Richard Hagerty | 1660 International Dr Ste 600 | | McLean | VA | 22102 |
| TrianCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | Ste 1000 3475 Lenox Rd NE | Chicago | IL | 60611 |
| US Securities and Exchange Commission | Susan R Sherrill Beard Lawrence A Katz Kristen E Burgers | Atlanta Regional Office 8010 Towers Crescent Dr Ste 300 | | Atlanta | GA | 30326-1232 |
| Venable LLP | | | | Vienna | VA | 22182-2707 |
| Venable LLP | David E Hawkins William L Wallander | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 |
| Vinson & Elkins LLP | Angela B Degeyer Angelique Electra | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 |
| Vonage Holdings Inc | Malcolm M Mitchell Jr Suparna Banerjee | 23 Main St | | Holmdel | NJ | 07733 |
| Wachtell Sater Seymour and Pease LLP | Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 |
| US Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq<br>Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 |
| Weiland Golden Smiley Wang Ekvall &<br>Strok LLP | Lei Lei Wang Ekvall Esq<br>Jenny J Hyun Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 |
| Weingarten Realty Investors | | 2600 Citadel Plz Dr | | Houston | TX | 77008 |
| Weiss Serota Helfman Pastoriza Cole &<br>Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 |
| Welman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg<br>Jessica L Hickford | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 |
| Whiston Aldhizer & Weaver PLC | Stephan W Milo Esq<br>Peter J Carney<br>William Sloan Coats | 125 S Augusta St Ste 2000 | The American Hotel | Staunton | VA | 24401 |
| White & Case LLP | Julieta L Lerner | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 |
| Whitesford Taylor & Preston LLP | Bradford F Englander<br>Brian M Nestor<br>Kevin G Hroblak Esq | 3190 Fairview Park Dr Ste 300 | | Falls Church | VA | 22042 |
| Whitesford Taylor & Preston LLP | H Jason Gold Esq<br>Dylan G Trache Esq<br>Rebecca L Saitta Esq | 7 Saint Paul St | | Baltimore | MD | 21202 |
| Wiley Rein LLP | Valerie P Morrison Esq<br>Dylan G Trache Esq | 7925 Jones Branch Dr Ste<br>6200 | | McLean | VA | 22102 |
| Williams Mullen | William H Schwarzschild III<br>W Alexander Burnett | Two James Ctr 16th Fl | 1021 E Cary St PO Box<br>1320 | Richmond | VA | 23218-1320 |
| Winthrop & Weinstine PA | Christopher A Camardello<br>Laura Day DelCotto Esq | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 |
| Wyse DelCotto PLLC | Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 |
| Wolff & Samson PC | Karen L Gilman Esq | One Boland Dr | | West Orange | NJ | 07052 |

In re Circuit City Stores, Inc.
Case No. 08-35653

10/21/2009 1:34 PM
2002 Service List 090911 (376) XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|----------|------|-------|-----|
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 |
| | Brian D Womac | | | | | |
| Womac & Associates | Stacy Kremling | Two Memorial Plz | 820 Gessner Ste 1540 | Houston | TX | 77024 |
| | Jeffrey L Tarkenton | | | | | |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 |
| | Neil P Goldman Esq | | | | | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 |