UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING ADMISSION PRO HAC VICE
### (CYNTHIA E. RODGERS-WAIRE)

This matter came before the Court upon the Motion for Admission Pro Hac Vice of Cynthia E. Rodgers-Waire (the "<u>Motion</u>") filed by Troy Savenko, seeking admission <u>pro</u> <u>hac</u> <u>vice</u> for Cynthia E. Rodgers-Waire, of the law firm Wright, Constable & Skeen, L.L.P., in the above-styled bankruptcy case (the "<u>Bankruptcy Case</u>") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Cynthia E. Rodgers-Waire be authorized to practice <u>pro</u> <u>hac</u> <u>vice</u> before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1.   The Motion is granted.

2.   Cynthia E. Rodgers-Waire, of the law firm of Wright, Constable & Skeen, L.L.P., is hereby admitted to appear and participate in this Bankruptcy Case and any related proceedings

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 423-7921
Facsimile:  (804) 230-0024

*Counsel to Safeco Insurance Company of America*

pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Safeco Insurance Company of America.

ENTERED: Nov 3 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 4 2009

I ASK FOR THIS:

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Telephone:     (804) 423-7921
Facsimile:     (804) 230-0024

*Counsel to Safeco Insurance Company of America*

## Rule 90221-1 Certification

    I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties simultaneously with the filing of the Motion.

/s/ Troy Savenko
Counsel

2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Nov 04, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 06, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 06, 2009**                          **Signature:** _Joseph Speetjens_