Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044
Email: efriedman@friedumspring.com

Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

Attorneys for Hewlett-Packard Company

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al.         ) | **Chapter 11** |
| ) | |
| ) | **Case No.:  08-35653-KRH** |
| Debtors.                        ) | |
| _____ ) | **Jointly Administered** |

**CORRECTED NOTICE OF MOTION AND NOTICE OF HEARING**

PLEASE TAKE NOTICE that on November 6, 2009, Hewlett-Packard Company ("HP") filed its (1) Motion of Hewlett-Packard Company to File Certain Documents Under Seal (the "Seal Motion") and (2) Hewlett-Packard Company's Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105 and Local Bankruptcy Rule 9013-1(N) for and Order Setting an Expedited Hearing (the "Hearing Motion").  The Hearing Motion requests the Court to schedule a hearing on the Seal Motion for November 12, 2009 at 10:00 a.m.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1 and the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9001, and Local

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"), unless a written response to the Seal Motion and/or the Hearing Motion is filed with the Court and served in accordance with the Case Management Order no later than one (1) business day before the scheduled hearing date, the Court may deem any opposition waived, treat the Hearing Motion and the Seal Motion as conceded, and issue orders granting the requested relief without further notice or hearing. Specifically, if you do not want the Court to approve the Hearing Motion, and if the Hearing Motion is granted, the Seal Motion, or if you want the Court to consider your views on the Hearing Motion or the Seal Motion, then you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before November 10, 2009.

> Clerk's Office
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, Virginia 23219

2. Pursuant to the Case Management Order, you must also serve a copy of any written response by the foregoing date on the following: (i) the Core Group, which includes the United States Trustee, the Debtors and co-counsel to the Debtors, counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) the Affected Entities (all as defined in the Case Management Order).

3. Attend the hearing scheduled to be held on **November 12, 2009, at 10:00 a.m.**, before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.**

Respectfully submitted, this 7th day of November, 2009.

 /s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

and

Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044
Email: efriedman@friedumspring.com

Counsel for Hewlett-Packard Company