**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al,** ) | **Case No. 08-35653-KRH** |
| ) | **Chapter 11** |
| Debtors. ) | **Jointly Administered** |
| _____ ) | |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION**

MercerTrigiani LLP, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this Verified Statement in connection with the Firm's representation of multiple creditors of the Debtors in these jointly administered cases ("the Debtors").

1. MercerTrigiani LLP ("MercerTrigiani") is a firm engaged in the practice of law with offices in Virginia, including an office at 16 South Second Street, Richmond, 23219.

2. MercerTrigiani was retained to represent entities listed herein in the present bankruptcy case.

3. MercerTrigiani is local counsel for Dicker Warmington Properties, a California Limited Partnership ("Dicker-Warmington"), a creditor of the Debtors, and the lessor of certain leased premises located in Calumet City, IL. Dicker Warmington has a claim in this case for rent and related costs, expenses and fees.

4. MercerTrigiani is local counsel for Roy and Joanne Eisner ("the Eisners") in this Chapter 11 proceeding. The Eisners have filed a claim for damages related to an incident on April 8, 2009, at the Circuit City store in Bristol, Pennsylvania, as a result

---

Philip C. Baxa, Esquire Va. Bar No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com
Counsel for the Parties Listed Herein

of intentional acts and the negligence of Circuit City and its officers, directors, employees and/or agents. The Debtors have filed an Objection to the Eisners' claim, and MercerTrigiani has filed a Response to that Objection.

5. MercerTrigiani represents JWC Loftus Developments ("Loftus"), a creditor of the Debtors, and the lessor of certain leased premises located in Boulder, Colorado. Loftus has administrative and other claims in this case. The Debtors have filed an Objection to the claims of Loftus, and MercerTrigiani has filed Responses thereto.

6. MercerTrigiani is local counsel for Mitsubishi Digital Electronics America, Inc. ("Mitsubishi"), a creditor of the Debtors. Mitsubishi supplied goods to the Debtors prior to the filing of these consolidated cases. The Debtors have objected to Mitsubishi's claims, and MercerTrigiani has filed Responses on behalf of Mitsubishi.

7. MercerTrigiani is local counsel for Renukaben S. Naik ("Ms. Naik"), a creditor of the debtors. Ms.Naik has a prepetition general unsecured claim against the Debtors for personal injuries. The Debtors have filed an Objection to Ms. Naik's claim, and MercerTrigiani has filed a Response to that Objection.

8. MercerTrigiani is local counsel for Onkyo USA Corporation ("Onkyo"), a creditor of the Debtors. Onkyo supplied goods to the Debtors prior to the filing of these consolidated cases. The Debtors have objected to Onkyo's claims, and MercerTrigiani has filed Responses on behalf of Onkyo.

9. All of the parties identified herein have been informed of, and have consented to, MercerTrigiani's representation of multiple parties in this matter.

10. All of the parties identified herein will compensate MercerTrigiani for its representation of them in this case.

I, Philip C. Baxa, an attorney with the firm of MercerTrigiani, declare under penalty of perjury that the foregoing is true and correct.

Submitted:  November 9, 2009              /s/ Philip C. Baxa
                                          Philip C. Baxa VSB No. 22977
                                          MercerTrigiani LLP
                                          16 South Second Street
                                          Richmond, Virginia   23219
                                          Tel: 804-782-8691
                                          Fax: 804-644-0209
                                          phil.baxa@mercertrigiani.com

                                          Counsel for the Parties Listed Herein

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 9, 2009, the foregoing Verified Statement was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy was sent by regular mail, postage prepaid, to the following:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

                /s/ Philip C. Baxa

R0009376