Mark D. Taylor (VSB No. 42416)
607 14th Street, NW, Suite 900
Washington, DC 20005-2018 USA
Telephone: (202) 508-5867

and

Shane G. Ramsey
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 745-2429

*Counsel for Lenovo USA*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the **Response of Lenovo USA, on behalf of Hain Capital Holdings, LLC, to Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference** was served this 9th day of November, 2009 by electronic means to

US2008 971607.1

circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com and by first class mail, postage prepaid, to the entities at the addresses indicated below:

**Counsel to the Debtors**
Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main Street
Norfolk, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

**United States Trustee**
Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

**Counsel for the Committee**
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

US2008 971607.1

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

**Counsel to Prepetition/Postpetition Lenders**
David S. Berman, Esq.
Reimer & braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108


Dated:  November 3, 2009                KILPATRICK STOCKTON LLP

                                        By:   /s/  Mark D. Taylor
                                              Mark D. Taylor, Esq. (VSB No. 42416)
                                              607 14th Street, NW, Suite 900
                                              Washington, DC 20005-2018 USA
                                              (202) 508-5867 (Telephone)
                                              (202) 585-0073 (Facsimile)
                                              mdtaylor@kilpatrickstockton.com

                                              *Counsel for Lenovo USA*



                                        By:    /s/  Mark D. Taylor
                                                Mark D. Taylor

US2008 971607.1