Scott L. Hazan, Esq.
A Member of the Firm
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100

    - and -

Dennis T. Lewandowski, Esq.
Partner
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000

Attorneys for JVC Americas Corp. and
JVC Company of America

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

-----------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the *Response And Joinder Of JVC Americas Corp. And JVC Company of America To Debtors' (I) Fifty-First Omnibus Objection To Certain 503(b)(9) Claims And (II) Motion For A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference* was timely filed and served on the 4th day of November 2009 upon those parties listed on Exhibit "A" hereto by the means indicated thereon.

Dated:  November 5, 2009                                                 /s/ John C. Wright

1430942.1

**EXHIBIT "A"**

**The following parties were served via the Court's ECF/CM system, email, fax and overnight courier service:**

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    Attn: Dion W. Hayes, Esq.
        dhayes@mcguirewoods.com
        facsimile: 804-698-2078
    Attn: Douglas M. Foley, Esq.
        dfoley@mcguirewoods.com
        facsimile: 757-640-3957

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
    Attn: Gregg M. Galardi, Esq.
        gregg.galardi@skadden.com
        facsimile: 302-574-3150
    Attn: Ian S. Fredericks
        ian.fredericks@skadden.com
        facsimile: 302-651-3001

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606
    Attn: Chris L. Dickerson, Esq.
        chris.dickerson@skadden.com
        facsimile: 312-407-8680

1430942.1