IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:    Chapter 11

CIRCUIT CITY STORES, INC.,    Case No. 08-35653 (KRH)
et al.,

Jointly Administered

/

### RESPONSE TO NOTICE OF DEBTORS' FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)

COMES NOW, Claimant, GREG NAGY, by and through the undersigned attorneys and objects to a disallowance of Mr. Nagy's claim in the amount of $15,000.00 with Claim Number 13305 and would show as follows:

1. The first documentation from the Bankruptcy Court was received by the undersigned counsel on May 28, 2009. Said Order for Filing Administrative Expense Requests allowed claims to be filed on or before June 30, 2009.

2. The claim (# 13305) in this case was filed on June 9, 2009.

3. Claimant, GREG NAGY, and the undersigned counsel did not receive proper notice of a deadline for filing claims and filed the claim as soon as practical.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by certified mail and by U.S. Mail – postage paid, this 3rd day of November, 2009, to:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
Post Office Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks
(certified # 7008 2810 0002 2361 9885)

MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley
(certified # 7008 2810 0002 2361 9892)

and

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson
(certified #: 7008 2810 0002 2361 9908)

Daniel W. Sheppard, Esquire
FBN 0394750
Morgan & Morgan, P.A.
Post Office Box 9504
Fort Myers, FL 33906
Telephone:    (239) 433-6880
Facsimile:    (239) 433-6836
Attorneys for Plaintiff