# Harry and Patsy Gross

206 N. Pacific  Hutchins, Texas 75141
(972) 225-3389  Fax (972)225-4462

## pgross144@sbcglobal.net

Date: 11-05-2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broard Street - Room 4000
Richmond, Virginia 23219

|   |   |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653(KRH) |
| Debtors | Jointly Administered |

I oppose Debtors' Omnibus Objection to my claim.

Sincerely,

Harry B. Gross, Sr.

*[signature: Harry B Gross, Sr.]*