Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to ON Corp. USA, Inc. and ON Corp.*
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND PLEADINGS

**PLEASE TAKE NOTE** that ON CORP. USA, INC. and ON CORP., by and through its counsel, Akerman Senterfitt LLP, hereby requests that all notices given, or required to be given, and all papers served or filed in connection with this case be served upon it at the following address, e-mail, telephone and telecopier numbers:

> Mona M. Murphy, Esquire
> Akerman Senterfitt LLP
> 8100 Boone Blvd., Suite 700
> Vienna, VA  22182
> Telephone: (703) 790-8750
> Telecopier: (703) 448-1767
> mona.murphy@akerman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices and pleadings referred to in Title 11, United States Code, and in the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, applications and any other documents or requests brought before this Court in this Chapter 11 case.

{TY089532;1}

Dated: November 9, 2009      AKERMAN SENTERFITT LLP

By:   /s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 00464
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
Tel:  (703) 790-8750
Facsimile:  (703) 448-1767
mona.murphy@akerman.com
*Counsel to ON Corp. USA, Inc. and ON Corp.*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2009, an electronic copy of the foregoing Notice of Appearance and Request for Notices and Pleadings was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al.* bankruptcy proceeding.

 /s/ Mona M. Murphy
Mona M. Murphy