Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to ON Corp. USA, Inc. and ON Corp.*
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | Jointly Administered |

### MOTION PURSUANT TO LOCAL BANKRUPTCY
### RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Mona M. Murphy ("Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), to enter an Order permitting Fredrick J. Levy, Esquire of Olshan Grundman Frome Rosenzweig & Wolosky LLP, Park Avenue Tower, 65 East 55th Street, New York, NY 10022, to appear *pro hac vice* in the referenced bankruptcy case and related proceedings before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent ON Corp. USA, Inc. and ON Corp., claimants.  In support of the motion, Movant states as follows:

1. Fredrick J. Levy is a member in good standing of the New York Bar and is admitted to practice before the United States District Court for the Southern and Eastern District of New York. There are no disciplinary proceedings pending against Mr. Levy in any jurisdiction in which he is

{TY089530;1}

admitted to practice. This is Mr. Levy's third request to be admitted *pro hac vice* into the Bankruptcy Court for the Eastern District of Virginia.

2. Movant requests that this Court authorize Mr. Levy to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case.

3. Movant and her law firm shall serve as co-counsel with Mr. Levy in the Bankruptcy Case.

4. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests the Court enter an Order, substantially in the form annexed hereto as Exhibit A: (i) permitting Mr. Levy to appear *pro hac vice* in association with Movant as counsel for the claimants ON Corp. USA, Inc. and ON Corp. in the Bankruptcy Case, and (ii) granting such other and further relief as is just and proper.

Dated: November 9, 2009                    AKERMAN SENTERFITT LLP

By: /s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1767

{TY089530;1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of November, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in this case including the following:

      Robert B. Van Arsdale
      Office of the U.S. Trustee
      701 East Broad St., Suite 4304
      Richmond, Virginia 23219
      *Assistant United States Trustee*

      Douglas M. Foley
      Dion W. Hayes
      McGuire Woods LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219
      *Counsel for the Debtors*

      Greg M. Galardi
      Ian S. Fredericks
      Skadden, Arps, Slate, Meager & Flom
      One Rodney Square
      P.O. Box 636
      Wilmington, DE  19899-0636
      *Counsel for the Debtors*

       /s/ Mona M. Murphy
      Mona M. Murphy