W. Joel Charboneau, Esq. (VSB #68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., ) | |
| ) | CASE No. 08-35653 |
| Debtors. ) | |
| ) | |
| NANCY BOOTH and, ) | |
| CHARLES BOOTH, ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| CIRCUIT CITY STORES, INC. et al. ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears in the above-referenced cases on behalf of Nancy and Charles Booth pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

W. Joel Charboneau, Esq. (VSB #68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
jcharboneau@mfgs.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: November 9, 2009                    Respectfully submitted,

/s/ W. Joel Charboneau

W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

## CERTIFICATE OF SERVICE

I certify that on November 9, 2009, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

/s/ W. Joel Charboneau

U:\A CLIENTS\Briskman and Briskman\Notice of Appearance.doc