Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

## SUPPLEMENTAL VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION BY AKERMAN SENTERFITT LLP UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Mona M. Murphy and Akerman Senterfitt LLP ("AS"), pursuant to Federal Rule of Bankruptcy Procedure 2019, file this supplemental verified statement with respect to their legal representation of Samsung Electronics America, Inc. ('Samsung"), Bush Industries, Inc. ("Bush"), Thomson, Inc. ("Thomson"), and two additional creditors, ON Corp. USA, Inc. and ON Corp. ("ON Corp.") in the captioned bankruptcy case, and state:

1.  The names and address of the creditors represented by AS in this matter are:

Samsung Electronics America, Inc.
105 Challenger Road
Ridgefield Park, NJ 07660

Thomson, Inc.
101 West 103rd St.
Indianapolis, IN 46290

Bush Industries, Inc.
P.O. Box 129
Jamestown, NY 14702

{TY089537;1}

    ON Corp. USA, Inc./ON Corp.
    4370 LaJolla Village Drive, Suite 400
    San Diego, CA 92122

    2.    AS has filed prior verified statements with respect to its representation of Samsung, Thomson and Bush [Docket Nos. 5507 and 5519], incorporated herein by reference. AS hereby supplements such statement.

    3.    ON Corp. is a licensee and manufacturer of Proscan televisions. ON Corp. timely filed a Section 503(b)(9) administrative expense claim in the amount of $7,713,340 and a general unsecured claim of $1,708,920. ON Corp. subsequently transferred its Section 503(b)(9) claim but remains liable to its transferors for any reduction in such claim or any determination of preference liability.

    4.    ON Corp. retained AS on November 9, 2009. Mona M. Murphy is the primary local contact at AS for both parties. Thomson, Bush and ON Corp. are also represented by Fredrick J. Levy of Olshan Grundman Frome Rosenzweig & Wolosky LLP, for whom motions of admission pro hac vice have been filed.

    5.    All of the foregoing clients have been advised of and consent to AS's representation of all other clients.

    This statement is executed by Mona M. Murphy on behalf of AS effective as of November 9, 2009.

Date: November 9, 2009    By:    /s/ Mona M. Murphy
    Mona M. Murphy, Esquire (VSB No. 21589)
    Akerman Senterfitt LLP
    8100 Boone Blvd., Suite 700
    Vienna, VA 22182
    Tel: (703) 790-8750
    Fax: (703) 448-1767
    *Counsel for Samsung Electronics America, Inc.; Thomson, Inc.; Bush Industries, Inc.; ON Corp. USA, Inc. and ON Corp.*

{TY089537;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2009, a true and correct copy of the foregoing Supplemental Verified Statement was served on all persons receiving electronic notice in this case including the following:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meager & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

　　　　　　　　　　　　　　　　　/s/ Mona M. Murphy
　　　　　　　　　　　　　　　　Mona M. Murphy

{TY089537;1}