Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044
Email: efriedman@friedumspring.com

Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

Attorneys for Hewlett-Packard Company

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al. ) | **Chapter 11** |
| ) | **Case No.: 08-35653-KRH** |
| Debtors.  ) | |
| _____ ) | **Jointly Administered** |

**Certificate of Service**

On November 6, 2009, Hewlett-Packard Company ("HP"), by counsel, filed its Corrected Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105 and Local Bankruptcy Rule 9013-1(N) for an Order Setting an Expedited Hearing (the "Corrected Motion for Expedited Hearing"). On November 7, 2009, HP filed its Corrected Notice of Motion and Notice of Hearing (the "Corrected Notice"). Due to a failure of internet and server, HP was unable to complete service as set forth in the certificate of service attached to the Corrected Motion for Expedited Hearing.

1

The undersigned hereby certifies that the Corrected Motion for Expedited Hearing and the Corrected Notice were served as follows:

1. The Corrected Motion for Expedited Hearing was served via the Court's CM/ECF system on November 6, 2009.

2. The Corrected Notice was served via the Court's CM/ECF system on November 7, 2009.

3. On November 9, 2009, the Corrected Motion for Expedited Hearing and Corrected Notice were served pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9001, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) by email, facsimile, and/or first class mail.

/s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

and

Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044
Email: efriedman@friedumspring.com

Counsel for Hewlett-Packard Company

2