UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. § | |
| § | Chapter 11 |
| Debtor § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that on November 10, 2009, Texas Comptroller's Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket Entry # 5168)was served by the method and to the following parties as indicated, in addition to parties previously served.

By Regular First Class Mail:

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-636

Chris L. Dickerson
Jessica S. Kumar
Skadden , Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

Douglas M. Foley and Sarah B. Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Respectfully submitted,

*/s/Mark Browning*
MARK BROWNING
Assistant Attorney General
Bankruptcy & Collections Division

        P. O. Box 12548
        Austin, TX 78711-2548
        (512) 475-4883
        Fax: (512) 482-8341

        ATTORNEY FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS