Alan J. Lipkin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

- and -

Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
(804) 783-2003

Counsel for Take Two Interactive Software, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
CIRCUIT CITY STORES, INC.,                                   :   Case No. 08-35653 (KRH)
et al.,                                                      :
                                                             :   JOINTLY ADMINISTERED
                                   Debtors.                  :
------------------------------------------------------------ x
```

## MOTION FOR ADMISSION
## PRO HAC VICE OF ALAN J. LIPKIN

Christopher L. Perkins ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Alan J. Lipkin ("Mr. Lipkin"), an attorney with the law firm of Willkie Farr & Gallagher LLP, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Take Two Interactive Software, Inc. ("Take Two"), and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Lipkin is a member in good standing of the State Bar of New York and is an attorney admitted to practice before the U.S. Court of Appeals for the Second Circuit and the U.S. District Court for the Southern District of New York. There are no disciplinary proceedings pending against Mr. Lipkin in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Lipkin to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Take Two.

4. Movant and his law firm shall serve as co-counsel with Mr. Lipkin in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Alan J. Lipkin to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

Dated: November 10, 2009

LeCLAIRRYAN, A Professional Corporation

/s/ Christopher L. Perkins
Movant

Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
(804) 783-2003

Counsel for Take Two Interactive Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Alan J. Lipkin was served on all persons receiving electronic notice in these cases.

/s/ Christopher L. Perkins
Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re                                                            :    Chapter 11
                                                                 :
CIRCUIT CITY STORES, INC.,                                       :    Case No. 08-35653 (KRH)
*et al.*,                                                        :
                                                                 :    JOINTLY ADMINISTERED
                        Debtors.                                 :
---------------------------------------------------------------- x

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF ALAN J. LIPKIN

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Alan J. Lipkin (the "Motion") filed by Christopher L. Perkins, seeking admission pro hac vice for Alan J. Lipkin, of the law firm of Willkie Farr & Gallagher LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Alan J. Lipkin be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1.      The Motion be and hereby is granted.

_____

Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

2. Alan J. Lipkin, of the law firm of Willkie Farr & Gallagher LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Take Two Interactive Software, Inc.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Christopher L. Perkins
Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christopher L. Perkins
Movant

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

3