| | |
|---|---|
| Mona M. Murphy, Esquire<br>Virginia Bar No. 21589<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>(703) 790-8750<br>*Local Counsel for Bush Industries, Inc., Thomson, Inc.*<br>*ON Corp. USA, Inc. and ON Corp.* | Fredrick J. Levy, Esquire<br>Jayme M. Bethel (Awaiting Admission)<br>OLSHAN GRUNDMAN FROME<br>ROSENZWEIG & WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451.2300<br>*Counsel for Bush Industries, Inc., Thomson, Inc.;*<br>*ON Corp. USA, Inc. and ON Corp.  (Pro Hac*<br>*Vice Motions pending)* |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

**VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION
BY OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
<u>UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Fredrick J. Levy and Olshan Grundman Frome Rosenzweig & Wolosky LLP ("Olshan"), pursuant to Federal Rule of Bankruptcy Procedure 2019, file this verified statement with respect to their legal representation of Bush Industries, Inc. ("Bush"), Thomson, Inc. ("Thomson"), ON Corp. USA, Inc. and ON Corp. (together "ON Corp.") in the captioned bankruptcy case, and state:

1. The names and address of the creditors represented by Olshan in this matter are:

Thomson, Inc.
101 West 103rd St.
Indianapolis, IN 46290

Bush Industries, Inc.
P.O. Box 129
Jamestown, NY 14702

ON Corp. USA, Inc./ON Corp.
4370 LaJolla Village Drive, Suite 400
San Diego, CA 92122

2.    Bush is a manufacturer of office furniture with a timely filed Section 503(b)(9) administrative expense claim of $34,005.92.  Bush retained Olshan in November 2008.

3.    Thomson is a supplier of telephones and accessories and timely filed a Section 503(b)(9) administrative expense claim of $446,517.08, and has an unfiled post-petition administrative claim of $266,794.00 and an unfiled general unsecured claim of $681,163.28.  Thomson transferred its Section 503(b)(9) claim but remains liable to its transferor for any reduction in such claim or any determination of preference liability.  Thomson retained Olshan in October 2009.

4.    ON Corp. is a licensee and manufacturer of Proscan televisions.  ON Corp. timely filed a Section 503(b)(9) administrative expense claim in the amount of $7,713,340 and a general unsecured claim of $1,708,920.  ON Corp. subsequently transferred its Section 503(b)(9) claim but remains liable to its transferors for any reduction in such claim or any determination of preference liability.  ON Corp. retained Olshan in November 2008.

5.    Each of the foregoing clients has been advised of and consents to Olshan's representation of all other clients.

6.    The foregoing clients are also represented by Mona M. Murphy, Esquire and Akerman Senterfitt LLP ("AS"), as local counsel and primary contact.  AS has filed its own Rule 2019 Verified Statements [Docket Nos. 5507, 5519 and 5599].

      This statement is executed by Fredrick J. Levy on behalf of Olshan effective as of November 10, 2009.

      /s/ Fredrick J. Levy
Fredrick J. Levy, Esquire *(pro hac vice motions pending)* for
Olshan Grundman Frome Rosenzweig & Wolosky LLP

Date: November 10, 2009      Respectfully submitted,

Akerman Senterfitt LLP

By:    /s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
8100 Boone Blvd., Suite 700
Vienna, VA 22182
Tel: (703) 790-8750
Fax: (703) 448-1767
*Local Counsel for Thomson, Inc.; Bush Industries Inc.; ON Corp. USA, Inc. and ON Corp.*

*and*

Fredrick J. Levy, Esquire *(pro hac vice motions pending)* for
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451.2300
*Counsel for Thomson, Inc.; Bush Industries, Inc.; ON Corp. USA, Inc. and ON Corp.*

3{TY089917;1}

843909-1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of November, 2009, a true and correct copy of the foregoing Verified Statement was served on all persons receiving electronic notice in this case including the following:

      Robert B. Van Arsdale
      Office of the U.S. Trustee
      701 East Broad St., Suite 4304
      Richmond, Virginia 23219
      *Assistant United States Trustee*

      Douglas M. Foley
      Dion W. Hayes
      McGuire Woods LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219
      *Counsel for the Debtors*

      Greg M. Galardi
      Ian S. Fredericks
      Skadden, Arps, Slate, Meager & Flom
      One Rodney Square
      P.O. Box 636
      Wilmington, DE  19899-0636
      *Counsel for the Debtors*

       /s/ Mona M. Murphy
      Mona M. Murphy