UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Circuit City Stores, Inc., et al.                    Chapter 11

                                                            Case No.: 08-35653 (KRH)

Debtors,

---

UNICAL ENTERPRISES, INC.

                            Plaintiff,

v.

CIRCUIT CITY STORES, INC., ET AL.

                            Defendant.

NOTICE OF HEARING ON MOTION OF UNICAL ENTERPRISES, INC. FOR
RELIEF FROM AUTOMATIC STAY

Please take notice that a hearing on the *Motion for Relief from Automatic Stay* which has been filed on behalf of Unical Enterprises, Inc., (Docket No. 5343) will be held on December 7, 2009 at 2:00 p.m. in Courtroom 5000 of the United States Bankruptcy Court located at 701 East Broad Street, Richmond, Virginia, 23219, before the Honorable Kevin R. Huennekens.

**Your rights may be affected. You should read these papers and the *Motion for Relief from Automatic Stay* carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any an attorney, you may wish to consult one.)**

| | |
|---|---|
| Thomas J. Weiss (CA SBN 63167) | Erick F. Seamster (VSB No.76108) |
| WEISS & HUNT | WALLACEPLEDGER, PLLC |
| 1925 Century Park East, Suite 2140 | 7100 Forest Avenue, Suite 302 |
| Los Angeles, CA 90067 | Richmond, VA 23226 |
| Telephone: (310) 788-0710 | Telephone: (804) 282-8300 |
| Facsimile: (310) 788-0735 | Facsimile: (804) 282-2555 |
| tweiss@weisslawla.com | eseamster@wallacepledger.com |

Counsel for Unical Enterprises, Inc.

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then at least five (5) business days prior to the hearing date, you or your attorney must:

File with the Court a response explaining your position at:

William C. Redden, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
701 East Broad Street
Richmond, VA 23219

If you mail your response to the Court for filing, you should mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Erick F. Seamster, Esq.
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226

Thomas J. Weiss, Esq.
WEISS & HUNT
1925 Century Park East, Suite 2140
Los Angeles, California 90067
*Counsel for Unical Enterprises, Inc.*

Daniel F. Blanks, Esq.
Dion W. Hayes, Esq.
McGUIREWOODS LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

2

Chris L. Dickerson, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtor Circuit City Stores, Inc.*

Robert B. Van Arsdale, Esq.
OFFICE OF THE U. S. TRUSTEE
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Counsel for U.S. Trustee*

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Creditors Committee*

       You must attend the hearing scheduled to be conducted before the Honorable
Kevin R. Huennekens on December 7, 2009 at 2:00 p.m. in Courtroom 5000 of the
United States Bankruptcy Court located at 701 East Broad Street, Richmond, Virginia
23219.

                                   Respectfully submitted,

                                   UNICAL ENTERPRISES, INC.

                                   By counsel

       */s/ Thomas J. Weiss*          (by *Erick F. Seamster* with permission from
Thomas J. Weiss (CA SBN 63167)      Thomas J. Weiss based on email)
WEISS & HUNT
1925 Century Park East, Suite 2140
Los Angeles, California  90067
Telephone:  (310) 788-0710
Facsimile:   (310) 788-0735
tweiss@weisslawla.com

_/s/ Erick F. Seamster_
Erick F. Seamster (VSB #76108)
WALLACEPLEDGER, PLLC
7100 Forest Avenue, Suite 302
Richmond, VA  23226
Telephone:  (804) 282-8300
Facsimile:  (804) 282-2555
eseamster@wallacepledger.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I will electronically file the foregoing notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case.  In addition, a true and correct copy of the foregoing notice was sent on November 9, 2009, via U.S. mail, postage prepaid, to the following:

Daniel F. Blanks, Esq.
Dion W. Hayes, Esq.
McGUIREWOODS LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
_Counsel for Debtor Circuit City Stores, Inc._

Robert B. Van Arsdale, Esq.
OFFICE OF THE U. S. TRUSTEE
701 East Broad Street, Suite 4304
Richmond, VA 23219
_Counsel for U.S. Trustee_

4

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Creditors Committee*

/s/ *Erick F. Seamster*
Erick F. Seamster