**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | | **Jointly Administered** |

**ORDER GRANTING SAMSUNG ELECTRONICS AMERICA, INC.'S
MOTION UNDER FED. R. BANKR. P. 3020(a)
FOR ORDER REQUIRING CONFIRMATION DEPOSIT**

This cause came before the Court upon Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit, and the Court having heard the said motion and being fully advised in the premises, it is

HEREBY ORDERED THAT:

1. Debtors shall establish a separate escrow account (the "Account") for all administrative claims that must be funded in the full amount of all asserted administrative claims, whether or not such claims are subject to a dispute as of the Confirmation Date.

2. Allowed Administrative Claims shall be paid, in full, from the Account immediately upon their allowance by the court.

3. The proceeds of the Account may only be used to pay administrative claims, provided, however, that the Debtors may withdraw an amount from the Account equal to the amount of any disallowed administrative claim(s).

4. The Court shall retain exclusive jurisdiction over the Account and any distributions from the account.

Entered: _____

United States Bankruptcy Judge

1{TY089820;1}

I ASK FOR THIS:


 /s/ Mona M. Murphy
Mona M. Murphy (VSB No. 21589)
Akerman Senterfitt LLP
8100 Boone Blvd., Suite 700
Vienna, VA  22182
(703) 790-8750
*Attorney for Samsung Electronics America, Inc.*

Pursuant to Local Bankruptcy Rule 9022-1(B), parties to receive copies:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been served on all necessary parties.

    /s/ Mona M. Murphy
Mona M. Murphy