Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | Jointly Administered |

### NOTICE OF MOTIONS AND NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court a Motion under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit, along with a Motion for an Expedited Hearing on such motion (the "Motions").  The first motion requests an order directing the Debtors to put all funds to be distributed on the effective date of any confirmed Plan of Liquidation into an escrow account.  The second motion requests a hearing on the first motion on a shortened notice period.

**A hearing on the Motions has been scheduled for November 23, 2009 at 10:00 a.m.  The location of the hearing is Courtroom 5000, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Richmond VA 23219.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than two business days before the scheduled hearing on the Motions.

       William C. Redden, Clerk of Court
       United States Bankruptcy Court
       Eastern District of Virginia
       701 East Broad Street
       Suite 4000
       Richmond, Virginia 23219

  2. You must also deliver a copy to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system and to:

       *Counsel for Circuit City Stores, Inc.*
       Douglas M. Foley, Esquire
       Dion W. Hayes, Esquire
       MCGUIREWOODS LLP
       9000 World Trade Center
       101 W. Main Street
       Norfolk, Virginia 23510

       *Counsel for Samsung Electronics America, Inc.*
       Mona M. Murphy, Esquire
       AKERMAN SENTERFITT LLP
       8100 Boone Boulevard
       Suite 700
       Vienna, Virginia  22182-2642

       Robert B. Van Arsdale
       Office of the United States Trustee
       701 E. Broad St.  Suite 4304
       Richmond, Virginia 23219

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

**DATED:**  November 10, 2009   **AKERMAN SENTERFITT LLP**


       By:   /s/ Mona M. Murphy
       Mona M. Murphy, Esquire
       Virginia Bar No. 21589
       Michael Goldberg, Esquire
       Joanne Gelfand, Esquire
       8100 Boone Boulevard, Suite 700
       Vienna, VA  22182-2642
       tel.:  (703) 790-8750
       fax:  (703) 448-1767
       mona.murphy@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of November, 2009, a copy of the foregoing Notice of Motions and Notice of Hearing was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same.

      /s/ Mona M. Murphy
Mona M. Murphy