## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

```
--------------------------------------------------------x
                                        :  Chapter 11
                                        :
In re:                                  :
                                        :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,      :
                                        :
            Debtors.                    :
                                        :
--------------------------------------------------------x
```

### ORDER APPROVING ADMISSION PRO HAC VICE OF MAX J. NEWMAN

This matter comes before the Court upon the Motion of William Daniel Sullivan, counsel for Pioneer Electronics, Inc. herein, requesting entry of an order approving the admission *pro hac vice* of Max J. Newman of the firm of Butzel Long, a professional corporation, Stoneridge West, 41000 Woodward, Bloomfield Hills, Michigan  48304, to represent the interests of Pioneer Electronics, Inc.  Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

**ORDERS**, that Max J. Newman, and hereby is, ADMITTED *pro hac* vice to practice before the Court in these proceedings.

Dated:  November ____, 2009

_____
Hon. Kevin R. Huennekens
United States Bankruptcy Judge


Entered: _____

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has

been served on all necessary parties.

_    /s/ William Daniel Sullivan____