IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------x
                                                         : **Chapter 11**
**In re:**                                               :
                                                         : **Case No. 08-35653 (KRH)**
**CIRCUIT CITY STORES, INC.,** *et al.,*                 :
                                                         :
         **Debtors.**                                    :
                                                         :
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Max Newman, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion for Leave of Court to Attend Hearing by Telephone filed by Pioneer Electronics, Inc. is GRANTED and Max Newman is permitted to appear and be heard by telephone at the hearing on November 12, 2009 on behalf of Pioneer Electronics (USA), Inc.

_____
Hon. Kevin R. Huennekens
United States Bankruptcy Judge

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been served on all necessary parties.

      /s/ William Daniel Sullivan