```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM LLP                            One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
            Debtors.           : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 12, 2009 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on November 12, 2009 beginning at 10:00 a.m. Eastern.

1

**I.   UNCONTESTED MATTERS**

1.  Hewlett-Packard Company's Motion for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Local Bankruptcy Rule 9013-1(N) for an Order Setting an Expedited Hearing (Docket No. 5567)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 5570)

    Objection Deadline:    November 10, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

2.  Motion Of Hewlett-Packard Company To File Certain Documents Under Seal (Docket No. 5564)

    Related Documents:

    a.   Hewlett-Packard Company's Motion for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Local Bankruptcy Rule 9013-1(N) for an Order Setting an Expedited Hearing (Docket No. 5567)

    b.   Notice of Motion and Hearing (Docket No. 5570)

    Objection Deadline:    November 4, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

**II.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD**

3.   Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5211)

Related Documents:

a.   Debtors' Omnibus Reply in Support of Forty-Eighth and Fiftieth Omnibus Objections to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5619)

Objection Deadline:   November 4, 2009 at 4:00 p.m.

Objections/Responses Filed:

a.   Response of Actiontec Electronics Inc. to Debtors' Forty-Eighth Omnibus Objection to Claims (Docket No. 5382)

b.   Averatec/Trigem USA Response to Debtors' Forty-Eight Omnibus Objection to Claims (Docket No. 5415)

c.   Response of Lenovo USA, on behalf of Hain Capital Holdings, LLC to the Debtors' Forty-Eighth Omnibus Objection to Claims (Docket No. 5423)

Related Document:

1.   Affidavit of Duke Manfredi in Support of Response of Lenovo USA, on behalf of Hain Capital Holdings, LLC to the Debtors' Forty-

3

        Eighth Omnibus Objection to Claims (Docket No. 5425)

    d.    Conditional Objection of Tivo Inc. to Debtors' Forty Eighth Omnibus Objection to Claims (Docket No. 5426)

    e.    Response of Alliance Entertainment LLC, Now Known As Source Interlink Distribution, LLC and Source Interlink Media, LLC to Debtors' Forty-Eighth, Forty-Ninth And Fiftieth Omnibus Objections to Claims (Docket No. 5481)

    f.    Omnibus Response of Vonwin Capital Management, L.P. to Debtors' Forty-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections to Claims (Docket No. 5509)

    g.    Thomson Inc.'s Response Regarding Debtors' Forty-Eighth Omnibus Objection to Claims (Docket No. 5518)

    h.    Response of Imagination Entertainment to Debtors' Forty-Eighth Omnibus Objection to Claims (Docket No. 5533)

    i.    Response of Cohesion Products, Inc. to Debtors' Forty-Eighth Omnibus Objection to Claims (Docket No. 5534)

    j.    Response of United States Debt Recovery, LLC to Debtor's Forty-Eight Omnibus Objection to Claims (Docket No. 5536)

    k.    Salamander Designs Response to Debtor's Forty-Eighth Objection to Claims (Docket No. 5558)

Status:    This matter is going forward.

4.    Debtors' Forty-Ninth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5212)

4

```
     Related
     Documents:

     a.   Debtors' Omnibus Reply in Support of Forty-Ninth
          Omnibus Objection to Certain Administrative
          Expenses and 503(b)(9) Claims and Motion for (I)
          Authority to Setoff Against Such Expenses and
          Claims and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 5620)

     Objection
     Deadline:      November 4, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Response of Alliance Entertainment LLC, Now Known
          as Source Interlink Distribution, LLC and Source
          Interlink Media, LLC to Debtors' Forty-Eighth,
          Forty-Ninth and Fiftieth Omnibus Objections to
          Claims (Docket No. 5481)

     b.   Response of Stillwater Designs and Audio Inc., to
          Debtors' Forty-Ninth Omnibus Objection to Claims
          (Docket No. 5493)

     c.   Omnibus Response of Vonwin Capital Management,
          L.P. to Debtors' Forty-Eighth, Forty-Ninth,
          Fiftieth and Fifty-First Omnibus Objections to
          Claims (Docket No. 5509)

     d.   Response of Korea Export Insurance Company, On
          Corp. USA, Inc. and On Corp. Regarding Debtors'
          Forty-Ninth Omnibus Objection to Claims (Docket
          No. 5512)

     e.   Response of Hewlett-Packard Company to Debtors'
          Forty-Ninth Omnibus Objection to Claims (Docket
          No. 5563)

     Status:        This matter is going forward.

