**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: <br><br> Circuit City Stores, Inc. *et. al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-35653-KRH <br><br> Jointly Administered |

**WITHDRAWAL OF RESPONSE OF TKG COFFEE TREE, L.P. TO DEBTORS'
TENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS**

TKG Coffee Tree, L.P. ("TKG") hereby withdraws its response to Debtors' Tenth Omnibus Objection to Certain Duplicative Claims (the "Objection").

Dated: November 11, 2009      **TKG COFFEE TREE L.P.**


                              **By:**    */s/ Ann K. Crenshaw*


Paul K. Campsen, Esq. (VSB No. 18133)      Eugene Chang, Esq.
Ann K. Crenshaw, Esq. (VSB No. 19538)      CSB No. 209568
Kaufman & Canoles, a Professional Corporation      Stein & Lubin, LLP
150 West Main Street (23510)      600 Montgomery Street
Post Office Box 3037      14th Floor
Norfolk, VA 23514      San Francisco, CA 94111
Tele: (757) 624-3000      Tele: (415) 981-0550
Fax: (757) 624-3169       Fax: (415) 981- 4343

*Co-Counsel for TKG Coffee Tree, L.P.*

Ann K. Crenshaw, Esq.
  VSB No. 19538
Paul K Campsen, Esq.
  VSB No. 18133
Kaufman & Canoles, a Professional Corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax:  (757) 624-3169

Eugene Chang, Esq.
  CSB No. 209568
Stein & Lubin, LLP
600 Montgomery Street
14th Floor
San Francisco, CA 94111
Tele:  (415) 981-0550
Fax:  (415) 981-4343

*Co-Counsel for TKG Coffee Tree, L.P.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Withdrawal of Response of TKG Coffee Tree, L.P. to Debtors' Tenth Omnibus Objection to Certain Duplicative Claims was sent on this 11th day of November, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

                                                     */s/ Ann K. Crenshaw*

::ODMA\PCDOCS\DOCSVB\8344743\1