DUANE MORRIS LLP
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
(202) 776-7817

DUANE MORRIS LLP
Junghye June Yeum, Esq.
William C. Heuer, Esq.
1540 Broadway
New York, New York 10036
212-692-1070
*Counsel for Korea Export Insurance Company*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.** | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

## AMENDED VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 BY DUANE MORRIS LLP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP ("Duane Morris") hereby submits this Verified Statement and represents as follows:

1. On or about November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Duane Morris has previously filed a Verified Statement Pursuant to Rule 2019 on January 8, 2009, listing several individual clients.

3. Duane Morris currently represents the following individual clients (the "Clients") in the above-captioned bankruptcy cases:

      a.    Principal Life Insurance Company and/or certain of its affiliates ("Principal")
711 High Street
Des Moines, IA 50392-0100

      b.    Audiovox Corporation ("Audiovox")
150 Marcus Blvd.
Hauppage, NY 11788

      c.    EEG, Inc. ("EEG")
396 Pottsville – St. Clair Highway
Pottsville, PA 17901-3859

      d.    Checkpoint Systems, Inc. ("Checkpoint")
101 Wolf Drive
Thorofare, NJ 08086

      e.    Korea Export Insurance Corporation ("KEIC")
460 Park Avenue
New York, NY 10022

4. The claims and/or interests of Principal arise out of (i) landlord assignments of leases and rents in favor of Principal for certain non-residential real properties leased by the Debtors, and (ii) amounts due and owing to Principal under certain leases of non-residential real properties by the Debtors.

5. The claims and/or interests of Audiovox arise out of certain goods provided to certain of the Debtors by Audiovox.

6. The claims and/or interests of EEG arise out of a lease between EEG and one of the Debtors.

7. The claims and/or interests of Checkpoint arise out of certain agreements for the sale of goods and rendering of services between certain of the Debtors and Checkpoint.

8. The claims of KEIC arise out of its relationship as an insurer of various entities that have direct claims against certain of the Debtors.

9. Each of the Clients has requested that Duane Morris LLP represent them in these cases.

10. Duane Morris does not hold any claim against, or own any interest in, the Debtors nor has it at any time held any such claim or owned any such interest.

11. To the extent necessary or required, Duane Morris reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

I, Denyse Sabagh, declare under penalty of perjury that I am an attorney at Duane Morris LLP and that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 11, 2009

Respectfully submitted,

DUANE MORRIS LLP

 /s/ Denyse Sabagh
Denyse Sabagh, Esquire
Va. I.D. No. 17003
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: 202-776-7800
Facsimile: 202-776-7800
DSabagh@duanemorris.com

Junghye June Yeum, Esq.
William C. Heuer, Esq.
1540 Broadway
New York, New York 10036
212-692-1070

*Counsel for Korea Export Insurance Company*

DM3\1203677.1

3

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of November, 2009, a true and accurate copy of the foregoing Amended Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 By Duane Morris LLP was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached service list.

        /s/ Onika McLean

        DUANE MORRIS
        1540 Broadway
        New York, New York 10036
        212-692-1070

# SERVICE LIST

**Counsel for Debtors:**

Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL  60606

**Counsel for United States Trustee:**

Robert B. Van Arsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for Official Committee of Unsecured Creditors:**

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

John M. Brom, Esquire
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Ste. 1600
Chicago, IL 60604-2827

John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017