**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC.., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**MARICOPA COUNTY TREASURER'S OBJECTION TO FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**
**[Dkt. #5124]**

Maricopa County Treasurer ("Maricopa County") a secured tax lien creditor, by and through counsel, Rand L. Gelber, hereby objects to Debtors' First Amended Joint Plan of Liquidation of Circuit City Stores, Inc., ("First Amended Joint Plan") and states as follows:

**PRELIMINARY STATEMENT**

1. Maricopa County's tax claim is secured under A.R.S. § 42-17153. Maricopa County's lien attached to Debtors' personal property located in Maricopa County, Arizona.

2. A.R.S. § 42-17153 makes Maricopa County's secured lien "prior and superior to all other liens and encumbrances on the property."

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Company, LLC (5170), CC Aviation, LLC (0841), DD Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a/), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

MCW:tmk 1123474.1 11/4/2009

3. Maricopa County's secured tax claim bears interest at the statutory rate of 16% per annum under 11 U.S.C. § 511 and A.R.S. § 42-18053.

4. Under A.R.S. § 42-19107, "It is unlawful for the owner, a lienholder, a conditional vendor or any other person to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid."

5. Maricopa County filed its Proof of Claim No. 1860 on December 22, 2008 for joint debtor Circuit City Stores West Coast, Inc. in the amount of $29,685.36 for secured unpaid pre-petition personal property taxes owing for tax year 2008.

6. Maricopa County's secured tax claim has continued to accrue interest at the statutory rate of 16% per annum and the current balance due through November 30, 2009 is $32,455.72. The personal property parcels and interest accrual are more specifically itemized follows:

| Parcel No. | Tax Year | Assessed Tax | Taxes Paid | Accrued Interest | Total Due Through 11/30/09 |
|---|---|---|---|---|---|
| 924-07-423<br>Store #437<br>8929 E. Indian Bend Rd., Scottsdale, AZ | 2008 | $ 549.32 | 274.66 | 25.63 | 300.09 |
| 924-24-031<br>Store #435<br>9801 Metro Parkway E. Phoenix, AZ | 2008 | 1,387.20 | 693.60 | 64.73 | 758.33 |
| 925-29-945<br>Store #436<br>1530 W. Southern Ave. Mesa, AZ | 2008 | 972.88 | 486.44 | 45.40 | 531.84 |
| 925-31-012<br>Store #441<br>10140 W. McDowell Rd. Avondale, AZ | 2008 | 8,333.58 | 4,166.79 | 388.89 | 4,555.68 |
| 936-27-154<br>Store #3337<br>1515 S. Power Rd. Mesa, AZ | 2008 | 2,308.48 | 1,154.24 | 107.73 | 1,261.97 |
| 938-33-152<br>Store #3362<br>7645 W. Bell Rd. Peoria, AZ | 2008 | 3,200.84 | 1,600.42 | 149.37 | 1,749.79 |
| 948-01-897<br>Store #3330 | 2008 | 6,583.22 | 3,291.61 | 307.21 | 3,598.82 |

| Parcel No. | Tax Year | Assessed Tax | Taxes Paid | Accrued Interest | Total Due Through 11/30/09 |
|---|---|---|---|---|---|
| 3456 W. Chandler Blvd. Chandler, AZ | | | | | |
| 948-54-012 Store #3341 7000 E. Mayo Blv. Phoenix, AZ | 2008 | 7,331.46 | 3,665.73 | 342.13 | 4,007.86 |
| 948-62-613 Store #3426 1670 E. Camelback Rd. Phoenix, AZ | 2008 | 7,853.92 | 3,926.96 | 366.51 | 4,293.47 |
| 949-83-136 Store #3558 2501 W. Happy Valley Rd. Phoenix, AZ | 2008 | 9,113.26 | 4,556.63 | 425.27 | 4,981.90 |
| 949-90-865 Store #3580 2817 S. Market Gilbert, AZ | 2008 | 7,066.66 | 3,533.33 | 329.77 | 3,863.10 |
| 990-97-654 Store #3760 15433 W. McDowell Goodyear, AZ | 2008 | 4,669.90 | 2,334.95 | 217.92 | 2,552.87 |
| **TOTAL** | | **$59,370.72** | 29.685.36 | 2,770.56 | $ 32,455.72 |

## OBJECTION

7. Maricopa County objects to the First Amended Joint Plan as it is unclear whether its claim will be treated as a miscellaneous secured claim (Class 2) or whether it will be treated as priority tax claim.

8. The First Amended Joint Plan fails to provide for interest on Maricopa County's secured claims. As noted above, Maricopa County must be paid 16% per annum on its priming tax lien. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

9. Maricopa County requests that the following replace the treatment proposed by Debtors:

> The pre-petition secured tax claim of Maricopa County that is currently due and owing will be paid in full on the Effective Date, together with accrued and accruing post-petition interest at the statutory rate of 16% per annum (the "Statutory Rate"). To the extent the tax claim is not paid in full on the Effective Date, Debtor shall make regular

MCW:tmk 1123474.1 11/4/2009

3

        installment payments in accordance with 11 U.S.C. § 1129(a)(9)(D), over a period no longer than five years commencing with the petition date with interest paid at the Statutory Rate until the claim is paid in full.

Based on the foregoing, Maricopa County respectfully requests that the Court deny confirmation of the First Amended Joint Plan of Circuit City Stores, Inc., *et al* and that it be amended to provide that Maricopa County's secured claim, currently due in the amount of $32,455.72, be (1) paid in full with accrued and accruing interest on the Effective Date or (2) paid in installments over a period no longer than five years from the petition date along with post-petition accruing interest at the statutory rate of 16% per annum.

        MARICOPA COUNTY TREASURER

        By Counsel

        By */s/ Rand L. Gelber*
            Rand L. Gelber, VSB No. 23991
            Law Office of Rand L. Gelber
            8000 Towers Crescent Dr., Suite 1350
            Vienna, Virginia 22182
            Telephone No. (703) 356-0519
            Facsimile No. (301)251-0848
            Email: rgelbermd@aol.com
            Local Counsel for *Maricopa County Treasurer*

        GUST ROSENFELD P.L.C.

        By*/s/ Madeleine C. Wanslee #012590*
            Madeleine C. Wanslee
            Arizona State Bar No. 012590
            201 E. Washington St., Ste. 800
            Phoenix, AZ  85004-2327
            Telephone No. 602.257.7430
            Facsimile No. 602.340.1538
            Email: mwanslee@gustlaw.com

MCW:tmk  1123474.1  11/4/2009

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 11th day of November, 2009, the foregoing was served on all the parties – See below

by regular first class mail and/or through the Court's ECF system on the Core Group Service List attached hereto as Exhibit A and through the Court's ECF System on all of the parties on the Rule 2002 List attached hereto as Exhibit B.

**The Debtors**
If by first-class mail:
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695
(Attn: Michelle Mosier)

**Counsel For The Debtors**
If by first-class mail:
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(Attn: Gregg M. Galardi and Ian S. Fredericks)

And

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson and Jessica S. Kumar)

And

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley and Sarah B. Boehm)

**Counsel For The Creditors' Committee**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

And

MCW:tmk 1123474.1 11/4/2009

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

And

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

**The United States Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)

And

Honorable Kevin Huennekens
United States Bankruptcy Judge
United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219-1888

/s/ Rand L. Gelber_____
Rand L. Gelber