Owen M. Sonik
Post Office Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR ARLINGTON ISD, ET AL.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

**MOTION OF W. JOEL CHARBONEAU FOR AN ORDER
AUTHORIZING OWEN M. SONIK TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

W. Joel Charboneau (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), hereby moves this Court to enter an order substantially in the form of the proposed order as Exhibit A, authorizing Owen M. Sonik of Perdue, Brandon, Fielder, Collins & Mott, L.L.P. to appear *pro hac vice* before this Court to represent Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, McAllen ISD, Midland

Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1 (the "Tax Authorities"), secured creditors pursuant to ad valorem taxes in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Owen M. Sonik is admitted, practicing, and in good standing as a member of the bar of the State of Texas and the United States District Court for the <u>Southern</u> District of Texas. Mr. Sonik has been practicing law since 1984. There are no disciplinary proceedings pending against him.

### WAIVER OF MEMORANDUM OF LAW

2. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

### NO PRIOR REQUEST

3. No prior request for the relief sough herein has been made to this Court in these bankruptcy cases or to any other court.

4. I, W. Joel Charboneau, am a member of this bar and I, or another attorney in my firm that is a member of the bar of this Court, will appear with Mr. Sonik at all hearings he attends.

**WHEREFORE**, W. Joel Charboneau, respectfully requests that this Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, (i) authorizing Owen M. Sonik to appear *pro hac vice* in association with the Movant as attorney for the Tax Authorities in connection with the above-captioned chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: November 11, 2009          Respectfully submitted,

/s/ W. Joel Charboneau
W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Fax: 540-343-9898

## CERTIFICATE OF SERVICE

I certify that on November 11, 2008, I electronically filed the foregoing motion with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Arlington ISD et al\Objection to Plan\Pro Hac Vice Motion Sonik.doc

3

Yolanda Humphrey
Post Office Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
ebanda@pbfcm.com
yhumphrey@pbfcm.com

W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR ARLINGTON ISD, ET AL.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | |
| | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | | Jointly Administered |

**ORDER GRANTING MOTION OF W. JOEL CHARBONEAU FOR AN ORDER AUTHORIZING OWEN M. SONIK TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)**

The matter before the Court is the Motion of W. Joel Charboneau For an Order Authorizing Owen M. Sonik to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. It is accordingly

ORDERED


EXHIBIT A

that the Motion is GRANTED and Owen M. Sonik shall be and is permitted to appear *pro hac vice* as counsel for the Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1 in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800

### CERTIFICATE OF SERVICE

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 11TH day of November, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ A. Carter Magee, Jr.

Serve:
All parties that have filed notices of appearance in this case by electronic mail.
U:\A CLIENTS\Arlington ISD, et al. 9298\Arlington ISD et al\Objection to Plan\Pro Hac Vice Order Sonik.doc