UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No. 08-35653-KRH |
| | ) Jointly Administered |
| Debtors. | ) Chapter 11 |
| | ) |

## AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Amended Verified Statement of his multiple representations in this case to amend the Verified Statement filed by Russell R. Johnson III on November 24, 2008 [Docket No. 334]:

1. The names and addresses of the creditors represented by Russell R. Johnson III are as follows:

Russell R. Johnson III
V.S.B. No. 31468
John M. Craig
V.S.B. No. 32977
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
(804) 749-8861 Telephone
(804) 749-8862 Facsimile
*Counsel for American Electric Power, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Dominion East Ohio, Dominion Peoples, Dominion Hope, The Detroit Edison Company, Michigan Consolidated Gas Company, Duke Energy Carolinas, LLC, Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Connecticut Natural Gas Company, Southern Connecticut Gas Company, Commonwealth Edison Company, PECO Energy Company, The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Metropolitan Edison Company, Pennsylvania Electric Company, Toledo Edison Company, Connecticut Light and Power Company, Yankee Gas Services Company, Western Massachusetts Electric, Public Service Company of New Hampshire, Piedmont Natural Gas, Carolina Power & Light Company d/b/a Progress Energy Carolinas, Florida Power Corporation d/b/a Progress Energy Florida, Public Service Electric And Gas Company, Salt River Project, Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, Long Island Lighting Company d/b/a LIPA, Central Georgia Electric Membership Corporation , New York State Electric and Gas Corporation, Southern California Edison Company, Jackson EMC, and Southwest Gas Corporation and Averatec/Trigem USA, Inc.*

A.  American Electric Power
    Attn: Gregory Holland
    40 Franklin Road
    P.O. Box 2021
    Roanoke, VA 24022-2121

B.  Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., and Duke Energy Ohio, Inc.
    Attn: Tanya A. Schweitzer
    Duke Energy Shared Services, Inc.
    139 East Fourth Street
    Room 25, Atrium II
    P.O. Box 960
    Cincinnati, OH 45201-0960

C.  Duke Energy Carolinas, LLC
    Attn: Yvonne Crenshaw
    Duke Energy Corporation
    Office of General Counsel
    526 South Church Street – EC03T
    Charlotte, NC 28202

D.  Virginia Electric and Power Company d/b/a Dominion Virginia Power, Dominion East Ohio, Dominion Peoples, and Dominion Hope
    Attn: Sherry Ward
    701 East Cary Street
    P.O. Box 26666
    Richmond, VA 23261-6666

E.  Consolidated Edison Company of New York, Inc., and Orange and Rockland Utilities
    Attn: Leon Z. Mener, Esq.
    4 Irving Place – Room 1875S
    New York, NY 10003

F.  The Connecticut Light and Power Company, Western Massachusetts Electric Company, Yankee Gas Services Company, and Public Service Company of New Hampshire
    Attn: Honor S. Heath, Esq.
    Northeast Utilities Service Company
    107 Selden Street
    Berlin, CT 06037

G. Carolina Power & Light Company d/b/a Progress Energy
Carolinas, and Florida Power Corporation d/b/a Progress Energy
Florida
Attn: Elaine A. McCallister
160 Rush St. WWI
Raleigh, NC 27603

H. The Detroit Edison Company, and Michigan Consolidated Gas
Company
Attn: Michael T. Wood, Esq.
DTE Energy Company
2000 Second Avenue
Suite 688 WCB
Detroit, Michigan 48226

I. PECO Energy Company, and Commonwealth Edison Company
Attn: Lynn Zack, Esq.
Exelon Corporation
2301 Market Street, S23-1
Philadelphia, PA 19103

J. The Cleveland Electric Illuminating Company, Jersey Central
Power & Light Company, Metropolitan Edison Company, Ohio
Edison Company, Pennsylvania Electric Company, and Toledo
Edison Company
Attn: Christine Weber, Esq.
FirstEnergy Corp.
76 S. Main St., A-GO-15
Akron, OH 44308

