**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND AMENDED VERIFIED STATEMENT OF LECLAIRRYAN,**
**A PROFESSIONAL CORPORATION, PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, LeClairRyan, A Professional Corporation ("LeClairRyan") hereby discloses the following:

1.  LeClairRyan is counsel to the following claimants (collectively, the "Claimants") in the above-referenced bankruptcy cases:

    a. Bank of America, as Agent

    b. Cardinal Capital Partners, Inc.

    c. Benenson Capital Company

    d. Brandywine Grande C, L.P.

    e. CC Kingsport 98, LLC

    f. The Balogh Companies

    g. Westfield, LLC

    h. CK Richmond Business Services #2, LLC

    i. Schimenti Construction Company, LLC

---

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

    j. FM Facility Maintenance f/k/a IPT, LLC

    k. Cisco-Linksys, LLC

    l. Eastern Security Corp.

    m. Plantronics, Inc.

    n. Seagate Technology, LLC

    o. Sirius XM Radio, Inc.

    p. Olympus Corporation

    q. Olympus Imaging America, Inc.

    r. Take Two Interactive Software, Inc.

  2. Each of the Claimants holds a claim against the above-captioned debtor (the "Debtor").

  3. LeClairRyan has no claims against or interests in the Debtors.

I, Christopher Perkins, Esq. declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 12, 2009
Richmond, Virginia

            LeClairRyan, A Professional Corporation

            By: /s/ Christopher L. Perkins
              Counsel

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23218-2499
Phone: (804) 783-2003
Fax: (804) 783-7686
Christopher.perkins@leclairryan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

/s/ Christopher L. Perkins