# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| et al., ) | Case No. 08-35653-KRH |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

William C. Crenshaw, counsel to Prince George's Station Retail, LLC, hereby gives notice of his change of law firm address. His new contact information is as follows:

> William C. Crenshaw
> AKERMAN SENTERFITT LLP
> 750 9th Street NW, Suite 750
> Washington, DC 20001
> Direct: (202) 824-1716
> Email: bill.crenshaw@akerman.com

Dated: November 12, 2009
Washington, DC

> /s/ William C. Crenshaw
> William C. Crenshaw
> AKERMAN SENTERFITT LLP
> 750 9th Street NW, Suite 750
> Washington, DC 20001
> Direct: (202) 824-1716
> Email: bill.crenshaw@akerman.com

{DC046366;1}

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| et al., ) | Case No. 08-35653-KRH |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, William Crenshaw, do hereby certify that, on this 11th day of November 2009, I caused a true and correct copy of the **NOTICE OF CHANGE OF LAW FIRM ADDRESS** to be served via first-class U.S. Mail to the parties set forth below:

**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

{DC046389;1}

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Dated: November 12, 2009
    Washington, DC

                                          /s/William C. Crenshaw
                                          WILLIAM C. CRENSHAW

{DC046389;1}