| United States Bankruptcy Court<br>For the Eastern District of Virginia | PROOF OF CLAIM<br>Chapter 11 |
|---|---|

| Name of Debtor: Circuit City Stores, Inc. | Case Number:<br>08-3-5653 KRH | No.<br>2431 |
|---|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Prince George's County, Maryland | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br>Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, Maryland 20737-1385<br>Telephone No. 301-699-5800 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☑ Check box if the address differs from the address on the envelope sent to you by the court. |

| Account or other number by which creditor identifies debtor:<br>16-3987575-10 | Check here if this claim: ☐ replaces ☐ amends a previously filed claim dated _____ |
|---|---|

**1. Basis of claim:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☑ Taxes
- ☐ Other (describe briefly) Fiscal Year 2009 Personal Property Taxes

COPY

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries and commissions (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____

**2. Date debt was incurred:**
Date of Finality: 1/1/2008
Due Date: 7/1/2008

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** _____ (unsecured)   $19,565.27 (secured)   _____ (priority)   $19,565.27 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☑ Other   Personal Property Taxes
Value of Collateral: Unknown
Amount of arrearage and other charges at time case filed included in secured claim, if any: $19,565.27

**6. Unsecured Nonpriority Claim**
☐ Check this box if: a) there is no collateral of lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**RECEIVED**
**APR 27 2009**
**KURTZMANCARSONCONSULTANTS**

| Date:<br>4/21/2009 | Sign and print the name and title, if any, of the creditor or person authorized to file this claim (attach copy of power of attorney, if any)<br>/s/M. Evan Meyers, Counsel for Prince George's County, Maryland |
|---|---|

Penalty for Presenting Fraudulent Claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.

EXHIBIT "A"

PROOF OF CLAIM BY
PRINCE GEORGE'S COUNTY, MARYLAND
FOR PERSONAL PROPERTY TAXES
IN THE BANKRUPTCY OF
CIRCUIT CITY STORES, INC.
CHAPTER 11    CASE NO. 08-3-5653 KRH

In regard to: Personal Property Tax Account Number 16-3987575-10

### ORDER IN WHICH PAYMENTS ARE TO BE APPLIED:

1) Pre-petition interest & penalty
2) Total base tax, plus post-petition interest

### PAYMENT CALCULATION:

| ITEM | AMOUNT | ANNUAL INTEREST RATE |
|---|---|---|
| Pre-petition interest & penalty | $0.00 | 0% |
|  |  |  |
| Total base tax | $19,565.27 | 8.00% |
|  | $19,565.27 |  |

EXHIBIT "A"

PROOF OF CLAIM BY
PRINCE GEORGE'S COUNTY, MARYLAND
FOR PERSONAL PROPERTY TAXES
IN THE BANKRUPTCY OF
CIRCUIT CITY STORES, INC.
CHAPTER 11    CASE NO. 08-3-5653 KRH

In regard to: Personal Property Tax Account Number 16-3987575-10

The fiscal year 2009 Personal Property Tax bill is based on an assessment made as of January 1, 2008, became due on July 1, 2008, and delinquent as of February 1, 2009. As to this account, claimant claims base tax in the amount of $19,565.27 as of the petition date, November 10, 2008. From February 1, 2009, interest accrues at the statutory rate of 8% per annum on the amount of $19,565.27 in the monthly amount of $130.44 per month until the tax is paid in full.

Tax Lien

The above-referenced taxes constitute a first lien on the property owned by the Debtor located in Prince George's County, Maryland pursuant to Sections 14-804 and 14-805 of the Tax Property Article of the Annotated Code of Maryland.

```
04/21/09 14:04:43            CORPORATION DETAIL INQUIRY              IQ003S03 V23
PG   1 OF   1 PID                                              DT/TM 08343 15:08:17
==>            FY 2009    ACCTNO 3987575      BTYPE 7   DS 16   OLDACCTNO      -
                                                    STATE ID F01227743  TWNCD 88
              BNAME CIRCUIT CITY        STORES, INC.
              BUS LOC
STATE              0 COUNTY       676180    TOWN/SN         0 TL/PP    1095960
INV# 001                    CNT      13496.55   CERTNO 000000    TICKNO 000013
TXCL   38   TWNCD/CL 88 00  STA          0.00
TRCD   09                   P&P       4716.36   LEN         0.00   LIENCD
TRDT   12 08 08             SAN        912.84
TRTM   15081                MUN          0.00
LEGIN                       WSTC        439.52  BATCHNO          DLQ DATE 02 09
LEGINF                      TOT TAX   19565.27  DATE PAID
RECV          0.00  RIP          0.00  TOT REC         0.00   MEMO
REFD          0.00  RFPD              CHCKNO          RFB#         DPY  N
                    TOT         19565.27                            STATUS 1
              MON   YR      INT/PEN        AMT DUE
              APR  2009       978.26       20543.53
              MAY  2009      1304.35       20869.62
USR116092 - LAST PAGE; NO MORE DATA
 PF3=FYR PF4=MN PF6=ORS PF7=BWD PF8=FWD PF10=PI PF14=BYR PF12=MM  MEMO=PF19
```