United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division

# PROOF OF CLAIM

Chapter 11

Name of Debtor: Circuit City Stores, Inc.

Case Number: 08-3-5653 KRH

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Charles County, Maryland

Name and address where notices should be sent:
Charles County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Telephone No. 301-699-5800

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
F01227743

Check here if this claim: ☐ replaces ☐ amends a previously filed claim dated

**1. Basis of claim:**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☑ Taxes
☐ Other (describe briefly) Fiscal Year 2009 Personal Property Taxes

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and commissions (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from ___________ to ___________

**2. Date debt was incurred:**

Date of Finality: 1/1/2008
Due Date: 7/1/2008

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| (unsecured) | (secured) | (priority) | (Total) |
|---|---|---|---|
| | $14,363.49 | | $14,363.49 |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☑ Other Personal Property Taxes

Value of Collateral: Unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $14,363.49

**6. Unsecured Nonpriority Claim**

☐ Check this box if: a) there is no collateral of lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 12/16/2008

Sign and print the name and title, if any, of the creditor or person authorized to file this claim (attach copy of power of attorney, if any)

/s/M. Evan Meyers, Counsel for Charles County, Maryland

RECEIVED
DEC 22 2008
KURTZMAN CARSON CONSULTANTS

COPY

Penalty for Presenting Fraudulent Claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.

EXHIBIT "A"

PROOF OF CLAIM BY
CHARLES COUNTY, MARYLAND
FOR PERSONAL PROPERTY TAX PROPERTY TAXES
IN THE BANKRUPTCY OF
CIRCUIT CITY STORES, INC.
CHAPTER 11 CASE NO. 08-3-5653 KRH

In regard to: Personal Property Tax Account Number F01227743

The fiscal year 2009 Personal Property Tax bill is based on an assessment made as of January 1, 2008, became due on July 1, 2008, and will become delinquent as of February 1, 2009. As to this account, claimant claims base tax in the amount of $14,363.49 as of the petition date, November 10, 2008. From February 1, 2009, interest accrues at the statutory rate of 12% per annum on the amount of $14,363.49 in the monthly amount of $143.63 per month until the tax is paid in full.

Tax Lien

The above-referenced taxes constitute a first lien on the property owned by the Debtor located in Charles County, Maryland pursuant to Sections 14-804 and 14-805 of the Tax Property Article of the Annotated Code of Maryland.



# CHARLES COUNTY
## MARYLAND

P.O. Box 2607, La Plata, MD 20646
301-645-0685 or 301-870-2249

2008-2009 Corporation

| BILL NUMBER | BILL DATE | LIBER | FOLIO | PROPERTY NUMBER |
|---|---|---|---|---|
| 085130068 | 12/04/2008 | | | F01227743 |

**Payment due upon receipt. No partial payments accepted. Failure to receive tax bill does not excuse payment of taxes, interest or penalty. IT IS THE TAXPAYER'S RESPONSIBILITY TO FORWARD THE TAX BILL TO THE LENDING INSTITUTION FOR PAYMENTS.**

CIRCUIT CITY STORES, INC.
ATTN: TAX DEPT
9954 MAYLAND DR DR3 6TH FLR
RICHMOND VA 23233-1463

COUNTY ASSESSMENT: 559,980
STATE ASSESSMENT:

| TYPE | RATE | AMOUNT |
|---|---|---|
| CNTY | 2.4050 | 13,467.52 |
| FIRE | .1600 | 895.97 |

**TOTAL TAXES IF PAID IN FULL** 14,363.49

**PAYMENT IN FULL**

PAYMENT AMOUNT SHOWN FOR MONTH OF PAYMENT

| MONTH | INTEREST | PAYMENT |
|---|---|---|

INTEREST & PENALTY OF 1% PER MONTH BEGINS 2/01/2009

| | |
|---|---|
| TAXES | 14,363.49 |
| INTEREST & PENALTY | .00 |
| SERVICE CHARGE | .00 |
| PAYMENT RECEIVED | .00 |
| TOTAL DUE W/SVC CHG | 14,363.49 |

CONSTANT YIELD TAX RATE
County Tax Rate = 1.026
CYTR = .941
County Rate exceeds CYTR by .090

**IMPORTANT: See notes on reverse side**

Make checks payable to:
Jerome E. Peuler, Jr.
Charles County Treasurer
P.O. Box 2607
La Plata, MD 20646-2607

Phone: 301-645-0685 or 301-645-0686 or 301-870-2249
Maryland Relay Service
TDD# 1-800-735-2258 or 7-1-1
www.charlescounty.org
E-mail: Treasurer@charlescounty.org

INTEREST AND PENALTY OF 1% PER MONTH BEGINS ON THE APPROPRIATE DELINQUENT DATE.

## SEMIANNUAL PAYMENT SCHEDULE

This bill is for personal property. The semiannual payment schedule is not applicable for this type of property tax bill.

Semiannual payment schedule is only applicable for Full Year Real Property designated Principal Residence.

1st Semiannual Payment must be received by September 30. If the 1st semiannual payment is late, this payment schedule is no longer available.

2nd Semiannual Payment includes the State and County service charges. Interest on the 2nd Semiannual Payment amount will accrue after December 31.

## 2nd SEMIANNUAL PAYMENT



# CHARLES COUNTY
## MARYLAND

P.O. Box 2607, La Plata, MD 20646

2008-2009 Corporation

| BILL NUMBER | BILL DATE | DELINQUENT DATE | PROPERTY NUMBER |
|---|---|---|---|
| 085130068 | 12/04/2008 | 2/01/2009 | F01227743 |

Please indicate any change in mailing address below

CIRCUIT CITY STORES, INC.
ATTN: TAX DEPT
9954 MAYLAND DR DR3 6TH FLR
RICHMOND VA 23233-1463




**2ND SEMIANNUAL PAYMENT**

N/A



**ONLY RETURN THIS PAYMENT STUB WHEN REMITTING 2ND SEMIANNUAL PAYMENT.**
**PLEASE WRITE YOUR PROPERTY NUMBER ON YOUR CHECK TO ENSURE PROPER CREDIT.**
Make checks payable to JEROME E. PEULER, JR., Charles County Treasurer.