# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. § | (Chapter 11) |
| § | (Jointly Administered) |
| Debtors. § | Hearing Date: December 7, 2009 |
| § | Time:  2:00 p.m. |

## ORDER GRANTING MOTION OF RYAN, INC. f/k/a RYAN & COMPANY, INC. TO COMPEL DEBTOR TO ASSUME EXECUTORY CONTRACT

THIS MATTER came on before the Court upon the *Motion to Compel Debtor to Assume Executory Contract* (Docket Entry No. ___)(the "Motion"), filed by Ryan, Inc. f/k/a Ryan & Company, Inc. ("**Ryan**"), pursuant to 11 U.S.C. §365(d)(2), seeking to compel Circuit City Stores, Inc. ("Circuit City"), one of the debtors and debtors in possession herein, to assume that certain letter agreement dated June 8, 2005, by and between Ryan and Circuit City, attached and incorporated by reference to this Order as Exhibit 1 (the "Agreement"); and it

APPEARING TO THE COURT that good cause exists to compel Circuit City to assume the Agreement; and that proper notice has been provided to all necessary parties in accordance with Fed. R. Bankr. P. 6007; it is, therefore

ORDERED that the Motion be, and it hereby is, GRANTED; and that the Debtor is hereby directed to assume the *Agreement* within ten (10) days after entry of this Order; and it is

Bruce W. Akerly, Esq.  
Texas Bar No. 00953200  
BELL NUNNALLY & MARTIN LLP  
1400 One McKinney Plaza  
3232 McKinney Avenue  
Dallas, Texas  75204-2429  
Phone: (214) 740-1430  
Facsimile: (214) 740-1421  
Email: brucea@bellunnually.com  

Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc.

Robert M. Marino, Esq.  VSB #26076  
Redmon Peyton & Braswell, LLP  
510 King Street, Suite 301  
Alexandria, VA 22314  
703-684-2000  
703-684-5109 (fax)  
rmmarino@rpb-law.com  

Local Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc.

FURTHER ORDERED that this Court shall retain jurisdiction to enforce and implement the terms and provisions of this *Order* and to resolve any and all disputes related thereto.

Dated:

                                        The Honorable Kevin R. Huennekens
                                        United States Bankruptcy Judge

We ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Local attorneys for Ryan, Inc. f/k/a
Ryan & Company, Inc.

And

Bruce W. Akerly, Esq. Texas Bar No. 00953200
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas  75204-2429
Tel:   (214) 740-1430
Fax:  (214) 740-1421
Email: brucea@bellnunnally.com