IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et. al. | Case No.:   08-35653 (KRH) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Terranomics Crossroads Associates**, a creditor in this proceeding, through its attorneys and pursuant to Bankruptcy Code section 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that copies of all notices, pleadings, and other papers filed and/or served in the above-referenced cases be sent to the following:

> Andrew Rapp (WA Bar #35209)
> Wolfstone, Panchot & Bloch, P.S., Inc.
> 1111 Third Avenue, Suite 1800
> Seattle, Washington  98101
> Phone: (206) 682-3840
> Fax:    (206) 340-8837
> Email: ecfdocs@wpblaw.com

DATED: November 6, 2009

WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

By:  */s/ Andrew Rapp*
Andrew Rapp, WA Bar #35209
Attorneys for Terranomics Crossroads Associates

NOTICE OF APPEARANCE - 1

**Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington  98101
Phone:    (206) 682-3840
Fax:       (206) 340-8837**