# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et. al. | Case No.:   08-35653 (KRH) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Terranomics Crossroads Associates**, a creditor in this proceeding, through its attorneys and pursuant to Bankruptcy Code section 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that copies of all notices, pleadings, and other papers filed and/or served in the above-referenced cases be sent to the following:

Andrew Rapp (WA Bar #35209)
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone: (206) 682-3840
Fax:    (206) 340-8837
Email: ecfdocs@wpblaw.com

DATED: November 6, 2009

WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

By: _____/s/ Andrew Rapp_____
Andrew Rapp, WA Bar #35209
Attorneys for Terranomics Crossroads Associates

NOTICE OF APPEARANCE - 1

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone:   (206) 682-3840
Fax:     (206) 340-8837

1
2
3                IN THE UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF VIRGINIA
4                           RICHMOND DIVISION

5
    In Re:                              | Chapter 11
6                                       |
    CIRCUIT CITY STORES, INC., et. al.  | Case No.:    08-35653 (KRH)
7                                       |
                              Debtors.  | DECLARATION OF SERVICE
8
9
        I hereby certify under penalty of perjury under the laws of the State of
10
    Washington that I am an employee of Wolfstone, Panchot & Bloch, and on the date stated
11
    below, I mailed a copy by US Postal Service postage paid a copy of the 1) Notice of
12
    Appearance and Request for Service of Papers; and this 2) Declaration of Service to:
13
14          Pauchulski Stang Ziehl & Jones LLP
            Richard M. Pachulski, Esq.,
15          Jeffrey N. Pomerantz, Esq.
            Stanley E. Goldrich, Esq.
16          10100 Santa Monica Blvd., 11th Floor
            Los Angeles, CA   90067-4100
17
18          Pauchulski Stang Ziehl & Jones LLP
            Robert J. Feinstien, Esq.
19          780 Third Ave., 36th Floor
            New York, NY   10017-2024
20
21          Tavenner & Beran, PLC
            Lynn L. Tavenner, Esq.
22          Paula S. Beran Esq.
            20 North 8th Street, Second Floor
23          Richmond, VA   23219
24
25
26

DECLARATION OF SERVICE- 1                      Law Offices of
                                               Wolfstone, Panchot & Bloch, P.S., Inc.
                                               1111 Third Avenue, Suite 1800
                                               Seattle, Washington  98101
                                               Phone:   (206) 682-3840
                                               Fax:     (206) 340-8837

Skadden, Arps, Slate, Meagher & Flom, LLP
Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
PO Box 636
Wilmington, Delaware  19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Chris L. Dickerson, Esq.
155 North Wacher Drive
Chicago, IL  60606

McGuirewoods LLP
Dion W. Hayes
Douglas Foley
901 E. Cary Street
Richard, VA  23219

DATED in Seattle, WA this 13th day of November, 2009.

WOLFSTONE, PANCHOT & BLOCH, P.S., INC.

By _____
Gloria Masters, Paralegal

DECLARATION OF SERVICE- 2

Law Offices of
Wolfstone, Panchot & Bloch, P.S., Inc.
1111 Third Avenue, Suite 1800
Seattle, Washington  98101
Phone:  (206) 682-3840
Fax:     (206) 340-8837