# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2009, he caused a true copy of the following pleadings to be served upon all parties receiving notice via the Court's CM/ECF system and by Federal Express, next business day delivery, upon those parties listed on the attached *Service List*:

1. *Objection of Ryan, Inc. f/k/a Ryan & Company, Inc. to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (Docket No. 5647), with attached Exhibit 1;

2. *Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract* (Docket No. 5648), with attached Exhibit 1 and proposed *Order*; and

3. *Notice of Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract* (Docket No. 5651).

Dated: November 13, 2009.    Respectfully submitted,

s/ Bruce W. Akerly
Bruce W. Akerly, Esq. State Bar No. 00953200
**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
Telephone:  214.740.1462
Facsimile:  214.740.1499
Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc.

**Service List**
In re: Circuit City Stores, Inc., et al.
Case No. 08-35653

| | | |
|---|---|---|
| Circuit City Stores, Inc.<br>Attn: Michelle Mosier<br>4951 Lake Brook Drive, Suite 500<br>Glen Allen, VA 23060 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Gregg Galardi and Ian Fredericks<br>One Rodney Square<br>10th and King Streets, 7th Floor<br>Wilmington, DE 19801 | |
| Office of the U.S. Trustee<br>For the Eastern District of Virginia<br>Richmond Division<br>Attn: Robert B. Van Arsdale<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Chris Dickerson and Jessica Kumar<br>155 N. Wacker Drive<br>Chicago, IL 60606 | McGuire Woods LLP<br>Attn: Douglas Foley and Sarah Boehm<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 |
| Pachulski Stang Ziehl & Jones, LLP<br>Attn: Jeffrey Pomerantz<br>  and Stanley Goldich<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067 | Pachulski Stang Ziehl & Jones, LLP<br>Attn: Robert J. Feinstein<br>780 Third Avenue, 36th Floor<br>New York, NY 10017 | Tavenner & Beran, PLC<br>Attn: Lynn L. Tavenner and Paula S. Beran<br>20 N. Eighth Street, Second Floor<br>Richmond, VA 23219 |

549588_1.DOC/ 1030.51

**CERTIFICATE OF SERVICE—PAGE 2**