IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the law firm of Diamond McCarthy LLP, attorneys for Marblegate Asset Management, LLC, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered to and served upon the persons listed below at the following address, email address, and telephone number:

>Christopher A. Provost
>Stephen T. Loden
>Jason B. Porter
>JPorter@DiamondMcCarthy.com
>DIAMOND McCARTHY LLP
>620 Eighth Avenue, 39th Floor
>New York, New York 10018
>Phone: (212) 430-5400

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading, plan, disclosure statement or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced case and all proceedings therein.

Dated: November 13, 2009

Respectfully Submitted,

SPOTTS FAIN PC

By: /s/ Neil E. McCullagh
Neil E. McCullagh (VSB #39027)
Jennifer J. West (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

And

DIAMOND McCARTHY LLP

By: /s/ Christopher A. Provost
Christopher A. Provost
Stephen T. Loden
Jason B. Porter
JPorter@DiamondMcCarthy.com
620 Eighth Avenue, 39th Floor
New York, New York 10018
Phone: (212) 430-5400
Fax: (212) 430-5499

*Counsel to Marblegate Asset Management, LLC*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 13th day of November, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

        /s/ Neil McCullagh

4