UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

**OBJECTION OF ENVISION PERIPHERALS, INC. TO
CONFIRMATION OF CHAPTER 11 PLAN OF LIQUIDATION**

ENVISION PERIPHERALS, INC. ("EPI"), by counsel, WILEY REIN LLP, Valerie P. Morrison and Dylan G. Trache files this Objection to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims ("Plan"); stating to the Court as follows:

1. On or about September 22, 2009, Circuit City and the Official Committee of Unsecured Creditors filed the Plan.

2. The Plan as currently proposed does not guarantee payment of EPI's administrative expense in the amount of $309,516 ("Administrative Expense") as required by § 1129(a)(9).

3. Currently pending is the above-captioned debtors' ("Debtors" or "Circuit City") (i) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims ("Administrative Expense Objection").  Through the Administrative Expense Objection, the Debtors seek to "temporarily disallow" or "suspend" EPI's Administrative Expense on the basis of Circuit City's bald assertion that EPI received avoidable transfers.

4. In the event that the Administrative Expense is "temporarily disallowed," or allowance is otherwise suspended or held in abeyance, the Plan and proposed Liquidating Trust

Agreement are susceptible to interpretation that they permit distributions to be made to other administrative creditors and possibly junior creditors, without any reserve or other guarantee that EPI's Administrative Expense will be paid.  Absent payment of EPI's Administrative Expense in full on the effective date or the establishment of a reserve, the Plan cannot be confirmed under 11 U.S.C. § 1129(a)(9) and (11).

WHEREFORE, based upon the foregoing, EPI respectfully requests that the Court deny confirmation of the Plan, unless the Plan is modified to specifically require the Debtors and the Trustee to establish a reserve in accordance with Federal Rule of Bankruptcy Procedure 3020(a) for the entirety of EPI's Administrative Expense in the amount of $309,516.

Respectfully submitted,

ENVISION PERIPHERALS, INC.

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By:     /s/ Dylan G. Trache
          Valerie P. Morrison, Va. Bar No. 24565
          Dylan G. Trache, Va. Bar No. 45939

Counsel to Envision Peripherals, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2009, the foregoing Objection was sent by overnight delivery to:

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, Suite # 500
Glen Allen, VA 23060

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801

Chris L. Dickerson
Jessica S. Kumar
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Honorable Kevin Huennekens
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Room 5000
Richmond, VA 23219


  /s/ Dylan G. Trache
Dylan G. Trache

13071827.1