| | |
|---|---|
| Sharon Z. Weiss | David M. Poitras |
| Mark E. Carrillo | Caroline R. Djang |
| RICHARDSON & PATEL LLP | JEFFER, MANGELS, BUTLER & |
| Murdock Plaza | MARMARO LLP |
| 10900 Wilshire Boulevard, Suite 500 | 1900 Avenue of the Stars, Seventh Floor |
| Los Angeles, California 90024 | Los Angeles, California 90067 |
| Tel: (310) 208-1182 | Tel: (310) 203-8080 |
| Fax: (310) 208-1154 | Fax: (310) 203-0567 |
| *Counsel for Apex Digital, Inc.* | *Counsel for THQ, Inc.* |

- and –

Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc. and THQ, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br> Debtors. | Case No. 08-35653 (KRH) <br><br> Chapter 11 <br><br> Jointly Administered |

**JOINDER OF APEX DIGITAL INC. AND THQ, INC. TO MOTIONS OF
PIONEER ELECTRONICS, INC. AND SAMSUNG ELECTRONICS AMERICA, INC.
FOR AN ORDER REQUIRING A CONFIRMATION DEPOSIT
<u>PURSUANT TO BANKRUPTCY RULE 3020(a)</u>**

1

1. THQ, Inc. ("THQ") and Apex Digital, Inc. ("Apex") have asserted requests for payment of administrative expenses from the Debtors pursuant to 11 U.S.C. § 503(b)(9).

2. THQ and Apex hereby join the motions of Pioneer Electronics, Inc. [Docket 5461] and Samsung Electronics America, Inc. [Docket 5614] for an order requiring a confirmation deposit pursuant to Federal Rule of Bankruptcy Procedure 3020(a). For the reasons stated in the Samsung and Pioneer motions, the Debtors should be required to deposit funds into a special account in an amount sufficient to cover all amounts required to be paid on the plan effective date, including amounts due under 11 U.S.C. § 503(b)(9).

Dated: November 13, 2009

Sharon Z. Weiss
Mark E. Carrillo
RICHARDSON & PATEL LLP
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Tel: (310) 208-1182
Fax: (310) 208-1154

*Counsel for Apex Digital, Inc.*

- and –

David M. Poitras
Caroline R. Djang
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Tel: (310) 203-8080
Fax: (310) 203-0567

*Counsel for THQ, Inc.*

- and -

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc. and THQ, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing joinder was served on November 13, 2009 (1) via electronic mail on the below-listed parties, (2) by first-class mail, fax, or electronic mail on the parties listed in Exhibit A, and (3) through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

      Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, DE 19899-0636
      E-mail: gregg.galardi@skadden.com;
      Ian.Fredericks@skadden.com; project.circuitcity@skadden.com

      Dion W. Hayes, Esq.
      Douglas M. Foley, Esq.
      McGuire Woods LLP
      One James Center
      901 E. Cary Street
      Richmond, VA 23219
      E-mail: dhayes@mcguirewoods.com; dfoley@mcguirewoods.com;
      circuitcityservice@mcguirewoods.com

      Chris L. Dickerson, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      155 North Wacker Drive
      Chicago, IL 60606
      E-mail: chris.dickerson@skadden.com

      *Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
E-mail: Robert.B.Van.Arsdale@usdoj.gov

*Office of the United States Trustee*


Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
E-mail: bgodshall@pszjlaw.com

*Counsel to Official Committee of Unsecured Creditors*


Dated: November 13, 2009

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

# Exhibit A

Circuit City Stores, Inc.

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | | Chicago | IL | 60611 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | | Cleveland | OH | 44114-2584 |
| Thomas W Daniels | | 1265 Scottsville Rd | | | Rochester | NY | 14624 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | | Ft Lauderdale | FL | 33301 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | | Pittsburgh | PA | 15212 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | | Forrest City | AR | 72336 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | | Denver | CO | 80209-3261 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | | Salt Lake City | UT | 84111 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | | Solvang | CA | 93463 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | | Timonium | MD | 21094 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | | Sunrise | FL | 33322 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | | Los Angeles | CA | 90071 |

Circuit City Stores, Inc.

