**EXHIBIT A**
**(Continued)**

By: /s/ Gregg M. Galardi
Gregg M. Galardi (I.D. No. 2991)
Ian S. Fredericks (I.D. No. 4626)
SKADDEN ARPS SLATE MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
302-651-3000
302-651-3001

Counsel for the Debtors

Dated: 3/10/09

8

By: /s/ Michael Reed
Michael Reed
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, Texas 78680
512-323-3200

Counsel for Tax Appraisal District of Bell County, County of Brazos, County of Comal, County of Denton, Longview Independent School District, City of Waco/Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County and County of Williamson

Dated: Feb. 13, 2009

By: /s/ Elizabeth Weller
Elizabeth Weller, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 direct dial
(469)221-5002 fax

Counsel for Bexar County, Cameron County, Cypress-Fairbanks ISD, Dallas County, Ector CAD, El Paso, Fort Bend County, Frisco, Grayson County, Gregg County, Harris County, Irving ISD, Jefferson County, McAllen, McAllen ISD, McLennan County, Montgomery County, Nueces County, Rockwall CAD, Rockwall County, Round Rock ISD, San Patricio County, Smith County, South Texas College, South Texas ISD, Tarrant County and Tom Green CAD

Dated: 2-13-09

9

By: _____
Elizabeth Banda
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P.O. Box 13430
Arlington, Texas 76094
(817) 461-3344
(817) 861-9416

Counsel for Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbuck CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1

Dated: February 18, 2009


By: /s/ Rhysa Griffith South
Rhysa Griffith South (VSB No. 259444)
Assistant Henrico County Attorney
Office of County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
(804) 501-5091
(804) 501-4140 fax

Counsel for County of Henrico, Virginia

Dated: February 12, 2009

10

By: _____
    Andrea Sheehan
    Law Offices of Robert E. Luna, P.C.
    4411 N. Central Expressway
    Dallas, Texas 75205
    (214) 521-8000
    (214) 521-1738 fax

    Counsel for Lewisville Independent School District

Dated: 2/11/2009

By: /s/ W. Joel Charboneau
    A. Carter Magee, Jr.
    W. Joel Charboneau
    Magee, Foster, Goldstein & Sayers, P.C.
    P.O. Box 404
    Roanoke, VA 24403
    (540) 343-9800
    (540) 343-9898 fax

    Local Counsel for Palm Beach County, Florida

Dated: February 26, 2009

11

## EXHIBIT A

### Claimed Amounts and Collateral

| Claimant | Claimed Amount | Claimed Collateral |
|---|---|---|
| Arlington ISD | $65,116.66 | FFE, Inventory |
| Alief ISD | $35,130.90 | FFE, Inventory, Machinery, Computers, and Supplies |
| Brazoria County | $89,220.16 | FFE, Inventory, Machinery, Computers, and Supplies |
| Brazoria County MUD #6 | $27,260.94 | FFE, Inventory, Machinery, Computers, and Supplies |
| Burleson ISD | $71,301.43 | FFE, Inventory |
| Carroll ISD | $69,001.38 | FFE, Inventory |
| City of Cedar Hill | $25,063.19 | FFE, Inventory |
| City of Hurst | $26,136.35 | FFE, Inventory |
| City of Lake Worth | $13,601.62 | FFE, Inventory |
| City of Wichita Falls | $20,459.63 | FFE, Inventory Electronics & Data Processing, amd Machinery |
| Clear Creek ISD | $71,716.62 | FFE, Inventory, Machinery, Computers, and Supplies |
| Fort Bend ISD | $52,795.66 | FFE, Inventory, Machinery, Computers, and Supplies |
| Fort Bend LID 2 | $6,027.86 | FFE, Inventory, Machinery, Computers, and Supplies |
| Fort Worth ISD | $45,100.05 | FFE, Inventory |
| Galena Park ISD | $103,631.60 | FFE, Inventory, Machinery, Computers, and Supplies |
| Hildalgo Court & HC Drainage District # 1 | $36,598.23 | FFE, Machinery |

