MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorney for SECURED CREDITOR
PLACER, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Case No. 08-35653 KRH |
| CIRCUIT CITY STORES, INC., et al | Chapter 11 |
| Debtor(s). | **CERTIFICATE OF SERVICE TO OBJECTION OF MONTEREY COUNTY, PLACER COUNTY, RIVERSIDE COUNTY AND SAN BERNARDINO COUNTY, CALIFORNIA, COLLECTIVELY THE CALIFORNIA TAXING AUTHORITIES TO CONFIRMATION OF CIRCUIT CITY STORES AND ITS AFFILIATED DEBTORS ET AL IN ITS FIRST AMENDED JOINT PLAN OF LIQUIDATION** |

TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF INTEREST:

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or overnight mail to those people listed in the solicitation procedure and

1

1    electronically on this 13th day of November 2009.

2

3                                    Respectfully submitted

4    Dated: November 13, 2009        ROMERO LAW FIRM

5

6                                    By /s/ MARTHA E. ROMERO
                                     MARTHA E. ROMERO (CA-128144)
7                                    California Taxing Authorities

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Debtor Designee
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Jeffrey Pomerantz
Stanley Goldich
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

Court Reporter
Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

Jeffrey Scharf
Taxing Authority Consulting Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Mitchell B. Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Bruce H. Matson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, Texas 77008

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Laura Lawton Gee
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

| | |
|---|---|
| Andrew S. Conway<br>200 East Long Lake Rd.<br>Suite 300<br>Bloomfield Hills, Michigan 48304 | Jeremy S. Friedberg, Esq.<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, Maryland 21117 |
| Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 | Marc Barreca<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| John G. McJunkin, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Eric C. Rusnak<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, DC 20006-1600 |
| Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>Suite 900, 11 Piedmont Center<br>3495 Piedmont Road, N.E.<br>Atlanta, GA 30305 | Min Park, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1875 Eye Street NW, 11th Floor<br>Washington, DC 20006 |
| Christine D. Lynch, Esq.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Karen C. Bifferato, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0600 | Richard E. Lear<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, D.C. 20006 |
| H. Jason Gold<br>Wiley Rein LLP<br>7925 Jones Branch Dr., Suite 6200<br>McLean, Virginia 22102 | Jaime S. Dibble<br>STINSON MORRISON HECKER LLP<br>1150 18th Street, NW, Suite 800<br>Washington, DC 20036-3816 |
| Jeffrey L. Tarkenton<br>Todd D. Ross<br>Womble Carlyle Sandridge & Rice,<br>PLLC<br>1401 Eye Street, N.W., Suite 700<br>Washington, D.C. 20005 | Benjamin C. Ackerly<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074 |
| David M. Poitras<br>1900 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067 | Michael L. Cook<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Roy M. Terry, Jr., Esq.<br>Durrette Bradshaw PLC<br>600 E. Main Street, 20th Floor<br>Richmond, VA 23219 | Richard T. Davis<br>The Cafaro Company<br>2445 Belmont Avenue<br>P.O. Box 2186<br>Youngstown, Ohio 44504-0186 |

| | |
|---|---|
| 1 | Kevin M. Newman<br>308 Maltbie St.<br>Suite 200<br>Syracuse, NY 13204 |
| 2 | |
| 3 | |
| | James V. Lombardi, III<br>2 Riverway, Suite 700<br>Houston, TX 77056 |
| 4 | |
| 5 | |
| | William A. Gray<br>Sands Anderson Marks & Miller<br>801 E. Main Street, Suite 1800<br>P.O. Box 1998<br>Richmond, Virginia 23218-1998 |
| 6 | |
| 7 | |
| 8 | |
| | Michael L. Tuchin<br>1999 Avenue of the Stars<br>39th Floor<br>Los Angeles, CA 90067- 6049 |
| 9 | |
| 10 | |
| 11 | Katten Muchin Rosenman LLP<br>c/o Thomas J. Leanse<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, California 90067 |
| 12 | |
| 13 | |
| 14 | Brian Sirower, Esq.<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, Arizona 85004-2391 |
| 15 | |
| 16 | |
| 17 | Elizabeth Weller<br>2323 Bryan St.<br>Suite 1600<br>Dallas, TX 75201 |
| 18 | |
| 19 | |
| | Billy Ray<br>4421 Waterfront Dr.<br>Glen Allen, VA 23060 |
| 20 | |
| 21 | |
| 22 | Fred B. Ringel<br>1345 Avenue of the Americas<br>New York, NY 10105 |
| 23 | |
| | Scott R. Kipnis<br>530 Fifth Ave.<br>New York, NY 10036 |
| 24 | |
| 25 | |
| 26 | Richard M. Maseles<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| 27 | |
| 28 | |

Regina Stango Kelbon
One Logan Square
Philadelphia, PA 19103

John L. Senica
225 W. Washington , Suite 2600
Chicago, IL 60606

Timothy F. Brown, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Scott P. Carroll
831 East Morehead St.
Suite 440
Charlotte, NC 28202

