# Exhibit A

# JMBM | Jeffer Mangels Butler & Marmaro LLP

David M. Poitras, P.C.
DPoitras@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
JMBM.com

November 14, 2008

**VIA ELECTRONIC MAIL**
**VIA FACSIMILE**
**VIA FEDERAL EXPRESS**

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re:   Reclamation Demand by THQ Inc. ("Seller") to Circuit City Stores, Inc., et al. ("Debtors")

Gentlepersons:

Demand is hereby made upon Debtors pursuant to § 2-702 of the Uniform Commercial Code and § 546(c)(1) of the United States Bankruptcy Code, for the return of all goods received by Debtors from Seller during the applicable periods referred to in the above-cited statutes. The demand specifically includes but is not limited to goods identified in the documents which are enclosed with this demand.

Please provide the undersigned with a schedule of all of the goods in Debtors' possession or control as of the date of this demand on or before November 24, 2008 and please contact the undersigned for instructions in connection with the return of all goods in Debtors' possession or control.

Pending your prompt return of the goods, all goods subject to Seller's right of reclamation must be protected and segregated by Debtors and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court having jurisdiction over Debtors' chapter 11 cases.

In accordance with the procedures set forth in Debtors' Motion for Order, *inter alia*, Establishing Procedures for Reclamation Demands, Seller does hereby assert an administrative claim pursuant to Bankruptcy Code Section 503(b)(9) for the value of goods Seller provided to the Debtors within the twenty (20) days immediately prior to the Petition Date ("20-Day Goods"), i.e. from October 21, 2008 through November 9, 2008. The amount owed by

Page 2

the Debtors to Seller on account of the 20-Day Goods is not less than $514,159.08. Delivery of the 20-Day Goods is evidenced by the documents enclosed hereto.

This reclamation demand is made without prejudice to all other rights and remedies available to Seller, at law or in equity, including but not limited to, Seller retaining title to some or all of the goods.

Thank you for your consideration and prompt attention to this matter. We look forward to hearing from you at your earliest opportunity.

Sincerely,

DAVID M. POITRAS, P.C. of
Jeffer, Mangels, Butler & Marmaro LLP

DMP/crd
Enclosures
cc: Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, CA 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.