# Exhibit B

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :   (Check only one box below:)**

| | | |
|---|---|---|
| x Circuit City Stores, Inc. (Case No. 08-35653) | CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | Abbott Advertising, Inc. (Case No. 08-35665) |
| Circuit City Stores West Coast, Inc. (Case No. 08-35654) | Circuit City Stores PR, LLC (Case No. 08-35660) | Mayland MN, LLC (Case No. 08-35666) |
| InterTAN, Inc. (Case No. 08-35655) | Circuit City Properties, LLC (Case No. 08-35661) | Patapsco Designs, Inc. (Case No. 08-35667) |
| Ventoux International, Inc. (Case No. 08-35656) | Orbyx Electronics, LLC (Case No. 08-35662) | Sky Venture Corporation (Case No. 08-35668) |
| Circuit City Purchasing Company, LLC (Case No. 08-35657) | Kinzer Technology, LLC (Case No. 08-35663) | XSStuff, LLC (Case No. 08-35669) |
| CC Aviation, LLC (Case No. 08-35658) | Courchevel, LLC (Case No. 08-35664) | PRAHS, INC. (Case No. 08-35670) |

**NOTE:** *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>THQ Inc. | Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>THQ Inc. c/o Caroline R. Djang, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br><br>Telephone number:  (310) 203-8080 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br><br>Telephone number: | Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. **Amount of Claim as of Date Case Filed:**     $ 2,040,918.98 _____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.<br><br>2. Basis for Claim: **Goods sold** _____<br>(See instruction #2 on reverse side.)<br><br>3. **Last four digits of any number by which creditor identifies debtor:** CIR01 _____<br><br>3a.  Debtor may have scheduled account as: **n/a** _____<br>(See instruction #3a on reverse side.)<br><br>4. **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:** Goods sold and delivered<br>**Value of Property: $**_____ Annual Interest Rate ___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim.<br>if any: $ 0 _____     Basis for perfection: Reclamation<br><br>Amount of Secured Claim: $ 2,019,596.68 _____    Amount Unsecured: $ 0 _____ | 5.  **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).<br><br>☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>x Other - Specify applicable paragraph of 11 U.S.C. § 503(b) (9)<br><br>**Amount entitled to priority:**<br><br>$ 514,159.08 _____ |
| 6.  **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4 1 10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
| Date:<br>**01/22/09**<br><br>Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>James M. Kennedy<br>Executive Vice President<br>Business and Legal Affairs | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

5858034.v1

**B 10 (Official Form 10) (12/07)- Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
   State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
   State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
   State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a.   Debtor May Have Scheduled Account As:**
   Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim.**
   Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. §§ 507(a).**
   If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
   An authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
   Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim form is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §§ 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgement of Filing a Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or to view your filed proof of claim you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ADDENDUM TO PROOF OF CLAIM

1.      THQ Inc. ("THQ") sold and delivered certain goods to Circuit City Stores, Inc., et al.[1] (the "Debtor") on credit during the twenty-day period prior to the Petition Date.

2.      The Debtor received said goods (the "20-Day Goods"); however, THQ did not receive payment for said goods.

3.      The amounts owed by the Debtor to THQ on account of the 20-Day Goods is $514,159.08 (the "20-Day Amount").

4.      Delivery of the 20-Day Goods is evidenced by the documents annexed hereto as Exhibit A.

5.      On December 12, 2008, THQ filed a Section 503(b)(9) Claim Request Form, in addition to this claim, to preserve its claim for the 20-Day Amount.

6.      In addition to the 20-Day Goods, THQ sold and delivered certain goods to the Debtor on credit during the forty-five day period prior to the Petition Date.

7.      The Debtor received said goods (the "Reclamation Goods"); however, THQ did not receive payment for said goods.

8.      The amounts owed by the Debtor to THQ on account of the Reclamation Goods is $2,019,596.68 (the "Reclamation Amount").

9.      The Reclamation Amount includes the 20-Day Amount.

10.     Shipment of the Reclamation Goods is evidenced by the documents annexed hereto as Exhibit B.

11.     By letter dated November 14, 2008, THQ made a timely demand on the Debtor pursuant to Section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

5864917v1

Commercial Code (the "Reclamation Demand") for the segregation and return of all goods received by the Debtor within 45 days of the Petition Date totaling $2,019,596.68 (the "Reclamation Goods").

12.     A copy of the Reclamation Demand is annexed hereto as Exhibit C.

13.     The 20-Day Goods and the Reclamation Goods consisted of video games, i.e., goods sold to the Debtor in the ordinary course of the Debtor's business.

14.     THQ sold and delivered certain goods to the Debtor on credit prior to the forty-five day period prior to the Petition Date (the "General Unsecured Claim").

15.     The total amount owed by the Debtor on account of the General Unsecured Claim is $21,322.30.

16.     The invoices supporting the General Unsecured Claim are annexed hereto as Exhibit D.

17.     Additional prepetition or postpetition sums may be owing for damages and other amounts due by the Debtor to THQ.  THQ reserves the right to amend this claim to include such additional amounts as and when determined.

18.     THQ reserves its rights to amend this claim in any respect, and in particular to increase the amount claimed.

19.     THQ also expressly reserves all other rights, including, without limitation (i) the right of recoupment, (ii) any other defenses to any cause of action, and (iii) to the extent that this claim is used defensively as a right of setoff, THQ asserts that such claim(s) are secured claims.

20.     The filing of this claim is not and shall not be deemed or construed as: (a) a waiver or release of THQ's rights against any person, entity or property; (b) a consent by THQ to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving THQ; (c) a waiver or release of THQ's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation of or not of such matters as "core

2

5864917v1

Case 08-35653-KRH   Doc 5676-2   Filed 11/15/09   Entered 11/15/09 18:17:21   Desc
Exhibit(s) B   Page 6 of 6

proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (d) a consent by THQ to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of THQ's right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving THQ; (g) a waiver of the right to withdraw this claim and to have the withdrawal treated as if no claim was filed; (h) an admission of any kind; or (i) an election of remedies.

5864917v1