Sharon Z. Weiss
Mark E. Carrillo
RICHARDSON & PATEL LLP
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Tel:  (310) 208-1182
Fax:  (310) 208-1154

*Counsel for Apex Digital, Inc.*

– and –

Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>              Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**JOINDER OF APEX DIGITAL INC. TO OBJECTIONS OF LG ELECTRONICS USA, INC. AND EASTMAN KODAK COMPANY TO CONFIRMATION OF DEBTORS' <u>CHAPTER 11 PLAN OF LIQUIDATION</u>**

1

1.   Apex Digital, Inc. ("Apex") has sought reimbursement of administrative expenses from the Debtors pursuant to 11 U.S.C. § 503(b)(9).  The Debtors seek to "temporarily disallow" Apex's request pursuant to 11 U.S.C. § 502(d).

2.   Apex hereby joins in the Objections of LG Electronics USA, Inc. and Eastman Kodak Company to confirmation of the Debtors' Chapter 11 plan of liquidation (Docket Nos. 5652 and 5655).  For the reasons stated in the LG and Eastman Kodak Objections, the Debtors' plan cannot be confirmed in its current form.

Dated: November 16, 2009

> Sharon Z. Weiss
> Mark E. Carrillo
> RICHARDSON & PATEL LLP
> Murdock Plaza
> 10900 Wilshire Boulevard, Suite 500
> Los Angeles, California 90024
> Tel: (310) 208-1182
> Fax: (310) 208-1154
>
> *Counsel for Apex Digital, Inc.*
>
> – and –
>
> /s/   Joshua D. McKarcher
> Michael St. Patrick Baxter
> Dennis B. Auerbach
> Joshua D. McKarcher (VSB No. 77061)
> COVINGTON & BURLING LLP
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2401
> Tel: (202) 662-6000
> Fax: (202) 662-6291
>
> *Co-Counsel for Apex Digital, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing was served on November 16, 2009 by electronic mail on the below listed parties via the listed e-mail addresses and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

    Gregg M. Galardi, Esq.
    Chris L. Dickerson, Esq.
    Ian S. Fredericks, Esq.
    Jessica S. Kumar, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    E-mail: gregg.galardi@skadden.com;
    chris.dickerson@skadden.com; Ian.Fredericks@skadden.com;
    jessica.kumar@skadden.com; project.circuitcity@skadden.com

    Douglas M. Foley, Esq.
    Sarah B. Boehm, Esq.
    McGuire Woods LLP
    E-mail: dfoley@mcguirewoods.com;
    sboehm@mcguirewoods.com;
    circuitcityservice@mcguirewoods.com

    Jeffrey N. Pomerantz, Esq.
    Stanley E. Goldich, Esq.
    Robert J. Feinstein, Esq.
    Pachulski Stang Ziehl & Jones, LLP
    E-mail: jpomerantz@pszjlaw.com; sgoldich@pszjlaw.com;
    rfeinstein@pszjlaw.com

    Lynn L. Tavenner, Esq.
    Paula S. Beran, Esq.
    Tavenner & Beran, PLC
    Email: ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com

    Robert B. Van Arsdale, Esq.
    Office of the U. S. Trustee
    E-mail: Robert.B.Van.Arsdale@usdoj.gov

In addition, best efforts will be made to serve a true and exact copy of the foregoing in person with the Court and upon the following parties on November 16, 2009, after which a separate certificate of service will be filed with the Court.

>Michelle Mosier
>Circuit City Stores, Inc.
>4951 Lake Brook Drive
>Suite 500
>Glen Allen, VA 23060

>Douglas M. Foley, Esq.
>Sahara B. Boehm, Esq.
>McGuire Woods LLP
>One James Center
>901 E. Cary Street
>Richmond, VA 23219

>Lynn L. Tavenner, Esq.
>Paula S. Beran, Esq.
>Tavenner & Beran, PLC
>20 N. Eighth Street
>Second Floor
>Richmond, VA 23219

>Robert B. Van Arsdale, Esq.
>United States Trustee for the Eastern District of Virginia
>701 East Broad Street, Suite 4304
>Richmond, VA 23219

>Jeffrey N. Pomerantz, Esq.
>Stanley E. Goldich, Esq.
>Pachulski Stang Ziehl & Jones, LLP
>10100 Santa Monica Blvd, 11th Floor
>Los Angeles, CA 90067-4100

In addition, a true and exact copy of the foregoing was sent via Federal Express First Overnight Service to the following parties on November 16, 2009.

>Gregg M. Galardi, Esq.
>Ian S. Fredericks, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>10th and King Streets, 7th Floor
>Wilmington, DE 19801

        Chris L. Dickerson, Esq.
        Jessica S. Kumar, Esq.
        Skadden, Arps, Slate, Meagher & Flom, LLP
        155 North Wacker Drive
        Chicago, IL 60606

        Robert J. Feinstein, Esq.
        Pachulski Stang Ziehl & Jones, LLP
        780 Third Avenue
        36th Floor
        New York, NY 10017

Dated: November 16, 2009

        /s/   Joshua D. McKarcher
        Joshua D. McKarcher (VSB No. 77061)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, N.W.
        Washington, DC  20004-2401
        (202) 662-5223 (phone)
        (202) 778-5223 (fax)
        jmckarcher@cov.com