| U.S. BANKRUPTCY COURT FOR THE DISTRICT OF VIRGINIA RICHMOND DIVISION | PROOF OF CLAIM | COPY |
|---|---|---|
| DEBTOR: CIRCUIT CITY WEST COAST, INC | Case No. 08-35654 Joint Adm. 08-35653 Chapter 11 | |
| Name of Creditor: DOUGLAS COUNTY | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your proof of claim. | |
| Please mail notices to: DOUGLAS COUNTY TREASURER ATTN: STEPHANIE COOK P.O. BOX 1208 100 THIRD STREET CASTLE ROCK, CO 80104 TEL.: 303.660.7455 FAX: 303.660.9022 | ☐ Check if you have never received any notices from the bankruptcy court in this case. ☐ Check if the address differs from the address on the envelope sent to you by the court | RECEIVED DEC 0 1 2008 KURTZMANCARSONCONSULTANTS THIS SPACE IS FOR COURT USE ONLY |
| Number by which creditor identifies debtor: P0395424 | This claim ☐ replaces ☐ amends a previously filed claim, dated: ☐ supplements | |

| 1. BASIS FOR CLAIM: | COMMNERCIAL PERSONAL PROPERTY ASSESSMENT |
|---|---|
| 2. DATE DEBT WAS INCURRED: | January 1, 2008 |

*Colorado Revised Statutes provide that tax liens arise at 12 noon on the assessment date for the current year C.R.S. 39-1-105*

| 3. CLASSIFICATION OF CLAIM: | Secured Claim to extent of collateral value. Unsecured Priority Claim 11 U.S.C. 507(a)(8) to the extent of any shortfall in collateral value and or personal liability. Tax Lien created under 39-1-107 of the Colorado Revised Statutes. |
|---|---|

| 4. TOTAL AMOUNT OF CLAIM: | $0.00 | $ 7,844.91 | $ | $7,844.91 |
|---|---|---|---|---|
| | Unsecured | (secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim
Interest accrues at 12% per annum pursuant to Colorado Revised Statute 39-10-104.5    (11USC 506(b) & 11USC 511)

| 5. SECURED CLAIM: Collateral: Commercial Personal Property Actual Taxable Value: $ 284,332 | OTHER: The 2008 Taxes are estimated. This claim will be supplemented with a liquidated amount once tax statements are generated in Januray 2009 in accordance with Colorado Law |
|---|---|

| 6. CREDITS AND SETOFFS: | The amount of the payments on this claim has been credited and deducted for the purpose of making this claim |
|---|---|
| 7. SUPPORTING DOCUMENTS: | Attached |

| Date: 19-Nov-08 Signature: Sharon Thomas Douglas County Treasurer | FOR COURT USE ONLY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both 18 U.S.C 152 and 3571

**EXHIBIT A**