UNITED STATES BANKRUPTCY COURT

RICHMOND DIVISION

FILED NOV 0 9 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

THE EASTERN District Of VIRGINIA
(RICHMOND DIVISION)

In re CIRCUIT CITY STORES, INC. et al., )
) Case No. 08-35653(KH).
)
) Chapter 11

RESPONSE TO CONFIRMATION OF
DEBTORS JOINT PLAN OF LIQUIDATION
(Hearing Date: 11-23-2009)

*(A) Now Come's Vincent E. Rhynes To Testify Under Oath That I Am Not A Employee Or A Insider Of Circuit City Stores INC.(Debtors). (never had Been) (101-31-E)*

*(B) I Vincent E. Rhynes Testify Under Oath That I Am A Equity Security Holder As Found Under Section 101(17) of The Bankruptcy Code(GP). I Purchased Ten Thousand, Two Hunderd (10,200) Shares Of The Debtors Existing Common Stock By Way And Through Section 547(c)(2) (A & B) Of The Bankruptcy Code. (Creditors, debtor, & Estate) see A Above.*

*(C) The Concern Vincent Rhynes Has & Request The Judge To Consider/Reconsider Issues Such as Section 547(b)(4)(A & B)Of The Bankruptcy Code, Hence, See A & B Above.*

*(D) Request Bankruptcy Court To Review Debtors(Circuit City) Thirty Second (32nd)Omnibus Objection To Claims. Objections To Disclosure Statement etc. All Such "ISSUES TO Be Considered*

*And Rule On At The Confirmation Hearing."*
(E) Bad Faith Acts In 'C' Above Un Check (547) Could
Give Way To 'Criminal Maintenance, Interpleader Or
Even Other Stakeholders'(vr at 3020). Hence, "No Consent
To Subordination at Section 510(a & b) Of The Bankruptcy
Code." No Consent To Any Of (E) Herein.

(F) No Consent To Less Favorable Treatment As Found Under
Title 11 Section 1123(a)(4) Of The Bankruptcy Code.

-RELIEF REQUESTED-
That The Bankruptcy Court Grant C,D,E & F Above.
All That The Bankruptcy Court Finds Just & Proper.

-BASIS FOR RELIEF-
Section 105(a) Of The Bankruptcy Code.
Title 11 Section 1123(a)(4) Of The Bankruptcy Code.

DATE: 11-06-2009
Los Angeles CALIF.

*Vincent E. Rhynes* (signature)
Vincent E. Rhynes(Pro Se)
1514 W. Manchester AVE#5
Los Angeles CALIF. 90047
(323)971-6063

Case 08-35653-KRH    Doc 5686    Filed 11/09/09    Entered 11/16/09 14:22:28    Desc Main Document    Page 3 of 6



| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

| ATTORNEY FOR: | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF<br>VIRGINIA<br>(RICHMOND DIVISION) | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | |
| DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC. et al | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>08-35653(KRH) |

Hearing: Date 11-23-2009
Time 10:00 a.m.
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Response To Confirmation Of Debtors Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 11-06-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: **** Securities & Exchange Commission ****
3 World Financial Center STE # 400
New York, NY 10281-1022
ATTN: Patricia Schrage Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-06-2009, at (place) Los Angeles, California

Mark H. Rhynes
Type or Print Name

_____
Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

**ATTORNEY FOR:**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA
(RICHMOND DIVISION)

**PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes

**DEFENDANT(S)/RESPONDENT(S):** Circuit City Stores, INC. et al

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>08-35653(KRH) |
|---|---|

Hearing: Date 11-23-2009
Time 10:00 a.m.
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Response To Confirmation Of Debtors Joint Plan Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 11-06-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: UNITED STATES TRUSTEE
701 East Broad Street, STE# 4304
Richmond, VA. 23219-1888
ATTN: Robert B. Van Arsdale, Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-06-2009, at (place) Los Angeles, California

MARK H. RHYNES
Type or Print Name

/s/ signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | |
| ATTORNEY FOR: | | |
| UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF<br>VIRGINIA<br>(RICHMOND DIVISION) | | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC. et al | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER:<br>08-35653(KRH) |

Hearing: Date 11-23-2009
Time 10:00 a.m.
Dept. (KRH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Response To Confirmation
Of Debtors Joint Plan
Of Liquidation.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 11-06-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: MCguirewoods LLP
One James Center
901 E. Cary Street
Richmond, VA. 23219
ATTN: Dion W. Hayes

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-06-2009, at (place) Los Angeles, California.

MARK H. RHYNES
Type or Print Name

Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL