IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court upon the Motion to Admit Counsel Pro Hac Vice (the "Motion") filed by Robert S. Westermann, seeking admission *pro hac vice* for Peter N. Tamposi, Esquire, of the law firm of Donchess, Notinger & Tamposi, P.C., in the above-styled bankruptcy cases pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that Peter N. Tamposi be authorized to practice *pro hac vice* before this Court on behalf of Eastman Kodak Company in the aforementioned bankruptcy proceedings. It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Peter N. Tamposi may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Eastman Kodak Company.

DATE: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com
*Counsel for Eastman Kodak Company*

I ASK FOR THIS:

_/s/ Robert S. Westermann_
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Eastman Kodak Company*

## LOCAL RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

/s/ Robert S. Westermann
Robert S. Westermann