Paul V. Shalhoub
Terence K. McLaughlin
Jeanna L. Composti
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

- and -

Bruce H. Matson (VSB No. 22874)
Christopher L. Perkins (VSB No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
(804) 783-2003

Counsel to Olympus Corporation and Olympus Imaging America Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| *et al.*, | : | |
| | : | JOINTLY ADMINISTERED |
| Debtors. | : | |

**JOINDER OF OLYMPUS CORPORATION AND OLYMPUS IMAGING AMERICA INC. IN OBJECTIONS OF LG ELECTRONICS USA INC., EASTMAN KODAK COMPANY AND SAMSUNG AMERICA ELECTRONICS, INC. TO CONFIRMATION OF THE DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION**

Olympus Corporation and Olympus Imaging America Inc. (collectively, "**Olympus**"), through its counsel Willkie Farr & Gallagher LLP and LeClairRyan, respectfully joins (the "**Joinder**") in the Objections submitted by LG Electronics USA Inc. (Docket Number 5652), Eastman Kodak Company (Docket Number 5655), Samsung Electronics, Inc. (Docket Number 5681), and other similarly situated 503(b)(3) claimants who submitted objections (collectively, the "**Objections**") to confirmation of the First Amended Joint Plan of Liquidation (the "**Plan**") of Circuit City Stores, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"). In support of this Joinder, Olympus respectfully states as follows:

1.  Olympus timely and legitimately asserted a request for payment from the Debtors, pursuant to section 503(b)(9) of title 11 of the United States Code (the "**Bankruptcy Code**"), of administrative expenses totaling approximately $5.9 million (the "**Administrative Expenses**") for goods delivered in the ordinary course to the Debtors within twenty (20) days of the filing of the Debtors' bankruptcy petition (the "**Petition Date**").

2.  Pursuant to the Debtors' Fifty-First Omnibus Objection (the "**51st Omni**"), the Debtors seek (among other things) to temporarily disallow, pursuant to section 502(d) of the Bankruptcy Code, approximately $771,000 of the Administrative Expenses on the ostensible theory that Olympus received $771,000 in allegedly preferential payments from the Debtors within ninety days of the Petition Date. Olympus vigorously denies that it was the recipient of any preferential transfers.

3.  The Court conducted a hearing with respect to the 51st Omni on November 12, 2009, at the conclusion of which the Court took the matters under advisement. The Court has not yet ruled on the 51st Omni.

4. Rather than burden the Court with duplicative argument and redundant submissions, Olympus hereby joins in the Objections (including, without limitation, those submitted by LG Electronics USA Inc., Eastman Kodak Company, and Samsung Electronics, Inc.) and objects to the confirmation of the Plan for the reasons set forth in the Objections, which Olympus incorporates by reference as if fully set forth herein.

Dated: November 16, 2009
      Richmond, Virginia

                    LECLAIRRYAN, A Professional Corporation

                    /s/ Christopher L. Perkins
                    Bruce H. Matson (VSB No. 22874)
                    Christopher L. Perkins (VSB No. 41783)
                    LECLAIR RYAN, A Professional Corporation
                    Riverfront Plaza, East Tower
                    951 East Byrd Street, Eighth Floor
                    Richmond, VA  23219
                    (804) 783-2003

                          - and -

                    WILLKIE FARR & GALLAGHER LLP
                    Paul V. Shalhoub
                    Terence K. McLaughlin
                    Jeanna L. Composti
                    787 Seventh Avenue
                    New York, New York  10019
                    (212) 728-8000

                    Counsel to Olympus Corporation and Olympus
                    Imaging America Inc.

## **CERTIFICATE OF SERVICE**

Pursuant to the *Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures* entered on November 13, 2008 [Docket No. 130], I hereby certify that on this 16th day of November 2009 the foregoing was served upon the following parties via electronic mail.

Skadden, Arps, Slate, Meagher &
Flom, LLP One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Jan S. Fredericks

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher &
Flom, LLP 333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson

I further certify that the original of the foregoing was filed with the Court via the Clerk's CM/ECF electronic filing system on November 16, 2009.

/s/ Christopher L. Perkins
Counsel