IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | CHAPTER 11 |
| | § | |

## AMENDED MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E)(2), Robert S. Westermann (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting admission of Peter N. Tamposi, Esquire, of the law firm of DONCHESS, NOTINGER & TAMPOSI, P.C., 547 Amherst Street, #204, Nashua, New Hampshire 03063, to appear and practice *pro hac vice* on behalf of Eastman Kodak Company ("Eastman Kodak") in the above-captioned matter. In support thereof, the Movant states the following:

1.  Peter N. Tamposi (New Hampshire Bar No. 11375) is an attorney licensed to practice law in the state of New Hampshire and has been a member in good standing of the New Hampshire Bar since 1995.

2.  Mr. Tamposi is also admitted to practice before the state and federal courts of the Commonwealth of Massachusetts.

3.  Mr. Tamposi has been retained as a member of the above-named firm by Eastman Kodak to provide legal representation in connection with the above-styled matter now pending

---

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
*rwestermann@hf-law.com*

*Counsel for Eastman Kodak Company*

before the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division).

4. Mr. Tamposi has never been disbarred and is not currently suspended from the practice of law in the State of New Hampshire or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. In addition, he has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

6. Mr. Tamposi has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice.

7. He has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Mr. Tamposi is familiar with and shall be governed by the Local Rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of The Virginia State Bar.

WHEREFORE, Movant respectfully requests the entry of the attached Order authorizing Peter N. Tamposi to appear *pro hac vice* in these cases, and for such other and further relief as the Court deems just and proper.

DATE: November 16, 2009                    EASTMAN KODAK COMPANY

                                            By:   /s/ Robert S. Westermann
                                                        Counsel

Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com

*Counsel for Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, a true and complete copy of the foregoing Motion was filed and served electronically using the Bankruptcy Court's ECF system, and was sent to the parties below at the addresses indicated by first class mail, postage prepaid.

Douglas M. Foley, Esq.
Sara B. Boehm, Esq.
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, Virginia 23219

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067
Attn: Jeffrey N. Pomerantz
     Stanley E. Goldich

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Attn: Robert J. Feinstein

Robert B. VanArsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Circuit City Stores, Inc.
4951 Lake Brook Drive, Suite 500
Glen Allen, Virginia 23060
Attn: Michelle Mosier

Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, Delaware 19801
Attn: Gregg M. Gilardi
     Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom
155 N. Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson
     Jessica S. Kumar

/s/ Robert S. Westermann
Robert S. Westermann

3