IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

In re:

CIRCUIT CITY STORES, INC.,
<u>et</u> <u>al</u>.,

Jointly Administered   ,

        Debtors.

_____/

Chapter 11 Proceedings

Case No. 08-35653

Hon. Kevin Huennekens

**RESPONSE OF LAURIE LAMBERT-GAFFNEY TO DEBTORS'
FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON
<u>ACCOUNT OF EMPLOYEE OBLIGATIONS</u>)**

NOW COMES Laurie Lambert-Gaffney ("Ms. Lambert-Gaffney"), by counsel, for her Response to the Debtors' Fifty-Sixth Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) [Docket No. 5320] states as follows:

1. On or about June 29, 2009 Ms. Lambert-Gaffney filed a claim with Debtors' claims agent, Kurtzman Carson Consultants, in the total amount of $125,000.00. On information and belief, the claim has been assigned claim number 14011 and an unsecured claim number 7853 (the "Claim"). It was asserted in the Claim that the entire $125,000.00 owed to Ms. Lambert-Gaffney was entitled to administrative expense status. A copy of the claim is attached hereto and incorporated by reference as Exhibit "A". The Debtors' Objection seeks to disallow this Claim.

2. Ms. Lambert-Gaffney's administrative Claim is based upon a cash retention award promised to her by the Debtor in order to retain her services as one of the key personnel to promote the turnaround of the Debtor (the

CANFIELD | BAER LLP
Robert A. Canfield, Esq. VSB No. 16901
Paul McCourt Curley, Esq. VSB No. 43974
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: 804-673-6600
Telecopier: 804-673-6604
E-Mail: pcurley@canfieldbaer.com
*Counsel for Laurie Lambert-Gaffney*

Retention Award"). Ms. Lambert-Gaffney, in consideration for the Retention Award, remained a valued employee of the Debtor throughout the bankruptcy proceedings. In fact, Ms. Lambert-Gaffney continues to operate in such capacity.

3. The entire amount of Ms. Lambert-Gaffney's Retention Award was not earned and had not vested until after the bankruptcy petition was filed by the Debtor. In order for Ms. Lambert-Gaffney to be entitled to the Retention Award it was required that she provide personal services to the Debtor post-petition. Therefore, Ms. Lambert-Gaffney's Claim did not arise until after the Debtor's bankruptcy case had been filed.

4. Ms. Lambert-Gaffney reserves her right to supplement this Response in advance of any final hearing on the Objection.

WHEREFORE, Laurie Lambert-Gaffney respectfully requests that the Court overrule the Objection and allow Ms. Lambert-Gaffney's Claim as filed, and grant such other and further relief as is just and proper under the circumstances.

By: /s/ Paul McCourt Curley
Robert A. Canfield, Esquire
Paul McCourt Curley, Esquire
CANFIELD | BAER LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Tel: (804) 673-6600
Fax: (804) 673-6604

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Response was served by first class mail and/or electronic means on this 16th day of November 2009 upon the following constituting all necessary parties:

Skadden, Arps, Slate, Meacher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, New York 10017

                                              /s/ Paul McCourt Curley