Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

and

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
RICHMOND DIVISION
FILED
NOV 1 3 2009
CLERK
U.S. BANKRUPTCY COURT
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| et al., | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**OBJECTION TO DISCHARGE**

**PLEASE TAKE NOTICE** that the Village of Mt. Pleasant, 6126 Durand Avenue, Racine, Wisconsin 53406, objects to the discharge of the Personal Property Taxes levied upon the personal property of the Debtor for the Circuit City Stores, Inc. retail store located at 2710 and 2730 Green Bay Road, Racine, WI 53406, located in the Village of Mt. Pleasant, County of Racine, State of Wisconsin. That the amount due to the Village of Mt. Pleasant for Personal Property Taxes is the sum of $5,553.90.

## DESCRIPTION OF CLAIM

(A) <u>CAPTION SETTING FORTH NAME OF BANKRUPTCY COURT, NAME OF DEBTORS AND TITLE, ETC.</u>

See above.

(B) <u>CLAIMANT'S NAME AND EXPLANATION OF THE AMOUNT OF CLAIM.</u>

Village of Mt. Pleasant. Mt. Pleasant has properly taxed the personal property of the debtor pursuant to State law, and debtor has failed to pay the tax.

(C) <u>CONCISE STATEMENT IDENTIFYING CLAIM.</u>

I am Juliet Edmands, Clerk/Treasurer of the Village of Mt. Pleasant, located at 6126 Durand Avenue, Racine, WI 53406. I confirm that the debtor was sent a Notice entitled "State of Wisconsin-Racine County-2008 Property Tax Bill in the amount of $5,049.00 along with penalty interest in an amount of $504.90 for a total Tax Statement (Personal Property) of $5,553.90. See attached as Exhibit 1. The calculation worksheet is also attached as Exhibit 1. The taxes were properly totaled and incurred by the Circuit City Store located at 2710 and 2730 Green Bay Road, Racine, Wisconsin 53406.

(D) <u>COPY OF DOCUMENTATION SUPPORTING CLAIM.</u>

See attached.

(E) <u>DECLARATION OF PERSON WITH PERSONAL KNOWLEDGE OF THE RELEVANT FACTS THAT SUPPORT RESPONSE.</u>

See attached Exhibit 2.

(F) <u>CLAIMANT CONTACT INFORMATION.</u>

Juliet Edmands
Village of Mt. Pleasant Clerk/Treasurer
6126 Durand Avenue
Racine, WI 53406
Phone: (262) 554-8750
Fax:    (262) 554-6785

(G) <u>DIFFERENT ADDRESS FOR "NOTICE ADDRESS"</u>

N/A

<u>ADDITIONAL INFORMATION:</u>

Village Attorney John G. Shannon may facilitate a resolution of the Claim:

Attorney John G. Shannon
Dye, Foley, Krohn & Shannon, S.C.
PO Box 081518
Racine, WI 53408-1518
Phone: (262) 637-1260
Fax:    (262) 637-1460

Dated this 12th day of November, 2009.

VILLAGE OF MT. PLEASANT

By: _____
Juliet Edmands, Clerk/Treasurer

Subscribed and sworn to before me
this 12th day of November, 2009.

_____
John G. Shannon, Notary Public, State of Wisconsin.
My commission is permanent.

**STATE OF WISCONSIN -- RACINE COUNTY**
*** 2008 PROPERTY TAX BILL ***

TREASURER, VILL OF MT PLEASANT
VILL MT PLEASANT %JOHNSON BANK
PO BOX 1126
KENOSHA WI 53141-1126

**VILLAGE OF MT PLEASANT**
Tax Type : PERSONAL
CIRCUIT CITY
BILL # :              21322
PARCEL ID:    151   00-00-03-090-180
IMPORTANT:
( ** Inform the Racine County Real Estate Description Office of any address changes **)
Correspondence should refer to tax number. See reverse side for important information. Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.

