November 10, 2009

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street

Re: Circuit City Stores, Inc
    9950 Mayland Drive
    Richmond, VA 23233
    Case number 08-35653-KRH



        VS

    Sheila R Lewis
    128 N Beech Ave
    Highland Springs, VA 23075
    XXX-XX-5650

Dear Sir:

This letter is a notice of filing related to the restriction and redaction of my personal
information in the transcript of the documents for the filing of Circuit City.

Sincerely,

Sheila R Lewis