5608 Belstead Ln
Glen Allen, VA, 23059
Case Number 08-35653
Claim Number 13833
November 9, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 E. Broad St – Room 4000
Richmond, VA 23219



RICHMOND DIVISION
FILED NOV 1 3 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

Dear Court of the Bankruptcy Court:

This is my written response to oppose the Objection to pay my Claim (#13833). This Claim should be entitled to Administrative priority and not reclassified as a general unsecured claim. The summary of the objection states that the reason for reclassification is that 1) the claim arose prior to the petition date and 2) that the claimant filed another proof of claim based on the same underlying basis and claim.

Regarding the first objection, the vesting dates for this award are January 1, 2009 (50%) and January 1, 2010 (50%), thus the claim clearly arose after the petition date of November 10, 2008.

Regarding the second objection, this particular claim specifically relates to the Cash Retention Award and is not duplicative of another claim.

Finally, in your letter to me dated October 21, 2009, you asked me to provide the following in order to facilitate a speedy and non-judicial resolution of a claim subject to the Objection:

- Name of Bankruptcy Court: U.S. Bankruptcy Court for the Eastern District of Virginia Richmond Division
- Name of Debtors: Circuit City Stores, Inc., et al.
- Title of Objection: Notice of Debtors' fifty sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations)
- Claimant's Name: Scott D. Mainwaring
- Reasons for and amount of Claim: Outlined in Proof of Claim (#13833) for $40,000

November 9, 2009
Page 2

As a reminder, here is my information in the event that you need to contact me for any reason, including resolution of this matter:

Scott D. Mainwaring
5608 Belstead Ln
Glen Allen, VA  23059
804 360 7099
804 380 7510
sdmainwaring@yahoo.com

                                    Sincerely,

                                    Scott D. Mainwaring

cc:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

- and –

MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, IL  60606
Attn: Chris L. Dickerson