**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | Case No. 08-35653-KRH |
| et. al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**RESPONSE TO DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION**
**TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

Elizabeth R. Warren, by counsel, hereby files this Response (the "Response") to the Debtors' Fifty-Fifth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (the "Objection"), and in support thereof respectfully states as follows:

1. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under Chapter 11 of the Bankruptcy Code.

2. On April 1, 2009, the Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections.

3. In June 2009, Ms. Warren filed seven administrative proofs of claim in the Debtors' bankruptcy case. In section 2 of each of the claims, Ms. Warren identified the basis for each claim. Five of the administrative claims were filed in unknown/unliquidated amounts.

4. On October 21, 2009, the Debtors filed the Objection. Included in the Objection are two administrative claims filed by Ms. Warren identified by the Debtors as Claim Number 13492 and Claim Number 13486. Neither the Objection nor the Debtors' online claims register (maintained by Kurtzman Carson Consultants) clarify which of Ms. Warren's administrative claims correspond to Claim Numbers 13492 and 13486. To the best of Ms. Warren's knowledge

1

and belief, Claim Numbers 13492 and 13486 correspond to separate and distinct administrative claims filed by Ms. Warren and are not duplicative.

5. In the Objection, the Debtors seek to disallow Claim Number 13492 as duplicative of Claim Number 13486. While the amounts may be the same (unliquidated), each of the administrative claims filed by Ms. Warren is for a separate and distinct obligation of the Debtors owed to Ms. Warren. Without further clarification by the Debtors, Ms. Warren is unable to fully assess the validity of the Debtors' Objection or formulate a more complete response thereto.

6. Ms. Warren reserves her rights to further supplement this Response once she is able to determine the actual administrative claims affected by the Objection.

WHEREFORE, Elizabeth R. Warren prays that the Objection be overruled in part, that the Court to instruct the Debtors to further clarify which administrative claims filed by Ms. Warren have been designated as claims 13492 and 13486 so that she may further respond to the Objection as appropriate, and for such other and further relief as the Court deems just and proper.

Dated: November 16, 2009                         DURRETTEBRADSHAW, PLC

 /s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, VA 23219
Tel: 804-775-6900
Fax: 804-775-6911

Counsel to Elizabeth R. Warren

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2009, I caused a copy of the foregoing Response to be served on all parties that receive service through the Court's CM/ECF system, and by electronic mail on the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi (gregg.galardi@skadden.com)
Attn: Ian S. Fredericks (ian.fredericks@skadden.com)

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L Dickerson (chris.dickerson@skadden.com)

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes (dhayes@mcguirewoods.com)
Attn: Douglas M. Foley (dfoley@mcguirewoods.com)

        /s/ Elizabeth L. Gunn