### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: § § | |
| CIRCUIT CITY STORES, INC., et al. § § § | CASE NO. 08-35653-KRH (Chapter 11) (Jointly Administered) |
| Debtors. § § | |

### MOTION FOR ADMISSION PRO HAC VICE OF BRUCE W. AKERLY

Robert M. Marino (the "Movant"), a member in good standing of the bar of the Commonwealth of Virginia and an attorney admitted to practice before this Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), respectfully requests the entry of an Order permitting Bruce W. Akerly ("Akerly"), a Partner with the Dallas, Texas law firm of BELL NUNNALLY & MARTIN LLP, to appear *pro hac vice* before this Court in the above-captioned case and any cases jointly administered therewith on behalf of and as lead co-counsel for Ryan, Inc., f/k/a Ryan & Company, Inc. ("Ryan"), a creditor and party in interest in the above-captioned jointly administered Chapter 11 case. In support thereof, the Movant states as follows:

1. Akerly has been a member in good standing of the Bar of the State of Texas since 1982.

2. Akerly has also been admitted to practice before the following courts: all Federal courts in Texas and Wisconsin; all courts in the state of Texas; United States Court of Appeals for the Fifth Judicial Circuit.

3. Akerly has never been disciplined and there are no disciplinary proceedings pending against him.

4. Akerly has never been disbarred, suspended, or denied admission to practice law by any jurisdiction.

Robert M. Marino, Esquire VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone: (703) 684-2000
Facsimile: (703) 684-5109
rmmarino@rpb-law.com
Local Counsel for Ryan, Inc. f/k/a Ryan & Company, Inc.

5. The Movant requests that this Court permit Akerly to file pleadings and to appear and be heard on behalf of Ryan in the above-captioned jointly administered case.

6. There are no novel issues of law presented in this *Motion*. Accordingly, the Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law pursuant to Local Rule 9013-1(G).

WHEREFORE, the Movant respectfully requests that the Court enter an Order, substantially in the form submitted herewith, permitting Bruce W. Akerly to appear and be heard *pro hac vice* in association with the Movant as co-counsel to Ryan in the above-captioned jointly administered cases, and grant such other and further relief as this Court deems just and proper.

Dated:  November 16, 2009                    Respectfully submitted,

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Ryan, Inc. f/k/a Ryan & Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2009, I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Bruce W. Akerly*, with proposed *Order*, to be served electronically on all parties receiving notice via the Court's CM/ECF system.

/s/ Robert M. Marino
Robert M. Marino