IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | : | Chapter 11 |
|---|---|---|
| Circuit City Stores, Inc., *et al.*, | : | Case No. 08-35653 (KRH) |
| Debtors. | : | |

**OBJECTION OF LEE COUNTY, MISSISSIPPI TAX COLLECTOR
TO THE DEBTORS' JOINT FIRST AMENDED PLAN OF REORGANIZATION**

Lee County, Mississippi Tax Collector ("Lee County"), a tax creditor holding a pre-petition claim against the debtors in these proceedings, hereby objects to the First Amended Joint Plan of Reorganization (the "Plan") proposed by the Debtors and the Official Committee of Unsecured Creditors. In support of its objection, Lee County states as follows:

1. Lee County holds a claim entitled to priority under 11 U.S.C. §507(a)(8). Such claims are entitled, under II U.S.C. §§1129(a)(9)(c) and 511, to post-Effective Date interest at the rate determined by applicable non-bankruptcy law.

2. The Plan, at Article III(A)(2), attempts to impose a much lower "Case Interest

---

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:    (804) 783-7291

And

John A. Crawford, Jr. (MSB No. 10346)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
Phone: (601) 985-4532
Fax: (601) 985-4500
  *Counsel for Lee County, Mississippi Tax Collector*

Rate". That violates §1129(a)(9)(C) and 511, and the Plan, therefore, cannot be confirmed under §1129(a)(1) and (2), which require that a plan and plan proponents comply with all applicable provisions of Title 11.

3. Miss. Code §27-41-9 of the Mississippi Statutes provides that interest on delinquent property taxes accrues "at the rate of one percent (1%) per month", or 12% per annum, compounded monthly.

**WHEREFORE**, Lee County, Mississippi Tax Collector requests that confirmation of the Plan be denied, and for such other relief as may be just and proper.

> **Respectfully Submitted,**
>
> **LEE COUNTY, MISSISSIPPI
> TAX COLLECTOR**
>
> **By Counsel**
>
> /s/ William A. Gray
> William A. Gray, Esquire – VSB #46911
> C. Thomas Ebel, Esquire – VSB # 18637
> Ashley Burgess, Esquire – VSB # 67998
> Sands, Anderson, Marks & Miller, P.C.
> 801 East Main Street, Suite 1800
> (P.O. Box 1998)
> Richmond, Virginia 23219 (23218-1998)
> Phone: (804) 648-1636
> Fax: (804) 783-7291
>
> And
>
> John A. Crawford, Jr. (MSB No. 10346)
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> P.O. Box 6010
> Ridgeland, MS 39158-6010
> Suite 1400
> 1020 Highland Colony Parkway
> Ridgeland, MS 39157
> *Counsel for Lee County, Mississippi Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the below Service List:

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods, LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>*Counsel for Debtors* | David W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods, LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>*Counsel for Debtors* |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>*Counsel for Debtors* | Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Debtors* |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>*U.S. Trustee's Office* | Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>*Special Counsel for Debtors* |
| David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108<br>*Counsel for Bank of America, N.A.* | Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219<br>*Counsel for Bank of America, N.A.* |

| | |
|---|---|
| Lynn L. Tavenner, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>*Local Counsel for the Official Committee of Unsecured Creditors* | Jeffrey N. Pomerantz, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Fl<br>Los Angeles, CA 90067<br>*Counsel for the Official Committee of Unsecured Creditors* |

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

/s/ William A. Gray