1              **EXHIBIT A**

2

3      **Exhibit 1 -** General Unsecured Claim for Veronica Simmons, Original Unsecured Claim No. 7784 as this

4      claim was filed on January 29, 2009 before the General Bar Date and additionally filed as an

5      Administrative Expense on June 30, 2009.

6      **Exhibit 2 –** Records and documents of incomplete settlement by Circuit City's authorized agent,

7      Specialty Risk Services.

8      **Exhibit 3 –** Receipt and installation records of purchases from June 2005 through January 2006.

9      **Exhibit 4 –** Receipts records of work orders visits to store from March 2006 to September 2006.

10     **Exhibit 4a –** Receipt records of work orders for visits to the Ford Dealership relating electrical problems.

11     **Exhibit 5 –** Receipt and work order records from February 2007 of re-work and incurred costs.

12     **Exhibit 6 –** Records of preliminary written complaint and follow up with Store Director.

13     **Exhibit 7 –** Record of formal written complaint filed with Circuit City on August 24, 2007 and receipt of

14     forwarded to their authorized insurance carrier on April 9, 2008.

15     **Exhibit 8 –** Receipt records of work orders from November 2007 to December 2008.

16     **Exhibit 8a –** Records of all email correspondence with Circuit City and SRS.

17     **Exhibit 8b –** Record keeping of contact with Circuit Store staff and corporate office.

18     **Exhibit 8c –** Records of cell phone calls to stores and corporate office of Circuit City.

19

20

21

22

23

24

25

26

27

28



Circuit City Stores, Claims Processing
c/o *Kurtzman Carson Consultants LLC*
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

SIMMONS, VERONICA
2101 SAN DIEGO DR
CORONA, CA 92882

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **1/29/2009**
and assigned claim number **7784**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-888-830-4650

Circuit City Stores, Claims Processing
c/o *Kurtzman Carson Consultants LLC*
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Veronica Simmons
2101 San Diego Dr
Corona, CA 92882

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **6/30/2009**
and assigned claim number **14098**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100



June 26, 2009

From;
Veronica Simmons
2101 San Diego Drive
Corona, CA 92882

To;
Circuit City Stores, Inc.
Claims Processing Department
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Name ID 5007244 PacK ID 426463

RE: Administrative Expense Request

This is a written request for an Administrative Expense Request in the amount of $3,809.39 against
Debtor Circuit City Stores, Inc Case No. 08-35653 in which I filed a Claim on January 29, 2009 (copy
attached herein) for failure to complete work, failed equipment, vehicle damages, breech of agreement
and cost incurred due to action by Circuit City Store.

Sincerely,

Veronica Simmons

RECEIVED

JUN 3 0 2009

KURTZMAN CARSON CONSULTANTS

HAND DELIVERED

COPY      Return in
          Self addressef
          envelpe as
          proof of filing

**The Debtor has listed your claim as Contingent, Unliquidated and/or Disputed on Schedule F as a General Unsecured claim. If you believe that you have a claim against the Debtor, you are required to complete and return this form.**

B 10 (Official Form 10) (12/07)

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

PROOF OF CLAIM

COPY

**Debtor against which claim is asserted : (Check only one box below):**

- X Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

**Name of Creditor (the person or other entity to whom the debtor owes money or property):**

SIMMONS, VERONICA

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**  NameID: 5007244   PackID: 426463

SIMMONS, VERONICA
2101 SAN DIEGO DR
CORONA CA 92882

Telephone number: 951-258-3222

**Court Claim Number:**_____
(If known)

Filed on:_____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $3,809.39

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Damages to Vehicle & equipment, See Attachments.
(See instruction #2 on reverse side.) Not able to return equipment or full damages paid

**3. Last four digits of any number by which creditor identifies debtor:** 3875

**3a.** Debtor may have scheduled account as:_____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____  **Basis for perfection:**_____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 1/26/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Veronica Simmons

FOR COURT USE ONLY

RECEIVED
JAN 2 9 2009
KURTZMANCARSONCONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10137747

0835654081218073832122939

From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: Pebblsz <Pebblsz@aol.com>
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Subject: Circuit City Claim
Date: Tue, 25 Nov 2008 5:57 am

Good morning Mr. and Mrs. Simmons,

In regard to your claim with Circuit City, at this time, Circuit City has filed for bankruptcy and we have a court order that we cannot proceed on your claim for the refund of your products.

I due apologize for this. If you want to pursue the refund, then the court will send you documentation in the mail to proceed. The check for the other damages was released before this decision was made.

Again, I due apologize for this matter

Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email:** rishi.kuthiala@srsconnect.com

************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged
************************************************************



# SRS
### SPECIALTY RISK SERVICES

November 17, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:    Account:        Circuit City Stores Inc
       Claimant:       Veronica Simmons
       Date of Loss:   3/14/2008
       Claim Number:   YLB52659LP

Dear Veronica Simmons,

With regard to your refund of the product purchase here is the procedure to finalize this portion. Please take this letter to the Circuit City removing your equipment. Have the Circuit City Road shop Manager or Operations Manager at the store secured your equipment.

Please have the representative contact me directly at 856-355-4502 and confirmed they have the equipment. I will confirm the equipment that was return and refund you the price of that unit.

I can only refund equipment that is returned to the store. Once I confirm the equipment is return then I will evaluate this portion of your claim for property damages.

