FL Circuit City Stores, Inc. Work Order # RS0130FL

circuit city Roadshop

# installation workorder

| Location and registration Information | Customer Information |
|---|---|
| Riverside SS<br>10255 Magnolia Ave.<br>Riverside, CA 92503<br>Phone (909) 689-2000<br>CA Reg. 60829 | Name Veronica Cook<br>Address 2101 San Diego<br>City Corona State CA Zip Code 92882<br>Home Phone 736-0690 Contact Phone 951 2583222<br>Other Authorized Person: Phone: |

Vehicle Information

Make Ford Model F150 Year 2004

License Plate D55TRBD Odometer Color Silver

Workorder Date/Time Estimated to be completed by Date/Time

IBM # of associate filling out workorder IBM # of associate performing work

Description of work to be performed: 287-2881

**Estimates for parts and services are provided at NO CHARGE** Save Old Parts: Yes ☐ No ☐

| Part Number / Service | Description * U = Used R = Reconditioned RB = Rebuilt | * | QTY | Price | Extend |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| INS SHOP FEE | This charge represents cost and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. | | | | |

Note: All parts are new, unless otherwise stated.

*Labor charges are based on Flat Rate* **Total estimate NOT including taxes**

INTENDED PAYMENT METHOD: ☐ CASH ☐ CHECK ☐ VISA ☐ MC ☐ AMEX ☐ OTHER

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN. I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

_____ I REQUEST A WRITTEN ESTIMATE.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ _____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED DATE

Additional notes or comments Installation is nonrefundable once it has been performed.

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature Date

 

California Circuit City Stores, Inc. Work Order # RS0130CA

# roadshop installation workorder

| Location Information | Customer Information |
|---|---|
| | Name Veronica Cook |
| | Address 2101 San Diego Drive |
| | City Corona State CA Zip Code 92882 |
| CA Reg. # | Home Phone (951) 736-0690 Contact Phone 714 287 2881 |

**Vehicle Information**

Make Ford Model F-150 Year 04

License Plate DSSTRBD Odometer Color Silver

Workorder date ______ IBM # of associate filling out order ______ Installer's IBM # ______

Estimated to be completed by Date ______ Time ______

**Description of work to be performed:** INS Amp Sub

**Estimated parts and services**

An estimate as required by (section 9844 of California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814.

| QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total estimate NOT including taxes** ______

Additional notes or comments

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature ______ Date ______

California Circuit City Stores, Inc. Work Order # RS0130CA

# Circuit City roadshop installation workorder

TK#345 1452/345 1461

| Location Information | Customer Information |
|---|---|
| Riverside SS<br>10255 Magnolia Ave.<br>Riverside, CA 92503<br>Phone (909) 689-2000<br>CA Reg. 60829 | Name: Veronica Cook<br>Address: 2101 San Diego Drive<br>City: Corona State: Ca Zip Code: 92882 |
| CA Reg. # | Home Phone: (951) 736-0610 Contact Phone: (714) 287-2881 |

**Vehicle Information**

Make: Ford Model: F.150 Year: 2004

License Plate: Dsstrbd Odometer: Color: Silver

**Workorder date** 7/9/05 **IBM # of associate filling out order** 235134 **Installer's IBM #** 235134

**Estimated to be completed by** **Date** 7/9/05 **Time** 730

**Description of work to be performed:** INS in-dash/Amp/4

**Estimated parts and services**

An estimate as required by (section *9844 of California Business and* Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814.

| QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total estimate NOT including taxes** ____

Additional notes or comments

**Installation is Non-Refundable After it has been Performed.**

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature: [signature] Date: 7.9.05



EXHIBIT 4

California Circuit City Stores, Inc. Work Order # RS0130CA 4

# installation workorder

| Location Information | Customer Information |
|---|---|
| Valencia<br>25610 N. The Old Rd.<br>Stephenson Ranch, CA 91381<br>Phone(661)260-3751<br>CA Reg. E-80444<br>Califonia Registration Number E-80444 | Name Veronica Cook<br>Address 2101 San Diego<br>City Corona State CA Zip Code 92882<br>Home Phone 951 736-0690 Contact Phone 951-258 3222 |

**Vehicle Information**

Make Ford Model F150 Year 2004

License Plate ______ Odometer ______ Color Silver

Workorder date ______ IBM # of associate filling out order ______ Installer's IBM # ______

Estimated to be completed by Date ______ Time ______

Description of work to be performed: 0426-03451452 / 0426-03538401

System Diagnostic

**Estimated parts and services**

An estimate as required by (section 9844 of California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814.

| QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total estimate NOT including taxes ______

Additional notes or comments Problem: ① Wires all crimped together. Solution: Wires properly soldered together
② RCA Caps off terminals. Sol: Caps tightened and secured w/ tape.
③ Bolts on rear seats over tightened.
④ Amps do not have adequate ventilation. Need to be relocated.

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature Veronica Cook Date 9/3/06

Circuit City Roadshop

FL Circuit City Stores, Inc. Work Order # RS0130FL

# installation workorder

**Location and registration information**

YLBLP52659
SRS Eastern
(800)551-0271

**Customer Information**

Name: Veronica Cook
Address: 2101 San Diego
City: Corona State: CA Zip Code: 92882
Home Phone: 951-736-0690 Contact Phone: Cell 951-258-3222
Other Authorized Person: ______ Phone: ______

**Vehicle Information**

Make: Ford Model: F150 Year: 2004
License Plate: DSSTRBD Odometer: 72,000 Color: Silver

Workorder Date/Time ______ Estimated to be completed by Date/Time ______

IBM # of associate filling out workorder 244138 IBM # of associate performing work ______

Description of work to be performed: Drive door speakers come on & off, possible loose connection or faulty. Installed 2005 by the store, speakers under warranty

**Estimates for parts and services are provided at NO CHARGE** Save Old Parts: Yes ☐ No ☐

| Part Number / Service | Description * U = Used R = Reconditioned RB = Rebuilt | * | QTY | Price | Extend |
|---|---|---|---|---|---|
| Note: All parts are new, unless otherwise stated. | | | | | |
| rear seat bolt covers will be replaced. | | | | | |
| Pass. Side B Panel will be replaced. if other shop can't fix. Power & converter. | | | | | |
| INS SHOP FEE | This charge represents cost and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. | | | | |

Labor charges are based on Flat Rate Total estimate NOT including taxes ______

INTENDED PAYMENT METHOD: ☐ CASH ☐ CHECK ☐ VISA ☐ MC ☐ AMEX ☐ OTHER

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN. I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

______ I REQUEST A WRITTEN ESTIMATE.

______ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ ______ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

______ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED Driver door speaker was cutting out DATE swapped out

Additional notes or comments

CUSTOMER HAS 4 CH AND SUB AMP, GOUGES ON SIDES OF REAR SEAT PANELS AND PASSENGER B PILLAR HAS A VIDEO AUXILARY BOX. DRIVER DOOR WAS TAKEN OFF AND ALL CONNECTIONS WERE RECONNECTED. PLAYED STEREO FOR 15 MINS AND NO PROBLEMS OCCURE

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

Signature of owner or Legal Guardian if customer is under 18 years of age.

Signature Veronica Cook Date 8/21/06




FL Circuit City Stores, Inc. Work Order # RS0130FL

# installation workorder

**Location and registration information**

Riverside SS
10255 Magnolia Ave.
Riverside, CA 92503
Phone (909) 689-2000
CA Reg. 60829

**Customer Information**

**Name** Veronica Cook

**Address** 2101 San Diego

**City** Corona **State** CA **Zip Code**

**Home Phone** 736 0690 **Contact Phone** 258-3222

**Other Authorized Person:** **Phone:**

**Vehicle Information**

**Make** Ford **Model** F150 **Year** 2004

**License Plate** **Odometer** **Color**

**Workorder Date/Time** **Estimated to be completed by Date/Time**

**IBM # of associate filling out workorder** **IBM # of associate performing work**

**Description of work to be performed:** Here on 5/21, 5/24, 5/26 and today

Same problem subwoofer

**Estimates for parts and services are provided at NO CHARGE** **Save Old Parts: Yes** ☐ **No** ☐

| Part Number / Service | Description | * U = Used R = Reconditioned RB = Rebuilt | * | QTY | Price | Extend |
|---|---|---|---|---|---|---|
| Note: All parts are new, unless otherwise stated. | | | | | | |
| Replaced | Subwoofers & Amp to Sub F to Rear Fix | | | | balance | |
| INS SHOP FEE | This charge represents cost and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. | | | | | |

**Labor charges are based on Flat Rate** **Total estimate NOT including taxes**

**INTENDED PAYMENT METHOD:** ☐ CASH ☐ CHECK ☐ VISA ☐ MC ☐ AMEX ☐ OTHER

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN. I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.**

**_____ I REQUEST A WRITTEN ESTIMATE.**

**_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ _____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.**

**_____ I DO NOT REQUEST A WRITTEN ESTIMATE.**

**SIGNED** **DATE**

Additional notes or comments Installation is nonrefundable once it has been performed.

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

**Signature** Veronica Cook **Date** 05/29/06

Circuit City Stores, Inc.
Store 426
RIVERSIDE, CA 92503-3440
(951) 689-2000 17:52:48 04/23/06

Sold to: Orig Date 04/08/06
VERONICA COOK
Ticket
CUSTOMER COPY 0426035590426

| Salesperson | Transit | Register | Cashier |
|---|---|---|---|
| G. GOLDBERG | 0426035596782 | 03 | 242731 |

| Item | Qty Model | Description | Tax | Amount |
|---|---|---|---|---|
| 1 SL | 1 INS AMPSUB | ROADSHOP INSTALL | N | 55.99 |
| 2 RT+ | 1-INS AMPSUB | ROADSHOP INSTALL | N | 55.99- |
| 3 SL | 1 INS SHOPFEE | SHOP FEE | Y | 4.99 |
| 4 RT+ | 1-INS SHOPFEE | SHOP FEE | Y | 4.99- |
| 5 SL | 1 MET AMP1220BL | BASS ACCESSORIES | Y | 79.99 |
| 6 SL | 1 JSI AGP170 | SPECIAL ORDER | Y | 118.99 |
| 7 RT+ | 1-JSI AGP170 | SPECIAL ORDER | Y | 118.99- |
| 8 SL | 1 MET FSAGURB4N | BASS ACCESSORIES | Y | 6.99 |

| | | |
|---|---|---|
| Total Taxable | $ | 86.98 |
| Sales Tax | $ | 6.74 |
| TOTAL PURCHASE | $ | 93.72 |
| VISA-M | $ | 189.58- |
| BALANCE | $ | 0.00 |

For manufacturer contact information please refer to your owner's manual or visit circuitcity.com

Title
It is expressly agreed that transfer of title of merchandise to customer and commencement of any manufacturer warranty period occurs upon actual physical transfer of possession of goods to customer.

