**EXHIBIT 6**

```
***************  M. JOURNAL- ********************* DATE MAY-10-2007 ***** TIME 17:20 **********

    MODE = MEMORY TRANSMISSION              START=MAY-10 16:56    END=MAY-10 17:20

    FILE NO.=447

  STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

   001      503       *          19516892295          002/003   00:04:46
```

                                                        -CHI

************************************** -CONTRACTS DEPT  - ***** -        7148089328- **********



# Crescent Healthcare, Inc.

1990 WEST CRESCENT AVE. ANAHEIM, CA 92801
TEL: (800)879-4844    FAX: (714)808-9328

HOME INFUSION AND HIGH TECH INFUSION NURSING SERVICES

### FACSIMILE TRANSMITTAL SHEET

| TO: | HEATH, STORE DIRECTOR | FROM: | VERONICA SIMMONS, CONTRACTS MANAGER, EXT 6330 |
|---|---|---|---|
| COMPANY: | CIRCUIT CITY RIVERSIDE | DATE: | 05/10/07 |
| FAX NUMBER: | 951-689-2295 | TOTAL PAGES INCLUDING COVER: | 3 |
| PHONE NUMBER: | 951-689-2000 | | |
| RE: | CLAIM REIMBURSEMENT | | |

| URGENT | FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | PLEASE RECYCLE |
|---|---|---|---|---|

GOOD AFTERNOON HEATH,

I HOPE YOU ARE DOING WELL. I LEFT A MESSAGE WITH MARISSA TODAY AS YOU WERE UNAVAILABLE. MY HUSBAND AND I BELIEVE WE'VE PROVIDED ENOUGH TIME TO ALLOW OUR CLAIM TO BE REVIEWED AND FOLLOW UP WITH YOU ON THE STATUS OF OUR CLAIM PLACED WITH YOU. ATTACHED IS A FEW ADDITIONAL DOCUMENTS I STUBBLED ACROSS THAT WERE NOT INCLUDED UPON MY VISIT IN YOUR STORE A FEW WEEKS AGO.

PLEASE CONTACT ME WITH THE STATUS OF DISCUSSIONS WITH YOUR CORPORATE OFFICE.
MY CELL IS 951-258-3222.

SINCERELY,
VERONICA SIMMONS
CONTRACTS MANAGER

EMAIL ADDRESS: VSIMMONS@CRESCENTHK.COM

☐ Check here if the statement of receipt is requested.

When the above box is checked, please complete the statement of receipt below and return it to the sender via the fax number:

I, _____ verify that I have received the above specified faxed information.

This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return fax and shred this document along with any documents. Thank you.

*LEADING HOME INFUSION PROVIDER WITH STATEWIDE MANAGED CARE CONTRACTS AND COVERAGE THROUGHOUT CALIFORNIA*
CORPORATE OFFICE
1990 W. Crescent Ave., Anaheim, CA 92801 • Tel:800-879-4844 • Fax: 714-533-8737

```
************ -COMM. JOURNAL- ************  DATE MAY-11-2007 *****  TIME 13:46 **********

       MODE = MEMORY TRANSMISSION              START=MAY-11 13:23    END=MAY-11 13:46

          FILE NO.=457

       STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

         001     503       *        19516892295           002/003   00:05:30


                                              -CHI

************************************ -CONTRACTS DEPT  - *****  -    7148089328- **********
```



## Crescent Healthcare, Inc.
1990 WEST CRESCENT AVE. ANAHEIM, CA 92801
TEL: (800)879-4844   FAX: (714)808-9328

HOME INFUSION AND HIGH TECH INFUSION NURSING SERVICES

### FACSIMILE TRANSMITTAL SHEET

| TO: | HEATH, STORE DIRECTOR | FROM: | VERONICA SIMMONS, CONTRACTS MANAGER, EXT 6330 |
|---|---|---|---|
| COMPANY: | CIRCUIT CITY RIVERSIDE | DATE: | 05/10/07 |
| FAX NUMBER: | 951-689-2295 | TOTAL PAGES INCLUDING COVER: | 3 |
| PHONE NUMBER: | 951-689-2000 | | |
| RE: | CLAIM REIMBURSEMENT | | |

| URGENT | FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | PLEASE RECYCLE |
|---|---|---|---|---|

