**EXHIBIT 8a**

2a

——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Tue, Nov 25, 2008 5:57 am**
**Subject: Circuit City Claim**

Good morning Mr. and Mrs. Simmons,
In regard to your claim with Circuit City, at this time, Circuit City has filed for bankruptcy and we
have a court order that we cannot proceed on your claim for the refund of your products.
I due apologize for this. If you want to pursue the refund, then the court will send you
documentation in the mail to proceed. The check for the other damages was released before this
decision was made.
Again, I due apologize for this matter
Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**


——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Mon, Nov 24, 2008 5:53 am**
**Subject: Circuit City Claim**

Good morning Mr. and Mrs. Simmons,
In follow up to my instruction for removal of the equipment. If that was not done then please do
not proceed. Please maintain your audio equipment in your vehicle and I will follow up to discuss
your claim with you at this time.
Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**



——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Mon, Nov 17, 2008 11:52 am**
**Subject: Circuit City Claim for Damages**

Good afternoon Mr. and Mrs. Simmons,
With respect to the final aspect of your claim for the refund of your products. Please be advise that I can only be refund the products that are returned to the store and that I can confirmed the products returned at this time.
I have enclosed a letter indicating that the procedure would be to go the local Circuit City store to have the equipment removed and then have the store manager or road shop manager contact me.
I will follow up with the manager that assisted you to match the products returned with their price on their receipt. Then we will calculate that total and issue you a final check for this loss.
I will be out of the office on Tuesday November 17, 2008 but I will be in for the remainder of this week and next week Wednesday November 26th.
If you want to speak with me directly then please advise me what time frame I should reach you on Wednesday, Thursday, or Friday of this week.
Thank you,
<<productrefund.pdf>>

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Mon, Nov 17, 2008 11:40 am**
**Subject: Circuit City Claim for Damages**

Good afternoon Mr. and Mrs. Simmons,
Here is the status of your settlement for your claim.
1. You were refunded for your installations and warranties at $1,338.61
2. You were issued a refund for Ford Dealership at $830.20
3. You were reimburse for mileage at $319.20
4. You were allowed $100 for mental anguished
**The total first payment issued was $2,588.01. This payment will be mailed on November 18, 2008 and will take 7 days to reach your attention.**

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Mon, Nov 17, 2008 11:46 am**
**Subject: Circuit City Claim for Damages**

Good afternoon Mr. and Mrs. Simmons,
With regard to the supplement claim for replacement carpet. In reviewing your claim, once the equipment is removed I do not feel this would create a need for replacement of the carpet itself. However, we considered your claim and will pay for the replacement at a depreciated rate. The depreciated rate is 10% for each year. You have a 2004 Ford Truck. The maximum amount of depreciation is 40%. However, you started installing with Circuit City in 2005 therefore I allocated 30% depreciation to the cost of the carpet price.

Here is the breakdown:
**Total Part with tax is $516.08**
**Total Labor —–$524.15**
**I am deducting 30% depreciation since the install occurred in 2005**
**30% depreciation yield for part—$361.26**
**Labor–$524.18**
**Total reimbursable amount is $885.41**
Your payment will be issued on November 18, 2008 and will take 7 days to reach your attention.
Thank you,
**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**


——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: Pebbisz <Pebbisz@aol.com>**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Fri, Nov 14, 2008 9:37 am**
**Subject: RE: Evaluation of Circuit City Claim**

Good morning Mr. and Mrs. Simmons,

I will be contacting you on Monday Nov 17, 2008 to finalize the claim.

Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**


**From: Pebbisz [mailto:Pebbisz@aol.com]**
**Sent: Wednesday, November 12, 2008 6:45 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Cc: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Evaluation of Circuit City Claim**

Good Afternoon,

Please provide status as we would like to finalize this claim.

Sincerely,
Mr. and Mrs. Simmons

Sent from my iPhone
Veronica Simmons

——Original Message——
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Mon, Nov 10, 2008 10:46 am
Subject: RE: Evaluation of Circuit City Claim

Good morning Mr. and Mrs. Simmons,

Recorded your email and supports. I will review this accordingly and touch base as promptly as possible.

Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

From: pebblsz@aol.com [mailto:pebblsz@aol.com]
Sent: Friday, November 07, 2008 12:56 AM
To: Kuthiala, Rishi (CLAIM, Claims)
Subject: Re: Evaluation of Circuit City Claim

Good Evening Mr. Kuthiala,

We apologize for the delay in our response as our work schedules have been hectic.  Please see the attached response and documents.  Please contact us if you have any questions.

Sincerely,

Charles and Veronica Simmons

——Original Message——
From: pebblsz@aol.com
To: Rishi.Kuthiala@srsconnect.com
Sent: Thu, Nov 6, 2008 9:55 pm
Subject: Re: Evaluation of Circuit City Claim

Good Evening Mr. Kuthiala,

We apologize for the delay in our response as our work schedules have been hectic.  Please see the attached response and documents.  Please contact us if you have any questions.

Sincerely,

Charles and Veronica Simmons


——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: pebbisz@aol.com**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Mon, 27 Oct 2008 6:39 am**
**Subject: RE: Evaluation of Circuit City Claim**


Good morning Mr. and Mrs. Simmons,
Thank you for your patience in this matter, at this time I would like to break down your settlement on your claim with regard to the damages presented.
1. Refund of installation services and warranties purchase
**The total amount is $1120.12 (enclose is the calculation and warranty/install information in photo format)**
2. Refund of installation work done by Ford Dealership for **$830.20**
3. Refund of products purchase
**For me to issue a refund on the products purchase, your equipment must be removed and documented at the store.**
**I will then match the unit with its price to issue a refund for the product accordingly. You cannot keep the products and be refunded the unit price. The products must be returned and I have to have confirmation from the store that they were indeed return.**
4. Mileage reimbursement
**At this time we would like to reimburse you $319.20 for your mileage from Circuit City Stores and dealership per your letter**
5. Mental Anguish
**With respect to your time, inconvenience, and mental anguish, I can offer a $100.00 charge to your attention for this matter.**
**<<warrantyinstall.TIF>>**
Please advise,
Thank you,
**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

----Original Message----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: Pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Fri, 24 Oct 2008 1:07 pm
Subject: Circuit City

Mr. and Mrs. Simmons,

We have reviewed the damages and will present you everything by Monday
October 27, 2008. This will be the full evaluation except the products
that are in your vehicle.

I will send you the calculations with respect to the refund of the
warranty and installation services. Therefore you can the see the
values
derived.


Thank you,


Rishi Kuthiala
Account Representative
SRS-Marlton, NJ
Phone: 1-800-630-0746 ext 54502
Direct: 1-856-355-4502
Fax: 1-860-392-6531
Email: rishi.kuthiala@srsconnect.com


To: Rishi.Kuthiala@srsconnect.com
Subject: Re: Circuit City Claim YLB 52659 LP
Date: Wed, 22 Oct 2008 19:08:30 -0400
In-Reply-To:
From: pebblsz@aol.com

Good Afternoon Mr. Kuthiala,

My husband and I are still pending a response from you in regards to
the questions below.  I believe it required you to speak with your
supervisor for final approval.  We believe we have provided ample time
for a response to our questions below.  Please respond so we may move
this along to a final resolution.  Please see below.


