**EXHIBIT 8b** 8b

CC CORP.

800 - 251 - 2665

Alan

**Joe Injian**
Store Director

**Circuit City Stores, Inc.**
10255 Magnolia Ave
Riverside, CA 92503
T 951.689.2000
F 951.689.2295
www.circuitcity.com

**RYDELL AUTOMOTIVE GROUP**
SAN FERNANDO VALLEY
**877-793-3557**
HONESTY AND INTEGRITY

JEFF    AT    CONRAPTE

**Rudy Alvarez**
Sales & Installation Manager

Ruben / ERICK



Circuit City Stores, Inc.
25610 the old road north
newhall, CA 91381
T 661.260.3751
F 661.260.3763
www.circuitcity.com

STORE
DIRECTOR

HEATH TEE

O

CYNTHIA GALINDO

951 689 - 2000

**Be Kim**
Store Manager

Circuit City Stores, Inc.
25610 The Old Road
Valencia, CA 91381
tel 661.260.3751
www.circuitcity.com



one calls to Circuit City

1/25/06 - 03/04/06
3/05 - 04/04/06
1/05 - 05/04/06 ★
5/05 - 06/04/06 ✳
05/06 - 07/04/06

7/05 - 8/4/06
8/05/06 - 9/4/06 ✵
9/05/06 - 10/04/06 ✵
5/05 - 11/04/06 ★
1/05 - 12/4/06
2/5 - 1/04/07

Time Frame of
Initial Calls

**4836 E. Wasatch Dr., Anaheim CA 92807**
**Direct: (951) 733-9929   Fax: (714) 279-0899**

1-800 251-2665
                           Ex 21009

Gordon Bell

Corporate Office

Veronica Simmons

28 Sep

Call.
Ref #
12835686  Circuit City Stores Inc.

9954 Mayland Dr.

Richmond VA 2323:

Circuit City Stores, Inc.
Store   426
10196 MAGNOLIA AVE
RIVERSIDE, CA 92503 3440
(951) 689-2000                        14??

Sold to:                              Orig date?

                                     Ticket
CUSTOMER COPY                        04260374.....

Salesperson                          Regist.   Cashier
CARS CEISA                           0         2041..

| Item | Qty | Model | Description | Tax | Amount |
|------|-----|-------|-------------|-----|--------|
| 1 Si | 1 | CKC NESTEA | CARBONATED ... | Y | ?.2? |
| 2 Si | 1 | CKC DEPOSIT | SOFT DRINK ... | Y | .0? |
| 3 Si | 1 | CKC DASANI | BOTTLED WATER | Y | 1.29 |
| 4 Si | 1 | CKC DEPOSIT | SOFT DRINK DEP? | ? | .04 |
| 5 Si | 1 | LBD 15802 | CANDY  FLOUR... | Y | ?.4? |

|                  |        |    |       |
|------------------|--------|----|-------|
| Non-Taxable      |        | $  | 4.96  |
| Total Taxable    |        | $  | 1.29  |
| Sales Tax        |        | $  | 0.10  |
| TOTAL PURCHASE   |        | $  | ?.25  |
| VSA              | 045424 | $  | 6.25  |
| BALANCE          |        | $  | 0.00  |

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. ...
a store associate for details.

Shop with us online at circuitcity.com

item

?M ASK AN ASSOCIATE About ????????***

Get a Chance to Win One of Five $1,000 ?????...

Take Circuit City's 'Customer First' Survey

Queremos saber su opinion

*(handwritten)* A visit to the store

**Veronica Simmons**

| | |
|---|---|
| **From:** | Larson Jessica [Jessica.Larson@rxsol.com] |
| **Sent:** | Tuesday, February 20, 2007 11:45 AM |
| **To:** | Veronica Simmons |
| **Subject:** | RE: Question |

Spoke to Edgar, will call bank, said he got fax confirmation from them that they would take care of it. The other one with the wiring, he will talk to his store manger when he comes in this afternoon about what they will do. So he has both our cell numbers and said he will call back.


**Thank you,**

# Jessica Larson
**Pharmacy Tech**
**Prior Authorization Dept**

---

**From:** Veronica Simmons [mailto:vsimmons@crescenthh.com]
**Sent:** Tuesday, February 20, 2007 8:57 AM
**To:** Larson Jessica
**Subject:** Question

Hi,

Do you think during your break or lunch you can call Circuit City in Riverside and talk to the Installation Manager to let him know that the finance charge hit my account last month when he was to extend it out another 6 months along with the other balance on there from the previous exchange? I need it done ASAP so I can actually pay it off in full with no finance charges.

The other thing that he needs to be asked is that the other store (Santa Clarita) is still trying to resolve the problem with the subwoofer which keeps cutting out. This store when relocating the amps to under the front seats from the wall behind the back seat, they velcored them down instead of bolting them done. When I asked why they mentioned the concern that if the previous installer at Riverside (Greg) shorted out my truck and blew fuses when initially installing under the seats that the wires under the seats should be checked for any further damage or any damage. We need to know from Riverside how they want to handle this as I need this checked out by Ford and if they need to file a claim first. If the need the date in which it occurred, it would have been the initial purchase date of the subwoofers back in 12/05.

Please tell him that my husband is talking to corporate today because even Santa Clarita moved and checked wiring yet I've had the subwoofers cut out each time they touched it and it's now going back in to have everything from beginning to end replaced all together this Sunday. But they want to be sure there is no wire damage that is causing any type of short. Please let me know what he says.

There phone number is 951-689-2000

P.S. Please note the name change from Veronica Cook to Veronica Simmons....

Thank you,
Veronica Simmons
Contracts Manager
Crescent Healthcare, Inc.


2/20/2007

