Philip C. Baxa VSB No. 22977
M‌ERCER‌T‌RIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

       -and-

KING & SPALDING LLP
James A. Pardo, Jr. Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Counsel for Mitsubishi Digital Electronic America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

----------------------------------------------------X

**JOINDER OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. TO OBJECTIONS OF SAMSUNG AMERICA ELECTRONICS, INC., LG ELECTRONICS USA, INC. AND EASTMAN KODAK COMPANY TO CONFIRMATION OF DEBTORS' <u>FIRST AMENDED JOINT PLAN OF LIQUIDATION</u>**

1.      Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") has sought

reimbursement of administrative expenses from the Debtors pursuant to 11 U.S.C. § 503(b)(9).

Pursuant to Debtors' Fifty-First Omnibus Objection to Claims (the "Fifty-First Omnibus

_____
Philip B. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, VA  23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
Local Counsel for Mitsubishi Digital Electronics America, Inc.

Objection") [Docket No. 5214], the Debtors seek to "temporarily disallow" Mitsubishi's request pursuant to 11 U.S.C. § 502(d).

2. Mitsubishi filed a response to the Fifty-First Omnibus Objection on November 4, 2009 [Docket No. 5454]. This Court held a hearing on the Fifty-First Omnibus Objection on November 12, 2009 and, to date, has not issued a ruling on that objection.

3. Mitsubishi hereby joins in the Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc., and Eastman Kodak Company to confirmation of the Debtors' Chapter 11 plan of liquidation [Docket Nos. 5681, 5652, and 5655, respectively]. For the reasons stated in the objections filed by Samsung America Electronics, Inc., LG Electronics USA, Inc., and Eastman Kodak Company, the Debtors' First Amended Joint Plan of Liquidation cannot be confirmed in its current form.

Submitted: November 16, 2009

**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC**.

/s/Philip C. Baxa
Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

- and -

KING & SPALDING LLP
James A. Pardo, Jr. Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5129

Counsel for Mitsubishi Digital Electronics America, Inc.

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of November, 2009, this Joinder of Mitsubishi Digital Electronics America, Inc. to Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' First Amended Joint Plan of Liquidation will be filed with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the Joinder via regular mail, postage prepaid, on November 16, 2009 to:

Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA  23058-5695
Attn. Michelle Mosier

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi & Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson & Jessica S. Kumar

McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Attn: Douglas M. Foley & Sarah B. Boehm

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz and Stanley E. Goldrich

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Attn: Robert J. Feinstein

Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner & Paula S. Beran

Office of the United States Trustee, Eastern District of Virginia
701 East Broad Street, Suite 4304
Richmond, VA  23219
Attn: Robert B. Van Arsdale

- 2 -

/s/ Philip C. Baxa

R0009459