United Bankruptcy Court                    Circuit City Stores, Inc et al.,
For The Eastern District of                Chapter 11 Case No. 08-35653
Virginia, Richmond Division                (Fifty-Sixth Omnibus Objection)

RICHMOND DIVISION

F             F
I     NOV 1 6 2009     I
L             L
E             E
D             D

CLERK
U.S. BANKRUPTCY COURT

Claimant: Thomas C. Bradley

In January of 2008, I was given a cash retention award  valued at $40,000.

I have already presented the supporting documents. In order to receive the award, I needed to

still be employed by Circuit City on January 1st, 2009. I stayed with the company until the they

released me on March 21st 2009. I stayed on until the last day as part of the liquidation team.


In reference to who has personal knowledge of relevant facts regarding this objection. As per

Exhibit D included in the objection, Eric Jonas (Senior Vice president of Human Resources)

approved this award. It was also Eric Jonas as well as the Senior leadership of Circuit City whom

instructed us when to file these claims. They were not filed late as suggested in the objection.

The award  states that a change of control, which includes liquidation, would be grounds for the

liquidation to be paid in full within 75 days. It is now past 300 days. I have honored my commitment

to Circuit City. I should be paid accordingly.


I do not have a declaration. As stated previously Eric Jonas as well as the Senior Leadership of Circuit

City  have personal knowledge of the awards as stated in Exhibit D.


Thomas C. Bradley

P.O Box 194

Clayton DE, 19938   (I have made numerous change of address requests to KCC LLC with no results)

804-332-0215        ( Former address 2801 Savage View Drive Midlothian, VA 23112

tommybiggs3@comcast.net

Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

### NOTICE OF DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (the "Objection") with the Bankruptcy Court.  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Debtors are seeking to disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus

## Critical Information for Claimants
## Choosing to File a Response to the Objection

Who Needs to File a Response:  If you oppose the relief
requested in the Objection and if you are unable to resolve
the Objection with the Debtors before the deadline to
respond, then you must file and serve a written response
(the "Response") to the Objection in accordance with this
Notice.

If you do not oppose the relief requested in the
Objection, then you do not need to file a written Response
to the Objection and you do not need to appear at the
hearing.

Response Deadline:  The Response Deadline is **4:00 p.m.
(Eastern Time) on November 16, 2009 (the "Response
Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE
IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE
RESPONSE DEADLINE.

Your Response will be deemed timely filed only if the
Response is **actually received** on or before the Response
Deadline by the Bankruptcy Court at the following address:

>            Clerk of the Bankruptcy Court
>            United States Bankruptcy Court
>            701 East Broad Street – Room 4000
>            Richmond, Virginia 23219

Your Response will be deemed timely served only if a
copy of the Response is actually received on or before the
Response Deadline by the Debtors' attorneys:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER | MCGUIREWOODS LLP |
| & FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, VA 23219 |
| Wilmington, DE 19899-0636 | Attn: Dion W. Hayes |
| Attn: Gregg M. Galardi | Attn: Douglas M. Foley |
| Attn: Ian S. Fredericks | |

– and –

3

d.   a copy of or identification of any other
     documentation or other evidence of the Claim,
     to the extent not already included with the
     Claim that the claimant presently intends to
     introduce into evidence in support of its
     Claim at the hearing; provided, however, that
     for a Response filed in support of a Claim
     arising out of a lease of real property, the
     Response need not attach such lease if the
     claimant indicates its willingness to provide
     such documentation upon request;

e.   a declaration of a person with personal
     knowledge of the relevant facts that support
     the Response; and

f.   the claimant's address, telephone number and
     facsimile number and/or the name, address,
     telephone number and facsimile number of the
     claimant's attorney and/or designated
     representative to whom the attorneys for the
     Debtors should serve a reply to the Response,
     if any (collectively, the "Notice Address").
     If a Response contains Notice Address that is
     different from the name and/or address listed
     on the Claim, the Notice Address will control
     and will become the service address for
     future service of papers with respect to all
     of the claimant's Claims listed in the
     Objection (including all Claims to be
     disallowed) and only for those Claims in the
     Objection.

g.   To the extent such person differs from the
     person identified pursuant to subjection e,
     above, the name, address, telephone number,
     facsimile number, and electronic mail address
     of the representative of the claimant (which
     representative may be the claimant's counsel)
     party with authority to reconcile, settle or
     otherwise resolve the Objection on the
     claimant's behalf (collectively, the
     "Additional Addresses").  Unless the
     Additional Addresses are the same as the
     Notice Addresses, the Additional Address will

**Reservation of Rights.** Nothing in this Notice or the Objection constitutes a waiver of the Debtors' right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Debtors. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Debtors have the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases. In such event, you will receive a separate notice of any such objections.

Dated: October 21, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                    - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                    - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\10080287