William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:   (804) 783-6489
Fax:       (804) 783-6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for Nyko Technologies, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* | ) |
| | ) Case No. 08-35653 - KRH |
| Debtors. | ) |
| _____ | ) Jointly Administered |

**JOINDER OF NYKO TECHNOLOGIES, INC.
TO THE OBJECTION TO CONFIRMATION OF THE
DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION
FILED BY SAMSUNG AMERICA ELECTRONICS, INC.**

Nyko Technologies, Inc. ("Nyko"), creditor and holder of an administrative expense claim in the above-captioned case, by counsel, hereby joins in the Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (the "Objection") as follows:

1.  Nyko is a retail supplier located in Los Angeles, California which provides, among other things, accessories for video game systems and other retail merchandise to merchants including the Debtors.

2.  Nyko sold retail merchandise to the Debtors within twenty (20) days before the date of commencement of the Debtors' Chapter 11 filing on November 10, 2008 (the "Petition

Date"). Specifically, on October 21, 2008, October 22, 2008, and November 5, 2008, Nyko sold retail merchandise to the Debtors for $37,453.40. Nyko sent invoices to the Debtors for the merchandise, but the Debtors have not paid the invoices.

3. Nyko also continued to do business with the Debtors after the Petition Date. Specifically, after the Petition Date, Nyko sold retail merchandise to the Debtors for $657,568.20, as reflected in invoices submitted by Nyko to the Debtors. The entire balance of the invoices submitted by Nyko to the Debtors remains unpaid.

4. The amounts invoiced by Nyko to the Debtors were for goods sold to the Debtors and constitute actual, necessary costs and expenses of preserving the Debtors' bankruptcy estates and are unsecured debts incurred by the Debtors in the ordinary course of business.

5. The Debtors filed numerous objections, in which the Debtors allege that they have a Preference claim against Nyko in the amount of $277,896.00.

6. On September 29, 2009, the Debtors filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (the "Plan").

7. Nyko adopts the grounds and authorities set forth in the Objection of Samsung as Nyko's objection to the Plan.

8. Additionally, Nyko reserves the right to rely on the arguments and authorities contained in the objections of other creditors filed in response to the Plan.

NYKO TECHNOLOGIES, INC.

*/s/ W. Alexander Burnett*
By:_____
Counsel

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: (804) 783-6489
Fax:    (804) 783-6507

*Counsel for Nyko Technologies, Inc.*

7043675_1.DOC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Joinder of SouthPeak Interactive, LLC was filed and served this 16th day of November, 2009, electronically using the Court's ECF System, was sent by electronic mail to circuitcyservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Michele Mosier
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, Virginia 23058-5695

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Sarah B. Bowhm, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-636

Chris L. Dickerson, Esq.
Jessica S. Kumar, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Stanley E. Goldich, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

*/s/ W. Alexander Burnett*
By: _____

7043675_1.DOC