IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **Circuit City Stores, Inc.,** *et al.*, | : Case No. 08-35653 (KRH) |
| | : |
| **Debtors.** | : |

**RESPONSE OF KELLY BREITENBECHER TO DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATON OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS**

**COMES NOW** Kelly Breitenbecher, ("Ms. Breitenbecher"), by the undersigned counsel, and for her response to *Debtors' Fifty-Eighth Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)* ("Objection"), and states as follows:

1. On or about January 29, 2009, Ms. Breitenbecher filed a claim with Debtor's claims agent, Kurtzman Carson Consultants, in the total amount of $1,046,083.00. On information and belief, the claim has been assigned claim number 7786 (the "Claim"). The Claim asserted $300,000.00 as entitled to administrative expense status, and $746,083.00 as general unsecured. A copy of the Claim is attached hereto and incorporated in full by this reference as **Exhibit A**. The Debtor's Objection seeks to reclassify the administrative portion of the Claim to a general unsecured claim.[1]

---

[1] On or about June 29, 2009, subsequent to the filing of the claim subject to this 58th objection, Ms. Breitenbecher filed an administrative expense claim in the amount of $1,502,166.00. On information and belief, the subsequent administrative claim was assigned claim number 13936 by Debtors' claims agent. Claim number 13936 includes the $300,000.00 asserted as an administrative expense in this claim 7786. The Debtor, in its 56th Omnibus Objection, has objected to claim 13936 in its entirety. Contemporaneously with the filing of this response to Debtor's 58th Omnibus Objection, Ms. Breitenbecher has also filed a response to Debtors' 56th Omnibus Objection.

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291
*Counsel for Kelly Breitenbecher*

2.   The administrative expense portion of the Claim is based upon a special cash retention award (the "Award").  A copy of the letter agreement for the Award is attached to the Claim.  The initial vesting date under the Award was January 1, 2009.  Ms. Breitenbecher was employed by the Debtors until April, 2009.  Thus $300,000.00 of the Award fully vested on January 1, 2009.

3.   As the vesting of the Award was post petition, and Ms Breitenbecher was employed as of the vesting date, Ms. Breitenbecher asserts this Award is part of her wages and/or salary, and thus pursuant to 11 U.S.C. §503(b)(1)(A)(i) is entitled to administrative expense status.  In that at least a portion of the Award would have accrued post petition, Ms. Breitenbecher should be allowed, at a minimum, to a pro rata amount of the Award for her post-petition services as an administrative expense.  See In re Hechinger Investment Company of Delaware, 298 F.3d 219 (3rd Cir. 2002); In re Lason, 309 B.R. 441 (Bankr. D. Delaware 2004).

4.   Without waiving the above, Ms. Breitenbecher asserts, in the alternative, the Award has priority under 11 U.S.C. § 507(c)(4), in that the Award was earned within 180 days before the date of the bankruptcy petition, or cessation of debtors' business.  Cessation of Debtors' business would be upon the order granting liquidation of the company, or upon completion of liquidation.

5.   The person with knowledge of this claim is Kelly Breitenbecher, as identified above.  Documents supporting the claim were attached to the claim as filed.

6.   There were certainly other employees of Circuit City familiar with, or having knowledge of, the Award, and Circuit City may have documents pertaining to the Award.  As such, Ms. Breitenbecher reserves her right to supplement this Response in advance of any final hearing on the Objection.

**WHEREFORE,** Kelly Breitenbecher respectfully requests the Court overrule the Objection, and allow Ms. Breitenbecher's claim as filed, and grant such further relief as is just and proper under the circumstances.

> **Respectfully Submitted,**
> **KELLY BREITENBECHER**
> **By Counsel**
>
> /s/ William A. Gray
> William A. Gray, Esquire – VSB #46911
> C. Thomas Ebel, Esquire – VSB # 18637
> Ashley Burgess, Esquire – VSB # 67998
> Sands, Anderson, Marks & Miller, P.C.
> 801 East Main Street, Suite 1800
> (P.O. Box 1998)
> Richmond, Virginia 23219 (23218-1998)
> Phone: (804) 648-1636
> Fax: (804) 783-7291
> *Counsel for Kelly Breitenbecher*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed on November 16, 2009, by U.S. Mail, first class, postage prepaid, to all persons on the below Service List:

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods, LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>*Counsel for Debtors* | David W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods, LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>*Counsel for Debtors* |

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Local Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

/s/ William A. Gray