**SAIBER LLC**
Nancy A. Washington
Colin R. Robinson
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
nwashington@saiber.com

**LECLAIRRYAN**
Christopher L. Perkins (VSB No. 41783)
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
(804) 783-7550
Christopher.perkins@leclairryan.com

Counsel for FM Facility Maintenance, LLC, f/k/a IPT, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>Jointly Administered |

## CERTIFICATION OF NANCY A. WASHINGTON

I, **NANCY A. WASHINGTON,** hereby certify and state as follows:

I am an attorney-at-law of the State of New Jersey, and a partner with the law firm of

Saiber LLC, counsel for FM Facility Maintenance, LLC, f/k/a IPT, LLC ("FM"), in the above

captioned matter.  I submit this Certification in support of FM's Objection to Circuit City

Stores, Inc., et al.'s (collectively the "Debtor") Fifty-Fourth Omnibus Objection to Claims

(Disallowance of Certain Late Claims) and Cross-Motion for the Entry of an Order Deeming its Administrative Expense Claim Timely Filed ("Objection").

1.     Attached hereto as Exhibit A is a true and correct copy of the Administrative Claim of FM and cover letter.

2.     Attached hereto as Exhibit B is a true and correct copy of the Federal Express Shipping Confirmation of the Administrative Claim of FM.

3.     On June 30, 2009, according to the Federal Express tracking status, the Administrative Claim had arrived in California.

4.     Attached hereto as Exhibit C is a true and correct copy of the letter dated July 1, 2009 from Federal Express.

5.     Attached hereto as Exhibit D is a true and correct copy of the letter dated July 2, 2009 from counsel for FM to counsel for the Debtor.

6.     Attached hereto as Exhibit E is a true and correct copy of email correspondence dated July 5, 2009 between counsel for FM and counsel for Debtor.

7.     Attached hereto as Exhibit F is a true and correct copy of email correspondence dated July 13, 2009 between counsel for FM and counsel for Debtor.

I hereby certify the foregoing statements made by me are true.  I am aware that if the foregoing statements made by me are determined to be willfully false, I may be subject to punishment.

Dated:  November 16, 2009

NANCY A. WASHINGTON

# EXHIBIT A



**Saiber**

ATTORNEYS AT LAW

Saiber LLC
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York  |  Atlantic City  |  Point Pleasant Beach

Direct Dial Number:
(973) 820-0054

E-Mail:
crr@saiber.com

WILLIAM F. MADERER + ◊
DAVID J. D'ALOIA
JEFFREY W. LORELL ◊
DAVID R. GROSS ◊
SEAN R. KELLY + ◊
ARNOLD B. CALMANN ◊
JOAN M. SCHWAB
JENNINE DiSOMMA ◊
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER ◊ ◊
MICHAEL J. GERACHTY ◊
NINO A. COVIELLO ◊ ◊
AGNES I. RYMER ◊
JAMES H. GIANNINOTO ◊
MICHAEL H. COHEN
NANCY A. WASHINGTON
MARC C. SINGER ◊ ◊
SETH E. ZUCKERMAN
MARC E. WOLIN ◊
DAVID A. COHEN
LISA C. WOOD
JEFFREY SOOS
DANALYNN T. COLAO ◊

SAMUEL S. SAIBER
1929-2002
GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN ◊
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL
GUY S. MICHAEL ◊
ROBERT J. CARROLL
MICHAEL J. WILDES ◊
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA ◊
COUNSEL
◊ MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
+ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
TRIAL ATTORNEY

GREGORY T. DENNISON
JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON ◊
MARK A. RONEY
JACK CHAN ◊
DANIELE N. HANKIN ◊
JEFFREY J. PASEK
JOHN H. NOORLANDER ◊
MELISSA A. NATALE
LAUREN M. LIMAURO
RINA G. TAMBURRO ◊
UNA YOUNG KANG ◊
KATHERINE A. ESCANLAR ◊
JAKOB B. HALPERN
MICHAEL J. GROHS ◊
DAVID A. FARKOUH
MATTHEW A. CATANIA ◊
AMY K. SMITH ◊
JANE JHUN ◊
GERI L. ALBIN ◊
CHRISTLE R. GARVEY
CHRISTOPHER J. TURANO ◊

June 29, 2009

**VIA FEDERAL EXPRESS**

Circuit City Store, Inc., et al.
Claims Processing Department
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

      **In Re: Circuit City Stores, Inc., et al.**
      **Case No. 08-35653**

Dear Sir/Madam:

      Enclosed please find an original and one copy of the Administrative Expense Request with regard to the above matter.

