UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**JOINDER OF SLAM BRANDS, INC. TO OBJECTIONS OF LG ELECTRONICS USA, INC. AND EASTMAN KODAK COMPANY TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION**

Slam Brands, Inc. ("Slam Brands"), by its counsel, Gregory Kaplan, PLC and Graham & Dunn PC, respectfully submits the following Joinder to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' Chapter 11 Plan of Liquidation; and in support thereof, states as follows:

1. The Debtors have an objection pending to Slam Brands' claim number 6033 (the "Slam Brands POC"). See Debtor's Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) [Docket No. 3703] (the "Claim Objection"). The Slam Brands POC identifies two components to the company's claim: (1) a Section 503(b)(9) claim in the amount of $539,270.86 (the "503(b)(9) Claim"); and (2) a general unsecured claim in the amount of $440,476.30. Slam Brands also timely filed a separate claim form solely for the 503(b)(9) Claim using the "503(b)(9) Claim Request Form." The Debtors have not objected to this particular filing.

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 423-7921
Facsimile:  (804) 230-0024

*Counsel to Slam Brands, Inc.*

2. In the Plan, the Debtors seek to "temporarily disallow" the 503(b)(9) Claim pursuant to their Plan and 11 U.S.C. § 502(d).

3. For the reasons stated in the LG and Eastman Kodak Objections, the Debtors' plan cannot be confirmed in its current form. As such, Slam Brands hereby joins in the Objections of LG Electronics USA, Inc. [Docket No. 5652] and Eastman Kodak Company [Docket No. 5655] to confirmation of the Debtors' Chapter 11 plan of liquidation.

Dated: November 16, 2009             Respectfully submitted,

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Telephone:    (804) 423-7921
Facsimile:    (804) 230-0024

- and -

Mark D. Northrup (Not Admitted in Va.)
Brad A. Goergen (Not Admitted in Va.)
GRAHAM & DUNN PC
Pier 70 ~ 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone:    (206) 624-8300
Facsimile:    (206) 340-9599

*Co-Counsel to Slam Brands, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2009, a copy of the foregoing JOINDER TO OBJECTIONS OF LG ELECTRONICS USA, INC. AND EASTMAN KODAK COMPANY TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION was served via electronic service upon the parties registered with the Court's CM/ECF Noticing System and served upon the following parties in the manner indicated below:

The Debtor:
Circuit City Stores, Inc.
ATTN: Michelle Mosier
4951 Lake Brook Drive, Suite #500
Glen Allen, VA 23060
*(Via hand-delivery)*

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: Chris L. Dickerson and
Jessica S. Kumar
155 N. Wacker Drive
Chicago, IL 60606
Co-Counsel to the Debtors
*(Via electronic mail and overnight delivery)*

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: Gregg M. Galardi and
Ian S. Fredericks
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
Co-Counsel to the Debtors
*(Via electronic mail and overnight delivery)*

McGuire Woods LLP
ATTN: Douglas M. Foley and
Sarah B. Boehm
One James Center
901 E. Cary Street
Richmond, VA 23219
*(Via electronic mail and hand-delivery)*

Counsel For The Creditors' Committee:
Pachulski Stang Ziehl & Jones, LLP
ATTN: Jeffrey N. Pomerantz and
Stanley E. Goldich
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
*(Via electronic mail and overnight delivery)*

Tavenner & Beran, PLC
ATTN: Lynn L. Tavenner and
Paula S. Beran
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*(Via electronic mail and hand-delivery)*

Pachulski Stang Ziehl & Jones, LLP
ATTN: Robert J. Feinstein
780 Third Avenue, 36th Floor
New York, NY 10017
*(Via electronic mail and overnight delivery)*

The United States Trustee
ATTN: Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, VA 23219
*(Via electronic mail and hand-delivery)*

/s/ Troy Savenko
Counsel