IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **Circuit City Stores, Inc.,** *et al.*, | : Case No. 08-35653 (KRH) |
| | : |
| **Debtors.** | : |

**RESPONSE OF KELLY BREITENBECHER TO DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

**COMES NOW** Kelly Breitenbecher, ("Ms. Breitenbecher "), by the undersigned counsel, and for her response to *Debtors' Fifty-Sixth Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations)* ("Objection"), and states as follows:

1.  On or about June 29, 2009, Ms. Breitenbecher filed her administrative claim with Debtor's claims agent, Kurtzman Carson Consultants, in the total amount of $1,502,166.00. On information and belief, the claim has been assigned claim number 13936 (the "Claim"). A copy of the Claim is attached hereto and incorporated in full by this reference as **Exhibit A**. The Debtor's Objection seeks to disallow the Claim entirely.

2.  The Claim is based upon an Employment Agreement (the "Agreement"), and a special cash retention award (the "Award")[1]. A copy of the Employment and a letter agreement

---

[1] On or about January 29, 2009, prior to the filing of the claim now subject to this 56th omnibus objection, Ms. Breitenbecher filed a claim in the total amount of $1,046,083.00. On information and belief, that claim has been assigned claim number 7786. Claim 7786 asserted $300,000.00 as entitled to administrative expense, and $746,083.00 as general unsecured. The Debtor, in its 58th Omnibus Objection, has objected to the administrative expense portion of claim 7786. Contemporaneously with the filing of this response to Debtor's 56th Omnibus Objection, Ms. Breitenbecher has also filed a response to Debtors' 58th Omnibus Objection.

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:      (804) 783-7291
   *Counsel for Kelly Breitenbecher*

for the Award is attached to the Claim.

### A. The Special Cash Retention Award

3. The initial vesting date under the Award was January 1, 2009. Ms. Breitenbecher was employed by the Debtors until April 17, 2009. Thus, $300,000.00 of the Award fully vested on January 1, 2009.

4. As the vesting of the Award was post petition, and Ms Breitenbecher was employed as of the vesting date, Ms. Breitenbecher asserts this Award is part of her wages and/or salary, and thus pursuant to 11 U.S.C. §503(b)(1)(A)(i) is entitled to administrative expense status. In that at least a portion of the Award would have accrued post petition, Ms. Breitenbecher should be allowed, at a minimum, to a pro rata amount of the Award for her post-petition services as an administrative expense. See In re Hechinger Investment Company of Delaware, 298 F.3d 219 (3rd Cir. 2002); In re Lason, 309 B.R. 441 (Bankr. D. Delaware 2004).

5. Without waiving the above, Ms. Breitenbecher asserts, in the alternative, the Award has priority under 11 U.S.C. § 507(c)(4), in that at least a portion of the Award was earned within 180 days before the date of the bankruptcy petition or cessation of debtors' business. Cessation of Debtor's business would have been upon the order granting liquidation of the company, or upon completion of liquidation.

### B. The Employment Agreement

6. The Claim, as same pertains to the Agreement, is based upon change in control severance benefits, pursuant to Article 9 of the Agreement. In brief, upon a "change in control," as defined in the Agreement, Ms. Breitenbecher was entitled to: two times her base salary; two times her "target annual bonus"; two times health and related plan benefits; the value of 6 months outplacement services; and car allowance and legal fees. A change in control included,

2

inter alia, the "sale or other disposition of all or substantially all of the assets of the Company ...". Agreement, para. 9.2(c).

7. These benefits under Article 9 are severance benefits. Additionally, they are "earned" at the time of termination (i.e., April 17, 2009). As such, they are a cost of administeringdoing business post petition and thereby entitled to administrative expense status. See, e.g., Strauss-Duparquet, Inc. v. Local 3, International Brotherhood of Electrical Workers, 386 F.2d 649 (2nd Cir. 1967); In re W. T. Grant Co., 620 F. 2d. 319 (2d Cir.), cert denied, 446 US. 983, 100 S. Ct. 2963, 64 2. Ed. 2d 839 (1980).

8. The person with knowledge of this claim is Kelly Breitenbecher, as identified above. Documents supporting the claim were attached to the claim as filed.

9. There were certainly other employees of Circuit City familiar with, or having knowledge of, the Agreement and Award, and Circuit City may have documents pertaining to the Award. As such, Ms. Breitenbecher reserves her right to supplement this Response in advance of any final hearing on the Objection.

**WHEREFORE,** Kelly Breitenbecher respectfully requests the Court overrule the Objection, and allow Ms. Breitenbecher's claim as filed, and grant such further relief as is just and proper under the circumstances.

                **Respectfully Submitted,**
                **KELLY BREITENBECHER**
                **By Counsel**
                /s/ William A. Gray
                William A. Gray, Esquire – VSB #46911
                C. Thomas Ebel, Esquire – VSB # 18637
                Ashley Burgess, Esquire – VSB # 67998
                Sands, Anderson, Marks & Miller, P.C.
                801 East Main Street, Suite 1800
                (P.O. Box 1998)
                Richmond, Virginia 23219 (23218-1998)
                Phone: (804) 648-1636
                Fax: (804) 783-7291
                    *Counsel for Kelly Breitenbecher*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed by U.S. Mail, first class, postage prepaid, to all persons on the below Service List:

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606

4

*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Local Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

*Counsel for Debtors*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067
*Counsel for the Official Committee of Unsecured Creditors*


                    /s/ William A. Gray