Stephan W. Milo (VSB #42156)
Whitney J. Levin (VSB #68365)
Wharton Aldhizer and Weaver, PLC
125 S. Augusta Street
Suite 2000
Staunton, VA 24401
Phone: 540.213.7440
Fax: 540.213.0390
Email: smilo@wawlaw.com

Counsel for Claimant (Claim No. 1293)
BISSELL Homecare, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (Richmond Division)

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **CIRCUIT CITY STORES, INC., et al.,** | ) Case No. 08-35653 (KRH) |
| | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## JOINDER OF BISSELL HOMECARE, INC. TO MOTIONS OF PIONEER ELECTRONICS, INC. AND SAMSUNG ELECTRONICS AMERICA, INC. FOR AN ORDER REQUIRING A CONFIRMATION DEPOSIT PURSUANT TO BANKRUPTCY RULE 3020(a)

BISSELL Homecare, Inc. ("BISSELL") by and through its undersigned counsel, hereby respectfully filed this "Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a)" and in support hereof, states as follows:

1.  BISSELL filed its request for payment of its administrative expense from the above captioned debtors and debtors-in-possession (the "Debtors") pursuant to 11 U.S.C. §503(b)(9) (the "BISSELL Administrative Expense"). Such request has been designated as Number 1293 on the register maintained by Kurtzman Carson Consultants in these proceedings.

2. By its "Fifty-First Omnibus Objection to Certain 503(b)(9) Claims" (the "Objection"), the Debtors have sought to temporarily disallow a portion of the BISSELL Administrative Expense. BISSELL has opposed the relief request in the Objection, which Objection the Court has heard arguments on and taken under advisement.

2. Contemporaneously herein, BISSELL is filing its objection to the Debtors' "First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims" (ECF Doc. No. 5124, the "Plan"). A hearing on confirmation of the Plan is presently scheduled for November 23, 2009.

3. BISSELL hereby joins the motions of Pioneer Electronics, Inc. (ECF Doc. No. 5461, "Pioneer") and Samsung Electronics America, Inc. (ECF Doc. No. 5614, "Samsung") for an order requiring a confirmation deposit pursuant to Federal Rule of Bankruptcy Procedure 3020(a). For the reasons stated in the Samsung and Pioneer motions, the Debtors should be required to deposit funds into a special account in an amount sufficient to cover all amounts required to be paid on the effective date of the Plan, including the amount asserted in the BISSELL Administrative Expense.

4. BISSELL respectfully reserves the right to rely on the arguments and authorities contained in the joinder or other responses of other creditors seeking an order requiring a confirmation deposit or similar relief in these cases.

5. Nothing herein should be construed as conceding the Debtors' entitlement to any portion of the preference claim described or claimed by the Debtors in the Objection. To the contrary, BISSELL denies that the preference claim is valid and expressly reserves all of its defenses to the merits of the Debtors' alleged preference claims.

Dated: Staunton, Virginia
November 16, 2009

                        WHARTON, ALDHIZER & WEAVER, P.L.C.

/s/ Stephan W. Milo
STEPHAN W. MILO, ESQ. (VSB#42156)
WHITNEY J. LEVIN (VSB#68365)
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(540) 213-7440 – Telephone
(540) 213-0390 – Facsimile
Counsel for BISSELL Homecare, Inc.

3

## CERTIFICATE OF SERVICE

I, Stephan W. Milo, hereby certify that a true and correct copy of the foregoing "Objection of BISSELL Homecare, Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims" has been served upon the parties listed below via first-class mail, postage prepaid on November 16, 2009 and parties-in-interest who are included in the United States Bankruptcy Court's ECF email notification system for this case by virtue of the electronic filing of same.

| **The Debtors**<br>Circuit City Stores, Inc.<br>4951 Lake Brook Dr., Suite #500<br>Glen Allen, VA 23060<br>Attn: Michelle Moiser | **Office of the U.S. Trustee**<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>Attn: Robert B. Van Arsdale |
|---|---|
| **Debtor's Counsel**<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOAM, LLP<br>One Rodney Square<br>10th and King Streets, 7th Floor<br>Wilmington, DE 19801<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks<br><br>SKADDEN, ARPS, SLATE, MEATHER & FLOAM, LLP<br>155 N. Wacker Dr<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson<br>Attn: Jessica S. Kumar<br><br>MCGUIRE WOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Douglas M. Foley<br>Attn: Sarah M. Boehm | **Counsel for the Creditors' Committee**<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067<br>Attn: Jeffrey N. Pomerantz<br>Attn: Stanley E. Goldich<br><br>PACHULSKI STANG ZIEHL & JONES, LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017<br>Attn: Robert J. Feinstein<br><br>TAVENNER & BERAN, PLC<br>280 N. Eighth Street, 2nd Floor<br>Richmond, VA 23219<br>Attn: Lynn L. Tavenner<br>Attn: Paula S. Beran |

/s/ Stephan W. Milo
Stephan W. Milo