**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | **Case No: 08-35653-KRH** |
| | | **Chapter 11** |
| **Debtors,** | * | **(Jointly Administered)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINDER TO OBJECTIONS TO CONFIRMATION OF
DEBTORS' FIRST AMENDED PLAN OF LIQUIDATION**

Twentieth Century Fox Home Entertainment, LLC ("Fox") and TeleDynamics LLP ("TeleDynamics"), by counsel, hereby object to the confirmation of the Debtors' First Amended Joint Plan of Liquidation (the "Plan") [Docket No. 5124] and state as follows:

1. Fox and TeleDynamics each hold administrative expense claims against the Debtors pursuant to 11 U.S.C. § 503(b)(9).

2. Pursuant to certain pending claims objections, the Debtors seek to "temporarily disallow" the administrative expense claims of Fox and TeleDynamics pursuant to 11 U.S.C. § 502(d). Fox and TeleDynamics have opposed the Debtors' claim objections and the matter is currently under advisement.

3. Because of the uncertainty regarding the treatment of their administrative expense claims, Fox and TeleDynamics hereby join in the objections of LG Electronics USA, Inc. [Docket No. 5652], Eastman Kodak Company [Docket No. 5655], and Samsung Electronics

---

WHITEFORD, TAYLOR & PRESTON L.L.P.
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9263
(703) 280-9139 (facsimile)
cajones@wtplaw.com

*Counsel for Twentieth Century Fox Home Entertainment LLC
and TeleDynamics, LLP*

America, Inc. [Docket No. 5681] to confirmation of the Debtors' Plan.   For the reasons stated therein, the Debtors' plan cannot be confirmed in its current form.

Dated:  November 16, 2009             Respectfully submitted,

/s/ Christopher A. Jones
WHITEFORD, TAYLOR & PRESTON L.L.P.
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9263
(703) 280-9139 (facsimile)
cajones@wtplaw.com

*Counsel for Twentieth Century Fox Home Entertainment, LLC and TeleDynamics, LLP*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of November, 2009, a copy of the foregoing was served via the Court's electronic notification system to all parties receiving such notice.

/s/ Christopher A. Jones
Counsel

*17911v1*