Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | Jointly Administered |

## AMENDED NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court a Motion under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit (the "Motion").  The motion requests an order directing the Debtors to put all funds to be distributed on the effective date of any confirmed Plan of Liquidation into an escrow account.

**A hearing on the Motion has been scheduled for December 21, 2009 at 2:00 p.m. The location of the hearing is Courtroom 5000, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Richmond VA 23219.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under  Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1.     File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than five business days before the scheduled hearing on the Motion, or by December 14, 2009.

>William C. Redden, Clerk of Court
>United States Bankruptcy Court
>Eastern District of Virginia
>701 East Broad Street
>Suite 4000
>Richmond, Virginia 23219

2. You must also deliver a copy to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system and to:

>*Counsel for Circuit City Stores, Inc.*
>Douglas M. Foley, Esquire
>Dion W. Hayes, Esquire
>MCGUIREWOODS LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, Virginia 23510

>*Counsel for Samsung Electronics America, Inc.*
>Mona M. Murphy, Esquire
>AKERMAN SENTERFITT LLP
>8100 Boone Boulevard
>Suite 700
>Vienna, Virginia  22182-2642

>Robert B. Van Arsdale
>Office of the United States Trustee
>701 E. Broad St.  Suite 4304
>Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

**DATED:**  November 16, 2009            **AKERMAN SENTERFITT LLP**

>By:  /s/ Mona M. Murphy
>Mona M. Murphy, Esquire
>Virginia Bar No. 21589
>Stanley M. Salus, Esquire
>Virginia Bar No. 00464
>Michael Goldberg, Esquire
>Joanne Gelfand, Esquire
>8100 Boone Boulevard, Suite 700
>Vienna, VA  22182-2642
>tel.: (703) 790-8750
>fax: (703) 448-1767
>mona.murphy@akerman.com
>stan.salus@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of November, 2009, a copy of the foregoing Amended Notice of Motion and Notice of Hearing was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same.

    /s/ Mona M. Murphy
Mona M. Murphy