**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | *   CASE NO.: | **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | *   (CHAPTER 11) | |
| DEBTORS. | *   (JOINTLY ADMINISTERED) | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINDER OF TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC. TO OBJECTIONS OF
PARAMOUNT HOME ENTERTAINMENT, INC. AND SAMSUNG AMERICA ELECTRONICS, INC. TO
CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION**

Toshiba America Consumer Products, L.L.C. ("TACP") and Toshiba America Information Systems, Inc. ("TAIS") (together with TACP, "Toshiba"), by their attorneys, object to confirmation of the *First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding Unsecured Claims* [Docket No. 5124] (the "Plan"), and state:

1.   TACP and TAIS both timely requested reimbursement of administrative expenses from the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors")[1] pursuant to 11 U.S.C. § 503(b)(9).  The Debtors seek to "temporarily disallow"

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.
and Toshiba America Information Systems, Inc.*

101683.doc

TACP's request pursuant to 11 U.S.C. § 502(d), asserting that TACP was the recipient of preferential transfers.

2.      Toshiba hereby joins, adopts, and incorporates the objections to confirmation of the Plan filed by Paramount Home Entertainment, Inc. [Docket No. 5667] and Samsung America Electronics, Inc. [Docket No. 5681], as well as any other objections to confirmation of the Plan that are consistent with those objections. For the reasons described in those objections to confirmation, the Plan cannot be confirmed in its present form.

3.      Toshiba reserves its rights to supplement this Objection at any time prior to a final hearing on confirmation of the Plan.

WHEREFORE, Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. respectfully request that this Court:

      A.      Deny confirmation of the Plan; and

      B.      Provide such other and further relief as the Court determines to be necessary.

              /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America*
  *Consumer Products, L.L.C. and*
  *Toshiba America Information Systems, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2009, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219.

                                          /s/ Jeremy S. Friedberg
                                          Jeremy S. Friedberg