Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel to Apex Digital Inc. and THQ, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>                             Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE
2090-1(E)(2) FOR ADMISSION PRO HAC VICE OF SHARON Z. WEISS**

THIS MATTER came before the Court upon the Motion pursuant to Local Bankruptcy Rule 2090-1(E)(2) for Admission Pro Hac Vice of Sharon Z. Weiss (the "Motion") filed by Joshua D. McKarcher, seeking admission pro hac vice of Sharon Z. Weiss of the law firm Richardson & Patel LLP in the above-styled bankruptcy cases and related proceedings (the "Bankruptcy Case").  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Sharon Z. Weiss be authorized to practice pro hac vice before the Court in the Bankruptcy Case.  Therefore, it is hereby

ORDERED as follows:

1. The Motion is granted.

      2.   Sharon Z. Weiss is permitted to appear pro hac vice in the Bankruptcy Case in accordance with Local Bankruptcy Rule 2090-1(E)(2). Ms. Weiss may file pleadings in, appear and be heard at hearings concerning, and otherwise participate in the Bankruptcy Case.

Date:_____        _____
United States Bankruptcy Judge

ENTERED ON DOCKET:_____

I ASK FOR THIS:

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel to Apex Digital Inc. and THQ, Inc.*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

     I hereby certify that the foregoing has been served upon the below-listed parties by electronic mail on November 9, 2009.

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

**Pursuant to Local Bankruptcy Rule 9022-1(B), the parties to receive copies are:**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219