IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------------------------------x
In re                                                           :    Chapter 11
                                                                :
CIRCUIT CITY STORES, INC.,                                      :    Case No. 08-35653 (KRH)
*et al.*,                                                       :
                                                                :    JOINTLY ADMINISTERED
                          Debtors.                              :
----------------------------------------------------------------x

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF KENNETH T. LAW**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Kenneth T. Law (the "Motion") filed by Christopher L. Perkins, seeking admission pro hac vice for Kenneth T. Law, of the law firm Bialson, Bergen & Schwab, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Kenneth T. Law be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Kenneth T. Law, of the law firm Bialson, Bergen & Schwab, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Cisco-Linksys, LLC.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Christopher L. Perkins_____
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christopher L. Perkins
Movant

**SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306
(650)857-9500
    *Counsel for Cisco-Linksys, LLC*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square P.O. Box 636
Wilmington, Delaware 19899-0636
    *Counsel for the Debtors*