Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF MOTION FOR AN EXPEDITED HEARING ON SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION UNDER FED. R. BANKR. P. 3020(a) FOR AN ORDER REQUIRING CONFIRMATION DEPOSIT**

PLEASE TAKE NOTICE that Samsung Electronics America, Inc. ("Samsung"), claimant herein, hereby withdraws its previously filed Motion for an Expedited Hearing on Samsung Electronics America, Inc.'s Motion Under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit, previously scheduled for November 23, 2009 at 10:00 a.m., which is now scheduled for hearing in this Court on December 21, 2009 at 2:00 p.m.

**DATED:**  November 17, 2009                **AKERMAN SENTERFITT LLP**

By:   /s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com
stan.salus@akerman.com

{TY090499;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November, 2009, a copy of the foregoing Notice of Withdrawal of Motion for Expedited Hearing was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same.

    /s/ Mona M. Murphy
Mona M. Murphy