IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
-----------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
CIRCUIT CITY STORES, INC.,                       :    Case No. 08-35653 (KRH)
et al.,                                          :
                                                 :    JOINTLY ADMINISTERED
                       Debtors.                  :
-----------------------------------------------------------------x
```

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF PAUL V. SHALHOUB

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Paul V. Shalhoub (the "Motion") filed by Christopher L. Perkins, seeking admission pro hac vice for Paul V. Shalhoub, of the law firm of Willkie Farr & Gallagher LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Paul V. Shalhoub be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Paul V. Shalhoub, of the law firm of Willkie Farr & Gallagher LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Olympus Corporation of the Americas.

ENTERED:

I ASK FOR THIS:

_____
UNITED STATES BANKRUPTCY JUDGE

/s/ Christopher L. Perkins
Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christopher L. Perkins
Movant

**SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*