Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for SouthPeak Interactive, LLC and Nyko Technologies, Inc..*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

---------------------------------------------------------x
                                                         :
In re:                                                   : Chapter 11
                                                         :
CIRCUIT CITY STORES, INC., *et al.*,                     : Case No. 08-35653 (KRH)
                                                         :
          Debtors.                                       : (Jointly Administered)
                                                         :
---------------------------------------------------------x

**ORDER GRANTING MOTION FOR LEAVE**
**OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed

by W. Alexander Burnett, and it appearing that the motion having been served upon counsel for

Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of

Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of

Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion for Leave of Court to Attend Hearing by Telephone filed by

SouthPeak Interactive, LLC and Nyko Technologies, Inc. is GRANTED and William H.

Schwarzschild, III is permitted to appear and be heard by telephone at the hearing on November

12, 2009 on behalf of SouthPeak Interactive LLC and Nyko Technologies, Inc.

Enter:            /    /


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


We ask for this:

      */s/ W. Alexander Burnett*

_____
Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: 804.783.6489
FAX:   804.783.6507
Email: pbliley@williamsmullen.com
       tschwarz@williamsmullen.com
       aburnett@williamsmullen.com
       *Counsel for SouthPeak Interactive, LLC and Nyko Technologies, Inc.*

7031326_1.DOC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, this 9th day of November 2009 caused the service of a copy of

the foregoing Order to all necessary parties by ECF and to those on the annexed Service List, by

first class mail, postage prepaid, at the address designated by them for service of papers and

electronically to the parties set forth on the Court's ECF Service List, in this case.


*/s/ W. Alexander Burnett*

_____

## SERVICE LIST

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

7031326_1.DOC