# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al, ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF PAUL J. LABOV

THIS MATTER is before the Court upon the Motion of Philip C. Baxa, attorney with the law firm of MercerTrigiani, LLP, pursuant to Local Bankruptcy Rule 2090-I, for the admission P*ro Hac Vice* of Paul J. Labov of the law firm Edwards Angell Palmer & Dodge LLP.  Upon consideration of the Motion, and the statements therein, and it appearing that proper Notice of such Motion was given; and it further appearing that no further or other notice is necessary or required; and it further appearing that good and sufficient cause exist for this Motion.

WHEREUPON, the Motion is GRANTED.  And it is ORDERED that Paul J. Labov is permitted to appear P*ro Hac Vice* as counsel for Plaintiff Onkyo USA Corporation in this Proceeding and any related proceedings.

ENTER   /   /

_____
Kevin R. Huennekens, Judge
United States Bankruptcy Court for the
Eastern District of Virginia, Richmond Division

I ASK FOR THIS:

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, VA 23219
Phone: 804-782-8691
Fax:    804-644-0209
phil.baxa@mercertrigiani.com
       Local Counsel for Onkyo USA Corporation


**Rule 9022-1 Certification**

      Pursuant to Local Bankruptcy Rule 9022-1, I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

                                                          /s/ Philip C. Baxa


R0009395