Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| ---------------------------------------------------X | | |
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC., et al.,** | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ---------------------------------------------------X | | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)

THIS MATTER is before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Philip C. Baxa, counsel with the law firm of MercerTrigiani LLP, for the admission *pro hac vice* of James A. Pardo, Jr. of King & Spalding LLP. Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. James A. Pardo, Jr. is permitted to appear *pro hac vice* as counsel to Mitsubishi

Digital Electronics America, Inc. in the above-captioned chapter 11 case in accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Entered: _____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Philip C. Baxa
PHILIP C. BAXA (VSB No. 22977)
MERCER TRIGIANI, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804-782-8691
Fax:    804-644-0209
phil.baxa@mercertrigiani.com
Local Counsel for Mitsubishi Digital Electronics America, Inc.

### LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Philip C. Baxa
PHILIP C. BAXA

R0009278