```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
           Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' THIRTY-EIGHTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
QUALIFIED PENSION PLAN AND 401(k) CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Thirty-Eighth Omnibus Objection to Claims (Disallowance of Certain Qualified Pension Plan and 401(k) Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C

attached to the Objection be disallowed in their entirety for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses (the "Responses"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and a hearing on the merits on the Responses having been held on November 3, 2009; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   For the reasons set forth in the Objection, the Claims identified on <u>Exhibit A</u>, as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009


       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                         /s/ Douglas M. Foley
                                         Douglas M. Foley


\10141607

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANNA MACCANELLI<br>482 1/2 S MAIN ST<br>FARMINGTON, IL 61531 | 14403 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 116,136.00<br><br>$116,136.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AUGUSTINE, LAURA<br>2551 MARTIN AVE<br>LOUISVILLE, KY 40216 | 13042 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 05/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BELL, BEVERLY<br>3120 CEDAR RIDGE DRIVE<br>RICHARDSON, TX 75082 | 13571 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | 14,418.00<br><br><br>$14,418.00 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENNETT, CONSTANCE LEIGH<br>1227 C GASKINS RD<br>HENRICO, VA 23238 | 14149 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BERNADETTE JOHNSON | 14274 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BERNADETTE VOLPE<br>350 GREAT KILLS RD<br>STATEN ISLAND, NY 10308 | 14433 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Eighth Omnibus Objection to Claims
(Qualified Pension Plan & 401(K) Plan Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BYRNE, CHERYL L<br>16588 WELLINGTON LAKES CIR<br>FT MYERS, FL 33908 | 1339 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):                UNL<br>Unsecured:<br>Total:                       UNL | 12/17/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAROL LOLAUS<br>4270 JARUIS RD<br>HILLSBORO, MO 63050 | 13663 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:                UNL<br>Total:                       UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAROLYN SHOOK<br>PRO SE<br>5 SYCAMORE DR<br>FLORENCE, KY 41042 | 14316 | Secured:<br>Priority:<br>Administrative      UNL<br>503(b)(9):<br>Unsecured:<br>Total:                       UNL | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARRANZA, JORGE<br>8202 DUOMO CIRCLE<br>BOYNTON BEACH, FL 33472 | 13429 | Secured:<br>Priority:              38,611.20<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:              $38,611.20 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHERYL BOTTORFF<br>701 SUN CREST DR<br>NOKOMIS, FL 34275 | 14391 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:        36,000.00<br>Total:              $36,000.00 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CYNTHIA LYNN HOZEN<br>15969 ATITLAN DR<br>HACIENDA HEIGHTS, CA 91745 | 13841 | Secured:<br>Priority:                        UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total:                       UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH   Doc 5777   Filed 11/17/09   Entered 11/17/09 11:02:10   Desc Main
Document   Page 7 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Eighth Omnibus Objection to Claims
(Qualified Pension Plan & 401(K) Plan Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DOAR, FRANCES H<br>118 VILLAGE DR<br>CANTON, GA 39117 | 5159 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GWENDOLYN M JACOBS<br>10610 N DOVER PT RD<br>RICHMOND, VA 23238 | 13242 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HALE WILLIAM E<br>1321 GAINSBORO DR<br>MARTINSBURG, WV 25403 | 13922 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>38,227.00<br>$38,227.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HALE, WILLIAM<br>117 DALI CT<br>MARTINSBURG, WV 25403 | 14020 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>38,227.00<br>$38,227.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HANAUER, DONALD<br>115 ALDER LANE<br>CHRISTIANBURG, VA 24073 | 8368 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>57,600.00<br><br><br><br>$57,600.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHNSON, DENISE H<br>6300 ADKINS RD<br>PROVIDENCE FORGE, VA 23140-2821 | 13380 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Eighth Omnibus Objection to Claims  
(Qualified Pension Plan & 401(K) Plan Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KENNETH JOHNSON | 14275 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KISKER, RYAN<br>299 BERKSHIRE AVE<br>BUFFALO, NY 14215 | 13934 | Secured:<br>Priority:<br>Administrative: 1,963.43<br>503(b)(9):<br>Unsecured:<br>Total: $1,963.43 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOBER JEAN A<br>12003 CHURCH RD<br>RICHMOND, VA 23233 | 13623 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARIA TERESA RP TURNER<br>18479 CATTAIL SPRING DR<br>LEESBURG, VA 20176 | 13871 | Secured:<br>Priority:<br>Administrative: 233,479.00<br>503(b)(9):<br>Unsecured:<br>Total: $233,479.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARK H TURNER<br>18479 CATTAIL SPRING DR<br>LEESBURG, VA 20176 | 13495 | Secured:<br>Priority:<br>Administrative: 158,023.32<br>503(b)(9):<br>Unsecured:<br>Total: $158,023.32 | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MICHAEL KAESS<br>635 NEW RD<br>CHURCHVILLE, PA 18966 | 13362 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5777    Filed 11/17/09    Entered 11/17/09 11:02:10    Desc Main
                                 Document         Page 9 of 10

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Eighth Omnibus Objection to Claims  
(Qualified Pension Plan & 401(K) Plan Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MONAHAN, HARRIET J<br>7570 E SPEEDWAY BLVD<br>NO 446<br>TUSCON, AZ 85710 | 1980 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 12/29/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| OLAVARRIA, ANNETTE<br>2031 ORLANDO RD<br>RICHMOND, VA 23224 | 13603 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PRIOR, JAMES<br>52 BIRCHWOOD DR<br>HIGHLAND MILLS, NY 10930 | 13654 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RAFFONE, JAMES<br>1781 STATE ST<br>3<br>HAMDEN, CT 06517-0000 | 2751 | Secured:<br>Priority: 239.44<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: $239.44 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHEILA TAYLOR<br>12365 CHARWOOD AVE<br>GULFPORT, MS 39503 | 13352 | Secured:<br>Priority:<br>Administrative 503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEODORO ROMERO<br>308 RENEAU WAY<br>HERNDON, VA 20170 | 13817 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Total: UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Eighth Omnibus Objection to Claims
(Qualified Pension Plan & 401(K) Plan Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TURNER, MARK<br>18479 CATTAIL SPRING DR<br>LEESBURG, VA 20176 | 7646 | Secured:<br>Priority: 158,023.32<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: $158,023.32 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VICTOR NELLO<br>343 HIRAM AVE<br>NEWBURY PARK, CA 91320 | 13368 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VICTORIA MOORE<br>1306 ELMSHADOW DR<br>RICHMOND, VA 23231 | 14408 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Total: UNL | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    33    $890,947.71

\*    "UNL" denotes an unliquidated claim.