```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| <u>et</u> <u>al</u>., | : | |
| | : | |
| Debtors. | : | Jointly Administered |
| - - - - - - - - - - - - - - - x | | |

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SEVENTEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS
<u>FILED BY EQUITY HOLDERS TO INTERESTS</u>)**

THIS MATTER having come before the Court on the Debtors' Seventeenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

    3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

    4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
          _____, 2009

          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

   Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\10141904

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5780    Filed 11/17/09    Entered 11/17/09 11:28:05    Desc Main
Document    Page 4 of 7

Debtors' Seventh Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4484<br>Date Filed: 01/21/2009<br>Docketed Total: $10,193.25<br>Filing Creditor Name and Address:<br>RAYMOND E KELLER AND JOAN M KELLER TTEES<br>10415 WHITE MOUNTAIN RD<br>SUN CITY, AZ 85351-1807 | Claim Holder Name and Address<br>RAYMOND E KELLER AND JOAN M KELLER TTEES<br>10415 WHITE MOUNTAIN RD<br>SUN CITY, AZ 85351-1807 | Docketed Total: | | $10,193.25 | Modified Total: | $10,193.25 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$10,193.25 | Case Number<br>08-35653 | Interest<br>$10,193.25 |
| Claim: 9088<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>REGINA J CODY<br>8406 SNOWDEN OAKS PL<br>LAUREL, MD 20708 | Claim Holder Name and Address<br>REGINA J CODY<br>8406 SNOWDEN OAKS PL<br>LAUREL, MD 20708 | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 7688<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RHONDA S JOHNSON<br>834 CROSSHILL RD<br>DANVILLE, KY 40422 | Claim Holder Name and Address<br>JOHNSON, RHONDA S<br>834 CROSSHILL RD<br>DANVILLE, KY 40422 | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 4470<br>Date Filed: 01/21/2009<br>Docketed Total: $1,570.00<br>Filing Creditor Name and Address:<br>RICHARD G AND PAULINE B GRISKEY<br>88 PINE GROVE AVE<br>SUMMIT, NJ 07901 | Claim Holder Name and Address<br>GRISKEY, RICHARD G AND PAULINE B<br>88 PINE GROVE AVE<br>SUMMIT, NJ 07901 | Docketed Total: | | $1,570.00 | Modified Total: | $1,570.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,570.00 | Case Number<br>08-35653 | Interest<br>$1,570.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH Doc 5780 Filed 11/17/09 Entered 11/17/09 11:28:05 Debtors' Desc Main Omnibus Objection to Claims
Case No. 08-35653 (KRH) Document Page 5 of 7 Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 3760<br>Date Filed: 01/15/2009<br>Docketed Total: $830.00<br>Filing Creditor Name and Address:<br>RICHARD SMITH<br>5904 FOREST RD<br>CHEVERLY, MD 20785-2946 | Claim Holder Name and Address<br>SMITH, RICHARD<br>5904 FOREST RD<br>CHEVERLY, MD 20785-2946 | Docketed Total: | | $830.00 | Modified Total: | $830.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$830.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$830.00 |
| Claim: 5505<br>Date Filed: 01/16/2009<br>Docketed Total: $986.24<br>Filing Creditor Name and Address:<br>SETH KRANZ<br>5337 FM 2642<br>ROYSE CITY, TX 75189 | Claim Holder Name and Address<br>KRANZ, SETH<br>5337 FM 2642<br>ROYSE CITY, TX 75189 | Docketed Total: | | $986.24 | Modified Total: | $986.24 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$986.24 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$986.24 |
