William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:   (804) 783-6489
Fax:      (804) 783-6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for Vonage Marketing, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* | ) |
| | ) Case No. 08-35653 - KRH |
| Debtors. | ) |
| _____ | ) Jointly Administered |

**JOINDER OF VONAGE MARKETING, LLC
TO THE OBJECTION TO CONFIRMATION OF THE
DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION
FILED BY SAMSUNG AMERICA ELECTRONICS, INC.**

Vonage Marketing, LLC (formerly doing business as Vonage Marketing, Inc.) ("Vonage"), creditor and holder of an administrative expense claim in the above-captioned case, by counsel, hereby joins in the Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (the "Objection") as follows:

1.      On or about December 19, 2008, Vonage timely filed a claim (designated Claim No. 1056) in the amount of $69,022.58 in accordance with the procedures governing the filing of claims entitled to priority under 11 U.S.C. § 503(b)(9) in this case for goods sold to the Debtors in the ordinary course of the Debtors' business and received by the Debtors within 20 days before the date of the commencement of this case.

2. On or about January 29, 2009, Vonage timely filed a secured claim (designated Claim No. 8012) in the amount of $555,979.26.

3. The Debtors filed numerous objections in response to Vonage's claims.

4. On September 29, 2009, The Debtors filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (the "Plan").

5. Vonage adopts the grounds and authorities set forth in the Objection of Samsung as Vonage's objection to the Plan.

6. Additionally, Vonage reserves the right to rely on the arguments and authorities contained in the objections of other creditors filed in response to the Plan.

VONAGE MARKETING, LLC

By: /s/ W. Alexander Burnett
       Counsel

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: (804) 783-6489
Fax:    (804) 783-6507

*Counsel for Vonage Marketing, LLC*

7043017_1.DOC

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Joinder of Vonage Marketing, LLC was filed and served this 16th day of November, 2009, electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Michele Mosier
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, Virginia 23058-5695

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Sarah B. Bowhm, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-636

Chris L. Dickerson, Esq.
Jessica S. Kumar, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Stanley E. Goldich, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

By:    */s/ W. Alexander Burnett*
      _____

7043017_1.DOC