| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                       :  Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :  Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' FORTY-THIRD OMNIBUS
<u>OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u> attached to the Objection be disallowed in their entirety and for all

purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to December 7, 2009, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                            /s/ Douglas M. Foley
                                            Douglas M. Foley

\10150817

Case 08-35653-KRH    Doc 5785    Filed 11/17/09    Entered 11/17/09 12:04:59    Desc Main
Document      Page 5 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Third Omnibus Objection to Claims
(Late Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDY DOMINGUEZ<br>2119 BORDEAUX AVE<br>STOCKTON, CA 95210 | 14473 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,979.00<br><br><br><br><br>$1,979.00 | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| BJARNSON, BENJAMIN<br>594 E 7500S<br>MIDVALE, UT 84047-0000 | 13053 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$176.69<br><br>$176.69 | 05/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF CLARKSVILLE<br>DEPARTMENT OF FINANCE & REVENUE<br>PO BOX 928<br>CLARKSVILLE, TN 37041-0928 | 14483 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$11,242.65<br><br><br><br>$11,242.65 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FRIESEN, PATRICE<br>1420 SPALDING AVE<br>ATWATER, CA 95301 | 14014 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$15,000.00<br><br>$15,000.00 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARA KEVIN K<br>1156 LABRADOR CT<br>NEWMAN, CA 95360 | 13205 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,560.06<br><br><br><br>$1,560.06 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HATZLACHH SUPPLY INC<br>935 BROADWAY<br>NEW YORK, NY 10010 | 13219 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$255,825.84<br><br><br>$255,825.84 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOUSTON COUNTY REVENUE COMMISSIONER<br>PO BOX 6406<br>DOTHAN, AL 36302 | 14549 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$4,144.80<br><br><br><br><br>$4,144.80 | 08/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JULIA MAPES<br>649 EDITH ANN DR<br>AZUSA, CA 91702 | 13707 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$272.48<br><br>$272.48 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KIRK S CARTER<br>5205 W PIUTE AVE<br>GLENDALE, AZ 85308 | 14478 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,725.01<br><br>$1,725.01 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KYLE GORDON TRACEY<br>JOYCE E TRACEY<br>246 CIRCUIT ST<br>NORWELL, MA 02061 | 13213 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAFAYETTE CONSOLIDATED GOVERNMENT<br>PO BOX 4024<br>LAFAYETTE, LA 70502-4024 | 14534 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $6,381.90<br><br><br><br><br>$6,381.90 | 07/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MATTHEW KUPFERBERG<br>69 STONY HILL DR<br>MORGANVILLE, NJ 07751 | 13608 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$98.10<br><br><br><br>$98.10 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOSCATELL, BRENDA LYNN<br>727 BRASS CASTLE RD<br>BELVIDERE, NJ 07823 | 13228 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$5,500.00<br><br>$5,500.00 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OREGON EMPLOYMENT DEPARTMENT<br>EMPLOYMENT DEPARTMENT<br>875 UNION ST NE RM 107<br>SALEM, OR 97311 | 14488 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$937.61<br><br><br><br>$937.61 | 07/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PITTS, WILLIAM<br>3009 MCCLELLAN ST<br>DETROIT, MI 48214 | 13021 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$97.89<br><br><br><br>$97.89 | 05/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5785    Filed 11/17/09    Entered 11/17/09 12:04:59    Desc Main
Document    Page 8 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Third Omnibus Objection to Claims
(Late Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| QUARLES JANE B<br>9021 WELDON DR<br>RICHMOND, VA 23229 | 14277 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $29,722.37<br><br><br><br><br>$29,722.37 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RAMIREZ, MARC<br>15919 SE MCLOUGHLIN BLVD 9<br>MILWUALIE, OR 97267-0000 | 13653 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$625.77<br><br><br><br>$625.77 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RAMIREZ, MARCOS ISIDRO<br>15919 SE MCLOUGHLIN BLVD 9<br>MILWUALIE, OR 97267 | 13652 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$625.77<br><br>$625.77 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| REICHEL, SUSAN<br>1550 SPRINGTOWN BLVD NO 6C<br>LIVERMORE, CA 94551 | 13151 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,216.89<br><br><br><br>$1,216.89 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TERESA LYNN PASSEN<br>7138 TILGHMAN DR<br>PARSONSBURG, MD 21849 | 13739 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$15,000.00<br><br>$15,000.00 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| THOMAS GEORGE ASSOCIATES LTD TGA<br>INSURANCE RECOVERY DIVISION<br>PO BOX 30<br>E NORTHPORT, NY 11731-0030 | 12288 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,050.00<br>Reclamation:<br>Total: $1,050.00 | 04/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOMASELLI, STACEY<br>2141 JILL WAY<br>UPLAND, CA 91784 | 14435 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $777.81<br>Reclamation:<br>Total: $777.81 | 07/01/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| TRAN, KIEN X<br>9568 W FRANK AVE<br>PEORIA, AZ 85382 | 13157 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,802.17<br>Reclamation:<br>Total: $1,802.17 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WAYNE BERKLEY LUCK<br>WAYNE B LUCK<br>8954 KINGS CHARTER DR<br>MECHANICSVILLE, VA 23116 | 14330 | Secured:<br>Priority: $210,000.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $210,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WRIGHT, LESLIE<br>13422 ROBSON ST<br>DETROIT, MI 48227-5501 | 13840 | Secured:<br>Priority: $124.38<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $124.38 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| Total: | 25 | $565,887.19 | | |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5785    Filed 11/17/09    Entered 11/17/09 12:04:59    Desc Main
Document    Page 10 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Third Omnibus Objection to Claims
(Late Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARRISON, DAVID<br>5115 VERMONT DRIVE<br>EASTON, PA 18045 | 13027 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $165.96<br><br><br><br><br>$165.96 | 05/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONES III LOUIS C<br>17 SPRING HARBOR<br>ALISO VIEJO, CA 92656 | 13632 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$15,000.00<br><br><br><br>$15,000.00 | 06/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SANTANGELO, RUSTY<br>PO BOX 536423<br>ORLANDO, FL 32853-6423 | 14291 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$481.00<br><br><br><br>$481.00 | 06/29/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| TN DEPT OF TREASURY UNCLAIMED PROPERTY<br>C O TN ATTY GENERAL BANKRUPTCY DIV<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 14567 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$200,545.81<br><br>$200,545.81 | 08/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>10451 MILL RUN CIR STE 1000<br>ONE CORPORATE CTR<br>OWINGS MILLS, MD 21117 | 14506 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$5,293,249.00<br>$1,100,432.50<br><br>$6,393,681.50 | 07/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>ONE CORPORATE CTR<br>10451 MILL RUN CIR STE 1000<br>OWINGS MILLS, MD 21117 | 14505 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,043,759.28<br><br>$9,357,099.05<br><br>$14,400,858.33 | 07/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 6 | $21,010,732.60 |
|---|---|---|---|

\*    "UNL" denotes an unliquidated claim.

Page 2 of 2