Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' THIRTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS
<u>FILED BY EQUITY HOLDERS TO INTERESTS</u>)**

THIS MATTER having come before the Court on the Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

    3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

    4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
           _____, 2009

           _____
           HONORABLE KEVIN R. HUENNEKENS
           UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\10147725

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5788    Filed 11/17/09    Entered 11/17/09 12:09:28    Desc Main
Document    Page 4 of 4

Debtors' Thirtieth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4515<br>Date Filed: 01/20/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>VINCENT E RHYNES<br>1514 W MANCHESTER AVE 5<br>LOS ANGELES, CA 90047 | Claim Holder Name and Address<br>RHYNES, VINCENT E<br>1514 W MANCHESTER AVE 5<br>LOS ANGELES, CA 90047 | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 4374<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | Claim Holder Name and Address<br>WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | Docketed Total: | | **UNL** | Modified Total: | **UNL** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>UNL |
| Claim: 4375<br>Date Filed: 01/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | Claim Holder Name and Address<br>WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | Docketed Total: | | **UNL** | Modified Total: | **UNL** |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>UNL |
| | | | | | **Total Claims To Be Modified: 3**<br>**Total Amount As Docketed:** UNL<br>**Total Amount As Modified:** $0.00 | |

\*     "UNL" denotes an unliquidated claim.