Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' TWELFTH OMNIBUS
OBJECTION TO CERTAIN QUALIFIED PENSION
PLAN CLAIMS AND 401(K) PLAN CLAIMS**

THIS MATTER having come before the Court on the Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses"); and a hearing

on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is GRANTED.

2.  The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.  The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10141885

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DARLING, NANCY A<br>805 EAST TOLEDO ST<br>BROKEN ARROW, OK 74012 | 6282 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIVEN, JULIA<br>432 EDNAM DR<br>CHARLOTTESVLE, VA 22903-4716 | 10717 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GOMEZ, RICARDO R<br>4601 40TH<br>LUBBOCK, TX 79414 | 9355 | Secured:<br>Priority: $2,518.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $2,518.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILL, KEN<br>4416 WHITECAP RD<br>MARIETTA, GA 30066 | 6767 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLM, MARY E<br>219 NOTTINGHAM DR<br>LOT NO 182<br>GREENVILLE, TX 75401-8319 | 6720 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $93.54<br>Reclamation:<br>Total: $93.54 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHNSON, SUSAN<br>13056 BROOKSIDE LANE NORTH<br>ROGERS, MN 55374 | 7279 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACCANELLI, ANNA<br>16637 THORNTON AVE<br>SOUTH HOLLAND, IL 60473 | 9420 | Secured:<br>Priority: $116,136.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $116,136.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOORE, VICTORIA<br>1306 ELMSHADOW DRIVE<br>RICHMOND, VA 23231 | 7465 | Secured: $1,011.36<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,011.36 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORMAND, DIONNE<br>268 BARTLETT ST<br>UNIT 2<br>MANCHESTER, NH 03102 | 6092 | Secured:<br>Priority: $115.84<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $115.84 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUSSELL, ALEX<br>3198 VERMONT RTE 100<br>WATERBURY, VT 05676 | 9296 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SAVARY, SHARON<br>2612 KIRKLAND RD<br>DOVER, FL 33527-0000 | 10766 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $40,000.00<br>Reclamation:<br>Total: $40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAVARY, SHARON<br>C O JOSEPH D CAIN<br>2612 KIRKLAND RD<br>DOVER, FL 33527 | 10535 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $40,000.00<br>Reclamation:<br>Total: $40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHARP, RICK<br>ATTN CHRISTINE M FITZGERALD ESQ<br>CLARKSON GORE & MARSELLA APLC<br>3424 CARSON ST STE 350<br>TORRANCE, CA 90503 | 9224 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHOOK, CAROLE<br>5 SYCAMORE DR<br>FLORENCE, KY 41042 | 6412 | Secured:<br>Priority: $120.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $120.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON, RICHARD<br>11313 EDGEWOOD FARM CT<br>RICHMOND, VA 23233 | 6405 | Secured:<br>Priority: $296.61<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $296.61 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims  
Supplemental Order On Qualified Pension Plan Claims &  
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TURNER, MARIA TERESA<br>18479 CATTAIL SPRING DR<br>LEESBURG, VA 20176 | 11254 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$223,479.00<br><br><br><br><br>$223,479.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

        **Total:**    **16**    **$423,770.35**

\*   "UNL" denotes an unliquidated claim.

Page 4 of 4