Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - - x

### SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

THIS MATTER having come before the Court on the Debtors' Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

  1.  The Objection is GRANTED.

  2.  The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

  3.  The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

  4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009

                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley


\10145773

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5792    Filed 11/17/09    Entered 11/17/09 12:24:20    Desc Main
Case No. 08-35653 (KRH)                   Document      Page 4 of 7

Debtors' Sixteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4705<br>Date Filed: 01/23/2009<br>Docketed Total: $4,710.00<br>Filing Creditor Name and Address:<br>HERMAN & MARION GALLATI<br>2086 FIR ST<br>WANTACH, NY 11993 | Claim Holder Name and Address<br>GALLATI, HERMAN & MARION<br>2086 FIR ST<br>WANTACH, NY 11993<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $4,710.00<br><br>Unsecured<br>$4,710.00 | Modified Total:<br><br>Case Number<br>08-35653 | $4,710.00<br><br>Interest<br>$4,710.00 |
| Claim: 2803<br>Date Filed: 01/06/2009<br>Docketed Total: $1,044.25<br>Filing Creditor Name and Address:<br>JAMES L SHOBER<br>26 SCHOOL LN<br>STEVENS, PA 17578 | Claim Holder Name and Address<br>JAMES L SHOBER<br>26 SCHOOL LN<br>STEVENS, PA 17578<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $1,044.25<br><br>Unsecured<br>$1,044.25 | Modified Total:<br><br>Case Number<br>08-35653 | $1,044.25<br><br>Interest<br>$1,044.25 |
| Claim: 9223<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JAMES W ATWOOD & JUANITA<br>1434 CANTERBURY RD<br>FRONT ROYAL, VA 22630 | Claim Holder Name and Address<br>JAMES W ATWOOD & JUANITA<br>1434 CANTERBURY RD<br>FRONT ROYAL, VA 22630<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | **UNL**<br><br>Unsecured<br>UNL | Modified Total:<br><br>Case Number<br>08-35653 | $0.00<br><br>Interest<br>$0.00 |
| Claim: 3921<br>Date Filed: 01/13/2009<br>Docketed Total: $130.00<br>Filing Creditor Name and Address:<br>JEAN THEODULE<br>22841 SW 88 PL UNIT 206<br>CUTTLER BAY, FL 33190 | Claim Holder Name and Address<br>THEODULE, JEAN<br>22841 SW 88 PL UNIT 206<br>CUTTLER BAY, FL 33190<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $130.00<br><br>Unsecured<br>$130.00 | Modified Total:<br><br>Case Number<br>08-35653 | $130.00<br><br>Interest<br>$130.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 5792    Filed 11/17/09    Entered 11/17/09 12:24:20    Desc Main  Debtors' Sixteenth Omnibus Objection to Claims
Case No. 08-35653 (KRH)                Document         Page 5 of 7                Supplemental Order (Reclassification Of Certain Claims
                                                                                   Filed By Equityholders To Interests) - Modified
EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4286<br>Date Filed: 01/20/2009<br>Docketed Total: $5,174.85<br>Filing Creditor Name and Address:<br>JOHN H DAVIS EL<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address<br>DAVIS EL, JOHN H<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority<br>$5,174.85 | $5,174.85<br><br>Unsecured | Modified Total:<br><br>Case Number<br>08-35653 | $5,174.85<br><br>Interest<br>$5,174.85 |
| Claim: 4288<br>Date Filed: 01/20/2009<br>Docketed Total: $18,596.20<br>Filing Creditor Name and Address:<br>JOHN H DAVIS EL<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address<br>DAVIS EL, JOHN H<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority<br>$18,596.20 | $18,596.20<br><br>Unsecured | Modified Total:<br><br>Case Number<br>08-35653 | $18,596.20<br><br>Interest<br>$18,596.20 |
| Claim: 7298<br>Date Filed: 01/28/2009<br>Docketed Total: $979.02<br>Filing Creditor Name and Address:<br>KAREN BUCKLEY<br>7615 MINERAL SPRING CT<br>SPRINGFIELD, VA 22153 | Claim Holder Name and Address<br>BUCKLEY, KAREN<br>7615 MINERAL SPRING CT<br>SPRINGFIELD, VA 22153<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $979.02<br><br>Unsecured<br>$979.02 | Modified Total:<br><br>Case Number<br>08-35653 | $979.02<br><br>Interest<br>$979.02 |
| Claim: 2406<br>Date Filed: 01/02/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>KNIESCHE, ROBERT E<br>179 SHELBY DR<br>NEWPORT NEWS, VA 23608-2544 | Claim Holder Name and Address<br>KNIESCHE, ROBERT E<br>179 SHELBY DR<br>NEWPORT NEWS, VA 23608-2544<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | **UNL**<br><br>Unsecured<br>UNL | Modified Total:<br><br>Case Number<br>08-35653 | $0.00<br><br>Interest<br>$0.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 5792    Filed 11/17/09    Entered 11/17/09 12:24:20    Desc Main
Document    Page 6 of 7

