Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Tel: (202) 662-5223
Fax: (202) 778-5223

*Co-Counsel for Apex Digital, Inc. and THQ, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In Re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2009, I caused true and exact copies of the *Limited Objection of THQ, Inc. to First Amended Joint Plan of Liquidation* [Docket No. 5677] and the *Joinder of Apex Digital, Inc. to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' Chapter 11 Plan of Liquidation* [Docket No. 5683] to be served upon the parties listed below, via personal courier service.

    Chambers Of The Honorable Kevin R. Huennekens
    U.S. Bankruptcy Court, Eastern District of Virginia
    701 East Broad Street
    Suite 5000
    Richmond, VA 23219

    Michelle Mosier
    Circuit City Stores, Inc.
    4951 Lake Brook Drive
    Suite 500
    Glen Allen, VA 23060

1

Douglas M. Foley, Esq.
Sahara B. Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street
Second Floor
Richmond, VA 23219

Robert B. Van Arsdale, Esq.
United States Trustee for the Eastern District of Virginia
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dated: November 17, 2009

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-5223
Fax: (202) 778-5223
jmckarcher@cov.com