# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.** | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Claudean Brandon, hereby certify that on November 16, 2009, I caused a true copy of the following pleadings to be served upon the following parties, via personal delivery:

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

1. *Joinder of Apex Digital Inc. to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' Chapter 11 Plan of Liquidation*

2. *Response of THQ, Inc. to Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims)*

3. *Limited Objection of THQ, Inc. to First Amended Joint Plan of Liquidation*

DATED:  November 16, 2009          Respectfully submitted,

_____
CLAUDEAN BRANDON
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067

6600756v1