# United States Bankruptcy Court
## Eastern District of Virginia

RICHMOND DIVISION

FILED NOV 17 2009

CLERK
U.S. BANKRUPTCY COURT

In re Circuit City Stores, Inc.    Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| The National Union Fire Insurance Company of Pittsburgh, PA | Onkyo USA Corp |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Union Fire Insurance
Company of Pittsburgh, PA
c/o SILVERMANACAMPORA, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen, Esq.

Court Claim # (if known): 2295
Amount of Claim: $1,722,427.00
Date Claim Filed: December 22, 2008

Phone: (516)-479-6300
Last Four Digits of Acct #: _____

Phone: (201) 785-2604
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam L. Rosen                                   Date: November 16, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re Circuit City Stores, Inc.     Case No. 08-35653 (KRH)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2295 if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Onkyo USA Corp. | National Union Fire Insurance Company of Pittsburgh, PA |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Onkyo USA Corp<br>18 Park Way<br>Upper Saddle River, NJ 07458<br>Attn: Matthew Attanasio | National Union Fire Insurance<br>Company of Pittsburgh, PA<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

## Creditor Data for Claim Number 2295

| Creditor Name: Onkyo USA Corporation<br>Creditor Notice Name: c o Matthew Attanasio | Date Claim Filed: 12/22/2008<br>KCC Claim #: 2295<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 ||
| Claim Nature: Priority<br>Amount of Claim: $1,722,427.00 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: ||

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 4/17/2009 | Debtors' Fourth Omnibus Objection to Certain Duplicative Claims | Exhibit C - Duplicative Claims | Resolved Not Expunged |