# United States Bankruptcy Court
## Eastern District Of Virginia

RICHMOND DIVISION

L
E
D

NOV 1 7 2009

CLERK
U.S. BANKRUPTCY COURT

F
I
L
E
D

*In re Circuit City Stores, Inc.*     Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

The National Union Fire Insurance
Company of Pittsburgh, PA

Onkyo USA Corp

Name of Transferee

Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known):128
Amount of Claim: $4,905,004.20
Date Claim Filed: November 20, 2008

National Union Fire Insurance
Company of Pittsburgh, PA
c/o SILVERMANACAMPORA, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen, Esq.

Phone: (516)-479-6300
Last Four Digits of Acct #:_____

Phone: (201)785-2604
Last Four Digits of Acct #:_____

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: November 16, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District Of Virginia

In re Circuit City Stores, Inc.      Case No. 08-35653 (KRH)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>128</u> if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).


<u>Onkyo USA Corp.</u>

Name of Alleged Transferor

<u>National Union Fire Insurance</u>
<u>Company of Pittsburgh, PA</u>
Name of Transferee


Address of Alleged Transferor:

Onkyo USA Corp
18 Park Way
Upper Saddle River, NJ 07458
Attn: Matthew Attanasio

Address of Transferee:

National Union Fire Insurance
Company of Pittsburgh, PA
c/o SILVERMANACAMPORA, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen


**~ DEADLINE TO OBJECT TO TRANSFER ~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____

_____
**CLERK OF THE COURT**

# Creditor Data for Claim Number 128

| | |
|---|---|
| **Creditor Name:** Onkyo USA Corporation<br>**Creditor Notice Name:** Attn Matthew Attanasio | **Date Claim Filed:** 11/20/2008<br>**KCC Claim #:**  128<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Priority<br>**Amount of Claim:** $4,905,004.20 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 6/23/2009 | Debtors' Twentieth Omnibus Objection to Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases | Exhibit C - Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims | Resolved Not Expunged |
| 10/13/2009 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims | Exhibit C - Modification to Certain 503(b)(9) Claims | Pending |