Case 08-35653-KRH    Doc 5804    Filed 11/17/09    Entered 11/18/09 10:57:00    Desc Main
Document    Page 1 of 3

# United States Bankruptcy Court
## Eastern District Of Virginia



RICHMOND DIVISION
FILED
NOV 17 2009
CLERK
U.S. BANKRUPTCY COURT

In re Circuit City Stores, Inc.    Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| | |
|---|---|
| The Insurance Company of the of the State of Pennsylvania | Western Digital Corporation |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>The Insurance Company of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen, Esq. | Court Claim # (if known): 6529<br>Amount of Claim: $1,339,779.37<br>Date Claim Filed: January 23, 2009 |
| Phone: (516)-479-6300<br>Last Four Digits of Acct #: _____ | Phone:<br>Last Four Digits of Acct #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: November 16, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for the Insurance Company
of the State of Pennsylvania

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District Of Virginia

In re Circuit City Stores, Inc.        Case No. 08-35653 (KRH)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6529 (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Western Digital Technologies | The Insurance Company of the State of Pennsylvania |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Western Digital Technologies, Inc.<br>20511 Lake Forest drive<br>Lake Forest, CA 92630-7741<br>Attn: Lei Lei Wang Ekvall | The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle<br>Jericho, New York 11753<br>Attn: Adam L. Rosen |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

## Creditor Data for Claim Number 6529

| | |
|---|---|
| **Creditor Name:** Western Digital Technologies Inc<br>**Creditor Notice Name:** Lei Lei Wang Ekvall | **Date Claim Filed:** 1/23/2009<br>**KCC Claim #:** 6529<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $1,399,779.37 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |