# United States Bankruptcy Court
### Eastern District Of Virginia



In re Circuit City Stores, Inc.          Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| | |
|---|---|
| The Insurance Company of the of the State of Pennsylvania | VTECH Communications, Inc. |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 4110<br>Amount of Claim: $975,901.29<br>Date Claim Filed: January 16, 2009 |
| The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen, Esq. | |
| Phone: (516)-479-6300<br>Last Four Digits of Acct #:_____ | Phone: (503)596-1225<br>Last Four Digits of Acct #:_____ |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: November 16, 2009
    Adam L. Rosen
    SILVERMANACAMPORA LLP
    Attorneys for the Insurance Company
    of the State of Pennsylvania

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BP/D295477v/F055476

# United States Bankruptcy Court
## Eastern District Of Virginia

In re Circuit City Stores, Inc.    Case No. 08-35653 (KRH)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4110 (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| VTECH Communications, Inc. | The Insurance Company of the State of Pennsylvania |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| VTECH Communications, Inc.<br>9590 SW Gemini Drive, Suite 120<br>Beaverton, OR 97008<br>Attn: Sherry Walters | The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle<br>Jericho, New York 11753<br>Attn: Adam L. Rosen |

**--DEADLINE TO OBJECT TO TRANSFER--**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
**CLERK OF THE COURT**

BP/D295477v/F055476

## Creditor Data for Claim Number 4110

| Creditor Name: VTECH COMMUNICATIONS INC<br>Creditor Notice Name: SHERRY WALTERS | Date Claim Filed: 1/16/2009<br>KCC Claim #: 4110<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $975,901.29 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 6/23/2009 | Debtors' Twenty-Third Omnibus Objection to Certain Duplicate 503(b)(9) Claims | Exhibit C - Modification of Certain Duplicate 503(b)(9) Claims | Resolved Not Expunged |