# United States Bankruptcy Court
## Eastern District Of Virginia



In re Circuit City Stores, Inc.     Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

The Insurance Company of the
of the State of Pennsylvania

Name of Transferee

Name and Address where notices to transferee should be sent:

The Insurance Company
of the State of Pennsylvania
c/o SILVERMANACAMPORA, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen, Esq.

Phone: (516)-479-6300
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

VTECH Communications, Inc.

Name of Transferor

Court Claim # (if known): 1243
Amount of Claim: $1,031,993.96
Date Claim Filed: December 18, 2008

Phone: (503)596-1225
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: November 16, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for the Insurance Company
of the State of Pennsylvania

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BP/D295477v/F055476

# United States Bankruptcy Court
## Eastern District Of Virginia

In re Circuit City Stores, Inc.     Case No. 08-35653 (KRH)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1243 (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| VTECH Communications, Inc. | The Insurance Company of the State of Pennsylvania |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| VTECH Communications, Inc.<br>9590 SW Gemini Drive, Suite 120<br>Beaverton, OR 97008<br>Attn: Sherry Walters | The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle<br>Jericho, New York 11753<br>Attn: Adam L. Rosen |

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                **CLERK OF THE COURT**

BP/D295477v/F055476

# Creditor Data for Claim Number 1243

| Creditor Name: VTECH COMMUNICATIONS INC<br>Creditor Notice Name: | Date Claim Filed: 12/18/2008<br>KCC Claim #: 1243<br>Amend/Replace? No |
|---|---|
| Debtor Name: Circuit City Stores, Inc.<br>Case Number: 08-35653 | |
| Claim Nature: Admin Priority<br>Amount of Claim: $1,031,993.96 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 10/13/2009 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims | Exhibit C - Modification to Certain 503(b)(9) Claims | Pending |

http://www.kccllc.net/Creditor/CreditorData.asp?CID=14544459&R=MainClaim&SS=Y...    11/6/2009