# United States Bankruptcy Court
## Eastern District Of Virginia

RICHMOND DIVISION
FILED
NOV 17 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

In re Circuit City Stores, Inc.          Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| | |
|---|---|
| The Insurance Company of the of the State of Pennsylvania | Mitsubishi Digital Electronics America, Inc. |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 132<br>Amount of Claim: $529,583.69<br>(Note: Total Amount of Proof of Claim is $4,965,976.18)<br>Date Claim Filed: November 18, 2008 |
| The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen, Esq. | |
| Phone: (516)-479-6300<br>Last Four Digits of Acct #:_____ | Phone: (949) 465-6081<br>Last Four Digits of Acct #:_____ |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: November 16, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for the Insurance Company
of the State of Pennsylvania

BP/D295955v/F055476

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District Of Virginia

In re Circuit City Stores, Inc.    Case No. 08-35653 (KRH)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 132 (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Mitsubishi Digital Electronics America, Inc. | The Insurance Company of the State of Pennsylvania |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Mitsubishi Digital Electronics America, Inc. 9531 Jeronimo Road Irvine, CA 92618 Attn: Brian Atteberry | The Insurance Company of the State of Pennsylvania c/o SILVERMANACAMPORA, LLP 100 Jericho Quadrangle Jericho, New York 11753 Attn: Adam L. Rosen |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

## Creditor Data for Claim Number 132

| | |
|---|---|
| **Creditor Name:** Mitsubishi Digital Electronics America Inc<br>**Creditor Notice Name:** Attn Brian Atteberry Credit Mgr | **Date Claim Filed:** 11/18/2008<br>**KCC Claim #:** 132<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Priority<br>**Amount of Claim:** $4,965,976.18 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |

**Objection History**

| Date | Name | Basis | Status |
|---|---|---|---|
| 6/23/2009 | Debtors' Twentieth Omnibus Objection to Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases | Exhibit C - Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims | Continued |
| 10/13/2009 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims | Exhibit C - Modification to Certain 503(b)(9) Claims | Pending |