FILED NOV 17 2009

11-10-09

I, Richard Salon, former Regional Human Resources Director at Circuit City Stores, object to my claim not being entitled to administrative priority. This is in reference to Claim Number 13321 and Unsecured Claim Number 6190.

I was awarded a special cash retention award in 2008, as previously submitted copies have been provided to you. I remained faithfully employed until 5-1-09, well past the vesting date of January 1, 2009 (vesting date) to earn 50% of my $40,000 award.

Again, I remained employed past the January 1, 2009 vesting date. Additionally, the award document states that it is not contingent on corporate or individual performance. I am entitled to the entire $40,000.00 based on change of control language, but at the very minimum I am seeking the $20,000.00 I am entitled to by remaining employed past January 1, 2009.

Circuit City Stores, Inc, inspired me to retain my employment to get them thru challenging periods beginning in 2007. I stayed thru 2008, and was a faithful member of the wind-down team thru early May of 2009. I'm not seeking a million dollars, just the $20,000.00 I'm entitled to.

Again, my claim should be preserved in full, based on dedicated service to the organization. If you have any questions, please contact me.

Rich Salen
1350 Autumn Breeze Dr.
Oilville, VA. 23129
(804) 708-0496
(804) 385-2314