## EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Group, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Monarch Master Funding Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$1,261,318.48** associated with proof of claim number **1382** against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of November, 2009.

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:

**HAIN CAPITAL GROUP, LLC**

By: _[signature]_
Name: Robert Koltai
Title: Manager

## EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Group, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Monarch Master Funding Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$1,261,318.48** associated with proof of claim number **1382** against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of November, 2009.

| MONARCH MASTER FUNDING LTD | HAIN CAPITAL GROUP, LLC |
|---|---|
| By: Monarch Alternative Capital LP | |
| Its: Advisor | |
| By: _____ | By: _____ |
| Name: Christopher Santana | Name: |
| Title: Managing Principal | Title: |

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

DEADLINE #1382
FILING
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** (The person or other entity to whom the debtor owes money or property) NameID: 4588949  (P1) PackID: 748

LENOVO INC
MICHAEL ONEILL, SENIOR VICE PRESIDENT AND GENERAL COUNSEL
1009 THINK PLACE
MORRISVILLE, NC 27560

Telephone: 919-294-0678
Fax: 919-294-3343

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

Name and address where notices should be sent (if different from above)

Telephone:
Fax:

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: See attached

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $3,326,417.38

2. **DATE OF SHIPMENT:** Various    **METHOD OF SHIPMENT:** air/ground    **DATE OF RECEIPT:** Various
   **NAME OF CARRIER:** UPS    **PLACE OF DELIVERY:** Various - attached

3. **TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $1,261,318.48
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. **BRIEF DESCRIPTION OF CLAIM:** Goods received within 20 days of petition
   Describe goods sold: Personal Computers
   *Attach support for your claim.*

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FOR COURT USE ONLY**

RECEIVED
DEC 1 9 2008
KURTZMAN CARSON CONSULTANTS

Date: 12/18/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Kevin Hughes, Assistant General Counsel

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return



08356530811131939191103757

## Customer Numbers used by Lenovo to identify Debtor

1744699
1744720
1745717
1753767
1753762
1753685
1753760
1753764
1753765
1753766

# Invoice /delivery breakdown for goods received by Debtor on or after 10/21/2008

| Invoice # | Value of Goods* | Ship Date | Delivery Date | Delivery Location |
|---|---|---|---|---|
| 0923829 (Note 1) | $64,472.64 | 10/15/08 | 10/22/08 | Walnut, CA |
| 0923828 (Note 1) | $363,037.14 | 10/21/08 | 10/27/08 | Groveland, FL |
| 0923827 (Note 1) | $242,024.76 | 10/22/07 | 10/27/08 | Ardmore, OK |
| 0923824 | $408,229.92 | 10/14/2008 10/20/08 | 10/22/08 10/23/08 | Bethlehem, PA |
| 0923826 | $758,142.36 | 10/15/08 10/17/08 | 10/21/08 10/21/08 | Bethlehem, PA |
| 0931508 | $199,244.64 | 10/28/08 | 11/06/08 | Walnut, CA |
| 0929793 | $112,911.24 | 10/22/08 10/24/08 | 10/28/08 10/29/08 | Ardmore, OK |
| 0929794 | $225,822.48 | 10/21/08 10/24/08 | 10/24/08 10/29/08 | Groveland, FL |
| 0923825 (Note 1) | $128,945.28 | 10/17/08 | 10/21/08 | Marion, IL |
| 0929795 | $112,911.24 | 10/21/08 10/26/08 | 10/27/08 10/28/08 | Walnut, CA |
| 0931503 | $235,865.32 | 10/31/08 | 11/06/08 | Walnut, CA |
| 0930610 | $112,911.24 | 10/23/08 10/26/08 | 10/27/08 10/28//08 | Livermore, CA |
| 0928485 | $225,822.48 | 10/17/08 10/22/08 | 10/22/08 10/29/08 | Livermore, CA |
| 0930608 (Note 2) | $136,076.64 | 10/16/08 | 10/21/08 | Marion, IL |
| | | | | |
| Total Value | $3,326,417.38 | | | |

Note 1: Purchase reflected on invoice was partially delivered prior to 10/21/08, and partially delivered on or after 10/21/08. Deliveries received by Debtor prior to 10/21/08 are not included in the Value of Goods above.

Note 2: Invoice reflects 784 units, but we have been able to find proof of delivery only for 336 of those items, with a unit price of $404.99, for a total of $136,076.64.

*The Value of Goods does not include taxes or recycling fees as they have been credited back to Debtor.