DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. ELLIOTT (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP[1]
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

-and-

WILLIAM A. BROSCIOUS (VA State Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Telephone:    (804)741-0400, ext. 202

Counsel for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors.[2] | Case No.: 08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

**JOINDER OF PARAMOUNT HOME ENTERTAINMENT INC.
TO OBJECTIONS TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF
SAMSUNG AMERICA ELECTRONICS, INC., BISSEL HOMECARE, INC.
AND FM FACILITY MAINTENANCE INC.**

---

[1] Orders granting *pro hac vice* admission for Messrs. Stern and Tuchin and Ms. Elliott (f/k/a Korin A. Avelino) were entered by the Court on July 24, 2009. See Docket Nos. 4279, 4280, and 4281.

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

Paramount Home Entertainment Inc. ("Paramount"), creditor and holder of an administrative expense claim in the cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby joins in the objections to confirmation of the Debtors' Amended Joint Plan of Liquidation [Docket No. 5124] (the "Plan") of Samsung America Electronics, Inc. [Docket No. 5681], BISSELL Homecare, Inc. [Docket No. 5746], and FM Facility Maintenance Inc. [Docket No. 5747] (collectively, the "Plan Objections") and requests that the Court deny confirmation of the Plan.

## I.
## BACKGROUND

On November 10, 2008 (the "Petition Date"), the Debtors, filed voluntary chapter 11 petitions in this Court.

In the ordinary course of business, prior to the Petition Date, Paramount regularly received orders from and shipped goods to the Debtors. As of the Petition Date, the Debtors had received many goods from Paramount for which the Debtors had not yet paid, resulting in a substantial pre-petition debt. Paramount has asserted the following claims and rights to payment against the Debtors:

1. A section 503(b)(9) claim,[3] Claim No. 1009, in the amount of $3,133,634.57.
2. A reclamation claim, which may be denominated as one for conversion of or an *in rem* claim to the proceeds of the goods subject to reclamation[4] for $11,600,840.04. This amount is inclusive of the amount entitled to priority pursuant to section 503(b)(9), although obviously Paramount does not seek a double recovery.
3. A general pre-petition claim, Claim No. 9681, for $16,497,463.67 less amounts which are allowed in connection with the reclamation claim and the section 503(b)(9) claim.

---

[3] Although there are legally significant statutory differences between claims under sections 501 and 502 and rights to payment under section 503, in the interest of linguistic simplicity, Paramount will refer to a right to payment under section 503(b)(9) and other administrative expenses as claims.

[4] The Debtors sought to reclassify Paramount's claim arising from its right of reclamation as a general unsecured claim. *See* Docket No. 3703. Paramount opposes any such reclassification. That matter has not yet been decided by this Court.

On September 29, 2009, the Debtors filed the Plan. On November 13, 2009, Paramount timely filed the *Objection of Paramount Home Entertainment Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims* [Docket No. 5667] (the "Paramount Objection"), in which it objected to confirmation of the Plan on the basis that it failed to satisfy Bankruptcy Code section 1129(a)(9). On November 16, 2009, Paramount also joined in the objections to confirmation of the Debtors' Plan of LG Electronics USA, Inc., Eastman Kodak Company, Envision Peripherals, and THQ, Inc and reserved the right to join in additional objections to the Plan at a later time. *See* Docket No. 5738.

## II.
## JOINDER

Paramount now joins in the Plan Objections and incorporates the arguments made in those objections as though fully set forth herein.

## III.
## CONCLUSION

Paramount respectfully submits that the Court should deny confirmation of the Plan for all of the reasons set forth in the Paramount Objection and in the Plan Objections.

Respectfully submitted,

DATED: November 18, 2009     KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: _____
David M. Stern
Michael L. Tuchin
Korin A. Elliott
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000
Email: dstern@ktbslaw.com

KEPLEY BROSCIOUS & BIGGS, PLC

By: _/s/ William A. Broscious_
William A. Broscious
2211 Pump Road
Richmond, Virginia 23233
804.741.0400 ext. 202
Email: wbroscious@kbbplc.com

Counsel for PARAMOUNT HOME ENTERTAINMENT INC.

## CERTIFICATE OF SERVICE

I, Korin A. Elliott, hereby certify that a true and correct copy of the foregoing *Joinder of Paramount Home Entertainment Inc. to Objections to Confirmation of Debtors' Chapter 11 Plan of Samsung America Electronics, Inc., BISSELL Homecare, Inc., and FM Facility Maintenance Inc.* has been served upon the parties listed below via overnight courier on this 18th day of November, 2009.

/s/    *Korin A. Elliott*
Korin A. Elliott (kelliott@ktbslaw.com)

**The Debtors**
Circuit City Stores, Inc.
4951 Lake Brook Dr., Suite #500
Glen Allen, VA 23060
Attn: Michelle Mosier

**Debtors' Counsel**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
10th and King Streets, 7th Fl.
Wilmington, DE 19801
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson
Attn: Jessica S. Kumar

MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Douglas M. Foley
Attn: Sarah M. Boehm

**Office of the U.S. Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale

**Counsel for the Creditors' Committee**
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Boulevard, 11th Fl.
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz
Attn: Stanley E. Goldich

PACHULSKI STANG ZIEHL & JONES, LLP
780 Third Avenue, 36th Fl.
New York, NY 10017
Attn: Robert J. Feinstein

TAVENNER & BERAN, PLC
280 N. Eighth Street, 2nd Fl.
Richmond, VA 23219
Attn : Lynn L. Tavenner
Attn: Paula S. Beran