**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 16, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A** and overnight mail upon the party set forth on the service list attached hereto as **Exhibit B**:

1. Notice of Sale of Miscellaneous Assets (Docket No. 5718)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: November 18, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 18th day of November, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: Vanessa R Quinones

VANESSA RAE QUINONES
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

2

# EXHIBIT A

Circuit City Stores, Inc.
Special Party

| Email |
| --- |
| jpomerantz@pszjlaw.com |
| ltavenner@tb-lawfirm.com |
| pberan@tb-lawfirm.com |
| rfeinstein@pszjlaw.com |
| bruce.matson@leclairryan.com |
| dberman@riemerlaw.com |

# EXHIBIT B

Circuit City Stores, Inc.
Taxing Authority List

| NAME | ATTENTION | ADDRESS | CITY, STATE, ZIP |
|---|---|---|---|
| Winchester Commissioner of the Revenue | Jay Russell | P O Box 706 | Winchester VA 22604 |