# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:** | **Case Number** 08−35653−KRH |
| Circuit City Stores, Inc. | **Chapter** 11 |
| | **Judge** Kevin R. Huennekens |

Debtor(s)

**To:**  William Schwarzschild

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

***5685*** – Objection to Confirmation of (Re: related document(s)[5124] Chapter 11 Plan filed by Circuit City Stores, Inc.) filed by William H. Schwarzschild III of Williams Mullen on behalf of Miami−Dade County Tax Collector. (Schwarzschild, William)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

## REPRESENTATION AND APPEARANCES:
 **X**  the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
 ___ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
 ___ **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

## REQUIREMENT OF FORM:
 ___ **Legibility:** not in compliance with LBR 5005−1(C)(1)
 ___ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* ___ Case name and number do not match on paper submitted.
 ___ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  ___ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  ___ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
 ___ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
 **X** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry _or_ redocket to attach the correct document.
 ___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

## VOLUNTARY PETITIONS:
 ___ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
 ___ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
 ___ Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov. [See LBR 1014−2]
 ___ Not verified by signature of attorney for debtor(s).
 ___ Not verified by unsworn declaration with signature of all debtors.
 ___ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
 ___ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
 ___ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
 ___ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date:  November 19, 2009                        Clerk, United States Bankruptcy Court

                                        By /s/ Suzanne French, Deputy Clerk
[ntcdef_filing.jsp 8/2009]                        Direct Dial Telephone No. 804−916−2419