```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
          Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN CLAIMS THAT WERE FULLY SATISFIED
POSTPETITION AND MODIFICIATION OF CERTAIN
<u>CLAIMS THAT WERE PARTIALLY SATISFIED POSTPETITION)</u>**

THIS MATTER having come before the Court on the

Debtors' Forty-Fifth Omnibus Objection to Claims

(Disallowance of Certain Claims that were Fully Satisfied

Postpetition and Modification of Certain Claims that were

Partially Satisfied Postpetition) (the "Objection"), which

requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection and the claims specifically identified on Exhibit D to the Objection be modified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one Claimant filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on Exhibit A (Paid In Full No Liability) as attached hereto and incorporated herein are forever disallowed for all purposes in these bankruptcy cases.

3. The Claims identified on Exhibit A (Partially Satisfied Liability) as attached hereto and incorporated

herein are modified for all purposes in these bankruptcy cases as set forth on Exhibit A (Partially Satisfied Liability).

    4.    The Objection to the claims identified on Exhibit B (Paid In Full No Liability) and Exhibit B (Partially Satisfied Liability) as attached hereto and incorporated herein is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claims identified on Exhibit B (Paid In Full No Liability) and Exhibit B (Partially Satisfied Liability) on any grounds and bases are hereby preserved in their entirety.

    5.    The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

    6.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  /s/ Douglas M. Foley
                                  Douglas M. Foley


\10172740

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 5 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 36 MONMOUTH PLAZA INC<br>ROBERT W DREMLUK ESQ<br>SEYFARTH SHAW LLP<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | 9374 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $129,949.88<br><br>$104,130.15<br><br>$234,080.03 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AAC CROSS COUNTY MALL LLC<br>ATTN JAMES S CARR ESQ &<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 14441 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,000.00<br><br><br><br>$1,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AAC CROSS COUNTY MALL LLC<br>ATTN JAMES S CARR ESQ &<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 14046 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $141,289.80<br><br><br><br>$141,289.80 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOULEVARD ASSOCIATES A DEBTOR IN POSSESSION SDNY 0911977<br>C O STEPHEN WARSH<br>110 N WACKER DR BWSC 1 26<br>CHICAGO, IL 60606 | 13139 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $23,578.94<br><br><br><br>$23,578.94 | 06/09/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| BURBANK MALL ASSOCIATES LLC<br>C O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | 4371 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $28,472.36<br><br>$48,655.57<br><br>$77,127.93 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 6 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CAROUSEL CENTER COMPANY LP<br>ATTN KEVIN M NEWMAN ESQ<br>MENTER RUDIN & TRIVELPIECE PC<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204-1498 | 3731 | Secured:<br>Priority:<br>Administrative  $58,914.56<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $58,914.56 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAROUSEL CENTER COMPANY LP<br>ATTN KEVIN M NEWMAN ESQ<br>MENTER RUDIN & TRIVELPIECE PC<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204-1498 | 12298 | Secured:<br>Priority:<br>Administrative  $61,986.02<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $61,986.02 | 04/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERSHIP<br>MCNAMEE HOSEA ET AL<br>CRAIG M PALIK ESQ<br>6411 IVY LN STE 200<br>GREENBELT, MD 20770<br>UNKNOWN | 13174 | Secured:<br>Priority:<br>Administrative  $62,030.77<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $62,030.77 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CROSSWAYS FINANCIAL ASSOCIATES LLC<br>C O ANN K CRENSHAW ESQ AND PAUL K CAMPSEN ESQ<br>KAUFMAN & CANOLES<br>2101 PARKS AVE STE 700<br>VIRGINIA BEACH, VA 23451 | 13138 | Secured:<br>Priority:<br>Administrative  $32,758.48<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $32,758.48 | 04/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDR CROSSROADS CENTER LLC<br>ATTN JAMES S CARR ESQ AND ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 13561 | Secured:<br>Priority:<br>Administrative  $11,629.51<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $11,629.51 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DDR MDT GRANDVILLE MARKETPLACE LLC<br>ATTN JAMES S CARR ESQ AND ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 12444 | Secured:<br>Priority:<br>Administrative        $4,162.83<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:        $4,162.83 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN<br>101 PARK AVE<br>NEW YORK, NY 10178 | 10054 | Secured:<br>Priority:<br>Administrative        $21,554.19<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:        $21,554.19 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDR SOUTHEAST HIGHLANDS RANCH<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9934 | Secured:<br>Priority:<br>Administrative        $25,878.13<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:        $25,878.