| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION

    - - - - - - - - - - - - - - - x
    In re:                        :   Chapter 11
                                  :
    CIRCUIT CITY STORES, iNC.,    :   Case No. 08-35653 (KRH)
    et al.,                       :
                                  :
                 Debtors.         :   Jointly Administered
    - - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Forty-Sixth Omnibus Objection to Claims (Modification of Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u> attached to the Objection be modified and/or disallowed for all purposes in

these bankruptcy cases as set forth on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that Toshiba America Consumer Products LLC and Toshiba America Information Systems, Inc. filed a response to the Objection, which is resolved by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed and/or modified for all purposes in these bankruptcy cases as set forth on Exhibit A; provided, however, that nothing contained herein or in the Objection shall prejudice: (i) the rights of Sony Electronics, Inc. or its assignees to assert that the Unsecured Modified Surviving Amount of Claim No. 4139 in the amount of $16,059,231.15 is entitled to

2

administrative priority status, or (ii) the Debtors' (and any successors' in interest) rights to oppose any such assertion.

    3.    The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

    4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

   Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley


\10152124

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Exhibit A - Partial Duplication**

**DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE CLAIMS) - ORDERED**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 4139 | 1/21/2009 | SONY ELECTRONICS INC | SONY ELECTRONICS INC TIMOTHY GRIEBERT 1 SONY DR PARK RIDGE, NJ 07656 | SONY ELECTRONICS INC TIMOTHY GRIEBERT 1 SONY DR PARK RIDGE, NJ 07656 | CIRCUIT CITY STORES, INC | Priority | $69,157,076.10 | $69,157,076.10 | $0.00 | ($69,157,076.10) |
| 4139 | 1/21/2009 | SONY ELECTRONICS INC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $57,755,114.55 | $57,755,114.55 | $16,059,231.15 | ($41,695,883.40) |
| 4139 | 1/21/2009 | SONY ELECTRONICS INC | See above | See above | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $42,510,747.60 | $0.00 | $0.00 | $0.00 |
| 914 | 12/19/2008 | SONY ELECTRONICS INC | See above | See above | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $42,510,747.60 | $42,510,747.60 | $42,510,747.60 | $0.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A - Partial Duplication**

**DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE CLAIMS) - ORDERED**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 14503 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | TOSHIBA AMERICA CONSUMER PRODUCTS LLC C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIT STE 1000 OWNING MILLS, MD 21117 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIT STE 1000 OWNING MILLS, MD 21117 | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,293,249.00 | $5,293,249.00 | $0.00 | ($5,293,249.00) |
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $1,100,432.50 | $1,100,432.50 |
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Administrative | $6,393,681.50 | $6,393,681.50 | $0.00 | ($6,393,681.50) |
| 1331 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,735,769.00 | $5,735,769.00 | $5,293,249.00 | ($442,520.00) |
| 1331 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $442,520.00 | $442,520.00 |
| 1319 | 12/19/2008 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | TOSHIBA AMERICA INFORMATION SYSTEMS INC ATTN STEVEN N LEITESS C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIT STE 1000 OWNING MILLS, MD 21117 | TOSHIBA AMERICA INFORMATION SYSTEMS INC ATTN STEVEN N LEITESS C O LEITESS LEITESS FRIEDBERG & FEDDER PC 1 CORPORATE CTR 10451 MILL RUN CIT STE 1000 OWNING MILLS, MD 21117 | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,043,759.28 | $5,043,759.28 | $4,786,331.56 | ($257,427.72) |
| 1319 | 12/19/2008 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $257,427.72 | $257,427.72 |
| 9391 | 1/30/2009 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $9,357,099.05 | $9,357,099.05 |
| 9391 | 1/30/2009 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Administrative | $14,400,858.33 | $14,400,858.33 | $0.00 | ($14,400,858.33) |
| | | | | | | **Total** | **$248,801,002.96** | **$206,290,255.36** | **$79,807,038.58** | **($126,483,216.78)** |

**Note:**
(1) To the extent that a claim has appeared on a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court. Otherwise, the original claimed amount is shown.