**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: § § § | |
| **CIRCUIT CITY STORES, INC., et al.** § § § § | **CASE NO. 08-35653-KRH** **(Chapter 11)** **(Jointly Administered)** |
| Debtors. § | |

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF BRUCE W. AKERLY**

Upon consideration of the *Motion for Admission Pro Hac Vice of Bruce W. Akerly* (the "Motion"), filed by Robert M. Marino, and it appearing that adequate notice of the *Motion* has been provided to all necessary persons herein, and that no other notice is necessary or required; it is therefore

ORDERED that the *Motion* is hereby GRANTED; and that Bruce W. Akerly, Esq., of the law firm of Bell Nunnally & Martin LLP, pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), be and hereby is permitted to appear and be heard *pro hac vice* in the above-captioned jointly administered cases on behalf of Ryan, Inc., f/k/a Ryan & Company, Inc.

Dated:

_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street,  Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Ryan, Inc., f/k/a Ryan & Company, Inc.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street,  Suite 301
Alexandria, VA 22314

Bruce W. Akerly, Esq.
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas  75204-2429

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, I caused a true and correct copy of the foregoing proposed *Order* to be served electronically on all parties receiving notice via the Court's CM/ECF system.

/s/ Robert M. Marino
Robert M. Marino

-2-