Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
            Debtors.           : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 23, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
November 23, 2009 beginning at 10:00 a.m. Eastern.

I.   **RESOLVED/WITHDRAWN MATTERS**

1.   Application of Infogain Corporation for Allowance and
     Payment of Administrative Expense Priority Claim
     (Docket No. 3286)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3287)

     b.   Notice of Proposed Settlement (Docket No. 5544)

     Objection
     Deadline:        May 21, 2009 at 5:00 p.m., extended for
                      the Debtors until July 16, 2009 at 4:00
                      p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Preliminary Objection to Application of
          Infogain Corporation For Allowance And Payment Of
          Administrative Expense Priority Claim (Docket No.
          4130)

     Status:          This matter has been resolved.  The
                      Debtors filed a Notice of Proposed
                      Settlement and received no objections to
                      Debtors' agreement to settle with
                      Infogain Corporation.

II.  **CONTINUED/ADJOURNED MATTERS**

2.   Motion for Order under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading
     in Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20)

     Related
     Documents:

a.    Interim Order under 11 U.S.C. 105, 362 and 541 and
      Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for
      Trading in Equity Securities and Claims Against
      the Debtors Estates and Setting Hearing (Docket
      No. 135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:          This matter has been adjourned to
                 December 21, 2009 at 10:00 a.m.

3.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1135)

     b.    Amended Notice of Motion and Hearing (Docket No.
           1242)

     c.    Exhibits to Motion of Motorola Inc. for Allowance
           and Payment of Administrative Expense Claim
           Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
           Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extended
                      for the Debtors until December 14, 2009
                      at 4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:          This matter has been adjourned to
                 December 21, 2009 at 10:00 a.m.

4.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1136)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1243)

     c.   Notice of Filing Exhibit to Motion (Docket Nos.
          1281, 1282, 1283, 1284, 1285, 1286, 1287)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extended
                      for the Debtors until December 14, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

5.   Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property
     Leases and (C) Lease Rejection Procedures (Docket No.

1946)

Related
Documents:

a.    Notice of Hearing (Docket No. 1947)

b.    Order under Bankruptcy Code Sections 105, 363, and
      265 (I) Approving Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases, (II) Setting Sale Hearing Dates and (III)
      Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free
      and Clear of All Interests, (B) Assumption and
      Assignment of Certain Unexpired Nonresidential
      Real Property Leases and (C) Lease Rejection
      Procedures (Docket No. 2242)

c.    Notice of February Lease Bid Deadline, Auction
      Date and Related Objection Deadline and Sale
      Hearing Date (Docket No. 2245)

d.    Supplemental Order Under Bankruptcy Code Sections
      105, 363, and 365 Approving Amended Bid Deadline
      in Connection with Bidding and Auction Procedures
      for Sale of Unexpired Nonresidential Real Property
      Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
      Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
      (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Supplemental Cure Schedule (Docket No. 2421)

i.    Order Authorizing Debtors to Assume, Assign and
      Sell Unexpired Lease of Non-Residential Real
      Property (Store #3692) (Docket No. 2581)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.   Objection of 444 Connecticut Avenue, LLC to
     Assumption and Assignment of Lease, and Cure
     Amounts Associated Therewith (Docket No. 2480)

     Related
     Document:

     i.   Debtors' Reply to Objection of 444
          Connecticut, LLC to Debtors' Proposed Cure
          Amount (Docket No. 4151)

Status:        This matter has been adjourned to
               January 14, 2010 at 2:00 p.m.

6.   Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:     February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of DirecTV, Inc. for
          Relief from the Automatic Stay to Effect Setoff
          and Memorandum of Points and Authorities in
          Support Thereof (Docket No. 2331)

     Status:        This matter has been adjourned to
                    December 7, 2009 at 2:00 p.m.

