## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Group, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Monarch Master Funding Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$514,159.08** associated with proof of claim number **747** against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.    Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of November , 2009.

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:    Robert G. Burns
Title:        General Counsel

**HAIN CAPITAL GROUP, LLC**

By: _____
Name: _____
Title: _____

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

**DEADLINE FOR
FILING 503(b)(9)
CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al.; Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al., Case Nos. 08-35653 through 08-35670, Chapter 11 Jointly Administered |

NOTE: Pursuant to an Order of the Bankruptcy Court on the above-referenced chapter 11 cases (see Docket No. 307), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al. Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the last date for section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

| Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | Debtor against which claim is asserted: *(Check one box below)* |

THQ Inc.
c/o Jeffer, Mangels, Butler & Marmaro LLP
Attn: Caroline R. Djang
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067

Telephone: 310-203-8080
Fax: 310-203-0567

☐ Check box if you have made any demand(s) to obtain goods paid in the debtor under 11 U.S.C. § 546(c). Attach copies of any such demand(s)

☐ Check box if you have transferred the rights of your claim to any third party. If so, please fill name of transferee.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Circuit City Stores Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1614659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4467095)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0795358)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1696796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071339)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Kinzu, Inc. (n/a)
☐ XSStuff, LLC (Tax I.D. No. 54-2029165)
☐ Kinzer Technology LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1230360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5500841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0356110)

Name and address where notices should be sent (if different from above):

Telephone:
Fax:

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: |

1. BASIS FOR CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 514,159.08

2. DATE OF SHIPMENT: see attachments    METHOD OF SHIPMENT: see attachments    DATE OF RECEIPT: see attachments
   NAME OF CARRIER: see attachments    PLACE OF DELIVERY: see attachments

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 514,159.08
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM: Goods received by the Debtor within 20 days before the date of commencement of the case.
   Describe goods sold: Video games.
   *Attach support for your claim.*

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8 1/2 by 11" paper.

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. ORDINARY COURSE CERTIFICATION: By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

| Date: 12/10/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *(signature)* Sheryl Kinlaw, Vice President, Legal, THQ Inc. |

# Creditor Data for Claim Number 747

| | |
|---|---|
| **Creditor Name:** THQ Inc<br>**Creditor Notice Name:** Attn Caroline R Djang | **Date Claim Filed:** 12/12/2008<br>**KCC Claim #:** 747<br>**Amend/Replace?** No |
| **Debtor Name:** Circuit City Stores, Inc.<br>**Case Number:** 08-35653 | |
| **Claim Nature:** Admin Priority<br>**Amount of Claim:** $514,159.08 | **Creditor Info Altered?** N |
| **Schedule:**<br>**Schedule Amt:** | |