Mona M. Murphy, Esquire
Virginia Bar No. 21589
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to ON Corp. USA, Inc. and ON Corp.*

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| IN RE:   ) | | |
| ) | | |
| **CIRCUIT CITY STORES, INC.**   ) | Case No. 08-35653 (KRH) | |
| ) | **(Chapter 11)** | |
| ) | | |
| Debtor.    ) | Jointly Administered | |

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

THIS MATTER having come before the Court upon the Motion pursuant to Local Bankruptcy Rule 2090-1(E)(2) for Admission *Pro Hac Vice* (the "Motion") filed by Mona M. Murphy, seeking admission *pro hac vice* of Fredrick J. Levy of Olshan Grundman Frome Rosenzweig & Wolosky LLP, in the above-styled bankruptcy cases and related proceedings (the "Bankruptcy Case").  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Fredrick J. Levy be authorized to practice *pro hac vice* before the Court in the Bankruptcy Case, it is hereby:

ORDERED as follows:

1.     The Motion be and hereby is granted.

{TY089531;1}

2. Fredrick J. Levy is permitted to appear *pro hac vice* as counsel to ON Corp. USA, Inc. and ON Corp., in the Bankruptcy Case in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Entered:   Nov 12 2009

/s/ Kevin Huennekens
United States Bankruptcy Judge

Entered on docket: Nov 17 2009

I ASK FOR THIS:

  /s/ Mona M. Murphy
Mona M. Murphy (VSB No. 21589)
Akerman Senterfitt LLP
8100 Boone Blvd., Suite 700
Vienna, VA  22182
(703) 790-8750
*Attorney for Counsel to ON Corp. USA, Inc. and ON Corp.*

Pursuant to Local Bankruptcy Rule 9022-1(B), parties to receive copies:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

{TY089531;1}

## **LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

   /s/ Mona M. Murphy
Mona M. Murphy

{TY089531;1}

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Nov 17, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**                          **Signature:**  _Joseph Speetjens_