IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
CIRCUIT CITY STORES, INC.,                                     :    Case No. 08-35653 (KRH)
*et al.*,                                                      :
                                                               :    JOINTLY ADMINISTERED
                    Debtors.                                   :
---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF TERENCE K. MCLAUGHLIN

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Terence K. McLaughlin (the "Motion") filed by Christopher L. Perkins, seeking admission pro hac vice for Terence K. McLaughlin, of the law firm of Willkie Farr & Gallagher LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Terence K. McLaughlin be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Terence K. McLaughlin, of the law firm of Willkie Farr & Gallagher LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Olympus Corporation of the Americas.

ENTERED: Nov 12 2009

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

I ASK FOR THIS:

/s/ Christopher L. Perkins
Bruce H. Matson (Va. Bar No. 22874)
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christopher L. Perkins

Movant

**SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
 *Assistant United States Trustee*

Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
 *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
 *Counsel for the Debtors*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                 Date Rcvd: Nov 17, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2009                     Signature:     _Joseph Speetjens_