| | |
|---|---|
| Yolanda Humphrey<br>Post Office Box 13430<br>Arlington, Texas  76094-0430<br>(817) 461-3344<br>(817) 860-6509 FAX<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com | W. Joel Charboneau, Esq. (VSB #68025)<br>Magee, Foster, Goldstein & Sayers, P.C.<br>Post Office Box 404<br>Roanoke, Virginia 24003-0404<br>(540) 343-9800<br>(540) 343-9898 FAX<br>cmagee@mfgs.com<br>jcharboneau@mfgs.com |

ATTORNEY FOR ARLINGTON ISD, ET AL.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br><br>Jointly Administered |

**ORDER GRANTING MOTION OF W. JOEL CHARBONEAU FOR AN ORDER**
**AUTHORIZING OWEN M. SONIK TO APPEAR *PRO HAC VICE* PURSUANT**
**TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)**

The matter before the Court is the Motion of W. Joel Charboneau For an Order Authorizing Owen M. Sonik to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion").  Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested  in the Motion.  It is accordingly

ORDERED

that the Motion is GRANTED and Owen M. Sonik shall be and is permitted to appear *pro hac vice* as counsel for the Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1 in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: Nov 12 2009

Entered on docket: Nov 17 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800

**CERTIFICATE OF SERVICE**

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 11TH day of November, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ A. Carter Magee, Jr.

Serve:
All parties that have filed notices of appearance in this case by electronic mail.
//mnt/orders/Attachments/doctopdf/alldocs/08-35653~11112009173659902.doc

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1                  Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                    **Signature:**   *Joseph Speetjens*