UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al,** ) | Case No. 08-35653-KRH |
| ) | **Chapter 11** |
| **Debtors.** ) | **Jointly Administered** |
| _____) | |

**ORDER GRANTING ADMISSION
_PRO HAC VICE_ OF PAUL J. LABOV**

THIS MATTER is before the Court upon the Motion of Philip C. Baxa, attorney with the law firm of MercerTrigiani, LLP, pursuant to Local Bankruptcy Rule 2090-I, for the admission P_ro Hac Vice_ of Paul J. Labov of the law firm Edwards Angell Palmer & Dodge LLP.  Upon consideration of the Motion, and the statements therein, and it appearing that proper Notice of such Motion was given; and it further appearing that no further or other notice is necessary or required; and it further appearing that good and sufficient cause exist for this Motion.

WHEREUPON, the Motion is GRANTED.  And it is ORDERED that Paul J. Labov is permitted to appear P_ro Hac Vice_ as counsel for Plaintiff Onkyo USA Corporation in this Proceeding and any related proceedings.

ENTER  Nov 12 2009

/s/ Kevin Huennekens
_____
Kevin R. Huennekens, Judge
United States Bankruptcy Court for the
Eastern District of Virginia, Richmond Division

Entered on docket:  Nov 17 2009

I  ASK FOR THIS:

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, VA 23219
Phone: 804-782-8691
Fax:    804-644-0209
phil.baxa@mercertrigiani.com
      Local Counsel for Onkyo USA Corporation

### Rule 9022-1 Certification

      Pursuant to Local Bankruptcy Rule 9022-1, I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

      /s/ Philip C. Baxa

R0009395

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**              **Signature:**  *Joseph Speetjens*