Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ---------------------------------------------------X | | |
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC., et al.,** | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ---------------------------------------------------X | | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)**

THIS MATTER is before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Philip C. Baxa, counsel with the law firm of MercerTrigiani, LLP, for the admission *pro hac vice* of Thaddeus D. Wilson of King & Spalding LLP.  Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion.  Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED.

2.    Thaddeus D. Wilson is permitted to appear *pro hac vice* as counsel to Mitsubishi

Digital Electronics America, Inc. in the above-captioned chapter 11 case in

accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Entered: Nov 12 2009

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

I ASK FOR THIS:

/s/ Philip C. Baxa
PHILIP C. BAXA (VSB No. 22977)
MERCER TRIGIANI, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804-782-8691
Fax:    804-644-0209
phil.baxa@mercertrigiani.com
Local Counsel for Mitsubishi Digital Electronics America, Inc.

## **LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Philip C. Baxa
PHILIP C. BAXA

R0009279

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1            Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**                      **Signature:**  _Joseph Speetjens_