Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

    - and –  

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS ASSERTED AGAINST A DOMESTIC COMPANY FOR WHICH THE DEBTORS SHOW NO LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Fortieth Omnibus Objection to Claims (Disallowance of Certain Claims Asserted Against a Domestic Company for which the Debtors Show No Liability) (the "Objection"), which requested, among other things, that the claims

specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one response was filed by City Electronics Ltd., which consented to the relief sought in the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.   The Debtors shall serve a copy of this Order on the claimants included on Exhibit A to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Nov 12 2009         , 2009

                            /s/ Kevin Huennekens
                           _____
                           HONORABLE KEVIN R. HUENNEKENS
                           UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:        Entered on docket: Nov 17 2009

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10137312

In re: Circuit City Stores, Inc, et al.  Debtors' 110th Omnibus Objection to Claims (Legal No
Case No. 08-35653-KRH                    Liability Domestic Company) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN POWER CONVERSION CORP<br>5081 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | 11247 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>UNL<br>UNL | 02/02/2009 | INTERTAN, INC.<br>(08-35655) |
| CITY ELECTRONICS LTD<br>UNIT A 6F WIDER INDUSTRIAL<br>58 TSUN YIP STREET<br>KWUN TONG KOWLOON, HONG KONG | 404 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>12,150.00<br><br>$12,150.00 | 12/02/2008 | INTERTAN, INC.<br>(08-35655) |
| COBALT INDUSTRIAL CO LTD<br>FLAT M 7 F YUE CHEUNG CTR<br>1 3 WONG CHUK YEUNG ST<br>FO TAN SHATIN, UNKNOWN | 897 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>3,876.00<br><br>$3,876.00 | 12/10/2008 | INTERTAN, INC.<br>(08-35655) |
| CON WAY FREIGHT INC<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 2647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br>3,206.83<br><br><br><br>$3,206.83 | 12/31/2008 | INTERTAN, INC.<br>(08-35655) |
| DAVAL TECHNOLOGIES LLC<br>9 VISTA CT<br>PLEASANTVILLE, NY 10570 | 428 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br><br>6,627.00<br>$6,627.00 | 12/01/2008 | INTERTAN, INC.<br>(08-35655) |
| ESI WORLDWIDE<br>7801 HAYVENHURST AVE<br>VAN NUYS, CA 91406 | 359 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>UNL<br><br>UNL | 11/24/2008 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FRIESEN, NEIL<br>3512 49A STREET NW<br>EDMONTON ALBERTA, T6L3V9<br>CANADA | 3597 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 22,272.59<br>Total: $22,272.59 | 01/14/2009 | INTERTAN, INC.<br>(08-35655) |
| GREAT WALL OPTICAL PLASTIC WORKS LTD<br>5/F TAI TUNG IND BLDG<br>29 33 SING YI ROAD<br>TSING YI ISLAND NT, UNKNOWN | 987 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 2,738.88<br>Unsecured:<br>Total: $2,738.88 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| GXS INC<br>ATTN FINANCE DEPT<br>100 EDISON PARK DR<br>GAITHERSBURG, MD 20878 | 10115 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 23,275.00<br>Total: $23,275.00 | 01/31/2009 | INTERTAN, INC.<br>(08-35655) |
| INNER WORKINGS INC<br>ATTN JOSEPH BUSKY<br>600 W CHICAGO AVE<br>CHICAGO, IL 60654 | 939 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 195,732.35<br>Unsecured:<br>Total: $195,732.35 | 12/17/2008 | INTERTAN, INC.<br>(08-35655) |
| INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | 5091 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 69,874.64<br>Total: $69,874.64 | 01/21/2009 | INTERTAN, INC.<br>(08-35655) |
| INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | 5085 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 69,874.64<br>Unsecured:<br>Total: $69,874.64 | 01/21/2009 | INTERTAN, INC.<br>(08-35655) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5857    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 7 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No
Liability Domestic Company) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LEXAR MEDIA INC<br>CORRYN OAKLAND<br>3475 E COMMERCIAL CT<br>MERIDIAN, ID 83642 | 7134 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 118,647.04<br>Total: $118,647.04 | 01/28/2009 | INTERTAN, INC.<br>(08-35655) |
| MERKURY INNOVATIONS LLC<br>180 MAIDEN LN<br>28TH FL<br>NEW YORK, NY 10038 | 1223 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 144,466.00<br>Unsecured:<br>Total: $144,466.00 | 12/18/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| MONSTER CABLE INTERNATIONAL LIMITED<br>BALLYMALEY BUSINESS PARK<br>GORT RD<br>ENNIS CO CLARE, IRELAND | 961 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 29,191.70<br>Unsecured:<br>Total: $29,191.70 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |
| MONSTER TECHNOLOGY INTERNATIONAL LIMITED<br>BALLYMALEY BUSINESS PARK<br>GORT RD<br>ENNIS CO CLARE, IRELAND | 960 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 414.39<br>Unsecured:<br>Total: $414.39 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |
| NCR CORPORATION<br>1700 S PATTERSON BLVD<br>DAYTON, OH 45479 | 2298 | Secured:<br>Priority: UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: UNL | 12/22/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| NORTH AMERICA BATTERY COMPANY<br>C O AMPERGEN<br>10 STATE ST<br>WOBURN, MA 01801 | 3740 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 144,870.44<br>Total: $144,870.44 | 01/14/2009 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5857    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 8 of 10

