Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CERTAIN QUALIFIED PENSION <u>PLAN CLAIMS AND 401(K) PLAN CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Eleventh Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses"); and a hearing

on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
         Nov 12 2009                    , 2009

/s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10141663

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Eleventh Omnibus Objection to Claims Supplemental Order On Qualified Pension Plan Claims & 401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FERGUSON, JOHNNY<br>5078 SILVER HILL COURT NO 201<br>DISTRICT HEIGHT, MD 20747 | 2380 | Secured: $59,425.20<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $59,425.20 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOESEL, ROBERT F<br>11261 SCENIC VIEW LANE<br>ORLANDO, FL 32821 | 2470 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORTON, JAMES H<br>P O BOX 9566<br>MARINA DEL REY, CA 90295 | 3018 | Secured: $333.29<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $333.29 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RANDOLPH, ERICA<br>284 PIN OAK LANE<br>FREDERICK, MD 21701 | 2201 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPALDING, AUGUST<br>1041 ARLINGTON WAY<br>WARRENTON, MO 63383 | 2557 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 2

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eleventh Omnibus Objection to Claims Supplemental
Order On Qualified Pension Plan Claims & 401(K) Plan Claims
- Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TUCKER, MICHAEL<br>11310 WYCOMBE PARK LANE<br>GLENDALE, MD 20769 | 5014 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$83,559.60<br><br>$83,559.60 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILSON, BOBBY<br>6509 N 63RD AVE<br>GLENDALE, AZ 85301 | 1990 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$99.35<br><br>$99.35 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOLFE MARCEA<br>49 ROWLAND ST<br>WILKES BARRE, PA 18702 | 3913 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WOLFE, MARCEA<br>49 ROWLAND ST<br>WILKES BARRE, PA 18702 | 3912 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| YATES, AUBINA<br>24355 BAY AVE<br>MORENO VALLEY, CA 92553 | 5411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1.00<br><br>$1.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

**Total:**     10     **$143,418.44**

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                     **Signature:**  _Joseph Speetjens_