```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the Debtors' Seventeenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

3. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
    ___Nov 12 2009_____, 2009

          /s/ Kevin Huennekens
          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

2

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10141904

In re Circuit City Stores, Inc, et al.   **Debtors' Seventeenth Omnibus Objection to Claims**
Case No. 08-35653 (KRH)                  **Supplemental Order (Reclassification Of Certain Claims**
                                         **Filed By Equityholders To Interests) - Modified**

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4484<br>Date Filed: 01/21/2009<br>Docketed Total: $10,193.25<br>Filing Creditor Name and Address:<br>RAYMOND E KELLER AND JOAN M KELLER TTEES<br>10415 WHITE MOUNTAIN RD<br>SUN CITY, AZ 85351-1807 | Claim Holder Name and Address<br>RAYMOND E KELLER AND JOAN M KELLER TTEES<br>10415 WHITE MOUNTAIN RD<br>SUN CITY, AZ 85351-1807<br><br>Docketed Total: $10,193.25<br><br>Case Number: 08-35653<br>Secured: — Priority: — Unsecured: $10,193.25 | Modified Total: $10,193.25<br><br>Case Number: 08-35653<br>Interest: $10,193.25 |
| Claim: 9088<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>REGINA J CODY<br>8406 SNOWDEN OAKS PL<br>LAUREL, MD 20708 | Claim Holder Name and Address<br>REGINA J CODY<br>8406 SNOWDEN OAKS PL<br>LAUREL, MD 20708<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653<br>Secured: — Priority: — Unsecured: UNL | Modified Total: $0.00<br><br>Case Number: 08-35653<br>Interest: $0.00 |
| Claim: 7688<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RHONDA S JOHNSON<br>834 CROSSHILL RD<br>DANVILLE, KY 40422 | Claim Holder Name and Address<br>JOHNSON, RHONDA S<br>834 CROSSHILL RD<br>DANVILLE, KY 40422<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653<br>Secured: — Priority: — Unsecured: UNL | Modified Total: $0.00<br><br>Case Number: 08-35653<br>Interest: $0.00 |
| Claim: 4470<br>Date Filed: 01/21/2009<br>Docketed Total: $1,570.00<br>Filing Creditor Name and Address:<br>RICHARD G AND PAULINE B GRISKEY<br>88 PINE GROVE AVE<br>SUMMIT, NJ 07901 | Claim Holder Name and Address<br>GRISKEY, RICHARD G AND PAULINE B<br>88 PINE GROVE AVE<br>SUMMIT, NJ 07901<br><br>Docketed Total: $1,570.00<br><br>Case Number: 08-35653<br>Secured: — Priority: — Unsecured: $1,570.00 | Modified Total: $1,570.00<br><br>Case Number: 08-35653<br>Interest: $1,570.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 3760<br>Date Filed: 01/15/2009<br>Docketed Total: $830.00<br>Filing Creditor Name and Address:<br>RICHARD SMITH<br>5904 FOREST RD<br>CHEVERLY, MD 20785-2946 | Claim Holder Name and Address<br>SMITH, RICHARD<br>5904 FOREST RD<br>CHEVERLY, MD 20785-2946 | Docketed Total: | | $830.00 | | Modified Total: $830.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$830.00 | Case Number<br>08-35653 | Interest<br>$830.00 |
| Claim: 5505<br>Date Filed: 01/16/2009<br>Docketed Total: $986.24<br>Filing Creditor Name and Address:<br>SETH KRANZ<br>5337 FM 2642<br>ROYSE CITY, TX 75189 | Claim Holder Name and Address<br>KRANZ, SETH<br>5337 FM 2642<br>ROYSE CITY, TX 75189 | Docketed Total: | | $986.24 | | Modified Total: $986.24 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$986.24 | Case Number<br>08-35653 | Interest<br>$986.24 |
| Claim: 11650<br>Date Filed: 02/27/2009<br>Docketed Total: $3,413.69<br>Filing Creditor Name and Address:<br>SHIRLEY A MUNSELLE<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006 | Claim Holder Name and Address<br>MUNSELLE, SHIRLEY A<br>4726 BENTREE AVE<br>LONG BEACH, CA 90807-1006 | Docketed Total: | | $3,413.69 | | Modified Total: $3,413.69 |
