Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN NO LIABILITY CLAIMS THAT WERE (I) PAID PRETITION OR (II) SATISFIED POSTPETITION)**

THIS MATTER having come before the Court on the Debtors' Forty-First Omnibus Objection to Claims (Disallowance of Certain No Liability Claims that were (I) Paid Prepetition or (II) Satisfied Postpetition) (the "Objection"), which requested, among other things, that the

claims specifically identified on <u>Exhibit C</u> and <u>Exhibit D</u> attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one claimant filed a response; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

　　　　IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

　　　　1.　　The Objection is GRANTED.

　　　　2.　　The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, are forever disallowed for all purposes in these bankruptcy cases.

　　　　3.　　The status hearing on the Objection to the claim identified on <u>Exhibit B</u> as attached hereto and incorporated herein, is hereby adjourned to December 7, 2009, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
 Nov 12 2009           , 2009

 /s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10137403

Case 08-35653-KRH   Doc 5860   Filed 11/19/09   Entered 11/20/09 00:51:51   Desc
Imaged Certificate of Service   Page 5 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' First Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN RECORDER TECHNOLOGIES<br>PO BOX 1450<br>SIMI VALLEY, CA 93062 | 243 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 4,347.00<br>Unsecured:<br>Total: $4,347.00 | 12/03/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| COBY ELECTRONICS CORPORATION<br>ED FARRELLY NATIONAL CREDIT MANAGER<br>1991 MARCUS AVE STE 301<br>LAKE SUCCESS, NY 11042 | 163 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 7,370.35<br>Total: $7,370.35 | 12/01/2008 | INTERTAN, INC. (08-35655) |
| ELEETS TRANSPORTATION COMPANY INC<br>3131 ST JOHNS BLUFF<br>JACKSONVILLE, FL 32246-0000 | 4581 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 368,718.49<br>Total: $368,718.49 | 01/20/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| HAY GROUP INC<br>100 PENN SQ EAST THE WANAMAKER BLDG<br>PHILADELPHIA, PA 19107-3388 | 1988 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 6,000.00<br>Total: $6,000.00 | 12/29/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACE GRP INC<br>MACALLYPERIPHERAL<br>4601 E AIRPORT DR<br>ONTARIO, CA 91761 | 681 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 4,416.80<br>Unsecured: UNL<br>Total: $4,416.80 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDLAND, CITY OF<br>RECORDS DIVISION<br>601 N LORAINE<br>MIDLAND, TX 79701 | 3233 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 300.00<br>Total: $300.00 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Page 1 of 2

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims (Paid In Full No Liability) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PANASONIC CORPORATION OF NORTH AMERICA<br>SCHULTE ROTH & ZABEL LLP<br>ATTN DAVID HILLMAN ESQ<br>919 THIRD AVE<br>NEW YORK, NY 10022 | 8040 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: 2,950,620.77<br>Total: $2,950,620.77 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 7       **$3,341,773.41**

\*    "UNL" denotes an unliquidated claim.

Page 2 of 2

Case 08-35653-KRH    Doc 5860    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 7 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtor's Forty-First Omnibus Objection to Claims (Post Petition Satisfied Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GORILLA NATION MEDIA LLC<br>ATTN GENERAL COUNSEL<br>5140 GOLDLEAF CIR 3RD FL<br>LOS ANGELES, CA 90056 | 9497 | Secured:<br>Priority:<br>Administrative    175,210.07<br>503(b)(9):<br>Unsecured:<br>Total:    $175,210.07 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCAL TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52ST<br>NEW YORK, NY 10019 | 11692 | Secured:<br>Priority:<br>Administrative    21,590.00<br>503(b)(9):<br>Unsecured:<br>Total:    $21,590.00 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KCBS TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11693 | Secured:<br>Priority:<br>Administrative    42,563.75<br>503(b)(9):<br>Unsecured:<br>Total:    $42,563.75 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KMAX TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11538 | Secured:<br>Priority:<br>Administrative    3,973.75<br>503(b)(9):<br>Unsecured:<br>Total:    $3,973.75 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KPIX TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11691 | Secured:<br>Priority:<br>Administrative    22,780.00<br>503(b)(9):<br>Unsecured:<br>Total:    $22,780.00 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KTVT TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11540 | Secured:<br>Priority:<br>Administrative    10,540.00<br>503(b)(9):<br>Unsecured:<br>Total:    $10,540.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5860    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 8 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims (Post Petition Satisfied Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KYW TV<br>HELEN E D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 8666 | Secured:<br>Priority:<br>Administrative    3,697.50<br>503(b)(9):<br>Unsecured:<br>Total:    $3,697.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PLATFORM A INC<br>MALCOLM M MITCHELL JR<br>C O SEYMOUR AND PEASE LLP<br>277 S WASHINGTON ST STE 310<br>ALEXANDRIA, VA 22314 | 13104 | Secured:<br>Priority:<br>Administrative    5,177,126.17<br>503(b)(9):<br>Unsecured:<br>Total:    $5,177,126.17 | 05/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PROSITE BUSINESS SOLUTIONS LLC<br>ROBERT H CAPPELL II JENNIFER J WEST<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | 13127 | Secured:<br>Priority:<br>Administrative    54,987.08<br>503(b)(9):<br>Unsecured:<br>Total:    $54,987.08 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TREMOR MEDIA INC<br>DENNIS T LEWANDOWSKI ESQ<br>KAUFMAN & CANOLES A PROFESSIONAL CORPORATION<br>150 W MAIN ST STE 2100<br>NORFOLK, VA 23510 | 11739 | Secured:<br>Priority:<br>Administrative    420,248.25<br>503(b)(9):<br>Unsecured:<br>Total:    $420,248.25 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WGN TV<br>2501 W BRADLEY PL<br>CHICAGO, IL 60618 | 11774 | Secured:<br>Priority:<br>Administrative    98,090.00<br>503(b)(9):<br>Unsecured:<br>Total:    $98,090.00 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WJZ TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11525 | Secured:<br>Priority:<br>Administrative    6,970.00<br>503(b)(9):<br>Unsecured:<br>Total:    $6,970.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5860    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 9 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-First Omnibus Objection to Claims (Post Petition Satisfied Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WKBD TV CBS<br>HELEN E D ANTONA<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11539 | Secured:<br>Priority:<br>Administrative    9,435.00<br>503(b)(9):<br>Unsecured:<br>Total:    $9,435.00 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WPSG TV<br>HELEN E D ANTONA<br>CBS LAW DEPARTMENT<br>51 WEST 52 ST<br>NEW YORK, NY 10019 | 8668 | Secured:<br>Priority:<br>Administrative    2,932.50<br>503(b)(9):<br>Unsecured:<br>Total:    $2,932.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WWJ TV<br>HELEN D ANTONA<br>CBS LAW DEPARTMENT<br>51 W 52 ST<br>NEW YORK, NY 10019 | 11690 | Secured:<br>Priority:<br>Administrative    18,976.25<br>503(b)(9):<br>Unsecured:<br>Total:    $18,976.25 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    15    $6,069,120.32

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Fifty-First Omnibus Objection to Claims (Paid In Full No Liability) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MICROSOFT CORPORATION<br>K&L GATES LLP<br>ATTN MARC BARRECA<br>925 FOURTH AVE STE 2900<br>SEATTLE, WA 98104-1158 | 965 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 844,900.00<br>Unsecured:<br>Total: $844,900.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 1    $844,900.00

\* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                    **Signature:** _Joseph Speetjens_