```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |
| - - - - - - - - - - - - - - - x | | |

**ORDER ON DEBTORS' FORTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS
<u>WITH INSUFFICIENT SUPPORT</u>)**

THIS MATTER having come before the Court on the Debtors' Forty-Seventh Omnibus Objection to Claims (Disallowance of Certain Claims with Insufficient Support) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u> attached to

the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to December 7, 2009, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       <u>   Nov 12 2009       </u>, 2009

                  <u>  /s/ Kevin Huennekens            </u>
                  HONORABLE KEVIN R. HUENNEKENS
Entered on docket: Nov 17 2009  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -

<u>/s/ Douglas M. Foley            </u>
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley

\10151101

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AETNA INC<br>DAVID B ROWE<br>3537 RTE 100<br>WESTFIELD, VT 05874 | 5558 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROWN, MICHAEL<br>10356 STONE GLEN DR<br>ORLANDO, FL 32825 | 9680 | Secured:<br>Priority: $1,531.35<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,531.35 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CENTRAL TELEPHONE COMPANY NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, MS 66207-0971 | 6946 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured: $134.23<br>Reclamation:<br>Total: $134.23 | 01/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, DELROY<br>P O BOX 911421<br>LOS ANGELES, CA 90091 | 3748 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured: $75,418.35<br>Reclamation:<br>Total: $75,418.35 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DE LA ROSA, MARTIN<br>216 PASODALE<br>EL PASO, TX 79907 | 9103 | Secured:<br>Priority: $209.53<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $209.53 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5861    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 6 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Seventh Omnibus Objection to Claims (No Support Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELAYAN, MAHMOUD<br>1911 W CARRIAGE HOUSE DR<br>BATON ROUGE, LA 70815 | 13342 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$1,300.00<br><br><br><br>$1,300.00 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMBARQ FLORIDA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 6949 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br>$2,702.82<br><br>$2,702.82 | 01/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EPSON AMERICA INC<br>PO BOX 7247 7503<br>PHILADELPHIA, PA 191707503 | 7642 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,053,243.90<br><br>$2,053,243.90 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GADSON, HAZEN<br>486 SEASIDE RD<br>ST HELENA, SC 29920 | 3471 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br><br>UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRIEPP, DARRELL<br>13505 MORGAN COURT<br>BURNSVILLE, MN 55337 | 5549 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br><br>UNL | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GUANGORENA, DANIEL LUIS<br>7469 JELLICO AVE<br>VAN NUYS, CA 91406 | 14547 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 08/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAYNES, ERIC<br>ERICK HAYNES<br>444 17TH ST<br>DUNBAR, WV 25064 | 2116 | Secured:<br>Priority: $500.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $500.00 | 12/30/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| HUDSON GENERAL CONTRACTING<br>8116 ARLINGTON BLVD STE 258<br>FALLS CHURCH, VA 22042 | 10101 | Secured: $61,000.00<br>Priority: $10,950.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $71,950.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KRASOWSKI, JEREMIAH<br>257 JENNINGS RD<br>FAIRFIELD, CT 06825 | 5535 | Secured:<br>Priority: $10,950.00<br>Administrative 503(b)(9):<br>Unsecured: $239,050.00<br>Reclamation:<br>Total: $250,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEWIS, NICOLE<br>4495 CAMPUS AVE<br>SAN DIEGO, CA 92116-0000 | 5406 | Secured:<br>Priority: $256.36<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $256.36 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5861    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 8 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Seventh Omnibus Objection to Claims (No Support Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LUCIA PEREZ CARABALLO<br>URB MONT BLANC<br>CALLE E G6<br>YAUCO, 00698<br>UNKNOWN | 14564 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,305.00<br><br><br><br>$1,305.00 | 08/24/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| MOHLER, DIANA MARIE<br>9247 CHADBURN PL<br>MONTGOMERY VILLAGE, MD 20886 | 4419 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $400.50<br>$400.50<br><br>$63.35<br><br>$864.35 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RAMOS, YESENIA<br>1408 SPRING LAKE COVE LN APT 102<br>FRUITLAND PK, FL 34731-5552 | 5049 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/21/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| SCRANTON, SHAUN FRANCIS<br>430 OLD RANCH RD<br>SEAL BEACH, CA 90740 | 3691 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$2,200.00<br><br><br><br>$2,200.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SE TRUONG AND LY TRUONG<br>5640 GREENVIEW DR<br>OKLAHOMA CITY, OK 73135 | 14434 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$1,345.00<br><br><br>$1,345.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 5861    Filed 11/19/09    Entered 11/20/09 00:51:51    Desc
Imaged Certificate of Service    Page 9 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Seventh Omnibus Objection to Claims (No Support Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 6953 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br>$38.94<br><br>$38.94 | 01/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 6954 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br>$1,181.03<br><br>$1,181.03 | 01/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 6956 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br>$166.64<br><br>$166.64 | 01/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEYANT, WAYNE<br>34 LONGBOW TER<br>HOCKESSIN, DE 19707 | 3655 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$2,425.00<br><br><br><br>$2,425.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     24     $2,466,772.50

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc. et al.
Case No. 08-35653-KRH

Debtors' Forty-Seventh Omnibus Objection to Claims (No Support Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADT SECURITY SERVICES INC<br>C O ALVIN S GOLDSTEIN ESQ<br>FURR & COHEN PA<br>2255 GLADES RD STE 337W<br>BOCA RATON, FL 33431 | 6314 | Secured:<br>Priority:<br>Administrative $253,404.41<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $253,404.41 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JANIS, ROSE ANN<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059 | 2343 | Secured:<br>Priority: $1,200.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,200.00 | 01/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 2     **$254,604.41**

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs                Page 1 of 1                   Date Rcvd: Nov 17, 2009
Case: 08-35653                 Form ID: pdforder            Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                            **Signature:** _/s/ Joseph Speetjens_