Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FIFTEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS
FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

3. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
    _Nov 12 2009_____, 2009

                /s/ Kevin Huennekens
                _____
                HONORABLE KEVIN R. HUENNEKENS
                UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10145740

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Fifteenth Omnibus Objection to Claims  
Supplemental Order (Reclassification Of Certain Claims  
Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 8769<br>Date Filed: 01/30/2009<br>Docketed Total: $16,020.00<br>Filing Creditor Name and Address:<br>ANDERSON, ALLAN M<br>345 E 211 ST<br>EUCLID, OH 44123 | Claim Holder Name and Address<br>ANDERSON, ALLAN M<br>345 E 211 ST<br>EUCLID, OH 44123 | | Docketed Total: | $16,020.00 | Modified Total: | $16,020.00 |
| | Case Number<br>08-35653 | Secured<br>$16,020.00 | Priority | Unsecured | Case Number<br>08-35653 | Interest<br>$16,020.00 |
| Claim: 7751<br>Date Filed: 01/29/2009<br>Docketed Total: $20,320.00<br>Filing Creditor Name and Address:<br>CECIL M BOOKER FAMILY TRUST<br>PO BOX 953<br>GLOUCESTER, VA 23061 | Claim Holder Name and Address<br>CECIL M BOOKER FAMILY TRUST<br>PO BOX 953<br>GLOUCESTER, VA 23061 | | Docketed Total: | $20,320.00 | Modified Total: | $20,320.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$20,320.00 | Case Number<br>08-35653 | Interest<br>$20,320.00 |
| Claim: 2176<br>Date Filed: 01/05/2009<br>Docketed Total: $519.96<br>Filing Creditor Name and Address:<br>DAVIS, BRUCE<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | Claim Holder Name and Address<br>DAVIS, BRUCE<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | | Docketed Total: | $519.96 | Modified Total: | $519.96 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$519.96 | Case Number<br>08-35653 | Interest<br>$519.96 |
| Claim: 4765<br>Date Filed: 01/23/2009<br>Docketed Total: $1,045.59<br>Filing Creditor Name and Address:<br>DEREK LAUMBACH<br>191 S RIVER RDG CIR<br>BURNSVILLE, MN 55337 | Claim Holder Name and Address<br>LAUMBACH, DEREK<br>191 S RIVER RDG CIR<br>BURNSVILLE, MN 55337 | | Docketed Total: | $1,045.59 | Modified Total: | $1,045.59 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,045.59 | Case Number<br>08-35653 | Interest<br>$1,045.59 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5590<br>Date Filed: 01/12/2009<br>Docketed Total: $985.00<br>Filing Creditor Name and Address:<br>DONALD F & REBECCA A PETERSON<br>6510 CHARLES CT<br>LEGACY OAKS<br>MACUNGIE, PA 18062 | Claim Holder Name and Address<br>PETERSON, DONALD F & REBECCA A<br>6510 CHARLES CT<br>LEGACY OAKS<br>MACUNGIE, PA 18062<br><br>Docketed Total: $985.00<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 — — — $985.00 | Modified Total: $985.00<br><br>Case Number / Interest<br>08-35653   $985.00 |
| Claim: 2851<br>Date Filed: 01/07/2009<br>Docketed Total: $390.15<br>Filing Creditor Name and Address:<br>ELLIS, EDWIN<br>3050 AIRHAVEN ST<br>DALLAS, TX 75229 | Claim Holder Name and Address<br>ELLIS, EDWIN<br>3050 AIRHAVEN ST<br>DALLAS, TX 75229<br><br>Docketed Total: $390.15<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 — — — $390.15 | Modified Total: $390.15<br><br>Case Number / Interest<br>08-35653   $390.15 |
| Claim: 3180<br>Date Filed: 01/12/2009<br>Docketed Total: $5,044.99<br>Filing Creditor Name and Address:<br>ESPOSITO, TONY F<br>76 COQUINA RIDGE WAY<br>ORMOND BEACH, FL 32174 | Claim Holder Name and Address<br>ESPOSITO, TONY F<br>76 COQUINA RIDGE WAY<br>ORMOND BEACH, FL 32174<br><br>Docketed Total: $5,044.99<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 — — $5,044.99 — | Modified Total: $5,044.99<br><br>Case Number / Interest<br>08-35653   $5,044.99 |
| Claim: 3770<br>Date Filed: 01/15/2009<br>Docketed Total: $300,000.00<br>Filing Creditor Name and Address:<br>GARY KURZENHAUSER<br>PO BOX 740<br>FARMINGVILLE, NY 11738 | Claim Holder Name and Address<br>KURZENHAUSER, GARY<br>PO BOX 740<br>FARMINGVILLE, NY 11738<br><br>Docketed Total: $300,000.00<br><br>Case Number / Secured / Priority / Unsecured<br>08-35653 — — — $300,000.00 | Modified Total: $300,000.00<br><br>Case Number / Interest<br>08-35653   $300,000.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 5138<br>Date Filed:  01/23/2009<br>Docketed Total:  $9,694.42<br>Filing Creditor Name and Address:<br>  GEORGE T BENTZEN<br>  127 VIA DE LA REINA<br>  MERRITT ISLAND, FL 32953-2426 | Claim Holder Name and Address<br>  BENTZEN, GEORGE T<br>  127 VIA DE LA REINA<br>  MERRITT ISLAND, FL 32953-2426<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $9,694.42<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>$9,694.42 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $9,694.42<br><br><br><br>Interest<br>$9,694.42 |

**Total Claims To Be Modified: 9**

**Total Amount As Docketed:**     $354,020.11

**Total Amount As Modified:**     $354,020.11

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1             Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                    **Signature:** _Joseph Speetjens_