Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CERTAIN QUALIFIED PENSION <u>PLAN CLAIMS AND 401(K) PLAN CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Twelfth Omnibus Objection to Certain Qualified Pension Plan Claims and 401(k) Plan Claims (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses"); and a hearing

on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Nov 12 2009                , 2009

/s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

2

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                            /s/ Douglas M. Foley
                            Douglas M. Foley
```

\10141885

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DARLING, NANCY A<br>805 EAST TOLEDO ST<br>BROKEN ARROW, OK 74012 | 6282 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIVEN, JULIA<br>432 EDNAM DR<br>CHARLOTTESVLE, VA 22903-4716 | 10717 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GOMEZ, RICARDO R<br>4601 40TH<br>LUBBOCK, TX 79414 | 9355 | Secured:<br>Priority: $2,518.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $2,518.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILL, KEN<br>4416 WHITECAP RD<br>MARIETTA, GA 30066 | 6767 | Secured:<br>Priority: UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLM, MARY E<br>219 NOTTINGHAM DR<br>LOT NO 182<br>GREENVILLE, TX 75401-8319 | 6720 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $93.54<br>Reclamation:<br>Total: $93.54 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON, SUSAN<br>13056 BROOKSIDE LANE NORTH<br>ROGERS, MN 55374 | 7279 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACCANELLI, ANNA<br>16637 THORNTON AVE<br>SOUTH HOLLAND, IL 60473 | 9420 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$116,136.00<br><br><br><br>$116,136.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOORE, VICTORIA<br>1306 ELMSHADOW DRIVE<br>RICHMOND, VA 23231 | 7465 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,011.36<br><br><br><br><br>$1,011.36 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORMAND, DIONNE<br>268 BARTLETT ST<br>UNIT 2<br>MANCHESTER, NH 03102 | 6092 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$115.84<br><br><br><br>$115.84 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUSSELL, ALEX<br>3198 VERMONT RTE 100<br>WATERBURY, VT 05676 | 9296 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SAVARY, SHARON<br>2612 KIRKLAND RD<br>DOVER, FL 33527-0000 | 10766 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $40,000.00<br>Reclamation:<br>Total: $40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAVARY, SHARON<br>C O JOSEPH D CAIN<br>2612 KIRKLAND RD<br>DOVER, FL 33527 | 10535 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $40,000.00<br>Reclamation:<br>Total: $40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHARP, RICK<br>ATTN CHRISTINE M FITZGERALD ESQ<br>CLARKSON GORE & MARSELLA APLC<br>3424 CARSON ST STE 350<br>TORRANCE, CA 90503 | 9224 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHOOK, CAROLE<br>5 SYCAMORE DR<br>FLORENCE, KY 41042 | 6412 | Secured:<br>Priority: $120.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $120.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON, RICHARD<br>11313 EDGEWOOD FARM CT<br>RICHMOND, VA 23233 | 6405 | Secured:<br>Priority: $296.61<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $296.61 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twelfth Omnibus Objection to Claims
Supplemental Order On Qualified Pension Plan Claims &
401(K) Plan Claims - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TURNER, MARIA TERESA<br>18479 CATTAIL SPRING DR<br>LEESBURG, VA 20176 | 11254 | Secured:<br>Priority: $223,479.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $223,479.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    16    $423,770.35

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs          Page 1 of 1            Date Rcvd: Nov 17, 2009
Case: 08-35653               Form ID: pdforder      Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**                    **Signature:**    *Joseph Speetjens*