Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
                 Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SIXTEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS
FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the Debtors' Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that certain parties filed responses to the Objection (the "Responses");

and a hearing on the merits of the Responses having been held on November 3, 2009; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The claims identified on Exhibit A as attached hereto and incorporated herein are forever reclassified as set forth on Exhibit A for all purposes in these bankruptcy cases.

3. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases are hereby preserved in their entirety.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
            Nov 12 2009             , 2009

                    /s/ Kevin Huennekens
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Nov 17 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley


\10145773

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4705<br>Date Filed: 01/23/2009<br>Docketed Total: $4,710.00<br>Filing Creditor Name and Address:<br>HERMAN & MARION GALLATI<br>2086 FIR ST<br>WANTACH, NY 11993 | Claim Holder Name and Address<br>GALLATI, HERMAN & MARION       Docketed Total:     $4,710.00<br>2086 FIR ST<br>WANTACH, NY 11993<br><br>Case Number       Secured       Priority       Unsecured<br>08-35653                                                   $4,710.00 | Modified Total:     $4,710.00<br><br><br>Case Number                                                         Interest<br>08-35653                                                          $4,710.00 |
| Claim: 2803<br>Date Filed: 01/06/2009<br>Docketed Total: $1,044.25<br>Filing Creditor Name and Address:<br>JAMES L SHOBER<br>26 SCHOOL LN<br>STEVENS, PA 17578 | Claim Holder Name and Address<br>JAMES L SHOBER       Docketed Total:     $1,044.25<br>26 SCHOOL LN<br>STEVENS, PA 17578<br><br>Case Number       Secured       Priority       Unsecured<br>08-35653                                                   $1,044.25 | Modified Total:     $1,044.25<br><br><br>Case Number                                                         Interest<br>08-35653                                                          $1,044.25 |
| Claim: 9223<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JAMES W ATWOOD & JUANITA<br>1434 CANTERBURY RD<br>FRONT ROYAL, VA 22630 | Claim Holder Name and Address<br>JAMES W ATWOOD & JUANITA       Docketed Total:     **UNL**<br>1434 CANTERBURY RD<br>FRONT ROYAL, VA 22630<br><br>Case Number       Secured       Priority       Unsecured<br>08-35653                                                       UNL | Modified Total:     $0.00<br><br><br>Case Number                                                         Interest<br>08-35653                                                             $0.00 |
| Claim: 3921<br>Date Filed: 01/13/2009<br>Docketed Total: $130.00<br>Filing Creditor Name and Address:<br>JEAN THEODULE<br>22841 SW 88 PL UNIT 206<br>CUTTLER BAY, FL 33190 | Claim Holder Name and Address<br>THEODULE, JEAN       Docketed Total:     $130.00<br>22841 SW 88 PL UNIT 206<br>CUTTLER BAY, FL 33190<br><br>Case Number       Secured       Priority       Unsecured<br>08-35653                                                     $130.00 | Modified Total:     $130.00<br><br><br>Case Number                                                         Interest<br>08-35653                                                            $130.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 4286<br>Date Filed: 01/20/2009<br>Docketed Total: $5,174.85<br>Filing Creditor Name and Address:<br>JOHN H DAVIS EL<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address<br>DAVIS EL, JOHN H<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $5,174.85<br><br><br><br>Priority<br>$5,174.85 | <br><br><br><br>Unsecured | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $5,174.85<br><br><br><br>Interest<br>$5,174.85 |
| Claim: 4288<br>Date Filed: 01/20/2009<br>Docketed Total: $18,596.20<br>Filing Creditor Name and Address:<br>JOHN H DAVIS EL<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address<br>DAVIS EL, JOHN H<br>4709 THREE OAKS RD<br>BALTIMORE, MD 21208<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $18,596.20<br><br><br><br>Priority<br>$18,596.20 | <br><br><br><br>Unsecured | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $18,596.20<br><br><br><br>Interest<br>$18,596.20 |
