Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
166 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
             Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF RULE 30(b)(6) DEPOSITION
OF EXPORT DEVELOPMENT CANADA**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030, counsel for the Debtors in the above-captioned cases, will take the deposition upon oral examination of Export Development Canada ("EDC")[1] before

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' First Request for Admissions, First Set

a person authorized to administer oaths at the place, date, and time indicated below.  The deposition will be recorded by stenographic means.  EDC is requested to designate the person or persons most knowledgeable to prepare to testify on behalf of EDC concerning the following:

   1.   The Motion for Allowance of the Late Filed Administrative Expense Claim of Export Development Canada (Docket No. 2960) (the "Motion").

   2.   The nature of the relationship between EDC and TechCraft at all times prior to the 503(b)(9) Bar Date.

   3.   EDC's knowledge that the Debtors filed Case No. 08-35653.

   4.   EDC's knowledge of the 503(b)(9) Bar Date in Case No. 08-35653.

   5.   Any communications and correspondence between EDC and TechCraft regarding the 503(b)(9) Bar Date Notice.

   6.   EDC's protocols, procedures, and methodologies for responding to bankruptcy

---

of Interrogatories, and First Request for Production of Documents (the "Discovery").

notifications, bar date notifications, and other legal service of process.

7. All cases, civil, bankruptcy, or other proceedings, in which EDC failed to timely respond to any court-imposed deadlines, bar date notifications, and/or legal papers, or alleged that you failed to receive any documents, notices, and/or pleadings, and the outcome of such instances.

The deposition(s) will commence at **10:00 a.m. (Eastern) on December 4, 2009** at McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219. If necessary, each deposition will be adjourned until completed.

The deposition will continue, in duration, in a manner consistent with Fed. R. Civ. P. 30 (d) and Fed. R. Bankr. P. 7030.

Dated: November 20, 2009
      Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

__/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\10195084.1