UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
RICHMOND DIVISION
FILED
NOV 19 2009
CLERK
U.S. BANKRUPTCY COURT
```

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| Ashley Isaac, *pro se*, ON BEHALF OF HERSELF | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR LEAVE APPEAR TELEPHONICALLY

## AT THE NOVEMBER 23, 2009 HEARING

1. Ashley Isaac is a Movant who has filed a motion with this court related to the Bankruptcy of Circuit City Stores, INC.

2. Ms. Isaac is a *pro se* litigant who resides in Birmingham, Alabama and is unavailable to attend in person.

3. The hearing for Ms. Isaac's motion will be held on November 23, 2009 in Richmond, Virginia.

4. For the above reasons Ms. Isaac will not be able to attend the hearing in person, but respectfully asks that this Court will grant her leave to appear at the hearing via telephone.

**WHEREFORE, Premises Considered**, for the foregoing reasons and for cause shown, Movant respectfully prays that this Court grants relief and:

(a) allows the movant to appear telephonically at the November 23, 2009 Hearing.

(b) grants the movant additional relief as this Court deems just and proper.


Date: November 17 2009

Respectfully Submitted

Ashley Isaac, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and an exact copy of the document has been delivered to the following party by certified United States Mail, properly addressed, postage pre-paid

_____
Ashley Isaac, *pro se*

**OF COUNSEL:**
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_Richmond_ Division

In re: Circuit City Stores, Inc., et al )
)
) Case No. 08-35653
) Chapter 11
Debtor

### NOTICE OF MOTION (OR OBJECTION)

_Ashley Isaac_ has filed papers with the court to _Appear Telephonically At The November 23, 2009 Hearing_.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____ _____, you or your attorney must:

☐  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
_701 East Broad Street_
_Richmond, VA. 23219_

You must also mail a copy to:
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA

☐  Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐     Attend the hearing on the motion (or objection) scheduled to be held on _November 23, 2009_ at _11:00_ a.m. at United States Bankruptcy Court, _701 E. Broad Street, Richmond, VA_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _November 17, 2009_

Signature, name, address and telephone number of person giving notice:

_Ashley Isaac_
_617 S. 76th Street_
_Birmingham, AL_
_205-536-3075_
Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this _17_ day of _November_, 20_09_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_Ashley Isaac_