Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


             DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
  CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND
         (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,

their Sixtieth Omnibus Objection to Claims (Disallowance of
Certain (i) No Liability (Legal Claims); (ii) No Liability
(Miscellaneous Claims); and (iii) No Liability
(Subcontractor Claims)) (the "Objection"), and hereby move
this Court, pursuant to sections 105 and 502 of title 11 of
the United States Code, 11 U.S.C. §§ 101 et seq. (as
amended, the "Bankruptcy Code"), Rule 3007 of the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and
Local Bankruptcy Rule 3007-1, for an order, the proposed
form of which is attached hereto as Exhibit A, granting the
relief sought by this Objection, and in support thereof
states as follows:

### JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409.  The statutory and legal predicates
for the relief requested herein are Bankruptcy Code sections

---

Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

105 and 502, and Rule 3007 of the Federal Rules of Bankruptcy

Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2009, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof

(Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant

to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

10.  On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

11.  On May 15, 2009, the Court entered that certain
Order Pursuant to Bankruptcy Code Sections 105 and 503 and
Bankruptcy Rules 2002 and 9007 (i) Setting Administrative
Bar Date and Procedures For Filing and Objecting To
Administrative Expense Request and (ii) Approving Form and
Manner of Notice Thereof (Docket No. 3354) (the
"Administrative Claims Bar Date Order").

12.  Pursuant to the Administrative Claims Bar Date
Order, the deadline for filing all Administrative Expense
Requests (as defined in the Administrative Claims Bar Date
Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant
to the Administrative Claims Bar Date Order, this Court

approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

13.   On May 15, 2009 KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 3397).  In addition, the Debtors published the Administrative  Claims Bar Date Notice in the Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969), and The Wall Street Journal (Docket No. 3968).

## OBJECTIONS TO CLAIMS

14.   By this Objection, the Debtors seek entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the claims listed on Exhibit C, Exhibit D and Exhibit E attached hereto.

15.   For ease of reference, attached as Exhibit B is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

## A.   <u>NO LIABILITY (LEGAL CLAIMS)</u>

16.   The basis for the disallowance of the claims listed on <u>Exhibit C</u> attached hereto is that all of the claims (the "No Liability Legal Claims") allege claims against the Debtors arising from pending litigation, prospective litigation, or other threatened litigation claims to which the Debtors deny liability.  After reviewing the No Liability Legal Claims and the bases upon which they are asserted, and reviewing the Debtors' books and records, the Debtors dispute any liability for the No Liability Legal Claims.

17.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the No Liability Legal Claims. Accordingly, the No Liability Legal Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**B.   <u>NO LIABILITY (MISCELLANEOUS CLAIMS)</u>**

18.   The basis for the disallowance of the claims listed on <u>Exhibit D</u> attached hereto (the "No Liability Miscellaneous Claims") is that the claims appear to relate to or arise from payroll, service contracts, warranty protection plans, or other alleged liabilities for which Debtors dispute any liability.  After reviewing the No Liability Miscellaneous Claims and the bases upon which they are asserted and reviewing the Debtors' books and records, the Debtors dispute any liability for the No Liability Miscellaneous Claims.

19.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the No Liability Miscellaneous Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## C.    <u>NO LIABILITY (SUBCONTRACTOR CLAIMS)</u>

20.    <u>Exhibit E</u> includes claims that relate to or arise from claims that the claimants may have against certain third parties, including certain contractors and/or vendors of the Debtors (the "No Liability Subcontractor Claims"). The basis for the disallowance of the claims listed on <u>Exhibit E</u> attached hereto is that the Debtors are not in privity with the claimants asserting the No Liability Subcontractor Claims, and therefore have no obligations or liabilities owing to such parties.  Accordingly, the claimants are not entitled to any claims from the Debtors' bankruptcy estates.

