**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

**ORDER GRANTING ADMISSION PRO HAC VICE**

This matter came before the Court upon the Motion to Admit Counsel Pro Hac Vice (the "Motion") filed by Robert S. Westermann, seeking admission *pro hac vice* for Peter N. Tamposi, Esquire, of the law firm of Donchess, Notinger & Tamposi, P.C., in the above-styled bankruptcy cases pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, that no other or further notice is required, and that it is appropriate that Peter N. Tamposi be authorized to practice *pro hac vice* before this Court on behalf of Eastman Kodak Company in the aforementioned bankruptcy proceedings. It is therefore

**ORDERED** that the Motion is **GRANTED;** and it is further

**ORDERED** that Peter N. Tamposi may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Eastman Kodak Company.

DATE: Nov 18 2009

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Nov 19 2009

_____
Robert S. Westermann, VSB No. 43294
HIRSCHLER FLEISCHER, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
rwestermann@hf-law.com
*Counsel for Eastman Kodak Company*

I ASK FOR THIS:

      /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Eastman Kodak Company*

## LOCAL RULE 9022-1 CERTIFICATION

      I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

      /s/ Robert S. Westermann
      Robert S. Westermann

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs              Page 1 of 1              Date Rcvd: Nov 19, 2009
Case: 08-35653               Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 21, 2009.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                    **Signature:**     *Joseph Speetjens*