# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| IN RE: | |
| | CASE NO. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | (Chapter 11) |
| | (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF BRUCE W. AKERLY

Upon consideration of the *Motion for Admission Pro Hac Vice of Bruce W. Akerly* (the "Motion"), filed by Robert M. Marino, and it appearing that adequate notice of the *Motion* has been provided to all necessary persons herein, and that no other notice is necessary or required; it is therefore

ORDERED that the *Motion* is hereby GRANTED; and that Bruce W. Akerly, Esq., of the law firm of Bell Nunnally & Martin LLP, pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), be and hereby is permitted to appear and be heard *pro hac vice* in the above-captioned jointly administered cases on behalf of Ryan, Inc., f/k/a Ryan & Company, Inc.

Dated: Nov 18 2009

/s/ Kevin R. Huennekens

The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on docket: Nov 19 2009

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Ryan, Inc., f/k/a Ryan & Company, Inc.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Bruce W. Akerly, Esq.
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429

## CERTIFICATE OF SERVICE

     I hereby certify that on November 16, 2009, I caused a true and correct copy of the foregoing proposed *Order* to be served electronically on all parties receiving notice via the Court's CM/ECF system.

                                     /s/ Robert M. Marino
                                     Robert M. Marino

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Nov 19, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 21, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                    **Signature:** *Joseph Speetjens*