| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' TENTH OMNIBUS
OBJECTION TO CERTAIN DUPLICATE CLAIMS**

THIS MATTER having come before the Court on the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order

on Debtors' Tenth Omnibus Objection to Certain Duplicate Claims on July 20, 2009 (Docket No. 4172) (the "Initial Order") and the Supplemental Order on the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims on August 10, 2009 (Docket No. 4406) (the "First Supplemental Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses") as set forth on Exhibit B; and it appearing that the Responses have been withdrawn; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   Notwithstanding the Initial Order and First Supplemental Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are herby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2

2. Any responses to the Objection filed by the claimants identified on Exhibit A are deemed resolved upon entry of this Order.

3. Notwithstanding the Initial Order and the First Supplemental Order, the claims identified on Exhibit B (as attached hereto and incorporated herein) are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Debtors' rights and abilities to object to any claim included in the Objection on any grounds and on any bases applicable law permits are hereby preserved in their entirety.

5. To the extent that this Order conflicts with the Initial Order or the First Supplemental Order, this Order shall control.

6. The Debtors shall serve a copy of this Order on the claimants included on Exhibit A and Exhibit B to this Order on or before five (5) business days from the entry of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       Nov 20 2009        , 2009

                                    /s/ Kevin Huennekens
                                    Honorable Kevin R. Huennekens
                                    United States Bankruptcy Judge

Entered on docket: Nov 20 2009

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims Second Supplemental Order - (Withdraw Certain Duplicate Claims)

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS LLC<br>ELAN S LEVEY ESQ CA SBN 174843<br>LEVINSON ARSHONSKY & KURTZ LLP<br>15303 VENTURA BLVD STE 1650<br>SHERMAN OAKS, CA 91403 | 12458 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,468,704.69<br><br>$2,468,704.69 | 04/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| EAGLERIDGE ASSOCIATES<br>C O IAN S LANDSBERG<br>LANDSBERG MARGUILES LLP<br>16030 VENTURA BLVD STE 470<br>ENCINO, CA 91436 | 12768 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$31,573.67<br><br><br><br>$31,573.67 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| EAGLERIDGE ASSOCIATES<br>C O IAN S LANDSBERG<br>LANDSBERG MARGUILES LLP<br>16030 VENTURA BLVD STE 470<br>ENCINO, CA 91436 | 12769 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$31,062.06<br><br>$252,372.13<br><br>$283,434.19 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MIMS, SATCHI<br>PO BOX 19304<br>OAKLAND, CA 94619 | 5708 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$9,500.00<br><br>$9,500.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| UNITED STATES DEBT RECOVERY LLC<br>940 SOUTHWOOD BL STE 101<br>INCLINE VILLAGE, NV 89451 | 7026 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$890,713.06<br><br>$890,713.06 | 01/28/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

**Total:** 5     **$3,683,925.61**

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims  
Supplemental Order - Duplicate To Be Disallowed

**EXHIBIT B**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 12834<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $618,611.47<br>Total: $618,611.47 | | Claim: 12859<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $618,611.47<br>Total: $618,611.47 | |
| Claim: 12822<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,726.80<br>Reclamation::<br>Unsecured:<br>Total: $40,726.80 | | Claim: 12863<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,726.80<br>Reclamation::<br>Unsecured:<br>Total: $40,726.80 | |
| Claim: 12518<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $618,611.47<br>Total: $618,611.47 | | Claim: 12859<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $618,611.47<br>Total: $618,611.47 | |
| Claim: 12519<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,726.80<br>Reclamation::<br>Unsecured:<br>Total: $40,726.80 | | Claim: 12863<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br>DONAHUE SCHRIBER REALTY GROUP LP<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,726.80<br>Reclamation::<br>Unsecured:<br>Total: $40,726.80 | |
| Claim: 12841<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 | | Claim: 12523<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 | |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims  
Supplemental Order - Duplicate To Be Disallowed

**EXHIBIT B**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12833<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 | Claim: 12522<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 |
| Claim: 5644<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>M&M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 5992<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>M&M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,919,500.00<br>Total: $1,919,500.00 |
| Claim: 5856<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>NAQVI, SYED<br>3720 WESTWOOD BL NO 7<br>LOS ANGELES, CA 90034 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $30,167.34<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $30,167.34 | Claim: 5850<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>NAQVI, SYED A<br>3720 WESTWOOD BL NO 7<br>LOS ANGELES, CA 90034 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $30,167.34<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $30,167.34 |
| Claim: 8317<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>TKG COFFEE TREE LP<br>C O LEON TUAN AND EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $67,466.66<br>Reclamation::<br>Unsecured:<br>Total: $67,466.66 | Claim: 9236<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>TKG COFFEE TREE LP<br>C O LEON TUAN AND EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $67,466.66<br>Reclamation::<br>Unsecured:<br>Total: $67,466.66 |

**Total Claims To Be Duplicated:** 9  
**Total Asserted Amount To Be Duplicated:** $2,214,943.59

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims  
Supplemental Order - Duplicate Different Debtor To Be Disallowed

**EXHIBIT B**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12837<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 | Claim: 12523<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 |
| Claim: 12858<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>C O TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 | Claim: 12523<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $60,831.93<br>Reclamation::<br>Unsecured:<br>Total: $60,831.93 |
| Claim: 12788<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>ATTN NANCY HOTCHKISS<br>TRAINOR FAIRBROOK<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 | Claim: 12522<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 |
| Claim: 12884<br>Date Filed: 05/06/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 | Claim: 12522<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>GREENBACK ASSOCIATES<br>C O TRAINOR FAIRBROOK<br>ATTN NANCY HOTCHKISS<br>980 FULTON AVE<br>SACRAMENTO, CA 95825 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $737,801.12<br>Total: $737,801.12 |
| Claim: 13000<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>TKG COFFEE TREE LP<br>C O EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 13010<br>Date Filed: 04/30/2009<br>Creditor's Name and Address:<br><br>TKG COFFEE TREE LP<br>C O EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims  
Supplemental Order - Duplicate Different Debtor To Be Disallowed

**EXHIBIT B**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12505<br>Date Filed: 04/29/2009<br>Creditor's Name and Address:<br>TKG COFFEE TREE LP<br>C O EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 12578<br>Date Filed: 04/29/2009<br>Creditor's Name and Address:<br>TKG COFFEE TREE LP<br>C O EUGENE CHANG<br>STEIN & LUBIN LLP<br>600 MONTGOMERY ST 14TH FL<br>SAN FRANCISCO, CA 94111 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation::<br>Unsecured:<br>Total: UNL |

**Total Claims To Be Duplicated:** 6  
**Total Asserted Amount To Be Duplicated:** $1,597,266.10

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1               Date Rcvd: Nov 20, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 22, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                    **Signature:**    _Joseph Speetjens_