IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) Jointly Administered |
| | ) Chapter 11 |
| Debtors. | ) Hon. Kevin R. Huennekens |
| | ) |

**<u>NOTICE OF CHANGE OF LAW FIRM ADDRESS</u>**

Neil E. McCullagh, counsel to <u>Dentici Family Limited Partnership</u>, <u>Dawn W. vonBechmann</u>, <u>Newspaper Agency Co, Inc. d/b/a MediaOne of Utah</u>, <u>Cormark Inc.</u> and <u>Richard T. Miller</u>, hereby gives notice of his change of law firm address.  His new contact information is as follows:

> Neil E. McCullagh
> Spotts Fain PC
> 411 East Franklin Street, Suite 600
> Richmond, Virginia  23219
> Phone:  (804) 697-2000
> Fax: (804) 697-2100
> Email: nmccullagh@spottsfain.com

Dated: November 23, 2009

> /s/ Neil E. McCullagh
> Neil E. McCullagh
> Spotts Fain PC
> 411 East Franklin Street, Suite 600
> Richmond, Virginia  23219
> Phone:  (804) 697-2000
> Fax: (804) 697-2100
> Email: nmccullagh@spottsfain.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 23rd day of November, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

/s/ Neil E. McCullagh