IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

### ORDER

In consideration of the Motion of Neil E. McCullagh to allow Angela S. Abreu to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh having entered his appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Angela S. Abreu, who is a member of the Bars of the States of New York, New Jersey and the Commonwealth of Pennsylvania, be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of PNY Technologies, Inc.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Angela S. Abreu will be subject to and submit herself to the full disciplinary powers of this Court to the same extent as if she were fully admitted to practice in this Court and the Bar of Virginia.

Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB # 47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
Counsel for PNY Technologies, Inc.

                                                ENTER:

                                                _____
                                                United States Bankruptcy Judge

I ASK FOR THIS:


  /s/ Neil E. McCullagh_____
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for PNY Technologies, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 20th day of November, 2009 to the following:

Daniel F. Blanks
Douglas A. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Robert B. Van Arsdale
Office of U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Greg M. Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111


Lynn L. Tavenner

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

                                                  /s/ Neil E. McCullagh


PARTIES TO RECEIVE COPIES

Angela S. Abreu, Esquire
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102