Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Email:  gkaplan@fbm.com

Attorneys for Creditor EEL MCKEE LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR EEL MCKEE LLC

**PLEASE TAKE NOTICE** that Eel McKee LLC ("Eel McKee"), a creditor and party in interest in the above-captioned case, hereby files this Notice of Change of Address pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and requests that any notice directed to Eel McKee in this case be sent to the following address (preferably by email or other electronic means if possible), and that such address be added to the mailing matrix and any special or limited service lists used in this case:

Farella Braun + Martel LLP
Attn: Gary M. Kaplan
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  gkaplan@fbm.com

Dated: November 23, 2009                    FARELLA BRAUN + MARTEL LLP

                                            By:            /s/
                                                  Gary M. Kaplan
                                            Attorneys for Creditor EEL MCKEE LLC

25113\2102424.1