Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Email: gkaplan@fbm.com

Attorneys for Creditor EEL MCKEE LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| In re | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**PROOF OF SERVICE BY U.S. MAIL OF NOTICE OF CHANGE OF ADDRESS FOR CREDITOR EEL MCKEE LLC**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 23, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE OF CHANGE OF ADDRESS FOR CREDITOR
EEL MCKEE LLC

in a sealed envelope, postage fully paid, addressed as follows:

| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br>Counsel to Debtors and Debtors in Possession | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>Counsel to Debtors and Debtors in Possession |

25113\2103000.1

| | |
|---|---|
| Dion W. Hayes<br>Douglas M. Foley<br>MCGUIREWOOD LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>Counsel to Debtors and Debtors in Possession | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2009, at San Francisco, California.

_____
Anna S. Fuller

- 2 -

251113\2103000.1