**U.S. Bankruptcy Court**
**Eastern District of Virginia, Richmond Division**
**701 East Broad Street, Suite 4000**
**Richmond, VA 23219**

November 19, 2009

Dear Sir/Madam,

I am writing to you to try to claim the rebates that I still have outstanding with Circuit City.

Enclosed is a copy of the rebate forms, receipts & submissions.
**Rebate# 1: $150 Rebate from Circuit City** (with a purchase of HP Notebook PC)
**Rebate# 2: $ 30 Rebate from Circuit City** (with a purchase of D-Link Routers & Adapter)

Please kindly process the request and send the rebate checks to the following address:
**Adrianus Hitijahubessy**
**3825 Maher Manor**
**Glen Allen, VA 23060**

I appreciate your time and effort. Thank you.

Sincerely,

Adrianus Hitijahubessy
Cell. 804-269-6344 or 804-727-9297

---

**Your Final Submission Confirmation**

Click here to print your submission. To conduct a new search, please click here.

**Thank you for your submission**

**Your confirmation number:** 307510213

**Promotion Information**

[redacted]

**Product Information**

**Circuit City Ticket #:** 03100042773420081128

**Purchase Date:** 11/28/2008

**Product 1:** HP Notebook PC (G50108NR)

**Circuit City Brand/Model:** HP G50108NR

**Reward Information**

**Rebate:** Check

**Demographic Information**

**First Name:** Adrianus

**Last Name:** Hitijahubessy

**Address 1:** 3825 Maher Manor

**Address 2:**

**City:** ~~Richmond~~ Glen Allen

**State:** VA

**Zip:** ~~23233~~ 23060

**Phone Number:** 804-727-9297

**Email:** thadea_t@yahoo.com

**Opt-in to receive additional communication from Circuit City** No



Sub
12/15/08
Conf#
30751021З
ETA
2/20/09
B00
(CC)
circuit city
Just what I needed.

Circuit City Store, Inc.
Store 03100
9900 WEST BROAD ST
GLEN ALLEN, VA 23060
(804) 273-6850

*DUPLICATE RECEIPT*

| | |
|---|---|
| 11/28/2008 | 4:59:46 AM EST |
| Trans.: 7734 | Store: 03100 |
| Reg.: 042 | Till: 042 |
| Cashier: 10413556 | Sales: 3556 |

SALE

Not an original receipt

03100042773420081128

XTREME N USB 59.99 T
DLKDWA160 1 @ 79.99 C
Item Discount Amt. -20.00
-1 - CircuitCityPrice

WIRELESS N ROUTER 39.99 T
DLKDIR615 1 @ 39.99 C

RANGEPLUS ROUTER 39.99 T

Serial Number:
S2CE841ZV4V

| | |
|---|---|
| Total Discount | -20.00 |
| Sub-Total | 705.94 |
| Tax | 35.30 |
| Total | 741.24 |
| Master Card (S) | 741.24 |
| Account: 4061 | |
| Auth: 76415B (A) | |
| Total Tender | 741.24 |
| Change Due | 0.00 |

*DUPLICATE RECEIPT*

Get a Chance to Win One of Five $1000 Gift Cards! Take Circuit City's Customer First Survey.

Queremos saber su opinion. Conteste nuestra encuesta por Internet

WWW.CIRCUITCITY.COM/SURVEY

Use the following customer code to enter on-line:

Q3G VDSZ X439

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Find out where you can recycle your old electronics at www.circuitcity.com/green.
Thanks for making your purchase at Circuit City!

Rebate Redemption Form

Program No. PCKHB

**$150 Rebate on HP G50108NR notebook**

**Qualifying Models:**

$150 Mail-in-Rebate on purchase of:

HP G50108NR Qty: 1 Rebate Amount: $150

**Forms postmarked later than 01/15/2009 are ineligible.**

**Rebates Made Simple**

You may be eligible to submit your rebate online. Visit www.CircuitCity.com/Rebates to learn more.

**HOW TO SUBMIT FOR THIS OFFER:**

Please completely fill out the form below and make a copy for your records.

Please send in the following items:

* This form in its entirety.
* A legible copy of the Circuit City sales receipt.
* Please circle the qualified item(s) and purchase price(s) on your Circuit City sales receipt.

* See our website information below for details.
* Please write the ESN or serial #'s in the space provided.

