**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| Ashley Isaac, *pro se* | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter came before the Court upon the Motion For Leave To Appear Hearing Telephonically At The November 23, 2009 Hearing, filed by Ashley Isaac, *pro se*. After review of the Motion and statements therein, the Court finds that (i) adequate notice of the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED, AND DONE** that the motion is **GRANTED**; and it is further

**ORDERED** that the motion shall be granted to permit Ashley Isaac, *pro se*, to appear telephonically at the November 23, 2009 Hearing in the United States Bankruptcy Court For The Eastern District Of Virginia Richmond Division.

ENTERED: Nov 21 2009 2009

/s/ Kevin R. Huennekens

**UNITED STATES BANKRUPTCY JUDGE**

Entered on docket: Nov 24 2009

Respectfully Submitted,

_Ashly Loar_

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document has been delivered to the following party(s) by certified United States Mail, properly addressed, postage pre-paid.

**OF COUNSEL:**
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                   Date Rcvd: Nov 24, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Nov 26, 2009.
mvnt         +Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                    **Signature:**    _Joseph Speetjens_