Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM LLP           One James Center
One Rodney Square      901 E. Cary Street
P.O. Box 636         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:          :  Chapter 11
             :
CIRCUIT CITY STORES, INC., :  Case No. 08-35653 (KRH)
et al.,          :
             :
       Debtors. :  Jointly Administered
- - - - - - - - - - - - - - x

## ORDER ON DEBTORS' OBJECTION TO
## CERTAIN GENERAL UNSECURED CLAIMS FOR VOTING PURPOSES ONLY

THIS MATTER having come before the Court on the

Debtors' Objection to Certain General Unsecured Claims for

Voting Purposes Only (the "Objection"), and it appearing that

due and proper notice and service of the Objection has been

given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR

3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    Each of the Claims set forth on Exhibit A shall be temporarily reduced for voting purposes in the amount as set forth on Exhibit A attached hereto.

3.    Each Claimant shall be entitled to vote on the Plan in the class set forth on Exhibit A; provided, further, that each Claimant that casts a ballot voting on the Plan shall have their Claim counted for purposes of Bankruptcy Code section 1126(c) in the amount set forth on Exhibit A.

4.    The Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claims identified on Exhibit B on any grounds and bases are hereby preserved in their entirety.

5.    The Debtors' right to object to any and all claims, including (without limitation) the Claims, for allowance and/or distribution purposes, and on any other available grounds

2

applicable law permits is expressly preserved; <u>provided</u>,
<u>further</u>, that nothing in this order or the Objection shall
constitute the objection to, reduction, or disallowance of, any
claim, including the Claims, for allowance and/or distribution
purposes; <u>provided</u>, <u>further</u>, the rights of each Claimant to
contest any objection to such claims, including the Claims, is
expressly reserved and nothing contained in either this Order or
the Objection shall be construed as a waiver of such right.

6.   This Court shall retain jurisdiction to hear and
determine all matters arising from or related to implementation
or interpretation of this Order.

7.   The Debtors shall serve a copy of this Order on
the claimants included on the exhibits to this Order on or
before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia

<u>Nov 23 2009                    </u>, 2009


/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  Nov 24 2009

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1I

        Pursuant to Local Bankruptcy Rule 9022-1I, I hereby certify
that the foregoing proposed order has been endorsed by or served
upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley

4

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1030 W NORTH AVE BLDG LLC<br>C O LLOYD STEIN<br>S STEIN & CO<br>1030 W NORTH AVE<br>CHICAGO, IL 60622 | 5809 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,362,602.51<br><br>$5,362,602.51 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $4,400,000.00 |
| 507 NORTHGATE LLC<br>CHRISTOPHER M ALSTON<br>1111 3RD AVE NO 3400<br>SEATTLE, WA 98101 | 9181 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,043,957.13<br><br>$3,043,957.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,200,000.00 |
| A & L PRODUCTS LIMITED<br>ATTN MR LEUNG ALEX KIM LUNG<br>RM 2305 6<br>23 F OLYMPIA PLZ<br>255 KINGS RD<br>NORTH POINT, HONG KONG | 2 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,997,112.16<br><br>$1,997,112.16 | 11/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ALEXANDERS REGO SHOPPING CENTER INC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 | 12695 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,830,872.34 $6,830,872.34 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $5,300,000.00 |
| AMERICAN BANKER INSURANCE CO OF FLORIDA AND RELATED ENTITIES RAUL A CUERVO ESQ JORDEN BURT LLP 1025 THOMAS JEFFERSON ST NW STE 400 E WASHINGTON, DC 20007 | 8226 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| ARBORETUM OF SOUTH BARRINGTON LLC DAVID C CHRISTIAN II SEYFARTH SHAW LLP 131 S DEARBORN ST STE 2400 CHICAGO, IL 60603 | 7423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,655,150.55 $4,655,150.55 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,820,592.41 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**

