

YANG, MURIEL TO
645 FARNHAM CIRCLE
RICHMOND, VA 23236
November 27, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

SUPPLEMENTYAL ORDER SUSTAINING DEBTORS' SIXTEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS
FILED BY EQUITY HOLDERS)

**Case No. 08-35653 (KKH)**
**Claim No. 8129**
**Claimant:      Muriel To Yang**

Please refer to your recent letter of the subject title. On Page 7, Exhibit A, Column 1 "CLAIM TO BE MODIFIED" shows:
Claim :            8129
Date Filed:      01/29/2009
Docketed Total:  $0.00
Column 2, "CLAIM AS DOCKETED" shows
Docketed Total:  UNL
Unsecured:       UNL
Column 3, "CLAIM AS MODIFIED' , shows:
Modified Total:  $0.00

I am writing to inquire whether my claimed amount of **$2,918**.10 as shown in the attached Letter of Response dated July 2, 2009 was mistakenly ignored. I respectfully request that my claim for $2,918.10 be reconsidered. Thank you for your kindness.

Sincerely,

Muriel To Yang

# ATTACHMENT

YANG, MURIEL TO
645 FARNHAM CIRCLE
RICHMOND, VA 23236
July 2, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

### RESPONSE TO OMNIBUS OBJECTIONS

**Debtors:** Circuit City Stores, Inc.

**Claim No. 8129**
  Claimant:       **Muriel To Yang**
  Claim Amount: **$2,918.10**

**Explanation:** I purchased 200 shares of Circuit City Stores common stocks on February 7, 1991 for $2,918.10. See the stock transaction statement in Attachment No. 1. These 200 shares of common stocks became 800 shares from two 2:1 stock splits. See the security statement in Attachment No. 2. Therefore, I wish to request a claim amount of $2,918.10.

**Reason for Overruling the Omnibus Objection:** My investment in Circuit City Stores represents an important portion of my life-long savings. Since I am now retired and live on limited income, I need to recover my investment in Circuit City Stores to provide some resources for my financial needs.

**Claimant Information:**
  Name:              Muriel To Yang
  Mailing Address:   645 Farnham Circle, Richmond, VA 23236
  Telephone:         804-794-3614
  E-mail address:    yanghh@verizon.net

Sincerely,

Muriel To Yang

**Attachment** : "RESPONSE TO OMNIBUS OBJECTIONS",, July 2, 2009.

Copies sent to:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKIDDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VXB No. 34364)
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

- and -

Chris L. Dickerson, Esq.
SKIDDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606