# BLEAKLEY LAW OFFICES

*A Professional Corporation*
318 Houston Avenue
P.O. Box 868
Muskegon, Michigan 49443-0868
Website: www.bleakleylaw.com

Frederick W. Bleakley
Judith A. Baxter
Berton K. May

Telephone: (231) 722-3733
Toll Free: (877) 544-3733
Facsimile: (231) 728-3733

Email:   fred@bleakleylaw.com
Jbaxter@bleakleylaw.com
bert@bleakleylaw.com

OF COUNSEL
James D. Stone

10969 Paw Paw Drive
Holland, MI 49424
(616) 392-5585

jds@jdstone.net

November 24, 2009

RICHMOND DIVISION
FILED
NOV 3 0 2009
CLERK
U.S. BANKRUPTCY COURT

Ms. Susan French
701 E. Broad St, Suite 400
Richmond, VA 23219

RE: Weston Deese v Circuit City Stores, Inc.

Dear Ms. French:

Please be advised that I have withdrawn from the above referenced case. Enclosed please find the letter that I sent to Ms. Tina Deese, Weston's mother, regarding my withdrawal from the case. Please forward all correspondence directly to Tina Deese at the following address:

Tina Deese
3315 Heights Ravenna Rd
Muskegon, MI 49444

Sincerely,

*Berton K. May*

Berton K. May

BKM/cme

Enclosure

# BLEAKLEY LAW OFFICES

*A Professional Corporation*
318 Houston Avenue
P.O. Box 868
Muskegon, Michigan 49443-0868
Website: www.bleakleylaw.com

| | | |
|---|---|---|
| Frederick W. Bleakley | Telephone: (231) 722-3733 | Email:  fred@bleakleylaw.com |
| Judith A. Baxter | Toll Free: (877) 544-3733 | Jbaxter@bleakleylaw.com |
| Berton K. May | Facsimile: (231) 728-3733 | bert@bleakleylaw.com |
| OF COUNSEL | 10969 Paw Paw Drive | |
| James D. Stone | Holland, MI 49424 | jds@jdstone.net |
| | (616) 392-5585 | |

September 3, 2009


Calvin & Tina Deese
3315 Heights Ravenna Rd
Muskegon, MI  49444

RE:  Weston Deese vs Circuit City Stores, Inc.

Dear Mr. & Mrs. Deese:

This letter is a follow up to our meeting on September 1, 2009 regarding this matter. As we discussed, we are going to be unable to pursue this case on Weston's behalf at this time. While we sympathize with Weston's condition and what you have been through with regard to this matter, the fact remains that at this time there appears to be no direct medical correlation between Weston's condition and problems and the incident at Circuit City. What we would be required to show in a court of law in regard to this issue would be a higher and more difficult standard than the discussions you have had with Weston's providers.

Additionally, and more importantly, the bankruptcy filed by Circuit City makes the cost of pursuing this matter and ultimately recovering much more difficult. As we discussed, I am going to send a letter to Mr. Goodwin, who referred you to our office, it is possible he may have some suggestions for you with regard to this issue.

You need to be advised that there is a statute of limitations applicable to Weston's claim. Typically any claim that involves an injury to a minor should be brought within a year of his turning 18 or any such claim may be forever barred. However, as there is already a proof of claim filed in the bankruptcy in this matter, I am uncertain how a bankruptcy discharge by Circuit City may effect Weston's claim when he turns 18. A bankruptcy specialist would have to address that issue with you.

At this point in time we are closing our file pertaining to this matter and will be taking no further action on Weston's behalf. Should you wish to pursue this further, I suggest that you contact Mr. Goodwin and have another attorney look at this matter as soon as possible.

If you have any questions or future legal needs, please feel free to contact me at any time.
Calvin & Tina Deese
September 3, 2009
Page 2


Sincerely,

BLEAKLEY LAW OFFICES

*Berton K. May*
Berton K. May

BKM/ms

pc:   Scott A. Goodwin