ORIGINAL

```
RICHMOND DIVISION
FILED
DEC 0 2 2009
FILED
CLERK
U.S. BANKRUPTCY COURT
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## CREDITOR JONATHAN CARD'S MOTION TO APPEAR TELEPHONICALLY AT THE DECEMBER 7, 2009 OMNIBUS CONFERENCE

JONATHAN CARD, on behalf of himself and all others similarly situated ("Creditor"), by and through his undersigned counsel, hereby requests that the Court permit Creditor's counsel to appear at the December 7, 2009 Omnibus Conference Telephonically. In support of this Motion, Creditor states as follows:

1.  On November 3, 2008, Creditor Card commenced a class action styled Card v. Circuit City Stores, Inc., Case Number 37-2008-00095260-CU-OE-CTL, in the Superior Court of California County of San Diego on behalf of himself and all others similarly situated. Creditor Card's Complaint seeks overtime compensation, compensation for missed meal and rest breaks, waiting time penalties and attorneys' fees under California law. The class action-styled case seeks to represent all California-based assistant managers who were employed by Debtors and who were not paid overtime compensation, or provided meal and rest breaks.

2. On January 13, 2009, Creditor Card, through his counsel, timely filed a proof of claim with claims administrator Kurtzman Carson. Creditor Card's claim is identified as claim

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
RIGHETTI LAW FIRM P.C.
456 Montgomery Street Suite 1400
San Francisco, CA 94104
Phone:       (415) 983-0900
Facsimile:   (415) 397-9005
*Counsel to Jonathan Card, on Behalf of
Himself and All Others Similarly Situated*

numbers 6040 and 6047.

3. Creditor submitted a timely response in opposition to Debtors' Thirty-First Objection to Claims [Docket No. 4943]. Pursuant to the Court's order entered October 16, 2009 [Docket No. 5294], Creditor's claim is among those to be addressed at the omnibus status conference scheduled for December 7, 2009.

4. Creditors' counsel is located in California State. In order to avoid the time and expense of traveling to Virginia for the omnibus status conference, Creditor respectfully requests that the Court permit Creditor's counsel to appear by telephone at the December 7, 2009 conference, rather than make a personal appearance.

Dated: December 1, 2009                                    Respectfully submitted,

/s/ Matthew Righetti
Matthew Righetti (CA SBN 121012)
RIGHETTI LAW FIRM P.C.
456 Montgomery St. Suite 1400
San Francisco, CA 94104
Phone:         (415) 983-0900
Facsimile:     (415) 397-9005
*Counsel to Jonathan Card, on Behalf of
Himself and All Others Similarly Situated*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**[PROPOSED] ORDER GRANTING CREDITOR JONATHAN CARD'S MOTION TO APPEAR TELEPHONICALLY AT THE DECEMBER 7, 2009 OMNIBUS CONFERENCE**

The Court hereby GRANTS Creditor Jonathan Card's Motion to Appear Telephonically at the December 3, 2009 Omnibus Conference.

Dated: Richmond, Virginia

_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2009, a copy of the foregoing Motion and Proposed Order was served by U.S. Mail, postage prepaid upon the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

-and-

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

McGuireWoods LLP
One James Center
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

/s/ Jenna Peterson