Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM LLP                        One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 7, 2009 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
December 7, 2009 beginning at 2:00 p.m. Eastern.

**I.    CONTINUED/ADJOURNED MATTERS**

1.    Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

      Objection
      Deadline:        February 26, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2331)

      Status:          This matter has been adjourned to January 14, 2010 at 2:00 p.m.

2.    Application of The City of Newport News, Virginia for Payment of Taxes (Docket No. 3095)

      Objection
      Deadline:        June 2, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Response and Objection to Motion for Application for Payment of Taxes Filed by the City of Newport News (Docket No. 4145)

      Status:          This matter has been adjourned to January 28, 2010 at 11:00 a.m.

3.    Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:        June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction
            Company, LLC's Motion for Examination and Order
            Directing Debtor, Circuit City Stores, Inc. to
            Produce Documents Pursuant to Federal Rule of
            Bankruptcy Procedure Rule 2004 (Docket No. 3701)

      Status:          This matter has been adjourned to
                       January 14, 2010 at 2:00 p.m.

4.    Motion of OmniMount Systems, Inc. for Reconsideration
      of the Court's August 20, 2009 Order on the Debtors'
      Twentieth Omnibus Objection for the Purpose of Vacating
      the Reclassification of OmniMount Systems, Inc.'s
      503(B)(9) Claim (Docket No. 5010)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified To Unsecured Claims Of
            Certain Claims Filed As 503 (B) (9) Claims For
            Goods Received By The Debtors Not Within Twenty
            Days Of The Commencement Of The Case (Docket No.
            4576)

      b.    Notice of Motion and Hearing (Docket No. 5012)

      c.    Exhibits A and B to Motion of OmniMount Systems,
            Inc. for Reconsideration (Docket No. 5014)

Objection
Deadline:          October 8, 2009 at 4:00 p.m., extended
                   until December 14, 2009 at 4:00 p.m. for
                   the Debtors

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   December 21, 2009 at 10:00 a.m.

5.   Notice of Motion and Hearing for Motion for Entry of an
     Order Granting Allowance and Compelling Payment of
     Administrative Expense Claim, by Mad Cow International
     Group Limited (Docket No. 5197)

     Related
     Documents:

     a.    Memorandum of Points and Authorities in Support of
           Motion for Entry of an Order Granting Allowance
           and Compelling Payment of Administrative Expense
           Claim (Docket No. 5196)

     Objection
     Deadline:         October 27, 2009 at 4:00 p.m., extended
                       until January 21, 2010 at 4:00 p.m. for
                       the Debtors

     Objections/
     Responses
     Filed:            None at the time of filing this agenda

     Status:           This matter has been adjourned to
                       January 28, 2010 at 11:00 a.m.

6.   Creditor John Raleigh's Motion To Deem Proof Of Claim
     Timely Filed And For Leave To Amend (Docket No. 5198)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 3287)

```
          Objection
          Deadline:          May 21, 2009 at 5:00 p.m., extended for
                             the Debtors until January 21, 2010 at
                             4:00 p.m.

          Objections/
          Responses
          Filed:             None at the time of filing this agenda

          Status:            This matter has been adjourned to
                             January 28, 2010 at 11:00 a.m.
```

7.   Amended Motion to Allow Late Filing of Proof of Claim,
     by Site A, LLC (Docket Nos. 5310, 5404)

```
          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 5405)

          Objection
          Deadline:          October 27, 2009 at 5:00 p.m., extended
                             until January 21, 2010 at 4:00 p.m. for
                             the Debtors

          Objections/
          Responses
          Filed:             None at the time of filing this agenda

          Status:            This matter has been adjourned to
                             January 28, 2010 at 11:00 a.m.
```

8.   Motion for Relief from Automatic Stay, by Nancy and
     Charles Booth (Docket No. 5597)

```
          Objection
          Deadline:          November 24, 2009 at 4:00 p.m., extended
                             until December 14, 2009 at 4:00 p.m. for
                             the Debtors

          Objections/
          Responses
          Filed:             None at the time of filing this agenda
```

Status:          This matter has been adjourned to
                 December 21, 2009 at 10:00 a.m.

