# OLSHAN

OLSHAN   GRUNDMAN   FROME   ROSENZWEIG   &   WOLOSKY   LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

December 2, 2009

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2324
EMAIL: SSALLIE@OLSHANLAW.COM

**BY FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888
Attn: Suzanne



Re:   In re Circuit City Stores, Inc., et al
      Case #08-35653 (KRH) – Ch. 11, Jointly Administered

Dear Suzanne:

We are counsel for ON Corp USA, Inc., ON Corp (herein "ON Corp") and Thomson, Inc. in the aforementioned matter. We hereby withdraw Notice of Appearance for Korea Export Insurance Corporation (herein "KEIC") in the above matter.

Notice for KEIC should be directed to William C. Heuer, Esq., Duane Morris, 1540 Broadway, New York, NY 10036.

If there are any questions, feel free to contact me at 212.451.2324 or by email at SSallie@olshanlaw.com.

Regards,

Sunaiyah S. Sallie
Legal Assistant

Enclosures

NO RETURN ENVELOPE PROVIDED

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

856133-1