11/27/2009



To The United States Bankruptcy Court

For The Eastern District of Virginia

Richmond Division

------------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC. | : Case No. 08-35653 |
| Et al | : |
| | : |
| Debtors. | : Jointly Administered |

------------------------------------------------------------------

Objection to :
 DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWNACE OF CERTAIN (I) NO LIABILITY ( LEGAL
CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS ); AND
(III) NO LIABILITY (SUBCONTRACTOR CLAIMS)))

| CLAIMANT'S NAME AND ADDRESS | CLAIM NUMBER | CLAIM EXPLANATION | CLAIM AMOUNT ( PREVIOUS / NEW |
|---|---|---|---|
| Bruce Davis<br>76 Webwood Circle<br>Rochester, NY 14626 | 13286 | Administrative expenses to read, research the vast amount of documentation sent, study bankruptcy law and to file counter claims. | Prior amount $250.00<br><br>**New Claim Amount $500.00** |

This counter claim is to object to the Debtor's objection. I am now forced to increase my administrative expense claim since I've had to spend additional time researching bankruptcy proceedings and seeking advice. I had no idea this case would go on this long. I've tried to save expenses by not hiring a lawyer in this matter. Had I done that, my administrative expenses would have been much higher than the claim. My claim is should now be increased $250.00 above my previous claim of $250.00 for a new total of $500.00. This is to cover the additional research, reading various documents mailed to me, studying, seeking advice and time spent preparing counter claims, etc. I've spend 25 additional hours since the previous claim. I'm charging $10 per hour. Quite a bargain compared to the lawyers in my area and I imagine a real steal compared to the hourly rates of the lawyers involved in this proceeding.

Once again, let me explain that I am not a lawyer. I wish I was since they are obviously the only ones who will likely get any funds from these proceedings. After sixty omnibus hearings, countless documents mailed, probably millions of dollars in printing and mailing costs, this matter isn't settled yet? I would be happy to receive the funds spent copying and mailing the various bankruptcy proceeding documents to me. Please stop giving whatever funds were available for creditors to the lawyers in this case. In my opinion, they are stalling to pump up their firms' revenue at the expense of the creditors. I wish they were a public company with stock. That would be a much better investment than Circuit City.

I am the only person with personal knowledge of the relevant facts.

Bruce Davis

*Bruce J. Davis* 11/27/2009

76 Webwood Circle
Rochester, NY 14626
(585)227-8070