IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF SECTION 503(b)(9) CLAIM REQUEST NUMBER 14503
FILED BY TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**

Toshiba America Consumer Products, L.L.C., by its attorneys and pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws its amended Section 503(b)(9) Claim Request, filed on July 16, 2009 and numbered 14503.

    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America
Consumer Products, L.L.C.*

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.*

102293.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2009, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899 | Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 |
| Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219. |

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg