# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No.: 08-35653 (KJH) |
| Debtor. | (Jointly Administered) |
|  | **TRANSFER OF CLAIM** |
|  | **BANKRUPTCY RULE 3001(E)(2)** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P. RULE 3001(E)(2)**

**Name of Proposed Transferor:**
TECH FOR LESS LLC
1610 GARDEN OF THE GODS ROAD
COLORADO SPRINGS, CO 80907

**Name of Transferee:**
TFL Enterprises LLC
980 North Michigan Ave, Suite 920
Chicago, Illinois 60611

**No action is required if you do not object to the transfer of your claim.**
However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILING A WRITTEN OBJECTION TO THE TRANSFER WITH:**

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219
Fax: 804-915-9805

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY
This notice was filed to the first party, by first class mail, postage prepaid on

_____
INTERNAL CONTROL NO_____
Copy (Check)          Claims Agent_____          Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk

CH99 5185826-1.048741.0018

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 08-35653 (KJH) |
| CIRCUIT CITY STORES, INC., | (Jointly Administered) |
| Debtor. | **TRANSFER OF CLAIM**<br>**BANKRUPTCY RULE 3001(E)(2)** |

PLEASE TAKE NOTICE that the administrative claim held ("Administrative Claim") of TECH FOR LESS LLC, ("Transferor"), against the above captioned Debtor in the amount of $104,986.36, as filed on June 29, 2009 with the above-referenced United States Bankruptcy Court has been transferred and assigned (absolutely and not for security) to TFL Enterprises LLC ("Transferee"). The signature of the Transferor on this document is evidence of the transfer of the Administrative Claim and all rights associated with the Administrative Claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights thereunder to Transferee for value received. Other that as stated above, Transferee assumes all risks associated with the debtor's ultimate payment, if any, upon the Administrative Claim. I agree that upon request, I will deliver to Transferee any correspondence, payment received after the date of this agreement and any supporting materials (if requested by Transferee) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee as set forth below.

**TRANSFEROR:** TECH FOR LESS LLC   1610 GARDEN OF THE GODS ROAD   COLORADO SPRINGS, CO 80907

Print Name: PAUL D. FURLOW            Title: MEMBER, MANAGEMENT BOARD
Signature: Paul D. FL                  Date: 11-30-09
Phone: 212-787-1100   Email: pfurlow @ dixonmidland.com

**TRANSFEREE:** TFL ENTERPRISES LLC   980 N. MICHIGAN AVE, SUITE 920   CHICAGO, IL 60611

Print Name: Aaron A. Mobarak           Title: Co-President
Signature: Aa. A. Mobarak              Date: 11-30-09
Phone: 312-953-4649   Email: amobarak@dixonmidland.com