UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
In re:                                                :      Chapter 11

CIRCUIT CITY STORES, INC., et al.,                    :      Case No. 08-35653 (KRH)
                                                             (Jointly Administered)
                    Debtors.                          :
------------------------------------------------------x

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CREDIT SUISSE LOAN FUNDING LLC** | **CREDIT SUISSE INTERNATIONAL** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Court Record Address of Transferor (Court Use Only):

Address:     11 Madison Avenue, 5th Floor
             New York, NY 10010
Telephone:   (212) 325-2175
Email:       Gil.Golan@credit-suisse.com
Facsimile:   (212) 743-4953
Attention:   Gil Golan

and

Address:     c/o Esbin & Alter, LLP
             497 South Main Street
             New City, NY 10956
Telephone:   (845) 634-7909
Email:       AFeinmesser@esbinalter.com
Facsimile:   (845) 634-4160
Attention:   Adam Feinmesser, Esq.

Name and Address where Transferee payments Should be sent (if different from above):

Name and Current Address of Transferor:

-1-

- 2 -

| | |
|---|---|
| Address: | 11 Madison Avenue, 5th Floor |
| | New York, NY 10010 |
| Telephone: | (212) 325-2175 |
| Email: | Gil.Golan@credit-suisse.com |
| Facsimile: | (212) 743-4953 |
| Attention: | Gil Golan |

and

| | |
|---|---|
| Address: | c/o Esbin & Alter, LLP |
| | 497 South Main Street |
| | New City, NY 10956 |
| Telephone: | (845) 634-7909 |
| Email: | AFeinmesser@esbinalter.com |
| Facsimile: | (845) 634-4160 |
| Attention: | Adam Feinmesser, Esq. |

Court Claim # (if known):   6455
Total Claim Amount:         $392,648.60
Date Claim Filed:           January 15, 2009

Debtor Entity:              Circuit City Stores, Inc.

Attached hereto as Exhibit A is a true and correct copy of the Proof of Claims.

Attached hereto as Exhibit B is a true and correct copy of the Evidence of Transfer from Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   **CREDIT SUISSE LOAN FUNDING LLC**          Date: November 30, 2009
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

-- DEADLINE TO OBJECT TO TRANSFER --

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                          **CLERK OF THE COURT**

## EXHIBIT A

Copies of the Proof of Claims

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: CIRCUIT CITY STORES, INC | Case Number: 08-35653 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
SYLVANIA LIGHTING SERVICES

Name and address where notices should be sent:
NANCY PIERGENTILI
100 ENDICOTT STREET
DANVERS, MA 01923
Telephone number: 978-750-5538

RICHMOND DIVISION
FILED JAN 15 2009
CLERK U.S. BANKRUPTCY COURT

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 12/12/08

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 392,648.60

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: SERVICES PERFORMED
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: A/R # 45133

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 1-10-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.


Nancy Piergentili

FOR COURT USE ONLY
RECEIVED
JAN 23 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COPY

## EXHIBIT B

Evidence of Transfer from Transferor to Transferee

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse International ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Loan Funding LLC ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re:* Circuit City Stores, Inc., et al., Chapter 11 Case No. 08-35653 *(KRH) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), in the amount of $392,648.60 (the "Claim") with a claim number of 6455.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of November, 2009.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **CREDIT SUISSE INTERNATIONAL** | **CREDIT SUISSE LOAN FUNDING LLC** |
| By: _____ | By: _____ |
| Name: MARISA SCAUZILLO | Name: Gil Golan |
| Title: AUTHORIZED SIGNATORY | Title: Authorized Signatory |
| By: _____ | By: _____ |
| Name: Barry Dixon | Name: Van Landow |
| Title: Authorized Signatory | Title: Authorized Signatory |

238-729exc1                           -2-