William Daniel Sullivan, Esquire
Virginia Bar No. 17493
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20007
Tel:  202-454-2850
Fax:  202-454-2805
dsullivan@butzeltp.com
*Counsel for Pioneer Electronics, Inc.*
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**SECOND AMENDED NOTICE OF MOTION OF PIONEER ELECTRONICS, INC.
UNDER FED. R. BANKR. P. 3020(a)
<u>FOR ORDER REQUIRING CONFIRMATION DEPOSIT</u>**

PLEASE TAKE NOTICE THAT Pioneer Electronics, Inc., by counsel, has filed the above-described motion, a copy of which is available by accessing the court's website at <u>www.vaeb.uscourts.gov</u> or by contacting the undersigned counsel.

[This notice is amended only as to the time of the hearing, from 2 pm to 10 am on December 21, 2009, and as to the Courtroom, from 5100 to 5000, both to conform to the Debtors' notice of hearing on the confirmation of the plan.]

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the motion, or if you want the Court to consider your views on the motion, you or your attorney **must:**

- **ON OR BEFORE FIVE (5) BUSINESS DAYS BEFORE THE SCHEDULED HEARING DATE STATED BELOW,** i.e. on or before Monday, December 14, 2009, file with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). The address of the Court for filing is:

    Clerk
    United States Bankruptcy Court
    Eastern District of Virginia
    701 East Broad Street
    Suite 4000
    Richmond, Virginia 23219

    **Unless a written response and supporting memorandum are filed on or before Monday, December 14, 2009, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it by 4:00 p.m.** on or before the date stated above. You must also provide a copy to the persons listed below so that these persons **receive** your response on or before Monday, December 14, 2009.

- **Attend the hearing scheduled to be held on December 21, 2009 at 10:00 a.m. in Courtroom 5000, 701 East Broad Street, Richmond VA 23219.**

- Provide a copy of any written response to the following persons:

    William Daniel Sullivan, Esquire
    BUTZEL LONG TIGHE PATTON, PLLC
    1747 Pennsylvania Avenue, N.W., Suite 300
    Washington, D.C. 20007

    Office of the United States Trustee
    701 E. Broad St. Suite 4304
    Richmond, Virginia 23219

    MCGUIREWOODS LLP
    One James Center
    901 East Cary Street
    Richmond, VA 23219
    ATTN: Dion W. Hayes
    ATTN: Douglas M. Foley

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order granting the motion.

                                   RESPECTFULLY SUBMITTED,

                                   /s/ William Daniel Sullivan
                                  William Daniel Sullivan, Esquire (VSB # 17493)
                                  Butzel Long Tighe Patton, PLLC
                                  1747 Pennsylvania Avenue, N.W., Suite 300
                                  Washington, D.C. 20007
                                  Tel.: 202-454-2850
                                  Fax: 202-454-2805
                                  dsullivan@butzeltp.com
                                  Counsel for Pioneer Electronics, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing Amended Notice was mailed, first-class postage prepaid, this 7th day of December 2009 to the Office of the United States Trustee, 600 East Main Street, Suite 301, Richmond, VA 23219, and served on all other parties entitled to notice hereof by electronic copies hereof delivered through the Court's ECF system..

                                   /s/ William Daniel Sullivan
                                  William Daniel Sullivan