11-29-09

[ntctranredact.jsp 3/2009]

My name is Donna Kincheloe. I am part of the 2007 "Discrimination Law Suit" against Circuit City.

I do not need a redaction of the proceedings. I get several of your notices but, am not sure of other information you may need. I am hoping this suit has been resolved.

The last 4 digits of my social are 9779. Thanks for your time.

Donna M. Kincheloe
Modesto, Calif.



RICHMOND DIVISION
FILED
DEC 0 4 2009
FILED
CLERK
U.S. BANKRUPTCY COURT