**KUTAK ROCK LLP**
Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VSB 39632)
Peter J. Barrett (VSB 46179)
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
 (804) 644-1700
*Counsel to Sony Electronics Inc., Bank One Delaware, National Association*
*n/k/a Chase Bank, USA, National Association, Schottenstein Property Group, Inc.,*
*CBL & Associates Management, Inc., Shopping.com, Inc., Cole Capital Partners, LLC,*
*GE Fleet, Magna Trust Company, Mayfair MDCC, Mayfair ORCC and Sharpe Partners LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,[1]

Debtors.

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

**SECOND SUPPLEMENTAL VERIFIED STATEMENT**
**OF KUTAK ROCK LLP PURSUANT TO RULE 2019**

Peter J. Barrett of Kutak Rock LLP ("Kutak Rock") hereby submits this Verified Statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and represents to the Court as follows:

1. I am a partner in the law firm of Kutak Rock, 1111 East Main Street, Suite 800, Richmond, Virginia 23219.

2. Kutak Rock currently represents an additional creditor whose name, address and brief explanation of the nature of the interests are as follows (the "Creditor"):

---

[1] The Debtors in these proceedings are:  Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Stores PR, LLC, Circuit City Properties, LLC, Orbyx Electronics, LLC, Kinzer Technology, LLC, Courchevel, LLC, Abbott Advertising Agency, Inc., Mayland MN, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC and Prahs, Inc.

4849-3025-1781.1

      a. Sharpe Partners, LLC
c/o Kathy L. Sharpe, CEO
61 Broadway, Suite 2305
New York, New York 10006

Nature of Interest: Rights and remedies in connection with amounts owed pursuant to obligations arising from a services agreement. The amount of any claim against the Debtors has not yet been finally determined.

3. The following are the facts and circumstances in connection with Kutak Rock's employment by the Creditors named in the foregoing paragraph 2:

      a. Sharpe Partners, LLC – This is a recent client of Kutak Rock and Kutak Rock is acting as counsel to pursue available claims.

4. Kutak Rock does not own, nor has it ever owned, any claims against the Debtor, nor does it own any equity securities of the Debtor.

5. Kutak Rock reserves the right to supplement and/or amend this statement at any time in the future.

I, Peter J. Barrett, a partner in the law firm of Kutak Rock, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

                      **KUTAK ROCK LLP**

                      By:   /s/ Peter J. Barrett

**KUTAK ROCK LLP**
Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VSB 39632)
Peter J. Barrett (VSB 46179)
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
(804) 644-1700
*Counsel to Sony Electronics Inc., Bank One Delaware, National Association*
*n/k/a Chase Bank, USA, National Association, Schottenstein Property Group, Inc.,*
*CBL & Associates Management, Inc., Shopping.com, Inc., Cole Capital Partners, LLC,*
*GE Fleet, Magna Trust Company, Mayfair MDCC, Mayfair ORCC and Sharpe Partners, LLC*

4849-3025-1781.1                   2

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on December 4, 2009, a true and exact copy of the foregoing Supplemental Rule 2019 Statement was forwarded via ECF notification to the following necessary parties or their counsel as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

      By:   /s/ Peter J. Barrett