## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| CIRCUIT CITY STORES, INC., et al. | ) | |
| . | ) | **Case No. 08-35653-KRH** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

### MOTION OF HRB DIGITAL LLC FOR
### ENTRY OF ORDER ALLOWING ADMINISTRATIVE EXPENSE
### PURSUANT TO 11 U.S.C. § 503(b)(9) AND GRANTING RELATED RELIEF

HRB Digital LLC ("Block")[1] hereby submits this motion (the "Motion") for entry of an order allowing Block an administrative expense in the amount of $485,448, pursuant to section 503(b)(9) of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the case of debtor Circuit City Sores, Inc. ("Circuit City") Case No. 08-35653-KRH (collectively with the other debtors in these cases, the "Debtors").

RECEIVED

JUN 30 2009

KURTZMAN CARSON CONSULTANTS

Rebecca Stroder
Sonnenschein Nath & Rosenthal LLP
4520 Main St., Ste. 1100
Kansas City, MO 64111
Tel: (816) 460-2400
Tel: (816) 531-7545
Email address: rstroder@sonnenschein.com

Counsel for HRB Digital LLC

---

[1] Block's invoices list "H&R Block Digital Tax Solutions LLC" as the name of the entity selling the product to Circuit City. However, on February 28, 2008, H&R Block Digital Tax Solutions LLC filed a name change to HRB Digital LLC with the Delaware Secretary of State, and therefore HRB Digital LLC is the proper party to make this claim.

- 1 -

21410570/V-1

☐ Date Stamped Copy Returned
☒ No self addressed stamped envelope
☒ No copy to return



0835653090630000000000046

In support of its Motion, Block respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BASIS FOR RELIEF

2.      Sections 503(a) and 503(b)(9) of the Bankruptcy Code authorize the relief requested in this Motion.

## BACKGROUND

3.      On November 10, 2008 (the "Petition Date"), the Debtors filed their respective voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors remain in possession of their property and management of their businesses as debtors in possession.

4.      After the commencement of these cases, Block sold to Circuit City TaxCut® software discs for retail sale in their stores (the "Post-Petition Goods"), and shipped those discs to Circuit City.  The shipments took place in December, 2008.  The total amount of these confirmed received shipments was $749,448.00.  On January 8, 2009, Circuit City made one payment of $264,000 to Block for these shipments.  In February of 2009, Block credited Circuit City for advertising/rebate funding referenced under Circuit City description 97768DV#71097 in the amount of $972.00 and 97776DV#71097 in the amount of $18,909.  Therefore, $465,567 remains to be paid (the "Administrative Amount").[2]

## RELIEF REQUESTED

5.      Block requests immediate payment of the Administrative Amount as an administrative expense under Section 503(b)(1)(A) of the Bankruptcy Code.

---

[2] Block and Circuit City negotiated a 1% discount to be applied if Circuit City paid invoices within sixty days of shipment.  Because Circuit City has not paid the invoices, that discount does not apply.

- 2 -

RECEIVED

JUN 3 0 2009

KURTZMAN CARSON CONSULTANTS

214365769/-1

## ARGUMENT

6.      Section 503(b)(1)(A) of the Bankruptcy Code provides that there shall be
an allowed administrative expense claim for "the actual, necessary costs and expenses of
preserving the estate . . . for services rendered after the commencement of the case." 11
U.S.C. § 503(b)(1)(A). Furthermore, the expense must have arisen from a post-petition
transaction between the debtor and Block. *See In re Unidigital, Inc.,* 262 B.R. 283, 288
(Bankr. D. Del. 2001).

7.      The Post-Petition Goods shipped after the Petition Date clearly arise from
post-petition transactions with the Debtors. Furthermore, the Debtors have likely already
used or will use these goods and therefore the transactions benefited the estate.
Accordingly, Block is entitled to an administrative claim for these amounts.

## RESERVATION OF RIGHTS

8.      Block reserves any and all of its rights under the Bankruptcy Code, the
Federal Rules of Bankruptcy Procedure, or other applicable law.

## WAIVER OF THE MEMORANDUM OF LAW REQUIREMENT

9.      Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no
novel issues of law presented in this Motion, Block requests that the requirement that all
motions be accompanied by a written memorandum of law be waived.

## NO PRIOR REQUEST

10.     No previous request for the relief sought herein has been made by Block
to this Court or any other Court.

WHEREFORE, Block respectfully requests that this Court enter an order:
allowing the administrative expense as described herein, requiring the Debtors to pay to
Block the amount of $465,567; and for such other and further relief as the Court deems
appropriate.

RECEIVED

JUN 3 0 2009

KURTZMAN CARSON CONSULTANTS

214105700V-1

Dated:  June 26, 2009

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

Rebecca Stroder
4520 Main Street, Suite 1100
Kansas City, MO 64111
Tel:  (816) 460-2400
Fax:  (816) 531-7545

*Counsel to HRB Digital LLC*

21410570\V-1

RECEIVED

JUN 3 0 2009

KURTZMAN CARSON CONSULTANTS

- 4 -

21410570\V-1

# S nnenschein
## SONNENSCHEIN NATH & ROSENTHAL LLP

4520 Main Street
Suite 1100
Kansas City, MO 64111-7700
816.460.2400
816.531.7545 fax
www.sonnenschein.com

**Rebecca S. Stroder**
816.460.2476
rstroder@sonnenschein.com

June 29, 2009

Circuit City Stores, Inc., et al.          RECEIPT ACKNOWLEDGED:
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue                          BY: _____
El Segundo, CA 90245
    Re:    Motion to Allow Administrative Expense - Circuit City Stores, Inc., et al.

Dear Sirs:

    Enclosed please find a copy of the Motion to Allow Administrative Expense as submitted via Federal Express on June 29, 2009.

    Please acknowledge receipt by signing this letter as indicated and returning to our office in the provided envelope.

                Sincerely,

                SONNENSCHEIN NATH & ROSENTHAL LLP

                *Rebecca S Stroder* ddm

                For: Rebecca S. Stroder

RSS:ddm
Enclosure

21411437\V-1

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO    64105**
**(816) 854-5335**

| Invoice Number | 20285704 |
|---|---|
| Date | 12/17/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA    23233-1464

**Ship To:**

Circuit City
19925 Independence Blvd
Groveland FL    34736

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363543 | 12/9/2008 | 2221267 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 354 | 354 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $5,664.00 |

| | |
|---|---|
| Subtotal | $26,424.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $26,424.00 |

King Load 464337, Pro: H122653-P, Yellow Carrier Pro: 0191055928

**YELLOW TRANSPORTATION**
(YRSY)

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105592

CHECK DIGIT   8

BILL DATE: 12/16/08

DEST/ORIG: OLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34734

MR BLOCK
1601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #   2221247

SHIPPER #   9787500000459678

PIECES   1   PKG

AUTOCODE
315 M 01
MON/DROP TRAILER
CONF# 1236244
APP 12/22

0128754

12/18/08
12:33   357

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS

EXACT
EXPRESS

DESCRIPTION   CLASS   WEIGHT LBS

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/22/08
DELIVER BY: 17:00 LOCAL TIME

I/B TRLR#   CHKR

LDR

DELIVERED BY

PCS   DATE   RATE

PCS   DATE

TIME   EXTENSION

TTL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES

277   PPD

AUTHORIZED PHONE;

(       )

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

1

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

C.O.D.
AMT:

WAIT TIME
START   AM/PM   END   AM/PM

INSIDE
DELIVERY

LIFT
GATE

King Load 464337, Pro: H22653-P, Yellow Carrier Pro: 0191055928

**YELLOW TRANSPORTATION (YFSY)**

FREIGHT BILL NUMBER
019-105592

BILL DATE: 12/16/08    CHECK DIGIT: 8

DEST/ORIG: GLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

M&R BLOCK
2601 SETZLER PKWY N
BROOKLYN PARK MN 55445

I.P.O. #  2221267

SHIPPER #  287500000659478

PIECES  PKG

1

**DO NOT WRITE OR STAMP ON BAR CODE**

ORIGINAL DELIVERY RECEIPT

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

SEE SIGNATURE MUST BE ON BOTTOM

EXACT EXPRESS

DESCRIPTION

M&R EXACT EXPR DISCS
PALLET(6) (STC 147 CT) DISCS
168910/1 CTNO
1"PW PALLET WEIGHT
FUEL SURCHARGE-EE-16.0% INCREASE-PPD
***DIMENSION INFO***

| PIECES | LENGTH | WIDTH | HEIGHT |
|--------|--------|-------|--------|
| 1      | 1      | 1     | 1      |

DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:

AUTOCODE
515 N 01
MON/DROP TRAILER
CONF# 1236244
APP 12/22

12/18/08    357
12:33

MAKE DELIVERY
SUBJECT TO INSPECTION
UPON UNLOAD

DELIVERED BY

241
36

CLASS    WEIGHT LBS    RATE    EXTENSION

133
277

DATE    TIME
0128754

DATE
Mr. William Bowles

DEC 22 '08 11:01

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
PPD    NEXT PAGE

AUTHORIZED PHONE #

C.O.D. AMT.

