YELLOW TRANSPORTATION (YFSY)
Creating Possibilities. Yes We Can. XX**XX**XX**XX**XX**XX**

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/28/08
03:23   364

AUTOCODE
512
CONF #1237327
DROP TRAILER
APP 12/30 0500-130

FREIGHT BILL NUMBER
019-105353   **5**
BILL DATE:   12/22/08   CHECK DIGIT
DEST/ORIG:   TCY/STP

I/B TRLR#   0126778

CONSIGNEE
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

| CHKR | PCS | DATE |
| CITY TRLR# | | DOCK LOC |

SHIPPER
H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

| LDR | PCS | DATE |
| DELIVERED BY | | |

P.O.#   2228022
SHIPPER#   0478750000066067

| PCS | DATE | TIME |

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT.
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.   YES _____   NO ____

## Exact Express

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
| | X SIGN        / X PRINT | PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | | PPD | NEXT PAGE |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START ___ AM/PM   END ___ AM/PM | AUTHORIZED PHONE #  ( ___ ) ___ - |

YELLOW TRANSPORTATION (YFSY)
Creating Possibilities. Yes We Can. XX**XX**XX**XX**XX**XX**

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/28/08
03:23   364

AUTOCODE
512
CONF #1237327
DROP TRAILER
APP 12/30 0500-130

FREIGHT BILL NUMBER
019-105353   **5**
BILL DATE:   12/22/08   CHECK DIGIT
DEST/ORIG:   TCY/STP

I/B TRLR#   0126778

CONSIGNEE
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

| CHKR | PCS | DATE |
| CITY TRLR# | | DOCK LOC |

SHIPPER
H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

| LDR | PCS | DATE |
| DELIVERED BY | | |

P.O.#   2228022
SHIPPER#   0478750000066067

| PCS | DATE | TIME |

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

## Exact Express

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
| 1 | X SIGN        / X PRINT | PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | 144 | PPD | |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START ___ AM/PM   END ___ AM/PM | AUTHORIZED PHONE #  ( ___ ) ___ - |



YELLOW TRANSPORTATION
(YFSY)

FED. I.D. #44-0594705

1
DELIVERY
MANIFEST

2009/01/06  03:29

SHIPMENT INBOUND TO:
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

YELLOW TRANSPORTATION, INC.
1535 E PESCADERO AVE
TRACY CA 95304-8501

MANIFEST CONTROL #    DM0165411
TRAILER #    0127107
SEAL #

DO NOT WRITE OR STAMP ON BAR CODE

| PRO NUMBER (CK) | H/M | SHIPPER NAME | CUSTOMER INFO | BILLED | PCS | FRT CHGS | UNLDR DELIVERY |
| P/U DATE | | D/G CITY/ST ZIP | | WGT  PCS | RCVD | DISC AMT | INIT EXCEPTIONS |

019-105353
12/22/08

5

H&R BLOCK
BROOKLYN PARK MN 55445
* SHIPPER LOAD AND COUNT *
* DELIVERY NOTIFICATION *
BL 047327500000660067

PO 22280022
RE 365674
RE H122729

144    1

002-765330
12/19/08

5

CIBA VISION % METRO PARK
KANSAS CITY MO 64120
* SHIPPER LOAD AND COUNT *
BL 250979929732

CO 043660-HM
CT 00020
AI 10059433
CO 043660-HM
CT 00012
WT 002295
FS N
LD 341786
CT 00020
AI 10059433
AC 1453
AI 10059418
CO 043660-HM
CT 00020
WT 00472
FS N
LD 341786
LD 341786
AC 1453
AI 10459443
SI FOODSTUFFS - DO NOT

Circuit City **

NO DROP

Kaiser

1400    52    -----    PREPAID

PREPAID    PREPAID

YELLOW TRANSPORTATION
(YS0)
FED. I.D. #44-0594706

DELIVERY MANIFEST
1

YELLOW TRANSPORTATION, INC.
1535 E PESCADERO AVE
TRACY CA 95304-8501

MANIFEST CONTROL #    DMO165411
TRAILER #    0127107
SEAL #

DO NOT WRITE OR STAMP ON BAR CODE

2009/01/06    03:29

SHIPMENT INBOUND TO: US Foods
1535 E Pescadero Ave #R
TRACY CA 95304

*handwritten:* 300 Lawrence Dr. #R
Livermore Ca 94551

| PRO NUMBER (CK) H/M SHIPPER NAME D/C CITY/ST ZIP | CUSTOMER INFO | BILLED WGT | PCS | PCS RCVD | FRT CHGS DISC AMT | UNLDR DELIVERY INIT EXCEPTIONS |
|---|---|---|---|---|---|---|
| 049-586319 3 | PAK SHER INC | PO 68617403 | 715 | 1 | PREPAID | |
| P/U DATE 12/22/08 | KILGORE TX 75662 | | | | | |
| | * SHIPPER LOAD AND COUNT * | | | | | |
| | * DELIVERY NOTIFICATION * | | | | | |
| | BL 203487 | | | | | |
| 065-029335 2 | DURO STANDARD PRODS | PO 59220040 | 5000 | 6 | PREPAID | |
| 12/30/06 | TOLLESON AZ 85353 | RN 121266/3 | | | | |
| | * DELIVERY NOTIFICATION * | RN 243750-1 | | | | |
| | 925-606-3550 | | | | | |
| | BL 9916376 | | | | | |
| 049-585854 6 | PAK SHER INC | PO 63102840 | 681 | 1 | PREPAID | |
| 12/31/06 | KILGORE TX 75662 | | | | | |
| | * SHIPPER LOAD AND COUNT * | | | | | |
| | BL 203079 | | | | | |
| 060-471475 7 | NASHUA LABEL | PO BILL MCNEW | 1160 | 140 | PREPAID | |
| | OMAHA NE 68144 | AC 1824226 | | | | |
| | * SHIPPER LOAD AND COUNT * | CU 1869805 | | | | |
| | BL 1758870 | PO BILL MCNEW | | | | |
| | | SI DELIVERY DATE 090901 | | | | |
| 065-029192 2 | DURO STANDARD PRODS | PO 66317140 | 1444 | 2 | PREPAID | |
| 12/15/08 | TOLLESON AZ 85353 | | | | | |
| | * DELIVERY NOTIFICATION * | | | | | |
| | 925-606-3550 | | | | | |

PAGE 2 OF ---

*handwritten:* TOT 150C
MIXED

YELLOW TRANSPORTATION (YRSY)

Creating Possibilities. We Are One.    FEB I.D. #44-0594706

DELIVERY MANIFEST    1    ☐

2009/01/06    03:29

SHIPMENT INBOUND TO:
CIRCUIT CITY
400 LONG FELLOW CT STE A
LIVERMORE CA 94550

YELLOW TRANSPORTATION, INC.
1535 E FESCADERO AVE
TRACY CA 95304-8501

DO NOT WRITE OR STAMP ON BAR CODE

| PRO NUMBER (CK) H/M SHIPPER NAME | | CUSTOMER INFO | | | | FRT CHGS |
| P/U DATE | D/G CITY/ST ZIP | | | MANIFEST CONTROL # | DMO165411 | |
| | | | TRAILER # | 0127107 | | |
| | | | SEAL # | | | |

| | | | | BILLED | PCS | UNLDR DELIVERY |
| | | | | WGT  PCS | RCVD | DISC AMT  INIT  EXCEPTIONS |

117-580953    7    SQF INC    PO N/A    11284    204    PREPAID
12/17/08         SCOTIA NY 12302
                 * DELIVERY NOTIFICATION *
                 516-338-8500
                 BL 80108052

                 BL 243031                                    740    1    $.00

MANIFEST TOTALS    8 BILLS PRINTED
* AN ADDITIONAL REDUCTION OR ALLOWANCE MAY APPLY
RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY

X _____    DATE _/_/_    DRIVER X _____
      COMPANY NAME _____    CHECK ONE: PICKED UP MANIFEST __ MADE LIVE DELIVERY

                              _____    _____ _____
                              FCS: __    DATE _/_/_

RECEIVING STAMP

GUARDHOUSE STAMP

PAGE  3 OF  ___

# Credit Memo

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation*
*One H&R Block Way*
*Kansas City, MO 64105*
*(816) 854-5335*

| | |
|---|---|
| **Number** | 18795 |
| **Date** | 5/22/2009 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN:  Accounts Payable
9950 Mayland Drive
Richmond, VA 23233-1464

| Customer Number | 12400 | | Reference Number | 20286595 SHORT | |
|---|---|---|---|---|---|
| Quantity | Item Number | Description | | Unit Price | Extended Price |
| 6 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Efile | | $40.00 | $240.00 |

| | |
|---|---|
| **Disc Comm** | $0.00 |
| **Subtotal** | $240.00 |
| **Total** | $240.00 |

