Dec. 3, 2009

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca.
93403-8103

Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad St. Rm. 5000
Richmond, Va. 23219



RICHMOND DIVISION
FILED
DEC 0 8 2009
CLERK
U.S. BANKRUPTCY COURT

RE: IN RE CIRCUIT CITY STORES, INC.     No. 08-35653 (KRH)

Dear Clerk,

Upon receipt of Debtor's Sixtieth Omnibus Objection To Claims, I prepared my Opposition.

However, being a California state prison inmate, even though I left it for legal document copying on November 28, 2009, due to state "furlough days" prison staff were late in copying it for filing and service. Then due to security "lockdowns" I cannot even pick up the original and copies for mailing.

Thus pursuant to the "prison mailbox rule" (Houston v. Lack (1988) 487 U.S. 266, 275-76) my Opposition should be deemed FILED in a timely manner irrespective of the stated Dec. 14, 2009 4:00 P.M. physical cut-off.

Debtor's Sixtieth Omnibus Objection is another fraud and I will not allow it to go unchallenged.

Thanks,
Bruce Senator

1.