IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
DEC 0 8 2009
CLERK
U.S. BANKRUPTCY COURT

------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
CIRCUIT CITY STORES, INC., et al.               :   Case No. 08-35654
                                                :
      Debtors                                   :   Jointly Administered with
                                                :   Case No. 08-35653
------------------------------------------------x

## PROOF OF SERVICE

STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

On Thursday, December 03, 2009 I served the foregoing document described as:

- **CREDITOR ROBERT GENTRY'S RESPONSE TO DEBTOR'S SIXTIETH OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))]**

- **CREDITOR JACK HERNANDEZ'S RESPONSE TO DEBTOR'S THRITY-FIRST OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))]**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

Rex Darrell Berry
BERRY & BLOCK, LLP
2150 River Plaza Dr. Ste. 415
Sacramento, CA 95833
Fax: 916-564-2024
RBerry@berryblock.com

| | |
|---|---|
| 1 | Kelly L. Hensley |
|   | SHEPPARD, MULLIN, RICHTER AND HAMPTON |
| 2 | 333 S. Hope Street, 48th Floor |
|   | Los Angeles, CA 90017 |
| 3 | |
|   | David R. Markham |
| 4 | R. Craig Clark |
|   | James M. Treglio |
| 5 | CLARK & MARKHAM, LLP |
| 6 | 600 B Street, Suite 2130 |
|   | San Diego, CA 92101 |
| 7 | |
|   | Kristin Major |
| 8 | Meredith Edelman |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 9 | 300 South Grand Avenue |
| 10 | Los Angeles, CA 90071 |
|    | Fax: (213) 687-5600 |
| 11 | |
|    | Circuit City Stores, Inc., et al. |
| 12 | Claims Processing Department |
|    | KURTZMAN CARSON CONSULTANTS LLC |
| 13 | 2335 Alaska Avenue |
| 14 | El Segundo, CA 90245 |
| 15 | Sarah K. Baker |
|    | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 16 | 155 North Waker Drive |
| 17 | Chicago, IL 60606 |
| 18 | Dion W. Hayes |
|    | Douglas Foley |
| 19 | MCGUIREWOODS LLP |
|    | One James Center |
| 20 | 901 E. Cary Street |
| 21 | Richmond, VA 23219 |
| 22 | |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | |
| 27 | |
| 28 | |

(X) **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelopes would be deposited with the U.S. postal service on Thursday, December 03, 2009 with postage thereon fully prepaid, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Thursday, December 03, 2009, at San Francisco, California.

_Brittany Gery_