# Exhibit A



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0818 Fax (852) 2344 0810

Invoice No : MAD080909A
Date : 9-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106351
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE 42E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwardor | Ex. Rate | Payment Terms |
| --- | --- | --- | --- | --- | --- |
| Terry Chan | 9-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
| --- | --- | --- | --- | --- |
| VGDACA | NDSL AC ADAPTER | 792 | $2.31 | $ 1,829.52 |
| VGDPOWSOLN | DS POWER SOLUTION (AC+DC ADAPTER) | 5,016 | $3.79 | $ 19,010.64 |
| VGP2MCONT | PS2 GAMEPAD | 528 | $4.38 | $ 2,312.64 |
| VGPDCA | PSP DC ADAPTER | 672 | $1.47 | $ 987.84 |
| VGWZRSKINS | WII SILICON SKIN | 10,008 | [illegible] | $ [illegible] |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 3,984 | $1.60 | $ 6,374.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 47,928.96 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1605864
Seal No.: KLBAC80523

Sail Date: 15-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
For and on behalf of Madcow International Group Limited
Authorized Signature(s)

David Wu
Managing Director



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD080017A
Date : 17-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# : 2108394
Vendor No. 070027

Vessel/Voyage: OOCL NINGBO 43E38
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWIIFAN | WII COOLING FAN | 4,008 | $3.06 | $ 12,264.48 |
| UGP2TAP4A | PS2 MULTI ADAPTER | 2,508 | $6.10 | $ 15,298.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,563.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU3504754
Seal No.: OOLM559156
Sail Date: 22-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Fortune Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2343 5310 Fax: (852) 2344 0313

Invoice No : MAD080916A
Date : 16-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : INTERTAN CANADA LTD.
Sold To : INTERTAN CANADA LTD.
PO# : 711829
Vendor No. : 070027

Vessel/Voyage: OOCL NEW YORK 70538
Port of Loading: HONG KONG
Port of Destination: VANCOUVER

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | LOGISTICS WORLDWIDE | HKD7.8:USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| 5819233 | DS AND PSP 2IN1 ADAPTER | 2,000 | $4.44 | $ 8,880.00 |
| | FOR HONG KONG | | | |
| | | | TOTAL | $ 8,880.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen China

CONTAINER NO.: OOLU9045301
SEAL NO.: OOLM598315
SAIL DATE: 24-Sep-08

Country of origin. China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

.................................
*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD08092281
Date : 25-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO V 058E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGW2RSKINS | WII SILICON SKIN | 43,200 | $1.74 | $ 75,168.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 75,168.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1633514
Seal No.: S92587

Sail Date: 28-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8313 Fax (852) 2344 0817

Invoice No : MAD080925A
Date : 2-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2116879
Vendor No. : 070827

Vessel/Voyage: OOCL TIANJIN 36E40
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| UGWIIFAN | WII COOLING FAN | 12,000 | $3.06 | $ 36,720.00 |
| UGP2TAP4A | PS2 MULTIPLAYER ADAPTER | 1,008 | $6.10 | $ 6,148.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 65,038.80 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1128905
Seal No.: OOLM595626
Sail Date: 6-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1003, 10/F, Fortune Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818 Fax (852) 2344 8013

Invoice No : MAD080922E
Date : 27-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWDNCPAD | WII DANCE PAD | 15,000 | $7.00 | $ 105,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 105,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6313724, CBHU6119853, TRLU4665070, TTNU4593999
Seal No.: R55369, S92494, R55348, R55283

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
道高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8810 Fax (852) 2344 0013

Invoice No : MAD080922C
Date : 27-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112888
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V 57E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 7,000 | $5.43 | $ 38,010.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 38,010.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU3604726
Seal No.: T09580

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
運高國際集團有限公司

*Authorized Signature(s)*



MADCOW
MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD080922B
Date : 25-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106352
Vendor No : 070827

Vessel/Voyage: COSCO SHANGHAI V.057E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HK07.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 4,152 | $2.31 | $ 9,591.12 |
| VGDDCA | NDSL DC POWER ADAPTER CAR CHARGER | 2,376 | $1.42 | $ 3,373.92 |
| VGDPOWSOLN | DS POWER SOLUTION | 3,360 | $3.79 | $ 12,734.40 |
| VGP2MCONT | PS2 GAME PAD | 2,448 | $4.38 | $ 10,722.24 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER CAR CHARGER | 1,488 | $1.47 | $ 2,187.36 |
| VGPTCS | PSP TRAVEL CASE | 1,000 | $2.01 | $ 2,010.00 |
| VGW2RSKINS | WII SILICON SKIN | 6,816 | $1.74 | $ 11,859.84 |
| VGWSKIN | WIIMOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 73,673.28 |

Factory Name and Address.
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1994559
Seal No.: S92526

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

........................................
*Authorized Signature(s)*

# Exhibit B



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1006, 10/F, Fortuna Plaza 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8310 Fax (852) 2344 0313

Invoice No. : MAD081010C
Date : 10-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112658
Vendor No : 070827

Vessel/Voyage: OOLU ASIA 18E41
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $ 27,150.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,150.00 |

Factory Name and Address.
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date: 13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW

MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8318 Fax (852) 2344 0813

Invoice No : MAD081025A
Date : 25-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# 2153788
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP2MCONT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $ 28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 28,522.[illegible] |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
Authorized Signature(s)

 MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005 10/F, Fortuna Plaza 111-113 How Ming Street Kwun Tong Kowloon Hong Kong
Tel (852) 2344 3519 Fax (852) 2344 8013

Invoice No : MAD081015A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# : 2117215
Vendor No : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E47
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 2,000 | $13.00 | $ 26,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date: 19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

*Authorized Signature(s)*



MADCOW
MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016C
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112891
Vendor No : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HK07.8 USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,500 | $5.20 | $ 85,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
弘高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005 10/F Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 9818 Fax (852) 2344 8818

Invoice No : MAD081016D
Date : 16-Oct-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# 2112892
Vendor No 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading HONG KONG
Port of Destination LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPSULINK | PS3 CHARGING CABLE | 1,240 | $1.85 | $ 2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date: 20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迈高国际集团有限公司

Authorized Signature(s)

MADCOW

MADCOW INTERNATIONAL GROUP LIMITED

[illegible]

Invoice No : MAD081014A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# : 2106353
Vendor No. : 070827

Vessel/voyage: GENOA BRIDGE 43E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 15-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8.USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,046 | $2.11 | $ [illegible] |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,800 | $1.42 | $ 2,556.00 |
| VGDPOWSOLN | US POWER SOLUTION | 1,896 | $3.79 | $ 7,185.84 |
| VGP2MCON1 | PS2 GAME PAD | [illegible] | [illegible] | $ [illegible] |
| VGPACA | PSP AC ADAPTER | [illegible] | [illegible] | $ [illegible] |
| [illegible] | PSP DC POWER ADAPTER, CAR CHARGER | [illegible] | [illegible] | $ [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | $ [illegible] |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.75 | $ 17,514.00 |
| VGWSKIN | WIIMOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1831901
Seal No.: BAJ36317
CCSC SEAL: KS193603
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
[illegible]

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0010 Fax (852) 2344 0713

Invoice No : MAD081016A
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135943
Vendor ## : 070827

Vessel/Voyage: CMA CGM HUGO 1X493E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HK07.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWIINTFAN | WII COOLING FAN | 1,092 | $3.06 | $ 6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: ECMU8022997
Seal No.: 4799938
Sail Date: 21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
遊游國際集團有限公司

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0818 Fax (852) 2344 0813

Invoice No : MAD081025B
Date : 25-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $ 52,050.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210822/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迈高國際集团有限公司

Authorized Signature(s)



MADCOW

MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8018 Fax (852) 2344 8813

Invoice No : MAD081021A
Date : 21-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2124415
Vendor No. : 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH | 4,720 | $14.60 | $ 68,912.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 68,912.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date: 25-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016E
Date : 16-Oct-08
Page 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc
PO# : 2135943
Vendor No : 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 996 | $6.10 | $ 6,075.60 |
| VGPTCS | PSP TRAVEL CASE | 5,000 | $2.01 | $ 10,050.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 16,125.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8618 Fax (852) 2344 8613

Invoice No : MAD081016F
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108394
Vendor No. : 070827

Vessel/Voyage: APL SWEDEN 062-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGF2ACA | PS2 AC ADAPTER | 3,000 | $7.90 | $ 23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081023A
Date : 23-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 3,504 | $14.60 | $ 51,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal.: KS193608; KS193609
Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
港尚國際集團有限公司

Authorized Signature(s)

# Exhibit C

LAW OFFICES
**KEESAL, YOUNG & LOGAN**
A PROFESSIONAL CORPORATION
400 OCEANGATE
LONG BEACH, CA 90802
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE:
(562) 436-7416
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
..R R. BOUTIN
..T T. PRATT
..Y ROSS
..N D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN†
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM†
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI
JAY S. CARLSON†
NATHAN R. JASKOWIAK

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK
RICHARD L. LANDES
DAVID W. TAYLOR±
NANCY HARRISS†
FRANCES L. KEELER

* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
\+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
* REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

November 25, 2008

***Via Overnight Delivery***

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

cc: Circuit City Stores, Inc
Attn: Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA 23233

cc: Circuit City Stores, Inc.
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, VA 23233

cc: Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sarah Baker, Esq.
333 West Wacker Drive
Chicago, IL 60606

cc: McGuirewoods LLP
Attn: Sarah B. Boem, Esq.
One James Center
901 E. Cary Street
Richmond, VA 23219

Re: In re Circuit City Stores, Inc., et al.
Our File No: 7030-1

Dear Sir or Madam:

We represent Madcow International Group Ltd. ("Seller"), who is a Hong Kong based vendor to Circuit City Stores, Inc. ("Debtor").

The Seller has sold certain goods to the Debtor, in the ordinary course of the Debtor's business, which have not been paid for and for which the Seller retains title. This letter constitutes a notice of demand for the return of certain goods purchased by the Debtor from the Seller. Please take notice that pursuant to California Commercial Code 2702, 11 U.S.C. section 546(c), and by virtue of the Debtor's insolvency, the Seller hereby demands the segregation and return of all

SAN FRANCISCO OFFICE
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136 • (415) 981-7729

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

goods identified in the Shipping Record Summaries attached herein as Attachment A (the "Goods") currently in the Debtor's possession and delivered to the Debtor on or after September 26, 2008 (for the avoidance of doubt, the Seller is not demanding the segregation and return of the goods specified in the Seller's commercial invoice nos. MAD080625A, MAD080828A and MAD080903A). Unless the Debtor authorize the return of the Goods immediately or, alternatively, confirm that the full value of the Goods will be offered by the Debtor to the Seller as an "Allowed Reclamation Amount" pursuant to the Orders made by Judge Kevin Huennekens, United States Bankruptcy Judge, on 13 November 2008, further appropriate measures will be taken.

Furthermore, the Seller has an administrative expense claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods provided to the Debtor within the twenty (20) days immediately prior to the petition date. The Seller intends to assert its section 503(b)(9) claims for the goods delivered between October 21, 2008 and November 9, 2008. Based on the Seller's best estimate, the amount of its section 503(b)(9) claim is US$452,794.40.

