1  WILLIAM H. COLLIER, JR., CASB No. 97491
   william.collier@kyl.com
2  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
3  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
6  Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
7
   Attorneys for Creditor
8  MADCOW INTERNATIONAL GROUP LIMITED

9

10              **UNITED STATES BANKRUPTCY COURT**

11           **FOR THE EASTERN DISTRICT OF VIRGINIA**

12

13  In re:                              ) Case No. 08-35653-KRH
                                        )
14  CIRCUIT CITY STORES, INC., et al.   ) Chapter 11 (jointly administered)
                                        )
15                          Debtors.    ) **DECLARATION OF DAVID WU**
                                        )
16                                      ) Date:
                                        ) Time:
17                                      ) Place:
                                        )
18  _____)

19

20          I, DAVID WU, declare as follows:

21          1.      I am the Managing Director of Madcow International Group Limited

22  ("Creditor").

23          2.      I have personal knowledge of the facts set forth below, all of which I believe to

24  be true, and, if called upon testify as a witness, could and would testify competently thereto. To those

25  matters which are stated on information and belief, I believe them to be true.

26          3.      When goods were purchased by the Debtor, Creditor would arrange for the

27  goods to be delivered to a vessel for shipment to the United States.

28

1           4.      Creditor delivered goods that were being shipped under invoice

2  no. MAD080909A for the amount of $47,928.96 to APL Logistics ("APL") for carriage to the United

3  States. On or about 15 September 2008, APL issued to Creditor a "forwarder's cargo receipt." (See

4  Exhibit A.) Written in fine print on the front page is a sentence which states: "We [meaning Creditor]

5  *received ... 1 copies of the following documents which plus 2/3 original bills of lading will be*

6  *dispatched to the parties at port of discharge at the time of shipment ....*" On information and belief, I

7  believe that APL would have subsequently issued an original bill of lading to the Debtor which the

8  Debtor would have received on or after 26 September 2008.

9           5.      Creditor delivered goods that were being shipped under invoice

10  no. MAD080917A for the amount of $27,563.28 to APL for carriage to the United States. On or

11  about 25 September 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit B.)

12  Written in fine print on the front page is a sentence which states: "We [meaning Creditor] *received ...*

13  *1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the*

14  *parties at port of discharge at the time of shipment ...*" On information and belief, I believe that APL

15  would have subsequently issued an original bill of lading to the Debtor which the Debtor would have

16  received on or after 26 September 2008.

17           6.      Creditor delivered goods that were being shipped under invoice

18  no. MAD080916A for the amount of $8,880.00 to Logistics Worldwide Line ("Logistics") for carriage

19  to the United States. On or about 24 September 2008 the goods were on board, and arrived on or

20  about 11 October 2008. (See Exhibit C.) On information and belief, I believe that Logistics would

21  have subsequently issued an original bill of lading to the Debtor which the Debtor would have

22  received on or after 26 September 2008.

23           7.      Creditor delivered goods that were being shipped under invoice

24  no. MAD080922B1 for the amount of $75,168.00 to APL for carriage to the United States. On or

25  about 26 September 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit D.)

26  Written in fine print on the front page is a sentence which states: "We [meaning Creditor] *received ...*

27  *1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the*

28  *parties at port of discharge at the time of shipment ...*" On information and belief, I believe that APL

KYL_LB1257156
KYL_LB\1257156.1

1  would have subsequently issued an original bill of lading to the Debtor which the Debtor would have

2  received on or after 26 September 2008.

3         8.     Creditor delivered goods that were being shipped under invoice

4  no. MAD080925A for the amount of $65,038.80 to APL for carriage to the United States.  On or

5  about 9 October 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit E.)  Written

6  in fine print on the front page is a sentence which states:  "We [meaning Creditor] *received … 1 copies*

7  *of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at*

8  *port of discharge at the time of shipment …*"  On information and belief, I believe that APL would

9  have subsequently issued an original bill of lading to the Debtor which the Debtor would have

10  received on or after 26 September 2008.

11         9.     Creditor delivered goods that were being shipped under invoice

12  no. MAD080922E for the amount of $105,000. to APL for carriage to the United States.  On or about

13  8 October 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit F.)  Written in fine

14  print on the front page is a sentence which states:  "We [meaning Creditor] *received … 1 copies of the*

15  *following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of*

16  *discharge at the time of shipment …*"  On information and belief, I believe that APL would have

17  subsequently issued an original bill of lading to the Debtor which the Debtor would have received on

18  or after 26 September 2008.

19        10.     Creditor delivered goods that were being shipped under invoice

20  no. MAD080922C for the amount of $38,010.00 to APL for carriage to the United States.  On or

21  about 1 October 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit G.)  Written

22  in fine print on the front page is a sentence which states:  "We [meaning Creditor] *received … 1 copies*

23  *of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at*

24  *port of discharge at the time of shipment …*"  On information and belief, I believe that APL would

25  have subsequently issued an original bill of lading to the Debtor which the Debtor would have

26  received on or after 26 September 2008.

27        11.     Creditor delivered goods that were being shipped under invoice

28  no. MAD080922B for the amount of $73,673.28 to APL for carriage to the United States.  On or

KYL_LB1257156
KYL_LB\1257156.1

about 8 October 2008, APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit H.)  Written in fine print on the front page is a sentence which states:  "We [meaning Creditor] *received … 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment …*"  On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

12.    Creditor delivered goods that were being shipped under invoice no. MAD081010C for the amount of $27,150.00 to APL for carriage to the United States. On or about 15 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit I). Written in fine print on the front page, is a sentence which states "*We* [meaning Creditor] *received … 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment …*" On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

13.    Creditor delivered goods that were being shipped under invoice no. MAD081025A for the amount of $28,522.56 to Expeditors Hong Kong Limited ("Expeditors") by Air to the United States on or about 27 October, 2008.  (See Exhibit J.)  On information and belief, I believe that the both the on board date and Debtor would have received on or after 26 September 2008.

14.    Creditor delivered goods that were being shipped under invoice no. MAD081015A for the amount of $26,000.00 to APL for carriage to the United States. On or about 19 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit K). Written in fine print on the front page, is a sentence which states "*We* [meaning Creditor] *received … 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment …*". On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

15.    Creditor delivered goods that were being shipped under invoice

KYL_LB1257156
KYL_LB\1257156.1

1    no. MAD081016C for the amount of $85,800.00 to Expeditors for carriage to the United States. On or

2    about 21 October 2008 Expeditors issued to Creditor a "Cargo Management System" receipt (See

3    Exhibit L). Written in fine print on the front page, is a sentence which states *The original bill of*

4    *lading of this shipment has been released to the above mentioned consignee"*. On information and

5    belief, I believe that Expeditors would have subsequently issued an original bill of lading to the

6    Debtor which the Debtor would have received on or after 26 September 2008.

7            16.    Creditor delivered goods that were being shipped under invoice

8    no. MAD081016D for the amount of $2,294.00 to APL for carriage to the United States. On or about

9    21 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit M). Written in

10    fine print on the front page, is a sentence which states *"We* [meaning Creditor] *received … 1 copies of*

11    *the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port*

12    *of discharge at the time of shipment …"*  On information and belief, I believe that APL would have

13    subsequently issued an original bill of lading to the Debtor which the Debtor would have received on

14    or after 26 September 2008.

15            17.    Creditor delivered goods that were being shipped under invoice

16    no. MAD081014A for the amount of $64,986.32 to APL for carriage to the United States. On or about

17    20 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit N). Written in

18    fine print on the front page, is a sentence which states *"We* [meaning Creditor] *received … 1 copies of*

19    *the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port*

20    *of discharge at the time of shipment …"*  On information and belief, I believe that APL would have

21    subsequently issued an original bill of lading to the Debtor which the Debtor would have received on

22    or after 26 September 2008.

23            18.    Creditor delivered goods that were being shipped under invoice

24    no. MAD081016A for the amount of $6,095.52 to APL for carriage to the United States. On or about

25    25 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit O). Written in

26    fine print on the front page, is a sentence which states *"We* [meaning Creditor] *received … 1 copies of*

27    *the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port*

28    *of discharge at the time of shipment …"*. On information and belief, I believe that APL would have

- 4 -

1    subsequently issued an original bill of lading to the Debtor which the Debtor would have received on

2    or after 26 September 2008.

3              19.      Creditor delivered goods that were being shipped under invoice

4    no. MAD081025B for the amount of $52,050.00 to Expeditors Hong Kong Limited ("Expeditors")by

5    Air to the United States on or about 4 November, 2008.  (See Exhibit P.)  On information and belief, I

6    believe that the both the on board date and Debtor would have received on or after 26 September

7    2008.

8              20.      Creditor delivered goods that were being shipped under invoice

9    no. MAD081021A for the amount of $68,912.00 to Expeditors for carriage to the United States.  On

10   or about 27 October 2008, Expeditors issued to Creditor a "forwarder's cargo receipt." (See

11   Exhibit Q.)  Written in fine print on the front page is a sentence which states:  *"The Original bill of*

12   *Lading of this shipment has been released to the above mentioned consignee as agreed and specified*

13   *on shipping order."*  On information and belief, I believe that Expeditors would have subsequently

14   issued an original bill of lading to the Debtor which the Debtor would have received on or after 26

15   September 2008.

16             21.      Creditor delivered goods that were being shipped under invoice

17   no. MAD081016E for the amount of $16,125.60 to Expeditors for carriage to the United States.  On or

18   about 28 October 2008, Expeditors issued to Creditor a "forwarder's cargo receipt." (See Exhibit R.)

19   Written in fine print on the front page is a sentence which states:  *"The Original bill of Lading of this*

20   *shipment has been released to the above mentioned consignee as agreed and specified on shipping*

21   *order."*  On information and belief, I believe that Expeditors would have subsequently issued an

22   original bill of lading to the Debtor which the Debtor would have received on or after 26 September

23   2008.

24             22.      Creditor delivered goods that were being shipped under invoice

25   no. MAD081016F for the amount of $23,700.00 to APL for carriage to the United States. On or about

26   27 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit S). Written in

27   fine print on the front page, is a sentence which states *"We* [meaning Creditor] *received … 1 copies of*

28   *the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port*

19. Creditor delivered goods that were being shipped under invoice no. MAD081025B for the amount of $52,050.00 to Expeditors Hong Kong Limited ("Expeditors") by Air to the United States on or about 4 November, 2008. (See Exhibit P.) On information and belief, I believe that the both the on board date and Debtor would have received on or after 26 September 2008.

