WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:   (562) 436-2000
Facsimile:   (562) 436-7416

Kevin A. Lake (VSB#34286)
klake@vanblk.com
VANDEVENTER BLACK LLP
Eighth & Main Building
707 E. Main Street, Suite 700
P.O. Box 1558
Richmond, VA 23218-1558
Telephone:   (804) 237-8811
Facsimile:   (804) 237-8801

Attorneys for Creditor
MADCOW INTERNATIONAL GROUP LIMITED

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | Chapter 11 (jointly administered) |
| Debtors. | **[PROPOSED] ORDER GRANTING MADCOW INTERNATIONAL GROUP LIMITED'S MOTION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

Upon consideration of MADCOW INTERNATIONAL GROUP LIMITED'S

1   ("Creditor") Motion for an Order pursuant to the Court's November 13, 2008 Order, 11 U.S.C.
2   §§ 503(b), 507(a)(2), and 546(c)(2) granting allowance and payment of a priority administrative
3   expense claim (the "Motion") filed in the bankruptcy case in the above-captioned Debtors and Debtors
4   in Possession, the Court finds that:  (i) it has jurisdiction over the matters that are in this Motion;
5   (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and is a contested matter
6   brought pursuant to §§ 546(c) and 503(b)(9) of the Bankruptcy Code; (iii) proper and adequate notice
7   of the Motion and the opportunity for a hearing thereon has been given and not other or further notice
8   is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the
9   motion after having given due consideration upon the motion and the arguments presented at any
10  hearing had thereupon.

        THEREFORE, IT IS HEREBY ORDERED THAT:

        1.      The motion is granted;

        2.      MADCOW INTERNATIONAL GROUP LIMITED shall have an allowed administrative expense claim against the Debtors, Circuit City Stores, Inc., et al., for goods supplied within 20 days before the commencement of this Chapter 11 case in the amount of $452,794.40 as an administrative expense upon the effective date of confirmation of a plan of reorganization in this case;

        3.      MADCOW INTERNATIONAL GROUP LIMITED shall have an allowed administrative expense claim against the Debtors, Circuit City Stores, Inc., et al., for the balance of the Reclamation Demand in the amount of $441,262.32 as an administrative expense upon the effective date of confirmation of a plan of reorganization in this case;

        4.      The debtors are authorized and directed to pay to MADCOW INTERNATIONAL GROUP LIMITED its allowed administrative expense claim upon the effective date of a confirmed plan of reorganization.

        IT IS SO ORDERED.

        Entered in Richmond, Virginia, this ____ day of _____, 2009.

KEVIN R. HUENNEKENS
BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT,
EASTERN DISTRICT OF VIRGINIA

## **CERTIFICATE PURSUANT TO LOCAL RULE 9022-1(C)**

I hereby certify that I caused to be served a true copy of the foregoing proposed Order on December 9, 2009 to all parties receiving notice via ECF and via ECF and/or email on the following:

Please see attached Mailing List.

/s/ Kevin A. Lake
Kevin A. Lake

**SERVICE LIST**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
*gregg.galardi@skadden.com*
*Ian.Fredericks@skadden.com*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
*chris.dickerson@skadden.com*

Douglas M. Foley
Dion W. Hayes
McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attorneys for Debtors
*dfoley@mcguirewoods.com*
*dhayes@mcguirewoods.com*

KYL_LB1257152
KYL_LB\1257152.1