Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
OF THE WEIDLER SETTLEMENT CLASS)**

The debtors and debtors in possession in the above-
captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit
City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Sixty-Third Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims of the Weidler Settlement Class) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

## **BANKRUPTCY BACKGROUND**

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## WEIDLER SETTLEMENT CLASS BACKGROUND

11.  Daniel E. Weidler, Michael F. Yezback, Eloise Garcia and Angie Duron are the designated class representatives (the "Class Plaintiffs") for that certain class of plaintiffs (the "Weidler Settlement Class") established in the class action proceeding in the Los Angeles County Superior Court, styled Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc., Case No. BC369011 (the "California Litigation").

12.  On January 28, 2009, the Weidler Settlement Class filed a proof of claim, which was subsequently amended on February 6, 2009 by claim number 11271 ("Claim No. 11271").

According to Claim No. 11271, the Class Plaintiffs asserted claims on behalf of the Weidler Settlement Class pursuant to a Joint Stipulation of Settlement Agreement and Release of Class Action Claims (the "Settlement Agreement"), which was approved in the California Litigation by an order entered on December 12, 2008.

13.   Pursuant to the Settlement Agreement, a class action claims administrator mailed a notice to all class members (the "Class Action Notice").  The Class Action Notice stated that in order to receive a settlement payment under the Settlement Agreement, each class member was required to timely submit a claim form (the "Class Action Claim") to the claims administrator for the California Litigation.  The Class Action Notice also included instructions for opting out of the California Litigation.

## OBJECTIONS TO CLAIMS

14.   By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the claims listed on Exhibit C attached hereto.  The basis for the disallowance of the claims listed on Exhibit C attached hereto is that all of the claims (the "Claims") are duplicative (the

"Duplicate Claims") of Claim No. 11271 filed by the Weidler Settlement Class (the "Surviving Claim").

15.   Each of the Claimants is a class member and filed a Class Action Claim in the California Litigation.  None of the Claimants opted out of the California Litigation. Accordingly, the Claims filed by individual class members in the bankruptcy case are duplicative of Claim No. 11271, which was filed by the Class Plaintiffs on behalf of all class members.  Such repetitive claims filed on account of the same alleged liability should be disallowed.  The Duplicate Claims listed on Exhibit C, under "Claim to be Disallowed" should be disallowed for all purposes in these bankruptcy cases.  Claim No. 11271 is listed as the "Surviving Claim" on Exhibit C (the "Surviving Claim") and shall remain in effect and is not affected by this Objection; provided, however, that such Surviving Claim is the subject of a separate objection and may be the subject of future objections.

16.   For ease of reference, attached as Exhibit B is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

17.   At this time, the Debtors have not completed their

7

review of the validity of all claims/expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

### RESERVATION OF RIGHTS

18.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

### NOTICE AND PROCEDURE

19.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, respectively, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002

and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (Docket No. 130) (the "Case
Management Order").  The Debtors submit that the following
methods of service upon the Claimants should be deemed by
the Court to constitute due and sufficient service of this
Objection: (a) service in accordance with Bankruptcy Rule
7004 and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,
on the signatory of the Claimant's proof of claim form or
other representative identified in the proof of claim form
or any attachment thereto; or (c) by first class mail,
postage prepaid, on any counsel that has appeared on the
Claimant's behalf in the Debtors' bankruptcy cases.  The
Debtors are serving the Claimant with this Objection and the
exhibit on which the Claimant's claim is listed.

