# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
Doug Foley, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number**  08–35653–KRH
**Chapter**  11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*6051* – Notice of Motion and Notice of Hearing on Debtors' Fourth Motion for an Order Under 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9006(b) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. Section 1452 and Fed. R. Bankr. P. 9027 (Re: related document(s)[6050] Motion to Extend Time filed by Circuit City Stores, Inc.) filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc.. Hearing scheduled 12/21/2009 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Foley, Douglas)

**REQUIREMENTS OF FORM/PROCESS:**

__    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__    Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

__

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

__    Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__    Not accompanied by proof of service indicating service of motion upon parties required to be served.

__    Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__    Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__    Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__    Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__    Date, time and/or location omitted or incorrect in Notice of Hearing.

__    Notice of Hearing/Response not properly linked to Motion/Application/Objection

_X_    Time Computation for Filing a Response Incorrect Pursuant to New Local Rules Effectice 12/1/09.

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  December 11, 2009                                CLERK, UNITED STATES BANKRUPTCY COURT

                                                        By /s/ Jenni Jafarbay, Deputy Clerk
[igmotionvDec2009.jsp]                                  Direct Dial Telephone No. 804–916–2411