# JEAN ABDALLAH
4855 GOUIN BLVD WEST
MONTREAL QUEBEC H4J 189
CANADA

**CASE NUMBER**   08-35653-KRH
**CHAPTER**  11
**JUDGE**    KEVIN R. HENNEKENS



RICHMOND DIVISION
FILED DEC 10 2009
CLERK
U.S. BANKRUPTCY COURT

WE WOULD LIKE THAT YOU TO ADD THE AMOUNT OF $2,000 TO MY RECLAMATION AT TD WATER HOUSE. MY ACCOUNT NUMBER IS #40H693-S.

YOU WILL FIND THE NECESSARY PAPERS WITHIN THE ENVELOPE.

YOURS TRULY,

JEAN ABDALLAH

**United States Bankruptcy Court**
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number  08-35653-KRH
Chapter  11
Judge  Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):
    Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
    Debtor: 54-0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on November 2, 2009 in the above-referenced case, event text as shown below:

Transcript filed Re: Hearing Held 10/15/2009. Remote electronic access to the transcript is restricted until 01/28/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.] [Transcript Purchased by Karen Cain / McGuire Woods.] (RE: related document(s) [5231] Hearing held; SETTLED; order to be submitted, [5232] Hearing held; MOTION GRANTED; order to be submitted, [5233] Hearing held; no objections; MOTION GRANTED; order to be submitted) Notice of Intent to Request Redaction Deadline Due By 11/6/2009. Redaction Request Due By 11/20/2009. Redacted Transcript Submission Due By 11/30/2009. Transcript access will be restricted through 01/28/2010. (Bowen, James)

The parties have [until November 9, 2009] (seven (7) calendar days from the date of filing of the transcript) to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a request for redaction is [November 23, 2009] (21 days from the date of filing of the transcript).

If a request for redaction is filed, the redacted transcript is due [December 3, 2009] (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [February 1, 2010] (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

William C. Redden
Clerk, United States Bankruptcy Court

Date: November 2, 2009

ntctranredact.rsp 3/2009]

Courtage à escompte

MAX6PAGE - 004913

MONSIEUR JEAN ABDALLAH
4855 BOUL GOUIN O
MONTREAL QC

H4J 1B9

| TYPE DE COMPTE | |
|---|---|
| RER AUTOGERE | |
| PÉRIODE DU RELEVÉ | |
| 1ER JUL 2009 AU 31 OCT 2009 | |
| NUMÉRO DE COMPTE | PAGE |
| 40H693-S | 1 DE 2 |
| BUREAU RESPONSABLE DU COMPTE | |

500, rue St-Jacques, 6ieme etage
Montreal, Quebec  H2Y 1S1
1-800-361-2684                (514) 289-8439

## SOMMAIRE DU PORTEFEUILLE
(EN DOLLARS CANADIENS)

### VALEUR AU MARCHÉ

|  | $ | % |
|---|---|---|
| ... | 864.86 | 13.13 |
| ... | ... | ... |
| TOTAL | 6,589.38 | 100.00 |

### VALEUR COMPTABLE

|  | $ | % |
|---|---|---|
| TITRES CANADIENS | 864.86 | 2.00 |
| TITRES ÉTRANGERS | 38,531.56 | ... |
| TOTAL | 39,396.44 | 100.00 |

TOTAL DU PORTEFEUILLE
AU 06/30/09                5,667.91

RELATIVEMENT À NOTRE VÉRIFICATION ANNUELLE, VEUILLEZ S'IL VOUS PLAÎT PASSER EN REVUE VOTRE ÉTAT DE COMPTE ET INFORMER NOS VÉRIFICATEURS DE TOUS ÉCARTS: ROSHEN PERERA, ERNST AND YOUNG S.R.L., PO BOX 251, TORONTO, ON, CANADA, M5K1J7, FAX 416-943-3796, EY.CLIENTREPLY3CA.EY.COM

## ESPÈCES

| | CETTE PÉRIODE |
|---|---|
| ... | 864.82 |
| ... | 0.04 |
| ... | 0.00 |
| ... | 0.04 |
| ... | 0.00 |
| TOTAL | 864.86 |

