Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
*Attorneys for 444 Connecticut Avenue, LLC*



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., | : | CHAPTER 11 |
| et al, | : | CASE NO. 08-35653-KRH |
| | : | |
| Debtors | : | JOINTLY ADMINISTERED |

NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
FOR 444 CONNECTICUT AVENUE, LLC

PLEASE TAKE NOTICE that the law firm of Zeisler & Zeisler, P.C., as counsel for 444 Connecticut Avenue, LLC, hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Zeisler & Zeisler, P.C. only, and is not intended to affect service independently requested by 444 Connecticut Avenue, LLC, or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated: December 4, 2009

ZEISLER & ZEISLER, P.C.,

By: _____
James G. Verrillo (ct08819)
ZEISLER & ZEISLER, PC.
558 Clinton Avenue, P.O. Box 3186
Bridgeport, CT 06605
Tel: (203) 368-4234
jverrillo@zeislaw.com

1

G:\JRL\JGV2\s\Seligson Stanley\Withdrawal of Appearance.doc

Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
*Attorneys for 444 Connecticut Avenue, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., | : | CHAPTER 11 |
| et al, | : | CASE NO. 08-35653-KRH |
| | : | |
| Debtors | : | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of December, 2009, a true and correct copy of the foregoing document was served via Hand Delivery, Electronic Delivery and/or First Class Mail upon all parties on the attached list.

Dated this 4 day of December, 2009, at Bridgeport, Connecticut.

ZEISLER & ZEISLER, P.C.,

By: _____
James G. Verrillo (ct08819)
ZEISLER & ZEISLER, PC.
558 Clinton Avenue, P.O. Box 3186
Bridgeport, CT 06605
Tel: (203) 368-4234
jverrillo@zeislaw.com

2

G:\JRL\JGV2\s\Seligson Stanley\Withdrawal of Appearance.doc

## SERVICE LIST

*Debtor*
**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

represented by **Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP,
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

*Debtor Designee*
**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

*U.S. Trustee*                                      represented by **Robert B. Van Arsdale**
**W. Clarkson McDow, Jr.**                          Office of the U. S. Trustee
Office of the U. S. Trustee                         701 East Broad Street,
701 E. Broad St., Suite 4304                        Suite 4304
Richmond, VA 23219                                  Richmond, VA 23219


*Creditor Committee*                                represented by **Alan J. Kornfeld**
**Official Committee of Unsecured Creditors,**
*Official Committee of Unsecured Creditors*         **Brad R. Godshall**
                                                    Pachulski Stang Ziehl &
                                                    Jones, LLP
                                                    10100 Santa Monica Blvd,
                                                    11th Floor
                                                    Los Angeles, CA 90067-
                                                    4100

                                                    **Jeffrey N. Pomerantz**
                                                    Pachulski Stang Ziehl &
                                                    Jones LLP
                                                    10100 Santa Monica Blvd.,
                                                    Suite 1100
                                                    Los Angeles, CA 90067

                                                    **John M. Brom**
                                                    Querrey & Harrow, Ltd. 175
                                                    West Jackson Blvd. Suite
                                                    1600 Chicago, IL 60604-
                                                    2827

                                                    **John D. Fiero**
                                                    Pachulski Stang Ziehl &
                                                    Jones LLP
                                                    150 California Street, 15th
                                                    Floor
                                                    San Francisco, CA 9411-
                                                    4500

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017