Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
*Attorneys for 444 Connecticut Avenue, LLC*



RICHMOND DIVISION
FILED DEC 0 8 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., et al, | : : : | CHAPTER 11 CASE NO. 08-35653-KRH |
| Debtors | : : | JOINTLY ADMINISTERED Re: Doc. I.D. No. 413 and 2480 |

NOTICE OF WITHDRAWAL OF OBJECTION OF
444 CONNECTICUT AVENUE, LLC TO ASSUMPTION AND ASSIGNMENT
OF LEASE, AND CURE AMOUNTS ASSOCIATED THEREWITH

444 Connecticut Avenue, LLC (the "Respondent"), by and through its undersigned counsel, hereby states as follows upon information and belief:

On March 6, 2009, the Respondent filed an Objection to Assumption And Assignment of Lease, and Cure Amounts Associated Therewith (the "Objection") [Doc. I.D. No. 2480].

The Respondent hereby withdraws its Objection.

1

WHEREFORE, the Respondent respectfully requests that its Objection be withdrawn.

Dated: December 4, 2009

                                      444 CONNECTICUT AVENUE, LLC

                                      By: _____
                                      James G. Verrillo (ct08819)
                                      ZEISLER & ZEISLER, PC.
                                      558 Clinton Avenue, P.O. Box 3186
                                      Bridgeport, CT 06605
                                      Tel: (203) 368-4234
                                      jverrillo@zeislaw.com

G:\JRL\JGV2\s\Seligson Stanley\Withdrawal of Objection.doc

Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
*Attorneys for 444 Connecticut Avenue, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., | : | CHAPTER 11 |
| et al, | : | CASE NO. 08-35653-KRH |
| | : | |
| Debtors | : | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of December, 2009 a true and correct copy of the foregoing document was served via Hand Delivery, Electronic Delivery and/or First Class Mail upon all parties on the attached list.

Dated this 4th day of December, 2009, at Bridgeport, Connecticut.

ZEISLER & ZEISLER, P.C.,

By: _____
James G. Verrillo (ct08819)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue, P.O. Box 3186
Bridgeport, CT 06605
Tel: (203) 368-4234
jverrillo@zeislaw.com

3

G:\JRL\JGV2\s\Seligson Stanley\Withdrawal of Objection.doc

## SERVICE LIST

*Debtor*
**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

represented by **Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP,
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

*Debtor Designee*
**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

*U.S. Trustee*
**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

represented by **Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street,
Suite 4304
Richmond, VA 23219

*Creditor Committee*
**Official Committee of Unsecured Creditors,**
*Official Committee of Unsecured Creditors*

represented by **Alan J. Kornfeld**

**Brad R. Godshall**
Pachulski Stang Ziehl &
Jones, LLP
10100 Santa Monica Blvd,
11th Floor
Los Angeles, CA 90067-
4100

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl &
Jones LLP
10100 Santa Monica Blvd.,
Suite 1100
Los Angeles, CA 90067

**John M. Brom**
Querrey & Harrow, Ltd. 175
West Jackson Blvd. Suite
1600 Chicago, IL 60604-
2827

**John D. Fiero**
Pachulski Stang Ziehl &
Jones LLP
150 California Street, 15th
Floor
San Francisco, CA 9411-
4500

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017