UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| Ashley Isaac, *pro se*, ON BEHALF OF HERSELF | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

RICHMOND DIVISION
FILED DEC 1 1 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

## MOTION FOR LEAVE APPEAR TELEPHONICALLY

## AT THE DECEMBER 21, 2009 HEARING

1.  Ashley Isaac is a Movant who has filed a motion with this Court related to the Bankruptcy of Circuit City Stores, INC.

2.  Ms. Isaac is a *pro se* litigant who resides in Birmingham, Alabama.

3.  The hearing for Ms. Isaac's motion will be held on December 21, 2009 at 10:00 am ET in Richmond, Virginia.

4.  For the above reasons Ms. Isaac will not be able to attend the hearing in person, but respectfully asks that this Court will grant her leave to appear at the hearing via telephone.

**WHEREFORE, Premises Considered**, for the foregoing reasons and for cause shown, Movant respectfully prays that this Court grants relief and:

(a) allows the movant to appear telephonically at the December 21, 2009 Omnibus Hearing.

(b) grants the movant additional relief as this Court deems just and proper.


Date: December 21, 2009

Respectfully Submitted

Ashley Isaac, *pro se*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re:   CIRCUIT CITY STORES, INC., et al    )
                                             )
                                             )    Case No.   08-35653
                                             )    Chapter    11
            Debtor

## NOTICE OF MOTION (OR OBJECTION)

_Ashley Isaac_____ has filed papers with the court to _____

Appear Telephonically_____.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____ _____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, VA

You must also mail a copy to:

Gregg M. Galardi, Esq. Skadden, Arps, Slate, Meagher & Flom LLP

One Rodney Square PO Box 636

Wilmington, DE 19899-0636

☐    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐     Attend the hearing on the motion (or objection) scheduled to be held on _____
December 21 2009 _____ at __10:00____ a m. at United States
Bankruptcy Court, __For The Eastern District Of Virginia Richmond Division__
__701 E. Broad Street, Richmond, VA._____.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __December 10, 2009__               Signature, name, address and telephone number
of person giving notice:

_____
Ashley Isaac
613 South 76th Street
Birmingham, AL.
Virginia State Bar No. _____
Counsel for _____

## Certificate of Service

    I hereby certify that I have this _10_ day of __December_____, 20 _09_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_____