UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| Ashley Isaac, *Pro Se*, ON BEHALF OF HERSELF | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Debtor. | ) |

RICHMOND DIVISION
FILED DEC 1 1 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

## ASHLEY ISAAC'S RESPONSE AND MOTION TO THE DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY MISCELLANEOUS CLAIMS <u>(III) NO LIABILITY (SUBCONTACTOR CLAIMS)</u>

Comes now, Movant, Ashley Isaac in the above style and cause and moves this Court with a response and motion to the debtors' sixteenth omnibus objection to claims (disallowance of certain claims (I) no liability (legal claims); (II) no liability miscellaneous claims (III) no liability subcontractors, and moves this Court in pursuant to sections 762 and Section 501 of Chapter 11 of the United State Code and Federal Rules of Bankruptcy Procedure, and states the following:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b). Venue in these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409

## RESPONSE TO OBJECTION

2. In response to the Debtors Sixteenth Omnibus Objection, Ashley Isaac, the Movant, states that she was not provided adequate notice of the claims bar date required under the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure. See, *In re: Eagle Bus Mfg., Inc., et al., Debtors. Greyhound Lines, Inc., Appellant, v. Donna Rogers, et al., Appellees.*

3. The Notice by Publication Federal Rule of Bankruptcy 9008 applies to unknown creditors and the Debtor is required to serve all known creditors. The failure to file a timely proof of claim was a result of *excusable neglect* Rule 9006 (b)(1). If notice of the bar date was ambiguous and/or a creditor was not served, warranting allowance of a late claim, does not prejudice the debtor by delay. See, *Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship.*

## CONCLUSION

Wherefore, premises considered, the plaintiff respectfully prays that this Court:

(a) allow the late filing of the proof of claim of Ashley Isaac as an excusable neglect in pursuant to Rule 9006.

(b) grant the Movant lost wages.

December 10, 2009

Respectfully Submitted

_____
Ashley Isaac

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re:  CIRCUIT CITY STORES, INC., et al    )
                                            )
                                            )    Case No.  08-35653
                                            )    Chapter   11
           Debtor                           )

## NOTICE OF MOTION (OR OBJECTION)

____Ashley Isaac_____ has filed papers with the court to __file a Response__
__To The Debtors Sixteenth Omnibus Objection_____.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____ _____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA.

You must also mail a copy to:

Gregg M. Galardi, Esq. Skadden, Arps, Slate, Meagher & Flom LLP

One Rodney Square PO Box 636

Wilmington, DE 19899-0636

☐    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐       Attend the hearing on the motion (or objection) scheduled to be held on _____
        December 21 2009 _____ at __10:00____ a m. at United States
        Bankruptcy Court, _For The Eastern District Of Virginia Richmond Division____
        _701 E. Broad Street, Richmond, VA._____.

   If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __December 10, 2009___                    Signature, name, address and telephone number
                                                of person giving notice:

                                                _____
                                                Ashley Isaac
                                                613 76th Street South
                                                Birmingham, AL.
                                                Virginia State Bar No. _____
                                                Counsel for _____



                            Certificate of Service

   I hereby certify that I have this __10____ day of _December_____, 20 _09_, mailed or
hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed
on the attached service list.

                                        _____