Phillip Lee Steele
SS# 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
1208 Dawkins St Apt
Durham N.C. 27707
Claim number: 8828
Debtor: Circuit City Stores, INC
Omnibus Objection 19 –
Case No - 08-35653

(919) 246-4068



RICHMOND DIVISION
FILED DEC 1 1 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

I would like to withdraw my response (see attached) for docket Number 4152. My claim number is 8828.

I did not mean to check the boxe in Section 5 on the B10 (Official Form 10).

B 10 (Official Form 10) (12/07)

# 8828

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only one box below:)

- ☑ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
STEELE, PHILLIP LEE

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**    NameID: 4767348    PackID: 301078

STEELE, PHILLIP LEE
1208 DAWKINS ST
B
DURHAM NC 27707

Telephone number: 919 246-4068

**Court Claim Number:** _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 3189.74

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** CAR LOAN
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3875

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☑ Motor Vehicle    ☐ Other
Describe:

Value of Property: $ 3189.74    Annual Interest Rate 0 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ 3189.74    Amount Unsecured: $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** 1-27-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Phillip L. Steele    PHILLIP LEE STEELE

FOR COURT USE ONLY
RECEIVED
JAN 30 2009
KURTZMANCARSONCONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0835653081211181423010821

"The Response"

FILED JUL 16 2009 CLERK U.S. BANKRUPTCY COURT RICHMOND DIVISION

United States Bankruptcy Court
Debtor: Circuit City Stores, INC
Case No. 08-35653 (KRH) Jointly Administered
Response to Objection:

Name: Phillip Lee Steele
Claim Amount: $3,189

Person with personal knowledge:
Dalya Keon Jackson

I moved to Durham, N.C. in 2006 with my girlfriend, Dalya Jackson who is my girlfriend to this day. I totaled my original vehicle which was a 1985 Mercedes Benz 300C while working for Circuit City. After receiving payments for that vehicle I purchased a 2001 Ford Escort ZX2. I've been leasing that vehicle since I was taken off the schedule at Circuit City. I could not file for unemployment because I was still on payroll for Circuit City. I was on payroll from May 07' to May 2009 before I was taken off

My Address: 1208 Dawkins St Apt B
Durham, NC 27707
(919) 246-4068

Name: Dalya M. Jackson
Address: 1208 Dawkins St Apt B Durham 27707 NC
Phone #: (919)-246-4068

I am the girlfriend of Phillip L Steele and I witnessed him working for Circuit City from May 2007 to May 2009. He was on the payroll for three months and they didn't work him or try to release him until May of 2009 so he could recieve unemployment benefits. Mr. Steele was a dedicated worker who did not deserve this type of treatment. He was there for Circuit City even though Circuit City wasn't there for him. Thank you.

*Dalya M. Jack—*

Date: 7-13-2009