| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
               Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Fifty-Fifth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one response was timely filed by a Claimant being affected by this Order, which was subsequently withdrawn; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10251758

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
Document    Page 5 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 6270　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br>Secured:<br>Priority: $2,360.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $2,360.00 | Claim: 1050　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br>Secured:<br>Priority:<br>Administrative: $2,360.00<br>Reclamation::<br>Unsecured:<br>Total: $2,360.00 |
| Claim: 2088　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172-3032<br>Secured:<br>Priority: $343.75<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $343.75 | Claim: 383　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>BASSETT & ASSOCIATES RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172-3032<br>Secured:<br>Priority:<br>Administrative: $343.75<br>Reclamation::<br>Unsecured:<br>Total: $343.75 |
| Claim: 2966　　Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $570,468.36<br>Total: $570,468.36 | Claim: 1483　　Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746<br>Secured:<br>Priority:<br>Administrative: $570,468.36<br>Reclamation::<br>Unsecured:<br>Total: $570,468.36 |
| Claim: 2769　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $25,235.00<br>Total: $25,235.00 | Claim: 503　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br>Secured:<br>Priority:<br>Administrative: $25,235.00<br>Reclamation::<br>Unsecured:<br>Total: $25,235.00 |
| Claim: 8147　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>CORPORATE PROPERTY DISPOSITIONS<br>300 GALLERIA PKWY SE<br>ATLANTA, GA 30339-3153<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $116,008.00<br>Total: $116,008.00 | Claim: 984　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>CORPORATE PROPERTY DISPOSITIONS<br>C O MIKE FOLIO<br>300 GALLERIA PKWY 12TH FL<br>ATLANTA, GA 30339<br>Secured:<br>Priority:<br>Administrative: $116,008.00<br>Reclamation::<br>Unsecured:<br>Total: $116,008.00 |

Case 08-35653-KRH  Doc 6066  Filed 12/14/09  Entered 12/14/09 15:24:47  Desc Main
Document      Page 6 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 890<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,935.27<br>Reclamation:<br>Unsecured:<br>Total: $2,935.27 | Claim: 384<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>CITY HALL<br>CRANSTON, RI 02910<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,935.27<br>Reclamation:<br>Unsecured:<br>Total: $2,935.27 |
| Claim: 14582<br>Date Filed: 07/16/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $29,767.21 | Claim: 14481<br>Date Filed: 07/13/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $29,767.21 |
| Claim: 13492<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL | Claim: 13486<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL |
| Claim: 1602<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO & VIDEO LLC<br>ATTN MATT VOCINO<br>FEATURE PRESENTATION A V<br>1149 KENT<br>WASHINGTON, MI 48094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,035.00<br>Total: $1,035.00 | Claim: 734<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO<br>11491 KENT<br>WASHINGTON, MI 48094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,035.00<br>Reclamation:<br>Unsecured:<br>Total: $1,035.00 |
| Claim: 14311<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL | Claim: 13872<br>Date Filed: 06/29/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 422<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>IMPACT INSTALLATIONS INC<br>10091 STREETER RD<br>STE 2<br>AUBURN, CA 95602<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $300,827.71<br>Reclamation:<br>Unsecured:<br>Total: $300,827.71 | Claim: 12<br>Date Filed: 11/13/2008<br>Creditor's Name and Address:<br>IMPACT INSTALLATIONS INC<br>10091 STREETER RD STE 2<br>AUBURN, CA 95602<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $300,827.71<br>Total: $300,827.71 |
| Claim: 1582<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>INNOVATIVE COMMUNICATION OF FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $10,655.00<br>Total: $10,655.00 | Claim: 1572<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>INNOVATIVE COMMUNICATION OF FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,655.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $10,655.00 |
| Claim: 5026<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>J&F MFG INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $438,704.37<br>Total: $438,704.37 | Claim: 622<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>J & F MANUFACTURING INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $438,704.37<br>Reclamation:<br>Unsecured:<br>Total: $438,704.37 |
| Claim: 9979<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $50,934.94<br>Total: $50,934.94 | Claim: 8693<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $50,934.94<br>Total: $50,934.94 |
| Claim: 14629<br>Date Filed: 09/14/2009<br>Creditor's Name and Address:<br>JESSE LEHMAN<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $264,000.00<br>Reclamation:<br>Unsecured:<br>Total: $264,000.00 | Claim: 14628<br>Date Filed: 09/14/2009<br>Creditor's Name and Address:<br>JESSE LEHMAN<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $264,000.00<br>Reclamation:<br>Unsecured:<br>Total: $264,000.00 |

