Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED
CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Fifty-Eighth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-Priority Claims) (the "Objection"), which

requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be reclassified into general unsecured, non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified in their entirety to general unsecured, non-priority claims.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to January 14, 2010, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\10252251

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 6067    Filed 12/14/09    Entered 12/14/09 15:30:20    Desc Main
Document    Page 5 of 10

Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 7596<br>Date Filed: 01/29/2009<br>Docketed Total: $28,120.94<br>Filing Creditor Name and Address:<br>ARROWPOINT FACILITY<br>SERVICES INC<br>PO BOX 2613<br>WEATHERFORD, TX 76086 | Claim Holder Name and Address<br>ARROWPOINT FACILITY SERVICES INC<br>PO BOX 2613<br>WEATHERFORD, TX 76086 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$28,120.94 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$28,120.94 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$920.22 | Unsecured<br>$27,200.72 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$28,120.94 |
| Claim: 7895<br>Date Filed: 01/29/2009<br>Docketed Total: $733.32<br>Filing Creditor Name and Address:<br>COLE, JOHN MATTHEW<br>120 GOUDY DR<br>RIPLEY, MS 38663 | Claim Holder Name and Address<br>COLE, JOHN MATTHEW<br>120 GOUDY DR<br>RIPLEY, MS 38663 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$733.32 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$733.32 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$733.32 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$733.32 |
| Claim: 8110<br>Date Filed: 01/29/2009<br>Docketed Total: $10,000.00<br>Filing Creditor Name and Address:<br>GEISENDORFF, FREDERIC<br>220 MILL CT<br>COVINGTON, LA 70435 | Claim Holder Name and Address<br>GEISENDORFF, FREDERIC<br>220 MILL CT<br>COVINGTON, LA 70435 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$10,000.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$10,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$10,000.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$10,000.00 |
| Claim: 7581<br>Date Filed: 01/29/2009<br>Docketed Total: $2,042.90<br>Filing Creditor Name and Address:<br>GEORGE, PHILIP<br>25 MCWILLIAMS PL UNIT 402<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br>GEORGE, PHILIP<br>25 MCWILLIAMS PL UNIT 402<br>JERSEY CITY, NJ 07302 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$2,042.90 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$2,042.90 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$2,042.90 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,042.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  Case 08-35653-KRH    Doc 6067    Filed 12/14/09    Entered 12/14/09 15:30:20    Desc Main
Case No. 08-35653 (KRH)                              Document      Page 6 of 10

Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 13255<br>Date Filed: 06/01/2009<br>Docketed Total: $577.00<br>Filing Creditor Name and Address:<br>HADDAD RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | Claim Holder Name and Address<br>HADDAD RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | Case Number: 08-35654<br>Docketed Total: $577.00 | | | Case Number: 08-35654<br>Modified Total: $577.00 | |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                        $577.00 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                        $577.00 | | |
| Claim: 898<br>Date Filed: 12/03/2008<br>Docketed Total: $5,724.96<br>Filing Creditor Name and Address:<br>HEARTLAND MECHANICAL<br>CONTRACTORS INC<br>511 HEALTH DEPT RD<br>MURPHYSBORO, IL 62966 | Claim Holder Name and Address<br>HEARTLAND MECHANICAL<br>CONTRACTORS INC<br>511 HEALTH DEPT RD<br>MURPHYSBORO, IL 62966 | Case Number: 08-35653<br>Docketed Total: $5,724.96 | | | Case Number: 08-35653<br>Modified Total: $5,724.96 | |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                        $1,904.32  $3,820.64 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                        $5,724.96 | | |
| Claim: 6004<br>Date Filed: 01/27/2009<br>Docketed Total: $72,340.22<br>Filing Creditor Name and Address:<br>KING & SPALDING LLP<br>1180 PEACHTREE ST<br>ATLANTA, GA 30309 | Claim Holder Name and Address<br>KING & SPALDING LLP<br>1180 PEACHTREE ST<br>ATLANTA, GA 30309 | Case Number: 08-35653<br>Docketed Total: $72,340.22 | | | Case Number: 08-35653<br>Modified Total: $72,340.22 | |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $72,340.22 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                        $72,340.22 | | |
| Claim: 13324<br>Date Filed: 06/11/2009<br>Docketed Total: $97,277.25<br>Filing Creditor Name and Address:<br>KING COUNTY TREASURY<br>OPERATIONS<br>KING COUNTY<br>ADMINISTRATION BLDG<br>500 FOURTH AVE ROOM NO 600<br>SEATTLE, WA 98104-2387 | Claim Holder Name and Address<br>KING COUNTY TREASURY<br>OPERATIONS<br>KING COUNTY ADMINISTRATION<br>BLDG<br>500 FOURTH AVE ROOM NO 600<br>SEATTLE, WA 98104-2387 | Case Number: 08-35653<br>Docketed Total: $97,277.25 | | | Case Number: 08-35653<br>Modified Total: $97,277.25 | |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                        $97,277.25 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                        $97,277.25 | | |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)

