Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES)**

Upon the objection (the "Objection")[1] of the

Debtors for entry of an order, under Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007, and Local

Rule 3007-1, seeking, among other things, that the Claims

---

[1] Capitalized terms not otherwise defined herein shall have the meanings
    ascribed to such terms in the Objection.

specifically identified on Exhibit B attached to the Objection be disallowed; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED ADJUDGED AND DECREED that:**

1.    The Objection is SUSTAINED.

2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to January 14, 2010, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4.    The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley


\10251935

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EVA CZAJKOWSKI PHD<br>PO BOX 1400<br>NEW BRITAIN, CT 06050-1400 | 14431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $324.35<br><br>$324.35 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GANNETT CENTER FOR CREDIT & COLLECTIONS<br>TAMMY DYCUS<br>CCC COLLECTIONS SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13353 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $6,249.52<br><br>$6,249.52 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13952 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13951 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14178 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANSING STATE JOURNAL TAMMY DYCUS CCC COLLECTIONS SUPERVISOR 7950 JONES BRANCH DR MCLEAN, VA 22107 | 13332 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,318.46<br><br><br><br>$2,318.46 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEONE, MARK 1821 ENGLISH OAK DR OFALLON, MO 63367 | 3888 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $525.00<br><br>$240.00<br><br>$765.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUNCH INTEGRATED COMMUNICATIONS INC 605 BOXWOOD DR CAMBRIDGE, ON N3E 1A5 CANADA | 13491 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL<br><br><br><br>UNL | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED ATTN MATTHEW RIGHETTI RIGHETTI LAW FIRM PC 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 13742 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND THEALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED ATTN MATT RIGHETTI 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 13741 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TERRACON CONSULTANTS INC<br>18001 W 106TH ST STE 300<br>OLATHE, KS 66061 | 1492 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $675.00<br><br>$675.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    **11**                         **$10,332.33**

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BARTHOLOMEW COUNTY TREASURER PO BOX 1986 COLUMBUS, IN 47202-1986 | 14578 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,588.89 $9,588.89 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALCASIEU PARISH SHERIFFS OFFICE TONY MANCUSO SHERIFF TAX COLLECTOR DIVISION PO BOX 1787 1011 LAKESHORE DR STE 100 LAKE CHARLES, LA 70602 | 13252 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $35,981.57 $35,981.57 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLES STRICKLAND 654 AIRPORT RD CANON, GA 30520 | 13815 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $709.99 $709.99 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF HYATTSVILLE RICHARD T COLARESI ESQ KARPINSKI COLARESI & KARP PA ATTORNEYS AT LAW 120 E BALTIMORE ST STE 1850 BALTIMORE, MD 21202-1605 | 13498 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GALAN, GUILLERMO 200 S VALENCIA APT 4 LA HABRA, CA 90631-5573 | 13872 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HINDS COUNTY MISSISSIPPI ATTN CRYSTAL WISE MARTIN BOARD ATTY HINDS COUNTY BOARD OF SUPERVISORS 316 S PRESIDENT ST PO BOX 686 JACKSON, MI 39205-0686 | 14180 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $52,693.87 $52,693.87 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JERRY L KNIGHTEN 226 BARRINGTON DR APT 226 BOSSIER CITY, LA 71112 | 13660 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $121.90 $121.90 | 06/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KATHRYN L STONE 1620 E CENTRAL ST SPRINGFIELD, MO 65802 | 13272 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LINDA L CONWAY 3556 SMITH RD FURLONG, PA 18925 | 13278 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $149.76 $149.76 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PYRAMID CONTROL SYSTEMS INC 8075 READING RD STE 201 CINCINNATI, OH 45237 | 13298 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,970.00 $1,970.00 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims

Objection To Certain Non - Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT MATTHEW ROBINSON 5780 TIMBERLANE TER SANDY SPRINGS, GA 30328-5228 | 13388 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $428.00 $428.00 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUNPREET SINGH 5385 BRAE BURN PL BUENA PARK, CA 90621 | 14043 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $107.74 $107.74 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VILLAGE OF MT PLEASANT TREASURER 6126 DURAND AVE RANCINE, WI 53406 | 13596 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,553.90 $5,553.90 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:   13              $107,305.62

*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtor's Fifty-Seventh Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                          To Certain Non - Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960 | 9227 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,166.39<br><br>$6,067.17<br><br>$8,233.56 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VERONICA SIMMONS<br>2101 SAN DIEGO DR<br>CORONA, CA 92882 | 14098 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,809.39<br><br><br><br>$3,809.39 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    2                 $12,042.95

*    "UNL" denotes an unliquidated claim.