Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON
ACCOUNT OF EMPLOYEE OBLIGATIONS)**

Upon the objection (the "Objection")[1] of the

Debtors for entry of an order, pursuant to Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007, and Local

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings
      ascribed to such terms in the Objection.

Rule 3007-1, seeking, among other things, that the Claims
specifically identified on Exhibit B attached to the
Objection be disallowed; and it appearing that notice and
service of the Objection as set forth therein was good and
sufficient and that no other further notice or service of
the Objection need be given; and it further appearing that
certain Claimants filed a response to the Objection; and it
appearing that the relief requested in the Objection is in
the best interest of the Debtors, their estates and
creditors and other parties in interest; and after due
deliberation thereon; and good and sufficient cause
appearing therefore, it is hereby

**ORDERED ADJUDGED AND DECREED that:**

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as
attached hereto and incorporated herein are forever
disallowed in their entirety for all purposes in these
bankruptcy cases.

3.    The status hearing on the Objection to the
claims identified on Exhibit B as attached hereto and
incorporated herein is hereby adjourned to January 14, 2010,
at 2:00 p.m. (Eastern) or until such later time as agreed by
the parties.

4.    The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession



### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley
                            Douglas M. Foley

\10252145

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| BRADSHAW, CATHERINE W 3617 BUCHANAN CT RICHMOND, VA 23233 | 14188 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: | UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7400 |
| | | Total: | UNL | | | |
| BRIAN S BRADLEY 2400 ODENDRON COURT RICHMOND, VA 23233 | 14085 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: | UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8141 |
| | | Total: | UNL | | | |
| BRIAN S BRADLEY 2400 ODENDRON COURT RICHMOND, VA 23233 | 14044 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: | $600,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8133 |
| | | Total: | $600,000.00 | | | |
| BRIAN S BRADLEY 2400 ODENDRON COURT RICHMOND, VA 23233 | 14084 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: | $162,500.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8135 |
| | | Total: | $162,500.00 | | | |
| BRIAN S BRADLEY 2400 ODENDRON COURT RICHMOND, VA 23233 | 14086 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: | $2,670,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8131 |
| | | Total: | $2,670,000.00 | | | |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                    To Certain Hr Administrative Claims - Ordered

### EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|
| CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | 13825 | Secured:<br>Priority:<br>Administrative: $20,000.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $20,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7140 |
| CZERWONKA, DAVID JOHN<br>12108 COUNTRY HILLS WY<br>GLEN ALLEN, VA 23059 | 14376 | Secured:<br>Priority:<br>Administrative: $175,000.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $175,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9487 |
| CZERWONKA, DAVID JOHN<br>12108 COUNTRY HILLS WY<br>GLEN ALLEN, VA 23059 | 13859 | Secured:<br>Priority:<br>Administrative: $375,800.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $375,800.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9487 |
| CZERWONKA, DAVID JOHN<br>12108 COUNTRY HILLS WY<br>GLEN ALLEN, VA 23059 | 14377 | Secured:<br>Priority:<br>Administrative: $135,000.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $135,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9487 |
| DAVID R STRAUSS<br>5204 DAVENPORT PL<br>ROSWELL, GA 30075 | 13756 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4784 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                                      To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| DEAN KITTEL<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | 13799 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | 7518 |
| DEAN KITTEL<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | 13806 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7518 |
| DEASON STEPHEN N<br>2701 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113-3900 | 14340 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $125,000.00<br><br><br><br>$125,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5172 |
| DOMSTER, DAVID J<br>7300 LOOKOUT DR<br>RICHMOND, VA 23225 | 14400 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $218,542.66<br><br><br><br>$218,542.66 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7169 |
| ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | 13528 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4377 |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                      Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                                         To Certain Hr Administrative Claims - Ordered

### EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| ELLEN DISISTO MITCHELL 11101 PARK RIDGE RD FREDERICKSBURG, VA 22408 | 14413 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $62,500.00 $62,500.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6610 |
| ENGIN, OGUZHAN 3608 KIMBERLY LN DOVER, PA 17315 | 13850 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $30,000.00 $30,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8212 |
| ENGIN, OGUZHAN 3608 KIMBERLY LN DOVER, PA 17315 | 13725 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $135,000.00 $135,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8217 |
| EUGENE O MITCHELL 808 LAKECREST AVE APT 103 HIGH POINT, NC 27265-2173 | 14298 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $15,000.00 $15,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 2523 |
| EVAN MELSHEIMER 3056 SALMON ST PHILADELPHIA, PA 19134 | 13489 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $15,000.00 $15,000.00 | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8623 |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| FATH, ANNE B<br>9608 GASLIGHT PL<br>RICHMOND, VA 23229 | 13873 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $37,147.50<br><br><br>$37,147.50 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8658 |
| FATH, ANNE B<br>9608 GASLIGHT PL<br>RICHMOND, VA 23229 | 13810 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8657 |
| FRANK URSO<br>3070 FOULK RD<br>GARNET VALLEY, PA 19061 | 13852 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5233 |
| GARD, SCOTT A<br>3013 HAWK SPRING HILL<br>HUNTINGTON, IN 46750 | 14300 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br><br>$15,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8752 |
| GARY KRUEGER<br>835 NORRIS SHORES DR<br>SHARPS CHAPEL, TN 37866 | 13657 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br><br>$40,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5901 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| GARY KRUEGER 835 NORRIS SHORES DR SHARPS CHAPEL, TN 37866 | 13655 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6203 |
| GARY KRUEGER 835 NORRIS SHORES DR SHARPS CHAPEL, TN 37866 | 13656 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $634.70 $634.70 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5241 |
| JAMES LUBARY 3161 DRUID LN LOS ALAMITOS, CA 90720 | 14246 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $633,160.00 $633,160.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9067, 9070, 8754 |
| JAMES LUBARY 3161 DRUID LN LOS ALAMITOS, CA 90720 | 14320 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $633,160.00 $633,160.00 | 06/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | 9067,9070, 8754 |
| JESSE LEHMAN 12 CONNELLY AVE BUDD LAKE, NJ 07828 | 14654 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 09/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7426 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| JESSE LEHMAN 12 CONNELLY AVE BUDD LAKE, NJ 07828 | 14653 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 09/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7427 |
| JESSE LEHMAN 12 CONNELLY AVE BUDD LAKE, NJ 07828 | 14628 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $264,000.00 $264,000.00 | 09/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7426, 7427, 7424 |
| JOHN KELLY 428 GROUNDHOG COLLEGE RD WEST CHESTER, PA 19382 | 13659 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $2,180,869.44 $2,180,869.44 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5120,5116, 6439 |
| JOHN T HARLOW 9 TIDE MILL RD SAINT JAMES, NY 11780 | 13776 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $2,160,000.00 $2,160,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 10269 |
| JOHN T HARLOW 9 TIDE MILL RD SAINT JAMES, NY 11780 | 14050 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $240,000.00 $240,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7054 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                      To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| JOLY, RUSSELL<br>5318 WOODSTONE CT<br>LOUISA, VA 23093 | 13890 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $390,300.00<br><br><br><br><br>$390,300.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6465 |
| JOLY, RUSSELL<br>5318 WOODSTONE CT<br>LOUISA, VA 23093 | 13857 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $155,000.00<br><br><br><br><br>$155,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6467 |
| JOLY, RUSSELL<br>5318 WOODSTONE CT<br>LOUISA, VA 23093 | 13818 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $135,000.00<br><br><br><br><br>$135,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6461 |
| JONAS JR, ERIC A<br>2 ANNETTE AVE<br>EDGEWATER, NJ 07020 | 13788 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,312,872.00<br><br><br><br><br>$1,312,872.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6526 |
| JONAS JR, ERIC A<br>2 ANNETTE AVE<br>EDGEWATER, NJ 07020 | 13780 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $600,000.00<br><br><br><br><br>$600,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6527 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| KALAFATIS, CHRIS<br>8326 HAWK NEST DR<br>RICHMOND, VA 23227 | 14112 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5892 |
| KALAFATIS, CHRIS<br>8326 HAWK NEST DR<br>RICHMOND, VA 23227 | 14113 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5892 |
| LAURA MCDONALD<br>1017 THE PRESERVE DR<br>MAIDENS, VA 23102 | 14318 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8101 |
| LAURA MCDONALD<br>1017 THE PRESERVE DR<br>MAIDENS, VA 23102 | 14301 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $19,050.00<br><br>$19,050.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8111 |
| LAURA MCDONALD<br>1017 THE PRESERVE DR<br>MAIDENS, VA 23102 | 14422 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8105 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|
| LAWRENCE W FAY<br>472 DURANGO AVE<br>BROOMFIELD, CO 80020 | 13862 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 10842 |
| LAWRENCE W FAY<br>472 DURANGO AVE<br>BROOMFIELD, CO 80020 | 13864 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7099 |
| LAWRENCE W FAY<br>472 DURANGO AVE<br>BROOMFIELD, CO 80020 | 13863 | Secured:<br>Priority:<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7104 |
| LEOPOLD, JEFFREY R<br>MICHAEL D MUELLER &<br>AUGUSTUS C EPPS JR &<br>JENNIFER M MCLEMORE<br>CHRISTIAN & BARTON<br>LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219 | 14384 | Secured:<br>Priority:<br>Administrative: $10,815.20<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $10,815.20 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6088 |
