```
Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION
```

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FIFTY-NINTH OMNIBUS OBJECTION TO
CERTAIN MISCLASSIFIED NON-GOODS CLAIMS**

THIS MATTER having come before the Court on the Debtors' Fifty-Ninth Omnibus Objection to Certain Misclassified Non-Goods Claims (the "Utility Service Claims Objection" or the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reclassified as general

1

unsecured non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified as general unsecured, non-priority claims.

3. The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to any claim, including the Utility Service Claims, (filed or not) that have been or may be asserted against the Debtors, and to seek reduction of any claim to the extent such claim has been paid, are preserved.

4.    The Debtors' rights to object to any claim, including (without limitation) the Utility Service Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                   /s/ Douglas M. Foley
                                                   Douglas M. Foley


\10251858

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Case 08-35653-KRH    Doc 6072    Filed 12/14/09    Entered 12/14/09 15:49:23    Desc Main
Document    Page 5 of 13

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1314<br>Date Filed: 12/19/2008<br>Docketed Total: $957.76<br>Filing Creditor Name and Address:<br>ACCENT ENERGY CALIFORNIA LLC<br>6065 MEMORIAL DR<br>DUBLIN, OH 43017 | Claim Holder Name and Address<br>ACCENT ENERGY CALIFORNIA LLC<br>6065 MEMORIAL DR<br>DUBLIN, OH 43017 | Docketed Total: | $957.76 | | Modified Total: | $957.76 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$957.76 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$957.76 |
| Claim: 704<br>Date Filed: 12/09/2008<br>Docketed Total: $7,012.00<br>Filing Creditor Name and Address:<br>AMERENIP<br>PO BOX 66884<br>ST LOUIS, MO 63166-6884 | Claim Holder Name and Address<br>AMERENIP<br>PO BOX 66884<br>ST LOUIS, MO 63166-6884 | Docketed Total: | $7,012.00 | | Modified Total: | $7,012.00 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$7,012.00 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$7,012.00 |
| Claim: 783<br>Date Filed: 12/08/2008<br>Docketed Total: $109.30<br>Filing Creditor Name and Address:<br>AQUILA, INC<br>PO BOX 4660<br>CAROL STREAM, IL 60197-4660 | Claim Holder Name and Address<br>AQUILA, INC<br>PO BOX 4660<br>CAROL STREAM, IL 60197-4660 | Docketed Total: | $109.30 | | Modified Total: | $109.30 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$109.30 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$109.30 |
| Claim: 667<br>Date Filed: 12/08/2008<br>Docketed Total: $2,601.55<br>Filing Creditor Name and Address:<br>CENTRAL HUDSON GAS&ELECTRIC<br>284 SOUTH AVENUE DEPT 100<br>POUGHKEEPSIE, NY 126014839 | Claim Holder Name and Address<br>CENTRAL HUDSON GAS&ELECTRIC<br>284 SOUTH AVENUE DEPT 100<br>POUGHKEEPSIE, NY 126014839 | Docketed Total: | $2,601.55 | | Modified Total: | $2,601.55 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$2,601.55 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$2,601.55 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)  
EXHIBIT A

Case 08-35653-KRH    Doc 6072    Filed 12/14/09    Entered 12/14/09 15:49:23    Desc Main
Document    Page 6 of 13

