**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** Case No. 08-35653-KRH |
| | **:** (Jointly Administered) |
| Debtors. | **:** |
| | **:** |
| | **:** |

**FOURTH INTERIM APPLICATION OF TAVENNER & BERAN, PLC**
**FOR ALLOWANCE OF COMPENSATION AND EXPENSE**
**REIMBURSEMENT AS LOCAL COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for the Official Committee

of Unsecured Creditors (the "Committee") of Circuit City Stores, Inc. and the related debtors

(collectively, the "Debtors"), submits the following as its Fourth Interim Application For

Allowance Of Compensation And Expense Reimbursement As Local Counsel To The Official

Committee of Unsecured Creditors  (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone:  (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

503(b) and Rule 2016 of the Federal Rules of Bankruptcy Procedure. In this Application,

Tavenner & Beran seeks approval of compensation in the amount of $32,466.50 and

reimbursement of expenses in the amount of $879.75 for the period of August 1, 2009 through

October 31, 2009, and in support thereof states as follows:

### Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary

petitions in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-

1330 (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

2.      On November 12, 2008, the Office of the United States Trustee (the "U.S.

Trustee") appointed the Official Committee of Unsecured Creditors of the Debtors. The U.S.

Trustee increased the membership of the Committee by two creditors on November 13, 2008.

3.      The Committee is presently composed of the following eleven creditors: (i)

Alliance Entertainment; (ii) Developers Diversified Realty Corp.; (iii) Garmin International,

Inc.; (iv) Hewlett-Packard Company; (v) LG Electronics USA, Inc.; (vi) Paramount Home

Entertainment; (vii) Pension Benefit Guarantee Corporation; (viii) Samsung Electronics

America, Inc.; (ix) Simon Property Group, Inc.; (x) Toshiba America Consumer Products, LLC;

and (xi) Weidler Settlement Class.

4.      The Committee held its organizational meeting, and decided to retain Pachulski

Stang Ziehl & Jones LLP ("PSZJ") as its lead counsel, Tavenner & Beran as its local counsel,

and Protiviti, Inc. and Jefferies & Company as financial advisors.

5.      On or about December 22, 2008, the Committee filed an application to employ

Tavenner & Beran as its local counsel. On or about January 20, 2009, this Court entered an

order approving the Committee's employment of Tavenner & Beran (the "Employment Order").

6.    On or about March 17, 2009, Tavenner & Beran filed its First Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors (the "First Interim Application"). On or about April 27, 2009, this Court entered an order approving the First Interim Application.   On or about June 15, 2009, Tavenner & Beran filed its Second Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the "Second Interim Application").  On or about July 23, 2009, this Court entered an order approving the Second Interim Application.  On or about September 14, 2009, Tavenner & Beran filed its Third Interim Application Of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors (the "Third Interim Application").  On or about November 6, 2009, the Court entered an order approving the Third Interim Application.

7.    Since the filing of the First Interim Application, Second Interim Application, and Third Interim Application, Tavenner & Beran has rendered professional services to the Committee from and including August 1, 2009 through and including October 31, 2009 for which it seeks compensation in the amount of $32,466.50.  Attached hereto as Exhibit A is a statement of the fees incurred.  During this time, Tavenner & Beran incurred $879.75 in out-of-pocket expenses for which it seeks reimbursement.  Attached hereto as Exhibit A – Additional Charges Section is a statement of the expenses incurred.

8.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Employment and Case Status**

9.      As authorized in the Employment Order, the terms of Tavenner & Beran's

employment are as follows:  Tavenner & Beran charges legal fees on an hourly basis at its

attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience.

Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred

such as copying, long distance telephone, travel, overnight mail, telecopies, computer research

and other disbursements.

10.      The names of all Tavenner & Beran attorneys and paralegals requesting

compensation and their respective hourly rates are set forth on Exhibit A attached hereto.

11.       To the best of Tavenner & Beran's knowledge, information and belief, the

Debtors are paying post-petition expenses in the ordinary course and/or as required by this

Court.  To the best of Tavenner & Beran's knowledge, information and belief, the Debtors have

sufficient funds on hand to pay the compensation and reimbursement of expenses requested

herein.

12.      Tavenner & Beran has not previously filed an application for the allowance of

compensation and expense reimbursement.

**Summary of Services Rendered**

13.      Tavenner & Beran provided various services to the Committee, which may be

summarized as follows:

A.      Asset Disposition:  - Total Hours 0.5        Total $170.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 0.50 | $170.00 |

Description
Conferences, correspondence, document review, and Court appearances related to the
Committee's review of asset disposition.

Attached hereto as Exhibit A – Asset Disposition Section is a complete statement of
such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
Tavenner & Beran assisted the Committee with its review and oversight of the
disposition of estates' assets.

B.   Business Operations:  - Total Hours 6.80               Total $1,666.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 4.90 | $1,666.00 |
| Paula S. Beran | 1992 | $0.00 | 1.90 | $0.00 |

Description
Conferences, correspondence and document review related to the Committee's review of the
Debtors' operations.

