IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
DEC 1 4 2009
CLERK
U.S. BANKRUPTCY COURT

In Re:                                              )    CHAPTER 11
                                                    )
CIRCUIT CITY STORES, INC., et al.,                  )    CASE NO. 08-35653 (KRH)
                                                    )
            Debtors.                                )    **RESPONSE OF MARK STEWART,**
                                                    )    **CLAIM NUMBER 9295 TO NOTICE OF**
                                                    )    **DEBTORS' OBJECTION TO CLAIM**
                                                    )    **AND REQUEST FOR HEARING**

1.  The claimant's name is set forth as above Mark Stewart and his claim number. The claimant may be addressed to the offices of his attorney, which is set forth herein. The claimant's address is 6547 Big Creek Parkway, Parma Heights, Ohio 44130. The amount of claim is based upon the facts set forth in the claim, which are as set forth in the proof, a wrongful discharge to award winning employee with the attached documents of the letter to Circuit City employer, letter to Circuit City Stores, Inc., and the letter of Circuit City lawyer, and Circuit City payroll. His lost earnings and his credit has probably been adversely effected. The debtor failed to produce the employee records as requested.

2.  This creditor has personal knowledge of the relevant facts, which should cause the bankruptcy court to overrule the objection which it hereby is respectfully requested to do.

3.  This creditor attaches his affidavit as to the truth of these facts in support of this response.

_____
MORRIS LEVIN 0023700
**MORRIS LEVIN CO., L.P.A.**
55 Public Square, Suite 940
Cleveland, Ohio 44113-1998
(216) 781-5236
(216) 696-8133 - Facsimile
mlevin5236@sbcgobal.net - Email Address
Attorney for Creditor Mark Stewart

<u>Proof of Service</u>

A copy of this response is being mailed by U.S. Mail, this 8th day of December, 2009 to the debtors' attorneys:

Attention: Gregg M. Galardi
Attention: Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Attention: Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Attention: Dion W. Hayes
Attention: Douglas M. Foley
McGuirewood LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

_____
MORRIS LEVIN 0023700

STATE OF OHIO            :
                         :
                         : SS:    **AFFIDAVIT**
CUYAHOGA COUNTY          :

Mark Stewart being first duly sworn deposes and says that he is the claimant and that the statements and allegations made in the foregoing response are within his personal knowledge and are true.

_____
Mark Stewart

Sworn to before me and subscribed in my presence this 8th day of December 2009.

_____
Notary Public

KAREN A. MAHMET
Notary Public, State of Ohio
My Commission Expires: ~~9-11-2007~~
11-04-2012



# MORRIS LEVIN CO., L.P.A.
A LEGAL PROFESSIONAL ASSOCIATION

55 Public Square, Suite 940 • Cleveland, Ohio 44113-1998
Telephone: (216) 781-5233 • Toll Free: 1-800-588-6190 • Facsimile: (216) 696-8133
Email: mlevin5236@sbcglobal.net

| Morris Levin | (216) 781-5236 | *of counsel:* Laurence A. Friedman (216) 781-5232 |
| Daniel J. Levin | (216) 781-5233 | |

December 8, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

Re: **Circuit City Stores, Inc., et al.**
Chapter 11 Case No.: 08-35653 (KRH)

Dear Clerk of the Bankruptcy Court, United States Bankruptcy Court:

Enclosed for filing is Response of Mark Stewart, Claim Number 9295 to Notice of Debtors' Objection to Claim and Request for Hearing.

Also, please time-stamp the enclosed copy of the Response of Mark Stewart, Claim Number 9295 to Notice of Debtors' Objection to Claim and Request for Hearing and return to us in the self-addressed stamped envelope, which also is enclosed.

Thank you for your assistance.

Cordially,

MORRIS LEVIN CO., L.P.A.

Morris Levin

ML:kam
Enclosures
cc: Attention: Gregg M. Galardi, Attention: Ian S. Fredericks, Skadden, Arps, Slate, Meagher & Flom, LLP - by U.S. Mail
Attention: Chris L. Dickerson, Skadden, Arps, Slate, Meagher & Flom, LLP- By U.S. Mail
Attention: Dion W. Hayes, Attention: Douglas M. Foley, McGuirewood LLP- By U.S. Mail
Mr. Mark Stewart- By U.S. Mail