December 12, 2009

Response and Information regarding the Hearing of the Objection



1) Name of Bankruptcy Court: United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
Clerk of the Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA  23219

2) Name of Debtors:   Circuit City Stores, Inc., et al

3) Case Number:  08-35653 – KRH
Chapter 11

4) Title of the Objection:  Seeks to Disallow Claim

5) Claimant Name:  Patricia Johnson
2680 Bellhurst Dr.
Dunedin, FL  34698
727-736-2839

6) Claim Number:  13035

7) Amount claimed as filed:  $799.99

Reason to overrule objection:

I, Patricia Johnson, object to the disallowing of my claim in the amount of $799.99 for
the installation of a home theater system purchased from Circuit City Stores (see attached
documentation) which was to be installed by their FireDog service. The installation was
never performed by the FireDog service.  We contacted Circuit City (see attached
emails) and we were told we would receive a refund which we never received.  We
needed to get our home theater installed so we had another service, High Definition
Solutions, install it for $542.00 on 1/31/09 (see attached receipt).

My husband, Gary Johnson, has personal knowledge of this claim since he initially
contacted Circuit City regarding our refund.
Gary Johnson
2680 Bellhurst Dr.
Dunedin, FL
727-736-2839

Notice Address:  Patricia Johnson
2680 Bellhurst Dr.
Dunedin, FL  34698
727-736-2839

Authority of Reconcile: Gary Johnson
2680 Bellhurst Dr.
Dunedin, FL  34698
727-736-2839

**Johnson, Patricia D. (Local Prod)**

| | |
|---|---|
| **From:** | Gary.Johnson@myClearwater.com |
| **Sent:** | Wednesday, February 11, 2009 6:32 PM |
| **To:** | customer_care@circuitcity.com |
| **Cc:** | Johnson, Patricia D. (Local Prod) |
| **Subject:** | RE: fire dog service [#2958636] |

Hello Circuit City Customer Care.  Please advise regarding the confirmation request in the e-mail below from last Thursday, February 5th, 2009 for the referenced fire dog service (#2958636) or lack thereof.  We would like to know the amount of the refund check and when it will be sent.

Thank you very much for you assistance with this unfortunate situation!

Sincerely,

Gary A. Johnson


-----Original Message-----
From: Gary.Johnson@myClearwater.com
[mailto:Gary.Johnson@myClearwater.com]
Sent: Thursday, February 05, 2009 1:05 PM
To: customer_care@circuitcity.com
Cc: Johnson, Patricia D. (Local Prod)
Subject: RE: fire dog service [#2958636]

Hello Steven - as a follow up to this e-mail I was wondering how much the check will be for and when it will be sent?

Thanks again for all of your assistance!

Gary


-----Original Message-----
From: Johnson, Gary
Sent: Thursday, January 29, 2009 9:59 AM
To: 'customer_care@circuitcity.com'
Cc: 'patricia.johnson@nielsen.com'
Subject: Re: fire dog service [#2958636]


Outstanding news, Steven!

Please send the check to 2680 Bellhurst Drive, Dunedin, Florida, 34698.

Thank you very much!.


Gary A. Johnson, C.G.C.

Public Services Director
City of Clearwater
(727) 562-4780
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Circuit City Customer Care <customer_care@circuitcity.com>
To: Johnson, Gary
Sent: Thu Jan 29 09:48:51 2009
Subject: Re: fire dog service [#2958636]

Dear Gary Johnson:

Thank you for writing to circuitcity.com <http://www.circuitcity.com/> with your inquiry

I apologize for any inconvenience that you may have experienced. Please provide your current home mailing address for a refund check for this unused installation as soon as possible.

Thank you for giving us this chance to assist you. Feel free to contact us in the future with other questions you may have. We're here to help!

