<u>Exhibit E-1</u>



**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

September 8, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91176604

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                 $113,658.04
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:               $240,742.00
     Current Disbursements:        $6,123.19
     **Current Invoice Total:**                      $246,865.19

Total Balance Due:                                   $360,523.23

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

September 8, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 08/31/09

INVOICE NO.  91176604                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.             2055557-0010
    Circuit City Contact     Michelle Mosier
    McGuireWoods Contact     Douglas M. Foley

| | | |
|---|---|---|
| 08/03/09 | Multiple telephone conferences and e-mails with parties regarding bankruptcy cases and related issues and review and analyze bankruptcy cases, pleadings, orders, notices and related issues<br>Daniel F. Blanks    1.50 hours at  375.00 per hour. | $562.50 |
| 08/03/09 | Review and organize requests for garnishments, subpoenas, etc.<br>Linda J. Neilson    1.70 hours at  185.00 per hour. | $314.50 |
| 08/03/09 | Monitor creditor hotline and respond as appropriate<br>Karen B. Cain    .30 hours at  195.00 per hour. | $58.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. 91176604                          September 8, 2009

08/04/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues and review material, documents,
         pleadings and other items regarding same (.9);
         multiple telephone conferences with debtors'
         professionals, in-house parties and clerk's
         office regarding orders, omnibus hearings and
         other related issues (1.6)
         Daniel F. Blanks   2.50 hours at  375.00 per hour.          $937.50

08/04/09 Review, organize and prepare responses to
         requests for garnishments, subpoenas, etc.
         Linda J. Neilson   4.60 hours at  185.00 per hour.          $851.00

08/05/09 E-mails and telephone conferences with parties
         regarding case and related issues (.5); e-mails
         with clerk's office and chambers regarding
         orders and related issues (.4)
         Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

08/05/09 Review, organize and prepare responses to
         requests for garnishments, subpoenas, etc.
         Linda J. Neilson   2.80 hours at  185.00 per hour.          $518.00

08/06/09 Review and prepare responses to requests for
         garnishments, subpoenas, etc.
         Linda J. Neilson   5.10 hours at  185.00 per hour.          $943.50

08/07/09 Review and prepare responses to requests for
         garnishments, subpoenas, etc.
         Linda J. Neilson   2.80 hours at  185.00 per hour.          $518.00

08/10/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues and research issues regarding same
         (1.5); e-mails with debtors' professionals and
         others regarding orders and related issues (.6)
         Daniel F. Blanks   2.10 hours at  375.00 per hour.          $787.50

08/11/09 E-mails and telephone conferences with parties
         regarding bankruptcy cases and related issues
         and analyze issues regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

08/11/09  Prepare letter to appeals court law clerk
          regarding original signature of opposing
          counsel to agreed order of dismissal (.3);
          telephone conference with B. Stark regarding
          court letter and dismissal order (.4); status
          e-mail to professionals regarding order entry
          (.2)
          Karen B. Cain     .90 hours at  195.00 per hour.          $175.50

08/12/09  Multiple telephone conferences with creditors
          and parties in interest regarding bankruptcy
          cases and related issues
          Daniel F. Blanks    1.70 hours at  375.00 per hour.       $637.50

08/12/09  Review requests for garnishments, subpoenas,
          etc. and prepare responses
          Linda J. Neilson    2.70 hours at  185.00 per hour.       $499.50

08/13/09  Review and revise 8/18/2009 hearing agenda
          (1.1); review requests for garnishments,
          subpoenas, etc. and prepare responses (4.7)
          Linda J. Neilson    5.80 hours at  185.00 per hour.     $1,073.00

08/14/09  Review and finalize agenda for matters on 8/18
          and begin review of claims objection responses
          regarding same
          Douglas M. Foley    1.10 hours at  550.00 per hour.       $605.00

08/14/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy cases and related
          issues
          Daniel F. Blanks     .80 hours at  375.00 per hour.       $300.00

08/14/09  Review and revise 8/18/09 hearing agenda for
          filing
          Linda J. Neilson     .30 hours at  185.00 per hour.        $55.50

08/14/09  Review and confirm content of omnibus agenda
          exhibits (.4); e-mail status of exhibit to
          professionals (.2)
          Karen B. Cain     .60 hours at  195.00 per hour.          $117.00

08/18/09  Review docket and prepare chart of items set
          for hearing on 8/27/09 and circulate (1.8);
          review requests and prepare responses to
          garnishments, subpoenas, etc.  (2.4)
          Linda J. Neilson    4.20 hours at  185.00 per hour.       $777.00

Circuit City Stores Inc
File Number: 2055557                                    Page   4
Invoice No. 91176604                                    September 8, 2009

08/19/09 Begin review of agenda for 8/27 matters and
         e-mails with debtors professionals, opposing
         counsel, and client regarding same
         Douglas M. Foley   .60 hours at  550.00 per hour.        $330.00

08/19/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues and review material regarding same
         Daniel F. Blanks   1.50 hours at  375.00 per hour.       $562.50

08/19/09 Prepare notice for additional omnibus hearing
         dates
         Linda J. Neilson   .30 hours at  185.00 per hour.         $55.50

08/20/09 Multiple e-mails and telephone conferences
         regarding bankruptcy case and other issues and
         analyze issues regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.       $450.00

08/21/09 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues (.6); e-mails and telephone conferences
         with clerk's office regarding entry of orders
         and related issues (.5)
         Daniel F. Blanks   1.10 hours at  375.00 per hour.       $412.50

08/24/09 Review and revise agenda for omnibus hearing on
         8/27 and e-mails and telephone conferences with
         client and debtors professionals regarding same
         and begin review of pleadings for contested
         matters
         Douglas M. Foley   1.30 hours at  550.00 per hour.       $715.00

08/24/09 Draft and file notice of additional omnibus
         hearing dates and e-mails with debtors'
         professionals and KCC regarding same
         Daniel F. Blanks   .80 hours at  375.00 per hour.        $300.00

08/24/09 Monitor creditor hotline (.2); chart telephone
         calls and issues to be resolved (1.9)
         Nancy S. von Bargen   2.10 hours at  220.00 per hour.    $462.00

08/24/09 Prepare documents for 8/27/09 omnibus hearing
         Linda J. Neilson   6.10 hours at  185.00 per hour.     $1,128.50

08/25/09 Review, update and finalize agenda and e-mails
         and telephone calls with client, opposing
         counsel and debtors counsel regarding same and
         begin review and preparation for hearings on
         8/27
         Douglas M. Foley   2.70 hours at  550.00 per hour.     $1,485.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

08/25/09 Review, analyze and revise agenda for August
         27, 2009 omnibus hearing and e-mails with
         debtors' professionals regarding same (.7);
         multiple telephone conferences and e-mails with
         parties regarding bankruptcy cases and related
         issues (.6)
         Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

08/25/09 Review and analyze agenda for omnibus hearing
         date, file agenda, and arrange for service
         Bryan A. Stark   1.00 hours at  295.00 per hour.          $295.00

08/25/09 Revise 8/27/09 hearing agenda and exhibit for
         filing (1.9); review and organize requests for
         garnishments, subpoenas, etc. (1.2)
         Linda J. Neilson   3.10 hours at  185.00 per hour.        $573.50

08/25/09 Prepare omnibus hearing exhibits
         Karen B. Cain   1.40 hours at  195.00 per hour.           $273.00

08/26/09 Continue to review pleadings and prepare for
         hearings on 8/27 and e-mails and telephone
         calls with client, debtors professionals and
         opposing counsel regarding same
         Douglas M. Foley   2.40 hours at  550.00 per hour.      $1,320.00

08/26/09 Analyze agenda and e-mails regarding status of
         various matters
         Sarah B. Boehm   .60 hours at  450.00 per hour.           $270.00

08/26/09 Review requests and prepare responses to
         garnishments, subpoenas, etc.
         Linda J. Neilson   5.00 hours at  185.00 per hour.        $925.00

08/26/09 Prepare hearing binders for professionals
         (2.4); prepare hearing exhibits (1.3);
         circulate hearing transcript from court
         reporter (.2)
         Karen B. Cain   3.90 hours at  195.00 per hour.           $760.50

08/27/09 Prepare for and participate in matters on 8/27
         omnibus hearing and e-mails with counsel and
         finalize orders regarding same
         Douglas M. Foley   4.90 hours at  550.00 per hour.      $2,695.00

08/27/09 Prepare multiple orders and other items
         regarding August 27, 2009 omnibus hearing and
         multiple telephone conferences and e-mails with
         parties regarding same
         Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

Circuit City Stores Inc
File Number: 2055557                                    Page    6
Invoice No. 91176604                                    September 8, 2009

08/27/09  Review requests and prepare responses to
          garnishments, subpoenas, etc.
          Linda J. Neilson   4.60 hours at  185.00 per hour.       $851.00

08/27/09  Work on omnibus hearing exhibits (4.9); omnibus
          hearing (2.2); work on continuance chart (1.2)
          Karen B. Cain   8.30 hours at  195.00 per hour.        $1,618.50

08/28/09  E-mails with debtors professionals and client
          and opposing counsel regarding follow-up on
          orders from 8/27 hearing matters
          Douglas M. Foley   .70 hours at 550.00 per hour.        $385.00

08/28/09  Analyze various documents and distribute same
          Sarah B. Boehm   .60 hours at  450.00 per hour.         $270.00

08/28/09  Review requests and prepare responses to
          garnishments, subpoenas, etc.
          Linda J. Neilson   2.30 hours at  185.00 per hour.      $425.50

08/28/09  Prepare preliminary report of hearing items for
          September omnibus
          Karen B. Cain   1.10 hours at  195.00 per hour.         $214.50

08/31/09  E-mails and telephone conferences with parties
          regarding bankruptcy cases and related issues
          Daniel F. Blanks   .80 hours at 375.00 per hour.        $300.00

08/31/09  Analyze notices on omnibus hearing items (.9);
          summary of items designated for multiple
          hearing dates (2.3)
          Karen B. Cain   3.20 hours at  195.00 per hour.         $624.00

| Timekeeper           | Rate/HR   | Hours | Fees        |
|----------------------|-----------|-------|-------------|
| Douglas M. Foley     | $550.00   | 13.7  | $7,535.00   |
| Sarah B. Boehm       | $450.00   | 1.2   | $540.00     |
| Daniel F. Blanks     | $375.00   | 19.3  | $7,237.50   |
| Bryan A. Stark       | $295.00   | 1.0   | $295.00     |
| Nancy S. von Bargen  | $220.00   | 2.1   | $462.00     |
| Karen B. Cain        | $195.00   | 19.7  | $3,841.50   |
| Linda J. Neilson     | $185.00   | 51.4  | $9,509.00   |
|                      |           |       |             |
| TOTAL FEES           |           | 108.4 | $29,420.00  |

Re: Restructuring and General Strategy
    Our File No.           2055557-0020
    Circuit City Contact   Michelle Mosier
    McGuireWoods Contact   Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                                 Page   7
Invoice No. 91176604                                        September 8, 2009

08/03/09  Review and analyze update workplan for going
          forward matters
          Douglas M. Foley   .50 hours at  550.00 per hour.        $275.00

08/18/09  Prepare for and participate in board meeting
          discussing plan of liquidation and disclosure
          statement
          Douglas M. Foley  1.40 hours at  550.00 per hour.        $770.00

08/31/09  Telephone conference and meetings with client
          and debtors professionals regarding case status
          and calendar updates, upcoming hearings,
          omnibus objections to claims, claims
          reconciliations, new lawsuits regarding
          collection of outstanding account receivables
          and analyze issues and strategy going forward
          Douglas M. Foley  2.90 hours at  550.00 per hour.      $1,595.00

| Timekeeper        | Rate/HR  | Hours | Fees       |
|-------------------|----------|-------|------------|
| Douglas M. Foley  | $550.00  | 4.8   | $2,640.00  |
|                   |          | 4.8   | $2,640.00  |

