<u>Exhibit E- 2 (Part 1)</u>

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

October 9, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91188407

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:          $149,769.34
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
        Current Fees:              $308,797.50
        Current Disbursements:       $7,470.68
        **Current Invoice Total:**                 $316,268.18

Total Balance Due:                              $466,037.52

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

October 9, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 09/30/09

INVOICE NO.  91188407                          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.           2055557-0010
    Circuit City Contact   Michelle Mosier
    McGuireWoods Contact   Douglas M. Foley

09/01/09 Finalize and file multiple affidavits of
         service and e-mails with KCC regarding same
         Sarah B. Boehm    .50 hours at  450.00 per hour.            $225.00

09/01/09 Correspondence with parties regarding status of
         case and updates regarding status and related
         issues
         Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

09/01/09 Review orders entered by court and correspond
         with debtors' professionals and court personnel
         regarding entry of orders
         Bryan A. Stark   1.40 hours at  295.00 per hour.            $413.00

09/01/09 Telephone call to bankruptcy court regarding
         certified copies of sale orders (.4); obtain
         order copies from court and verify
         certification (1.2)
         Karen B. Cain   1.60 hours at  195.00 per hour.             $312.00

Circuit City Stores Inc
File Number: 2055557                                      Page    2
Invoice No. 91188407                                     October 9, 2009

09/02/09 Finalize and file affidavits of service and
         e-mails regarding same
         Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

09/02/09 E-mails with debtors' professionals regarding
         filing responses to claim objection in Mercedes
         Home bankruptcy cases and analyze issues
         regarding same (.4); multiple telephone
         conferences and e-mails with parties regarding
         bankruptcy cases and related issues and analyze
         issues regarding same and review material
         regarding same (1.5); e-mails with KCC
         regarding service of orders and other case
         management issues and analyze issues regarding
         same (.5)
         Daniel F. Blanks   2.40 hours at  375.00 per hour.       $900.00

09/02/09 Work on chart of items under consideration at
         multiple omnibus hearings
         Karen B. Cain   3.20 hours at  195.00 per hour.          $624.00

09/03/09 Finalize and file multiple affidavits of
         service
         Sarah B. Boehm   .40 hours at  450.00 per hour.          $180.00

09/03/09 E-mails and telephone conferences with parties
         regarding bankruptcy cases and related issues
         and analyze issues regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.       $487.50

09/03/09 Review and prepare responses to garnishments,
         subpoenas, etc.
         Linda J. Neilson   2.30 hours at  185.00 per hour.       $425.50

09/03/09 Research bankruptcy court docket (1.6); prepare
         omnibus hearing item analysis charts (1.8)
         Karen B. Cain   3.40 hours at  195.00 per hour.          $663.00

09/04/09 Multiple telephone conferences with parties
         regarding bankruptcy cases and related issues
         and analyze issues regarding same
         Daniel F. Blanks   .60 hours at  375.00 per hour.        $225.00

09/04/09 Review and prepare responses to requests for
         garnishments, subpoenas, etc.
         Linda J. Neilson   2.60 hours at  185.00 per hour.       $481.00

09/08/09 Review and prepare responses to garnishments,
         subpoenas and complaints
         Linda J. Neilson   1.80 hours at  185.00 per hour.       $333.00

Circuit City Stores Inc
File Number: 2055557                               Page   3
Invoice No. 91188407                               October 9, 2009

09/09/09  Multiple telephone conferences with parties in
          interest regarding bankruptcy cases and related
          issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

09/10/09  Prepare documents for hearing on 9/16/2009
          (.7); review docket, retrieve and organize
          objections and responses to disclosure
          statement ( 1.0)
          Linda J. Neilson   1.70 hours at  185.00 per hour.        $314.50

09/10/09  Research bankruptcy court docket and court
          calendar for omnibus hearing items (.7); e-mail
          to and from professionals regarding same (.4)
          Karen B. Cain   1.10 hours at  195.00 per hour.           $214.50

09/11/09  Review agenda for 9/22/2009 hearing
          Linda J. Neilson   .50 hours at  185.00 per hour.         $92.50

09/11/09  Research omnibus hearing transcripts regarding
          twenty-fifth objection
          Karen B. Cain   .90 hours at  195.00 per hour.            $175.50

09/14/09  Multiple calls and e-mails regarding agenda and
          analyze issues regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.           $135.00

09/14/09  Review and analyze agenda, file with court and
          arrange for service
          Bryan A. Stark   .30 hours at  295.00 per hour.           $88.50

09/14/09  Review and revise 9/16/09 hearing agenda (1.2);
          prepare documents for 9/16/09 hearing (.9)
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

09/15/09  Prepare documents for 9/16/09 hearing
          Linda J. Neilson   .60 hours at  185.00 per hour.         $111.00

09/16/09  Prepare status report for court regarding
          Gentry
          Linda J. Neilson   .50 hours at  185.00 per hour.         $92.50

09/17/09  Review docket and retrieve objections to
          disclosure statement (.7); prepare documents
          for 9/22/2009 hearing (2.3)
          Linda J. Neilson   3.00 hours at  185.00 per hour.        $555.00

09/18/09  Review for comments and file notice of agenda
          for September 22nd hearing
          Bryan A. Stark   .80 hours at  295.00 per hour.           $236.00

