<u>Exhibit E- 2 (Part 2)</u>

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page  26
October 9, 2009

09/07/09 E-mails and telephone conferences with
         claimants and parties regarding omnibus claims
         objections and related issues and draft omnibus
         objections regarding same and analyze issues
         regarding same
         Daniel F. Blanks   1.80 hours at  375.00 per hour.          $675.00

09/08/09 E-mails and telephone calls with client and
         debtors professionals regarding next round of
         omnibus claim objections and timing of claims
         review and filing (1.2); telephone calls and
         e-mails from claimants regarding responses and
         questions to omnibus claims objection and
         status hearing on 9/22 (.8); analyze issues
         relating to landlord claims and application of
         cap under 502(b)(6) and e-mails with debtors
         professionals regarding same (.9); analyze
         issues relating to PITWD claims and withdraw of
         objection and filing estimation motion (.4)
         Douglas M. Foley   3.30 hours at  550.00 per hour.        $1,815.00

09/08/09 Continue to research and analyze 502(b)(6)
         cases and related issues and draft summary
         (2.8); analyze paid and satisfied claims and
         draft summary for objection (1.7); multiple
         calls and e-mails with claimants, counsel and
         in-house team regarding omnibus claim
         objections and analyze issues regarding same
         (1.9)
         Sarah B. Boehm   6.40 hours at  450.00 per hour.         $2,880.00

09/08/09 Continue attention to omnibus objections to
         claims and analyze issues regarding same and
         multiple telephone conferences and e-mails with
         parties regarding omnibus objections and
         analyze issues regarding same and research
         matters regarding same
         Daniel F. Blanks   6.10 hours at  375.00 per hour.       $2,287.50

09/08/09 Review and analyze claims of creditors subject
         to omnibus objections and correspond with
         debtors, debtors' professionals and creditor
         counsel regarding inclusion of claims in
         omnibus objection and other matters (2.1);
         review and analyze research regarding 503(b)(9)
         claims (.8)
         Bryan A. Stark   2.90 hours at  295.00 per hour.          $855.50

09/08/09 Retrieve and organize responses to omnibus
         objections
         Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

Circuit City Stores Inc
File Number: 2055557                                    Page   27
Invoice No. 91188407                                   October 9, 2009

09/09/09  Several e-mails with client, debtors
          professionals and claimants regarding strategy
          with new omnibus claim objections and timing of
          filing and issues relating to PITWD claims and
          jurisdictional issues (.9); telephone
          conference with debtors professionals regarding
          preference analysis and updates (.8); e-mails
          regarding review and analysis of landlord
          claims (.4)
          Douglas M. Foley   2.10 hours at  550.00 per hour.     $1,155.00

09/09/09  Prepare for and participate in telephone
          conference with debtors and professionals
          regarding claim objection strategy, status and
          related issues (1.2); continue to research and
          analyze 502(b)(6) cases and draft summary
          regarding same (1.8); e-mails regarding paid
          and satisfied claim objection, analyze claims
          and issues regarding same (1.1); multiple calls
          and e-mails with claimants and counsel
          regarding omnibus claim objections (.5)
          Sarah B. Boehm   4.60 hours at  450.00 per hour.      $2,070.00

09/09/09  Multiple telephone conferences and e-mails with
          claimants and parties in interest regarding
          omnibus objections to claims and related issues
          and review and analyze claims, pleadings,
          notices and other documentation regarding same
          (1.5); continue attention to claims objections
          and draft objections and review claims
          regarding same and analyze claims for possible
          withdrawal and research issues regarding same
          (4.6)
          Daniel F. Blanks   6.10 hours at  375.00 per hour.    $2,287.50

09/09/09  Telephone calls to creditors regarding omnibus
          objections to claims (.6); correspond with
          debtors professionals regarding creditor
          responses to omnibus objections (1.5)
          Bryan A. Stark   2.10 hours at 295.00 per hour.         $619.50

09/09/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson   3.20 hours at  185.00 per hour.      $592.00

09/09/09  Research bankruptcy court docket for responses
          to multiple omnibus objections (1.7); analyze
          claimant objection responses (2.1); work on
          chart of responses (1.4)
          Karen B. Cain   5.20 hours at  195.00 per hour.       $1,014.00

Circuit City Stores Inc
File Number: 2055557                          Page  28
Invoice No. 91188407                          October 9, 2009

09/10/09  Review pleadings and exhibits relating to next
          round of omnibus claim objections and e-mails
          with client, debtors professionals and FTI
          regarding same (1.3); analyze issues and
          strategy relating to PITWD claims, estimation
          of same, and application of 502(b)(6) cap on
          certain parts of landlord claims (1.2); e-mails
          with creditors counsel regarding responses to
          omnibus claims objections and status hearing on
          9/22 (.8)
          Douglas M. Foley   3.30 hours at  550.00 per hour.    $1,815.00

09/10/09  Analyze issues regarding paid and satisfied
          claims and e-mails regarding same (.6);
          multiple calls and e-mails with claimants and
          counsel regarding omnibus claim objections,
          analyze claims, objections and documents
          regarding same (1.4); research regarding real
          property lease claims (1.6)
          Sarah B. Boehm   3.60 hours at  450.00 per hour.     $1,620.00

09/10/09  Continue attention to claims and review and
          analyze claims, omnibus objections, pleadings,
          notices and orders regarding same (1.8); review
          claims and responses to omnibus objections and
          draft orders withdrawing objection and review
          exhibits regarding same (1.6); multiple
          telephone conferences and e-mails with
          claimants regarding omnibus objections to
          claims and review claims and objections
          regarding same (2.4)
          Daniel F. Blanks   5.80 hours at  375.00 per hour.   $2,175.00

09/10/09  Correspond with debtors' professionals
          regarding status of omnibus objections and
          creditors responses thereto (1.0); draft
          omnibus objections to claims and circulate for
          review and comments (3.0); correspond with
          creditors regarding responses to omnibus
          objections and review and analyze documentation
          regarding such responses (1.0)
          Bryan A. Stark   5.00 hours at  295.00 per hour.     $1,475.00

09/10/09  Review PITWD claims list and compare with
          Exhibit A withdrawn objections
          Erin Q. Ashcroft   1.30 hours at  300.00 per hour.     $390.00

09/10/09  Retrieve and organizes responses to omnibus
          objections
          Linda J. Neilson   2.20 hours at  185.00 per hour.     $407.00

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91188407                                   October 9, 2009


09/10/09  Research bankruptcy court docket for responses
          to objections (.9); analyze claimant objection
          responses (1.1); work on chart of responses
          (.7)
          Karen B. Cain   2.70 hours at  195.00 per hour.        $526.50

