Exhibit E- 3 (Part 1)

# M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

November 9, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91197928

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $82,430.92
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:              $308,142.50
    Current Disbursements:     $11,214.53
    **Current Invoice Total:**                      $319,357.03

Total Balance Due:                                 $401,787.95

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

| | |
|---|---|
| **Dion W. Hayes**<br>**804.775.1144** | **One James Center**<br>**901 East Cary Street**<br>**Richmond, VA 23219-4030** |

November 9, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 10/31/09

INVOICE NO.  91197928                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.        2055557-0010
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

10/01/09 Review docket and update 10/15/09 hearing items
         chart and circulate (.3); review orders for
         Short Pump Town Center (.8)
         Linda J. Neilson   1.10 hours at  185.00 per hour.        $203.50

10/02/09 Research dismissal regarding landlords appeal
         (.2); prepare documents for 10/7/09 hearing
         (3.1)
         Linda J. Neilson   3.60 hours at  185.00 per hour.        $666.00

10/05/09 Analyze, revise, finalize and file omnibus
         hearing agenda and multiple calls and e-mails
         regarding same and status of various matters
         (.9); analyze documents and e-mails regarding
         board meeting minutes (.4)
         Sarah B. Boehm   1.30 hours at  450.00 per hour.        $585.00

10/05/09 Database searches regarding board minutes
         Gloria K. Dagrosa    .80 hours at  225.00 per hour.        $180.00

10/05/09 Revise and circulate 10/7/09 hearing agenda
         Linda J. Neilson   1.80 hours at  185.00 per hour.        $333.00

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. 91197928                                   November 9, 2009


10/05/09  Prepare revisions to agenda (.4); work on
          agenda exhibit (1.7)
          Karen B. Cain   2.10 hours at  195.00 per hour.        $409.50

10/05/09  Research electronic and hard documents (1.3);
          conference with professionals regarding
          document content (.8)
          Karen B. Cain   2.10 hours at  195.00 per hour.        $409.50

10/06/09  Preparation for hearings on Oct.7 and review
          pleadings regarding same and several e-mails
          and telephone conferences with client,
          creditors, creditors counsel, and debtors
          professionals regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.     $990.00

10/06/09  Telephone call with creditors' counsel
          regarding agenda
          Bryan A. Stark   .30 hours at  295.00 per hour.         $88.50

10/06/09  Retrieve and circulate claims to TKG Coffee
          Tree (.1); revise agenda (.1)
          Linda J. Neilson   .20 hours at  185.00 per hour.       $37.00

10/07/09  Continued preparation for Oct.7th hearing and
          attend same and numerous e-mails and telephone
          conference/meetings with debtors professionals
          and creditors regarding same
          Douglas M. Foley   3.90 hours at  550.00 per hour.   $2,145.00

10/07/09  Handle issues and multiple e-mails regarding
          verification of former Circuit City employees'
          employment (.3); analyze documents and e-mails
          regarding board meeting minutes(.3)
          Sarah B. Boehm   .60 hours at  450.00 per hour.        $270.00

10/07/09  E-mails and telephone conferences with parties
          and court regarding October 7th omnibus hearing
          Daniel F. Blanks   1.50 hours at  375.00 per hour.     $562.50

10/07/09  Prepare exhibits and hearing binders for
          omnibus hearing (4.4); research financial
          documents (2.1)
          Karen B. Cain   6.50 hours at  195.00 per hour.      $1,267.50

10/08/09  E-mails and telephone call on extension of
          removal period by motion relating to claims and
          suits filed in other jurisdictions and analyze
          issues regarding same
          Douglas M. Foley   .30 hours at  550.00 per hour.      $165.00

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91197928                                    November 9, 2009

10/08/09  Review, finalize, and file third motion
          extending time for removal (1.3); draft and
          file notice of motion for the same (.3)
          Bryan A. Stark   1.60 hours at  295.00 per hour.        $472.00

10/08/09  Chart telephone calls and issues to be resolved
          Nancy S. von Bargen   5.80 hours at  220.00 per hour.  $1,276.00

10/08/09  Review chart of calls to creditor hot line
          (.4); update responses to calls and inquiries
          (.7)
          Karen B. Cain   1.10 hours at  195.00 per hour.        $214.50

10/09/09  Analyze agenda for upcoming omnibus hearing and
          multiple e-mails regarding status of various
          matters
          Sarah B. Boehm    .40 hours at  450.00 per hour.       $180.00

10/09/09  Monitor creditor hotline
          Nancy S. von Bargen    .60 hours at  220.00 per hour.  $132.00

10/12/09  Review and revise agenda for matters on for
          hearing on 10/15 and e-mails with debtors
          professionals regarding same
          Douglas M. Foley   1.30 hours at  550.00 per hour.     $715.00

10/12/09  Prepare documents for 10/15/09 hearing (1.7);
          review and revise hearing agenda for filing on
          10/13/09 (.9); correspondence regarding same (
          .3)
          Linda J. Neilson   2.90 hours at  185.00 per hour.     $536.50

10/13/09  Review and revise agenda for October 15, 2009
          and review multiple items regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.     $412.50

10/13/09  Prepare documents for 10/15/09 hearing ( 2.3);
          review and revise hearing agenda for filing on
          10/13/09 (1.6); correspondence regarding same
          (.8)
          Linda J. Neilson   4.70 hours at  185.00 per hour.     $869.50

10/15/09  Analyze new matters for agenda for October 15
          Omnibus hearing and prepare for and attend
          hearing regarding same
          Douglas M. Foley   2.80 hours at  550.00 per hour.    $1,540.00

Circuit City Stores Inc
File Number: 2055557                                       Page   4
Invoice No. 91197928                                       November 9, 2009

10/15/09  Prepare for October 15th omnibus hearing and
          multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

10/15/09  File affidavits of service
          Bryan A. Stark    .30 hours at  295.00 per hour.           $88.50

10/19/09  Return creditor telephone calls
          Nancy S. von Bargen   2.10 hours at  220.00 per hour.     $462.00

10/19/09  Review docket and prepare chart for items set
          for 11/3/09 hearing
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

10/20/09  Multiple telephone conferences and e-mails with
          parties regarding bankruptcy cases and related
          issues (.80); review and file certificates and
          affidavits of service (.80)
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

10/20/09  Research docket for hearing dates (.9); prepare
          hearing calendar (.6)
          Karen B. Cain   1.50 hours at  195.00 per hour.           $292.50