5.   Debtors' Fiftieth Omnibus Objection to Certain
```

5

Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

Related Documents:

a.  Debtors' Omnibus Reply in Support of Forty-Eighth and Fiftieth Omnibus Objections to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5619)

Objection Deadline:    November 4, 2009 at 4:00 p.m.

Objections/Responses Filed:

a.  Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5474)

b.  Response of Audiovox Corporation to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5476)

c.  Response of Alliance Entertainment LLC, Now Known as Source Interlink Distribution, LLC and Source Interlink Media, LLC to Debtors' Forty-Eighth, Forty-Ninth and Fiftieth Omnibus Objections to Claims (Docket No. 5481)

d.  Response of Sima Products Corp. to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5485)

e.  Response of Nyko Technologies, Inc. to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5494)

    f.    Response of SouthPeak Interactive, LLC to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5501)

    g.    Omnibus Response of Vonwin Capital Management, L.P. to Debtors' Forty-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections to Claims (Docket No. 5509)

    h.    Response of Hauppage Computer Works, Inc. to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5531)

    Related Documents:

    1.    Exhibit to Response of Hauppage Computer Works, Inc. to Debtors' Fiftieth Omnibus Objection to Claims (Docket No. 5532)

    i.    Informal Response of Fujitsu Ten to Debtors' Fiftieth Omnibus Objection to Claims

Status:    This matter is going forward.

6.    Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5214)

    Related Documents:

    a.    Debtors' Brief In Support Of Debtors' (I) Fifty-First Omnibus Objection To Certain 503(b)(9) Claims And (II) Motion For A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 5215)

7

b.  Debtors' Omnibus Reply in Support Of (I) Fifty-First Omnibus Objection To Certain 503(b)(9) Claims And (II) Motion For A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 5621)

Objection
Deadline:     November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.  Response of Namsung America Inc. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5411)

b.  PNY Technologies, Inc.'s Response to Debtors Fifty-First Omnibus Objection to Claims (Docket No. 5416)

c.  Response of Onkyo USA Corporation in Opposition to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5447)

d.  Mitsubishi Digital Electronics America, Inc.'s Response to Debtor's Fifty-First Omnibus Objection to Claims (Docket No. 5454)

e.  Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5470)

f.  Response of Longacre Opportunity Fund, L.P. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5472)

g.  Envision Peripherals, Inc.'s Memorandum of Law in Opposition to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5475)

h.  Response and Joinder of JVC Americas Corp. and JVC Company of America to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5479)

    I    Metra Electronics Corporation's Opposition to Debtor's Fifty-First Omnibus Objection to Claims (Docket No. 5487)

    j.    Response of Sima Products Corp. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5491)

    k.    Joint Response of THQ, Inc. and Apex Digital, Inc. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5497)

    l.    Tamrac, Inc.'s Opposition to Debtor's Fifty-First Omnibus Objection (Docket No. 5498)

    m.    Response of Nyko Technologies, Inc. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5499)

    n.    Response of SouthPeak Interactive, LLC to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5502)

    o.    Bush Industries Inc.'s Response and Joinder Regarding Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5505)

    p.    Joinder of Vonage Marketing LLC to the Responses Filed by SouthPeak Interactive, LLC and Nyko Technologies, Inc to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5506)

    q.    Omnibus Response of Vonwin Capital Management, L.P. to Debtors' Forty-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections (Docket No. 5509)

    r.    Response in Opposition of BISSELL Homecare, Inc. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5511)

    s.    Cokem International, Inc.'s Response to the Debtor's Fifty-First Omnibus Objection (Docket No. 5515)

  t. Response of Olympus Corporation and Olympus Imaging America, Inc. to Debtors' (I) Fifty-First Omnibus Objection to Claims (Docket No. 5529)

  u. Response of Hauppage Computer Works, Inc. to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5530)

  v. Response of United States Debt Recovery, LLC to Debtor's Fifty-First Omnibus Objection to Claims (Docket No. 5535)

  w. Response and Objection of Midland Radio Corporation to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5537)

  x. Response and Objection of Bethesda Softworks LLC to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5539)

  y. Response of TeleDynamics LLP in Opposition to Debtors' Fifty-First Omnibus Objection to Claims (Docket No. 5610)

 Status: This matter is going forward.

7. Debtors' Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5216)

 Related Documents:

  a. Debtors' Brief In Support Of Debtors' (I) Fifty-Second Omnibus Objection To Certain 503(b)(9) Claims And (II) Motion For A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 5217)

  b. Debtors' Omnibus Reply in Support of (I) Fifty-Second Omnibus Objection To Certain 503(b)(9) Claims And (II) Motion For A Waiver Of The Requirement That The First Hearing On Any Response

10

```
            Proceed As A Status Conference (Docket No. 5622)

Objection
Deadline:       November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:
```

a. Response of Paramount Home Entertainment Inc. to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5434)

b. Response of SanDisk Corporation to Debtors' (I) Fifty-Second Omnibus Objection to Claims (Docket No. 5449)

c. Pioneer Electronics' Response to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5464)

d. LG Electronics USA, Inc.'s Memorandum of Law in Opposition to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5489)

e. Response of Toshiba America Consumer Products, L.L.C. to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5495)

f. Response of Samsung Electronics America, Inc. to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5496)

   1. Samsung Electronics America, Inc.'s Memorandum of Law in Opposition to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5500)

g. Twentieth Century Fox Home Entertainment LLC's Response in Opposition to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5504)

h. Response of Take Two Interactive Software, Inc. to Debtors' Fifty-Second Omnibus Objection to Claims (Docket No. 5583)

Status:         This matter is going forward.

Dated: November 10, 2009         SKADDEN, ARPS, SLATE, MEAGHER &
     Richmond, Virginia            FLOM LLP
                                         Gregg M. Galardi, Esq.
                                         Ian S. Fredericks, Esq.
                                         P.O. Box 636
                                         Wilmington, Delaware 19899-0636
                                         (302) 651-3000

                                                       - and -

                                         SKADDEN, ARPS, SLATE, MEAGHER &
                                             FLOM LLP
                                         Chris L. Dickerson, Esq.
                                         155 N. Wacker Drive, Suite 2700
                                         Chicago, Illinois 60606-2700
                                         (312) 407-0700

                                                       - and -

                                         MCGUIREWOODS LLP


                                         /s/ Douglas M. Foley          .
                                         Dion W. Hayes (VSB No. 34304)
                                         Douglas M. Foley (VSB No. 34364)
                                         One James Center
                                         901 E. Cary Street
                                         Richmond, Virginia 23219
                                         (804) 775-1000

                                         Counsel for Debtors and Debtors
                                         in Possession


\10158353