K. Piedmont Natural Gas Company
Attn: Judy Conrad
4339 S. Tryon Street
Charlotte, NC 28217-1733

L. Public Service Electric And Gas Company
Attn: Suzanne Klar, Esq.
80 Park Plaza, T5D
Newark, NJ 07102-0570

M.    Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, and Long Island Lighting Company d/b/a LIPA
Attn: Christopher Aronson, Esq.
Senior Counsel
National Grid
201 Jones Road
Waltham, MA 02451

N.    Central Georgia Electric Membership Corporation
Attn: Herschel Arant, Vice President of Engineering
923 S. Mulberry Street
Jackson, Georgia 30233

O.    Jackson EMC
Attn: Steven T. Yeatts, Director General Accounting
P.O. Box 38
850 Commerce Highway
Jefferson, Georgia 30549

P.    Southern Connecticut Gas Company, and Connecticut Natural Gas
Attn: Janet L. Janczewski, Esq.
Senior Corporate Counsel and Secretary
60 Marsh Hill Road
Orange, CT 06477

Q.    Southern California Edison Company
Attn: Douglas DiTonto
2244 Walnut Grove Ave., Suite 331
Rosemead, CA 91770

R.    Salt River Project
Attn: Diana Greer
Business Analyst
P.O. Box 52025
Phoenix, AZ 85072

S.    Southwest Gas Corporation
Attn: Sandra K. Carolina, Esq.
Senior Counsel
5241 Spring Mountain Road
Las Vegas, NV 89150-0002

    T.    Averatec/Trigem USA, Inc.
          Attn: Tae-Hyun Cho
          1231 Dyer Road
          Suite 150
          Santa Anna, CA 92075

2.    The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a)    American Electric Power, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Dominion East Ohio, Dominion Peoples, Dominion Hope, The Detroit Edison Company, Michigan Consolidated Gas Company, Duke Energy Carolinas, LLC, Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Connecticut Natural Gas Company, Southern Connecticut Gas Company, Commonwealth Edison Company, PECO Energy Company, The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Metropolitan Edison Company, Pennsylvania Electric Company, Toledo Edison Company, Connecticut Light and Power Company, Yankee Gas Services Company, Western Massachusetts Electric, Public Service Company of New Hampshire, Piedmont Natural Gas, Carolina Power & Light Company d/b/a Progress Energy Carolinas, Florida Power Corporation d/b/a Progress Energy Florida, Public Service Electric And Gas Company, Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, Long Island Lighting Company d/b/a LIPA, Central Georgia Electric Membership Corporation, Jackson EMC and Southwest Gas Corporation have unsecured

claims against one or more of the above-referenced Debtors arising from prepetition utility usage, all of which are set forth in more detail in prior pleadings filed with this Court.

(b)   Virginia Electric and Power Company d/b/a Dominion Virginia Power, New York State Electric and Gas Corporation, and Salt River Project hold prepetition surety bonds that secure all of the debt owed by the Debtors arising from prepetition utility usage.

(c)   Southern California Edison Company holds a prepetition letter of credit that secures all of the debt owed by the Debtors arising from prepetition utility usage.

(d)   Averatec/Trigem USA, Inc. has an unsecured and Section 503(b)(9) against the Debtors which is set forth in more detail in pleadings filed with this Court.

3.   Russell R. Johnson III was retained to represent the foregoing creditors in November 2008 and July 2009.

RUSSELL R. JOHNSON III

By: _____
Russell R. Johnson III

Russell R. Johnson III appeared before me this 12th day of November 2009, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

_____

My commission expires: Oct 31, 2011

6

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009, I caused a true copy of the foregoing *Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure* to be served electronically or by first-class mail, postage prepaid, upon the persons listed below as well as upon the parties receiving notice via the Court's ECF system:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
*Counsel For Debtors*

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel For Debtors*

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee Counsel*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Creditor Committee Counsel*

/s/ John M. Craig
John M. Craig