| Name | Notice Name | Fax |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-942-8088 |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 310-823-9000 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-367-8037 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ.<br>CHRIS L. DICKERSON, ESQ. | tim.pohl@skadden.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III<br>Thomas N Jamerson<br>Jason W Harbour | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com<br>tjamerson@hunton.com<br>jharbour@hunton.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Whiteford Taylor & Preston LLP | Bradford F Englander<br>Brian M Nestor | benglander@wtplaw.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Bryan Cave LLP | William C Crenshaw | bill.crenshaw@bryancave.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo<br>Kenneth Miller Esq | bmoldo@mdfslaw.com<br>kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | bwallander@velaw.com<br>adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe<br>Margaret Mann | bwolfe@sheppardmullin.com<br>Mmann@sheppardmullin.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Laurin & Associates | Paul J Laurin Esq<br>Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq<br>Shawn M Christianson Esq | cchiang@buchalter.com<br>schristianson@buchalter.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | cfarley@mccarter.com<br>aabreu@mccarter.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs<br>Sarah Link Schultz | cgibbs@akingump.com<br>sschultz@akingump.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr | cmagee@mfgs.com |
| | W Joel Charboneau | jcharboneau@mfgs.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| Nixon Peabody LLP | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| | Louis E Dolan | ldolan@nixonpeabody.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Pepper Hamilton LLP | K Stewart Evans Jr | evansks@pepperlaw.com |
| | Matthew D Foster | fosterm@pepperlaw.com |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq<br>Christopher Combest Esq | fbf@quarles.com<br>ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq<br>Joseph W Gelb Esq | gary.holtzer@weil.com<br>joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen<br>Vivieon E Kelley | hollace.cohen@troutmansanders.com<br>vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | jbellman@jonesday.com<br>bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird<br>Amy E Hatch | jbird@polsinelli.com<br>ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks<br>Marc S Wasserman | jdacks@osler.com<br>mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble<br>Katherine M Sutcliffe Becker<br>Darrell W Clark Esq<br>Tracey M Ohm Esq | jdibble@stinson.com<br>kbecker@stinson.com<br>dclark@stinson.com<br>tohm@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Missouri Attorney General Office | Chris Koster<br>Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | jeremy.friedberg@llff.com<br>gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank<br>Jeremy C Kleinman | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Wiley Rein LLP | H Jason Gold Esq<br>Dylan G Trache Esq<br>Rebecca L Saitta Esq<br>Valerie P Morrison Esq<br>Dylan G Trache Esq | jgold@wileyrein.com<br>dtrache@wileyrein.com<br>rsaitta@wileyrein.com<br>vmorrison@wileyrein.com<br>dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq<br>Rhett Petcher Esq<br>Alexander Jackins | jhughes@seyfarth.com<br>rpetcher@seyfarth.com<br>ajackins@seyfarth.com |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq<br>J David Folds Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| Covington & Burling LLP | Michael St Patrick Baxter<br>Dennis B Auerbach<br>Joshua D McKarcher | jmckarcher@cov.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Latham &  Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| J Scott Douglass |  | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq<br>Kathleen A Murphy Esq | kgwynne@reedsmith.com<br>kmurphy@reedsmith.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | kjohnson@bricker.com<br>abeckham@bricker.com |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Venable LLP | Lawrence A Katz<br>Kristen E Burgers | lakatz@venable.com<br>keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Linda J Brame |  | lbrame@winterslaw.com |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | lburnat@swfllp.com<br>chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | ldelcotto@wisedel.com<br>aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Attorney General of Indiana | Gregory F Zoeller<br>LeGrand L Clark | legrand.clark@atg.in.gov<br>gregory.zoeller@atg.in.gov |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | lltaylor@duanemorris.com<br>mehoffman@duanemorris.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com<br>aarusso@mindspring.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| Stromberg & Associates PC | Mark Stromberg | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann<br>Thomas J Dillon III Esq | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com<br>tdillon@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| | Richard C Ogden Esq | rco@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@kawokc.com |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| State of Michigan Department of Treasury | Michael A Cox<br>Victoria A Reardon | ReardonV@michigan.gov |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Friedlander Misler PLLC | Robert E Greenberg Esq<br>Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq<br>Laura A Otenti Esq | rsomma@pbl.com<br>lotenti@pbl.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena<br>Neil R Lapinski | rxza@elliottgreenleaf.com<br>nrl@elliottgreenleaf.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | sdrucker@honigman.com<br>akeith@honigman.com<br>jsgroi@honigman.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq<br>Nicholas B Malito Esq | skipnis@hgg.com<br>rgreenberger@hgg.com<br>nmalito@hgg.com |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | sleach@ltblaw.com<br>msarata@ltblaw.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq<br>Courtney R Sydnor Esq<br>Gregory D Grant Esq | smetz@srgpe.com<br>ggrant@srgpe.com<br>csydnor@srgpe.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq<br>Jonathan P Guy Esq | sstengel@orrick.com<br>jguy@orrick.com |
| Womac & Associates | Brian D Womac<br>Stacy Kremling | Stacey@brianwomac.com<br>brianwomac@aol.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq<br>Scott L Adkins Esq | sws@pgslaw.com<br>sla@pgslaw.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq<br>David M Blau Esq | tah@kompc.com<br>dmb@kompc.com |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |

Circuit City Stores, Inc.

| Name | Notice Name | Email |
|---|---|---|
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | tannweiler@greerherz.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us<br>swells@co.madison.al.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner<br>Anitra Goodman Royster | terri.gardner@nelsonmullins.com<br>anitra.royster@nelsonmullins.com |
| Pima County Attorney Civil Division | German Yusufov<br>Terri A Roberts | terri.roberts@pcao.pima.gov<br>german.yusufov@pcao.pima.gov |
| DLA Piper LLP | Timothy W Brink Esq<br>Forrest Lammiman<br>Ann Marie Bredin Esq | timothy.brink@dlapiper.com<br>forrest.lammiman@dlapiper.com<br>ann.bredin@dlapiper.com |
| Thomas G King | | tking@kech.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bean Kinney & Korman PC | Thomas W Repczynski &<br>Martin J Yeager | trepczynski@beankinney.com<br>myeager@beankinney.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Williams Mullen | William H Schwarzschild III<br>W Alexander Burnett | tschwarz@williamsmullen.com<br>aburnett@williamsmullen.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Buckner Alani & Mirkovich | William D Buckner<br>Catherine J Weinberg | wbuckner@bamlaw.net<br>cweinberg@bamlaw.net |
| Blankingship & Keith PC | William H Casterline Jr Esq<br>Jeremy B Root Esq | wcasterlinejr@bklawva.com<br>jroot@bklawva.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Seyfarth Shaw LLP | William J Factor Esq<br>David C Christian II | wfactor@seyfarth.com<br>dchristian@seyfarth.com |
| Duane Morris LLP | Junghye June Yeum Esq<br>John Dellaportas Esq<br>William C Heuer Esq | wheur@duanemorris.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| Rivkin Radler LLP | Matthew V Spero Esq<br>Stuart I Gordon Esq | stuart.gordon@rivkin.com |