| Claimant | Claimed Amount | Claimed Collateral |
|---|---|---|
| Humble ISD | $34,615.96 | FFE, Inventory, Machinery, Computers, and Supplies |
| Lubbock CAD | $84,857.49 | FFE, Machinery |
| Midland County Tax Office | $7,761.29 | FFE, Inventory |
| Potter County Tax Office | $91,021.50 | Furniture, Inventory, Equipment |
| Tyler ISD | $35,769.66 | FFE, Inventory |
| Wichita County | $14,915.75 | FFE, Inventory Electronics & Data Processing, amd Machinery |
| Wichita Falls ISD | $41,210.72 | FFE, Inventory Electronics & Data Processing, amd Machinery |
| Woodlands Metro MUD | $7,409.68 | FFE, Inventory, Machinery, Computers, and Supplies |
| Woodlands RUD #1 | $18,477.42 | FFE, Inventory, Machinery, Computers, and Supplies |
| Lewisville Independent School District | $64,181.60 | All Personal Property |
| Bell County | $123,482.55 | FFE, Inventory |
| County of Brazos | $92,144.95 | All Personal Property |
| County of Comal | $81,436.80 | All Personal Property |
| County of Denton | $22,875.78 | All Personal Property |
| Longview Independent School District | $42,162.74 | All Personal Property |
| City of Waco/Waco Independent School District | $139,366.87 | FFE, Inventory, Machinery, and Supplies |
| Midland Central Appraisal District | $70,999.95 | FFE, Inventory, Machinery, and Supplies |

| Claimant | Claimed Amount | Claimed Collateral |
|---|---|---|
| Central Appraisal District of Taylor County | $97,020.13 | All Personal Property |
| County of Williamson | $76,148.62 | All Personal Property |
| Bexar County | $336,274.60 | All Personal Property |
| Cameron County | $72,294.16 | All Personal Property |
| Cypress-Fairbanks ISD | $42,904.16 | All Personal Property |
| Dallas County | $325,372.93 | All Personal Property |
| El Paso | $239,603.90 | All Personal Property |
| Fort Bend County | $31,663.92 | All Personal Property |
| Frisco | $17,189.70 | All Personal Property |
| Grayson County | $51,412.40 | All Personal Property |
| Gregg County | $23,731.60 | All Personal Property |
| Harlingen | $14,393.64 | All Personal Property |
| Harlingen CISD | $27,445.50 | All Personal Property |
| Harris County | $528,103.98 | All Personal Property |
| Irving ISD | $59,684.74 | All Personal Property |
| Jefferson County | $191,224.40 | All Personal Property |
| McAllen | $22,249.40 | All Personal Property |
| McAllen ISD | $60,468.94 | All Personal Property |
| McLennan County | $23,453.78 | All Personal Property |
| Memphis | $4,048.18 | All Personal Property |
| Montgomery County | $119,693.18 | All Personal Property |
| Nueces County | $93,105.66 | All Personal Property |
| Rockwall CAD | $80,567.20 | All Personal Property |
| Rockwall County | $15,312.30 | All Personal Property |
| Round Rock ISD | $63,268.54 | All Personal Property |
| Smith County | $37,770.84 | All Personal Property |
| South Texas College | $7,991.14 | All Personal Property |

3

| Claimant | Claimed Amount | Claimed Collateral |
|---|---|---|
| South Texas ISD | $2,598.32 | All Personal Property |
| Tarrant County | $362,751.56 | All Personal Property |
| Tom Green CAD | $52,951.88 | All Personal Property |
| Henrico County | $1491.00 | Vehicle |
| Henrico County | $1,307,089.00 | Furniture, Fixture, and Computers |
| Palm Beach County | $84,353.26 | All Personal Property |

4