James Donaldson
831 East Morehead St.
Suite 445
Charlotte, NC 28202

Anne M. Magruder
1889 Preston White Dr.
Suite 200
Reston, VA 20191

David A. Greer, Esquire
The Law Offices of David A. Greer
PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510

Robert K. Coulter
Assistant United States Attorney
The Justin W. Williams U.S.
Attorneys Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Michael Reed
McCREARY, VESELKA, BRAGG & ALLEN,
P.C.
Attorneys for Claimant,
Williamson County, et al.
P. O. Box 1269
Round Rock, Texas 78680

Richard F. Stein
600 East Main Street, Suite 1601
Richmond, Virginia 23219-2430

| | |
|---|---|
| 1 | Michael W. Malter | Christopher R. Belmonte, Esq.. |
| | Binder & Malter LLP | Satterlee Stephens Burke & Burke |
| 2 | 2775 Park Ave. | LLP |
| | Santa Clara, CA 95050 | 230 Park Avenue |
| 3 | | New York, New York 10169 |
| | Ellen A. Friedman, Esq. | |
| 4 | Friedman Dumas & Springwater LLP | William J. Factor, Esq.. |
| | 150 Spear Street, Suite 1600 | SEYFARTH SHAW LLP |
| 5 | San Francisco, CA 94105 | 131 S. Dearborn Street |
| | | Suite 2400 |
| 6 | Jeffrey Kurtzman | Chicago, Illinois 60603 |
| | 260 S. Broad St. | |
| 7 | Philadelphia, PA19102 | Michael J. Sage |
| | | Times Square Tower |
| 8 | Elizabeth Banda | 7 Times Square |
| | PO Box 13430 | New York, NY 10036 |
| 9 | Arlington, TX 76094 | |
| | | Brian P. Hall |
| 10 | William H. Casterline, Jr. | Suite 3100, Promenade II |
| | Blankingship & Keith, P.C. | 1230 Peachtree St., NE |
| 11 | 4020 University Drive, Suite 300 | Atlanta, GA 30309 |
| | Fairfax, Virginia 22030 | |
| 12 | | Robert S. Westermann, Esq. |
| | Josef S. Athanas | Hirschler Fleischer, PC |
| 13 | Latham & Watkins LLP | PO Box 500 |
| | Sears Tower, Suite 5800 | Richmond, Virginia 23218 |
| 14 | 233 South Wacker Drive | |
| | Chicago, Illinois 60606 | Kevin G. Hroblak |
| 15 | | 7 Saint Paul St. |
| | Nancy A. Washington, Esq. | Baltimore, MD 21202 |
| 16 | SAIBER LLC | |
| | One Gateway Center, 13th Floor | Raymond W. Battaglia |
| 17 | Newark, New Jersey 07102 | OPPENHEIMER, BLEND |
| | | HARRISON & TATE, INC. |
| 18 | Eric D. Goldberg | 711 Navarro, Sixth Floor |
| | 1901 Avenue of the Stars, 12th | San Antonio, Texas 78205 |
| 19 | Floor | |
| | Los Angeles, CA 90067 | Darryl S. Laddin |
| 20 | | Frank N. White |
| | Stephen W. Spence | Arnall Golden Gregory LLP |
| 21 | 1200 N. Broom St. | 171 17th Street NW, Suite 2100 |
| | Wilmington, DE 19806 | Atlanta, Georgia 30363 |
| 22 | | |
| | Kenneth C. Johnson | Scott A. Stengel |
| 23 | 100 S. Third St. | ORRICK, HERRINGTON & SUTCLIFFE |
| | Columbus, OH 43215 | LLP |
| 24 | | Columbia Center |
| | Attorney General of the United | 1152 15th Street, N.W. |
| 25 | States | Washington, D.C. 20005-1706 |
| | Main Justice Building, Room 5111 | |
| 26 | 10th Street and Constitution | Bonnie Holly |
| | Avenue, N.W. | PO Box 2016 |
| 27 | Washington, D.C. 20530 | Bartow, FL 33831 |
| 28 | | |