**Legal Description/Location of Property :**
2730   GREEN BAY RD

2710 GREEN BAY RD



CIRCUIT CITY
PO BOX 42304 TAX DEPT
RICHMOND VA 23242-2304

---

Pay your **VILLAGE OF MT PLEASANT**  FIRST INSTALL/FULL PAYMENT Real Estate & Personal Taxes with a credit card, call 1-800-2PAY-TAX or (1-800-272-9829) and enter the Jurisdiction Code 5859 when prompted. To pay property taxes by charge card or E-check we now use Official Payments. The charges are 2.75% for charge cards and $2.75 per E-check.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT RATIO. | NET ASSESSED VALUE RATE (Does NOT reflect Credits) | NET PROPERTY TAX |
|---|---|---|---|---|---|
| | | 310,561 | .9750 | 16.25766 /M | 5,049.00 |
| ESTIMATED FAIR MARKET VALUE LAND | ESTIMATED FAIR MARKET VALUE IMPROVEMENTS | TOTAL ESTMATED FAIR MARKET VALUE | Stars in this box means unpaid prior year taxes. Please contact County Treasurer | School taxes also reduced by school levy tax credit. | |
| | | 318,524 | | 377.43 | |

| TAXING JURISDICTION | 2007 ESTIMATED STATE AIDS ALLOCATED TO TAX DISTRICT | 2008 ESTIMATED STATE AIDS ALLOCATED TO TAX DISTRICT | 2007 NET TAX | 2008 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| STATE | | | 56.82 | 54.05 | -4.9 |
| COUNTY | 998,943 | 1,036,777 | 1,110.85 | 1,059.76 | -4.6 |
| VILLAGE | 1,482,356 | 1,503,607 | 1,630.80 | 1,623.89 | -.4 |
| UNIFIED SCHOOL | 42,198,050 | 45,123,653 | 1,871.58 | 1,920.70 | 2.6 |
| GATEWAY TECH VTA | 482,678 | 480,117 | 400.91 | 390.60 | -2.6 |
| | | | | | |
| TOTALS | 45,162,027 | 48,144,154 | 5,070.96 | 5,049.00 | -.4% |
| FIRST DOLLAR CREDIT | | | | | |
| LOTTERY & GAMING CREDIT | | | .00 | .00 | % |
| NET TAX | | | 5,070.96 | 5,049.00 | -.4% |

**TOTAL DUE** FOR FULL PAYMENT
PAY TO LOCAL TREASURER BY
JANUARY 31, 2009
» $     5,049.00
WARNING:
If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

---

| PAY 1ST INSTALLMENT OF : 5,049.00 | AND PAY 2ND INSTALLMENT OF : N/A | OR PAY FULL AMOUNT OF : 5,049.00 |
|---|---|---|
| BY JANUARY 31, 2009 | BY JULY 31, | BY JANUARY 31, 2009 |
| Amount Enclosed : _____ | Balance Due : _____ | |
| **TO LOCAL TREASURER** | | **TO LOCAL TREASURER** |
| Make check Payable to : | Make check Payable to : | Make check Payable to : |
| TREASURER, VILL OF MT PLEASANT VILL MT PLEASANT %JOHNSON BANK PO BOX 1126 KENOSHA WI 53141-1126 | | TREASURER, VILL OF MT PLEASANT VILL MT PLEASANT %JOHNSON BANK PO BOX 1126 KENOSHA WI 53141-1126 |
| PARCEL ID: 151 00-00-03-090-180 | PARCEL ID: 151 00-00-03-090-180 | PARCEL ID: 151 00-00-03-090-180 |
| BILL # : 21322 | BILL # : 21322 | BILL # : 21322 |
| *Include This Stub With Your Payment* |  *Include This Stub With Your Payment* |  *Include This Stub With Your Payment* |

| DUE DATE | Completed Statement of Personal Property | 2008 |
|---|---|---|
| Mar 1, 2008 | Subject to Assessment January 1, 2008 | |

**Who must file:** Every person, firm or corporation as defined in section 70.35 WI Statutes, receiving from the assessor a return of personal property, must submit such return to the assessor on or before March 1. This return is confidential and is not available for public inspection.

**Failure to file:** If you fail to file, the assessor must estimate the value of your property using the best information available. In addition, you shall be denied any right of abatement by the board of review, under Section 70.35(4) WI Statutes.