Thank you,

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:    (856) 355-4502
Toll Free:      (800) 630-0746 ext 54502
Facsimile:      (860) 392-6531
Email: rishi.kuthiala@srsconnect.com



November 17, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:   Account:        Circuit City Stores Inc
      Claimant:       Veronica Simmons
      Date of Loss:   3/14/2008
      Claim Number:   YLB52659LP

Dear Veronica Simmons,

With regard to your claim at this time the damages for your carpet were paid based on depreciation. We took off 30% for depreciation on the carpet itself and issued a payment of $885.41. The price of the carpet was $516.08 and we took $154.82.

The total amount issued was $361.26 for the carpet and $524.15 for the entire labor charged. Your payment will be mailed on November 18, 2008.

The expected delivery time will be 7 business days.

Thank you

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:     (856) 355-4502
Toll Free:       (800) 630-0746 ext 54502
Facsimile:       (860) 392-6531
Email: rishi.kuthiala@srsconnect.com

FC04385 (12/06)        YLB52659LP                                                    Claimant Acknowledgment



November 17, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:    Account:    Circuit City Stores Inc
       Claimant:    Veronica Simmons
       Date of Loss:    3/14/2008
       Claim Number:    YLB52659LP

Dear Veronica Simmons,

At this time we have issued the amount of $2588.01 for the following damages.

**1. $1338.61---for refund of services and warranties**
**2. $830.20---ford repairs**
**3. $319.20----mileage reimbursement**
**4. $100.00---inconvenience charge**

The payment will be mailed on November 18, 2008 and will take approximately 7 days to reach your attention.

Thank you,

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:    (856) 355-4502
Toll Free:    (800) 630-0746 ext 54502
Facsimile:    (860) 392-6531
Email: rishi.kuthiala@srsconnect.com

Case 08-35653-KRH    Doc 5713-1    Filed 11/13/09    Entered 11/16/09 15:28:37    Desc
10/27/2008    09:23    8563554470    Exhibit(s)    Page 9 of 23

PAGE  01/04

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | esp | $23.74 | ✓ | ins | $65.99 | ✓ | $292.99 | |
| 2 | esp | $47.49 | ✓ | ins | $3.99 | ✓ | $827.13 | |
| 3 | esp | $37.99 | ✓ | ins | $65.99 | ✓ | $1,120.12 | total install and warranty |
| 4 | esp | $66.49 | ✓ | | | | | |
| 5 | esp | $69.99 | ✓ | ins | $35.06 | ✓ | | |
| 6 | esp | $229.99 | ✓ | ins | $55.99 | ✓ | | |
| 7 | | | | ins | $4.99 | ✓ | | |
| 8 | esp | $66.49 | ✓ | ins | $55.99 | ✓ | | |
| 9 | esp | $37.99 | ✓ | ins | $4.99 | ✓ | | |
| 10 | esp | $37.99 | ✓ | | | | | |
| 11 | | | | | $292.99 | | | |
| 12 | esp | $56.99 | ✓ | | | | | |
| 13 | esp | $56.99 | ✓ | | | | | |
| 14 | esp | $94.99 | ✓ | | | | | |
| 15 | | | | | | | | |
| 16 | | $827.13 | | | | | | |

1120.12
218.49        ESP 203
$ 1,338.61

08/08/2008 04:25   8563554470   SRS   PAGE 02/04

10/08/2008 13:20   8563554470   SRS   PAGE 01/03

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451452

| Ln | Cls | Brand/Model | | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|---|----|----------|----------|-----------|-----|-----|---|-------|
| 01 | 282 | KKR 04KX3504 | | SL | 07/09/05 | 07/09/05 | 24-24-00 | 00 | 01 | $ | 284.99 |
| 02 | 290 | KKR 05KS68 | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 18 | 01 | $ | 94.99 |
| 18 | 290 | ESP 290 | Exp: 07/09/07 | ESP | Locn: 0426 | | Contract#: | 03451452 | | $ | 23.74 |
| 03 | 290 | PLK DBS250 | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 19 | 01 | $ | 170.99 |
| 19 | 290 | ESP 290 | Exp: 07/09/07 | ESP | Locn: 0426 | | Contract#: | 03451452 | | $ | 47.49 |
| 04 | 600 | MET RTP89417 | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 00 | 01 | $ | 49.99 |
| 05 | 600 | MET AMP350AGU | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 00 | 01 | $ | 39.99 |
| 06 | 603 | IVE RSPARTS | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 29.99 |
| 07 | 950 | INS 4SPEAKERS | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 65.99 |
| 08 | 952 | INS SHOPFEE | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 3.99 |
| 09 | 608 | MET DW5512SH | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 02 | $ | 7.99 |
| 10 | 950 | INS AMP4CH | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 68.99 |
| 11 | 604 | MET 995025 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 17.99 |
| 12 | 274 | PKG 0703FREEINSB | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 0.00 |

*696.92*
*-750.93 u/trd*

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451452

| Ln | Cls | Brand/Model | | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|---|----|----------|----------|-----------|-----|-----|---|-------|
| 13 | 203 | PIO AVHP5700DVD | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 17 | 01 | $ | 886.99 |
| 17 | 203 | ESP 203 | Exp: 07/09/09 | ESP | Locn: 0426 | | Contract#: | 03451452 | | $ | 218.49 |
| 14 | 950 | INS RADIOFREE | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 35.06 |
| 15 | 608 | MET 805520 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 15.99 |
| 16 | 609 | MET PRO180 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 5.99 |

*908.97*
*-979.42 w/trd*

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451461

| Ln | Cls | Brand/Model | | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|---|----|----------|----------|-----------|-----|-----|---|-------|
| 01 | 369 | HP ZD8205US | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 02 | 01 | $ | 1449.99 |
| 02 | 369 | CSP 369 | Exp: 07/09/09 | ESP | Locn: 0426 | | Contract#: | 03451461 | | $ | 389.99 |
| 03 | 710 | CAV CPUKITV5 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 0.00 |