---

Circuit City Stores, Inc.
Store 426
RIVERSIDE, CA 92503-3440
(951) 689-2000 15:51:36 04/08/06

Sold to: Orig Date 04/08/06
VERONICA COOK
Ticket
CUSTOMER COPY 0426035590426

| Salesperson | Register | Cashier |
|---|---|---|
| G. GOLDBERG | 17 | 191770 |

| Item | Qty Model | Description | Tax | Amount |
|---|---|---|---|---|
| 1 SL | 1 INS AMPSUB | ROADSHOP INS | N | 55.99 |
| 2 SL | 1 INS SHOPFEE | SHOP FEE | Y | 4.99 |
| 3 SL | [illegible] | BASS ACCESSORIES | Y | 79.99 |
| 4 SL | [illegible] | SPECIAL ORDER | Y | 118.99 |
| 5 SL | 1 MET FSAGURB4N | BASS ACCESSORIES | Y | 6.99 |

| | | |
|---|---|---|
| Non-Taxable | $ | 55.99 |
| Total Taxable | $ | 210.96 |
| Sales Tax | $ | 16.35 |
| TOTAL PURCHASE | $ | 283.30 |
| VISA | $ | 283.30 |
| BALANCE | $ | 0.00 |

For manufacturer contact information please refer to your owner's manual or visit circuitcity.com

You may be eligible to earn Circuit City Reward Points! Apply for a Circuit City Rewards Credit Card today. See [illegible]

Title

CM AGR [illegible] HOME THEATER

INSTALLATION

FOR IN-HOME INSTALLATION AND REPAIR SERVICE OR CONSUMER REPLACEABLE PARTS CALL (888) 333-2333

EXHIBIT 4a

B.A.R REG # AA100237
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER 9:00 P.M. OR ON SATURDAY AFTER 3:00 P.M.

**Hemborg FORD**

(951) 737-8151 NORCO AUTO MALL 1900 HAMNER AVE. NORCO, CALIFORNIA 92860 (951) 689-7711
www.hemborgford.com hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.
"HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.
THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

SIGNATURE ____ DATE ____

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| | | | |
| **REPAIR NO.** | **CUSTOMER PARTICIPATION** | **DEALER PARTICIPATION** | **REPAIR TOTAL** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| ORIGINAL ESTIMATE $ | | | |
| AUTHORIZED ADD'L REPAIRS $ Ø | ADD'L REPAIRS OK'D BY | IN PERSON | PHONED |
| AUTHORIZED ADD'L REPAIRS $ | DRIVERS LIC. NO. OR I.D. | | |
| TOTAL $ | DATE | TIME | |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE
SIGNATURE X ____ DATE ____

```
-------------------- INVOICE TO ----------------------------    ------------- DRIVER/OWNER INFORMATION -- INVOICE: C62864
COOK, VERONICA V                                                 COOK, VERONICA V
2101 SAN DIEGO DR                                                2101 SAN DIEGO DR
CORONA                         CA 92882                          CORONA                          CA 92882
HOME: (951) 736-0690   CELL: (951) 258-3222                      HOME: (951) 736-0690  CELL: (951) 258-3222
----------------- FOR OFFICE USE ---------------------------    ------------------- VEHICLE INFORMATION -----------------
TAG: 4620   ADV: 245 GUTIERREZ INVOICE: PRELIM CUS C      JL    VIN 1FTPW14534KB46234        LICENSE NUMBER: CA DSSTHRD
MFG: 805325  TAX RULES: YNNNY INVOICED:  04/18/2006 14:11:49    04 FORD       F-150     FX4 4WD    CREW CAB   SILVER
ODOMETER IN: 23591                                 DIST: DEF    DATES  INSERVICE: 090404 PRODUCTION: 102103  SOLD: 090404
DATES   BEGIN: 04/17/06  DONE:  04/18/06
---------------------------------------------------------------------------------------------------------------------------
CONCERN #1   CHECK AND ADVISE ON ALARM---STILL GOING OFF AT ALL TIMES                  OPERATION    TECH          AMOUNT
CORRECTION   SOUNDS PLUS                                                               SOUNDS       199              .00
FACTORY      TECH: 199 - JOHN.
                                                                               ------------- SUBTOTAL ---------------
TYPE: C                                                                        TOTAL CHARGE FOR CONCERN              .00
------------------------------------------------- GRAND TOTALS -------------------------------------------------------
SUMMARY OF CHARGES FOR INVOICE C62864                                          PAYMENT DISTRIBUTION FOR INVOICE C62864
TOTAL CHARGE                            .00
                                                                               CASH DUE                              .00
                                                                                 TOTAL CHARGE                        .00

ATTENTION: OTHER REPAIR ORDERS ON THIS VEHICLE:
      DATE OPENED   RO#     DATES INVOICED
      04/14/06      62785   CUS - 04/15/06 (F)
      04/13/06      62594   WAR - 04/17/06 (F)
      04/13/06      62593   CUS - 04/13/06 (*)
      04/17/06      62865
IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL ANTONIO GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY
IN THE NEXT FEW WEEKS.  IF, FOR ANY REASON YOU ARE UNABLE TO RATE US
WITH ALL "COMPLETELY SATISFIED" AND WOULD "DEFINITELY RECOMMEND"
RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU.  DENNIS HORVATH, PARTS & SERVICE DIRECTOR. 909-737-6151
                                                                                                             PAGE  1
                                                                                                           LAST PAGE
```

CUSTOMER RECEIPT

B.A.R REG # AA100231
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER
9:00 P.M. OR ON SATURDAY
AFTER 3:00 P.M.

# Hemborg FORD

NORCO AUTO MALL
1900 HAMNER AVE.
NORCO, CALIFORNIA 92860
(951) 737-6151 (951) 689-7711
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.
"HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

DISCLAIMER OF WARRANTIES
*Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.*
THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ____ DATE ____

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| REPAIR NO. | CUSTOMER PARTICIPATION | DEALER PARTICIPATION | REPAIR TOTAL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| ORIGINAL ESTIMATE | $ | | |
| AUTHORIZED ADD'L REPAIRS | $ War | ADD'L REPAIRS OK'D BY | IN PERSON / PHONED |
| AUTHORIZED ADD'L REPAIRS | $ | DRIVERS LIC. NO. OR I.D. | |
| TOTAL | $ 0 | DATE | TIME |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE

SIGNATURE X ____ DATE ____

------- INVOICE TO -------
COOK, VERONICA V
2101 SAN DIEGO DR
CORONA CA 92882
HOME: (951) 736-0690 CELL: (951) 258-3222

------- DRIVER/OWNER INFORMATION -- INVOICE: W62594
COOK, VERONICA V
2101 SAN DIEGO DR
CORONA CA 92882
HOME: (951) 736-0690 CELL: (951) 258-3222

------- FOR OFFICE USE -------
TAG: 4169 ADV: 245 GUTIERREZ INVOICE: PRELIM WAR W AA
MFG: 905395 TAX RULES: NN2RY INVOICED: 04/13/2006 12:25:25
ODOMETER IN: 22499 DIST: DEF
DATES BEGIN: 04/13/06 DONE: 04/13/06

------- VEHICLE INFORMATION -------
VIN 1FTPW14534KB46224 LICENSE NUMBER: CA 5SSTRBD
04 FORD F-150 FX4 4WD CREW CAB SILVER
DATES INSERVICE: 090404 PRODUCTION: 102103 SOLD: 090404

---

CONCERN 51 CUST. STATES THERE IS A WATER LEAK FROM PASS. SIDE FLOOR BOARD
CAUSE IMPROPERLY INSTALLED
CORRECTION REINSTALL FIREWALL WIRELOOM GROMMET #14401
FACTORY TECH: 197 - LEDEZMA, 8496

| OPERATION | TECH | HOURS | AMOUNT |
|---|---|---|---|
| 130008C | 197 | 2.9 | 235.65 |

------- SUBTOTAL -------
LAB-MECHANICAL 235.65
TOTAL CHARGE FOR CONCERN 235.65

TYPE: W

---

CONCERN 52 RIGHT REAR PASS. DOOR FLOOR CHANNEL-WAS FULL OF WATER--CHECK AND ADVISE FOR POSSIBLE LEAK
CAUSE NC
CORRECTION RELATED TO LINE 51
FACTORY TECH: 197 - LEDEZMA, 8496

| OPERATION | TECH | HOURS | AMOUNT |
|---|---|---|---|
| NC | 197 | .0 | .00 |

------- SUBTOTAL -------
TOTAL CHARGE FOR CONCERN .00

TYPE: W

------- GRAND TOTALS -------

SUMMARY OF CHARGES FOR INVOICE W62594
LAB-MECHANICAL 235.65
TOTAL CHARGE 235.65

PAYMENT DISTRIBUTION FOR INVOICE W62594
TOTAL CHARGE 235.65
FAC WARRANTY 235.65

ATTENTION: OTHER REPAIR ORDERS ON THIS VEHICLE:

| DATE OPENED | RO# | DATES INVOICED |
|---|---|---|
| 04/13/06 | 62593 | CUS - 04/13/06 (P) |

IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL ANTONIO GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY

CUSTOMER RECEIPT

**SOUNDS PLUS**
**1915 W REDLANDS BLVD**

# Work Order 1 REDLAND

REDLANDS CA 92373
(909) 335-3525 Fax: (909) 335-9360
WWW.SOUNDSPLUS.COM

| INVOICE | TYPE | DATE | TIME | PAGE# |
|---|---|---|---|---|
| 101140 | REPAIR | 10/01/2005 | 8:56 AM | 1 |

**CUSTOMER INFORMATION**

Cook, Mrs VIP#:

Redlands CA
PHONE:(909) WORK:

**DEALER INFORMATION**

ID#:

Ext:

STK: PO: RO:

**AUTOMOBILE DESCRIPTION**

Make: Ford Model: F150
Year: 2004 Color: Silver
VIN#:
Odometer:
Registration:

**APPOINTMENT INFORMATION**

Sales1: 103 Day: Bay#:
Sales2: Date:
Start Time: Stop Time:
Special:
Dept/Class:

**JOB DESCRIPTION**

| QTY. | MODEL | MAKE | DESCRIPTION | SERIAL NO. | LIST | PRICE | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 0.00 |

**LABOR/SUBLET DESCRIPTION**

REWIRE AND REPAIR ALARM SYSTEM
REMOVE REAR SHOCK SENSOR

SUBLET: No Charge

Last Tech: Last Salesperson:

| TECHNICIAN | START | STOP |
|---|---|---|
| | | |

**TOTAL LABOR HOURS**

| | |
|---|---|
| Materials: | $0.00 |
| Labor: | |
| Sublet: | |
| Other: | |
| Misc: | |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$0.00** |

**QUALITY CONTROL CHECKLIST**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HORN | [ ] [ ] | WIPERS | [ ] [ ] | BRAKE LIGHT | [ ] [ ] | HEATER FAN | [ ] [ ] | INTERIOR | [ ] [ ] |
| WINDOWS | [ ] [ ] | HEADLMPS | [ ] [ ] | DOME LIGHT | [ ] [ ] | REAR DEFOG | [ ] [ ] | EXTERIOR | [ ] [ ] |
| DIRECTIONS | [ ] [ ] | DASHLMPS | [ ] [ ] | CIG. LIGHTR | [ ] [ ] | GLOVEBOX | [ ] [ ] | SECURITY | [ ] [ ] |
| HAZARD LTS | [ ] [ ] | PK LGHTS | [ ] [ ] | PWR ANTENNA | [ ] [ ] | TEST RIDE | [ ] [ ] | | |

I authorize performance of the work as described above.____________________

Cook, Mrs

106717

**Hemborg FORD**

B.A.R. Reg. No. AA100231
CAR # 000079970

# QUICK SERVICE REPAIR ORDER

1900 Hamner Ave., Norco • Call 737-6151 or 689-7711

## PARTS AND LABOR GUARANTEED

Against Defects in Workmanship and Material for 12,000 Miles or 12 Months, Whichever Comes First

R.O. NUMBER 4073. S.A.

DATE

TIME A.M. P.M.

LAST NAME Cook FIRST NAME Veronica.

YEAR MODEL

STREET ADDRESS

LICENSE STATE

CITY STATE ZIP

MILEAGE COLOR

HOME PHONE ( ) WORK PHONE ( ) VIN NO.

√ = OK X = Not OK

| LIGHTS | L | R |
|---|---|---|
| Head Lamps | | |
| Front Signals | | |
| Hazard Lights | | |
| Brake Lamps | | |
| Rear Signals | | |
| License Light | | |
| Trunk | | |
| Dome | | |
| Glove Compartment | | |

COURTESY INSPECTION

| UNDER HOOD | |
|---|---|
| Drive Belt(s) | |
| Radiator & Heater Hoses/Clamps | |
| Battery & Cables | |
| Engine Compartment Light | |

| TIRE WEAR | |
|---|---|
| Right Front | |
| Left Front | |
| Left Rear | |
| Right Rear | |

## SERVICES TO BE PERFORMED

1. Alarm - going off at nite. Lite: nop (Buzzing.
2.
3.

ESTIMATE OF REPAIRS N/C

HAZARDOUS WASTE RECOVERY EXPENSE ESTIMATE

COMPLETION TIME A.M. P.M.

PICK-UP TIME A.M. P.M.

I hereby authorize the repair work to be done along with necessary materials. You and your employees may operate the vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. Said customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire, or vandalism while the property remains with the dealer. Customer acknowledges that the dealer is not a depositary for personal items left in the vehicle and does not hold the dealer responsible for them. In the event legal action is necessary to enforce this contract I will pay reasonable attorney's fees and court costs.

X Veronica Cook

SIGNED AND RECEIPTED

*Terms* - CASH or CREDIT CARD

**No Vehicles Released after 9 P.M. on Week Days - 3:00 P.M. On Sat. Closed Sun.**

**Our Service Department Is Open Monday thru Friday 7 A.M. 'til 9 P.M. Saturday 7 A.M. 'til 3 P.M.**

302087

**Hemborg FORD**

B.A.R. Reg. No. AA100231
CAR # 000079970

# QUICK SERVICE REPAIR ORDER

1900 Hamner Ave., Norco • Call 737-6151 or 689-7711

**PARTS AND LABOR GUARANTEED**

Against Defects in Workmanship and Material for 12,000 Miles or 12 Months, Whichever Comes First

R.O. NUMBER ______ S.A. ______

DATE ______

TIME ______ A.M. P.M.

LAST NAME: Cook    FIRST NAME: Veronica

STREET ADDRESS ______

CITY ______ STATE ______ ZIP ______

HOME PHONE ( ) ______ WORK PHONE ( ) ______ VIN NO. ______

YEAR ______ MODEL ______

LICENSE ______ STATE ______

MILEAGE ______ COLOR ______

√ = OK X = Not OK

| LIGHTS | L | R |
|---|---|---|
| Head Lamps | | |
| Front Signals | | |
| Hazard Lights | | |
| Brake Lamps | | |
| Rear Signals | | |
| License Light | | |
| Trunk | | |
| Dome | | |
| Glove Compartment | | |

COURTESY INSPECTION 736-0690 / 258-3222

| UNDER HOOD | |
|---|---|
| Drive Belt(s) | |
| Radiator & Heater Hoses/Clamps | |
| Battery & Cables | |
| Engine Compartment Light | |

| TIRE WEAR | |
|---|---|
| Right Front | |
| Left Front | |
| Left Rear | |
| Right Rear | |

## SERVICES TO BE PERFORMED

1. Alarm (still going off
2.
3.

ESTIMATE OF REPAIRS $ ______

HAZARDOUS WASTE RECOVERY EXPENSE ESTIMATE ______

COMPLETION TIME ______ A.M. P.M.

PICK-UP TIME ______ A.M. P.M.

I hereby authorize the repair work to be done along with necessary materials. You and your employees may operate the vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. Said customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire, or vandalism while the property remains with the dealer. Customer acknowledges that the dealer is not a depositary for personal items left in the vehicle and does not hold the dealer responsible for them. In the event legal action is necessary to enforce this contract I will pay reasonable attorney's fees and court costs.

X Veronica Cook

SIGNED AND RECEIPTED

*Terms* - CASH or CREDIT CARD

**No Vehicles Released after 9 P.M. on Week Days - 3:00 P.M. On Sat. Closed Sun.**

Our Service Department Is Open Monday thru Friday 7 A.M. 'til 9 P.M. Saturday 7 A.M. 'til 3 P.M.

**Hemborg FORD**

B.A.R. Reg. No. AA100231
CAR # 000079970

# QUICK SERVICE REPAIR ORDER

306139

R.O. NUMBER | S.A.

1900 Hamner Ave., Norco • Call 737-6151 or 689-7711

## PARTS AND LABOR GUARANTEED

Against Defects in Workmanship and Material for 12,000 Miles or 12 Months, Whichever Comes First

DATE

TIME A.M. P.M.

LAST NAME: Cook
FIRST NAME: Veronica
YEAR: 04
MODEL: F150

STREET ADDRESS

LICENSE
STATE

CITY
STATE
ZIP

MILEAGE
COLOR

HOME PHONE ( )
WORK PHONE ( )
VIN NO. 4KB46234

√ = OK X = Not OK

| LIGHTS | L | R |
|---|---|---|
| Head Lamps | | |
| Front Signals | | |
| Hazard Lights | | |
| Brake Lamps | | |
| Rear Signals | | |
| License Light | | |
| Trunk | | |
| Dome | | |
| Glove Compartment | | |

COURTESY INSPECTION

| UNDER HOOD | |
|---|---|
| Drive Belt(s) | |
| Radiator & Heater Hoses/Clamps | |
| Battery & Cables | |
| Engine Compartment Light | |

| TIRE WEAR | |
|---|---|
| Right Front | |
| Left Front | |
| Left Rear | |
| Right Rear | |

## SERVICES TO BE PERFORMED

1. Alarm goes off on its own
2.
3.

ESTIMATE OF REPAIRS: Advise

HAZARDOUS WASTE RECOVERY EXPENSE ESTIMATE

COMPLETION TIME A.M. P.M.

PICK-UP TIME A.M. P.M.

I hereby authorize the repair work to be done along with necessary materials. You and your employees may operate the vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. Said customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire, or vandalism while the property remains with the dealer. Customer acknowledges that the dealer is not a depositary for personal items left in the vehicle and does not hold the dealer responsible for them. In the event legal action is necessary to enforce this contract I will pay reasonable attorney's fees and court costs.

SIGNED AND RECEIPTED: Veronica Cook

*Terms* - CASH or CREDIT CARD

MasterCard | VISA

**No Vehicles Released after 9 P.M. on Week Days - 3:00 P.M. On Sat. Closed Sun.**

Our Service Department Is Open Monday thru Friday 7 A.M. 'til 9 P.M. Saturday 7 A.M. 'til 3 P.M.

**Hemborg FORD**

B.A.R. Reg. No. AA100231
CAR # 000079970

# QUICK SERVICE REPAIR ORDER

306175

R.O. NUMBER: 4169 S.A.