GOOD AFTERNOON HEATH,

I HOPE YOU ARE DOING WELL. I LEFT A MESSAGE WITH MARISSA TODAY AS YOU WERE UNAVAILABLE. MY HUSBAND AND I BELIEVE WE'VE PROVIDED ENOUGH TIME TO ALLOW OUR CLAIM TO BE REVIEWED AND FOLLOW UP WITH YOU ON THE STATUS OF OUR CLAIM PLACED WITH YOU. ATTACHED IS A FEW ADDITIONAL DOCUMENTS I STUBBLED ACROSS THAT WERE NOT INCLUDED UPON MY VISIT IN YOUR STORE A FEW WEEKS AGO.

PLEASE CONTACT ME WITH THE STATUS OF DISCUSSIONS WITH YOUR CORPORATE OFFICE. MY CELL IS 951-258-3222.

SINCERELY,
VERONICA SIMMONS
CONTRACTS MANAGER

EMAIL ADDRESS: VSIMMONS@CRESCENTHH.COM

☐ Check here if the statement of receipt is requested.

When the above box is checked, please complete the statement of receipt below and return it to the sender via the fax number:

I, _____ verify that I have received the above specified faxed information.

This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return fax and shred this document along with any documents. Thank you.

LEADING HOME INFUSION PROVIDER WITH STATEWIDE MANAGED CARE CONTRACTS AND COVERAGE THROUGHOUT CALIFORNIA
CORPORATE OFFICE
1990 W. Crescent Ave., Anaheim, CA 92801 • Tel:800-879-4844 • Fax: 714-533-8737

Page 1

- Brought vehicle in 06/05 purchased stereo w/ speakers along w/ computers +2 all w/ warranties. Installed a week later
- Came in 12/05 purchased amp w/ subwoofers system warranted
- Came in 01/06 by recommendation of install manager Greg to move amps to back wall behind seat rather than under front seats, damage done to seat brackets.
- In March 06 thru Sept 06 consistent problems with system, electrical off/on, non working in 1 or 2 systems
- In 01/06 installation of AC/DC converter incomplete electrical problems. Left hole in sidewall of truck to allow time to resolve electrical problems + another vendor to attempt installation before Circuit City Roadshop Install Manager to replace part damaged to incomplete installation
- In Sept 06 Valencia/Santa Clarita store resolve front speaker system but could not move amps by their recommendation, seat tighten down, take back to Riverside
- In Sept 06–Nov 06 took to Edgar had looser
- In Jan 07 Valencia store moved amps, still had problems back to store two weeks later
- In ~~Feb~~ Jan 07 spoke w/ Edgar who committed to card account balance expiring in 2/07 agreed finance to extend to 6/07 like other, balance because of system problems still + not being able to have use of system
- In Feb 07 because of continued problems still

Page 2

all items to be removed & completely replaced and installed properly. Warrantees were not returned, changed 4 yr to cover new product rather than 2 yrs, upgraded amp for subwoofer as original one matched by the Riverside Manager was underrated which caused part of problems.

— Contacted Corporate office in Sept 06 + Jan '07, both times told need to deal w/ Riverside store.

— Expectation:
① Finance charge (deferred) $150.90 on account to be extended to 06/10/07 as in other balance + any other finance charge accured from 01/08/07 to present.

② If unable to complete A/c Dc converter installation replacement of side plastic brace cover in truck.

③ Return of all monies paid out to fix problem w/ system (that is the cost of all new warranties + upgrades in amp.) Total of approx. $900.00
(See 4+5 for details)

— Reason/Justification:
① Poor and improper installation, causing damage to vehicle + new products installed

Page 3

② Numerous returns visits, loss of vehicle use, product use, wear & tear on vehicle along with costs incurred (gas) to drive from home to Riverside Store & Santa Clarita/Valencia Store.

③ Consistent inconsistency of management unwilling to resolve problems.