1. With in regard to the Refund of installation services and warranties
purchased, your calculations total amount is $1120.12.
    a.  We calculated that the total amount is $1338.61 (this is
inclusive of all the bold items highlighted in the
receipt you provided). Please outline your calculations so we may
understand why there is a difference between our calculations.
    b.  Question; by refunding the warranties purchased is it Circuit
City's intention to void our warranties if the product is kept?
2. With in regard to the Refund of installation work done by Ford
Dealership for $830.20

a.  No questions here, we are satisfied with your break down here.

3. With in regard to the refund of all products purchased.

    a.  In order to evaluate this option, the full original claim #1, #2, #4 and #5 must=2 0be determined and finalized.

4. With in regard to the Mileage reimbursement pending approval from your supervisor before you can present an offer to us for reimbursement.

    a.  In Order to evaluate the full settlement, we require the final determination from your supervisor with in regard to this part of the claim.

5. With in regard to our Mental Anguish the offer a gift card for inconvenience as compensation with Circuit City.

    a.  In order to evaluate the full settlement, we requre the final determination of what the value of a gift card will be offered.

Sincerely,

Mr. and Mrs. Charles Simmons

**——Original Message——**
**From: pebblsz@aol.com**
**To: Rishi.Kuthiala@srsconnect.com**
**Sent: Mon, Oct 13, 2008 10:15 am**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Morning,

I am in California and around 1:00pm Pacific Time is best.  Please be aware that in our conversation, I am unable to commit to any agreement without speaking with my husband.  He is not able to join us in the call as he is on the road and very difficult to conference him in the call.

Additionally, we would appreciate a determination regarding the breakdowns for the mileage reimbursement and mental anguish.

I look forward to speaking with you.

Sincerely,

Mr. and Mrs. Simmons

-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Fri, 10 Oct 2008 8:56 am
Subject: RE: Circuit City Claim YLB 52659 LP

Good morning,

I would like to discuss this matter further if its appropriate on
Monday October 13, 2008. Are you available Monday October 13, 2008 and
if so what time would be best?

Please advise, thank you much,

Rishi Kuthiala
Account Representative
SRS-Marlton, NJ
Phone: 1-800-630-0746 ext 54502
Direct: 1-856-355-4502
Fax: 1-860-392-6531
Email: rishi.kuthiala@srsconnect.com


**From: pebblsz@aol.com [mailto:pebblsz@aol.com]**
**Sent: Friday, October 10, 2008 11:54 AM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**


Good Morning Mr. Kuthiala,

Thank you for contacting us timely.  My husband and I have reviewed
the pending settlement.  Before, we will agree or commit to any
settlement, we have a few questions and feel that the full settlement
should be outlined, not left unknown.


1. With in regard to the Refund of installation services and warranties
purchased, your calculations total amount is $1120.12.
  a.  We calculated that the total amount is $1338.61 (this is inclusive
of all the bold items highlighted in the receipt you provided).Â Please
outline your calculations so we may understand why there is a
difference between our calculations.
    b.  Question; by refunding the warranties purchased is it Circuit
City's intention to void our warranties if the product is kept?


2. With in regard to the Refund of installation work done by Ford
Dealership for $830.20

   a.  No questions here, we are satisfied with your break down here.

3. With in regard to the refund of all products purchased.

   a.  In order to evaluate this option, the full original claim #1, #2,
#4 and #5 must determined and finalized.

4. With in regard to the Mileage reimbursement

pending approval from your supervisor before you can present an offer to us for reimbursement.

   a.   In Order to evaluate the full settlement, we require the final determination from your supervisor with in regard to this part of the claim.

5. With in regard to our Mental Anguish the offer a gift card for inconvenience as compensation with Circuit City.

   a.   In order to evaluate the full settlement, we require the final determination of what the value of a gift card will be offered.

We would also like to share our concern that upon receipt of your email with the receipt pulled, it is quite apparent that Circuit City had the capabilities to provide detailed information of our large purchases.   I was quite disturbed that I had to produce register receipts that were quite old and faded, then to resort to credit card statements when Circuit City had them in their system.   The same pull sheet provided to you is part of what I provided initially that also came from Circuit City.

We would like to resolve this outstanding claim as soon as Possible. We look forward to hearing from you.

Sincerely,

Charles and Veronica Simmons


-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Wed, 8 Oct 2008 11:01 am
Subject: Evaluation of Circuit City Claim


Good afternoon Mr. and Mrs. Simmons,

Thank you for your patience in this matter, at this time I would like to break down your settlement on your claim with regard to the damages presented.

1. Refund of installation services and warranties purchase
The total amount is $1120.12 (enclose is the receipt pull)

2. Refund of installation work done by Ford Dealership for $830.20

3. Refund of products purchase-For me to issue a refund on the products purchase, your equipment must be removed and documented at the store. I will then match the unit with its price to issue a refund for the product accordingly.

4. Mileage reimbursement-I am awaiting approval of this from my

supervisor before I can present an offer to you for reimbursement

5. Mental Anguish--With respect to the mental anguish, I can offer a gift card for inconvenience. I cannot extend any monetary value for your anguish. I can offer you a gift card for compensation with Circuit City.
Based on the damages presented we would like to resolve this outstanding issue at this time. If you agree to the first 2 portions then I can process a payment to your attention.

With respect to the products refunded, then I will have to give further instruction in that matter. I will review the mileage reimbursement and I will await your response on the gift card as compensation.

Please advise,

Thank you,

<<receiptsimmons.tif>>

Rishi Kuthiala
Account Representative
SRS-Marlton, NJ
Phone: 1-800-630-0746 ext 54502
Direct: 1-856-355-4502
Fax: 1-860-392-6531
Email: rishi.kuthiala@srsconnect.com


-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Thu, Oct 2, 2008 6:15 am
Subject: RE: Circuit City Claim YLB 52659 LP

Good morning Ms. Simmons,

Thank you for the email with your damages, we will review at this time, I due apologize that if I do not get the opportunity to discuss this with you tomorrow. Then it will be no later than Wednesday October 8.

I appreciate your patience as this matter won't be prolonged further.

Thank you much,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

**From: pebblsz@aol.com [mailto:pebblsz@aol.com]**
**Sent: Monday, September 29, 2008 3:34 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Hello Mr. Kuthiala,

Yes, some of these receipts were in the package but very difficult to read as they have faded over the years. However, I was able to pull copies of the 2005 purchases of $2200 and $987.93 as they were made on my Chase Circuit City Credit Card and attach them here. The 2005 purchase of the IPOD adapter for $129.29 unfortunately, I am not able to locate it as it was made separately that day with my Discover or Disney Card along with the desktop computer purchase. The 2006 failed AC/DC adapter installation receipts were located and are attached here as well.