      Kindly file the original Administrative Expense Request and return a stamped "filed" copy in the enclosed, postage-prepaid envelope provided for your convenience.

      Very truly yours,

COLIN R. ROBINSON

CRR/sr
Enclosure

{00575736.DOC}

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|
| In re: Circuit City Stores, Inc. | Case Number 08-35653 |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of this case. In such cases, a proof of claim should be filed in accordance with Official Form 10

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br><br>FM Facility Blvd., f/k/a IPT, LLC<br>10 Columbus Blvd., 4th Floor, Hartford, CT<br><br>Name and address where Notices should be Sent:<br><br>Nancy A. Washington, Esq.<br>Saiber LLC<br>One Gateway Center-13th Floor<br>Newark, NJ 07102 | [] Check box if you are aware that anyone else has filed a proof of administrative claim. Attach copy of statement giving particulars.<br><br>[] Check box if you have never received any notices from the bankruptcy court in this case<br><br>[] Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR | Check here if this claim  [] replaces<br>[] amends<br>a previously filed claim dated _____ |
|---|---|

1. BASIS FOR CLAIM

| [ ] | Goods sold | [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| [x] | Services performed | [ ] Wages, salaries and compensation (Fill out below) |
| [ ] | Money loaned | Your social security number _____ |
| [ ] | Personal injury/wrongful death | |
| [ ] | Taxes | [ ] Unpaid compensation for services performed |
| [ ] | Other (describe briefly | from _____ to _____ |
| | | (date)      (date) |

2. DATE DEBT WAS INCURRED: Various Dates

3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE REQUEST: $731,293.46

[ ] Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim

[ ] Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:

[ ] Real Estate        [ ] Motor Vehicle  [ ] Other (Describe briefly) Value of Collateral:  $_____

[ ] Check this box if there is no collateral or lien securing your claim

5. CREDITS AND SETOFFS. The amount of all payments on this administrative expense has been credited and deducted for the purpose of making this administrative expense request. In filing this administrative expense request, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.   See Exhibits A and B attached hereto.

7. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date:<br><br>6/29/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>*[signature]*<br>Dale Ribaudo, Senior Vice President & Chief Financial Officer |
|---|---|

Penalty for presenting fraudulent administrative expense request: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



| INVOICE NUMBER: | 5261 |
| INVOICE DATE: | 06/26/09 |
| TERMS OF PAYMENT: | Net 10 |

IPT, LLC (Doing Business As: FM Facility Maintenance)
10 COLUMBUS BLVD, 4TH FLOOR
HARTFORD, CT 06106
Federal Identification # 34-1994464

**REMIT Via ACH**
**Remitting Instructions:**
**Depository: Sovereign Bank**
**Account Number: 50104946475**
**Routing Number: 011075150**
**Address: Sovereign Bank**
         **Hartford - Pearl Street Office**
         **100 Pearl Street**
         **Hartford, CT 06103**

Accounts Receivable Laura Fredrickson
Phone  (860) 466-7400
Fax  (860) 466-7611

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA  23233

| DESCRIPTION OF CHARGES | | AMOUNT |
|---|---|---|
| | **Post- Petition** | |
| **CONSOLIDATED PM BILL** | See detail on Billing PM Data Tab  - Column E | $    706,540.53 |
| **SALES TAX** | See detail calculation on Billing PM Data Tab - Column F | 24,752.93 |

| TOTAL INVOICE AMOUNT | $731,293.46 |
|---|---|

All applicable sales, use, or gross receipts taxes associated with the services are the responsibility
of the vendor and have been included in the total price.

# VOLUMINOUS
# SUPPORTING DOCUMENTS
# AVAILABLE UPON REQUEST

# EXHIBIT B

**From:**    TrackingUpdates@fedex.com
**Sent:**    Wednesday, July 01, 2009 12:21 PM
**To:**    Colin R. Robinson
**Subject:** FedEx Shipment 797722213159 Delivered

---

This tracking update has been requested by:

Company Name:              Saiber LLC
Name:                      Saiber LLC
E-mail:                    crr@saiber.com

---

Our records indicate that the following shipment has been delivered:

Reference:                 9778-3
Ship (P/U) date:           Jun 29, 2009
Delivery date:             Jul 1, 2009 9:10 AM
Sign for by:               A.WILLIAMS
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           797722213159