| Claim: 11650<br>Date Filed: 02/27/2009<br>Docketed Total: $3,413.69<br>Filing Creditor Name and Address:<br>SHIRLEY A MUNSELLE<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006 | Claim Holder Name and Address<br>MUNSELLE, SHIRLEY A<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006 | Docketed Total: | | $3,413.69 | Modified Total: | $3,413.69 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,413.69 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$3,413.69 |
| Claim: 3845<br>Date Filed: 01/15/2009<br>Docketed Total: $1,500.00<br>Filing Creditor Name and Address:<br>SUSAN GRACE STICKLAND<br>2640 SATURN ST<br>HARVEY, LA 70058 | Claim Holder Name and Address<br>STICKLAND, SUSAN GRACE<br>2640 SATURN ST<br>HARVEY, LA 70058 | Docketed Total: | | $1,500.00 | Modified Total: | $1,500.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,500.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$1,500.00 |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5780    Filed 11/17/09    Entered 11/17/09 11:28:05    Desc Main Debtors' Second Omnibus Objection to Claims
Case No. 08-35653 (KRH)                                     Document      Page 6 of 7                                  Supplemental Order (Reclassification Of Certain Claims
                                                                                                                       Filed By Equityholders To Interests) - Modified
EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 2318<br>Date Filed: 01/02/2009<br>Docketed Total: $430.00<br>Filing Creditor Name and Address:<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142 | Claim Holder Name and Address<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $430.00<br><br>Unsecured<br>$430.00 | Modified Total:<br><br>Case Number<br>08-35653 | $430.00<br><br>Interest<br>$430.00 |
| Claim: 2706<br>Date Filed: 01/06/2009<br>Docketed Total: $869.95<br>Filing Creditor Name and Address:<br>UBBEN, ANNA LYNN<br>6634 W 141ST ST APT 1905<br>OVERLAND PARK, KS 66223 | Claim Holder Name and Address<br>UBBEN, ANNA LYNN<br>6634 W 141ST ST APT 1905<br>OVERLAND PARK, KS 66223<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $869.95<br><br>Unsecured<br>$869.95 | Modified Total:<br><br>Case Number<br>08-35653 | $869.95<br><br>Interest<br>$869.95 |
| Claim: 5491<br>Date Filed: 01/26/2009<br>Docketed Total: $5,189.59<br>Filing Creditor Name and Address:<br>VIRGINIA V PHILLIPS<br>344 SASSAFRAS RD<br>BALTIMORE, MD 21221 | Claim Holder Name and Address<br>PHILLIPS, VIRGINIA V<br>344 SASSAFRAS RD<br>BALTIMORE, MD 21221<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $5,189.59<br><br>Unsecured<br>$5,189.59 | Modified Total:<br><br>Case Number<br>08-35653 | $5,189.59<br><br>Interest<br>$5,189.59 |
| Claim: 9392<br>Date Filed: 01/30/2009<br>Docketed Total: $6,100.00<br>Filing Creditor Name and Address:<br>WANG, YOUDE<br>1296 GRAND CYPRESS SQ<br>VIRGINIA BEACH, VA 23455 | Claim Holder Name and Address<br>WANG, YOUDE<br>1296 GRAND CYPRESS SQ<br>VIRGINIA BEACH, VA 23455<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br>$6,100.00 | Priority | $6,100.00<br><br>Unsecured | Modified Total:<br><br>Case Number<br>08-35653 | $6,100.00<br><br>Interest<br>$6,100.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 2593<br>Date Filed:  01/05/2009<br>Docketed Total:  $2,849.00<br>Filing Creditor Name and Address:<br>  WRIGHT, ANDREA<br>  6418 BARWICK DR<br>  FAYETTEVILLE, NC 28304 | Claim Holder Name and Address<br>  WRIGHT, ANDREA<br>  6418 BARWICK DR<br>  FAYETTEVILLE, NC 28304<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $2,849.00<br><br><br><br>Unsecured<br>$2,849.00 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $2,849.00<br><br><br><br>Interest<br>$2,849.00 |
| | | | | | **Total Claims To Be Modified: 13**<br>**Total Amount As Docketed:**   $33,931.72<br>**Total Amount As Modified:**    $33,931.72 | |

\*    "UNL" denotes an unliquidated claim.