Debtors' Sixteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 2928<br>Date Filed: 01/05/2009<br>Docketed Total: $2,000.00<br>Filing Creditor Name and Address:<br>KNIGHTON, MR BENJAMIN R<br>28631 N JAMES MADISON HWY<br>NEW CANTON, VA 23123 | Claim Holder Name and Address<br>KNIGHTON, MR BENJAMIN R<br>28631 N JAMES MADISON HWY<br>NEW CANTON, VA 23123 | Docketed Total: | | $2,000.00 | Modified Total: | $2,000.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$2,000.00 | Case Number<br>08-35653 | Interest<br>$2,000.00 |
| Claim: 4632<br>Date Filed: 01/21/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LOUIS A LUCHAK & DOLORES I<br>LUCHAK JT TEN<br>4219 AVE J<br>SANTA FE, TX 77510 | Claim Holder Name and Address<br>LOUIS A LUCHAK & DOLORES I<br>LUCHAK JT TEN<br>4219 AVE J<br>SANTA FE, TX 77510 | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 7004<br>Date Filed: 01/27/2009<br>Docketed Total: $30,509.00<br>Filing Creditor Name and Address:<br>LOURENA PRUETT COLE IRREV<br>TRUST<br>4016 DIAMOND LOCH E<br>FORT WORTH, TX 76180-8718 | Claim Holder Name and Address<br>LOURENA PRUETT COLE IRREV<br>TRUST<br>4016 DIAMOND LOCH E<br>FORT WORTH, TX 76180-8718 | Docketed Total: | | $30,509.00 | Modified Total: | $30,509.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$30,509.00 | Case Number<br>08-35653 | Interest<br>$30,509.00 |
| Claim: 2393<br>Date Filed: 01/02/2009<br>Docketed Total: $375.00<br>Filing Creditor Name and Address:<br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315 | Claim Holder Name and Address<br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315 | Docketed Total: | | $375.00 | Modified Total: | $375.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$375.00 | Case Number<br>08-35653 | Interest<br>$375.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 8129<br>Date Filed:  01/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  MURIEL TO YANG<br>  645 FARNHAM CIR<br>  RICHMOND, VA 23236 | Claim Holder Name and Address<br><br>YANG, MURIEL TO<br>645 FARNHAM CIR<br>RICHMOND, VA 23236<br><br>Case Number<br>08-35653 | Secured | Priority | Docketed Total:          **UNL**<br><br><br><br><br>Unsecured<br>UNL | Modified Total:          **$0.00**<br><br><br><br><br>Case Number                              Interest<br>08-35653                                     $0.00 | |

**Total Claims To Be Modified: 13**

**Total Amount As Docketed:**     $63,518.32

**Total Amount As Modified:**     $63,518.32

\*   "UNL" denotes an unliquidated claim.