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDRTC COLUMBIANA STATION I LLC<br>ATTN JAMES S CARR ESQ<br>ATTN ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9933 | Secured:<br>Priority:<br>Administrative        $22,115.10<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:        $22,115.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DDRTC CREEKS AT VIRGINIA CENTER LLC<br>ATTN JAMES S CARR ESQ<br>ATTN ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9923 | Secured:<br>Priority:<br>Administrative        $29,485.26<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:        $29,485.26 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 8 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DDRTC SYCAMORE COMMONS LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9931 | Secured:<br>Priority:<br>Administrative $46,535.24<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $46,535.24 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION<br>ATTN ERIC C COTTON ASSOCIATE GENERAL COUNSEL<br>3300 ENTERPRISE PKWY<br>BEACHWOOD, OH 44122 | 13454 | Secured:<br>Priority:<br>Administrative $23,490.04<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $23,490.04 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR FC JANES PARK LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 11155 | Secured:<br>Priority:<br>Administrative $6,433.65<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $6,433.65 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GSII GREEN RIDGE LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 8332 | Secured:<br>Priority:<br>Administrative $34,668.40<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $34,668.40 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARKS AT ARLINGTON LP<br>C O STEPHEN WARSH<br>110 N WACKER DR BWSC 1 26<br>CHICAGO, IL 60606 | 13143 | Secured:<br>Priority:<br>Administrative $32,443.48<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $32,443.48 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 9 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SANGERTOWN SQUARE LLC<br>ATTN KEVIN M NEWMAN ESQ<br>MENTER RUDIN & TRIVELPIECE PC<br>308 MALTBIE ST STE 200<br>SYRACUSE, NY 13204-1498 | 3729 | Secured:<br>Priority: $13,024.34<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $13,024.34 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIR BARTON LLC<br>TROY N NICHOLS<br>WYATT TARRANT & COMBS LLP<br>250 W MAIN ST STE 1600<br>LEXINGTON, KY 40507<br>UNKNOWN | 13177 | Secured:<br>Priority:<br>Administrative $44,242.24<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $44,242.24 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SM NEWCO HATTIESBURG LLC<br>ATTN JAMES S CARR & ROBERT L LEHANE<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 12455 | Secured:<br>Priority:<br>Administrative $26,533.76<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $26,533.76 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SM NEWCO HATTIESBURG LLC<br>ATTN JAMES S CARR & ROBERT L LEHANE<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 8995 | Secured:<br>Priority:<br>Administrative $25,628.61<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $25,628.61 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ST CLOUD ASSOCIATES<br>C O ADAM M SPENCE ESQ<br>THE LAW OFFICES OF SPENCE AND BUCKLER PC<br>PO BOX 20369<br>BALTIMORE, MD 21204 | 13165 | Secured:<br>Priority:<br>Administrative $85,994.61<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $85,994.61 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WASHINGTON GREEN TIC<br>C O JEREMY S FRIEDBERG &<br>GORDON S YOUNG<br>LEITESS LEITESS FREIDBERG &<br>FEDDER PC<br>1 CORPORATE CENTER<br>10451 MILL RUN CIRCLE STE 1000<br>OWINGS MILLS, MD 21117 | 13169 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $189,053.63<br><br><br><br>$189,053.63 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WESTLAKE LIMITED PARTNERSHIP<br>TIMOTHY J HOWARD<br>HOWARD & HOWARD ATTORNEYS PC<br>211 FULTON ST STE 600<br>PEORIA, IL 61602 | 1583 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$25,000.00<br><br><br><br>$25,000.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     27     **$1,360,639.55**

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH   Doc 5831   Filed 11/19/09   Entered 11/19/09 14:39:14   Desc Main
Document   Page 11 of 15

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Forty-Fifth Omnibus Objection to Claims (Partially Satisfied Liability) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14292<br>Date Filed: 06/29/2009<br>Docketed Total: $184,388.53<br>Filing Creditor Name and Address:<br>502 12 86TH STREET LLC<br>HIRSCHLER FLEISHER PC<br>THE EDGEWORTH BLDG<br>2100 E CARY ST<br>RICHMOND, VA 23218-0500 | Claim Holder Name and Address<br>502 12 86TH STREET LLC<br>HIRSCHLER FLEISHER PC<br>THE EDGEWORTH BLDG<br>2100 E CARY ST<br>RICHMOND, VA 23218-0500<br><br>Case Number: 08-35653<br>Docketed Total: $184,388.53<br><br>503(b)(9)  Reclamation  Admin $184,388.53  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $91,055.20<br><br>503(b)(9)  Reclamation  Admin $91,055.20  Secured  Priority  Unsecured |
| Claim: 12818<br>Date Filed: 04/30/2009<br>Docketed Total: $399,745.60<br>Filing Creditor Name and Address:<br>CC HAMBURG NY PARTNERS LLC<br>GIBBONS PC<br>1 GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Claim Holder Name and Address<br>CC HAMBURG NY PARTNERS LLC<br>GIBBONS PC<br>1 GATEWAY CTR<br>NEWARK, NJ 07102-5310<br><br>Case Number: 08-35653<br>Docketed Total: $399,745.60<br><br>503(b)(9)  Reclamation  Admin $41,132.16  Secured  Priority  Unsecured $358,613.44 | Case Number: 08-35653<br>Modified Total: $358,613.44<br><br>503(b)(9)  Reclamation  Admin $0.00  Secured  Priority  Unsecured $358,613.44 |