7.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

     Related
     Documents:

a.     Notice of Motion and Hearing (Docket No. 2295)

b.     Amendment to Motion of Sony Pictures Home
       Entertainment Inc. for Entry of an Order Allowing
       Administrative Expenses Pursuant to 11 U.S.C.
       Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
       (Docket No. 3853)

Objection
Deadline:          April 20, 2009 at 4:00 p.m., extended
                   for the Debtors until December 14, 2009
                   at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   December 21, 2009 at 10:00 a.m.

8.   Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

Related
Documents:

a.     Corrected Motion of Sennheiser Electronic Corp.
       (Docket No. 2723)

b.     Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:          April 7, 2009 at 4:00 p.m., extended for
                   the Debtors until December 14, 2009 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to

December 21, 2009 at 10:00 a.m.

9.   Motion of Southpeak Interactive, LLC for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 2758)

     Objection
     Deadline:        April 7, 2009 at 4:00 p.m., extended for
                      the Debtors until November 16, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

10.  Motion of Michael T. Chalifoux to File Late Proof of
     Claim (Docket No. 2676)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2680)

     b.    Amended Notice of Motion and Hearing (Docket No.
           3607)

     Objection
     Deadline:        April 21, 2009 at 4:00 p.m., extended
                      for the Debtors until November 17, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

11.  Motion of Export Development Canada for Allowance of
     the Late Filed Administrative Expense Claim (Docket No.
     2960)

Objection
Deadline:          April 21, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Preliminary Objection to Motion for Allowance
     of the Late Filed Administrative Expense Claim Of
     Export Development Canada (Docket No. 3131)

b.   Reply to Debtors' Preliminary Objection to Motion for
     Allowance of the Late Filed Administrative Expense
     Claim (Docket No. 3152)

c.   Debtors' Amended Preliminary Objection to Motion for
     Allowance of the Late Filed Administrative Expense
     Claim of Export Development Canada (Docket No. 3154)

     Status:          This matter is going forward as a status
                      conference to address any discovery
                      issues.  Subject to the Court's
                      availability, this matter will go
                      forward on the merits on December 7,
                      2009 at 2:00 p.m.

12.  Motion of Vertis, Inc. to Allow Proof of Claim to be
     Deemed Timely Filed (Docket No. 2989)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2990)

     Objection
     Deadline:          April 24, 2009 at 4:00 p.m., extended
                        for the Debtors until December 14, 2009
                        at 4:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

13.  Motion of Towne Square Plaza to Allow the Filing of (1)
     Amended Proof of Claim and (2) Late Proof of Claim
     (Docket No. 3582)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3583)

     b.   Notice of Filing of Affidavit in Support of Motion
          of Towne Square Plaza to Allow the Filing of (1)
          Amended Proof of Claim and (2) Late Proof of Claim
          (Docket No. 3782)

     Objection
     Deadline:        June 26, 2009 at 4:00 p.m., extended for
                      the Debtors until December 14, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

14.  Motion of Slam Brands, Inc. for Order Directing Debtors
     to Pay Administrative Expenses Pursuant to 11 U.S.C.
     Sections 503(b) and 507(a) and Request for Related
     Relief (Docket No. 3839)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3840)

     Objection
     Deadline:        July 17, 2009 at 4:00 p.m., extended for
                      the Debtors until December 14, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 December 21, 2009 at 10:00 a.m.

15.    Waste Management, Inc.'s Motion to Deem Proof of Claim
       Timely Filed, Claim No. 10927 (Docket No. 4095)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 4096)

       Objection
       Deadline:       August 20, 2009 at 4:00 p.m., extended
                       for the Debtors until December 3, 2009
                       at 4:00 p.m.

       Objections/
       Responses
       Filed:          None at the time of filing this agenda

       Status:         This matter has been adjourned to
                       December 21, 2009 at 10:00 a.m.

16.    Amended Motion of the Columbus Dispatch for Allowance
       of Administrative Expense Claim Pursuant to 11 U.S.C.
       Section 503(b)(1) (Docket Nos. 4358, 3874)

       Objection
       Deadline:       July 15, 2009 at 4:00 p.m., extended for
                       the Debtors until December 14, 2009 at
                       4:00 p.m.