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NORTH AMERICAN BATTERY COMPANY<br>2155 PASEO DE LAS AMERICAS NO 31<br>SAN DIEGO, CA 92154 | 938 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 115,589.47<br>Unsecured:<br>Total: $115,589.47 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| OPTOMA<br>715 SYCAMORE DR<br>MILPITAS, CA 95035 | 7602 | Secured:<br>Priority:<br>Administrative 1,861.87<br>503(b)(9):<br>Unsecured:<br>Total: $1,861.87 | 01/28/2009 | INTERTAN, INC.<br>(08-35655) |
| PHOTOCO INC<br>KEITH TEICHER<br>30305 SOLON RD<br>SOLON, OH 44139 | 1015 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 75,751.20<br>Unsecured:<br>Total: $75,751.20 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |
| RADIO SHACK<br>PO BOX 848551<br>DALLAS, TX 75284 | 1438 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 56,898.11<br>Unsecured:<br>Total: $56,898.11 | 12/17/2008 | INTERTAN, INC.<br>(08-35655) |
| SCOSCHE INDUSTRIES INC<br>1550 PACIFIC AVENUE<br>OXNARD, CA 93033 | 1323 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 16,589.73<br>Unsecured:<br>Total: $16,589.73 | 12/16/2008 | INTERTAN, INC.<br>(08-35655) |
| SHOPPER TRAK RCT CORP<br>200 W MONROE 11TH FL<br>CHICAGO, IL 60606 | 2172 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 15,962.05<br>Total: $15,962.05 | 01/02/2009 | INTERTAN, INC.<br>(08-35655) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5857    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 9 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fortieth Omnibus Objection to Claims (Legal No Liability Domestic Company) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SOUTHERN IMPERIAL INC<br>1400 EDDY AVE<br>ROCKFORD, IL 61103 | 640 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):       4,798.00<br>Unsecured:<br>Total:         $4,798.00 | 12/08/2008 | INTERTAN, INC.<br>(08-35655) |
| SYNTAX BRILLIAN CORPORATION<br>C O VICTORIA W COUNIHAN ESQ<br>GREENBERG TRAURIG LLP<br>THE NEMOURS BLDG<br>1007 N ORANGE ST STE 1200<br>WILMINGTON, DE 19801 | 3356 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    695,975.30<br>Total:       $695,975.30 | 01/12/2009 | INTERTAN, INC.<br>(08-35655) |
| TESSCO<br>ATTN SANDRA ENCISO<br>PO BOX 8500 54588<br>PHILADELPHIA, PA 19178-4588 | 916 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):     11,724.32<br>Unsecured:<br>Total:        $11,724.32 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |

**Total:    27                                 $1,842,367.55**

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1                   Date Rcvd: Nov 17, 2009
Case: 08-35653                  Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**                    **Signature:** _Joseph Speetjens_