| | Case Number<br>08-35653 | Secured | Priority<br>$3,413.69 | Unsecured | Case Number<br>08-35653 | Interest<br>$3,413.69 |
| Claim: 3845<br>Date Filed: 01/15/2009<br>Docketed Total: $1,500.00<br>Filing Creditor Name and Address:<br>SUSAN GRACE STICKLAND<br>2640 SATURN ST<br>HARVEY, LA 70058 | Claim Holder Name and Address<br>STICKLAND, SUSAN GRACE<br>2640 SATURN ST<br>HARVEY, LA 70058 | Docketed Total: | | $1,500.00 | | Modified Total: $1,500.00 |
| | Case Number<br>08-35653 | Secured | Priority<br>$1,500.00 | Unsecured | Case Number<br>08-35653 | Interest<br>$1,500.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims  
Supplemental Order (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 2318<br>Date Filed: 01/02/2009<br>Docketed Total: $430.00<br>Filing Creditor Name and Address:<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142 | Claim Holder Name and Address<br>TECZA, THOMAS<br>11700 WEMBLEY DR<br>HUNTLEY, IL 60142<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $430.00<br><br>Unsecured<br>$430.00 | Modified Total:<br><br>Case Number<br>08-35653 | $430.00<br><br>Interest<br>$430.00 |
| Claim: 2706<br>Date Filed: 01/06/2009<br>Docketed Total: $869.95<br>Filing Creditor Name and Address:<br>UBBEN, ANNA LYNN<br>6634 W 141ST ST APT 1905<br>OVERLAND PARK, KS 66223 | Claim Holder Name and Address<br>UBBEN, ANNA LYNN<br>6634 W 141ST ST APT 1905<br>OVERLAND PARK, KS 66223<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $869.95<br><br>Unsecured<br>$869.95 | Modified Total:<br><br>Case Number<br>08-35653 | $869.95<br><br>Interest<br>$869.95 |
| Claim: 5491<br>Date Filed: 01/26/2009<br>Docketed Total: $5,189.59<br>Filing Creditor Name and Address:<br>VIRGINIA V PHILLIPS<br>344 SASSAFRAS RD<br>BALTIMORE, MD 21221 | Claim Holder Name and Address<br>PHILLIPS, VIRGINIA V<br>344 SASSAFRAS RD<br>BALTIMORE, MD 21221<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured | Priority | $5,189.59<br><br>Unsecured<br>$5,189.59 | Modified Total:<br><br>Case Number<br>08-35653 | $5,189.59<br><br>Interest<br>$5,189.59 |
| Claim: 9392<br>Date Filed: 01/30/2009<br>Docketed Total: $6,100.00<br>Filing Creditor Name and Address:<br>WANG, YOUDE<br>1296 GRAND CYPRESS SQ<br>VIRGINIA BEACH, VA 23455 | Claim Holder Name and Address<br>WANG, YOUDE<br>1296 GRAND CYPRESS SQ<br>VIRGINIA BEACH, VA 23455<br><br>Case Number<br>08-35653 | Docketed Total:<br><br>Secured<br>$6,100.00 | Priority | $6,100.00<br><br>Unsecured | Modified Total:<br><br>Case Number<br>08-35653 | $6,100.00<br><br>Interest<br>$6,100.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventeenth Omnibus Objection to Claims  
Supplemental Order (Reclassification Of Certain Claims  
Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2593<br>Date Filed:  01/05/2009<br>Docketed Total:    $2,849.00<br>Filing Creditor Name and Address:<br>  WRIGHT, ANDREA<br>  6418 BARWICK DR<br>  FAYETTEVILLE, NC 28304 | Claim Holder Name and Address<br>  WRIGHT, ANDREA<br>  6418 BARWICK DR<br>  FAYETTEVILLE, NC 28304    Docketed Total:    $2,849.00<br><br>Case Number        Secured        Priority        Unsecured<br>08-35653                                                                          $2,849.00 | Modified Total:    $2,849.00<br><br><br>Case Number                                                                    Interest<br>08-35653                                                                         $2,849.00 |
|  |  | **Total Claims To Be Modified: 13**<br>**Total Amount As Docketed:**        $33,931.72<br>**Total Amount As Modified:**        $33,931.72 |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                              **Signature:** _Joseph Speetjens_