| Claim: 7298<br>Date Filed: 01/28/2009<br>Docketed Total: $979.02<br>Filing Creditor Name and Address:<br>KAREN BUCKLEY<br>7615 MINERAL SPRING CT<br>SPRINGFIELD, VA 22153 | Claim Holder Name and Address<br>BUCKLEY, KAREN<br>7615 MINERAL SPRING CT<br>SPRINGFIELD, VA 22153<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | $979.02<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>$979.02 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $979.02<br><br><br><br>Interest<br>$979.02 |
| Claim: 2406<br>Date Filed: 01/02/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>KNIESCHE, ROBERT E<br>179 SHELBY DR<br>NEWPORT NEWS, VA 23608-2544 | Claim Holder Name and Address<br>KNIESCHE, ROBERT E<br>179 SHELBY DR<br>NEWPORT NEWS, VA 23608-2544<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | **UNL**<br><br><br><br>Priority | <br><br><br><br>Unsecured<br>UNL | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $0.00<br><br><br><br>Interest<br>$0.00 |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixteenth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2928<br>Date Filed: 01/05/2009<br>Docketed Total: $2,000.00<br>Filing Creditor Name and Address:<br>KNIGHTON, MR BENJAMIN R<br>28631 N JAMES MADISON HWY<br>NEW CANTON, VA 23123 | Claim Holder Name and Address<br>KNIGHTON, MR BENJAMIN R<br>28631 N JAMES MADISON HWY<br>NEW CANTON, VA 23123<br><br>Docketed Total: $2,000.00<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                              $2,000.00 | Modified Total: $2,000.00<br><br>Case Number                                          Interest<br>08-35653                                               $2,000.00 |
| Claim: 4632<br>Date Filed: 01/21/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LOUIS A LUCHAK & DOLORES I<br>LUCHAK JT TEN<br>4219 AVE J<br>SANTA FE, TX 77510 | Claim Holder Name and Address<br>LOUIS A LUCHAK & DOLORES I<br>LUCHAK JT TEN<br>4219 AVE J<br>SANTA FE, TX 77510<br><br>Docketed Total: UNL<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                     UNL | Modified Total: $0.00<br><br>Case Number                                          Interest<br>08-35653                                                  $0.00 |
| Claim: 7004<br>Date Filed: 01/27/2009<br>Docketed Total: $30,509.00<br>Filing Creditor Name and Address:<br>LOURENA PRUETT COLE IRREV<br>TRUST<br>4016 DIAMOND LOCH E<br>FORT WORTH, TX 76180-8718 | Claim Holder Name and Address<br>LOURENA PRUETT COLE IRREV<br>TRUST<br>4016 DIAMOND LOCH E<br>FORT WORTH, TX 76180-8718<br><br>Docketed Total: $30,509.00<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                             $30,509.00 | Modified Total: $30,509.00<br><br>Case Number                                          Interest<br>08-35653                                              $30,509.00 |
| Claim: 2393<br>Date Filed: 01/02/2009<br>Docketed Total: $375.00<br>Filing Creditor Name and Address:<br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315 | Claim Holder Name and Address<br>MIRSHAH, HASSAN & NANCY E<br>851 CLIFFS DR NO 301C<br>YPSILANTI, MI 48198-7315<br><br>Docketed Total: $375.00<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                 $375.00 | Modified Total: $375.00<br><br>Case Number                                          Interest<br>08-35653                                                 $375.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Sixteenth Omnibus Objection to Claims  
Supplemental Order (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8129<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MURIEL TO YANG<br>645 FARNHAM CIR<br>RICHMOND, VA 23236 | Claim Holder Name and Address<br>YANG, MURIEL TO         Docketed Total:    **UNL**<br>645 FARNHAM CIR<br>RICHMOND, VA 23236<br><br>Case Number     Secured     Priority     Unsecured<br>08-35653                                                UNL | Modified Total:    **$0.00**<br><br><br><br>Case Number                                           Interest<br>08-35653                                                 $0.00 |

**Total Claims To Be Modified: 13**

**Total Amount As Docketed:**    $63,518.32

**Total Amount As Modified:**     $63,518.32

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 19, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2009**                    **Signature:**   _Joseph Speetjens_