21.    At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, No Liability (Subcontractor) Claims. Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**RESERVATION OF RIGHTS**

22.   As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

**NOTICE AND PROCEDURE**

23.   Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C, Exhibit D, and Exhibit E (the
"Claimants"), respectively, and to parties-in-interest in
accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Federal Rule of Bankruptcy
Procedure 7004 and the applicable provisions of Federal Rule
of Civil Procedure 4; (b) to the extent counsel for a

Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

    24.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. on December 14, 2009** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **10:00 a.m. on December 21, 2009** and thereafter schedule the matter for a future hearing as to the merits of such claim.[2]  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter

---

[2]  **In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.**

an order, substantially in the form attached hereto as

Exhibit A, disallowing the No Liability (Legal Claims); No

Liability (Miscellaneous Claims); and No Liability

(Subcontractor Claims) set forth in Exhibit C, Exhibit D,

and Exhibit E attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

25.   This Objection complies with Bankruptcy Rule

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

26.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Motion, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

## NO PRIOR RELIEF

27.   No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
       November 20, 2009     FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND
(III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Sixtieth Omnibus Objection to Claims ((Disallowance

of Certain (I) No Liability (Legal Claims); (II) No

Liability (Miscellaneous Claims); and (III) No Liability

(Subcontractor Claims)) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u>, <u>Exhibit D</u>, and <u>Exhibit E</u> attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on <u>Exhibit A</u>, <u>Exhibit B</u> and <u>Exhibit C</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.   The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any

bases are hereby preserved in their entirety.

    4.   The Debtors shall serve a copy of this Order on
the claimants included on the exhibits to this Order on or
before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
         _____, 2009

        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                 /s/ Douglas M. Foley
                 Douglas M. Foley


\10191567

In re: Circuit City Stores, Inc, et al.                                                    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance
Case No. 08-35653 (KRH)                                                                                                        Of Certain No Liability Claims)

Exhibit B - Claimants and Related Claims Subject To Sixtieth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AGV CONSTRUCTION INC | 1609 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| AMANDA COMPTON | 14554 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| ASHLEY ISAAC | 14526 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| BOOKER,JAMAL | 4230 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| BRUCE DAVIS | 13286 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| BRUCE SENATOR | 13082 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CARTER, ARTIE | 14262 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CHIRAG GOVANI | 12329 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| CITIGROUP INC | 10037 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| GENERAL MASONRY & CONCRETE INC | 5254 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| GENERAL MASONRY & CONCRETE INC | 6511 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| HAMPTON, HERMAN DESEAN | 4722 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| HILGENBERG, JOHN & EVELYN | 10263 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| HILLSON ELECTRIC INC | 4015 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| IMPERIAL PAVING CO , INC | 8134 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| J&L ELECTRICAL SERVICES INC | 8693 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| J&L ELECTRICAL SERVICES INC | 9371 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED | 6045 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| JEAN DASGUPTA | 4423 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| JOE A CARROW | 9085 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| JOHN ROHRER CONTRACTING CO | 4016 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| JOHNSON, STEVEN | 12225 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| KOEHLER, KATHY | 5246 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| KUNYSZ, WILLIAM | 4300 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| LANG CONSTRUCTION INC | 4018 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| LUCERO, JOSHUA THOMAS | 4882 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MARTIN, JOHNNY | 2986 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MARTINEZ, JASON WARWICK | 6260 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| MIGUEL, AUSTIN | 11603 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MITZI INTERNATIONAL HANDBAGS | 1641 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABLITY SUBCONTRACTOR CLAIMS) |
| OHIO BUREAU OF WORKERS COMPENSATION | 13646 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| OKLAHOMA DEPARTMENT OF AGRICULTURE FOOD AND FORESTRY | 12306 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| PATRICIA CIESLA | 13261 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| PATRICIA JOHNSON | 13035 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PATRICK SEELYE | 11760 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD | 14216 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| READING, GLEN | 8179 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED | 6039 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| RODOLFO ROLDAN | 8359 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SABLE, BILL | 3033 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SNOW, CHRISTOPHER | 4238 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| STEELE, PHILLIP LEE | 14123 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| STEWART, MARK | 9295 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| SUNTECH SERVICES OF FLORIDA | 9273 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| THEODORE F WAHL | 13601 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |

In re: Circuit City Stores, Inc, et al.                                              Debtors' Sixtieth Omnibus Objection to Claims (Disallowance
Case No. 08-35653 (KRH)                                                                                    Of Certain No Liability Claims)

Exhibit B - Claimants and Related Claims Subject To Sixtieth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| THOMPSON BUILDING MATERIALS FONTANA | 5363 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY SUBCONTRACTOR CLAIMS) |
| TY D PAUL | 12503 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| YOUNG, JACKSON H | 2591 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |

In re: Circuit City Stores, Inc, et al.     Fifty-Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                         Of Certain No Liability Legal Claims)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMANDA COMPTON<br>2649 CORONADO RDG<br>LEXINGTON, KY 40511 | 14554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $750.00<br><br>$750.00 | 08/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ASHLEY ISAAC<br>617 S 76TH ST<br>BIRMINGHAM, AL 35206-5227 | 14526 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $850,000.00<br><br>$850,000.00 | 07/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOOKER,JAMAL<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4230 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHIRAG GOVANI<br>MARK BRADSHAW ESQ<br>SHULMAN HODGES & BASTIAN LLP<br>26632 TOWNE CTR DR STE 300<br>FOOTHILL RANCH, CA 92610 | 12329 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,400,680.10<br><br>$3,400,680.10 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CITIGROUP INC<br>SARA B BLOTNER ESQ<br>125 BROAD ST 7TH FL<br>NEW YORK, NY 10004 | 10037 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   Debtors' Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                         Of Certain No Liability Legal Claims)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAMPTON, HERMAN DESEAN<br>4902 HARVEST FIELDS CIR<br>MEMPHIS, TN 38125-4725 | 4722 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,000.00<br><br>$1,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILGENBERG, JOHN & EVELYN<br>KENNETH G  GILMAN<br>GILMAN & PASTOR  LLP<br>225 FRANKLIN ST 16TH FL<br>BOSTON, MA 02110 | 10263 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND ALL<br>THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6045 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$23,940,292.00<br><br><br><br><br>$23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARTINEZ, JASON WARWICK<br>621 WEST 7TH ST<br>PUEBLO, CO 81003 | 6260 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$5,291.97<br><br><br>$81.94<br><br>$5,373.91 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OKLAHOMA DEPARTMENT OF<br>AGRICULTURE FOOD AND<br>FORESTRY<br>ATTN JAMES WOODRUFF<br>2800 N LINCOLN BLVD<br>OKLAHIOMA CITY, OK 73105-4298 | 12306 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 04/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors 25th Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain No Liability Legal Claims)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PATRICIA CIESLA WEINER LESNIAK LLP ATTORNEYS AT LAW 629 PARSIPPANY RD PO BOX 0438 PARSIPPANY, NJ 07054-0438 | 13261 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED C O RIGHETTI LAW FIRM PC MATTHEW RIGHETTI 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 6039 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $7,070,131.60 $7,070,131.60 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNOW, CHRISTOPHER JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT 2640 WESTVIEW DR  BOX 6286 WYOMISSING, PA 19610 | 4238 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEWART, MARK 6547 BIG CREEK PKWY PARMA HEIGHTS, OH 44130 | 9295 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $75,000.00 $75,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| YOUNG, JACKSON H 1958 FARLEY DR WILMINGTON, NC 28405-1014 | 2591 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $599.99 $599.99 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    15    $35,448,827.60

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.     Debtor's Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                        Of Certain No Liability Miscellaneous Claims)

EXHIBIT D

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRUCE DAVIS<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | 13286 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $250.00<br><br><br><br><br>$250.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13082 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $150.00<br><br><br><br><br>$150.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARROW, JOE A<br>14873 MASONIC BLVD<br>WARREN, MI 48088 | 9085 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$644.10<br><br>$644.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 14262 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$5,000.00<br><br><br><br>$5,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DASGUPTA, JEAN<br>JEAN DASGUPTA RYAN DASGUPTA<br>2723 PEMBSLY DR<br>VIENNA, VA 22181 | 4423 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$400.00<br><br><br><br><br>$400.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.   Debtor's 25th Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                                         Of Certain No Liability Miscellaneous Claims)