HP G50108NR : ____________________

The above listed items must have been purchased during the listed sales dates. Qualifying items must have been purchased between 11/27/2008 and 11/29/2008. By submitting this rebate form you certify that the above rebate items are for personal use only and not for resale. Allow 10 weeks from postmark date for processing of your rebate. This offer is valid for customer name on sales receipt only. Circuit City and its associated companies are not responsible for lost or misdirected mail. This form and sales receipt will not be returned. Offer void where prohibited or restricted by law. Fraudulent submission of multiple requests may result in prosecution under applicable law. Circuit City and its associated companies reserve the right to audit any claims, to request additional information regarding this claim and to nullify any claims which cannot be substantiated. Please see your sales associate regarding qualifying models for additional information. Products for which a rebate or promotional offer is claimed may not be returned. Advertised rebate amount assumes payment of Circuit City's before-rebate advertised price. Circuit City reserves the right to reduce the fulfilled rebate amount based on price adjustments and/or price matches made on qualifying items.

- Offer valid in the United States of America only.

**Additional Terms and Conditions for Promotional Incentive Check Offers Sponsored by Circuit City (Excludes all Manufacturer Rebates):** If your submission has a timely postmark but you have not provided all required documentation, Circuit City will allow you 6 months from the postmark date to remedy any deficiencies to Circuit City's satisfaction. If you do so, Circuit City shall then mail you a promotional incentive offer check within 8 weeks. In order to accept this offer, you must cash the promotional incentive offer check within ninety (90) days of check issuance. If you do not cash the check within this time period, you shall be deemed to have rejected this offer, making it void. Circuit City is not responsible for any lost or misdirected checks. By submitting this form, you acknowledge and agree to these conditions of acceptance and that any disputes arising from or relating to this offer will be governed by Virginia law without regard to its choice of law rules.

Limit 1 rebate per item purchased.

---

**CUSTOMER INFORMATION:**

Please verify name, address, and phone number below.

Name: SILVANA TJOKRO

Address: 28 CHASE GAYTON CIR # 722

City: RICHMOND State: VA Zip: 23238-6533

Home Phone: (804) 269-6344

E-Mail:

---

**Mail This Form In Its Entirety To:**

Circuit City #PCKHB
P.O.Box 540040
El Paso, TX 88554-0040

---

To track the real-time status of your claim please visit our website.

**www.CCityRebates.com**

---

If you have questions about your rebate, please call

(866) 754-7717

Business hours may vary

---

Ticket Number: 03100 - 042773420081128

Date: 1/28/2008

This item was purchased from Circuit City Stores, Inc.

**Your Final Submission Confirmation**

Click here to print your submission. To conduct a new search, please click here.

**Thank you for your submission**

**Your confirmation number:** 307510792

**Promotion Information**

[redacted]

**Product Information**

**Circuit City Ticket #:** 03100042773420081128

**Purchase Date:** 11/28/2008

**Product 1:** D-Link Xtreme N Dual Band USB Adapter (DWA160)

**Circuit City Brand/Model:** DLKDWA160

**Product 2:** DLK Router

**Circuit City Brand/Model:** DLKDIR615

**Reward Information**

**Rebate:** Check

**Demographic Information**

**First Name:** Adrianus

**Last Name:** Hitijahubessy

**Address 1:** ~~2134~~ Maher Manor

**Address 2:** 3825

**City:** ~~Richmond~~ Glen Allen

**State:** VA

**Zip:** ~~23233~~ 23060

**Phone Number:** 804-727-9297

**Email:** thadea_t@yahoo.com

**Opt-in to receive additional communication from Circuit City** No



Sub. 12/15/08
Conf# 307510792
ETA 2/20/09
(CC)
circuit city

Just what I needed.™

Circuit City Store, Inc.
Store 03100
9900 WEST BROAD ST
GLEN ALLEN, VA 23060
(804) 273-6850

*DUPLICATE RECEIPT*

| | |
|---|---|
| 11/28/2008 | 4:59:46 AM EST |
| Trans.: 7734 | Store: 03100 |
| Reg.: 042 | Till: 042 |
| Cashier: 10413556 | Sales: 3556 |

SALE

Not an original receipt

03100042773420081128

| | | |
|---|---|---|
| XTREME N USB | | 59.99 T |
| DLKDWA160 | 1 @ 79.99 C | |
| Item Discount Amt. | -20.00 | |
| -1 - CircuitCityPrice | | |
| WIRELESS N ROUTER | | 39.99 T |
| DLKDIR615 | 1 @ 39.99 C | |
| RANGEPLUS ROUTER | | 39.99 T |
| LKSWRT110 | 1 @ 39.99 C | |
| 15.4" BF BLK SLEEVE | | 7.99 T |
| VRGV15BFBLACK | 1 @ 7.99 C | |
| 15.4" BF BLK SLEEVE | | 7.99 T |
| VRGV15BFBLACK | 1 @ 7.99 C | |
| 15.4/T3200/2/160/P | | 549.99 T |
| HP G50108NR | 1 @ 549.99 C | |
| Serial Number: | | |