Case No. 08-35653-KRH

FOR VOTING PURPOSES ONLY - ORDERED

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| AVR CPC ASSOCIATES LLC<br>C O AVR REALTY COMPANY<br>ONE EXECUTIVE BLVD<br>YONKERS, NY 10701 | 12866 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,697,655.85<br><br>$1,697,655.85 | 05/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |
| BAINBRIDGE SHOPPING CENTER II LLC<br>MATT MCGILL PROJ MGR<br>MCGILL PROPERTY GROUP<br>125 W INDIANTOWN RD STE 102<br>JUPITER, FL 33458 | 12675 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,613,572.00<br><br>$5,613,572.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| BFLO WATERFORD ASSOCIATES LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN<br>101 PARK AVE<br>NEW YORK, NY 10178 | 9952 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,393,924.69<br><br>$2,393,924.69 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BOND CIRCUIT I DELAWARE BUSINESS TRUST ATTN JAMES S CARR ESQ ROBERT L LEHANE KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 13440 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,479,902.78 $2,479,902.78 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| BOND CIRCUIT VI DELAWARE BUSINESS TRUST ATTN JAMES S CARR ESQ & ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 13426 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,781,854.61 $2,781,854.61 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,400,000.00 |
| BUENA VISTA HOME ENTERTAINMENT ATTN CHARLES W MOORE DIRECTOR CREDIT AND COLLECTIONS 350 S BUENA VISTA ST BURBANK, CA 91505 | 4382 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,933,954.12 $5,933,954.12 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $3,200,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CARDINAL CAPITAL PARTNERS INC & 680 S LEMON AVE CO LLC C O NICLAS A FERLAND ESQ LECLAIRRYAN A PROFESSIONAL CORPORATION 555 LONG WHARF DR 8TH FL NEW HAVEN, CT 06511 | 12169 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,049,313.62 $5,049,313.62 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,600,000.00 |
| CARROLLTON ARMS LLC C O GARY H CUNNINGHAM ESQ 101 W BIG BEAR RD 10TH FL TROY, MI 48084 | 8567 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,141,154.72 $1,141,154.72 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LIMITED PARTNERSHIP EDWARD J TREDINNICK ESQ GREENE RADOVSKY MALONEY SHARE & HENNICK LLP FOUR EMBARCADERO CENTER 40TH FL SAN FRANCISCO, CA 94111 | 7957 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,903,434.65 $1,903,434.65 | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CATELLUS OPERATING LIMITED PARTNERSHIP A DELAWARE LP ATTN EDWARD J TREDINNICK GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP FOUR EMBARCADERO CTR 40TH FL SAN FRANCISCO, CA 94111 | 12328 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $5,149,326.69<br><br>$5,149,326.69 | 04/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,500,000.00 |
| CC INVESTORS 1995 6 SCOTT L HAIRE C O CARDINAL CAPITAL PARTNERS 8214 WESTCHESTER DR 9TH FL DALLAS, TX 75225-5520 | 12686 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $225,132.91<br><br>$2,978,210.98<br><br>$3,203,343.89 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,100,000.00 |
| CC PLAZA JOINT VENTURE LLP CHRISTOPHER A CAMARDELO WINTHROP & WEINSTINE PA 225 S SIXTH ST STE 3500 MINNEAPOLIS, MN 55402 | 12413 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $41,499.67<br><br>$4,572,727.93<br><br>$4,614,227.60 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CENTURY PLAZA DEVELOPMENT CORPORATION DOUGLAS W MESSNER 3890 RAILROAD AVE C/O SIERRA PACIFIC PROPERTIES INC PITTSBURG, CA 94565 | 11669 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL $1,959,982.56 $1,959,982.56 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| CHAPEL HILLS WEST LLC 1902 W COLORADO AVE STE B COLORADO SPRINGS, CO 80904 | 6800 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,965,054.49 $3,965,054.49 | 01/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $500,000.00 |