9.   Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to
     Compel Debtor to Assume Executory Contract (Docket No.
     5648)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5651)

     Objection
     Deadline:        November 30, 2009 at 11:59 p.m.,
                      extended until December 14, 2009 at 4:00
                      p.m. for the Debtors

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      December 21, 2009 at 10:00 a.m.

**II.  CONTESTED MATTERS**

10.  Motion of Export Development Canada for Allowance of
     the Late Filed Administrative Expense Claim (Docket No.
     2960)

     Objection
     Deadline:        April 21, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Preliminary Objection to Motion for
          Allowance of the Late Filed Administrative Expense
          Claim of Export Development Canada (Docket No.
          3131)

     b.   Reply to Debtors' Preliminary Objection to Motion
          for Allowance of the Late Filed Administrative
          Expense Claim (Docket No. 3152)

c.   Debtors' Amended Preliminary Objection to Motion
     for Allowance of the Late Filed Administrative
     Expense Claim of Export Development Canada
     (Docket No. 3154)

Status:       This matter is going forward as a status
              conference.  To the extent the parties
              are unable to resolve discovery
              disputes, if any, prior to the hearing,
              this matter will go forward to resolve
              such dispute(s).  This matter will be
              going forward on the merits on January
              14, 2010 at 2:00 p.m.

11.  Motion of Unical Enterprises, Inc. for Relief from
     Automatic Stay (Docket No. 5343)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5345)

     b.   Notice of Motion and Hearing (Docket No. 5613)

     Objection
     Deadline:      November 30, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Response and Objection to the Motion of
          Unical Enterprises, Inc. for Relief from the
          Automatic Stay (Docket No. 5955)

     Status:       This matter is going forward as a
                   preliminary hearing.

**III. ADVERSARY PROCEEDING**

12.  Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
     Sirius XM Radio, Inc.</u>), Adversary No. 09-3167 (KRH))

     Response
     Deadline:      September 24, 2009 at 4:00 p.m.

```
          Objections/
          Responses
          Filed:          Answer and Counterclaim, by Sirius XM
                          Radio Inc. (Docket No. 6)

          Status:         The pre-trial conference on this matter
                          is going forward.

13.   Motion to Dismiss Counterclaim Pursuant to Federal Rule
      of Civil Procedure 12(b)(6) (Docket No. 8) (Circuit
      City Stores, Inc. v. Sirius XM Radio, Inc.), Adversary
      No. 09-3167 (KRH))

          Related
          Documents:

          a.   Answer and Counterclaim, by Sirius XM Radio Inc.
               (Docket No. 6)

          b.   Notice of Motion and Hearing (Docket No. 9)

          Response
          Deadline:       October 27, 2009 at 4:00 p.m., extended
                          to December 4, 2009 at 4:00 p.m. for
                          Sirius XM Radio, Inc.

          Objections/
          Responses
          Filed:          None at the time of filing this agenda

          Status:         This matter is going forward.
```

**IV.   OMNIBUS CLAIM OBJECTIONS - RESOLVED MATTERS**

```
14.   Debtors' Thirteenth Omnibus Objection to Certain
      Amended Claims (Docket No. 3527)

          Related
          Documents:

          a.   Amended Notice of Debtors' Thirteenth Omnibus
               Objection to Certain Amended Claims (Docket No.
               3528)
```

b.     Second Amended Notice of Debtors' Thirteenth
       Omnibus Objection to Certain Amended Claims
       (Docket No. 3720)

c.     Order on Debtors' Thirteenth Omnibus Objection to
       Certain Amended Claims (Docket No. 4446)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           All of the responses have been resolved.

Status:          This omnibus objection has been
                 resolved.

15.   Debtors' Fourteenth Omnibus Objection to Claims
      (Reclassification of Certain Non-Goods 503(b)(9) Claims
      to General Unsecured Non-Priority Claims) (Docket No.
      3672)

      Related
      Document:

      a.     Order on Debtors' Fourteenth Omnibus Objection to
             Claims (Reclassification of Certain Non-Goods
             503(b)(9) Claims to General Unsecured Non-Priority
             Claims)  (Docket No. 4443)

      b.     Memorandum and Opinion (Docket No. 5040)

      c.     Order (Docket No. 5041)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           All of the responses have been resolved.

      Status:          This omnibus objection has been
                       resolved.