WAIT TIME
START    AM/PM
END    AM/PM

CONSTRUCTION SITE DELV

RESIDENTIAL DELIVERY

# PIECES
SORT & SEG

LIFT GATE

INSIDE DELIVERY

TTL PCS

RECEIVED IN GOOD CONDITION AND SERVICE ACCEPTED AS NOTED RELEASED BY

King Load 464337, Pro: H122653-P, Yellow Carrier Pro: 0191055928

YELLOW TRANSPORTATION (YRSY)

FREIGHT BILL NUMBER
019-105592

BILL DATE: 12/16/08

DEST/ORIG: OLF/STP

CHECK DEBIT    8

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

HGR BLOCK
2601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. # 2221267

SHIPPER#: 178750000065767B

CUST NUMBERS:    PO    363543
                 CU    H122653

//TOTAL CHARGEABLE WEIGHT    277
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED"
//SERVICE" OR "REMOTE" POINTS.
*PALLET NBR = 1, WGT = 36*

ORIGINAL DELIVERY RECEIPT    1

DO NOT WRITE OR STAMP ON BAR CODE    12/18/08    12:33    357

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS:

AUTOCODE
315 N 01
MON/DROP TRAILER
CONF# 1236244
APP 12/22    -

U/B TRLR#    0128754

CHKR    PCS    DATE

CITY TRLR#

LDR    PCS    DATE

DELIVERED BY

PCS    DATE    RATE    EXTENSION

TIME

DESCRIPTION    CLASS    WEIGHT LBS

# PIECES    SORT & SEG

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

RESIDENTIAL DELIVERY

CONSTRUCTION SITE DELIV

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
PPD    NEXT PAGE

AUTHORIZED PHONE #    (         )    -

C.O.D. AMT:

WAIT TIME START    ___ AM/PM    END    ___ AM/PM

TTL PCS

INSIDE DELIVERY

LIFT GATE

King Load 464337, Pro: H122653-P, Yellow Carrier Pro: 0191055928

YELLOW TRANSPORTATION
(YRSV)

FREIGHT BILL NUMBER
019-105592

BILL DATE: 12/16/08    OLF/STP    CHECK DIGIT 8

DEST/ORIG:

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2221267

SHIPPER #  47875000000659678

PIECES  PKG1

DO NOT WRITE OR STAMP ON BAR CODE

12/18/08
12:33    357

ORIGINAL DELIVERY RECEIPT

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:  www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

** ALL SHIPMENTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE  **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE  **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48  **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN  **
** ACCELERATED DELIVERY APPOINTMENT.
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES _____  NO _____  ***

CLASS    WEIGHT LBS

AUTOCODE
315 N 01
NON/DROP TRAILER
CONF# 1234244
APP 12/22

0128754

T/B TRLR/M    CNKR    PCS    DATE

CITY TRLR/M    DOCK LOC

LDR    PCS    DATE

DELIVERED BY    DATE

PCS    DATE    RATE    TIME

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
PPD  NEXT PAGE

AUTHORIZED PHONE #  (        )

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

C.O.D.
AMT.

START TIME    END
START ___ AM/PM    ___ AM/PM

LIFT
GATE

INSIDE
DELIVERY

EXTENSION

# INVOICE

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO    64105*
*(816) 854-5335*

| Invoice Number | 20285705 |
|---|---|
| Date | 12/17/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA    23233-1464

**Ship To:**

Circuit City
1100 Circuit City Road
Marion IL    62959

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363544 | 12/9/2008 | 2221266 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 600 | 600 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $9,600.00 |

| | |
|---|---|
| Subtotal | $30,360.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $30,360.00 |

King Load 464336, Pro: H22654-P, Yellow Carrier Pro: 019105937

YELLOW TRANSPORTATION
(YFSY)

FREIGHT BILL NUMBER
019-105573

CHECK DIGIT
7

BILL DATE: 12/16/08
DEST/ORIG: SAF/STP

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

CONSIGNEE PHN ±0619-992-1822

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

PO.#
SHIPPER # 4787500004450495
PIECES  PKG

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL
DELIVERY
RECEIPT

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT www.myyellow.com

SPECIAL INSTRUCTIONS
SEE FRAUD & MESSAGES AT BOTTOM

DESCRIPTION
*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO TIME DELIVERY ***
PALLET(S) QTY 188 CTY PIECS
1669104 L270
1/2 PW PALLET WEIGHT
FUEL SURCHARGE EE-16.0% INCREASE-PPD

RWF  DIMENSION INFO
PIECES  LENGTH  WIDTH

DIMENSIONAL FAILURE
CHARGEABLE (BAD) WEIGHT = 12/22/8

188 CtyS-

188 CtyS-

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED RECEIPT AS NOTED BY
Tim Root / Anthony Root

LIFT
GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELIV

CLASS  WEIGHT/LBS

COD.
AMT
WAIT TIME
START  END

AUTOCODE
601 R 00
998-1828 OPTION 5
FAX 998-4103

I/B
TRLR#    CNTR
CITY TRLR#  3/0494

DATE 12-22
RATE  4:39PM

DELIVERED BY  Bucas B

DATE 12/22
TIME 4:39 PM

PCS  1
DOCK LOC

EXTENSION

TTL FREIGHT CHARGES
PPD  NEXT PAGE

TTL WEIGHT LBS
AUTHORIZED PHONE #

PPD/COLL

King Load 464336, Pro: H122654.P, Yellow Carrier Pro: 0191055937

YELLOW TRANSPORTATION
(YRT)

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105593

CHECK DIGIT   7

BILL DATE: 12/16/08
DEST/ORIG: SAE/STP

CIRCUIT CITY
100 CIRCUIT CITY RD
MARION IL 62959

CONSIGNEE PHN **618-998-1928

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #
SHIPPER # 4787L00060459699

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

12/18/08   557
03:23

AUTOCODE
601 M 00
998-1928 OPTION 5
FAX 998-4103
0116663

| | I/B TRLR | CNKR | CITY TRLR# | LDR | DELIVERED BY | PCS | DATE | DATE |
| PCS | DATE | DOCK LOG | DATE |

DEC.22.08 PM4:29

| PIECES | PKG | CUST NUMBERS: | DESCRIPTION | CLASS | WEIGHT LBS. |

2121266

CUST NUMBERS:   PO    363644
                CU    H122654

//TOTAL CHARGEABLE WEIGHT   32*
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
XPALLET QNR = 1, WGT = 35*

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

| C.O.D. AMT | | TTL WEIGHT LBS | PRO/COLL | TTL FREIGHT CHARGES |
| WAIT TIME START     END | | AUTHORIZED PHONE # | | 600 NEXT PAGE |
| LIFT GATE | # PIECES SORT & SEG | RESIDENTIAL DELIVERY | CONSTRUCTION SITE DELV | |
| INSIDE DELIVERY | | | | |
| TTL PCS | | | | |