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20286595 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
19925 Independence Blvd
Groveland FL   34736

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363673 | 12/15/2008 | 2228023 ✗ | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 510 | 510 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $20,400.00 |
| 30 | 30 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $840.00 |
| 168 | 168 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $2,688.00 |

*Short 6 units of 1336600-08*

*6 x $40 = $240*



*Payment due $23,688*

| Subtotal | $23,928.00 |
|---|---|
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $23,928.00 |

YELLOW TRANSPORTATION
(YFSY)
Creating Possibilities, Yes We XXX X XXXXXXXXXXX/06

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34    005

AUTOCODE
315 N 01
MON/DROP TRAILER
APPT# 1237660
APP 01/05    -

FREIGHT BILL NUMBER
019-105354    **4**
BILL DATE: 12/22/08    CHECK DIGIT
DEST/ORIG: OLF/STP

I/B    0115800

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**

CHKR    PCS    DATE
8    19K    12.30

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

CITY TRLR#
896280

DOCK LOC

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

LDR    PCS    DATE
0    A    72

894723

DELIVERED BY    PUB

P.O. #    2228023
SHIPPER 0478750000066066

PCS    JUN U 8 2008    TIME    AM    PM

EXACT
EXPRESS

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|--------|-----|-------------|-------|-------------|------|-----------|
| | | *** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY _____ *** | | | | |
| 1 | | PALLET(S) (STC 118 CTN) DISCS | | | | |
| | | 168910/1 CL70 | | 237 | | |
| | | //DELIVER 01/05 OR 01/06 ONLY | | | | |
| | | //EARLY DELIVERIES NOT ACCEPTABLE | | | | |

"DROP TRAILER COUNT
SUBJECT TO VERIFICATION
UPON UNLOAD"

*** D I M E N S I O N   I N F O ***
PIECES    LENGTH    WIDTH    HEIGHT
1    1    1    1
DIMENSIONAL FACTOR:    NOT RATED
CHARGEABLE (GAD) WEIGHT:    237

JAN 05 '09 10:46

*** CHARGES FOR THIS SHIPMENT ARE CURRENTLY BEING REVIEWED ***

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | PAYABLE BY CASHIER CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
|---------|---------|---|---|---|---|---|---|
| | X SIGN    / X PRINT | | | | | PPD | NEXT PAGE |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START    END | AUTHORIZED PHONE # ( ) |

**YELLOW TRANSPORTATION**
(YFSY)
*Creating Possibilities. Yes We Can* XXXXXXXXXX

**1** ☐ ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34    005

AUTOCODE
315 N 01
MON/DROP TRAILER
APPT# 1237660
APP 01/05    -

FREIGHT BILL NUMBER
019-105354    **4**

BILL DATE: 12/22/08
DEST/ORIG: OLF/STP    CHECK DGIT

I/B TRLR#    0115800

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

CHKR | PCS | DATE

CITY TRLR# | | DOCK LOC

LDR | PCS | DATE

DELIVERED BY

P.O. #    2228023

SHIPPER ID 478750000066066

PCS | DATE | TIME    AM PM

PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION

CUST NUMBERS:    RE    363673
                 RE    H122728
//TOTAL CHARGEABLE WEIGHT    237
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****
** FUEL SURCHARGE-EE INNET
** FUEL SURCHARGE-EE INNET

*(handwritten)* H 80TNS RAM
117 CTNS RECD
1 CTN @ 6EA BFS 735290102690
-SHORT

TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | | | C.O.D. AMT: PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES

*(handwritten)* 04 Short Ctns / R. Merritt 1-5-09

PPD    NEXT PAGE

INSIDE DELIVERY ☐ | LIFT GATE ☐ | # PIECES SORT & SEG ☐ | RESIDENTIAL DELIVERY ☐ | CONSTRUCTION SITE DELIV ☐ | WAIT TIME START ___ END ___ AM/PM AM/PM | AUTHORIZED PHONE # (   )

**YELLOW TRANSPORTATION** (YPSV)

Creating Possibilities, You May Sell XXNBXIXXXXXXX/08

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34    005

AUTOCODE
B15 N 01
MON/DROP TRAILER
APPT# 1237660
APP 01/05    —

FREIGHT BILL NUMBER
019-105354    **4** CHECK DIGIT

BILL DATE: 12/22/08

DEST/ORIG: OLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #    2228023

SHIPPER # 0478750000064066

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

**1-800-610-6500**

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

I/B TRLR#    0115800

| CHKR | PCS | DATE |
| CITY TRLR# | | DOCK LOC |
| LDR | PCS | DATE |

DELIVERED BY

| PCS | DATE | TIME | AM PM |

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|

```
** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT.
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES _____  NO ____ ***
```

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|---|---|
| | X SIGN | / X PRINT | | | | PPD | NEXT PAGE |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | WAIT TIME START    END | AUTHORIZED PHONE # ( ) |

YELLOW TRANSPORTATION
(YFSY)

Creating Possibilities. TM We SAY XXXXXXXXXXXXX '06

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   07:34   005

AUTOCODE
B15 N 01
MON/DROP TRAILER
APPT# 1237660
APP 01/05

FREIGHT BILL NUMBER
019-105354

BILL DATE: 12/22/08

DEST/ORIG: OLF/STP

4 CHECK DIGIT

I/B TRLR#   0115800

CHKR   PCS   DATE

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

CITY TRLR#   DOCK LOC

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

LDR   PCS   DATE

P.O.#   2228023

DELIVERED BY

SHIPPER #   0473750000066066

PIECES   PKG   DESCRIPTION

PCS   DATE   TIME   AM PM

** EXACT EXPRESS SERVICE **
XPRS DATE: 01/05/09
DELIVER BY: 17:00 LOCAL TIME

CLASS   WEIGHT LBS.   RATE   EXTENSION

# EXACT EXPRESS

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | | | C.O.D. AMT: | PAYABLE BY CASH OR CERTIFIED CHECK UNLESS OTHERWISE NOTED | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | X SIGN | | X PRINT | | | | 237 | PPD | |

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | . | CONSTRUCTION SITE DELV | | WAIT TIME START     END | AUTHORIZED PHONE # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | :   AM/PM   :   AM/PM | (     ) |

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO    64105**
**(816) 854-5335**

| Invoice Number | 20286597 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA    23233-1464

**Ship To:**

Circuit City
4000 Township Line Rd
Bethlehem PA    18020

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363675 | 12/15/2008 | 2228020 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 714 | 714 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $28,560.00 |
| 42 | 42 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $1,176.00 |
| 240 | 240 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $3,840.00 |

| Subtotal | $33,576.00 |
|---|---|
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $33,576.00 |

King Load 464528  Pro: H122730 F: Yellow Carrier Pro: 0161053528

**YELLOW TRANSPORTATION (YPSY)**   1 ORIGINAL DELIVERY RECEIPT   DO NOT WRITE OR STAMP ON BAR CODE

XX XXXXX XXXXXX

12/29/08   00:15   005

AUTOCODE 304
NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER
019-105352                     6
BILL DATE: 12/22/08            CHECK DIGIT
DEST/ORIG: ALE/STP

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

U/B TRLR#   0130691

CHKR   PCS   DATE
CITY TRLR#
LDR   PCS   DATE

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
XXX CONSIGNEE PHN XX610-882-2570

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

DELIVERED BY

P.O. #   2228020
SHIPPER # 0478750000066070

PCS   DATE   TIME

PIECES   PKG   DESCRIPTION   CLASS   WEIGHT LBS   RATE   EXTENSION

XXX EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY XXX

1   PALLET(S) (STC 166 CTN) DISCS
    168910/1 CL70
    //DELIVER 01/05 OR 01/06 ONLY
    //EARLY DELIVERIES NOT ACCEPTABLE
    XXX   D I M E N S I O N   I N F O   XXX
         PIECES   LENGTH   WIDTH   HEIGHT
           1        1        1       1
         DIMENSIONAL FACTOR:           NOT RATED
         CHARGEABLE (GAD) WEIGHT:      347
    XXX CHARGES FOR THIS SHIPMENT ARE CURRENTLY BEING REVIEWED XXX