Please contact the undersigned immediately to make arrangements allowing the Seller to reclaim the Goods.

We look forward to hearing from you shortly.

Very truly yours,

William Collier/James Marissen
*james.marissen@kyl.com*

JAM:tw (KYL_LB1185476)

MADCOW

**MADCOW INTERNATIONAL GROUP LIMITED**

Unit 1009, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818 Fax: (852) 2344 8813

## Shipping Record (Before Oct.21 arrived US)

| Circuity City PO No. | Madcow Commercial Invoice No. | Container No.: | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2078474 | MAD080625A | TTNU9998789 | YAT675208 | DSL CAR ADAPTER | 07/Jul/08 | 20/Jul/08 | $ 1,397.28 |
| | | | | PSP TRAVEL CASE | | | $ 1,099.20 |
| 2106344 | MAD080828A | DFSU4063171 | YAT872362 | NDSL AC ADAPTER | 01/Sep/08 | 14/Sep/08 | $ 3,991.68 |
| | | | | DS POWER SOLUTION | | | $ 18,919.68 |
| | | | | PSP DC POWER ADAPTER, CAR ADAPTER | | | $ 1,058.40 |
| | | | | PSP TRAVEL CASE | | | $ 4,580.00 |
| | | | | WII SILICON SKIN | | | $ 17,413.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 23,961.60 |
| 2112888 | MAD080903A | APLU8978172 | HKG309780 | PS3 CHARGING CABLE | 06/Sep/08 | 20/Sep/08 | $ 3,800.00 |
| 2106351 | MAD080909A | KKFU1605864 | YAT338100 | NDSL AC ADAPTER | 15/Sep/08 | 28/Sep/08 | $ 1,829.52 |
| | | | | DS POWER SOLUTION | | | $ 19,010.64 |
| | | | | PS2 GAME PAD | | | $ 2,312.64 |
| | | | | PSP DC ADAPTER | | | $ 987.84 |
| | | | | WII SILICON SKIN | | | $ 17,413.92 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 6,374.40 |
| 2108394 | MAD080917A | OOLU3504764 | HKG384206 | WII COOLING FAN | 22/Sep/08 | 03/Oct/08 | $ 12,264.48 |
| | | | | PS2 MULTI ADAPTER | | | $ 15,298.80 |
| 711829 | MAD080916A | OOLU9045301 | HKTRT8090296 | DS AND PSP 2IN1 ADAPER | 24/Sep/08 | 11/Oct/08 | $ 8,880.00 |
| 2106352 | MAD080922B1 | CBHU1633514 | YAT428968 | WII SILICON SKIN | 28/Sep/08 | 12/Oct/08 | $ 75,168.00 |
| 2116879 | MAD080925A | GATU1128905 | HKG437499 | PSP PRO GAMER KIT | 06/Oct/08 | 17/Oct/08 | $ 22,170.00 |
| | | | | WII COOLING FAN | | | $ 36,720.00 |
| | | | | PS2 MULTILAYER ADAPTER | | | $ 6,148.80 |
| 2108392 | MAD080922E | CBHU6313724 | YAT434024 | WII DANCE PAD | 05/Oct/08 | 19/Oct/08 | $ 26,208.00 |
| | | CBHU6119853 | | | | | $ 26,208.00 |
| | | TRLU4665070 | | | | | $ 26,208.00 |
| | | TTNU4593999 | | | | | $ 26,376.00 |
| 2112888 | MAD080922C | CBHU3604726 | YAT434024 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 05/Oct/08 | 19/Oct/08 | $ 38,010.00 |
| 2106352 | MAD080922B | CBHU1994559 | YAT428970 | NDSL AC ADAPTER | 05/Oct/08 | 19/Oct/08 | $ 9,591.12 |
| | | | | NDSL DC POWER ADAPTER, CAR CHARGER | | | $ 3,373.92 |
| | | | | DS POWER SOLUTION | | | $ 12,734.40 |
| | | | | PS2 GAME PAD | | | $ 10,722.24 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,187.36 |
| | | | | PSP TRAVEL CASE | | | $ 2,010.00 |
| | | | | WII SILICON SKIN | | | $ 11,859.84 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| | | | | | Total Outstanding Amount USD: | | $ 517,484.08 |

441,262



**MADCOW INTERNATIONAL GROUP LIMITED**
Unit 1005, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel: (852) 2344 8818 Fax: (852) 2344 8813

## Shipping Record (On/After Oct.21, Before Nov.10)

| Circutiy City PO No. | Madcow Commercial Invoice No. | Container No.: | Forwarder Cargo Receipt/Bill of Lading/Air Way Bill No.: | Description of Goods | On Board Date | Arrival Date | Amount USD |
|---|---|---|---|---|---|---|---|
| 2112888 | MAD081010C | GATU1311069 | HKG440304 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 13/Oct/08 | 24/Oct/08 | $ 27,150.00 |
| 2153788 | MAD081025A | BY AIR | HKG4911210409 | PS2 GAME PAD | 27/Oct/08 | 28/Oct/08 | $ 28,522.56 |
| 2117215 | MAD081015A | TRLU5455062 | YAT456400 | DRUM BENCH | 19/Oct/08 | 31/Oct/08 | $ 26,000.00 |
| 2112891 | MAD081016C | TGHU9477310 | HKG481442 | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 20/Oct/08 | 31/Oct/08 | $ 85,800.00 |
| 2112892 | MAD081016D | TGHU9477310 | HKG481442 | PS3 CHARGING CABLE | 20/Oct/08 | 31/Oct/08 | $ 2,294.00 |
| 2106353 | MAD081014A | KKFU1831901 | YAT456142 | NDSL AC ADAPTER | 20/Oct/08 | 02/Nov/08 | $ 4,268.88 |
| | | | | NDSL DC POWER ADAPTER, CAR ADAPTER | | | $ 2,556.00 |
| | | | | DS POWER SOLUTION | | | $ 7,185.84 |
| | | | | PS2 GAME PAD | | | $ 7,078.08 |
| | | | | PSP AC ADAPTER | | | $ 5,220.00 |
| | | | | PSP DC POWER ADAPTER, CAR CHARGER | | | $ 2,257.92 |
| | | | | PSP TRAVEL CASE | | | $ 2,931.20 |
| | | | | WII SILICON SKIN | | | $ 17,514.00 |
| | | | | WII MOTE+NUNCHUK SILICON SKIN | | | $ 15,974.40 |
| 2135943 | MAD081016A | ECMU8022997 | R910280828 | WII COOLING FAN | 22/Oct/08 | 02/Nov/08 | $ 6,095.52 |
| 2153784 | MAD081025B | BY AIR | HKG4911210622 | WII COOLING FAN | 04/Nov/08 | 05/Nov/08 | $ 52,050.00 |
| 2124415 | MAD081021A | EMCU8019231 | RIN0178951 | DRUM BENCH | 24/Oct/08 | 06/Nov/08 | $ 34,456.00 |
| | | EISU8068922 | | | | | $ 34,456.00 |
| 2135943 | MAD081016E | KKFU7151497 | RIN0179575 | PS2 MULTILAYER ADAPTER | 26/Oct/08 | 09/Nov/08 | $ 6,075.60 |
| | | | | PSP TRAVEL CASE | | | $ 10,050.00 |
| 2108394 | MAD081016F | APZU4026450 | CIW460145 | PS2 AC ADAPTER | 27/Oct/08 | 09/Nov/08 | $ 23,700.00 |
| 2108392 | MAD081023A | KKFU1489152 | YAT511485 | DRUM BENCH | 27/Oct/08 | 09/Nov/08 | $ 25,579.20 |
| | | KKFU1706999 | | | | | $ 25,579.20 |
| | | | | | Total Outstanding Amount USD: | | $ 452,794.40 |



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818 Fax (852) 2344 8613

Invoice No : MAD080909A
Date : 9-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106351
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE 42E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 9-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 792 | $2.31 | $ 1,829.52 |
| VGDPOWSOLN | DS POWER SOLUTION (AC+DC ADAPTER) | 5,016 | $3.79 | $ 19,010.64 |
| VGP2MCONT | PS2 GAMEPAD | 528 | $4.38 | $ 2,312.64 |
| VGPDCA | PSP DC ADAPTER | 672 | $1.47 | $ 987.84 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.74 | $ 17,413.92 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 3,984 | $1.60 | $ 6,374.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 47,928.96 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1605864
Seal No.: KLBAC80523

Sail Date: 15-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
For and on behalf of Madcow International Group Limited
Authorized Signature(s)

David Wu
Managing Director



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 13/F Fuk... Plaza 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8018 Fax (852) 2344 2213

Invoice No : MAD080917A
Date : 17-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108394
Vendor No. : 070027

Vessel/Voyage: OOCL NINGBO 43E38
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 4,008 | $3.06 | $ 12,264.40 |
| UGP2TAP4A | PS2 MULTI ADAPTER | 2,508 | $6.10 | $ 15,298.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,563.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: OOLU3504764
Seal No.: OOLM559156
Sail Date: 22-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
進高國際集團有限公司

........................................
Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2343 2310 Fax (852) 2344 0313

Invoice No : MAD080916A
Date : 16-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : INTERTAN CANADA LTD.
Sold To : INTERTAN CANADA LTD.
PO# : 711829
Vendor No. : 070827

Vessel/Voyage: OOCL NEW YORK 76E38
Port of Loading: HONG KONG
Port of Destination: VANCOUVER

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Sep-08 | BY SEA | LOGISTICS WORLDWIDE | HKD7.8:USD1 | T/T 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| 5819233 | DS AND PSP 2IN1 ADAPTER | 2,000 | $4.44 | $ 8,880.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 8,880.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

CONTAINER NO.: OOLU9045301
SEAL NO.: OOLM598315
SAIL DATE: 24-Sep-08

Country of origin. China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005 10/F, Futura Plaza, 111-113 How Ming Street Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8913 Fax (852) 2344 8813

Invoice No : MAD080922B1
Date : 25-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO QINGDAO V.058E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGW2RSKINS | WII SILICON SKIN | 43,200 | $1.74 | $ 75,168.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 75,168.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1633514
Seal No.: S92587

Sail Date: 28-Sep-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8313 Fax (852) 2344 0813

Invoice No : MAD080925A
Date : 2-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2116879
Vendor No. : 070827

Vessel/Voyage: OOCL TIANJIN 36E40
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGPPROKIT | PSP PRO GAMER KIT | 3,000 | $7.39 | $ 22,170.00 |
| UGWINTFAN | WII COOLING FAN | 12,000 | $3.06 | $ 36,720.00 |
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 1,008 | $6.10 | $ 6,148.80 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 65,038.80 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1128905
Seal No.: OOLM595626
Sail Date: 6-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高國際集團有限公司

*Authorized Signature(s)*

MADCOW

MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818 Fax (852) 2344 8813

Invoice No : MAD080922E
Date : 27-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWDNCPAD | WII DANCE PAD | 15,000 | $7.00 | $ 105,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 105,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU6313724, CBHU6119853, TRLU4665070, TTNU4593999
Seal No.: R55369, S92494, R55348, R55283

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)