20. Creditor delivered goods that were being shipped under invoice no. MAD081021A for the amount of $68,912.00 to Expeditors for carriage to the United States. On or about 27 October 2008, Expeditors issued to Creditor a "forwarder's cargo receipt." (See Exhibit Q.) Written in fine print on the front page is a sentence which states: *"The Original bill of Lading of this shipment has been released to the above mentioned consignee as agreed and specified on shipping order."* On information and belief, I believe that Expeditors would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

21. Creditor delivered goods that were being shipped under invoice no. MAD081016E for the amount of $16,125.60 to Expeditors for carriage to the United States. On or about 28 October 2008, Expeditors issued to Creditor a "forwarder's cargo receipt." (See Exhibit R.) Written in fine print on the front page is a sentence which states: *"The Original bill of Lading of this shipment has been released to the above mentioned consignee as agreed and specified on shipping order."* On information and belief, I believe that Expeditors would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

22. Creditor delivered goods that were being shipped under invoice no. MAD081016F for the amount of $23,700.00 to APL for carriage to the United States. On or about 27 October 2008 APL issued to Creditor a "Forwarders Cargo Receipt" (See Exhibit S). Written in fine print on the front page, is a sentence which states *"We [meaning Creditor] received ... 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment ..."* On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

23. Creditor delivered goods that were being shipped under invoice no. MAD081023A for the amount of $51,158.40 to APL for carriage to the United States. On or about 27 October 2008,

KYL_LB1257156

APL issued to Creditor a "forwarder's cargo receipt." (See Exhibit T.) Written in fine print on the front page is a sentence which states: "We [meaning Creditor] received ... 1 copies of the following documents which plus 2/3 original bills of lading will be dispatched to the parties at port of discharge at the time of shipment ..." On information and belief, I believe that APL would have subsequently issued an original bill of lading to the Debtor which the Debtor would have received on or after 26 September 2008.

      24. Creditor seeks relief from the Court in the amount of $894,056.72 as an allowed administrative expense under 11 U.S.C. section 503(b)(9).

      Executed this 10 day of November, 2009, at Kowloon, Hong Kong, California.

      I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

*For and on behalf of*
**Madcow International Group Limited**
建高國際集團有限公司

Authorized Signature(s)

DAVID WU

KYL_LB1257156
KYL_LB1257156-1

# Exhibit A

Date: 9/17/2008 7:46 PM  TO: CHRIS CHONG @ 23448813    Page: 001/003

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 10 of 73

TO   : MADCOW
ATTN : CHRIS CHONG
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT
NO: YAT338100

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD | 10 SEP 2008 | CHINA |

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES, INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT, CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES, INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT CARRIER (VESSEL, VOYAGE) |
|---|
| GENOA BRIDGE       42E |

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES, INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

### DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS. 3673.200 | CBM 35.840 |
| CIRCUIT CITY P.O.#2106351 CIRCUIT CITY MODEL (SKU)# VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON#_OF_ GROSS WEIGHT_ POUNDS CARTON DIMENSIONS(INCHES): _LENGTHX_WIDTHX_ HEIGHT MADE IN CHINA | 33 CTNS | NDSL AC ADAPTER PO NO.:2106351   MODEL NO.:VGDACA | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  3 *** | | |
| | | ONE THOUSAND TWELVE CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 7503.60 |
|---|---|---|
| CIRCUIT CITY       ISSUE DATE:15 SEP2008 | | |

WE RECEIVED 1 ORIGINAL 4 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2D ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF VESSEL ARRIVAL AT PORT OF DISCHARGE

| | TOTAL (HKD) | 7503.60 |

BENEFICIARY CERTIFICATE
COMMERCIAL INVOICE
CONTAINER FREIGHT MANIFEST
CERTIFICATE OF ORIGIN
COUNTRY OF ORIGIN DECLARATION
EXPORTER'S STATEMENT
FDA ACCESSION DECLARATION
FCC FORM 740
PACKING LIST
SHIPPING DOCUMENT RECEIPT

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS" ) ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND/FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.
ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

1    APL LOGISTICS CHINA LTD.

BY :_____

AS AGENT

.te: 9/17/2008 7:46 PM  To: CHRIS CHONG @ 23448813  Page: 002/003

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 11 of 73

APL LOGISTICS CHINA LTD.

```
COPY -- NOT NEGOTIABLE            CARGO RECEIPT                    NO:YAT338100
-------------------------------------------------------------------------------

CIRCUIT CITY              418 CTNS  DS POWER SOLUTION
P.O.#2106351                        PO NO.:2106351      MODEL NO.:VGDPOWSOLN
CIRCUIT CITY MODEL
(SKU)# VGDPOWSOLN
UNIT COUNT PER
CARTON 12 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

CIRCUIT CITY               33 CTNS  PS2 GAMEPAD
P.O.#2106351                        PO NO.:2106351      MODEL NO.:VGP2MCONT
CIRCUIT CITY MODEL
(SKU)# VGP2MCONT
UNIT COUNT PER
CARTON 16 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

CIRCUIT CITY               28 CTNS  PSP DC ADAPTER
P.O.#2106351                        PO NO.:2106351      MODEL NO.:VGPDCA
CIRCUIT CITY MODEL
(SKU)# VGPDCA
UNIT COUNT PER
CARTON 24 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA
```

te: 9/17/2008 7:46 PM  To: CHRIS CHONG @ 23448813   Page: 003/003

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 12 of 73

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT              NO:YAT338100
--------------------------------------------------------------------------

CIRCUIT CITY            417 CTNS  WII SILICON SKIN
P.O.#2106351                     PO NO.:2106351     MODEL NO.:VGW2RSKINS
CIRCUIT CITY MODEL
(SKU)# VGW2RSKINS
UNIT COUNT PER
CARTON 24 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

CIRCUIT CITY             83 CTNS  WII MOTE+NUNCHUCK SILICON SKIN
P.O.#2106351                     PO NO.:2106351     MODEL NO.:VGWSKIN
CIRCUIT CITY MODEL
(SKU)# VGWSKIN
UNIT COUNT PER
CARTON 48 PIECES
CARTON#_OF_
GROSS WEIGHT_
POUNDS
CARTON
DIMENSIONS(INCHES):
_LENGTHX_WIDTHX_
HEIGHT
MADE IN CHINA

                        SHIPPER DECLARE:
                        THIS SHIPMENT DOES NOT CONTAIN
                        WOOD PACKAGING MATERIAL
                        ON BOARD DATE: SEPTEMBER 15,2008
                        CONTAINER#  : KKFU1605864
                        SEAL#       : KLBAC80523
                        BILL OF LADING: KKLU2Y0457GNB42E
                        PLACE OF RECEIPT: YANTIAN, CHINA
                             MISC CHARGES BREAKDOWN
                             ------------------------------
                        AMS FEE FROM CARRI       74.10
                        CONTAINER SECURITY       53.60
                        DOCUMENT ADMINISTR      142.50
                        LCL HANDLING CHARG     5435.30
                        PORT SECURITY / OT      143.00
                        TERMINAL HANDLING      1655.10
                             ------------------------------

--------------------------------------------------------------------------
                              -  3  -

# Exhibit B

Date: 9/25/2008 3:03 PM   To: CHRIS CHONG @ 23448613   Page: 001/002

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 14 of 73

```
TO  : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)
```

# APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG384206

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 17 SEP 2008 | CHINA |

| BUYER (IF OTHER THAN CONSIGNEE) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| | OOCL NINGBO | 43E38 |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | | HONG KONG, HONG KONG |

| | PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|---|
| | LONG BEACH, CA | LONG BEACH, CA |

## DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS.<br>1253.500 | CBM<br>9.882 |
| CIRCUIT CITY<br>PO#2108394<br>CIRCUIT CITY MODEL<br>(SKU)#UGWINTFAN<br>UNIT COUNT PER<br>CARTON 24 PIECES<br>CARTON#  OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 167 CTNS | WII COOLING FAN<br>PO NO.2108394<br>SKU# UGWINTFAN<br>QTY: 4008 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU   2 *** | | |
| | | THREE HUNDRED SEVENTY-SIX CTNS   ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 2564.60 |
|---|---|---|
| CIRCUIT CITY<br>DOCS RCVD:25 SEP2008 ISSUE DATE:25 SEP2008 | | |

WE RECEIVED ___ORIGINAL _1_ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2ID ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT INDICATED TO CUSTOMER

| | TOTAL (HKD) | 2564.60 |
|---|---|---|

COMMERCIAL INVOICE                    COPY
CERTIFICATE OF ORIGIN                 COPY
PACKING LIST                          COPY
SHIPPING DOCUMENT RECEIPT             COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREIN ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCOPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.
ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

1

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY : _____

AS AGENT

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:HKG384206
--------------------------------------------------------------------------------

        CIRCUIT CITY          209 CTNS   PS2 MULTI ADAPTER
PO#2108394                                PO NO.2108394
CIRCUIT CITY MODEL                        SKU# UGP2TAP4A
(SKU)#UGP2TAP4A                           QTY: 2508 PCS
UNIT COUNT PER
CARTON 12 PIECES
CARTON#   OF                              ALSO NOTIFY PARTY:
GROSS WEIGHT                              EXPEDITORS INTERNATIONAL
POUNDS                                    2550 ELLSMERE AVE.,SUITE B
CARTON DIMENSIONS                         NORFOLK,VA 23513
(INCHES):                                 A:IRENE BARON
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

                                          SHIPPER DECLARE:
                                          THIS SHIPMENT DOES NOT CONTAIN
                                          WOOD PACKAGING MATERIAL
                                          ON BOARD DATE: SEPTEMBER 22,2008
                                          CONTAINER#  : OOLU3504764
                                          SEAL#       : OOLM559156
                                          BILL OF LADING: OOLU78274844
                                          PLACE OF RECEIPT: HONG KONG, HONG KONG
                                              MISC CHARGES BREAKDOWN
                                          ------------------------------
                                          AMS FEE FROM CARRI        65.00
                                          CONTAINER SECURITY        47.00
                                          DOCUMENT ADMINISTR       150.00
                                          LCL HANDLING CHARG      1729.40
                                          PORT SECURITY / OT         9.90
                                          TERMINAL HANDLING        563.30
                                          ------------------------------

--------------------------------------------------------------------------------
                                    -  2  -

# Exhibit C

LOGI/TICS
WORLDWIDE LINE

**ORIGINAL**

# CARGO RECEIPT

| SHIPPER/EXPORTER (Complete Name/Street Address) | JOB REFERENCE NO. | CARGO RECEIPT NUMBER |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005,10/F FUTURA PLAZA 111-113<br>HOW MING STREET,KWUN TONG,KOWLOON,<br>HONG KONG | SUB090079 | HKTRT8090296 |

| | DATE CARGO RECEIVED<br>24-Sep-2008 | DATE ISSUED<br>24-Sep-2008 |
|---|---|---|

| CONSIGNEE (Complete Name/Street Address) | EXPORT REFERENCES |
|---|---|
| INTERTAN CANADA LTD<br>279 BAYVIEW DRIVE<br>BARRIE, ONTARIO L4M 4W5<br>CANADA | FORWARDING AGENT - REFERENCES |

POINT AND COUNTRY OF ORIGIN

| NOTIFY PARTY (Complete Name/Street Address) | ALSO NOTIFY, ROUTING & INSTRUCITONS |
|---|---|
| INTERTAN CANADA LTD<br>279 BAYVIEW DRIVE<br>BARRIE, ONTARIO L4M 4W5<br>CANADA | |

| PRE-CARRIAGE BY (MODE) * | PLACE OF RECEIPT *<br>HONG KONG | FOR DELIVERY OF GOODS PLEASE APPLY TO: |
|---|---|---|
| OCEAN VESSEL/VOYAGE<br>OOCL NEW YORK/76E38 | PORT OF LOADING<br>HONG KONG | LIVINGSTON INTERNATIONAL INC.<br>150-C COURTNEYPARK DRIVE WEST<br>MISSISSAUGA,ONTARIO L5W 1Y6<br>TEL:1-905677-2740 / MS PEGGY LAM |
| PORT OF DISCHARGE<br>VANCOUVER | PLACE OF DELIVERY *<br>TORONTO | FAX:1-905676-0309 |