    20.  To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 p.m. on
January 7, 2010** as required by the Case Management Order and
under applicable law, and the parties are unable to
otherwise resolve the Objection, the Debtors request that
the Court conduct a status conference with respect to any

such responding claimant at **2:00 p.m. on January 14, 2010**

and thereafter schedule the matter for a future hearing as

to the merits of such claim.[2]  However, to the extent any

Claimant fails to timely file and properly serve a response

to this Objection as required by the Case Management Order

and applicable law, the Debtors request that the Court enter

an order, substantially in the form attached hereto as

Exhibit A, disallowing the Claims set forth on Exhibit C

attached hereto for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

21.   This Objection complies with Bankruptcy Rule

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

22.   Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Motion, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

---

[2] **In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do <u>not</u> need to appear at the status conference.**

10

## NO PRIOR RELIEF

23.   No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
       December 10, 2009          FLOM, LLP
                                  Gregg M. Galardi, Esq.
                                  Ian S. Fredericks, Esq.
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  (302) 651-3000

                                          - and -

                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM, LLP
                                  Chris L. Dickerson, Esq.
                                  155 North Wacker Drive
                                  Chicago, Illinois 60606-7120
                                  (312) 407-0700

                                          - and -

                                  MCGUIREWOODS LLP

                                  /s/ Douglas M. Foley          .
                                  Dion W. Hayes (VSB No. 34304)
                                  Douglas M. Foley (VSB No. 34364)
                                  One James Center
                                  901 E. Cary Street
                                  Richmond, Virginia 23219
                                  (804) 775-1000

                                  Counsel for Debtors and Debtors
                                  in Possession

# EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
OF THE WEIDLER SETTLEMENT CLASS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Third Omnibus Objection to Claims

(Disallowance of Certain Duplicate Claims of the Weidler

Settlement Class) (the "Objection"), which requested, among

other things, that the claims specifically identified on
Exhibit C attached to the Objection be disallowed for those
reasons set forth in the Objection; and it appearing that
due and proper notice and service of the Objection as set
forth therein was good and sufficient and that no other
further notice or service of the Objection need be given;
and it further appearing that no response was timely filed
or properly served by the Claimants being affected by this
Order; and it appearing that the relief requested on the
Objection is in the best interest of the Debtors, their
estates and creditors and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on <u>Exhibit A</u> as attached
hereto and incorporated herein are forever disallowed in
their entirety for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims and the Surviving Claim, on any grounds that applicable law permits are not waived and are expressly reserved.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
            _____, 2010


            _____
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley

\10262124

In re: Circuit City Stores, Inc, et al.                                                      Debtors' Sixty-Third Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject to Sixty-Third Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BITAR, JONATHAN | 4402 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| CARRILLO, RUDY | 6297 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| DANAKAS, THOMAS | 7499 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| DANIELS, CEDRIC | 7495 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| DAVIS GLADYS | 7061 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| DE PERALTA, ROD | 3502 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| GARCIA, PEDRO D | 5150 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| GEORGE, RAFAEL | 2145 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| HAMBURG, DAVID | 7014 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| HAYWOOD, MICHAEL | 9810 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| ILAGAN, GLORIA ESTONILO | 5170 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| ILAGAN, JOSE ESTONILO | 4644 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| JACOBS, KIM | 5882 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| JACOBSON, MICHAEL D | 9794 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| JAMES N DEBERRY | 7060 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| KINCHELOE, DONNA M | 5166 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| LANE, SCOTT M | 5341 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| LESH, WARREN | 10180 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| LEWIS, BRYAN M | 7283 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| LOPEZ, JOHN C | 3778 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| MCKINNEY, JOSEPH | 9693 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| MEHRABAN, HABIB | 5857 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| MONOJ DAS R | 13282 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| NAQVI, SYED A | 5850 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| NEVIN, DENNIS N | 4314 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| NGUYEN, THAD | 2095 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| NICOLAS, ARMANDO | 2019 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| RAMIREZ, RAYMOND | 9962 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| RUTKOSKI, DENNIS R | 7462 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| SANCHEZ, LEO S | 5019 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| SASSER JOHN W | 4297 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| SHELBY, RONALD | 7059 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| STARKS, ROWENA | 9811 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| SYLVIN PAULINO | 7630 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| TOZZI, JOHN | 4481 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |
| UBEROI, HARMINDER SINGH | 8114 | EXHIBIT C - DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION (DISALLOWANCE OF CERTAIN DUPLICATE WEIDLER CLASS CLAIMS) |