## REVENUS

| | CETTE PÉRIODE | ANNÉE À CE JOUR |
|---|---|---|
| DIVIDENDES | 0.00 | 0.00 |
| INTÉRÊTS | 0.04 | 0.07 |
| AUTRES | 0.00 | 0.00 |
| TOTAL | 0.04 | 0.07 |

## DÉPENSES

| | CETTE PÉRIODE | ANNÉE À CE JOUR |
|---|---|---|
| ... | 0.00 | 0.00 |
| ... | 0.00 | 0.00 |
| ... | 0.00 | 0.00 |
| ... | 0.00 | 0.00 |

## CONTRIBUTIONS

| | |
|---|---|
| CETTE PÉRIODE | 0.00 |
| RESTE DE L'ANNÉE | 0.00 |
| ANNÉE À CE JOUR | 0.00 |

## TRANSACTIONS DURANT LA PÉRIODE

| Date | ... | ... | Transaction | ... | Débit | Crédit |
|---|---|---|---|---|---|---|
| | | | SOLDE D'OUVERTURE | | | 864.82 |
| 09/07/16 | | | INTERET    AU 16 JUI | INT | | 0.01 |
| 09/08/16 | | | INTERET    AU 16 AOU | INT | | 0.01 |
| 09/09/16 | | | INTERET    AU 16 SEP | INT | | 0.01 |
| 09/10/16 | | | INTERET    AU 16 OCT | INT | | 0.01 |
| | | | SOLDE DU COMPTE - FIN DU MOIS | | | 864.86 |

COMPTE D OPERATIONS EXÉCUTÉES SANS CONSEILS  AUCUN CONSEIL NI AUCUNE RECOMMANDATIONS SONT FOURNIS

TD WATERHOUSE EST UNE DIVISION DE TD WATERHOUSE CANADA INC. TD WATERHOUSE UNE FILIALE DE LA BANQUE TORONTO DOMINION MARQUE DE COMMERCE DE LA BANQUE TORONTO DOMINION. TD WATERHOUSE EST UN UTILISATEUR AUTORISÉ. TD WATERHOUSE MEMBRE DU FCPE LA SOCIÉTÉ CANADIENNE FIDUCIE DES REGIMES ENREGISTRÉS DE TD WATERHOUSE

| TYPE DE COMPTE | NUMÉRO DE COMPTE | PÉRIODE DU RELEVÉ | PAGE |
|---|---|---|---|
| RER AUTOGERE | 40H693 S | 1ER JUL 2009 AU 31 OCT 2009 | 2 DE 2 |

### PORTEFEUILLE

| | | | | Prix du Marché | Valeur au Marché | |
|---|---|---|---|---|---|---|
| | TITRES CANADIENS | | | | | |
| | ESPÈCES | | 864.86 | | 864.86 | 13.17 |
| | TOTAL DES TITRES CANADIENS | | 864.86 | | 864.86 | 13.15 |
| | TITRES ÉTRANGERS | | | | | |
| | ACTIONS ORDINAIRES | | | | | |
| | ... | AL | 1,788.43 | 7.690 U | 318.81 | 4.84 |
| | ... | HIVA | ...367.83 | 2.330 U | 4,529.52 | 68.76 |
| | ... | ... | ... | .13 | 17.06 | 0.27 |
| | NEUROPINE BIOSCIENTS INC | NEIA | 4,814.73 | 2.220 U | 863.13 | 13.10 |
| | TOTAL DES TITRES ÉTRANGERS | | 38,530.58 | | 5,724.52 | 86.87 |
| | TOTAL DU PORTEFEUILLE | | 39,395.44 | | 6,589.38 | 100.00 |
| | TX DE CHANGE EN FIN DE MOIS | | | 1.080 | | |

COMPTE D OPÉRATIONS EXECUTÉES SANS CONSEILS  AUCUN CONSEIL NI AUCUNE RECOMMANDATIONS SONT FOURNIS

TD WATERHOUSE EST UNE DIVISION DE TD WATERHOUSE CANADA INC   TD WATERHOUSE    UNE FILIALE DE LA BANQUE TORONTO DOMINION
COMMERCE DE LA BANQUE TORONTO DOMINION    TD WATERHOUSE EST UN UTILISATEUR AUTORISE   TD WATERHOUSE   MEMBRE DU FCPE   LA SOCIETE CANADA
FIDUCIAIRE DES REGIMES ENREGISTRES DE TD WATERHOUSE