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
Document    Page 8 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2927<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,249.52<br>Total: $6,249.52 | Claim: 471<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $6,249.52<br>Reclamation::<br>Unsecured:<br>Total: $6,249.52 |
| Claim: 12778<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 | Claim: 12776<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 |
| Claim: 13824<br>Date Filed: 06/11/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $4,565.00<br>Reclamation::<br>Unsecured:<br>Total: $4,565.00 | Claim: 13761<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $4,565.00<br>Reclamation::<br>Unsecured:<br>Total: $4,565.00 |
| Claim: 2596<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,392.00<br>Total: $1,392.00 | Claim: 463<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844-1580<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,392.00<br>Reclamation::<br>Unsecured:<br>Total: $1,392.00 |
| Claim: 3201<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $520.00<br>Total: $520.00 | Claim: 1207<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $520.00<br>Reclamation::<br>Unsecured:<br>Total: $520.00 |

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
Document    Page 9 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1943<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>NORTHERN UTILITIES UNITIL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102-2025<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,997.04<br>Total: $2,997.04 | Claim: 517<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>NORTHERN UTILITIES<br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102-2025<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,997.04<br>Total: $2,997.04 |
| Claim: 12037<br>Date Filed: 03/04/2009<br>Creditor's Name and Address:<br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $13,083.61<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $13,083.61 | Claim: 11673<br>Date Filed: 03/03/2009<br>Creditor's Name and Address:<br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $13,083.61<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $13,083.61 |
| Claim: 14585<br>Date Filed: 07/28/2009<br>Creditor's Name and Address:<br>OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,442.43<br>Reclamation::<br>Unsecured:<br>Total: $2,442.43 | Claim: 13646<br>Date Filed: 06/26/2009<br>Creditor's Name and Address:<br>OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,442.43<br>Reclamation::<br>Unsecured:<br>Total: $2,442.43 |
| Claim: 14651<br>Date Filed: 08/12/2009<br>Creditor's Name and Address:<br>PREMIER RESOURCES INTERNATIONAL LLC<br>PETER A GREENBURG ESQ<br>51 MONROE PL STE 707<br>ROCKVILLE, MD 20850<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $28,179.47<br>Reclamation::<br>Unsecured:<br>Total: $28,179.47 | Claim: 13580<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>PREMIER RESOURCES INTERNALIONAL LLC<br>PETER A GREENBURG ESQ<br>51 MONROE PL STE 707<br>ROCKVILLE, MD 20850<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $28,179.47<br>Reclamation::<br>Unsecured:<br>Total: $28,179.47 |
| Claim: 3959<br>Date Filed: 01/15/2009<br>Creditor's Name and Address:<br>SEEKONK, TOWN OF<br>SEEKONK TOWN OF<br>PO BOX 504<br>MEDFORD, MA<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $250.00<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $250.00 | Claim: 893<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>SEEKONK, TOWN OF<br>PO BOX 504<br>MEDFORD, MA 02155-0006<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $250.00<br>Reclamation::<br>Unsecured:<br>Total: $250.00 |

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
                    Document      Page 10 of 12