Case 08-35653-KRH   Doc 6067   Filed 12/14/09   Entered 12/14/09 15:30:20   Desc Main Document   Page 7 of 10

Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification Of Certain Claims To Unsecured) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14559<br>Date Filed: 08/24/2009<br>Docketed Total: $757.02<br>Filing Creditor Name and Address:<br>MIGUEL A MALENA<br>5531 69TH ST  NO 2<br>MASPETH, NY 11378 | Claim Holder Name and Address<br>MIGUEL A MALENA<br>5531 69TH ST  NO 2<br>MASPETH, NY 11378<br><br>Case Number: 08-35653<br>Docketed Total: $757.02<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$757.02 | Case Number: 08-35653<br>Modified Total: $757.02<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$757.02 |
| Claim: 1379<br>Date Filed: 12/19/2008<br>Docketed Total: $7,265.00<br>Filing Creditor Name and Address:<br>PRESS PLAY HOME<br>ENTERTAINMENT LLC<br>PO BOX 605<br>DUANESBURG, NY 12056 | Claim Holder Name and Address<br>PRESS PLAY HOME<br>ENTERTAINMENT LLC<br>PO BOX 605<br>DUANESBURG, NY 12056<br><br>Case Number: 08-35653<br>Docketed Total: $7,265.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,265.00 | Case Number: 08-35653<br>Modified Total: $7,265.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,265.00 |
| Claim: 1833<br>Date Filed: 12/22/2008<br>Docketed Total: $114,559.45<br>Filing Creditor Name and Address:<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>NORRISTOWN, PA 19403 | Claim Holder Name and Address<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>NORRISTOWN, PA 19403<br><br>Case Number: 08-35653<br>Docketed Total: $114,559.45<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,454.24  $113,105.21 | Case Number: 08-35653<br>Modified Total: $114,559.45<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$114,559.45 |
| Claim: 14602<br>Date Filed: 08/21/2009<br>Docketed Total: $47,038.06<br>Filing Creditor Name and Address:<br>SAFETY AND SECURITY<br>SERVICES INC<br>416 NW 16TH ST<br>OKLAHOMA CITY, OK 73102 | Claim Holder Name and Address<br>SAFETY AND SECURITY SERVICES INC<br>416 NW 16TH ST<br>OKLAHOMA CITY, OK 73102<br><br>Case Number: 08-35653<br>Docketed Total: $47,038.06<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$47,038.06 | Case Number: 08-35653<br>Modified Total: $47,038.06<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$47,038.06 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6067    Filed 12/14/09    Entered 12/14/09 15:30:20    Desc Main
Case No. 08-35653 (KRH)                                Document          Page 8 of 10                                Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1817<br>Date Filed: 12/22/2008<br>Docketed Total: $140,181.32<br>Filing Creditor Name and Address:<br>SYNIGENT TECHNOLOGIES INC<br>4435 WATERFRONT DR STE 202<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br>SYNIGENT TECHNOLOGIES INC<br>4435 WATERFRONT DR STE 202<br>GLEN ALLEN, VA 23060 | | Case Number:<br>Docketed Total: | | 08-35653<br>$140,181.32 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$140,181.32 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$10,950.00 | Unsecured<br>$129,231.32 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$140,181.32 |
| Claim: 8243<br>Date Filed: 01/29/2009<br>Docketed Total: $1,933.05<br>Filing Creditor Name and Address:<br>TAPP IVAN J<br>1379 FELTON WAY<br>PLUMAS LAKE, CA 95961 | Claim Holder Name and Address<br>TAPP, IVAN J<br>1379 FELTON WAY<br>PLUMAS LAKE, CA 95961 | | Case Number:<br>Docketed Total: | | 08-35654<br>$1,933.05 | | | | Case Number:<br>Modified Total: | | 08-35654<br>$1,933.05 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$1,933.05 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,933.05 |
| Claim: 13838<br>Date Filed: 06/29/2009<br>Docketed Total: $14,799.98<br>Filing Creditor Name and Address:<br>THE ADVOCATE<br>OFFICE OF GENERAL COUNSEL<br>HEARST CORP<br>300 W 57TH ST 40TH FL<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br>THE ADVOCATE<br>OFFICE OF GENERAL COUNSEL<br>HEARST CORP<br>300 W 57TH ST 40TH FL<br>NEW YORK, NY 10019 | | Case Number:<br>Docketed Total: | | 08-35653<br>$14,799.98 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$14,799.98 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$14,799.98 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$14,799.98 |
| Claim: 5390<br>Date Filed: 01/26/2009<br>Docketed Total: $3,588.00<br>Filing Creditor Name and Address:<br>US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | Claim Holder Name and Address<br>US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | | Case Number:<br>Docketed Total: | | 08-35653<br>$3,588.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$3,588.00 | |
| | 503(b)(9) | Reclamation | Admin<br>$3,588.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$3,588.00 |
| | | | | | | | **Total Claims To Be Modified: 16**<br>**Total Amount As Docketed:** $546,938.47<br>**Total Amount As Modified:** $546,938.47 | | | | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Adjourned