| MARK E OLIVER<br>523 HAROLDS DR<br>MANAKIN SABOT, VA<br>23103 | 14535 | Secured:<br>Priority:<br>Administrative: $270,000.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $270,000.00 | 08/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6237,6233 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| MARK E OLIVER<br>523 HAROLDS DR<br>MANAKIN, VA 23103 | 14536 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $125,000.00<br><br><br><br>$125,000.00 | 08/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6237 |
| MASCOLA, DENISE<br>23311 TRIPLE CROWN DR<br>RUTHER GLEN, VA 22546 | 14156 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9442 |
| MASCOLA, DENISE<br>23311 TRIPLE CROWN DR<br>RUTHER GLEN, VA 22546 | 14157 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $19,050.00<br><br><br><br>$19,050.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9447 |
| MASCOLA, DENISE<br>23311 TRIPLE CROWN DR<br>RUTHER GLEN, VA 22546 | 14153 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9446 |
| MAUREEN A LALONDE<br>9508 SPRING MOSS TERR<br>GLEN ALLEN, VA | 13832 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $26,350.00<br><br><br><br>$26,350.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4391, 4387 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| MICHAEL BEAM 5227 SCOTSGLEN DR GLEN ALLEN, VA 23059 | 13409 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $2,381.25 $2,381.25 | 06/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6023 |
| MICHAEL BEAM 5227 SCOTSGLEN DR GLEN ALLEN, VA 23059 | 13408 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 06/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6024 |
| MIKE NICHOLS 111 AVONBROOK WALLINGFORD, PA 19086 | 13494 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $200,000.00 $200,000.00 | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4212 |
| MIKE NICHOLS 111 AVONBROOK WALLINGFORD, PA 19086 | 13493 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $135,000.00 $135,000.00 | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4210 |
| MIKE NICHOLS 111 AVONBROOK WALLINGFORD, PA 19086 | 13490 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $30,000.00 $30,000.00 | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5628 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| OGUZHAN ENGIN<br>3608 KIMBERLY LN<br>DOVER, PA 17315 | 14172 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8215 |
| OMAR TAWIL<br>7 MERRILL HILL<br>LADERA RANCH, CA 92883 | 14324 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $309,647.50<br><br><br><br>$309,647.50 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6652,6649, 6651 |
| PAUL J SEIVERD<br>82 WOODALL RD<br>PERRYVILLE, MD 21903 | 13860 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7085 |
| PETER GRESENS<br>14306 POST MILL DR<br>MIDLOTHIAN, VA 23113 | 13510 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $635.00<br><br><br><br>$635.00 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8783 |
| PETER M GRESENS<br>14306 POST MILL DR<br>MIDLOTHIAN, VA 23113 | 13511 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8781 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| PIETRANTONI, ANN<br>3209 SHERWOOD BLUFF TER<br>POWHATAN, VA 23139 | 14189 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br><br><br>UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7432 |
| ROLAND L FINCH<br>4137 STONY LN<br>DOYLESTOWN, PA 18902 | 14395 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $40,000.00<br><br><br><br>$40,000.00 | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 2532 |
| SHANE M KITTEL<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | 13805 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7514 |
| SHANE M KITTEL<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | 13798 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | 7514 |
| SUBETTO, ROBERT GLEN<br>621 PRIMROSE LN<br>ALLENTOWN, PA 18104 | 14385 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br><br><br>UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6503 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| TODD ZIMMERMAN<br>4172 ANTELOPE CT NO 112<br>MECHANICSBURG, PA 17050 | 13433 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br><br><br>$15,000.00 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7821 |
| TONY, DAVIS<br>11220 BUCKHEAD CT<br>MIDLOTHIAN, VA 23113 | 14115 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $493,200.00<br><br><br><br>$493,200.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9195,9122, 9092,9095 |
| TROXELL, LESLIE J<br>5004 PARK MEADOWS WY<br>GLEN ALLEN, VA 23059 | 14146 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $135,000.00<br><br><br><br>$135,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8001 |
| TROXELL, LESLIE J<br>5004 PARK MEADOWS WY<br>GLEN ALLEN, VA 23059 | 14145 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $78,800.00<br><br><br><br>$78,800.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8003 |
| TROXELL, LESLIE J<br>5004 PARK MEADOWS WY<br>GLEN ALLEN, VA 23059 | 14147 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $125,000.00<br><br><br><br>$125,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8010 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| VEASEY, WILLIAM 12541 VALLEY PINE DR LOUISVILLE, KY 40299 | 14191 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $15,000.00 $15,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4957 |
| WAYNE BERKLEY LUCK WAYNE B LUCK 8954 KINGS CHARTER DR MECHANICSVILLE, VA 23116 | 14334 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $447,396.00 $447,396.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 6982 |
| YOST, DOUG A 42 VAN ALLEN RD GLEN ROCK, NJ 07452 | 14184 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $120,000.00 $120,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 3376 |
| YOST, DOUG A 42 VAN ALLEN RD GLEN ROCK, NJ 07452 | 14190 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $62,500.00 $62,500.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 3135 |
| YOUNG KEN J KEN J YOUNG 2836 BAYHILL WOODS COVE COLLIERVILLE, TN 38017 | 13626 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $428,492.00 $428,492.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5162 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                      Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                                        To Certain Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| YOUNG KEN J<br>KEN J YOUNG<br>2836 BAYHILL WOODS COVE<br>COLLIERVILLE, TN 38017 | 13625 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $270,000.00<br><br><br><br><br>$270,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5131 |
| YOUNG KEN J<br>KEN J YOUNG<br>2836 BAYHILL WOODS COVE<br>COLLIERVILLE, TN 38017 | 13624 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $155,000.00<br><br><br><br><br>$155,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7603 |