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 683<br>Date Filed: 12/09/2008<br>Docketed Total: $63.08<br>Filing Creditor Name and Address:<br>CHESAPEAKE UTILITIES<br>P O BOX 1678<br>SALISBURY, MD 21802-1678 | Claim Holder Name and Address<br>CHESAPEAKE UTILITIES<br>P O BOX 1678<br>SALISBURY, MD 21802-1678    Docketed Total: $63.08<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $63.08 | Modified Total: $63.08<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $63.08 |
| Claim: 453<br>Date Filed: 12/01/2008<br>Docketed Total: $163.39<br>Filing Creditor Name and Address:<br>CITY OF PENSACOLA, FL<br>PO BOX 12910<br>PENSACOLA, FL 32521-0044 | Claim Holder Name and Address<br>CITY OF PENSACOLA, FL<br>PO BOX 12910<br>PENSACOLA, FL 32521-0044    Docketed Total: $163.39<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $163.39 | Modified Total: $163.39<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $163.39 |
| Claim: 379<br>Date Filed: 12/01/2008<br>Docketed Total: $304.61<br>Filing Creditor Name and Address:<br>CLARKSVILLE GAS & WATER DEPT<br>PO BOX 31329<br>CLARKSVILLE, TN 37040-0023 | Claim Holder Name and Address<br>CLARKSVILLE GAS & WATER DEPT<br>PO BOX 31329<br>CLARKSVILLE, TN 37040-0023    Docketed Total: $304.61<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $304.61 | Modified Total: $304.61<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $304.61 |
| Claim: 1085<br>Date Filed: 12/19/2008<br>Docketed Total: $1,896.16<br>Filing Creditor Name and Address:<br>FORT MYERS, CITY OF<br>2200 2ND ST<br>FORT MYERS, FL 33901 | Claim Holder Name and Address<br>FORT MYERS, CITY OF<br>2200 2ND ST<br>FORT MYERS, FL 33901    Docketed Total: $1,896.16<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $1,896.16 | Modified Total: $1,896.16<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653        $1,896.16 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 988<br>Date Filed: 12/16/2008<br>Docketed Total: $7,118.93<br>Filing Creditor Name and Address:<br>GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147051<br>GAINESVILLE, FL 326147051 | Claim Holder Name and Address<br>GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147051<br>GAINESVILLE, FL 326147051 | Docketed Total: | $7,118.93 | | Modified Total: | $7,118.93 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$7,118.93 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$7,118.93 |
| Claim: 817<br>Date Filed: 12/12/2008<br>Docketed Total: $17,733.39<br>Filing Creditor Name and Address:<br>HOLYOKE GAS & ELECT, CITY OF<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040 | Claim Holder Name and Address<br>HOLYOKE GAS & ELECT, CITY OF<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040 | Docketed Total: | $17,733.39 | | Modified Total: | $17,733.39 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$17,733.39 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$17,733.39 |
| Claim: 691<br>Date Filed: 12/09/2008<br>Docketed Total: $974.22<br>Filing Creditor Name and Address:<br>INTERMOUNTAIN GAS CO<br>PO BOX 64<br>BOISE, ID 83732 | Claim Holder Name and Address<br>INTERMOUNTAIN GAS CO<br>PO BOX 64<br>BOISE, ID 83732 | Docketed Total: | $974.22 | | Modified Total: | $974.22 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$974.22 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$974.22 |
| Claim: 650<br>Date Filed: 12/08/2008<br>Docketed Total: $297.69<br>Filing Creditor Name and Address:<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Claim Holder Name and Address<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Docketed Total: | $297.69 | | Modified Total: | $297.69 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$297.69 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$297.69 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Case 08-35653-KRH    Doc 6072    Filed 12/14/09    Entered 12/14/09 15:49:23    Desc Main
Document    Page 8 of 13

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 627<br>Date Filed: 12/08/2008<br>Docketed Total: $194.01<br>Filing Creditor Name and Address:<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 268826<br>OKLAHOMA CITY, OK 731268826 | Claim Holder Name and Address<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 268826<br>OKLAHOMA CITY, OK 731268826 | Docketed Total: | $194.01 | | Modified Total: | $194.01 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$194.01 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$194.01 |
| Claim: 854<br>Date Filed: 12/08/2008<br>Docketed Total: $98.62<br>Filing Creditor Name and Address:<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 871<br>ATTN NORTHPOINTE OFFICE<br>TULSA, OK 74102-0871 | Claim Holder Name and Address<br>OKLAHOMA NATURAL GAS CO<br>PO BOX 871<br>ATTN NORTHPOINTE OFFICE<br>TULSA, OK 74102-0871 | Docketed Total: | $98.62 | | Modified Total: | $98.62 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$98.62 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$98.62 |
| Claim: 628<br>Date Filed: 12/08/2008<br>Docketed Total: $256.38<br>Filing Creditor Name and Address:<br>OKLAHOMA NATURAL<br>GAS/TRANSPORTATION<br>PO BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Claim Holder Name and Address<br>OKLAHOMA NATURAL<br>GAS/TRANSPORTATION<br>PO BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Docketed Total: | $256.38 | | Modified Total: | $256.38 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$256.38 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$256.38 |
| Claim: 1124<br>Date Filed: 12/15/2008<br>Docketed Total: $92,313.03<br>Filing Creditor Name and Address:<br>PG&E<br>77 BEALE ST<br>SAN FRANCISCO, CA 94105 | Claim Holder Name and Address<br>PG&E<br>77 BEALE ST<br>SAN FRANCISCO, CA 94105 | Docketed Total: | $92,313.03 | | Modified Total: | $92,313.03 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$92,313.03 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$92,313.03 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)  
EXHIBIT A