Attached hereto as Exhibit A – Business Operations Section is a complete statement
of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
Tavenner & Beran assisted the Committee in its review and oversight of the Debtors'
operations.

C.   Case Administration:  - Total Hours 57.40               Total $11,153.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 2.70 | $918.00 |
| Paula S. Beran | 1992 | $330.00 | 21.40 | $7,062.00 |
| David L. Leadbeater | N/A | $95.00 | 33.40 | $3,173.00 |

Description
Conferences, correspondence, document preparation and review and Court appearances on
case administrative matters.

Attached hereto as Exhibit A – Case Administration Section is a complete statement of
such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in the administration of these
cases.

D.   Claims Administration:  - Total Hours 24.40               Total $6,883.00

---

[2] Certain hours were recorded but not billed to the estates.

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 15.10 | $5,134.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 0.80 | $0.00 |
| Paula S. Beran | 1992 | $330.00 | 5.30 | $1,749.00 |
| Paula S. Beran | 1992 | $0.00 | 3.20 | $0.00 |

<u>Description</u>
Correspondence, conferences, document review and research regarding pre and post-petition creditor claims.

Attached hereto as <u>Exhibit A – Claims Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in its analysis of creditor claims.

E.    <u>Fee/Employment Applications</u>:  - Total Hours 24.50        Total $4,832.50

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[4] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 0.50 | $170.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 5.10 | $0.00 |
| Paula S. Beran | 1992 | $330.00 | 12.20 | $4,026.00 |
| David L. Leadbeater | N/A | $95.00 | 6.70 | $636.50 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court appearances relating to the employment and/or compensation of bankruptcy professionals.

Attached hereto as <u>Exhibit A – Fee/Employment Applications Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary for the Committee to be properly represented and advised by its professionals.

F.    <u>Litigation</u>:  - Total Hours 0.90                Total $306.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $325.00 | 0.90 | $306.00 |

---

[3] Certain hours were recorded but not billed to the estates.
[4] Certain hours were recorded but not billed to the estates.

<u>Description</u>
Correspondence, conferences, document preparation and review, and Court appearances
relating to litigation issues

Attached hereto as <u>Exhibit A – Litigation Section</u> is a complete statement of such
services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in its review of the Debtors'
litigation.

G.    <u>Plan and Disclosure Statement</u>:  - Total Hours 27.70        Total $7,354.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[5] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 9.40 | $3,196.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 3.60 | $0.00 |
| Paula S. Beran | 1992 | $330.00 | 12.60 | $4,158.00 |
| Paula S. Beran | 1992 | $0.00 | 2.10 | $0.00 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court
appearances relating to the plan and disclosure statement.

Attached hereto as <u>Exhibit A – Plan and Disclosure Statement</u> is a complete statement of
such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee with fostering the goals of the
Debtors' bankruptcy cases and to analyze plan alternatives.

H.    <u>Relief from Stay</u>:        - Total Hours 0.30                Total $102.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $340.00 | 0.30 | $102.00 |

<u>Description</u>
Document review relating to stay matters.

Attached hereto as <u>Exhibit A – Relief from Stay</u> is a complete statement of such services
rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>

---

[5] Certain hours were recorded but not billed to the estates.

These services were necessary to assist the Committee with stay issues.

14.     The total amount of interim compensation requested by Tavenner & Beran is based on the hourly rates normally charged by the attorneys and the paralegals who performed legal services for the Committee in this matter are further summarized on Exhibit A.

15.     Pursuant to the Order Establishing Procedures For Interim Compensation entered on December 9, 2008 (the "Interim Compensation Order"), Tavenner & Beran was to have received eighty-five percent (85%) of its monthly fees and one hundred percent (100%) of its monthly expenses.  In regard to this Application, in total, Tavenner & Beran has received $8,681.07 in fees and $587.11 in expenses.  See Exhibit B attached hereto for a statement of those payments.  Therefore, fees and expenses in the amount of $24,078.07 remain outstanding.

16.     Attached hereto as Exhibit B is a summary sheet concerning this Application. The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized area of bankruptcy and in practice before the United States Bankruptcy Court.  Such fees are customary for specialized bankruptcy practice and are comparable in amount to services rendered by other attorneys in the area.  The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

17.     Tavenner & Beran hereby certifies that it has submitted and served monthly statements as required under the Interim Compensation Order.  In addition, it will file and serve this Application as required under the Interim Compensation Order.

### Applicable Legal Standard

18.     The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals.  The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

19.    Under § 330 and of the Bankruptcy Code, the Court may award counsel to the Committee reasonable compensation for actual, necessary services rendered by such attorneys and paraprofessionals employed by such attorneys based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary expenses.