Sincerely,


Steven H
Customer Support Coordinator
Case # 2958636


--Original Message--
From: Gary.Johnson@myClearwater.com
Date: 1/28/2009 12:48:33 PM
To: customer_care@circuitcity.com
Cc: patricia.johnson@nielsen.com
Subject: Re: fire dog service [#2958636]

I did that on 01-26 and Joey advised that he had to get approval from Rick the Liquidation Manager in Richmond. No one from the store has called since then.

Thanks again for your assistance. I remain obtamistic that we can work this out!


Gary A. Johnson, C.G.C.
Public Services Director
City of Clearwater
(727) 562-4780
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Circuit City Customer Care
To: Johnson, Gary
Sent: Wed Jan 28 12:31:01 2009
Subject: Re: fire dog service [#2958636]

Dear Valued Customer:

Thank you for writing to circuitcity.com with your inquiry. I would recommend that you contact the local Circuit City store manager for further assistance regarding this matter.

I apologize for any inconvenience that you may have experienced.

Thank you for giving us this chance to assist you. Feel free to contact us in the future with other questions you may have. We're here to help!

Sincerely,


Niesha Brown
Customer Support Coordinator
Case # 2958636


--Original Message--
From: Gary.Johnson@myClearwater.com
Date: 1/28/2009 12:17:12 PM
To: customer_care@circuitcity.com
Cc: patricia.johnson@nielsen.com
Subject: Re: fire dog service [#2958636]

Your records are inaccurate.

The service was never performed.

Brent at store number 00891 confirmed this fact two days ago on January 26.

Please recheck your data.

Sincerely


Gary A. Johnson, C.G.C.
Public Services Director
City of Clearwater
(727) 562-4780
-------------------------
Sent from my BlackBerry Wireless Handheld

3

-----Original Message-----
From: Circuit City Customer Care
To: Johnson, Gary
Sent: Wed Jan 28 11:45:19 2009
Subject: RE: fire dog service [#2958636]

Dear Valued Customer:

Thank you for writing to circuitcity.com with your inquiry. I have researched and found out that our records indicate that the service has been performed on 9/22/2008. I would recommend that you visit the local Circuit City store in which your purchase was made for further assistance.

I apologize for any inconvenience that you may have experienced.

Thank you for giving us this chance to assist you. Feel free to contact us in the future with other questions you may have. We're here to help!

Sincerely,


Niesha Brown
Customer Support Coordinator
Case # 2958636


--Original Message--
From: Gary.Johnson@myClearwater.com
Date: 1/28/2009 11:03:17 AM
To: customer_care@circuitcity.com
Cc: patricia.johnson@nielsen.com
Subject: RE: fire dog service [#2958636]


Thank you for the prompt response. There are many numbers on the receipt so I will include all of them. The Store Number is #00891, the Transaction # is 0797, the Customer # is 318560054, the Cashier # is 10365390, the Bar Code # is 00891024079720070922 and the date is 09/22/07. The people we spoke with at the store in December told us not to worry about the date as there was no expiration date on the Firedog service.

We appreciate any assistance you can provide.

Sincerely,

Gary Johnson

-----Original Message-----
From: Circuit City Customer Care [mailto:customer_care@circuitcity.com]
Sent: Wednesday, January 28, 2009 10:27 AM
To: Johnson, Gary

4

Subject: RE: fire dog service [#2958636]

Dear Valued Customer:

Thank you for writing to circuitcity.com with your inquiry. If you could please provide me with the ticket number, I would be glad to research your issue further. I apologize for any inconvenience that you may have experienced.

I would appreciate a chance to assist you. Feel free to contact us again. Thank you for your interest in Circuit City.

Sincerely,


Niesha Brown
Customer Support Coordinator
Case # 2958636


--Original Message--
From: Gary.Johnson@myClearwater.com
Date: 1/27/2009 4:04:11 PM
To: customer_care@circuitcity.com
Cc: patricia.johnson@nielsen.com
Subject: RE: fire dog service [#2958636]


Thank you for the response, Ms. Baker.

Your reply states that you have already refunded all installation orders but we never received a refund.