                    TOTAL FEES

**Re: Monthly Operating Reports**
     Our File No.              2055557-0060
     Circuit City Contact      Michelle Mosier
     McGuireWoods Contact      Douglas M. Foley

08/14/09  Revise and file monthly operating report and
          e-mails with debtors' professionals regarding
          same
          Daniel F. Blanks   .50 hours at  375.00 per hour.       $187.50

| Timekeeper        | Rate/HR  | Hours | Fees       |
|-------------------|----------|-------|------------|
| Daniel F. Blanks  | $375.00  | 0.5   | $187.50    |
|                   |          | 0.5   | $187.50    |

                    TOTAL FEES

**Re: Professional Retention/Fee Applications**
     Our File No.              2055557-0070
     Circuit City Contact      Michelle Mosier
     McGuireWoods Contact      Douglas M. Foley

08/06/09  E-mails regarding objection period to monthly
          fee statement and timing of payment to
          professionals, including ombudsman
          Douglas M. Foley   .40 hours at  550.00 per hour.       $220.00

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91176604                                    September 8, 2009

08/07/09  Review amended Ernst & Young retention
          application and analyze issues regarding same
          and e-mails with debtors professionals
          regarding same
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

08/07/09  E-mails with Ernst & Young and debtors'
          professionals regarding expansion services
          documents and related issues
          Daniel F. Blanks    .50 hours at  375.00 per hour.          $187.50

08/07/09  Review, prepare for filing and file motion to
          expand scope of Ernst & Young tax advisory role
          and notice of same and arrange for service of
          same
          Bryan A. Stark   1.50 hours at  295.00 per hour.            $442.50

08/11/09  Review and finalize monthly fee statement and
          relating documents for July 2009 time
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

08/12/09  E-mails regarding monthly professional fees
          statements for July 2009 time and review same
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

08/13/09  Finalize fee statements and e-mails to parties
          regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.          $262.50

08/31/09  Analyze deadlines and related issues regarding
          third interim fee applications and e-mails to
          professionals regarding same (.7); analyze
          documents regarding McGuireWoods interim fee
          applications and e-mails regarding same (.7)
          Sarah B. Boehm   1.40 hours at  450.00 per hour.            $630.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.2 | $1,210.00 |
| Sarah B. Boehm | $450.00 | 1.4 | $630.00 |
| Daniel F. Blanks | $375.00 | 1.2 | $450.00 |
| Bryan A. Stark | $295.00 | 1.5 | $442.50 |
| TOTAL FEES | | 6.3 | $2,732.50 |

Re: Automatic Stay
    Our File No.            2055557-0090
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. 91176604                                    September 8, 2009

08/07/09  Review new lift stay motions and e-mails with
          debtors professionals regarding same
          Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

08/11/09  E-mails regarding Western Express lift stay
          motion and analyze issues regarding requested
          consent
          Douglas M. Foley   .30 hours at  550.00 per hour.         $165.00

08/13/09  Analyze responses to lift stay motion and
          subpoenas for discovery regarding same and
          conference with client regarding same
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

08/14/09  Prepare for and participate in telephone
          conferences with movants for relief from stay
          regarding resolution and related issues and
          research and analyze issues regarding same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.        $825.00

08/19/09  Telephone conferences and e-mails with parties
          regarding consent to the automatic stay and
          related issues and draft consent orders
          regarding same (1.2); draft response to Isaac
          motion for relief and research multiple issues
          regarding same and review multiple documents
          regarding same (1.3)
          Daniel F. Blanks   2.50 hours at  375.00 per hour.        $937.50

08/20/09  Review and revise response to lift stay motions
          and analyze issues regarding same
          Douglas M. Foley   1.50 hours at  550.00 per hour.        $825.00

08/20/09  Continue draft, revise and file response to
          motion for relief from stay and review and
          analyze documents, pleadings and other items
          regarding same (2.2); correspondence with
          courts regarding status reports and related
          issues regarding litigation (.5)
          Daniel F. Blanks   2.70 hours at  375.00 per hour.      $1,012.50

08/20/09  Review and provide comments on response to
          motion for relief
          Bryan A. Stark   .60 hours at  295.00 per hour.           $177.00

08/25/09  Review pleadings filed by Ashley Isaacs
          regarding relief from stay motion in
          preparation for hearing on 8/27
          Douglas M. Foley   .30 hours at  550.00 per hour.         $165.00

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $550.00  | 4.0   | $2,200.00 |

Circuit City Stores Inc
File Number: 2055557                          Page  10
Invoice No. 91176604                          September 8, 2009

| | | | |
|---|---:|---:|---:|
| Daniel F. Blanks | $375.00 | 7.4 | $2,775.00 |
| Bryan A. Stark | $295.00 | 0.6 | $177.00 |
| TOTAL FEES | | 12.0 | $5,152.00 |

## Re: Credit Cards

| | |
|---|---|
| Our File No. | 2055557-0110 |
| Circuit City Contact | Michelle Mosier |
| McGuireWoods Contact | Douglas M. Foley |

08/28/09 Analyze documents regarding Amex settlement and
        possible stipulation
        Sarah B. Boehm    .40 hours at  450.00 per hour.              $180.00

08/31/09 E-mails regarding stipulation resolving Amex
        issues and return of holdback
        Douglas M. Foley   .30 hours at  550.00 per hour.             $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---:|---:|---:|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| Sarah B. Boehm | $450.00 | 0.4 | $180.00 |
| TOTAL FEES | | 0.7 | $345.00 |

## Re: Executory Contracts

| | |
|---|---|
| Our File No. | 2055557-0140 |
| Circuit City Contact | Michelle Mosier |
| McGuireWoods Contact | Douglas M. Foley |

08/12/09 Review e-mails and pleadings relating to
        contract rejection motion relating sale of IP
        assets and analyze issues regarding same
        Douglas M. Foley   .70 hours at  550.00 per hour.             $385.00

08/12/09 Review, analyze, revise and file rejection
        motion to Vanity executory contracts and
        related issues and multiple e-mails with
        debtors' professionals regarding same
        Daniel F. Blanks   2.40 hours at  375.00 per hour.            $900.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---:|---:|---:|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| Daniel F. Blanks | $375.00 | 2.4 | $900.00 |
| TOTAL FEES | | 3.1 | $1,285.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  11
September 8, 2009

**Re: Litigation**
**Our File No.**          **2055557-0150**
**Circuit City Contact**   **Michelle Mosier**
**McGuireWoods Contact**   **Douglas M. Foley**


08/03/09  Telephone call with claims traders regarding
          purchase of litigation rights and e-mails with
          client regarding same (.3); analyze issues
          relating to demand letters and timing of filing
          new suits on AR and collection matters (.4)
          Douglas M. Foley   .70 hours at  550.00 per hour.          $385.00

08/03/09  Analyze Sirius agreement (.5); review e-mails
          regarding Sharp preference (.2)
          Bryan A. Fratkin    .70 hours at  490.00 per hour.          $343.00

08/03/09  Finalize, draft and update stipulation to
          substitute counsel in Unical case (1.5);
          correspond with counsel regarding same (.2)
          Bryan A. Stark   1.70 hours at  295.00 per hour.           $501.50

08/04/09  E-mails regarding initiation of XM/Sirius and
          Sharp litigation and analyze issues regarding
          same
          Douglas M. Foley   .90 hours at  550.00 per hour.          $495.00

08/04/09  Draft complaint against Sirius XM and research
          multiple issues regarding same and review
          contracts and other documents regarding same
          and e-mails and telephone conferences with
          debtors' professionals regarding same
          Daniel F. Blanks   2.20 hours at  375.00 per hour.         $825.00

08/04/09  Review documentation and prepare proof of claim
          for debtor to file in Alliance/SIM bankruptcy
          case
          Bryan A. Stark   1.50 hours at  295.00 per hour.           $442.50

08/04/09  Review response to demand letter to Sharp
          Electronics and correspond with debtor and
          debtors' professionals regarding same
          Bryan A. Stark    .50 hours at  295.00 per hour.           $147.50

08/05/09  Review, revise and analyze XM Sirius AR
          complaint and issues and other pending
          affirmative causes of action
          Douglas M. Foley   1.80 hours at  550.00 per hour.         $990.00

08/05/09  Review draft complaint in Sirius/XM matter
          Bryan A. Fratkin    .70 hours at  490.00 per hour.         $343.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91176604                                    September 8, 2009

08/05/09  Continue drafting complaint against Sirius XM
          and draft template complaints regarding same
          and research multiple issues regarding same
          Daniel F. Blanks   1.80 hours at  375.00 per hour.          $675.00

08/06/09  E-mails regarding Mondragon stipulation and
          review same
          Douglas M. Foley   .40 hours at  550.00 per hour.          $220.00

08/06/09  E-mails with counsel for Mondragon regarding
          extension and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   .40 hours at  375.00 per hour.          $150.00

08/06/09  Review and analyze comments to settlement and
          release agreement and comments for McNulty
          state court case (1.0); draft adversary
          complaint against Sharp (1.5)
          Bryan A. Stark   2.50 hours at  295.00 per hour.          $737.50

08/07/09  E-mails regarding FTI/Compass Lexecon
          engagement and litigation rights valuation
          issue (.3); e-mails regarding Schementi
          documentation on 2004 request (.3); review and
          analyze Sharp preference analysis and draft
          complaint and e-mails with debtors
          professionals regarding same (.7)
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

08/07/09  E-mails with debtors' professionals regarding
          Mondragon adversary proceeding and extension
          documents
          Daniel F. Blanks   .40 hours at  375.00 per hour.          $150.00

08/07/09  Draft stipulation extending deadline by which
          to file an answer or otherwise respond to
          second amended complaint in Mondragon adversary
          proceeding and submit to chambers (1.2); draft
          and update adversary complaint against Sharp
          (2.5); draft and revise proof of claim against
          Alliance Entertainment (1.0)
          Bryan A. Stark   4.70 hours at  295.00 per hour.          $1,386.50

08/10/09  Review payables and receivables update and
          analyze commencement of litigation and status
          of same
          Douglas M. Foley   .90 hours at  550.00 per hour.          $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91176604                                    September 8, 2009

08/11/09  Review and organize additional Schimenti
          (Midtown and North Plainfield locations)
          documents for production
          Linda J. Neilson   4.30 hours at  185.00 per hour.        $795.50

08/12/09  Review and organize New Jersey and New York
          real estate documents for Schimenti
          Construction
          Connie Ferrell    4.00 hours at  215.00 per hour.         $860.00

08/12/09  Review and organize Schimenti documents
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

08/13/09  E-mails and conference with client regarding
          production of documents and Schmenti 2004 (.4);
          e-mails regarding commencement of accounts
          receivable litigation and preference litigation
          (.4)
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

08/13/09  Prepare letters regarding copies of Schmienti
          documents
          Linda J. Neilson    .30 hours at  185.00 per hour.         $55.50

08/14/09  Review documents and prepare letters regarding
          production of documents relating to Schementi
          Construction 2004 examination motion
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

08/17/09  Analyze issues relating to preference analysis
          and commencement of litigation and review
          exhibits regarding same (1.9); review drafts of
          lawsuits following on demand letters for
          collection of account receivables (.4)
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

08/17/09  Conference with D. Blanks regarding Sirius/XM
          complaint
          Bryan A. Fratkin    .30 hours at  490.00 per hour.        $147.00

08/19/09  Review and revise XM Sirius complaint and
          Alliance proof of claim and e-mails with client
          regarding Sharp and new demand letters and
          potential AR complaints (1.1); e-mails
          regarding Schementi 2004 exam motion (.3)
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