Circuit City Stores Inc
File Number: 2055557                                    Page   4
Invoice No. 91188407                                    October 9, 2009

| | | |
|---|---|---|
| 09/18/09 | Review and revise agenda and exhibit for filing (2.1); prepare documents for 9/22/2009 hearing (2.1) | |
| | Linda J. Neilson   4.20 hours at  185.00 per hour. | $777.00 |
| 09/19/09 | Prepare documents for 9/22/2009 hearing | |
| | Linda J. Neilson   3.00 hours at  185.00 per hour. | $555.00 |
| 09/21/09 | Review and revise agenda and prepare for omnibus hearing on disclosure statement, claims objection and voting/solicitation procedures motions | |
| | Douglas M. Foley   1.80 hours at  550.00 per hour. | $990.00 |
| 09/21/09 | Multiple telephone conferences and e-mails with parties regarding September 22, 2009 omnibus hearing and related issues | |
| | Daniel F. Blanks   1.70 hours at  375.00 per hour. | $637.50 |
| 09/21/09 | Review and revise 9/22/2009 hearing agenda | |
| | Linda J. Neilson    .40 hours at  185.00 per hour. | $74.00 |
| 09/21/09 | Prepare revisions to omnibus agenda | |
| | Karen B. Cain    .90 hours at  195.00 per hour. | $175.50 |
| 09/22/09 | Review, revise, update agenda, prepare for and participate in omnibus hearing on status of claim objections and related matters | |
| | Douglas M. Foley   1.70 hours at  550.00 per hour. | $935.00 |
| 09/22/09 | Revise agenda for September 22, 2009 omnibus hearing and review materials regarding same (1.1); multiple telephone conferences and e-mails with parties regarding bankruptcy case and other related issues (1.3) | |
| | Daniel F. Blanks   2.40 hours at  375.00 per hour. | $900.00 |
| 09/22/09 | Work on court exhibits (3.9); assist with omnibus hearing preparations (2.1); omnibus hearing (1.5) | |
| | Karen B. Cain   7.50 hours at  195.00 per hour. | $1,462.50 |
| 09/28/09 | Analyze issues and e-mails regarding additional omnibus hearing dates | |
| | Sarah B. Boehm    .40 hours at  450.00 per hour. | $180.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.5 | $1,925.00 |
| Sarah B. Boehm | $450.00 | 1.9 | $855.00 |
| Daniel F. Blanks | $375.00 | 10.7 | $4,012.50 |
| Bryan A. Stark | $295.00 | 2.5 | $737.50 |
| Karen B. Cain | $195.00 | 18.6 | $3,627.00 |

Circuit City Stores Inc
File Number: 2055557                          Page    5
Invoice No. 91188407                          October 9, 2009

Linda J. Neilson              $185.00         22.7      $4,199.50

                       TOTAL FEES             59.9     $15,356.50

**Re: Restructuring and General Strategy**
    **Our File No.**              **2055557-0020**
    **Circuit City Contact**      **Michelle Mosier**
    **McGuireWoods Contact**      **Douglas M. Foley**


09/02/09  Telephone calls with client and board regarding
          plan and disclosure statement process and
          review board deck regarding same and e-mails
          with debtors professionals regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.      $990.00

09/21/09  Participate in board call to discuss status of
          disclosure statement issues
          Douglas M. Foley    .70 hours at  550.00 per hour.      $385.00

09/22/09  Meetings with client and debtors professionals
          regarding strategy for transition through
          confirmation and review presentation to UCC
          regarding same
          Douglas M. Foley   1.20 hours at  550.00 per hour.      $660.00

09/23/09  Review slide presentation, prepare for and
          attend meeting with client, debtors
          professionals, committee professionals and
          post-confirmation liquidating trustee regarding
          general case update and specifics regarding
          information flow and transition through
          confirmation
          Douglas M. Foley   5.70 hours at  550.00 per hour.    $3,135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 9.4 | $5,170.00 |
| TOTAL FEES | | 9.4 | $5,170.00 |


**Re: Monthly Operating Reports**
    **Our File No.**              **2055557-0060**
    **Circuit City Contact**      **Michelle Mosier**
    **McGuireWoods Contact**      **Douglas M. Foley**


09/14/09  E-mails with in-house parties and FTI regarding
          monthly operating report and related issues
          Daniel F. Blanks    .40 hours at  375.00 per hour.      $150.00

Circuit City Stores Inc
File Number: 2055557                              Page   6
Invoice No. 91188407                             October 9, 2009

09/15/09 Review and file monthly operating report
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

09/23/09 E-mails with United States Trustee and client
         regarding monthly operating report
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 1.3 | $487.50 |
| TOTAL FEES | | 1.3 | $487.50 |

**Re: Professional Retention/Fee Applications**
   **Our File No.**          2055557-0070
   **Circuit City Contact**  Michelle Mosier
   **McGuireWoods Contact**  Douglas M. Foley

09/01/09 E-mails with debtors' professionals and case
         administrator regarding Ernst & Young expansion
         order
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

09/02/09 Analyze issues regarding third interim fee
         applications
         Sarah B. Boehm    .40 hours at   450.00 per hour.         $180.00

09/04/09 Analyze and revise monthly fee statement (.9);
         file ordinary course professional affidavit and
         e-mails with KCC regarding service (.3);
         e-mails regarding interim fee applications (.3)
         Sarah B. Boehm   1.50 hours at   450.00 per hour.         $675.00

09/08/09 E-mails regarding McGuireWoods' third interim
         fee application (.2); multiple calls and
         e-mails regarding order granting Groom
         employment application and analyze issues
         regarding same (.2)
         Sarah B. Boehm    .40 hours at   450.00 per hour.         $180.00

09/09/09 Draft correspondence and finalize monthly fee
         statement
         Sarah B. Boehm    .80 hours at   450.00 per hour.         $360.00

09/10/09 Draft and revise McGuireWoods' third interim
         fee application, analyze documents and multiple
         calls and e-mails regarding same and all
         debtors' professionals fee applications
         Sarah B. Boehm   3.80 hours at   450.00 per hour.       $1,710.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page   7
October 9, 2009

| 09/10/09 | E-mails with debtors' professionals regarding monthly fee statements and fee applications |
| | Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50 |

| 09/11/09 | Draft and revise McGuireWoods' third interim fee application and multiple calls and e-mails with debtors' professionals regarding fee applications |
| | Sarah B. Boehm   2.60 hours at  450.00 per hour.     $1,170.00 |

| 09/14/09 | Review fee applications and e-mails regarding same and filing |
| | Douglas M. Foley   1.90 hours at  550.00 per hour.     $1,045.00 |

| 09/14/09 | Draft, revise, finalize and file third interim fee applications and notices for all of debtors' professionals and multiple calls and e-mails with professionals regarding same |
| | Sarah B. Boehm   5.80 hours at  450.00 per hour.     $2,610.00 |