09/11/09  E-mails with creditors regarding claim
          objection responses and begin review of same
          Douglas M. Foley   .90 hours at  550.00 per hour.      $495.00

09/11/09  Analyze claims, revise multiple omnibus claim
          objections and notices thereof and multiple
          calls and e-mails regarding same (2.3);
          multiple calls and e-mails with claimants and
          counsel regarding pending omnibus claim
          objections and analyze claims and issues
          regarding same (.9); draft, revise, finalize
          and file motion to allow certain personal
          injury claims for voting purposes and notice
          thereof and multiple calls and e-mails
          regarding same (1.2); analyze withdrawal of
          objection to certain personal injury claims and
          multiple e-mails regarding same (.3); e-mails
          regarding service of omnibus claim orders (.3);
          analyze responses to omnibus claim objections
          and e-mails regarding same (.8)
          Sarah B. Boehm   5.80 hours at  450.00 per hour.     $2,610.00

09/11/09  Multiple telephone conferences and e-mails with
          debtors' professionals and claimants regarding
          omnibus objections to claims and related issues
          and review and analyze claims, issues and other
          matters regarding same
          Daniel F. Blanks   3.50 hours at  375.00 per hour.   $1,312.50

09/11/09  Review and update omnibus objections and draft
          notices of same (1.5); review and prepare
          omnibus objections and corresponding
          documentation for filing (2.0); correspond with
          creditors counsel and debtors' professionals
          regarding response to omnibus objections (.8)
          Bryan A. Stark   4.30 hours at  295.00 per hour.     $1,268.50

09/11/09  Review personal injury claims list and compare
          with Exhibit A
          Erin Q. Ashcroft   .40 hours at  300.00 per hour.      $120.00

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91188407                                   October 9, 2009

09/11/09  Analyze correspondence and e-mail responses to
          omnibus objections (1.1); work on chart of
          objection responses (.9); status of filings to
          professionals (.3)
          Karen B. Cain   2.30 hours at  195.00 per hour.          $448.50

09/14/09  E-mails and telephone calls with UCC and
          debtors professionals regarding preference
          analysis and claims setoff and pending
          settlements and analyze issues regarding same
          (1.9); e-mails with client regarding status of
          next round of unsecured claim objections (.4)
          Douglas M. Foley   2.30 hours at  550.00 per hour.     $1,265.00

09/14/09  Draft and revise omnibus claim objections,
          review claims and notices and multiple calls
          and e-mails with debtors' professionals
          regarding same (1.2); multiple calls and
          e-mails regarding pending claim objections,
          responses, resolutions and strategy regarding
          same (1.7)
          Sarah B. Boehm   2.90 hours at  450.00 per hour.       $1,305.00

09/14/09  Continue attention to omnibus objections to
          claims and related issues and multiple
          telephone conferences and e-mails with parties
          and claimants regarding same and analyze
          multiple issues regarding claims, omnibus
          objections and related issues (3.1); review
          claims for inclusion in omnibus objection and
          analyze issues regarding same (3.8)
          Daniel F. Blanks   6.90 hours at  375.00 per hour.     $2,587.50

09/14/09  Review, revise and update omnibus objections
          and notices thereof and prepare for filing
          (1.8); analyze objections to claim and
          correspond with creditor counsel regarding
          basis for objection (1.3)
          Bryan A. Stark   3.10 hours at  295.00 per hour.         $914.50

09/14/09  Revise listing of omnibus objections and
          circulate (.2); review and organize requests
          for garnishments (1.3)
          Linda J. Neilson   1.50 hours at  185.00 per hour.       $277.50

09/14/09  Research bankruptcy court docket for responses
          to multiple omnibus objections (2.7); analyze
          claimant objection responses (3.1); work on
          chart of responses (2.4)
          Karen B. Cain   8.20 hours at  195.00 per hour.        $1,599.00

Circuit City Stores Inc
File Number: 2055557                           Page  31
Invoice No. 91188407                           October 9, 2009

09/15/09  Analyze, revise, finalize and file multiple
          omnibus claim objections and multiple calls and
          e-mails regarding same (2.8); multiple calls
          and e-mails with claimants and counsel
          regarding omnibus claim objections, analyze
          claims, responses and objections and issues
          regarding same (3.2); e-mails regarding hearing
          to approve settlement regarding warranty (.3)
          Sarah B. Boehm   6.30 hours at  450.00 per hour.      $2,835.00

09/15/09  Continue attention to omnibus objections and
          claims and draft, revise and file multiple
          omnibus objections to claims and review and
          analyze claims, pleadings, notices and other
          items and charts regarding same and multiple
          telephone conferences and e-mails with parties
          regarding same (5.7); multiple telephone
          conferences and e-mails with parties regarding
          omnibus objections to claims and review claims
          and other material regarding same (.8)
          Daniel F. Blanks   6.50 hours at  375.00 per hour.    $2,437.50

09/15/09  Correspond with creditors counsel regarding
          responses to objections to claims
          Bryan A. Stark   1.00 hours at  295.00 per hour.        $295.00

09/15/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson   1.30 hours at  185.00 per hour.      $240.50

09/15/09  Research bankruptcy court docket for responses
          to objections (3.7); analyze claimant objection
          responses (2.1); work on chart of responses
          (1.4)
          Karen B. Cain   7.20 hours at  195.00 per hour.       $1,404.00

09/15/09  Research excusable neglect standards
          Dana James Hall   4.50 hours at  225.00 per hour.    $1,012.50

09/16/09  Meet with client and debtors professionals
          regarding court hearing on approval of federal
          warranty/assurant (.7); e-mails regarding
          status of claim objections and possible
          resolutions of claims and pending motions
          including infogain (1.4)
          Douglas M. Foley   2.10 hours at  550.00 per hour.   $1,155.00