10/21/09  Analyze log regarding hotline calls and e-mails
          regarding responses to same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

10/21/09  Return creditor telephone calls (4.6); chart
          telephone calls and issues to be resolved (.7)
          Nancy S. von Bargen   5.30 hours at  220.00 per hour.   $1,166.00

10/21/09  Research, retrieve and organize cases cited in
          recent objections - setoff/recoupment and 502d
          Linda J. Neilson   1.80 hours at  185.00 per hour.        $333.00

10/22/09  File affidavits of publication
          Bryan A. Stark    .20 hours at  295.00 per hour.           $59.00

10/22/09  Review and respond to requests regarding
          garnishments, etc.
          Linda J. Neilson   2.80 hours at  185.00 per hour.        $518.00

10/26/09  Analyze agenda and pleadings for upcoming
          hearing, deadlines and status and telephone
          conference regarding same
          Sarah B. Boehm   1.20 hours at  450.00 per hour.          $540.00

Circuit City Stores Inc
File Number: 2055557                                          Page   5
Invoice No. 91197928                                         November 9, 2009

10/26/09 Review case calendar and pending motions
         regarding November 3rd hearing and response
         deadlines and e-mails and telephone conferences
         with client and debtors' professionals
         regarding same and e-mails and telephone
         conferences with parties regarding same
         Daniel F. Blanks    1.10 hours at  375.00 per hour.           $412.50

10/27/09 Several telephone conferences and e-mails with
         debtors' professionals and creditors regarding
         hearing items for November 3 and adjournments
         of pending motions for allowance and payment of
         late administrative claims
         Douglas M. Foley    .90 hours at  550.00 per hour.            $495.00

10/29/09 Review and revise agenda for November 3 hearing
         as well as Exhibit A relating to status of
         claims administration and e-mails to debtors'
         professionals regarding same
         Douglas M. Foley    1.40 hours at  550.00 per hour.           $770.00

10/29/09 Analyze agenda and multiple e-mails regarding
         status of various matters
         Sarah B. Boehm    .40 hours at   450.00 per hour.             $180.00

10/29/09 File affidavits of service
         Bryan A. Stark    .40 hours at  295.00 per hour.              $118.00

10/29/09 Review and retrieve rejection order regarding
         Thompson West relating to a Westlaw agreement
         Linda J. Neilson    .40 hours at  185.00 per hour.             $74.00

10/29/09 Work on response exhibit to omnibus agenda
         Karen B. Cain    3.10 hours at  195.00 per hour.              $604.50

10/30/09 Review and revised agenda for November 3
         omnibus hearing date and Exhibit A regarding
         same as it pertains to status of responses to
         claim objections
         Douglas M. Foley    1.80 hours at  550.00 per hour.           $990.00

10/30/09 Chart telephone calls and issues to be resolved
         (.5); return creditor telephone calls (.2)
         Nancy S. von Bargen    .70 hours at  220.00 per hour.         $154.00

10/30/09 Prepare and revise hearing agenda for filing
         (1.4); prepare documents for 11/3/09 hearing
         (2.3)
         Linda J. Neilson    3.70 hours at  185.00 per hour.           $684.50

Circuit City Stores Inc
File Number: 2055557                                              Page   6
Invoice No. 91197928                                             November 9, 2009

10/30/09 Work on exhibit of omnibus objection responses
         for filing with agenda
         Karen B. Cain   4.20 hours at   195.00 per hour.            $819.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 14.2 | $7,810.00 |
| Sarah B. Boehm | $450.00 | 4.3 | $1,935.00 |
| Daniel F. Blanks | $375.00 | 6.4 | $2,400.00 |
| Bryan A. Stark | $295.00 | 2.8 | $826.00 |
| Gloria K. Dagrosa | $225.00 | 0.8 | $180.00 |
| Nancy S. von Bargen | $220.00 | 14.5 | $3,190.00 |
| Karen B. Cain | $195.00 | 20.6 | $4,017.00 |
| Linda J. Neilson | $185.00 | 25.1 | $4,643.50 |
| TOTAL FEES | | 88.7 | $25,001.50 |

**Re: Restructuring and General Strategy**
    **Our File No.**            2055557-0020
    **Circuit City Contact**    Michelle Mosier
    **McGuireWoods Contact**    Douglas M. Foley

10/07/09 Review board materials and participate in board
         call regarding case status and confirmation
         schedule and claims resolution status
         Douglas M. Foley   1.10 hours at   550.00 per hour.         $605.00

10/12/09 Prepare for and participate in telephone
         conference regarding liquidating trust
         oversight committee members
         Sarah B. Boehm   .80 hours at   450.00 per hour.            $360.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.1 | $605.00 |
| Sarah B. Boehm | $450.00 | 0.8 | $360.00 |
| TOTAL FEES | | 1.9 | $965.00 |

**Re: Schedule and SOFAS**
    **Our File No.**            2055557-0050
    **Circuit City Contact**    Michelle Mosier
    **McGuireWoods Contact**    Douglas M. Foley

10/15/09 Review and file monthly operating report and
         e-mails with parties regarding same
         Daniel F. Blanks   .70 hours at   375.00 per hour.          $262.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $375.00 | 0.7 | $262.50 |

Circuit City Stores Inc
File Number: 2055557                                  Page    7
Invoice No. 91197928                                 November 9, 2009

                    TOTAL FEES          ‾‾‾‾‾‾      ‾‾‾‾‾‾‾‾
                                          0.7        $262.50

**Re: Professional Retention/Fee Applications**
   **Our File No.**          **2055557-0070**
   **Circuit City Contact**  **Michelle Mosier**
   **McGuireWoods Contact**  **Douglas M. Foley**


10/05/09 E-mails with debtors' professionals regarding
         no objections received to fee applications
         (.3); analyze and revise McGuireWoods monthly
         fee statement (1.4)
         Sarah B. Boehm   1.70 hours at  450.00 per hour.        $765.00

10/07/09 Analyze fee applications for all of the
         debtors' professionals and CPO and prepare for
         and participate in omnibus hearing on fee
         applications
         Sarah B. Boehm    .80 hours at  450.00 per hour.        $360.00

10/08/09 Analyze issues regarding fee application orders
         for debtors' professionals
         Sarah B. Boehm    .20 hours at  450.00 per hour.         $90.00