| | |
|---|---|
| Mark Stromberg<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240 | Jeremy W. Ryan, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19801 |
| Christopher A. Camardello<br>225 S. Sixth St.<br>Suite 3500<br>Minneapolis, MN 55402 | Edith K. Altice, Esq.<br>Saul Ewing LLP<br>Lockwood Place<br>500 East Pratt Street, Suite 900 |
| Ernie Zachary Park<br>13215 E. Penn St.<br>Suite 510<br>Whittier, CA 90602 | Baltimore, MD 21202-3171<br><br>Paul Rubin<br>Two Park Ave.<br>New York, NY 10016 |
| John J. Lamoureux, Esquire<br>CARLTON FIELDS, P. A.<br>4221 West Boy Scout Blvd.<br>10th Floor<br>Tampa, Florida 33607-5736<br>PO Box 3239<br>Tampa, Florida 33601-3239 | Ruth Weinstein<br>1 Canon Plaza<br>Lake Success, NY 11042<br><br>Andrew Herenstein<br>535 Madison Ave.<br>New York, NY 10022 |
| Wanda Borges, Esq.<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 118<br>Syosset, NY 11791 | Daniel J. Ansell<br>200 Park Ave.<br>New York, NY 10166 |
| Jennifer V. Doran, Esq.<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 | Christine D. Lynch, Esq.<br>Peter D. Bilowz, Esq.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 |
| Augustus C. Epps, Jr., Esquire<br>Christian & Barton, L.L.P.<br>909 E. Main Street, Suite 1200<br>Richmond, Virginia 23219 | Michelle Leeson<br>PO Box 25300<br>Bradenton, FL 34206 |
| Steven J. Adams, Esquire<br>Stevens & Lee, PC<br>111 North Sixth Street<br>Reading, Pennsylvania 19603 | Daniel T. Powers<br>PO Box 8321<br>Savannah, GA 31412 |
| Mike Lynch<br>One Tower Square, 5MN<br>Hartford, CT 06183 | Deborah H. Devan, Esquire<br>Neuberger, Quinn, Gielen, Rubin &<br>Gibber, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202-3282 |
| Lloyd B. Sarakin<br>1 Sony Dr., MD #1E-4<br>Park Ridge, NJ 07656 | ANNE MILGRAM<br>Attorney General of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street |
| Michael A. Condyles<br>KUTAK ROCK LLP<br>1111 East Main Street, Suite 800<br>Richmond, Virginia 23219-3500 | P.O. Box 106<br>Trenton, New Jersey 08625-0119 |

1 Laura A. Otenti, Esquire
Posternak Blankstein & Lund LLP
2 Prudential Tower
800 Boylston Street
3 Boston, MA 02199

4 Lawrence S. Burnat
1100 Peachtree St., NE
5 Suite 800
Atlanta, GA 30309

6
Jeffrey A. Krieger
7 1900 Avenue of the Stars
Suite 2100
8 Los Angeles, CA 90067

9 Peter N. Tamposi
547 Amherst St., Suite 204
10 Nashua, NH 03063

11 Michael W. Malter
Binder & Malter LLP
12 2775 Park Ave.
Santa Clara, CA 95050

13
Jeffrey N. Pomerantz, Esquire
14 Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
15 11th Floor
Los Angeles, CA 90067-4100

16
Robert J. Feinstein, Esquire
17 Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
18 New York, NY 10017

19 Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

21
William H. Schwarzschild, III
22 WILLIAMS, MULLEN
Two James Center, 16th Floor
23 1021 East Cary Street
Post Office Box 1320
24 Richmond, Virginia 23218-1320

25 Michael S. Kogan
9401 Wilshire Blvd., 9th Floor
26 Beverly Hills, CA 90212

27 Jess R. Bressi
19800 MacArthur Blvd.
28 Suite 500
Irvine, CA 92612

Justin D. Leonard
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR 97204

Lawrence J. Hilton
19900 MacArthur Blvd.
Suite 1050
Irvine, CA 92612

Jeffrey J. Graham
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

William C. Crenshaw, Esq.
Powell Goldstein LLP
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001

G. David Dean
300 East Lombard St.
Suite 2000
Baltimore, MD 21202

Clement J. Farley
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096

Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, California 91436

David K. Spiro
Cantor Arkema, PC
PO Box 561
1111 E. Main St., 16th Floor
Richmond, VA 23218

Samuel S. Oh, Esq.
Lim, Ruger & Kim, LLP
1055 West Seventh Street
Suite 2800
Los Angeles, CA 90017

Christopher Combest, Esq.
500 West Madison Street, Suite 3700
Chicago, IL 60661
_____

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Michael S. Fox, Esq.
Olshan Grundman Frome Rosenzweig
& Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

C. Thomas Ebel
801 E. Main Street
Richmond, VA 23219

Albert A. Ciardi, III
One Commerce Square, Suite 1930
2005 Market St.
Philadelphia, PA 19103

Seth A. Drucker
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226

James A. Pardo, Jr.
Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309

Rudolph J. Di Massa, Jr.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Larry Stopol, Esquire
Levy, Stopol & Camelo, LLP
1425 RexCorp Plaza
Uniondale, NY 11556-1425

Malcolm M. Mitchell, Jr.
Vorys, Sater, Seymour and Pease
LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

R. Timothy Bryan
Patton Boggs LLP
8484 Westpark Dr., 9th Floor
McLean, VA 22102

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Timothy A. Bortz
625 Cherry St., Room 203
Reading, PA 19602

Neil D. Goldman
510 King St.
Suite 416
Alexandria, VA 22313

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

Michael F. McGrath
4545 IDS Center
80 s. Eighth St.
Minneapolis, MN 55402

Ann E. Schmitt
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175

Colorado Structures, Inc.
c/o Mary E. Olden, Esq.
McDonough, Holland & Allen PC
555 Capitol Mall, Suite 950
Sacramento, CA 95814