Property owner (or in his/her charge as agent, consignee, or other representative capacity):

Circuit City
Sarah
PO Box 42304
Tax Dept.
Richmond, VA 23242-2304

Account number: 15100-00-03-090-180
Property address: 2710 Green Bay Rd, Unit C
Municipality: Village of Mount Pleasant
County: Racine

Business activity: _____

**Status Change**
___ Business moved out of municipality (indicate new address on right)
___ Business sold (indicate new owner & address to the right)
___ Business discontinued
Date business status changed: _____

**New Owner**
Name: _____
Address: _____
City, ST, Zip: _____
Phone: _____

### Schedule A
### Summary of Personal Property as of January 1, 2008

Schedule A is the summary of all taxable personal property from Schedules B through H. The total of the column titled 'Assessable Property' is your declaration of personal property subject to tax within this municipality. Do not write "SALY" for "Same as Last Year"; forms must be filled out completely. Note that Schedule D-1 (exempt computers, software, cash registers and single function fax machines) is excluded from the total assessable.

| Property Description | Non-assessable Property | Assessable Property |
|---|---|---|
| Boats and other watercraft (Schedule B) | | $ |
| Machinery, tools and patterns (Schedule C) | | $ |
| Furniture, fixtures and office equipment (Schedule D) | | $ 293,193 |
| Exempt computers, software, single function faxes & cash registers (Schedule D-1) | $ 5,547 | |
| Multifunction faxes, copiers, postage meters, phone systems, etc (Schedule D-2) | | $ 15,073 |
| Improvements on leased land (Schedule E) | | $ |
| Supplies (Schedule G) | | $ 1,184 |
| Other personal property (Schedule H) | | $ 5,711 |
| **Total assessable** (may not include all buildings on leased land if assessor has not determined value) | | **$ 315,161** |

I hereby declare all information given is true and correct for all the personal property for which I am subject to assessment and which was owned by me or held in my possession on January 1, 2008.

| Owner's name (please print) | Preparer's name (if other than owner) (please print) |
|---|---|
| Sarah | |
| **Owner's mailing address** (if different than above) | **Preparer's mailing address** |
| PO Box 42304, Tax Dept. | |
| Richmond, VA 23242-2304 | |
| Owner's signature | Date signed | Preparer's signature | Date signed |
| Owner's phone number | Owner's fax number | Preparer's phone number | Preparer's fax number |
| (804)486-4000 | | | |

| Return to: Edward Potter, Assessor | If you have any questions about this form, please contact: |
|---|---|
| 6126 Durand Ave | |
| Racine, WI 53406 | |

## Schedule B
### Boats and Other Watercraft

Report boats and other watercraft not exempt. Use additional sheets if necessary. If the schedule is prefilled with information from last year, draw a line through any items disposed of prior to January 1, 2008. See tables of Composite Useful Lives and Conversion Factors at www.revenue.wi.gov/report/p.html#personal to determine the correct declared value or leave the declared value blank and we will look up the value for you.

| Year Asset Acquired | Description of Asset | Cost When Acquired | Useful Life (Years) | Declared Value on Jan 1, 2008 |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  | | | Total declared value (enter here and on Schedule A) | |

## Schedule C
### Machinery, Tools and Patterns

Report all machinery and shop equipment. Take the costs shown from your accounting records. Any variation from information contained in your income tax return must be explained by letter or schedule. Summarize all assets by the year the asset was acquired. Assets owned on January 1, 2007 should be summarized in column 2. Assets owned on January 1, 2008 should be summarized in column 4.