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451528

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|---|-------|
| 01 | 285 | PIO CDIB100 | SL | 07/09/05 | 07/09/05 | 12-12-00 | 00 | 01 | $ | 119.99 |

*119.99*
*-129.29 w/trd*

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451540

| Ln | Cls | Brand/Model | | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|---|----|----------|----------|-----------|-----|-----|---|-------|
| 01 | 313 | DOF 0092002 | | RT | 07/09/05 | 07/09/05 | 03-03-00 | 00 | 01 | $ | 79.99 |
| 02 | 323 | APL MA079LLA | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 03 | 01 | $ | 299.99 |
| 03 | 321 | RPP 321 | Exp: 07/09/09 | ESP | Locn: 0426 | | Contract#: | 03451540 | | $ | 64.98 |
| 04 | 710 | CAV RPPKITV1 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 0.00 |

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03451602

| Ln | Cls | Brand/Model | | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | | Price |
|----|-----|-------------|---|----|----------|----------|-----------|-----|-----|---|-------|
| 01 | 370 | HP M7160N | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 13 | 01 | $ | 1019.99 |
| 13 | 370 | CSP 370 | Exp: 07/09/09 | ESP | Locn: 0426 | | Contract#: | 03451602 | | $ | 256.49 |
| 02 | 371 | HP DJ5740 | | SL | 07/09/05 | 07/09/05 | 12-12-00 | 14 | 01 | $ | 51.85 |
| 14 | 371 | CSP 371 | Exp: 07/09/09 | ESP | Locn: 0426 | | Contract#: | 03451602 | | $ | 37.99 |
| 03 | 393 | APC BE350U | | SL | 07/09/05 | 07/09/05 | 00-24-00 | 00 | 01 | $ | 39.99 |
| 04 | 393 | BLK F3U133V06 | | SL | 07/09/05 | 07/09/05 | 31-00-00 | 00 | 01 | $ | 27.99 |
| 05 | 505 | PKG PCSWINSTALLB | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 0.00 |
| 06 | 505 | SYN 037648250542 | | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ | 70.00 |

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| _ 07 | 189 | CSI SFTWRIN | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ 19.99 |
| _ 08 | 136 | CSI SYMCUST | RT | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ 24.99 |
| _ 09 | 189 | CSI PERINST | RT | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ 29.99 |
| _ 10 | 189 | CSI SFTWRIN | RT | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ 19.99 |
| _ 11 | 373 | HP F1905 | SL | 07/09/05 | 07/09/05 | 12-12-00 | 00 | 01 | $ 399.99 |
| _ 15 | 373 | CSP 373 | Exp: 07/09/09 | ESP Locn: 0426 | | Contract#: 03451602 | S | | $ 75.99 |
| 12 | 710 | CAV CPUKITV5 | SL | 07/09/05 | 07/09/05 | 00-00-00 | 00 | 01 | $ 0.00 |

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03538401

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| _ 01 | 600 | MET RTP8917 | SL | 12/26/05 | 12/26/05 | 12-12-00 | 00 | 01 | $ 49.99 |
| _ 02 | 950 | INS AMPSUB | SL | 12/26/05 | 12/26/05 | 00-00-00 | 00 | 01 | $ 55.99 |
| _ 03 | 952 | INS SHOPFEE | SL | 12/26/05 | 12/26/05 | 00-00-00 | 00 | 01 | $ 4.99 |
| _ 04 | 603 | ADE SSC120C10 | SL | 12/26/05 | 12/26/05 | 12-12-00 | 00 | 01 | $ 190.99 |
| _ 05 | 291 | KKR 05CVR102 | SL | 12/26/05 | 12/26/05 | 12-12-00 | 00 | 01 | $ 123.49 |
| _ 06 | 291 | KKR 05CVR102 | SL | 12/26/05 | 12/26/05 | 12-12-00 | 00 | 01 | $ 123.49 |
| _ 08 | 291 | ESP 291 | Exp: 12/26/07 | ESP Locn: 0426 | | Contract#: 03538401 | S | | $ 37.99 |
| _ 07 | 282 | KKR 04KX4001 | RT | 12/26/05 | 12/26/05 | 24-24-00 | 09 | 01 | $ 284.99 |
| _ 09 | 282 | ESP 282 | Exp: 12/26/09 | ESP Locn: 0426 | | Contract#: 03538401 | S | | $ 66.49 |
| _ 12 | 282 | KKR 06ZX4001 | SL | 05/29/06 | 05/29/06 | 12-12-00 | 13 | 01 | $ 281.59 |
| _ 13 | 282 | ESP 282 | Exp: 05/29/10 | ESP Locn: 0426 | | Contract#: 03538401 | S | | $ 69.99 |

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03590426

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| 01 | 950 | INS AMPSUB | RT | 04/08/06 | 04/19/06 | 00-00-00 | 00 | 01 | $ 55.99 |
| 02 | 952 | INS SHOPFEE | RT | 04/08/06 | 04/19/06 | 00-00-00 | 00 | 01 | $ 4.99 |
| 03 | 600 | MET AMP1220BL | SL | 04/08/06 | 04/08/06 | 12-12-00 | 00 | 01 | $ 79.99 |
| 04 | 603 | JSI AGP170 | RT | 04/08/06 | 04/08/06 | 12-12-00 | 00 | 01 | $ 118.99 |
| 05 | 600 | MET FSAGU804N | SL | 04/08/06 | 04/08/06 | 12-12-00 | 00 | 01 | $ 6.99 |
| 06 | 000 | PU 251225 | SL | 04/09/06 | 04/19/06 | 00-00-00 | 00 | 01 | $ 0.00 |