1900 Hamner Ave., Norco • Call 737-6151 or 689-7711

**PARTS AND LABOR GUARANTEED**

Against Defects in Workmanship and Material for 12,000 Miles or 12 Months, Whichever Comes First

DATE

TIME A.M. P.M.

LAST NAME: Cook FIRST NAME: Veronica

YEAR MODEL

STREET ADDRESS

LICENSE 123,499 STATE

CITY STATE ZIP

MILEAGE COLOR Silver

HOME PHONE (951) 258-3222 WORK PHONE ( ) VIN NO.

√ = OK X = Not OK

| LIGHTS | L | R |
|---|---|---|
| Head Lamps | | |
| Front Signals | | |
| Hazard Lights | | |
| Brake Lamps | | |
| Rear Signals | | |
| License Light | | |
| Trunk | | |
| Dome | | |
| Glove Compartment | | |

COURTESY INSPECTION ~~4169~~

| UNDER HOOD | |
|---|---|
| Drive Belt(s) | |
| Radiator & Heater Hoses/Clamps | |
| Battery & Cables | |
| Engine Compartment Light | |

| TIRE WEAR | |
|---|---|
| Right Front | |
| Left Front | |
| Left Rear | |
| Right Rear | |

## SERVICES TO BE PERFORMED

1. ALARM WARNING SENSOR GOING OFF TWICE PER NIGHT
2. HITTING UNLOCK, BEEPS 4 TIMES
3. WATER FOUND UNDER PASSENGER FLOOR BOARD

R/R PASSENGER DOOR FLOOR CHANNEL (NEXT TO DOOR WAS FULL OF WATER)

~~U-JOINT~~ U-JOINTS & REAR LEAF SPRING SHACKLES [illegible] RUSTY

ESTIMATE OF REPAIRS: Ø

HAZARDOUS WASTE RECOVERY EXPENSE ESTIMATE

COMPLETION TIME A.M. P.M.

PICK-UP TIME A.M. P.M.

I hereby authorize the repair work to be done along with necessary materials. You and your employees may operate the vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the vehicle to secure the amount of repairs thereto. Said customer is hereby notified that the said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire, or vandalism while the property remains with the dealer. Customer acknowledges that the dealer is not a depositary for personal items left in the vehicle and does not hold the dealer responsible for them. In the event legal action is necessary to enforce this contract I will pay reasonable attorney's fees and court costs.

X Veronica Cook

SIGNED AND RECEIPTED

*Terms* - CASH or CREDIT CARD (MasterCard, American Express, VISA)

**No Vehicles Released after 9 P.M. on Week Days - 3:00 P.M. On Sat. Closed Sun.**

**Our Service Department Is Open Monday thru Friday 7 A.M. 'til 9 P.M. Saturday 7 A.M. 'til 3 P.M.**



B.A.R REG # AA100231
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER 9:00 P.M. OR ON SATURDAY AFTER 3:00 P.M.

NORCO AUTO MALL
(909) 737-6151 1900 HAMNER AVE. (909) 689-7711
NORCO, CALIFORNIA 92860
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK. "HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ____________ DATE ______

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| **REPAIR NO.** | **CUSTOMER PARTICIPATION** | **DEALER PARTICIPATION** | **REPAIR TOTAL** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| ORIGINAL ESTIMATE | $ | | |
| AUTHORIZED ADD'L REPAIRS | $ | ADD'L REPAIRS OK'D BY | IN PERSON / PHONED |
| AUTHORIZED ADD'L REPAIRS | $ | DRIVERS LIC. NO. OR I.D. | |
| TOTAL | $ | DATE | TIME |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF ANY INCREASE IN THE ORIGINAL ESTIMATED PRICE

SIGNATURE X ____________ DATE ______

--------------------- INVOICE TO ---------------------

COOK, VERONICA V
2101 SAN DIEGO DR
CORONA CA 92882
HOME: (951) 736-0690

------------- DRIVER/OWNER INFORMATION -- INVOICE: I12131

COOK, VERONICA V
2101 SAN DIEGO DR
CORONA CA 92882
HOME: (951) 736-0690

------------------ FOR OFFICE USE ------------------

TAG: 4753 ADV: 245 GUTIERREZ INVOICE: PRELIM INT I JL
MFG: 805395 TAX RULES: NNNNY INVOICED: 09/15/2004 11:47:32
ODOMETER IN: 515 DIST: DEF
DATES BEGIN: 09/14/04 DONE: 09/15/04

-------------------- VEHICLE INFORMATION --------------------

VIN 1FTPW14534KB46234 LICENSE NUMBER: T
04 FORD F-150 FX4 4WD CREW CAB SILVER
STOCK# 00240473 INV ACCT 2300
DATES INSERVICE: 090404 PRODUCTION: 102103 SOLD: 090404

---

CONCERN 40 FLP LOANER FOR THIS CUSTOMER. — OPERATION TECH HOURS AMOUNT
CORRECTION NO CHARGE LOANER FOR THIS CUSTOMER, (GAS & INSURANCE NOT INCLUDED) — FLP 199 .0 *
COMMENT ANY UPGRADES ARE CUSTOMER RESPONSIBILITY 5 DAYS MAX.
FACTORY TECH: 199 - JOHN

---

CONCERN 41 INSTALL ALARM AS PER DUE BILL — OPERATION TECH HOURS AMOUNT
CORRECTION SOUNDSPLUS ALARM FACTORY REMOTES — OSL 199 .0

| PART NUMBER | PO# | NOTE | DESCRIPTION | QTY | SELL |
|---|---|---|---|---|---|
| FMC NPN19A361 | | | ALARM | 1B | |

FACTORY TECH: 199 - JOHN
TYPE: I LINE FLAGS: WO1 — TOTAL CHARGE FOR CONCERN .00

---

CONCERN 42 REPAIR SCRATCHES ON VEHICLE AS PER DUE BILL — OPERATION TECH HOURS AMOUNT
CORRECTION SUBLET — OSL 199 .0

| PART NUMBER | PO# | NOTE | DESCRIPTION | QTY | SELL |
|---|---|---|---|---|---|
| FMC OSLCOLORSONPARADE | 172328 | | REPAIR SCRTCH | 1B | |

FACTORY TECH: 199 - JOHN

---

PAYMENT DISTRIBUTION FOR INVOICE I12131

IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY IN THE NEXT FEW WEEKS. IF, FOR ANY REASON YOU ARE UNABLE TO RATE US WITH "COMPLETELY SATISFIED" AND WOULD "DEFINITELY RECOMMEND" RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU, DENNIS HORVATH, PARTS & SERVICE DIRECTOR. 909-737-6151

REORDER FROM PRINTING SOLUTIONS © (909) 307-2032

CUSTOMER RECEIPT

B.A.R REG # AA100231
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER
9:00 P.M. OR ON SATURDAY
AFTER 3:00 P.M.

**Hemborg FORD**

NORCO AUTO MALL
1900 HAMNER AVE.
NORCO, CALIFORNIA 92860
(951) 737-6151 (951) 689-7711
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK. "HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE *AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A* PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ______ DATE ______

RECOMMENDED REPAIRS: ______

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| | | | |
| **REPAIR NO.** | **CUSTOMER PARTICIPATION** | **DEALER PARTICIPATION** | **REPAIR TOTAL** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| ORIGINAL ESTIMATE | $ | | |
| AUTHORIZED ADD'L REPAIRS | $ | ADD'L REPAIRS OK'D BY | IN PERSON / PHONED |
| AUTHORIZED ADD'L REPAIRS | $ | DRIVERS LIC. NO. OR I.D. | |
| TOTAL | $ | DATE | TIME |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE

SIGNATURE X [signature] DATE ______

```
-------------------- INVOICE TO ------------------------   ------------- DRIVER/OWNER INFORMATION -- INVOICE: C07692
COOK, VERONICA V                                           COOK, VERONICA V
2101 SAN DIEGO DR                                          2101 SAN DIEGO DR
CORONA                          CA 92882                   CORONA                          CA 92882
HOME: (951) 736-0690                                       HOME: (951) 736-0690
----------------- FOR OFFICE USE -----------------------   ------------------- VEHICLE INFORMATION --------------
TAG: 5212   ADV: 204 SKARE, DA INVOICE: PRELIM CUS C   AA  VIN 1FTPW14534KB46204        LICENSE NUMBER: CA 255TRDC
MFG: 905395  TAX RULES:  YNNNY INVOICED: 07/09/2005 10:25:20  04 FORD    F-150    FX4 4WD   CREW CAB   SILVER
ODOMETER IN: 11249                          DIST: DEF                          STOCK# 00240473
DATES  BEGIN: 07/09/05  DONE: 07/09/05                     DATES  INSERVICE: 090404 PRODUCTION: 102103  SOLD: 090404
-----------------------------------------------------------------------------------------------------------------
CONCERN 51  CUSTOMER STATES ALARM GOES OFF AT 12 MIDNIGHT. ALSO WILL NOT BEEP       OPERATION   TECH        AMOUNT
CORRECTION  SUBLET                                                                  OSL         199           .00
FACTORY     TECH: 199 - JOHN,
                                                                      ------------- SUBTOTAL ------------------
TYPE: C                                                               TOTAL CHARGE FOR CONCERN             .00
-------------------------------------------------- GRAND TOTALS -------------------------------------------------
SUMMARY OF CHARGES FOR INVOICE C07692                                 PAYMENT DISTRIBUTION FOR INVOICE C07692
TOTAL CHARGE                         .00
                                                                      CASH DUE                             .00
                                                                        TOTAL CHARGE                       .00

IF YOU HAVE ANY QUESTIONS - PLEASE SEE DANIEL GILBERT SKARE
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY
IN THE NEXT FEW WEEKS.  IF, FOR ANY REASON YOU ARE UNABLE TO RATE US
WITH ALL "COMPLETELY SATISFIED" AND WOULD "DEFINITELY RECOMMEND"
RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU,  DENNIS HORVATH, PARTS & SERVICE DIRECTOR. 909-737-6151

                                                                                                      PAGE  1
                                                                                                      LAST PAGE
```

REORDER FROM PRINTING SOLUTIONS ® (909) 307-2032

DATE OF NOTIFICATION FOR CUSTOMER PICKUP
DATE BY

SERVICE DEPARTMENT HOURS: MONDAY THRU FRIDAY 7:00 A.M. TO 9:00 P.M. SATURDAY 7:00 A.M. TO 3:00 P.M.