④ All new monies over original warranties returned as:
- ① Warranties cost increased from initial purchase
- ② Warranties not existent due to manager neglect when all products bought those days of thousands of dollars (over 6k) was to include warranties.
- ③ New warranties extended from 3yrs to 4yrs as apprehensive of installation & product performance

⑤ All monies of upgraded amp as manager's error not customer, caused repeat visits & no one until Santa Clarita/Valencia figured it out, even subwoofer had to be replaced by Riverside in 6/06 & still that Store Manager Joe I. just said to keep coming back, things like this happens.

# EXHIBIT 7



**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7007 0710 0003 2044 1028

RICHMOND VA 23233

| | |
|---|---|
| Postage | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.40 |

Postmark: 08/25/2007

Sent To: Circuit City Stores Inc.
Street, Apt. No.; or PO Box No.: 9954 Mayland Dr.
City, State, ZIP+4: Richmond VA 23233

PS Form 3800, August 2006

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Specialty Risk Services
P.O. Box 799
Marlton, NJ 08053-0799

DELIVERY CONFIRMATION NUMBER: 0202 1030 5472

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☒ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Charles + Veronica Simmons
2101 San Diego Drive
Corona, CA 92882

C064

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Circuit City Store Inc.
9954 Mayland Dr
Richmond, VA 23233

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0003 2044 1028

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

August 24, 2007

Circuit City

RE: Complaint and Grievance

To whom it may concern,

We are writing this letter to share our concerns. This is a formal complaint and grievance with in regard to the service and quality we received at Circuit City Stores. Please see below the following details of occurrences that led to this formal written complaint.

1. Brought vehicle in 06/05 to the Riverside Circuit City store and purchased stereo with speakers, amplifier along with two computers, all with warranties. Installed car stereo system a week later.
2. July 2005 electrical problems with stock alarm in vehicle. Dealer unable to find problem. At this time we did not feel there was any relations to the stereo system installation.
3. September 2005 still problems with stock alarm sounding off, dealer unable to find problem. Started to wonder if installation of stereo system would have any relations to problem. Contacted Greg, he assured us there should not be any problem.
4. October 2005 Dealer has vendor rewire alarm in hopes to solve problem.
5. Returned to Riverside store in 12/05 purchased amp with subwoofers system with warranties to add to current system installed in my vehicle previously by the Riverside store. Greg caused a short by securing down amplifier under front driver seat causing my automatic FX4 four wheel drive to engage and disengage during normal driving. Electric seat and mirrors would not work. Returned to store immediately after only driving a mile from the store. Greg traced problem to blown fuses and replaced them.
- Returned in 01/06 by the recommendation of installation manager Greg to move amps to back wall behind seats rather than under front seats. During this installation, Greg caused damage to seat brackets.
- In 01/06 installation of A/C D/C converted incomplete electrical problems. Left hole in side wall of truck to allow time to resolve electrical problems and another vendor to attempt installation before Circuit City Road shop install manager to replace part damaged to incomplete installation.
6. Between March 2006 and September of 2006 consistent problems with system, electrical, off/on, non working, in and out of Riverside store to try and resolve problem including alarm problems with vehicle.
7. April 2006 Alarm problems continued with no reason, Dealer attempts to resolve problem on several occasions that month.
8. May 2006 returned to Riverside store with problems with subwoofer/amplifier system going on and off. Amplifier replaced after all day of vehicle at store and Greg dealing with his Store Manager Joe Injian. When I returned to the store, I expressed my

frustration of repeat visits, time and cost incurred with only in return statement I will just have to keep coming back as it may take a few times to figure out what is wrong, things like this just happen and I can call corporate to complain if I'd like, then he handed me his card with the corporate number.