All other receipts regarding the initial damage which were the additional equipment and warranties in 2007 along with damage receipts were included in the package. At this time, I believe you should have all the documents of cost and damage.

We look forward to hearing from you this week.

Sincerely,

*Charles and Veronica Simmons*

-----Original Message-----
**From: pebblsz@aol.com**
**To: Rishi.Kuthiala@srsconnect.com**
**Sent: Mon, Sep 29, 2008 12:33 pm**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Hello Mr. Kuthiala,

Yes, *some of these receipts were in the package but very difficult to read as they have faded over* the years. However, I was able to pull copies of the 2005 purchases of $2200 and $987.93 as they were made on my Chase Circuit City Credit Card and attach them here. The 2005 purchase of the IPOD adapter for $129.29 unfortunately, I am not able to locate it as it was made separately that day with my Discover or Disney Card along with the desktop computer purchase. The 2006 failed AC/DC adapter installation receipts were located and are attached here as well.

All other receipts regarding the initial damage which were the additional equipment and warranties in 2007 along with damage receipts were included in the package. At this time, I believe you should have all the documents of cost and damage.

We look forward to hearing from you this week.

Sincerely,

Charles and Veronica Simmons

———Original Message———
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: pebbisz@aol.com**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Tue, 23 Sep 2008 2:03 pm**
**Subject: RE: Circuit City Claim YLB 52659 LP**

Mr. and Mrs. Simmons,

I am reviewing your claim with my supervisor to resolve this issue. We will have an evaluation for
you no later than next week. I do apologize for the delay.

In regard to your damages do you have any documentation on the following?

**Total Initial Purchases;  $3,410.94**

a.  $2,200.00, Ticket 042603451452 for Stereo, speakers, amplifier, wiring, installation, etc.
b.  $129.29, Ticket # unable to locate for IPOD adapter for Stereo, purchase same day different
ticket.
c.  $987.93, Ticket 042603538401 for Subwoofers, amplifier, wiring and installation
c.  $93.72, Ticket 642603590426 for rewiring during AC/DC failed installation
If it is in the packet that was already submitted then I will research to make sure that I have it. If
not, then please send this to me either via fax or email.

Thank you much,
**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

**From: pebbisz@aol.com [mailto:pebbisz@aol.com]**
**Sent: Monday, September 22, 2008 11:01 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

**Good Evening Mr. Kuthiala,**

We spoke several weeks ago.  You indicated you would be send us an email as you complied the
amounts calculated towards a settlement to resolve this claim.  To date, we have not received
any correspondence from you by email or formal letter.  We would greatly appreciate for you to
provide the status of our claim.

Sincerely,

Mr and Mrs Simmons

——Original Message——
From: pebblsz@aol.com
To: Rishi.Kuthiala@srsconnect.com
Sent: Thu, Aug 14, 2008 1:21 pm
Subject: Re: Circuit City Claim YLB 52659 LP

*Good Afternoon Mr. Kuthiala,*

My husband and I patiently await your response to provide us status of our claim. We would greatly appreciate to hear from you.

Sincerely,

Mr. and Mrs. Simmons

——Original Message——
From: pebblsz@aol.com
To: Rishi.Kuthiala@srsconnect.com
Sent: Mon, 11 Aug 2008 12:45 pm
Subject: Re: Circuit City Claim YLB 52659 LP

Good Afternoon Mr. Kuthiala,

We emailed you last week in hopes you could provide an update to our claim status. We would greatly appreciate to hear from you. Have a good day.

Sincerely,

Mr. and Mrs. Simmons

——Original Message——
From: pebblsz@aol.com
To: Rishi.Kuthiala@srsconnect.com
Sent: Mon, 4 Aug 2008 11:52 am
Subject: Re: Circuit City Claim YLB 52659 LP

Good Morning Mr. Kuthiala,

We hope you are doing well. My husband and I are in hopes your company may have determined a final resolution to our claim. Please provide us the status of our claim. We look forward to hearing from you.

Sincerely,

Charles and Veronica Simmons

——Original Message——
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Wed, 23 Jul 2008 6:04 am
Subject: RE: Circuit City Claim YLB 52659 LP

Good morning,

Thank you for your final updated list, I will review at this time and will contact you to discuss further in regard your claim.

I appreciate your patience in this matter.

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

**From: pebblsz@aol.com [mailto:pebblsz@aol.com]**
**Sent: Monday, July 21, 2008 5:46 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Afternoon Mr. Kuthiala,

We apologize for the delay in responding. We believe our initial damages were listed in detail in our complaint letter but have summarized it below along with a final preferable setteelement request that my husband and I would prefer to end our ongoing relationship with Circuit City.

**Initial Damages; $2,527.49** consists of;
a.  Monies incurred to purchase new warranties of reinstalled products and matched properly; $817.85
b.  Reimbursement for damage to vehicle and labor from Ford Dealer; $830.20
c.  Reimbursement for fiance charge from 01/01/07 to 05/01/07 that was not reversed; $30.00
d.  Reimbursement for mileage to multiple travels to both stores and dealership; $319.20
e.  Reimbursement for mileage to 3 more trips to the Riverside store this year; $30.24
f.  Mental Anguish; $500.00

However, my husband and I both would prefer to end our relationship with Circuit City without having to return if more issues arise from their poor installation as they did a few months ago. We considered additionally requesting to return the products and asking for a full refund of all monies additional to the damages listed above except; years later the product is either discontinued with newer product being more expensive for us to replace. Which essentially, leads us out of more out=2 0of pocket expense.

We request as a preferable settelemtn in addition to the damages we seek above for Circuit City to reimburse us the full cost of all monies spent prior to the damages above for the initial products and warranties; $3,410.94, cancel warranties and for us to keep the product in which we will have another specialist revap, ending our relationship with Circuit City, not to return to their stores regarding such issues. *Tot al of the two, we would seek would be $5,938.43* which does not included the fianance charges paid over a period of time on one of the credit card accounts for the initial purchase.

**Total Initial Purchases; $3,410.94**

a.  $2,200.00, Ticket 042603451452 for Stereo, speakers, amplifier, wiring, installation, etc.
b.  $129.29, Ticket # unable to locate for IPOD adapter for Stereo, purchase same day different

ticket.
c. $987.93, Ticket 042603538401 for Subwoofers, amplifier, wiring and installation
c. $93.72, Ticket 642603590426 for rewiring during AC/DC failed installation

We look forward to a final resolution and your response. Thank you for your patience.

Mr. and Mrs. Charles Simmons


—Original Message—
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: pebbisz@aol.com**
**Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**Sent: Wed, 2 Jul 2008 4:22 am**
**Subject: RE: Circuit City Claim YLB=2 052659 LP**

Good morning Mr. and Mrs. Simmons,

Please let me contact you today to discuss your claim at this time.

Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**


**From: pebbisz@aol.com [mailto:pebbisz@aol.com]**
**Sent: Tuesday, July 01, 2008 1:25 AM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Evening Mr. Kuthiala,

I am in hopes you have a final determination of this matter before you and your company. Please provide me the status of our claim.

Sincerely,

Charles and Veronica Simmons


—Original Message—
**From: pebbisz@aol.com**
**To: Rishi.Kuthiala@srsconnect.com**
**Sent: Mon, Jun 30, 2008 10:25 pm**
**Subject: Re: Circuit City Claim YLB 52659 LP**

*Good Evening Mr. Kuthiala,*

I am in hopes you have a final determination of this matter before you and your company.  Please provide me the status of our claim.

Sincerely,

Charles and Veronica Simmons


-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Mon, 16 Jun 2008 12:58 pm
Subject: RE: Circuit City Claim YLB 52659 LP

Ms. Simmons,

I can have a response for you by the end of the month with respect to your claim and see what the next steps would be. I will try to have this handled as promptly as possible. I know you have been waiting a long time in this regard to your claim.

Thank you very much for your patience. I will provide you an update by the end=2 0of the week.

thank you

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**



**From: pebblsz@aol.com [mailto:pebblsz@a ol.com]**
**Sent: Monday, June 16, 2008 3:56 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Afternoon Mr. Kuthiala,

I am in hopes you could provide an updated status of my claim.  It is mid June and I recall that you were in hopes you would have=2 0a resolution in June 2008 but did not indicate necessarily when during the month this was expected.

*I would like to be completely honest with you.  If my husband and I could have filed a claim to request all monies spent and any damages well could have been in the execess amount of $5800.00 which includes the 2nd set of warranties, have the warranties voided but keep the product and move on not to return to Circuit City, we would have done so.  We honestly avoid to shop or have any contact with the stores.*

We would really like to have this resolved as soon as possible so we may move on and feel that this company has taken our complaint and concerns seriously.

I look forward to hearing from you.

Sincerely,

Veronica Simmons


-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebblsz@aol.com
Cc: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
Sent: Fri, 16 May 2008 2:25 pm
Su bject: RE: Circuit City Claim YLB 52659 LP

Ms. Simmons,

Thank you for the information provided. My tentative goal is to have a resolution no later than June 2008. I will review these documents in addition to what you have provided to me at this time.

thank you much,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsc onnect.com**


**From: pebblsz@aol.com [mailto:pebblsz@aol.com]**
**Sent: Tuesday, May 13, 2008 8:25 PM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Su bject: Re: Circuit City Claim YLB 52659 LP**

Good Afternoon Mr. Kuthiala,

I hope you are doing well. I thought that I might inquire the status of the review. I sent via mail on April 6th, 2008 a full copy of the all the documents initially submitted to Circuit City Riverside Store Director (Heath) and the Corporate Office. Please let me know if you've received them. Additionally, I have attached more documents that were located as I continue to perge my files. I was very ill in 2006 into 2007, so many items were misplaced and as time moves on, I am able to resort these.

As you can see, initially between the two purchases in 2005 of equipment installed in my vehicle, I spent $3,300.00. As you can see in my complaint, I spent additional monies to purchase more warranties, damages, costs incurred, etc. which leads to the claim of $2,500.00, this is a whopping $5,800.00 and many years of grief that as you can see last month, seems to be no

end.

I would greatly appreciate an update to the status of the review and in hopes=2 0of an amicable resolution.

Sincerely,

Veronica Simmons

-----Original Message-----
From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>
To: pebbisz@aol.com
Sent: Mon, 7 Apr 2008 5:08 am
Subject: RE: Circuit City Claim YLB 52659 LP

Ms. Simmons,

*Recorded your damages and will review. There is a great deal of information provided here.*

thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

From: pebbisz@aol.com [mailto:pebbisz@aol.com]
Sent: Sunday, April 06, 2008 3:55 PM
To: Dave_Eriksen@circuitcity.com
Cc: Kuthiala, Rishi (CLAIM, Claims)
Subject: Re: Circuit City Claim YLB 52659 LP

*Good Morning Mr. Eriksen,*

I thought that you may appreciate an update to our telephone conversation and my recent experience in your Riverside store. A few days after my conversation with you, Lemar contacted me. It was indicated the claim was filed but he did not have the claim number or carrier information readily available. As for the prorate of the initial warranties, this was to take place upon my revisit to the store to address the new rattle in the door caused by the installer. A few moments later Lemar was to call me back with the information after speaking with John. I had to call them to get the information.

I returned to the store at 11:30am on 03/29/08. Lemar was not scheduled, but your Store Manager Lu was very quick to commit upon John's arrival at 1:00pm, he would address the pro ration. My family and I waited while the installer worked on the door as it seemed to be an easy fix. The installer moved the crossover and had difficulty aligning the door panel and speaker panel. Once the job was completed at approx. 1:30pm, we found that upon closing the door, a new rattle had developed. The installer came over and removed the speaker cover to look at the problem. One screw was missing and one was not secured properly as well as two were missing

on the speaker to the panel which he said wasn't there in the first place.  He started to mention to *my husband "wasn't this installation done in Valencia?"*  My husband was quick to indicate that it didn't matter, as the last fix of the crossovers was here 2 weeks ago and this is what needs to be addressed now by this store.  I indicated that we had other appointments, I am unable to remain here that we will just have to come back.  Frustrated and determined to take the problem directly *to Lu, I drove to the front of the store.  It just so happens John was calling to inform me of the pro* ration was taken care of but Lu was on lunch.  I asked John to come out to the front of the store to view the job of his installer and to show him exactly what continues to happen.

*I must admit, I was very harsh and very adamant that this is ridiculous after spending two hours* here and I have other engagements.  You have only two installers and the end results speak for themselves.  Now the vibration may have been inadvertent from the first installer but the second visit was clearly an inexperienced installer and incomplete job as he had cars lining up while we were waiting.  *John offered to call another store to get a better installer.  Personally, this just* inflamed the situation as now your supervisor is basically implying his installers are incompetent and to shrug the problem off on another store.  I left the store frustrated and asked that Lu call me when he returns.  Upon entering the freeway, my husband turned on the radio to find that the speaker in the same door now did not work.  *I placed a call to John and informed him we didn't* even think to be sure before we left the speaker worked as it worked before we arrived.  I asked him to be sure Lu returns my call as soon as he returns.  Hours later, I received no call from Lu. I placed a call to Lu.  What Lu informed me is that John let him know that I left the store before the job was completed.  Another inaccuracy.  The installer was done and turned the vehicle over to us, I had other engagements and suffered another ill poor installation job.  Lu and I agreed, my prior issues remain in my complaint through corporate (you) and the insurance claim but we needed to address this situation.  Lu committed to have Lemar the next day personally see through that problem to be resolved.