Shipper Information                Recipient Information
Saiber LLC                         Circuit City Stores, et al.
Saiber LLC                         Claims Processing Department
1 GATEWAY CENTER; 13 TH FLOOR      2335 ALASKA AVE; KURTZMAN
NEWARK                             CARSON CONSULTANTS, LLC
NJ                                 EL SEGUNDO
US                                 CA
07102                              US
                                   90245

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:21 AM CDT
on 07/01/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

7/1/2009

# **EXHIBIT C**

JUL-01-2009 12:54 From:CUSTOMER RELATIONS 9013383283                                    P.2/2



3875 Airways Boulevard
Memphis, TN 38116-4634
Telephone 800.463 3339
Fax 901.332.8283

**VIA FACSIMILE 973.622.3349
and VIA U.S. Mail**

July 1, 2009

Mr. Colin Robinson
Saiber, LLC
1 Gateway Center
Newark, NJ  07102

Dear Mr. Robinson:

This letter concerns your company's June 29, 2009 shipment to Kurtzman Carson
Consultants in El Segundo, CA, on tracking number 797722213159.

Your package, which I have been advised contains time-sensitive documents, was
scheduled for delivery by 10:30 a.m. on June 30.  Unfortunately, the flight from Newark,
NJ to our Memphis, TN sorting facility had mechanical problems and arrived in Memphis
after the outbound flights had departed for their respective destinations on Tuesday
morning.  As a result, the shipment did not arrive at Hawthorne, CA office until today.
The package was delivered at 9:10 a.m.; "A. Williams" signed for it.

On behalf of FedEx, I sincerely apologize for any inconvenience the late delivery may
have caused.  Arrangements have been made to credit the transportation charges for
this shipment.

We appreciate your use of FedEx and the services we offer.  We look forward to serving
your future express shipping needs.

Sincerely,

Yvette Davis
Customer Relations

yd/393504

# EXHIBIT D



**Saiber**

ATTORNEYS AT LAW

Saiber LLC
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

WILLIAM F. MADERER + ○
DAVID J. D'ALOIA
JEFFREY W. LORELL ○
DAVID R. GROSS ○
SEAN R. KELLY + ○
ARNOLD B. CALMANN ○
JOAN M. SCHWAB
JENNINE DISOMMA ○
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER ○ ○
MICHAEL J. GERAGHTY ○
NINO A. COVIELLO ○ ○
AGNES I. RYMER ○
JAMES H. GIANNINOTO ○
MICHAEL H. COHEN
NANCY A. WASHINGTON
MARC C. SINGER ○ ○
SETH E. ZUCKERMAN
MARC E. WOLIN ○
DAVID A. COHEN
LISA C. WOOD
JEFFREY SOOS
DANALYNN T. COLAO ○

SAMUEL S. SAIBER
1929-2002
GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN ○
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL
GUY S. MICHAEL ○
ROBERT J. CARROLL
MICHAEL J. WILDES ○
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA ○
COUNSEL
○ MEMBER OF NJ & NY BARS
◇ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
+ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
AND CRIMINAL TRIAL ATTORNEY
• CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
TRIAL ATTORNEY

GREGORY T. DENNISON
JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON ○
MARK A. RONEY
JACK CHAN ○
DANIELE N. HANKIN ○
JEFFREY J. PASEK
JOHN H. NOORLANDER ○
MELISSA A. NATALE
LAUREN M. LIMAURO
RINA G. TAMBURRO ○
UNA YOUNG KANG ○
KATHERINE A. ESCANLAR ○
JAKOB B. HALPERN
MICHAEL J. GROHS ○
DAVID A. FARKOUH
MATTHEW A. CATANIA ○
AMY K. SMITH ○
JANE PRIVAL ○
GERI L. ALBIN ○
CHRISTLE R. GARVEY
CHRISTOPHER J. TURANO ○

July 2, 2009

**VIA ELECTRONIC MAIL**

Gregg M. Galardi, Esq.
Ivan S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

> **In Re: Circuit City Stores, Inc., et al.**
> **Case No. 08-35653**

Dear Counsel:

We represent FM Facility Maintenance f/k/a IPT, LLC ("FM") in the above-referenced bankruptcy proceeding. FM is a facilities services company that provided post-petition services to Circuit City Stores, Inc. Accordingly, on June 29, 2009, we sent, via Federal Express priority morning delivery, FM's Administrative Expense Request for delivery and filing with the Debtors' claims agent, Kurtzman Carson Consultants, LLC (the "Claim Agent") on the following morning, June 30, 2009, the bar date. A copy of the FM's claim, the cover letter, and Federal Express confirmation of pickup and delivery are enclosed herein. On June 30, 2009, we monitored the tracking record for the package which indicated it was in California on June 30, 2009. However, on July 1, 2009, we were informed by Federal Express that the Federal Express flight carrying FM's Administrative Expense Request was delayed due to a "mechanical problem," causing the claim to be delivered to the Claims Agent at 9:10 a.m. on the morning of July 1, 2009. A copy of the correspondence from Federal Express confirming the "mechanical problems" and delivery of the claim are enclosed herein.