| Claim: 13557<br>Date Filed: 06/19/2009<br>Docketed Total: $80,568.23<br>Filing Creditor Name and Address:<br>DDR MDT CARILLON PLACE LLC<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name and Address<br>DDR MDT CARILLON PLACE LLC<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br><br>Case Number: 08-35653<br>Docketed Total: $80,568.23<br><br>503(b)(9)  Reclamation  Admin $80,568.23  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $59,151.60<br><br>503(b)(9)  Reclamation  Admin $59,151.60  Secured  Priority  Unsecured |
| Claim: 4373<br>Date Filed: 01/20/2009<br>Docketed Total: $77,652.59<br>Filing Creditor Name and Address:<br>MONTCLAIR PLAZA LLC<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>MONTCLAIR PLAZA LLC<br>GENERAL GROWTH PROPERTIES INC<br>110 N WACKER DR BSC 1 26<br>CHICAGO, IL 60606<br><br>Case Number: 08-35654<br>Docketed Total: $77,652.59<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority $24,252.90  Unsecured $53,399.69 | Case Number: 08-35654<br>Modified Total: $53,399.69<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority $0.00  Unsecured $53,399.69 |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 12 of 15

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Forty-Fifth Omnibus Objection to Claims (Partially Satisfied Liability) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13884<br>Date Filed: 06/29/2009<br>Docketed Total: $63,437.87<br>Filing Creditor Name and Address:<br>WOODLAWN TRUSTEES INCORPORATED<br>HIRSCHLER FLEISCHER PC<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | Claim Holder Name and Address    Case Number: 08-35653<br>WOODLAWN TRUSTEES INCORPORATED    Docketed Total: $63,437.87<br>HIRSCHLER FLEISCHER PC<br>PO BOX 500<br>RICHMOND, VA 23218-0500<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                            $63,437.87 | Case Number: 08-35653<br>Modified Total: $30,283.11<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                            $30,283.11 |

**Total Claims To Be Modified: 5**

**Total Amount As Docketed:**     $805,792.82

**Total Amount As Modified:**     $592,503.04

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5831    Filed 11/19/09    Entered 11/19/09 14:39:14    Desc Main
Document    Page 13 of 15

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3725 AIRPORT BOULEVARD LP<br>STEPHEN K LEHNARDT<br>LEHNARDT & LEHNARDT LLC<br>20 WESTWOODS DR<br>LIBERTY, MO 64068 | 4175 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $22,068.55<br><br><br><br>$22,068.55 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLOOMINGDALE COURT<br>ATTN PATTY SUMMERS<br>C O SIMON PROPERTY GROUP<br>225 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | 14497 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $116,952.60<br><br><br>$100.00<br><br>$117,052.60 | 07/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COTTONWOOD CORNERS PHASE V LLC<br>ATTN MICHAEL P FALZONE & SHEILA DELA CRUZ<br>CO HIRSCHLER FLEISCHER PC<br>THE EDGEWORTH BLDG 2100 E CARY ST<br>POST OFFICE BOX 500<br>RICHMOND, VA 23218-0500 | 13100 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $30,495.51<br><br><br><br>$30,495.51 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR FC JANES PARK LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 11615 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $125.47<br><br><br><br>$125.47 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR FC JANES PARK LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 11965 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $34,447.67<br><br><br><br>$34,447.67 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Forty-Fifth Omnibus Objection to Claims (Paid In Full No Liability) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR LABURNUM INVESTMENT LLC<br>50 PUBLIC SQUARE SUITE 1360<br>CLEVELAND, OH 44113 | 11157 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $300.00<br><br><br><br>$300.00 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR STAPLETON NORTH TOWN LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 11966 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $24,036.48<br><br><br><br>$24,036.48 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LA HABRA IMPERIAL LLC<br>AUGUSTUS C EPPS JR ESQ<br>CHRISTIAN & BARTON LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219-3095 | 13637 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $85,257.38<br><br><br><br>$85,257.38 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MADISON WALDORF LLC<br>C O MITCHELL B WEITZMAN ESQ<br>BEAN KINNEY & KORMAN<br>2300 WILSON BLVD 7TH FL<br>ARLINGTON, VA 22201 | 13099 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $22,948.20<br><br><br><br>$22,948.20 | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SELIGSON PROPERTIES, STANLEY M<br>444 CONNECTICUT AVENUE LLC<br>605 W AVE 2ND FL<br>NORWALK, CT 06850 | 6592 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $54,809.16<br><br>$1,040,966.84<br><br>$1,095,776.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 10  $1,432,507.86

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Fifth Omnibus Objection to Claims (Partially Satisfied Liability) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BASSER KAUFMAN 312 LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 12507 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $721,432.54<br>Reclamation:<br>Total: $721,432.54 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAUGUS PLAZA ASSOCIATES<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 12510 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $555,883.54<br>Reclamation:<br>Total: $555,883.54 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    2      **$1,277,316.08**

\*   "UNL" denotes an unliquidated claim.