       Objections/
       Responses
       Filed:          None at the time of filing this agenda

       Status:         This matter has been adjourned to
                       December 21, 2009 at 10:00 a.m.

17.    Debtors' Objection to Claim of Panasonic Corporation of
       North America (Claim No. 1254) (Docket No. 4630)

       Related
       Documents:

a.   Debtors' Motion to Seal Exhibit (Docket No. 5669)

Objection
Deadline:        September 25, 2009 at 4:00 p.m.,
                 extended until November 13, 2009 at 4:00
                 p.m. for Panasonic Corporation

Objections/
Responses
Filed:

a.   Response to Debtors' Objection to Claim of
     Panasonic Corporation of North America (Claim No.
     1254) (Docket No. 5662)

Status:          This matter has been adjourned to
                 January 14, 2010 at 2:00 p.m.

18.  Motion of Miner Fleet Management Group, Ltd. for Leave
     to File Late Administrative Claims (Docket No. 4763)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 4764)

Objection
Deadline:        September 18, 2009 at 4:00 p.m.,
                 extended for the Debtors until December
                 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 December 21, 2009 at 10:00 a.m.

19.  Movant Ashley Isaac's Motion to Allow Existing Late
     Proof of Claim as Valid (Docket No. 5008)

Objection
Deadline:        September 22, 2009 at 11:00 a.m.,
                 extended for the Debtors until December

14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    December 21, 2009 at 10:00 a.m.

20.    Debtors' Motion for Entry of Order Pursuant to
       Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
       and Bankruptcy Rules 4001 and 6006, and Local
       Bankruptcy Rule 4001 (I) Authorizing Rejection of
       Surety Bonds, (II) Modifying the Automatic Stay for the
       Limited Purpose of Allowing Safeco Insurance Company of
       America to Commence Cancellation of Surety Bonds, (III)
       Establishing Surety Bond Claim Deadline, and (IV)
       Granting Related Relief (Docket No. 5114)

       Objection
       Deadline:         October 7, 2009 at 4:00 p.m., extended
                         until October 28, 2009 at 4:00 p.m. for
                         Safeco Insurance Company

       Objections/
       Responses
       Filed:

       a.     Response of United States Customs and Border
              Protection to Debtors' Motion (Docket No. 5386)

       b.     Safeco Insurance Company of America's Objection to
              Debtors' Motion (Docket No. 5390)

       Status:           This matter has been adjourned to
                         December 21, 2009 at 10:00 a.m.

21.    Motion of Marblegate Asset Management, LLC for
       Allowance and Payment of Administrative Expense Claim
       (Claim No. 1385) (Docket No. 5430)

       Related
       Documents:

       a.     Notice of Motion and Hearing (Docket No. 5431)

```
          Objection
          Deadline:        November 16, 2009 at 4:00 p.m., extended
                           for the Debtors until December 14, 2009
                           at 4:00 p.m.

          Objections/
          Responses
          Filed:           None at the time of filing this agenda

          Status:          This matter has been adjourned to
                           December 21, 2009 at 10:00 a.m.
```

22.    Motion of Marblegate Asset Management, LLC for
       Allowance and Payment of Administrative Expense Claim
       (Claim No. 1225) (Docket No. 5432)

```
          Related
          Documents:

          a.    Notice of Motion and Hearing (Docket No. 5433)

          Objection
          Deadline:        November 16, 2009 at 4:00 p.m., extended
                           for the Debtors until December 14, 2009
                           at 4:00 p.m.

          Objections/
          Responses
          Filed:           None at the time of filing this agenda

          Status:          This matter has been adjourned to
                           December 21, 2009 at 10:00 a.m.
```

**III. UNCONTESTED MATTERS**

23.    Debtors' Motion To Seal Exhibit (Docket No. 5669)

```
          Related
          Documents:

          a.    Notice of Motion and Hearing (Docket No. 5670)

          Objection
          Deadline:        November 19, 2009 at 4:00 p.m.
```

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter is going forward.