## EXHIBIT D

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON, STEVEN<br>1538 PEMBERTON DR<br>COLUMBUS, OH 43221 | 12225 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $65.00<br><br><br><br><br>$65.00 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOEHLER, KATHY<br>1188 WAVING WILLOW DR<br>KETTERING, OH 45409 | 5246 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100.00<br><br><br><br><br>$100.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KUNYSZ, WILLIAM<br>2213 TIMBER TRAIL<br>PLAINFIELD, IL 60586-5084 | 4300 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $499.99<br><br><br><br><br>$499.99 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUCERO, JOSHUA THOMAS<br>280 CORTEZ ST<br>DENVER, CO 80221 | 4882 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $161.46<br><br><br><br><br>$161.46 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTIN, JOHNNY<br>3720 NW 63RD ST<br>FT LAUDERDALE, FL 33309 | 2986 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                      Of Certain No Liability Miscellaneous Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MIGUEL, AUSTIN<br>1636 W 120TH<br>LOS ANGELES, CA 90047 | 11603 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 02/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 13646 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$2,442.43<br><br><br><br>$2,442.43 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | 13035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$799.99<br><br>$799.99 | 05/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICK SEELYE<br>7630 W ST ANDREWS CIR<br>PORTAGE, MI 49024 | 11760 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$599.95<br><br><br><br>$599.95 | 03/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD<br>ATTN NINA MOJIRI AZAD OR MARY PETERS<br>1666 K STREET NW<br>BALTIMORE, MD 20006 | 14216 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$4,700.00<br><br><br><br>$4,700.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                       Of Certain No Liability Miscellaneous Claims)

EXHIBIT D

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| READING, GLEN<br>8 DEBILL COURT<br>VERNON HILLS, IL 60061 | 8179 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $528.99<br><br>$528.99 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROLDAN, RODOLFO<br>1602 W ANAHEIM ST<br>HARBOR CITY, CA 90710 | 8359 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $119.98<br><br>$119.98 | 01/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SABLE, BILL<br>563 WHITE SWAN LANE<br>LANGHORNE, PA 19047 | 3033 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $625.93<br><br>$625.93 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEELE, PHILLIP LEE<br>1208 DAWKINS ST  B<br>DURHAM, NC 27707 | 14123 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,189.00<br><br>$3,189.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THEODORE F WAHL<br>3207 CYPRESS ST<br>W MIFFLIN, PA 15122 | 13601 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $151.59<br><br>$151.59 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                    Of Certain No Liability Miscellaneous Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TY D PAUL<br>721 W A ALLEN<br>WYLIE, TX 75098 | 12503 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,286.65<br><br><br>$3,286.65 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    **21**                         **$23,715.06**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                    Of Certain No Liability Subcontractor Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGV CONSTRUCTION INC<br>ARMANDO GUERRERO<br>132 CARRINGTON DR<br>ROCKWALL, TX 75032 | 1609 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $11,644.00<br>$11,644.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | 5254 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,472.30<br>$40,472.30 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | 6511 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $37,647.77<br>$37,647.77 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILLSON ELECTRIC INC<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4015 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $51,187.09<br>$51,187.09 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMPERIAL PAVING CO , INC<br>10715 BLOOMFIELD AVE<br>SANTA FE SPRINGS, CA 90670 | 8134 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $36,880.20<br>$36,880.20 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtor's Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                       Of Certain No Liability Subcontractor Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| J&L ELECTRICAL SERVICES INC C O CATHERINE HARRISON KING MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 1170 ATLANTA, GA 30309-7706 | 9371 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $105,825.09 $105,825.09 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| J&L ELECTRICAL SERVICES INC C O CATHERINE HARRISON KING MILLER & MARTIN PLLC 1170 PEACHTREE ST NE STE 1170 ATLANTA, GA 30309-7706 | 8693 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,934.94 $50,934.94 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHN ROHRER CONTRACTING CO C O GARY V FULGHUM 2800 COMMERCE TOWER 911 MAIN ST KANSAS CITY, MO 64105 | 4016 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $49,315.86 $49,315.86 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANG CONSTRUCTION INC C O GARY V FULGHUM 2800 COMMERCE TOWER 911 MAIN ST KANSAS CITY, MO 64105 | 4018 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $43,623.16 $43,623.16 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MITZI INTERNATIONAL HANDBAGS EULER HERMES ACI AGENT OF MITZI INTERNATIONAL HANDBAGS 800 RED BROOK BLVD OWINGS MILLS, MD 21117 | 1641 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $23,184.80 $23,184.80 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                  Of Certain No Liability Subcontractor Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUNTECH SERVICES OF FLORIDA ATTN JEFF BOBLOOCH 1024 ROYAL BIRKDALE DR TARPON SPRINGS, FL 34688 | 9273 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $20,000.00 $20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON BUILDING MATERIALS FONTANA PO BOX 950 FONTANA, CA 92334 | 5363 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,420.53 $9,420.53 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    **12**    **$480,135.74**

*    "UNL" denotes an unliquidated claim.