?CE8412V4V

Total Discount -20.00

Sub-Total 705.94
Tax 35.30

Total 741.24

Master Card (S) 741.24
Account: 4061
Auth: 76415B (A)

Total Tender 741.24

Change Due 0.00

*DUPLICATE RECEIPT*

**Get a Chance to Win One of Five $1000 Gift Cards! Take Circuit City's Customer First Survey.**

**Queremos saber su opinion. Conteste nuestra encuesta por Internet**

**WWW.CIRCUITCITY.COM/SURVEY**

Use the following customer code to enter on-line:

**Q3G VDSZ X439**

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Find out where you can recycle your old electronics at www.circuitcity.com/green.
Thanks for making your purchase at Circuit City!

**Return Guarantee**

• If you're not completely satisfied with a product, Circuit City will gladly exchange or refund your purchase within 30 days of the sale date, except as noted below.

• Digital cameras ...

Rebate Redemption Form
Program No. PAKZ0
**30 MIR with the purchase of router and adapter**

**Qualifying Models:**

$30 Mail-in-Rebate on purchase of:

DLK DIR615 Qty: 1

DLK DWA160 Qty: 1

**Forms postmarked later than 01/15/2008 are ineligible.**

**Rebates Made Simple**

You may be eligible to submit your rebate online. Visit www.CircuitCity.com/Rebates to learn more.

**HOW TO SUBMIT FOR THIS OFFER:**

Please completely fill out the form below and make a copy for your records.

Please send in the following items:

* This form in its entirety.
* A legible copy of the Circuit City sales receipt.

* See our website information below for details.

The above listed items must have been purchased during the listed sales dates. Qualifying items must have been purchased between 11/27/2008 and 11/29/2008. By submitting this rebate form you certify that the above rebate items are for personal use only and not for resale. Allow 10 weeks from postmark date for processing of your rebate. This offer is valid for customer name on sales receipt only. Circuit City and its associated companies are not responsible for lost or misdirected mail. This form and sales receipt will not be returned. Offer void where prohibited or restricted by law. Fraudulent submission of multiple requests may result in prosecution under applicable law. Circuit City and its associated companies reserve the right to audit any claims, to request additional information regarding this claim and to nullify any claims which cannot be substantiated. Please see your sales associate regarding qualifying models for additional information. Products for which a rebate or promotional offer is claimed may not be returned. Advertised rebate amount assumes payment of Circuit City's before-rebate advertised price. Circuit City reserves the right to reduce the fulfilled rebate amount based on price adjustments and/or price matches made on qualifying items.

- Offer valid in the United States of America only.

Additional Terms and Conditions for Promotional Incentive

**Check Offers Sponsored by Circuit City (Excludes all Manufacturer Rebates):** If your submission has a timely postmark but you have not provided all required documentation, Circuit City will allow you 6 months from the postmark date to remedy any deficiencies to Circuit City's satisfaction. If you do so, Circuit City shall then mail you a promotional incentive offer check within 8 weeks. In order to accept this offer, you must cash the promotional incentive offer check within ninety (90) days of check issuance. If you do not cash the check within this time period, you shall be deemed to have rejected this offer, making it void. Circuit City is not responsible for any lost or misdirected checks. By submitting this form, you acknowledge and agree to these conditions of acceptance and that any disputes arising from or relating to this offer will be governed by Virginia law without regard to its choice of law rules.

Limit 1 rebate per customer and per address.

**CUSTOMER INFORMATION:**

Please verify name, address, and phone number below.

Name: SILVANA TJOKRO

Address: 28 CHASE GAYTON CIR # 722

City: RICHMOND State: VA Zip: 23238-6533

Home Phone: (804) 269-6344

E Mail:

**Mail This Form In Its Entirety To:**

Circuit City PAKZO
PO BOX 540040
El Paso, TX 88554-0040

To track the real-time status of your claim please visit our website.

**www.ccityrebates.com**

If you have questions about your rebate, please call (800) 754-7717

Business hours may vary

Ticket Number: 03100 - 042773420081128

Date: 11/28/2008

This item was purchased from Circuit City Stores, Inc.