| CHIRAG GOVANI MARK BRADSHAW ESQ SHULMAN HODGES & BASTIAN LLP 26632 TOWNE CTR DR STE 300 FOOTHILL RANCH, CA 92610 | 12329 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,400,680.10 $3,400,680.10 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CORTEZ, DANIEL<br>218 COLLEGE AVE<br>MODESTO, CA 95350 | 8673 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,000,000.00<br><br>$1,000,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| CYPRESS SPANISH FORT I LP<br>CYPRESS C O LYNDEL ANNE MASON<br>CAVAZOS HENDRICKS POIROT & SMITHAM PC<br>900 JACKSON ST STE 570<br>DALLAS, TX 75202 | 7729 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,439,720.00<br><br>$2,439,720.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |
| DEMATTEO MANAGEMENT INC<br>JENNIFER V DORAN ESQ<br>HINCKLEY ALLEN & SNYDER LLP<br>28 STATE ST<br>BOSTON, MA 02109-1775 | 13034 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,890,256.25<br><br>$2,890,256.25 | 05/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,100,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DOLLAR TREE STORES INC<br>ATTN SCOTT R KIPNIS<br>HOFHEIMER GARTLIR & GROSS LLP<br>530 5TH AVE<br>NEW YORK, NY 10036 | 9102 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $31,850.00<br><br>$17,138,303.88<br><br>$17,170,153.88 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $550,463.00 |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>C O HOWARD RICE NEMEROVSKI<br>CANADY FALK & RABKIN<br>3 EMBARCADERO CTR 7TH FL<br>SAN FRANCISCO, CA 94111 | 12687 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,146,835.36<br><br>$1,146,835.36 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| FIRST BERKSHIRE PROPERTIES LLC<br>ATTN JAMES S CARR ESQ<br>ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 13441 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,583,505.36<br><br>$1,583,505.36 | 06/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMS GOLDEN VALLEY RANCH LLC ATTN MICHAEL STRAHS C O TERRAMAR RETAIL CENTERS 5973 AVENIDA ENCINAS CARLSBAD, CA 92008-0000 | 10778 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,922,945.72 $1,922,945.72 | 02/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| GOOGLE INC C O WENDY W SMITH BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 5980 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,195,480.36 $2,195,480.36 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| GOULD LIVERMORE LLC MICHELLE MCMAHON ESQ 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 12266 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,786,579.30 $4,786,579.30 | 04/14/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $500,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GREEN 521 5TH AVENUE LLC ATTN NEIL KESSNER C O SL GREEN REALTY CORP 420 LEXINGTON AVE 18TH FLOOR NEW YORK, NY 10170 | 12492 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $288,158.43 $10,509,257.48 $10,797,415.91 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $8,700,000.00 |
| GREEN ACRES MALL LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 ROUTE 4 E PARAMUS, NJ 07652 | 12701 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,162,363.00 $3,162,363.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |
| HAMILTON CHASE SANTA MARIA LLC ATTN MARK SHINDERMAN AND SETH GOLDMAN MUNGER TOLLES & OLSON LLP 355 S GRAND AVE 35TH FL LOS ANGELES, CA 90071 | 9478 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,056,912.41 $2,056,912.41 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 12360 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,593,115.34<br><br>$1,593,115.34 | 04/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6045 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $23,940,292.00<br><br>$23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| KB COLUMBUS I CC LLC<br>C O KENNETH MILLER<br>ERVIN COHEN & JESSUP LLP<br>9401 WILSHIRE BLVD 9TH FL<br>BEVERLY HILLS, CA 90212 | 12331 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,610,326.65<br><br>$1,610,326.65 | 04/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| KRONOS INCORPORATED DAVID CUNNINGHAM VP &CORP COUNSEL 9525 SW GEMINI DR BEAVERTON, OR 97008 | 14455 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $1,724,122.24<br><br>$1,724,122.24 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| LAGUNA GATEWAY PHASE 2 LP ATTN JOHN L PAPPAS C O PAPPAS INVESTMENTS 2020 L ST 5TH FL SACRAMENTO, CA 95814 | 12917 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $1,201,356.10<br><br>$1,201,356.10 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| LEXINGTON RICHMOND LLC ATTN HARVEY A STRICKON PAUL HASTINGS JANOFSKY & WALKER LLP 75 E 55TH ST NEW YORK, NY 10022-3205 | 12029 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation:<br><br>Total: | $8,233,852.35<br><br>$8,233,852.35 | 04/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $2,800,000.00 |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LG ELECTRONICS USA INC<br>C O DYLAN G TRACHE<br>WILEY REIN LLP<br>7925 JONES BRANCH DR STE 6200<br>MCLEAN, VA 22102 | 14211 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $38,943,015.44<br><br><br>$38,943,015.44 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $36,080,034.85 |