16.   Debtors' Forty-Fifth Omnibus Objection to Claims
      (Disallowance of Certain Claims that Were Fully
      Satisfied Postpetition and Modification of Certain
      Claims that Were Partially Satisfied Postpetition)
      (Docket No. 5018)

      Related
      Documents:

      a.   Order on Debtors' Forty-Fifth Omnibus Objection to
           Claims (Disallowance of Certain Claims that Were
           Fully Satisfied Postpetition and Modification of
           Certain Claims that Were Partially Satisfied
           Postpetition) (Docket No. 5831)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           All of the responses have been resolved.

      Status:          This omnibus objection has been
                       resolved.

17.   Debtors' Forty-Sixth Omnibus Objection to Claims
      (Modification of Certain Duplicate Claims) (Docket No.
      5019)

      Related
      Documents:

      a.   Order on Debtors' Forty-Sixth Omnibus Objection to
           Claims (Modification of Certain Duplicate Claims)
           (Docket No. 5832)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           All of the responses have been resolved.

      Status:          This omnibus objection has been
                       resolved.

18.   Debtors' Forty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Claims with Insufficient
      Support) (Docket No. 5020)

      Related
      Documents:

      a.   Order on Debtors' Forty-Seventh Omnibus Objection
           to Claims (Disallowance of Certain Claims with
           Insufficient Support) (Docket No. 5783)

      b.   Supplemental Order on Debtors' Forty-Seventh
           Omnibus Objection to Claims (Disallowance of
           Certain Claims with Insufficient Support) (Docket
           No. 5961)

      Objection
      Deadline:      October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         All of the responses have been resolved.

      Status:        This omnibus objection has been
                     resolved.

**V.   OMNIBUS CLAIM OBJECTIONS - ADJOURNED MATTERS**

19.   Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2789)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2790)

      b.   Order on Debtors' Second Omnibus Objection to
           Certain Late 503(b)(9) Claims (Docket No. 3356)

      Objection
      Deadline:      April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached Exhibit A.

Status:              An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     January 14, 2010 at 2:00 p.m.

20.  Debtors' Third Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2791)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2792)

     b.    Order on Debtors' Third Omnibus Objection to
           Certain Late 503(b)(9) Claims (Docket No. 3357)

     Objection
     Deadline:       April 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     January 14, 2010 at 2:00 p.m.

21.  Debtors' Fourth Omnibus Objection to Certain
     Duplicative Claims (Docket No. 3096)

     Related
     Documents:

     a.    Order on Debtors' Fourth Omnibus Objection to
           Certain Duplicative Claims (Docket No. 3494)

     Objection
     Deadline:       May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached <u>Exhibit A</u>.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    January 14, 2010 at 2:00 p.m.

22.  Debtors' Fifth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3309)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3310)

     b.   Order Adjourning Debtors Fifth Omnibus Objection
          to Certain Misclassified Non-Goods 503(b)(9)
          Claims (Docket No. 4007)

     c.   Order on Debtors Fifth Omnibus Objection to
          Certain Misclassified Non-Goods 503(b)(9) Claims
          (Docket No. 4008)

     d.   Memorandum and Opinion (Docket No. 5040)

     e.   Order (Docket No. 5041)

     Objection
     Deadline:       June 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached <u>Exhibit A</u>.

     Status:         An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     January 14, 2010 at 2:00 p.m.

23.   Debtors' Sixth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3311)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3312)

      b.   Order Adjourning Debtors' Sixth Omnibus Objection
           to Certain Misclassified Non-Goods 503(b)(9)
           Claims (Docket No. 4011)

      c.   Order on Debtors' Sixth Omnibus Objection to
           Certain Misclassified Non-Goods 503(b)(9) Claims
           (Docket No. 4012)

      d.   Memorandum and Opinion (Docket No. 5040)

      e.   Order (Docket No. 5041)

      Objection
      Deadline:       June 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      January 14, 2010 at 2:00 p.m.

24.   Debtors' Seventh Omnibus Objection to Certain Late
      Claims (Docket No. 3506)

      Related
      Documents:

      a.   Order on Debtors' Seventh Omnibus Objection to
           Certain Late Claims (Docket No. 4169)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  January 14, 2010 at 2:00 p.m.