King Load 464336, Pro: H1226547, Yellow Carrier Pro: 019105937

YELLOW TRANSPORTATION (YRW)

FREIGHT BILL NUMBER
019-10559.3

CHECK DIGIT  7

BILL DATE: 12/16/08

DEST/ORIG: SAE/STP

CIRCUIT CITY
5100 CIRCUIT CITY RD
MARION IL 62959
**** CONSIGNEE PHN **618-993-1828

MBR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2231266

SHIPPER# 1792750000659499

DESCRIPTION

** ALL SHPMNTS INCLUDING COMPUTER,PERIPHERAL & SOFTWARE
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY CONSIGNEE
** @ 304-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN
** HRS CONTACT SCOTT ANDERSON @ 803-622-2274X4237 FOR AN
** ACCELERATED DELIVERY APPOINTMENT.
**** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY
**** AT CIRCUIT CITY RECEIVING DEPT. YES ___ NO ___

DO NOT WRITE OR STAMP ON BAR CODE

1-800-610-6500

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

AUTOCODE
601 N 00
993-1828 OPTION 5
FAX 993-4161

0116667

12/16/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

King Load 464336, Pro: H122654-P, Yellow Carrier Pro: 019105937

YELLOW TRANSPORTATION
(YRSW)

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105593

CHECK DIGIT    ?

BILL DATE    12/16/08

DEST/ORIG    SAE/STP

CIRCUIT CITY
5100 CIRCUIT CITY RD
MARION IL 62959

CONSIGNEE PH# ###16-998-1828

R&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#    2221226
SHIPPER #    47M760204459400

PIECES    PKG

DESCRIPTION

** EXACT EXPRESS SERVICE
XPRS DATE: 12/22/08
DELIVER BY: 17:00 LOCAL TIME

DO NOT WRITE OR STAMP ON BAR CODE

1-800-610-6500

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

CLASS    WEIGHT LBS.

AUTOCODE
SMT M 00
993 3828 OPTION 5
FAX 998-4103

12/16/08
00:03    557

0116663

1/6 TRLR#    CHK#    PCS    DATE    DOCK LOC

CITY TRLR#

LDR    PCS    DATE

DELIVERED BY

PCS    DATE    RATE

EXTENSION

DEC 22 08 PM 4:29

NOTE YELLOW TRANSPORTATION'S FIRM CHARGE TO 13-046/2629 FLE 04/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

LIFT GATE    # PIECES SORT & SEG    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

C.O.D. AMT.    WAIT TIME
START    END

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES

127    P.W.

AUTHORIZED PHONE #

# INVOICE

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| Invoice Number | 20285706 |
|---|---|
| Date | 12/17/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
1901 Cooper Dr
Ardmore OK   73401

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363545 | 12/9/2008 | 2221265 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 354 | 354 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $5,664.00 |

| | |
|---|---|
| **Subtotal** | $26,424.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $26,424.00 |

King Load 464342, Pro: H122655-P, Yellow Carrier Pro: 0191054498

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/22 1300—

0119156

DATE 12-19

YELLOW TRANSPORTATION
(YFSY)

CHECK DGIT   B

FREIGHT BILL NUMBER
019-105449

BILL DATE  12/16/08
DEST/ORIG-  SHR/STP

CIRCUIT CITY DIST CENTER
1900 COOPER DR
ARDMORE OK 73401
*** CONSIGNEE PHN ***580-226-3280
SHRR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #  2221265
SHIPPER #  478750000059461

PIECES  PKG

1

DESCRIPTION

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY 2:10 ***

1   PALLET(S) (STC 147 CS) DISCS
168910/1 CL70
//*PW PALLET WEIGHT
FUEL SURCHARGE-EL-16.0% INCREASE-7PM

*** DIMENSION INFO ***
PIECES    LENGTH    WIDTH    HEIGHT
1         1         1        1

DIMENSIONAL FACTOR:            133
CHARGEABLE (GAD) WEIGHT:       310

DO NOT WRITE OR STAMP ON BAR CODE

12/17/08
04:42   357

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT*

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT   www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

CLASS    WEIGHT LBS.

260
30

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

LIFT GATE    SORT & SEG    CONSTRUCTION SITE DELV

INSIDE DELIVERY    RESIDENTIAL DELIVERY

C.O.D. AMT:

WAIT TIME
START    END

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES
                   PPD         NEXT PAGE

AUTHORIZED PHONE #

DOCK LOC

I/B
TRLR #

CHG

CITY TRLR #

DELIVERED BY

PCS

ORIGINAL DELIVERY RECEIPT

King Load 464342. Pro: H122655-P, Yellow Carrier Pro: 0191054498

YELLOW TRANSPORTATION
(YRSY)

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/22 1300~

0119156

12/19/08
04:42    357

FREIGHT BILL NUMBER
019-105449

CHECK
DIGIT    8

BILL DATE: 12/16/08    SHR/STP

DEST/ORIG:

CIRCUIT CITY DIST CENTER
1900 COOPER DR
ARDMORE OK 73401

CONSIGNEE PHH MN530-226-3280

SHR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#

SHIPPER # 478750000065661

PIECES    PKG

CUST NUMBERS:    PO    363545
                 CU    H122655    310

//TOTAL CHARGEABLE WEIGHT    310
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
*PALLET NBR = 1, WGT = 30%

DESCRIPTION

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

CLASS    WEIGHT/LBS.    RATE

H/B
TRLR#

CHK#    PCS    DATE
CITY TRLR#    DOCK LOC
LDR    PCS    DATE

DELIVERED BY

PCS    DATE    RATE    EXTENSION

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES
FPD    NEXT PAGE

AUTHORIZED PHONE #
(    )

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DLVY

C.O.D.
AMT:

WAIT TIME
START    END

TTL PCS

INSIDE
DELIVERY

LIFT
GATE

TIME    DATE

King Load 464342, Pro: H122655-P, Yellow Carrier Pro: 0191054498

YELLOW TRANSPORTATION (YFSY)

DO NOT WRITE OR STAMP ON BAR CODE

12/19/08    04:42    357

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/22 1300~

0119156    DATE

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105449    CHECK DIGIT  8

DEST/ORIG: SHR/STP
BILL DATE: 12/16/08

CIRCUIT CITY DIST CENTER
2900 COOPER DR
ARDMORE OK 73401
*** CONSIGNEE PH# **580-226-3280

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

PCS    DOCK LOC
U/D TRLR#    CHKR    DATE
CITY TRLR#    LDR    PCS    DATE
DELIVERED BY

P.O. #
SHIPPER # 4787500000459661

PIECES | PKG | DESCRIPTION | CLASS | WEIGHT/LBS.
--- | --- | --- | --- | ---
 | 2221265 | | |
 | | ** ALL SHIPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE ** | |
 | | ** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE ** | |
 | | ** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 ** | |
 | | ** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN ** | |
 | | ** ACCELERATED DELIVERY APPOINTMENT. | |
 | | *** DRIVER ASSIST. SORT AND SEG NOTIFICATION VERIFIED BY *** | |
 | | *** BY CIRCUIT CITY RECEIVING DEPT.- YES _____ NO _____ *** | |

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

PPD/COLL    TTL FREIGHT CHARGES
PPD    NEXT PAGE

RATE    EXTENSION

TTL WEIGHT (LBS)

AUTHORIZED PHONE #
(        )

C.O.D. AMT:

WAIT TIME
START ___ AM/PM
END ___ AM/PM

TTL.PCS

INSIDE DELIVERY

LIFT GATE

# PIECES SORT & SEG

RESIDENTIAL DELIVERY

CONSTRUCTION SITE DELV

King Load 464342, Pro: H122655-P, Yellow Carrier Pro: 0191054498

**YELLOW TRANSPORTATION (YRSY)**

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105449

CHECK DIGIT  8

BILL DATE:  12/16/08

DEST/ORG:  SHR/STP

CIRCUIT CITY DIST CENTER
1900 COOPER DR
ARDMORE OK 73401
CONSIGNEE PH# **580-226-3230

K&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2221265

SHIPPER #  478750000659661

PIECES  PKG

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/22/08
DELIVER BY: 17:00 LOCAL TIME

12/19/08    3:57
04:42

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/22 1300—

DATE  0119156

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT.