5 JAN 09 14:09
347

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY   C.O.D. AMT:   TTL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES
                                                                                                                PPD   NEXT PAGE

INSIDE DELIVERY ☐   LIFT GATE ☐   # PIECES SORT & SEG ☐   RESIDENTIAL DELIVERY ☐   CONSTRUCTION SITE DELV ☐   WAIT TIME START ___ AMPM   END ___ AMPM   AUTHORIZED PHONE # (   )

---

**YELLOW TRANSPORTATION (YPSY)**   1 ORIGINAL DELIVERY RECEIPT   DO NOT WRITE OR STAMP ON BAR CODE

XX XXXXX XXXXXX

12/29/08   00:15   005

AUTOCODE 304
NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER
019-105352                     6
BILL DATE: 12/22/08            CHECK DIGIT
DEST/ORIG: ALE/STP

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

U/B TRLR#   0130691

CHKR   PCS   DATE
CITY TRLR#   DOCK LOC
LDR   PCS   DATE

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
XXX CONSIGNEE PHN XX610-882-2570

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

DELIVERED BY

P.O. #   2228020
SHIPPER # 0478750000066070

PCS   DATE   TIME

PIECES   PKG   DESCRIPTION   CLASS   WEIGHT LBS   RATE   EXTENSION

    CUST NUMBERS:   RE   363675
                    RE   H122730
    //TOTAL CHARGEABLE WEIGHT   347
    //TOTAL CHARGES INCLUDE ANY FEES
    //FOR SERVICE PROVIDED TO "EXTENDED
    //SERVICE" OR "REMOTE" POINTS.
    XXXXX SHIPPER LOAD AND COUNT XXXXX
    XX FUEL SURCHARGE-EE INNET
    XX FUEL SURCHARGE-EE INNET

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY   C.O.D. AMT:   TTL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES
                                                                                                                PPD   NEXT PAGE

INSIDE DELIVERY ☐   LIFT GATE ☐   # PIECES SORT & SEG ☐   RESIDENTIAL DELIVERY ☐   CONSTRUCTION SITE DELV ☐   WAIT TIME START ___ AMPM   END ___ AMPM   AUTHORIZED PHONE # (   )

**YELLOW TRANSPORTATION (YPSF)**

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08  00:15  005

AUTOCODE 304
NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER 019-105352   6 CHECK DIGIT
BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

I/B TRLR# 0130691

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT.
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

| | CHKR | PCS | DATE |
|---|---|---|---|
| CITY TRLR# | | | DOCK LOC |
| LDR | | PCS | DATE |

SPECIAL INSTRUCTIONS

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

DELIVERED BY

| | PCS | DATE | TIME AM PM |
|---|---|---|---|

P.O.# 2228020
SHIPPER # 0478750000066070

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.   YES ____   NO ____ ***

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | TTL WEIGHT LBS | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|---|
| | X SIGN          X PRINT | | | | PPD | NEXT PAGE |

AUTHORIZED PHONE

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START ___ AMPM END ___ AMPM | ( ) |
|---|---|---|---|---|---|---|---|---|---|---|---|

---

**YELLOW TRANSPORTATION (YPSF)**

1 ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08  00:15  005

AUTOCODE 304
NOTIFY OVER 100 PCS

FREIGHT BILL NUMBER 019-105352   6 CHECK DIGIT
BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

I/B TRLR# 0130691

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT.
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

| | CHKR | PCS | DATE |
|---|---|---|---|
| CITY TRLR# | | | DOCK LOC |
| LDR | | PCS | DATE |

SPECIAL INSTRUCTIONS

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

DELIVERED BY

| | PCS | DATE | TIME AM PM |
|---|---|---|---|

P.O.# 2228020
SHIPPER # 0478750000066070

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|

** EXACT EXPRESS SERVICE **
XPRS DATE: 01/05/09
DELIVER BY: 17:00 LOCAL TIME

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 12/01/08

| TTL PCS | RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY | | C.O.D. AMT: | TTL WEIGHT LBS. | PPD/COLL | TTL FREIGHT CHARGES |
|---|---|---|---|---|---|---|
| | X SIGN          X PRINT | | | 347 | PPD | |

AUTHORIZED PHONE #

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START ___ AMPM END ___ AMPM | |
|---|---|---|---|---|---|---|---|---|---|---|---|

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO    64105**
**(816) 854-5335**

| Invoice Number | 20286598 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA    23233-1464

**Ship To:**

Circuit City
19925 Independence Blvd
Groveland FL    34736

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363676 | 12/15/2008 | 2228013 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 672 | 672 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $10,752.00 |
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |

| | |
|---|---|
| Subtotal | $30,672.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $30,672.00 |

King Load 464529, Pro: H122731-P, Yellow Carrier Pro: 0191053728

YELLOW TRANSPORTATION

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

12/29/08
07:34    364

AUTOCODE
315 N 01
10N/DROP TRAILER
APTPH 1237321
APP 12/29

0115800

FREIGHT BILL #
019-105372

BILL DATE:  12/22/08
DEST/ORIG:  QLF/STP

VINCOT CITY
49925 INDEPENDENCE BLVD
GROVELAND FL 34736

MARK BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2228013
SHIPPER  04787500000666069

CUST NUMBERS:    RE    363676
                 RE    H122731

//TOTAL CHARGEABLE WEIGHT    335
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED"
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****

DESCRIPTION
CLASS    WEIGHT LBS.

TTL WEIGHT LBS.    PRO/COLL    TTL FREIGHT CHARGES
                   PPD    NEXT PAGE

AUTHORIZED PHONE #

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

X PRINT

X SIGN

C.O.D.
AMT.

WAIT TIME
START    END

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

INSIDE
DELIVERY

LIFT
GATE

TTL POS

# PIECES
SORT & SEG

King Load 464529, Pro: H122731-P, Yellow Carrier Pro: 0191053728

YELLOW TRANSPORTATION
(YRSY)
Creating Possibilities, Inc www.yrc.x XXMXXLXYWXXXXXX

CHECK
DIGIT

FREIGHT BILL NUMBER
019-105372

BILL DATE: 12/22/08
DEST/ORIG: QLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #  2228013
SHIPPER Q4787500 Q0046069

PIECES  PKG

ORIGINAL
DELIVERY
RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34    364

12/29/08

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myellow.com

SPECIAL INSTRUCTIONS

AUTOCODE
315 N 01
MON/DROP TRAILER
APTPW 1237321
APP 12/29    --

0115800

DESCRIPTION

** ALL SHIPMENTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** C 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON C 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT. YES ___ NO ___ ***

CLASS    WEIGHT/LBS    TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGE

PPD  NEXT PAGE

AUTHORIZED PHONE #

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

X SIGN    X

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

C.O.D.
AMT.

HVVT TIME
START    END
AM/PM    AM/PM

TTL PCS

INSIDE
DELIVERY

LIFT
GATE

DATE
DOCK LOC
DATE
PCS    DATE    RATE    EXTENSION
TIME

CNXR
CITY TRLR#
LDR
PCS
DELIVERED BY

King Load 464629, Pro: H122731-P, Yellow Carrier Pro: 0191053728

YELLOW TRANSPORTATION
(TFMY)

ORIGINAL DELIVERY RECEIPT

FREIGHT BILL NUMBER
019-105312

BILL DATE: 12/22/08
DEST/ORIG: OLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

VBR BLDA
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #   2228013

SHIPPER Q47827500000066069
PIECES   PKGS

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   WWW.MYYELLOW.COM

SPECIAL INSTRUCTIONS:

EXACT
EXPRESS

12/29/08
07:34   364

AUTOCODE
515 N 01
MON/DROP TRAILER
RPTF# 1237321
APP 12/29

I/B TRLR#
DRVR        CITY TRLR        LDR
DELIVERED BY
PCS   DATE   RATE

335

0115800

PCS   DATE   DOCK LOG   DATE
EXTENSION
TIME

TTL WEIGHT LBS.   PRO/COLL   TTL FREIGHT CHARGES
PPD
AUTHORIZED PHONE #

COD   CHECK A CASH DEPOSIT
AMT:   CHECK MADE OUT ORDERS
WAIT TIME
START        END
CONSTRUCTION
SITE DELV
RESIDENTIAL
DELIVERY
# PIECES
SORT & SEG
LIFT
GATE
INSIDE
DELIVERY