MADCOW

MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818 Fax (852) 2344 0013

Invoice No : MAD080922C
Date : 27-Sep-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112888
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.57E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 27-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 7,000 | $5.43 | $ 38,010.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 38,010.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU3604726
Seal No.: T09580

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集团有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD080922B
Date : 25-Sep-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106352
Vendor No. : 070827

Vessel/Voyage: COSCO SHANGHAI V.057E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Sep-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 4,152 | $2.31 | $ 9,591.12 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 2,376 | $1.42 | $ 3,373.92 |
| VGDPOWSOLN | DS POWER SOLUTION | 3,360 | $3.79 | $ 12,734.40 |
| VGP2MCONT | PS2 GAME PAD | 2,448 | $4.38 | $ 10,722.24 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,488 | $1.47 | $ 2,187.36 |
| VGPTCS | PSP TRAVEL CASE | 1,000 | $2.01 | $ 2,010.00 |
| VGW2RSKINS | WII SILICON SKIN | 6,816 | $1.74 | $ 11,859.84 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 73,673.28 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: CBHU1994559
Seal No.: S92526

Sail Date: 5-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED
*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 6318 Fax (852) 2344 0313

Invoice No : MAD081010C
Date : 10-Oct-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112888
Vendor No. : 070827

Vessel/Voyage: OOLU ASIA 18E41
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 5,000 | $5.43 | $ 27,150.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 27,150.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: GATU1311069
Seal No.: OOLM604725

Sail Date: 13-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
**Madcow International Group Limited**
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818 Fax (852) 2344 8813

Invoice No : MAD081025A
Date : 25-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# 2153788
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 25-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP2MCONT | PS2 Gamepad (FM1750) | 6,512 | $4.38 | $ 28,522.56 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 28,522.5 |

Fac[illegible] Name and Address:
SHE[illegible]HEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210409/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
[illegible]

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005 10/F, Futura Plaza 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 3819 Fax (852) 2344 8813

Invoice No : MAD081015A
Date : 15-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2117215
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 17-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 2,000 | $13.00 | $ 26,000.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 26,000.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TRLU5455062
Seal No.: OOLP811829
CCSC SEAL: KS193062
Sail Date: 19-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 1011, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8315 Fax (852) 2344 8513

Invoice No : MAD081016C
Date : 16-Oct-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112891
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGWSSHOT | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK | 16,500 | $5.20 | $ 85,800.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 85,800.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal: KS193520
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0818 Fax (852) 2344 8813

Invoice No : MAD081016D
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2112892
Vendor No. : 070827

Vessel/Voyage: OOCL ROTTERDAM 45E42
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGP3ULINK | PS3 CHARGING CABLE | 1,240 | $1.85 | $ 2,294.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 2,294.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: TGHU9477310
Seal No.: OOLM591727
CCSC Seal:KS193520

Sail Date: 20-Oct-08
Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

*Authorized Signature(s)*

MADCOW

MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081014A
Date : 15-Oct-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2106353
Vendor No. : 070827

Vessel/Voyage: GENOA BRIDGE 43E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGDACA | NDSL AC ADAPTER | 1,848 | $2.31 | $ 4,268.88 |
| VGDDCA | NDSL DC POWER ADAPTER, CAR CHARGER | 1,800 | $1.42 | $ 2,556.00 |
| VGDPOWSOLN | DS POWER SOLUTION | 1,896 | $3.79 | $ 7,185.84 |
| VGP2MCONT | PS2 GAME PAD | 1,616 | $4.38 | $ 7,078.08 |
| VGPACA | PSP AC ADAPTER | 1,200 | $4.35 | $ 5,220.00 |
| VGPDCA | PSP DC POWER ADAPTER, CAR CHARGER | 1,536 | $1.47 | $ 2,257.92 |
| VGPTCS | PSP TRAVEL CASE | 1,280 | $2.29 | $ 2,931.20 |
| VGW2RSKINS | WII SILICON SKIN | 10,008 | $1.75 | $ 17,514.00 |
| VGWSKIN | WII MOTE+NUNCHUCK SILICON SKIN | 9,984 | $1.60 | $ 15,974.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 64,986.32 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: KKFU1831901
Seal No.: BAJ36317
CCSC SEAL: KS193603
Sail Date: 20-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited

..............................
Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2346 0819 Fax (852) 2344 0313

Invoice No : MAD081016A
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135943
Vendor No : 070827

Vessel/Voyage: CMA CGM HUGO TX493E
Port of Loading: HONG KONG
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | WII COOLING FAN | 1,992 | $3.06 | $ 6,095.52 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 6,095.52 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: ECMU8022997
Seal No.: 4799938
Sail Date: 21-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
遠商國際集團有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8818 Fax (852) 2344 8813

Invoice No : MAD081025B
Date : 25-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2153784
Vendor No. : 070827

Airline Name/Flight:
Port of Loading: Hong Kong
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 30-Oct-08 | BY AIR | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGWINTFAN | Wii Cooling Fan | 15,000 | $3.47 | $ 52,050.00 |
| | FOB HONG KONG | | | |
| | | | TOTAL | $ 52,050.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Air Waybill No.: 4911210622/LAX

Flight Date:

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
迈高国际集团有限公司

*Authorized Signature(s)*



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel. (852) 2344 8818 Fax (852) 2344 8813

Invoice No : MAD081021A
Date : 21-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2124415
Vendor No. : 070827

Vessel/Voyage: EVER URBAN / 0537-066E
Port of Loading: YANTIAN
Port of Destination: LOS ANGELES

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 21-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 Days after Vessel Departure |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENCH<br>FOB SHENZHEN | 4,720 | $14.60 | $ 68,912.00 |
| | | | TOTAL | $ 68,912.00 |

F[illegible]tory Name and Address:
[illegible]NZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: EMCU8019231/ EISU8068922
Seal No.: EMCCYZ0118 / EMCCYL4968
CCSC SEAL# KSL199219 / KSL199220
Sail Date: 25-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
Authorized Signature(s)



MADCOW
MADCOW INTERNATIONAL GROUP LIMITED

Invoice No : MAD081016E
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2135943
Vendor No : 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 16-Oct-08 | BY SEA | EXPEDITORS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2TAP4A | PS2 MULTILAYER ADAPTER | 996 | $6.10 | $ 6,075.60 |
| VGPTCS | PSP TRAVEL CASE | 5,000 | $2.01 | $ 10,050.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 16,125.60 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baolian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 26-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)



MADCOW INTERNATIONAL GROUP LIMITED
Unit 1005, 10/F, Future Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 8610 Fax (852) 2344 8613

Invoice No : MAD081016F
Date : 16-Oct-08
Page : 1 of 1

## COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108394
Vendor No. : 070827

Vessel/Voyage: APL SWEDEN 062-1
Port of Loading: YANTIAN
Port of Destination: LAX

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 7-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| UGP2ACA | PS2 AC ADAPTER | 3,000 | $7.90 | $ 23,700.00 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 23,700.00 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Baoan District Shenzhen,China

Container No.: LCL
Seal No.: LCL

Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

*For and on behalf of*
Madcow International Group Limited
邁高國際集團有限公司

Authorized Signature(s)

MADCOW

MADCOW INTERNATIONAL GROUP LIMITED

Unit 1005, 10/F., Futura Plaza, 111-113 How Ming Street, Kwun Tong, Kowloon, Hong Kong
Tel (852) 2344 0218 Fax (852) 2344 0813

Invoice No : MAD081023A
Date : 23-Oct-08
Page : 1 of 1

COMMERCIAL INVOICE

Ship To : CCS Distribution Center 0717
Sold To : Circuit City Stores, Inc.
PO# : 2108392
Vendor No. : 070827

Vessel/Voyage: LONG BEACH BRIDGE 49E
Port of Loading: YANTIAN, SHENZHEN
Port of Destination: LONG BEACH

| Req. By | Delivery Date | Ship Via | Forwarder | Ex. Rate | Payment Terms |
|---|---|---|---|---|---|
| Terry Chan | 23-Oct-08 | BY SEA | APL LOGISTICS | HKD7.8:USD1 | TT 60 DAYS AFTER VESSEL DEPARTURE |

| Model # | Description | Quantity | Unit Price USD | Total USD |
|---|---|---|---|---|
| VGSTHRONE | DRUM BENTCH | 3,504 | $14.60 | $ 51,158.40 |
| | FOB SHENZHEN | | | |
| | | | TOTAL | $ 51,158.40 |

Factory Name and Address:
SHENZHEN XINZHENSHENG ELECTRONICS CO.,LTD
Building 49-51,Baotian Industrial Zone,Xixiang Town,Bacan District Shenzhen,China

Container No.: KKFU1489152; KKFU1706999
Seal No.: BAF13341; BAF13299
CCSC Seal.: KS193608; KS193609
Sail Date: 27-Oct-08

Country of origin: China

MADCOW INTERNATIONAL GROUP LIMITED

For and on behalf of
Madcow International Group Limited
迈高国际集团有限公司

Authorized Signature(s)

# Exhibit D

7030-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(312) 407-0612
DIRECT FAX
(312) 827-9333
EMAIL ADDRESS
JKUMAR@SKADDEN.COM

April 23, 2009

**By Email and First Class Mail**

James A. Marissen
William H. Collier
Keesal, Young & Logan
400 Oceangate
Long Beach, CA 90802

RE: In re Circuit City Stores, Inc., et al
File No.: 7030-1

Dear Mr. Marissen and Mr. Collier:

We are in receipt of your letter of April 2, 2009 requesting information as to the status of your reclamation demand.

Please note that, in accordance with the procedures approved by the Bankruptcy Court on December 11, 2008, per paragraph 5(c) of the Final Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 897), all reclamation claims which were not expressly accepted by the Debtors are deemed to have been rejected. For your convenience I have enclosed a copy of the order.

Accordingly, your reclamation demand has been rejected.

Best regards,

Jessica A Kumar

Jessica Kumar

cc: Ian Fredericks

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**FINAL ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a), 362, 503(b), 507(a), 546(c), AND 546(h) (I) GRANTING ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS FROM POSTPETITION DELIVERY OF GOODS; (II) AUTHORIZING PAYMENT OF EXPENSES IN THE ORDINARY COURSE OF BUSINESS; (III) AUTHORIZING DEBTORS TO RETURN GOODS; AND (IV) ESTABLISHING PROCEDURES FOR RECLAMATION DEMANDS**

Upon the motion (the "Motion")[1] of the Debtors for an order pursuant to Bankruptcy Code sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h), (i) confirming the grant of administrative expense status

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.



to obligations arising from postpetition delivery of
goods; (ii) establishing authority to pay certain expenses
in the ordinary course of business; (iii) authorizing the
Debtors to return goods to vendors under Bankruptcy Code
section 546(h); and (iv) establishing procedures for
addressing reclamation demands; and the Court having
reviewed the Motion and the Besanko Declaration; and the
Court having determined that the relief requested in the
Motion is in the best interests of the Debtors, their
estates, their creditors, and other parties in interest;
and it appearing that proper and adequate notice of the
Motion has been given and that no other or further
notice is necessary; and upon the record herein; and
after due deliberation thereon; and good and sufficient
cause appearing therefor, it is hereby

   **ORDERED, ADJUDGED, AND DECREED that:**

   1. The Motion is GRANTED, as set forth
herein.

   2. The Vendors shall have administrative
expense claims with priority under Bankruptcy Code
sections 503(b) and 507(a)(2) for those undisputed
obligations arising from outstanding orders relating to

shipments of Goods delivered, received, and accepted by
the Debtors after the Petition Date, subject to the
limitations imposed by any order of this Court and the
prior rights of holders of security interests in such
Goods or the proceeds of such Goods under the Debtors'
proposed debtor in possession financing agreements and
prepetition financing agreements, to the extent of such
interests.