## PARTICULARS DECLARED BY THE MERCHANT

| MARKS AND NUMBERS<br>CONTAINERS & SEAL NUMBERS | NUMBER AND DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|
| | 50 S.T.C.:-<br>CARTON(S) | 235.00 | 1.250 |
| ITC<br>MODEL NO.:5819233<br>P.O.NO.:711829<br>C/NO.:<br>MASTER PACK<br>QUANTITY:40PCS<br>MADE IN CHINA<br>DATE CODE:08A08<br>741235136811 | DS AND PSP 2 IN 1 ADAPTER<br>PO NO.:711829<br>MODEL NO.:5819233<br>2000PCS<br><br>SHIPPER DECLARED THAT SHIPMENT<br>CONTAINS NO WOOD PACKAGING<br>MATERIALS.<br><br>ETD:SEP.24.2008 | | |
| | 50 CARTON(S) | 235.00 | 1.25 |

| Container No.  Seal No. | Size | Movement | PKG | KGS | CBM |
|---|---|---|---|---|---|
| | / | CFS/CY | 50 CARTON(S) | 235.00 | 1.250 |
| | | FREIGHT COLLECT | | | |

TOTAL NO. OF CONTAINERS
OR PACKAGES (IN WORDS):   FIFTY (50) CARTON(S) ONLY

IN CCORDANCE WITH CONSIGNEE'S INSTRUCTIONS/LETTER OF CREDIT _____   WE RECEIVED THE FOLLOWING DOCUMENT NO _____

**LOGISTICS WORDWIDE LIMITED**

## Terms and Conditions
The terms of cargo receipt continue on the back page. The goods are
received in apparent good order and condition, unless otherwise indicated, by
Logistics Worldwide Limited ("LWL") as agent of the Consignee. This Cargo
Receipt is not negotiable and does not constitute title to the goods. This Cargo
Receipt does not give any right to its holder to receiver or transfer the goods.

TOTAL P.01

# Exhibit D

Date: 10/10/2008 12:51 PM TO: CHRIS @ 23448813 Page: 001/002

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 19 of 73

TO  : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

**APL Logistics™**

COPY -- NOT NEGOTIABLE

~~ORIGINAL~~ FORWARDERS CARGO RECEIPT                    NO: YAT428968

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>~~KOWLOON HONG KONG~~ | 26 SEP 2008 | CHINA |

BUYER (NAME AND ADDRESS)

CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY

CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE)

COSCO QINGDAO      058E

| NOTIFY PARTY (NAME AND ADDRESS) | |
|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | EXPORT REFERENCE / PORT OF LOADING<br>YANTIAN, CHINA |
| | PORT OF DISCHARGE / FINAL DESTINATION<br>LONG BEACH, CA / LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS.<br>5760.000 | CBM<br>51.330 |
| CIRCUIT CITY<br>P.O.#2106352<br>CIRCUIT CITY MODEL<br>(SKU)#VGW2RSKINS<br>UNIT COUNT PER<br>CARTON 24 PIECES<br>CARTON# ___ OF ___<br>GROSS WEIGHT<br>___ POUNDS<br>CARTON DIMENSIONS<br>(INCHES) :<br>__ LENGTH X __ WIDTH<br>X __HEIGHT<br>MADE IN CHINA | 1800 CTNS | WII SILICON SKIN<br>PO NO.:2106352  MODEL NO.:VGW2RSKINS<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br><br>*** SEE ATTACHMENT PAGE 2 THRU   2 ***<br><br>SHIPPERS LOAD AND COUNT<br>ONE THOUSAND EIGHT HUNDRED CTNS  ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | |
|---|---|
| CIRCUIT CITY<br>DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008 | AMS FEE FROM CARRI        221.70<br>CONTAINER SECURITY         53.40<br>FCL HNDLING FEE           341.10<br>DOCUMENT ADMINISTR        142.10<br>CY RCVING -86'-86        2294.70<br>TOTAL (HKD)              3053.00 |

WE RECEIVED ___ ORIGINAL 1 COP IES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF SHIPMENT NEGOTIATION OF THE GOODS.

BENEFICIARY'S CERTIFICATE           COPY
COMMERCIAL INVOICE                  COPY
CONTAINER FREIGHT MANIFEST          COPY
CERTIFICATE OF ORIGIN               COPY
CONTAINER INSPECTION AFFIDAVIT      COPY
PACKING LIST                        COPY
SHIPPING DOCUMENT RECEIPT           COPY   1

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE "THE GOODS" IN APPARENT EXTERNAL
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER , CONSIGNEE AND ALL
OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY,
CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND
INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS
CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY : _____

AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                    NO:YAT428968
------------------------------------------------------------------------------

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 28,2008
CONTAINER#   : CBHU1633514
SEAL#        : S92587
BILL OF LADING: COSU6017305090
PLACE OF RECEIPT: YANTIAN, CHINA

------------------------------------------------------------------------------

# Exhibit E

Date: 10/9/2008 2:47 PM   TO: CHRIS CHONG @ 23448813   Page: 001/002

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 22 of 73

```
TO   : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)
```

# APL Logistics™

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG437499

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECD | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 05 OCT 2008 | CHINA |

| BUYER (FULL NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | | |
|---|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | EXPORT CARRIER (VESSEL, VOYAGE)<br>OOCL TIANJIN       36E40 | |
| | EXPORT REFERENCE | PORT OF LOADING<br>HONG KONG, HONG KONG |
| | PORT OF DISCHARGE<br>LONG BEACH, CA | FINAL DESTINATION<br>LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS.<br>2721.000 | CBM<br>21.550 |
| CIRCUIT CITY<br>PO#2116879<br>CIRCUIT CITY MODEL<br>(SKU)#VGPPROKIT<br>UNIT COUNT PER<br>CARTON 20 PIECES<br>CARTON#  OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 150 CTNS | PSP PRO GAMER KIT<br>PO NO.2116879<br>SKU# VGPPROKIT<br>QTY: 3000 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  2 ***<br><br>SHIPPERS LOAD AND COUNT<br>  SEVEN HUNDRED THIRTY-FOUR CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY<br>DOCS RCVD:09 OCT2008 ISSUE DATE:09 OCT2008 | DOCUMENT ADMINISTR<br>AMS FEE FROM CARRI<br>CONTAINER SECURITY<br>FCL HNDLING FEE<br>CY RCVING -20'-20<br>TOTAL (HKD) | 150.00<br>195.00<br>47.00<br>300.00<br>2140.00<br>2832.00 |

WE RECEIVED __ORIGINAL__1__ COP IES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPPED ACCORDING TO THE SHIPPER.

BENEFICIARY'S STATEMENT                          COPY
COMMERCIAL INVOICE                               COPY
CONTAINER FREIGHT MANIFEST                       COPY
PACKING LIST                                     COPY
SHIPPING DOCUMENT RECEIPT                        COPY
7 POINT CONTAINER INSPECTION AFFIDAV             COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS ("THE CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS "RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

1

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY :

AS AGENT

ite: 10/9/2008 2:47 PM  To: CHRIS CHONG @ 23448813   Page: 002/002

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 23 of 73

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:HKG437499
-----------------------------------------------------------------------------

     CIRCUIT CITY          500 CTNS   WII COOLING FAN
PO#2116879                            PO NO.2116879
CIRCUIT CITY MODEL                    SKU# UGWINTFAN
(SKU)#UGWINTFAN                       QTY: 12000 PCS
UNIT COUNT PER
CARTON
CARTON#   OF
GROSS WEIGHT
POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA


     CIRCUIT CITY           84 CTNS   PS2 MULTILAYER ADAPTER
PO#2116879                            PO NO.2116879
CIRCUIT CITY MODEL                    SKU# UGP2TAP4A
(SKU)#UGP2TAP4A                       QTY: 1008 PCS
UNIT COUNT PER
CARTON                                ALSO NOTIFY PARTY:
CARTON#   OF                          EXPEDITORS INTERNATIONAL
GROSS WEIGHT                          2550 ELLSMERE AVE.,SUITE B
POUNDS                                NORFOLK,VA 23513
CARTON DIMENSIONS                     A:IRENE BARON
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA


                                      SHIPPER DECLARE:
                                      THIS SHIPMENT DOES NOT CONTAIN
                                      WOOD PACKAGING MATERIAL
                                      ON BOARD DATE: OCTOBER 06,2008
                                      CONTAINER#   : GATU1128905
                                      SEAL#        : OOLM595626
                                      BILL OF LADING: OOLU3039462310
                                      PLACE OF RECEIPT: HONG KONG, HONG KONG


-----------------------------------------------------------------------------
                              -  2  -

# Exhibit F

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT                NO: YAT434024

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 01 OCT 2008 | CHINA |

BUYER (IF NOT LICENSEE)

| | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES, INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br><u>ATTN:JUAN LOPEZ OR KRISTINE GREER</u> |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | COSCO SHANGHAI   057E | |

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

### DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULARS FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS. 18731.000 | CBM. 218.970 |
| CIRCUIT CITY P.O.<br>#2108392<br>CIRCUIT CITY MODEL<br>(SKU)#VGWDNCPAD<br>UNIT COUNT PER<br>CARTON 12 PIECES<br>CARTON# ___ OF ___<br>GROSS WEIGHT<br>___ POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>___ LENGTH X ___<br>WIDTH X ___HEIGHT<br>MADE IN CHINA | 312 CTNS | WII DANCE PAD<br>PO.NO.: 2108392     MODEL NO.: VGWDNCPAD<br><br><br><br>*** SEE ATTACHMENT PAGE 2 THRU  3 ***<br><br>SHIPPERS LOAD AND COUNT<br>  ONE THOUSAND SIX HUNDRED CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES       12718.80 |
|---|---|
| CIRCUIT CITY<br>DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008 | |

WE RECEIVED ___ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2B ORIGINAL
BILLS OF LADING WILL BE DESPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME

| | | TOTAL (HKD)        12718.80 |
|---|---|---|
| BENEFICIARY'S CERTIFICATE | COPY | |
| COMMERCIAL INVOICE | COPY | |
| CONTAINER FREIGHT MANIFEST | COPY | |
| CERTIFICATE OF ORIGIN | COPY | |
| CONTAINER INSPECTION AFFIDAVIT | COPY | |
| PACKING LIST | COPY | 1 |
| SHIPPING DOCUMENT RECEIPT | COPY | |

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER , CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THE RECEIPT AGREE. THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS IT BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THE SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: _____        AS AGENT

Page: 002

Case 08-35653-KRH   Doc 6039-2   Filed 12/09/09   Entered 12/09/09 16:39:19   Desc
Exhibit(s) Declaration of David Wu   Page 26 of 73