In re: Circuit City Stores, Inc, et al.    Debtors' Sixty-Third Omnibus Objection to Claims
Case No. 08-35653-KRH    (Disallowance Of Certain Duplicate Weidler Class Claims)

## EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 4402 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br>BITAR, JONATHAN<br>2901 S SEPULVEDA BLVD NO 215<br>LOS ANGELES, CA 90064<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 6297 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>CARRILLO, RUDY<br>1132 PHEASANT HILL WY<br>SAN JOSE, CA 95120<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 7499 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DANAKAS, THOMAS<br>10577 WOODLAND WATERS BLVD<br>WEEKI WACHEE, FL 34613-6418<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 7495 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DANIELS, CEDRIC<br>3714 W 119TH ST<br>HAWTHORNE, CA 90250-3218<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 7061 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DAVIS, GLADYS<br>P O BOX 19272<br>LOS ANGELES, CA 90019<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|

**Row 1**

CLAIM TO BE DISALLOWED:
- Claim: 3502
- Date Filed: 01/13/2009
- Creditor's Name and Address:
- DE PERALTA, ROD
- 4404 WESTDALE AVE
- LOS ANGELES, CA 90041
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority:
- Administrative:
- Reclamation::
- Unsecured: $30,167.34
- Total: $30,167.34

SURVIVING CLAIM:
- Claim: 11271
- Date Filed: 02/06/2009
- Creditor's Name and Address:
- WEIDLER SETTLEMENT CLASS
- CHRISTOPHER A JONES ESQ
- WHITEFORD TAYLOR & PRESTON LLP
- 3190 FAIRVIEW PARK VIEW STE 300
- FALLS CHURCH, VA 22042
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $6,005,700.00
- Administrative:
- Reclamation::
- Unsecured: $8,363,203.70
- Total: $14,368,903.70

**Row 2**

CLAIM TO BE DISALLOWED:
- Claim: 7060
- Date Filed: 01/28/2009
- Creditor's Name and Address:
- DEBERRY, JAMES N
- DEBERRY JAMES N
- 3517 W 75TH PL
- INGLEWOOD, CA 90305-1203
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority:
- Administrative:
- Reclamation::
- Unsecured: $105,585.70
- Total: $105,585.70

SURVIVING CLAIM:
- Claim: 11271
- Date Filed: 02/06/2009
- Creditor's Name and Address:
- WEIDLER SETTLEMENT CLASS
- CHRISTOPHER A JONES ESQ
- WHITEFORD TAYLOR & PRESTON LLP
- 3190 FAIRVIEW PARK VIEW STE 300
- FALLS CHURCH, VA 22042
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $6,005,700.00
- Administrative:
- Reclamation::
- Unsecured: $8,363,203.70
- Total: $14,368,903.70

**Row 3**

CLAIM TO BE DISALLOWED:
- Claim: 5150
- Date Filed: 01/23/2009
- Creditor's Name and Address:
- GARCIA, PEDRO D
- 339 PHELAN AVE
- SAN FRANCISCO, CA 94112
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority:
- Administrative:
- Reclamation::
- Unsecured: $45,251.01
- Total: $45,251.01

SURVIVING CLAIM:
- Claim: 11271
- Date Filed: 02/06/2009
- Creditor's Name and Address:
- WEIDLER SETTLEMENT CLASS
- CHRISTOPHER A JONES ESQ
- WHITEFORD TAYLOR & PRESTON LLP
- 3190 FAIRVIEW PARK VIEW STE 300
- FALLS CHURCH, VA 22042
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $6,005,700.00
- Administrative:
- Reclamation::
- Unsecured: $8,363,203.70
- Total: $14,368,903.70

**Row 4**

CLAIM TO BE DISALLOWED:
- Claim: 2145
- Date Filed: 12/31/2008
- Creditor's Name and Address:
- GEORGE, RAFAEL
- 1802 S SUMMERPLACE DR
- WEST COVINA, CA 91792
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $45,251.01
- Administrative:
- Reclamation::
- Unsecured:
- Total: $45,251.01