In re: Circuit City Stores, Inc, et al.                                                                    Debtors' Fifty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                       (Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14633<br>Date Filed: 07/17/2009<br>Creditor's Name and Address:<br>SEFERINO SANCHEZ<br>1511 N CALIFORNIA<br>CHICAGO, IL 60622<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,389.03<br>Total: $1,389.03 | Claim: 14579<br>Date Filed: 07/17/2009<br>Creditor's Name and Address:<br>SEFERINO SANCHEZ<br>1511 N CALIFORNIA<br>CHICAGO, IL 60622<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,389.03<br>Total: $1,389.03 |
| Claim: 3915<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $8,250.00<br>Administrative:<br>Reclamation:<br>Unsecured: $1,699.75<br>Total: $9,949.75 | Claim: 155<br>Date Filed: 12/04/2008<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $9,949.75<br>Reclamation:<br>Unsecured:<br>Total: $9,949.75 |
| Claim: 3429<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, NJ 02669-1647<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $750.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $750.00 | Claim: 154<br>Date Filed: 12/04/2008<br>Creditor's Name and Address:<br>SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $750.00<br>Reclamation:<br>Unsecured:<br>Total: $750.00 |
| Claim: 2377<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $23,122.80<br>Total: $23,122.80 | Claim: 642<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>TELECO INC<br>PO BOX 11364<br>COLUMBIA, SC 29211-1364<br><br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $23,122.80<br>Reclamation:<br>Unsecured:<br>Total: $23,122.80 |
| Claim: 14634<br>Date Filed: 07/31/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>C O CARL A EASON ESQ<br>301 BENDIX RD STE 500<br>VIRGINIA BEACH, VA 23452<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $82,001.44<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $82,001.44 | Claim: 14542<br>Date Filed: 08/04/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>C O CARL A EASON ESQ & RICHARD E BIEMILLER<br>301 BENDIX RD STE 500<br>CONVERGENCE CTR IV<br>VIRGINIA BEACH, VA 23452<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $82,001.44<br>Reclamation:<br>Unsecured:<br>Total: $82,001.44 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
Document    Page 11 of 12

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14148<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $61,444.92<br>Reclamation::<br>Unsecured:<br>Total: $61,444.92 | Claim: 14097<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $61,444.92<br>Reclamation::<br>Unsecured:<br>Total: $61,444.92 |
| Claim: 2718<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>US TECHDISPLAY<br>8980 ROUTE 108<br>STE N<br>COLUMBIA, MD 21045<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $27,370.20<br>Total: $27,370.20 | Claim: 8<br>Date Filed: 11/12/2008<br>Creditor's Name and Address:<br>US TECHDISPLAY LLC<br>JESSICA OTTESEN<br>US TECHDISPLAY<br>8980 RTE 108 STE N<br>COLUMBIA, MD 21045-2115<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $27,370.20<br>Total: $27,370.20 |
| Claim: 2029<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>VANGUARD STRIPING<br>538 E 17TH CIR<br>LA CENTER, WA 98629<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $793.76<br>Reclamation::<br>Unsecured:<br>Total: $793.76 | Claim: 309<br>Date Filed: 11/20/2008<br>Creditor's Name and Address:<br>VANGUARD STRIPING LLC<br>538 E 17TH CIR<br>LA CENTER, WA 93629<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $793.76<br>Total: $793.76 |
| Claim: 3035<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>VELOCITY MICRO<br>7510 WHITE PINE RD<br>RICHMOND, VA 23237<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,003.38<br>Total: $60,003.38 | Claim: 830<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>VELOCITY MICRO INC<br>7510 WHITEPINE RD<br>RICHMOND, VA 23237<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $60,003.38<br>Reclamation::<br>Unsecured:<br>Total: $60,003.38 |
| Claim: 3036<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>VISUAL DEFENCE INC<br>9225 LESLIE ST UNIT 7<br>RICHMOND HILL, ON L4B 3H6<br>UNKNOWN<br>Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,820.08<br>Total: $6,820.08 | Claim: 786<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>VISUAL DEFENCE INC<br>PO BOX 933294<br>ATLANTA, GA 31193-3294<br>Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative: $6,820.08<br>Reclamation::<br>Unsecured:<br>Total: $6,820.08 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Case 08-35653-KRH    Doc 6066    Filed 12/14/09    Entered 12/14/09 15:24:47    Desc Main
Document    Page 12 of 12

Debtors' Fifty-Fifth Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2958<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>WEBB BURNETT CORNBROOKS ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,335.00<br>Total: $1,335.00 | Claim: 1238<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>WEBB BURNETT CORNBROOKS ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,335.00<br>Reclamation::<br>Unsecured:<br>Total: $1,335.00 |
| Claim: 7958<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ZARGARI, DAVID<br>11120 HUNTINGTON MEADOW LN<br>CHARLOTTE, NC 28273<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $80,000.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $80,000.00 | Claim: 7675<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ZARGARI, DAVID<br>11120 HUNTINGTON MEADOW LN<br>CHARLOTTE, NC 28273<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $80,000.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $80,000.00 |

Total Claims To Be Duplicated: 37
Total Asserted Amount To Be Duplicated: $2,277,448.62