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9584<br>Date Filed: 01/30/2009<br>Docketed Total: $1,749,707.14<br>Filing Creditor Name and Address:<br>JAMES H WIMMER JR<br>12928 CHURCH RD<br>RICHMOND, VA 23233 | Claim Holder Name and Address<br>WIMMER JR, JAMES H<br>RICHMOND, VA 23233<br><br>Case Number: 08-35653<br>Docketed Total: $1,749,707.14<br><br>503(b)(9)  Reclamation  Admin $107,500.00  Secured  Priority  Unsecured $1,642,207.14 | Case Number: 08-35653<br>Modified Total: $1,749,707.14<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $1,749,707.14 |
| Claim: 7786<br>Date Filed: 01/29/2009<br>Docketed Total: $1,046,083.00<br>Filing Creditor Name and Address:<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS & MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS & MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998<br><br>Case Number: 08-35653<br>Docketed Total: $1,046,083.00<br><br>503(b)(9)  Reclamation  Admin $300,000.00  Secured  Priority  Unsecured $746,083.00 | Case Number: 08-35653<br>Modified Total: $1,046,083.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $1,046,083.00 |
| Claim: 9544<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823 | Claim Holder Name and Address<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9) $0.00  Reclamation  Admin  Secured  Priority UNL  Unsecured UNL | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9) $0.00  Reclamation  Admin  Secured  Priority  Unsecured UNL |
| Claim: 9227<br>Date Filed: 01/30/2009<br>Docketed Total: $8,233.56<br>Filing Creditor Name and Address:<br>SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960 | Claim Holder Name and Address<br>SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960<br><br>Case Number: 08-35653<br>Docketed Total: $8,233.56<br><br>503(b)(9)  Reclamation  Admin $2,166.39  Secured  Priority  Unsecured $6,067.17 | Case Number: 08-35653<br>Modified Total: $8,233.56<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $8,233.56 |

\* "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5836<br>Date Filed: 01/26/2009<br>Docketed Total: $2,019,596.68<br>Filing Creditor Name and Address:<br>  THQ INC<br>  JEFFER MANGELS BUTLER &<br>  MARMARO LLP<br>  1900 AVE OF THE STARS 7TH FL<br>  LOS ANGELES, CA 90067 | Claim Holder Name and Address   Case Number: 08-35653<br>THQ INC<br>JEFFER MANGELS BUTLER &<br>MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL  Docketed Total: $2,019,596.68<br>LOS ANGELES, CA 90067<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00                                                $2,019,596.68 | Case Number: 08-35653<br>Modified Total: $2,019,596.68<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00                                                $2,019,596.68 |
| Claim: 11271<br>Date Filed: 02/06/2009<br>Docketed Total: $14,368,903.70<br>Filing Creditor Name and Address:<br>  WEIDLER SETTLEMENT CLASS<br>  WHITEFORD TAYLOR &<br>  PRESTON LLP<br>  3190 FAIRVIEW PARK VIEW STE<br>  300<br>  FALLS CHURCH, VA 22042 | Claim Holder Name and Address   Case Number: 08-35653<br>WEIDLER SETTLEMENT CLASS<br>WHITEFORD TAYLOR & PRESTON<br>LLP                        Docketed Total: $14,368,903.70<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority        Unsecured<br>                                                        $6,005,700.00  $8,363,203.70 | Case Number: 08-35653<br>Modified Total: $14,368,903.70<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                $14,368,903.70 |
|  |  | **Total Claims To Be Modified: 6**<br>**Total Amount As Docketed:**   $19,192,524.08<br>**Total Amount As Modified:**   $19,192,524.08 |

\*   "UNL" denotes an unliquidated claim.