**Total:**     **82**                    **$17,744,803.25**

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                       To Certain Hr Administrative Claims - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| BESANKO BRUCE H 191 FARMINGTON RD LONGMEADOW, MA 01106 | 14337 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $2,203,668.90 $2,203,668.90 | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 3820 |
| BESANKO BRUCE H 191 FARMINGTON RD LONGMEADOW, MA 01106 | 14336 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $1,000,000.00 $1,000,000.00 | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 3827 |
| BRADLEY, THOMAS C 2801 SAVAGE VIEW DR MIDLOTHIAN, VA 23112 | 14240 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4897 |
| BRADLEY, THOMAS C 2801 SAVAGE VIEW DR MIDLOTHIAN, VA 23112 | 14238 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4901 |
| BRADLEY, THOMAS C 2801 SAVAGE VIEW DR MIDLOTHIAN, VA 23112 | 14236 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $40,000.00 $40,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4902 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                       To Certain Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| BREITENBECHER, KELLY WILLIAM A GRAY & PETER M PEARL & C THOMAS EBEL ESQS SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 13936 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $1,502,166.00 $1,502,166.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7786 |
| FAY LAWRENCE 2500 MAPLE HALL CT MIDLOTHIAN, VA 23113 | 14365 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $20,000.00 $20,000.00 | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7103 |
| FRANCIS E TELEGADAS 8204 YOLANDA RD RICHMOND, VA 23229 | 13622 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5673 |
| GEITH, JON C C O ROBERT A CANFIELD CANFIELD BAER LLP 2201 LIBBIE AVE STE 200 RICHMOND, VA 23230 | 14173 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $125,000.00 $125,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4804 |
| GEITH, JON C C O ROBERT A CANFIELD CANFIELD BAER LLP 2201 LIBBIE AVE STE 200 RICHMOND, VA 23230 | 13885 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $270,000.00 $270,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5434 |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH    To Certain Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| GEITH, JON C<br>C O ROBERT A CANFIELD<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | 14025 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $93,120.00<br><br>$93,120.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 4811 |
| JEFF MCDONALD<br>5540 QUAIL RIDGE TER<br>CHESTERFIELD, VA 23832 | 13879 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $657,814.00<br><br>$657,814.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7583 |
| LAMBERT GAFFNEY, LAURIE<br>C O ROBERT A CANFIELD<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | 14011 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $125,000.00<br><br>$125,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7853 |
| LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | 13803 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5480 |
| MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | 14107 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br>$15,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8206 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                     Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                       To Certain Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | 13967 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7034 |
| SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | 13321 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $20,000.00<br><br>$20,000.00 | 06/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 5190 |
| SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | 13833 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,000.00<br><br>$40,000.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8907 |
| TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269 | 14159 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $15,000.00<br><br>$15,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 7601 |
| VONBECHMANN, DAWN W<br>C O NEIL E MCCULLAGH<br>CANTOR ARKEMA PC<br>1111 E MAIN ST 16TH FL<br>PO BOX 561<br>RICHMOND, VA 23218-0561 | 13948 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $62,500.00<br><br>$62,500.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 8648 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Fifty-Sixth Omnibus Objection to Claims Objection
Case No. 08-35653-KRH                                      To Certain Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | UNSECURED CLAIM NUMBER |
|---|---|---|---|---|---|---|
| WIMMER JR, JAMES H MICHAEL D MUELLER ESQ AND AUGUSTUS C EPPS JR ESQ AND JENNIFER M MCLEMORE ESQ CHRISTIAN & BARTON LLP 909 E MAIN ST STE 1200 RICHMOND, VA 23219 | 13959 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $260,000.00 $260,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | 9584 |

Total:        21                    $6,609,268.90

*        "UNL" denotes an unliquidated claim.