Case 08-35653-KRH    Doc 6072    Filed 12/14/09    Entered 12/14/09 15:49:23    Desc Main
Document    Page 9 of 13

Debtors' Fifty-Ninth Omnibus Objection to Claims  
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 875<br>Date Filed: 12/08/2008<br>Docketed Total: $327.36<br>Filing Creditor Name and Address:<br>PIEDMONT NATURAL GAS<br>NASHVILLE GAS<br>PO BOX 533500<br>ATLANTA, GA 30353-3500 | Claim Holder Name and Address<br>PIEDMONT NATURAL GAS<br>NASHVILLE GAS<br>PO BOX 533500<br>ATLANTA, GA 30353-3500 | Docketed Total: | $327.36 | | Modified Total: | $327.36 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$327.36 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$327.36 |
| Claim: 221<br>Date Filed: 11/28/2008<br>Docketed Total: $6,241.17<br>Filing Creditor Name and Address:<br>PUBLIC WORKS COMM CITY OF<br>FAYETTEVILLE<br>P O BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | Claim Holder Name and Address<br>PUBLIC WORKS COMM CITY OF<br>FAYETTEVILLE<br>P O BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | Docketed Total: | $6,241.17 | | Modified Total: | $6,241.17 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$6,241.17 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$6,241.17 |
| Claim: 1126<br>Date Filed: 12/15/2008<br>Docketed Total: $119.56<br>Filing Creditor Name and Address:<br>SOUTHERN INDIANA<br>GAS/ELECTRIC<br>P O BOX 569<br>EVANSVILLE, IN 477410001 | Claim Holder Name and Address<br>SOUTHERN INDIANA<br>GAS/ELECTRIC<br>P O BOX 569<br>EVANSVILLE, IN 477410001 | Docketed Total: | $119.56 | | Modified Total: | $119.56 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$119.56 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$119.56 |
| Claim: 511<br>Date Filed: 12/01/2008<br>Docketed Total: $12.16<br>Filing Creditor Name and Address:<br>SOUTHWESTERN VA GAS CO<br>208 LESTER ST<br>MARTINSVILLE, VA 24112-2821 | Claim Holder Name and Address<br>SOUTHWESTERN VA GAS CO<br>208 LESTER ST<br>MARTINSVILLE, VA 24112-2821 | Docketed Total: | $12.16 | | Modified Total: | $12.16 |
| | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$12.16 | Case Number<br>08-35653 | 503(b)(9) | Unsecured<br>$12.16 |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6072    Filed 12/14/09    Entered 12/14/09 15:49:23    Desc Main
Document    Page 10 of 13