20.    The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable and necessary charges for items such as photocopying, long distances telephone calls, facsimiles, delivery services and messenger services, transcript preparation and filing fees.  Photocopy charges are assessed at fifteen cents ($.15) per page which Tavenner & Beran believes to be at least comparable with the average charge in this area.  Facsimiles were charged at the rate of one dollar ($1.00) per page, which Tavenner & Beran believes to be a reasonable charge for such an expense.

21.    Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates.  Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

(a)    the time and labor required;
(b)    the novelty and difficulty of the questions;
(c)    the skill requisite to perform the legal service properly;
(d)    the preclusion of other employment by the attorney due to acceptance of the case;
(e)    the customary fee;

(f)    whether the fee is fixed or contingent;

(g)    time limitations imposed by the client or the circumstances;

(h)    the amount involved and the results obtained;

(i)    the experience, reputation and ability of the attorneys;

(j)    the "undesirability" of the case;

(k)    the nature and length of the professional relationship with the client; and

(l)    awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

22.    Tavenner & Beran believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the Committee's obligations in these cases and the scope and nature of the matters in which the Committee was involved to competently represent the Committee.

23.    Upon information and belief, the rates charged by Tavenner & Beran are less than legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran believes that the fees requested herein clearly satisfy the Johnson factors as set forth above.

## Conclusion

WHEREFORE, Tavenner & Beran submits this Application for allowance of interim compensation for professional services rendered by Tavenner & Beran in the amount of $32,466.50 and reimbursement of out-of-pocket expenses in the amount of $879.75.  Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit C approving the compensation and reimbursement of expenses requested herein, authorizing and directing the Debtors to pay such amounts and granting such other and further relief as the Court deems appropriate.

TAVENNER & BERAN, PLC

By:        /s/ Paula S. Beran
            Co-Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com


Local Co-Counsel for the Official Committee of Unsecured
Creditors

-and-

Richard M. Pachuski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail  rpachulski@pszjlaw.com:
           rfeinstein@pszjlaw.com
           jpomerantz@pszjlaw.com


Lead Counsel for the Official Committee of Unsecured
Creditors

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or before the 14th day of December, 2009 a true copy of the foregoing Fourth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Michelle Mosier – Via email
michelle_mosier@ccswinddown.com
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq. – Via email:
gregg.galardi@skadden.com
Skadden, Arps, Slate, Meagher, & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Douglas M. Foley, Esq. – Via email:
dfoley@mcguirewoods.com
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Jeff Pomerantz – Via email:
jpomerantz@pszjlaw.com
Robert Feinstein – Via email:
rfeinstein@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

_____*/s/ Paula S. Beran*_____
Co-Counsel

# Tavenner & Beran, PLC

**20 North Eighth Street, Second Floor**
**Richmond, VA  23219**

**Invoice submitted to:**
Circuit City Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| November 06, 2009 | 10849 | 9/14/2009 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Disposition** | | | |
| 8/3/2009 - LLT | Review Motion re: sale of San Jose property | 0.20 340.00/hr | 68.00 |
| 8/7/2009 - LLT | Review motion to sell Atlanta property Correspondence with PSJZ re: sale issues (.10) | 0.30 340.00/hr | 102.00 |
| SUBTOTAL: | | [        0.50 | 170.00] |
| **Business Operations** | | | |
| 8/4/2009 - LLT | Review proposed recoupment order and related motion | 0.30 340.00/hr | 102.00 |
| 8/6/2009 - LLT | Correspondence from S. Goldich re: IBM software license stipulation (.10); Review same (.20) | 0.30 340.00/hr | 102.00 |
| 8/10/2009 - LLT | Correspondence to/from J. Cumar re: IBM stipulation | 0.20 340.00/hr | 68.00 |
| 8/11/2009 - LLT | Review proposed settlement with Verizon Wireless | 0.20 340.00/hr | 68.00 |
| 8/12/2009 - LLT | Review application of Premier Resources for administrative expenses | 0.20 340.00/hr | 68.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/12/2009 - LLT | Review motion to authorize rejection of consulting service agreement | 0.20 340.00/hr | 68.00 |
| - LLT | Review order of District Court order dismissing appeals of administrative rent issues | 0.20 340.00/hr | 68.00 |
| 8/19/2009 - LLT | Correspondence from A. Snow re: requested revision to previous IBM stipulation | 0.20 340.00/hr | 68.00 |
| 8/24/2009 - LLT | Review complaint against Sirius XM radio | 0.30 340.00/hr | 102.00 |
| - PSB | Review of numerous pleadings | 1.90 330.00/hr | NO CHARGE |
| 8/25/2009 - LLT | Review report of Ombudsman for second sale of consumer data | 0.30 340.00/hr | 102.00 |
| 8/31/2009 - LLT | Review Alliant Energy application for administrative expenses and other pleadings | 1.20 340.00/hr | 408.00 |