I've copied my wife as the original order is in her name.

My wife visited the store after the holidays and was told they would install the system when we called for an appointment. When we recently tried to make an appointment we could not get through on the phone or the website.

I visited the store yesterday and Brent confirmed that the installation never occurred.

We spent $799.99 plus tax for the Firedog Premium Wall Mount Package and we either want the TV and sound system installed or a refund so we can pay someone else to install the system.

Sincerely,

Gary

-----Original Message-----
From: Circuit City Customer Care [mailto:customer_care@circuitcity.com]
Sent: Tuesday, January 27, 2009 10:08 AM
To: Johnson, Gary

Subject: Re: fire dog service [#2958636]


Dear Gary Johnson:

Thank you for writing to circuitcity.com with your inquiry about your installation. I have researched your question and found out we have already refunded all installations orders.

I apologize for any inconvenience that you may have experienced.

Thank you for giving us this chance to assist you. Feel free to contact us in the future with other questions you may have. We're here to help!

Sincerely,


Williamenia Baker
Customer Support Coordinator
Case # 2958636


--Original Message--
From: Gary.Johnson@myClearwater.com
Date: 1/26/2009 11:30:00 AM
To: customer_care@circuitcity.com
Subject: fire dog service

I purchased a 52" TV and home entertainment center from the Circuit City in Clearwater, Florida. I just tried to schedule Fire Dog for the install and cannot get through on the phone or internet. If they are out of business how do I get a refund for this service that was never performed?

Thank you

Gary Johnson

*Justin*
*Charles*



**Just what I needed.™**

Circuit City Store, Inc.
Store 00891
24244 HIGHWAY 19 NORTH
CLEARWATER, FL 3376?
(727) 726-289?

726 2899

09/22/2007                    5:50:32 PM
Trans.: 0797              Store: 00891
Req.: 024                    Till:024
Cashier: 10365390          Sales: 5390
Customer: 318560054

——————— SALE ———————



0089102407972 00070922

| | | |
|---|---|---|
| HDMI CABLE | 49.99 T | |
| CBHU4HDMI | 1 @ 49.99 C | |
| | | |
| 12 FT SUBWOOFER CABL | 44.99 T | |
| MOCMB300SW12 | 1 @ 44.99 C | |
| | | |
| 50" PLASMA HDTV (136 | 1,299.99 T | |
| LG 50PC5D | 1 @ 1,299.99 C | |
| warranty Protection Plan | 499.99 | |
| | | |
| ...TER XP 100 FT MINI S | 49.99 T | |
| MOCXPMS100 | 1 @ 49.99 C | |
| | | |
| ...STER XP 100 FT MINI S | 49.99 T | |
| MOCXPMS100 | 1 @ 49.99 C | |
| | | |
| 30" PREMIUM WALL MO | 799.99 T | |
| SDHPREMWALL30UP | 1 @ 799.99 C | |
| | | |
| HTIB, 7.1CH RECEIVE | 599.99 T | |
| CWPHTSR800 | 1 @ 599.99 C | |
| | | |
| FLG... | 149.99 T | |
| ...INSTAL | 1 @ 149.99 C | |

*FIRE DOG*
*PREMIUM WALL MOUNT*
*HOME THEATER INSTALLATION*
*$ 799. 99*



| | | |
|---|---|---|
| Opening/Closing Date: | 09/22/07 - 10/04/07 | |
| Payment Due Date: | 10/29/2007 | |
| Minimum Payment Due: | $90.00 | |

**CUSTOMER SERVICE**
In U.S.        1-866-522-7587
Español      1-866-522-7587
TDD          1-800-828-1140
Pay by phone 1-866-522-7587

**ACCOUNT INQUIRIES**
P.O. Box 15678
Wilmington, DE 19885-5678

## VISA ACCOUNT SUMMARY

Account Number: ⬛⬛⬛⬛9116

| | | | | |
|---|---|---|---|---|
| Previous Balance | $0.00 | Credit Line | $8,000 | |
| Purchases, Debits | +$3,571.06 | Available Credit | $4,428 | |
| New Balance | $3,571.06 | Available for Cash Advance | $4,000 | |
| | | (Included in available credit amount) | | |

**PAYMENT ADDRESS**
PO Box 15291
Wilmington, DE 19886-5291

**VISIT US AT:**
www.cardaccountservice.com
/circuitcity

Please see enclosed (Privacy Policy and Change in Terms notice) for important information about your account.