Circuit City Stores Inc
File Number: 2055557                                      Page  14
Invoice No. 91176604                                      September 8, 2009

08/19/09 Review and revise draft complaint against
         Sirius XM (.9); review Sirius and XM contracts
         (.5); call with D. Blanks regarding revisions
         to draft complaint (.6)
         Bryan A. Fratkin   2.00 hours at  490.00 per hour.         $980.00

08/19/09 Continue draft complaint against Sirius XM and
         research issues regarding same and multiple
         telephone conferences and e-mails with client
         regarding same and background
         Daniel F. Blanks   1.50 hours at  375.00 per hour.         $562.50

08/19/09 Correspond with debtors' professionals and
         chambers regarding jury trials in bankruptcy
         court (.7); correspond with debtors'
         professionals regarding filing a settlement of
         state court litigation (.5); file and arrange
         settlement for service in accordance with
         claims settlement procedures (.5); review and
         provide comments on draft complaint against
         Sirius XM (.7); review and revise draft
         complaint against Sharp (1.5)
         Bryan A. Stark   3.90 hours at  295.00 per hour.         $1,150.50

08/20/09 E-mails regarding Schementi 2004 exam motion
         and production of documents
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

08/20/09 E-mails regarding draft Sirius XM complaint
         Bryan A. Fratkin    .20 hours at  490.00 per hour.         $98.00

08/20/09 Continue draft complaints against Sirius XM and
         research issues regarding same and e-mails with
         debtors' professionals regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

08/21/09 E-mails regarding Schementi 2004 motion and
         productions of documents (.3); review
         complaints relating to collection of accounts
         receivable and e-mails with debtors
         professionals and client regarding same (.6);
         e-mails and telephone conference with debtors
         professionals and client regarding analysis and
         monetization of certain litigation rights (.4)
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

08/21/09 E-mails regarding draft complaint against
         Sirius/XM
         Bryan A. Fratkin    .20 hours at  490.00 per hour.         $98.00

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91176604                                    September 8, 2009


08/21/09 Conference with D. Foley and review proposed
         engagement letter regarding possible antitrust
         claims in connection with VISA/MC surcharges
         Anne Marie Cushmac    .60 hours at  490.00 per hour.         $294.00

08/21/09 Draft and update adversary proceeding complaint
         and forward for comments
         Bryan A. Stark   1.70 hours at  295.00 per hour.             $501.50

08/24/09 Review WARN pleadings on Mondragon suit (.4);
         review and finalize XM Sirius complaint and
         status of Sharp complaint (.6); review report
         on demand letters and status of AR collection
         efforts (.3); e-mails regarding Schementi 2004
         motion and production of vendor procedures
         manual and review same (.5); e-mails regarding
         analysis and monetization of litigation rights
         (.3)
         Douglas M. Foley   2.10 hours at  550.00 per hour.         $1,155.00

08/24/09 E-mails regarding Sirius XM complaint
         Bryan A. Fratkin    .20 hours at  490.00 per hour.          $98.00

08/24/09 Antitrust inquiry regarding valuation of
         litigation rights
         Anne Marie Cushmac    .30 hours at  490.00 per hour.        $147.00

08/24/09 Continue draft Sirius XM complaint and research
         multiple issues regarding same and e-mails with
         debtors' professionals regarding same and file
         same with court (2.3); e-mails with debtors'
         professionals and client regarding Sharp
         contract and related issues and research issues
         regarding same (.6); draft, revise and file
         motion to dismiss Mondragon adversary
         proceeding and e-mails with debtors'
         professionals regarding same (1.1)
         Daniel F. Blanks   4.00 hours at  375.00 per hour.         $1,500.00

08/24/09 Review and analyze motion to dismiss Mondragon
         adversary proceeding and draft notice of motion
         Bryan A. Stark   1.50 hours at  295.00 per hour.            $442.50

08/25/09 Conference with J. Marcum regarding valuation
         of litigation rights for VISA/Mastercard and
         flat panel antitrust litigation class actions
         (.4); review proposals from Consor, Kaplan Fox
         and CCC (1.4)
         Anne Marie Cushmac   1.80 hours at  490.00 per hour.        $882.00

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91176604                              September 8, 2009

08/25/09  Prepare summons for Sirius XM and serve same
          and file same and e-mails with counsel for
          Sirius XM and debtors' professionals regarding
          same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

08/25/09  Prepare complaint and summons for service in
          Sirius matter
          Linda J. Neilson   .50 hours at  185.00 per hour.          $92.50

08/26/09  E-mails regarding meeting to discuss potential
          lawsuits
          Bryan A. Fratkin   .20 hours at  490.00 per hour.          $98.00

08/26/09  E-mails with client regarding litigation
          strategies and analyze issues regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

08/26/09  Review updated documentation and update
          complaint against Sharp
          Bryan A. Stark   .60 hours at  295.00 per hour.           $177.00

08/27/09  Conference with Consor regarding valuation of
          litigation rights for flat panel antitrust
          litigation class action
          Anne Marie Cushmac   1.20 hours at  490.00 per hour.      $588.00

08/27/09  Prepare for meeting and meet with debtors and
          debtors' professionals regarding litigation
          (4.5); revise complaint against Sharp and
          e-mail for comments (.3)
          Bryan A. Stark   4.80 hours at  295.00 per hour.        $1,416.00

08/28/09  Analyze issues relating to Schementi
          construction 2004 examination motion,
          additional document production requests and
          legal theories regarding trust claims
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

08/28/09  Draft demand letter to creditor
          Bryan A. Stark   .50 hours at  295.00 per hour.           $147.50

08/30/09  Analyze caselaw on trust theories relating to
          Schementi construction claims and additional
          requests for production of documents and e-mail
          memorandum to opposing counsel regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

08/31/09  Review draft of Sharp complaint and e-mails
          regarding same and preference analysis
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

08/31/09 Review and revise draft Sharp complaint (.7);
         call to B. Stark regarding same (.4); review
         e-mail from B. Fose regarding action items
         (.2); analyze issues regarding turnover,
         disallowance of claims and 503(b)(9) (.5)
         Bryan A. Fratkin   1.80 hours at  490.00 per hour.          $882.00

08/31/09 E-mails with counsel for Sirius XM regarding
         extensions and pretrial conferences and related
         issues
         Daniel F. Blanks   1.00 hours at  375.00 per hour.          $375.00

08/31/09 Revise adversary complaint and circulate draft
         for comments (.4); research issues regarding
         preferential transfers (1.2)
         Bryan A. Stark   1.60 hours at  295.00 per hour.            $472.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 18.1 | $9,955.00 |
| Anne Marie Cushmac | $490.00 | 3.9 | $1,911.00 |
| Bryan A. Fratkin | $490.00 | 6.3 | $3,087.00 |
| Daniel F. Blanks | $375.00 | 14.1 | $5,287.50 |
| Bryan A. Stark | $295.00 | 25.5 | $7,522.50 |
| Connie Ferrell | $215.00 | 4.0 | $860.00 |
| Linda J. Neilson | $185.00 | 7.2 | $1,332.00 |
| TOTAL FEES | | 79.1 | $29,955.00 |

**Re: Vendor Matters**
   **Our File No.**            **2055557-0170**
   **Circuit City Contact**    **Michelle Mosier**
   **McGuireWoods Contact**    **Douglas M. Foley**

08/05/09 Review and analyze recoupment/setoff document
         with regard to proofs of claim
         Bryan A. Stark   1.50 hours at  295.00 per hour.            $442.50

08/12/09 E-mails regarding Alliance and SIM claims and
         setoffs for AR and MP and analyze issues
         regarding same
         Douglas M. Foley   .30 hours at  550.00 per hour.           $165.00

08/13/09 Analyze issues relating to Alliance and AR
         backup
         Douglas M. Foley   .30 hours at  550.00 per hour.           $165.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91176604                                    September 8, 2009

08/14/09 Review documents relating to Alliance backup on
         AR claim and letter to opposing counsel
         regarding same
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

08/14/09 Analyze issues relating to reclamation claims,
         including Paramount Home Entertainment and
         issues relating to alleged administrative
         status of claims
         Douglas M. Foley    .60 hours at  550.00 per hour.      $330.00

08/17/09 E-mails regarding resolution proposals of
         various vendors, including Symantec and Navarre
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.8 | $990.00 |
| Bryan A. Stark | $295.00 | 1.5 | $442.50 |
| TOTAL FEES | | 3.3 | $1,432.50 |

Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

08/02/09 Atlanta Service Center - Revise and transmit
         purchase agreement
         Matthew T. Gunlock    .80 hours at  290.00 per hour.    $232.00

08/03/09 E-mails regarding potential CAD file
         transaction and issues with same
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

08/03/09 Atlanta Service Center - E-mail correspondence
         with D. Miller and bankruptcy team regarding
         purchase agreement and bidding process (.4);
         e-mail correspondence with M. Jacobs (.2)
         Matthew T. Gunlock    .60 hours at  290.00 per hour.    $174.00

08/04/09 Atlanta Service Center - E-mail correspondence
         with bankruptcy counsel (.2); e-mail
         correspondence with purchaser's counsel (.3);
         revise and respond to additional comments from
         purchaser's counsel (.5)
         Matthew T. Gunlock   1.00 hours at  290.00 per hour.    $290.00

Circuit City Stores Inc
File Number: 2055557                               Page  19
Invoice No. 91176604                         September 8, 2009

08/05/09 E-mails regarding stub rent appeal and
         dismissal for mootness and status of order
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

08/05/09 Lithia Springs, GA - Telephone call with M.
         Gunlock regarding escrow agent for purposes of
         holding deposit
         Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

08/05/09 Atlanta Service Center - E-mail correspondence
         with Circuit City regarding purchase agreement
         (.5); e-mail correspondence with purchaser's
         counsel regarding purchase agreement and escrow
         matters (.7); coordinate execution of purchase
         agreement (.4); review legal descriptions from
         vesting deed and purchaser's title commitment
         (.2); telephone call with M. Jacobs regarding
         escrow agreement (.2)
         Matthew T. Gunlock   2.00 hours at  290.00 per hour.      $580.00

08/05/09 Correspond with chambers, debtors'
         professionals and creditor counsel regarding
         stub rent appeal
         Bryan A. Stark    .60 hours at  295.00 per hour.         $177.00

08/06/09 Lithia Springs, GA - Telephone calls to and
         from P. Reed regarding escrow agent services
         regarding deposit (.2); review e-mails from M.
         Gunlock (.1); review escrow agent's requested
         language regarding liability for bank failures
         (.1)
         Edmund S. Pittman    .40 hours at  450.00 per hour.      $180.00

08/06/09 Atlanta Service Center - E-mail correspondence
         with purchaser's counsel regarding purchase
         agreement and escrow arrangements (1.2); e-mail
         correspondence and telephone call with K.
         Lazaroff regarding escrow matters (.4); revise
         purchase agreement regarding escrow matters and
         transmit revised drafts (1.1); e-mail
         correspondence and telephone call with P. Reed
         regarding escrow services (.4); review proposed
         form of title company escrow agreement (.3)
         Matthew T. Gunlock   3.40 hours at  290.00 per hour.     $986.00

08/07/09 Review and revise Lithia Springs pleadings
         regarding sale of real estate and e-mails with
         debtors professionals regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.      $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91176604                                    September 8, 2009

08/07/09  Lithia Springs, GA - E-mails to and from P.
          Reed and M. Gunlock regarding escrow agent's
          signature on purchase agreement
          Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

08/07/09  Atlanta Service Center - E-mail correspondence
          and telephone call with purchaser's counsel
          regarding contract and escrow matters (.7);
          telephone call and e-mail correspondence with
          escrow agent regarding deposit (.3); e-mail
          correspondence with bankruptcy counsel
          regarding purchase agreement and sale motion
          (.3)
          Matthew T. Gunlock   1.30 hours at  290.00 per hour.      $377.00