| 09/14/09 | Review, revise and file applications for compensation for debtors' professionals |
| | Daniel F. Blanks   1.50 hours at  375.00 per hour.      $562.50 |

| 09/14/09 | Review, prepare and finalize fee applications for debtors' professionals and file fee applications |
| | Bryan A. Stark   4.00 hours at  295.00 per hour.     $1,180.00 |

| 09/15/09 | E-mails with professionals regarding third interim fee applications |
| | Sarah B. Boehm    .30 hours at  450.00 per hour.      $135.00 |

| 09/25/09 | E-mails regarding monthly fee statements and timing of same |
| | Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.2 | $1,210.00 |
| Sarah B. Boehm | $450.00 | 15.6 | $7,020.00 |
| Daniel F. Blanks | $375.00 | 2.5 | $937.50 |
| Bryan A. Stark | $295.00 | 4.0 | $1,180.00 |
| TOTAL FEES | | 24.3 | $10,347.50 |

Re: Automatic Stay
    Our File No.            2055557-0090
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page    8
Invoice No. 91188407                                    October 9, 2009

09/08/09  E-mails with debtors professionals regarding
          status of lift stay motions and contractor
          claims relating to mechanics liens
          Douglas M. Foley    .30 hours at  550.00 per hour.         $165.00

09/08/09  Letters and correspondence with parties
          regarding suggestions in bankruptcy and
          violations of the automatic stay and related
          issues (.7); review and revise consent orders
          regarding relief from the automatic stay and
          related issues (.6)
          Daniel F. Blanks   1.30 hours at  375.00 per hour.         $487.50

09/15/09  Prepare status reports for stayed bankruptcy
          proceedings and review material regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

09/16/09  E-mails and review correspondence regarding
          subpoenas and analyze issues regarding same and
          correspondence with lawyer's regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.         $412.50

09/17/09  Analyze automatic stay effect on removal of
          other defendants and e-mails regarding same
          Sarah B. Boehm     .30 hours at  450.00 per hour.          $135.00

09/17/09  Multiple e-mails and telephone conferences with
          parties regarding automatic stay and pending
          actions in lawsuits and related issues
          Daniel F. Blanks   1.60 hours at  375.00 per hour.         $600.00

09/23/09  E-mails with in-house parties regarding
          subpoenas and draft correspondence and other
          documentation regarding responding to subpoenas
          and related issues and review pleadings,
          complaints and other documentation regarding
          same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.         $637.50

09/24/09  Review subpoenas and other correspondence
          regarding litigation requests and analyze
          issues regarding same and correspondence
          regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.         $450.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| Daniel F. Blanks | $375.00 | 7.7 | $2,887.50 |
| TOTAL FEES | | 8.3 | $3,187.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. 91188407                                   October 9, 2009

**Re: Credit Cards**
    **Our File No.**           **2055557-0110**
    **Circuit City Contact**    **Michelle Mosier**
    **McGuireWoods Contact**    **Douglas M. Foley**

09/01/09 Analyze American Express documents and draft
     and revise stipulation and telephone conference
     with in-house team regarding same
     Sarah B. Boehm    .90 hours at  450.00 per hour.            $405.00

09/02/09 Continue to analyze documents and draft and
     revise American Express stipulation and
     multiple calls and e-mails regarding same
     Sarah B. Boehm    .80 hours at  450.00 per hour.            $360.00

09/03/09 Multiple calls and e-mails regarding American
     Express stipulation
     Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

09/04/09 Telephone conference with counsel for American
     Express, revise stipulation and e-mail to D.
     Foley
     Sarah B. Boehm    .60 hours at  450.00 per hour.            $270.00

09/08/09 Revise stipulation and multiple e-mails
     regarding American Express
     Sarah B. Boehm    .40 hours at  450.00 per hour.            $180.00

09/09/09 E-mails regarding American Express stipulation
     Sarah B. Boehm    .20 hours at  450.00 per hour.             $90.00

09/11/09 Analyze revisions to American Express
     stipulation, analyze agreements and e-mails
     regarding same
     Sarah B. Boehm    .40 hours at  450.00 per hour.            $180.00

09/15/09 E-mails regarding American Express stipulation
     Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

09/16/09 Finalize and file notice of American Express
     settlement and multiple e-mails regarding same
     Sarah B. Boehm    .40 hours at  450.00 per hour.            $180.00

09/29/09 Multiple e-mails regarding American Express
     settlement final, withdrawal of claim and
     release of reserves
     Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 4.6 | $2,070.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. 91188407                                    October 9, 2009

                          TOTAL FEES              4.6        $2,070.00

**Re: Executory Contracts**
 **Our File No.**                  **2055557-0140**
 **Circuit City Contact**          **Michelle Mosier**
 **McGuireWoods Contact**          **Douglas M. Foley**


09/01/09 Analyze, revise, finalize and file motion to
         approve warranty settlement, motion to shorten
         notice and notice of hearing and multiple calls
         and e-mails regarding same
         Sarah B. Boehm   1.40 hours at  450.00 per hour.        $630.00

09/25/09 Draft, analyze, finalize and file motion to
         reject surety bonds and notice of hearing and
         multiple e-mails regarding same
         Sarah B. Boehm   .80 hours at  450.00 per hour.         $360.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 2.2 | $990.00 |
| TOTAL FEES | | 2.2 | $990.00 |


**Re: Litigation**
 **Our File No.**                  **2055557-0150**
 **Circuit City Contact**          **Michelle Mosier**
 **McGuireWoods Contact**          **Douglas M. Foley**


09/01/09 E-mails with opposing counsel and client
         regarding production of documents and e-mails
         and analysis of trust theories by Schementi
         construction 2004 motion and claims and
         strategy going forward
         Douglas M. Foley   .40 hours at  550.00 per hour.       $220.00

09/01/09 Research issues regarding preferential
         transfers (3.0); receive comments and update
         adversary complaint (.5)
         Bryan A. Stark   3.50 hours at  295.00 per hour.      $1,032.50