Circuit City Stores Inc
File Number: 2055557                                    Page   32
Invoice No. 91188407                                    October 9, 2009

| | | |
|---|---|---|
| 09/16/09 | Prepare for and participate in hearing to approve warranty settlement and multiple calls and e-mails regarding order approving same (2.4); analyze claim objection responses and chart regarding same and multiple calls and e-mails with claimant and counsel regarding claim objections (1.3); telephone conference regarding litigation claims (.4); analyze strategy and issues regarding claim objection process and resolving responses (1.2) | |
| | Sarah B. Boehm   5.30 hours at  450.00 per hour. | $2,385.00 |
| 09/16/09 | Multiple telephone conferences and e-mails with claimants and parties regarding omnibus objections and other claim issues and analyze issues and material regarding same (2.9); continue draft omnibus objections to claims and research issues regarding same (1.5); revise and file federal warranty order and related issues and multiple telephone conferences and e-mails with debtors' professionals regarding same (.9) | |
| | Daniel F. Blanks   5.30 hours at  375.00 per hour. | $1,987.50 |
| 09/16/09 | Retrieve and organize responses to omnibus objections | |
| | Linda J. Neilson   2.50 hours at  185.00 per hour. | $462.50 |
| 09/16/09 | Draft excusable neglect memorandum | |
| | Dana James Hall   5.00 hours at  225.00 per hour. | $1,125.00 |
| 09/17/09 | Review, analyze and update omnibus claim objection response chart and e-mails with client and debtors professionals regarding same and strategy going forward with claim objection and resolution protocols | |
| | Douglas M. Foley   3.10 hours at  550.00 per hour. | $1,705.00 |
| 09/17/09 | Analyze responses to omnibus objections and strategy for resolutions and telephone conference regarding same (1.4); multiple calls and e-mails from claimants and counsel regarding claim objections (1.4); review chart regarding omnibus objection responses and e-mails regarding same (.4) | |
| | Sarah B. Boehm   3.20 hours at  450.00 per hour. | $1,440.00 |

Circuit City Stores Inc
File Number: 2055557                          Page   33
Invoice No. 91188407                          October 9, 2009

09/17/09  Review claims, charts and responses to omnibus
          objections and analyze issues regarding same
          (1.1); continue resolution of claims and review
          claims, responses and other issues regarding
          same and multiple telephone conferences with
          parties regarding same (3.2)
          Daniel F. Blanks   4.40 hours at  375.00 per hour.        $1,650.00

09/17/09  Prepare for and meet with debtors'
          professionals regarding responses to omnibus
          objections
          Bryan A. Stark   1.00 hours at  295.00 per hour.            $295.00

09/17/09  Review docket and update tracking chart for
          responses to omnibus objections (2.7); prepare
          binders for hearing (2.1)
          Linda J. Neilson   4.80 hours at  185.00 per hour.          $888.00

09/17/09  Draft and revise excusable neglect memorandum
          (.6); analyze and review motions for late proof
          of claim and draft spreadsheet (1.8); review
          omnibus objection responses to debtors' second
          omnibus objection (.9)
          Dana James Hall   3.30 hours at  225.00 per hour.          $742.50

09/18/09  Begin review of responses to omni claim
          objections set for first time for hearing on
          9/22 and analyze issues regarding same (1.9);
          telephone conference with client and debtors
          professionals regarding claim strategy going
          and status chart for tracking progress of same
          (.9)
          Douglas M. Foley   2.80 hours at  550.00 per hour.       $1,540.00

09/18/09  Analyze claims, responses to omnibus claim
          objections and response chart and multiple
          calls and e-mails regarding same (3.8); draft
          and revise new omnibus claim objections and
          notices, analyze claims regarding same and
          multiple calls and e-mails regarding same
          (2.1); analyze and revise agenda status
          regarding omnibus claim status hearings and
          multiple e-mails regarding same (.3); multiple
          calls with claimants and counsel regarding
          omnibus claim objections and resolutions (.4)
          Sarah B. Boehm   6.60 hours at  450.00 per hour.         $2,970.00

Circuit City Stores Inc
File Number: 2055557                                     Page   34
Invoice No. 91188407                                     October 9, 2009

09/18/09  Continue attention to omnibus objections and
          review and analyze claims, pleadings, notices,
          and other items regarding same review claims
          and other charts and material and draft omnibus
          objections to claims regarding same (4.6);
          multiple telephone conferences and e-mails with
          claimants and other parties regarding omnibus
          objections and related issues (1.9)
          Daniel F. Blanks   6.50 hours at  375.00 per hour.        $2,437.50

09/18/09  Correspond with creditors regarding responses
          to omnibus objections and status of possible
          resolution (1.0); research and draft omnibus
          objections to claims and notices thereof (3.5);
          review and analyze omnibus objections to claims
          (1.0)
          Bryan A. Stark   5.50 hours at  295.00 per hour.          $1,622.50

09/18/09  Review and update tracking chart for responses
          to omnibus objections (1.7); prepare response
          to omnibus objections binders for hearing (2.3)
          Linda J. Neilson   4.00 hours at  185.00 per hour.          $740.00

09/18/09  Research excusable neglect (.7); review omnibus
          objection responses for multiple omnis and
          draft summary of same (3.5); research
          predominant purpose test (.5)
          Dana James Hall   4.70 hours at  225.00 per hour.        $1,057.50

09/20/09  Research electronic database of claims (.9);
          analyze responses to omnibus objections (1.1);
          work on chart of responses (1.7)
          Karen B. Cain   3.70 hours at  195.00 per hour.            $721.50

09/21/09  Review omnibus claim objection responses and
          prepare for omnibus hearing on claims and
          status of omnibus objections (2.4); e-mails
          regarding next round of omnibus claim
          objections for voting purposes and substantive
          objections and review drafts of same (1.3)
          Douglas M. Foley   3.70 hours at  550.00 per hour.       $2,035.00

09/21/09  Analyze claims, pleadings, notices, charts and
          other documents regarding claims and draft,
          revise, finalize and file multiple omnibus
          objections to claims and multiple telephone
          conferences and e-mails with professionals and
          claimants' counsel regarding same (6.7);
          analyze and revise agenda regarding various
          claim matters (.4)
          Sarah B. Boehm   7.10 hours at  450.00 per hour.         $3,195.00

Circuit City Stores Inc
File Number: 2055557                                    Page  35
Invoice No. 91188407                                    October 9, 2009

09/21/09  Continue attention to claims and review,
          analyze claims, pleadings, notices, charts,
          summaries, and other documents regarding same
          and draft, revise and file multiple omnibus
          objections to claims and multiple telephone
          conferences and e-mails with debtors'
          professionals regarding same and multiple
          telephone conferences and e-mails with
          claimants regarding same
          Daniel F. Blanks   7.60 hours at  375.00 per hour.      $2,850.00

09/21/09  Review, revise and comment on omnibus
          objections to claims (2.5); correspond with
          debtors' professionals regarding status and
          filing of omnibus objections to claims and
          other claims matters (2.0); review and analyze
          exhibits to omnibus objections to claims and
          prepare omnibus objections and notices thereof
          for service (4.5)
          Bryan A. Stark   9.00 hours at  295.00 per hour.       $2,655.00

09/21/09  Research electronic claims database (1.2);
          analyze responses to omnibus objections (2.9)
          Karen B. Cain   4.10 hours at  195.00 per hour.          $799.50

09/21/09  Analyze omnibus objection responses and draft
          summary of same
          Dana James Hall   2.00 hours at  225.00 per hour.        $450.00