10/09/09 Finalize monthly fee statement and draft and
         revise related correspondence and multiple
         e-mails regarding same (.8); e-mail to J.
         Turner regarding monthly fee statement in Excel
         (.1); finalize and submit orders on debtors'
         professionals fee applications and multiple
         e-mails with professionals regarding same (.7)
         Sarah B. Boehm   1.60 hours at  450.00 per hour.        $720.00

10/09/09 Draft and compile orders approving the interim
         fee applications of the debtors' professionals
         (2.2); correspond with the debtors'
         professionals regarding the same (.1)
         Bryan A. Stark   2.30 hours at  295.00 per hour.        $678.50

10/13/09 Analyze issues, finalize and file ordinary
         course professional affidavit and multiple
         calls and e-mails regarding same
         Sarah B. Boehm    .60 hours at  450.00 per hour.        $270.00

10/15/09 Analyze issues regarding Susman engagement
         agreement and conference regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.        $180.00

Circuit City Stores Inc
File Number: 2055557                                          Page    8
Invoice No. 91197928                                         November 9, 2009

10/16/09 Analyze issues, draft and file second
         supplemental OCP list and OCP affidavit
         regarding Susman and multiple e-mails with
         committee regarding same (.9); analyze fee
         application orders and e-mails regarding
         payments pursuant to same (.3)
         Sarah B. Boehm   1.20 hours at  450.00 per hour.          $540.00

10/20/09 E-mails regarding entry of fee application
         orders and payments to all professionals
         Sarah B. Boehm   .20 hours at  450.00 per hour.            $90.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 6.7 | $3,015.00 |
| Bryan A. Stark | $295.00 | 2.3 | $678.50 |
| TOTAL FEES | | 9.0 | $3,693.50 |

**Re: Creditors Committee**
   **Our File No.**              2055557-0080
   **Circuit City Contact**      Michelle Mosier
   **McGuireWoods Contact**      Douglas M. Foley

10/13/09 Review materials and prepare for telephone
         conference with creditors committee regarding
         numerous questions relating to cash on
         emergence and claims water fall
         Douglas M. Foley   3.20 hours at  550.00 per hour.      $1,760.00

10/22/09 Numerous e-mails with client, debtor's
         professionals and committee professionals
         regarding provision of information relating to
         preferences in other matters
         Douglas M. Foley   .70 hours at  550.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.9 | $2,145.00 |
| TOTAL FEES | | 3.9 | $2,145.00 |

**Re: Automatic Stay**
   **Our File No.**              2055557-0090
   **Circuit City Contact**      Michelle Mosier
   **McGuireWoods Contact**      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                         Page   9
Invoice No. 91197928                                        November 9, 2009

10/06/09  Correspondence with parties regarding automatic
          stay, stayed matters, status reports, other
          issues and subpoenas and other requests
          Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

10/07/09  Continue drafting response to A. Isaac motion
          and research issues regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

10/12/09  Telephone conference with counsel regarding
          third party discovery and analyze
          correspondence and document request regarding
          same
          Sarah B. Boehm    .50 hours at  450.00 per hour.            $225.00

10/20/09  Telephone call from counsel and e-mails
          regarding filing a suggestion in bankruptcy in
          Anand
          Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

10/20/09  Prepare suggestion in bankruptcy and letter to
          counsel (Anand)
          Linda J. Neilson    .90 hours at  185.00 per hour.          $166.50

10/21/09  Analyze suggestion in bankruptcy regarding
          Anand case and e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

10/23/09  Review motion for relief from automatic stay by
          Unical and analyze issues regarding same and
          e-mails with debtors' professionals and
          committees' professionals regarding same and
          e-mails with debtors' professionals and client
          regarding same
          Douglas M. Foley   1.70 hours at  550.00 per hour.          $935.00

10/23/09  Analyze motion for relief and multiple e-mails
          regarding Unical litigation
          Sarah B. Boehm    .30 hours at  450.00 per hour.            $135.00

10/26/09  Correspond with client regarding automatic stay
          issues (.2); review and analyze documents
          regarding the same (.4)
          Bryan A. Stark    .60 hours at  295.00 per hour.            $177.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.7 | $935.00 |
| Sarah B. Boehm | $450.00 | 1.4 | $630.00 |
| Daniel F. Blanks | $375.00 | 1.5 | $562.50 |
| Bryan A. Stark | $295.00 | 0.6 | $177.00 |
| Linda J. Neilson | $185.00 | 0.9 | $166.50 |

Circuit City Stores Inc
File Number: 2055557                              Page  10
Invoice No. 91197928                             November 9, 2009

                  TOTAL FEES           6.1      $2,471.00


**Re: Litigation**
     **Our File No.**              **2055557-0150**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**


10/01/09 Review documentation and draft complaint
         against Creative Labs
         Bryan A. Stark   3.00 hours at  295.00 per hour.          $885.00

10/02/09 E-mail with committee and debtors counsel
         regarding flat panel class action litigation
         rights and evaluation of same
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

10/02/09 E-mails regarding settlement offer and review
         same
         Bryan A. Fratkin    .10 hours at  490.00 per hour.         $49.00

10/02/09 Review and analyze settlement offer from Sirius
         XM and e-mails with debtors' professionals
         regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

10/05/09 Review Schmenti construction letter regarding
         trust fund theory claims and analyze issues
         regarding response to same
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

10/05/09 E-mails with D. Foley regarding pre-trial
         conference
         Bryan A. Fratkin    .10 hours at  490.00 per hour.         $49.00

10/06/09 Analyze issues relating to flat panel
         anti-trust litigation, mastercard/visa
         settlement, and exchange rate potential
         litigation and e-mails with client, debtors
         professionals and committee professionals
         regarding same
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

10/07/09 Analyze issues and telephone calls relating to
         flat panel litigation and value of same and
         timing of payout on Mastercard / Visa tying
         suit and possible retention of Kaplan Fox for
         interchange exchange rate class action
         anti-trust claim
         Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

Circuit City Stores Inc
File Number: 2055557                                    Page   11
Invoice No. 91197928                                    November 9, 2009

10/07/09  Conferences regarding flat panel litigation
          rights and Visa/MasterCard interchange fee
          litigation rights
          Anne Marie Cushmac    1.60 hours at   490.00 per hour.      $784.00

10/07/09  Review and prepare responses to subpoena
          requests
          Linda J. Neilson    2.90 hours at   185.00 per hour.        $536.50