Douglas D. Kappler
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Lionel J. Postic
125 Townpark Dr.
Suite 300
Kennesaw, GA 30144

1
Anthony J. Cichello
600 Atlantic Ave.
2
Boston, MA 02210

3
Paul K. Campsen
150 West Main St.
4
Suite 2100
Norfolk, VA 23510
5
Donald K. Ludman
6
6 N. Broad St., Suite 100
Woodbury, NJ 08096
7
Jeffrey L. Tarkenton
8
WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC
9
1401 Eye Street, NW, 7th Floor
Washington, D.C. 20005
10
Michael P. Falzone
11
PO Box 500
Richmond, VA 23218
12
Thomas G. King
13
One Moorsbridge Road
PO Box 4010
14
Kalamazoo, MI 49003-4010

15
Sara B. Eagle, Esq.
Pension Benefit Guaranty
16
Corporation
Office of the Chief Counsel
17
1200 K Street, N.W.
Washington, D.C. 20005-4026
18
Mark E. Browning
19
Assistant Attorney General
Texas Attorney General's Office
20
P.O. Box 12548
Austin, TX 78711-2548
21
William A. Broscious, Esquire
22
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
23
Richmond, Virginia 23226

24
Gennan YusufovlTerri A. Roberts
Deputy County Attorneys
25
32 North Stone Avenue, Suite 2100
Tucson, Puizona 85701
26
John P. Dillman
27
PO Box 3064
Houston, TX 77253
28

Steven H. Newman
605 Third Ave., 16th Floor
New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

Edmond P. O'Brien
675 Third Ave.
31st Floor
New York, NY 10017

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

David R. McFarlin, Esq.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

William H. Schwarzchild
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Michael A. Condyles, Esquire
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500

C. Thomas Ebel, Esquire
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23219

Robert S. Westermann, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

J. Bennett Friedman
Hamburg, Karic, Edwards & Martin LLP
1900 Avenue of the Stars
Suite 1800
Los Angeles, California 90067

Paul J. Pascuzzi
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Dexter D. Joyner
4701 Preston Ave
Pasadena, Texas 77505

Stephen E. Leach
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102

Kevin M. Newman
308 Maltie St., Suite 200
Syracuse, NY 13204

Sheila L. Shadmand, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

William L. Wallander
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743

John B. Price
250 W. Main St., Ste. 1600
Lexington, KY 40507

Hale Yazicioglu, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020

German Yusufov
PIMA COUNTYATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701

11

| | |
|---|---|
| 1 | Benjamin C. Ackerly |
| | HUNTON & WILLIAMS LLP |
| 2 | Riverfront Plaza, East Tower |
| | 951 E. Byrd Street |
| 3 | Richmond, VA 23219 |

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Thomas G. Yoxall
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Elizabeth C. Freeman
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002

Gregg S. Kleiner
101 California St., 5th Floor
San Francisco, CA 94111

Kimbell D. Gourley
The 9th and Idaho Center
225 N. 9th St., Ste. 820
PO Box 1097
Boise, ID 83701

Edmond P. O'Brien
675 Third Ave., 31st Floor
New York, NY 10017

Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301

Roy S. Kobert
390 N. Orange Ave.
Suite 1400
Orlando, FL 32801

Wayne R. Terry
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

C. Thomas Ebel
801 E. Main St.
Richmond, VA 23219

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Mary A. House
1333 New Hampshire Ave., NW
Washington, DC 20036

William A. (Trey) Wood, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

SEYFARTH SHAW LLP
Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York 10018

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Byron Z. Moldo
2029 Century Park East
21st Floor
Los Angeles, CA 90067

Christopher Desiderio
437 Madison Ave.
New York, NY 10022

Michael R. Dal Lago
909 Third Avenue
New York, New York 10022

Louis Benza, Esq.
10022 15 Metro Tech Center
6th Floor
Brooklyn, New York 11201

Gail B. Price
2600 Mission St.
Suite 206
San Marino, CA 91108

Gary M. Kaplan
Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
Three Embarcadero Center
7th Floor
San Francisco, California 94111

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

Timothy W. Brink, Esq.
203 North LaSalle Street, Suite
1900
Chicago, IL 60601

Andrew L. Cole
Franklin & Prokopik, P.C.
The B & O Building
Two N. Charles Street, Suite 600
Baltimore, MD 21201

Anne Braucher, Esq.
500 Eighth Street, NW
Washington, DC 20004

Rebecca L. Saitta
Wiley Rein LLP
7925 Jones Branch Drive, Suite
6200
McLean, Virginia 22102

Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901-2048

James A. Wagner
Wagner Choi & Verbrugge
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813

Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller,
P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23219

George Rosenberg,
S. Prince Street
Littleton, CO 80166

Richard I. Hutson, Esq.
Fullerton & Knowles, P .C .
12644 Chapel Road Suite 20 6
Clifton, Virginia 20124