| Year Asset Acquired | column 2<br>Total Original Installed Cost as of Jan 1, 2007 by Year Acquired | column 3<br>Additions, Disposals and Transfers During 2007 (Full Cost When Acquired) | col 2 + col 3 = column 4<br>Total Original Installed Cost as of Jan 1, 2008 by Year Acquired | column 5<br>Conversion Factor (10 year) | col 4 x col 5<br>Declared Value on Jan 1, 2008 |
|---|---|---|---|---|---|
| 2007 | $0 |  |  | 0.925 |  |
| 2006 |  |  |  | 0.802 |  |
| 2005 |  |  |  | 0.701 |  |
| 2004 |  |  |  | 0.608 |  |
| 2003 |  |  |  | 0.517 |  |
| 2002 |  |  |  | 0.439 |  |
| 2001 |  |  |  | 0.373 |  |
| 2000 |  |  |  | 0.318 |  |
| 1999 |  |  |  | 0.270 |  |
| 1998 |  |  |  | 0.229 |  |
| Prior to '98 |  |  |  | 0.133 |  |
| | | | Total declared value (enter here and on Schedule A) | | |

## Schedule D
### Furniture, Fixtures and Office Equipment

Report such assets as office, store and professional furniture, fixtures and equipment, business and professional libraries and other assets related to the sales and administration of your business. Original costs shown in columns 2 and 4 should include all costs of installation, freight, add-ons, and sales tax. Summarize all assets by the year the asset was acquired. Assets owned on January 1, 2007 should be summarized in column 2. Assets owned on January 1, 2008 should be summarized in column 4.

| Year Asset Acquired | column 2<br>Total Original Installed Cost as of Jan 1, 2007 by Year Acquired | column 3<br>Additions, Disposals and Transfers During 2007 (Full Cost When Acquired) | col 2 + col 3 = column 4<br>Total Original Installed Cost as of Jan 1, 2008 by Year Acquired | column 5<br>Conversion Factor (10 year) | col 4 x col 5<br>Declared Value on Jan 1, 2008 |
|---|---|---|---|---|---|
| 2007 | $0 | $3,400 | $3,400 | 0.925 | $3,145 |
| 2006 | $9,505 | -$9,505 | $0 | 0.802 | $0 |
| 2005 |  |  |  | 0.701 |  |
| 2004 |  |  |  | 0.608 |  |
| 2003 | $63,391 | $0 | $63,391 | 0.517 | $32,773 |
| 2002 | $11,736 | $0 | $11,736 | 0.439 | $5,152 |
| 2001 | $191,207 | $0 | $191,207 | 0.373 | $71,320 |
| 2000 | $568,564 | $0 | $568,564 | 0.318 | $180,803 |
| 1999 |  |  |  | 0.270 |  |
| 1998 |  |  |  | 0.229 |  |
| Prior to '98 |  |  |  | 0.133 |  |
| | | | Total declared value (enter here and on Schedule A) | | $293,193 |

Schedule D-1
### Exempt Computer Hardware, Software, Single Function Fax Machines, Cash Registers
### Include Only Property that is Owned by You (Not Leased)

Report all owned mainframe computers, minicomputers, personal computers, networked personal computers, servers, terminals, monitors, disk drives, electronic peripheral equipment, tape drives, printers, basic operational programs, systems software, prewritten software, ATMs, single function fax machines and cash registers. **Do not report custom software.** Report leased computer hardware and software on Schedule F. Summarize all assets by the year the asset was acquired. Assets owned on January 1, 2007 should be summarized in column 2. Assets owned on January 1, 2008 should be summarized in column 4.

| Year Asset Acquired | column 2<br>Total Original Installed Cost as of Jan 1, 2007 by Year Acquired | column 3<br>Additions, Disposals and Transfers During 2007 (Full Cost When Acquired) | col 2 + col 3 = column 4<br>Total Original Installed Cost as of Jan 1, 2008 by Year Acquired | column 5<br>Conversion Factor (4 year) | col 4 x col 5<br>Declared Value on Jan 1, 2008 |
|---|---|---|---|---|---|
| 2007 | $0 | | | 0.813 | |
| 2006 | $3,618 | -$2,475 | $1,143 | 0.518 | $592 |
| 2005 | $5,790 | $0 | $5,790 | 0.333 | $1,928 |
| 2004 | $1,212 | $0 | $1,212 | 0.212 | $257 |
| 2003 | | | | 0.133 | |
| 2002 | | | | 0.083 | |
| 2001 | | | | 0.052 | |
| Prior to '01 | $86,560 | $0 | $86,560 | 0.032 | $2,770 |
| | | | | **Total declared value** (enter here and on Schedule A) | **$5,547** |

Note: Per Section 70.36(1M) Any person, firm or corporation that fails to include information on property that is exempt under Section 70.11(39) on the report under Section 70.35 shall forfeit $10 for every $100 or major fraction thereof that is not reported.