Customer Name: COOK   VERONICA   Locn: 0426   Order#: 03602021

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| _ 01 | 321 | APL MA146LLA | SL | 05/07/06 | 05/07/06 | 24-24-00 | 00 | 01 | $ 299.99 |
| _ 02 | 321 | RPP 321 | Exp: 05/07/08 | ESP Locn: 0426 | | Contract#: 03602021 | S | | $ 59.98 |

Customer Name: COOK   VERONICA   Locn: 3310   Order#: 02218495

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| _ 01 | 203 | PIO AVHP5700DVD | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | $ 886.99 |
| _ 02 | 203 | PIO AVHP5700DVD | SL | 02/25/07 | 02/25/07 | 12-12-00 | 00 | 00 | $ 886.99 |
| _ 03 | 203 | ESP 203 | Exp: 02/25/11 | ESP Locn: 3310 | | Contract#: 02218495 | S | | $ 229.99 |
| _ 04 | 065 | UPC 047875751354 | SL | 02/25/07 | 02/25/07 | 00-00-00 | 00 | 01 | $ 8.96 |
| _ 05 | 065 | UPC 711719747420 | SL | 02/25/07 | 02/25/07 | 00-00-00 | 00 | 01 | $ 19.99 |

Customer Name: COOK   VERONICA   Locn: 3310   Order#: 02218497

| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-O | ESP | Qty | Price |
|----|-----|-------------|----|----------|----------|-----------|-----|-----|-------|
| _ 01 | 282 | KKR 04KX3504 | RT | 02/25/07 | 00/00/00 | 24-24-00 | 00 | 00 | $ 284.99 |
| _ 02 | 290 | KKR 05KS68 | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | $ 94.99 |
| _ 03 | 290 | PLK DB5250 | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | $ 170.99 |
| _ 04 | 282 | KKR 06ZX3504 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 07 | 01 | $ 284.99 |
| _ 07 | 282 | ESP 282 | Exp: 02/25/11 | ESP Locn: 3310 | | Contract#: 02218497 | S | | $ 66.49 |
| _ 05 | 290 | PLK DB570 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 08 | 01 | $ 94.99 |
| _ 08 | 290 | ESP 290 | Exp: 02/25/11 | ESP Locn: 3310 | | Contract#: 02218497 | S | | $ 37.99 |
| _ 06 | 290 | PLK DB5250 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 09 | 01 | $ 170.99 |
| _ 09 | 290 | ESP 290 | Exp: 02/25/11 | ESP Locn: 3310 | | Contract#: 02218497 | S | | $ 37.99 |

10/08/2008  13:28   8563554470                    SRG                        PAGE  03/03

| Customer Name: COOK | | | VERONICA | | Locn: 3310 | Order#: | 02218498 | | | | |
| Ln | Cls | Brand/Model | Ty | Ord Date | Rel Date | Mfg L-P-Q | ESP | Qty | | Price | |
| 01 | 291 | KKR 05CVR102 | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | S | 123.49 | 4 |
| 02 | 291 | KKR 05CVR102 | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | S | 123.49 | 5 |
| 03 | 282 | KKR 06ZX4001 | RT | 02/25/07 | 00/00/00 | 12-12-00 | 00 | 00 | S | 281.59 | 6 |
| 04 | 291 | KKR 05CVR102 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 09 | 01 | S | 123.49 | 4 |
| 09 | 291 | ESP 291 | Exp: | 02/25/11 | ESP | Locn: 3310 | Contract#: | 02218498 | S | 56.99 | ✓ |
| 05 | 291 | KKR 05CVR102 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 08 | 01 | S | 123.49 | 5 |
| 08 | 291 | ESP 291 | Exp: | 02/25/11 | ESP | Locn: 3310 | Contract#: | 02218498 | S | 56.99 | ✓ |
| 06 | 282 | KKR 06ZX7501 | SL | 02/25/07 | 02/25/07 | 12-12-00 | 07 | 01 | S | 499.99 | 6 |
| 07 | 282 | ESP 282 | Exp: | 02/25/11 | ESP | Locn: 3310 | Contract#: | 02218498 | S | 94.99 | ✓ |

499.99   2/25/07   Amp   Cost   #6
- 281.59   7/9/05   Amp   cost   #6 return
——————————
218.40
+   16.93   Tax
——————————
= 235.33





ART

000    ART
        0·00

MINEOS 16055

50000VO  679·00
-1 POD-   150·00

POK AOMO  225·00
    COMO    -225·00

KICKE NAMP  295·00
KICKER MAMP  595·00
                125·00
WOOFER      125·00
  CYP 10
CUSTO MBOX  50·00
TOWE AAP    225·00
  KIT KIT   69·00
HARWESS      2·820·
                7·75
TAX         218·55

            3·038·55


            3·038·55
LABOR       300·00

002
            3·338·55

PARTS INVOICE



**DBA**

## NORCO AUTO MALL
PHONE (951) 737-6151 • (951) 689-7711
FAX (951) 898-3442
1900 HAMNER AVE.
NORCO, CA 92860
www.hemborgford.com
EMAIL hemborg@pe.net

**GENUINE**

          

**PARTS**

### HOURS: WEEKDAYS 7:00 AM TO 7:00 PM • SATURDAY 7:00 AM TO 3:00 PM

**NO REFUNDS ON SPECIAL ORDER OR ELECTRICAL PARTS.**
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. 20%
HANDLING CHARGE MADE ON ALL RETURNS. PARTS NOT RETURNABLE AFTER 10 DAYS. NO
CASH REFUNDS. CORE MUST BE RETURNED IN ORIGINAL PACKAGE TO RECEIVE CREDIT.