NO VEHICLES RELEASED AFTER 9:00 P.M. MON.-FRI. OR ON SAT. AFTER 3:00 P.M. OR SUN.

CREDIT CARD / CASH CHARGE

BY LAW YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

ALL PARTS REMOVED WILL BE DISCARDED UNLESS INSTRUCTED OTHERWISE. ☐ SAVE ☐ DISCARD

PROGRAM CODE: REPAIR 1 / REPAIR 2 / REPAIR 3

I HEREBY AUTHORIZE THE REPAIR WORK TO BE DONE ALONG WITH THE NECESSARY MATERIALS. YOU AND YOUR EMPLOYEES MAY OPERATE THE VEHICLE FOR PURPOSES OF TESTING, INSPECTION OR DELIVERY AT MY RISK. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED ON THE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO AND CUSTOMER IS HEREBY NOTIFIED THAT THE SAID PROPERTY IS NOT INSURED OR PROTECTED TO THE AMOUNT OF THE ACTUAL CASH VALUE THEREOF, OR OTHERWISE, BY THE UNDERSIGNED DEALER AGAINST LOSS OCCASIONED BY THEFT, FIRE OR VANDALISM WHILE THE PROPERTY REMAINS WITH THE DEALER. CUSTOMER ACKNOWLEDGES THAT THE DEALER IS NOT A DEPOSITARY FOR PERSONAL ITEMS LEFT IN THE VEHICLE AND DOES NOT HOLD THE DEALER RESPONSIBLE FOR THEM. IN THE EVENT LEGAL ACTION IS NECESSARY TO ENFORCE THIS CONTRACT I WILL PAY REASONABLE ATTORNEY'S FEES AND COURT COSTS. SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

PRELIMINARY ESTIMATE | HAZARDOUS WASTE ESTIMATE

SIGNED AND RECEIPTED — TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE

REVISED ESTIMATE — REASON — AUTH. BY — ☐ IN PERSON ☐ PHONE — DATE — TIME

REVISED ESTIMATE — REASON — AUTH. BY — ☐ IN PERSON ☐ PHONE — DATE — TIME

| LUBE | OIL & FILTER CHANGE | LUBE, OIL & FILTER | ROTATE TIRES | BALANCE TIRES | ALIGN FRONT WHEELS | ALIGN 4 WHEELS | BRAKE SERVICE | BRAKE INSPECTION | WHEEL BRG. PACK | BATTERY SERVICE | EMISSION SERVICE | DRAIN & REFILL RADIATOR | COOLING SYSTEM FLUSH | SERVICE A/T | SERVICE A/C | SCOPE & ADJUST | FUEL INJECTION SERVICE | THROTTLE BODY SERVICE | TUNE UP 4 CYL-BASIC | TUNE UP 6 CYL-BASIC | TUNE UP 8 CYL-BASIC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |

64 64

PG 1 OF 1

INSTRUCTIONS ON WORK TO BE DONE

51* PAY TYPE: C
CUSTOMER STATES ALARM GOES OFF AT 12
MIDNIGHT. ALSO WILL NOT BEEP

P & A CODE: 05395

Hemborg FORD

(951) 737-6151 (951) 689-7711

NORCO AUTO MALL
1900 HAMNER AVE. • NORCO, CA 92860-2601
www.hemborgford.com
FORD B.A.R. REG # AA100231 EPA # CAR 000079970 P & A CODE: 05395 FORD

NOTICE TO CONSUMER:
PLEASE READ IMPORTANT INFORMATION ON BACK

TO OUR CUSTOMERS

HEMBORG CHARGES FOR REPAIR LABOR ARE NOT BASED ON ACTUAL MECHANIC'S TIME SPENT ON THE JOB. Rather, you are given a flat rate menu price which will be quoted to you and authorized by you in advance of the prescribed repair. If we discover that different or additional repairs are appropriate, you will be contacted for your advance approval of a revised quotation. Our menu prices are computed internally by multiplying our retail hourly labor rate by a time factor allotted to the repair. This time factor and our menu prices are based on our evaluation of the complexity of the work required, our costs for doing business, and, of course, our desire to remain competitive.

We believe our menu pricing is advantageous to our customers because your price for a prescribed repair remains the same regardless of how long the repair actually takes to be completed.

**RO 37693** *TAG 5212* LIC: CA DSSTRBD SVC ADV: 204 DANIEL GILBERT SKAR
COOK, VERONICA V 04 **VIN: 1FTPW1453 4KB46234**
2101 SAN DIEGO DR FORD F-150 COL CD: YN
FX4 4WD CREW CAB TRIM: BB
CORONA LICENSE: CA DSSTRBD SILVER TRUCK
CA 92882 MFG CODE: 805395 SVC DLR: 053958 SLM: 308
RIVERSIDE STOCK NUMBER: 00240473
IN-SVC: 090404 SOLD:090404 PROD:102103
ODOMETER: LAST: 9475 CURRENT: 11249
AVG PER DAY: 35 PER MONTH: 1050

HOME: (951) 736-0690

DIST CODE: DEF

WARNING: POSSIBLE RECHECK 05/28/05

MODEL# W14

EXTENDED SVC PLAN: TYPE: PREMIUMC NUMBER:ARE DEDUCTIBLE: 100.00
IN FORCE: Y MONTHS: 60 MILEAGE: 75000 EXPIRES: 090409
07/09/05 10:18:41

****PROMISED DATE: 07/09/05 TIME: 1400 ****



B.A.R REG # AA100231
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER
9:00 P.M. OR ON SATURDAY
AFTER 3:00 P.M.

NORCO AUTO MALL
(951) 737-6151 1900 HAMNER AVE. (951) 689-7711
NORCO, CALIFORNIA 92860
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK. "HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ______________________ DATE ________

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| | | | |
| **REPAIR NO.** | **CUSTOMER PARTICIPATION** | **DEALER PARTICIPATION** | **REPAIR TOTAL** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| ORIGINAL ESTIMATE $ | | | |
| AUTHORIZED ADD'L REPAIRS $ | ADD'L REPAIRS OK'D BY | IN PERSON | |
| | | PHONED | |
| AUTHORIZED ADD'L REPAIRS $ | DRIVERS LIC. NO. OR I.D. | | |
| TOTAL $ | DATE | TIME | |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE

SIGNATURE X [signature] DATE ______

------------------- INVOICE TO ------------------- ---------- DRIVER/OWNER INFORMATION -- INVOICE: [illegible]

[illegible], VERONICA [illegible]
[illegible] SAN DIEGO DR
CORONA CA [illegible]
HOME: (951) [illegible]

[illegible], VERONICA [illegible]
[illegible] SAN DIEGO DR
CORONA CA [illegible]
HOME: (951) [illegible]

------------------- FOR OFFICE USE ------------------- ---------- VEHICLE INFORMATION ----------

TAG: [illegible] ADV: [illegible] GUTIERREZ INVOICE: PRELIM [illegible]
MPD: [illegible] TAX RULES: [illegible] INVOICED: [illegible]
ODOMETER IN: [illegible] DIST: [illegible]
DATES BEGIN: [illegible] DONE: [illegible]

VIN [illegible] LICENSE NUMBER: CA [illegible]
[illegible] FORD F-150 [illegible] CREW CAB SILVER
DATES INSERVICE: [illegible] PRODUCTION: [illegible] SOLD: [illegible]

| | | OPERATION | TECH | AMOUNT |
|---|---|---|---|---|
| CONCERN 01 | ALARM CONCERN--GOING OFF AT NITE--LITE INOP/BUZZING | | | |
| CORRECTION | NO CHARGE | NC | 192 | .00 |
| COMMENT | SOUNDS PLUS--DIAG. ALARM PROGRAMMING--PROGRAM OKAY--NEED TO | | | |
| TECH NOTES | RESCH. APPOINTMENT TO VERIFY CONCERN--DISCONNECTED REAR ALARM SENSOR--LOWERED FRONT ALARM SENSATIVITY--LCD LITE INOP--NEED TO REPAIR LITE AND ALARM CONCERN NOT NEXT VISIT BY SOUNDS PLUS | | | |
| FACTORY | TECH: 192 - [illegible] | | | |

----------- SUBTOTAL -----------

TYPE: C

TOTAL CHARGE FOR CONCERN .00

------------------- GRAND TOTALS -------------------

SUMMARY OF CHARGES FOR INVOICE [illegible]

TOTAL CHARGE .00

PAYMENT DISTRIBUTION FOR INVOICE [illegible]

CASH DUE .00
TOTAL CHARGE .00

IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY
IN THE NEXT FEW WEEKS. IF, FOR ANY REASON YOU ARE UNABLE TO RATE US
WITH ALL "COMPLETELY SATISFIED" AND "WOULD DEFINITELY RECOMMEND"
RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU, DENNIS [illegible], PARTS & SERVICE DIRECTOR, [illegible]

PAGE 1
LAST PAGE

REORDER FROM PRINTING SOLUTIONS ● (909) 307-2032

B.A.R REG # AA100231
EPA# C.A.R. 000078870
P & A CODE 05396
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER
9:00 P.M. OR ON SATURDAY
AFTER 3:00 P.M.

# Hemborg FORD

NORCO AUTO MALL
1900 HAMNER AVE.
NORCO, CALIFORNIA 92860
(951) 737-6151 (951) 689-7711
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.
"HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."