9. From June 12, 2006 to July 6, 2006 and July 14, 2006 to August 14, 2006 I became very ill, therefore the vehicle was parked and not utilized. During this time, no problems were addressed to Dealer or Circuit City. This statement is just to justify this gap of time.
10. In September 2006 Valencia/Santa Clarita store resolve front speaker system but could not move amps by their recommendation, seat tighten down to tight and requested to take back to Riverside store as they did not want to take responsibility if damage was done to remove seat. A few times alarm went off but then seemed to no longer have issues after this month.
11. In September 2006 through November 2006 took to Edger had loosen.
12. In January 2007 Valencia store moved amplifiers to under front seat. It had reoccurring problem returned to Valencia store two weeks later.
13. In January 2007 spoke with Edger who committed to having card account balance expiring in 01/07 deferred finance to extend to 06/07 like other, balance because of system problems still reoccurring and not being able to have 100% use of system.
14. In February 2007 because of continued problems still with all products and Valencia store installers diagnosis of partial problem was improper underrated match of one of the amplifiers, my husband spoke with the Valencia store manager in which they agreed to remove all items and be completely replaced and installed properly. We were informed by one manager that warranties will be prorated and returned. Then the store manager Jay Jay indicated that the warranties paid were not to be refunded and some warranties were absent that was expected to present at the time of purchase. We were charged another 4 years to cover new products rather than 2 years. We had to pay for the upgraded amplifier even though it was not our error for the improper match to the subwoofers as the original one matched by the Riverside Manager was underrated which caused part of problems.
    a. Now it occurs to us that Greg the Riverside Installation Manager had provided according to him approximately 10% discount (cutting us a deal) as we had purchased $4K worth of computer equipment same day. What he really had done was remove the warranty on the one amplifier and subwoofer without our consent and us not noticing.
        i. If a customer was to save money, they would opt not to warranty the least expensive items like the two sets of door speakers to replace if there are problems. An amplifier and subwoofer are too costly to replace without a warranty.
15. On February 20, 2007 my daughter spoke to Edgar in the Riverside store which committed to speaking to the store manager regarding the wiring problems but had confirmed that the bank responded to update the account as agreed.
16. My husband contacted corporate office in September 2006 and January 2007, both times told need to deal with Riverside store.
17. In late April 2007 we contacted and met directly with the Riverside Store Director Heath and Manager Cynthia because we continued to receive delays through Edgar and then eventually he no longer was employed at the store. They committed to make every

attempt to resolve the problems as they both acknowledge all individuals no longer were employed at the store and that the reasons were obvious. We provide Heath with copies of invoices, phone bills reflective of repeat calls to both stores, written outline of occurrences and the damage viewed by Heath.
   a. Heath was unable to resolve our problems or requests at corporate level. He initially explained that there was a huge layoff and had really no regional to deal with or corporate individual that could authorize any settlement but he would try. He never returned calls after that to inform us of final outcome. Instead informed my daughter who became employed at that store a month later he couldn't resolve our complaint.
   b. Cynthia was able to have the deferred finance charge added to the account in January 2007 in the amount of $150.90 and reimbursed us for the cost of the seat brackets.
      i. However, she was not successful to have the finance charge for each month January 2007 through May 2007 removed, which is approximately $30.00.

We believe that we should be compensated for costs incurred and a remedy is reached for the inconvenience, poor service and poor quality:

1. Reimbursement of all monies paid out to fix problems with system but for current warranties to remain effective.
   a. Monies consist of costs incurred to purchase new warranties and correctly matched amplifier.
   b. Total of $ 817.85
2. Reimbursement for damaged side panel and installation from unfinished unsuccessful installation of AC/DC adapter.
   a. As per invoice estimate
      i. Total of $326.20.
3. Reimbursement for the cost to be incurred to have wiring inspected under the carpet.
   a. As per invoice estimate
      i. Total $504.00
         1. This amount does not include if wiring needs to be replaced or repaired. Cost ?
4. Reimbursement for finance charge from January 2007 through May 2007 that was not reversed.
   a. Approximately $30.00
5. Reimbursement for cost, wear and tear on vehicle incurred to travel from and to both Circuit City stores (20 trips), travel from and to Ford Dealer (6 trips), travel from and to Alarm Vendor in Redlands (1 trip) at $0.42 mile and approximately 760 miles.
   a. Approximate total cost $319.20 which does not include loss of usage of the vehicle or time off work.
6. Reimbursement for our time and possible cost to repair any damaged wiring including a rental vehicle while truck is at Ford Dealer
   a. Total $500.00
7. **Total reimbursement $2,497.25**