I returned to the store at 12:00pm on 03/30/08 with the intent this should be a quick fix and just walk around for an hour to kill time.  The first installer from 03//16/08 was there.  He had no idea I was scheduled to come in.  We explained the initial problem upon his reinstallation of the crossovers and what had happened the day prior.  He called for Lemar to inform him of our arrival but that he would work on the vehicle as Lemar was not familiar with such installations.  To make a long story short, the installer was unable to figure what the previous one had done and ultimately decided the speaker was blown out by the disconnection.  This was hours later.  Lemar was called who then had to speak with John in regards to replacement of equal value.  I made it clear that it doesn't matter by cost but same quality as the installer caused the malfunction and I as the customer should not suffer.  Lemar recorrected his statement and of course agreed same specs of quality should be installed.  He returned and offered equal speakers (kicker) but not of the same manufacturer (original was Polk) as the Polk only came larger which did not fit within the area.  I asked what if I was unhappy of the quality of sound as makers can make a difference?  Lemar's response was "honestly, he felt I wouldn't be happy and would be back anyways".  I became very upset as this is an insult to any customer.  I expressed very firmly with Lemar that "I am a manager in healthcare and work with customer service reps and you should never say anything to a customer that implies that they just want to keep coming back and all they do is complain"  I asked him "do you really think I want to be here at your store as often as I have over the last 2-3 years?"  "I would rather have you remove all the equipment, return all monies spent for product/warranties well over $3800.00 and damage/wear on my vehicle which is another well over $1000.00 and never ever to return to any Circuit City Store".  "I've tried saying this over and over but everyone keeps saying to come back because of the warranties."  "I am tied to Circuit City under warranties until 02/25/2011."  "All I asked is what or how will you resolve this if there is a quality issue?  "I have a right to ask this because you are replacing this with another maker and this can make a difference?"  "You should be able to say that either you will do a search for the discontinued item and leave something in there for now as I as a customer should not endure no sound due to your installers incompetence and damage or offer the larger Polk but I as the customer need to pay for any upgrade or you share the upgrade as your installer caused the malfunction and returned visit."  Ultimately, we agreed to replace with Kicker and

return to the store in an hour or so.  When my family and I returned to the store, we found that no item needed to be replaced as the installer found the disconnect in the wires and was able to hook up everything properly and secure the speaker and door panel correctly.  We left the store at 5pm, this is 5 hours later upon our arrival to the store hoping there will be no ill effects.

Mr. Eriksen, I don't know what to say anymore other than you should be aware of the problems *and see how this nightmare has continued. Granted, the system itself has been working properly* since the Valencia store replaced and re-wired everything on 02/25/07, other than the repeat of crossover problems in November of 2007 and March 2008.  We are in hopes, that the secured zip tied crossovers will alleviate the problem and the rewiring of the passenger front door will not pose issues down the road.  But the point here is this should not continue and there has to be an end to its means.  I am "cc" the claim adjuster so he is aware of continued problems.  I am competent that by receipt of this email you will find my complaint is more than valid and I'm not just some loony customer that wants something free.  You still have issues in this store.  Your staff is not trained properly to deal with situations; Lemar in charge of installation but he cannot do the job himself or speak to a customer properly, how is he to hold any of his installers to any standards or expectations?  John, a supervisor who just wants to pawn a customer off to another store reflecting no faith in his employees and an easy resolution to get rid of the complaining customer.  Cory, the second installer had so many other jobs coming back in my three visits and this kid has a certification?  However, Lu, the new store manager, I am impressed with and seems to be a better fit.  The other installer, Cisco, a better fit who seems knowledgeable but just an inadvertent mistake that the screws were secured properly and when the door shut the first time jarred them loose and this is why it did not vibrate until the door was shut the second time upon arriving home.  However, the two days we saw Cisco(03/16 & 03/30), he seemed to be *repairing problems from the other installer.*

Sincerely,

Veronica Simmons

P.S.  Mr. Kuthiala, I am sending you a complete package of what was provided to Heath, the Store Manager prior to filing with the corporate office which is the same sent to them via certified mail.

——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: pebblsz@aol.com**
**Sent: Wed, 26 Mar 2008 5:40 am**
**Subject: RE: Circuit City Claim YLB 52659 LP**

Ms. Simmons,

Good morning, recorded your email. If I need any further information I'll be sure to respond to you promptly.

thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**
**Fax: 1-860-392-6531**
**Email: rishi.kuthiala@srsconnect.com**

**From: pebblsz@aol.com [mailto:pebblsz@aol.com]**
**Sent: Monday, March 24, 2008 1:03 AM**
**To: Kuthiala, Rishi (CLAIM, Claims)**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Evenng Rishi,

Please see below your email, I included additional correspondence with the Regional Director once my complaint from the corporate office was forwarded to the new Riverside Store Director who also seem to ignore the situation. I've attached a copy of the Letter of Complaint along with only a few of the important documents supporting my complaint. If you should require a complete copy of documents originally sent to the corporate office, please feel free to contact me.

Sincerely,

Veronica Simmons


——Original Message——
**From: pebblsz@aol.com**
**To: Rishi.Kuthiala@srsconnect.com**
**Sent: Sun, Mar 23, 2008 10:02 pm**
**Subject: Re: Circuit City Claim YLB 52659 LP**

Good Evenng Rishi,

Please see below your email, I included additional correspondence with the Regional Director once my complaint from the corporate office was forwarded to the new Riverside Store Director who also seem to ignore the situation. I've attached a copy of the Letter of Complaint along with only a few of the important documents supporting my complaint. If you should require a complete copy of documents originally sent to the corporate office, please feel free to contact me.

Sincerely,

Veronica Simmons


——Original Message——
**From: Kuthiala, Rishi (CLAIM, Claims) <Rishi.Kuthiala@srsconnect.com>**
**To: pebblsz@aol.com**
**Sent: Wed, 19 Mar 2008 1:39 pm**
**Subject: Circuit City Claim YLB 52659 LP**

Ms. Simmons,
This is in reference to your claim with Circuit City. Please forward any information with regard to this incident.
Thank you,

**Rishi Kuthiala**
**Account Representative**
**SRS-Marlton, NJ**
**Phone: 1-800-630-0746 ext 54502**
**Direct: 1-856-355-4502**

**Fax: 1-860-392-6531**
**Email: rishi.kuthlala@srsconnect.com**


-----Original Message-----
From: pebblsz@aol.com
To: Dave_Eriksen@circuitcity.com
Sent: Thu, 13 Mar 2008 10:30 am
Subject: Fwd: Claim IM678557

Hello Mr. Eriksen,

I've been in contact with Cynthia and Lemar in your Riverside store.  I've made arrangements to bring my vehicle in Sunday at 1:30pm as I am experiencing once again issues with the crossovers mounted in the doors of the truck.