**Saiber**

ATTORNEYS AT LAW

July 2, 2009
Page 2

Despite this office's reasonable reliance on Federal Express' priority morning overnight delivery service, the Administrative Expense Request was delivered a few hours after the bar date. Given that the Administrative Expense Request was received by the Debtors' Claims Agent less than twenty-four hours after the bar date, the Debtors are not prejudiced in any way by the technically late filed claim. Additionally, we believe the late delivery of the claim caused by Federal Express' mechanical problems unequivocally constitutes "excusable neglect" that would support an application to accept the late filed claim if such application becomes necessary.

To avoid any unnecessary motion practice, however, we respectfully request that the Debtors agree to deem FM's Administrative Expense Request timely filed. A Stipulation and Order deeming FM's Administrative Expense Request timely filed is enclosed for your review and approval. The Debtors agreement to accept the Administrative Expense Request as timely shall in no way prejudice the Debtors' right to object to the claim on any other appropriate basis.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions. As you can imagine, we would prefer to resolve this issue as quickly as possible and would appreciate a response to our request as soon as possible but no later than July 13, 2009.

Very truly yours,

NANCY A. WASHINGTON

NAW/sr
Enclosures

{00576902.DOC}

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## STIPULATION AND CONSENT ORDER RELATING TO ADMINISTRATIVE EXPENSE REQUEST OF FM FACILITY MAINTENANCE

**WHEREAS**, on May 15, 2009, the Court entered its Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (I) Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (II) Approving Form and Manner of Notice Thereof (the "Administrative Expense Request Order"); and

**WHEREAS**, the Administrative Expense Request Order set June 30, 2009 as the Administrative Bar Date; and

**WHEREAS**, on June 29, 2009, FM sent, via Federal Express priority morning delivery its Administrative Expense Request for delivery to the claims agent, Kurtzman Carson Consultants LLC (the "Claims Agent") on June 30, 2009; and

**WHEREAS**, Federal Express failed to deliver the FM Administrative Expense Request to the claims agent until 9:10 a.m. on July 1, 2009, due to mechanical problems; and

**WHEREAS**, FM has requested and the Debtors have consented and agreed to deem FM's Administrative Expense Request timely filed.

**NOW THEREFORE** on this _____ day of July 2009, it is:

**ORDERED** that FM's Administrative Expense Request filed with the Claims Agent on July 1, 2009 is deemed timely filed; and it is further

{00577077.DOC}

**ORDERED** that Debtors' right to object to FM's Administrative Expense Request or dispute the Administrative Expense Request on any other appropriate basis, is expressly preserved.

We hereby agree to the form
and entry of this Consent
Order and Stipulation of Settlement

| McGuireWoods LLP<br>Counsel for the Circuit City Stores, Inc., *et al.*,<br>Debtors and Debtor in Possession | SAIBER LLC<br>Counsel for FM Facility Maintenance f/k/a<br>IPT, LLC |
|---|---|
| By:_____ | By:_____<br>    Nancy A. Washington |

# EXHIBIT E

**From:**  Foley, Douglas M. [dfoley@mcguirewoods.com]
**Sent:**  Sunday, July 05, 2009 12:11 PM
**To:**    Colin R. Robinson; gregg.galardi@skadden.com; Hayes, Dion W.
**Cc:**    Nancy A. Washington; Blanks, Daniel F.; Ian Fredericks
**Subject:** RE: In re Circuit City Stores, Inc.

Counsel - We will discuss with the Debtor and Committee and get back to you.  In the interim, we agree that you do not need to file a motion at this time.  Thanks.  Doug.

---

**From:** Colin R. Robinson [mailto:CRobinson@saiber.com]
**Sent:** Thursday, July 02, 2009 7:22 PM
**To:** gregg.galardi@skadden.com; Foley, Douglas M.; Hayes, Dion W.
**Cc:** Nancy A. Washington
**Subject:** In re Circuit City Stores, Inc.

Counsel,

Please see attached correspondence. Thank you for your attention to this matter.