**IV.    CONFIRMATION MATTERS - ADJOURNED**

24.    Debtors' Motion for Order Under Bankruptcy Code
       Sections 105, 363(b) and 503(c)(3) Approving a Wind
       Down Incentive and Retention Plan and Authorizing
       Payment of Wind Down Incentive and Retention Pay
       (Docket No. 2008)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 2011)

       b.    Order Granting Motion to File Documents Under Seal
             (Docket No. 2395)

       c.    Order Under Bankruptcy Code Sections 105, 363(b)
             and 503(c)(3) Approving a Wind Down Incentive and
             Retention Plan and Authorizing Payment of Wind
             Down Incentive Pay to Plan Participants (Docket
             No. 2757)

       Objection
       Deadline:          February 23, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Letter Objection of Barbara Gillis (Docket No.
             2254)

       b.    Informal Objection by the Committee

       c.    United States Trustee's Objection to the Debtors'
             Motion for an Order Approving the Wind Down
             Incentive and Retention Plan and Authorizing
             Payment of Wind Down Incentive and Retention Pay
             (Docket No. 2287)

Status:            The Court has entered an order partially
                   approving the relief requested by the
                   Motion.  The relief requested with
                   respect to James Marcum is further
                   adjourned to December 21, 2009 at 10:00
                   a.m.

25.  First Amended Joint Plan of Liquidation of Circuit city
     Stores, Inc. and Its Affiliated Debtors and Debtors in
     Possession and its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5124)

     Related
     Documents:

     a.    Notice of (1) Approval of Disclosure Statement;
           (2) Hearing on Confirmation of Plan; (3) Deadline
           and Procedures for Filing Objections to
           Confirmation of Plan; (4) Treatment of Certain
           Unliquidated or Disputed Claims for Notice, Voting
           and Distribution Purposes; (5) Deadline and
           Procedures for Temporary Allowance of Certain
           Claims for Voting Purposes; (6) Record Date; (7)
           Voting Deadline for Receipt of Ballots; and (8)
           Proposed Release, Injunction and Exculpation in
           the Plan (Docket No. 5121)

     b.    Notice of Filing Plan Exhibits (Docket No. 5548)

     c.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 5799)

     Objection
     Deadline:         November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Treasurer of Douglas County Colorado's Objections
           to Confirmation of the August 24, 2009 Joint Plan
           of Liquidation (Docket Nos. 5145, 5163)

     b.    Texas Comptroller's Objection to Confirmation of

First Amended Joint Plan of Reorganization (Docket Nos. 5168, 5221)

c.   Objections to the "Plan" for Claim 13082, by Bruce Senator (Docket No. 5331)

d.   Prince George's County, Maryland Objection to Debtor's First Amended Joint Plan of Liquidation (Docket Nos. 5526, 5589, 5637)

e.   Charles County, Maryland Objection to Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5527, 5590, 5638)

f.   Objection of the State of Connecticut, Department of Revenue Services to the Debtors' Joint First Amended Plan of Reorganization (Docket Nos. 5596, 5708)

g.   The Florida Tax Collectors for the Counties of Palm Beach, Hernando, Highlands, Lee, Indian River, Bay, Okaloosa, Brevard, Polk, Manatee, Orange, Marion, Pinnellas and Osceola Counties Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket Nos. 5603, 5624)

h.   Commonwealth of Virginia Department of Taxation's Objection to Confirmation (Docket No. 5609)

i.   Maricopa County Treasurer's Objection to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket Nos. 5627, 5728)

j.   Objection of Certain Texas Taxing Authorities to Confirmation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims' First Amended Joint Plan of Liquidation Dated September 24, 2009 (Docket Nos. 5631, 5694)