| M & M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | 5993 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,097,374.00<br><br>$3,097,374.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| M&M BERMAN ENTERPRISES<br>WAYNE R TERRY<br>HEMAR ROUSSO & HEALD LLP<br>15910 VENTURA BLVD 12TH FL<br>ENCINO, CA 90210 | 5992 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,919,500.00<br><br>$1,919,500.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $300,000.00 |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MARCO PORTLAND GENERAL PARTNERSHIP<br>PETER JAZAYERI<br>ERVIN COHEN & JESSUP LLP<br>9401 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212 | 13003 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,819,845.00<br><br>$1,819,845.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |
| MDS REALTY II LLC<br>C O ZACHARY J ESKAU<br>DAWDA MANN MULCAHY & SADLER PLC<br>39533 WOODWARD AVE STE 200<br>BLOOMFIELD HILLS, MI 48304-5103 | 9280 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,536,433.82<br><br>$3,536,433.82 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $900,000.00 |
| MK KONA COMMONS LLC<br>THEODORE DC YOUNG ESQ<br>CADES SHUTTE LLP<br>1000 BISHOP ST STE 1200<br>HONOLULU, HI 96813 | 8041 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $5,796,631.00<br><br>$5,796,631.00 | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $1,000,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NAVARRE DISTRIBUTION SERVICES INC ATTN GENERAL COUNSEL 7400 49TH AVE N NEW HOPE, MN 55428 | 6573 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $541,432.33 $1,491,727.28 $2,033,159.61 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $50,000.00 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12586 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,072,331.11 $1,057,926.02 $14,130,257.13 | 05/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| NOVOGRODER ABILENE LLC GEORGE NOVOGRODER JOHN HANCOCK CENTER 875 N MICHIGAN AVE STE 3612 CHICAGO, IL 60611 | 12241 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $54,959.73 $6,737,207.35 $6,792,167.08 | 04/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $800,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| OSPREY AUDIT SPECIALISTS<br>10124 J WEST BROAD ST<br>GLEN ALLEN, VA 23060 | 5145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,111,943.66<br><br><br>$1,111,943.66 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |
| PACIFIC HARBOR EQUITIES LLC<br>C O HOPE PROPERTIES<br>3000 PABLO KISEL BLVD STE 300C<br>BROWNSVILLE, TX 78526 | 12379 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$59,258.50<br><br><br>$5,241,606.83<br><br><br>$5,300,865.33 | 04/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,000,000.00 |
| PANASONIC CORPORATION OF NORTH AMERICA<br>SCHULTE ROTH & ZABEL LLP<br>ATTN DAVID HILLMAN ESQ<br>919 THIRD AVE<br>NEW YORK, NY 10022 | 8088 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,690,580.81<br><br><br>$3,690,580.81 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PLAZA LAS AMERICAS INC ATTN RICHARD E LEAR C O HOLLAND & KNIGHT LLP 2099 PENNSYLVANIA AVE NW STE 100 WASHINGTON, DC 20006-6801 | 12430 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,493,671.54 $2,493,671.54 | 04/28/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) | Unsecured | 4 | $0.00 |
| PREMIER RETAIL NETWORKS INC PRN CRAIG C CHIANG ESQ BUCHALTER NEMER PC 333 MARKET ST 25TH FL SAN FRANCISCO, CA 94105 | 8483 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,964,247.98 $1,964,247.98 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| PRINCIPAL LIFE INSURANCE COMPANY FKA PRINCIPAL MUTUAL LIFE INSURANCE COMPANY LAUREN LONERGAN TAYLOR ESQ & MATTHEW E HOFFMAN DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 12026 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,211,850.00 $2,211,850.00 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,800,000.00 |