25.   Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.    Order on Debtors' Eighth Omnibus Objection to
            Certain Late Claims (Docket No. 4170)

      Objection
      Deadline:         June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached <u>Exhibit A</u>.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        January 14, 2010 at 2:00 p.m.

26.   Debtors' Ninth Omnibus Objection to Certain (i) Late
      Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

      Related
      Documents:

      a.    Amended Exhibit C to Debtors' Ninth Omnibus
            Objection to Certain (i) Late Claims (ii) Late
            503(b)(9) Claims (Docket No. 3512)

      b.    Order On Debtors' Ninth Omnibus Objection to
            Certain (I) Late Claims and (II) Late 503(B)(9)

Claims (Docket No. 4171)

Objection
Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   January 14, 2010 at 2:00 p.m.

27.  Debtors' Tenth Omnibus Objection to Certain Duplicate
     Claims (Docket No. 3513)

     Related
     Documents:

     a.    Order On Debtors' Tenth Omnibus Objection To
           Certain Duplicate Claims (Docket No. 4172)

     b.    Supplemental Order on Debtors' Tenth Omnibus
           Objection to Certain Duplicate Claims (Docket No.
           4406)

     c.    Second Supplemental Order on Debtors' Tenth
           Omnibus Objection to Certain Duplicate Claims
           (Docket No. 5875)

     Objection
     Deadline:          June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        January 14, 2010 at 2:00 p.m.

28.   Debtors' Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      General Unsecured, Non-Priority Claims) (Docket No.
      3703)

      Related
      Documents:

      a.    Order on Debtors' Nineteenth Omnibus Objection to
            Claims (Reclassification of Certain Misclassified
            Claims to General Unsecured, Non-Priority Claims)
            (Docket No. 4449)

      b.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4736)

      c.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4758)

      Objection
      Deadline:       July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      December 21, 2009 at 10:00 a.m.

29.   Debtors' Twentieth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases (Docket No. 3704)

      Related
      Documents:

a.    Order On Debtors' Twentieth Omnibus Objection To
      Claims (Reclassified To Unsecured Claims Of
      Certain Claims Filed As 503 (B) (9) Claims For
      Goods Received By The Debtors Not Within Twenty
      Days Of The Commencement Of The Case (Docket No.
      4576)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 January 14, 2010 at 2:00 p.m.

30.  Debtors' Twenty-First Omnibus Objection to Claims
     (Disallowance of Certain Duplicate Claims) (Docket No.
     3709)

     Related
     Documents:

     a.    Order on Debtors' Twenty-First Omnibus Objection
           to Claims (Disallowance of Certain Duplicate
           Claims) (Docket No. 4466)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      January 14, 2010 at 2:00 p.m.

31.  Debtors' Twenty-Second Omnibus Objection to Claims
     (Disallowance of Certain Claims Filed Against the Wrong
     Debtor) (Docket No. 3710)

     Related
     Documents:

     a.   Order On Debtors' Twenty-Second Omnibus Objection
          To Claims (Disallowance Of Certain Claims Filed
          Against The Wrong Debtor) (Docket No. 4577)

     Objection
     Deadline:      July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    January 14, 2010 at 2:00 p.m.

32.  Debtors' Twenty-Third Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 3711)

     Related
     Documents:

     a.   Order on Debtors' Twenty-Third Omnibus Objection
          to Claims (Modification of Certain Duplicate
          503(b)(9) Claims) (Docket No. 4465)

     Objection
     Deadline:      July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still

pending, this matter is adjourned to
January 14, 2010 at 2:00 p.m.

33.    Debtors' Twenty-Fourth Omnibus Objection to Claims
(Disallowance of Certain Real Estate Tax Claims on Real
Property in Which the Debtors Leased the Real Property)
(Docket No. 4017)

Related
Documents:

a.    Order on Debtors' Twenty-Fourth Omnibus Objection
to Claims (Disallowance of Certain Real Estate Tax
Claims on Real Property in Which the Debtors
Leased the Real Property) (Docket No. 4727)

Objection
Deadline:        August 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
January 14, 2010 at 2:00 p.m.