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION    CLASS    WEIGHT LBS.    RATE

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

RESIDENTIAL DELIVERY

CONSTRUCTION SITE DELV

INSIDE DELIVERY

LIFT GATE

TTL PCS

PIECES SORT & SEG

C.O.D. AMT

WAIT TIME    START    END

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES
310    PPD

AUTHORIZED PHONE #

# INVOICE

## H&R Block Digital Tax Solutions LLC

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| | |
|---|---|
| **Invoice Number** | 20285707 |
| **Date** | 12/17/2008 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
680 S Lemon Ave
Walnut CA   91789

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363546 | 12/9/2008 | 2221264 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 354 | 354 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $5,664.00 |

| | |
|---|---|
| **Subtotal** | $26,424.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $26,424.00 |

King Load 464338, Pro: H122656-P, Yellow Carrier Pro: 0190054489

YELLOW TRANSPORTATION (YRW)

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE    820

12/21/03. DUE
23:59    357

FAX APPTS. ONLY
FOR 100 OR 10000 LBS
APP 12/22 0800—

FREIGHT BILL NUMBER

BILL DATE:    12/16/08

CUSTOMER

CRESENT CITY
680 S LEMON ST
WALNUT CA 91789

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

SEE CANNED MESSAGES AT BOTTOM
Seal # 9181697L

019-105448

HMR BLOCK
7601 GETZLER PKWV N
BROOKLYN PARK MN 55445

22221264

*** EXACT EXPRESS DROPPED TRAILER AT CONSIGNEE TO MAKE DELIVERY
AMOUNT SUBJECT TO VERIFICATION
UPON UNLOADING

Door#:    DI2

Trailer#: 125440

Seal#: 9181697L

1    PALLET(S) (STC 147 CT)
163910/1 2170
FUEL SURCHARGE-EE-16.0%

King Load 464338, Pro: H122656-P, Yellow Carrier Pro: 0191054489

YELLOW TRANSPORTATION
(YRT)

FREIGHT BILL NUMBER
019-105448

BILL DATE:  12/16/08

DESTINATION:  108/STP

CIRCUIT CITY
3680 S LEMON ST
WALNUT CA 91789

SHBR BLOCK
7401 SETZLER PKWY N
BROOKLYN PARK MN 55445

SHIPPER #  2221264

PIECES  1

CUST NUMBERS:    PO    363546
                 CU    H122656

//TOTAL CHARGEABLE WEIGHT    267
//TOTAL CHARGES INCLUDE ANY FEES

//FOR SERVICE PROVIDED TO "EXTENDED"
//"SERVICE" OR "REMOTE" POINTS.
//PALLET NBR =  1, WGT =   30#

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:  www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

AUTOCODE

820
FAX APPTS. ONLY
FOR 100 OR 1000LBS.
APP 12/22 0800-

12/21/03  DLR
23:59   357

0125440

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

X SIGN    /    X PRINT

X PRINT

King Load 464338, Pro: H122656-P, Yellow Carrier Pro: 0191054489

YELLOW TRANSPORTATION (YRW)

FREIGHT BILL NUMBER
019-105448

BILL DATE  12/16/08

DO NOT WRITE ON STAMP OR BAR CODE

12/21/08  BUR
23:59   357

CIRCUIT CITY
680 S LEMON ST
WALNUT CA 91789

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #  2221284

SHIPPER #

CUSTOMER? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyrw.com

SPECIAL INSTRUCTIONS

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE, **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800-627-0274X4637 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES -----  NO ----- ***

AUTOCODE  820
FAX APPTS. ONLY
FOR 100 OR 1000LBS
APP 12/22 0800-

DATE  012544O

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X PRINT
X SIGN

King Load 464338, Pro: H122656-P, Yellow Carrier Pro: 0191054489

YELLOW TRANSPORTATION

DO NOT WRITE OR STAMP ON BAR CODE

AUTH CODE

820
FAX APPTS. ONLY
FOR 100 OR 1000LBS.
APP 12/22 0800-

12/21/08 BUF
23:59   357

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS

FREIGHT BILL NUMBER
019-105448

BILL DATE: 12/16/08   CUST CHARGE: 105/3TP

CIRCUIT CITY
690 S LEMON ST
WALNUT CA 91789
PH EN909-595-2434

47601 SETZLER PKWY N
BROOKLYN PARK MN 55445

2221244
4787500006659654

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/22/08
DELIVER BY: 17:00 LOCAL TIME

NOTE YELLOW TRANSPORTATION'S ... ARRANGED TO 34-0492670 EFF 10/01/08

X SIGN    X PRINT

0125440

PPD   267

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| | |
|---|---|
| **Invoice Number** | 20285708 |
| **Date** | 12/17/2008 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
400 Long Fellow Court, Suite A
Livermore CA   94550

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363547 | 12/9/2008 | 2221263 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 504 | 504 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $20,160.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 354 | 354 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $5,664.00 |

| | |
|---|---|
| **Subtotal** | $26,664.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $26,664.00 |

**YELLOW TRANSPORTATION (YPSY)**

XX XXX XX XXXXXXX

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/18/08  18:10  357

| | |
|---|---|
| **FREIGHT BILL NUMBER** 019-105450 | 7 CHECK DIGIT |
| BILL DATE: 12/16/08 | |
| DEST/ORIG: TCY/STP | |

CIRCUIT CITY PRC 345
400 LONGFELLOW ST
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

AUTOCODE
512
CONF #1236572
DROP TRAILER
APP 12/22 0500-13

TRLR# 0126612

75341

P.O. # 2221263
SHIPPER # 4787500000659447

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | | PALLET(S) (STC 148 CTY DISCS | | | | |
| | | 168910/1 CL70 | | | | |
| | | //'PW PALLET WEIGHT | | 240 | | |
| | | FUEL SURCHARGE-EE-16.0% INCREASE-PPD | | 36 | | |

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY _____ **

*** D I M E N S I O N   I N F O ***

| | PIECES | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|
| | 1 | 1 | 1 | 1 |
| DIMENSIONAL FACTOR: | | | | 133 |
| CHARGEABLE (GAD) WEIGHT: | | | | 276 |

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | COD AMT: | TTL WEIGHT LBS | PPD/COLL | TTL FREIGHT CHARGE |
|---|---|---|---|---|---|
| | X Seblian Kim / X Print | | | PPD | NEXT PAGE |

| INSIDE DELIVERY | LIFT GATE | # PIECES SORT & SEG | RESIDENTIAL DELIVERY | CONSTRUCTION SITE DELV | WAIT TIME START ___AM/PM   END ___AM/PM | AUTHORIZED PHONE # ( ) - |

---

**YELLOW TRANSPORTATION (YPSY)**

XX XXX XX XXXXXXX

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/18/08  18:10  357

| | |
|---|---|
| **FREIGHT BILL NUMBER** 019-105450 | 7 CHECK DIGIT |
| BILL DATE: 12/16/08 | |
| DEST/ORIG: TCY/STP | |

CIRCUIT CITY PRC 345
400 LONGFELLOW ST
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

AUTOCODE
512
CONF #1236572
DROP TRAILER
APP 12/22 0500-1300

TRLR# 0126612

P.O. # 2221263
SHIPPER # 4787500000659447

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | CUST NUMBERS:   PO   363547 | | | | |
| | | CU   H122657 | | | | |
| | | //TOTAL CHARGEABLE WEIGHT   276 | | | | |
| | | //TOTAL CHARGES INCLUDE ANY FEES | | | | |
| | | //FOR SERVICE PROVIDED TO "EXTENDED | | | | |
| | | //SERVICE" OR "REMOTE" POINTS. | | | | |
| | | *PALLET NBR = 1, WGT =   36* | | | | |