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

X _____

las otno recd. 12/30/08

King Load 464529, Pro: H12273 I -P, Yellow Carrier Pro: 0191053728

YELLOW TRANSPORTATION
(YRT)

FREIGHT BILL NUMBER
019-105372

BILL DATE  12/22/08
DEST/ORIG  QLF/STP

CIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #  2228013

SHIPPER  04787500  00  0066069

PIECES  1 PKG

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34   364

QUESTIONS? CONTACT CUSTOMER SERVICE
1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

"DROP TRAILER COUNT"
CONSIGNEE CANNED MESSAGES AT BOTTOM
SUBJECT TO VERIFICATION
UPON UNLOAD

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY
*** DIMENSION INFO ***
PIECES   LENGTH   WIDTH   HEIGHT
  1        1       1      133
                          335

DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:

PALLET(S) (STC 1PC CTN) DISC8
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

EXPRESS EXACT

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

X SIGN  X PRIN:

AUTOCODE
315 N 01

SGN/DROP TRAILER
P-TFN-1237321

PPD   NEXT PAGE

#122731-P

YELLOW TRANSPORTATION
(YFSY)
Creating Possibilities. You Me **X XNXXXXXXXX ms

1
ORIGINAL
DELIVERY
RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
07:34    364

AUTOCODE
315 N 01    Tue
MON/DROP TRAILER
SP-TPW-1237321

FREIGHT BILL NUMBER
019-105372
BILL DATE: 12/22/08    8    CHECK DIGIT
DEST/ORIG: OLF/STP

0115800

GIRCUIT CITY
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

QUESTIONS? CONTACT CUSTOMER SERVICE
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:  www.my...yll.com

RUB

"DROP TRAILER COUNT
SUBJECT TO VERIFICATION
UPON UNLOAD"

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

P.O.# 2228013
SHIPPER # 04787500 00066069

EXACT
EXPRESS

PIECES    PKG    DESCRIPTION

1    PALLET(S) (STC 195 CTN) DISCS
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY ***

*** D I M E N S I O N   I N F O ***
PIECES    LENGTH    WIDTH    HEIGHT
1    1    1    1
DIMENSIONAL FACTOR:    133
CHARGEABLE (GAD) WEIGHT:    335

DEC 30 '08 10:09

TTL PCS    RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X SIGN    / X PRINT

C.O.D.
AMT:
TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES:
PPD  NEXT PAGE

INSIDE
DELIVERY    LIFT
GATE    # PIECES
SORT & SEG    RESIDENTIAL
DELIVERY    CONSTRUCTION
SITE DELV    WAIT TIME
START        END
__:__ AM/PM    __:__ AM/PM    AUTHORIZED PHONE #
(        )        -

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20286599 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
1100 Circuit City Road
Marion IL   62959

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363677 | 12/15/2008 | 2228012 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 594 | 594 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $9,504.00 |
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |

| | |
|---|---|
| **Subtotal** | $29,424.00 |
| **Trade Discount** | $0.00 |
| **Misc** | $0.00 |
| **Freight** | $0.00 |
| **Total** | $29,424.00 |

King Load 464530. Pro: H122732-P. Yellow Carrier Pro: 0191053737

YELLOW TRANSPORTATION
(YPSV)
**XXXXXXXXXXX**

FREIGHT BILL NUMBER
019-105373

BILL DATE: 12/22/08
DEST/ORIG: SAF/STP

CHECK DIGIT 7

CIRCUIT CITY
5100 CIRCUIT CITY RD
MARION IL 62959
CONSIGNEE PH# #6418-998-1828

HMR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #

SHIPPER #   2228012
PIECES   047975000006665

1

PALLET(S) (STC 182 CTN) DISCS
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

*** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY

*** DIMENSION INFO ***
PIECES    LENGTH    WIDTH    HEIGHT
   1         1         1        1
                               133
DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:        302

ORIGINAL
DELIVERY
RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

12/29/08
04:12    364

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

DESCRIPTION          CLASS   WEIGHT LBS.

DEC 29 08

302

I/B
TRLR#
CHMR

CITY TRLR#

LDR    PCS

PCS    DATE    RATE

DELIVERED BY

PCS    DATE    TIME    EXTENSION

TTL WEIGHT LBS.   PPD/COLL   TTL FREIGHT CHARGES

AUTHORIZED PHONE    PPD   NEXT PAGE

C.O.D.
AMT

WAIT TIME
START    END

CONSTRUCTION
SITE DELV

TTL PCS

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

MODE
DELIVERY

LIFT
GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

127415

King Load 464530, Pro: H122732, P, Yellow Carrier Pro: 0191053737

YELLOW TRANSPORTATION
(YFSY)

FREIGHT BILL NUMBER
019-105373

BILL DATE: 12/22/08
DEST/ORIG: RAL 0STP

CHECK DIGIT 7

ORIGINAL
DELIVERY
RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

AUTOCODE
601 N 00
998-1828 OPTION 5
FAX 998-4103

12/29/08    364    0127415
04:12

DATE

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT-    www.myyellow.com

SPECIAL INSTRUCTIONS

SCIRCUIT CITY
H1100 CIRCUIT CITY RD
PMARION IL 62959
EMAIL CONSIGNEE PH: (619-989-1828

HHBR BLOCK
P7601 SETZLER PKWY N
EBROOKLYN PARK MN 55445

PO.#

SHIPPER # 2228012
PIECES

DESCRIPTION

CUST NUMBERS:    RE    363677
                 RE    H122732

//TOTAL CHARGEABLE WEIGHT    302
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

DEC 29 08 8:38

TTL WEIGHT LBS.    PFD/COLL    TTL FREIGHT CHARGES

PPD    NEXT PAGE

AUTHORIZED PHONE#

MODE
DELIVERY

LIFT
GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

King Load 464530, Pro: H122792-P, Yellow Carrier Pro: 0191053737

**YELLOW TRANSPORTATION** (YRSY)

ORIGINAL DELIVERY RECEIPT

**DO NOT WRITE OR STAMP ON BAR CODE**

FREIGHT BILL NUMBER
XXXXXXXXXX    CHECK DIGIT  7

BILL DATE: 12/22/08
DEST/ORIG: SAF/STP

019-105373

**CIRCUIT CITY**
1100 CIRCUIT CITY RD
MARION IL 62959
CONSIGNEE PHN ##418-998-1828

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #
SHIPPER # 2228012
PIECES 04287900008665

DESCRIPTION

12/29/08
0412    364

601 N 00
998-1828 OPTION 5
FAX 998-4103

AUTOCODE

0127415

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT

**1-800-610-6500**

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

## ALL SHIPMENTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE ##
## REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE ##
## @ 804-418-8244,IF APPOINTMENT IS NOT CONFIRMED IN 48 ##
## HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN ##
## ACCELERATED DELIVERY APPOINTMENT. ##
#### DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ####
#### BY CIRCUIT CITY RECEIVING DEPT.  YES ---- NO ---- ####

CLASS    WEIGHT LBS.

I/B TRLR#
CHKR
CITY TRLR#
SS 5041 804 860101

DELIVERED BY

PCS    DATE    DOCK LOC

PCS    RATE    DATE

TTL WEIGHT LBS    PRO/COLL    TTL FREIGHT CHARGES

PPD    NEXT PAGE
AUTHORIZED PHONE #    MM/HH

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

C.O.D. AMT.
WAIT TIME  START    END
TTL PCS
MODE DELIVERY    LIFT GATE    # PIECES SORT & SEG    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DLVY

King Load 464530, Pro: H122732-P, Yellow Carrier Pro: 0191053737

YELLOW TRANSPORTATION
(YRSV)

ORIGINAL DELIVERY RECEIPT

1

FREIGHT BILL NUMBER
XXXXXXXXXXXXX

BILL DATE    019-105373
12/22/08

CHECK DIGIT    7

DEST/ORIG    SAF/STP

CIRCUIT CITY
1100 CIRCUIT CITY RD
MARION IL 62959

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#

SHIPPER #    2228012
PIECES    04887500004665

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08    364
04:12

1-800-610-6500

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION    CLASS    WEIGHT LBS.

AUTOCODE

601 N 00
998-1828 OPTION 5
FAX 998-4103

0127415

TB    DATE
TRLR#

CNXR    PCS

DOCK LOC.