3.    The Debtors are authorized, but not
directed, to pay their undisputed obligations arising
from the postpetition shipment or delivery of Goods by
the Vendors under their customary practice in the
ordinary course before the commencement of these chapter
11 cases.

4.    The Debtors are authorized, but not
obligated, under Bankruptcy Code section 546(h), with
the consent of a creditor and subject to the limitations
imposed by any orders of this Court and the prior rights
of holders of security interests in such Goods or the
proceeds of such Goods under the Debtors' proposed
debtor in possession financing agreements and
prepetition financing agreements, to the extent of such

interests, to return to Vendors Goods that were delivered prepetition for an offset of the purchase price of such Goods against the Vendors' prepetition claims; provided, however, that nothing herein shall be construed as a waiver of, or in any way prejudice, any rights the Debtors may have, after notice and a hearing and subject to court approval, to return goods without creditor consent.

5. The procedures for the processing and reconciliation of Reclamation Claims, if any, set forth in the Motion, including the following are hereby approved:

(a) Any person making a Reclamation Demand (the "Reclamation Claimant") must send the Reclamation Demand so it is received by the Debtors no later than the day that is twenty (20) days following the Petition Date or such earlier time as may be required under Bankruptcy Code section 546(c) to the following addressees: Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, with separate copies to each (i)Circuit City Stores, Inc. 9950 Mayland Drive, Richmond, Virginia 23233, Attn: Reginald D. Hedgebeth, (ii) Circuit City Stores, Inc. 9950 Mayland Drive, Richmond, Virginia 23233, Attn: Daniel W. Ramsey,

(iii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois, 60606, Attn: Sarah Baker, Esq., and (iv) McGuireWoods LLP, One James Center, 901 E. Cary Street, Richmond, Virginia 23219, Attn: Sarah B. Boehm, Esq.

(b) All Reclamation Demands must include the information required by Bankruptcy Code Section 546(c) with respect to the Goods for which the Reclamation Demand is asserted, and the following: (i) a statement by the claimant as to whether they have or will assert an administrative claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods the claimant provided to the Debtors within the twenty (20) days immediately prior to the Petition Date (a "Section 503(b)(9) Claim") and (ii) to the extent known, the amount of any Section 503(b)(9) Claim.

(c) On or before the day that is one hundred and twenty (120) days following the Petition Date, the Debtors shall advise each Reclamation Claimant of the allowed amount, if any, of the Reclamation Demand (the "Allowed Reclamation Amount"). Absent receipt of any notice setting forth such an Allowed Reclamation Amount, the Debtors shall be deemed to have rejected the Reclamation Demand.

(d) In the event that the Debtors and the Reclamation Claimant agree upon the Allowed Reclamation Amount, the Debtors shall be authorized to make payment in such amount or be

required to return the goods sought
to be reclaimed, subject to the
limitations imposed by any orders of
this Court and the prior rights of
holders of security interests in
such goods.

6.    Nothing in this Order or the above

procedures is intended to prohibit, hinder, or delay any

Reclamation Claimant from asserting or prosecuting any

of its rights to seek to reclaim goods provided to the

Debtors, or affect, alter, diminish, extinguish, or

expand the rights or interests, if any, to recover goods

(or proceeds thereof) sought to be reclaimed, subject to

the provisions of Bankruptcy Code sections 105, 362, and

546(c), or from filing a claim under Bankruptcy Code

section 503(b)(9) consistent with applicable orders of

this Court.

7.    Nothing in this Order shall impair or

expand any entity's right, if any, to withdraw a

reclamation claim; provided, however, that all of the

Debtors' rights with respect to the withdrawal of any

reclamation claim, including (without limitation) the

right to contest whether the entity had the right to

withdraw such claim, are expressly reserved.

8. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

9. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this order.

Dated: Richmond, Virginia
December __, 2008
Dec 10 2008

/s/ Kevin Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: December 11 2008

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

        /s/ Douglas M. Foley

# Exhibit E

TO : MADCOW
ATTN : CHRIS CHONG
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT338100

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD | 10 SEP 2008 | CHINA |

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
GENOA BRIDGE 42E

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | " FREIGHT COLLECT" KGS. 3673.200 | CBM 35.840 |
| CIRCUIT CITY P.O.#2106351 CIRCUIT CITY MODEL (SKU)# VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON#_OF_ GROSS WEIGHT_ POUNDS CARTON DIMENSIONS(INCHES): _LENGTHX_WIDTHX_ HEIGHT MADE IN CHINA | 33 CTNS | NDSL AC ADAPTER PO NO.:2106351 MODEL NO.:VGDACA<br>*** SEE ATTACHMENT PAGE 2 THRU 3 ***<br>ONE THOUSAND TWELVE CTNS ONLY | | |

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY
ISSUE DATE:15 SEP2008

| | |
|---|---|
| MISC CHARGES | 7503.60 |
| TOTAL (HKD) | 7503.60 |

WE RECEIVED 1 ORIGINAL 4 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

BENEFICIARY'S CERTIFICATE
COMMERCIAL INVOICE
CONTAINER FREIGHT MANIFEST
CERTIFICATE OF ORIGIN
COUNTRY OF ORIGIN DECLARATION
EXPORTER'S STATEMENT
FDA ACCESSION DECLARATION
FCC FORM 740
PACKING LIST
SHIPPING DOCUMENT RECEIPT

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ____________________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT338100

---

| Marks | Quantity | Description | Model |
|---|---|---|---|
| CIRCUIT CITY<br>P.O.#2106351<br>CIRCUIT CITY MODEL<br>(SKU)# VGDPOWSOLN<br>UNIT COUNT PER<br>CARTON 12 PIECES<br>CARTON#_OF_<br>GROSS WEIGHT_<br>POUNDS<br>CARTON<br>DIMENSIONS(INCHES):<br>_LENGTHX_WIDTHX_<br>HEIGHT<br>MADE IN CHINA | 418 CTNS | DS POWER SOLUTION<br>PO NO.:2106351 | MODEL NO.:VGDPOWSOLN |
| CIRCUIT CITY<br>P.O.#2106351<br>CIRCUIT CITY MODEL<br>(SKU)# VGP2MCONT<br>UNIT COUNT PER<br>CARTON 16 PIECES<br>CARTON#_OF_<br>GROSS WEIGHT_<br>POUNDS<br>CARTON<br>DIMENSIONS(INCHES):<br>_LENGTHX_WIDTHX_<br>HEIGHT<br>MADE IN CHINA | 33 CTNS | PS2 GAMEPAD<br>PO NO.:2106351 | MODEL NO.:VGP2MCONT |
| CIRCUIT CITY<br>P.O.#2106351<br>CIRCUIT CITY MODEL<br>(SKU)# VGPDCA<br>UNIT COUNT PER<br>CARTON 24 PIECES<br>CARTON#_OF_<br>GROSS WEIGHT_<br>POUNDS<br>CARTON<br>DIMENSIONS(INCHES):<br>_LENGTHX_WIDTHX_<br>HEIGHT<br>MADE IN CHINA | 28 CTNS | PSP DC ADAPTER<br>PO NO.:2106351 | MODEL NO.:VGPDCA |

---

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT338100

---

CIRCUIT CITY
P.O.#2106351
CIRCUIT CITY MODEL
(SKU)# VGW2RSKINS
UNIT COUNT PER
CARTON 24 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

417 CTNS WII SILICON SKIN
PO NO.:2106351 MODEL NO.:VGW2RSKINS

CIRCUIT CITY
P.O.#2106351
CIRCUIT CITY MODEL
(SKU)# VGWSKIN
UNIT COUNT PER
CARTON 48 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

83 CTNS WII MOTE+NUNCHUCK SILICON SKIN
PO NO.:2106351 MODEL NO.:VGWSKIN

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 15,2008
CONTAINER# : KKFU1605864
SEAL# : KLBAC80523
BILL OF LADING: KKLU2Y0457GNB42E
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 74.10 |
| CONTAINER SECURITY | 53.60 |
| DOCUMENT ADMINISTR | 142.50 |
| LCL HANDLING CHARG | 5435.30 |
| PORT SECURITY / OT | 143.00 |
| TERMINAL HANDLING | 1655.10 |

TO : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315 PHONE#: 852-23027541)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG384206

**SELLER (PRINCIPAL OR LICENSEE)**
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

**DATE CARGO RECEIVED**
17 SEP 2008

**COUNTRY OF ORIGIN**
CHINA

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
9950 MAYLAND DR/ATTN:INTL LOGISTICS
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8044868585 FAX:8043426448

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
OOCL NINGBO 43E38

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
9950 MAYLAND DR/ATTN:INTL LOGISTICS
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8044868585 FAX:8043426448

**EXPORT REFERENCE**

**PORT OF LOADING**
HONG KONG, HONG KONG

**PORT OF DISCHARGE**
LONG BEACH, CA

**FINAL DESTINATION**
LONG BEACH, CA

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 1253.500 | CBM. 9.882 |
| CIRCUIT CITY PO#2108394 CIRCUIT CITY MODEL (SKU)#UGWINTFAN UNIT COUNT PER CARTON 24 PIECES CARTON# OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 167 CTNS | WII COOLING FAN PO NO.2108394 SKU# UGWINTFAN QTY: 4008 PCS | | |

*** SEE ATTACHMENT PAGE 2 THRU 2 ***

THREE HUNDRED SEVENTY-SIX CTNS ONLY

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY
DOCS RCVD:25 SEP2008 ISSUE DATE:25 SEP2008

MISC CHARGES 2564.60

TOTAL (HKD) 2564.60

WE RECEIVED ___ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY: ______________________ AS AGENT

APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:HKG384206

---

CIRCUIT CITY
PO#2108394
CIRCUIT CITY MODEL
(SKU)#UGP2TAP4A
UNIT COUNT PER
CARTON 12 PIECES
CARTON# OF
GROSS WEIGHT
POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

209 CTNS

PS2 MULTI ADAPTER
PO NO.2108394
SKU# UGP2TAP4A
QTY: 2508 PCS

ALSO NOTIFY PARTY:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 22,2008
CONTAINER# : OOLU3504764
SEAL# : OOLM559156
BILL OF LADING: OOLU78274844
PLACE OF RECEIPT: HONG KONG, HONG KONG

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 65.00 |
| CONTAINER SECURITY | 47.00 |
| DOCUMENT ADMINISTR | 150.00 |
| LCL HANDLING CHARG | 1729.40 |
| PORT SECURITY / OT | 9.90 |
| TERMINAL HANDLING | 563.30 |