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT434024

--------------------------------------------------------------------------------

CIRCUIT CITY P.O.     350 CTNS   WII SHOOTER FOR USE WITH WII MOTE AND
#2112888                         NUNCHUK
CIRCUIT CITY MODEL               PO.NO.: 2112888   MODEL NO.: VGWSSHOT
(SKU)#VGWSSHOT
UNIT COUNT PER
CARTON 20 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.     312 CTNS   WII DANCE PAD
#2108392                         PO.NO.: 2108392      MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.     312 CTNS   WII DANCE PAD
#2108392                         PO.NO.: 2108392      MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------
- 2 -

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT          NO:YAT434024

----------------------------------------------------------------------------

CIRCUIT CITY P.O.        314 CTNS  WII DANCE PAD
#2108392                          PO.NO.: 2108392      MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER                    NOTIFY 3:
CARTON 12 PIECES                  EXPEDITORS INTERNATIONAL
CARTON# ___OF ___                 2550 ELLSMERE AVE.,SUITE B
GROSS WEIGHT                      NORFOLK,VA 23513
___ POUNDS                        A:IRENE BARON
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA


                                  SHIPPER DECLARE:
                                  THIS SHIPMENT DOES NOT CONTAIN
                                  WOOD PACKAGING MATERIAL
                                  ON BOARD DATE: OCTOBER 05,2008
                                  CONTAINER#  : CBHU3604726,CBHU6119853,CBHU6313724
                                                TRLU4665070,TTNU4593999
                                  SEAL#       : T09580,S92494,R55369,R55348,R55283
                                  BILL OF LADING: COSU6017305220
                                  PLACE OF RECEIPT: YANTIAN, CHINA
                                      MISC CHARGES BREAKDOWN
                                      ------------------------------
                                      AMS FEE FROM CARRI       221.70
                                      CONTAINER SECURITY       267.20
                                      FCL HNDLING FEE         1705.70
                                      DOCUMENT ADMINISTR       142.10
                                      CY RCVING -20'-20       1203.10
                                      CY RCVING -86'-86       9179.00
                                      ------------------------------

----------------------------------------------------------------------------

# Exhibit G

TO  : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT        NO: YAT434024

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 01 OCT 2008 | CHINA |

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT CARRIER (VESSEL, VOYAGE)
COSCO SHANGHAI    057E

EXPORT REFERENCE

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LONG BEACH, CA

FINAL DESTINATION
LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS. 18731.000 | CBM. 218.970 |
| CIRCUIT CITY P.O. #2108392 CIRCUIT CITY MODEL (SKU)#VGWDNCPAD UNIT COUNT PER CARTON 12 PIECES CARTON# __ OF __ GROSS WEIGHT __ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 312 CTNS | WII DANCE PAD PO.NO.: 2108392    MODEL NO.: VGWDNCPAD | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  3 *** SHIPPERS LOAD AND COUNT   ONE THOUSAND SIX HUNDRED CTNS  ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008

MISC CHARGES         12718.80

TOTAL (HKD)          12718.80

WE RECEIVED __ ORIGINAL 1 CCP'S OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TRUE EXPENSE LISTED BELOW PLUS OCEAN FREIGHT
BENEFICIARY'S CERTIFICATE          COPY
COMMERCIAL INVOICE                 COPY
CONTAINER FREIGHT MANIFEST         COPY
CERTIFICATE OF ORIGIN              COPY
CONTAINER INSPECTION AFFIDAVIT     COPY
PACKING LIST                       COPY
SHIPPING DOCUMENT RECEIPT          COPY

APL LOGISTICS HONG KONG LTD, ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNIT'S SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED, THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS ("THE CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND/OR FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF, THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.
1        ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.
APL LOGISTICS CHINA LTD.

BY: _____        AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                    NO:YAT434024

-------------------------------------------------------------------------------

CIRCUIT CITY P.O.        350 CTNS  WII SHOOTER FOR USE WITH WII MOTE AND
#2112888                           NUNCHUK
CIRCUIT CITY MODEL                 PO.NO.: 2112888    MODEL NO.: VGWSSHOT
(SKU)#VGWSSHOT
UNIT COUNT PER
CARTON 20 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        312 CTNS  WII DANCE PAD
#2108392                           PO.NO.: 2108392    MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        312 CTNS  WII DANCE PAD
#2108392                           PO.NO.: 2108392    MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

-------------------------------------------------------------------------------

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT434024

--------------------------------------------------------------------------------

CIRCUIT CITY P.O.      314 CTNS  WII DANCE PAD
#2108392                         PO.NO.: 2108392     MODEL NO.: VGWDNCPAD
CIRCUIT CITY MODEL
(SKU)#VGWDNCPAD
UNIT COUNT PER                   NOTIFY 3:
CARTON 12 PIECES                 EXPEDITORS INTERNATIONAL
CARTON# ___OF ___                2550 ELLSMERE AVE.,SUITE B
GROSS WEIGHT                     NORFOLK,VA 23513
___ POUNDS                       A:IRENE BARON
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

                                 SHIPPER DECLARE:
                                 THIS SHIPMENT DOES NOT CONTAIN
                                 WOOD PACKAGING MATERIAL
                                 ON BOARD DATE: OCTOBER 05,2008
                                 CONTAINER#  : CBHU3604726,CBHU6119853,CBHU6313724
                                               TRLU4665070,TTNU4593999
                                 SEAL#       : T09580,S92494,R55369,R55348,R55283
                                 BILL OF LADING: COSU6017305220
                                 PLACE OF RECEIPT: YANTIAN, CHINA
                                     MISC CHARGES BREAKDOWN
                                     -----------------------------
                                     AMS FEE FROM CARRI      221.70
                                     CONTAINER SECURITY      267.20
                                     FCL HNDLING FEE        1705.70
                                     DOCUMENT ADMINISTR      142.10
                                     CY RCVING -20'-20      1203.10
                                     CY RCVING -86'-86      9179.00
                                     -----------------------------

--------------------------------------------------------------------------------

# Exhibit H

```
TO   : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : ADA LIU (FAX#: 86-755-25280754  PHONE#: 86-755-22171133)
```

**APL Logistics**™

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT          NO: YAT428970

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 26 SEP 2008 | CHINA |

| BUYER (IF OTHER THAN CONSIGNEE) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | COSCO SHANGHAI | 057E |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | *FREIGHT COLLECT* | |
| | | | KGS. 5625.000 | CBM. 51.160 |
| CIRCUIT CITY P.O. #2106352 CIRCUIT CITY MODEL (SKU)#VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 173 CTNS | NDSL AC ADAPTER PO NO.:2106352  MODEL NO.:VGDACA QTY: 4152 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  4 *** | | |
| | | SHIPPERS LOAD AND COUNT ONE THOUSAND THREE HUNDRED FIFTY-NINE CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | AMS FEE FROM CARRI | 221.70 |
|---|---|---|
| CIRCUIT CITY | CONTAINER SECURITY | 53.40 |
| DOCS RCVD:08 OCT2008 ISSUE DATE:08 OCT2008 | FCL HNDLING FEE | 341.10 |
| | DOCUMENT ADMINISTR | 142.10 |
| | CY RCVING -86'-86 | 2294.70 |
| | TOTAL (HKD) | 3053.00 |

WE RECEIVED ___ORIGINAL ___ 1 ___ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF RELEASE IMMEDIATELY BY COURIER

| | |
|---|---|
| BENEFICIARY CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| DOCUMENT VERIFICATION CERTIFICATE | COPY |
| EXPORTER'S STATEMENT | COPY |
| PACKING LIST | COPY  1 |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER , CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS" ) ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND/FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY :_____          AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT428970
-----------------------------------------------------------------------

CIRCUIT CITY P.O.        99 CTNS   NDSL DC POWER ADAPTER, CAR CHARGER
#2106352                           PO NO.:2106352   MODEL NO.:VGDDCA
CIRCUIT CITY MODEL
(SKU)#VGDDCA                          QTY: 2376 PCS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___OF ____
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.       280 CTNS   DS POWER SOLUTION
#2106352                           PO NO.:2106352   MODEL NO.:VGDPOWSOLN
CIRCUIT CITY MODEL
(SKU)#VGDPOWSOLN                      QTY: 3360 PCS
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ____
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.       153 CTNS   PS2 GAME PAD
#2106352                           PO NO.:2106352   MODEL NO.:VGP2MCONT
CIRCUIT CITY MODEL
(SKU)#VGP2MCONT                       QTY: 2448 PCS
UNIT COUNT PER
CARTON 16 PIECES
CARTON# ___OF ____
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

-----------------------------------------------------------------------
- 2 -

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE         CARGO RECEIPT         NO:YAT428970

---------------------------------------------------------------

CIRCUIT CITY P.O.      50 CTNS  PSP AC ADAPTER
#2106352                    PO NO.:2106352  MODEL NO.:VGPACA
CIRCUIT CITY MODEL
(SKU)#VGPACA               QTY: 1200 PCS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.      62 CTNS  PSP DC POWER ADAPTER, CAR CHARGER
#2106352                    PO NO.:2106352  MODEL NO.:VGPDCA
CIRCUIT CITY MODEL
(SKU)#VGPDCA               QTY: 1488 PCS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.      50 CTNS  PSP TRAVEL CASE
#2106352                    PO NO.:2106352  MODEL NO.:VGPTCS
CIRCUIT CITY MODEL
(SKU)#VGPTCS               QTY: 1000 PCS
UNIT COUNT PER
CARTON 20 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

---------------------------------------------------------------

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT428970
------------------------------------------------------------------------------

CIRCUIT CITY P.O.       284 CTNS  WII SILICON SKIN
#2106352                          PO NO.:2106352  MODEL NO.:VGW2RSKINS
CIRCUIT CITY MODEL
(SKU)#VGW2RSKINS                  QTY: 6816 PCS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA


CIRCUIT CITY P.O.       208 CTNS  WII MOTE+NUNCHUCK SILICON SKIN
#2106352                          PO NO.:2106352  MODEL NO.:VGWSKIN
CIRCUIT CITY MODEL
(SKU)#VGWSKIN                     QTY: 9984 PCS
UNIT COUNT PER
CARTON 48 PIECES                  TOTAL QTY: 32824 PCS
CARTON# ___ OF ___                HTS CODE: 85044099/39269090/42029280
GROSS WEIGHT                      ETA LGB: OCT.19,2008
___ POUNDS                        VENDOR NUMBER: 070827
CARTON DIMENSIONS
(INCHES):                         NOTIFY 3:
__ LENGTH X                       EXPEDITORS INTERNATIONAL
__ WIDTH X __HEIGHT               2550 ELLSMERE AVE.,SUITE B
MADE IN CHINA                     NORFOLK,VA 23513
                                  A:IRENE BARON

                                  SHIPPER DECLARE:
                                  THIS SHIPMENT DOES NOT CONTAIN
                                  WOOD PACKAGING MATERIAL
                                  ON BOARD DATE: OCTOBER 05,2008
                                  CONTAINER#   : CBHU1994559
                                  SEAL#        : S92526
                                  BILL OF LADING: COSU6017305090
                                  PLACE OF RECEIPT: YANTIAN, CHINA


------------------------------------------------------------------------------

Exhibit I

TO  : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)

## APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT                      NO: HKG440304

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 07 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| | OOCL ASIA | 18E41 |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | | HONG KONG, HONG KONG |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS. 2000.000 | CBM 20.358 |
| CIRCUIT CITY PO#2112888 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON# OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 250 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK PO NO.2112888 SKU# VGWSSHOT QTY: 5000 PCS ALSO NOTIFY PARTY: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON *** SEE ATTACHMENT PAGE 2 THRU  2 *** TWO HUNDRED FIFTY CTNS  ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 5005.50 |
|---|---|---|
| CIRCUIT CITY DOCS RCVD:15 OCT2008 ISSUE DATE:15 OCT2008 | | |

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF ARRIVAL AS INSTRUCTED BY THE CUSTOMER

| | | TOTAL (HKD) | 5005.50 |
|---|---|---|---|

COMMERCIAL INVOICE          COPY
CERTIFICATE OF ORIGIN       COPY
PACKING LIST                COPY
SHIPPING DOCUMENT RECEIPT   COPY

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL
OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY,
CONSOLIDATION AND/OR FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND
INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS
CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.
ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

1

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY : _____
                                    AS AGENT

Date: 10/15/2008 11:02 AM  To: CHRIS CHONG @ 23448813   Page: 002/002

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE            CARGO RECEIPT                  NO:HKG440304
-----------------------------------------------------------------------------

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 13,2008
CONTAINER#  : GATU1311069
SEAL#       : OOLM604725
BILL OF LADING: OOLU3039492621
PLACE OF RECEIPT: HONG KONG, HONG KONG
        MISC CHARGES BREAKDOWN
        ------------------------------
        AMS FEE FROM CARRI        65.00
        CONTAINER SECURITY        47.00
        DOCUMENT ADMINISTR       150.00
        LCL HANDLING CHARG      3562.70
        PORT SECURITY / OT        20.40
        TERMINAL HANDLING       1160.40
        ------------------------------

-----------------------------------------------------------------------------

# Exhibit J

**Shipper's Name and Address**

MADCOW INTERNATIONAL GROUP LIMITED
UNIT 1005,10/F,FUTURA PLAZA,
111-113 HOW MING STREET
KWUN TONG, Kowloon
HONG KONG

**Air Waybill**

Issued by **Expeditors Hong Kong Limited**

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address**

Circuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233
U.S.A.

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

**Accounting Information**

297-6645 8000   FREIGHT COLLECT
NTYCircuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233 USA**

**Agent's IATA Code** 1330004   **Account No.**

**Airport of Departure (Addr of First Carrier) and Requested Routing**

HONG KONG

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | CI | | | | | | USD | C | P C | P C | N.V.D. | AS PER INV |

**Airport of Destination** LOS ANGELES, CA   **Requested Flight/Date** CI5834/27   **Amount of Insurance** NIL

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

**Handling Information**

SHPR REF: MAD081025A CNEE REF: 2153788.
INVOICE AND PACKING LIST ATTD.
**ATTN:CAROL LACKS,LOGISTICS  DEPT.
U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 407 | 2271 | K | | 3223.5 3223.5 | AS AGREED AS AGREED | PS2 GAME PAD 407CTNS/6512 | GAME PAD PSAF |

CIRCUIT CITY P.O.#:2153788
CIRCUIT CITY MODEL(SKU)#VGP2M CONT
UNIT COUNT PER CARTON 16 PIECES
CARTON# OF
GROSS WEIGHT
CARTON DIMENSION
MADE IN CHINA

SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 407CTN@40X36X33

PCS

NO SWPM

| 407 | 2271 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | |
| | Total Other Charges Due Carrier | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations

PETER FONG, AGENT

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| Currency Conversion Rates | CC Charges in Dest. Currency |

26 October 2008 HONG KONG

Executed on (date)       at (place)       Signature of Issuing Carrier or its Agent

| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |

HAWB 4911210409

# Expeditors®

## EXPEDITORS HONG KONG LIMITED

**ORIGINAL
INVOICE**

CLIENT NO: G0251821

| INVOICE DATE | 10/25/08 |
| --- | --- |

MADCOW INTERNATIONAL GROUP LIMITED
UNIT 1005,10/F,FUTURA PLAZA,
111-113 HOW MING STREET
KWUN TONG, Kowloon

| INVOICE NUMBER | E913971114 |
| --- | --- |

| YOUR REFERENCE | SEE BELOW |
| --- | --- |

DESTINATION: LAX

ORIGIN: HKG

PCS: 407PCS    WEIGHT: 2271.0K    CHG WGT: 3223.5K

| | |
| --- | --- |
| TC | 5,544.42 HKD |
| DOX | 15.00 |
| HC | 283.00 |
| CFS | 2,578.80 |
| SUB TOTAL: | 8,421.22 |
| INVOICE TOTAL: | 8,421.22 HKD |

SERVICE LEVEL: Airport to Airport

YOUR REFERENCES:    MAD081025A, 2153788

An interest charge of 2% per month will be levied on any invoice unsettled within the credit terms as specified by our credit department.

This is an official invoice. No authorized signature is required.

**THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED**

MAIN OFFICE:
36/F-38/F, ENTERPRISE SQUARE THREE,
39, WANG CHIU ROAD,
KOWLOON BAY, KOWLOON,
HONG KONG
TEL: 2190 3000    FAX: 2721 9734

AIR EXPORT OFFICE:
ROOM 302, 3/F, NORTH OFFICE BLOCK,
SUPERTERMINAL 1,
HONG KONG INTERNATIONAL AIRPORT,
CHEK LAP KOK, HONG KONG
TEL: 2190 5600    FAX: 2637 4668

AIR IMPORT OFFICE:
ROOM 410, 4/F, SOUTH OFFICE BLOCK,
SUPER TERMINAL 1,
HONG KONG INTERNATIONAL AIRPORT
CHEK LAP KOK, HONG KONG
TEL: 2753 1581    FAX: 2752 9954

DISTRIBUTION CENTRE:
ROOM 13014 W., 13/F,
ATL LOGISTICS CENTRE B,
BERTH 3, KWAI CHUNG,
N.T., HONG KONG
TEL: 2406 7099    FAX: 2407 1398

E. & O. E.

SU  02

4911210409  A

# Exhibit K

```
TO   : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)
```

**APL Logistics**

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT                    NO: YAT456400

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON HONG KONG | 15 OCT 2008 | CHINA |

| CONSIGNED TO (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | OOCL ROTTERDAM   45E42 | |
| | EXPORT REFERENCE | PORT OF LOADING |
| | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | " FREIGHT COLLECT" | |
| | | | KGS 5900.000 | CBM 59.980 |
| CIRCUIT CITY P.O. #2117215 CIRCUIT CITY MODEL (SKU)#VGSTHRONE UNIT COUNT PER CARTON 4 PIECES CARTON# ___ OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): ___ LENGTH X ___ WIDTH X ___HEIGHT MADE IN CHINA | 500 CTNS | DRUM BENTCH P.O#.: 2117215   MODEL NO.: VGSTHRONE NOTIFY 3: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON *** SEE ATTACHMENT PAGE 2 THRU   2 *** SHIPPERS LOAD AND COUNT      FIVE HUNDRED CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | |
|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI    221.70 |
| | CONTAINER SECURITY     53.40 |
| ISSUE DATE:19 OCT2008 | FCL HNDLING FEE       341.10 |
| | DOCUMENT ADMINISTR    142.10 |
| WE REQUIRED ___ ORIGINAL ___ COP IES OF THE FOLLOWING DOCUMENTS WHICH PLUS 3/0 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF ARRIVAL MENTIONED ON ABOVE CARGO | CY RCVING -96'-96      2294.70 |
| | TOTAL (HKD)          3053.00 |

| BENEFICIARY'S CERTIFICATE | COPY |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY  1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE. THE GOODS IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY _____

AS AGENT

e: 10/17/2008  Time: 9:47 AM  To: CCITY @ 25280754
Page: 010

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                    NO:YAT456400

--------------------------------------------------------------------------

SHIPPER DECLARE:.
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 19,2008
CONTAINER#   : TRLU5455062
SEAL#        : OOLP811829
BILL OF LADING: OOLU3037117071
PLACE OF RECEIPT: YANTIAN, CHINA

--------------------------------------------------------------------------

# Exhibit L

Date: 10/21/2008 2:17 PM   To:   CHRIS CHONG   FROM: Winnie Chan

```
TO   : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)
```

# APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT                      NO: HKG481442

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| | OOCL ROTTERDAM | 45E42 |
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | EXPORT REFERENCE | PORT OF LOADING |
| | | HONG KONG, HONG KONG |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS<br>6633.000 | CBM<br>63.400 |
| CIRCUIT CITY<br>PO#2112891<br>CIRCUIT CITY MODEL<br>(SKU)#VGWSSHOT<br>UNIT COUNT PER<br>CARTON 20 PIECES<br>CARTON#  OF<br>GROSS WEIGHT<br>POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>LENGTHXWIDTHXHEIGHT<br>MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK<br>PO NO.2112891<br>SKU# VGWSSHOT<br>QTY: 16500 PCS<br><br><br>*** SEE ATTACHMENT PAGE 2 THRU   2 ***<br><br>SHIPPERS LOAD AND COUNT<br>EIGHT HUNDRED EIGHTY-SEVEN CTNS   ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI | 195.00 |
| | CONTAINER SECURITY | 47.00 |
| DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008 | FCL HNDLING FEE | 300.00 |
| | DOCUMENT ADMINISTR | 150.00 |
| | CY RCVING -96'-96 | 2855.00 |
| WE RECEIVED __ ORIGINAL __ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2 ORIGINAL | TOTAL (HKD) | 3547.00 |

```
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF ARRIVAL AT DESTINATION BY DHL.
BENEFICIARY'S STATEMENT          COPY
COMMERCIAL INVOICE               COPY
CONTAINER FREIGHT MANIFEST       COPY
CERTIFICATE OF ORIGIN            COPY
PACKING LIST                     COPY
SHIPPING DOCUMENT RECEIPT        COPY
#CCPIT088596184                  COPY
7-POINT CONTAINER INSPECTION AFFIDAV COPY
```

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS" IN APPARENT EXTERNAL
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED, THE SHIPPER, CONSIGNEE AND ALL
OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED . AND BY
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY,
CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND
INCORPORATED BY REFERENCE ON THIS SIDE AND NUMBER ON THIS FORWARDERS
CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

1        APL LOGISTICS & WAREHOUSE
         MANAGEMENT SERVICES HK, LTD

BY :_____        AS AGENT

Date: 10/21/2008 2:17 PM  To: CHRIS CHONG @ 23448813  Page: 002/002

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE          CARGO RECEIPT              NO:HKG481442
--------------------------------------------------------------------------------

      CIRCUIT CITY          62 CTNS  PS3 CHARGER CABLE
PO#2112892                            PO NO.2112892
CIRCUIT CITY MODEL                    SKU# VGP3ULINK
(SKU)#VGP3ULINK                       QTY: 1240 PCS
UNIT COUNT PER
CARTON 20 PIECES                      ALSO NOTIFY PARTY:
CARTON#  OF                           EXPEDITORS INTERNATIONAL
GROSS WEIGHT                          2550 ELLSMERE AVE.,SUITE B
POUNDS                                NORFOLK,VA 23513
CARTON DIMENSIONS                     A:IRENE BARON
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA

                                      SHIPPER DECLARE:
                                      THIS SHIPMENT DOES NOT CONTAIN
                                      WOOD PACKAGING MATERIAL
                                      ON BOARD DATE: OCTOBER 20,2008
                                      CONTAINER#  : TGHU9477310
                                      SEAL#       : OOLM591727
                                      BILL OF LADING: OOLU3039502220
                                      PLACE OF RECEIPT: HONG KONG, HONG KONG

--------------------------------------------------------------------------------
                            -  2  -

# Exhibit M

TO   : MADCOW INTERNATIONAL GROUP LTD
ATTN : CHRIS CHONG
FROM : WINNIE CHAN (FAX#: 852-81070315  PHONE#: 852-23027541)

## APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT                    NO: HKG481442

| SELLER (PRINCIPAL OR LICENSED) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) |
|---|---|
| CIRCUIT CITY STORES,INC 9950 MAYLAND DR/ATTN: INTL LOGISTICS DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8044868585 FAX:8043426448 | OOCL ROTTERDAM    45E42 |

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | HONG KONG, HONG KONG |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS 6633.000 | CBM 63.400 |
| CIRCUIT CITY PO#2112891 CIRCUIT CITY MODEL (SKU)#VGWSSHOT UNIT COUNT PER CARTON 20 PIECES CARTON#   OF GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTHXWIDTHXHEIGHT MADE IN CHINA | 825 CTNS | WII SHOOTER FOR USE WITH WII MOTE AND NUNCHUK PO NO.2112891 SKU# VGWSSHOT QTY: 16500 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU   2 *** SHIPPERS LOAD AND COUNT EIGHT HUNDRED EIGHTY-SEVEN CTNS   ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI | 195.00 |
| DOCS RCVD:21 OCT2008 ISSUE DATE:21 OCT2008 | CONTAINER SECURITY | 47.00 |
| | FCL HNDLING FEE | 300.00 |
| | DOCUMENT ADMINISTR | 150.00 |
| | CY RCVING -96'-96 | 2855.00 |
| | TOTAL (HKD) | 3547.00 |

WE RECEIVED ___ ORIGINAL 1 COP IES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT ACCORDING TO THE DETAILS.

BENEFICIARY'S STATEMENT                        COPY
COMMERCIAL INVOICE                             COPY
CONTAINER FREIGHT MANIFEST                     COPY
CERTIFICATE OF ORIGIN                          COPY
PACKING LIST                                   COPY
SHIPPING DOCUMENT RECEIPT                      COPY
#CCPIT088596184                                COPY
7-POINT CONTAINER INSPECTION AFFIDAV COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREB ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION ANDFORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1        ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
         APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS & WAREHOUSE
MANAGEMENT SERVICES HK, LTD

BY: _____

AS AGENT

Date: 10/21/2008 2:17 PM  To: CHRIS CHONG @ 23448813   Page: 002/002

APL LOGISTICS & WAREHOUSE MANAGEMENT SERVICES HK, LTD

COPY -- NOT NEGOTIABLE            CARGO RECEIPT                    NO:HKG481442
--------------------------------------------------------------------------------

```
       CIRCUIT CITY      62 CTNS  PS3 CHARGER CABLE
PO#2112892                        PO NO.2112892
CIRCUIT CITY MODEL                SKU# VGP3ULINK
(SKU)#VGP3ULINK                   QTY: 1240 PCS
UNIT COUNT PER
CARTON 20 PIECES                  ALSO NOTIFY PARTY:
CARTON#   OF                      EXPEDITORS INTERNATIONAL
GROSS WEIGHT                      2550 ELLSMERE AVE.,SUITE B
POUNDS                            NORFOLK,VA 23513
CARTON DIMENSIONS                 A:IRENE BARON
(INCHES):
LENGTHXWIDTHXHEIGHT
MADE IN CHINA


                                  SHIPPER DECLARE:
                                  THIS SHIPMENT DOES NOT CONTAIN
                                  WOOD PACKAGING MATERIAL
                                  ON BOARD DATE: OCTOBER 20,2008
                                  CONTAINER#  : TGHU9477310
                                  SEAL#       : OOLM591727
                                  BILL OF LADING: OOLU3039502220
                                  PLACE OF RECEIPT: HONG KONG, HONG KONG
```

--------------------------------------------------------------------------------
                              -  2  -

Exhibit N

Date: 10/17/2008    Time: 11:55 AM  To: CCITY @ 25280754
Page: 001

```
TO   : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)
```

## APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT                          NO: YAT456142

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON HONG KONG | 16 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | GENOA BRIDGE        43E |

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
|  | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
|  |  |  | * FREIGHT COLLECT * KGS. 4896.000 | CBM. 45.660 |
| CIRCUIT CITY P.O. #2106353 CIRCUIT CITY MODEL (SKU)#VGDACA UNIT COUNT PER CARTON 24 PIECES CARTON# ___ OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): ___ LENGTH X ___ WIDTH X ___HEIGHT MADE IN CHINA | 77 CTNS | NDSL AC ADAPTER PO.NO.: 2106353   MODEL NO.: VGDACA  *** SEE ATTACHMENT PAGE 2 THRU  4 ***  SHIPPERS LOAD AND COUNT ONE THOUSAND TWO HUNDRED FOURTEEN CTNS  ONLY |  |  |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY                    ISSUE DATE:20 OCT2008 | AMS FEE FROM CARRI CONTAINER SECURITY FCL HNDLING FEE DOCUMENT ADMINISTR CY RCVING -86'-86 TOTAL (HKD) | 221.70 53.40 341.10 142.10 2294.70 3053.00 |

WE RECEIVED ___ ORIGINAL ___ COPIES OF THE FOLLOWING DOCUMENTS WHICH MAY FORM ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SERVICE IN ACCORDANCE WITH THE ABOVE

| | |
|---|---|
| BENEFICIARY CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY  1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THESE GOODS ("THE CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG LTD.

APL LOGISTICS CHINA LTD.

BY: _____
                          AS AGENT

e.  10/17/2008   Time: 11:39 AM   To: CCITY @ 25280754
Page: 002

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                    NO:YAT456142

--------------------------------------------------------------------------------

CIRCUIT CITY P.O.        75 CTNS   NDSL DC POWER ADAPTER, CAR CHARGER
#2106353                           PO.NO.: 2106353   MODEL NO.: VGDDCA
CIRCUIT CITY MODEL
(SKU)#VGDDCA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        158 CTNS  DS POWER SOLUTION
#2106353                           PO.NO.: 2106353   MODEL NO.: VGDPOWSOLN
CIRCUIT CITY MODEL
(SKU)#VGDPOWSOLN
UNIT COUNT PER
CARTON 12 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        101 CTNS  PS2 GAME PAD
#2106353                           PO.NO.: 2106353   MODEL NO.: VGP2MCONT
CIRCUIT CITY MODEL
(SKU)#VGP2MCONT
UNIT COUNT PER
CARTON 16 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

--------------------------------------------------------------------------------
- 2 -

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE                     CARGO RECEIPT                          NO:YAT456142
-------------------------------------------------------------------------------------------

CIRCUIT CITY P.O.        50 CTNS    PSP AC ADAPTER
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPACA
CIRCUIT CITY MODEL
(SKU)#VGPACA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        64 CTNS    PSP DC POWER ADAPTER, CAR CHARGER
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPDCA
CIRCUIT CITY MODEL
(SKU)#VGPDCA
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.        64 CTNS    PSP TRAVEL CASE
#2106353                            PO.NO.: 2106353    MODEL NO.: VGPTCS
CIRCUIT CITY MODEL
(SKU)#VGPTCS
UNIT COUNT PER
CARTON 20 PIECES
CARTON# ___ OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

-------------------------------------------------------------------------------------------
- 3 -

.e: 10/17/2008   Time: 11:35 AM   To: CCITY @ 25280754
                    Page: 004

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE              CARGO RECEIPT                    NO:YAT456142
--------------------------------------------------------------------------------

CIRCUIT CITY P.O.         417 CTNS   WII SILICON SKIN
#2106353                             PO.NO.: 2106353   MODEL NO.: VGW2RSKINS
CIRCUIT CITY MODEL
(SKU)#VGW2RSKINS
UNIT COUNT PER
CARTON 24 PIECES
CARTON# ___OF ___
GROSS WEIGHT
___ POUNDS
CARTON DIMENSIONS
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

CIRCUIT CITY P.O.         208 CTNS   WII MOTE+NUNCHUCK SILICON SKIN
#2106353                             PO.NO.: 2106353   MODEL NO.: VGWSKIN
CIRCUIT CITY MODEL
(SKU)#VGWSKIN
UNIT CCUNT PER
CARTON 18 PIECES                     NOTIFY 3:
CARTON# ___OF ___                    EXPEDITORS INTERNATIONAL
GROSS WEIGHT                         2550 ELLSMERE AVE.,SUITE B
___ POUNDS                           NORFOLK,VA 23513
CARTON DIMENSIONS                    A:IRENE BARON
(INCHES):
__ LENGTH X
__ WIDTH X __HEIGHT
MADE IN CHINA

                                     SHIPPER DECLARE:
                                     THIS SHIPMENT DOES NOT CONTAIN
                                     WOOD PACKAGING MATERIAL
                                     ON BOARD DATE: OCTOBER 20,2008
                                     CONTAINER#   : KKFU1831901
                                     SEAL#        : BAJ36317
                                     BILL OF LADING: KKLUHK6705187
                                     PLACE OF RECEIPT: YANTIAN, CHINA

--------------------------------------------------------------------------------
                            -  4  -