SURVIVING CLAIM:
- Claim: 11271
- Date Filed: 02/06/2009
- Creditor's Name and Address:
- WEIDLER SETTLEMENT CLASS
- CHRISTOPHER A JONES ESQ
- WHITEFORD TAYLOR & PRESTON LLP
- 3190 FAIRVIEW PARK VIEW STE 300
- FALLS CHURCH, VA 22042
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $6,005,700.00
- Administrative:
- Reclamation::
- Unsecured: $8,363,203.70
- Total: $14,368,903.70

**Row 5**

CLAIM TO BE DISALLOWED:
- Claim: 7014
- Date Filed: 01/28/2009
- Creditor's Name and Address:
- HAMBURG, DAVID
- 15175 GRAND AVE
- LAKE ELSINORE, CA 92530
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority:
- Administrative:
- Reclamation::
- Unsecured: $45,251.01
- Total: $45,251.01

SURVIVING CLAIM:
- Claim: 11271
- Date Filed: 02/06/2009
- Creditor's Name and Address:
- WEIDLER SETTLEMENT CLASS
- CHRISTOPHER A JONES ESQ
- WHITEFORD TAYLOR & PRESTON LLP
- 3190 FAIRVIEW PARK VIEW STE 300
- FALLS CHURCH, VA 22042
- Debtor: CIRCUIT CITY STORES, INC. (08-35653)
- Secured:
- Priority: $6,005,700.00
- Administrative:
- Reclamation::
- Unsecured: $8,363,203.70
- Total: $14,368,903.70

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9810<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>HAYWOOD, MICHAEL<br>2125 W 85TH ST<br>LOS ANGELES, CA 90047 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $75,418.35<br>Total: $75,418.35 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 5170<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br><br>ILAGAN, GLORIA ESTONILO<br>7690 DARLA WAY<br>SACRAMENTO, CA 95828-5612 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 4644<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br><br>ILAGAN, JOSE ESTONILO<br>7690 DARLA WAY<br>SACRAMENTO, CA 95828-5612 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 5882<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br><br>JACOBS, KIM<br>43 ROCKFORD AVE<br>DALY CITY, CA 94015 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $60,334.68<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 9794<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>JACOBSON, MICHAEL D<br>331 Q AVENIDA SEVILLA<br>LAGUNA WOODS, CA 92653 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation::<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|

| Claim: 5166 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/23/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: $60,344.68 | Creditor's Name and Address: | Priority: $6,005,700.00 |
| KINCHELOE, DONNA M | Administrative: | WEIDLER SETTLEMENT CLASS | Administrative: |
| 1229 BRIGHTON AVE NO 137 | Reclamation: | CHRISTOPHER A JONES ESQ | Reclamation: |
| MODESTO, CA 95355-3174 | Unsecured: | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $60,344.68 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

| Claim: 5341 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/26/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| LANE, SCOTT M | Administrative: | WEIDLER SETTLEMENT CLASS | Administrative: |
| 1909 LOOKOUT POINT PLACE | Reclamation: | CHRISTOPHER A JONES ESQ | Reclamation: |
| ESCONDIDO, CA 92026 | Unsecured: $30,167.34 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $30,167.34 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

| Claim: 10180 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/30/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| LESH, WARREN | Administrative: | WEIDLER SETTLEMENT CLASS | Administrative: |
| 4671 BRENT C | Reclamation: | CHRISTOPHER A JONES ESQ | Reclamation: |
| LA VERNE, CA 91750 | Unsecured: $45,251.01 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $45,251.01 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

| Claim: 7283 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/28/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: $10,950.00 | Creditor's Name and Address: | Priority: $6,005,700.00 |
| LEWIS, BRYAN M | Administrative: | WEIDLER SETTLEMENT CLASS | Administrative: |
| 281 W 40TH AVE | Reclamation: | CHRISTOPHER A JONES ESQ | Reclamation: |
| SAN MATEO, CA 94403 | Unsecured: $34,301.01 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $45,251.01 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