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)  
EXHIBIT A

Debtors' Fifty-Ninth Omnibus Objection to Claims  
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1196<br>Date Filed:  12/16/2008<br>Docketed Total:    $111.08<br>Filing Creditor Name and Address:<br>SUBURBAN NATURAL GAS<br>PO BOX 130<br>CYGNET, OH 43413 | Claim Holder Name and Address<br>SUBURBAN NATURAL GAS<br>PO BOX 130<br>CYGNET, OH 43413<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9) | $111.08<br><br><br><br>Unsecured<br>$111.08 | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $111.08<br><br><br><br>Unsecured<br>$111.08 |
| Claim: 1284<br>Date Filed:  12/18/2008<br>Docketed Total:    $3,826.94<br>Filing Creditor Name and Address:<br>UGI ENERGY SERVICES INC<br>PO BOX 827032<br>PHILADELPHIA, PA 19182-7032 | Claim Holder Name and Address<br>UGI ENERGY SERVICES INC<br>PO BOX 827032<br>PHILADELPHIA, PA 19182-7032<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9) | $3,826.94<br><br><br><br>Unsecured<br>$3,826.94 | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $3,826.94<br><br><br><br>Unsecured<br>$3,826.94 |
| Claim: 1195<br>Date Filed:  12/16/2008<br>Docketed Total:    $738.36<br>Filing Creditor Name and Address:<br>UGI PENN NATURAL GAS<br>ONE UGI CTR<br>WILKES BARRE, PA 18711 | Claim Holder Name and Address<br>UGI PENN NATURAL GAS<br>ONE UGI CTR<br>WILKES BARRE, PA 18711<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9) | $738.36<br><br><br><br>Unsecured<br>$738.36 | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $738.36<br><br><br><br>Unsecured<br>$738.36 |
| Claim: 1129<br>Date Filed:  12/15/2008<br>Docketed Total:    $73.88<br>Filing Creditor Name and Address:<br>VECTREN<br>PO BOX 6248<br>INDIANAPOLIS, IN 46206-6248 | Claim Holder Name and Address<br>VECTREN<br>PO BOX 6248<br>INDIANAPOLIS, IN 46206-6248<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9) | $73.88<br><br><br><br>Unsecured<br>$73.88 | <br><br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $73.88<br><br><br><br>Unsecured<br>$73.88 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1131<br>Date Filed: 12/15/2008<br>Docketed Total: $565.25<br>Filing Creditor Name and Address:<br>VECTREN<br>PO BOX 6250<br>INDIANAPOLIS, IN 46206-6250 | Claim Holder Name and Address<br>VECTREN<br>PO BOX 6250<br>INDIANAPOLIS, IN 46206-6250<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9)<br>$565.25 | $565.25<br><br><br><br>Unsecured | <br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $565.25<br><br><br><br>Unsecured<br>$565.25 |
| Claim: 1127<br>Date Filed: 12/15/2008<br>Docketed Total: $330.46<br>Filing Creditor Name and Address:<br>VECTREN<br>PO BOX 6262<br>INDIANAPOLIS, IN 46206-6262 | Claim Holder Name and Address<br>VECTREN<br>PO BOX 6262<br>INDIANAPOLIS, IN 46206-6262<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9)<br>$330.46 | $330.46<br><br><br><br>Unsecured | <br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $330.46<br><br><br><br>Unsecured<br>$330.46 |
| Claim: 1132<br>Date Filed: 12/15/2008<br>Docketed Total: $232.36<br>Filing Creditor Name and Address:<br>VECTREN<br>PO BOX 7249<br>INDIANAPOLIS, IN 46207-7249 | Claim Holder Name and Address<br>VECTREN<br>PO BOX 7249<br>INDIANAPOLIS, IN 46207-7249<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9)<br>$232.36 | $232.36<br><br><br><br>Unsecured | <br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $232.36<br><br><br><br>Unsecured<br>$232.36 |
| Claim: 1125<br>Date Filed: 12/15/2008<br>Docketed Total: $415.23<br>Filing Creditor Name and Address:<br>VECTREN ENERGY DELIVERY<br>PO BOX 209<br>EVANSVILLE, IN 47702 | Claim Holder Name and Address<br>VECTREN ENERGY DELIVERY<br>PO BOX 209<br>EVANSVILLE, IN 47702<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>503(b)(9)<br>$415.23 | $415.23<br><br><br><br>Unsecured | <br><br><br><br>Case Number<br>08-35653 | Modified Total:<br><br><br><br>503(b)(9) | $415.23<br><br><br><br>Unsecured<br>$415.23 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1123<br>Date Filed:   12/15/2008<br>Docketed Total:   $134.32<br>Filing Creditor Name and Address:<br>  VECTREN ENERGY<br>  DELIVERY/NORTH 6248<br>  P O BOX 6248<br>  INDIANAPOLIS, IN 46206-6248 | Claim Holder Name and Address<br><br>  VECTREN ENERGY<br>  DELIVERY/NORTH 6248<br>  P O BOX 6248<br>  INDIANAPOLIS, IN 46206-6248<br><br>Docketed Total:   $134.32<br><br>Case Number         503(b)(9)        Unsecured<br>  08-35653                                   $134.32 | Modified Total:   $134.32<br><br><br><br><br><br>Case Number        503(b)(9)         Unsecured<br>  08-35653                                   $134.32 |
| Claim: 1128<br>Date Filed:   12/15/2008<br>Docketed Total:   $238.12<br>Filing Creditor Name and Address:<br>  VECTREN ENERGY<br>  DELIVERY/OHIO 6262<br>  P O BOX 6262<br>  INDIANAPOLIS, IN 46206-6262 | Claim Holder Name and Address<br><br>  VECTREN ENERGY DELIVERY/OHIO<br>  6262<br>  P O BOX 6262<br>  INDIANAPOLIS, IN 46206-6262<br><br>Docketed Total:   $238.12<br><br>Case Number         503(b)(9)        Unsecured<br>  08-35653                                   $238.12 | Modified Total:   $238.12<br><br><br><br><br><br>Case Number        503(b)(9)         Unsecured<br>  08-35653                                   $238.12 |
| Claim: 1130<br>Date Filed:   12/15/2008<br>Docketed Total:   $9,657.35<br>Filing Creditor Name and Address:<br>  VECTREN ENERGY<br>  DELIVERY/SOUTH 6250<br>  P O BOX 6250<br>  INDIANAPOLIS, IN 46206-6250 | Claim Holder Name and Address<br><br>  VECTREN ENERGY<br>  DELIVERY/SOUTH 6250<br>  P O BOX 6250<br>  INDIANAPOLIS, IN 46206-6250<br><br>Docketed Total:   $9,657.35<br><br>Case Number         503(b)(9)        Unsecured<br>  08-35653                                   $9,657.35 | Modified Total:   $9,657.35<br><br><br><br><br><br>Case Number        503(b)(9)         Unsecured<br>  08-35653                                   $9,657.35 |
| Claim: 827<br>Date Filed:   12/12/2008<br>Docketed Total:   $629.22<br>Filing Creditor Name and Address:<br>  VERMONT GAS SYSTEMS, INC<br>  P O BOX 1722<br>  BRATTLEBORO, VT 05302 | Claim Holder Name and Address<br><br>  VERMONT GAS SYSTEMS, INC<br>  P O BOX 1722<br>  BRATTLEBORO, VT 05302<br><br>Docketed Total:   $629.22<br><br>Case Number         503(b)(9)        Unsecured<br>  08-35653                                   $629.22 | Modified Total:   $629.22<br><br><br><br><br><br>Case Number        503(b)(9)         Unsecured<br>  08-35653                                   $629.22 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