|  |  |  |  |
|---|---|---|---|
| SUBTOTAL: | | [    5.50 | 1,224.00] |

Case Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2009 - DLL | Docket and index | 1.20 95.00/hr | 114.00 |
| 8/6/2009 - DLL | File maintenance | 1.20 95.00/hr | 114.00 |
| 8/10/2009 - DLL | File maintenance (.70); Docket and index (1.20) | 1.90 95.00/hr | 180.50 |
| 8/11/2009 - DLL | File maintenance | 1.20 95.00/hr | 114.00 |
| 8/12/2009 - DLL | File maintenance | 0.50 95.00/hr | 47.50 |
| 8/13/2009 - PSB | Correspondence with W. Broscious re: outstanding issues | 0.30 330.00/hr | 99.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/14/2009 - LLT | Review notice of proposed agenda for 08/18 hearing | 0.20<br>340.00/hr | 68.00 |
| 8/17/2009 - DLL | Docket and index | 1.20<br>95.00/hr | 114.00 |
| - PSB | Prepare for and participate in committee call | 1.60<br>330.00/hr | 528.00 |
| 8/20/2009 - DLL | Docket and index | 2.10<br>95.00/hr | 199.50 |
| 8/24/2009 - DLL | Prepare hearing materials | 0.70<br>95.00/hr | 66.50 |
| 8/25/2009 - LLT | Review agenda for 8/27 hearings | 0.20<br>340.00/hr | 68.00 |
| - PSB | Correspondence with Court re: telephonic appearance<br>Correspondence with PSJZ re: same (.20) | 0.50<br>330.00/hr | 165.00 |
| 8/26/2009 - DLL | Prepare hearing materials and file indexing | 2.10<br>95.00/hr | 199.50 |
| - PSB | Correspondence with J. Pomerantz re: telephonic appearance<br>and related items (.50); Correspondence with Court re: same<br>(.30) | 0.80<br>330.00/hr | 264.00 |
| 8/27/2009 - PSB | Prepare, finalize and submit various orders (.50); Prepare for<br>and attend Omni hearing (3.20) | 3.70<br>330.00/hr | 1,221.00 |
| 8/28/2009 - DLL | Docket and index | 1.40<br>95.00/hr | 133.00 |

SUBTOTAL:                                        [      20.80        3,695.50]

Claims Administration

| 8/3/2009 - LLT | Review various responses to Omnibus objections | 0.20<br>340.00/hr | 68.00 |
|---|---|---|---|
| 8/7/2009 - LLT | Review various responses to Omnibus claims objections | 0.50<br>340.00/hr | 170.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2009 - | LLT | Review various responses of employees to paid time off | 0.60<br>340.00/hr | 204.00 |
| 8/17/2009 - | PSB | Review Objections and responses | 2.60<br>330.00/hr | NO CHARGE |
| 8/18/2009 - | LLT | Prepare for and attend hearing on various Omnibus objections to claims including objections to employees claims for paid time off | 1.70<br>340.00/hr | 578.00 |
| 8/20/2009 - | LLT | Review IRS response to claim objection | 0.20<br>340.00/hr | 68.00 |
| - | LLT | Review Source Interlink response to claim objection | 0.20<br>340.00/hr | 68.00 |
| 8/24/2009 - | LLT | Review Debtor's memorandum in support of allowance of claims for paid time off | 0.70<br>340.00/hr | 238.00 |
| 8/25/2009 - | LLT | Review Debtor's objection to claim of Panasonic | 0.40<br>340.00/hr | 136.00 |
| | SUBTOTAL: | | [    7.10 | 1,530.00] |

Fee/Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2009 - | LLT | Review application to employ Ernsted Young as tax advisors | 0.30<br>340.00/hr | 102.00 |
| 8/17/2009 - | PSB | Draft and finalize fee letter | 1.20<br>330.00/hr | 396.00 |
| 8/18/2009 - | DLL | Prepare Fee Letter | 1.50<br>95.00/hr | 142.50 |
| - | LLT | Revise monthly invoice and fee letter (.50); Correspondence to notice parties re: same (.10) | 0.60<br>340.00/hr | NO CHARGE |
| 8/28/2009 - | PSB | Finalize and submit fee application orders | 0.50<br>330.00/hr | 165.00 |
| | SUBTOTAL: | | [    4.10 | 805.50] |