## REWARDS POINTS SUMMARY

| | |
|---|---|
| Your Circuit City Rewards ID Number | 70062726222 |
| Rewards Points you have earned through 10/04/2007 | 16725 |
| Total Rewards Points available for redemption | 0 |
| Rewards Points pending in your account | 16725 |

Redeem your rewards points today and use your Rewards Certificates towards your next purchase at Circuit City. For every 500 points you earn, you'll receive a $5 Rewards Certificate. Just visit circuitcityrewards.com anytime to check your point balance and redeem for Rewards Certificates.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 09/22 | 0891049950830000000000 | CIRCUIT CITY PURCHASE | | $3,571.06 |
| | | 132 VIDEO CABLES AND ACC | | |
| | | 272 AUDIO CABLES AND ACC | | |
| | | 126 PLASMA TV | | |
| | | 193 FLAT PANEL INSTALLATION | | |
| | | 128 HTIB | | |
| | | 127 TV MOUNTS | | |

## FINANCE CHARGE SUMMARY

| Balance Type | Average Daily Balance | Daily Periodic Rate 30 Days in Cycle | Corresponding Annual Percentage Rate | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|
| Purchases A | $0.00 | 0.04723% | 17.24% | $0.00 |
| Purchases C | $0.00 | 0.06436% | 23.49% | $0.00 |

**Effective Annual Percentage Rate (APR):**        **0.00%**

Please see Explanation of Finance Charge section for balance computation method, grace period, and other important information.

The Corresponding Annual Percentage Rate is the rate of interest you pay when you carry a balance on any balance type.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Let Circuit City be your one-stop destination for all your home
entertainment needs. With the latest in Hi Def TVs, you'll love
our selection and value ...and as always you have 3 Ways to Buy: shop 24/7 at
circuitcity.com, in-store at one of over 600 locations, or call at 800-593-4391.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

| Name of Debtor:   CIRCUIT CITY STORES, INC. | Case Number: 08-35653-KRH |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
PATRICIA JOHNSON
2680 BELLHURST DR.
DUNEDIN. FL 34678
Telephone number:
727-736-2839

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ 799.99
Seven-hundred ninety-nine and 99/100
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: PURCHASED HOME THEATER INSTALLATION
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 9116
CHASE CREDIT CARD
3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 5-7-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Patricia D Johnson* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/08) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Patricia D. Johnson
2680 Bellhurst Dr
Dunedin, FL 34698

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD ST., SUITE 4000
RICHMOND, VA

23219

High Definition Solutions
1621 Paloma Lane
Dunedin, FL 34698
727.773.5405

**Invoice: 104**
**Date: 01/31/09**

To:  **Gary Johnson**
     **2680Bellhurst Dr**
     **Dunedin, FL 34698**

**1- Premium ON-Wall Installation**          **$500**

          **Total Due**          **$500.00**

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
                 Debtors.    :   Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS);
AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the
"Debtors") filed their Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (i) No Liability (Legal Claims); (ii)
No Liability (Miscellaneous Claims); and (iii) No Liability
(Subcontractor Claims)) (the "Objection") with the Bankruptcy
Court.  A copy of the Objection is attached to this notice (this
"Notice") as Exhibit 1.  By the Omnibus Objection, the Debtors
are seeking to disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus
Objection Procedures and Approving the Form and Manner of the

Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO | Claim Number | Amount Claimed as Filed |
|---|---|---|
| Patricia Johnson<br>2680 Bell Hurst Dr<br>Dunedin, FL 34698<br>USA | 13035 | $799.99 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M.(EASTERN) ON DECEMBER 14, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

## Critical Information for Claimants
## Choosing to File a Response to the Objection

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the

2

Objection with the Debtors before the deadline to respond, then
you must file and serve a written response (the "Response") to
the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection,
then you do not need to file a written Response to the Objection
and you do not need to appear at the hearing.