08/07/09  Draft notice of motion and notice of hearing
          for sale of property in Atlanta (.4); file
          motion to authorize sale motion and notice
          thereof and arrange for service (.4)
          Bryan A. Stark    .80 hours at  295.00 per hour.          $236.00

08/10/09  Virginia Beach - Review e-mails from M. Rash
          and K. Moattar regarding revised court orders
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

08/10/09  Lithia Springs, GA - Review e-mail from M.
          Gunlock regarding Panattoni contract
          Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

08/10/09  Atlanta Service Center - E-mail correspondence
          with working group regarding purchase contract
          and negotiations
          Matthew T. Gunlock    .20 hours at  290.00 per hour.       $58.00

08/10/09  Correspond with chambers, debtors'
          professionals, and creditors counsel regarding
          issues pertaining to dismissal of stub rent
          appeal (1.5); draft correspondence with
          chambers regarding stub rent appeal (.2)
          Bryan A. Stark   1.70 hours at  295.00 per hour.          $501.50

08/10/09  Review district court appeal docket regarding
          stub rent issue (.2); telephone call to
          opposing counsel in appeal regarding signature
          for dismissal agreed order (.2); e-mail to and
          from professionals regarding status of agreed
          order (.4)
          Karen B. Cain    .80 hours at  195.00 per hour.           $156.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

| | | |
|---|---|---|
| 08/11/09 | Telephone conference and e-mails with bidders for Virgil Place Property and procedures regarding same<br>Douglas M. Foley    .60 hours at  550.00 per hour. | $330.00 |
| 08/13/09 | E-mails and telephone calls regarding Bloomingdale and stub rent appeal dismissal<br>Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 08/14/09 | E-mails regarding dismissal orders for stub rent appeal and payment of remaining portions of stub rent<br>Douglas M. Foley    .20 hours at  550.00 per hour. | $110.00 |
| 08/17/09 | E-mails with client and debtors professionals regarding timing and status of resolution of landlord claims for postpetition rent and fees<br>Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 08/19/09 | Atlanta Service Center - E-mail correspondence with M. Jacobs and J. Avallone<br>Matthew T. Gunlock    .30 hours at  290.00 per hour. | $87.00 |
| 08/20/09 | Golden Ring (Baltimore, MD) - Telephone call and e-mail from S. Pelletier regarding LDC and need for letter from Circuit City regarding same<br>Edmund S. Pittman    .10 hours at  450.00 per hour. | $45.00 |
| 08/20/09 | Lithia Springs, GA - Conference with M. Gunlock regarding auction process<br>Edmund S. Pittman    .10 hours at  450.00 per hour. | $45.00 |
| 08/20/09 | Atlanta Service Center - E-mail correspondence with M. Jacobs and J. Avallone (.2); e-mail correspondence with K. Lazaroff (.2)<br>Matthew T. Gunlock    .40 hours at  290.00 per hour. | $116.00 |
| 08/21/09 | Golden Ring, MD - Telephone call from C. Corma at PNC Bank regarding evidence of cancellation of letter of credit (.1); e-mails to and from D. Miller and C. Corma regarding same<br>Edmund S. Pittman    .20 hours at  450.00 per hour. | $90.00 |
| 08/21/09 | Atlanta Service Center - E-mail correspondence with K. Lazaroff (.2); review purchase agreement regarding overbid matters (.2)<br>Matthew T. Gunlock    .40 hours at  290.00 per hour. | $116.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  22
September 8, 2009

08/24/09 E-mails with landlords and landlords counsel
         regarding adjournment of lease administrative
         claim motions and status of resolution of same
         (.4); e-mails regarding Bloomingdale utilities
         and fire alarm issues (.3)
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

08/24/09 Atlanta Service Center - Telephone auction for
         property (.7); e-mail correspondence with K.
         Lazaroff (.1)
         Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

08/25/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding auction and closing
         matters (.3); prepare and transmit amendment to
         purchase agreement (.8); e-mail correspondence
         with M. Jacobs regarding amendment and sale
         order (.3); telephone call with M. Jacobs (.1)
         Matthew T. Gunlock   1.50 hours at  290.00 per hour.      $435.00

08/26/09 Golden Ring - E-mails to and from D. Miller, G.
         Cunningham and M. Rash regarding delinquent
         utility bill
         Edmund S. Pittman    .20 hours at  450.00 per hour.        $90.00

08/26/09 Lithia Springs, GA - Telephone call from M.
         Gunlock regarding escrow agent fee
         Edmund S. Pittman    .10 hours at  450.00 per hour.        $45.00

08/26/09 Atlanta Service Center - E-mail correspondence
         with D. Miller regarding closing matters and
         amendment to purchase agreement (.4); e-mail
         correspondence with M. Jacobs regarding closing
         matters and amendment to purchase agreement
         (.8); review purchase agreement in connection
         with closing (.3); prepare and transmit draft
         closing documents (2.0); review purchaser's
         comments to closing documents (.4); revise
         closing documents in connection with
         purchaser's comments (.4); e-mail
         correspondence with J. Avallone (.2); review
         purchaser's closing documents (.9); e-mail
         correspondence with P. Reed (.2); e-mail
         correspondence with I. Fredericks (.2)
         Matthew T. Gunlock   5.80 hours at  290.00 per hour.    $1,682.00

Circuit City Stores Inc
File Number: 2055557                                        Page  23
Invoice No. 91176604                                        September 8, 2009

08/27/09 Atlanta Service Center - E-mail correspondence
         with M. Jacobs and C. Fredericks regarding tax
         matters and bankruptcy hearing (.3); e-mail
         correspondence with D. Miller regarding closing
         matters (.3); markup purchaser's closing
         documents (.7); review revised purchaser's
         closing documents (.5); e-mail correspondence
         with J. Avallone (.1)
         Matthew T. Gunlock   1.90 hours at  290.00 per hour.        $551.00

08/28/09 Atlanta Service Center - E-mail correspondence
         with J. Avallone (.1); e-mail correspondence
         with M. Jacobs (.5); e-mail correspondence with
         D. Miller (.2); e-mail correspondence with P.
         Reed (.2); review purchaser's executed closing
         documents (.4)
         Matthew T. Gunlock   1.40 hours at  290.00 per hour.        $406.00

08/29/09 Atlanta Service Center - Compile and transmit
         signature pages and instruction letter (.8);
         draft escrow instruction letter (1.0); e-mail
         correspondence with M. Jacobs (.2)
         Matthew T. Gunlock   2.00 hours at  290.00 per hour.        $580.00

08/31/09 Atlanta Service Center - Telephone call and
         e-mail correspondence with D. Miller regarding
         sale order, signature pages and closing matters
         (.5); revise and transmit signature pages (.3);
         review executed signature pages (.3); e-mail
         correspondence with M. Jacobs (.8); review
         draft settlement statement and transmit
         comments to same (.3); e-mail correspondence
         with P. Reed (.1)
         Matthew T. Gunlock   2.30 hours at  290.00 per hour.        $667.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.9 | $2,145.00 |
| Edmund S. Pittman | $450.00 | 1.6 | $720.00 |
| Bryan A. Stark | $295.00 | 3.1 | $914.50 |
| Matthew T. Gunlock | $290.00 | 26.1 | $7,569.00 |
| Karen B. Cain | $195.00 | 0.8 | $156.00 |
| TOTAL FEES | | 35.5 | $11,504.50 |

Re: Utilities Matters
    Our File No.            2055557-0210
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                               Page  24
Invoice No. 91176604                               September 8, 2009

08/17/09  E-mails regarding filing termination of blocked
          account for utilities and review same
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

08/17/09  E-mails with debtors' professionals regarding
          utilities and cessation of blocked accounts
          Daniel F. Blanks    .70 hours at  375.00 per hour.          $262.50

08/17/09  Correspond with creditors regarding requests
          for utilities and provide utilities request
          form (.8); review and analyze motion to
          terminate utilities blocked account and prepare
          for filing (.5); draft notice of motion for
          termination of utilities blocked account (.5);
          file and arrange for service of motion and
          notice (.4)
          Bryan A. Stark   2.20 hours at  295.00 per hour.            $649.00

08/20/09  Correspond with creditors and debtors'
          professionals regarding payment of utilities
          Bryan A. Stark   .80 hours at  295.00 per hour.             $236.00

08/28/09  Prepare order granting motion to terminate
          utilities blocked account and submit to court
          Bryan A. Stark   .60 hours at  295.00 per hour.             $177.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.6 | $330.00 |
| Daniel F. Blanks | $375.00 | 0.7 | $262.50 |
| Bryan A. Stark | $295.00 | 3.6 | $1,062.00 |
| TOTAL FEES | | 4.9 | $1,654.50 |

**Re: Tax Matters**
   Our File No.              2055557-0240
   Circuit City Contact      Michelle Mosier
   McGuireWoods Contact      Douglas M. Foley

08/03/09  Analysis of IRS workpapers and IDR response
          materials for preparation for second IRS
          appeals conference
          Craig D. Bell   3.30 hours at   530.00 per hour.          $1,749.00

08/05/09  E-mails with in-house tax department, Ernst &
          Young and other debtors' professionals
          regarding tax strategies and objections to tax
          claims
          Daniel F. Blanks    .80 hours at   375.00 per hour.         $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91176604                                   September 8, 2009

08/06/09  Prepare for IRS appeals hearing on pending tax
          issues
          Craig D. Bell    4.30 hours at  530.00 per hour.         $2,279.00

08/07/09  Continue preparation for second IRS appeals
          hearing
          Craig D. Bell    2.60 hours at  530.00 per hour.         $1,378.00

08/10/09  Final preparations for IRS appeals hearing on
          tax protest for tax years 2004-2006
          Craig D. Bell    6.40 hours at  530.00 per hour.         $3,392.00

08/11/09  Conference with client rep (.7); participate in
          IRS appeals hearing (3.0); follow-up on meeting
          with client rep (.5); work on follow-up on
          issues relating to IRS hearing (1.9)
          Craig D. Bell    6.10 hours at  530.00 per hour.         $3,233.00

08/13/09  Telephone call and e-mails with client and
          Ernst & Young regarding personal property tax
          claim objection and reduction and allowance
          based upon appraisal and review analysis
          regarding same
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

08/13/09  Analysis on comments provided by IRS appeals
          officer on settlement proposal
          Craig D. Bell    1.50 hours at  530.00 per hour.          $795.00

08/13/09  Prepare for and participate in telephone
          conference regarding objection to certain tax
          claims and research issues regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

08/14/09  Telephone call with IRS appeals officer (.3);
          analysis on points raised by IRS (.8)
          Craig D. Bell    1.10 hours at  530.00 per hour.          $583.00

08/17/09  Review omnibus objections and response to
          various tax claims for real estate and personal
          property in preparation for hearing on 8/18
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

08/18/09  Analyze issues relating to orders and exhibits
          on tax claim objections
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

08/18/09  Analysis on issues raised by IRS appeals
          officer
          Craig D. Bell    .90 hours at  530.00 per hour.           $477.00

Circuit City Stores Inc
File Number: 2055557                              Page  26
Invoice No. 91176604                             September 8, 2009

08/18/09  Prepare for and participate in telephone
          conference with tax department regarding tax
          issues (.7); analyze issues regarding
          objections to personal property taxes and
          related issues and review material regarding
          same (.9)
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

08/19/09  Work on open audit issues for appeals
          Craig D. Bell   1.40 hours at  530.00 per hour.           $742.00

08/19/09  E-mails with tax department regarding tax
          issues and pending motions
          Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