09/02/09 E-mails regarding receipt of Visa/MC settlement
         proceeds and timing of same (.2); e-mails
         regarding retention of Consor as to flat panel
         litigation valuation and e-mails regarding
         follow- up on Visa/Master Card lawsuit (.3)
         Douglas M. Foley   .50 hours at  550.00 per hour.       $275.00

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91188407                                   October 9, 2009

09/02/09  Research regarding preferences and claim
          preclusion
          Erin Q. Ashcroft   3.30 hours at  300.00 per hour.        $990.00

09/08/09  E-mails with client and debtors professionals
          regarding collection lawsuits and status of
          preference analysis
          Douglas M. Foley   .60 hours at  550.00 per hour.         $330.00

09/08/09  E-mails and calls with D. Blanks and H.
          Ferguson regarding call with SiriusXM business
          person
          Bryan A. Fratkin   .30 hours at  490.00 per hour.         $147.00

09/09/09  Review Sharp agreements and letters
          Bryan A. Fratkin   .70 hours at  490.00 per hour.         $343.00

09/09/09  Correspond with debtors' professionals
          regarding status of complaints
          Bryan A. Stark   .60 hours at  295.00 per hour.           $177.00

09/10/09  E-mails from and to D. Blanks regarding
          contract with SiriusXM (.2); analysis of
          settlement discussions (.3)
          Bryan A. Fratkin   .50 hours at  490.00 per hour.         $245.00

09/11/09  E-mails regarding status of class action
          litigation for flat screen and Visa/Master Card
          Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

09/15/09  Correspond with counsel regarding state court
          litigation
          Bryan A. Stark   .40 hours at  295.00 per hour.           $118.00

09/16/09  Review revisions to Consor agreement and
          meeting with client regarding same
          Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

09/16/09  Review proposal regarding Consor and flat
          screen litigation; conference with J. Marcum
          and D. Foley regarding same
          Anne Marie Cushmac   1.00 hours at  490.00 per hour.      $490.00

09/17/09  E-mails from D. Blanks and D. Foley regarding
          Sirius XM de-listing
          Bryan A. Fratkin    .10 hours at  490.00 per hour.        $49.00

Circuit City Stores Inc
File Number: 2055557                              Page  12
Invoice No. 91188407                             October 9, 2009

09/17/09  E-mails with in-house counsel regarding
          subpoenas and related issues and analyze issues
          regarding same and correspondence with counsel
          regarding same
          Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

09/22/09  Review revised Consor agreement and meeting
          with client to discuss same
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

09/22/09  Correspond with debtors' professionals and
          review files regarding litigation issues
          Bryan A. Stark   1.00 hours at  295.00 per hour.          $295.00

09/23/09  Call with client and debtors professionals and
          e-mails with committee professionals regarding
          Consor broker agreement and stalking horse
          purchaser of litigation rights on flat screen
          litigation
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

09/23/09  Review revised Consor proposal
          Anne Marie Cushmac    .40 hours at  490.00 per hour.      $196.00

09/24/09  Review answer and counterclaim and e-mail
          regarding SiriusXM
          Bryan A. Fratkin    .30 hours at  490.00 per hour.        $147.00

09/25/09  Review, analyze and file Mondragon reply brief
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

09/29/09  E-mails regarding strategy relating to sale of
          litigation rights and Consor engagement
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

09/29/09  E-mails to and from D. Blanks regarding answer
          and counterclaim filed by SiriusXM
          Bryan A. Fratkin    .10 hours at  490.00 per hour.         $49.00

09/29/09  E-mails with in-house parties and debtors'
          professionals regarding answer to Sirius XM
          complaint and analyze issues regarding same and
          issues regarding counterclaim
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

09/30/09  Analyze issues relating to litigation rights
          and call with committee regarding same as to
          flat panel price fixing lawsuit
          Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

```
Circuit City Stores Inc
File Number: 2055557                          Page  13
Invoice No. 91188407                          October 9, 2009
```

09/30/09 Conference with creditors committee counsel
         regarding flat screen litigation rights
         Anne Marie Cushmac   .80 hours at  490.00 per hour.      $392.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 6.0 | $3,300.00 |
| Anne Marie Cushmac | $490.00 | 2.2 | $1,078.00 |
| Bryan A. Fratkin | $490.00 | 2.0 | $980.00 |
| Daniel F. Blanks | $375.00 | 3.3 | $1,237.50 |
| Erin Q. Ashcroft | $300.00 | 3.3 | $990.00 |
| Bryan A. Stark | $295.00 | 5.5 | $1,622.50 |
| TOTAL FEES | | 22.3 | $9,208.00 |

**Re: Avoidance Actions**
     **Our File No.**              **2055557-0160**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**

09/02/09 Research issues regarding preference actions,
         accounts receivable suits and related issues
         Daniel F. Blanks   1.80 hours at  375.00 per hour.      $675.00

09/10/09 Prepare for and conduct communication with
         estate representatives regarding avoidance
         actions (.6); analyze materials regarding same
         (.3)
         Joseph S. Sheerin    .90 hours at  450.00 per hour.     $405.00

09/14/09 Prepare for and attend teleconference with
         Official Committee of Unsecured Creditors
         regarding avoidance actions
         Joseph S. Sheerin   1.80 hours at  450.00 per hour.     $810.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Joseph S. Sheerin | $450.00 | 2.7 | $1,215.00 |
| Daniel F. Blanks | $375.00 | 1.8 | $675.00 |
| TOTAL FEES | | 4.5 | $1,890.00 |

**Re: Vendor Matters**
     **Our File No.**              **2055557-0170**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**

Circuit City Stores Inc
File Number: 2055557                              Page  14
Invoice No. 91188407                             October 9, 2009

09/04/09  Analyze issues relating to reclamation
          creditors rights, procedures and claims
          asserting administrative priority regarding
          same
          Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

09/17/09  E-mails and telephone calls with counsel for
          Alliance/SIM and Symantec and Navarre regarding
          resolution of claims and offsets and recoupment
          and analyze issues regarding same
          Douglas M. Foley  1.60 hours at  550.00 per hour.        $880.00