09/22/09  E-mails regarding claim objections and
          preference analysis for setoff purposes and
          analyze recoupment issues regarding same
          Douglas M. Foley   1.20 hours at  550.00 per hour.       $660.00

09/22/09  Draft, analyze, finalize and file multiple
          claim objections and notices thereof and
          multiple calls and e-mails regarding same
          (1.3); analyze responses to omnibus objections
          and prepare for status hearing on omni
          objections thirty through thirty-six (2.2);
          multiple calls and e-mails regarding meeting
          with liquidating trustee and claim status
          matters (1.1)
          Sarah B. Boehm   4.60 hours at  450.00 per hour.       $2,070.00

Circuit City Stores Inc
File Number: 2055557                              Page  36
Invoice No. 91188407                             October 9, 2009

09/22/09  Continue attention to claims and review,
          analyze claims, pleadings and other material
          regarding same and review 503(b)(9) opinion and
          multiple telephone conferences and e-mails with
          claimants, debtors' professionals regarding
          same
          Daniel F. Blanks   3.80 hours at  375.00 per hour.     $1,425.00

09/22/09  Review and organize responses to omnibus
          objections
          Linda J. Neilson   2.20 hours at  185.00 per hour.      $407.00

09/22/09  Research regarding 502(b)(6) claims (3.3);
          review eighth omnibus objection responses and
          draft summary of same (2.9)
          Dana James Hall   6.20 hours at  225.00 per hour.     $1,395.00

09/23/09  Analyze issues relating to claims waterfall and
          bridge analysis through confirmation with
          respect to working responses to claim
          objections and e-mails and telephone calls with
          client and debtors professionals regarding same
          (.9); e-mails with client regarding next round
          of omnibus claim objections and interest and
          late fee claims (.4)
          Douglas M. Foley   1.30 hours at  550.00 per hour.      $715.00

09/23/09  Analyze claim issues and multiple calls and
          e-mails regarding meeting with liquidating
          trustee (1.3); analyze claims and claim
          objection responses, revise chart of summaries,
          analyze e-mails and revise chart regarding
          adjourned matters for omnis thirty through
          thirty-six, draft orders and multiple calls and
          e-mails regarding same (6.2)
          Sarah B. Boehm   7.50 hours at  450.00 per hour.     $3,375.00

09/23/09  Continue attention to omnibus objections to
          claims and multiple telephone conferences and
          e-mails with debtors' professionals and
          claimants regarding same and draft and revise
          documents and other material regarding same and
          review and analyze claims, pleadings, and other
          material regarding same and preparation and
          drafting orders and exhibits regarding same
          (4.8); review motions for reconsideration and
          research issues regarding same and review
          multiple pleadings, notices, orders, and other
          items regarding same (.9)
          Daniel F. Blanks   5.70 hours at  375.00 per hour.     $2,137.50

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91188407                                    October 9, 2009

09/23/09 Review correspondence for informal responses to
         omnibus claims objections (.7); correspond with
         creditors' counsel and debtors' professionals
         regarding workers' compensation claims and
         omnibus objection and review claims (1.0);
         review schedules and claim registry and call
         various creditors and parties in interest
         regarding notices received (1.2)
         Bryan A. Stark   2.90 hours at  295.00 per hour.          $855.50

09/23/09 Work on chart of omnibus objection responses
         (2.1); e-mail to and from professionals
         regarding status of pending responses (.6)
         Karen B. Cain   2.70 hours at  195.00 per hour.           $526.50

09/23/09 Review responses to debtors' ninth omnibus
         objection and draft summary of same (.7);
         research regarding excusable neglect and late
         filed claims (2.5); draft and revise chart of
         creditors who are claiming they received no
         notice of bar dates or that notice was sent to
         the incorrect address (1.1)
         Dana James Hall   4.30 hours at  225.00 per hour.         $967.50

09/24/09 Numerous e-mails and telephone calls with
         creditors counsel, debtors professionals and
         client regarding status of various claims and
         settlements and offset issues including SDI,
         Paramount, PBGC and late fee and interest
         claims, and landlord claims and analyze issues
         regarding same
         Douglas M. Foley   2.80 hours at  550.00 per hour.      $1,540.00

09/24/09 Continue to analyze claims and claim objection
         responses, revise chart of summaries, analyze
         e-mails and revise chart regarding adjourned
         matters for omnis thirty through thirty-six,
         draft orders and multiple calls and e-mails
         regarding same (5.8); e-mails with claimants'
         counsel regarding various omnibus objections
         (.4)
         Sarah B. Boehm   6.20 hours at  450.00 per hour.        $2,790.00

09/24/09 Continue attention to omnibus claims objections
         and review and analyze claims, pleadings, and
         other items regarding same and review responses
         to claim objections and summarize same and
         analyze issues regarding same and multiple
         telephone conferences and e-mails with
         claimants, debtors, regarding same
         Daniel F. Blanks   7.10 hours at  375.00 per hour.      $2,662.50

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91188407                                    October 9, 2009

09/24/09  Review correspondence with creditors and
          creditor counsel and docket for responses and
          agreements regarding orders on omnibus
          objections to claims (2.0); correspond with
          debtors' professionals regarding omnibus
          objections to claims and orders thereon (1.0)
          Bryan A. Stark   3.00 hours at  295.00 per hour.            $885.00

09/24/09  Analyze responses to omnibus objections (1.9);
          work on chart of responses (2.7)
          Karen B. Cain   4.60 hours at  195.00 per hour.            $897.00

09/24/09  Excusable neglect research (1.0); meeting
          regarding Schimenti, Paramount, late claim
          motions, reclamation and recoupment issues
          (.8); draft and revise memorandum regarding
          motions for late proofs of claim (6.4)
          Dana James Hall   8.20 hours at  225.00 per hour.        $1,845.00

09/25/09  E-mails with client and debtors professionals
          regarding new omnibus claim objections and
          preference analysis with respect to pending
          settlements
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

09/25/09  Analyze omnibus claim objection responses,
          analyze and revise chart regarding same and
          multiple calls and e-mails regarding same
          (2.9); draft and revise orders granting
          multiple claim objections and multiple calls
          and e-mails regarding same (1.4); prepare for
          and telephone conference with S. Rinaldi
          regarding claim settlement procedures and
          landlord claims (.9)
          Sarah B. Boehm   5.20 hours at  450.00 per hour.        $2,340.00