10/08/09  Review Sussman proposal on Flat Panel
          Litigation with respect to valuation of same
          and telephone call and e-mails with UCC counsel
          and client regarding same
          Douglas M. Foley    .70 hours at   550.00 per hour.         $385.00

10/08/09  E-mails regarding retention of valuation expert
          Anne Marie Cushmac    .30 hours at   490.00 per hour.       $147.00

10/09/09  E-mails regarding evaluation of class action
          litigation assets (0.3); review and revised
          response to Schimenti Construction 2004 exam
          motion and trust fund theory claims (0.9)
          Douglas M. Foley   1.20 hours at   550.00 per hour.         $660.00

10/11/09  E-mails regarding evaluation of litigation
          rights and review of Sussman proposal (0.3);
          review and revise letter to counsel for
          Schmenti Construction and analyze issues
          regarding same (0.9); review and analyze issues
          relating to late claims and strategy regarding
          same (0.7)
          Douglas M. Foley   1.90 hours at   550.00 per hour.       $1,045.00

10/12/09  Review and analysis of flat panel antitrust
          class action litigation and e-mails with
          client, debtors professionals and committee
          regarding same and retention of valuation
          professionals (0.6); review and revise motion
          to dismiss counterclaim filed by XM Sirius
          (0.4); finalize correspondence regarding
          Schimenti construction claims and telephone
          conference and e-mails with counsel regarding
          same (0.8)
          Douglas M. Foley   1.80 hours at   550.00 per hour.         $990.00

10/12/09  Revise draft motion to dismiss regarding Sirius
          XM
          Bryan A. Fratkin    .70 hours at   490.00 per hour.         $343.00

Circuit City Stores Inc
File Number: 2055557                                              Page  12
Invoice No. 91197928                                             November 9, 2009

10/12/09  Review e-mails and prepare for conference
          regarding flat screen panel antitrust
          litigation rights (.2); review proposed
          contract with Susman Godfrey (.2)
          Anne Marie Cushmac    .40 hours at  490.00 per hour.        $196.00

10/12/09  Draft and revise motion to dismiss counterclaim
          and research multiple issues regarding same and
          revise same
          Daniel F. Blanks   3.40 hours at  375.00 per hour.       $1,275.00

10/13/09  Conference with J. Marcum, S. Cannon regarding
          flat screen panel antitrust litigation rights,
          Susman Godfrey proposal
          Anne Marie Cushmac    .30 hours at  490.00 per hour.        $147.00

10/13/09  Continue to revise Sirius XM motion to dismiss
          count and research issues regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.         $337.50

10/14/09  Review issues relating to flat panel anti-trust
          class action litigation and telephone calls
          with committee counsel and debtors counsel and
          client regarding same and strategy going
          forward for valuation
          Douglas M. Foley   .80 hours at  550.00 per hour.          $440.00

10/14/09  Revise, finalize and file motion to dismiss
          counterclaim regarding Sirius XM and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   .70 hours at  450.00 per hour.            $315.00

10/14/09  Telephone conference with Sirius XM regarding
          settlement and motion to dismiss
          Daniel F. Blanks    .50 hours at  375.00 per hour.         $187.50

10/14/09  Prepare responses to requests for garnishments,
          etc.
          Linda J. Neilson   2.90 hours at  185.00 per hour.         $536.50

10/15/09  Analyze issues regarding third-party discovery
          and correspondence regarding same (.3);
          telephone conference with T. Kendrick regarding
          same (.3)
          Sarah B. Boehm    .60 hours at  450.00 per hour.           $270.00

10/15/09  Review contract and revise complaint against
          Creative Labs (2.1); correspond with the
          debtors' professionals regarding litigation
          (.6)
          Bryan A. Stark   2.70 hours at  295.00 per hour.           $796.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91197928

10/16/09  Numerous e-mails with client and analyze
viability of accounts receivable claims with
various vendors including Fox Home
Entertainment and scheduled meetings relating
to same
Douglas M. Foley    .90 hours at  550.00 per hour.          $495.00

10/16/09  Review and analyze preference analysis and
update Sharp complaint
Bryan A. Stark    .60 hours at  295.00 per hour.          $177.00

10/19/09  E-mails regarding finalization of complaints
against Creative Labs and Sharp Electronics
Douglas M. Foley    .30 hours at  550.00 per hour.          $165.00

10/19/09  Review draft Creative Labs complaint
Bryan A. Fratkin    .50 hours at  490.00 per hour.          $245.00

10/19/09  Analyze issues regarding third party discovery
request and e-mails regarding same
Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

10/19/09  Review and update Creative Labs complaint (.3);
e-mail for review (.1)
Bryan A. Stark    .40 hours at  295.00 per hour.          $118.00

10/20/09  Review and analyze Sharp complaint
Bryan A. Fratkin    .50 hours at  490.00 per hour.          $245.00

10/22/09  E-mails regarding discovery requests by Samsung
Electronics relating to 502(d) objection and
e-mails regarding filing complaint relating to
Creative Labs and Sharp
Douglas M. Foley   1.20 hours at  550.00 per hour.          $660.00

10/22/09  E-mails regarding Sirius settlement proposal
(.1); e-mails regarding drafting APs (.1)
Bryan A. Fratkin    .20 hours at  490.00 per hour.          $98.00

10/22/09  Telephone conference and e-mails with counsel
for Sirius XM regarding motion to dismiss and
settlement
Daniel F. Blanks    .50 hours at  375.00 per hour.          $187.50

10/22/09  Review Creative Labs complaint and contract
(.7); e-mail for review (.1); correspond with
the debtors' professionals regarding preference
complaints (.3)
Bryan A. Stark   1.10 hours at  295.00 per hour.          $324.50