Jordan M. Humphreys
Ford, Parshall & Baker
3210 Bluff Creek
Columbia, MO 65201

Amy Pritchard Williams
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202

Anthony J. Cichello
600 Atlantic Ave.
Boston, MA 02210

Gabriela P. Cacuci
100 Church Street, Room 5-223
New York, New York 10007

1  Joseph R. Sgroi, Esq.
   Honigman Miller Schwartz and Cohn
2  LLP
   2290 First National Building
3  660 Woodward Avenue, Suite 2290
4  Detroit, MI 48226

5  Ashley M. Chan
   One Logan Square, 27th Floor
6  Philadelphia, PA 19103

7  Thomas W. Daniels
   1265 Scottsville Rd.
8  Rochester, NY 14624

9  Jason Binford
10 Haynes and Boone, LLP
   2323 Victory Avenue, Suite 700
11 Dallas, Texas 75219

12 Michael F. Ruggio
   1152 15th St. NW
13 Suite 800
   Washington, DC 20005
14

15 Ronald G. Dunn, Esq.
   Gleason, Dunn, Walsh & O'Shea
16 40 Beaver Street
   Albany, New York 12207
17

18 William A. Broscious, Esquire
   KEPLEY BROSCIOUS & BIGGS, PLC
   7201 Glen Forest Drive, Suite 102
19 Richmond, Virginia 23226

20
   Paul A. Driscoll
21 PENDER & COWARD, P.C.
   222 Central Park Avenue
22 Suite 400
   Virginia Beach, VA 23462
23
   Gregory D. Grant, Esquire
24 Shulman, Rogers, Gandal, Pordy &
   Ecker, P.A.
25 11921 Rockville Pike, Suite 300
26 Rockville, Maryland 20852

27 Paul K. Campsen
   150 West Main St.
28 Suite 2100
   Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

Peter J. Gurfein
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Mary A. House
Catherine E. Creely
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Nicholas M. Miller, Esq.
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

1  Eric C. Cotton, Esquire
Developers Diversified Realty     Ron C. Bingham, II, Esq.
2  Corporation                STITES & HARBISON, PLLC
3300 Enterprise Parkway       303 Peachtree Street, NE
3  P.O. Box 228042           2800 SunTrust Plaza
4  Beachwood, Ohio 44122      Atlanta, Georgia 30308

5  William F. Gray Jr., Esq.    Denyse Sabagh, Esquire
Torys LLP               Duane Morris LLP
6  237 Park Avenue          505 9th Street, N.W., Suite 1000
New York, New York 10017     Washington, DC 20004-2166
7
   Howard, Rice, Nemerovski, Canady, Matthew E. Hoffman, Esquire
8  Falk & Rabkin          Duane Morris LLP
Attn: Gary M. Kaplan, Esq.    30 South 17th Street
9  Three Embarcadero Center    Philadelphia, Pennsylvania 19103
10  7th Floor
   San Francisco, California 94111  Peter E. Strniste
11                      Robinson & Cole 1
   Mitchell B. Weitzman, Esquire   280 Trumbull Street
12  BEAN, KINNEY & KORMAN, P.C.    Hartford, CT 06103
   2300 Wilson Boulevard, 7th Floor
13  Arlington, Virginia 22201    Neil R. Lapinski
                     1000 West Street
14  Lauren Lonergan Taylor     Suite 1440
15  Duane Morris LLP         Wilmington, DE 19899
   30 South 17th Street
16  Philadelphia, Pennsylvania 19103  Douglas R. Gonzales
                     200 East Broward Blvd.
17  Hollace Topol Cohen       Suite 1900
   Vivieon E. Kelley          Fort Lauderdale, FL 33301
18  Troutman Sanders LLP
   405 Lexington Avenue       Dennis J. Drebsky
19  New York, New York 10174     Christopher M. Desiderio
                     NIXON PEABODY, LLP
20                     437 Madison Avenue
   John Lucian, Esquire       New York, New York 10022
21  Blank Rome LLP
   One Logan Square         Menachem O. Zelmanovitz
22  Philadelphia, PA 19103      101 Park Ave.
                     New York, NY 10178
23  Erica S. Zaron           Michael P. Falzone
   Assistant County Attorney    PO Box 500
24  County Attorney's Office     Richmond, VA 23218
   2810 Stephen P. Clark Center
25  111 N. W. First Street
   Miami, FL 33128-1993      Madeline C. Wanslee
26                   201 E. Washington St.
                     Suite 800
27  Eric J. Snyder          Phoenix, AZ 85004
   SILLER WILK LLP
28  675 Third Avenue
   New York, New York 10017-5704

| | |
|---|---|
| 1 | Michael R. Dal Lago |
| | Morrison Cohen LLP |
| 2 | 909 Third Avenue |
| | New York, New York 10022 |
| 3 | |