Schedule D-2
### Multifunction Fax Machines, Copiers, Postage Meters, Telephone Systems and Computerized Equipment

Report all multifunction fax machines, copiers, postage meters, telephone systems (PBXs) and equipment with embedded computerized components. Summarize all assets by the year the asset was acquired. Assets owned on January 1, 2007 should be summarized in column 2. Assets owned on January 1, 2008 should be summarized in column 4.

| Year Asset Acquired | column 2<br>Total Original Installed Cost as of Jan 1, 2007 by Year Acquired | column 3<br>Additions, Disposals and Transfers During 2007 (Full Cost When Acquired) | col 2 + col 3 = column 4<br>Total Original Installed Cost as of Jan 1, 2008 by Year Acquired | column 5<br>Conversion Factor (6 year) | col 4 x col 5<br>Declared Value on Jan 1, 2008 |
|---|---|---|---|---|---|
| 2007 | $0 | | | 0.875 | |
| 2006 | $7,619 | $0 | $7,619 | 0.669 | $5,097 |
| 2005 | $8,602 | $0 | $8,602 | 0.517 | $4,447 |
| 2004 | | | | 0.395 | |
| 2003 | | | | 0.296 | |
| 2002 | | | | 0.223 | |
| Prior to '02 | $47,257 | $0 | $47,257 | 0.117 | $5,529 |
| | | | | Total declared value (enter here and on Schedule A) | **$15,073** |

Schedule E
### Improvements on Leased Land

Report buildings, structures and other improvements which you own, but which are located on land that you do not own. They will be valued in the same manner as improvements located on land that is owned by you. Use additional sheets if necessary.

| Year Asset Acquired | Description of Building | Property Address | Value on Jan 1, 2008 (Determined by Assessor) |
|---|---|---|---|
| | | | |
| | | Total declared value (enter here and on Schedule A) | |

## Schedule F
### Leased Equipment (Property in Charge of But Not Owned)

Report all leased equipment such as business furniture, fixtures, equipment, machines, postage meters, tools, advertising devices and similar items loaned, leased, stored or otherwise held and not owned by you. Leased equipment is typically assessed to the lessor (leasing company) but you may have the equipment assessed to you (if your leasing contract requires it). To assess a piece of equipment to you, check the box in the last column and include the value on the correct schedule (as if it were not leased). Failure to report all leased equipment may trigger an audit to verify the accuracy of all information reported. Unlike all other schedules, the total value of all leased equipment is not reported on schedule A.

| Name and Address of Leasing Company (Owner) | Lease Number | Type of Equipment | Year Installed | Full Value When Installed | Useful Life (Years) | Assess To Me |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Yes* |
| | | | | | | ☐ Yes* |

* To assess a piece of equipment to you, check this box and report the value of the the equipment on the correct schedule (as if it were not leased).

## Schedule G
### Supplies

Report your supplies inventory. Supplies include items which are expensed, not subject to resale, but are necessary in the conduct of business, or are consumed in the operations of providing customer services. Supplies are items such as those used for selling and advertising, office, shipping, medical, dental, janitorial and cleaning, and any other supplies in your possession on January 1, 2008.

| | |
|---|---|
| Total supplies inventory on Jan 1, 2008. Do not itemize. **Enter here and on Schedule A.** | $1,184 |

## Schedule H
### All Other Personal Property, Leasehold Improvements, Signs, Billboards, Video Tapes, Logs and Forest Products, Other Improvements on Leased Land, Exempt Land, Forest Crop Land, or Managed Forest Land