I HAVE READ AND UNDERSTAND THE SPECIAL ORDER
AND RETURN POLICIES LISTED ABOVE.

X _____

☐ SPECIAL ORDERED PARTS

SOLD TO:

CASH SALE                                              INV# 000001
                                                            CASH
   QUOTE ONLY                          NAD# 000002 M01 50 CP
                                       MP003/644 Y48 11/05/08
                                       026 16:32:41

| VEN PART NUMBER | DESC | QTY | LIST | SELL | TOTAL |
|---|---|---|---|---|---|
| FMC 4C3Z2613000CAB | MAT - F | 1 | 478.96 | 478.96 | 478.96 |

*LABOR ESTIMATE TO REPLACE CARPET KIT. 5.0 HOURS*
*$524.15*
*Matthew Benk*

|  |  |  |
|---|---|---|
| SUBTOTAL | 478.96 |
| TAX | 37.12 |
| QUOTE ONLY | 516.08 |

TOTAL LINES   1
YOU MUST HAVE PAID INVOICE SIGNED OFF WHEN REC.SPECIAL OR
PARTS.
PAGE 001 OF 001   YOUR ORDER WAS FILLED BY DAVID M. CHACON

## PLEASE READ REVERSE SIDE

CUSTOMER COPY

Veronica Simmons
Estimate on
Ford F-150 Crew Cab
VIN# 1ftpw14534kb46234

Replace right side B-pillar moulding    part #4L3Z1624356AAR    $185.80
                                         Labor 1.5 @ $84.00      $126.00

Total                                                           $311.80

Inspect wiring under carpet. Includes remove front seats, rear seat, amplifier and lower inner mouldings to pull carpet back and inspect/repair wiring then reinstal

                                         Labor 6hrs @ $84.00     $504.00

total for both operations                                       $815.80
tax                                                              $  14.40

                                                                $830.20



**MATTHEW BENLINE**
Assistant Service Manager

**Phone**            **Fax**
(951) 737-6151       (951) 898-3461

1900 Hamner, Norco, CA 92860
www.hemborgford.com





# Power ▶. Ford
## Valencia



**Motorcraft** *Ford*

(661) 255-6600
23920 CREEKSIDE ROAD
VALENCIA, CA 91355

WATS 1-800-690-FORD
WHOLESALE PARTS DIRECT LINE (661) 219-2121
FAX (661) 287-1973



*BlueOval* Certified

*"Award Winning Parts Department"*

### CONDITION OF SALE

NOTICE: ALL SPECIAL ORDER PARTS CASH IN ADVANCE. ALL CLAIMS AND
RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE. TWENTY
PERCENT (20%) RESTOCKING CHARGE ON ALL PARTS ACCEPTED FOR
RETURN. ALL PARTS ACCEPTED FOR RETURN MUST BE IN ORIGINAL
UNOPENED PACKAGING. NO REFUNDS ON SPECIAL ORDER AND/OR
ELECTRICAL PARTS. NO REFUNDS AFTER 10 DAYS. ALL REFUNDS WILL BE
PAID BY COMPANY CHECK. OPEN STRIPE KITS ARE NOT RETURNABLE.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 23 MAR 07 | | 23 MAR 07 | | | 84924 | 17:59 |

S O L D   T O

**PREPAID**
ACCOUNT NO. P103

CHARLES SIMMONS
RYDELL CHEVROLET

S H I P   T O

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | | F.O.B. POINT | |
|---|---|---|---|---|---|---|
| JEREMY GREGO | | (951)314-4993 | Cash | | VALENCIA, CA | |

| ORD. | QUANTITY Ship | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YL3Z*1861350*AAA SPO | COVER - S | 30.97 | 12.14 | 12.14 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |
| 1 | 1 | 1 | YL3Z*1861351*AAA SPO | COVER - S | 30.97 | 12.14 | 12.14 |
| | | | *** ABOVE PART IS PREPAID *** | | | | |

PARTS DEPARTMENT
HOURS OF
OPERATION
MONDAY - FRIDAY
7:00 A.M. - 6:00 P.M.
SATURDAY
8:00 A.M. - 5:00 P.M.

**DISCLAIMER OF
WARRANTIES**

The seller hereby expressly
disclaims all warranties, either
express or implied, including
any implied warranty of
merchantability or fitness for
a particular purpose, and
neither assumes nor
authorizes any other person to
assume for it any liability in
connection with the sale of
said products.

**ALL PARTS INSTALLED ARE
NEW UNLESS SPECIFIED
OTHERWISE AS BEING USED
OR REMANUFACTURED.**

PAID

MAR 23 2007

| | | |
|---|---|---|
| PARTS | | 24.28 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX | | 2.00 |
| **TOTAL** | | **$26.28** |

*Around the WHEEL*
*QualityCare*

CUSTOMER'S SIGNATURE
X

CUSTOMER COPY

010406 Statement

4104139110533133000002500000985914

CHASE CARDMEMBER SERVICE
PO BOX 100044
KENNESAW, GA 30156-9244

| | |
|---|---|
| ACCOUNT # - | 4104 1391 1053 3133 |
| NEW BALANCE | $985.91 |
| PAYMENT DUE DATE | 01/29/06 |
| MINIMUM PAYMENT DUE | $25.00 |

CHASE CARDMEMBER SERVICE
PO BOX 94010
PALATINE, IL 60094-4010

MAIL CHECK TO:

MAKE CHECKS PAYABLE TO CHASE

VERONICA V COOK
2101 SAN DIEGO DR
CORONA CA 92882-6431

M0014727

$ 25.00

AMOUNT ENCLOSED

PLEASE INDICATE ANY CHANGE TO ADDRESS OR TELEPHONE BELOW OR VISIT WWW.CIRCUITCITYREWARDS.COM

Street Address_____ Home Telephone (    )
City-State-Zip_____ Business Telephone (    )    ✂ Detach Here

---

## BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $2.02CR |
| - Payments and Credits | $0.00 |
| + Cash Advances | $0.00 |
| + Purchases/Adjustments | $987.93 |
| + FINANCE CHARGES | $0.00 |
| = New Balance | $985.91 |

## ACCOUNT INFORMATION

| | |
|---|---|
| Statement Closing Date | 01/04/06 |
| Days in Billing Cycle | 30 |
| New Balance | $985.91 |
| Credit Line | $4,000.00 |
| Available Credit | $3,014.09 |
| Available Cash Advance** | $1,200.00 |

ACCOUNT # 4104139110533133
Payment Due Date 01/29/06
MINIMUM PAYMENT DUE $25.00

CALL 1-866-522-7587 TO MAKE YOUR
PAYMENT OVER THE PHONE OR
VISIT US ONLINE AT
WWW.CIRCUITCITYREWARDS.COM

## REWARDS POINTS SUMMARY

Your Circuit City Rewards ID Number is 70022820100

| | |
|---|---|
| The number of Rewards Points you have earned (through 01/04/2006) | 855 |
| The total number of Rewards Points that are available for you to redeem | 855 |
| The number of Rewards Points that are pending in your account | 0 |

## TRANSACTION DETAIL

| Posting Date | Transaction Date | Reference Number | Transactions | Charges & Credits ◆ |
|---|---|---|---|---|
| | | | Purchases | |
| 12/27 | 12/26 | 3840112004883000 | CIRCUIT CITY PURCHASE | 987.93 |
| | | | 600 BASS ACCESSORIES | |
| | | | 950 ROADSHOP INSTALLATION | |
| | | | 952 SHOP FEE | |
| | | | 603 SPECIAL ORDER | |
| | | | 291 WOOFERS/SUBWOOFERS | |
| | | | 282 POWER AMP - AUTO | |

## IMPORTANT INFORMATION

SEE EXPLANATION OF CODES ON REVERSE.
AVAILABLE CASH ADVANCE IS INCLUDED IN AVAILABLE CREDIT LIMIT
ABBREVIATIONS : "py" = Payment, "cr" = Credit
>>> REFER TO INTEREST FREE SPECIAL PURCHASES ON REVERSE.

MAIL BILLING AND OTHER INQUIRIES TO:
CHASE CARDMEMBER SERVICE
PO BOX 100045
KENNESAW, GA 30156-9245
See form on reverse side.


CHASE

**Customer Name**
VERONICA V COOK

**Account Number**
4104-1391-1053-3133

Page 2 of 2

**Payment Tips**

> Call 1-866-522-7587 to make your payment over the phone! (A small fee will apply.)
> Mail your payment 7-10 days in advance of your payment due date to allow for mail delivery.
> Checks should be made payable to Chase.
> Write your account number on your check or money order.
> Include the payment coupon with your payment in the envelope provided.
> Written correspondence should be sent to:

CHASE CARDMEMBER SERVICE
PO BOX 100044
KENNESAW, GA 30156-9244

Use your Circuit City credit card and take advantage of special financing
promotions available at your local Circuit City stores!

As a Valued Cardmember, you can claim high-quality merchandise from
top brands such as Lenox, Harley-Davidson, Cross and many more!
Just go to www.rewardcenter.com and enter 158048 where it asks for your
certificate number. These products are not available to the general public, so act now!

Redeem your rewards points today and use your Rewards Certificates towards
your next purchase at Circuit City. For every 500 points you earn, you'll
receive a $5 Rewards Certificate. Just visit circuitcityrewards.com anytime
to check your point balance and redeem for Rewards Certificates.

OUR ACCOUNT BALANCE MAY CONTAIN PURCHASES THAT REQUIRE A MINIMUM MONTHLY
AYMENT BY THE DUE DATE ON THIS STATEMENT. PLEASE REFER TO THE MINIMUM
AYMENT DUE FOR THAT AMOUNT. ACCUMULATED DEFERRED FINANCE CHARGES WILL BE
'AIVED IF YOUR PROMOTIONAL BALANCE(S) IS PAID IN FULL BY THE PROMOTIONAL
NDING DATE SHOWN IN THE PROMOTIONAL SUMMARY SECTION. THE PROMOTIONAL END
ATE MAY DIFFER FROM YOUR DUE DATE.

### PROMOTIONAL SUMMARY

| Outstanding Promotions | Average Daily Balance | Deferred Average Daily Balance | Daily Periodic Rate*** | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE | Accumulated Deferred Finance Charges | Promotional Payoff Balance | Promotional Ending Date |
|---|---|---|---|---|---|---|---|---|
| >CCP 12 MOS NIWP | | $329.40 | 0.0650% | 23.74% | | $6.43 | $985.91 | 01/02/2007 |

### FINANCE CHARGE SUMMARY

| * | Average Daily Balance | Daily Periodic Rate*** | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE | ANNUAL PERCENTAGE RATE | |
|---|---|---|---|---|---|---|
| Purchases A | $0.00 | 0.0645% | 23.54% | $0.00 | 0.00% | SEE REVERSE SIDE FOR |
| Purchases B | $0.00 | 0.0638% | 23.29% | $0.00 | | IMPORTANT INFORMATION |
| Cash Advances C | $0.00 | 0.0755% | 27.54% | $0.00 | | |

** PERIODIC RATE MAY VARY FROM MONTH TO MONTH

SEE EXPLANATION OF CODES ON REVERSE
AVAILABLE CASH ADVANCE IS INCLUDED IN AVAILABLE CREDIT LIMIT
ABBREVIATIONS : 'py' = Payment, 'cr' = Credit
For 24 hour automated information call 1-866-522-7587
Customer Service Advisors are available Monday - Friday 10am - 9pm ET
To report your credit card lost or stolen 24 hours a day call (866) 898-4142
For T.D.D. (Telephone Device for the Hearing Impaired), call (800) 925-1784
>>> REFER TO INTEREST FREE SPECIAL PURCHASES ON REVERSE.