**DISCLAIMER OF WARRANTIES**
*Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.*
THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ______________________ DATE ________

(SIGNED BY) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| | | | |
| **REPAIR NO.** | **CUSTOMER PARTICIPATION** | **DEALER PARTICIPATION** | **REPAIR TOTAL** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| ORIGINAL ESTIMATE $ | |
| AUTHORIZED ADD'L REPAIRS $ | ADD'L REPAIRS OK'D BY — IN PERSON / PHONED |
| AUTHORIZED ADD'L REPAIRS $ Ø | DRIVERS LIC. NO. OR I.D. |
| TOTAL $ | DATE — TIME |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE
SIGNATURE X ______________________ DATE ______

```
-------------------- INVOICE TO ----------------------------   ------------ DRIVER/OWNER INFORMATION -- INVOICE: C62795
COOK, VERONICA V                                               COOK, VERONICA V
2101 SAN DIEGO DR                                              2101 SAN DIEGO DR
CORONA                          CA 92882                       CORONA                          CA 92882
HOME: (951) 736-0690  CELL: (951) 258-3222                     HOME: (951) 736-0690  CELL: (951) 258-3222
----------------- FOR OFFICE USE --------------------------   ------------------ VEHICLE INFORMATION ----------------
TAG: 4609   ADV: 245 GUTIERREZ INVOICE: PRELIM CUS C   JL     VIN 1FTPW14534KB46224        LICENSE NUMBER: CA DESTRED
MFG: 905395  TAX RULES:  YNNNY INVOICED:  04/15/2006 11:50:07  04 FORD     F-150     FX4 4WD    CREW CAB   SILVER
ODOMETER IN: 23560                               DIST: DEF     DATES  INSERVICE: 090404 PRODUCTION: 102103  SOLD: 090404
DATES   BEGIN: 04/14/06  DONE:  04/15/06
-----------------------------------------------------------------------------------------------------------------------

CONCERN 51  CUST STATES ALARM GOES OFF ON ITS OWN                                  OPERATION    TECH         AMOUNT
CORRECTION  SOUNDS PLUS--ALARM---REPLACED SENSOR                                   ALARM        199             .00
FACTORY     TECH: 199 - JOHN.
                                                                           ------------- SUBTOTAL ----------------
TYPE: C                                                                    TOTAL CHARGE FOR CONCERN             .00
---------------------------------------------- GRAND TOTALS ------------------------------------------------------
SUMMARY OF CHARGES FOR INVOICE C62795                                      PAYMENT DISTRIBUTION FOR INVOICE C62795
TOTAL CHARGE                                 .00

                                                                           CASH DUE                             .00
                                                                             TOTAL CHARGE                       .00

ATTENTION: OTHER REPAIR ORDERS ON THIS VEHICLE:
      DATE OPENED  RO#     DATES INVOICED
      04/13/06     62594   WAR - 04/13/06 (P)
      04/13/06     62593   CUS - 04/13/06 (F)
IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL ANTONIO GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY
IN THE NEXT FEW WEEKS.  IF, FOR ANY REASON YOU ARE UNABLE TO RATE US
WITH ALL "COMPLETELY SATISFIED" AND WOULD "DEFINITELY RECOMMEND"
RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU.  DENNIS HORVATH, PARTS & SERVICE DIRECTOR, 909-737-6151

                                                                                                            PAGE 1
                                                                                                         LAST PAGE
```



B.A.R REG # AA100231
EPA# C.A.R. 000079970
P & A CODE 05395
SERVICE DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 9:00 P.M.
SATURDAY 7:00 A.M. TO 3:00 P.M.
NO VEHICLES RELEASED AFTER
9:00 P.M. OR ON SATURDAY
AFTER 3:00 P.M.

NORCO AUTO MALL
(951) 737-6151 1900 HAMNER AVE. (951) 689-7711
NORCO, CALIFORNIA 92860
www.hemborgford.com EMail hemborg@pe.net

PARTS DEPARTMENT HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 7:00 P.M.
SATURDAY 8:00 A.M. TO 3:00 P.M.

WE HONOR THE FOLLOWING CREDIT CARDS:
MASTER CARD DINERS
VISA AMERICAN EXPRESS

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED

"By law, you may choose another facility to perform any needed repairs or adjustments which the Smog Check test indicates are necessary."

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.
"HAZARDOUS WASTE: "RATHER THAN INCREASING OUR LABOR RATE FOR ALL CUSTOMERS, WE MAKE A SEPARATE CHARGE FOR MANAGING HAZARDOUS WASTE. A DIFFERENT CHARGE IS MADE FOR EACH WASTE AND IS IMPOSED ONLY WHEN THAT WASTE IS GENERATED DURING A *PARTICULAR REPAIR. CHARGES ARE RE-CALCULATED ANNUALLY."*

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

THE UNDERSIGNED HAS BEEN ADVISED AND MADE AWARE OF THE FOLLOWING RECOMMENDED REPAIRS AND DID NOT WANT TO HAVE THE REPAIRS DONE AT THIS TIME.

SIGNATURE ______________________ DATE ________

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE)

RECOMMENDED REPAIRS:

| PARTS SUB TOTAL | PARTS ALLOWANCE | DEDUCTIBLE | |
|---|---|---|---|
| REPAIR NO. | CUSTOMER PARTICIPATION | DEALER PARTICIPATION | REPAIR TOTAL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ORIGINAL ESTIMATE $ | |
|---|---|
| AUTHORIZED ADD'L REPAIRS $ | ADD'L REPAIRS OK'D BY — IN PERSON / PHONED |
| AUTHORIZED ADD'L REPAIRS $ | DRIVERS LIC. NO. OR I.D. |
| TOTAL $ | DATE — TIME |

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE

SIGNATURE X ______________________ DATE ______

```
-------------------- INVOICE TO ------------------------   ------------ DRIVER/OWNER INFORMATION -- INVOICE: C62593
COOK, VERONICA V                                           COOK, VERONICA V
2101 SAN DIEGO DR                                          2101 SAN DIEGO DR
CORONA                          CA 92882                   CORONA                        CA 92882
HOME: (951) 736-0690  CELL: (951) 258-3222                 HOME: (951) 736-0690  CELL: (951) 258-3222
----------------- FOR OFFICE USE ---------------------     ------------------- VEHICLE INFORMATION ----------------
TAG: 4169   ADV: 245 GUTIERREZ INVOICE: PRELIM CUS C   AA  VIN 1FTPW14534KB46234        LICENSE NUMBER: CA DSSTRBD
MFG: 805395  TAX RULES:  YNNNY INVOICED:  04/13/2006 12:24:29   04 FORD    F-150    FX4 4WD   CREW CAB   SILVER
ODOMETER IN: 23499                              DIST: DEF  DATES  INSERVICE: 090404 PRODUCTION: 102103  SOLD: 090404
DATES   BEGIN: 04/13/06  DONE:  04/13/06
------------------------------------------------------------------------------------------------------------------
CONCERN 41  ALARM CONCERN---GOING OFF AT NITE--WHEN UNLOCKING VEHICLE BEEPS 4 TIMES   OPERATION   TECH    AMOUNT
CORRECTION  SUBLET                                                                    OSL         199        .00
FACTORY     TECH: 199 - JOHN.
                                                                        ------------- SUBTOTAL -----------------
TYPE: C                                                                 TOTAL CHARGE FOR CONCERN             .00
--------------------------------------------------- GRAND TOTALS ----------------------------------------------
SUMMARY OF CHARGES FOR INVOICE C62593                                   PAYMENT DISTRIBUTION FOR INVOICE C62593
TOTAL CHARGE                           .00
                                                                        CASH DUE                             .00
                                                                          TOTAL CHARGE                       .00

ATTENTION: OTHER REPAIR ORDERS ON THIS VEHICLE:
     DATE OPENED  RO#     DATES INVOICED
     04/13/06     62594
IF YOU HAVE ANY QUESTIONS - PLEASE SEE GABRIEL ANTONIO GUTIERREZ
YOU MAY RECEIVE A CUSTOMER SATISFACTION SURVEY FROM FORD MOTOR COMPANY
IN THE NEXT FEW WEEKS.  IF, FOR ANY REASON YOU ARE UNABLE TO RATE US
WITH ALL "COMPLETELY SATISFIED" AND WOULD "DEFINITELY RECOMMEND"
RESPONSES PLEASE CONTACT ME IMMEDIATELY.
THANK YOU,  DENNIS HORVATH, PARTS & SERVICE DIRECTOR, 909-737-6151
```

SIMMONS, VERONICA V
2101 SAN DIEGO DR
CORONA, CA 92882
HOME PH: (951) 736-0690

LAST SERV MILEAGE: 056271 MFG CODE: 805395
1FTPW14534KB46234 CA DSSTRBD SOLD DATE:09/04/04 MILE:000111 LAST SERV:05/26/07
04 FORD F-150 FX4 4WD CREW CAB SILVER IN-SERV DATE:09/04/04

| | NUMBER | TYPE | DATE | DEDUCT | MON | MILES | ACTIVE |
|---|---|---|---|---|---|---|---|
| EXT SVC PLAN1: | ARE | PREMIUMC | 09/04/09 | 10000 | 060 | 75000 | Y |

---

RO C94585 N 05/26/07 ODOM= 56271 ADV=213
CLIENT=805395 INV=05/26/07
LN 01 PAY TYPE C TECH1-110 .40 OPR-CODE S1
FLAGS HAZ
LUBE OIL, FILTER CHANGE & 21PT INSPECTION. SPECIAL
CHANGED OIL AND OIL FILTER, COMPLETE LUBE & 21PT INSPECTION
LN 14 PAY TYPE C TECH1-110 .50 OPR-CODE 04CW
CUSTOMER REQUESTS TIRE ROTATION ,TRUCK WITH CUSTOM WHEELS
ROTATE TIRES
LN 24 PAY TYPE C TECH1-110 .20 OPR-CODE CXFBI
LIT9 EEC
CUSTOMER REQUESTS FREE BRAKE INSPECTION, AS PER COUPON
PERFORMED FREE BRAKE INSPECTION, LINING MEASUREMENTS GIVEN.
FRONT 11/32 REAR 10/32