We strongly feel that the justification and reasons for our request to be honored are the following:

1. Poor and improper installation, causing damage to vehicle and new products installed.
    a. With exposed wires posed safety issues for my family and public with constant malfunction and risk of vehicle fire could have occurred.
        i. This was a lack of regard for our safety and the public safety.
2. Numerous return visits caused loss of vehicle use, product use, and wear and tear on our vehicle along with associated costs (gasoline) incurred to drive from our Corona home to Riverside store and our Canyon Country home to the Santa Clarita/Valencia store.
3. Numerous visits regarding stock alarm to Ford Dealer and their vendor which now shows a pattern may have been directly caused by wiring of installed stereo system by Circuit City.
4. The consistent inconsistency of management unwilling to resolve problems. Everyone passing the buck and lack of knowledge to resolve the problems.
5. All new monies should be reimbursed over original warranties refunded as:
    a. Warranties cost increased from initial purchase. This increase should not have been passed onto the customer.
    b. Warranties not existent due to original installation manager Greg neglected when all product bought those days of thousands of dollars (over 6k) was to include warranties. We would not have purchased so many expensive products without warranties.
    c. We were forced to purchase new warranties extended from 2 years to 4 years as apprehensive of installation and product performance. This was to protect our purchase and investment.
6. All monies associated with costs incurred to upgraded amplifier should be reimbursed as:
    a. The Riverside Installation Manager Greg matched original product incorrectly, not the customer. Cost of amplifier replaced now increased from initial purchase and this increase should not have been passed onto the customer for product replacement. This caused repeat visits and no one until Santa Clarita/ Valencia performed a more in depth research to trace part of the electrical problem to the mismatch. The subwoofer had even been replaced by Riverside in 06/06 and still that store manager Joe Injian just said to keep coming back, things like this happens.

We certainly would like to come to an acceptable agreement to remedy our complaint. We have attached several documents to support our claim outlined. However, if Circuit City chooses to ignore our complaint, we could consider seeking an alternative remedy which could include but not limited to filing in small claims and with the better business bureau to request the maximum settlement. We certainly would like to avoid the latter alternative.

We look forward to hearing from you after you've had the chance to review and make your determination.

Sincerely,


Charles & Veronica Simmons
2101 San Diego Drive
Corona, CA  92882
(951) 258-3222

EXHIBIT 8

California Circuit City Stores, Inc. Work Order # FD0130CA

 C fire **installation workorder**

**Location Information**
0426-03451452
0426-03538401

California Registration Number E-80444

**Customer Information**
Name: Veronica Simmons
Address: 2101 San Diego Drive
City: Corona  State: CA  Zip Code: 92882
Home Phone: 
Contact Phone: 951-258-3222

**Vehicle Information**
Make: Ford    Model: F150    Year: 2004
License Plate: 5SSTRBA    Odometer: 98284    Color: Silver

Workorder date: ___  IBM # of associate filling out order: ___  Installer's IBM #: 117404

Estimated to be completed by   Date: ___   Time: ___

**Description of work to be performed:**
Front speakers not working, fuses fine

| Estimated parts and services | QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|---|
| An estimate as required by (section 9844 of California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814. | | | | | |
| | | | **Total estimate NOT including taxes** | | |

**Additional notes or comments**
Right front speaker was unplugged

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.
**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature: Veronica Simmons    Date: 10/20/08

# firedog installation workorder

**Customer Information**
Name: Veronica Simmons
Address: 2101 San Diego Dr   City: Corona
State: CA   Zip Code: 92882   Home Phone: 951-736-0690   Contact Phone: 951-258-3222

**Vehicle Information**
Make: Ford   Model: F150   Year: 2004
License Plate: DSSTRBD   Odometer: ___   Color: Silver

Workorder date: ___   Estimated to be completed by   Date: ___   Time: ___
IBM # of associate filling out workorder: ___   IBM # of associate performing work: ___

**Description of work to be performed:**
After passenger front speaker crossover/rattle addressed 1yr w/new rattle returned new rattle tried to address, crossover moved, now non-working speaker + new rattle, discovered speaker missing 3 of 8 screws, not secured properly.