In speaking with Cynthia, she and Lemar are the only ones that would be able to file the insurance claim and neither one are in Sunday.  Per Cynthia, she recommends that I am to call Lemar today and provide him information over the phone to file the claim for the damages and any associated costs.  Cynthia will be on vacation and not in the office.

In regards to our previous conversation regarding the refund of unused warranties, Cynthia indicated if you would contact Rudy at the store, he will be there until 4pm Sunday and he should be able to take care of this.

Hopefully, once these items are finalized and depending the outcome, we may be able to come to some amicable resolution of our complaint and avoid any further action.

If you have any questions, please feel free to contact me on my cell (951) 258-3222.

Sincerely,

Veronica Simmons


-----Original Message-----
From: Veronica Simmons <vsimmons@crescenthh.com>
To: Dave_Eriksen@circuitcity.com
Cc: pebblsz@aol.com
Sent: Mon, 12 Nov 2007 3:58 pm
Subject: Claim IM678557

Good Afternoon Mr. Eriksen,

I apologize for the delay as I inadvertently left your email address at work, therefore unable to send you a copy of this letter over the weekend.

In regards to my visit to the Valencia store this weekend.  You should be aware of a few items.  My vehicle once more was in their shop, this time for crossovers in both front doors had been Velcro and dislodged moving freely around in the doors.  One in which was conflicting with my electric window causing it to rub, acting as if it was off track or having motor problems.  The technician applied a different adhesive to secure the crossovers and remarked that they were poorly secured.  Also, I provided JayJay with the information to start the claim.  He committed to calling my husband and me with the

claim number later on Sunday once his staff processed the claim with Circuit City's insurance carrier. As of late today, we have not heard from JayJay at the Valencia store with this information. We have asked JayJay to pass on a copy of this letter to his District Manager (Genero Zendas?) as we believe both District Managers should be aware as with our complaint involves both stores.

Additionally, I provided below additional dates of contact with Circuit City's corporate office in regards to our concern and dissatisfaction. This information was provided to us upon our follow up to our formal compliant. Apparently, the calls are logged by the telephone number provided by us upon our call, so it varies depending on whether we called identifying us by our home or cell.

| Date | Telephone Number | Number |
|------|-----------------|--------|
| 04/10/06 | 951-736-0690 | Home |
| 04/26/06 | 951-736-0690 | Home |
| 05/15/06 | 951-736-0690 | Home |
| 09/22/06 | 951-314-4993 | Mr. Simmon's Cell |
| 02/23/07 | 951-314-4993 | Mr. Simmon's Cell |
| 08/10/07 | 951-258-3222 | My Cell |
| 08/27/07 | 951-258-3222 | My Cell |
| 09/07/07 | 951-258 -3222 | My Cell |

I look forward to hearing from you. Please do not hesitate to contact me if you have any questions.

Thank you,
Veronica Simmons
Contracts Manager
Crescent Healthcare, Inc.
(800) 722-8085 Extension 6330
Direct (714) 520-6330
Fax (714) 808-9328
Cell (951) 258-3222
Email: vsimmons@crescenthh.com

-----Original Message-----
**From:** Veronica Simmons
**Sent:** Thursday, August 30, 2007 8:10 AM
**To:** 'Jon P. Clemons'
**Subject:** RE: Circuit City Class Action Settlement

Good Morning Mr. Clemons,

Thank you for responding. I apologize; I tend to forget that our program for Microsoft is the new 2007 and is not recognized by other programs. I've attached the letter as a PDF as suggested. My husband and I hope that this may assist in the settlement. We just felt compelled to send it as we would not want anyone else to experience what we did. Again, Thank you for taking interest.

Thank you,
Veronica Simmons
Contracts Manager
Crescent Healthcare, Inc.

(800) 722-8085 Extension 6330
Direct (714) 520-6330
Fax (714) 808-9328
Cell (951) 258-3222
Email: vsimmons@crescenthh.com

-----Original Message-----
**From:** Jon P. Clemons [mailto:JClemons@statmanharris.com]
**Sent:** Wednesday, August 29, 2007 6:38 PM
**To:** Veronica Simmons
**Subject:** RE: Circuit City Class Action Settlement

Veronica,

Thanks for contacting us.  I would like to take a look at your letter but for some reason our email
program is not recognizing the attachment.  If you care to resend it, I would like to read it.
Perhaps scanning it and sending it as a PDF would work, if you have access to a scanner.
Thanks again, and I'd be happy to answer any questions you might have regarding the
settlement.

Yours truly,

Jon Clemons
-----Original Message-----
**From:** Veronica Simmons [mailto:vsimmons@crescenthh.com]
**Posted At:** Wednesday, August 29, 2007 6:34 PM
**Posted To:** Class Action
**Conversation:** Circuit City Class Action Settlement
**Subject:** Circuit City Class Action Settlement
Good Afternoon,

My husband and I just received a Notice of Proposed Class Action Settlement in regards
to Stacey and Susan Schacter v. Circuit City Stores, Inc.  We thought you may be
interested in a copy of my letter of complaint filing a formal grievance with Circuit City
Stores regarding not only the re-purchasing protection plans but in how they handled the
improper installation which lead to the re-purchasing and incurred costs with no
resolution.

Have a great day.

Thank you,
Veronica Simmons
Contracts Manager
Crescent Healthcare, Inc.
(800) 722-8085 Extension 6330
Direct (714) 520-6330
Fax (714) 808-9328
Cell (951) 258-3222
Email: vsimmons@crescenthh.com

*A State Court authorized this Notice. This is not a solicitation from a lawyer.*

**HAMILTON COUNTY**
COURT OF COMMON PLEAS
*Stacey and Susan Schacter v. Circuit City Stores, Inc.*
Case No. A0703712

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT, FAIRNESS HEARING, AND RIGHT TO APPEAR

This is a proposed settlement with Circuit City Stores, Inc. This notice summarizes your rights. More information is available in a detailed notice available at the website, www.serviceplanlitigation.com or by calling 1-800-787-0750.

## What Is The Case About?

The lawsuit claims that Circuit City customers who purchased Circuit City Advantage® Protection Plans for Home and Car Electronics ("ESP") or Small/Portable Electronics ("RPP")(collectively, "Protection Plans") were entitled to and did not receive the value of the time left on their Protection Plans when Circuit City fulfilled their plans through replacement of the covered product, or issuance of a two-party check or gift card to the customer, *prior to the Protection Plan's expiration date.*

## Why Did I Get This Notice Package?

You may have purchased from Circuit City an ESP or RPP during the relevant class period. Also, you may have requested this information in response to a newspaper advertisement.

The Court sent you this Notice because you have a right to know about a proposed Settlement of a Class Action lawsuit, and about your options, before the Court decides whether to approve this Settlement. If the Court approves the Settlement and after objections and appeals are resolved, an administrator appointed by the Court will distribute the benefits the Settlement allows.