**Colin R. Robinson**

# Saiber
ATTORNEYS AT LAW
**One Gateway Center, 13th Floor**
**Newark, New Jersey 07102-5311**
☎ Direct 973.820.0054 | ☎ Firm 973.622.3333 | 📠 Fax 973.622.3349
✉ Email: crobinson@saiber.com | my profile | www.saiber.com

**Newark | New York | Atlantic City | Point Pleasant Beach**

---

****************************************

This e-mail and any documents accompanying this e-mail may contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Saiber LLC immediately.  In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (973-622-3333) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

# **EXHIBIT F**

| | |
|---|---|
| **From:** | Foley, Douglas M. [dfoley@mcguirewoods.com] |
| **Sent:** | Thursday, August 13, 2009 10:27 AM |
| **To:** | Nancy A. Washington; Colin R. Robinson; gregg.galardi@skadden.com; Hayes, Dion W. |
| **Cc:** | Blanks, Daniel F.; Ian Fredericks |
| **Subject:** | RE: In re Circuit City Stores, Inc. |
| **Attachments:** | FM Late Admin Claim.pdf; FM Late Admin Claim - Amended.pdf; FM Proposed Stip.pdf |

Nancy-

Thanks for your note.  I have followed up again with the Committee regarding whether they have a position on your request to deem your late filed administrative claim timely filed under the "excusable neglect" standard as set forth in Colin's letter/proposed stip (attached).  As soon as I hear something I will let you know.  We have generally postponed considering these requests and similar pending motions - with the agreement of the late claimants - until plan confirmation and we would ask that you do the same without prejudice in not having filed a motion.  As you know, the "excusable neglect" standard is a case-by-case fact specific analysis and is narrowly applied -- certainly in the EDVA.  I also noticed that the original late filed administrative claim filed on July 1st (Claim No.14325 - $731,293.46) as amended on July 28th (Claim No. 14525 - $607,961.73) have not yet been objected to by the Debtors.  Best regards,

Doug

**From:** Nancy A. Washington [mailto:NWashington@saiber.com]
**Sent:** Wednesday, August 12, 2009 7:23 PM
**To:** Foley, Douglas M.; Colin R. Robinson; gregg.galardi@skadden.com; Hayes, Dion W.
**Cc:** Blanks, Daniel F.; Ian Fredericks
**Subject:** RE: In re Circuit City Stores, Inc.

Doug,

It has been over 5 weeks since we requested the Debtor's agreement on the filing issue regarding FM Maintenance Facility's post-petition administrative claim.  I have not heard back from counsel since your advice that you would get back to me regarding same (see thread below).  Please advise.  Thank you.

**Nancy A. Washington**

Saiber
ATTORNEYS AT LAW

**One Gateway Center, 13th Floor**
**Newark, New Jersey 07102-5311**
☎ Direct 973.622.8398 | ☎ Firm 973.622.3333 | 📠 Fax 973.622.3349
✉ Email: nwashington@saiber.com | my profile | www.saiber.com

**Newark | New York | Atlantic City | Point Pleasant Beach**

**From:** Foley, Douglas M. [mailto:dfoley@mcguirewoods.com]
**Sent:** Sunday, July 05, 2009 12:11 PM
**To:** Colin R. Robinson; gregg.galardi@skadden.com; Hayes, Dion W.
**Cc:** Nancy A. Washington; Blanks, Daniel F.; Ian Fredericks
**Subject:** RE: In re Circuit City Stores, Inc.

Counsel - We will discuss with the Debtor and Committee and get back to you.  In the interim, we agree that you do not need to file a motion at this time.  Thanks.  Doug.

11/16/2009

**From:** Colin R. Robinson [mailto:CRobinson@saiber.com]
**Sent:** Thursday, July 02, 2009 7:22 PM
**To:** gregg.galardi@skadden.com; Foley, Douglas M.; Hayes, Dion W.
**Cc:** Nancy A. Washington
**Subject:** In re Circuit City Stores, Inc.

Counsel,

Please see attached correspondence. Thank you for your attention to this matter.

**Colin R. Robinson**



ATTORNEYS AT LAW
**One Gateway Center, 13th Floor**
**Newark, New Jersey 07102-5311**
☎ **Direct 973.820.0054 | ☎ Firm 973.622.3333 | 🖨 Fax 973.622.3349**
✉ **Email:** crobinson@saiber.com | my profile | www.saiber.com

**Newark | New York | Atlantic City | Point Pleasant Beach**

*****************************************

This e-mail and any documents accompanying this e-mail may contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Saiber LLC immediately.  In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (973-622-3333) immediately, delete the e-mail and all attachments and destroy all hard copies of same.

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.