k.   Objection of Lewisville Independent School

District to Confirmation of the First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket Nos.
5644, 5711)

l.   Objection of Nancy and Charles Booth Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores Inc and Its Affiliated Debtors
and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket Nos. 5645, 5701)

m.   Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
to Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5647)

n.   Objection of LG Electronics USA, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket Nos. 5652, 5730)

o.   Objection by Eastman Kodak Company to Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.   Objection by Commissioner of Massachusetts
Department of Revenue to Confirmation of First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket Nos. 5657, 5743)

q.   Objection of Envision Peripherals, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket Nos. 5659, 5732)

r.   Objection to Confirmation of Chapter 11 Plan by

United States Customs and Border Protection
(Docket No. 5661)

s.    Objection of the United States of America,
      Internal Revenue, to Confirmation of First Amended
      Joint Plan of Liquidation of Circuit city Stores,
      Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket Nos.
      5664, 5725)

t.    Pima County's Objection to the First Amended Plan
      Of Liquidation Of Circuit City Stores, Inc. and
      Its Affiliated Debtors and Debtors In Possession
      and Its Official Committee of Creditors Holding
      General Unsecured Claims (Docket No. 5665)

u.    Objection of Paramount Home Entertainment Inc. to
      First Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket Nos. 5667, 5737)

v.    Objection of Monterey County, Placer County,
      Riverside County and San Bernardino County,
      California, Collectively The California Taxing
      Authorities to Confirmation of Circuit City Stores
      and Its Affiliated Debtors Et Al in its First
      Amended Joint Plan Of Liquidation (Docket Nos.
      5671, 5741)

w.    Travis County Texas Objection to Confirmation
      (Docket No. 5672)

x.    Limited Objection Of THQ, Inc. To First Amended
      Joint Plan of Liquidation (Docket No. 5677)

y.    Objection of DeSoto County, Mississippi to the
      Debtors' Joint First Amended Plan of Liquidation
      (Docket No. 5679)

z.    Samsung America Electronics, Inc.'s Objection to
      Confirmation of the Debtors' First Amended Joint
      Plan of Liquidation (Docket Nos. 5681, 5826)

aa.   Limited Objection of Henrico County, Virginia to
      Debtors' First Amended Joint Plan of Liquidation
      (Docket No. 5682)

bb.   Joinder of Apex Digital, Inc. to Objections of LG
      Electronics USA, Inc. and Eastman Kodak Company to
      Confirmation of Debtors' Chapter 11 Plan of
      Liquidation (Docket No. 5683)

cc.   Douglas County, CO Objection to Confirmation of
      the Debtors' First Amended Joint Plan of
      Liquidation (Docket No. 5684)

dd.   Florida Tax Collector for Miami-Dade County
      Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation (Docket No.
      5685)

ee.   Vincent E. Rhynes Objection to Confirmation of the
      Debtors' First Amended Joint Plan of Liquidation
      (Docket No. 5686)

ff.   DIRECTV, Inc Limited Objection to Confirmation of
      the Debtors' First Amended Joint Plan of
      Liquidation (Docket Nos. 5689, 5789)

gg.   Joinder of Olympus Corporation and Olympus Imaging
      America Inc. In Objections of LG Electronics USA
      Inc., Eastman Kodak Company and Samsung America
      Electronics, Inc. Objection to Confirmation of the
      Debtors' First Amended Joint Plan of Liquidation
      (Docket No. 5690)

hh.   Texas Ad Valoram Tax Claimants (Tax Appraisal
      Districts of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland
      Central Appraisal District, Taylor Central
      Appraisal District, and County of Williamson)
      Objection to Confirmation Of The Debtors' First
      Amended Joint Plan Of Liquidation (Docket No.
      5691)

ii.   Response and Objection of Bethesda Softworks LLC

to the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692)

jj.    Objection of Village of Mt. Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

kk.    Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

ll.    Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

mm.    Limited Objection of Safeco Insurance Company Of
America to Confirmation of the First Amended Joint
Plan (Docket No. 5714)