\*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
FOR VOTING PURPOSES ONLY - ORDERED

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RAY FOGG CORPORATE PROPERTIES LLC WELTMAN WEINBERG & REIS 323 W LAKESIDE AVE 2ND FL CLEVELAND, OH 44113 | 3687 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,565,646.40 $1,565,646.40 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |
| RETAIL PRINTING CORP 50 JOHN HANCOCK DR TAUNTON, MA 02780-7340 | 8415 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,992,201.10 $1,992,201.10 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,300,000.00 |
| RICHLAND TOWN CENTER LLC MATT MCGILL PROJ MGR MCGILL PROPERTY GROUP 125 W INDIANTOWN RD STE 102 JUPITER, FL 33458 | 12696 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,986,470.00 $5,986,470.00 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RONALD BENDERSON RANDALL BENDERSON AND DAVID H BALDAUF ATTN JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN 101 PARK AVE NEW YORK, NY 10178 | 9951 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,152,235.37 $1,152,235.37 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $650,000.00 |
| RONALD BENDERSON TRUST 1995 ATTN JAMES S CARR ROBERT L LEHANE KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 12469 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,699,650.28 $1,699,650.28 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,100,000.00 |
| SAFEWAY INC C O DAVID NEWBY JOHNSON & NEWBY LLC 39 S LASALLE ST STE 820 CHICAGO, IL 60603 | 8635 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,416,718.43 $1,416,718.43 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $400,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SALEM ROCKINGHAM LLC<br>ROBERT SOMMA ESQ<br>POSTERNAK BLANKSTEIN & LUND LLP<br>800 BOYLSTON ST 33RD FL<br>BOSTON, MA 02199 | 12412 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,000,000.00<br><br>$2,000,000.00 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SC DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA, SC 29211 | 194 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $555,897.00<br><br>$2,105,627.00<br><br>$2,661,524.00 | 12/04/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |
| SHARP ELECTRONICS CORPORATION<br>ATTN WANDA BORGES ESQ<br>C O BORGES & ASSOCIATES LLC<br>575 UNDERHILL BLVD STE 118<br>SYOSSET, NY 11791 | 7578 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,188,743.46<br><br>$1,188,743.46 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SILVERSTEIN TRUSTEE, RAYMOND 131A GAITHER DR C/O THE GOODMAN GROUP MT LAUREL, NJ 08054 | 6645 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,530,934.99 $1,530,934.99 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |
| SIMPLETECH A FABRIK COMPANY LEI LEI WANG EKVALL WEILAND GOLDEN SMILEY WANG EKVALL & STROK LLP 650 TOWN CENTER DR STE 950 COSTA MESA, CA 92626 | 7949 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,878,388.00 $1,878,388.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |
| STATE OF LOUISIANA LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | 514 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,846,485.74 $1,088,669.75 $7,935,155.49 | 12/05/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695-0245 | 11861 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,962,999.24 $1,962,999.24 | 02/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| SYNTAX BRILLIAN CORPORATION C O EVELYN J MELTZER ESQ PEPPER HAMILTON LLP HERCULES PLZ STE 5100 1313 MARKET ST WILMINGTON, DE 19801 | 3357 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,957,628.04 $1,957,628.04 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |
| THE RANDALL BENDERSON 1993 1 TRUST AND WR 1 ASSOCIATES LTD ATTN JAMES S CARR ESQ ROBERT L LEHANE KELLEY DYRE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | 12472 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,377,280.33 $2,377,280.33 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,200,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

Exhibit A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| UMEDISC LTD<br>UNIT 1 7 6F METRO LOFT 38 KWAI<br>HEI ST<br>KWAI CHUNG<br>NEW TERRITORIES<br>HONG KONG, UNKNOWN | 4608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,319,501.66<br><br><br>$1,319,501.66 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $300,000.00 |
| UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC<br>100 UNIVERSAL CITY PLAZA 1440 6<br>UNIVERSAL CITY, CA 91608 | 12255 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,985,239.31<br><br><br>$1,985,239.31 | 04/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $600,000.00 |
| VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8496 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $53,943.54<br><br>$2,715,105.72<br><br>$2,769,049.26 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,900,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - ORDERED**

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC ATTN JON LR DALBERG ANDREWS KURTH LLP 601 S FIGUEROA ST STE 3700 LOS ANGELES, CA 90017-5742 | 9428 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,565,348.37 $17,768,738.84 $21,334,087.21 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $4,000,000.00 |
| WCC PROPERTIES LLC ADI PROPERTIES 1660 UNION ST STE 400 SAN DIEGO, CA 92101 | 13480 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,117,498.04 $5,117,498.04 | 06/23/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $400,000.00 |
| WEINGARTEN NOSTAT INC ATTN JENNY J HYUN ESQ C O WEINGARTEN REALTY INVESTORS 2600 CITADEL PLZ DR STE 125 HOUSTON, TX 77008 | 12632 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,620,858.57 $1,620,858.57 | 04/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS
<u>FOR VOTING PURPOSES ONLY -</u> ORDERED