34.    Debtors' Twenty-Seventh Omnibus Objection to Claims
(Disallowance of Certain Tax Claims for No Tax
Liability) (Docket No. 4276)

Related
Documents:

a.    Order on Debtors' Twenty-Seventh Omnibus Objection
to Claims (Disallowance of Certain Tax Claims for
No Tax Liability) (Docket No. 4807)

Objection
Deadline:        August 20, 2009 at 4:00 p.m.

Objections/
Responses

Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    January 14, 2010 at 2:00 p.m.

35.  Debtors' Twenty-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     4277)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Eighth Omnibus Objection
           to Claims (Disallowance of Certain Amended Claims)
           (Docket No. 4848)

     Objection
     Deadline:           August 20, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:              See attached Exhibit A.

     Status:             An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned to
                         January 14, 2010 at 2:00 p.m.

36.  Debtors' Twenty-Ninth Omnibus Objection to Claims
     (Disallowance of Certain Duplicate Claims) (Docket No.
     4278)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Ninth Omnibus Objection
           to Claims (Disallowance of Certain Duplicate
           Claims) (Docket No. 4805)

     Objection
     Deadline:           August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  January 14, 2010 at 2:00 p.m.

37.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

     Related
     Documents:

     a.    Notice of Objection and Hearing (Docket No. 4584)

     b.    Order on Debtors' Thirtieth Omnibus Objection to
           Claims (Disallowance of Certain Claims for Wages
           and Compensation) (Docket No. 5191)

     Objection
     Deadline:         September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            See attached <u>Exhibit A</u>.

     Status:           An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       January 14, 2010 at 2:00 p.m.

38.  Debtors' Thirty-First Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     4585)

     Related
     Documents:

      a.    Order on Debtors' Thirty-First Omnibus Objection
to Claims (Disallowance of Certain Legal Claims)
(Docket No. 5294)

Objection
Deadline:      September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:      See attached Exhibit A.

Status:      An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
January 14, 2010 at 2:00 p.m.

39.  Debtors' Thirty-Third Omnibus Objection to Claims
(Modification and/or Reclassification of Certain
Claims) (Docket Nos. 4588, 4590)

Related
Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
to Claims (Modification and/or Reclassification of
Certain Claims) (Docket No. 5192)

Objection
Deadline:      September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:      See attached Exhibit A.

Status:      An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
December 21, 2009 at 10:00 a.m.

40.   Debtors' Thirty-Fourth Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 4598)

      Related
      Documents:

      a.   Order On Debtors' Thirty-Fourth Omnibus Objection
           To Claims (Modification Of Certain Duplicate
           503(b)(9) Claims) (Docket No. 5385)

      Objection
      Deadline:         September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        January 14, 2010 at 2:00 p.m.

41.   Debtors' Thirty-Fifth Omnibus Objection to Claims
      (Disallowance of (I) Certain Amended Claims; and (II)
      Certain Duplicate Claims) (Docket No. 4599)

      Related
      Documents:

      a.   Order On Debtors' Thirty-Fifth Omnibus Objection
           To Claims (Disallowance of (I) Certain Amended
           Claims; and (II) Certain Duplicate Claims) (Docket
           No. 5396)

      Objection
      Deadline:         September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  For those

claims for which the objection is still
pending, this matter is adjourned to
January 14, 2010 at 2:00 p.m.

42.   Debtors' Thirty-Sixth Omnibus Objection to Claims
(Disallowance of Certain Claims Relating to Short Term
Incentive Plan) (Docket No. 4600)

Related
Documents:

a.   Order on Debtors' Thirty-Sixth Omnibus Objection
to Claims (Disallowance of Certain Claims Relating
to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
January 14, 2010 at 2:00 p.m.

43.   Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction of Certain Personal Property Tax Claims)
(Docket No. 4613)

Related
Documents:

a.   Order on Debtors' Thirty-Seventh Omnibus Objection
to Claims (Reduction of Certain Personal Property
Tax Claims) (Docket No. 5397)

Objection
Deadline:          September 25, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  January 14, 2010 at 2:00 p.m.

44.  Debtors' Thirty-Ninth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases) (Docket No. 4881)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Ninth Omnibus Objection
           to Claims (Reclassification to Unsecured Claims of
           Certain Claims Filed as 503(b)(9) Claims for Goods
           Received by the Debtors Not Within Twenty Days of
           the Commencement of the Cases) (Docket No. 5829)

     Objection
     Deadline:         October 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            See attached Exhibit A.