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | COD AMT: | TTL WEIGHT LBS | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|
| | X Sun | X | | PPD | NEXT PAGE |

| INSIDE DELIVERY | LIFT GATE | # PIECES SORT & SEG | RESIDENTIAL DELIVERY | CONSTRUCTION SITE DELV | WAIT TIME START ___AM/PM   END ___AM/PM | AUTHORIZED PHONE # ( ) - |

YELLOW TRANSPORTATION
(YRSY)
Creating Possibilities. You Win City xxXMMXXXXMXX

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/18/08   18:10   357

AUTOCODE
512
CONF #1236572
DROP TRAILER
APP 12/22 0500-130

**FREIGHT BILL NUMBER**
019-105450   7
CHECK DIGIT

BILL DATE: 12/16/08
DEST/ORIG: TCY/STP

I/B TRLR#   0126612
CHKR   PCS   DATE

CIRCUIT CITY PRC 345
400 LONGFELLOW ST
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT  www.myyellow.com

CITY TRLR#   DOCK LOC

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

LDR   PCS   DATE

DELIVERED BY

P.O. #   2221263
SHIPPER # 4787500000659647

PCS   DATE   TIME

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | ** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE ** | | | | |
| | | ** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE ** | | | | |
| | | ** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 ** | | | | |
| | | ** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN ** | | | | |
| | | ** ACCELERATED DELIVERY APPOINTMENT. | | | | |
| | | *** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY *** | | | | |
| | | *** BY CIRCUIT CITY RECEIVING DEPT.  YES _____  NO _____ *** | | | | |

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X S/Gu   / X Phut!

C.O.D. AMT:   TTL WEIGHT LBS.   PPD/COLL   TTL FREIGHT CHARGE
PPD   NEXT PAGE

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | |
|---|---|---|---|---|---|---|---|---|---|

WAIT TIME  START _____ AM/PM  END _____ AM/PM
AUTHORIZED PHONE # ( ) _____

YELLOW TRANSPORTATION
(YRSY)
Creating Possibilities. You Win City xxXMMXXXXMXX

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/18/08   18:10   357

AUTOCODE
512
CONF #1236572
DROP TRAILER
APP 12/22 0500-130

**FREIGHT BILL NUMBER**
019-105450   7
CHECK DIGIT

BILL DATE: 12/16/08
DEST/ORIG: TCY/STP

I/B TRLR#   0126612
CHKR   PCS   DATE

CIRCUIT CITY PRC 345
400 LONGFELLOW ST
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT  www.myyellow.com

CITY TRLR#   DOCK LOC

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

LDR   PCS   DATE

DELIVERED BY

P.O. #   2221263
SHIPPER # 4787500000659647

PCS   DATE   TIME

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | ** EXACT EXPRESS SERVICE ** | | | | |
| | | XPRS DATE: 12/22/08 | | | | |
| | | DELIVER BY: 17:00 LOCAL TIME | | | | |

NOTE YELLOW TRANSPORTATION'S FINN CHANGED TO 34-0492670 EFF 10/01/08

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|
| | | | 276 | PPD | |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | |
|---|---|---|---|---|---|---|---|---|---|

WAIT TIME  START _____ AM/PM  END _____ AM/PM
AUTHORIZED PHONE # ( ) _____

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20285709 |
|---|---|
| Date | 12/17/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
4000 Township Line Rd
Bethlehem PA   18020

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363548 | 12/9/2008 | 2221262 | 12/16/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 504 | 504 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $20,160.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 2,004 | 2,004 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $32,064.00 |

| | |
|---|---|
| Subtotal | $53,064.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $53,064.00 |

**YELLOW TRANSPORTATION (YFSY)**

XXXXXX XXXXX

| | 1 ORIGINAL DELIVERY RECEIPT | | DO NOT WRITE OR STAMP ON BAR CODE | 12/19/08 00:44   357 | AUTOCODE 304 NOTIFY OVER 100 PC |

FREIGHT BILL NUMBER
**019-105438**    8
BILL DATE: 12/16/08    CHECK DIGIT
DEST/ORIG: ALE/STP

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
XXX CONSIGNEE PH# XX610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

I/B TRLR# 0128163
CHKR | PCS | DATE
CITY TRLR# 118034    DOCK LOC

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM
*1236991*

LDR | PCS | DATE
DELIVERED BY
DJ (BJJ)

P.O. #    2221262
SHIPPER # 4787500000659708

PCS | DATE | TIME
12/17

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

XXX EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY _____ XX

3    PALLET(S) (STC 423 CT) DISCS    12-22-08
     168910/1 CL70
     722 CHU PALLET WEIGHT    616

Drop Date: 12/17/08
Scheduled Appointment Date: XXX  XXXXXX UFG685-0    XXXX
Appointment #: 1236991/1033-40

Carrier Name: Yellow
Trailer #: 118034
Seal #: 8300179

XXX DIMENSION INFO XXX
PIECES    LENGTH    WIDTH    HEIGHT
  3          1        1        1
DIMENSIONAL FACTOR:          133
CHARGEABLE (GAD) WEIGHT:     722

22 DEC '08 11:38

XXX CHARGES FOR THIS SHIPMENT ARE CURRENTLY BEING REVIEWED XXX

TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES
123ctn | X Kathy McCarty / Kathy McCarty | | | | PPD | NEXT PAGE

INSIDE DELIVERY [ ]   LIFT GATE [ ]   # PIECES SORT & SEG [ ]   RESIDENTIAL DELIVERY [ ]   CONSTRUCTION SITE DELV [ ]
WAIT TIME START ____ AM/PM   END ____ AM/PM   AUTHORIZED PHONE # ( ) ____

---

**YELLOW TRANSPORTATION (YFSY)**

XXXXXX XXXXX

| | 1 ORIGINAL DELIVERY RECEIPT | | DO NOT WRITE OR STAMP ON BAR CODE | 12/19/08 00:44   357 | AUTOCODE 304 NOTIFY OVER 100 PCS |

FREIGHT BILL NUMBER
**019-105438**    8
BILL DATE: 12/16/08    CHECK DIGIT
DEST/ORIG: ALE/STP

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
XXX CONSIGNEE PH# XX610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

I/B TRLR# 0128163
CHKR | PCS | DATE
CITY TRLR#    DOCK LOC

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

LDR | PCS | DATE
DELIVERED BY

P.O. #    2221262
SHIPPER # 4787500000659708

PCS | DATE | TIME

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

CUST NUMBERS:    PO    363548
                 CU    N122658
//TOTAL CHARGEABLE WEIGHT   722
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
*PALLET NBR = 3, WGT = 106*
XX FUEL SURCHARGE-EE INNET
XX FUEL SURCHARGE-EE INNET

22 DEC '08 11:39

TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES
| | | | | | PPD | NEXT PAGE

INSIDE DELIVERY [ ]   LIFT GATE [ ]   # PIECES SORT & SEG [ ]   RESIDENTIAL DELIVERY [ ]   CONSTRUCTION SITE DELV [ ]
WAIT TIME START ____ AM/PM   END ____ AM/PM   AUTHORIZED PHONE # ( ) ____

YELLOW TRANSPORTATION (YPSV)
ORIGINAL DELIVERY RECEIPT
DO NOT WRITE OR STAMP ON BAR CODE
12/19/08  00:44  357
AUTOCODE 304  NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER
019-105438  8
BILL DATE: 12/16/08
DEST/ORIG: ALE/STP
CHECK DIGIT

I/B TRLR# 0128163

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT: www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

P.O.# 2221262
SHIPPER# 4787500000659708

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES ____  NO ____ ***

22 DEC'08 11:39

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
C.O.D. AMT:
TTL WEIGHT LBS.  PPD/COLL. PPD  TTL FREIGHT CHARGES NEXT PAGE

INSIDE DELIVERY  LIFT GATE  # PIECES SORT & SEG  RESIDENTIAL DELIVERY  CONSTRUCTION SITE DELV  WAIT TIME START___END___ AUTHORIZED PHONE # (___)___-___

---

YELLOW TRANSPORTATION (YPSV)
ORIGINAL DELIVERY RECEIPT
DO NOT WRITE OR STAMP ON BAR CODE
12/19/08  00:44  357
AUTOCODE 304  NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER
019-105438  8
BILL DATE: 12/16/08
DEST/ORIG: ALE/STP