CITY TRLR#    DATE

LDR    PCS

DELIVERED    55:BM:09:£7:0910

PCS    DATE    RATE    TIME    AMT
PW

EXTENSION

NOTE YELLOW TRANSPORTATION'S FINE CHANGED TO 34-0493470, EFF 12/01/08
RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

INSIDE
DELIVERY

LIFT
GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

C.O.D.
AMT:

WAIT TIME
START    END

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES

702    PPD

AUTHORIZED/PRINT

# INVOICE

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| Invoice Number | 20286600 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
1901 Cooper Dr
Ardmore OK   73401

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363678 | 12/15/2008 | 2228011 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 480 | 480 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $7,680.00 |
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |

| | |
|---|---|
| Subtotal | $27,600.00 |
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $27,600.00 |

King Load 464531, Pro: H122733-P, Yellow Carrier Pro: 0191053746

YELLOW TRANSPORTATION (YRW)

ORIGINAL DELIVERY RECEIPT

1

CHECK DIGIT    6

FREIGHT BILL NUMBER
019-105374

BILL DATE  12/22/08    SHR/STP

DESTINATION:
CIRCUIT CITY
1901 COOPER DR
ARDMORE OK 73401
Fax  CONSIGNEE PHN ##580-226-3280

MRR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2228011

SHIPPER#04787500000066048

PIECES   PKG

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
04:36    364

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OTHER SERVICES AT:    www.myyellow.com

DESCRIPTION

** ALL SHPMNTS INCLUDING COMPUTR PERIPHITALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES   NO   ***

DROPPED TRAILER SUBJECT TO VERIFICATION UPON UNLOADING.

CLASS    WEIGHT LBS.    ARDMORE OK USA

'08 DEC 29 15:55

CIRCUIT CITY DC

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100--

0123592

I/O TRLR#   CHKR   PCS   DATE

DOCK LOC

CITY TRLR#   LDR   PCS   DATE

DELIVERED BY

DC    DATE    TIME    AM PM

RATE    EXTENSION

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
PP'D    NEXT PAGE

AUTHORIZED PHONE #
(    )    -

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS    # PIECES
SORT & SEG

LIFT GATE    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

INSIDE DELIVERY

C.O.D.
AMT:

WAIT TIME
START   AM/PM    END   AM/PM

YELLOW TRANSPORTATION
(YRW)

FREIGHT BILL NUMBER
019-105374

BILL DATE: 12/22/08

DEST/ORIG: 8HR/8TP

CHECK DIGIT 6

CIRCUIT CITY
1901 COOPER DR
ARDMORE OK 73401
*** CONSIGNEE PH# **580-226-3280

PARK BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.# 2228011
SHIPPER#*047875000008606B

PIECES 1  PKG 1

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL DELIVERY RECEIPT

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com
SPECIAL INSTRUCTIONS

DROPPED TRAILER
COUNT SUBJECT TO VERIFICATION

12/29/08
04:36    364

ADVOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 £100~

01,235.92    DATE

I/B TRLR#    CHKR    PCS    DATE
DOCK LOC
CITY TRLR#    PCS    DATE
LDR
DELIVERED BY    DATE
TIME    AM PM
EXTENSION

CIRCUIT CITY 00

DESCRIPTION    CLASS    WEIGHT LBS    RATE

ARDMORE, OK USA

'08 DEC 29 15:55

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0422670 EFF 10/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL. WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
293    PPD

C.O.D. AMT:

AUTHORIZED PHONE #    (          )

WAIT TIME    START    END    AM/PM

TTL PCS    # PIECES SORT & SEG    # PIECES SORT & SEG    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV
1

INSIDE DELIVERY    LIFT GATE

King Load 464531, Pro: H122733-P, Yellow Carrier Pro: 0191053746

YELLOW TRANSPORTATION
(YRW)

ORIGINAL DELIVERY RECEIPT

CHECK DIGIT   6

FREIGHT BILL NUMBER
019-105374

BILL DATE:  12/22/08
QUESTIONS:  SHR/STP

CIRCUIT CITY
1901 COOPER DR
ARDMORE OK 73401
CONSIGNEE PHH **580-226-3280

MGR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#
SHIPPER# 04787500000066048

CUST NUMBERS:  RE  3636478
                RE  H122733

//TOTAL CHARGEABLE WEIGHT
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS
**** SHIPPER LOAD AND COUNT ****

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   364
04:36

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY ALSO REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT    www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

PIECES  PKG

AUTOCODE
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100--

MB TRLR#  CNFR          PCS          DATE      0123592

CITY TRLR#          PCS          DATE

LDR          PCS          DATE

DELIVERED BY

CREDIT CITY
ARDMORE, OK USA

'08 DEC 29 15:55

PCS   DATE   RATE   EXTENSION

CLASS   WEIGHT LBS.   TTL WEIGHT LBS.   PPD-COLL   TTL FREIGHT CHARGES
                                        PPD   NEXT PAGE

C.O.D.
AMT.

WAIT TIME
START          MMPM
END            MMPM

CONSTRUCTION
SITE DELV

RESIDENTIAL
DELIVERY

AUTHORIZED PHONE #
(        )

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

INSIDE DELIVERY

LIFT GATE

# PIECES
SORT & SEG

King Load 464531, Pro: H122733-P, Yellow Carrier Pro: 0191053746

YELLOW TRANSPORTATION
(YRW)

FREIGHT BILL NUMBER
019-105374

BILL DATE: 12/22/08
DEST/ORIG: SHR/STP

CIRCUIT CITY
1701 COOPER DR
ARDMORE OK 73401
*** CONSIGNEE PH# #*580-226-3280
HAR BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

D.N 2228011
SHIPPER# 047E7E00100066068
PIECES   PKG  T

ORIGINAL
DELIVERY
RECEIPT

CHECK
OUT        6

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
04:36      364

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT:    www.myyellow.com

SPECIAL INSTRUCTIONS
SEE DETAILED MESSAGES AT BOTTOM

DESCRIPTION

1    PALLET(S) (STC 163 CTN) DISCS
     168910/1 CL70
     //DELIVER 12/29 OR 12/30 ONLY
     FUEL SURCHARGE-EE-15.1% INCREASE-PPD
     *** D I M E N S I O N   I N F O ***
     PIECES      WIDTH      HEIGHT
       1           1          1
     DIMENSIONAL FACTOR:      133
     CHARGEABLE (GAD) WEIGHT:      293

*** EXACT EXPRESS SHIPMENT ***
ARRIVED AT CONSIGNEE DAMAGED

ROUT DOC
313 N 01
APPT REQUIRED
VIA INTERNET
APP 12/29 1100-

0123592

DATE
1-21

DOCK LOC

DATE

I/B
TRLR

CNKR

CITY TRLR

LDR

DELIVERED BY

PCS
1

DATE
1/29

PCS
1

PCS
2

TIME
3 5/ 11

EXTENSION

ARDMORE OK USA

'08 DEC 29 15:55

CLASS    WEIGHT LBS.    RATE    TTL FREIGHT CHARGES

TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGES
                  PPD         NEXT FACE

C.O.D.
AMT

WAIT TIME    START    END

AUTHORIZED PHONE #
(          )

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

CONSTRUCTION
SITE DELV

RESIDENTIAL
DELIVERY

# PIECES
SORT & SEG

LIFT
GATE

INSIDE
DELIVERY

TTL PCS
163

# INVOICE

## H&R Block Digital Tax Solutions LLC

**Block Financial Corporation  Duns# 80-123-1507**
**One H&R Block Way**
**Kansas City MO   64105**
**(816) 854-5335**

| Invoice Number | 20286601 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
680 S Lemon Ave
Walnut CA   91789

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363679 | 12/15/2008 | 2228010 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 120 | 120 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $1,920.00 |
| 498 | 498 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $19,920.00 |

| Subtotal | $21,840.00 |
|---|---|
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $21,840.00 |

King Load 464568, Pro: H122734-P, Yellow Carrier Pro: 0191063755

YELLOW TRANSPORTATION
(YFSY)
XXXXXXXXX XXXXXXX

FREIGHT BILL NUMBER
019-105375

BILL DATE: 12/22/08

DEST/ORIG: LOS/BTP

CHECK DIGIT 5.