LOGISTICS
WORLDWIDE LINE

ORIGINAL

# CARGO RECEIPT

| SHIPPER/EXPORTER (Complete Name/Street Address) | | |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005,10/F FUTURA PLAZA 111-113<br>HOW MING STREET,KWUN TONG,KOWLOON,<br>HONG KONG | **JOB REFERENCE NO.**<br>SU809007S. | **CARGO RECEIPT NUMBER**<br>HKTAT8090296 |
| | **DATE CARGO RECEIVED**<br>24-Sep-2008 | **DATE ISSUED**<br>24-Sep-2008 |
| | **EXPORT REFERENCES** | |

| CONSIGNEE (Complete Name/Street Address) | FORWARDING AGENT - REFERENCES |
|---|---|
| INTERTAN CANADA LTD<br>279 BAYVIEW DRIVE<br>BARRIE, ONTARIO L4M 4W5<br>CANADA | |
| | POINT AND COUNTRY OF ORIGIN |

| NOTIFY PARTY (Complete Name/Street Address) | ALSO NOTIFY, ROUTING & INSTRUCITONS |
|---|---|
| INTERTAN CANADA LTD<br>279 BAYVIEW DRIVE<br>BARRIE, ONTARIO L4M 4W5<br>CANADA | |

| PRE-CARRIAGE BY (MODE) * | PLACE OF RECEIPT *<br>HONG KONG | FOR DELIVERY OF GOODS PLEASE APPLY TO: |
|---|---|---|
| OCEAN VESSEL/VOYAGE<br>OOCL NEW YORK/76E38 | PORT OF LOADING<br>HONG KONG | LIVINGSTON INTERNATIONAL INC.<br>150-C COURTNEYPARK DRIVE WEST<br>MISSISSAUGA,ONTARIO L5W 1Y6 |
| PORT OF DISCHARGE<br>VANCOUVER | PLACE OF DELIVERY *<br>TORONTO | TEL:1-905677-2740 / MS PEGGY LAM<br>FAX:1-905676-0309 |

## PARTICULARS DECLARED BY THE MERCHANT

| MARKS AND NUMBERS<br>CONTAINERS & SEAL NUMBERS | NUMBER AND DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|
| | 50 S.T.C.:-<br>CARTON(S) | 235.00 | 1.250 |
| ITC<br>MODEL NO.:5819233<br>P.O.NO.:711829<br>C/NO.:<br>MASTER PACK<br>QUANTITY:40PCS<br>MADE IN CHINA<br>DATE CODE:08A08<br>741235136811 | DS AND PSP 2 IN 1 ADAPTER<br>PO NO.:711829<br>MODEL NO.:5819233<br>2000PCS<br><br>SHIPPER DECLARED THAT SHIPMENT<br>CONTAINS NO WOOD PACKAGING<br>MATERIALS.<br><br>ETD:SEP.24.2008 | | |
| | 50 CARTON(S)<br>■■■■■■■■■■■■■■■■■ | 235.00<br>========= | 1.25<br>===== |

| Container No. Seal No. | Size | Movement | PKG | KGS | CBM |
|---|---|---|---|---|---|
| / | | CFS/CY | 50 CARTON(S) | 235.00 | 1.250 |
| | | FREIGHT COLLECT | | | |

TOTAL NO. OF CONTAINERS
OR PACKAGES (IN WORDS): **FIFTY (50) CARTON(S) ONLY**

IN CCORDANCE WITH CONSIGNEE'S INSTRUCTIONS/LETTER OF CREDIT _____    WE RECEIVED THE FOLLOWING DOCUMENT NO _____

**Terms and Conditions**
The terms of cargo receipt continue on the back page. The goods are
received in apparent good order and condition, unless otherwise indicated, by
Logistics Worldwide Limited ("LWL") as agent of the Consignee. This Cargo
Receipt is not negotiable and does not constitute title to the goods. This Cargo
Receipt does not give any right to its holder to receiver or transfer the goods.

**LOGISTICS WORLDWIDE LIMITED**

TOTAL P.01

TO : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT428968

**SELLER (PRINCIPAL OR LICENSEE)**
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

**DATE CARGO RECEIVED**
26 SEP 2008

**COUNTRY OF ORIGIN**
CHINA

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
COSCO QINGDAO 058E

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**EXPORT REFERENCE**

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
LONG BEACH, CA

**FINAL DESTINATION**
LONG BEACH, CA

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 5760.000 | CBM 51.330 |
| CIRCUIT CITY<br>P.O.#2106352<br>CIRCUIT CITY MODEL<br>(SKU)#VGW2RSKINS<br>UNIT COUNT PER<br>CARTON 24 PIECES<br>CARTON# ___OF ___<br>GROSS WEIGHT<br>___ POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>__ LENGTH X __ WIDTH<br>X __HEIGHT<br>MADE IN CHINA | 1800 CTNS | WII SILICON SKIN<br>PO NO.:2106352 MODEL NO.:VGW2RSKINS<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SHIPPERS LOAD AND COUNT<br>ONE THOUSAND EIGHT HUNDRED CTNS ONLY | | |

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY
DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 53.40 |
| FCL HNDLING FEE | 341.10 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -86'-86 | 2294.70 |
| TOTAL (HKD) | 3053.00 |

WE RECEIVED __ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT, AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT428968

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 28,2008
CONTAINER# : CBHU1633514
SEAL# : S92587
BILL OF LADING: COSU6017305090
PLACE OF RECEIPT: YANTIAN, CHINA

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT434024

SELLER (PRINCIPAL OR LICENSEE)
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

DATE CARGO RECEIVED: 01 OCT 2008

COUNTRY OF ORIGIN: CHINA

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE): COSCO SHANGHAI 057E

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT REFERENCE:

PORT OF LOADING: YANTIAN, CHINA

PORT OF DISCHARGE: LONG BEACH, CA

FINAL DESTINATION: LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 18731.000 | CBM. 218.970 |
| CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): ___ LENGTH X ___ WIDTH X ___HEIGHT MADE IN CHINA | 312 CTNS | WII DANCE PAD<br>PO.NO.: 2108392 MODEL NO.: VGWDNCPAD<br><br>*** SEE ATTACHMENT PAGE 2 THRU 3 ***<br><br>SHIPPERS LOAD AND COUNT<br>ONE THOUSAND SIX HUNDRED CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008

MISC CHARGES 12718.80

TOTAL (HKD) 12718.80

WE RECEIVED __ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY 1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT434024

---

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2112888 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 350 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK<br>PO.NO.: 2112888 MODEL NO.: VGWSSHOT |
| CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 312 CTNS | WII DANCE PAD<br>PO.NO.: 2108392 MODEL NO.: VGWDNCPAD |
| CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 312 CTNS | WII DANCE PAD<br>PO.NO.: 2108392 MODEL NO.: VGWDNCPAD |

---

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE    CARGO RECEIPT    NO:YAT434024

CIRCUIT CITY P.O. #2108392
CIRCUIT CITY MODEL (SKU)#VGWDNCPAD
UNIT COUNT PER CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT ___ POUNDS
CARTON DIMENSIONS (INCHES):
__ LENGTH X __ WIDTH X __HEIGHT
MADE IN CHINA

314 CTNS

WII DANCE PAD
PO.NO.: 2108392    MODEL NO.: VGWDNCPAD

NOTIFY 3:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 05,2008
CONTAINER# : CBHU3604726,CBHU6119853,CBHU6313724
TRLU4665070,TTNU4593999
SEAL# : T09580,S92494,R55369,R55348,R55283
BILL OF LADING: COSU6017305220
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 267.20 |
| FCL HNDLING FEE | 1705.70 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -20'-20 | 1203.10 |
| CY RCVING -86'-86 | 9179.00 |

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT434024

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 01 OCT 2008 | CHINA |

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
COSCO SHANGHAI 057E

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 18731.000 | CBM. 218.970 |
| CIRCUIT CITY P.O. #2108392<br>CIRCUIT CITY MODEL (SKU)#VGWDNCPAD<br>UNIT COUNT PER CARTON 12 PIECES<br>CARTON# ___OF ___<br>GROSS WEIGHT ___ POUNDS<br>CARTON DIMENSIONS (INCHES):<br>___ LENGTH X ___ WIDTH X ___HEIGHT<br>MADE IN CHINA | 312 CTNS | WII DANCE PAD<br>PO.NO.: 2108392 MODEL NO.: VGWDNCPAD<br><br>*** SEE ATTACHMENT PAGE 2 THRU 3 ***<br><br>SHIPPERS LOAD AND COUNT<br>ONE THOUSAND SIX HUNDRED CTNS ONLY | | |

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY
DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008

MISC CHARGES 12718.80

TOTAL (HKD) 12718.80

WE RECEIVED ___ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2 ORIGINAL BILLS OF LADING WILL BE DESPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY 1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE    CARGO RECEIPT    NO:YAT434024

---

CIRCUIT CITY P.O. #2112888 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA

350 CTNS WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK
PO.NO.: 2112888 MODEL NO.: VGWSSHOT

CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA

312 CTNS WII DANCE PAD
PO.NO.: 2108392 MODEL NO.: VGWDNCPAD

CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA

312 CTNS WII DANCE PAD
PO.NO.: 2108392 MODEL NO.: VGWDNCPAD

---

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT434024

---

CIRCUIT CITY P.O. #2108392
CIRCUIT CITY MODEL (SKU)#VGWDNCPAD
UNIT COUNT PER CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT ___ POUNDS
CARTON DIMENSIONS (INCHES):
__ LENGTH X __ WIDTH X __HEIGHT
MADE IN CHINA

314 CTNS WII DANCE PAD
PO.NO.: 2108392 MODEL NO.: VGWDNCPAD

NOTIFY 3:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 05,2008
CONTAINER# : CBHU3604726,CBHU6119853,CBHU6313724
TRLU4665070,TTNU4593999
SEAL# : T09580,S92494,R55369,R55348,R55283
BILL OF LADING: COSU6017305220
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 267.20 |
| FCL HNDLING FEE | 1705.70 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -20'-20 | 1203.10 |
| CY RCVING -86'-86 | 9179.00 |

TO : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : ADA LIU (FAX#: 86-755-25280754 PHONE#: 86-755-22171133)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT428970

SELLER (PRINCIPAL OR LICENSEE)
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

DATE CARGO RECEIVED: 26 SEP 2008

COUNTRY OF ORIGIN: CHINA

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE): COSCO SHANGHAI 057E

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT REFERENCE:

PORT OF LOADING: YANTIAN, CHINA

PORT OF DISCHARGE: LONG BEACH, CA

FINAL DESTINATION: LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 5625.000 | CBM 51.160 |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 173 CTNS | NDSL AC ADAPTER PO NO.:2106352 MODEL NO.:VGDACA QTY: 4152 PCS *** SEE ATTACHMENT PAGE 2 THRU 4 *** SHIPPERS LOAD AND COUNT | | |

ONE THOUSAND THREE HUNDRED FIFTY-NINE CTNS ONLY

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 53.40 |
| FCL HNDLING FEE | 341.10 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -86'-86 | 2294.70 |
| TOTAL (HKD) | 3053.00 |

WE RECEIVED __ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT, AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| DOCUMENT VERIFICATION CERTIFICATE | COPY |
| EXPORTER'S STATEMENT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______ AS AGENT