Exhibit O

From Expeditors Hong Kong LimitMon Oct 27 11:20:34 2008          Page 1 of 1

 **Expeditors®**

# Expeditors Cargo Management Systems
## DRAFT
FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER (Name and Full Address)<br>MADCOW INTERNATIONAL GROUP LIMITED<br>UNIT 1005,10/F,FUTURA PLAZA,<br>111-113 HOW MING STREET<br>KWUN TONG, KOWLOON<br>HONG KONG | BOOKING NUMBER S912366515   FCR NUMBER R910280828<br>CARGO RECEIVING DATE 10/16/08 |
| CONSIGNEE (Name and Full)<br>CIRCUIT CITY STORES, INC.<br>DR1/INTL. LOGISTICS/4TH FLOOR<br>9950 MAYLAND DR. RICHMOND VA 23233<br>UNITED STATES ATTN: JOSH PETRIE<br>TEL: 8045274000 FAX: 8045274110 | FORWARDING AGENT REFERENCES<br>EXPEDITORS HONG KONG LIMITED<br>36/F-38/F, ENTERPRISE SQUARE THREE<br>39 WANG CHIU ROAD<br>POINT AND COUNTRY OF ORIGIN OF GOODS |
| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)<br>CIRCUIT CITY STORES, INC.<br>DR1/INTL. LOGISTICS/4TH FLOOR<br>9950 MAYLAND DR. RICHMOND VA 23233<br>UNITED STATES ATTN: JOSH PETRIE<br>TEL: 8045274000 FAX: 8045274110 | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION FOR RELEASE OF CARGO PLEASE CONTACT<br>CIRCUIT CITY STORES, INC.<br>DISTRIBUTION CENTER #717 501<br>SO. CHERYL LANE WALNUT, CA 91789<br>UNITED STATES<br>ATTN: JUAN LOPEZ OR KRISTINE GREER |
| INITIAL CARRIAGE | PLACE OF RECEIPT HONG KONG | |
| EXPORT CARRIER (Vessel, voyage) CMA CGM HUGO V.TX493E | PORT OF LOADING HONG KONG | |
| PORT OF DISCHARGE LONG BEACH, CA | PLACE OF DELIVERY LONG BEACH, CA | B/L: 6910744397 |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per attached commercial invoice. | 83 CTNS | Invoice Number: MAD081016A<br>P.O.# 2135943<br>SKU# VGWINTFAN<br>WLL COOLING FAN<br>1992 PCS<br><br>THE SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIAL (WPM) | 125.00 KG | .620 M3 |
| ECMU8022997  CFS/C  FS   Size | :45   83 CTNS Seal:4799938 | | 125.00 KG | .620 M3 |
| TOTALS: | 83 CTNS | | | |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 10/25/08 | | | FOR CHARGES HKD | | THIS DOCUMENT IS EXCHANGED FOR THE DOCKS RECEIPT / MATES RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS |
|---|---|---|---|---|---|
| | Originals | Copies | MISC | 200.00 | |
| Documents received | | | DOC FE | 140.00 | |
| COMMERCIAL INVOICE | 0 | 1 | THC | 55.00 | |
| PACKING LIST | 0 | 1 | CFS CH | 175.00 | |
| CERTIFICATE OF ORIGIN | 0 | 1 | --------- | | For |
| SHIPPING DOCUMENTS RECEIPT | 0 | 1 | Total | 570.00 | |

BY _____

DATE 10/27/08

# Exhibit P

4911210622

| Shipper's Name and Address | | Air Waybill |
|---|---|---|
| Madcow International Group Limited<br>Unit 1005, 10/F, Futura Plaza<br>111-113 How Ming Street<br>Kwun Tong, Kowloon<br>HONG KONG | Issued by | Expeditors Hong Kong Limited |

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| Circuit City Stores, Inc.<br>DR1/Logistics. 2nd Floor<br>9950 Mayland Drive<br>RICHMOND VA 23233<br>U.S.A. | |

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City |
|---|
| EXPEDITORS HONG KONG LIMITED<br>KOWLOON BAY, KOWLOON<br>HONG KONG |

Accounting Information

297-6645 8195  FREIGHT COLLECT
NTY:SAME AS CONSIGNEE

| Agent's IATA Code | Account No |
|---|---|
| 1330004 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| HONG KONG |

| Reference Number | Optional Shipping Information |
|---|---|

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PPD | COLL | PPD | COLL | | |
| LAX | CI | | | | | | USD | C | P | | C | | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
|---|---|---|---|
| LOS ANGELES, CA | CI5836/04 | NIL | |

Handling Information  SHPR REF: MAD081025B CNEE REF: 2153784.
INV AND PACKING LIST ATTD

U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 625 | 1155K | | | 1155<br>1155 | AS AGREED<br>AS AGREED | WII COOLING FAN<br>625 CTNS/15000 PCS | COOLING FAN<br>PSAF |

CIRCUIT CITY P.O.#2153784
CIRCUIT CITY MODEL(SKU)#UGWINTFAN
UNIT COUNT PER CARTON 24 PIECES
CARTON#___ OF___
GROSS WEIGHT_____ POUNDS
CARTON DIMENSIONS(INCHES):____ LENGHT X____ WIDTH X___ HEIGHT
MADE IN CHINA
NO SWPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 625CTN@24X23X14

| 625 | 1155 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | | | CH CHOW, AGENT |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | Total Collect | | |
| Currency Conversion Rates | CC Charges in Dest. Currency | | 3 November 2008 HONG KONG |
| | | | Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent |
| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges | |

HAWB 4911210622

# EXPEDITORS HONG KONG LIMITED

**EXpeditors**

ORIGINAL
INVOICE

| | | |
|---|---|---|
| CLIENT NO: G0251821 | INVOICE DATE | 11/03/08 |
| Madcow International Group Limited | INVOICE NUMBER | E913987855 |
| Unit 1005, 10/F, Futura Plaza | | |
| 111-113 How Ming Street | YOUR REFERENCE | SEE BELOW |
| Kwun Tong, Kowloon | | |

DESTINATION: LAX

ORIGIN: HKG

PCS:   625PCS      WEIGHT:  1155.0K    CHG WGT:  1155.0K

| | |
|---|---|
| TC | 1,986.60 HKD |
| DOX | 15.00 |
| CFS | 924.00 |
| HC | 283.00 |
| SUB TOTAL: | 3,208.60 |
| INVOICE TOTAL: | 3,208.60 HKD |

SERVICE LEVEL: Airport to Airport

YOUR REFERENCES:   MAD081025B, 2153784

*(vertical watermark)* ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An interest charge of 2% per month will be levied
on any invoice unsettled within the credit terms as
specified by our credit department.

This is an official invoice. No authorized signature is required.

**THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED**

| MAIN OFFICE: | AIR EXPORT OFFICE: | AIR IMPORT OFFICE: | DISTRIBUTION CENTRE: |
|---|---|---|---|
| 36/F-38/F, ENTERPRISE SQUARE THREE, | ROOM 302, 3/F, NORTH OFFICE BLOCK, | ROOM 410, 4/F, SOUTH OFFICE BLOCK, | ROOM 13014 W, 13/F, |
| 39, WANG CHIU ROAD, | SUPERTERMINAL 1, | SUPER TERMINAL 1, | ATL LOGISTICS CENTRE B, |
| KOWLOON BAY, KOWLOON, | HONG KONG INTERNATIONAL AIRPORT, | HONG KONG INTERNATIONAL AIRPORT | BERTH 3, KWAI CHUNG, |
| HONG KONG | CHEK LAP KOK, HONG KONG | CHEK LAP KOK, HONG KONG | N.T., HONG KONG |
| TEL: 2190 3000   FAX: 2721 9734 | TEL: 2190 5800   FAX: 2637 4668 | TEL: 2753 1581   FAX: 2752 9954 | TEL: 2408 7099   FAX: 2407 1398 |

E. & O. E.

# Exhibit Q

# Expeditors Cargo Management Systems
## DRAFT

# Expeditors®



**FORWARDER'S CARGO RECEIPT**

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| ADCOW INTERNATIONAL GROUP LTD .IT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET,KWUN TONG, KOWLOON,HONG KONG | S1N0606371 | R1N0178951 |
| | CARGO RECEIVING DATE   10/21/08 | |

**CONSIGNEE (Name and Full**
CIRCUIT CITY STORES,INC.
ATTN:JOSH PETRIE,9950 MAYLAND,
DR.DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND, VA 23233 UNITED STATES
TEL:8045274000 FAX:8045274110

**FORWARDING AGENT REFERENCES**
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO.,LTD.SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

**POINT AND COUNTRY OF ORIGIN OF GOODS**

**NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)**
CIRCUIT CITY STORES,INC.
ATTN:JOSH PETRIE,9950 MAYLAND,
DR.DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND, VA 23233 UNITED STATES
TEL:8045274000 FAX:8045274110

**ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT:**

| INITIAL CARRIAGE | PLACE OF RECEIPT   YANTIAN,CHINA |
|---|---|
| EXPORT CARRIER (Vessel, voyage)   EVER URBAN 0537-066E | PORT OF LOADING   YANTIAN,CHINA |
| PORT OF DISCHARGE   LOS ANGELES, CA | PLACE OF DELIVERY   LOS ANGELES, CA |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per | attached commercial invoice. Invoice Number: MAD081021A | | 13924.00 KG | 141.560 M3 |
| | 1180 CTNS PO NO.2124415 | | | |
| | | ITEM NO.VGSTHRONE | | |
| | | DRUM BENCH | | |
| | | NO WPM | | |
| EMCU8019231   CY/CY | Size :45 | 590 CTNS Seal:EMCCYZ0118 | 6962.00 KG | 70.780 M3 |
| | | SHIPPER'S LOAD AND COUNT | | |
| EISU8068922   CY/CY | Size :45 | 590 CTNS Seal:EMCCYL4968 | 6962.00 KG | 70.780 M3 |
| | | SHIPPER'S LOAD AND COUNT | | |
| TOTALS: | | 2 Container(s) | | |

*COPY NOT NEGOTIABLE*

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

**FREIGHT COLLECT**

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE
WE RECEIVED THE FOLLOWING DOCUMENTS ON    10/27/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 |
| BENEFICIARY'S STATEMENT | 0 | 1 |
| 7-POINT CONTAINER INSPECTION AFFIDAVIT | 0 | 1 |
| CONTAINER MANIFEST | 0 | 1 |

**FOR CHARGES**

THIS DOCUMENT IS EXCHANGED FOR THE DOCK'S RECEIPT / MATES RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For _____

BY _____

DATE    10/27/08

# Expeditors
*You'd be surprised how far we'll go for you.*

BEIJING KANGJIEKONG INT'L
29F,DI WANG COMM. CENTRE, 5002
SHENNAN ROAD EAST,SHENZHEN,PRC
TR 755 25838000

CLIENT NO: 11461288

MADCOW INTERNATIONAL GROUP LTD
C/O EXPEDITORS HONG KONG
HONG KONG

| INVOICE DATE | 10/27/08 |
| INVOICE NUMBER | E1N0731676 |
| YOUR REFERENCE | |

DESTINATION: LAX

CARRIER: EVER URBAN 0537-066E ORIGIN: YAN
PCS:  1180PCS     WEIGHT:  141.6C

| | |
|---|---|
| SEAL CHARGE | 8.00 USD |
| BAS 4.00 / CTNR | |
| SECURITY CHARGE | 12.00 |
| BAS 6.00 / CTNR | |
| DOCUMENTATION FEE | 21.38 |
| BAS 146.00 / FCR | |
| HANDLING | 42.46 |
| BAS 290.00 / FCR | |
| AMS FEE | 25.00 |
| BAS 200.00 / FCR | |
| TERMINAL HANDLNG FEE | 680.00 |
| BAS 340.00 / 45 | |
| SUB TOTAL: | 788.84 |
| INVOICE TOTAL: | 788.84 USD |

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

INVOICE

An original copy of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
All services provided are subject to these terms and conditions.

**TERMS: NET CASH**
PLEASE NOTE. THIS INVOICE
INCLUDES CASH OUTLAYS MADE
FOR YOUR ACCOUNT. PLEASE
REMIT UPON RECEIPT.

MERCHANDISE RELEASED BY CUSTOMS IS DONE
UNDER BOND AND IS SUBJECT TO REDELIVERY TO
CUSTOMS ON DEMAND. FAILURE TO RETURN
MERCHANDISE MAKES THE IMPORTER SUBJECT TO
PENALTY FOR FULL AMOUNT OF BOND.