| Claim: 3778 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/15/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| LOPEZ, JOHN C | Administrative: | WEIDLER SETTLEMENT CLASS | Administrative: |
| 21111 BARBADOS CIR | Reclamation: | CHRISTOPHER A JONES ESQ | Reclamation: |
| HUNTINGTON BEACH, CA 92646 | Unsecured: $60,334.68 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $60,334.68 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 9693 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/30/2009 | Secured: | | Date Filed: 02/06/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | $10,950.00 | Creditor's Name and Address: | Priority: | $6,005,700.00 |
| | Administrative: | | | Administrative: | |
| MCKINNEY, JOSEPH | Reclamation: | | WEIDLER SETTLEMENT CLASS | Reclamation: | |
| 141 PARK PLAZA DR NO 2 | | | CHRISTOPHER A JONES ESQ | | |
| DALY CITY, CA 94015 | Unsecured: | $49,384.68 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: | $8,363,203.70 |
| | Total: | $60,334.68 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: | $14,368,903.70 |
| Claim: 5857 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/26/2009 | Secured: | | Date Filed: 02/06/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | $6,005,700.00 |
| | Administrative: | | | Administrative: | |
| MEHRABAN, HABIB | Reclamation: | | WEIDLER SETTLEMENT CLASS | Reclamation: | |
| 10760 ROSE NO 300 | | | CHRISTOPHER A JONES ESQ | | |
| LOS ANGELES, CA 90034 | Unsecured: | $45,251.01 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: | $8,363,203.70 |
| | Total: | $45,251.01 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: | $14,368,903.70 |
| Claim: 13282 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 06/08/2009 | Secured: | | Date Filed: 02/06/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | $6,005,700.00 |
| | Administrative: | $45,254.01 | | Administrative: | |
| MONOJ DAS R | Reclamation: | | WEIDLER SETTLEMENT CLASS | Reclamation: | |
| 19 COUNTRY LN | | | CHRISTOPHER A JONES ESQ | | |
| ROLLING HILLS, CA 90274 | Unsecured: | | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: | $8,363,203.70 |
| | Total: | $45,254.01 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: | $14,368,903.70 |
| Claim: 5850 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/26/2009 | Secured: | | Date Filed: 02/06/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | $30,167.34 | Creditor's Name and Address: | Priority: | $6,005,700.00 |
| | Administrative: | | | Administrative: | |
| NAQVI, SYED A | Reclamation: | | WEIDLER SETTLEMENT CLASS | Reclamation: | |
| 3720 WESTWOOD BL NO 7 | | | CHRISTOPHER A JONES ESQ | | |
| LOS ANGELES, CA 90034 | Unsecured: | | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: | $8,363,203.70 |
| | Total: | $30,167.34 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: | $14,368,903.70 |
| Claim: 4314 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | |
| Date Filed: 01/22/2009 | Secured: | | Date Filed: 02/06/2009 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | $6,005,700.00 |
| | Administrative: | | | Administrative: | |
| NEVIN, DENNIS N | Reclamation: | | WEIDLER SETTLEMENT CLASS | Reclamation: | |
| 2642 W LINCOLN AVE APT NO 228 | | | CHRISTOPHER A JONES ESQ | | |
| ANAHEIM, CA 92801 | Unsecured: | $30,167.34 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: | $8,363,203.70 |
| | Total: | $30,167.34 | 3190 FAIRVIEW PARK VIEW STE 300 FALLS CHURCH, VA 22042 | Total: | $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2095 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>NGUYEN, THAD<br>53 VIA CRESTA<br>RANCHO SANTA MARGARITA, CA 92688<br>Secured:<br>Priority: $60,335.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $60,335.00 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation:<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 2019 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 12/29/2008<br>Creditor's Name and Address:<br>NICOLAS, ARMANDO<br>517 FISCHER ST APT 2<br>GLENDALE, CA 91205-5018<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $15,083.67<br>Total: $15,083.67 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation:<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 9962 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>RAMIREZ, RAYMOND<br>1179 TYLER ST<br>SALINAS, CA 93906<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation:<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 7462 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>RUTKOSKI, DENNIS R<br>1704 AMETISTA DR<br>SAN JACINTO, CA 92583<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation:<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |
| Claim: 5019 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>SANCHEZ, LEO S<br>1514 LAKME AVE<br>WILIMINGTON, CA 90744<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Secured:<br>Priority: $6,005,700.00<br>Administrative:<br>Reclamation:<br>Unsecured: $8,363,203.70<br>Total: $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| Claim: 4297 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/22/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| SASSER, JOHN W | Reclamation: | WEIDLER SETTLEMENT CLASS | Reclamation: |
| 18601 NEWLAND ST | | CHRISTOPHER A JONES ESQ | |
| NO 64 | Unsecured: $45,251.01 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| HUNTINGTON BCH, CA 92646-1848 | Total: $45,251.01 | 3190 FAIRVIEW PARK VIEW STE 300 | Total: $14,368,903.70 |
| | | FALLS CHURCH, VA 22042 | |