Debtors' Fifty-Ninth Omnibus Objection to Claims
503(B)(9) Non-Goods To Modify - Ordered

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1257<br>Date Filed: 12/18/2008<br>Docketed Total: $7,210.89<br>Filing Creditor Name and Address:<br>WASHINGTON GAS<br>PO BOX 9001036<br>LOUISVILLE, KY 40290-1036 | Claim Holder Name and Address<br>WASHINGTON GAS   Docketed Total: $7,210.89<br>PO BOX 9001036<br>LOUISVILLE, KY 40290-1036<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $7,210.89 | Modified Total: $7,210.89<br><br><br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $7,210.89 |
| Claim: 1234<br>Date Filed: 12/18/2008<br>Docketed Total: $8,470.70<br>Filing Creditor Name and Address:<br>WATER GAS & LIGHT COMMISSION<br>P O BOX 1788<br>ALBANY, GA 31702-1788 | Claim Holder Name and Address<br>WATER GAS & LIGHT COMMISSION   Docketed Total: $8,470.70<br>P O BOX 1788<br>ALBANY, GA 31702-1788<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $8,470.70 | Modified Total: $8,470.70<br><br><br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $8,470.70 |
| Claim: 218<br>Date Filed: 12/01/2008<br>Docketed Total: $7,777.82<br>Filing Creditor Name and Address:<br>WISCONSIN PUBLIC SERVICE CORP<br>PO BOX 19004<br>GREEN BAY, WI 543079004 | Claim Holder Name and Address<br>WISCONSIN PUBLIC SERVICE CORP   Docketed Total: $7,777.82<br>PO BOX 19004<br>GREEN BAY, WI 543079004<br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $7,777.82 | Modified Total: $7,777.82<br><br><br><br>Case Number    503(b)(9)    Unsecured<br>08-35653                  $7,777.82 |
|  |  | **Total Claims To Be Modified: 35**<br>**Total Amount As Docketed:** $179,206.35<br>**Total Amount As Modified:** $179,206.35 |

\*   "UNL" denotes an unliquidated claim.