|  | | Hrs/Rate | Amount |
|---|---|---|---|

**Plan and Disclosure Statement**

| 8/3/2009 - | LLT | 0.80<br>340.00/hr | NO CHARGE |
|---|---|---|---|
| | Review issues re: substantive consolidation | | |
| - | PSB | 2.50<br>330.00/hr | 825.00 |
| | Correspondence with J. Pomerantz and R. Feinstein re: consolidation issues and review of the same (1.90); Receipt and review of plan comments (.60) | | |
| 8/4/2009 - | LLT | 0.10<br>340.00/hr | NO CHARGE |
| | Review status of plan negotiations | | |
| - | PSB | 0.90<br>330.00/hr | 297.00 |
| | Review of consolidation issues | | |
| 8/20/2009 - | LLT | 0.90<br>340.00/hr | 306.00 |
| | Review and revise most recent version of plan | | |
| - | LLT | 1.70<br>340.00/hr | 578.00 |
| | Review substantive consolidation analysis (.80); Review and revise draft solicitation procedures motion (.90) | | |
| - | PSB | 1.20<br>330.00/hr | NO CHARGE |
| | Correspondence with Pachulski re: plan issues (.50); Review issues related to same (.70) | | |
| 8/24/2009 - | LLT | 1.80<br>340.00/hr | 612.00 |
| | Review revised plan eliminating reserve concepts and other concepts (1.20); Review final documents as filed (.60) | | |
| 8/28/2009 - | LLT | 0.20<br>340.00/hr | 68.00 |
| | Correspondence from J. Cumar re: solicitation documents | | |

SUBTOTAL:                                          [      10.10          2,686.00]

**Relief from Stay**

| 8/12/2009 - | LLT | 0.30<br>340.00/hr | 102.00 |
|---|---|---|---|
| | Review amended motion for relief from stay re: Jefferson County lawsuit | | |

SUBTOTAL:                                          [        0.30            102.00]

For professional services rendered              48.40        $10,213.00

Additional Charges :

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 8/31/2009 - PSB | | 1 | | 138.11 |
| | Lexis/Research Charges | 138.11 | | |
| 9/16/2009 - PSB | | 1 | | 449.00 |
| | Outside Services: Bizport Charges | 449.00 | | |

| | | |
|---|---|---|
| SUBTOTAL: | | [    587.11] |
| Total costs | | $587.11 |
| Total amount of this bill | | $10,800.11 |
| Previous balance | | $26,461.16 |
| 10/14/2009 Payment - thank you | | ($3,933.98) |
| 10/14/2009 Payment - thank you | | ($12,210.66) |
| Total payments and adjustments | | ($16,144.64) |
| Balance due | | $21,116.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 14.20 | 340.00 | $4,828.00 |
| Lynn L. Tavenner | 1.50 | 0.00 | $0.00 |
| Paula S. Beran | 12.00 | 330.00 | $3,960.00 |
| Paula S. Beran | 5.70 | 0.00 | $0.00 |
| David L. Leadbeater | 15.00 | 95.00 | $1,425.00 |

# Tavenner & Beran, PLC

**20 North Eighth Street, Second Floor**
**Richmond, VA  23219**

**Invoice submitted to:**
Circuit City Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| December 11, 2009 | 10856 | 11/6/2009 |

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **Business Operations** | | | |
| 9/14/2009 - LLT | Review issues related to management incentive plan options (.60); Prepare for and attend hearing on motions filed by Federal Warranty Service Corp. (.70) | 1.30<br>340.00/hr | 442.00 |
| SUBTOTAL: | | [    1.30 | 442.00] |
| **Case Administration** | | | |
| 9/8/2009 - DLL | Docket and index | 2.50<br>95.00/hr | 237.50 |
| 9/15/2009 - PSB | Correspondence with Court re: telephonic appearance (.20); Correspondence with J. Pomerantz re: same (.20) | 0.40<br>330.00/hr | 132.00 |
| - DLL | Docket and index (1.70); File maintenance (.50) | 2.20<br>95.00/hr | 209.00 |
| 9/16/2009 - PSB | Correspondence with J. Pomerantz re: telephonic appearance | 0.30<br>330.00/hr | 99.00 |
| - DLL | Create hearing binder | 0.70<br>95.00/hr | 66.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/2009 - | LLT | | 0.20<br>340.00/hr | 68.00 |
| | | Receipt and review of creditor inquiry re: proposed distribution | | |
| - | PSB | | 3.10<br>330.00/hr | 1,023.00 |
| | | Review of numerous pleadings re: upcoming Omni | | |
| - | DLL | | 1.10<br>95.00/hr | 104.50 |
| | | Docket and index | | |
| 9/21/2009 - | PSB | | 2.90<br>330.00/hr | 957.00 |
| | | Review pleadings for Omni | | |
| 9/22/2009 - | PSB | | 3.40<br>330.00/hr | 1,122.00 |
| | | Prepare for and attend Omni | | |
| - | DLL | | 0.50<br>95.00/hr | 47.50 |
| | | Schedule J. Pomerantz train to D.C. | | |
| 9/30/2009 - | DLL | | 2.80<br>95.00/hr | 266.00 |
| | | Docket and index (1.50); Create hearing binder (1.30) | | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 20.10 | 4,332.00] |