Response Deadline:   The Response Deadline is **4:00 p.m.
(Eastern Time) on December 14, 2009 (the "Response Deadline")**.

THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF
YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE
DEADLINE.

Your Response will be deemed timely filed only if the
Response is **actually received** on or before the Response Deadline
by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street - Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy
of the Response is actually received on or before the Response
Deadline by the Debtors' attorneys:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER | MCGUIREWOODS LLP |
| & FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, VA 23219 |
| Wilmington, DE 19899-0636 | Attn: Dion W. Hayes |
| Attn: Gregg M. Galardi | Attn: Douglas M. Foley |
| Attn: Ian S. Fredericks | |

- and -

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:  Chris L. Dickerson

3

The status hearing on the Objection will be held at **10:00 a.m. (Eastern) on December 21, 2009 at:**

> United States Bankruptcy Court
> 701 East Broad Street - Courtroom 5100
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do not need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.   the claimant's name and an explanation for the amount of the Claim;

c.   a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.   a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not

4

attach such lease if the claimant indicates its
willingness to provide such documentation upon
request;

e. a declaration of a person with personal knowledge
of the relevant facts that support the Response;
and

f. the claimant's address, telephone number and
facsimile number and/or the name, address,
telephone number and facsimile number of the
claimant's attorney and/or designated
representative to whom the attorneys for the
Debtors should serve a reply to the Response, if
any (collectively, the "Notice Address"). If a
Response contains Notice Address that is
different from the name and/or address listed on
the Claim, the Notice Address will control and
will become the service address for future
service of papers with respect to all of the
claimant's Claims listed in the Objection
(including all Claims to be disallowed) and only
for those Claims in the Objection.

g. To the extent such person differs from the person
identified pursuant to subjection e, above, the
name, address, telephone number, facsimile
number, and electronic mail address of the
representative of the claimant (which
representative may be the claimant's counsel)
party with authority to reconcile, settle or
otherwise resolve the Objection on the claimant's
behalf (collectively, the "Additional
Addresses"). Unless the Additional Addresses are
the same as the Notice Addresses, the Additional
Address will not become the service address for
future service of papers.

**Additional Information**. To facilitate a resolution of the
Objection, your Response should also include the name, address,
telephone number and facsimile number of the party with
authority to reconcile, settle or otherwise resolve the
Objection on the claimant's behalf. Unless the Additional
Addresses are the same as the Notice Addresses, the Additional
Addresses will not become the service address for future service
of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Debtors will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**.  Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of the Debtors at <u>www.kccllc.net/circuitcity</u>.

   **Reservation of Rights.**   Nothing in this Notice or the
Objection constitutes a waiver of the Debtors' right to assert
any claims, counterclaims, rights of offset or recoupment,
preference actions, fraudulent-transfer actions or any other
claims against you by the Debtors.  Unless the Bankruptcy Court
allows your Claims or specifically orders otherwise, the Debtors
have the right to object on any grounds to the Claims (or to any
other Claims or causes of action you may have filed or that have
been scheduled by the Debtors) at a later date on any grounds or
bases.  In such event, you will receive a separate notice of any
such objections.

Dated: November 20, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                     - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Chris L. Dickerson, Esq.
                                155 North Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                     - and -

                                MCGUIREWOODS LLP

                                /s/ Douglas M. Foley          .
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

\10197688



CASE NO: 08-35653

PRF 22406

PATRICIA JOHNSON
2680 BELL HURST DR
DUNEDIN, FL 34698
USA

SVC: 3
PACK NO: 40