08/20/09  Analyze issues relating to business personal
          property tax issues and upcoming omnibus
          objection to same
          Douglas M. Foley   2.70 hours at  550.00 per hour.      $1,485.00

08/20/09  Review relevant jurisdiction provisions in
          bankruptcy code to address state tax issues
          (.8); analysis of same (1.4); two telephone
          calls with bankruptcy counsel (.3); review and
          respond to e-mails with client accountants (.2)
          Craig D. Bell   2.70 hours at  530.00 per hour.         $1,431.00

08/20/09  Research multiple issues regarding tax appeals
          regarding tolling and related issues and review
          material regarding same
          Daniel F. Blanks   2.70 hours at  375.00 per hour.      $1,012.50

08/21/09  Telephone calls and e-mails with debtors
          professionals and client regarding timing
          issues relating to BPP tax assessment valuation
          objection, Section 505 and 108 issues regarding
          waiver and strategy going forward
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

08/21/09  Two conference calls with client
          representatives and their accountants (1.3);
          analysis on ad valorem property tax claims
          (1.2); attention to selected state ad valorem
          appeal procedures (1.1)
          Craig D. Bell   3.60 hours at  530.00 per hour.         $1,908.00

Circuit City Stores Inc
File Number: 2055557                                    Page  27
Invoice No. 91176604                                    September 8, 2009

08/21/09 Continue to research multiple tax issues and
         initiate draft of omnibus objection to certain
         tax claims and review material regarding Ernst
         & Young regarding same and multiple e-mails
         with tax department and debtors' professionals
         regarding same (2.3); prepare for and
         participate in telephone conference with
         debtors' professionals regarding tax issues and
         omnibus objections (.6)
         Daniel F. Blanks   2.90 hours at  375.00 per hour.        $1,087.50

08/23/09 Continue drafting objection to certain tax
         claims and review and analyze claims, issues
         and strategies regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

08/24/09 Continue analysis on state property tax claims
         and objections (1.8); review draft objections
         to state property tax claims (.7)
         Craig D. Bell   2.50 hours at  530.00 per hour.           $1,325.00

08/24/09 Continue drafting, revising and file objection
         to personal property taxes and review and
         analyze claims, pleadings, charts, documents,
         and other material regarding same and multiple
         e-mails and telephone conferences with debtors'
         professionals and in-house tax department
         regarding same
         Daniel F. Blanks   3.40 hours at  375.00 per hour.        $1,275.00

08/25/09 Work on federal employment tax appeal issues
         (1.6); attention to ad valorem state tax refund
         claims and analysis prepared by client's
         consultants (Ernst & Young) (1.8)
         Craig D. Bell   3.40 hours at  530.00 per hour.           $1,802.00

08/26/09 Work on IRS appeals settlement issues
         Craig D. Bell   2.60 hours at  530.00 per hour.           $1,378.00

08/26/09 Multiple e-mails with in-house tax regarding
         tax questions and strategies
         Daniel F. Blanks   1.40 hours at  375.00 per hour.          $525.00

08/27/09 Work on appeals conference tax issues
         Craig D. Bell   2.70 hours at  530.00 per hour.           $1,431.00

08/28/09 Analyze issues relating to non-judicial tax
         appeals and e-mails with client and debtors
         professionals regarding same and effect of plan
         process and administrative claim bar dates
         Douglas M. Foley   .80 hours at  550.00 per hour.          $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91176604                                   September 8, 2009

08/28/09 Analysis on backup withholding and amended
         Forms 1099 and W-2
         Craig D. Bell   1.20 hours at  530.00 per hour.        $636.00

08/31/09 E-mails with Ernst & Young regarding expansion
         application and related issues and review
         matters regarding same
         Daniel F. Blanks   .50 hours at  375.00 per hour.      $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 7.2 | $3,960.00 |
| Craig D. Bell | $530.00 | 46.3 | $24,539.00 |
| Daniel F. Blanks | $375.00 | 16.1 | $6,037.50 |
| TOTAL FEES | | 69.6 | $34,536.50 |

**Re: Claims Administration**
     **Our File No.**              **2055557-0250**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**

08/03/09 Several e-mails and telephone calls with
         creditors regarding reconciliation of claims,
         including Alliance/Source and review documents
         regarding same
         Douglas M. Foley   .60 hours at  550.00 per hour.      $330.00

08/03/09 Multiple telephone conferences and e-mails with
         parties regarding omnibus objections to claims,
         orders, notices, and other related items and
         review and analyze claims and other items
         regarding same (3.4); continue to draft and
         revise omnibus objections to claims and review
         exhibits regarding same (1.3)
         Daniel F. Blanks   4.70 hours at  375.00 per hour.   $1,762.50

08/03/09 Revise and resubmit claims settlement
         procedures order to chambers (.3); correspond
         with debtors' professionals regarding omnibus
         objections to claims (1.0)
         Bryan A. Stark   1.30 hours at  295.00 per hour.       $383.50

08/03/09 Analyze responsive filings to omnibus
         objections (1.2); work on chart of responses
         for professionals (.7); research pleadings for
         administrative expense issues (.9); conference
         with B. Stark regarding same (.6)
         Karen B. Cain   3.40 hours at  195.00 per hour.        $663.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  29
September 8, 2009

08/04/09  Telephone calls and e-mails regarding
stipulation resolving issues with US Government
on rebate for NTIA issue
Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

08/04/09  Continue drafting and revising orders and
notices regarding omnibus objections to claims
and review charts, documents and other material
regarding same (1.9); multiple telephone
conferences and e-mails with parties regarding
omnibus objections to claims and related issues
and research issues regarding same (2.3);
continue drafting omnibus objections to claims
and research multiple issues regarding same
(1.5)
Daniel F. Blanks    5.70 hours at  375.00 per hour.        $2,137.50

08/04/09  Correspond with various counsel to creditors
with respect to omnibus objections to claims
Bryan A. Stark    .60 hours at  295.00 per hour.            $177.00

08/05/09  Several telephone conferences and e-mails with
creditors and creditors counsel regarding
status of claims resolution and reconciliation,
including preference analysis
Douglas M. Foley    1.10 hours at  550.00 per hour.         $605.00

08/05/09  Multiple telephone conferences and e-mails with
parties regarding omnibus objections to claims
and related issues and review and analyze
claims, objections, responses, notices and
other related issues regarding same (1.8);
continue drafting and revising omnibus
objections to claims and related issues and
review and analyze exhibits, notices, and other
items regarding same and multiple e-mails with
debtors' professionals regarding same (1.4);
continue to draft, revise and submit orders
regarding omnibus objections to claims and
review exhibits and other documentation
regarding same and multiple e-mails with
debtors' professionals regarding same (2.5)
Daniel F. Blanks    5.70 hours at  375.00 per hour.        $2,137.50

08/05/09  Analyze responses to omnibus objections (1.3);
research electronic claims database (.9); work
on breakdown chart of responses for hearing
analysis (.9)
Karen B. Cain    3.10 hours at  195.00 per hour.            $604.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

| 08/06/09 | E-mails with creditors regarding omnibus objections to claims and related issues and review documents regarding same | |
| | Daniel F. Blanks    .50 hours at  375.00 per hour. | $187.50 |
| 08/06/09 | Review informal response to omnibus objection and forward to debtors' professionals for review (.3); correspond with debtors' professionals regarding various issues relating to omnibus objections (.8) | |
| | Bryan A. Stark   1.10 hours at  295.00 per hour. | $324.50 |
| 08/07/09 | E-mails and telephone calls with debtors' professionals and others regarding omnibus objections to claims and related issues and review material regarding same | |
| | Daniel F. Blanks    .90 hours at  375.00 per hour. | $337.50 |
| 08/07/09 | Retrieve and organize responses to Omni objections | |
| | Linda J. Neilson   2.90 hours at  185.00 per hour. | $536.50 |
| 08/10/09 | Review IBM stipulation for settlement (.3); review and analyze unresolved claims and upcoming omnibus claim objections and e-mails with client and debtors professionals regarding same (.9) | |
| | Douglas M. Foley   1.20 hours at  550.00 per hour. | $660.00 |
| 08/10/09 | Continue drafting and revising order regarding omnibus objections to claims and related issues and review and analyze claims, responses, notices, and related issues regarding same and multiple telephone conferences with clerk's office and others regarding same (3.3); continue to draft and revise omnibus objections to claims and review, analyze, issues regarding same (1.2); multiple telephone conferences with claimants and others regarding omnibus objections to claims and related issues and research issues regarding same (2.1) | |
| | Daniel F. Blanks   6.60 hours at  375.00 per hour. | $2,475.00 |
| 08/10/09 | Research electronic database for active claims (2.1); analyze response filings to omnibus objections (2.9); work on breakdown chart of responses to objections (1.9) | |
| | Karen B. Cain   6.90 hours at  195.00 per hour. | $1,345.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  31
September 8, 2009

08/11/09 Draft, revise and file stipulation resolving
         claims and e-mails with debtors' professionals
         regarding same (.9); continue draft orders
         regarding omnibus objections to claims and
         related issues and other related items and
         draft omnibus objections regarding same and
         multiple telephone conferences with claimants
         regarding same (3.9)
         Daniel F. Blanks   4.80 hours at  375.00 per hour.      $1,800.00

08/11/09 Work on omnibus response charts
         Karen B. Cain   1.70 hours at  195.00 per hour.           $331.50

08/12/09 Multiple telephone conferences with claimants
         regarding omnibus objections to claims and
         related issues and analyze objections, claims,
         responses, and other items regarding same and
         research issues regarding same (3.2); continue
         draft of omnibus objections to claims and draft
         and revise orders regarding same and research
         issues regarding same (1.6)
         Daniel F. Blanks   4.80 hours at  375.00 per hour.      $1,800.00

08/12/09 Retrieve and organize responses to omnibus
         objections
         Linda J. Neilson   2.60 hours at  185.00 per hour.       $481.00

08/13/09 Meeting with client regarding reclassification
         of claims, upcoming omnibus objections and
         timing of filing same (4.7); analyze issues
         relating to late claim motions and requests for
         stipulations regarding late claims and e-mails
         with client, debtors professionals and
         committee professionals regarding same (1.8)
         Douglas M. Foley   6.50 hours at  550.00 per hour.      $3,575.00

08/13/09 Multiple telephone conferences with creditors
         regarding omnibus objections to claims and
         related issues and research issues regarding
         same and draft omnibus objections to claims,
         review claims, and related issues and draft and
         revise orders regarding same (3.2); revise and
         file stipulation and settlement with parties
         with the court and e-mails with parties
         regarding same (.9)
         Daniel F. Blanks   4.10 hours at  375.00 per hour.      $1,537.50

08/13/09 Analyze responses to omnibus objections (.9);
         work on summary charts of responses (1.7)
         Karen B. Cain   2.60 hours at  195.00 per hour.          $507.00

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91176604                                    September 8, 2009

08/14/09 Telephone conference with creditors counsel
         regarding status and analysis and
         reconciliation of claims and priority status
         and review pleadings regarding same (1.3);
         several e-mails with client debtors
         professionals regarding next round of omnibus
         claim objections and review and analyze excel
         spreadsheets regarding same (1.7); analyze
         issues relating to PTO claim responses and
         objections relating to LTIP and STIP (.4);
         telephone conference with claimants regarding
         status of claim objections, administrative
         claims and contract rejection claims (.4)
         Douglas M. Foley   3.80 hours at  550.00 per hour.      $2,090.00

08/14/09 Telephone conferences with United States
         Trustee regarding paid time off objection and
         research issues regarding same and review
         material regarding same and review multiple
         documents, policies and other materials
         regarding same (2.8); continue to analyze
         claims for objection and related issues and
         review and analyze claims, pleadings, and other
         items regarding same (2.3)
         Daniel F. Blanks   5.10 hours at  375.00 per hour.      $1,912.50