09/30/09  Prepare for and participate in meeting at the
          company and analyze vendor litigation claims,
          strategy and issues regarding same
          Sarah B. Boehm   2.20 hours at 450.00 per hour.          $990.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.5 | $1,375.00 |
| Sarah B. Boehm | $450.00 | 2.2 | $990.00 |
| TOTAL FEES | | 4.7 | $2,365.00 |

**Re: Real Estate**
   **Our File No.**              2055557-0180
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

09/01/09  Litnia Springs, GA - E-mails to and from M.
          Gunlock regarding closing
          Edmund S. Pittman   .10 hours at  450.00 per hour.        $45.00

09/01/09  Atlanta Service Center - Revise and transmit
          executed escrow instruction letter (.3); e-mail
          correspondence with I. Fredericks regarding
          sale order (.2); e-mail correspondence with M.
          Jacobs regarding closing matters (1.2); e-mail
          correspondence with D. Miller regarding closing
          matters (.3); revise deed to reflect sale order
          and transmit same (.2); review revised
          settlement statement (.2)
          Matthew T. Gunlock  2.40 hours at  290.00 per hour.       $696.00

09/11/09  Kennesaw, GA - Review letter of intent (.2);
          e-mails to and from D. Miller (.2); e-mail to
          M. Gunlock (.1)
          Edmund S. Pittman   .50 hours at  450.00 per hour.        $225.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page  15
October 9, 2009

09/11/09 Kennesaw, GA - E-mail correspondence with E.
         Pittman and D. Miller regarding purchase
         agreement
         Matthew T. Gunlock    .30 hours at  290.00 per hour.        $87.00

09/14/09 Kennesaw, GA - Telephone call with M. Gunlock
         regarding bankruptcy provision to be included
         in purchase contract
         Edmund S. Pittman    .20 hours at  450.00 per hour.         $90.00

09/14/09 Analyze purchase agreement regarding Kennesaw,
         GA property and release of bankruptcy claims
         and multiple e-mails regarding same
         Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

09/14/09 Kennesaw, GA - E-mail correspondence with D.
         Miller regarding purchase agreement (.2);
         telephone conference with D. Miller regarding
         letter of intent and purchase agreement (.2);
         prepare draft purchase agreement (2.8); review
         letter of intent in connection with purchase
         agreement (.5); e-mail correspondence with
         bankruptcy counsel regarding waivers of claims
         (.5)
         Matthew T. Gunlock   4.20 hours at  290.00 per hour.     $1,218.00

09/15/09 Kennesaw, Georgia - Draft purchase agreement
         and transmit same to D. Miller (1.1); e-mail
         correspondence and telephone call with D.
         Miller regarding revised purchase agreement and
         sale process (.2); review revised purchase
         agreement and miscellaneous assets order (1.3);
         e-mail correspondence with bankruptcy counsel
         regarding release of claims (.2)
         Matthew T. Gunlock   2.80 hours at  290.00 per hour.       $812.00

09/16/09 Telephone conferences and e-mails with parties
         regarding sale of certain real property and
         related issues and e-mails and telephone
         conferences with debtors' professionals
         regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

09/16/09 Kennesaw, Georgia - Analyze issues regarding
         sale pursuant to miscellaneous assets order
         (.8); telephone call with D. Miller regarding
         purchase agreement (.2); revise draft of
         purchase agreement and transmit revised draft
         to purchase's counsel (1.1)
         Matthew T. Gunlock   2.10 hours at  290.00 per hour.       $609.00

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91188407                                   October 9, 2009

09/17/09  Kennesaw, Georgia - E-mail correspondence with
          purchaser's counsel (.1); review purchaser's
          comments to purchase agreement (1.0)
          Matthew T. Gunlock   1.10 hours at  290.00 per hour.        $319.00

09/18/09  Kennesaw, GA - Review e-mails from M. Gunlock
          and revise purchase contract
          Edmund S. Pittman   .20 hours at  450.00 per hour.           $90.00

09/18/09  Telephone call with D. Miller regarding
          purchase agreement (.2); revise purchase
          agreement (.8); e-mail correspondence with
          purchaser's counsel regarding revised purchase
          agreement (.6); telephone call with purchaser's
          counsel regarding purchase agreement and
          bankruptcy sale matters (1.0); review
          purchaser's additional comments to purchase
          agreement (.5)
          Matthew T. Gunlock   3.10 hours at  290.00 per hour.        $899.00

09/21/09  Kennesaw, GA - E-mail correspondence and
          telephone call with D. Miller regarding
          purchaser's comments to purchase agreement
          (.6); e-mail correspondence with purchaser's
          counsel regarding purchaser agreement (.8);
          review survey of property (.2); review
          additional comments to purchase agreement from
          purchaser's counsel (.8); revise purchase
          agreement (1.1)
          Matthew T. Gunlock   3.50 hours at  290.00 per hour.      $1,015.00

09/22/09  Kennesaw, GA - E-mail correspondence and
          telephone call with D. Miller regarding
          purchase agreement (.5); e-mail correspondence
          and telephone call with purchaser's counsel
          regarding purchase agreement (.8); review
          correspondence from title company regarding
          bankruptcy sale process (.5); review and revise
          form of owner's affidavit (.8); revise purchase
          agreement and transmit same (1.2)
          Matthew T. Gunlock   3.80 hours at  290.00 per hour.      $1,102.00

09/23/09  Kennesaw, GA - E-mail correspondence with
          purchaser's counsel regarding purchase
          agreement and CAM charges (.3); review markup
          of purchase agreement (.7)
          Matthew T. Gunlock   1.00 hours at  290.00 per hour.        $290.00

09/24/09  Kennesaw, GA - Conference with M. Gunlock
          regarding form of deed/survey legal description
          Edmund S. Pittman   .20 hours at  450.00 per hour.          $90.00

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91188407                                   October 9, 2009