09/25/09  Continue resolution of claims and multiple
          e-mails and telephone conferences with
          claimants and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          notices, charts, orders and other items
          regarding same and review and analyze claims,
          responses, and other items and summarize same
          and resolution of claims regarding same and
          multiple telephone conferences and e-mails with
          claimants and others regarding same and draft
          orders for omnibus objections analyze issues
          regarding same
          Daniel F. Blanks   4.80 hours at  375.00 per hour.      $1,800.00

Circuit City Stores Inc
File Number: 2055557                                   Page  39
Invoice No. 91188407                                  October 9, 2009

09/25/09 Review responses to omnibus objections and
         summarize responses
         Bryan A. Stark   2.00 hours at  295.00 per hour.            $590.00

09/25/09 Analyze responses to omnibus objections (2.3);
         work on chart of responses (3.2)
         Karen B. Cain   5.50 hours at  195.00 per hour.          $1,072.50

09/25/09 Draft and revise motion for summary judgment
         regarding late claims (4.4); Review omni
         responses for multiple objections and draft
         summary of same (3.0)
         Dana James Hall   7.40 hours at  225.00 per hour.       $1,665.00

09/26/09 Analyze responses to omnibus objections (.9);
         work on chart of responses (1.7)
         Karen B. Cain   2.60 hours at  195.00 per hour.           $507.00

09/28/09 Analyze issues relating to claims, including
         Paramount, lease rejection damage claims, HR
         claims and preference setoff issues and e-mails
         with client and debtors professionals regarding
         same
         Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

09/28/09 Prepare for and participate in telephone
         conference with Company and professional
         regarding landlord claim review and strategy
         (1.1); continue to analyze claims, responses to
         omnibus objections and related documents and
         draft and revise chart of summaries and
         multiple calls and e-mails regarding same
         (3.7); multiple calls and e-mails with
         claimants and counsel regarding claim objection
         resolutions and responses (.6); analyze issues
         regarding American Express claim settlement
         (.1)
         Sarah B. Boehm   5.50 hours at  450.00 per hour.        $2,475.00

09/28/09 Continue attention to omnibus claims objections
         and related issues and multiple telephone
         conferences and e-mails with claimants and
         others regarding same and e-mails with client
         and debtors' professionals regarding resolution
         of claims and related issues (2.5); e-mails
         with debtors' professionals regarding claim
         withdrawals and related issues (.4)
         Daniel F. Blanks   2.90 hours at  375.00 per hour.      $1,087.50

Circuit City Stores Inc
File Number: 2055557                                    Page  40
Invoice No. 91188407                                   October 9, 2009

09/28/09  Review and analyze responses to omnibus
          objections and update chart of responses
          Bryan A. Stark   3.00 hours at  295.00 per hour.          $885.00

09/28/09  Review and revise omnibus objection summaries
          Erin Q. Ashcroft   2.60 hours at  300.00 per hour.        $780.00

09/28/09  Analyze responses to omnibus objections (3.7);
          work on chart of responses (3.2); prepare
          binders of omnibus objection responses (1.8)
          Karen B. Cain   8.70 hours at  195.00 per hour.         $1,696.50

09/28/09  Analyze and revise omnibus objection response
          summaries (1.0); draft and revise motions for
          summary judgment regarding late claim (5.3)
          Dana James Hall   6.30 hours at  225.00 per hour.       $1,417.50

09/29/09  Review analysis and caselaw and motions
          relating to late claims, excusable neglect and
          strategy relating to various pending motions
          (1.2); review omni claim objection response
          chart (.7)
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

09/29/09  Prepare for claims meeting, analyze claims,
          responses and related documents and revise
          chart of summaries and multiple calls and
          e-mails regarding same (6.5); multiple calls
          and e-mails from claimants regarding omnibus
          objections (.6)
          Sarah B. Boehm   7.10 hours at  450.00 per hour.        $3,195.00

09/29/09  Continue attention to omnibus objections to
          claims and related issues and review and
          analyze claims, pleadings, notices, and other
          items regarding same and continue resolution of
          claims and e-mails and telephone conferences
          with debtors' professionals and claimants
          regarding same and draft stipulations regarding
          same
          Daniel F. Blanks   3.20 hours at  375.00 per hour.      $1,200.00

09/29/09  Review responses to omnibus objections and
          update chart of responses
          Bryan A. Stark   3.50 hours at  295.00 per hour.        $1,032.50

09/29/09  Review omnibus objection summaries and revise
          response summary chart
          Erin Q. Ashcroft   1.90 hours at  300.00 per hour.        $570.00

Circuit City Stores Inc
File Number: 2055557                              Page  41
Invoice No. 91188407                             October 9, 2009

09/29/09 Analyze responses to omnibus objections (2.3);
         work on chart of responses (5.4)
         Karen B. Cain   7.70 hours at  195.00 per hour.         $1,501.50

09/29/09 Draft and revise motion for summary judgment on
         late filed claims (1.4); review late claim
         motions of Chalifoux, Town Square Plaza (.2);
         analyze and revise omnibus objection response
         summaries (1.8); review FM Facilities claim and
         e-mails regarding allowance of late filed
         administrative claim (3.1)
         Dana James Hall   6.50 hours at  225.00 per hour.       $1,462.50

09/30/09 Meeting with client and debtors professionals
         regarding status of claims objection responses,
         AR collection suits, setoff, and lease
         rejection damage claim calculations (6.2);
         e-mails with creditors counsel regarding late
         claim motions (.4)
         Douglas M. Foley   6.60 hours at  550.00 per hour.      $3,630.00

09/30/09 Prepare for and participate in claims meeting
         at the company and analyze claims, strategy and
         issues regarding same
         Sarah B. Boehm   5.80 hours at  450.00 per hour.        $2,610.00

09/30/09 Continue attention to omnibus claims and
         e-mails and telephone conferences with
         claimants, debtors' professionals and others
         regarding same and analyze and resolve claims
         regarding same and review and analyze claims,
         pleadings, orders, and other items regarding
         same and multiple telephone conferences and
         e-mails with parties regarding same
         Daniel F. Blanks   3.90 hours at  375.00 per hour.      $1,462.50

09/30/09 Review responses to omnibus objections (1.2);
         work on response chart (.7)
         Karen B. Cain   1.90 hours at  195.00 per hour.          $370.50

09/30/09 Review and analyze issues regarding Waste
         Management, Inc. motion to allow late filed
         claim (1.7); research regarding Schimenti
         Construction and trust theories (3.4)
         Dana James Hall   5.10 hours at  225.00 per hour.       $1,147.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 48.8 | $26,840.00 |
| Sarah B. Boehm | $450.00 | 117.6 | $52,920.00 |
| Daniel F. Blanks | $375.00 | 114.3 | $42,862.50 |
| Erin Q. Ashcroft | $300.00 | 18.7 | $5,610.00 |
| Bryan A. Stark | $295.00 | 58.2 | $17,169.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91188407