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91197928                                   November 9, 2009


| | | |
|---|---|---|
| 10/23/09 | E-mails regarding settlement with Sirius | |
| | Bryan A. Fratkin   .10 hours at  490.00 per hour. | $49.00 |
| 10/23/09 | Analyze Mondragon adversary proceeding and e-mails regarding motion to dismiss | |
| | Sarah B. Boehm   .20 hours at  450.00 per hour. | $90.00 |
| 10/23/09 | Research and draft counteroffer to Sirius XM and analyze issues regarding same | |
| | Daniel F. Blanks   1.20 hours at  375.00 per hour. | $450.00 |
| 10/23/09 | Correspond with the debtors' professionals regarding conflicts issues (.5); draft status report for filing with Ninth Circuit and arrange for its filing (.6) | |
| | Bryan A. Stark   1.10 hours at  295.00 per hour. | $324.50 |
| 10/27/09 | Prepare documents to be sent to another entity to levy writ of attachment | |
| | Jodie Grotins   .30 hours at  300.00 per hour. | $90.00 |
| 10/28/09 | Meeting with client regarding status of flat panel litigation and hiring of expert economist | |
| | Douglas M. Foley   .70 hours at  550.00 per hour. | $385.00 |
| 10/28/09 | Review Creative Labs complaint and conference with B. Stark regarding same (.5); review Creative Labs contract (.3); review Sharp complaint and conference with B. Stark regarding same (.5); review Sharp contracts regarding same (.3) | |
| | Bryan A. Fratkin   1.60 hours at  490.00 per hour. | $784.00 |
| 10/28/09 | Revise complaints for Sharp and Creative Labs and circulate for review (.4); correspond with the debtor and its professionals regarding the same (.6) | |
| | Bryan A. Stark   1.00 hours at  295.00 per hour. | $295.00 |
| 10/29/09 | E-mails regarding Sharp complaint and Creative Labs complaint and finalizing counts relating to preference allegations | |
| | Douglas M. Foley   .70 hours at  550.00 per hour. | $385.00 |
| 10/29/09 | Telephone call regarding preference complaints | |
| | Bryan A. Stark   .50 hours at  295.00 per hour. | $147.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91197928                                   November 9, 2009

10/30/09 E-mails relating to Sharp and Creative Labs
         complaint and finalizing same (.3); review,
         draft and revise response to expedited
         discovery request by Samsung and analyze issues
         regarding same (1.4); e-mails regarding status
         of Sirius XM settlement negotiations (.2)
         Douglas M. Foley   1.70 hours at  550.00 per hour.          $935.00

10/30/09 E-mails regarding settlement discussion with
         Sirius XM
         Bryan A. Fratkin    .10 hours at  490.00 per hour.           $49.00

10/30/09 Multiple e-mails and telephone conference with
         debtors' professionals and counsel for Sirius
         XM regarding resolution and conference
         regarding same and analyze issues regarding
         same
         Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

10/30/09 Revise Sharp complaint (.4); correspond with
         the debtors' professionals regarding the same
         (.4); prepare and arrange exhibits to complaint
         (.6)
         Bryan A. Stark   1.40 hours at  295.00 per hour.            $413.00

| Timekeeper        | Rate/HR  | Hours | Fees        |
|-------------------|----------|-------|-------------|
| Douglas M. Foley  | $550.00  | 15.2  | $8,360.00   |
| Anne Marie Cushmac | $490.00 | 2.6   | $1,274.00   |
| Bryan A. Fratkin  | $490.00  | 3.9   | $1,911.00   |
| Sarah B. Boehm    | $450.00  | 1.8   | $810.00     |
| Daniel F. Blanks  | $375.00  | 8.3   | $3,112.50   |
| Jodie Grotins     | $300.00  | 0.3   | $90.00      |
| Bryan A. Stark    | $295.00  | 11.8  | $3,481.00   |
| Linda J. Neilson  | $185.00  | 5.8   | $1,073.00   |
| TOTAL FEES        |          | 49.7  | $20,111.50  |

Re: Avoidance Actions
    Our File No.            2055557-0160
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

10/12/09 Analyze issues relating to updated preference
         analysis and timing of filing lawsuits
         regarding same and evaluation of defenses
         Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91197928                                   November 9, 2009

10/20/09  E-mails regarding communication with committee
          regarding status of preference analysis and
          providing information to committee regarding
          same
          Douglas M. Foley    .60 hours at  550.00 per hour.          $330.00

10/20/09  Analyze materials associated with avoidance
          actions
          Joseph S. Sheerin   1.00 hours at  450.00 per hour.         $450.00

10/21/09  Telephone calls and e-mails with debtor's
          professionals and creditors' counsel regarding
          502(d) objection and provision of information
          regarding estates analysis of preference
          exposure for purposes of November 12 hearing
          and avoiding discovery
          Douglas M. Foley   1.90 hours at  550.00 per hour.       $1,045.00

10/21/09  Analyze issues regarding preference analysis
          and e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

10/22/09  Review form of e-mail regarding provision of
          information relating to November 12 objections
          on 502(d) grounds and setoff grounds
          Douglas M. Foley    .40 hours at  550.00 per hour.         $220.00

10/29/09  Prepare for and conduct communications
          regarding avoidance actions
          Joseph S. Sheerin   .40 hours at  450.00 per hour.         $180.00

10/30/09  Review several sets of raw data relating to
          preference exposure as well as preference
          analysis relating to JVC and Samsung
          Douglas M. Foley    .80 hours at  550.00 per hour.         $440.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 4.3 | $2,365.00 |
| Joseph S. Sheerin | $450.00 | 1.4 | $630.00 |
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| TOTAL FEES | | 6.0 | $3,130.00 |

Re: Vendor Matters
    Our File No.            2055557-0170
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91197928

| | | |
|---|---|---|
| 10/15/09 | Review spreadsheet and telephone conference with client regarding various accounts receivable and status of same and lawsuits and demand letters | |
| | Douglas M. Foley   1.70 hours at  550.00 per hour. | $935.00 |
| 10/20/09 | E-mails and analysis regarding reclamation claims including reclamation claims of Paramount Home Entertainment | |
| | Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 10/20/09 | Review accounting and analysis relating to Fox Home Entertainment and prepare for participated in telephone call with counsel for Fox Home Entertainment and client relating to various offsets of pre-petition and post-petition receivables and reconciliation of claim amounts | |
| | Douglas M. Foley   1.70 hours at  550.00 per hour. | $935.00 |
| 10/26/09 | Analyze issues regarding SDI Technologies reconciliation and preference analysis and e-mail memorandums with opposing counsel and client and debtors' professional regarding same | |
| | Douglas M. Foley   1.90 hours at  550.00 per hour. | $1,045.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 5.6 | $3,080.00 |
| TOTAL FEES | | 5.6 | $3,080.00 |