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Brenda Moody Whinery, Esq.
MESCH, CLARK & ROTHSCHILD, P.C.
259 N Meyer Avenue
Tucson AZ 85701

Louis Benza, Esq.
Senior Executive Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center
6th Floor
Brooklyn, New York 11201

Wendy M. Mead
11 Pleasant St.
Suite 30
Worcester, MA 01609

Rebecca L. Saitta, Esquire
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

John E. Hilton
120 S. Central
Suite 1800
Clayton, Missouri 63105

Victoria A. Reardon
Cadillac Place, Ste. 10-100
3030 W. Grand Blvd.
Detroit, MI 48202

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Walter W. Kelley
PO Box 70879
Albany, GA 31708

Peter C. Hughes
1500 Market St.
Suite 3500E
Philadelphia, PA 19103

Michael J. Darlow
1235 North Loop West
Suite 600
Houston, TX 77008

Christopher L. Perkins
LeClairRyan, A Professional
Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23218-2499

Lawrence A. Katz
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182-2707

Joon M. Khang
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Gary T. Holtzer
767 Fifth Ave.
New York, NY 10153

Davor Rukavina
500 N. Akard St.
Suite 3800
Dallas, TX 75201

David McCall
777 East 15th St.
Plano, TX 75074

Betsy Johnson Burn
PO Box 11070
Columbia, SC 29201

Travis A. Sabalewski
REED SMITH LLP
Riverfront Plaza- West Tower
901 E. Byrd St.
Suite 1700
Richmond, VA 23219

Kurt F. Gwynne
REED SMITH LLP
1201 N. Market St.
Suite 1500
Wilmington, DE 19801

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654

PriceGrabber.com Inc.
Attn: Katerina Canyon
5150 Goldleaf Circle, 2nd Floor
Los Angeles, California 90056

Dominic L. Chiariello
CHIARIELLO & CHIARIELLO
118-21 Queens Boulevard
Forest Hills, New York 11375

Plazas Las Americas, Inc.
Attn: James H. Rollins
One Atlantic Center
Suite 2000
1201 W. Peachtree St.
Atlanta, GA 30309

Kurt M. Kobiljak
Edelson Building, Suite 200
Wyandotte, Michigan 48192

Aaron R. Cahn
2 Wall St.
New York, NY 10005

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

Christopher B. Mosley
1000 Throckmorton St.
Fort Worth, TX 76102

Robert E. Greenberg
1101 Seventeenth St., NW
Suite 700
Washington, DC 20036

Michael K. McCrory, Esquire
BARNES&THORNBURG LLP
11 SouthMeridian Street
Indianapolis, Indiana 46204

Noelle M. James, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Richard I. Hutson, Esq.
Fullerton & Knowles, P.C.
12644 Chapel Road Suite 206
Clifton, Virginia 20124

GIBBONS P.C.
Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102-5310

James M. Lewis, Esquire
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102

Robert R. Musick
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219

CB Blackard
301 E. Dave Ward Dr.
PO Box 2000
Conway, AR 72033

Donald G. Scott
605 W. 47th St.
Suite 350
Kansas City, MO 64112

Alberto Burnstein
140 W. Flagler St.
Suite 1403
Miami, FL 33130

Christi M. Carrano
270 Quinnipac Ave.
North Haven, CT 06473

DelBello Donnellan Weingarten
One North Lexington Ave.
White Plaints, NY 10601

Terri L. Gardner
Anitra Goodman Royster
Nelson Mullins Riley &
Scarborough LLP
4140 Parklake Avenue
Raleigh, NC 27612

Gary V. Fulghum
2800 Commerce Tower, 911 Main
Kansas City, MO 64105

Brian T. Hanlon
Post Office Box 3715
West Palm Beach, Florida 33402

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, Pa. 15212

W. Joel Charboneau
Magee, Foster, Goldstein &
Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street
Post Office Box 2470
Richmond, VA 23218-2470

Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue
Suite 400
Virginia Beach, VA 23462

James E. Clarke
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Linda D. Regenhardt
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409

Christopher A. Camardello
225 South Sixth St.
Suite 3500
Minneapolis, MN 55402

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Edward L. Rothberg
Jessica L. Hickford
11 East Greenway Plaza
Suite 1400
Houston, Texas 77046

Robert C. Edmundson
Office of Attorney General
564 Forbes Avenue, 5th Floor,
Manor Bldg.
Pittsburgh, PA 15219

1   Shawn M. Christianson, Esq.              Rhett Petcher
    Buchalter Nemer, A Professional          Seyfarth Shaw LLP
2   Corporation                              975 F. Street NW
    333 Market Street, 25th Floor            Washington D.C. 20004
3   San Francisco, California 94105