Report all other leasehold improvements and other personal property not reported on a separate schedule. Leasehold improvements are any alterations, additions, or improvements, adding value, made by a tenant to leased or rented premises. Enter the total improvement cost in column 3. Also include other items of taxable personal property having a market value and not included in any of the other schedules. This schedule also includes logs and other forest products belonging to persons whose principal activity is not related to the buying, selling or manufacturing use of such property. Merchant's or manufacturing stock are exempt. Use additional sheets for specific categories of products, if necessary. Report improvements on leased land (exempt) and privately owned structures, billboards, or special taxed land. See tables of Composite Useful Lives and Conversion Factors at www.revenue.wi.gov/report/p.html#personal to determine the correct declared value or leave the declared value blank and we will look up the value for you. If the schedule is prefilled with information from last year, draw a line through any items disposed of prior to January 1, 2008. Use additional sheets if necessary.

| Year Asset Acquired | Description of Asset | Cost When Acquired | Useful Life (Years) | Declared Value on Jan 1, 2008 |
|---|---|---|---|---|
| 2006 | Equipment Upgrade | $7,121 | 10 | $5,711 |
| | | | | |
| | Total declared value (enter here and on Schedule A) | | | $5,711 |

## DECLARATION OF VILLAGE ASSESSOR

My name is Ed Potter. I am one of the Assessors of and for the Village of Mt. Pleasant. I have personal knowledge:

1. That Circuit City Store located at 2710 and 2730 So. Green Bay Road I s located in the territorial limits of the Village of Mt. Pleasant, Racine County, State of Wisconsin;

2. That said Circuit City Store in question was at all times in 2008 subject to paying tax on its personal property located at said site;

3. That a proper assessment was prepared pursuant to State (Wisconsin) and local law for said Circuit City location and sent to Circuit City in the normal and property course (See Exhibit 1);

4. That the assessment was not objected to or contested by Circuit City in conformance with local and State laws;

5. That Circuit City has not paid the 2008 Personal Property Tax in the amount of $5,049.00 inclusive of interest and penalties and that said amount is due and owing in full.

Dated this 12th day of November, 2009.

_____
Ed Potter, Assessor
Village of Mt. Pleasant

Subscribed and sworn to before me
this 12th day of November, 2009.

_____
Notary Public, Racine County, Wisconsin.
My commission is permanent.





# DYE • FOLEY • KROHN • SHANNON, S.C.

ATTORNEYS AT LAW

John G. Shannon  
Kenneth E. Rusch  
Mark R. Hinkston

Telephone: (262) 637-1260  
Facsimile: (262) 637-1460  
Milwaukee Telephone: (414) 762-7290

Of counsel to the firm:  
John W. Foley  
Thomas C. Krohn

November 12, 2009

**Via UPS/Overnight Mail**  
Clerk of the Bankruptcy Court  
United States Bankruptcy Court  
701 East Broad Street-Room 4000  
Richmond, VA 23219

CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies that a true copy of the within was served by mail or by personal delivery upon all attorneys of record pursuant to Wis. a 801.14.. this ___ day of Nov., 2009 /s/ Linda K. Barnhart — UPS OVERNIGHT

RE: **Circuit City Stores, Inc. et al**  
    **Case No. 08-35653(KRH)/Objection to Discharge**  
    **Our Client: Village of Mt. Pleasant**

Dear Clerk:

Enclosed herewith for filing in duplicate please find Objection to Discharge filed on behalf of Claimant, Village of Mt. Pleasant, Racine County, Wisconsin, relative to Personal Property Taxes due for the Circuit City Stores, Inc. retail store formerly located at 2710 and 2730 Green Bay Road, Racine, WI 53406.

By a copy hereof, we are providing a copy of this Objection to appearing counsel.

Please acknowledge receipt of this Objection by file stamping the copy enclosed and returning it in the envelope provided.

Very truly yours,

John G. Shannon

JGS:lkb  
Enclosures  
cc: Juliet Edmands, Village Clerk  
    Gregg M. Galardi and Ian S. Fredericks/Via UPS Overnight Mail  
    Dion W. Hayes and Douglas M. Foley/Via UPS Overnight Mail  
    Chris L. Dickerson/Via UPS Overnight Mail

1300 South Green Bay Road, Suite 104 • P.O. Box 081518 • Racine, WI 53408-1518  
Web Site: www.dfks-law.com