MAIL BILLING AND OTHER INQUIRIES TO:
CHASE CARDMEMBER SERVICE
PO BOX 100045
KENNESAW, GA 30156-9245
See form on reverse side.

**CHASE**



Picked up by customer at
0426
To avoid any charges, all
returns must be accompanied
with all accessories
including manuals.

| | | Description | | |
|---|---|---|---|---|
| | KKR 04KXU7 2 | SPEAKER - AUTO | | |
| | ESP Cityadvantag | Protection Plan | N | 170.9 |
| 4 | JLK 08625 | SPEAKER - AUTO | Y | 170.9 |
| | ESP Cityadvantag | Protection Plan | N | 49 |
| | MET RF269417 | BASS ACCESSORIES | Y | 49 |
| | MET RF269427 | BASS ACCESSORIES | Y | 80 |
| | VC 1GEAR 3 | SPECIAL ORDER | Y | 25 |
| | | ROADSHOP INSTALL | N | 65 |
| | | SHOP FEE | | |
| | MET 7055143SN | ROADSHOP HARNESS | Y | |
| | MET IMPVCK | ROADSHOP INSTALL | N | 85 |
| | MET 995025 | ROADSHOP KITS | Y | |
| | ESP SHCKLFLINGR | PROMO PACKAGE | N | |
| | PIO AVHP5700DVD | INSTALLED MOBILE | Y | 625 |
| | INSTRADSHOP6G | ROADSHOP INSTALL | N | 35.00 |
| | MET 805820 | ROADSHOP HARNESS | Y | 15.99 |
| | MET PAC160 | SMART CABLES - R | Y | 5.99 |
| | ESP Cityadvantage | Protection Plan | N | 2 8.43 |

| | | |
|---|---|---|
| Non-Taxable | $ | |
| Total Taxable | $ | 817.87 |
| Sales Tax | $ | 126.3 |
| TOTAL Purchase | $ | 2,200.00 |
| CCP     060506 | $ | 2,200.00 |
| BALANC | $ | 0.00 |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

ESP Protection Plan for
the KKR 05K968
at any Circuit City

## BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $0.00 |
| -- Payments and Credits | $0.00 |
| + Cash Advances | $0.00 |
| + Purchases/Adjustments | $4,000.00 |
| + FINANCE CHARGES | $0.00 |
| = New Balance | $4,000.00 |

## ACCOUNT INFORMATION

| | |
|---|---|
| Statement Closing Date | 08/04/05 |
| Days In Billing Cycle | 31 |
| New Balance | $4,000.00 |
| Credit Line | $4,000.00 |
| Available Credit | $0.00 |
| Available Cash Advance** | $0.00 |

**ACCOUNT #** 4104139110533133
Payment Due Date 08/29/05
MINIMUM PAYMENT DUE $160.00

CALL 1-866-522-7587 TO MAKE YOUR
PAYMENT OVER THE PHONE OR
VISIT US ONLINE AT
WWW.CIRCUITCITYREWARDS.COM

## REWARDS POINTS SUMMARY

Your Circuit City Rewards ID Number is 70022820100

| | |
|---|---|
| The number of Rewards Points you have earned (through 08/04/2005) | 855 |
| The total number of Rewards Points that are available for you to redeem | 0 |
| The number of Rewards Points that are pending in your account | 855 |

*Pd 8/14/05*
*ck 2820*
*160.00*

## TRANSACTION DETAIL

| Posting Date | Transaction Date | Reference Number | Transactions | Charges & Credits ◆ |
|---|---|---|---|---|
| | | | **Purchases** | |
| 07/11 | 07/09 | 5145212003883000 | CIRCUIT CITY PURCHASE | 2,028.66 |
| | | | 282 POWER AMP - AUTO | |
| | | | 290 SPEAKER - AUTO | |
| | | | 600 BASS ACCESSORIES | |
| | | | 603 SPECIAL ORDER | |
| | | | 950 ROADSHOP INSTALLATION | |
| | | | 952 SHOP FEE | |
| | | | 608 ROADSHOP HARNESSES | |
| | | | 604 ROADSHOP KITS | |
| | | | 999 STS - FUTURE | |
| 07/11 | 07/09 | 5145200000000000 | CIRCUIT CITY PURCHASE | 171.34 |
| | | | 282 POWER AMP - AUTO | |

* SEE EXPLANATION OF CODES ON REVERSE
** AVAILABLE CASH ADVANCE IS INCLUDED IN AVAILABLE CREDIT LIMIT
◆ ABBREVIATIONS : "py" = Payment, "cr" = Credit
>>> REFER TO INTEREST FREE SPECIAL PURCHASES ON REVERSE.

MAIL BILLING AND OTHER INQUIRIES TO:
CHASE CARDMEMBER SERVICE
PO BOX 100045
KENNESAW, GA 30156-9245
See form on reverse side.