---

RO C85661 N 01/26/07 ODOM= 42635 ADV=210
CLIENT=805395 INV=01/26/07
LN 01 PAY TYPE C TECH1-146 .30 OPR-CODE LF01W
FLAGS HAZ
CUSTOMER REQUESTS LUBE, OIL AND FILTER CHANGE
CHANGED OIL AND OIL FILTER, & TOP FLUIDS
UP TO 5 QUARTS
LN 14 PAY TYPE C TECH1-146 .50 OPR-CODE 04BT
CUSTOMER REQUESTS TIRE ROTATION
ROTATE TIRES
LN 24 PAY TYPE C TECH1-146 .20 OPR-CODE CXFBI
LIT9 EEC
CUSTOMER REQUESTS FREE BRAKE INSPECTION, AS PER COUPON
PERFORMED FREE BRAKE INSPECTION, LINING MEASUREMENTS GIVEN.
FRONTS APPROX. 11/32, REARS APPROX. 9/32 REMAINING
LN 43 PAY TYPE C TECH1-146 OPR-CODE 99P
MULTI-POINT INSPECTION
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

---

RO C75536 N 09/13/06 ODOM= 28714 ADV=210
CLIENT=805395 INV=09/13/06
LN 01 PAY TYPE C TECH1-146 .30 OPR-CODE CALS1
FLAGS HAZ
LUBE OIL, FILTER CHANGE & 21PT INSPECTION. SPECIAL
CHANGED OIL AND OIL FILTER, COMPLETE LUBE & 21PT INSPECTION
LN 08 PAY TYPE C TECH1-186 .90 OPR-CODE FBP
CUST. REQUESTS A FRONT BRAKE SERVICE.
REPLACED FRONT BRAKE PADS
LN 09 PAY TYPE C TECH1-186 1.00 OPR-CODE MFR
MACHINE FRONT ROTORS
MACHINED FRONT ROTORS
LN 10 PAY TYPE C TECH1-186 .90 OPR-CODE RBP

```
LN 11   PAY TYPE C
 MACHINE REAR DRUMS OR ROTORS
 MACHINED REAR DRUMS OR ROTORS
LN 14   PAY TYPE C        TECH1-146    .50              OPR-CODE 04BT
 CUSTOMER REQUESTS TIRE ROTATION
 ROTATE TIRES
LN 24   PAY TYPE C        TECH1-146    .20              OPR-CODE CXFBI
                     LIT9 EEC
 CUSTOMER REQUESTS FREE BRAKE INSPECTION, AS PER COUPON
 PERFORMED FREE BRAKE INSPECTION, LINING MEASUREMENTS GIVEN.
 FRONTS APPROX. 2/32, REARS APPROX. 2/32 REMAINING. DECLINED BRAKES
LN 43   PAY TYPE C        TECH1-146                     OPR-CODE 99P
 MULTI-POINT INSPECTION
 MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
                                                  MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR
------------------------------------------------------------------------
RO W64680 Y 05/08/06 ODOM= 24628 ADV=210
                                       CLIENT=805395  INV=05/09/06
LN 43   PAY TYPE W        TECH1-199                     OPR-CODE 99P
 MULTI-POINT INSPECTION
 99P
 MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
 MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
LN 51   PAY TYPE W        TECH1-167   1.50              OPR-CODE 12650D
                              FP 4L3Z9G444AA
 CUST. STATES THE CHECK ENGINE LIGHT IS ON.
 BURNT
 EEC (QUICK TEST) - DIAGNOSIS - REPLACED HEGO SENSOR.

------------------------------------------------------------------------
RO C64752 N 05/08/06 ODOM= 24628 ADV=210
                                       CLIENT=805395  INV=05/08/06
LN 01   PAY TYPE C        TECH1-146    .30              OPR-CODE CALS1
                                                          FLAGS HAZ
 LUBE OIL, FILTER CHANGE & 21PT INSPECTION. SPECIAL
 CHANGED OIL AND OIL FILTER, COMPLETE LUBE & 21PT INSPECTION
LN 04   PAY TYPE C        TECH1-146                     OPR-CODE 99P
 MULTI-POINT INSPECTION
 MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
 MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

------------------------------------------------------------------------
RO W62865 Y 04/17/06 ODOM= 23591 ADV=245
                                       CLIENT=805395  INV=04/18/06
LN 51   PAY TYPE W        TECH1-199                     OPR-CODE NC
 CHECK AND ADVISE ON RUST---LEAF SPRINGS/U-JOINTS
 RUST
 NO CHARGE
 NORMAL CHARACTERISTIC FOR UNDERCARRIAGE RUST

------------------------------------------------------------------------
RO C62864 N 04/17/06 ODOM= 23591 ADV=245
                                       CLIENT=805395  INV=04/18/06
LN 41   PAY TYPE C        TECH1-199                     OPR-CODE SOUNDS
 CHECK AND ADVISE ON ALARM---STILL GOING OFF AT ALL TIMES
 SOUNDS PLUS

------------------------------------------------------------------------
RO W62594 Y 04/13/06 ODOM= 23499 ADV=245
                                       CLIENT=805395  INV=04/17/06
LN 51   PAY TYPE W        TECH1-197   2.90              OPR-CODE 13000BC
 CUST. STATES THERE IS A WATER LEAK FROM PASS. SIDE FLOOR BOARD
 IMPROPERLY INSTALLED
```

RIGHT REAR PASS. DOOR ...
NC
RELATED TO LINE 51

---

RO C62785 N 04/14/06 ODOM= 23560 ADV=245
CLIENT=805395 INV=04/15/06
LN 51 PAY TYPE C TECH1-199 OPR-CODE ALARM
CUST STATES ALARM GOES OFF ON ITS OWN
SOUNDS PLUS--ALARM---REPLACED SENSOR

---

RO C62593 N 04/13/06 ODOM= 23499 ADV=245
CLIENT=805395 INV=04/13/06
LN 41 PAY TYPE C TECH1-199 OPR-CODE OSL
ALARM CONCERN---GOING OFF AT NITE--WHEN UNLOCKING VEHICLE BEEPS 4 TIMES
SUBLET

---

RO C57765 N 02/18/06 ODOM= 21324 ADV=779
CLIENT=805395 INV=02/18/06
LN 01 PAY TYPE C TECH1-19D .20 OPR-CODE GIFT
FLAGS HAZ
CUSTOMER APPRECIATION CERTIFICATE OIL AND FILTER CHANGE
CHANGED VEHICLES OIL AND OIL FILTER GAS ENGINES ONLY 6 QUARTS MAX.

7752

LN 04 PAY TYPE C TECH1-19D .50 OPR-CODE 04BT
CUSTOMER REQUESTS TIRE ROTATION
ROTATE TIRES
LN 50 PAY TYPE C TECH1-199 OPR-CODE 99P
MULTI-POINT INSPECTION
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

---

RO C51000 N 12/03/05 ODOM= 17925 ADV=236
CLIENT=805395 INV=12/03/05
LN 01 PAY TYPE C TECH1-199 .30 OPR-CODE PCC
CUSTOMER REQUESTS LUBE, OIL AND FILTER CHANGE
CHANGED OIL AND OIL FILTER, COMPLETE LUBE JOB & TOP FLUIDS
LN 24 PAY TYPE C TECH1-199 OPR-CODE AF
CUSTOMER REQUEST CHANGE AIR FILTER
CHANGED AIR FILTER
LN 42 PAY TYPE C TECH1-199 OPR-CODE 99P
MULTI-POINT INSPECTION
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.
MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

---

RO C45196 N 09/28/05 ODOM= 14928 ADV=245
CLIENT=805395 INV=09/28/05
LN 41 PAY TYPE C TECH1-199 OPR-CODE NC
ALARM CONCERN---GOING OFF AT NITE---LITE INOP/BUZZING
NO CHARGE
SOUNDS PLUS--DIAG. ALARM PROGRAMMING--PRGROM OKAY--NEED TO

---

RO C44837 N 09/24/05 ODOM= 14816 ADV=779
CLIENT=805395 INV=09/24/05
LN 01 PAY TYPE C TECH1-199 .30 OPR-CODE PCC
CUSTOMER REQUESTS LUBE, OIL AND FILTER CHANGE
CHANGED OIL AND OIL FILTER, COMPLETE LUBE JOB & TOP FLUIDS
LN 04 PAY TYPE C TECH1-199 .50 OPR-CODE 04BT
CUSTOMER REQUESTS TIRE ROTATION

MULTI-POINT INSPECTION

MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

MULTI-POINT INSPECTION REPORT CARD REC. BY FORD MOTOR CO.

---

RO W15375 Y 10/21/04 ODOM= 2127 ADV=245

CLIENT=805395 INV=10/29/04

LN 51 PAY TYPE W TECH1-199 OPR-CODE OSL

PAINT CONCERN--- FRONT BUMPER- UNEVEN COLOR- SEEMS FADED

FLAW

SUBLET

END OF DATA

EXHIBIT S

5

cuit City Stores, Inc.
re 3310
10 THE OLD RD
HALL, CA 91381-1707
1) 260-3751

19:45:32 02/25/07

Sold to: Orig Date 02/25/07
NICA COOK

Ticket
OMER COPY 331002218497

| sperson | | | Register | Cashier |
|---|---|---|---|---|
| MENO | | | 05 | 040890 |

| Qty Model | Description | Tax | Amount |
|---|---|---|---|
| T 1-KKR 04KX3504 | POWER AMP - AUTO | Y | 284.99- |
| T 1-KKR 05KS68 | SPEAKER - AUTO | Y | 94.99- |
| T 1-PLK DB5250 | SPEAKER - AUTO | Y | 170.99- |

| | | |
|---|---|---|
| Total Taxable | $ | 550.97- |
| Sales Tax | $ | 45.46- |
| TOTAL PURCHASE | $ | 596.43- |
| Total Paid | $ | 0.00 |
| BALANCE | $ | 596.43- |

may be eligible to earn Circuit City Reward Points! y for a Circuit City Rewards Credit Card today. See ore associate for details.

with us online at circuitcity.com.