**Estimated parts and services**

| Part Number | Description | QTY | Price | Extend |
|---|---|---|---|---|
| | | | | |

**Additional notes or comments**
Didn't need to replace speakers wires were not crimp down & woofer was not connected or screwed down missing screws; I changed out the wires for new ones and secured woofer with screws working fine now.

In at 12pm out at 5pm

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

Signature of owner or Legal Guardian if customer is under 18 years of age.
Signature: Veronica Simmons   Date: 3/30/08

# firedog installation workorder

**Customer Information**

Name: Veronica Simmons
Address: 2101 San Diego Drive    City: Corona
State: CA    Zip Code: 92882    Home Phone: 951-736-0620    Contact Phone: 951-258-3022

**Vehicle Information**

Make: Ford    Model: F150    Year: 2004
License Plate: ____    Odometer: ____    Color: Silver

Workorder date: ____    Estimated to be completed by Date: ____    Time: ____

IBM # of associate filling out workorder: 334393    IBM # of associate performing work: ____

**Description of work to be performed:**

Passenger front door rattle after installer fixed crossovers.

**Estimated parts and services**

| Part Number | Description | QTY | Price | Extend |
|---|---|---|---|---|
| | | | | |

**Additional notes or comments**

T# _____  INSTALLER: Cory Lents
to fix the problem with the rattleing in the door I moved the crossover from in the door to the kickpanel. Also the speaker was improperly installed because it only had 2 out of 4 screws

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

Signature of owner or Legal Guardian if customer is under 18 years of age.

Signature: Deloreace Simmons    Date: 3/29/08

# circuitCITY firedog installation workorder

**Customer Information**
Name: Veronica Cook
Address: 2101 San Diego    City: Corona
State: CA    Zip Code: 92882    Home Phone: ___    Contact Phone: (951) 258-3222

**Vehicle Information**
Make: Ford    Model: F150    Year: 2004
License Plate: ___    Odometer: ___    Color: Silver

Workorder date: ___    Estimated to be completed by    Date: ___    Time: ___
IBM # of associate filling out workorder: ___    IBM # of associate performing work: ___

**Description of work to be performed:**
checking crossovers in front doors

**Estimated parts and services**

| Part Number | Description | QTY | Price | Extend |
|---|---|---|---|---|
| | Remounted crossovers with zip ties | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional notes or comments**
Ticket # 0426-03451452 / 0426-03538401

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

Signature of owner or Legal Guardian if customer is under 18 years of age.

Signature: Veronica Simmons    Date: 3/16/08

California Circuit City Stores. Inc. Work Order # RS0130CA

 # roadshop installation workorder

**Location Information**
Store 3310
25610 The Old Road
Newhall, CA 91381
(661) 260-3751

CA Reg. #

**Customer Information**
Name: Veronica Simmons
Address: 2101 San Diego Drive
City: Corona   State: CA   Zip Code: 92882
Home Phone: 951-736-0690   Contact Phone: ___

**Vehicle Information**
Make: Ford    Model: F150    Year: 2004
License Plate: DSSTRBD    Odometer: 69,933    Color: Silver

Workorder date ___    IBM # of associate filling out order ___    Installer's IBM # ___

Estimated to be completed by    Date ___    Time ___

**Description of work to be performed:**
Front door speakers sound loose making knocking noise when turning corners, pass front makes crackling noise @ times, window rubs on something too

**Estimated parts and services**

An estimate as required by (section 9844 of California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior written consent of the customer. Where proven in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814.

| QTY | Part Number | Description | Price | Extend |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Total estimate NOT including taxes** ___

**Additional notes or comments**
Cross overs in the doors poorly mounted – fixed with adhesive taps (velcro) – Paul Ellis
Cross over Driver Side fell to the Bottom – Passenger Side Dangling and conflict

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.
**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature: Veronica Simmons    Date: 11/11/07