This package explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

## Who Are The Class Members?

For ESPs originally purchased from June 11, 2002 through May 31, 2007, customers who purchased an ESP which was (i) fulfilled more than 30 days after his or her purchase of the ESP through the replacement of the customer's product; (ii) the ESP was terminated upon product replacement; (iii) the customer received a refund of the pro-rated cost of the ESP; (iv) the ESP Refund Class Member was not advised or was misinformed that he or she could not apply the remainder of the ESP term to the replacement product; and (v) the ESP Refund Class Member would have applied the remaining term of his or her ESP to the replacement product rather than purchasing a new ESP for the replacement product and/or would not have chosen to forego purchasing a new ESP for the replacement product.

For RPPs originally purchased from August 1, 2000 through May 31, 2007, customers who purchased a RPP which was (i) fulfilled through a product replacement or the issuance of a gift card and/or two-party check by Circuit City prior to the expiration date of the RPP listed on the customer's receipt; and (ii) the customer did not become aware on or before 30 days from his or her purchase of the RPP that its terms provided that it was deemed

fulfilled upon Circuit City's issuance of a replacement product to the customer, or gift card and/or two-party check to the customer for the value of the product purchased.

If you are not sure whether you are included in the Settlement, you can ask for free help. You can visit www.serviceplanlitigation.com, or call 1-800-787-0750.

## What Are the Settlement Benefits?

Circuit City has agreed to provide to each qualifying Class Member who completes and properly submits the Proof of Claim the following Settlement Benefits:

ESP Class Member: A coupon in the amount of $7.50 for the purchase of a Circuit City Advantage® Protection Plan.

RPP Class Member: A coupon in the amount of $16.00 for the purchase of a Circuit City Advantage® Protection Plan.

You must choose whether you want a coupon for in-store use, or for on-line use.

In addition, Circuit City will implement the training of sales associates and other appropriate store personnel that, in Circuit City's discretion, addresses relevant ESP termination and refund issues and disclosure that ESP's are transferable in accordance with the applicable terms and conditions. Circuit City will examine and, as necessary, modify its contract, sales, and marketing materials so that, in Circuit City's discretion, the revised contract, sales and marketing materials address alleged contract and deceptive practices relative to termination of RPPs in conjunction with a fulfillment prior to expiry dates stated on sales receipts.

## How Can I Receive Benefits?

If you believe you meet the criteria set forth above and wish to apply for possible benefits, you must do the following:

1. Read this Notice carefully.
2. Visit www.serviceplanlitigation.com or call 1-800-787-0750 if you would like additional information regarding the Settlement.
3. Submit your Proof of Claim at www.serviceplanlitigationn.com or call 1-800-787-0750 on or before November 2, 2007.

Important: NO EXTENSIONS OF THIS DEADLINE WILL BE PERMITTED. Failure to timely submit a fully completed Proof of Claim will result in the denial of your Claim.

Any and all information submitted on your Proof of Clam is subject to verification.

*A State Court authorized this Notice. This is not a solicitation from a lawyer.*

## When Would I Receive My Benefits?

The Court will hold a hearing on September 4, 2007 to decide whether to approve the Settlement. If Judge Martin approves the Settlement after that, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.

## What Am I Giving Up To Receive Benefits Or Stay In The Class?

Unless you exclude yourself, you cannot sue, or be part of any other action against Circuit City about the legal issues in this case relating to the RPP Class and ESP Class. This means you will give up the right to sue Circuit City for any claims that you may have that are covered by the Settlement.

## Why Is There A Settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a Settlement. That way, both sides avoid the cost of a trial, and the people who may have been affected will get compensation. The Class Representatives and the attorneys think the Settlement is best for all Class Members.

## How Do I Get Out Of The Settlement?

If you exclude yourself from this Settlement you do not receive any of its benefits. To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded from *Stacey and Susan Schacter v. Circuit City Stores, Inc.* Be sure to include your name, address, telephone number, and your signature. Also be sure to clearly identify your letter as a "Request for Exclusion from the Circuit City Settlement Class." You must mail your exclusion request postmarked no later than August 20, 2007, to both of these addresses:

Circuit City Settlement Administrator    Hamilton County
c/o Turner A. Broughton                        Court of Common Pleas
Williams Mullen, P.C.                             Clerk of Court
1021 East Cary Street                            1000 Main Street
P.O. Box 1320                                       Cincinnati, Ohio 45202
Richmond, Virginia 23218-1320

You cannot exclude yourself on the phone or by e-mail.

Unless you exclude yourself, you will remain a part of the Settlement Class and you give up the right to sue Circuit City for the claims that this Settlement resolves.

## Who Represents You?

The Court has appointed Statman, Harris & Eyrich, LLC of Cincinnati, Ohio to represent you as "Class Counsel." You do not have to pay Class Counsel, or anyone else, to participate. You may hire your own attorney if you wish. However, you will be responsible for that attorney's fees and expenses. Stacey and Susan Schacter are Class Members like you, and have been appointed by the Court to be the "Class Representatives."

## Will The Lawyers And Class Representatives Be Paid?

Class Counsel will ask the Court for attorney's fees and expenses up to $695,000, which Circuit City has agreed not to oppose, and Circuit City will pay the fees and expenses up to this amount. These amounts will not affect Class Members' benefits. Circuit City will also pay the costs of notice and to administer the Settlement. Class Counsel will also ask the Court for a fee for the Class Representatives, Stacey and Susan Schacter, of an amount up to $5,000 each, for their services in this action, which Circuit City will not oppose.

## How Do I Object To The Settlement?

If you are a member of the ESP Class or the RPP Class you can send a letter saying that you object to the Settlement. Your letter must include your name; address; telephone number; your signature; proof that you are a member of the ESP Class or the RPP Class; a statement of each of your objections to the Settlement; a detailed description of the facts underlying your objection; a detailed description of the legal authorities underlying your objection, if any; a list of the witnesses (including their mailing address and daytime telephone number) upon whose testimony you intend to rely at the Fairness Hearing; and a list of exhibits, along with copies of the exhibits, that you may offer during the Fairness Hearing, if any.

You must mail your objections to all of these three different places postmarked no later than August 20, 2007:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|-------|---------------|-----------------|
| Hamilton County Court of Common Pleas 1000 Main Street Cincinnati, OH 45202 | Jeffrey P. Harris STATMAN, HARRIS & EYRICH, LLC 3700 Carew Tower 441 Vine Street, Suite 3700 Cincinnati, OH 45202 | Calvin W. Fowler Jr. WILLIAMS MULLEN, P.C. Two James Center 1021 East Cary Street P.O. Box 1320 Richmond, VA 23218-1320 |

## When And Where Will The Court Decide Whether To Approve The Settlement?

The Court will hold a Fairness Hearing at 9:00 a.m., on September 4, 2007 at the Hamilton County Court of Common Pleas, 1000 Main Street, Cincinnati, Ohio 45202. At this hearing the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. Judge Martin will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Class Counsel. After the hearing, the Court will decide whether to approve the Settlement.