nn.    Joinder of Mitsubishi Digital Electronics America,
Inc. to Objections of Samsung America Electronics,
Inc., LG Electronics USA, Inc. and Eastman Kodak
Company to Confirmation of Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5716)

oo.    Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket Nos. 5717, 5782)

pp.    Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket Nos. 5720, 5786)

qq.  Joinder Of Slam Brands, Inc. To Objections of LG
     Electronics USA, Inc. and Eastman Kodak Company to
     Confirmation of Debtors Chapter 11 Plan of
     Liquidation (Docket No. 5726)

rr.  Joinder of Take-Two Interactive Software, Inc. in
     Objections of LG Electronics USA Inc., Eastman
     Kodak Company and Samsung America Electronics,
     Inc. to Confirmation of the Debtors' First Amended
     Joint Plan of Liquidation (Docket No. 5727)

ss.  Joinder of Stillwater Designs and Audio, Inc. to
     Objection to Confirmation of the Debtors First
     Amended Joint Plan of Liquidation Filed by Samsung
     America Electronics, Inc. (Docket Nos. 5729, 5787)

tt.  Objection of Schimenti Construction Company, LLC
     to First Amended Joint Plan of Liquidation (Docket
     No. 5731)

uu.  Chatham County, Georgia Tax Commissioner's
     Objections to Confirmation to the Debtor's First
     Joint Amended Plan of Reorganization (Docket No.
     5736)

vv.  Joinder of Paramount Home Entertainment Inc. to
     Objections to Confirmation of Debtors' Chapter 11
     Plan of LG Electronics USA, Inc.; Eastman Kodak
     Company; Envision Peripherals; and THQ, Inc.
     (Docket No. 5738)

ww.  Joinder of SouthPeak Interactive, LLC to Objection
     to Confirmation of the Debtors First Amended Joint
     Plan of Liquidation Filed by Samsung America
     Electronics, Inc. (Docket Nos. 5739, 5784)

xx.  Joinder of Cokem International, Inc. to Objections
     of LG Electronics USA, Inc. and Paramount Home
     Entertainment Inc. to Confirmation of Debtors'
     Chapter 11 Plan of Liquidation (Docket No. 5740)

yy.  Marlon Mondragon Objection to Confirmation of Plan
     (Docket No. 5745)

zz. Objection of BISSELL Homecare, Inc. to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5746)

aaa. FM Facility Maintenance Inc., f/k/a IPT, LLC
Objection to Confirmation of Plan (Docket No.
5747)

bbb. Limited Objection of Alliance Entertainment
Corporation, Source Interlink Media, LLC to
Confirmation of Plan (Docket No. 5750)

ccc. Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

ddd. Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

eee. Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

fff. Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

Status:        This matter has been adjourned to
               December 21, 2009 at 10:00 a.m.

26. Motion of Pioneer Electronics under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit

(Docket No. 5461)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5463)

b.    Samsung Electronics America, Inc.'s Motion Under
      Fed. R. Bankr. P. 3020(a) for Order Requiring
      Confirmation Deposit and Joinder to Motion of
      Pioneer Electronics for Same (Docket No. 5614)

c.    Joinder of Apex Digital Inc. and THQ, Inc. to
      Motions of Pioneer Electronics, Inc. and Samsung
      Electronics America, Inc. for an Order Requiring
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5663)

d.    Joinder of Paramount Home Entertainment Inc. to
      Motions of Pioneer Electronics and Samsung
      Electronics America, Inc. for Order Requiring
      Confirmation Deposit under Fed. R. Bankr. P.
      3020(a) (Docket No. 5668)

e.    Joinder of Bethesda Softworks LLC to Motions Of
      Pioneer Electronics And Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5695)

f.    Amended Notice Of Motion Of Pioneer Electronics,
      Inc. under Fed. R. Bankr. P. 3020(A) for Order
      Requiring Confirmation Deposit (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit under Fed. R. Banlkr. P. 3020(a)(Docket
      No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020 of the Federal Rules of Bankruptcy Procedure,

or, in the Alternative, Objection to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5742)

i.      Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5752)

Objection
Deadline:       November 16, 2009 at 4:00 p.m., extended for the Debtors until December 11, 2009

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to December 21, 2009 at 10:00 a.m.