**Exhibit A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| WXIII PWM REAL ESTATE LIMITED PARTNERSHIP<br>WILLIAM L WALLANDER<br>ANGELA B DEGEYTER<br>VINSON & ELKINS LLP<br>2001 ROSS AVE STE 3700<br>DALLAS, TX 75201 | 12919 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $91,772.03<br><br>$9,639,599.04<br><br>$9,731,371.07 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,628,789.64 |

|  | **Total:** | **76** | **$338,657,031.94** |
|---|---|---|---|

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - WITHDRAWN**

Exhibit B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLAY TERRACE<br>ATTN PATTY SUMMERS<br>C O SIMON PROPERTY GROUP<br>225 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | 6125 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $36,137.33<br><br><br>$2,573,823.50<br>_____<br>$2,609,960.83 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,300,000.00 |
| FIREWHEEL TOWN CENTER<br>ATTN PATTY SUMMERS<br>C O SIMON PROPERTY GROUP<br>225 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | 12357 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $222,081.70<br><br><br>$3,073,970.24<br>_____<br>$3,296,051.94 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,100,000.00 |
| IBM CORPORATION<br>C O IBM CORPORATION<br>ATTN BANKRUPTCY<br>COORDINATOR<br>13800 DIPLOMAT DR<br>DALLAS, TX 75234 | 14563 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br>$44,966,364.00<br>_____<br>$44,966,364.00 | 08/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $25,666,364.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - WITHDRAWN**

**Exhibit B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| INLAND WESTERN AVONDALE MCDOWELL LLC C O BERT BITTOUMA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RD 3RD FL OAK BROOK, IL 60523-0000 | 8943 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,046,126.63 $1,046,126.63 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | Unsecured | 4 | $900,000.00 |
| IRVING MALL ATTN PATTY SUMMERS C O SIMON PROPERTY GROUP 225 W WASHINGTON ST INDIANAPOLIS, IN 46204 | 12373 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $40,607.75 $2,743,639.73 $2,784,247.48 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $1,000,000.00 |
| LG ELECTRONICS USA INC C O DYLAN G TRACHE WILEY REIN LLP 7925 JONES BRANCH DR STE 6200 MCLEAN, VA 22102 | 1261 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $20,599,070.25 $20,599,070.25 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - WITHDRAWN**

**Exhibit B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LG ELECTRONICS USA INC<br>DYLAN G TRACHE<br>WILEY REIN LLP<br>7925 JONES BRANCH DR STE 6200<br>MCLEAN, VA 22102 | 13233 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$41,478,011.85<br><br>$41,478,011.85 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $0.00 |
| THE SHOPS AT ARBOR WALK<br>ATTN PATTY SUMMERS<br>C O SIMON PROPERTY GROUP<br>225 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 | 12343 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$30,937.78<br><br><br>$2,719,782.72<br><br>$2,750,720.50 | 04/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $700,000.00 |
| VISIONTEK PRODUCTS LLC<br>ATTN TINA ANDREWS<br>1610 COLONIAL PKWY<br>INVERNESS, IL 60067 | 1700 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,176,397.26<br><br>$1,176,397.26 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

**DEBTORS' OBJECTION TO CERTAIN GENERAL UNSECURED CLAIMS**
**FOR VOTING PURPOSES ONLY - WITHDRAWN**

**Exhibit B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | CLASS | VOTING CLASS | VOTING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| WEC 99A 3 LLC C O MIDLAND LOAN SERVICES INC A DELAWARE CORPORATION WILLIAM R GREENDYKE FULLBRIGHT & JAWORSKI LLP 2200 ROSS AVE STE 2800 DALLAS, TX 75201-2784 | 12851 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,429,173.84 $4,429,173.84 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | Unsecured | 4 | $500,000.00 |

**Total:**    **10**                    **$125,136,124.58**

* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1        Date Rcvd: Nov 24, 2009
Case: 08-35653              Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Nov 26, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                    **Signature:**   _Joseph Speetjens_