     Status:           An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       January 14, 2010 at 2:00 p.m.

45.  Debtors' Forty-First Omnibus Objection to Claims
     (Disallowance of Certain No Liability Claims that were
     (I) Paid Prepetition or (II) Satisfied Postpetition)
     (Docket No. 4890)

     Related
     Documents:

     a.    Order on Debtors' Forty-First Omnibus Objection to
           Claims (Disallowance of Certain No Liability

Claims that were (I) Paid Prepetition or (II)
Satisfied Postpetition) (Docket No. 5781)

Objection
Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   January 14, 2010 at 2:00 p.m.

46.  Debtors' Forty-Second Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5015)

     Related
     Documents:

     a.   Order on Debtors' Forty-Second Omnibus Objection
          to Claims (Disallowance of Certain Amended Claims)
          (Docket No. 5939)

     Objection
     Deadline:          October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        January 14, 2010 at 2:00 p.m.

47.   Debtors' Forty-Third Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5016)

      Related
      Documents:

      a.   Order on Debtors' Forty-Third Omnibus Objection to
           Claims (Disallowance of Certain Late Claims)
           (Docket No. 5785)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       January 14, 2010 at 2:00 p.m.

48.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.   Order on Debtors' Forty-Fourth Omnibus Objection
           to Claims (Disallowance of Certain Duplicative
           Claims) (Docket No. 5830)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 January 14, 2010 at 2:00 p.m.


Dated: December 3, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                  – and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                             Chris L. Dickerson, Esq.
                             155 N. Wacker Drive, Suite 2700
                             Chicago, Illinois 60606-2700
                             (312) 407-0700