I/B TRLR# 0128163

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT: www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.# 2221262
SHIPPER# 4787500000659708

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/22/08
DELIVER BY: 17:00 LOCAL TIME

22 DEC'08 11:39

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

TTL PCS 3  RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
C.O.D. AMT:  TTL WEIGHT LBS. 722  PPD/COLL. PPD  TTL FREIGHT CHARGES

INSIDE DELIVERY  LIFT GATE  # PIECES SORT & SEG  RESIDENTIAL DELIVERY  CONSTRUCTION SITE DELV

# INVOICE

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| | |
|---|---|
| **Invoice Number** | 20286592 |
| **Date** | 12/22/2008 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
1100 Circuit City Road
Marion IL   62959

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363670 | 12/15/2008 | 2228027 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 684 | 684 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $27,360.00 |
| 36 | 36 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $1,008.00 |
| 228 | 228 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $3,648.00 |

| | |
|---|---|
| **Subtotal** | $32,016.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $32,016.00 |

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 0191053663

YELLOW TRANSPORTATION
(YRRV)

FREIGHT BILL NUMBER
XXXXXXXXXXXX    3    CHECK DIGIT

BILL DATE:    019-105366
DEST/ORIG.    12/22/08    S0E/STP

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959
CONSIGNEE PH# FAX#618-998-1828

SHR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

NO.1
SHIPPER#    2228027
PIECES    047617590000086884

1    PALLET(S) (STC 158 CTN) DISCS
168910/1 CL70
//DELIVER 01/05 OR 01/06 ONLY
//EARLY DELIVERIES NOT ACCEPTABLE

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY

*** DIMENSION INFO ***
PIECES    LENGTH    WIDTH    HEIGHT
1        1        1        1

DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:    NOT RATED
305

DESCRIPTION    CLASS    WEIGHT LBS    RATE

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08    005
04:12

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

SEE CANNED MESSAGES AT BOTTOM

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

TO TRLR    0127415
CNMR    PCS    DATE    1    12/64
CITY TRLR    DOCK LOG
LDR    PCS    DATE
DELIVERED BY

PCS    DATE    RATE

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
305                PPD

AUTHORIZED PHONE

NEXT PAGE

ORIGINAL
DELIVERY
RECEIPT

TTL PCS    # PIECES SORT & SEQ

12/29/08

SIDE DELIVERY    LIFT GATE    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV    COD AMT    START    END

King Load 464527 Pro: H122725-P, Yellow Carrier Pro: 0191053663

YELLOW TRANSPORTATION
(YFSY)

ORIGINAL DELIVERY RECEIPT

1

DO NOT WRITE OR STAMP ON BAR CODE

FREIGHT BILL NUMBER
XXXXXXXXXXX

BILL DATE: 019-105366
12/29/08

DEST/ORIG:

CHECK DIGIT 3

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

DEC 30 REC'D
0127415

12/29/08    005
04:12

1-800-610-6500

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

HK&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #
SHIPPER #    2228027

PIECES

CUST NUMBERS:    RE    363670
                 RE    H122725

//TOTAL CHARGEABLE WEIGHT    305
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****
** FUEL SURCHARGE-EE INNET
** FUEL SURCHARGE-EE INNET

DESCRIPTION    CLASS    WEIGHT LBS.

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

LIFT GATE    SORT & SEG    # PIECES    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

C.O.D. AMT.    WAIT TIME    START    END    TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES    PPD    NEXT PAGE

AUTHORIZED PHONE (    )

DATE    PCS    DOCK LOC

DELIVERED BY    PCS    DATE    RATE    EXTENSION

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 0191053663

YELLOW TRANSPORTATION (YFSH)

FREIGHT BILL NUMBER
019-105366

BILL DATE: 12/22/08
DEST/ORIG: SOE/STP

CIRCUIT CITY
3100 CIRCUIT CITY RD
MARION IL 62959

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#
SHIPPER #  2228027
PIECES  0191753000065663

CHECK DIGIT  3

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08      005
04112

CONSIGNEE PHN #618-998-1828

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:  www.myyellow.com

SPECIAL INSTRUCTIONS

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE  **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE  **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48  **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN  **
** ACCELERATED DELIVERY APPOINTMENT.  **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY  ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES ____ NO ____  ***

DESCRIPTION    CLASS    WEIGHT LBS

601 N 00
998-1828 OPTION 5
FAX 998-4103

AUTOCODE

DEC 3 0 REC'D    0127415

TTL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES

AUTHORIZED PHONE   PPD   NEXT PAGE

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

PREPAID

LIFT GATE    # PIECES SORT & SEG    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

C.O.D. AMT.

WAIT TIME   START   END

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 0191053663

YELLOW TRANSPORTATION (YRW)

ORIGINAL DELIVERY RECEIPT

1

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE

601 N 00
998-1828 OPTION 5
FAX 998-4103

12/29/08    005
04:12

0127415

FREIGHT BILL NUMBER
XXXXXXXXXXXX    3    CHECK DIGIT

BILL DATE: 12/22/08
DESTINED: 065/65D

019-105366

CIRCUIT CITY
11100 CIRCUIT CITY RD
MARION IL 62959
CONSIGNEE PH: 01410-000-1020

H&R BLOCK
7601 BETZLER PKWY N
BROOKLYN PARK MN 55445

SHIPPER #    2228027

PIECES 0188750000006061

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

** EXACT EXPRESS SERVICE **
XPRS DATE: 01/05/09
DELIVER BY: 17:00 LOCAL TIME

CLASS    WEIGHT LBS

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 0191053663

YELLOW TRANSPORTATION (YRSY)

FREIGHT BILL NUMBER

019-105366      3   CHECK DIGIT

BILL DATE: 12/22/08
DEST/ORG: RAE/STD

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

CONSIGNEE PH# 618-998-1828

HBR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SHIPPER #   2228027

PIECES   1

TTL PCS   1

1   PALLET(8) (STC 158 CTN) DISCS
168910/1 CL70
//DELIVER 01/05 OR 01/06 ONLY
//EARLY DELIVERIES NOT ACCEPTABLE

*** D I M E N S I O N   I N F O ***
       PIECES    LENGTH    WIDTH    HEIGHT
         1         1         1        1
                                  NOT RATED

DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:   305

AUTOCODE
601 N 00
998-1828 OPTION S
FAX 998-4103

12/29/08   005
04:12

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT•    www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL
DELIVERY
RECEIPT

DESCRIPTION     CLASS     WEIGHT LBS.

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY ___

305

0127415
DATE

I/B
TRLR#    CNR#    PCB

CITY TRLR#

LDR

DELIVERED BY

PCS    DATE    RATE

EXTENSION

DOCK LOC.

TTL WEIGHT LBS.   PPD/COL#    TTL FREIGHT CHARGES
PPD   NEXT PAGE

AUTHORIZED PHONE NO.

C.O.D.

INSIDE
DELIVERY    LIFT    # PIECES
            GATE    SORT & SEG    RESIDENTIAL    CONSTRUCTION
                                  DELIVERY       SITE DELV

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 0191053663

**YELLOW TRANSPORTATION (YRCW)**

FREIGHT BILL NUMBER
019-105366
BILL DATE: 12/22/08
DEST/ORIG:

ORIGINAL DELIVERY RECEIPT

CHECK DIGIT 3

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com
SPECIAL INSTRUCTIONS

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

0127415

12/29/08   005
04:12

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

CUST NUMBERS:    RE    363670
                 RE    H122725
//TOTAL CHARGEABLE WEIGHT    305
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****
** FUEL SURCHARGE-EE INNET
** FUEL SURCHARGE-EE INNET

DESCRIPTION   CLASS   WEIGHT LBS.