CIRCUIT CITY
690 S LEMON AVE
WALNUT CA 91789

MGR BLOCK
17601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.# 2226010
SHIPPER # 0132926000066064

1    PALLET(S) (STC 103 CTN) DISCS
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

*** DIMENSION INFO ***
PIECES    LENGTH    WIDTH    HEIGHT
1          1        1        1
DIMENSIONAL FACTOR:
CHARGEABLE (GAD) WEIGHT:

12-30-08

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08    05:56    364    90

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY RECOVER PICKUPS, TRADE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: - WWW.MYYELLOW.COM

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

Door#: P11    12215.8

*** EXACT EXPRESS! TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY 7:16 AM

215
DROPPED TRAILER
COUNT SUBJECT TO VERIFICATION
UPON UNLOADING

ORIGINAL DELIVERY RECEIPT

AUTOCODE
820
FAX APPTS. ONLY
FOR 100 OR 1000LBS-

RDHY0093489

DOCK LOC.

L/D TRLR#

CMKR    CITY TRLR#    DATE

DLVRD BY    TIME    EXTENSION

DELIVERED BY

PCS    WEIGHT LBS    CLASS    RATE    AMT

FTL WEIGHT LBS    TTL FREIGHT CHARGES

PPO/COLL    PPD    NEXT PAGE

C.O.D. AMT.

WAIT TIME    START    ENG    AM/PM

AUTHORIZED PHONE #

RECEIVED IN GOOD CONDITION UNLESS NOTED    AUTHORIZED EXCEPTIONS NOTED BY

RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

INSIDE DELIVERY    LIFT GATE    # PIECES SORT & SEG

TTL PCS    103

King Load 464568, Pro: H122734-P, Yellow Carrier Pro: 019105375

YELLOW TRANSPORTATION
(YRY)
Drafting Possibilities. We Will Car. ~xx-xxx-xxxxxxx

FREIGHT BILL NUMBER
019-105375

CHECK DIGIT 5

BILL DATE: 12/22/08    I.08/STP
DEST/ORIG.

CIRCUIT CITY
680 S LEMON AVE
WALNUT CA 91789
FROM CONSIGNEE PHN xx909-595-0474

SH8R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#    2228010
SHIPPER# 0428750000046044
PRO#

1
ORIGINAL
DELIVERY
RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
05:56    364

AUTOCODE
820
FAX APPTS. ONLY
FOR 100 OR 1000LBS

RDNY0093489

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

DESCRIPTION

CUST NUMBERS:    RE    363679
                 RE    H122734

//TOTAL CHARGEABLE WEIGHT    215
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED"
//SERVICE" OR "REMOTE" POINTS.
***** SHIPPER LOAD AND COUNT *****

CLASS    WEIGHT LBS.

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

INSIDE
DELIVERY

LIFT
GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

COD
AMT.

WAIT TIME
START ___ AM/PM    END ___ AM/PM

TTL WEIGHT LBS    APPD/COLL    TTL FREIGHT CHARGES
                  PPD    NEXT PAGE

AUTHORIZED PHONE (___) ___ - ____

King Load 464568, Pro: H122734-P, Yellow Carrier Pro: 0191053755

YELLOW TRANSPORTATION
(YRSV)

Carrying Prohibited. Yellow Corp **XXXXXXX XXXXXXX**

FREIGHT BILL NUMBER
019-105375

CHECK DEPT

BILL DATE  12/22/08
DEST/ORIG  L08/STP

CIRCUIT CITY
680 S LEMON AVE
WALNUT CA 91789

SH&R BLOCK
CONSIGNEE PHN #*909-595-2434
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2228010
SHIPPER  04287500000066044
PIECES

DESCRIPTION

** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
** ACCELERATED DELIVERY APPOINTMENT. **
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.  YES _____ NO _____ ***

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
05:56    364

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR CUSTOMER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

ORIGINAL
DELIVERY
RECEIPT

AUTOCODE
820
FAX APPTS. ONLY
FOR 100 OR 1000LBS!

RDNY0093489

MB TRLR/V    CHKR    DATE    DOCK LOC

CITY TRLR/V    PCS

LDR    PCS    DATE

DELIVERED BY    PCS    DATE    RATE    TIME

EXTENSION

CLASS    WEIGHT LBS.

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

C.O.D. AMT.

WAIT TIME  START ____AM/PM    END ____AM/PM

# PIECES SORT & SEG

RESIDENTIAL DELIVERY

CONSTRUCTION SITE DELV

TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES
PPD    NEXT PAGE

AUTHORIZED BY PHONE #  ( ____ ) ____ - ____

LIFT GATE

INSIDE DELIVERY

TTL PCS

King Load 464568, Pro: H122734-P, Yellow Carrier Pro: 0191053755

YELLOW TRANSPORTATION
(YRC)

FREIGHT BILL NUMBER
019-105375

BILL DATE: 12/22/08
DEST/ORIG: LOS/STP

CHECK DIGIT: 5

XXXXXXX-XXXXXX

CIRCUIT CITY
680 S LEMON AVE
WALNUT CA 91789
BILL CONSIGNEE PHN 909-595-0414

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #  2228010
PIECES #  0473750000066044

DESCRIPTION

** EXACT EXPRESS SERVICE **
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
05:56   364

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:

1-800-610-6500

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

AUTOCODE
820
FAX APPTS. ONLY
FOR 100 OR 1000LBS

RDMY0093489

I/B TRLR#         DATE

CHK#    PCS    DOCK LOC

CITY TRLR#        DATE

LDR     PCS    DATE

DELIVERED BY

PCS    DATE    RATE    TIME   AM PM
                               EXTENSION

CLASS    WEIGHT LBS.    TTL WEIGHT LBS.    PPD/COLL    TTL FREIGHT CHARGES

215    PPD

C.O.D. AMT.

WAIT TIME  START ___ MIN ___ END ___ MIN ___

AUTHORIZED PHONE #  (    )

NOTE YELLOW TRANSPORTATION'S ETMA CHANGED TO 34-0432670 EFF 10/01/08
RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

INSIDE DELIVERY

LIFT GATE

# PIECES
SORT & SEG

RESIDENTIAL DELIVERY

CONSTRUCTION SITE DELV

# INVOICE

## H&R Block Digital Tax Solutions LLC

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO    64105*
*(816) 854-5335*

| Invoice Number | 20286602 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA    23233-1464

**Ship To:**

Circuit City
400 Long Fellow Court, Suite A
Livermore CA    94550

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363680 | 12/15/2008 | 2228009 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 90 | 90 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $1,440.00 |
| 504 | 504 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $20,160.00 |

| Subtotal | $21,600.00 |
|---|---|
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $21,600.00 |

King Load 464569, Pro: H122735-P, Yellow Carrier Pro: 0191053672

YELLOW TRANSPORTATION
(YPSD)
XXX XXXXXXXXXX

FREIGHT BILL NUMBER
019-105367

BILL DATE: 12/22/08

DESTINATION: TCY/STP

CIRCUIT CITY
400 LONG FELLOW COURT STE A
LIVERMORE CA 94550

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. # 2228009

SHIPPER # 04787590000066063

DO NOT WRITE OR STAMP ON BAR CODE

ORIGINAL DELIVERY RECEIPT

CHECK DIGIT 2

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT    www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

DESCRIPTION

PIECES    1

1   PALLET(S) (STC 99 CTN) DISCS
168910/1 CL70
//DELIVER 12/29 OR 12/30 ONLY
FUEL SURCHARGE-EE-15.1% INCREASE-PPD

*** DIMENSION INFO ***
PIECES    LENGTH    WIDTH    HEIGHT
1         1         1        1        133

DIMENSIONAL FACTOR:    210
CHARGEABLE (GAD) WEIGHT:

WEIGHT    CLASS    210

RE (** EXACT EXPRESS; TIME ARRIVED AT CONSIGNEE TO MAKE DELIVERY

Exact Express

AUTOCODE
S12
CONF #1237328
DROP TRAILER
APP 12/30 0500-13(

12/28/08
03:23    364

0126778

CHKR    PCS    DATE

CITY TRLR#    DOCK LO(

LDR    PCS    DATE

NEXT PAGE

TTL FREIGHT CHARGE: PPD

TTL WEIGHT LBS.    PPD/COLL

C.O.D.
CHECK    CASH    CERTIFIED
AMT:

AUTHORIZED PHONE #

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

# PIECES SORT & SEG

LIFT GATE

INSIDE DELIVERY

King Load 464569, Pro: H122735-P, Yellow Carrier Pro: 019105367Z

DO NOT WRITE OR STAMP ON BAR CODE

YELLOW TRANSPORTATION
(YRSY)

FREIGHT BILL NUMBER
019-105367

BILL DATE: 12/22/08

DEST/ORG: ICY/BTP

CHECK DGT: 2

ORIGINAL DELIVERY RECEIPT

CONS-NAME
CIRCUIT CITY
400 LONG FELLOW COURT STE A
LIVERMORE CA 94550

SHIP-NAME
H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. #   2228009

SHIPPER #   04727500000066063

PIECES

DESCRIPTION

CUST NUMBERS:   RE   363680
                RE   H122735   210

//TOTAL CHARGEABLE WEIGHT   210
//TOTAL CHARGES INCLUDE ANY FEES
//FOR SERVICE PROVIDED TO "EXTENDED
//SERVICE" OR "REMOTE" POINTS.
*****  SHIPPER LOAD AND COUNT  *****

12/28/08
03:23   364

QUESTIONS? CONTACT OUR CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT   www.myyellow.com

SPECIAL INSTRUCTIONS:

CLASS        WEIGHT LBS.