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT428970

---

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGDDCA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ____ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 99 CTNS | NDSL DC POWER ADAPTER, CAR CHARGER PO NO.:2106352 MODEL NO.:VGDDCA QTY: 2376 PCS |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGDPOWSOLN UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ____ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 280 CTNS | DS POWER SOLUTION PO NO.:2106352 MODEL NO.:VGDPOWSOLN QTY: 3360 PCS |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGP2MCONT UNIT COUNT PER CARTON 16 PIECES CARTON# ___OF ___ GROSS WEIGHT ____ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 153 CTNS | PS2 GAME PAD PO NO.:2106352 MODEL NO.:VGP2MCONT QTY: 2448 PCS |

---

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT428970

---

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGPACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 50 CTNS | PSP AC ADAPTER<br>PO NO.:2106352 MODEL NO.:VGPACA<br>QTY: 1200 PCS |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGPDCA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 62 CTNS | PSP DC POWER ADAPTER, CAR CHARGER<br>PO NO.:2106352 MODEL NO.:VGPDCA<br>QTY: 1488 PCS |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGPTCS UNIT COUNT PER CARTON 20 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 50 CTNS | PSP TRAVEL CASE<br>PO NO.:2106352 MODEL NO.:VGPTCS<br>QTY: 1000 PCS |

---

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT428970

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGW2RSKINS UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 284 CTNS | WII SILICON SKIN<br>PO NO.:2106352 MODEL NO.:VGW2RSKINS<br><br>QTY: 6816 PCS |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGWSKIN UNIT COUNT PER CARTON 48 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 208 CTNS | WII MOTE+NUNCHUCK SILICON SKIN<br>PO NO.:2106352 MODEL NO.:VGWSKIN<br><br>QTY: 9984 PCS<br><br>TOTAL QTY: 32824 PCS<br>HTS CODE: 85044099/39269090/42029280<br>ETA LGB: OCT.19,2008<br>VENDOR NUMBER: 070827<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br>SHIPPER DECLARE:<br>THIS SHIPMENT DOES NOT CONTAIN WOOD PACKAGING MATERIAL<br>ON BOARD DATE: OCTOBER 05,2008<br>CONTAINER# : CBHU1994559<br>SEAL# : S92526<br>BILL OF LADING: COSU6017305090<br>PLACE OF RECEIPT: YANTIAN, CHINA |

TO : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315 PHONE#: 852-23027541)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG440304

| | |
|---|---|
| SELLER (PRINCIPAL OR LICENSEE) MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | DATE CARGO RECEIVED 07 OCT 2008 / COUNTRY OF ORIGIN CHINA |
| BUYER (NAME AND ADDRESS) CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN:INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | ALSO NOTIFY PARTY CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |
| | EXPORT CARRIER (VESSEL, VOYAGE) OOCL ASIA 18E41 |
| NOTIFY PARTY (NAME AND ADDRESS) CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN:INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | EXPORT REFERENCE / PORT OF LOADING HONG KONG, HONG KONG |
| | PORT OF DISCHARGE LONG BEACH, CA / FINAL DESTINATION LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNUSHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 2000.000 | CBM. 20.358 |
| CIRCUIT CITY PO#2112888 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON# OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 250 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK PO NO.2112888 SKU# VGWSSHOT QTY: 5000 PCS<br><br>ALSO NOTIFY PARTY: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>TWO HUNDRED FIFTY CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:15 OCT2008 ISSUE DATE:15 OCT2008

MISC CHARGES 5005.50

TOTAL (HKD) 5005.50

WE RECEIVED ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

BY: ______________________

AS AGENT

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:HKG440304

---

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 13,2008
CONTAINER# : GATU1311069
SEAL# : OOLM604725
BILL OF LADING: OOLU3039492621
PLACE OF RECEIPT: HONG KONG, HONG KONG

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 65.00 |
| CONTAINER SECURITY | 47.00 |
| DOCUMENT ADMINISTR | 150.00 |
| LCL HANDLING CHARG | 3562.70 |
| PORT SECURITY / OT | 20.40 |
| TERMINAL HANDLING | 1160.40 |

---

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE

FORWARDERS CARGO RECEIPT

NO: YAT456400

SELLER (PRINCIPAL OR LICENSEE)
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

DATE CARGO RECEIVED: 15 OCT 2008

COUNTRY OF ORIGIN: CHINA

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT CARRIER (VESSEL,VOYAGE): OOCL ROTTERDAM 45E42

EXPORT REFERENCE:

PORT OF LOADING: YANTIAN, CHINA

PORT OF DISCHARGE: LONG BEACH, CA

FINAL DESTINATION: LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | " FREIGHT COLLECT" KGS. 5900.000 | CBM 59.980 |
| CIRCUIT CITY P.O. #2117215 CIRCUIT CITY MODEL (SKU)#VGSTHRONE UNIT COUNT PER CARTON 4 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 500 CTNS | DRUM BENTCH P.O#.: 2117215 MODEL NO.: VGSTHRONE<br><br>NOTIFY 3: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SHIPPERS LOAD AND COUNT FIVE HUNDRED CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY

ISSUE DATE:19 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 53.40 |
| FCL HNDLING FEE | 341.10 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -96'-96 | 2294.70 |
| TOTAL (HKD) | 3053.00 |

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ____________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE

CARGO RECEIPT

NO:YAT456400

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 19,2008
CONTAINER# : TRLU5455062
SEAL# : OOLP811829
BILL OF LADING: OOLU3037117071
PLACE OF RECEIPT: YANTIAN, CHINA

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT456142

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 16 OCT 2008 | CHINA |

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|
| GENOA BRIDGE | 43E |

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 4896.000 | CBM. 45.660 |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 77 CTNS | NDSL AC ADAPTER PO.NO.: 2106353. MODEL NO.: VGDACA<br><br>*** SEE ATTACHMENT PAGE 2 THRU 4 ***<br><br>SHIPPERS LOAD AND COUNT<br>ONE THOUSAND TWO HUNDRED FOURTEEN CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
ISSUE DATE:20 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 221.70 |
| CONTAINER SECURITY | 53.40 |
| FCL HNDLING FEE | 341.10 |
| DOCUMENT ADMINISTR | 142.10 |
| CY RCVING -86'-86 | 2294.70 |
| TOTAL (HKD) | 3053.00 |

WE RECEIVED __ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 1/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY 1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ________________
AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT456142

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGDDCA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 75 CTNS | NDSL DC POWER ADAPTER, CAR CHARGER PO.NO.: 2106353 MODEL NO.: VGDDCA |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGDPOWSOLN UNIT COUNT PER CARTON 12 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 158 CTNS | DS POWER SOLUTION PO.NO.: 2106353 MODEL NO.: VGDPOWSOLN |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGP2MCONT UNIT COUNT PER CARTON 16 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 101 CTNS | PS2 GAME PAD PO.NO.: 2106353 MODEL NO.: VGP2MCONT |

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE

CARGO RECEIPT

NO:YAT456142

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGPACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 50 CTNS | PSP AC ADAPTER PO.NO.: 2106353 MODEL NO.: VGPACA |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGPDCA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 64 CTNS | PSP DC POWER ADAPTER, CAR CHARGER PO.NO.: 2106353 MODEL NO.: VGPDCA |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGPTCS UNIT COUNT PER CARTON 20 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 64 CTNS | PSP TRAVEL CASE PO.NO.: 2106353 MODEL NO.: VGPTCS |

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT456142

---

| | | |
|---|---|---|
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGW2RSKINS UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 417 CTNS | WII SILICON SKIN<br>PO.NO.: 2106353 MODEL NO.: VGW2RSKINS |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGWSKIN UNIT COUNT PER CARTON 18 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 208 CTNS | WII MOTE+NUNCHUCK SILICON SKIN<br>PO.NO.: 2106353 MODEL NO.: VGWSKIN<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE., SUITE B<br>NORFOLK, VA 23513<br>A:IRENE BARON |

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 20,2008
CONTAINER# : KKFU1831901
SEAL# : BAJ36317
BILL OF LADING: KKLUHK6705187
PLACE OF RECEIPT: YANTIAN, CHINA

---

Expeditors®

# Expeditors Cargo Management Systems

## DRAFT

FORWARDER'S CARGO RECEIPT

SHIPPER (Name and Full Address)
MADCOW INTERNATIONAL GROUP LIMITED
UNIT 1005,10/F,FUTURA PLAZA,
111-113 HOW MING STREET
KWUN TONG, KOWLOON
HONG KONG

BOOKING NUMBER: S912366515
FCR NUMBER: R910280828
CARGO RECEIVING DATE: 10/16/08

CONSIGNEE (Name and Full
CIRCUIT CITY STORES, INC.
DR1/INTL. LOGISTICS/4TH FLOOR
9950 MAYLAND DR. RICHMOND VA 23233
UNITED STATES ATTN: JOSH PETRIE
TEL: 8045274000 FAX: 8045274110

FORWARDING AGENT REFERENCES
EXPEDITORS HONG KONG LIMITED
36/F-38/F, ENTERPRISE SQUARE THREE
39 WANG CHIU ROAD

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)
CIRCUIT CITY STORES, INC.
DR1/INTL. LOGISTICS/4TH FLOOR
9950 MAYLAND DR. RICHMOND VA 23233
UNITED STATES ATTN: JOSH PETRIE
TEL: 8045274000 FAX: 8045274110

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION FOR RELEASE OF CARGO PLEASE CONTACT:
CIRCUIT CITY STORES, INC.
DISTRIBUTION CENTER #717 501
SO. CHERYL LANE WALNUT, CA 91789
UNITED STATES
ATTN: JUAN LOPEZ OR KRISTINE GREER

| INITIAL CARRIAGE | PLACE OF RECEIPT |
|---|---|
| | HONG KONG |
| **EXPORT CARRIER (Vessel, voyage)** | **PORT OF LOADING** |
| CMA CGM HUGO V.TX493E | HONG KONG |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| LONG BEACH, CA | LONG BEACH, CA |

B/L: 6910744397

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. Invoice Number: MAD081016A | 83 CTNS | P.O.# 2135943<br>SKU# VGWINTFAN<br>WLL COOLING FAN<br>1992 PCS<br><br>THE SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL (WPM) | 125.00 KG | .620 M3 |
| ECMU8022997 CFS/C | FS Size | :45 83 CTNS Seal:4799938 | 125.00 KG | .620 M3 |
| TOTALS: | | 83 CTNS | | |

REMARKS: THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 10/25/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CERTIFICATE OF ORIGIN | 0 | 1 |
| SHIPPING DOCUMENTS RECEIPT | 0 | 1 |

| FOR CHARGES | HKD |
|---|---|
| MISC | 200.00 |
| DOC FE | 140.00 |
| THC | 55.00 |
| CFS CH | 175.00 |
| Total | 570.00 |

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS

For

BY ______

DATE 10/27/08

TO : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315 PHONE#: 852-23027541)