THE COMPANY HAS A POLICY AGAINST PAYMENT,
SOLICITATION, OR RECEIPT OF ANY REBATE,
DIRECTLY OR INDIRECTLY, WHICH WOULD BE
UNLAWFUL UNDER THE UNITED STATES SHIPPING
ACT , 1984, AS AMENDED

FEDERAL MARITIME COMMISSION NO.    2268
R1N0178951

JC 01

ORIGINAL

# Exhibit R

# Expeditors®

## Expeditors Cargo Management Systems
### ORIGINAL

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG, KOW HONG KONG | S1N0605763 | R1N0179575 |
| | CARGO RECEIVING DATE   10/20/08 | |

| CONSIGNEE (Name and Full) | FORWARDING AGENT REFERENCES |
|---|---|
| CIRCUIT CITY STORES, INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS./4TH FLOOR RICHMOND VA 23233 USA TEL:8045274000 FAX:8045274110 | BEIJING KANG JIE KONG INTERNATIONAL CARGO AGENT CO.,LTD.SHENZHEN BRANCH 29F SHUN HING SQUARE DI WANG CENTRE |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/FORWARD-ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT: |
|---|---|
| CIRCUIT CITY STORES, INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS./4TH FLOOR RICHMOND VA 23233 USA TEL:8045274000 FAX:8045274110 | |

| INITIAL CARRIAGE | PLACE OF RECEIPT |
|---|---|
| | YANTIAN,CN |

| EXPORT CARRIER (Vessel, voyage) | PORT OF LOADING |
|---|---|
| LONG BEACH BRIDGE 49E | YANTIAN,CN |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| | | Details as per attached commercial invoice. Invoice Number: MAD081016E | 1333.52 KG | 11.140 M3 |
| | 333 CTNS | PO NO. 2135943 ITEM NO.UGP2TAP4A PS2 MULTILAYER ADAPTER ITEM NO.VGPTCS PSP TRAVEL CASE | | |
| KKFU7151497   CFS/CY | Size :40H | 333 CTNS Seal:BAJ10756 | 1333.52 KG | 11.140 M3 |
| TOTALS: | | 333 CTNS | | |

**REMARKS:** THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

| IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON   10/28/08 | | | FOR CHARGES | THIS DOCUMENT IS EXCHANGED FOR THE DOCKS RECEIPT / MATES RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND WILL NOT BE NEGOTIABLE UNLESS VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS. |
|---|---|---|---|---|
| Documents received | Originals | Copies | | |
| COMMERCIAL INVOICE | 0 | 1 | | |
| PACKING LIST | 0 | 1 | | |
| CIRCUIT CITY STORES,INC.SDR WAIVER | 0 | 1 | | |
| CERTIFICATE OF ORIGIN | 0 | 1 | | For |
| | | | | BY _____ |
| | | | | DATE   10/29/08 |

# Expeditors    EXPEDITORS HONG KONG LIMITED    ORIGINAL

30/F 38F, Enterprise Square Three, 39 Wang Chiu Road,
Kowloon Bay, Kowloon, Hong Kong
Tel: (852) 2190 3000    Fax: (852) 2721 9734

CLIENT NO: G0283695

Madcow International Group Limited
ATTN: Foreign-to-Foreign
Unit 1005, 10/F, Futura Plaza
111-113 How Ming Street
Kwun Tong, Kowloon

| INVOICE DATE | 10/29/08 |
| INVOICE NUMBER | E913978968 |
| YOUR REFERENCE | |

AWB/BL: R1N0179575/OS        HAWB/HBL: R1N0179575

CARRIER: LONG BEACH BRIDGE        ORIGIN: SZX
PCS:  333CTNS

| | |
|---|---:|
| PFSC FEE | 9.67 HKD |
| DOCUMENTATION FEE | 166.61 |
| PCF FEE | 34.32 |
| AMS FEE | 195.00 |
| TERMINAL HANDLNG FEE | 610.12 |
| CFS CHARGES | 1,728.79 |
| SECURITY CHARGE | 11.70 |
| OFFSHORE | 100.00 |

SUB TOTAL:    2,856.21

INVOICE TOTAL:    2,856.21 HKD

THIS IS A C.O.D. INVOICE DUE ON PRESENTATION UNLESS OTHERWISE STATED

An interest charge of 2% per month will be levied
on any invoice unsettled within the credit terms
as specified by our credit department.

EXPEDITORS HONG KONG LIMITED

E. & O. E.

WD 01                                                    1910266447

# Exhibit S

Date: 10/24/2008    Time: 12:55 PM    To: CANDY @ 25280754
Page: 005

TO  : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)

## APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT                          NO: CTW460145

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD UNIT 1005, 10/F, FUTURA PLAZA, 111-113 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG | 17 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC DISTRIBUTION CENTER # 717 501 SO.CHERYL LANE WALNUT,CA 91789 UNITED STATES ATTN:JUAN LOPEZ OR KRISTINE GREER |

| | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| | APL SWEDEN | 062-1 |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| CIRCUIT CITY STORES,INC ATTN:JOSH PETRIE,9950 MAYLAND DR. DR1/INTL.LOGISTICS/4TH FLOOR RICHMOND,VA 23233 UNITED STATES T:8045274000 FAX:8045274110 | | CHIWAN, CHINA |

| | PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|---|
| | LOS ANGELES, CA | LOS ANGELES, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS 1500.000 | CBM 10.070 |
| CIRCUIT CITY P.O. #2108394 CIRCUIT CITY MODEL (SKU)#UGP2ACA UNIT COUNT PER CARTON 12 PIECES CARTON# __ OF ___ GROSS WEIGHT ___ POUNDS CARTON DIMENSIONS (INCHES): __ LENGTH X __ WIDTH X __HEIGHT MADE IN CHINA | 250 CTNS | PS2 AC ADAPTER PO NO.: 2108394  MODEL NO.: UGP2ACA NOTIFY :3: EXPEDITORS INTERNATIONAL 2550 ELLSMERE AVE.,SUITE B NORFOLK,VA 23513 A:IRENE BARON *** SEE ATTACHMENT PAGE 2 THRU  2 *** TWO HUNDRED FIFTY CTNS  ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | MISC CHARGES | 2292.90 |
|---|---|---|
| CIRCUIT CITY                 ISSUE DATE:27 OCT2008 | | |
| | TOTAL (HKD) | 2292.90 |

WE RECEIVED ___ ORIGINAL __ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPPER'S REQUEST

COMMERCIAL INVOICE                          COPY
CERTIFICATE OF ORIGIN                       COPY
PACKING LIST                                COPY
SHIPPING DOCUMENT RECEIPT                   COPY

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.
ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: _____        AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE                CARGO RECEIPT                           NO:CIW460145
--------------------------------------------------------------------------------

                         SHIPPER DECLARE:
                         THIS SHIPMENT DOES NOT CONTAIN
                         WOOD PACKAGING MATERIAL
                         ON BOARD DATE: OCTOBER 27,2008
                         CONTAINER#   : APZU4026450
                         SEAL#        : AA1863289
                         BILL OF LADING: APLL052343206
                         PLACE OF RECEIPT: YANTIAN, CHINA
                                 MISC CHARGES BREAKDOWN
                              ------------------------------
                              AMS FEE FROM CARRI       73.80
                              CONTAINER SECURITY       53.40
                              DOCUMENT ADMINISTR      141.90
                              LCL HANDLING CHARG     1520.70
                              PORT SECURITY / OT       40.00
                              TERMINAL HANDLING       463.10
                              ------------------------------

--------------------------------------------------------------------------------
                                   -  2  -

Exhibit T

```
TO  : MADCOW
ATTN : CHRIS
FROM : MAVIS MENG (FAX#: 86-755-25280754  PHONE#: 86-755-22171134)
```

## APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT511485

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| MADCOW INTERNATIONAL GROUP LTD<br>UNIT 1005, 10/F, FUTURA PLAZA,<br>111-113 HOW MING STREET, KWUN TONG<br>KOWLOON, HONG KONG | 23 OCT 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

| | EXPORT CARRIER (VESSEL, VOYAGE) |
|---|---|
| NOTIFY PARTY (NAME AND ADDRESS)<br>CIRCUIT CITY STORES,INC<br>ATTN:JOSH PETRIE,9950 MAYLAND DR.<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8045274000 FAX:8045274110 | LONG BEACH BRIDGE     49E |

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | * FREIGHT COLLECT* | |
| | | | KGS.<br>10336.000 | CBM.<br>105.100 |
| CIRCUIT CITY P.O.<br>#2108392<br>CIRCUIT CITY MODEL<br>(SKU)#VGSTHRONE<br>UNIT COUNT PER<br>CARTON 4 PIECES<br>CARTON# ___OF ___<br>GROSS WEIGHT<br>___ POUNDS<br>CARTON DIMENSIONS<br>(INCHES):<br>___ LENGTH X ___<br>WIDTH X __HEIGHT<br>MADE IN CHINA | 438 CTNS | DRUM BENTCH<br>PO.NO.: 2108392    MODEL NO.: VGSTHRONE<br><br><br><br><br><br><br><br>*** SEE ATTACHMENT PAGE 2 THRU   2 ***<br><br>SHIPPERS LOAD AND COUNT<br>   EIGHT HUNDRED SEVENTY-SIX CTNS   ONLY | | |

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | | |
|---|---|---|
| CIRCUIT CITY | AMS FEE FROM CARRI | 195.00 |
| | CONTAINER SECURITY | 94.00 |
| ISSUE DATE:27 OCT2008 | FCL HNDLING FEE | 600.00 |
| | DOCUMENT ADMINISTR | 125.00 |
| | CY RCVING -86'-86 | 4036.00 |
| | TOTAL (CNY) | 5050.00 |

WE RECEIVED ___ORIGINAL ___ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2S ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME

| | |
|---|---|
| BENEFICIARY'S CERTIFICATE | COPY |
| COMMERCIAL INVOICE | COPY |
| CONTAINER FREIGHT MANIFEST | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| CONTAINER INSPECTION AFFIDAVIT | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY  1 |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED , AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY
APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY :

AS AGENT

COPY -- NOT NEGOTIABLE          CARGO RECEIPT                NO:YAT511485
--------------------------------------------------------------------------------

CIRCUIT CITY P.O.      438 CTNS   DRUM BENTCH
#2108392                         PO.NO.: 2108392    MODEL NO.: VGSTHRONE
CIRCUIT CITY MODEL
(SKU)#VGSTHRONE
UNIT COUNT PER                   NOTIFY 3:
CARTON 4 PIECES                  EXPEDITORS INTERNATIONAL
CARTON# ___OF ___                2550 ELLSMERE AVE.,SUITE B
GROSS WEIGHT                     NORFOLK,VA 23513
___ POUNDS                       A:IRENE BARON
CARTON DIMENSIONS
(INCHES):
__ LENGTH X __
WIDTH X __HEIGHT
MADE IN CHINA

                                 SHIPPER DECLARE:
                                 THIS SHIPMENT DOES NOT CONTAIN
                                 WOOD PACKAGING MATERIAL
                                 ON BOARD DATE: OCTOBER 27,2008
                                 CONTAINER#  : KKFU1489152,KKFU1706999
                                 SEAL#       : BAF13341,BAF13299
                                 BILL OF LADING: KKLUHK6705255
                                 PLACE OF RECEIPT: YANTIAN, CHINA

--------------------------------------------------------------------------------