| Claim: 7059 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/28/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| SHELBY, RONALD | Reclamation: | WEIDLER SETTLEMENT CLASS | Reclamation: |
| 1703 4TH AVE | | CHRISTOPHER A JONES ESQ | |
| LOS ANGELES, CA 90019 | Unsecured: $30,167.34 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $30,167.34 | 3190 FAIRVIEW PARK VIEW STE 300 | Total: $14,368,903.70 |
| | | FALLS CHURCH, VA 22042 | |

| Claim: 9811 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/28/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| STARKS, ROWENA | Reclamation: | WEIDLER SETTLEMENT CLASS | Reclamation: |
| 20025 EDDINGTON DR | | CHRISTOPHER A JONES ESQ | |
| LOS ANGELES, CA 90746 | Unsecured: $60,334.68 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $60,334.68 | 3190 FAIRVIEW PARK VIEW STE 300 | Total: $14,368,903.70 |
| | | FALLS CHURCH, VA 22042 | |

| Claim: 7630 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/28/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| SYLVIN, PAULINO | Reclamation: | WEIDLER SETTLEMENT CLASS | Reclamation: |
| 602 W 75TH ST NO 4 | | CHRISTOPHER A JONES ESQ | |
| LOS ANGELES, CA 90044 | Unsecured: $45,251.01 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $45,251.01 | 3190 FAIRVIEW PARK VIEW STE 300 | Total: $14,368,903.70 |
| | | FALLS CHURCH, VA 22042 | |

| Claim: 4481 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/21/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| TOZZI, JOHN | Reclamation: | WEIDLER SETTLEMENT CLASS | Reclamation: |
| 17071 CHATSWORTH ST NO 6 | | CHRISTOPHER A JONES ESQ | |
| GRANADA HILLS, CA 91344 | Unsecured: $60,000.00 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| | Total: $60,000.00 | 3190 FAIRVIEW PARK VIEW STE 300 | Total: $14,368,903.70 |
| | | FALLS CHURCH, VA 22042 | |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Weidler Class Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 8114 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 11271 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/29/2009 | Secured: | Date Filed: 02/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $6,005,700.00 |
| | Administrative: | | Administrative: |
| UBEROI, HARMINDER SINGH | Reclamation:: | WEIDLER SETTLEMENT CLASS | Reclamation:: |
| 5400 ORANGETHORPE AVE | | CHRISTOPHER A JONES ESQ | |
| 52 | Unsecured: $30,167.34 | WHITEFORD TAYLOR & PRESTON LLP | Unsecured: $8,363,203.70 |
| LA PALMA, CA 90623 | | 3190 FAIRVIEW PARK VIEW STE 300 | |
| | Total: $30,167.34 | FALLS CHURCH, VA 22042 | Total: $14,368,903.70 |

Total Claims To Be Duplicated:                36

Total Asserted Amount To Be Duplicated:        $1,613,631.34