Claims Administration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2009 - | LLT | | 0.60<br>340.00/hr | 204.00 |
| | | Review recently filed motion for temporary allowance of certain claims for voting | | |
| 9/14/2009 - | LLT | | 2.40<br>340.00/hr | 816.00 |
| | | Prepare for and attend hearing on various claims objections (1.20); Receipt and review of various responses to Omnibus objections to claims (1.20) | | |
| - | LLT | | 0.40<br>340.00/hr | 136.00 |
| | | Address issues re: PBGC claim and resolution | | |
| 9/16/2009 - | PSB | | 1.50<br>330.00/hr | 495.00 |
| | | Receipt and review of claims response and correspondence with S. Boehm and D. Foley re: same (.80); Correspondence with J. Pomerantz re: outstanding claim issues (.70) | | |
| 9/21/2009 - | LLT | | 0.80<br>340.00/hr | 272.00 |
| | | Review debtors additional omnibus objection to claims 40 through 47 | | |
| 9/22/2009 - | LLT | | 0.80<br>340.00/hr | 272.00 |
| | | Review Court's 503B9 opinion | | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2009 - | LLT | Review status of PTO claim objection and correspond with J. Pomerantz re: same | 1.30 340.00/hr | 442.00 |
| - | PSB | Review Court's opinion | 0.60 330.00/hr | NO CHARGE |
| 9/23/2009 - | LLT | Review various taxing authority responses to omnibus claim objections | 0.50 340.00/hr | 170.00 |
| 9/24/2009 - | LLT | Receipt and review of various responses to omnibus claims objections | 0.60 340.00/hr | 204.00 |
| 9/29/2009 - | LLT | Review Mitsubishi and Porter responses to claim objections | 0.60 340.00/hr | 204.00 |
| | SUBTOTAL: | | [    10.10 | 3,215.00] |

Fee/Employment Applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2009 - | DLL | Draft third interim fee application order (1.60); Draft third interim fee application (.50) | 2.10 95.00/hr | 199.50 |
| 9/9/2009 - | LLT | Correspondence from B. Danza re: Pachulski interim fee application | 0.20 340.00/hr | 68.00 |
| - | DLL | Draft fee application | 0.40 95.00/hr | 38.00 |
| 9/11/2009 - | PSB | Draft Fee Notice (1.0); Correspondence re: same (.50) | 1.50 330.00/hr | 495.00 |
| - | DLL | Draft fee application (1.50); Draft notice (1.20) | 2.70 95.00/hr | 256.50 |
| 9/14/2009 - | LLT | Draft and revise fee application for Tavenner & Beran (2.70); Revise and file fee application for Protiviti (.90); Draft and revise Omnibus notice for all committee professionals (.70) | 4.30 340.00/hr | NO CHARGE |
| - | PSB | Prepare and file fee applications and requisite notices | 6.10 330.00/hr | 2,013.00 |
| | SUBTOTAL: | | [    17.30 | 3,070.00] |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

### Litigation

| 9/26/2009 - | LLT | 0.90<br>340.00/hr | 306.00 |
|---|---|---|---|
| | Review Debtor's Reply Brief in Support of Defendant's Motion to Dismiss Complaint | | |

| | SUBTOTAL: | [    0.90 | 306.00] |
|---|---|---|---|

### Plan and Disclosure Statement

| 9/8/2009 - | PSB | 1.50<br>330.00/hr | 495.00 |
|---|---|---|---|
| | Review of plan/disclosure statement issues (1.0); Correspondence with J. Pomerantz re: plan/disclosure statement issues (.50) | | |
| 9/18/2009 - | LLT | 1.40<br>340.00/hr | 476.00 |
| | Review recent objections to disclosure statement | | |
| 9/21/2009 - | PSB | 1.20<br>330.00/hr | 396.00 |
| | Correspondence from D. Foley re: plan issues (.40); Correspondence with R. Feinstein and J. Pomerantz re: same (.80) | | |
| - | LLT | 2.60<br>340.00/hr | NO CHARGE |
| | Review objection to disclosure statement and issues related thereto (1.80); Review additional objections (.80) | | |
| - | PSB | 2.60<br>330.00/hr | 858.00 |
| | Prepare for and participate in committee call | | |
| - | PSB | 0.90<br>330.00/hr | 297.00 |
| | Correspondence with J. Pomerantz re: disclosure statement issues and related items | | |
| - | PSB | 1.90<br>330.00/hr | 627.00 |
| | Review objections | | |
| 9/22/2009 - | LLT | 1.60<br>340.00/hr | 544.00 |
| | Review debtors second motion for temporary allowance of PI claims for voting purposes (.40); Review response to disclosure statement objections filed by debtors (1.20) | | |
| - | PSB | 1.10<br>330.00/hr | 363.00 |
| | Review of disclosure statement order and related items (.50); Correspondence with J. Pomerantz re: same (.30); Correspondence with S. Boehm re: same (.30) | | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2009 - | LLT | | 0.10 | NO CHARGE |
| | | Correspondence J. Pomerantz re: plan update | 340.00/hr | |
| 9/24/2009 - | LLT | | 0.40 | 136.00 |
| | | Correspondence J. Kumar re: solicitation notices, review and endorsement of same | 340.00/hr | |
| | SUBTOTAL: | | [     15.30 | 4,192.00] |
| | For professional services rendered | | 65.00 | $15,557.00 |