08/14/09 Prepare documents for 8/18/09 hearing (1.7);
         retrieve and organize responses to omnibus
         objections (2.4)
         Linda J. Neilson   4.10 hours at  185.00 per hour.       $758.50

08/17/09 Review e-mails, draft exhibits and pleadings
         for upcoming omnibus claim objections and
         analyze issues regarding same (2.8); e-mails
         with client and debtors professionals regarding
         finalizing stipulations regarding certain
         claims and offsets with various creditors (.8)
         Douglas M. Foley   3.60 hours at  550.00 per hour.      $1,980.00

08/17/09 Multiple telephone conferences with creditors
         and other parties regarding omnibus objections
         to claims and related issues and review and
         analyze claims, pleadings, and other documents
         regarding same and multiple telephone
         conferences and e-mails with debtors'
         professionals and client regarding same (3.3);
         continue draft and research omnibus claims
         objections and multiple telephone conferences
         and e-mails with debtors' professionals
         regarding same (1.9)
         Daniel F. Blanks   5.20 hours at  375.00 per hour.      $1,950.00

08/17/09  Correspond with debtors' professionals
          regarding omnibus objections to claims (1.0);
          prepare omnibus objections to claims (.7)
          Bryan A. Stark   1.70 hours at  295.00 per hour.          $501.50

08/17/09  Review and organize responses to omnibus
          objections
          Linda J. Neilson   1.30 hours at  185.00 per hour.        $240.50

08/17/09  Research electronic database of claims (.7);
          work on chart of responses to omnibus
          objections (1.4)
          Karen B. Cain   2.10 hours at  195.00 per hour.           $409.50

08/18/09  Prepare for and attend hearing on status report
          for omnibus claim Objection 24, 25 and 26 and
          analyze issues relating to real estate and
          personal property tax issues and PTO issues and
          supplemental memorandum regarding same (3.3);
          e-mails regarding next round of claim objection
          and analyze issues relating to format of
          preference analysis (1.3); review claims
          settlement stipulations and e-mails regarding
          same (.2)
          Douglas M. Foley   4.80 hours at  550.00 per hour.      $2,640.00

08/18/09  Multiple e-mails and telephone conferences with
          parties regarding omnibus claims, responses,
          notices and related issues and research issues
          regarding same and analyze strategies regarding
          same
          Daniel F. Blanks   3.10 hours at  375.00 per hour.      $1,162.50

08/18/09  Correspond with debtors' professionals
          regarding paid time off omnibus objection and
          other objections (.8); draft omnibus claim
          objections (2.4); correspond with creditors
          regarding omnibus objections and claims (.5)
          Bryan A. Stark   3.70 hours at  295.00 per hour.        $1,091.50

08/18/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson   1.60 hours at  185.00 per hour.        $296.00

08/18/09  Analyze responses to claims objections (.2);
          work on omnibus objection response charts (.2)
          Karen B. Cain    .40 hours at  195.00 per hour.            $78.00

Circuit City Stores Inc
File Number: 2055557                                    Page  34
Invoice No. 91176604                                    September 8, 2009

08/19/09  Telephone conferences and e-mails with client
          and debtors professionals regarding new omnibus
          objections to claims, format of exhibits,
          issues relating to offsets, recoupment and
          accounts receivables collections, and strategy
          regarding same (1.7); e-mails regarding
          submission of order on Omni 24 (.3)
          Douglas M. Foley   2.00 hours at  550.00 per hour.        $1,100.00

08/19/09  Telephone conferences and e-mails with chambers
          and courtroom deputy regarding PTO issue and
          scheduling of hearing dates and e-mails with
          client and debtors professionals regarding same
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

08/19/09  Continue drafting multiple omnibus objections
          to claims and research multiple issues
          regarding same and review multiple documents,
          pleadings, orders and other material regarding
          same (4.2); prepare for and participate in
          telephone conference with parties and debtors'
          professionals regarding claims, status and
          strategies regarding same (1.9)
          Daniel F. Blanks   6.10 hours at  375.00 per hour.        $2,287.50

08/19/09  Draft omnibus claims objections and e-mail for
          review and analysis (1.5); update proof of
          claim against Alliance Entertainment and send
          to debtor for review (.7); correspond with
          creditors regarding omnibus objections and
          upcoming omnibus hearing date (.8)
          Bryan A. Stark   3.00 hours at  295.00 per hour.           $885.00

08/19/09  Prepare copies of responses to omnibus
          objections for FTI
          Linda J. Neilson   1.20 hours at  185.00 per hour.         $222.00

08/19/09  Prepare binder for 8/27/08 hearing on
          applicable definition and legal standard of
          goods
          Linda J. Neilson   1.70 hours at  185.00 per hour.         $314.50

08/19/09  Analyze responses to omnibus objections (.7);
          work on response chart (.4)
          Karen B. Cain   1.10 hours at  195.00 per hour.            $214.50

Circuit City Stores Inc
File Number: 2055557                                         Page  35
Invoice No. 91176604                                         September 8, 2009

08/20/09  Analyze issues relating to Alliance obligations
          and draft and revise proof of claim in Alliance
          case and e-mails regarding same (.8); review
          and revise pleadings and exhibits for next
          round of omnibus claim objections and e-mails
          and telephone calls with client and debtors
          professionals regarding same (2.3)
          Douglas M. Foley   3.10 hours at  550.00 per hour.      $1,705.00

08/20/09  Continue to draft, revise and file omnibus
          objections to claims and research multiple
          issues regarding same and review material
          regarding same and multiple telephone
          conferences and e-mails with parties regarding
          same
          Daniel F. Blanks   4.70 hours at  375.00 per hour.      $1,762.50

08/20/09  Draft notices of omnibus objections (.9);
          telephone call and other correspondence with
          debtors' professionals regarding omnibus
          objections (1.5); prepare and file omnibus
          objections and notices and arrange for service
          of same (2.0); review and update proof of claim
          to be filed in Alliance bankruptcy case (.7)
          Bryan A. Stark   5.10 hours at  295.00 per hour.        $1,504.50

08/20/09  Prepare documents regarding claims for hearing
          on August 27, 2009 (3.2); prepare copies of
          response binders for circulation to FTI (1.6)
          Linda J. Neilson   4.80 hours at  185.00 per hour.        $888.00

08/20/09  Analyze responsive filings to omnibus
          objections (.4); work on chart of responses
          (.3)
          Karen B. Cain    .70 hours at  195.00 per hour.          $136.50

08/21/09  Review and revise several omnibus claim
          objections and exhibits and e-mails with
          debtors professionals and client regarding same
          (1.3); review and revise supplement memorandum
          on PTO claim objection (.5)
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

08/21/09  Continue to draft, revise and file omnibus
          objections to claims and research issues
          regarding same and review claims, pleadings,
          notices, and other items regarding same and
          multiple telephone conferences with parties and
          debtors' professionals regarding omnibus
          objections to claims and related issues
          Daniel F. Blanks   6.50 hours at  375.00 per hour.      $2,437.50

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91176604                             September 8, 2009

08/21/09  Draft memorandum in support of omnibus
          objections Numbers 25 and 26 and circulate for
          comments (3.1); prepare and file corrected omni
          Objection 33 and notice thereof (1.0); prepare,
          file and arrange for service for omnibus
          objections to claims and notices thereof (1.8)
          Bryan A. Stark   5.90 hours at  295.00 per hour.      $1,740.50

08/21/09  Review and organize responses to omnibus
          objections
          Linda J. Neilson   1.00 hours at  185.00 per hour.      $185.00

08/21/09  Analyze responses to omnibus objections (2.4);
          work on breakdown chart of responses (1.9)
          Karen B. Cain   4.30 hours at  195.00 per hour.        $838.50

08/24/09  Review and revise draft of BPP tax objection
          and e-mails with client and debtors
          professionals regarding same (1.2); review and
          revise draft of supplemental memorandum in
          support of PTO objection and e-mails with
          client regarding same (1.4); e-mails regarding
          late claim motions and EDC issues (.2); analyze
          issues regarding reclamation and Paramount and
          e-mails with opposing counsel regarding same
          (.3); e-mails with client regarding status of
          upcoming omnibus objections to claims (.2)
          Douglas M. Foley   3.30 hours at  550.00 per hour.   $1,815.00

08/24/09  Analyze issues regarding pending claim
          objections and strategy regarding upcoming
          claim objections
          Sarah B. Boehm   .80 hours at  450.00 per hour.       $360.00

08/24/09  E-mails and telephone conferences with parties
          regarding omnibus objections to claims and
          related issues and review material regarding
          same
          Daniel F. Blanks   .90 hours at  375.00 per hour.     $337.50

08/24/09  Draft notice of omnibus objection Number 37
          (.5); review and update memorandum in support
          of omnibus Objections 25 and 26 (.4); prepare
          same for filing, file and arrange for service
          (1.6)
          Bryan A. Stark   2.50 hours at  295.00 per hour.      $737.50

08/24/09  Research responses to omnibus objections (.3);
          analyze exhibit to agenda (.9); e-mail C. Heany
          regarding exhibit revisions (.2)
          Karen B. Cain   1.40 hours at  195.00 per hour.       $273.00

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91176604                                    September 8, 2009

08/25/09  Analyze agenda and claim objection matters
          scheduled for status hearing
          Sarah B. Boehm     .30 hours at   450.00 per hour.          $135.00

08/25/09  Multiple telephone conferences and e-mails with
          parties regarding omnibus objections to claims
          and related issues and review and analyze
          claims, pleadings, notices, and other documents
          regarding same (2.8); continue drafting omnibus
          objections to claims and related issues (.5);
          file proposed stipulations with court resolving
          claims and analyze issues regarding same (.5)
          Daniel F. Blanks   3.80 hours at   375.00 per hour.       $1,425.00

08/25/09  Review omnibus orders for inclusion of claims
          of creditors (.4); draft notice of objection to
          claim and review and file objection to claim of
          Panasonic and notice thereof (1.2); review and
          analyze updated documentation regarding claims
          of bankrupt creditor and update proof of claim
          accordingly (1.0)
          Bryan A. Stark   2.60 hours at   295.00 per hour.           $767.00

08/25/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson    1.90 hours at   185.00 per hour.        $351.50

08/25/09  Analyze responses to objections (.9); work on
          chart of responses (.4)
          Karen B. Cain   1.30 hours at   195.00 per hour.            $253.50

08/26/09  Analyze claim objections and responses for
          tomorrow's omnibus hearing (1.6); analyze claim
          objection response chart and e-mails regarding
          same (.7); analyze issues and e-mails regarding
          American Express claim reconciliation (.5);
          analyze claim settlement protocol and related
          pleadings (.5); analyze administrative claim
          bar date pleadings (.4)
          Sarah B. Boehm  3.70 hours at   450.00 per hour.          $1,665.00

08/26/09  Continue analyzing omnibus objections to claims
          and multiple telephone conferences and e-mails
          with parties regarding omnibus objections to
          claims and related issues and review and
          analyze claims, pleadings, notices, and other
          documents regarding same and analyze strategies
          regarding same
          Daniel F. Blanks   3.70 hours at   375.00 per hour.       $1,387.50

Circuit City Stores Inc
File Number: 2055557                               Page  38
Invoice No. 91176604                               September 8, 2009

08/26/09  Finalize proof of claim and file with claims
          noticing agent
          Bryan A. Stark   1.00 hours at  295.00 per hour.          $295.00

08/26/09  Organize claim response chart
          Linda J. Neilson    .50 hours at  185.00 per hour.         $92.50

08/26/09  Analyze responses to objections (.6); research
          proofs of claim filed by responders (.4); work
          on chart of responses (.9)
          Karen B. Cain   1.90 hours at  195.00 per hour.           $370.50