09/24/09 Kennesaw, GA - E-mail correspondence with title
         company and purchaser's counsel regarding
         purchase agreement and closing deliverables
         (1.5); telephone call with D. Miller regarding
         purchase agreement (.2); conference call J.
         Wagner and D. Miller regarding Taunton CAM
         charges (.3); telephone call and e-mail
         correspondence with S. Tarnower regarding deed
         requirements in Georgia (.2); review Georgia
         statute addressing deed requirements (.3);
         revise purchase agreement (.8); review backup
         materials provided by Cole for Taunton CAM
         charges (.5)
         Matthew T. Gunlock   3.80 hours at  290.00 per hour.    $1,102.00

09/24/09 Conference call with M. Gunlock on Kennesaw, GA
         sale (.6); review requirements for legal
         description under Georgia law for Kennesaw land
         sale (.6)
         Susan C. Tarnower   1.20 hours at  350.00 per hour.      $420.00

09/25/09 Telephone call from broker regarding owner
         information on Colonial Heights location and
         multiple e-mails regarding same
         Sarah B. Boehm   .40 hours at  450.00 per hour.         $180.00

09/25/09 Kennesaw, GA - E-mail correspondence with
         purchaser's counsel and title company regarding
         purchase agreement, closing deliverables, title
         and survey matters, sale order and CAM charges
         (2.3); review legal description prepared by
         title company (.3); review additional backup
         materials provided by Cole regarding Taunton,
         MA (.3)
         Matthew T. Gunlock   2.90 hours at  290.00 per hour.     $841.00

09/28/09 Kennesaw, GA - E-mail correspondence with title
         company regarding legal description (.3);
         revise purchase agreement and transmit same to
         D. Miller (1.1); review proposed changes to
         purchase agreement from purchaser's counsel
         (.8); review CAM materials regarding Taunton,
         MA (.3); review miscellaneous assets order
         regarding purchase agreement revisions (.4)
         Matthew T. Gunlock   2.60 hours at  290.00 per hour.     $754.00

09/28/09 E-mail correspondence with L. Sisk regarding
         metes and bounds legal description
         Charlotte C. Barnett   .20 hours at  175.00 per hour.     $35.00

Circuit City Stores Inc
File Number: 2055557                                      Page  18
Invoice No. 91188407                                     October 9, 2009

09/29/09 Kennesaw, GA - Telephone call with D. Miller
         regarding proposed revisions to purchase
         agreement and Taunton, MA CAM charges (.5);
         revise purchase agreement (.7); transmit
         revised draft of purchase agreement and
         execution instructions (.2); e-mail
         correspondence and telephone call with
         purchaser's counsel regarding CAM charges,
         closing deliverables and miscellaneous assets
         order (1.6); e-mail correspondence with title
         company regarding legal description (.2);
         review proof of claim filed by Cole in
         bankruptcy proceeding (.5)
         Matthew T. Gunlock   3.70 hours at  290.00 per hour.    $1,073.00

09/30/09 Kennesaw, GA - Telephone call with D. Miller
         regarding closing deliverables (.2); telephone
         call with bankruptcy counsel regarding
         miscellaneous assets order (.3); e-mail
         correspondence with purchaser's counsel
         regarding revisions to purchase agreement (.5)
         Matthew T. Gunlock   1.00 hours at  290.00 per hour.      $290.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Edmund S. Pittman | $450.00 | 1.2 | $540.00 |
| Sarah B. Boehm | $450.00 | 0.7 | $315.00 |
| Daniel F. Blanks | $375.00 | 0.9 | $337.50 |
| Susan C. Tarnower | $350.00 | 1.2 | $420.00 |
| Matthew T. Gunlock | $290.00 | 38.3 | $11,107.00 |
| Charlotte C. Barnett | $175.00 | 0.2 | $35.00 |
| TOTAL FEES | | 42.5 | $12,754.50 |

**Re: Utilities Matters**
   **Our File No.**              **2055557-0210**
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

09/01/09 Revise notice of termination of utilities
         blocked account and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks   .80 hours at  375.00 per hour.        $300.00

09/01/09 Review, file and arrange for service notice of
         deadline regarding utilities blocked account
         Bryan A. Stark   .50 hours at  295.00 per hour.          $147.50

Circuit City Stores Inc
File Number: 2055557                                 Page  19
Invoice No. 91188407                                 October 9, 2009

09/23/09 Correspond with utility creditor regarding
         request for utility payments from blocked
         account and correspond with debtors'
         professionals and review requests for
         information needed
         Bryan A. Stark   1.30 hours at  295.00 per hour.        $383.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $375.00 | 0.8 | $300.00 |
| Bryan A. Stark | $295.00 | 1.8 | $531.00 |
| TOTAL FEES | | 2.6 | $831.00 |

**Re: Tax Matters**
    **Our File No.**              **2055557-0240**
    **Circuit City Contact**      **Michelle Mosier**
    **McGuireWoods Contact**      **Douglas M. Foley**


09/02/09 E-mails regarding tax claims and scheduling
         meeting to discuss same and next round of
         omnibus objections to claims
         Douglas M. Foley   .30 hours at  550.00 per hour.       $165.00

09/02/09 Respond to e-mails from client representative
         (.3); review information from client
         representative. (.4); attention to
         miscellaneous tax issues on employment tax
         protest (2.1)
         Craig D. Bell   2.80 hours at  530.00 per hour.       $1,484.00

09/02/09 Research regarding trust fund taxes and
         unclaimed property
         Erin Q. Ashcroft   1.10 hours at  300.00 per hour.      $330.00

09/03/09 Analysis on offset tax refund issue relating to
         employment tax appeal
         Craig D. Bell   2.80 hours at  530.00 per hour.       $1,484.00

09/03/09 Continue e-mails with client regarding tax
         issues and analyze issues regarding same (.9);
         research issues regarding unclaimed property
         liability and related issues (1.2)
         Daniel F. Blanks   2.10 hours at  375.00 per hour.      $787.50

09/03/09 Research regarding trust fund taxes on
         unclaimed property
         Erin Q. Ashcroft   3.10 hours at  300.00 per hour.      $930.00

Circuit City Stores Inc
File Number: 2055557                              Page  20
Invoice No. 91188407                             October 9, 2009


09/04/09  Continue analysis on IRS offset and withheld
          refund as to employment tax IRS appeal
          Craig D. Bell   2.70 hours at  530.00 per hour.        $1,431.00