Page  42
October 9, 2009

| | | | |
|---|---|---|---|
| Dana James Hall | $225.00 | 63.5 | $14,287.50 |
| Karen B. Cain | $195.00 | 78.0 | $15,210.00 |
| Linda J. Neilson | $185.00 | 28.5 | $5,272.50 |
| TOTAL FEES | | 527.6 | $180,171.50 |

**Re: Disclosure Statement and Plan**
   Our File No.         2055557-0270
   Circuit City Contact    Michelle Mosier
   McGuireWoods Contact   Douglas M. Foley


09/04/09 File affidavit of service for notice of
        disclosure statement
        Bryan A. Stark   .40 hours at  295.00 per hour.     $118.00

09/09/09 Analyze issues regarding logistics for
        post-disclosure statement hearing mailing of
        plan solicitation packages and ballots and
        effect of claim objections
        Douglas M. Foley   .80 hours at  550.00 per hour.     $440.00

09/09/09 Prepare for and participate in telephone
        conference with debtors' professionals
        regarding disclosure statement hearing and
        strategies regarding preparation and approval
        and related issues
        Daniel F. Blanks   .80 hours at  375.00 per hour.     $300.00

09/10/09 Review plan and disclosure statement regarding
        claim treatment and issues regarding taxes
        Daniel F. Blanks  1.50 hours at  375.00 per hour.     $562.50

09/16/09 Analyze revised disclosure statement order,
        draft notice and e-mails regarding same (.5);
        analyze objections to disclosure statement (.3)
        Sarah B. Boehm   .80 hours at  450.00 per hour.     $360.00

09/16/09 Review, revise, finalize and file revised
        solicitation order and material and e-mails
        with debtors' professionals regarding same
        Daniel F. Blanks  1.20 hours at  375.00 per hour.     $450.00

09/18/09 Begin review of objections to plan and
        disclosure statement and e-mails with client
        and debtors professionals regarding same
        Douglas M. Foley  2.30 hours at  550.00 per hour.   $1,265.00

Circuit City Stores Inc
File Number: 2055557                                          Page  43
Invoice No. 91188407                                         October 9, 2009

09/18/09  Analyze objections to disclosure statement and
          analyze and revise agenda regarding same (.8);
          analyze revised order approving disclosure
          statement and e-mails regarding same (.3)
          Sarah B. Boehm   1.10 hours at  450.00 per hour.         $495.00

09/20/09  Review objections to disclosure statement and
          e-mails with debtors and committee
          professionals regarding same and begin
          preparation for hearing on 9/22
          Douglas M. Foley   1.80 hours at  550.00 per hour.       $990.00

09/21/09  Several meetings with client and debtors
          professionals preparing for disclosure
          statement hearing and resolution of objections
          and numerous e-mails and telephone calls with
          objecting creditors and committee counsel
          regarding same
          Douglas M. Foley   7.80 hours at  550.00 per hour.     $4,290.00

09/21/09  Multiple conferences and e-mails with debtors'
          professionals and committee regarding revisions
          to disclosure statement and order and review
          multiple objections and analyze strategies
          regarding same and prepare for hearing (5.3);
          review claims, revise and finalize motion to
          allow claims for voting purposes and multiple
          calls and e-mails regarding same (.8)
          Sarah B. Boehm   6.10 hours at  450.00 per hour.       $2,745.00

09/21/09  Multiple telephone conferences and e-mails with
          debtors' professionals and others regarding
          disclosure statement, order and various
          responses and objections and analyze strategies
          regarding same and file revised disclosure
          statement and exhibits regarding same (4.4);
          review and analyze motion to reduce certain
          claims to $0.00 for voting and multiple calls
          and e-mails regarding same (1.5)
          Daniel F. Blanks   5.90 hours at  375.00 per hour.     $2,212.50

09/22/09  Prepare for and attend hearing on disclosure
          statement and several telephone calls and
          e-mails with creditors counsel and committee
          counsel regarding resolution of objections
          Douglas M. Foley   6.70 hours at  550.00 per hour.     $3,685.00

Circuit City Stores Inc
File Number: 2055557                              Page  44
Invoice No. 91188407                             October 9, 2009

09/22/09  Prepare for and participate in disclosure
          statement hearing and multiple calls and
          conferences regarding same and revise order and
          exhibits and multiple calls and e-mails
          regarding same (4.9); multiple calls and
          e-mails with KCC regarding disclosure statement
          and solicitation matters (1.2)
          Sarah B. Boehm    6.10 hours at  450.00 per hour.        $2,745.00

09/22/09  Continue to review pleadings, documents,
          responses and charts regarding disclosure
          statement hearing telephone conferences and
          e-mails with debtors' professionals regarding
          same and preparation and telephone conferences
          and e-mails with parties regarding disclosure
          statement hearing
          Daniel F. Blanks    3.90 hours at  375.00 per hour.      $1,462.50

09/23/09  Multiple calls and e-mails regarding disclosure
          statement order and solicitation materials
          Sarah B. Boehm    .80 hours at 450.00 per hour.           $360.00

09/24/09  Analyze order approving disclosure statement,
          final disclosure statement and plan and
          multiple calls and e-mails regarding same and
          solicitation matters
          Sarah B. Boehm    .90 hours at  450.00 per hour.          $405.00

09/24/09  Correspond with debtors' professionals
          regarding filing and service of disclosure
          statement and plan and file disclosure
          statement and amended plan
          Bryan A. Stark    2.50 hours at  295.00 per hour.         $737.50

09/25/09  Review and analyze subcon analysis and
          telephone call and conference with debtors
          professionals and creditors counsel regarding
          same
          Douglas M. Foley    1.20 hours at  550.00 per hour.       $660.00

09/25/09  Analyze solicitation materials and publication
          notice and multiple e-mails regarding same
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91188407                                    October 9, 2009

09/25/09  Review plan, disclosure statement,
          solicitations procedures and other items
          regarding solicitation of ballots and analyze
          issues regarding same and e-mails with debtors'
          professionals, KCC, and others regarding
          solicitation and other items and review ballots
          and other items regarding same
          Daniel F. Blanks   3.30 hours at  375.00 per hour.      $1,237.50

09/26/09  Review plan, disclosure statement, and order
          approving disclosure statement regarding
          solicitation and other issues and review
          ballots and other materials regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

09/27/09  Travel to Los Angeles for reviewing ballots at
          KCC (8.0 hours only billed 4.0)
          Daniel F. Blanks   4.00 hours at  375.00 per hour.      $1,500.00