**Re: Real Estate**
   **Our File No.**                **2055557-0180**
   **Circuit City Contact**        **Michelle Mosier**
   **McGuireWoods Contact**        **Douglas M. Foley**

| | | |
|---|---|---|
| 10/01/09 | Research, analyze issues and multiple e-mails regarding order terminating lease agreement (.9); e-mails regarding Kennesaw, GA sale (.2) | |
| | Sarah B. Boehm   1.10 hours at  450.00 per hour. | $495.00 |
| 10/01/09 | Kennesaw, GA:  e-mail correspondence with D. Miller regarding purchase agreement (.2); review revised legal description for property (.2); e-mail correspondence with M. Padover regarding purchase agreement (.3) | |
| | Matthew T. Gunlock    .70 hours at  290.00 per hour. | $203.00 |

Circuit City Stores Inc
File Number: 2055557                                        Page  18
Invoice No. 91197928                                       November 9, 2009

10/02/09 Analyze issues and e-mails regarding Kennesaw,
         GA sale procedures, order and related matters
         (.1); e-mails with Skadden and submit lease
         termination order for entry (.2)
         Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

10/02/09 Kennesaw, GA:  e-mail correspondence and
         telephone call with M. Padover and T. Weiss
         regarding purchase agreement, miscellaneous
         assets order and closing deliverables (1.4);
         e-mail correspondence with D. Miller (.2);
         review miscellaneous assets order (.3); e-mail
         correspondence with bankruptcy counsel (.4)
         Matthew T. Gunlock   2.30 hours at  290.00 per hour.     $667.00

10/05/09 Kennesaw, GA:  e-mail correspondence with D.
         Miller (.2); telephone call and e-mail
         correspondence with M. Padover (.8); e-mail
         correspondence with bankruptcy counsel
         regarding assets order (.3); e-mail
         correspondence with title company (.2); e-mail
         correspondence with K. Malcolm (.3)
         Matthew T. Gunlock   1.80 hours at  290.00 per hour.     $522.00

10/06/09 Kennesaw, Georgia:  E-mail correspondence and
         telephone call with M. Padover (.8); e-mail
         correspondence with bankruptcy counsel (.3);
         review assets order (.2)
         Matthew T. Gunlock   1.30 hours at  290.00 per hour.     $377.00

10/06/09 Telephone call with creditor counsel regarding
         West Virginia lease (.3); review and analyze
         lease rejection notices (.6)
         Bryan A. Stark    .90 hours at  295.00 per hour.         $265.50

10/07/09 Kennesaw, GA:  e-mail correspondence and
         telephone call with M. Padover (.6); e-mail
         correspondence with D. Miller (.2)
         Matthew T. Gunlock   .80 hours at  290.00 per hour.      $232.00

10/08/09 Kennesaw, GA:  e-mail correspondence and
         telephone call with M. Padover regarding
         purchase agreement and miscellaneous assets
         order (1.1)
         Matthew T. Gunlock   1.10 hours at  290.00 per hour.     $319.00

10/09/09 Kennesaw, GA:  e-mail correspondence with D.
         Miller (.2); e-mail correspondence with M.
         Padover (.7); e-mail correspondence with
         bankruptcy counsel regarding sale order (.4)
         Matthew T. Gunlock   1.30 hours at  290.00 per hour.     $377.00

Circuit City Stores Inc
File Number: 2055557                                         Page  19
Invoice No. 91197928                                        November 9, 2009

10/12/09  E-mails and telephone calls with landlords
          counsel regarding confirmation issues, claims
          issues and possible objections
          Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

10/12/09  Kennesaw, GA:  e-mail correspondence and
          telephone call with bankruptcy counsel
          regarding sale order (.4); review purchase
          agreement draft regarding sale order and
          closing conditions (.3)
          Matthew T. Gunlock    .70 hours at  290.00 per hour.        $203.00

10/13/09  Kennesaw, GA:  e-mail correspondence with H.
          Fox (.2); correspondence with bankruptcy
          counsel regarding sale order (.3)
          Matthew T. Gunlock    .50 hours at  290.00 per hour.        $145.00

10/14/09  Kennesaw, GA:  e-mail correspondence with title
          company (.5); e-mail correspondence and
          telephone call with purchaser and purchaser's
          counsel regarding sale order (1.1); e-mail
          correspondence with D. Miller (.1)
          Matthew T. Gunlock   1.70 hours at  290.00 per hour.        $493.00

10/15/09  Kennesaw, GA:  e-mail correspondence with T.
          Weiss (.3); e-mail correspondence with title
          company (.8); review miscellaneous order
          regarding stand alone sale order (.3)
          Matthew T. Gunlock   1.40 hours at  290.00 per hour.        $406.00

10/16/09  Several e-mails with counsel for landlords
          relating to alleged guarantee claims and
          e-mails with committee counsel regarding same
          and review of lists of landlord guarantee
          claims and analyze same
          Douglas M. Foley   1.30 hours at  550.00 per hour.          $715.00

10/16/09  Kennesaw, GA:  e-mail correspondence with and
          telephone call with M. Podover regarding
          purchase agreement (.8); telephone call with
          and e-mail correspondence with bankruptcy
          counsel regarding sale order (.4); review form
          of sale order (.8); review and revise purchase
          agreement per sale order process (.8)
          Matthew T. Gunlock   2.80 hours at  290.00 per hour.        $812.00

10/19/09  Kennesaw, GA:  e-mail correspondence with M.
          Padover regarding sale order and purchase
          agreement (.6); revise purchase agreement (.6)
          Matthew T. Gunlock   1.20 hours at  290.00 per hour.        $348.00

Circuit City Stores Inc
File Number: 2055557                          Page   20
Invoice No. 91197928                          November 9, 2009

10/20/09 Kennesaw, GA:  e-mail correspondence and
         telephone call with purchaser's counsel (.8);
         revise purchase agreement regarding sale order
         deliverables (.8)
         Matthew T. Gunlock   1.60 hours at  290.00 per hour.      $464.00

10/21/09 Kennesaw, GA:  e-mail correspondence and
         telephone call with M. Padover (.6); telephone
         call with D. Miller (.1); revise purchase
         agreement (.3)
         Matthew T. Gunlock   1.00 hours at  290.00 per hour.      $290.00

10/22/09 E-mails regarding sign of property claims and
         Landmark's holding guarantee claims
         Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

10/22/09 Kennesaw, GA:  e-mail correspondence with D.
         Miller regarding purchase agreement (.2);
         review correspondence from bankruptcy counsel
         (.2); revise and transmit purchase agreement
         (.7); e-mail correspondence with M. Padover
         (.6); review revised legal description (.5);
         revise purchase agreement to reflect revised
         legal description (.3)
         Matthew T. Gunlock   2.50 hours at  290.00 per hour.      $725.00