4                                            Karen L. Gilman
    Michael P. Falzone                       WOLFF & SAMSON PC
5   PO Box 500                               One Boland Drive
    Richmond, VA 23218                       West Orange, New Jersey 07052
6
    Frederick Black                          J.R. Smith
7   Tara B. Annweiler                        HUNTON & WILLIAMS LLP
    Greer, Herz & Adams, LLP                 Riverfront Plaza, East Tower
8   One Moody Plaza, 18th Floor              951 East Byrd Street
    Galveston, Texas 77550                   Richmond, Virginia 23219-4074
9
10  Washington Green TIC                     Raul A. Cuervo
    c/o Bradley S. Copeland                  JORDEN BURT LLP
11  PO Box 1758                              1025 Thomas Jefferson St., N.W.
    Eugene, OR 97440                         Suite 400 East
12                                           Washington, DC 20007
    Woods Rogers PLC
13  Richard C. Maxwell                       Gregory Lee McCall
    10 South Jefferson Street                PO Box 9000
14  Suite 1400                               Forrest City, Arkansas 72336
    P.O. Box 14125
15  Roanoke, Virginia 24038-4125             Denise Mondell
                                             Assistant Attorney General
16                                           P.O. Box 120
    Matthew Righetti                         55 Elm Street, Fourth Floor
17  456 Montgomery St., Ste. 1400            Hartford, CT 06141-0120
    San Francisco, CA 94104
18
    Joel T. Marker                           Valerie L. Marciano
19  170 South Main                           JABURG & WILK, P.C.
    Suite 800                                3200 N. Central Avenue, Suite
20  Salt Lake City, UT 84101                 2000
                                             Phoenix, Arizona 85012
21  Darlene M. Nowak
22  Marcus & Shapira LLP                     JEFF KLUSMEIER
    35ᵗʰ Floor, One Oxford Center            Assistant Attorney General
23  301 Grant Street                         P.O. Box 899
    Pittsburgh, PA 15219                     Jefferson City, Missouri 65102
24
    Lawrence H. Glanzer, Esquire             R. Chase Palmer
25  Roussos,  Lassiter,  Glanzer  &          PALMER LAW FIRM, INC.
    Marcus, P.L.C.                           P. O. Drawer M
26  580 East Main Street, Suite 300          Marshall, TX 75671
    Norfolk, VA 23510
27

28

Ann Marie Bredin, Esq.
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Shannon E. Hoff
301 South College St.
Suite 2300
Charlotte, NC 28202

Brian D. Womac
Two Memorial City Plaza
820 Gessner
Suite 1540
Houston, TX 77024

William A. Gray
801 E. Main St.
Richmond, VA 23219

Paul J. Laurin, Esq.
Stephen M. Astor, Esq.
Laurin & Associates
280 South Beverly Drive
Suite 304
Beverly Hills, California 90212

Linda J. Brame
P.O. Box 700
Marion, IL 62959

R. Lee Allen, Esq.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, Illinois 62705

Michael J. O'Grady, Esq.
Frost Brown Todd LLC
201 E. Fifth Street
Suite 2200
Cincinnati, OH 45202

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

R. Timothy Brian
8484 Westpark Dr., 9th floor
McLean, VA 22102

Kenneth Miller
9401 Wilshire Blvd.
9th Floor
Beverly Hills, CA 90212

Michael H. Izsak
1505 S. Big Bend Blvd.
St. Louis, MO 63117

Clement & Wheatley
Attn: Darren W. Bentley, Esq.
549 Main Street
P.O. Box 8200
Danville, Virginia 24543-8200

Kenneth B. Roseman
105 W. Madison St.
Suite 810
Chicago, IL 60602

Paul K. Campsen
150 West Main St.
PO Box 3037
Norfolk, VA 23514

Terrance A. Hiller
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Ted A. Berkowitz
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-1320

William D. Buckner
3146 Redhill Ave.
Suite 200
Costa Mesa, CA 92626

Adam R. Nelson, Esquire (VSB No.
39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Elizabeth A. Elam
6000 Western Place
Suite 200
I-30 @ Bryant-Irvin Rd.
Fort Worth, TX 76107

| | |
|---|---|
| 1 | Matthew Righetti | Valerie P. Morrison |
| | 456 Montgomery St. | 7925 Jones Branch Dr. |
| 2 | Suite 1400 | Suite 6200 |
| | San Francisco, CA 94104 | McLean, VA 22102 |

Matthew Righetti
456 Montgomery St.
Suite 1400
San Francisco, CA 94104

Valerie P. Morrison
7925 Jones Branch Dr.
Suite 6200
McLean, VA 22102

Paul M. Black, Esq.
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002

Albert F. Quintrall
1550 Hotel Circle North
Suite 120
San Diego, CA 92108

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

Penny R. Stark
17 Bon Pinck Way
East Hampton, NY 11937

Joseph M. DuRant, Deputy City
Attorney
Office of the City Attorney
City of Newport News, Virginia
2400 Washington Avenue, 9th Floor
Newport News, VA 23607

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

J. Seth Moore
1700 Pacific Ave.
Suite 4400
Dallas, TX 75201

Henry (Toby) P. Long III
Thomas N. Jamerson
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Michael E. Lacy
1001 Haxall Point
Richmond, VA 23219