## CHASE ⬡

| Customer Name | Account Number |
|---|---|
| VERONICA V COOK | 4104-1391-1053-3133 |

Page 2 of 3

Payment Tips

> Call 1-866-522-7587 to make your payment over the phone! (A small fee will apply.)
> Mail your payment 7-10 days in advance of your payment due date to allow for mail delivery.
> Checks should be made payable to Chase.
> Write your account number on your check or money order.
> Include the payment coupon with your payment in the envelope provided.
> Written correspondence should be sent to:

CHASE CARDMEMBER SERVICE
PO BOX 100044
KENNESAW, GA 30156-9244

| Posting Date | Transaction Date | Reference Number | Transactions | Charges & Credits ♦ |
|---|---|---|---|---|
| | | | 290 SPEAKER - AUTO | |
| | | | 600 BASS ACCESSORIES | |
| | | | 603 SPECIAL ORDER | |
| | | | 950 ROADSHOP INSTALLATION | |
| | | | 952 SHOP FEE | |
| | | | 608 ROADSHOP HARNESSES | |
| | | | 604 ROADSHOP KITS | |
| | | | 999 STS - FUTURE | |
| 7/11 | 07/09 | 5146112004624000 | CIRCUIT CITY PURCHASE | 1,800.00 |
| | | | 369 NOTEBOOK COMPUTERS | |
| | | | 710 CA RESOURCE KITS | |

IMPORTANT INFORMATION

...t up to a $125 Circuit City gift card when you purchase furniture from La-Z-Boy!  Visit a La-Z-Boy retailer near you ...take advantage of the "Cash-In, Cash-Up Rebate Event, " valid August 17 through September 9. See your local ...-Z-Boy retailer for details.

...me for that end of summer vacation? Eliminate the "Are we there yet" questions with the coolest stuff from Circuit ...ty! The kids can enjoy an MP3 player, video games or the latest movies on a portable DVD player while you drive in ...nce and quiet. Visit Circuit City and circuitcity.com for great savings! We can even install your DVD player in your ...r.                        Just what I needed.

As a Valued Cardmember, you can claim high-quality merchandise
from top brands such as Lenox, Harley-Davidson, Cross and many
more!  Just go to www.rewardcenter.com and enter 143412 where
it asks for your certificate number.  These products are not
available to the general public, so act now!

...CCUMULATED DEFERRED FINANCE CHARGES WILL BE WAIVED IF YOUR PROMOTIONAL PAYOFF BALANCE(S) IS PAID IN FULL BY THE
...ROMOTIONAL ENDING DATE SHOWN IN THE PROMOTIONAL SUMMARY SECTION BELOW.

SEE EXPLANATION OF CODES ON REVERSE.
AVAILABLE CASH ADVANCE IS INCLUDED IN AVAILABLE CREDIT LIMIT
ABBREVIATIONS : "py" = Payment, "cr" = Credit
->> REFER TO INTEREST FREE SPECIAL PURCHASES ON REVERSE.

MAIL BILLING AND OTHER INQUIRIES TO:
CHASE CARDMEMBER SERVICE
PO BOX 100045
KENNESAW, GA 30156-9245
See form on reverse side.

CHASE ○

**VISA**

**Customer Name**
VERONICA V COOK

**Account Number**
4104-1391-1053-3133

Page 3 of 3

CHASE CARDMEMBER SERVICE
PO BOX 100044
KENNESAW, GA 30156-9244

## PROMOTIONAL SUMMARY

| Outstanding Promotions | Average Daily Balance | Deferred AverageDaily Balance | Daily Periodic Rate*** | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE | Accumulated Deferred Finance Charges | Promotional Payoff Balance | Promotional Ending Date |
|---|---|---|---|---|---|---|---|---|
| ·CCP 12 MOS NIWP | | $1,648.30 | 0.0623% | 22.74% | | $31.84 | $2,026.66 | 07/16/2006 |
| ·CCP 12 MOS NIWP | | $1,635.81 | 0.0623% | 22.74% | | $31.50 | $1,800.00 | 07/16/2006 |

## FINANCE CHARGE SUMMARY

| * | Average Daily Balance | Daily Periodic Rate*** | Corresponding Annual Percentage Rate | Periodic FINANCE CHARGE | ANNUAL PERCENTAGE RATE | |
|---|---|---|---|---|---|---|
| Purchases A | $0.00 | 0.0602% | 21.99% | $0.00 | 25.99% | SEE REVERSE SIDE FOR |
| Purchases B | $0.00 | 0.0000% | 0.00% | $0.00 | | IMPORTANT INFORMATION |
| Cash Advances C | $0.00 | 0.0712% | 25.99% | $0.00 | | |
| | $0.00 | 0.0000% Fixed | 0.00% | $0.00 | | |

\* PERIODIC RATE  MAY VARY FROM MONTH TO MONTH

SEE EXPLANATION OF CODES ON REVERSE
AVAILABLE CASH ADVANCE IS INCLUDED IN AVAILABLE CREDIT LIMIT
ABBREVIATIONS : "py" = Payment, "cr" = Credit
For 24 hour automated information call 1-866-522-7567
Customer Service Advisors are available Monday - Friday 10am - 9pm ET
To report your credit card lost or stolen 24 hours a day call (888) 898-4142
For T.D.D. (Telephone Device for the Hearing Impaired), call (800) 925-1794
>>> REFER TO INTEREST FREE SPECIAL PURCHASES ON REVERSE.

MAIL BILLING AND OTHER INQUIRIES TO:
CHASE CARDMEMBER SERVICE
PO BOX 100045
KENNESAW, GA 30156-9245
See form on reverse side.

**CHASE** ○