OP DELIVERY INFORMATION PLEASE CALL 800-457-0314

FOR IN-HOME INSTALLATION AND REPAIR SERVICE OR CONSUMER REPLACEABLE PARTS CALL: (888) 333-2333

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

are anxious to hear about your shopping experience! a chance to win one of five $1,000 Circuit City Gift s by taking a few minutes to answer a short survey at:

www.circuitcity.com/survey

You will need the following customer code to enter on-line:

8QH DP4X JKYJ

No purchase necessary.
See Circuit City stores for details

Circuit City Stores, Inc.
Store 3310
25510 THE OLD RD
NEWHALL, CA 91381-1707
(661) 260-3751

20:15:04 02/25/07

Sold to: Orig Date 02/25/07
VERONICA COOK

Ticket
CUSTOMER COPY 331002218497
REPRINT

| Salesperson | | Trans# | Register | Cashier |
|---|---|---|---|---|
| G. JIMENO | | 331002218510 | 04 | 040890 |

| Item | Qty Model | Description | Tax | Amount |
|---|---|---|---|---|
| 1 RT | 1-KKR 04KX3504 | POWER AMP - AUTO | Y | 284.99- |
| 2 RT | 1-KKR 05KS68 | SPEAKER - AUTO | Y | 94.99- |
| 3 RT | 1-PLK DB5250 | SPEAKER - AUTO | Y | 170.99- |
| 4 SL | 1 KKR 06ZX3504 | POWER AMP - AUTO | Y | 284.99 |
| 5 SL | 1 ESP CCA | Protection Plan | N | 66.49 |
| 6 SL | 1 PLK DB570 | SPEAKER - AUTO | Y | 94.99 |
| 7 SL | 1 ESP CCA | Protection Plan | N | 37.99 |
| 8 SL | 1 PLK DB5250 | SPEAKER - AUTO | Y | 170.99 |
| 9 SL | 1 ESP CCA | Protection Plan | N | 37.99 |

| | | |
|---|---|---|
| Non-Taxable | $ | 142.47 |
| TOTAL PURCHASE | $ | 142.47 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to your owner's manual or visit circuitcity.com

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT

4 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the KKR 06ZX3504 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

6 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the PLK DB570 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

8 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the PLK DB5250 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

** This sales receipt and the accompanying terms and conditions constitute your Circuit City Advantage Protection Plan.

You may be eligible to earn Circuit City Reward Points! Apply for a Circuit City Rewards Credit Card today. See a store associate for details.

uit City Stores, Inc.
e 3310
O THE OLD RD
ALL, CA 91381-1707
) 260-3751

19:44:40 02/25/07

to:
NICA COOK

Orig Date 02/25/07

Ticket
331002218495

OMER COPY

| sperson | Register | Cashier |
|---|---|---|
| IENO | 05 | 040890 |

| Qty Model | Description | Tax | Amount |
|---|---|---|---|
| 1-PIO AVHP5700DVD | INSTALLED MOBILE | Y | 886.99- |

| | | |
|---|---|---|
| Total Taxable | $ | 886.99- |
| Sales Tax | $ | 73.18- |
| TOTAL PURCHASE | $ | 960.17- |
| Total Paid | $ | 0.00 |
| BALANCE | $ | 960.17- |

ay be eligible to earn Circuit City Reward Points! for a Circuit City Rewards Credit Card today. See re associate for details.

with us online at circuitcity.com.

R DELIVERY INFORMATION PLEASE CALL 800-457-0314

FOR IN-HOME INSTALLATION AND REPAIR SERVICE OR CONSUMER REPLACEABLE PARTS CALL: (888) 333-2333

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

re anxious to hear about your shopping experience! chance to win one of five $1,000 Circuit City Gift by taking a few minutes to answer a short survey at:

vw.circuitcity.com/survey

You will need the following customer code to enter on-line:

W3P YL9M JYR4

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
anks for making your purchase at Circuit City!

Circuit City Stores, Inc.
Store 3310
25610 THE OLD RD
NEWHALL, CA 91381-1707
(661) 260-3751

20:19:04 02/25/07

Sold to:
VERONICA COOK

Orig Date 02/25/07

Ticket
331002218495

CUSTOMER COPY
REPRINT

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| J. JIMENO | 331002218513 | 04 | 040890 |

| Item | Qty Model | Description | Tax | Amount |
|---|---|---|---|---|
| 1 RT | 1-PIO AVHP5700DVD | INSTALLED MOBILE | Y | 886.99- |
| 2 SL | 1 PIO AVHP5700DVD | INSTALLED MOBILE | Y | 886.99 |
| 3 SL | 1 ESP CCA | Protection Plan | N | 229.99 |
| 4 SL | 1 UPC 047875751354 XBX FULL THROTTLE | AMER - GAMES | Y | 8.96 |
| 5 SL | 1 UPC 711719747420 PS2 GH SOCOM 3 | SOCO - GAMES | Y | 19.99 |

| | | |
|---|---|---|
| Non-Taxable | $ | 229.99 |
| Total Taxable | $ | 28.95 |
| Sales Tax | $ | 2.39 |
| TOTAL PURCHASE | $ | 261.33 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to your owner's manual or visit circuitcity.com

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT
2 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the PIO AVHP5700DVD starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

** This sales receipt and the accompanying terms and conditions constitute your Circuit City Advantage Protection Plan.

You may be eligible to earn Circuit City Reward Points! Apply for a Circuit City Rewards Credit Card today. See a store associate for details.

Shop with us online at circuitcity.com.

OR FOR DELIVERY INFORMATION PLEASE CALL 800-457-0314

FOR IN-HOME INSTALLATION AND REPAIR SERVICE OR CONSUMER REPLACEABLE PARTS CALL: (888) 333-2333

REPRINT





uit City Stores, Inc.
e 3310
0 THE OLD RD
IALL, CA 91381-1707
) 260-3751 19:46:52 02/25/07

to: Orig Date 02/25/07
NICA COOK
Ticket
OMER COPY 331002218498

| sperson | | | Register | Cashier |
|---|---|---|---|---|
| MENO | | | 05 | 040890 |
| Qty | Model | Description | Tax | Amount |
| T 1- | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49- |
| T 1- | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49- |
| T 1- | KKR 06ZX4001 | POWER AMP - AUTO | Y | 281.59- |

| | | |
|---|---|---|
| Total Taxable | $ | 528.57- |
| Sales Tax | $ | 43.61- |
| TOTAL PURCHASE | $ | 572.18- |
| Total Paid | $ | 0.00 |
| BALANCE | $ | 572.18- |

nay be eligible to earn Circuit City Reward Points!
y for a Circuit City Rewards Credit Card today. See
ore associate for details.

with us online at circuitcity.com.

)R DELIVERY INFORMATION PLEASE CALL 800-457-0314

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

are anxious to hear about your shopping experience!
a chance to win one of five $1,000 Circuit City Gift
by taking a few minutes to answer a short survey at:

ww.circuitcity.com/survey

You will need the following customer code
to enter on-line:

NQ4 XCD9 JDFN

No purchase necessary.

Circuit City Stores, Inc.
Store 3310
25810 THE OLD RD
NEWHALL, CA 91381-1707
(661) 260-3751 20:10:48 02/25/07

Sold to: Orig Date 02/25/07
VERONICA COOK
Ticket
CUSTOMER COPY 331002218498
REPRINT

| Salesperson | | | Trans# | Register | Cashier |
|---|---|---|---|---|---|
| J. JIMENO | | | 331002218508 | 04 | 040890 |
| Item | Qty | Model | Description | Tax | Amount |
| 1 RT | 1- | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49- |
| 2 RT | 1- | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49- |
| 3 RT | 1- | KKR 06ZX4001 | POWER AMP - AUTO | Y | 281.59- |
| 4 SL | 1 | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49 |
| 5 SL | 1 | ESP CCA | Protection Plan | N | 56.99 |
| 6 SL | 1 | KKR 05CVR102 | WOOFERS/SUBWOOFE | Y | 123.49 |
| 7 SL | 1 | ESP CCA | Protection Plan | N | 56.99 |
| 8 SL | 1 | KKR 06ZX7501 | POWER AMP - AUTO | Y | 499.99 |
| 9 SL | 1 | ESP CCA | Protection Plan | N | 94.99 |

| | | |
|---|---|---|
| *Non-Taxable* | $ | *208.97* |
| Total Taxable | $ | 218.40 |
| Sales Tax | $ | 18.02 |
| TOTAL PURCHASE | $ | 445.39 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to your owner's manual or visit circuitcity.com

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT

4 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the KKR 05CVR102 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

6 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the KKR 05CVR102 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

8 The Circuit City Advantage Protection Plan for Home and Car Electronics (ESP) for the KKR 06ZX7501 starts 02/25/07 and expires 02/25/11. For service, simply drop off your product at any Circuit City store. Refer to the Comprehensive Service Guide for information and Terms and Conditions.

** This sales receipt and the accompanying terms and conditions constitute your Circuit City Advantage Protection Plan.

You may be eligible to earn Circuit City Reward Points! Apply for a Circuit City Rewards Credit Card today. See a store associate for details.

Shop with us online at circuitcity.com.




California Circuit City Stores. Inc. Work Order # RS0130CA

# installation workorder

| Location Information | Customer Information |
|---|---|
| | Name Veronica Simmons |
| | Address 2101 San Diego Dr. |
| | City Corona State CA Zip Code 92882 |
| CA Reg. # 0426-03451452 | Home Phone 951 736 0690 Contact Phone 951 258 3222 |

**Vehicle Information** 3310022092227

**Make** Ford **Model** F150 **Year** 2004

**License Plate** DSSTRBD **Odometer** **Color** Silver

**Workorder date** 02/10/07 **IBM # of associate filling out order** 245569 **Installer's IBM #**

**Estimated to be completed by** **Date** **Time**

**Description of work to be performed:** Move AMPS under front seats

## Estimated parts and services

An estimate as required by (section 9844 of California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814.

| QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total estimate NOT including taxes**

Additional notes or comments

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

**Signature** Veronica Simmons **Date** 2/10/07