You do not have to come to the hearing. Class Counsel will answer questions Judge Martin may have. But, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it.

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Stacey and Susan Schacter v. Circuit City Stores, Inc.*" Be sure to include your name, address, telephone number and signature. Your Notice of Intention to Appear must be postmarked no later than August 20, 2007, and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel, at the three addresses listed above. You cannot speak at the hearing if you excluded yourself, nor may you speak at the hearing and object to the settlement unless you have previously filed an objection as set forth above.

## Are There More Details About The Settlement?

This Notice summarizes the proposed Settlement. More details are in a Settlement Agreement. You can get a copy of the Settlement Agreement by writing to Class Counsel, Jeffrey P. Harris of Statman, Harris & Eyrich, LLC, 3700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 or by visiting the website at www.serviceplanlitigation.com.



November 6, 2008

Mr. and Mrs. Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:    Account:      Circuit City Stores Inc
         Claimant:     Veronica Simmons
         Date of Loss:  3/14/2008
         Claim Number: YLB52659LP

Dear Mr. and Mrs. Simmons,

With regard to your claim, can you please advise me of your status? Please email me or contact me directly.

Thank you,

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:     (856) 355-4502
Toll Free:      (800) 630-0746 ext 54502
Facsimile:     (860) 392-6531
Email: rishi.kuthiala@srsconnect.com

November 5, 2008


Good Afternoon Mr. Kuthiala,

We are in receipt of the evaluation of our claim. We apologize for the delay in our response. We took great consideration in our next step as it seems we have come to the final stage to close this matter. Please see below.


1. Refund of installation services and warranties purchase
**The total amount is $1120.12 still appears to be incorrect. Please refer to the attachment. ESP 203 paid in the amount of $218.49 may have been inadvertently overlooked as it does not appear in your detailed calculation. The correct total amount should be $1,338.61.**

2. Refund of installation work done by Ford Dealership for $830.20. **This is acceptable.**

3. Refund of products purchase. **We have determined to return all products, which this should include in the refund of all wiring products and tax. Based on your attachment, all items have been marked with dashes (-), this would come to a total refund in the amount of $3,004.57.**

4. *Mileage reimbursement- At this time we would like to reimburse you $319.20 for your mileage from Circuit City Stores and dealership per your letter-* **This is acceptable.**

5. Mental Anguish With respect to your time, inconvenience, and mental anguish, I can offer a $100.00 charge to your attention for this matter. **- We believe the offer should have been met at least half way and offered in the amount of $250.00. We respectfully request for this to be reconsidered and approved at $250.00.**

We believe that we provided ample time for Circuit City and your office to resolve our claim. We feel that our concerns were not taken seriously as a consumer and this matter has taken such considerable time to be handled. *Additionally, we had initially requested clarification if by the refund of the warranties was it the intentions that they would be cancelled and this remained to go unanswered.*

Therefore, our decision in our best interest would be to severe any and all ties we may have with Circuit City. We have discovered by consulting with another vendor, that with this much equipment an electrical power cap should have been installed or it would drain the vehicles battery and alternator. We've already replaced the vehicle's battery *just a few months ago* unknown to us that this could and probably was related to this inexperienced installation by Circuit City.

Therefore, our expectation would be that your firm should issue the first payment of our claim today for the items agreed upon **(approx. total $2,588.01 to $2,738.01);**

1. Warranty and installation; The correct amount of $1,338.61
2. Work done to previous damage; $830.20
3. Mileage Reimbursement $319.20
4. *Our Time and Inconvenience - $100 to $250 depending on determination.*

We also prefer to schedule on Saturday, November 15th, 2008 for Circuit City Store in Valencia, California who was the last store to reinstall equipment to remove the products, wiring and return our vehicle to its original state. This would include reinstalling the original radio and speakers.

*Upon the removal and restoration, it will remain to leave cuts and holes in our vehicle's carpet* where the amplifiers were installed on two separate occasions by Circuit City.  Attached is an estimate from the same Ford Dealership.  We are presenting this to be filed as an additional claim to this claim.  We would expect upon confirmation of the removal of products and carpet that a *check would be issued immediately and overnighted in the amount of $3,004.57 for products and* $1,040.23 for the remainder of damage, **a total of $4,044.80**.

If you should have any questions, please feel free to contact us.


Sincerely,



Charles and Veronica Simmons



October 27, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:   Account:        Circuit City Stores Inc
      Claimant:       Veronica Simmons
      Date of Loss:   3/14/2008
      Claim Number:   YLB52659LP

Dear Veronica Simmons,

Thank you for your patience in this matter, at this time I would like to break down your settlement on your claim with regard to the damages presented.

1. Refund of installation services and warranties purchase

**The total amount is $1120.12 (enclose is the calculation and warranty/install information in photo format)**

2. Refund of installation work done by Ford Dealership for **$830.20**

3. Refund of products purchase

**For me to issue a refund on the products purchase, your equipment must be removed and documented at the store.**
**I will then match the unit with its price to issue a refund for the product accordingly. You cannot keep the products and be refunded the unit price. The products must be returned and I have to have confirmation from the store that they were indeed return.**

4. Mileage reimbursement

**At this time we would like to reimburse you $319.20 for your mileage from Circuit City Stores and dealership per your letter**

5. Mental Anguish

**With respect to your time, inconvenience, and mental anguish, I can offer a $100.00 charge to your attention for this matter.**

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:     (856) 355-4502
Toll Free:       (800) 630-0746 ext 54502
Facsimile:       (860) 392-6531

FC04385 (12/06)          YLB52659LP                                                    Claimant Acknowledgment



July 10, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:    Account:       Circuit City Stores Inc
       Claimant:      Veronica Simmons
       Date of Loss:  3/14/2008
       Claim Number:  YLB52659LP

Dear Veronica Simmons,

With regard to your claim, can you please advise me the final amount of damages that you are requesting reimbursement at this time.

You can email, fax, or send the damages in the pre-paid envelopes provided. I will be out of the claims office from Friday July 11, 2008 through Tuesday July 15, 2008.

I will return to the office on Wednesday July 16, 2008.

Thank you for your patience in this matter.

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:    (856) 355-4502
Toll Free:      (800) 630-0746 ext 54502
Facsimile:      (860) 392-6531
Email: rishi.kuthiala@srsconnect.com



March 20, 2008

Veronica Simmons
2101 San Diego Drive
Corona, Ca 92882

RE:    Account:    Circuit City Stores Inc
       Claimant:   Veronica Simmons
       Date of Loss:  3/14/2008
       Claim Number: YLB52659LP

Dear Veronica Simmons,

We received notification of your accident.  Please write down the number of your case.

If we haven't contacted you, please contact us at the phone number below to continue the investigation of your case.  I am available to answer any questions you have.

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:    (856) 355-4502
Toll Free:      (800) 630-0746 ext 54502
Facsimile:      (860) 392-6531
Email: rishi.kuthiala@srsconnect.com