27.  Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same (Docket No. 5614)

Related
Documents:

a.      Motion for an Expedited Hearing (Docket No. 5615)

b.      Notice of Motion and Hearing (Docket No. 5616)

c.      Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5663)

d.      Joinder of Paramount Home Entertainment Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit under Fed. R. Bankr. P. 3020(a) (Docket No. 5668)

e.      Joinder of Bethesda Softworks LLC to Motions Of
        Pioneer Electronics and Samsung Electronics
        America, Inc. for Order Requiring Confirmation
        Deposit under Fed. R. Bankr. P. 3020(a) (Docket
        No. 5695)

f.      Joinder of Cokem International, Inc. to Motions of
        Pioneer Electronics and Samsung Electronics
        America, Inc. for Order Requiring Confirmation
        Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
        No. 5734)

g.      Joinder of BISSELL Homecare, Inc. to Motions of
        Pioneer Electronics, Inc. and Samsung Electronics
        America, Inc. for an Order Requiring a
        Confirmation Deposit Pursuant to Bankruptcy Rule
        3020(a) (Docket No. 5752)

h.      Amended Notice of Motion Of Samsung Electronics
        America, Inc. under Fed. R. Bankr. P. 3020(A) for
        Order Requiring Confirmation Deposit (Docket No.
        5757)

Objection
Deadline:       November 19, 2009 at 4:00 p.m., extended
                for the Debtors until December 11, 2009

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to
                December 21, 2009 at 10:00 a.m.

**V.    OMNIBUS CLAIM OBJECTIONS – STATUS CONFERENCE MATTERS**

28.  Debtors' Fifty-Third Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5317)

     Objection
     Deadline:       November 16, 2009 at 4:00 p.m.

     Objections/
     Responses

26

Filed:              None at the time of filing this agenda

Status:             The Debtors will submit an order
                    granting the relief sought in the
                    objection.

29.   Debtors' Fifty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5318)

      Objection
      Deadline:     November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        See attached <u>Exhibit A</u>.

      Status:       The status hearing is going forward with
                    respect to those claims for which a
                    response was filed.   During the status
                    hearing the Debtors will advise the
                    Court that the status hearing will be
                    adjourned to January 14, 2010 at 2:00
                    p.m. with respect to those claims for
                    which a responses was filed.  **Those
                    parties who filed a response do not need
                    to appear at the hearing. Such parties'
                    rights will not be affected at this
                    hearing.** The Debtors will submit a
                    revised form of order granting the
                    relief sought in the objection with
                    respect to those claims for which no
                    response was filed.

30.   Debtors' Fifty-Fifth Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      5319)

      Objection
      Deadline:     November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        See attached <u>Exhibit A</u>.

      Status:       The Debtors will submit an order

granting the relief sought in the
objection.  The one response that was
filed will be withdrawn.

31.  Debtors' Fifty-Sixth Omnibus Objection to Claims
(Disallowance of Certain Alleged Administrative
Expenses on Account of Employee Obligations) (Docket
No. 5320)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          The status hearing is going forward with
respect to those claims for which a
response was filed.  During the status
hearing the Debtors will advise the
Court that the status hearing will be
adjourned to January 14, 2010 at 2:00
p.m. with respect to those claims for
which a responses was filed.  **Those
parties who filed a response do not need
to appear at the hearing. Such parties'
rights will not be affected at this
hearing.** The Debtors will submit a
revised form of order granting the
relief sought in the objection with
respect to those claims for which no
response was filed.