                                  – and –

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession


\10240939

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 2 | Hayden Meadows Joint Venture | 3161 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 2 | Export Development Canada | 3209 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 2 | Gamer Grafix Worldwide | 3222 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 3 | Tasler Pallet, Inc. | 3162 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 4 | Ion Audio, LLC | 3380 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384 3386 3946 5122 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 7, 2009 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 4 | Onkyo USA Corp. | 3389 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 4 | Bethesda Softworks LLC | n/a | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 5 | Charleston Newspapers | 3561 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Retail MDS, Inc. | 3563 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Magnus Magnusson | 3573 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Graphic Communications, Inc. | 3600 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Vector Security, Inc. | 3612 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 5 | Schimenti Construction Company LLC | 3622 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | U.S. Signs | 3623 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 6 | Touchpoint Retail Design, Inc. | 3409 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Lexington County Treasurer's Office | 3410 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | E-Z Spread n' Lift Industries | 3492 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Consumer Vision, LLC | 3521 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Winn Bus Lines, Inc. | 3522 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Lee County Tax Collector | 3559 3702 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Towne Square Plaza | 3586 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | AA Home Services, LLC | 3634 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 6 | Eastern Security Corp. | 4094 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 7 | Kim E's Flowers, Inc. | 3611 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Marian B. Frauenglass | 3636 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Sie Ling Chiang | 3639 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Cheryl Daves | 3661 3811 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | David Lee Cates | 3690 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Louis C. Jones, III | 3791 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Ty Holbrook | 3792 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Marilyn N. Campbell | 3794 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Richard L. Schurz | 3802 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Austin James Harthun | 3815 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Mikael Salovaara | 3835 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Bernice Slipow | 3875 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Jean Abdallah | 3880 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Jakob Joffe | 3886 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Michael McCabe | 3887 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Elton J. Turnage | 3889 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | Michael Boger | 3905 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 7 | WXCW TV - Sun Broadcasting | 3919 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 8 | Gettysburg Times | 3640 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Dr. Robert Koenig | 3642 3643 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Ismay Gayle | 3659 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | First Baptist Church of Sunrise | 3662 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Punto Aparte Communications Inc. | 3785 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Taylor B. Phillips | 3788 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Ervin C. Olson | 3789 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Gloria E. Scarnati | 3790 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Ty Holbrook | 3793 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Marsha Blanchette | 3798 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Alex P. Thorson | 3804 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Michael Alexander | 3805 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Richard Daly | 3806 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Vertis, Inc. | 3827 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Cornella D. Beverly | 3832 3908 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Waste Management, Inc. | 3834 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Snagajob.com | 3857 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Connie Y. Boyer | 3883 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Margaret Given | 3894 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Craig Bender | 3897 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | KPLR | 3903 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Nicholas S. Weeks | 3913 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | WINK TV - Fort Myers Broadcasting | 3920 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | John P. Raleigh | 3921 5198 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3964 3965 3966 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 9 | Kenneth Giacone | 3635 3955 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Jerry L. Knighton | 3658 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Mary H. Stienemann | 3660 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Kisha T. Buchanan | 3692 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Patricia A. Bean | 3693 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Compass Group USA, Inc. | 3712 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Richard Stevens | 3786 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Alice Norton | 3801 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Chuan-Fa Liu and Chang Rao | 3809 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Sharon Brown Hope | 3813 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Michael T. Chalifoux | 3826 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Laura L. Scannell | 3838 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Oklahoma Gas and Electric Company | 3858 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Tec-Com Services, Inc. d/b/a Micro Tech | 3865 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Deanna Heckman | 3885 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Michael Karpinski | 3890 3963 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Sheryl A. Borger | 3891 4000 4709 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Marin Municipal Water District | 3900 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | John Batioff | 3901 3902 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | WPBF Television | 3904 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Mary Ann Hudspeth | 3911 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 9 | Mary Riordan | 3918 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 10 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC and Source Interlink Media, LLC | 3844 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 19 | Thomas Gibson | 3933 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Donna M. Kincheloe | 3985 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Landing at Arbor Place II,LLC | 4019 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m.  The Debtors will submit a supplemental order resolving this matter. |
| 19 | Imitation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Jack Hernandez | 4027 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | County of Henrico, Virginia | 4062 4108 | This response was withdrawn (Docket No. 5226) and a supplemental order will be submitted reclassifying the claims. |
| 19 | Walter E. and Sally J. Hartman as Trustees of the Hartman 1995 Ohio Property | 4065 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Estate of Joseph Y. Einbinder | 4085 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Laurel Plumbing, Inc. | 4102 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Union County Construction Group, Inc. | 4103 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Seagate Technology LLC | 4115 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Plantronics, Inc. | 4118 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Cisco-Linksys LLC | 4120 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Luminsource, Inc. | 4122 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | The Parkes Companies, Inc. | 4125 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Toshiba America Information Systems, Inc. | 4128 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Toshiba America Consumer Products, L.L.C. | 4141 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Jason W. Martinez | 4142 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Denon Electronics (USA) LLC | 4148 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Snell Acoustics Inc. | 4149 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Phillip Lee Steele | 4152 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Paramount Home Entertainment Inc. | 4154 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Dish It Up, Inc. | 4156 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Wells Fargo Business Credit, Inc. as assignee of claims from Photoco, Inc. | 4180 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 19 | Robert Gentry and all those similarly situated | 4956 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| | | | |