NEXT PAGE   PRO

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

INSIDE DELIVERY   LIFT GATE   # PIECES SORT & SEG   RESIDENTIAL DELIVERY   CONSTRUCTION SITE DELV

TTL PCS   PIECES   SHIPPER #   2228027

C.O.D. AMT.   WAIT TIME START   END

AUTHORIZED PHONE

TTL WEIGHT LBS.   P/D/COLL   TTL FREIGHT CHARGES

King Load 464527, Pro: H122725-P, Yellow Carrier Pro: 019105J663

YELLOW TRANSPORTATION
(TFSY)

FREIGHT BILL NUMBER
019-105366

CHECK DIGIT 3

BILL DATE: 12/22/08
DEST/ORIG: SAE/STP

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

12/29/08    0127415
04112    005

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959
CONSIGNEE PH# #618-998-1828

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #
SHIPPER # 2228027
PIECES 0162075000061061

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT    www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
** BY CIRCUIT CITY RECEIVING DEPT.    YES ___ NO ___    ***

CLASS    WEIGHT LBS.

TTL PCS    RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

INSIDE DELIVERY
LIFT GATE
# PIECES SORT & SEG
RESIDENTIAL DELIVERY
CONSTRUCTION SITE DELV

WAIT TIME
START    END

TTL WEIGHT LBS.    PPD/COLL.    TTL FREIGHT CHARGES
PPD    NEXT PAGE
AUTHORIZED PHONE#

EXTENSION

DELIVERED BY
PCS    DATE    RATE

King Load 464527, Pro: H12725-P, Yellow Carrier Pro: 0191053663

## YELLOW TRANSPORTATION (YFSY)

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER

CHECK DGT: 3

BILL DATE: 12/22/08

DESTKORQ: OAK/GRP

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

H&R BLOCK
7601 SETTLER PKWY N
BROOKLYN PARK MN 55445

SHIPPER #: 2228027

** EXACT EXPRESS SERVICE **
XPRS DATE: 01/05/09
DELIVER BY: 17:00 LOCAL TIME

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   005
04:12

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT   www.myyellow.com

SPECIAL INSTRUCTIONS

AUTOCCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

0127415   DATE

I/B TRLR#   CHGR   CITY TRLR#   PCS   DOCK LOC

LDA   PCS   DATE

DELIVERED BY

PCS   DATE   TIME

RATE   EXTENSION

DESCRIPTION   CLASS   WEIGHT LBS

TL PCS   TL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES

AUTHORIZED PHONE #   (

C.O.D.
AMT:

MAT TIME
START   END

INSIDE DELIVERY   LIFT GATE   # PIECES SORT & SEG   RESIDENTIAL DELIVERY   CONSTRUCTION SITE DELY

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20286593 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
680 S Lemon Ave
Walnut CA   91789

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363671 | 12/15/2008 | 2228025 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 342 | 342 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $13,680.00 |
| 18 | 18 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $504.00 |
| 114 | 114 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $1,824.00 |

| | |
|---|---|
| Subtotal | $16,008.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $16,008.00 |

5626991215          YELLOW FREIGHT                                    11:42:59 a m      01-27-2009            1/1
Perfect Commodities Prod (1) CD-109 (0-03)                                                                Printed in USA

□ FOODSTUFFS   MATERIAL EDIBLE BY HUMANS OR   **CITY DELIVERY AND PICKUP MANIFEST**        TRIP #  **70578**
   ON BOARD?    ANIMALS MUST NOT BE LOADED
                WITH POISONS

LOADING DOCK | DATE STARTED  1-5  | STOP DATE 1-5-9 | FIRST INITIAL, LAST NAME, DRIVER  HUNZEKER | UNIT # | YARD LOCATION  0056040

| CLOCK TIME | | LUNCH | | | MILEAGE | | | | 820 | 820 |
| CLOCK IN 10:10 | | | | END ▶ | 5905 | | | | | 12555 |
| | | | | | ▶ | | 60679 | | 115118 | 12544B |
| CLOCK OUT 8:15 | | BREAKDOWN | | START ▶ | 5873 | STATE MILES ▶ | | | | |

TRIP SUMMARY
| | | | | | | | | 3 |

**DRIVER'S DELIVERY RECORD**                                              **DRIVER COMPLETE**

| FREIGHT BILL NUMBER | DELY STATUS | HAZ MAT | SECT CODE | CONSIGNEE | PIECES | WEIGHT | TIME ARRIVE | DEPART | CASH C.O.D. COLLECTED |
|---|---|---|---|---|---|---|---|---|---|
| 019610536 4     01/05 | 9 | | | CIRCUIT CITY | 1 | 170 | 8:40 | 9:45 | |
| TOTALS ▶     1 | # STOPS | 0 | EXP = | 0100 | 01 | 170 | | | |

fax
913-317-0887

|||

TOTAL DELIVERY CASH
TOTAL PICKUP CASH
(FROM BACK)
TOTAL

∅ ∅

2030

J Hunzeker

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20286594 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
1901 Cooper Dr
Ardmore OK   73401

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363672 | 12/15/2008 | 2228024 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 474 | 474 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $18,960.00 |
| 24 | 24 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $672.00 |
| 162 | 162 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $2,592.00 |

| | |
|---|---|
| **Subtotal** | $22,224.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $22,224.00 |

King Load 464565, Pro: H122727-P, Yellow Carrier Pro: 0191053645

YELLOW TRANSPORTATION
(YRSY)

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105364

BILL DATE: 12/22/08          SNR/STP

DEST/ORIG:
CIRCUIT CITY DIST CENTER
2900 COOPER DR
ARDMORE OK 73401
CONSIGNEE PH# **580-226-3280

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.# 22238024

SHIPPER# 047825402000AA052

PIECES 1   PKG 1

CHECK DIGIT 5

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT.

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT... www.myyellow.com

SPECIAL INSTRUCTIONS

*** SEE PLANNED MESSAGES AT BOTTOM

DROPPED TRAILER SUBJECT TO VERIFICATION
UPON UNLOADING

*** EXACT EXPRESS ARRIVED AT CONSIGNEE TO MAKE DELIVERY

*** D I M E N S I O N   I N F O ***

PIECES   LENGTH   WIDTH   HEIGHT
  1         1        1        1

DIMENSIONAL FACTOR:   NOT RATED
CHARGEABLE (GAB) WEIGHT:   223

*** CHARGES FOR THIS SHIPMENT ARE CURRENTLY BEING REVIEWED ***

PALLET(S) (STC 110 CTN) DISP
169X10/1 CL70
//DELIVER 01/05 OR 1/06 ONLY
//EARLY DELIVERIES NOT ACCEPTABLE

DESCRIPTION          CLASS   WEIGHT LBS.
                      223

CIRCUIT CITY DC
ARDMORE, OK USA

12/24/08
04:36     005

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

Christopher

Glenn Jones

LIFT GATE    SORT & SEG   CONSTRUCTION SITE DELV   RESIDENTIAL DELIVERY

INSIDE DELIVERY   11D

AUTOCODE
317 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100~

0123592

U/B TRLR#   DATE   PCS
CNR#

CITY TRLR#

U/B TRLR#   DATE   PCS
LDR#

DELIVERED BY

PUB   DATE   TIME   RATE   EXTENSION

AUTHORIZED PHONE #
(        )

PPD   COLL   TTL FREIGHT CHARGES
NEXT PAGE

YELLOW TRANSPORTATION (YFSY)

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100—

0123592

12/29/08   005
04:36

FREIGHT BILL NUMBER
019-105164

CHECK DIGIT
5

BILL DATE: 12/22/08
DEST/ORIG: SHR/STP

CIRCUIT CITY DIST CENTER
3900 COOPER DR
ARDMORE OK 73401
CONSIGNEE PH# 580-226-3280

SHEK BLOCK
7601 GETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#   2228024
SHIPPER #04787500000066059

PIECES / PKG

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS

CIRCUIT CITY DC

ARDMORE, OK USA

'09 JAN 5 15:13

DESCRIPTION

CUST NUMBERS:   RE   363672
                RE   H122727

//TOTAL CHARGEABLE WEIGHT 2362
//TOTAL CHARGES INCLUDE AND
//FOR SERVICE PROVIDED TO "REMOTE"
//SERVICE" OR "REMOTE" POINTS.
**** SHIPPER LOAD AND COUNT ****
** FUEL SURCHARGE-EE INN
** FUEL SURCHARGE-EE INN

PROPERTY TRAILER SUBJECT TO VERIFICATION
UPON UNLOADING

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

LIFT GATE        # PIECES SORT & SEG        RESIDENTIAL DELIVERY        CONSTRUCTION SITE DELV

INSIDE DELIVERY

C.O.D. AMT.