AUTOCODE
512   CONF #1237328
DROP TRAILER
APP 12/30 0500-131

0126778

PCS        DATE

CHGR

DOCK LOC

U/S
TRLR#

CITY TRLR#            PCS        DATE

LDR

DELIVERED BY

PCS   DATE   RATE   EXTENSION   TIME

TTL WEIGHT LBS.   PPD/COLL   TTL FREIGHT CHARGES
                  PFD        NEXT PAGE

AUTHORIZED PHONE # (      )

*Exact Express*

C.O.D.
AMT:

WAIT TIME
START ___ __MPH   END ___ __MPH

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL PCS

LIFT GATE

# PIECES
SORT & SEG

RESIDENTIAL
DELIVERY

CONSTRUCTION
SITE DELV

INSIDE
DELIVERY

King Load 464569, Pro: H122735-P, Yellow Carrier Pro: 0191053672

**Exact Express**

YELLOW TRANSPORTATION (YFSY)

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

1-800-610-6500

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT.

YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

FREIGHT BILL NUMBER
018-105367

BILL DATE: 12/22/08
DEST/ORIG: TCY/STP

CHECK DIGIT: 2

CIRCUIT CITY
400 LONG FELLOW COURT STE A
LIVERMORE CA 94550

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#  2228009
SHIPPER# 047875030000066063

12/28/08
03:23   364

AUTOCODE
512
CONF #1237328
DROP TRAILER
APP 12/30 0500-130

0126778

SPECIAL INSTRUCTIONS

** ALL SHIPMENTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE **
** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE **
** @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 **
** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN **
*** ACCELERATED DELIVERY APPOINTMENT. ***
*** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY ***
*** BY CIRCUIT CITY RECEIVING DEPT.   YES ----   NO ---- ***

DESCRIPTION   CLASS   WEIGHT LBS.

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

TTL. WEIGHT LBS.   PRO/COLL   TTL FREIGHT CHARGES
PPD   NEXT PAGE

AUTHORIZED PHONE #
(       )

C.O.D. AMT.

TTL. PCS

King Load 464569, Pro: H122735-P, Yellow Carrier Pro: 0191053672

**Exact Express**

YELLOW TRANSPORTATION (YDSY)

ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

FREIGHT BILL NUMBER
019-105367

BILL DATE: 12/22/08    ICY/STP

DEBTOR/ORIG: CIRCUIT CITY
400 LONG FELLOW COURT STE A
LIVERMORE CA 94550

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O. # 2228009
SHIPPER # 042375000006063
PIECES

DESCRIPTION

*** EXACT EXPRESS SERVICE ***
XPRS DATE: 12/29/08
DELIVER BY: 17:00 LOCAL TIME

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE
ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS

CLASS    WEIGHT LBS.

12/28/08
03:23    364

0126778

AUTOCODE
512
CONF #1237320
DROP TRAILER
APP 12/30 0500-13

I/B TRLR#    CHKR    PCS    DATE

CITY TRLR#    DOCK LOC

LDR    PCS    DATE

DELIVERED BY

PCS    DATE    TIME

RATE    EXTENSION

NOTE: YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF 10/01/08

RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X PRIN

X SIGN

TTL PCS    # PIECES SORT & SEG

INSIDE DELIVERY    LIFT GATE    RESIDENTIAL DELIVERY    CONSTRUCTION SITE DELV

C.O.D. AMT.    WAIT TIME    TTL WEIGHT LBS    PPD/COLL    TTL FREIGHT CHARGE
START    END    210    PPD

AUTHORIZED PHONE #
(    )

# INVOICE

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation  Duns# 80-123-1507*
*One H&R Block Way*
*Kansas City MO   64105*
*(816) 854-5335*

| Invoice Number | 20286603 |
|---|---|
| Date | 12/22/2008 |
| Page | 1 |

**Bill To:**

Circuit City
ATTN: Accounts Payable
9950 Mayland Drive
Richmond VA   23233-1464

**Ship To:**

Circuit City
4000 Township Line Rd
Bethlehem PA   18020

| Order Number | Order Date | Purchase Order | Ship Date | Payment Terms |
|---|---|---|---|---|
| 363681 | 12/15/2008 | 2228008 | 12/22/2008 | 05/31/2008 |

| Order Qty | Ship Qty | B/O Qty | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 42 | 42 | 0 | 1033600-08 | HRB TaxCut 08 Basic + Efile | $16.00 | $672.00 |
| 504 | 504 | 0 | 1336600-08 | HRB TaxCut 08 Premium Federal+State+Ef | $40.00 | $20,160.00 |
| 198 | 198 | 0 | 1333600-08 | HRB TaxCut 08 Premium Federal + Efile | $28.00 | $5,544.00 |

| Subtotal | $26,376.00 |
|---|---|
| Trade Discount | $0.00 |
| Misc | $0.00 |
| Freight | $0.00 |
| Total | $26,376.00 |

YELLOW TRANSPORTATION (YFSY)

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   00:15   364

AUTOCODE **304**

CONF # 1237413

APP 12/29   —

I/B TRLR# 0130691

FREIGHT BILL NUMBER **019-105368**

BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

**1** CHECK DIGIT

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT: www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

P.O. # 2228008
SHIPPER # 0478750000066062

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | ** ALL SHPMNTS INCLUDING COMPUTERS,PERIPHIALS & SOFTWARE ** | | | | |
| | | ** REQUIRE APPOINTMENT VIA FAX TO CIRCUIT CITY SCHEDULE ** | | | | |
| | | @ 804-418-8244.IF APPOINTMENT IS NOT CONFIRMED IN 48 ** | | | | |
| | | ** HRS CONTACT SCOTT ANDERSON @ 800.627.2274X4237 FOR AN ** | | | | |
| | | ** ACCELERATED DELIVERY APPOINTMENT. | | | | |
| | | *** DRIVER ASSIST, SORT AND SEG NOTIFICATION VERIFIED BY *** | | | | |
| | | ** BY CIRCUIT CITY RECEIVING DEPT. YES _____ NO _____ *** | | | | |

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X SIGN   /   X PRINT

C.O.D. AMT:

TTL WEIGHT LBS.   PPD/COLL **PPD**   TTL FREIGHT CHARGES **NEXT PAGE**

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START _____ END _____ | AUTHORIZED PHONE # ( _____ ) _____ - _____ |

---

YELLOW TRANSPORTATION (YFSY)

**1** ORIGINAL DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08   00:15   364

AUTOCODE **304**

CONF # 1237413

APP 12/29   —

I/B TRLR# 0130691

FREIGHT BILL NUMBER **019-105368**

BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

**1** CHECK DIGIT

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
CONSIGNEE PH# 610-882-2570

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT: www.myyellow.com

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

SPECIAL INSTRUCTIONS

P.O. # 2228008
SHIPPER # 0478750000066062

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | ** EXACT EXPRESS SERVICE ** | | | | |
| | | XPRS DATE: 12/29/08 | | | | |
| | | DELIVER BY: 17:00 LOCAL TIME | | | | |

NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 34-0492670 EFF. 10/01/08

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY
X SIGN   /   X PRINT

C.O.D. AMT:

TTL WEIGHT LBS. **252**   PPD/COLL **PPD**   TTL FREIGHT CHARGES

| INSIDE DELIVERY | | LIFT GATE | | # PIECES SORT & SEG | | RESIDENTIAL DELIVERY | | CONSTRUCTION SITE DELV | | WAIT TIME START _____ END _____ | AUTHORIZED PHONE # ( _____ ) _____ - _____ |