APL Logistics™

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG481442

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

EXPORT CARRIER (VESSEL, VOYAGE): OOCL ROTTERDAM 45E42

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | | HONG KONG, HONG KONG |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | " FREIGHT COLLECT" KGS. 6633.000 | CBM. 63.400 |
| CIRCUIT CITY<br>PO#2112891<br>CIRCUIT CITY MODEL<br>(SKU)#VGWSSHOT<br>UNIT COUNT PER<br>CARTON 20 PIECES<br>CARTON# OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK<br>PO NO.2112891<br>SKU# VGWSSHOT<br>QTY: 16500 PCS<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SHIPPERS LOAD AND COUNT<br>EIGHT HUNDRED EIGHTY-SEVEN CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 195.00 |
| CONTAINER SECURITY | 47.00 |
| FCL HNDLING FEE | 300.00 |
| DOCUMENT ADMINISTR | 150.00 |
| CY RCVING -96'-96 | 2855.00 |
| TOTAL (HKD) | 3547.00 |

WE RECEIVED 1 ORIGINAL COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

BENEFICIARY'S STATEMENT COPY
COMMERCIAL INVOICE COPY
CONTAINER FREIGHT MANIFEST COPY
CERTIFICATE OF ORIGIN COPY
PACKING LIST COPY
SHIPPING DOCUMENT RECEIPT COPY
#CCPIT088596184 COPY
7-POINT CONTAINER INSPECTION AFFIDAV COPY

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY: ____________________ AS AGENT

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:HKG481442

---

CIRCUIT CITY
PO#2112892
CIRCUIT CITY MODEL
(SKU)#VGP3ULINK
UNIT COUNT PER
CARTON 20 PIECES
CARTON# OF
GROSS WEIGHT
POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

62 CTNS

PS3 CHARGER CABLE
PO NO.2112892
SKU# VGP3ULINK
QTY: 1240 PCS

ALSO NOTIFY PARTY:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 20,2008
CONTAINER# : TGHU9477310
SEAL# : OOLM591727
BILL OF LADING: OOLU3039502220
PLACE OF RECEIPT: HONG KONG, HONG KONG

---

TO : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315 PHONE#: 852-23027541)

APL Logistics™

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG481442

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
9950 MAYLAND DR/ATTN:INTL LOGISTICS
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8044868585 FAX:8043426448

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
OOCL ROTTERDAM 45E42

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
9950 MAYLAND DR/ATTN:INTL LOGISTICS
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8044868585 FAX:8043426448

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | HONG KONG, HONG KONG |
| **PORT OF DISCHARGE** | **FINAL DESTINATION** |
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT "FREIGHT COLLECT" KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| | | | 6633.000 | 63.400 |
| CIRCUIT CITY<br>PO#2112891<br>CIRCUIT CITY MODEL<br>(SKU)#VGWSSHOT<br>UNIT COUNT PER<br>CARTON 20 PIECES<br>CARTON# OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK<br>PO NO.2112891<br>SKU# VGWSSHOT<br>QTY: 16500 PCS<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SHIPPERS LOAD AND COUNT<br>EIGHT HUNDRED EIGHTY-SEVEN CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 195.00 |
| CONTAINER SECURITY | 47.00 |
| FCL HNDLING FEE | 300.00 |
| DOCUMENT ADMINISTR | 150.00 |
| CY RCVING -96'-96 | 2855.00 |
| TOTAL (HKD) | 3547.00 |

WE RECEIVED 1 ORIGINAL COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| BENEFICIARY'S STATEMENT | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |
| #CCPIT088596184 | COPY |
| 7-POINT CONTAINER INSPECTION AFFIDAV | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY: ______________________ AS AGENT

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:HKG481442

---

CIRCUIT CITY
PO#2112892
CIRCUIT CITY MODEL
(SKU)#VGP3ULINK
UNIT COUNT PER
CARTON 20 PIECES
CARTON# OF
GROSS WEIGHT
POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

62 CTNS PS3 CHARGER CABLE
PO NO.2112892
SKU# VGP3ULINK
QTY: 1240 PCS

ALSO NOTIFY PARTY:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 20,2008
CONTAINER# : TGHU9477310
SEAL# : OOLM591727
BILL OF LADING: OOLU3039502220
PLACE OF RECEIPT: HONG KONG, HONG KONG

---

TO : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: CIW460145

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

EXPORT CARRIER (VESSEL, VOYAGE): APL SWEDEN 062-1

NOTIFY PARTY (NAME AND ADDRESS):
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | CHIWAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LOS ANGELES, CA | LOS ANGELES, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS 1500.000 | CBM 10.070 |
| CIRCUIT CITY P.O. #2108394<br>CIRCUIT CITY MODEL (SKU)#UGP2ACA<br>UNIT COUNT PER CARTON 12 PIECES<br>CARTON# ___OF ___<br>GROSS WEIGHT ___ POUNDS<br>CARTON DIMENSIONS (INCHES):<br>__ LENGTH X<br>__ WIDTH X __HEIGHT<br>MADE IN CHINA | 250 CTNS | PS2 AC ADAPTER<br>PO NO.: 2108394 MODEL NO.: UGP2ACA<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>TWO HUNDRED FIFTY CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
ISSUE DATE:27 OCT2008

| | |
|---|---|
| MISC CHARGES | 2292.90 |
| TOTAL (HKD) | 2292.90 |

WE RECEIVED __ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:CIW460145

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 27,2008
CONTAINER# : APZU4026450
SEAL# : AA1863289
BILL OF LADING: APLL052343206
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 73.80 |
| CONTAINER SECURITY | 53.40 |
| DOCUMENT ADMINISTR | 141.90 |
| LCL HANDLING CHARG | 1520.70 |
| PORT SECURITY / OT | 40.00 |
| TERMINAL HANDLING | 463.10 |

Expeditors®

**Expeditors Cargo Management Systems**
**DRAFT**

FORWARDER'S CARGO RECEIPT

SHIPPER (Name and Full Address)
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA, 111-
113 HOW MING STREET,KWUN TONG,
KOWLOON,HONG KONG

BOOKING NUMBER: S1N0606371
FCR NUMBER: R1N0178951
CARGO RECEIVING DATE: 10/21/08

CONSIGNEE (Name and Full
CIRCUIT CITY STORES,INC.
ATTN:JOSH PETRIE,9950 MAYLAND,
DR.DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
TEL:8045274000 FAX:8045274110

FORWARDING AGENT REFERENCES
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO.,LTD.SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)
CIRCUIT CITY STORES,INC.
ATTN:JOSH PETRIE,9950 MAYLAND,
DR.DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
TEL:8045274000 FAX:8045274110

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT:

| INITIAL CARRIAGE | PLACE OF RECEIPT: YANTIAN,CHINA |
|---|---|
| EXPORT CARRIER (Vessel, voyage): EVER URBAN 0537-066E | PORT OF LOADING: YANTIAN,CHINA |
| PORT OF DISCHARGE: LOS ANGELES, CA | PLACE OF DELIVERY: LOS ANGELES, CA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. Invoice Number: MAD081021A | | | | |
| | 1180 CTNS | PO NO.2124415<br>ITEM NO.VGSTHRONE<br>DRUM BENCH<br>NO WPM | 13924.00 KG | 141.560 M3 |
| EMCU8019231 CY/CY | Size :45 | 590 CTNS Seal:EMCCYZ0118<br>SHIPPER'S LOAD AND COUNT | 6962.00 KG | 70.780 M3 |
| EISU8068922 CY/CY | Size :45 | 590 CTNS Seal:EMCCYL4968<br>SHIPPER'S LOAD AND COUNT | 6962.00 KG | 70.780 M3 |
| TOTALS: | | 2 Container(s) | | |

COPY NOT NEGOTIABLE

REMARKS: THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 10/27/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 |
| BENEFICIARY'S STATEMENT | 0 | 1 |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT | 0 | 1 |
| CONTAINER MANIFEST | 0 | 1 |

FOR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For

BY ____________

DATE 10/27/08


REMIT TO

Expeditors
You'd be surprised how far we'll go for you.

BEIJING KANGJIEKONG INT'L
29F,DI WANG COMM. CENTRE, 5002
SHENNAN ROAD EAST,SHENZHEN,PRC
TR 755 25838000

CLIENT NO: 11461288

MADCOW INTERNATIONAL GROUP LTD
C/O EXPEDITORS HONG KONG
HONG KONG

INVOICE DATE: 10/27/08

INVOICE NUMBER: E1N0731676

YOUR REFERENCE

DESTINATION: LAX

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

CARRIER: EVER URBAN 0537-066E ORIGIN: YAN
PCS: 1180PCS WEIGHT: 141.6C

| | |
|---|---|
| SEAL CHARGE<br>BAS 4.00 / CTNR | 8.00 USD |
| SECURITY CHARGE<br>BAS 6.00 / CTNR | 12.00 |
| DOCUMENTATION FEE<br>BAS 146.00 / FCR | 21.38 |
| HANDLING<br>BAS 290.00 / FCR | 42.46 |
| AMS FEE<br>BAS 200.00 / FCR | 25.00 |
| TERMINAL HANDLNG FEE<br>BAS 340.00 / 45 | 680.00 |
| SUB TOTAL: | 788.84 |
| INVOICE TOTAL: | 788.84 USD |

INVOICE

An original copy of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
All services provided are subject to these terms and conditions.

MERCHANDISE RELEASED BY CUSTOMS IS DONE UNDER BOND AND IS SUBJECT TO REDELIVERY TO CUSTOMS ON DEMAND. FAILURE TO RETURN MERCHANDISE MAKES THE IMPORTER SUBJECT TO PENALTY FOR FULL AMOUNT OF BOND.

JC 01

**TERMS: NET CASH**
PLEASE NOTE. THIS INVOICE INCLUDES CASH OUTLAYS MADE FOR YOUR ACCOUNT. PLEASE REMIT UPON RECEIPT.

THE COMPANY HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT, 1984, AS AMENDED

FEDERAL MARITIME COMMISSION NO. 2268
R1N0178951

**ORIGINAL**

TO : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics™

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT511485

**SELLER (PRINCIPAL OR LICENSEE)**
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA,
111-113 HOW MING STREET, KWUN TONG
KOWLOON, HONG KONG

**DATE CARGO RECEIVED**
23 OCT 2008

**COUNTRY OF ORIGIN**
CHINA

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
LONG BEACH BRIDGE 49E

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**EXPORT REFERENCE**

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
LONG BEACH, CA

**FINAL DESTINATION**
LONG BEACH, CA

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. | CBM |
| | | | 10336.000 | 105.100 |
| CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGSTHRONE UNIT COUNT PER CARTON 4 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): ___ LENGTH X ___ WIDTH X ___HEIGHT MADE IN CHINA | 438 CTNS | DRUM BENTCH PO.NO.: 2108392 MODEL NO.: VGSTHRONE<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SHIPPERS LOAD AND COUNT EIGHT HUNDRED SEVENTY-SIX CTNS ONLY | | |

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY

ISSUE DATE:27 OCT2008

| | |
|---|---|
| AMS FEE FROM CARRI | 195.00 |
| CONTAINER SECURITY | 94.00 |
| FCL HNDLING FEE | 600.00 |
| DOCUMENT ADMINISTR | 125.00 |
| CY RCVING -86'-86 | 4036.00 |
| TOTAL (CNY) | 5050.00 |

WE RECEIVED __ORIGINAL__1__COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2D ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY 1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ____________________
AS AGENT

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT511485

---

CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGSTHRONE UNIT COUNT PER CARTON 4 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA

438 CTNS

DRUM BENTCH
PO.NO.: 2108392 MODEL NO.: VGSTHRONE

NOTIFY 3:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 27,2008
CONTAINER# : KKFU1489152,KKFU1706999
SEAL# : BAF13341,BAF13299
BILL OF LADING: KKLUHK6705255
PLACE OF RECEIPT: YANTIAN, CHINA

---

HKG 4911210409 4911210409

Shipper's Name and Address | Shipper's Account Number

MADCOW INTERNATIONAL GROUP LIMITED
UNIT 1005,10/F,FUTURA PLAZA,
111-113 HOW MING STREET
KWUN TONG, Kowloon
HONG KONG

Not Negotiable
Air Waybill
Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address | Consignee's Account Number

Circuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233
U.S.A.