Additional Charges :

|  |  |  | Qty/Price | Tax# | |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 9/30/2009 - | LLT | | 648 | | 129.60 |
| | | Photocopy costs - Docket | 0.20 | | |
| - | LLT | | 1 | | 103.84 |
| | | Pacer Costs | 103.84 | | |
| | SUBTOTAL: | | | [     233.44] | |
| | Total costs | | | | $233.44 |

| | |
|---|---|
| Total amount of this bill | $15,790.44 |
| Previous balance | $21,116.63 |
| 11/30/2009 Payment - thank you. Check No. 500460 | ($10,316.54) |
| 11/30/2009 Payment - thank you. Check No. 500484 | ($9,268.16) |
| Total payments and adjustments | ($19,584.70) |
| Balance due | $17,322.37 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 14.00 | 340.00 | $4,760.00 |
| Lynn L. Tavenner | 7.00 | 0.00 | $0.00 |
| Paula S. Beran | 28.40 | 330.00 | $9,372.00 |
| Paula S. Beran | 0.60 | 0.00 | $0.00 |

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| David L. Leadbeater | 15.00 | 95.00 | $1,425.00 |

# Tavenner & Beran, PLC

**20 North Eighth Street, Second Floor**
**Richmond, VA  23219**

Invoice submitted to:
Circuit City Committee

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| December 14, 2009 | 10858 | 12/11/2009 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 10/1/2009 - DLL | Create hearing binder | 0.30<br>95.00/hr | 28.50 |
| 10/5/2009 - DLL | Docket and index | 0.70<br>95.00/hr | 66.50 |
| - LLT | Review agenda for upcoming 10/7 hearing (.20); Correspondence from J. Pomerantz re: same (.10) | 0.30<br>340.00/hr | 102.00 |
| 10/6/2009 - DLL | Prepare hearing binder | 2.10<br>95.00/hr | 199.50 |
| - PSB | Review of issues re: Chase and seal (.70); Correspondence re: same (.50) | 1.20<br>330.00/hr | 396.00 |
| 10/7/2009 - PSB | Prepare for and attend Omni | 2.20<br>330.00/hr | 726.00 |
| 10/8/2009 - DLL | Docket and index | 0.90<br>95.00/hr | 85.50 |
| - LLT | Review motion to extend removal period | 0.20<br>340.00/hr | 68.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2009 - | LLT | Review agenda of matters for 10/15 hearing | 0.20<br>340.00/hr | 68.00 |
| 10/15/2009 - | PSB | Correspondence with Clerk's office re: telephonic appearance (.50); Correspondence with J. Pomerantz re: same (.50) | 1.00<br>330.00/hr | 330.00 |
| - | LLT | Prepare for and attend Omni hearing on contested and continued matters | 1.20<br>340.00/hr | 408.00 |
| 10/19/2009 - | DLL | File maintenance (.70); Docket and index (1.50) | 2.20<br>95.00/hr | 209.00 |
| 10/26/2009 - | DLL | Create hearing binder | 1.00<br>95.00/hr | 95.00 |
| 10/27/2009 - | DLL | Docket and index | 1.30<br>95.00/hr | 123.50 |
| 10/29/2009 - | DLL | Docket and index | 1.60<br>95.00/hr | 152.00 |
| 10/30/2009 - | LLT | Review notice of agenda for 11/3 hearing | 0.20<br>340.00/hr | 68.00 |
| | SUBTOTAL: | | [    16.60 | 3,125.50] |

Claims Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2009 - | LLT | Review motion for approval of PPGC compromise (.70); Review various responses to claim objections re: pension plan and 401K issues (.30) | 1.00<br>340.00/hr | 340.00 |
| 10/7/2009 - | LLT | Review Toshiba response to Omnibus objection (.30); Review Microsoft response to Omnibus objection (.20) | 0.50<br>340.00/hr | 170.00 |
| 10/9/2009 - | LLT | Review orders on claims objections of equity holders, deferred compensation and short-term incentive plan | 0.20<br>340.00/hr | 68.00 |
| 10/14/2009 - | PSB | Review of 503(b)(9) pleadings and related issues | 1.70<br>330.00/hr | 561.00 |
| 10/15/2009 - | LLT | Prepare for and attend hearings on various Omnibus claim objections | 0.90<br>340.00/hr | 306.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/27/2009 - | LLT | 0.80 | NO CHARGE |
| | Review various responses to claim objections | 340.00/hr | |
| 10/29/2009 - | PSB | 2.10 | 693.00 |
| | Review numerous claim responses | 330.00/hr | |
| | SUBTOTAL: | [ 7.20 | 2,138.00] |