08/27/09  Meetings and e-mails with client and debtors
          professionals regarding account receivable
          claims against various vendors and offsets to
          proofs of claim and strategy going forward
          regarding lawsuits, demand letters and claim
          objections
          Douglas M. Foley   3.80 hours at  550.00 per hour.      $2,090.00

08/27/09  Prepare for and attend omnibus hearing
          regarding claim objections
          Sarah B. Boehm   4.60 hours at  450.00 per hour.        $2,070.00

08/27/09  Prepare claims for court hearing
          Karen B. Cain   1.60 hours at  195.00 per hour.           $312.00

08/28/09  E-mails and telephone conference regarding
          status of new claim objections and process and
          protocol going forward for claims
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

08/28/09  Prepare for and participate in claims meeting
          with client and professionals (3.8); analyze
          various claim matters and research regarding
          same (.6)
          Sarah B. Boehm   4.40 hours at  450.00 per hour.        $1,980.00

08/28/09  Prepare for and participate in conferences with
          in-house parties and debtors' professionals
          regarding omnibus objections to claims and
          related issues and strategies regarding same
          (4.2); multiple telephone conferences and
          e-mails with parties regarding omnibus
          objections to claims and related issues (1.1)
          Daniel F. Blanks   5.30 hours at  375.00 per hour.      $1,987.50

08/28/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91176604                                    September 8, 2009

08/28/09  Analyze responses and work on omnibus
          objections response chart
          Karen B. Cain   2.80 hours at  195.00 per hour.        $546.00

08/29/09  Analyze issues and e-mails regarding
          Assurant/GE settlement and motion to approve
          same
          Sarah B. Boehm    .30 hours at  450.00 per hour.       $135.00

08/30/09  Analyze issues relating to reclamation and
          recoupment claims, including Paramount and
          Hewlett-Packart and review pleadings and
          caselaw regarding same
          Douglas M. Foley    .90 hours at  550.00 per hour.     $495.00

08/31/09  Conference and e-mails with debtors
          professionals regarding status of omnibus claim
          objections and orders and timing of filing
          omnibus objection to lease rejection damage
          claims and analyze issues regarding same (.5);
          review motion and order and notice on federal
          warranty and Assurant settlement and e-mails
          with debtors professionals regarding same (.4)
          Douglas M. Foley    .90 hours at  550.00 per hour.     $495.00

08/31/09  Multiple calls and e-mails regarding responses
          to claim objections (.8); multiple calls and
          e-mails regarding status of upcoming objections
          (.6); analyze documents regarding claim
          settlement and stipulation regarding same (.4);
          draft and revise motion to shorten notice
          regarding Assurant settlement and multiple
          calls and e-mails regarding same (.5); e-mails
          with FTI regarding orders approving claim
          objections (.4); analyze response chart and
          status of various matters (1.1)
          Sarah B. Boehm   3.80 hours at  450.00 per hour.     $1,710.00

08/31/09  Multiple telephone conferences and e-mails with
          parties regarding omnibus objections to claims
          and related issues and research issues
          regarding same draft material regarding same
          and telephone conferences and e-mails with
          client regarding objections to claims and
          analysis and strategies regarding resolving
          claims and reconciling amounts
          Daniel F. Blanks   3.50 hours at  375.00 per hour.   $1,312.50

Circuit City Stores Inc
File Number: 2055557                              Page   40
Invoice No. 91176604                             September 8, 2009

08/31/09 Review claims filed by various creditors and
         correspond with debtors' professionals and
         creditors regarding claims and questions
         regarding same
         Bryan A. Stark   1.30 hours at  295.00 per hour.          $383.50

08/31/09 Analyze responses to omnibus objections (.7);
         work on summary chart for omnibus objections
         (.4)
         Karen B. Cain   1.10 hours at  195.00 per hour.           $214.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 39.8 | $21,890.00 |
| Sarah B. Boehm | $450.00 | 17.9 | $8,055.00 |
| Daniel F. Blanks | $375.00 | 85.7 | $32,137.50 |
| Bryan A. Stark | $295.00 | 29.8 | $8,791.00 |
| Karen B. Cain | $195.00 | 36.4 | $7,098.00 |
| Linda J. Neilson | $185.00 | 25.7 | $4,754.50 |
| TOTAL FEES | | 235.3 | $82,726.00 |

**Re: Disclosure Statement and Plan**
   **Our File No.**              **2055557-0270**
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

08/07/09 Continue to review revised plan and disclosure
         statement and substantive consolidation
         analysis and e-mails with debtors professionals
         regarding same
         Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

08/10/09 Analyze issues relating to substantive
         consolidation procedure and precedent in
         Virginia and e-mails with debtors professionals
         regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.       $495.00

08/12/09 Review and analyze edits to plan and disclosure
         statement and conference call with client and
         debtors professionals regarding same
         Douglas M. Foley   1.70 hours at  550.00 per hour.       $935.00

08/13/09 E-mails regarding open plan and disclosure
         statement issues
         Douglas M. Foley    .30 hours at  550.00 per hour.       $165.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  41
September 8, 2009

08/13/09  Research multiple issues regarding substantive
          consolidation and other issues and e-mails and
          telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks   2.80 hours at  375.00 per hour.        $1,050.00

08/14/09  Continue to review and analysis of edits to
          plan and disclosure statement and e-mails with
          debtors' professionals regarding substantive
          consolidation analysis
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

08/19/09  Review and revise plan, disclosure statement,
          motion to approve disclosure statement and
          substantive consolidation analysis, liquidation
          analysis, and telephone calls and e-mails with
          client and debtors professionals regarding
          same, strategy, and timing of filing
          Douglas M. Foley   3.70 hours at  550.00 per hour.        $2,035.00

08/21/09  Review, revise and analyze issues relating to
          disclosure statement, plan, substantive
          consolidation analysis, and liquidation
          analysis and telephone calls and e-mails with
          debtors professionals and client regarding same
          Douglas M. Foley   3.20 hours at  550.00 per hour.        $1,760.00

08/23/09  Continue to review and revisions of plan and
          disclosure statement
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

08/24/09  Continue to review and revisions and analysis
          of plan, disclosure statement, liquidation
          analysis, substantive consolidation analysis,
          and notice of disclosure statement hearing and
          time period for objections and e-mails and
          conference calls with client and debtors
          professionals regarding same and prepare same
          for filing
          Douglas M. Foley   2.60 hours at  550.00 per hour.        $1,430.00

08/24/09  Analyze plan and disclosure statement and
          issues regarding notice
          Sarah B. Boehm   1.10 hours at  450.00 per hour.          $495.00

08/24/09 Multiple e-mails and telephone conferences with
         debtors' professionals regarding disclosure
         statement and plan and related issues and
         review, analyze, and file disclosure statement
         and plan and disclosure statement with court
         and draft notices and other items regarding
         same
         Daniel F. Blanks    2.60 hours at  375.00 per hour.        $975.00

08/25/09 E-mails and telephone calls regarding LBR
         3018-1(B) and review, draft and revise
         pleadings regarding same
         Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

08/25/09 Analyze issues regarding notice of disclosure
         statement hearing
         Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

08/25/09 Draft and file motion to expand notice period
         for disclosure statement and multiple telephone
         conferences and e-mails with clerk's office and
         courtroom deputies regarding same and draft
         motions to expedite regarding same
         Daniel F. Blanks   4.50 hours at  375.00 per hour.      $1,687.50

08/25/09 Correspond with debtors' professionals
         regarding objection deadlines and notice of
         disclosure statement (1.0); draft notice of
         motion regarding objections to disclosure
         statement (.8); draft motion to expedite
         hearing for motion regarding objections to
         disclosure statement (1.0); review and analyze
         motion regarding objections to disclosure
         statements (.8)
         Bryan A. Stark    3.60 hours at  295.00 per hour.       $1,062.00

08/26/09 Analyze plan and disclosure statement (1.4);
         e-mails regarding notice of disclosure
         statement hearing and related matters (.4);
         draft deadlines regarding plan (.4); analyze
         issues regarding solicitation procedures (.6)
         Sarah B. Boehm   2.80 hours at  450.00 per hour.       $1,260.00

08/27/09 Analyze issues and e-mails regarding motion to
         approve disclosure statement
         Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  43
September 8, 2009

08/28/09 Review, revise and analyze pleadings relating
to approval of disclosure statement, ballots,
notices, and notice of hearing regarding same
and e-mails with debtors professionals
regarding same and voting rights of certain
scheduled claimants
Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

08/28/09 Analyze, revise, finalize, file and handle
issues regarding service of motion to approve
disclosure statement and notice of motion
(1.7); multiple calls and e-mails regarding
order extending disclosure statement objection
deadline (.2)
Sarah B. Boehm   1.90 hours at  450.00 per hour.        $855.00

08/28/09 Prepare order granting motion to extend
objection deadline regarding disclosure
statement and submit to court
Bryan A. Stark   .50 hours at  295.00 per hour.         $147.50

08/31/09 E-mails regarding key dates in solicitation
procedures motion and timing of claim
objections for voting purposes
Douglas M. Foley   .40 hours at  550.00 per hour.       $220.00

08/31/09 Multiple calls regarding notice of disclosure
statement hearing (.3); analyze plan and
disclosure statement (.4)
Sarah B. Boehm   .70 hours at  450.00 per hour.         $315.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 21.9 | $12,045.00 |
| Sarah B. Boehm | $450.00 | 7.4 | $3,330.00 |
| Daniel F. Blanks | $375.00 | 9.9 | $3,712.50 |
| Bryan A. Stark | $295.00 | 4.1 | $1,209.50 |
| TOTAL FEES | | 43.3 | $20,297.00 |

Re: Employee Benefits/Pensions
     Our File No.              2055557-0280
     Circuit City Contact      Michelle Mosier
     McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. 91176604                                    September 8, 2009

08/19/09 Complete proposed domestic relations order
         analysis for 401(k) plan participant, T. Higham
         (.4); draft proposed response for plan
         administrative committee (.4); draft e-mail to
         H. Merten regarding outstanding issues and
         clarifications required by order (.4)
         Elizabeth A. Diller   1.20 hours at  275.00 per hour.   $330.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Elizabeth A. Diller | $275.00 | 1.2 | $330.00 |
| TOTAL FEES | | 1.2 | $330.00 |

**Re: Intellectual Property Matters**
   **Our File No.**           2055557-0310
   **Circuit City Contact**   Michelle Mosier
   **McGuireWoods Contact**   Douglas M. Foley

08/05/09 Privilege review of trademark files to be
         transferred to counsel for Systemax
         Douglas B. Smith    .40 hours at  295.00 per hour.    $118.00

08/06/09 Continue privilege review of trademark files to
         be transferred to counsel for Systemax
         Douglas B. Smith   3.80 hours at  295.00 per hour.  $1,121.00

08/07/09 Continue privilege review of trademark files
         Douglas B. Smith   4.40 hours at  295.00 per hour.  $1,298.00

08/09/09 Continue privilege review of files to be
         transferred to counsel for Systemax
         Douglas B. Smith   2.80 hours at  295.00 per hour.    $826.00

08/11/09 Receive and review correspondence from agent
         regarding 800.COM mark in Uruguay (.1); direct
         payment of invoice (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

08/11/09 E-mail from agent in China regarding 800.COM
         status
         Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  45
September 8, 2009

08/13/09  Discussion with J. Peyton regarding transfer of
          Circuit City trademarks on Systemax schedule
          (.1); discussion with D. Smith regarding same
          (.1); review list of marks on Systemax schedule
          (.3); revise file transfer letter (.2);
          discussion with J. Sudduth regarding records
          transfer (.1)
          Kymberleigh B. Gokey    .80 hours at  160.00 per hour.    $128.00