09/04/09  Research regarding False Claims Act and
          personal liability for failure to remit
          unclaimed property
          Erin Q. Ashcroft   3.10 hours at  300.00 per hour.     $930.00

09/08/09  E-mails with in-house tax department regarding
          multiple tax issues and analyses regarding same
          and objections
          Daniel F. Blanks   .70 hours at  375.00 per hour.      $262.50

09/08/09  Research regarding affect of bankruptcy on
          unclaimed property and distribution of same
          Erin Q. Ashcroft   4.50 hours at  300.00 per hour.     $1,350.00

09/09/09  Review material and multiple telephone
          conferences and e-mails with in-house tax
          department regarding tax issues and strategies
          Daniel F. Blanks   .90 hours at  375.00 per hour.      $337.50

09/09/09  Research regarding unclaimed property and
          Section 347 requirements
          Erin Q. Ashcroft   2.10 hours at  300.00 per hour.     $630.00

09/09/09  Research amended returns
          J. Christian Tennant   3.00 hours at  285.00 per hour. $855.00

09/10/09  Analyze strategy regarding objection to certain
          tax claims and plan treatment regarding same
          Douglas M. Foley   .40 hours at  550.00 per hour.      $220.00

09/10/09  Research amended returns
          J. Christian Tennant   2.50 hours at  285.00 per hour. $712.50

09/11/09  Continue analysis on tax set off issue and
          refund claim procedures for SLB tax issue
          Craig D. Bell   2.70 hours at  530.00 per hour.        $1,431.00

09/11/09  Prepare for and participate in meetings
          regarding tax claims and analyze issues
          regarding same
          Daniel F. Blanks   4.50 hours at  375.00 per hour.     $1,687.50

09/14/09  Confirm C. Tennant's analysis on tax refund
          procedural issue (1.3); provided follow-up
          analysis required on same by C. Tennant (.4)
          Craig D. Bell   1.40 hours at  530.00 per hour.        $742.00

Circuit City Stores Inc
File Number: 2055557                          Page  21
Invoice No. 91188407                          October 9, 2009

09/14/09 E-mails with in-house tax department regarding
         tax issues in disclosure statement and plan and
         related issues
         Daniel F. Blanks    1.10 hours at  375.00 per hour.          $412.50

09/14/09 Research amended returns
         J. Christian Tennant    2.00 hours at  285.00 per hour.      $570.00

09/15/09 Analysis on tax statutes for refund claim on
         SLB and tolling issue
         Craig D. Bell   1.60 hours at  530.00 per hour.              $848.00

09/15/09 Begin writing memorandum on amended returns
         J. Christian Tennant    1.00 hours at  285.00 per hour.      $285.00

09/16/09 Continue writing memorandum and research
         amended returns
         J. Christian Tennant    2.00 hours at  285.00 per hour.      $570.00

09/17/09 E-mails with in-house parties regarding tax
         reconciliation and related issues and analyze
         issues regarding same
         Daniel F. Blanks     .80 hours at  375.00 per hour.          $300.00

09/23/09 Multiple telephone conferences and e-mails with
         tax department and others regarding tax claims,
         tax research and related issues
         Daniel F. Blanks     .80 hours at  375.00 per hour.          $300.00

09/24/09 E-mails with in-house tax department regarding
         tax claims and strategies and analyze issues
         regarding same
         Daniel F. Blanks     .70 hours at  375.00 per hour.          $262.50

09/25/09 Telephone call with IRS appeals officer (.3);
         review and respond to client e-mails on pending
         federal tax matters (.6)
         Craig D. Bell    .90 hours at  530.00 per hour.              $477.00

09/28/09 Conference call with client tax representative
         and accounting firm (.8); preliminary analysis
         on sale leaseback issue and Rev Proc 09-39
         (1.1)
         Craig D. Bell   1.90 hours at  530.00 per hour.            $1,007.00

09/29/09 Review and respond to e-mails from client
         representative and client's accounting firm
         (.6); preliminary analysis on Rev Proc 2009-39
         on tenant issue allowances relating to
         sale-leaseback issue on tax refund claim (1.2)
         Craig D. Bell   1.80 hours at  530.00 per hour.              $954.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page   22
October 9, 2009

09/30/09 Attention to sale-leaseback tax refund claim
        (3.2); attention to set off procedures relating
        to employment tax settlement (1.5)
        Craig D. Bell   4.70 hours at  530.00 per hour.        $2,491.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.7 | $385.00 |
| Craig D. Bell | $530.00 | 23.3 | $12,349.00 |
| Daniel F. Blanks | $375.00 | 11.6 | $4,350.00 |
| Erin Q. Ashcroft | $300.00 | 13.9 | $4,170.00 |
| J. Christian Tennant | $285.00 | 10.5 | $2,992.50 |
| TOTAL FEES | | 60.0 | $24,246.50 |

**Re: Claims Administration**
     **Our File No.**              2055557-0250
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**


09/01/09 Several e-mails with client and debtors
        professionals regarding next round of omnibus
        objections to claims and timing of filing same
        and review of claims in advance (.9); e-mails
        regarding lease rejection damages claim
        objection and proper application of rejection
        damages cap (.3); analyze issues and review
        caselaw regarding jurisdictional issues arising
        from PITWD claims and e-mails and conference
        call with client and debtors professionals
        regarding same, including definition of
        "personal injury" and ability of Bankruptcy
        Court to enter pre-trial dispositive orders
        (2.8)
        Douglas M. Foley   4.00 hours at  550.00 per hour.        $2,200.00

09/01/09 Analyze claims for objection and multiple calls
        and e-mails with debtors and debtors'
        professionals regarding same (2.6); analyze
        claim objections and related responses and
        multiple calls and e-mails regarding same (2.3)
        Sarah B. Boehm   4.90 hours at  450.00 per hour.        $2,205.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page  23
October 9, 2009