09/28/09  E-mails and telephone calls with KCC and
          debtors professionals regarding solicitation
          materials and status of packages and ballots
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

09/28/09  Analyze claims and issues and multiple calls
          and e-mails regarding solicitation materials
          and ballots (1.1); finalize and file
          confirmation hearing notice and multiple
          e-mails regarding posting same on KCC website
          (.3)
          Sarah B. Boehm   1.40 hours at  450.00 per hour.          $630.00

09/28/09  Review and analyze ballots, solicitation
          material and other items regarding plan
          solicitation and other related issues at KCC
          and meetings regarding same and analyze issues
          regarding same
          Daniel F. Blanks   6.50 hours at  375.00 per hour.      $2,437.50

09/29/09  Travel from Los Angeles for review solicitation
          material (8 hours only billed 4.0); e-mails
          with debtors' professionals regarding
          confirmation briefs and other items regarding
          confirmation (.6)
          Daniel F. Blanks   4.60 hours at  375.00 per hour.      $1,725.00

09/29/09  Correspond with debtors' professionals and
          compile and forward memoranda in support of
          plan confirmation for review
          Bryan A. Stark   1.00 hours at  295.00 per hour.          $295.00

          Timekeeper                     Rate/HR      Hours      Fees

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91188407                                    October 9, 2009

| | | | |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 21.2 | $11,660.00 |
| Sarah B. Boehm | $450.00 | 17.8 | $8,010.00 |
| Daniel F. Blanks | $375.00 | 33.2 | $12,450.00 |
| Bryan A. Stark | $295.00 | 3.9 | $1,150.50 |
| TOTAL FEES | | 76.1 | $33,270.50 |

**Re: Intellectual Property Matters**
      **Our File No.**                **2055557-0310**
      **Circuit City Contact**        **Michelle Mosier**
      **McGuireWoods Contact**        **Douglas M. Foley**


09/01/09  Receive and review invoice for 800.COM work in
          China and direct payment (.1); e-mail from
          agent in China regarding continuance of
          oppositions (.1); e-mail to J. Peyton regarding
          same (.1); discussion with P. Mason regarding
          remaining registered marks (.2); review
          Systemax schedule with P. Mason (.2)
          Kymberleigh B. Gokey    .70 hours at  160.00 per hour.    $112.00

09/02/09  Various e-mails regarding circuitcity.info
          domain name (.2); call to catalog.com regarding
          domain renewal and administrative contact
          updates (.2); notes to file (.3)
          Janet P. Peyton    .70 hours at  460.00 per hour.    $322.00

09/02/09  E-mails and phone calls with J. Peyton and
          catalog.com to renew circuitcity.info domain
          name
          Douglas B. Smith    .80 hours at  295.00 per hour.    $236.00

09/02/09  E-mails with J. Peyton regarding
          circuitcity.info and research record on same
          Jacob H. Rooksby    .20 hours at  315.00 per hour.    $63.00

09/03/09  Receive and review correspondence from agent
          reporting recordal of change in ownership of
          registration (.1); maintain record (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

09/04/09  Trademark docket review
          Douglas B. Smith    .30 hours at  295.00 per hour.    $88.50

09/10/09  Conference call with counsel for Systemax
          regarding opposition actions in China
          Douglas B. Smith    .20 hours at  295.00 per hour.    $59.00

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. 91188407                                   October 9, 2009

09/11/09  E-mails and meetings with K. Gokey and J.
          Peyton regarding CIRCUIT CITY HELPING HANDS
          FUND (.5); e-mails with agent regarding renewal
          of 800.COM in EU (.1)
          Douglas B. Smith    .60 hours at  295.00 per hour.      $177.00

09/11/09  E-mail to D. Smith regarding CIRCUIT CITY
          HELPING HANDS FUND deadline (.1); discussion
          with J. Peyton regarding same (.2)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.   $48.00

09/14/09  Review docket reminder (.1); discussion with J.
          Peyton regarding renewal deadline for CIRCUIT
          CITY Canadian registration (.1); telephone call
          from D. Smith regarding trademark schedule and
          renewal dates (.1); discussion with P. Mason
          regarding renewals due for all marks (.2)
          Kymberleigh B. Gokey    .50 hours at  160.00 per hour.   $80.00

09/15/09  Discussion with D. Smith regarding Circuit City
          pending renewal deadlines (.1); revise chart of
          marks and e-mail same to D. Smith (.2)
          Kymberleigh B. Gokey    .30 hours at  160.00 per hour.   $48.00

09/16/09  Prepare e-mail to J. Preas regarding remaining
          Circuit City marks
          Douglas B. Smith   1.50 hours at  295.00 per hour.      $442.50

09/17/09  Retrieve and review trademark opposition files
          for China
          Douglas B. Smith    .50 hours at  295.00 per hour.      $147.50

09/18/09  Review correspondence regarding LIQUID VIDEO
          corrective assignments from prior owner
          Janet P. Peyton    .20 hours at  460.00 per hour.        $92.00

09/18/09  E-mails with J. Peyton regarding corrective
          assignment documents related to the mark LIQUID
          VIDEO (.5); follow-up phone call to J. Preas to
          discuss remaining Circuit City marks (.6)
          Douglas B. Smith   1.10 hours at  295.00 per hour.      $324.50

09/18/09  E-mail from D. Smith regarding trademarks
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.   $16.00

09/21/09  Prepare China opposition files for transfer to
          counsel for Systemax (.1); e-mails with J.
          Preas (.2)
          Douglas B. Smith    .30 hours at  295.00 per hour.       $88.50

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91188407                                    October 9, 2009


09/22/09  Finalize and send files related to China
          trademark oppositions
          Douglas B. Smith    .20 hours at  295.00 per hour.        $59.00

09/22/09  Discussion with D. Smith and prepare
          correspondence to A. Roberts transmitting
          opposition files (.4); e-mail from agent
          regarding outstanding invoice for search
          performed for 800.COM (.1)
          Kymberleigh B. Gokey    .50 hours at  160.00 per hour.    $80.00

09/23/09  E-mail from agent confirming receipt of payment
          for 800.COM in Argentina
          Kymberleigh B. Gokey    .10 hours at  160.00 per hour.    $16.00

09/25/09  E-mails and phone calls with J. Preas regarding
          transferred trademark applications and
          registrations
          Douglas B. Smith    .30 hours at  295.00 per hour.        $88.50

09/25/09  Receive and review certificate of registration
          for Verge and Design (.1); discussion with D.
          Smith regarding same (.1)
          Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

09/28/09  Analyze IP sale orders and e-mails regarding
          same
          Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

09/28/09  E-mails with D. Foley regarding sale of Circuit
          City marks
          Douglas B. Smith    .40 hours at  295.00 per hour.       $118.00