10/23/09 Kennesaw, GA:  e-mail correspondence with D.
         Miller (.1); e-mail correspondence with M.
         Padover (.2); review purchaser-executed
         purchase agreement (.2)
         Matthew T. Gunlock    .50 hours at  290.00 per hour.      $145.00

10/26/09 Kennesaw, GA:  e-mail correspondence with M.
         Padover (.4); e-mail correspondence with title
         company (.3); e-mail correspondence with J.
         Preas (.2)
         Matthew T. Gunlock    .90 hours at  290.00 per hour.      $261.00

10/27/09 Kennesaw, GA:  e-mail correspondence with M.
         Padover (.4); e-mail correspondence with title
         company (.3); e-mail correspondence with
         bankruptcy counsel (.1)
         Matthew T. Gunlock    .80 hours at  290.00 per hour.      $232.00

10/28/09 E-mails regarding status of guaranteed claims
         and issues relating to Bloomingdale lease
         assignment and voting issues relating to
         certain landlord claims
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91197928

Page  21
November 9, 2009

10/28/09 Kennesaw, GA:  e-mail correspondence with M.
         Padover (.3); e-mail correspondence with
         bankruptcy counsel (.3)
         Matthew T. Gunlock    .60 hours at  290.00 per hour.        $174.00

10/29/09 Kennesaw, GA:  e-mail correspondence with D.
         Miller (.2)
         Matthew T. Gunlock    .20 hours at  290.00 per hour.         $58.00

10/30/09 Kennesaw, GA:  telephone call with and e-mail
         correspondence with bankruptcy counsel (.6);
         review and revise sale notice (.4); review
         waiver of due diligence letter (.5); transmit
         sale notice documents (.4); e-mail
         correspondence with M. Padover (.8); e-mail
         correspondence with D. Miller (.2)
         Matthew T. Gunlock   2.90 hours at  290.00 per hour.        $841.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.8 | $2,090.00 |
| Sarah B. Boehm | $450.00 | 1.4 | $630.00 |
| Bryan A. Stark | $295.00 | 0.9 | $265.50 |
| Matthew T. Gunlock | $290.00 | 28.6 | $8,294.00 |
| TOTAL FEES | | 34.7 | $11,279.50 |

**Re: Tax Matters**
         Our File No.            2055557-0240
         Circuit City Contact    Michelle Mosier
         McGuireWoods Contact    Douglas M. Foley

10/01/09 Review and respond to e-mails from client tax
         representative (.4); attention to employment
         tax appeal and offset procedural issues (2.5)
         Craig D. Bell   2.90 hours at  530.00 per hour.          $1,537.00

10/02/09 Attention to offset issue on employment tax
         protest with IRS appeals office
         Craig D. Bell   1.10 hours at  530.00 per hour.            $583.00

10/05/09 Prepare for and participate in meetings
         regarding tax claims and strategies and
         reconciliations of tax claims regarding same
         and analyze multiple issues regarding same
         Daniel F. Blanks   5.90 hours at  375.00 per hour.        $2,212.50

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91197928                                   November 9, 2009

10/08/09  Analysis on set off issue relating to
          settlement of employment tax protest (2.0);
          preliminary review of documents provided by IRS
          (.9)
          Craig D. Bell   2.90 hours at  530.00 per hour.        $1,537.00

10/08/09  E-mails and telephone conference with tax
          department regarding tax claims and related tax
          issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.      $412.50

10/09/09  Research tax set off issue on employment tax
          settlement (2.0); review additional documents
          provided by IRS appeals office (.8)
          Craig D. Bell   2.80 hours at  530.00 per hour.        $1,484.00

10/12/09  Detailed review and analysis of IRS settlement
          computations for the employment tax protest
          (4.4); prepare note to client tax
          representative (.2)
          Craig D. Bell   4.60 hours at  530.00 per hour.        $2,438.00

10/13/09  E-mails with Newport News regarding motion to
          compel payment and related issues regarding
          October 15, 2009 omnibus hearing and related
          issues and continuance of same (.50); review
          tax claims and research issues regarding
          objections (.40).
          Daniel F. Blanks   .90 hours at  375.00 per hour.      $337.50

10/14/09  Review additional documents provided by client
          on various tax matters and related IRS audit
          documents
          Craig D. Bell   2.50 hours at  530.00 per hour.        $1,325.00

10/14/09  Prepare for and participate in meeting
          regarding tax claims and related issues and
          analyze strategies for objection
          Daniel F. Blanks   1.90 hours at  375.00 per hour.      $712.50

10/15/09  E-mails and review of sale lease tax refund
          issue and participation and telephone
          conference with liquidating trustees tax
          accountants regarding analysis of same
          Douglas M. Foley   1.40 hours at  550.00 per hour.      $770.00

10/19/09  Review and respond to client e-mails and review
          document provided by client (.5); review
          e-mails from client's accounting firm (.3)
          Craig D. Bell    .80 hours at  530.00 per hour.         $424.00

Circuit City Stores Inc
File Number: 2055557                                              Page  23
Invoice No. 91197928                                        November 9, 2009

10/20/09 E-mails with debtors' professionals regarding
         certain tax issues and analyze issues regarding
         same and research claims and other strategies
         Daniel F. Blanks   1.10 hours at  375.00 per hour.          $412.50

10/21/09 Review documents from client on multiple
         federal tax issues (1.2); two telephone calls
         with client tax rep (.8); conference call with
         IRS appeals officer (.8); attention to
         employment tax protest settlement (1.0)
         Craig D. Bell   3.80 hours at  530.00 per hour.          $2,014.00

10/22/09 Review and respond to client rep e-mails and
         e-mails from client's accountant on
         miscellaneous tax issues (.5); preliminary
         review of SLB documents and analysis provided
         by client's accountants (2.8)
         Craig D. Bell   3.40 hours at  530.00 per hour.          $1,802.00

10/22/09 Prepare for and participate in telephone
         conference with taxing authorities regarding
         taxes, claims, and other issues
         Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

10/23/09 Continue review of documents provided by
         client's accountant on SLB tax issue (2.5);
         telephone call with IRS appeals officer (.3);
         finalize settlement of employment tax protest
         (.8); telephone call with client rep (.2)
         Craig D. Bell   3.80 hours at  530.00 per hour.          $2,014.00