Kern County Treasurer-Tax
Collector
Attn: Bankruptcy Div.
c/o Angelica Leon
PO Box 579
Bakersfield, CA 93302

Timothy C. Bass
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037

Linda J. Brame
P.O. Box 700
Marion, IL 62959

Virginia E. Robinson
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

Gordon S. Woodward, Esquire
SCHNADER HARRISON SEGAL & LEWIS
LLP
750 9th Street, NW
Suite 550
Washington, DC 20001-4534

Peter J. Carney
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Millman 2000 Charitable Trust
Attn: David Bennett
2400 Cherry Creek Drive South
Suite 7002
Denver, Colorado 80209-3261

J. Seth Moore
1700 Pacific Ave.
Suite 4400
Dallas, TX 75201

1

Valerie P. Morrison, Esquire
Dylan G. Trache, Esquire
2
Wiley Rein LLP
3
7925 Jones Branch Drive, Suite 6200
4
McLean, Virginia 22102

5
Valerie L. Marciano
JABURG & WILK, P.C.
6
3200 N. Central Avenue, Suite 2000
7
Phoenix, Arizona 85012

8
Richard E. Hagerty
9
Troutman Sanders LLP
1660 International Dr.
10
Suite 600
McLean, VA 22102

11
Nancy Hotchkiss, Esq.
12
Trainor Fairbrook
980 Fulton Avenue
13
Sacramento, California 95825

14
Paul K. Campsen
15
150 W. Main St., Ste. 2100
Norfolk, VA 23510

16
Troy Savenko, Esquire
17
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
18
Post Office Box 2470
Richmond, VA 23218-2470
19

20
Penny R. Stark
9861 Sunrise Lakes Blvd.
21
Suite 308
Sunrise, FL 33322
22

Robert S. Westermann
23
PO Box 500
Richmond, VA 23218
24

Michael E. Hastings, Esquire
25
LeClairRyan, A Professional Corporation
26
1800 Wachovia Tower, Drawer 1200
27
Roanoke, Virginia 24006

28

William H. Schwarzchild, III
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Ann K. Crenshaw
2101 Parks Ave., Ste. 700
Virginia Beach, VA 23415

Adam R. Nelson, Esquire
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Daniel R. Sovocool
Louis J. Cisz, III
Gina M. Fornario
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111

Ricmac Equities Corporation
6 Harbour Point Dr.
Northport, NY 11768

Jeremy S . Friedberg , Esq.
Leitess Leitess Friedberg +
Fedder PC
One Corporate Center
10451 Mi ll Run Circle
Suite 1000
Owings Mills, Maryland 21117

Malcolm M. Mitchell, Jr.
Kara D. Lehman
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Caroline R. Djang
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

1  Darrell W. Clark                          LeGrand L. Clark
   STINSON MORRISON HECKER LLP               302 W. Washington St.
2  1150 18thStreet, NW                       Indianapolis, IN 46204
   Suite 800
3  Washington, DC 20036-3816                 Louis J. Cisz, III
                                             NIXON PEABODY LLP
4  Chris L. Dickerson, Esq.                  One Embarcadero Center
5  333 West Wacker Drive                     18th Floor
   Chicago, Illinois 60606                   San Francisco, CA 94111
6
   Ann K. Crenshaw                           Michelle Mosier
7  2101 Parks Ave.                           Circuit City Stores, Inc.
   Suite 700                                 4951 Lake Brook Dr.
8  Virginia Beach, VA 23415                  Suite 500
                                             Glen Allen, VA 23060
9  Kimo C. Leong
10 737 Bishop St., # 2060                    Gregg M. Galardi
   Honolulu, HI 96813                        One Rodney Square
11                                           10th and King Streets
   Louis E. Dolan, Jr.                       7th Floor
12 NIXON PEABODY LLP                         Wilmington, DE 19801
   One Embarcadero Center
13 18th Floor                                Chris L. Dickerson
   San Francisco, California 94111           155 N. Wacker Dr.
14                                           Chicago, IL 60606
15 David V. Cooke
   201 W. Colfax Ave.                        Douglas M. Foley
16 Dept. 1207                                One James Center
   Denver, CO 80202                          901 E. Cary St.
17                                           Richmond, VA 23219
   Michael P. Falzone
18 PO Box 500                                Rober B. Van Arsdale
   Richmond, VA 23218                        701 E. Broad St.
19                                           Suite 4304
20 Nicholas M. Miller                        Richmond, VA 23219
   Neal, Gerber & Eisenberg LLP
21 Two North LaSalle Street
   Suite 1700
22 Chicago, IL 60602

23 Ann K. Crenshaw
   2101 Parks Ave.
24 Suite 700
   Virginia Beach, VA 23415
25
26 Stephan W. Milo
   125 S. Augusta St.
27 Suite 2000
   Staunton, VA 24401

28