32.  Debtors' Fifty-Seventh Omnibus Objection to Claims
(Disallowance of Certain Alleged Administrative
Expenses) (Docket No. 5321)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          The status hearing is going forward with

respect to those claims for which a
response was filed.  During the status
hearing the Debtors will advise the
Court that the status hearing will be
adjourned to January 14, 2010 at 2:00
p.m. with respect to those claims for
which a responses was filed.  **Those
parties who filed a response do not need
to appear at the hearing. Such parties'
rights will not be affected at this
hearing.** The Debtors will submit a
revised form of order granting the
relief sought in the objection with
respect to those claims for which no
response was filed.

33.  Debtors' Fifty-Eighth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     Unsecured, Non-Priority Claims) (Docket No. 5322)

     Objection
     Deadline:        November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

     Status:          The status hearing is going forward with
                      respect to those claims for which a
                      response was filed.  During the status
                      hearing the Debtors will advise the
                      Court that the status hearing will be
                      adjourned to January 14, 2010 at 2:00
                      p.m. with respect to those claims for
                      which a responses was filed.  **Those
                      parties who filed a response do not need
                      to appear at the hearing. Such parties'
                      rights will not be affected at this
                      hearing.** The Debtors will submit a
                      revised form of order granting the
                      relief sought in the objection with
                      respect to those claims for which no
                      response was filed.

34.  Debtors' Fifty-Ninth Omnibus Objection to Certain

Misclassified Non-goods 503(b)(9) Claims (Docket No. 5323)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            The Debtors will submit an order
                   granting the relief sought in the
                   objection.

Dated: November 19, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                                 Gregg M. Galardi, Esq.
                                 Ian S. Fredericks, Esq.
                                 P.O. Box 636
                                 Wilmington, Delaware 19899-0636
                                 (302) 651-3000

                                      - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                    FLOM LLP
                                 Chris L. Dickerson, Esq.
                                 155 N. Wacker Drive, Suite 2700
                                 Chicago, Illinois 60606-2700
                                 (312) 407-0700

                                      - and -

                                 MCGUIREWOODS LLP


                                 _/s/ Douglas M. Foley_____
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession

\10191564.1

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 54 | Greg Nagy | 5587 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 54 | Harry B. Gross, Sr. | 5591 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 54 | FM Facility Maintenance, LLC f/k/a IPT, LLC | 5723 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 54 | Sonoma County Tax Collector | 5751 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| | | | |
| 55 | Elizabeth R. Warren | 5709 | This matter has been resolved. Counsel withdraws the response. |
| | | | |

[1] The respondents do not need to appear at the November 23, 2009 hearing.  Their rights will not be affected at the initial status hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Dawn W. vonBechmann | 5660 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Bruce H. Besanko | 5687 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | James H. Wimmer, Jr. | 5693 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Linda H. Castle | 5697 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Francis E. Telegadas | 5698 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Laurie Lambert-Gaffney | 5700 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Jon C. Geith | 5704 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Scott D. Mainwaring | 5706 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Thomas C. Bradley | 5719 5721 5724 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Kelly Breitenbecher | 5733 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | David W. Tolliver | 5744 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Michael D. Goode | 5748 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Lawrence W. Fay | 5749 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing January 14, 2010 at 2:00 p.m. |
| 56 | Daniel W. Ramsey | 5754 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Jeff McDonald | 5755 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 56 | Richard E. Salon | 5811 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| | | | |
| 57 | Snell Acoustics, Inc. | 5673 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 57 | Veronica Simmons | 5713 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 58 | SanDisk Corporation | 5549 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 58 | Snell Acoustics, Inc. | 5674 5675 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 58 | THQ, Inc. | 5676 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 58 | Kelly Breitenbecher | 5722 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 58 | James H. Wimmer, Jr. | 5735 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |
| 58 | Weidler Settlement Class | 5753 | This matter is set for an initial status hearing.  The Debtors will seek entry of an order adjourning the status hearing to January 14, 2010 at 2:00 p.m. |