| 20 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Cyber Acoustics | 4014 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | ActionTec Electronics, Inc. | 4024 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Kinyo Company, Inc. | 4057 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Fujitsu Ten Corp. of America | 4066 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Monster, LLC | 4110 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. A Proposed Settlement and Stipulation has been filed (Docket No. 5962). If no objections are filed, this matter will be resolved. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Toshiba America Consumer Products, LLC | 4143 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 21 | Tuscaloosa County, Alabama | 3980 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 21 | Blount County Trustee | 4025 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 21 | United States of America | 4075 4097 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 22 | De Rito Partners Development, Inc. | 3864 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 22 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC | 4022 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 22 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 22 | MiTAC Digital Corp. | 4179 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | n/a | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | SouthPeak Interactive, LLC | 4123 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | Vonage Marketing, LLC | 4124 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | Monster, LLC | 4129 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. A Proposed Settlement and Stipulation has been filed (Docket No. 5962). If no objections are filed, this matter will be resolved. |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | Samsung Electronics America, Inc. | 4136 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 24 | Pulaski County, Arkansas | 4382 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m., 2010 at 2:00 p.m. |
| 24 | Laburnum Investment LLC | 4390 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 24 | Travis County Tax Collector | 4420 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 24 | Henrico County, Virginia | 4422 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 24 | Lane County, Oregon Department of Assessment & Taxation | 4431 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 27 | Jackson County, Oregon | 4415 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Catawba County, NC | 4424 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Clark County Treasurer, IN | 4526 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 27 | Maine State Treasurer | 4533 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | California Self-Insurers' Security Fund | 4581 4582 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Pennsylvania State Treasurer | 4592 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Shasta County Tax Collector | 4601 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Indiana Department of State Revenue | 4620 4636 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Harris County, TX | 4759 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Los Angeles, California | 4786 4931 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | Monterey, California | 4786 4931 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 27 | San Bernardino, California | 4786 4931 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 28 | United States of America, Internal Revenue Service | 4578 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 28 | Source Interlink Media, LLC | 4579 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 29 | Benton County Treasurer | 4593 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | David J. Cacciotti | 4825 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Barbara Raelyn Harris | 4827 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Stephen Saunders | 4838 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Brad C. King | 4841 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Marius Tataru | 4960 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Jeffrey Agee | 4966 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Nicole Cervanyk | 4967 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
|  |  |  |  |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Franklin Wilson | 4963 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 33 | San Angelo Partners, LLC | n/a | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. A stipulation will be filed resolving this matter. |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 33 | Cyndi Ann Haines | 4829 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Boston Acoustics, Inc. | 4850 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 33 | Amore Construction Company | 4947 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to December 21, 2009 at 10:00 a.m. |
| | | | |
| 34 | JLG Industries, Inc. | 4743 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 34 | SouthPeak Interactive, LLC | 4882 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC | 4902 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 34 | Toshiba America Consumer Products, L.L.C. | 4909 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 34 | DirecTV, Inc. | 4982 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
|  |  |  |  |
| 35 | Bruce Senator | 4754 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | JWC Loftus, LLC | 4819 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | SouthPeak Interactive, LLC | 4884 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | James Lubary | 4896 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Newport News Shopping Center, LLC through its Assignee, Lea Company, a Virginia general partnership | 4897 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Cottonwood Corners-Phase V, LLC | 4898 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 35 | Chase Bank USA, National Association | 4900 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Gelco Corporation d/b/a GE Fleet Services | 4903 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Bear Valley Road Partners, LLC | 4929 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | GMS Golden Valley Ranch, LLC | 4929 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Laguna Gateway Phase 2 LP | 4929 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Manteca Stadium Park, L.P. | 4929 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Sweetwater Associates Limited Partnership | 4929 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 35 | Edward A. Alberque | 4953 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
|  |  |  |  |
| 37 | Boulder County, CO | n/a | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Hernando County, Florida | 4885 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Spokane County, Washington | 5033 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Bell County, Texas | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Comal County, TX, City of New Braunfels, Comal Independent School District | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Lake Worth | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Potter County Tax Office | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Ada County, Idaho | 5110 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Monterey County | 5113 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Cameron County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Dallas County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | El Paso | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Frisco | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Gregg County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Harlingen | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Harris County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | City of McAllen | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | McLennan County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Memphis | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Nueces County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Rockwall CAD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Round Rock ISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Smith County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | South Texas College | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | South Texas ISD | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Tarrant County | 5115 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Placer County, California | 4788 4932 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 39 | Madcow International Group Limited | 5166 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| | | | |
| 42 | Mitsubishi Digital Electronics America, Inc. | 5122 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Walter E. Hartman & Sally J. Hartman, Trustees of the Hartman 1995 Ohio Property | 5230 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Central Investments, LLC | 5328 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Brighton Commercial LLC | 5353 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | 412 South Broadway Realty LLC | 5362 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Janaf Shops, LLC | 5370 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Golf Galaxy, Inc. | 5373 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 42 | Abilene-Ridgemont, LLC | 5378 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
|  |  |  |  |
| 43 | Louis C. Jones, III | 5340 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 43 | Toshiba America Information Systems, Inc. | 5367 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 43 | Toshiba America Consumer Products, LLC | 5369 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 43 | David Harrison | 5380 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
|  |  |  |  |
| 44 | TKG Coffee Tree, L.P. | 5355 5356 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 | The status hearing on this response is adjourned to January 14, 2010 at 2:00 p.m. |

\10193655