WAIT TIME
START        END

TTL WEIGHT LBS.        PPD/COLL        TTL FREIGHT CHARGES
                        PPD             NEXT PAGE

AUTHORIZED PHONE #
(        )

King Load 464565, Pro: H122727-P, Yellow Carrier Pro: 0191053645

YELLOW TRANSPORTATION (PPT)

FREIGHT BILL NUMBER
019-105364

BILL DATE: 12/22/08   SHK/STP

DESTINATION:
CIRCUIT CITY DIST CENTER
1900 COOPER DR
ARDMORE OK 73401
CONSIGNEE PH# **580-226-3280

NAR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.# 2228024
SHIPPER 0478750000066059

CHECK DGIT 5

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP IN BAR CODE

12/29/08   04:36   005

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100-

0123599

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

** ALL SHIPMENTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HR8 CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY *** YES ___ NO ___
*** BY CIRCUIT CITY RECEIVING DEPT. YES ___ NO ___

CIRCUIT CITY DC
ARDMORE, OK USA

'09 JAN 5 15:13

CLASS   WEIGHT LBS.   RATE

TTL WEIGHT LBS.   PPD/COLL   TTL FREIGHT CHARGES
PPD   NEXT PAGE

AUTHORIZED PHONE #

DELIVERED BY   DATE

EXTENSION

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

COD AMT   WAIT TIME   START ___ END ___   MEN ___

TTL PCS   INSIDE DELIVERY   LIFT GATE   # PIECES SORT & SEG   RESIDENTIAL DELIVERY   CONSTRUCTION SITE DELV

King Load 464565, Pro: H122727-P, Yellow Carrier Pro: 0191053645

YELLOW TRANSPORTATION
(YRSV)

FREIGHT BILL NUMBER
019-105364

BILL DATE: 12/22/08
DESTINO/STP: SHR/STP

CHECK DIGIT 5

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   005
04:36

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100-

0123592

CIRCUIT CITY DIST CENTER
1900 COOPER DR
ARDMORE OK 73401
** CONSIGNEE PH# **580-226-3280
R&R BLOCK
4601 SETZLER PKWY N
BROOKLYN PARK MN 55445

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUP, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS

DROPPED TRAILER
COUNT SUBJECT TO VERIFICATION
UPON UNLOADING

P.O.# 2228024
SHIPPER# 04787500000066059

PIECES  1  PKG

** EXACT EXPRESS SERVICE **
XPRS DATE: 01/05/09
DELIVER BY: 17:00 LOCAL TIME

CIRCUIT CITY DC

ARDMORE, OK USA

'09 JAN 5 15:13

TTL WEIGHT LBS.  PPD/COLL  TTL FREIGHT CHARGES
223  PPD

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

# Credit Memo

## H&R Block Digital Tax Solutions LLC

| Number | 18794 |
|--------|-------|
| Date | 5/22/2009 |
| Page | 1 |

*Block Financial Corporation*
*One H&R Block Way*
*Kansas City, MO 64105*
*(816) 854-5335*

**Bill To:**

Circuit City
ATTN: Accounts Payable

9950 Mayland Drive
Richmond, VA 23233-1464

| Customer Number | 12400 | | Reference Number | 20286596 SHORT |
|---|---|---|---|---|
| **Quantity** | **Item Number** | **Description** | **Unit Price** | **Extended Price** |
| 48 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Efile | $40.00 | $1,920.00 |

| Disc Comm | $0.00 |
|-----------|-------|
| **Subtotal** | $1,920.00 |
| **Total** | $1,920.00 |

# INVOICE

## H&R Block Digital Tax Solutions LLC

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| Invoice Number | 20286596 |
| --- | --- |
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
400 Long Fellow Court, Suite A
Livermore CA   94550

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
| --- | --- | --- | --- | --- |
| 363674 | 12/15/2008 | 2228022 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
| --- | --- | --- | --- | --- | --- | --- |
| 276 | 276 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $11,040.00 |
| 18 | 18 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $504.00 |
| 90 | 90 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $1,440.00 |

*Short 48 units of 1336600-08*

*48 x $40 = $1,920*



*payment due $11,064.00*

| | |
| --- | --- |
| **Subtotal** | $12,984.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $12,984.00 |

**YELLOW TRANSPORTATION (YFSY)**
Creating Possibilities. Yes We Can. ×××××××××

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/28/08   03:23   364

*handwritten: RGK*

AUTOCODE: 512 *1238423*
CONF #1237327
DROP TRAILER
APP 12/30 0500-130

I/B TRLR# 0126778

| FREIGHT BILL NUMBER | 5 |
| 019-105353 | |
| BILL DATE: 12/22/08 | CHECK DIGIT |
| DEST/ORIG: TCY/STP | |

CONSIGNEE:
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

CARR   PCS

*handwritten: 12/07*   *handwritten: 11/7*

SHIPPER:
H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM
*handwritten: 01/16 @ 5-1pm*
*handwritten: Anytime*

LDR   PCS   DATE

DELIVERED BY *handwritten: D Caulfield*

PCS   DATE *1-6-08*   TIME *6:24*

P.O. # 2228022
SHIPPER # 0478750000066067

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY *handwritten: 06:24* **

1   PALLET(S) (STC 64 CTN) DISCS
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

*handwritten: (Sec 56 ctns Short 8ctns-4Bpcs 144 BFS735290102690 Pest w/ msg)*

*** D I M E N S I O N   I N F O ***

| | PIECES | LENGTH | WIDTH | HEIGHT |
| | 1 | | | |
| DIMENSIONAL FACTOR: | | | 133 | |
| CHARGEABLE (GAD) WEIGHT: | | | 144 | |

*Exact Express (logo)*

*handwritten: 12/07 1-6-08 (Returned 8 ctns wrong item)*

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
| | X *handwritten signature* X PD *handwritten: Refused* | | | | PPD | NEXT PAGE |

| INSIDE DELIVERY ☐ | LIFT GATE ☐ | # PIECES SORT & SEG ☐ | RESIDENTIAL DELIVERY ☐ | CONSTRUCTION SITE DELV ☐ | WAIT TIME START ___ AM/PM END ___ AM/PM | AUTHORIZED PHONE # ( ) - |

---

**YELLOW TRANSPORTATION (YFSY)**
Creating Possibilities. Yes We Can. ×××××××××

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/28/08   03:23   364

AUTOCODE: 512
CONF #1237327
DROP TRAILER
APP 12/30 0500-130

I/B TRLR# 0126778

| FREIGHT BILL NUMBER | 5 |
| 019-105353 | |
| BILL DATE: 12/22/08 | CHECK DIGIT |
| DEST/ORIG: TCY/STP | |

CONSIGNEE:
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

CHKR   PCS

CITY TRLR#   DOCK LOC

SHIPPER:
H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

LDR   PCS   DATE

DELIVERED BY

PCS   DATE   TIME   AM PM

P.O. # 2228022
SHIPPER # 0478750000066067

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

CUST NUMBERS:   RE   363674
                RE   H122729
//TOTAL CHARGEABLE WEIGHT   144
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
**** SHIPPER LOAD AND COUNT ****

*Exact Express (logo)*

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
| | | | | | PPD | NEXT PAGE |

| INSIDE DELIVERY ☐ | LIFT GATE ☐ | # PIECES SORT & SEG ☐ | RESIDENTIAL DELIVERY ☐ | CONSTRUCTION SITE DELV ☐ | WAIT TIME START ___ AM/PM END ___ AM/PM | AUTHORIZED PHONE # ( ) - |