YELLOW TRANSPORTATION
(YPSY)
XXNXXXXXXXXXXXX

1 ORIGINAL
DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
00:15   364

AUTOCODE
304
CONF # 1237413
130729
APP 12/29

FREIGHT BILL NUMBER
019-105368

1 CHECK DIGIT

BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
*** CONSIGNEE PH# **610-882-2570

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#   2228008
SHIPPER# 0478750000066062

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS
SEE CANNED MESSAGES AT BOTTOM

I/B TRLR#   0130691
CHKR   POS   DATE
CITY TRLR#   130729
LDR   POS   DATE
DELIVERED BY
PCS   DATE   TIME
BPO 12-29

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | *** EXACT EXPRESS: TIME ARRIVED AT CONSIGNEE TO CONE DELIVERY *** | | | | |
| 1 | | PALLET(S) (STC 124 CTN) DISCS | | | | |
| | | 168910/1 CL70 | | 252 | | |
| | | //DELIVER 12/29 OR 12/30 ONLY | | | | |
| | | FUEL SURCHARGE-EE-15.1% INCREASE-PPD | | | | |
| | | *** D I M E N S I O N   I N F O *** | | | | |
| | | PIECES   LENGTH   WIDTH   HEIGHT | | | | |
| | | 1      1      1      1 | | | | |
| | | DIMENSIONAL FACTOR: | | 133 | | |
| | | CHARGEABLE (GAD) WEIGHT: | | 252 | | |

TTL PCS   124 ctns   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

C.O.D. AMT:   TTL WEIGHT LBS   PPD/COLL   TTL FREIGHT CHARGES   PPD   NEXT PAGE

INSIDE DELIVERY ☐   LIFT GATE ☐   # PIECES SORT & SEG ☐   RESIDENTIAL DELIVERY ☐   CONSTRUCTION SITE DELV ☐   WAIT TIME START ___ AM/PM   END ___ AM/PM   AUTHORIZED PHONE # ( ___ ) ___

---

YELLOW TRANSPORTATION
(YPSY)
*XXXXXXXXXXXXXX

1 ORIGINAL
DELIVERY RECEIPT

DO NOT WRITE OR STAMP ON BAR CODE

12/29/08
00:15   364

AUTOCODE
304
CONF # 1237413

APP 12/29

FREIGHT BILL NUMBER
019-105368

1 CHECK DIGIT

BILL DATE: 12/22/08
DEST/ORIG: ALE/STP

CIRCUIT CITY
4000 TOWNSHIP LINE RD
BETHLEHEM PA 18020
*** CONSIGNEE PH# **610-882-2570

H&R BLOCK
7601 SETZLER PKWY N
BROOKLYN PARK MN 55445

P.O.#   2228008
SHIPPER# 0478750000066062

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
1-800-610-6500
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT:   www.myyellow.com

SPECIAL INSTRUCTIONS

I/B TRLR#   0130691
CHKR   POS   DATE
CITY TRLR#
LDR   PCS   DATE
DELIVERED BY
PCS   DATE   TIME

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| | | CUST NUMBERS:   RE   363681 | | | | |
| | | RE   H122736 | | | | |
| | | //TOTAL CHARGEABLE WEIGHT   252 | | | | |
| | | //TOTAL CHARGES INCLUDE ANY FEES | | | | |
| | | //FOR SERVICE PROVIDED TO "EXTENDED | | | | |
| | | //SERVICE" OR "REMOTE" POINTS. | | | | |
| | | ***** SHIPPER LOAD AND COUNT ***** | | | | |

TTL PCS   RECEIVED IN GOOD CONDITION AND SERVICE AUTHORIZED EXCEPT AS NOTED BY

C.O.D. AMT:   TTL WEIGHT LBS.   PPD/COLL   TTL FREIGHT CHARGES   PPD   NEXT PAGE

INSIDE DELIVERY ☐   LIFT GATE ☐   # PIECES SORT & SEG ☐   RESIDENTIAL DELIVERY ☐   CONSTRUCTION SITE DELV ☐   WAIT TIME START ___ AM/PM   END ___ AM/PM   AUTHORIZED PHONE # ( ___ ) ___

# Credit Memo

## *H&R Block Digital Tax Solutions LLC*

***Block Financial Corporation***
*One H&R Block Way*
*Kansas City, MO 64105*
*(816) 854-5335*

| | |
|---|---|
| **Number** | 18483 |
| **Date** | 2/12/2009 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN:  Accounts Payable

9950 Mayland Drive
Richmond, VA 23233-1464

| Customer Number | 12400 | | Reference Number | FY09 $3 UNIT JAN09 | |
|---|---|---|---|---|---|
| Quantity | Item Number | Description | | Unit Price | Extended Price |
| 6,303 | TAXDISC/REB | TaxCut Discounts/Rebates | | $3.00 | $18,909.00 |

$3 per unit sold 1/1/09-1/31/09

| | |
|---|---|
| **Disc Comm** | $0.00 |
| **Subtotal** | $18,909.00 |
| **Total** | $18,909.00 |

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


ADVERTISING BILLING MEMORANDUM


TO: H&R BLOCK DIGITAL TAX SOLUTION          DATE:  2/11/09
    ONE H&R BLOCK WAY
    ATTN ACCOUNTS RECEIVABLE
    KANSAS CITY, MO 64105

ATTN:                                        VB #:  _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|------------|----------|-----------|------------|------|-------------|--------|
| 2/06 | AA | | AA | C | 97776DV#71097 | 18,909.00 |

                                  AMOUNT DUE:                18,909.00


PREPARED BY: ADVERTISING ACCOUNTING     DANA GRIFFIN

ATTACHMENTS: _____

CC: _____

                <<< C O P P E R >>>

# Credit Memo

## *H&R Block Digital Tax Solutions LLC*

*Block Financial Corporation*
*One H&R Block Way*
*Kansas City, MO 64105*
*(816) 854-5335*

| | |
|---|---|
| **Number** | 18482 |
| **Date** | 2/12/2009 |
| **Page** | 1 |

**Bill To:**

Circuit City
ATTN:  Accounts Payable

9950 Mayland Drive
Richmond, VA 23233-1464

| Customer Number | 12400 | | Reference Number | FY09 $3 UNIT DEC09 | |
|---|---|---|---|---|---|
| **Quantity** | **Item Number** | **Description** | | **Unit Price** | **Extended Price** |
| 324 | TAXDISC/REB | TaxCut Discounts/Rebates | | $3.00 | $972.00 |

$3 per unit based on sell through from
12/1/08-12/31/08.

| | |
|---|---|
| **Disc Comm** | $0.00 |
| **Subtotal** | $972.00 |
| **Total** | $972.00 |

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


### ADVERTISING BILLING MEMORANDUM


TO: H&R BLOCK DIGITAL TAX SOLUTION          DATE:  2/11/09
    ONE H&R BLOCK WAY
    ATTN ACCOUNTS RECEIVABLE
    KANSAS CITY, MO 64105

ATTN:                                        VB #: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 1/27 | AA | | AA | C | 97768DV#71097 | 972.00 |

                                   AMOUNT DUE:          972.00


PREPARED BY: ADVERTISING ACCOUNTING    DANA GRIFFIN

ATTACHMENTS: _____

CC: _____

<<< C O P P E R >>>



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA  23233-1464

January 23, 2009

Savina Simone
H&R BLOCK DIGITAL TAX SOLUTION
213 Brown Backs Church Road
Spring City, PA 19475

Dear Savina Simone,

This is to confirm $972.00 committed by Savina Simone offered to Circuit City Stores
Inc., effective 12/01/2008.  These funds are for $3 per unit sold MDF for all TaxCut skus
for the month of December.  Supporting details are attached.

Payment is due by 01/23/2009 and will be collected via a deduction from the vendor's
A/P balance for chargeback # 97768.

All other terms and conditions remain the same.

Sincerely,


Ashley Ohlschlager



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

02/05/2009

Savina Simone
H&R BLOCK DIGITAL TAX SOLUTION
213 Brown Backs Church Road
Spring City, PA 19475

Dear Savina Simone,

This is to confirm $18,909.00 committed by Savina Simone offered to Circuit City Stores
Inc., effective 01/01/2009.  These funds are for $3 per unit sold MDF for all TaxCut skus
for the month of January..  Supporting details are attached.

Payment is due by 01/31/2009 and will be collected via a deduction from the vendor's
A/P balance for chargeback # 97776.

All other terms and conditions remain the same.

Sincerely,


Ashley Ohlschlager