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information

297-6645 8000 FREIGHT COLLECT
NTYCircuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233 USA**

Agent's IATA Code: 1330004 | Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number | Optional Shipping Information

| To | By First Carrier | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | CI | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

Airport of Destination: LOS ANGELES, CA | Requested Flight/Date: CI5834/27 | Amount of Insurance: NIL

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information SHPR REF: MAD081025A CNEE REF: 2153788.
INVOICE AND PACKING LIST ATTD.
**ATTN:CAROL LACKS,LOGISTICS DEPT.
U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 407 | 2271 | K | | 3223.5 | AS AGREED | | GAME PAD |
| | | | | 3223.5 | AS AGREED | | PSAF |

CIRCUIT CITY P.O.#:2153788 PS2 GAME PAD
CIRCUIT CITY MODEL(SKU)#VGP2MCONT 407CTNS/6512 PCS
UNIT COUNT PER CARTON 16 PIECES
CARTON# OF
GROSS WEIGHT
CARTON DIMENSION
MADE IN CHINA NO SWPM

SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 407CTN@40X36X33

407 2271

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | | Charges at Destination |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

PETER FONG, AGENT

Signature of Shipper or his Agent

26 October 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

Total Collect Charges

HAWB 4911210409

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

# EXPEDITORS HONG KONG LIMITED

Expeditors

**ORIGINAL INVOICE**

CLIENT NO: G0251821

MADCOW INTERNATIONAL GROUP LIMITED
UNIT 1005,10/F,FUTURA PLAZA,
111-113 HOW MING STREET
KWUN TONG, Kowloon

INVOICE DATE 10/25/08

INVOICE NUMBER E913971114

YOUR REFERENCE SEE BELOW

DESTINATION: LAX

ORIGIN: HKG

PCS: 407PCS WEIGHT: 2271.0K CHG WGT: 3223.5K

| | |
|---|---|
| TC | 5,544.42 HKD |
| DOX | 15.00 |
| HC | 283.00 |
| CFS | 2,578.80 |
| SUB TOTAL: | 8,421.22 |
| INVOICE TOTAL: | 8,421.22 HKD |

SERVICE LEVEL: Airport to Airport

YOUR REFERENCES: MAD081025A, 2153788

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An interest charge of 2% per month will be levied on any invoice unsettled within the credit terms as specified by our credit department.

This is an official invoice. No authorized signature is required.

**THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED**

MAIN OFFICE:
36/F-38/F, ENTERPRISE SQUARE THREE, 39, WANG CHIU ROAD, KOWLOON BAY, KOWLOON, HONG KONG
TEL: 2190 3000 FAX: 2721 9734

AIR EXPORT OFFICE:
ROOM 302, 3/F, NORTH OFFICE BLOCK, SUPERTERMINAL 1, HONG KONG INTERNATIONAL AIRPORT, CHEK LAP KOK, HONG KONG
TEL: 2190 5600 FAX: 2637 4668

AIR IMPORT OFFICE:
ROOM 410, 4/F, SOUTH OFFICE BLOCK, SUPER TERMINAL 1, HONG KONG INTERNATIONAL AIRPORT CHEK LAP KOK, HONG KONG
TEL: 2753 1581 FAX: 2752 9954

DISTRIBUTION CENTRE:
ROOM 13014 W, 13/F, ATL LOGISTICS CENTRE B, BERTH 3, KWAI CHUNG, N.T., HONG KONG
TEL: 2406 7099 FAX: 2407 1398

E. & O. E.

Expeditors

# Expeditors Cargo Management Systems

## ORIGINAL

FORWARDER'S CARGO RECEIPT

SHIPPER (Name and Full Address)
MADCOW INTERNATIONAL GROUP LTD
UNIT 1005, 10/F, FUTURA PLAZA, 111-
113 HOW MING STREET, KWUN TONG, KOW
HONG KONG

BOOKING NUMBER: S1N0605763
FCR NUMBER: R1N0179575
CARGO RECEIVING DATE: 10/20/08

CONSIGNEE (Name and Full Address)
CIRCUIT CITY STORES, INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS./4TH FLOOR
RICHMOND VA 23233 USA
TEL:8045274000 FAX:8045274110

FORWARDING AGENT REFERENCES
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO.,LTD.SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)
CIRCUIT CITY STORES, INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS./4TH FLOOR
RICHMOND VA 23233 USA
TEL:8045274000 FAX:8045274110

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT:

INITIAL CARRIAGE:
PLACE OF RECEIPT: YANTIAN,CN
EXPORT CARRIER (Vessel, voyage): LONG BEACH BRIDGE 49E
PORT OF LOADING: YANTIAN,CN
PORT OF DISCHARGE: LONG BEACH, CA
PLACE OF DELIVERY: LONG BEACH, CA

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. Invoice Number: MAD081016E | 333 CTNS | PO NO. 2135943<br>ITEM NO.UGP2TAP4A<br>PSZ MULTILAYER ADAPTER<br>ITEM NO.VGPTCS<br>PSP TRAVEL CASE | 1333.52 KG | 11.140 M3 |
| KKFU7151497 CFS/CY | Size :40H | 333 CTNS Seal:BAJ10756 | 1333.52 KG | 11.140 M3 |
| TOTALS: | | 333 CTNS | | |

REMARKS: THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 10/28/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 |
| CERTIFICATE OF ORIGIN | 0 | 1 |

FCR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For

BY

DATE 10/29/08

Expeditors EXPEDITORS HONG KONG LIMITED
36/F-38F, Enterprise Square Three, 39 Wang Chiu Road, Kowloon Bay, Kowloon, Hong Kong
Tel: (852) 2190 3000 Fax: (852) 2721 9734

ORIGINAL

CLIENT NO: G0283695

Madcow International Group Limited
ATTN: Foreign-to-Foreign
Unit 1005, 10/F, Futura Plaza
111-113 How Ming Street
Kwun Tong, Kowloon

INVOICE DATE 10/29/08

INVOICE NUMBER E913978968

YOUR REFERENCE

AWB/BL: R1N0179575/OS HAWB/HBL: R1N0179575

CARRIER: LONG BEACH BRIDGE ORIGIN: SZX
PCS: 333CTNS

| | |
|---|---|
| PFSC FEE | 9.67 HKD |
| DOCUMENTATION FEE | 166.61 |
| PCF FEE | 34.32 |
| AMS FEE | 195.00 |
| TERMINAL HANDLNG FEE | 610.12 |
| CFS CHARGES | 1,728.79 |
| SECURITY CHARGE | 11.70 |
| OFFSHORE | 100.00 |
| SUB TOTAL: | 2,856.21 |
| INVOICE TOTAL: | 2,856.21 HKD |

THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED

An interest charge of 2% per month will be levied on any invoice unsettled within the credit terms as specified by our credit department.

EXPEDITORS HONG KONG LIMITED

E. & O. E.

WD 01

1910266447

HKG 4911210622

4911210622

Shipper's Name and Address

Madcow International Group Limited
Unit 1005, 10/F, Futura Plaza
111-113 How Ming Street
Kwun Tong, Kowloon
HONG KONG

Shipper's Account Number

Not Negotiable
Air Waybill
Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address

Consignee's Account Number

Circuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233
U.S.A.

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information

297-6645 8195 FREIGHT COLLECT
NTY:SAME AS CONSIGNEE

Agent's IATA Code: 1330004

Account No

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number

Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | CI | | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| LOS ANGELES, CA | CI5836/04 | NIL |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information SHPR REF: MAD081025B CNEE REF: 2153784.
INV AND PACKING LIST ATTD

U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 625 | 1155 | K | | 1155 | AS AGREED | | COOLING FAN |
| | | | | 1155 | AS AGREED | | PSAF |
| | | | | | | | WII COOLING FAN |
| | | | | | | | 625 CTNS/15000 PCS |
| 625 | 1155 | | | | | | |

CIRCUIT CITY P.O.#2153784
CIRCUIT CITY MODEL(SKU)#UGWINTFAN
UNIT COUNT PER CARTON 24 PIECES
CARTON#____OF____
GROSS WEIGHT_____POUNDS
CARTON DIMENSIONS(INCHES):____LENGHT X ____WIDTH X ___ HEIGHT
MADE IN CHINA
NO SWPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 625CTN@24X23X14

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | | Charges at Destination |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

CH CHOW, AGENT

Signature of Shipper or his Agent

3 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

Total Collect Charges

HAWB 4911210622

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

EXPEDITORS HONG KONG LIMITED

Expeditors

**ORIGINAL INVOICE**

CLIENT NO: G0251821

Madcow International Group Limited
Unit 1005, 10/F, Futura Plaza
111-113 How Ming Street
Kwun Tong, Kowloon

INVOICE DATE 11/03/08

INVOICE NUMBER E913987855

YOUR REFERENCE SEE BELOW

DESTINATION: LAX

ORIGIN: HKG

PCS: 625PCS WEIGHT: 1155.0K CHG WGT: 1155.0K

| | |
|---|---|
| TC | 1,986.60 HKD |
| DOX | 15.00 |
| CFS | 924.00 |
| HC | 283.00 |
| SUB TOTAL: | 3,208.60 |
| INVOICE TOTAL: | 3,208.60 HKD |

SERVICE LEVEL: Airport to Airport

YOUR REFERENCES: MAD081025B, 2153784

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An interest charge of 2% per month will be levied on any invoice unsettled within the credit terms as specified by our credit department.

This is an official invoice. No authorized signature is required.

**THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED**

MAIN OFFICE:
36/F-38/F, ENTERPRISE SQUARE THREE, 39, WANG CHIU ROAD, KOWLOON BAY, KOWLOON, HONG KONG
TEL: 2190 3000 FAX: 2721 9734

AIR EXPORT OFFICE:
ROOM 302, 3/F, NORTH OFFICE BLOCK, SUPERTERMINAL 1, HONG KONG INTERNATIONAL AIRPORT, CHEK LAP KOK, HONG KONG
TEL: 2190 5600 FAX: 2637 4668

AIR IMPORT OFFICE:
ROOM 410, 4/F, SOUTH OFFICE BLOCK, SUPER TERMINAL 1, HONG KONG INTERNATIONAL AIRPORT CHEK LAP KOK, HONG KONG
TEL: 2753 1581 FAX: 2752 9954

DISTRIBUTION CENTRE:
ROOM 13014 W, 13/F, ATL LOGISTICS CENTRE B, BERTH 3, KWAI CHUNG, N.T., HONG KONG
TEL: 2406 7099 FAX: 2407 1398

E. & O. E.

JV 02

4911210622 A