Fee/Employment Applications

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/7/2009 - | PSB | 1.10 | 363.00 |
| | Prepare for and attend fee application hearing | 330.00/hr | |
| 10/14/2009 - | PSB | 0.50 | 165.00 |
| | Revise orders | 330.00/hr | |
| 10/16/2009 - | LLT | 0.20 | NO CHARGE |
| | Review various entered orders approving reimbursement of fees and expenses of other estate professionals | 340.00/hr | |
| 10/23/2009 - | PSB | 0.30 | 99.00 |
| | Correspondence with PSJZ re: orders | 330.00/hr | |
| 10/29/2009 - | PSB | 1.00 | 330.00 |
| | Finalization of fee orders (.50); Correspondence with UST re: fee orders (.50) | 330.00/hr | |
| | SUBTOTAL: | [ 3.10 | 957.00] |

Plan and Disclosure Statement

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2009 - | LLT | 0.90 | 306.00 |
| | Review various objections and issues related to confirmation | 340.00/hr | |
| 10/2/2009 - | PSB | 0.90 | NO CHARGE |
| | Review confirmation issues | 330.00/hr | |
| 10/5/2009 - | LLT | 0.20 | 68.00 |
| | Review objection to confirmation of plan filed by Douglas County | 340.00/hr | |
| 10/7/2009 - | LLT | 0.30 | 102.00 |
| | Review objection filed by Texas Comptroller | 340.00/hr | |
| | SUBTOTAL: | [ 2.30 | 476.00] |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 29.20 | $6,696.50 |

Additional Charges :

|  | Qty/Price | Tax# |  |
|---|---|---|---|
| **Case Administration** |  |  |  |
| 10/30/2009 -  LLT | 92 |  | 18.40 |
| Photocopy costs- Hearing Binder | 0.20 |  |  |
| 10/31/2009 -  LLT | 1 |  | 40.80 |
| Pacer Costs | 40.80 |  |  |
| SUBTOTAL: |  | [ | 59.20] |
| Total costs |  |  | $59.20 |
| Total amount of this bill |  |  | $6,755.70 |
| Previous balance |  |  | $17,322.37 |
| Balance due |  |  | $24,078.07 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 6.10 | 340.00 | $2,074.00 |
| Lynn L. Tavenner | 1.00 | 0.00 | $0.00 |
| Paula S. Beran | 11.10 | 330.00 | $3,663.00 |
| Paula S. Beran | 0.90 | 0.00 | $0.00 |
| David L. Leadbeater | 10.10 | 95.00 | $959.50 |

**EXHIBIT B**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  Circuit City Stores, Inc, et al., Case No. 08-35653-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

|  | Interim Period August 1, 2009 through October 31, 2009 | |
| --- | --- | --- |
| **Categories** | **Hours** | **Amount** |
| Asset Disposition | 0.50 | $170.00 |
| Business Operations | 6.80 | $1,666.00 |
| Case Administration | 57.40 | $11,153.00 |
| Claims Administration | 24.40 | $6,883.00 |
| Fee/Employment Applications and Objections | 24.50 | $4,832.50 |
| Litigation | 0.90 | $306.00 |
| Plan and Disclosure | 27.70 | $7,354.00 |
| Relief From Stay | 0.30 | $102.00 |
| TOTAL HOURS | 142.50 | |
| TOTAL FEES | | $32,466.50 |

| Month | Fees | Fees Paid | Expenses | Expenses Paid | Total Outstanding |
| --- | --- | --- | --- | --- | --- |
| August | $10,213.00 | $8,681.07 | $587.11 | $587.11 | $1,531.93 |
| September | $15,557.00 | $0.00 | $233.44 | $0.00 | $15,790.44 |
| October | $6,696.50 | $0.00 | $59.20 | $0.00 | $6,755.70 |
| Total | $32,466.50 | $8,681.07 | $879.75 | $587.11 | $24,078.07 |

EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[6] | **:** Case No. 08-35653-KRH |
| | **:** (Jointly Administered) |
| Debtors. | **:** |
| | **:** |
| | **:** |

## ORDER ALLOWING INTERIM
## <u>COMPENSATION AND EXPENSE REIMBURSEMENT</u>
### (Tavenner & Beran, PLC)

This matter came before the Court upon the Fourth Interim Application Of Tavenner &

Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel

To The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner &

Beran, PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran

provided proper notice of the Application to all necessary parties; (ii) no objections to the

---

[6]   The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA 23219 |
| Los Angeles, CA 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |
| | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

Application have been filed; and (iii) the request for compensation and reimbursement of

expenses as allowed herein is reasonable, it is hereby ORDERED that:

    1.       The Application is hereby approved;

    2.       The request for compensation in the amount of $32,466.50 and reimbursement of

expenses in the amount of $879.75 by Tavenner & Beran be and hereby are allowed; and,

    3.       The Debtors are authorized and directed to pay to Tavenner & Beran the amount

of compensation and reimbursement of expenses allowed herein as an administrative expense.

    4.       Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.


ENTER:                    _____

                               UNITED STATES BANKRUPTCY JUDGE


We ask for this:


_____

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

       Co-Counsel for the Official
       Committee of Unsecured Creditors


Seen and No Objection:


_____

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

       Assistant United States Trustee

**LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Co-Counsel