08/26/09  Review status of 800.COM foreign registrations
          (.4); various e-mail correspondence regarding
          renewal of CTM registration (.4)
          Janet P. Peyton    .80 hours at  460.00 per hour.    $368.00

08/26/09  Meeting with J. Peyton to discuss status of
          800.COM marks
          Douglas B. Smith   2.60 hours at  295.00 per hour.    $767.00

08/27/09  Discussions and e-mails regarding renewal of
          800.COM trademark in European Union
          Janet P. Peyton    .40 hours at  460.00 per hour.    $184.00

08/27/09  Locate and prepare power of attorney form for
          Jacobacci & Partners for 800.COM EU renewal
          Douglas B. Smith    .70 hours at  295.00 per hour.    $206.50

08/28/09  E-mails and calls regarding power of attorney
          for EU renewal and update of title (.7); calls
          with D. Smith and e-mails to various foreign
          counsel regarding status of 800.COM marks (.9);
          update trademark schedule (.3); e-mail to
          working group (.3)
          Janet P. Peyton   2.20 hours at  460.00 per hour.    $1,012.00

08/28/09  E-mails with agent regarding renewal of EU
          registration for 800.COM and recordal of
          transfer
          Douglas B. Smith    .40 hours at  295.00 per hour.    $118.00

08/28/09  Various e-mails and telephone call with J.
          Peyton regarding foreign registrations
          Kymberleigh B. Gokey    .50 hours at  160.00 per hour.    $80.00

08/29/09  E-mails regarding THE CITY trademark files and
          sale to Systemax (.1); review IP schedule for
          Systemax transaction (.1)
          Janet P. Peyton    .20 hours at  460.00 per hour.    $92.00

08/31/09  Calls and e-mails to foreign counsel regarding
          800.COM marks
          Janet P. Peyton    .50 hours at  460.00 per hour.    $230.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91176604

Page  46
September 8, 2009

08/31/09 Receive and review e-mail from agent regarding
         oppositions in China to applications for
         CIRCUIT CITY
         Douglas B. Smith    .20 hours at  295.00 per hour.        $59.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Janet P. Peyton | $460.00 | 4.1 | $1,886.00 |
| Douglas B. Smith | $295.00 | 15.3 | $4,513.50 |
| Kymberleigh B. Gokey | $160.00 | 1.6 | $256.00 |
| TOTAL FEES | | 21.0 | $6,655.50 |

**Re: Vendor Claim Litigation**
   **Our File No.**              2055557-0320
   **Circuit City Contact**      Michelle Mosier
   **McGuireWoods Contact**      Douglas M. Foley


08/12/09 E-mails with debtors' representatives and
         client regarding lawsuits against vendors and
         strategies regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.       $262.50

08/17/09 Continue to draft and revise complaints to
         vendors and related issues and research issues
         regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.       $487.50

08/23/09 Continue to draft complaints against vendors
         and review material regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.       $337.50

08/27/09 Meeting with Circuit City, Skadden and
         McGuireWoods team to review strategy for filing
         cases against vendors
         Bryan A. Fratkin   2.50 hours at  490.00 per hour.     $1,225.00

08/27/09 Prepare for and participate in meeting with
         client and debtors' professionals regarding
         vendor litigation status and strategy
         Sarah B. Boehm   2.80 hours at  450.00 per hour.       $1,260.00

08/27/09 Prepare for and participate in meeting with
         client regarding vendor lawsuits and other
         issues regarding same and analyze strategies
         regarding same and review and analyze multiple
         documents, pleadings and other material
         regarding same
         Daniel F. Blanks   3.30 hours at  375.00 per hour.     $1,237.50

Circuit City Stores Inc
File Number: 2055557                              Page   47
Invoice No. 91176604                              September 8, 2009

08/31/09 Analyze issues regarding extension of deadlines
         (.3); analyze issues and strategy regarding
         vendor litigation (.6)
         Sarah B. Boehm    .90 hours at  450.00 per hour.        $405.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Bryan A. Fratkin | $490.00 | 2.5 | $1,225.00 |
| Sarah B. Boehm | $450.00 | 3.7 | $1,665.00 |
| Daniel F. Blanks | $375.00 | 6.2 | $2,325.00 |
| TOTAL FEES | | 12.4 | $5,215.00 |

**Re: Asset Sales**
   **Our File No.**              **2055557-0321**
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

08/18/09 E-mails regarding IP auction and issues
         relating to Firedog
         Douglas M. Foley    .30 hours at  550.00 per hour.     $165.00

08/25/09 E-mails and telephone conference with client
         regarding litigation rights, review of terms of
         assignment and engagement and formulation of
         strategy to monetize
         Douglas M. Foley    .70 hours at  550.00 per hour.     $385.00

08/26/09 Telephone call and e-mails with Circuit City
         plaintiffs counsel, C. Cannon, regarding
         prepayment collection of Mastercard Visa
         settlements and potential monetization of new
         anti-trust claims for subsequent periods (1.1);
         several e-mails and telephone calls with
         respect to assets sales on for hearing on 8/27
         relating to real estate and comments to orders
         and 800.com asset and late bidders and strategy
         regarding same (0.9)
         Douglas M. Foley   2.00 hours at  550.00 per hour.    $1,100.00

08/26/09 Analyze e-mails and orders regarding sale
         motions set for tomorrow's omnibus hearing
         Sarah B. Boehm    .40 hours at  450.00 per hour.       $180.00

Circuit City Stores Inc
File Number: 2055557                              Page  48
Invoice No. 91176604                              September 8, 2009

08/27/09 Telephone call with Consor and client regarding
         credentials, scope of engagement, and possible
         retention relating to litigation rights as to
         Flat Panel anti-trust litigation (.8);
         telephone conference with counsel for competing
         bidder on 800.com (.4)
         Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

08/27/09 Multiple calls and e-mails regarding orders for
         real property sales (.3); finalize and file
         report of ombudsman and e-mails regarding same
         (.3)
         Sarah B. Boehm   .60 hours at  450.00 per hour.           $270.00

08/28/09 E-mails regarding closing documents and
         schedules relating to 800.com sale and status
         of marks in various jurisdictions
         Douglas M. Foley   .60 hours at  550.00 per hour.         $330.00

08/28/09 Multiple calls and e-mails regarding orders
         approving sales
         Sarah B. Boehm   .40 hours at  450.00 per hour.           $180.00

08/28/09 Organize, update and submit orders to chambers
         regarding sale of real and intellectual
         property (3.5); correspond with debtors'
         professionals and court personnel regarding
         submission of orders and corrected orders (.8)
         Bryan A. Stark   4.30 hours at  295.00 per hour.        $1,268.50

08/31/09 Multiple calls and e-mails regarding status of
         orders approving sales
         Sarah B. Boehm   .30 hours at  450.00 per hour.           $135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 4.8 | $2,640.00 |
| Sarah B. Boehm | $450.00 | 1.7 | $765.00 |
| Bryan A. Stark | $295.00 | 4.3 | $1,268.50 |
| TOTAL FEES | | 10.8 | $4,673.50 |

Disbursements and Other Expenses:
         Copy Charges                                   $737.50
         Long Distance Telephone Charges                $138.60
08/27/09 Now Legal Service Inc. -  (Invoice #A56971)    $102.50
07/22/09 GENESYS CONFERENCING - Conference call hosted   $17.77
         by Douglas M. Foley on 07/22/2009
07/22/09 GENESYS CONFERENCING - Conference call hosted   $26.79
         by Douglas M. Foley on 07/22/2009

| | | |
|---|---|---:|
| 07/23/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/23/2009 | $75.28 |
| 07/23/09 | Now Legal Service Inc. -  (Invoice #A56971) | $185.39 |
| 07/29/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584520333 | $22.88 |
| 07/30/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/30/2009 | $30.88 |
| 07/30/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 07/30/2009 | $57.40 |
| 08/04/09 | LINDA J. NEILSON - Travel to Richmond for hearing 07/22-07/23/09; room, meal, mileage, parking | $356.48 |
| 08/04/09 | DOUGLAS M. FOLEY - Attend meetings and Omni hearing - 7/21/09; Room, and Parking | $332.74 |
| 08/04/09 | DANIEL F. BLANKS - Travel for client meeting - 7/21-7/23/09; Room, Meals, and Mileage | $542.62 |
| 08/06/09 | J&J COURT TRANSCRIBERS, INC. - Transcription services - Federal Court 14-Day on 7/23/09 | $157.25 |
| 08/06/09 | FedEx Priority Overnight/Int'l Priority to Arlington, TX - Tracking #:  403920919098 | $15.62 |
| 08/06/09 | FedEx Priority Overnight/Int'l Priority to Alpharetta, GA - Tracking #:  423311591602 | $12.39 |
| 08/06/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meeting  07/28/09; room, mileage, parking | $543.77 |
| 08/06/09 | RESTAURANTEUR, INC. - Lunch 7/31/09 | $240.87 |
| 08/06/09 | RESTAURANTEUR, INC. - Breakfast 7/31/09 | $122.10 |
| 08/06/09 | RESTAURANTEUR, INC. - Lunch 7/23/09 | $150.41 |
| 08/06/09 | RESTAURANTEUR, INC. - Breakfast 7/23/09 | $79.92 |
| 08/06/09 | DANIEL F. BLANKS - T&T shuttle service for client meeting 07/23/09 | $360.00 |
| 08/12/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/12/2009 | $1.90 |
| 08/12/09 | TIME MACHINE NETWORK - (Invoice # 71218) | $149.55 |
| 08/13/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/13/2009 | $22.54 |
| 08/13/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  986584520675 | $7.91 |
| 08/13/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  986584520686 | $14.90 |
| 08/13/09 | BIZPORT LTD - Delivery from MW Richmond to Circuit City 7/20/09 | $32.48 |
| 08/13/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  986584520664 | $9.77 |
| 08/13/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584520653 | $7.91 |
| 08/14/09 | FedEx Priority Overnight/Int'l Priority to Falls Church, VA - Tracking #:  986584520701 | $7.91 |
| 08/14/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584520712 | $7.91 |
| 08/14/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  986584520697 | $7.91 |

Circuit City Stores Inc
File Number: 2055557                                          Page  50
Invoice No. 91176604                                    September 8, 2009

| | | |
|---|---|---|
| 08/17/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/17/2009 | $2.48 |
| 08/17/09 | J&J COURT TRANSCRIBERS, INC. - Transcription services - Invoice No. 2009-02080 | $51.00 |
| 08/17/09 | MARTINONI & RODRIGUEZ ASOCIADOS SRL - Foreign agent fees in connection with the search for status of trademark 800.com in Uruguay | $230.00 |
| 08/18/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/18/2009 | $38.69 |
| 08/18/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/18/2009 | $13.69 |
| 08/19/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/19/2009 | $64.15 |
| 08/19/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meeting 08/12-08/13/09; room, meals, mileage | $352.56 |
| 08/20/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  986584520790 | $23.58 |
| 08/20/09 | DOUGLAS M. FOLEY - Travel to Richmond for client meeting 08/17/09; room, meal, mileage | $311.31 |
| 08/21/09 | FedEx Priority Overnight/Int'l Priority to San Diego, CA - Tracking #:  986584520826 | $14.90 |
| 08/21/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/21/2009 | $9.03 |
| 08/21/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/21/2009 | $3.05 |
| 08/26/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  423311598537 | $14.90 |
| 08/31/09 | GRIFFITH HACK - Foreign agent fees in connection with the preparation and filing of an application to record the transfer of ownership for the trademark 800.com logo in Australia | $414.00 |

                        TOTAL EXPENSES                 $6,123.19



                Summary of Fees and Expenses:

            Total Fees for all Matters:        $240,742.00

            Total Expenses for all Matters:       $6,123.19

            Total for this Invoice:             $246,865.19