09/01/09 Multiple telephone conferences and e-mails with
         parties and claimants regarding omnibus
         objections to claims and related issues and
         research issues regarding same and review and
         analyze claims for future omnibus objections to
         claims (5.8); telephone conference and e-mails
         with debtors' professionals regarding claims
         for rejection damages claims and calculations
         of the cap on same and related issues (.9)
         Daniel F. Blanks   6.70 hours at  375.00 per hour.      $2,512.50

09/01/09 Review proofs of claim regarding omnibus
         objections
         Erin Q. Ashcroft   5.10 hours at  300.00 per hour.      $1,530.00

09/01/09 Retrieve and organize responses to omnibus
         objections
         Linda J. Neilson   1.60 hours at  185.00 per hour.        $296.00

09/01/09 Analyze responses to multiple omnibus
         objections (3.7); work on chart of responses
         (1.9)
         Karen B. Cain   5.60 hours at  195.00 per hour.         $1,092.00

09/02/09 E-mails regarding forthcoming omnibus
         objections to claims including LTIP, PTO,
         Toshiba and analyze issues relating to research
         on setoff rights and jurisdiction of PITWD
         claims
         Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

09/02/09 Analyze exhibits for omnibus claim objection
         orders and multiple calls and e-mails regarding
         same (.8); multiple calls and e-mails regarding
         objection status updates and analyze documents
         and claims regarding same (3.3); multiple calls
         and e-mails with claimants and analyze
         documents and claims regarding same (1.7);
         research and analyze issues regarding landlord
         claims (.6)
         Sarah B. Boehm   6.40 hours at  450.00 per hour.        $2,880.00

09/02/09 Multiple telephone conferences and e-mails with
         parties and debtors' professionals regarding
         omnibus objections to claims and review and
         analyze claims, pleadings and other items
         regarding same (2.8); review omnibus claim
         orders regarding withdrawal of claims and
         update agendas and statuses regarding same
         (.9); review responses to omnibus objections
         regarding status and withdrawal and prepare
         charts regarding same and analyze strategies

Circuit City Stores Inc
File Number: 2055557                              Page  24
Invoice No. 91188407                             October 9, 2009

                    regarding same (1.3)
                    Daniel F. Blanks   5.00 hours at  375.00 per hour.      $1,875.00

09/02/09   Correspond with creditors regarding questions
           about omnibus objections and warranties (.6);
           research issues and correspond with debtors'
           professionals regarding omnibus objection
           issues (1.5)
           Bryan A. Stark   2.10 hours at  295.00 per hour.                   $619.50

09/02/09   Review and analyze proofs of claim regarding
           omnibus objections
           Erin Q. Ashcroft   2.10 hours at  300.00 per hour.                 $630.00

09/02/09   Review exhibits to orders for omnibus objection
           twenty-nine and review omnibus objection orders
           and chart withdrawn objections
           Linda J. Neilson   3.10 hours at  185.00 per hour.                 $573.50

09/02/09   Analyze responses to omnibus objections (.7);
           work on chart of objection responses (1.2)
           Karen B. Cain   1.90 hours at  195.00 per hour.                    $370.50

09/03/09   E-mails with client and debtors professionals
           regarding status of preparation and claims
           review for omnibus claims objections, including
           503b9 outside of twenty days, PTO and incentive
           plan claim objections
           Douglas M. Foley   1.20 hours at  550.00 per hour.                 $660.00

09/03/09   Analyze responses to omnibus objections,
           claims, proposed orders and related documents
           and multiple calls and e-mails regarding same
           (4.2); multiple e-mails regarding satisfied and
           paid claim review (.4); multiple calls and
           e-mails regarding pending and future omni claim
           objections and analyze documents and claims
           regarding same (2.3)
           Sarah B. Boehm   6.90 hours at  450.00 per hour.                 $3,105.00

09/03/09   Continue attention to omnibus objections to
           claims, review claims for objection, analyze
           issues regarding omnibus objections and
           multiple telephone conferences and e-mails with
           parties regarding omnibus objections to claims
           and related issues regarding same
           Daniel F. Blanks   5.80 hours at  375.00 per hour.              $2,175.00

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91188407                                   October 9, 2009


09/03/09 Research and draft memorandum regarding various
         omnibus objections issues (4.3); correspond
         with debtors' professionals regarding future
         omnibus objections to claims (1.0)
         Bryan A. Stark   5.30 hours at  295.00 per hour.        $1,563.50

09/03/09 Research regarding Rule 7081 and claim
         preclusion of preference claims
         Erin Q. Ashcroft   2.70 hours at  300.00 per hour.       $810.00

09/03/09 Analyze responses to multiple omnibus
         objections (1.2); chart responses for breakdown
         to professionals (1.1)
         Karen B. Cain   2.30 hours at  195.00 per hour.          $448.50

09/04/09 Numerous e-mails with client and debtors
         professionals regarding status of omnibus claim
         objections and analyze issues relating to
         personal injury tort and wrongful death claims
         Douglas M. Foley   1.70 hours at  550.00 per hour.       $935.00

09/04/09 Analyze responses to claim objections, claims
         and related documents and multiple calls and
         e-mails regarding claim objection orders (2.9);
         research regarding 502(b)(6) (2.8)
         Sarah B. Boehm   5.70 hours at  450.00 per hour.       $2,565.00

09/04/09 Continue attention to omnibus objections to
         claims and related issues and continue research
         issues regarding same and continue review and
         analyze claims, pleadings, notices and other
         issues regarding same and continue draft
         omnibus objections to claims regarding same and
         multiple telephone conferences and e-mails with
         debtors' professionals regarding same
         Daniel F. Blanks   4.90 hours at  375.00 per hour.     $1,837.50

09/04/09 Draft omnibus objection to paid time off claims
         (1.5); draft memorandum to file regarding
         omnibus objections (1.0)
         Bryan A. Stark   2.50 hours at  295.00 per hour.         $737.50

09/04/09 Research regarding failure to remit unclaimed
         property to state
         Erin Q. Ashcroft   2.60 hours at  300.00 per hour.       $780.00

09/04/09 Research bankruptcy court docket for responses
         to omnibus objections (.6); work on chart of
         responses (.5)
         Karen B. Cain   1.10 hours at  195.00 per hour.          $214.50