09/28/09  E-mail from D. Smith (.1); review IP schedules
          for files transfer (.4); discussion with D.
          Smith regarding same (.1)
          Kymberleigh B. Gokey    .60 hours at  160.00 per hour.    $96.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Janet P. Peyton | $460.00 | 0.9 | $414.00 |
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| Jacob H. Rooksby | $315.00 | 0.2 | $63.00 |
| Douglas B. Smith | $295.00 | 6.2 | $1,829.00 |
| Kymberleigh B. Gokey | $160.00 | 3.5 | $560.00 |
| TOTAL FEES | | 11.1 | $3,001.00 |

Re: Vendor Claim Litigation
    Our File No.          2055557-0320
    Circuit City Contact  Michelle Mosier
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91188407                                   October 9, 2009

09/01/09 E-mails and telephone conferences with opposing
         counsel regarding Sirius XM litigation and
         reconciliation of matters and e-mails with
         debtors' professionals regarding strategies
         Daniel F. Blanks   1.10 hours at  375.00 per hour.          $412.50

09/08/09 Telephone conferences and e-mails with debtors'
         professionals, in-house professionals and
         others regarding Sirius XM and analyze issues
         regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

09/10/09 E-mails with in-house parties regarding
         negotiations with Sirius XM and related issues
         regarding settlement and review contract
         regarding certain issues
         Daniel F. Blanks   2.20 hours at  375.00 per hour.          $825.00

09/23/09 Call with counsel for Symantec relating to
         recoupment issue
         Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

09/24/09 Analyze issues relating to recoupment and
         reclamation and trust fund theories of various
         creditors
         Douglas M. Foley    .90 hours at  550.00 per hour.          $495.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.3 | $715.00 |
| Daniel F. Blanks | $375.00 | 4.1 | $1,537.50 |
| TOTAL FEES | | 5.4 | $2,252.50 |

**Re: Asset Sales**
    **Our File No.**                **2055557-0321**
    **Circuit City Contact**        **Michelle Mosier**
    **McGuireWoods Contact**        **Douglas M. Foley**

09/01/09 E-mails with client and buyer's counsel and
         debtors professionals regarding entry of orders
         approval sale of real estate and IP assets
         Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

09/01/09 Multiple calls and e-mails regarding real
         property and IP sale orders
         Sarah B. Boehm     .60 hours at   450.00 per hour.          $270.00

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91188407                                    October 9, 2009

09/22/09  Correspond with debtors' professionals
          regarding notice of sale of miscellaneous
          assets (.2); review, analyze and prepare notice
          for filing and arrange for service of same (.6)
          Bryan A. Stark   .80 hours at  295.00 per hour.          $236.00

09/24/09  Correspond with counsel to prospective
          purchaser and debtors' professionals regarding
          inquiry as to sale of miscellaneous assets
          Bryan A. Stark   .60 hours at  295.00 per hour.          $177.00

09/28/09  Review docket for orders approving sale of
          assets to review and correspond with debtors'
          professionals regarding same
          Bryan A. Stark   1.00 hours at  295.00 per hour.         $295.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Sarah B. Boehm | $450.00 | 0.6 | $270.00 |
| Bryan A. Stark | $295.00 | 2.4 | $708.00 |
| TOTAL FEES | | 3.4 | $1,198.00 |

Disbursements and Other Expenses:

|  |  |
|---|---|
| Copy Charges | $1,560.10 |
| Long Distance Telephone Charges | $80.60 |
| 08/27/09 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 08/27/2009 | $156.02 |
| 08/28/09 FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  423311599279 | $13.64 |
| 08/28/09 FedEx Priority Overnight/Int'l Priority to San Jose, CA - Tracking #:  423311599290 | $17.65 |
| 09/01/09 FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  423311600070 | $15.86 |
| 09/01/09 US BANKRUPTCY COURT, EASTERN DISTRICT OF VA - Certified copies | $578.00 |
| 09/02/09 DOUGLAS M. FOLEY - Travel to Richmond to attend and prepare for meetings with client and court hearings 08/24-08/27/09; room, meals | $945.72 |
| 09/02/09 DANIEL F. BLANKS - Filing fee for Complaint in Circuit City v. Sirius XM radio - 8/24/09; Filing fee | $250.00 |
| 09/03/09 DANIEL F. BLANKS - Travel to Richmond for client meeting 08/28/09; room, meals, mileage | $363.21 |
| 09/03/09 J&J COURT TRANSCRIBERS, INC. - Court transcriber services - Federal court 14-Day on 8/18/09 | $80.75 |

Circuit City Stores Inc
File Number: 2055557                                      Page  51
Invoice No. 91188407                                     October 9, 2009

| Date | Description | Amount |
|---|---|---|
| 09/03/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 3,490 HKD payable to Bird & Bird, Inv. 219503 dtd. 7/29/2009; Preliminary searches for 800.com in Hong Kong | $467.31 |
| 09/03/09 | DANIEL F. BLANKS - Shuttle service to and from Bankruptcy Court 08/27/09 | $382.50 |
| 09/04/09 | JANET PEYTON - Fee for payment of circuitcity.info domain renewal 09/02/09 | $36.95 |
| 09/08/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #: 986584521190 | $9.67 |
| 09/08/09 | FedEx Priority Overnight/Int'l Priority to Staunton, VA - Tracking #: 986584521204 | $9.67 |
| 09/09/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #: 423311602831 | $7.84 |
| 09/09/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #: 423311602820 | $7.84 |
| 09/09/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #: 423311602809 | $7.84 |
| 09/09/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #: 423311602810 | $14.76 |
| 09/16/09 | DANIEL F. BLANKS - Travel for meetings regarding tax claims 09/11/09; mileage, meal | $123.73 |
| 09/16/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #: 986584521410 | $14.76 |
| 09/18/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #: 986584521454 | $7.84 |
| 09/21/09 | DANIEL F. BLANKS - Van rental to attend hearing 09/16/09 | $382.50 |
| 09/21/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearings 09/15-09/16/09; room, mileage | $284.56 |
| 09/24/09 | J&J COURT TRANSCRIBERS INC - Federal Court 14-day on 8/27/09 - Transcription services | $459.00 |
| 09/25/09 | DOUGLAS M. FOLEY - Travel to Richmond and DC to attend meetings 09/20-09/22/09; room, mileage, parking | $1,192.36 |
|  | TOTAL EXPENSES | $7,470.68 |

Summary of Fees and Expenses:

Total Fees for all Matters:          $308,797.50

Total Expenses for all Matters:      $7,470.68

Total for this Invoice:              $316,268.18