10/26/09 Telephone call with client representative (.5);
         attention to SLB tax refund matter (1.2)
         Craig D. Bell   1.70 hours at  530.00 per hour.            $901.00

10/27/09 Attention to employment tax protest settlement
         Craig D. Bell   1.80 hours at  530.00 per hour.            $954.00

10/27/09 Multiple telephone conferences and e-mails with
         debtors' professionals and others regarding tax
         claims and analyze issues regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

10/28/09 Conference call regarding federal and state tax
         claims (.8); attention to same (.7)
         Craig D. Bell   1.50 hours at  530.00 per hour.            $795.00

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91197928                                   November 9, 2009

10/28/09 Prepare for and telephone conference with
         debtors' professionals regarding omnibus 37
         objection to tax claims and analyze and
         research strategies regarding same
         Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

10/29/09 Attention to SLB tax refunding matter (2.8);
         telephone call with Skadden tax lawyer on TAM
         matter (.5); analysis on same (.5)
         Craig D. Bell   3.80 hours at  530.00 per hour.         $2,014.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 1.4 | $770.00 |
| Craig D. Bell | $530.00 | 37.4 | $19,822.00 |
| Daniel F. Blanks | $375.00 | 13.8 | $5,175.00 |
| TOTAL FEES | | 52.6 | $25,767.00 |

**Re: Claims Administration**
     **Our File No.**              **2055557-0250**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**

10/01/09 Numerous e-mails and telephone conferences with
         debtors professionals, client, creditors, and
         creditors counsel regarding claim objections,
         analysis of late claim motion and case law,
         consignment claims, and landlord claim
         evaluation processes
         Douglas M. Foley   2.40 hours at  550.00 per hour.      $1,320.00

10/01/09 Analyze claim objections, responses, orders and
         exhibits and multiple calls and e-mails
         regarding same (4.5); analyze and revise brief
         regarding excusable neglect and e-mails
         regarding same (1.0); research and draft chart
         of settlements and e-mails regarding same (.4);
         research and analyze insurance claims and
         e-mails regarding same (.6); analyze issues and
         e-mails regarding landlord claim review (.4)
         Sarah B. Boehm   6.90 hours at  450.00 per hour.        $3,105.00

Circuit City Stores Inc
File Number: 2055557                                          Page  25
Invoice No. 91197928                                         November 9, 2009

10/01/09  Continue review and analysis of claims and
          omnibus objections to claims and analyze issues
          regarding same and continue resolution of
          claims and multiple telephone conferences and
          e-mails with creditors and claimants regarding
          same and analyze claims, pleadings, notices,
          and orders regarding same and multiple
          telephone conferences and e-mails with debtors'
          professionals regarding same and continue
          analyze issues regarding same
          Daniel F. Blanks   7.10 hours at  375.00 per hour.      $2,662.50

10/01/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   3.50 hours at  185.00 per hour.        $647.50

10/01/09  Work on chart of omnibus objection responses
          Karen B. Cain   6.30 hours at  195.00 per hour.         $1,228.50

10/01/09  Draft and revise letter to P. Strniste
          regarding Schimenti Construction
          Dana James Hall   3.90 hours at  225.00 per hour.         $877.50

10/02/09  E-mails regarding claim objection and
          reconciliation issues and review case law
          regarding 503b9 claims
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

10/02/09  Analyze objections, claims, responses, revise
          summary chart and multiple calls and e-mails
          with claimants and counsel regarding same
          (3.7); revise pleadings regarding excusable
          neglect, analyze issues and e-mails with KCC
          regarding late claims (.8); e-mails regarding
          payment from American Express (.2); continue to
          analyze insurance claims and e-mails regarding
          reclassifying same (.4)
          Sarah B. Boehm   5.10 hours at  450.00 per hour.        $2,295.00

10/02/09  Review and analyze late filed claims and
          allegations contained in responses and e-mails
          with claims agent regarding same and research
          issues regarding same (1.6); continue attention
          to omnibus claims objections and continue
          resolution of same and review and analyze
          claims, pleadings, notices, orders and other
          items regarding same and multiple telephone
          conferences and e-mails with claimants,
          creditors, and debtors professionals regarding
          same (3.7)
          Daniel F. Blanks   5.30 hours at  375.00 per hour.      $1,987.50

| | | |
|---|---|---|
| 10/02/09 | Research electronic court documents (1.7); analyze responses to omnibus objections (2.3); work on response chart (1.9)<br>Karen B. Cain   5.90 hours at  195.00 per hour. | $1,150.50 |
| 10/04/09 | Review and analyze responses to late claim objections and analyze issues regarding same and e-mails with KCC regarding same<br>Daniel F. Blanks   1.10 hours at  375.00 per hour. | $412.50 |
| 10/05/09 | E-mails with client, debtors professionals and creditors counsel regarding claim objections and responses and possible resolutions of certain claims including 503b9 claims and setoffs for preferences and AR claims<br>Douglas M. Foley   1.40 hours at  550.00 per hour. | $770.00 |
| 10/05/09 | Analyze responses, objections, related documents and summary chart, prepare claim objection orders and multiple calls and e-mails regarding same (2.1); multiple calls with vendors and former customers regarding claim matters (.6); draft and revise motion to shorten notice and notice of hearing regarding PBGC settlement, finalize and file PBGC settlement motion, motion to shorten notice and notice of hearing and multiple calls and e-mails regarding same (2.4)<br>Sarah B. Boehm   5.10 hours at  450.00 per hour. | $2,295.00 |
| 10/05/09 | Continue resolution of claims and review and analyze claims, pleadings, orders, and other items regarding same and review material and claims with debtors' professionals regarding reconciliation and resolution<br>Daniel F. Blanks   1.50 hours at  375.00 per hour. | $562.50 |
| 10/05/09 | Review and analyze motion to shorten and notice of motion (.4); review and file motion for settlement and arrange for service (1.2)<br>Bryan A. Stark   1.60 hours at  295.00 per hour. | $472.00 |
| 10/05/09 | Work on chart of omnibus objection responses<br>Karen B. Cain   3.30 hours at  195.00 per hour. | $643.50 |
| 10/05/09 | Research, draft and revise pleadings regarding EDC<br>Dana James Hall   3.10 hours at  225.00 per hour. | $697.50 |