<u>Exhibit E- 3 (Part 2)</u>

Circuit City Stores Inc
File Number: 2055557                                                    Page  27
Invoice No. 91197928                                           November 9, 2009

10/06/09  Several e-mails and telephone calls with
          client, debtors professionals and creditors
          regarding status of various claim objections
          and responses and hearings scheduled for
          Oct.7th and 15th (1.7); analyze late claim
          issues and revise responses to late claim
          motion and summary judgment briefs (0.9);
          review and analyze issues and approach to PTO
          claims and memorandum opinion and develop
          strategy regarding same (1.3)
          Douglas M. Foley   3.90 hours at  550.00 per hour.        $2,145.00

10/06/09  Analyze opinion and order regarding PTO claims
          and issues regarding same (.7); analyze
          responses and exhibits for omnibus objection
          orders, draft, revise and submit orders and
          multiple calls and e-mails regarding same
          (1.8); analyze issues regarding agenda and
          continued claim objections (.4); research,
          analyze issues, draft and revise response to
          late claim motions and multiple calls and
          e-mails regarding same (2.2); multiple calls
          and e-mails regarding claim objections,
          responses and negotiations (1.4); analyze
          claims waterfall and continued claims (.9)
          Sarah B. Boehm   7.40 hours at  450.00 per hour.         $3,330.00

10/06/09  Continued attention to omnibus objections to
          claims and multiple telephone conferences and
          e-mails with parties, claimants, debtors'
          professionals regarding same and review and
          analyze multiple claims, pleadings, objections,
          notices, and documents regarding same (3.1);
          continue drafting response to A. Isaac's motion
          for late proof of claim and research issues
          regarding same (.80); continue drafting
          response and research multiple issues regarding
          Omnimount's motion for reconsideration and
          e-mails and telephone conferences with counsel
          regarding same (4.2)
          Daniel F. Blanks   8.10 hours at  375.00 per hour.       $3,037.50

10/06/09  Review and analyze memorandum opinion on claim
          objections (.5); correspond with the debtors'
          professionals regarding the same (.3)
          Bryan A. Stark    .80 hours at  295.00 per hour.           $236.00

10/06/09  Retrieve and organize responses to omnibus
          objections
          Linda J. Neilson   2.50 hours at  185.00 per hour.         $462.50

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91197928                                   November 9, 2009

10/06/09  Work on chart of responses to omnibus
          objections
          Karen B. Cain   1.90 hours at  195.00 per hour.        $370.50

10/06/09  Research, draft and revise pleadings regarding
          Export Development Canada
          Dana James Hall   5.30 hours at  225.00 per hour.    $1,192.50

10/07/09  Review and analyze claims waterfall summary for
          committee and conference call with client and
          debtors professionals regarding format and
          content of same (1.3); e-mails and telephone
          calls with client, debtors professionals, and
          creditors counsel regarding pending resolutions
          of claims, possible preference exposure and
          timing of counteroffers and strategy going
          forward (0.8)
          Douglas M. Foley   2.10 hours at  550.00 per hour.  $1,155.00

10/07/09  Analyze omnibus objection responses, prepare
          for and attend omnibus status hearing on claim
          objections (2.6); analyze exhibits for ordered
          omnibus objections and e-mails with FTI and
          clerk's office regarding same (1.4);
          participate in telephone conference with board
          regarding winddown status, claims waterfall and
          related matters (.7); research, analyze and
          revise objection to A. Isaacs late claim motion
          and multiple calls and e-mails regarding same
          (1.6)
          Sarah B. Boehm   6.30 hours at  450.00 per hour.    $2,835.00

10/07/09  Continued attention to omnibus objections to
          claims and analyze and research issues
          regarding same and multiple telephone
          conferences and e-mails with parties regarding
          same and review and analyze claims, pleadings,
          orders, and notices regarding same (3.9);
          continue drafting and revising and researching
          issues regarding Omnimount (2.7)
          Daniel F. Blanks   6.60 hours at  375.00 per hour.  $2,475.00

10/07/09  Create chart of all paid time off responses
          (.3); telephone call regarding the same (.5);
          correspond with counsel and debtors'
          professionals regarding order on omni 31 (.5);
          review documentation and communications
          regarding administrative claims (1.2);
          correspond with the debtors' professionals
          regarding the same (.4)
          Bryan A. Stark   2.90 hours at  295.00 per hour.     $855.50

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91197928                                   November 9, 2009

10/07/09  Review Schimenti Construction Claims and
          October 1, 2009 letter from Schimenti Counsel
          (3.0); research regarding late claims
          (1.1)
          Dana James Hall   4.10 hours at  225.00 per hour.        $922.50

10/08/09  Several telephone calls and e-mails with client
          and debtors professionals regarding resolution
          of responses to claim objections and review and
          analyze and update responses chart and develop
          strategy to expedite process going forward
          (2.9); e-mails with client regarding strategy
          on PTO claims going forward and logistics
          regarding same (0.4); e-mails regarding meeting
          to discuss updates to claims waterfall analysis
          (0.3); analyze issues relating to effect on
          claims by updates to preference analysis (0.4)
          Douglas M. Foley   4.00 hours at  550.00 per hour.    $2,200.00

10/08/09  Analyze claims, responses and summary chart and
          prepare for and attend telephone conference
          regarding claims resolution status and strategy
          (3.1); analyze exhibits for omnibus objection
          orders and e-mails regarding same (.6); analyze
          issues regarding claim objection chart (.4);
          e-mails with KCC regarding service of claim
          objection orders (.2); analyze responses and
          e-mails with Company regarding PTO and
          503(b)(9) claims analysis and strategy (.8)
          Sarah B. Boehm   5.10 hours at  450.00 per hour.     $2,295.00

10/08/09  Continued attention to omnibus objections and
          claims and multiple telephone conferences and
          e-mails with claimants, creditors, parties, and
          debtors' professionals regarding same and
          continued review, analysis and research
          regarding same and draft stipulations regarding
          same
          Daniel F. Blanks   5.80 hours at  375.00 per hour.   $2,175.00

10/08/09  Conference call with the debtors' professionals
          regarding resolution of objections to claims
          (1.6); telephone call with the debtors'
          professionals regarding calls to creditors
          resolving claims (.6); review, analyze and
          update chart of responses to objections (.7)
          Bryan A. Stark   2.90 hours at  295.00 per hour.       $855.50

Circuit City Stores Inc
File Number: 2055557                          Page   30
Invoice No. 91197928                          November 9, 2009

10/08/09  Discussions regarding drafting stipulations and
          notices regarding settlement ( .4 hours);
          conference regarding status of claims (1.7
          hours); review and respond to requests for
          garnishments, etc. (2.3 hours)
          Linda J. Neilson   4.40 hours at  185.00 per hour.         $814.00

10/08/09  Conference call regarding claim allocation and
          response status (2.1); work on chart of
          responses (1.4); review electronic docket
          regarding claims resolutions (2.7)
          Karen B. Cain   6.20 hours at  195.00 per hour.          $1,209.00

10/08/09  Analyze and review EDC pleadings(.8);
          participate in conference call regarding claim
          resolution tracking chart (2.0); researching
          tax issues regarding section 505 and omni
          objection 37 (.8)
          Dana James Hall   3.60 hours at  225.00 per hour.          $810.00

10/09/09  E-mails with creditors counsel regarding
          Graphic Communications, and late claim motions
          including J. Raliegh and evaluation of same and
          scheduling of hearing and discovery regarding
          same (0.8); e-mails regarding preference
          analysis for SDI, Andrews, and telephone
          conference with Navarre and Symantec counsel
          regarding possible resolution of claim and
          evaluation of same (2.9); begin review of 502d
          and setoff motions and Madcow administrative
          claim motion and e-mails with debtors
          professionals and client regarding same (0.7)
          Douglas M. Foley   4.40 hours at  550.00 per hour.       $2,420.00

10/09/09  Analyze entered claim objection orders and
          e-mails regarding service (.3); analyze
          claimants regarding upcoming omnibus objections
          and e-mails regarding same (.8); analyze and
          revise exhibits on ordered omnibus objections
          and e-mails with FTI regarding revisions (1.3);
          analyze issues and e-mails regarding reduction
          of certain claims for voting purposes (.5);
          multiple calls and correspondence with
          claimants and counsel (1.4); analyze responses
          to omnibus objections and revise chart and
          summaries regarding same and multiple e-mails
          regarding same (1.0)
          Sarah B. Boehm   5.30 hours at  450.00 per hour.         $2,385.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91197928

Page  31
November 9, 2009

10/09/09 Continue resolution of claims and multiple
         telephone conferences and e-mails with
         creditors, parties in interest and debtors'
         professionals regarding same and review and
         analyze multiple claims, pleadings, notices and
         other items regarding same
         Daniel F. Blanks   3.50 hours at  375.00 per hour.        $1,312.50

10/09/09 Telephone call with the debtors' professionals
         and creditors regarding resolution of claims
         objections
         Bryan A. Stark    .50 hours at  295.00 per hour.           $147.50

10/09/09 Review claims and prepare stipulation and
         notice for Checkpoint
         Linda J. Neilson   1.20 hours at  185.00 per hour.         $222.00

10/09/09 Work on chart of omnibus objection responses
         (2.4); review electronic docket regarding
         claims resolutions (2.7)
         Karen B. Cain   5.10 hours at  195.00 per hour.            $994.50

10/09/09 Multiple calls and e-mails regarding claims
         resolution (.4); draft and revise e-mail
         regarding Schimenti Construction claim response
         (2.9)
         Dana James Hall   3.30 hours at  225.00 per hour.          $742.50

10/10/09 Analyze issues and correspondence regarding
         claim objection adjournment and issues
         regarding motion to allow late claim (.3);
         analyze issues and telephone conference
         regarding tax claims (.3)
         Sarah B. Boehm    .60 hours at  450.00 per hour.           $270.00

10/11/09 E-mails regarding and review of claims
         waterfall analysis for ucc (0.4); follow-up
         e-mails on pending claim settlements including
         Navarre/Symantec and analyze issues regarding
         same (0.8)
         Douglas M. Foley   1.20 hours at  550.00 per hour.         $660.00

10/12/09 Review and revise claims waterfall analysis and
         e-mails with debtors professionals regarding
         same and demonstrative exhibit for 10/15
         hearing (1.3); review and revise omni claim
         response chart and strategy for resolving same
         (0.9); begin review drafts of omni claim
         objections and conflicts reports for filing on
         10/13 (0.4)
         Douglas M. Foley   2.60 hours at  550.00 per hour.        $1,430.00

10/12/09 Analyze omnibus hearing agenda regarding
         omnibus objections and status of various
         matters and multiple calls and e-mails
         regarding same (.7); continue to analyze
         responses and claims, telephone conference
         regarding strategy for resolving claims and
         revise summary chart regarding same (2.8);
         multiple calls and e-mails with claimants and
         counsel regarding omnibus objections and
         related matters (1.1); draft stipulations
         resolving omnibus objections, analyze issues
         and multiple e-mails regarding same (.9);
         analyze exhibits to omnibus claim orders and
         e-mails regarding same (1.2)
         Sarah B. Boehm   6.70 hours at  450.00 per hour.        $3,015.00

10/12/09 Continued resolution of claims and multiple
         e-mails and telephone conferences with
         claimants and debtors' professionals regarding
         same and continue reviewing, analyzing, and
         researching claims and objections regarding
         same and filed and draft notices and other
         pleadings regarding same
         Daniel F. Blanks   4.40 hours at  375.00 per hour.      $1,650.00

10/12/09 Telephone call with debtors' professional
         regarding responses to omnibus objections (.3);
         conference call with debtors' professionals
         regarding resolution of responses to omnibus
         objections to claims (.6); review and analyze
         chart in preparation of the same (.4); draft
         notice of hearing on omnibus objections
         reclassifying claims to interests (.8); review
         and analyze conflicts reports (1.1)
         Bryan A. Stark   3.20 hours at  295.00 per hour.          $944.00

10/12/09 Meeting with debtors professionals regarding
         401K and pension claims and review claims for
         same
         Erin Q. Ashcroft   1.70 hours at  300.00 per hour.        $510.00

10/12/09 Discussions regarding status of claims (.5
         hours); review, retrieve and organize responses
         to omnibus objections (1.8 hours)
         Linda J. Neilson   2.30 hours at  185.00 per hour.        $425.50

Circuit City Stores Inc
File Number: 2055557                                    Page  33
Invoice No. 91197928                                   November 9, 2009

10/12/09  Telephone call with debtors' professionals
          regarding responses to omnibus objections
          (1.1); review, analyze and revise chart in
          preparation of the same (2.6); e-mail to and
          from professionals regarding utility issues
          (.7)
          Karen B. Cain   4.40 hours at  195.00 per hour.         $858.00

10/12/09  E-mail response to P. Strniste regarding
          Schimenti Construction (.7); research, analyze
          and revise EDC response (3.9); prepare for and
          participate in conference call on claims
          resolution status (.7); e-mail to KCC regarding
          J. Raleigh's motion to allow late filed claim
          (.2); review Vertis motion to allow late filed
          claim (.3)
          Dana James Hall   5.80 hours at  225.00 per hour.     $1,305.00

10/13/09  Numerous telephone calls and e-mails with
          debtors professionals and client regarding
          preparation of numerous omnibus claims
          objections relating to 502(d) and set
          off/recoupment issues and review conflicts
          reports regarding same
          Douglas M. Foley   2.90 hours at  550.00 per hour.    $1,595.00

10/13/09  Draft, analyze, revise, finalize and file
          multiple omnibus objections and notices thereof
          and multiple calls and e-mails regarding same
          (4.9); analyze, revise, finalize and file
          agenda and multiple calls and e-mails regarding
          same and analyze and revise claim objection
          status summary chart and multiple calls and
          e-mails regarding same (2.3); analyze claim
          summary by omnibus objection and multiple calls
          and e-mails regarding same (.4); prepare for
          and participate in call regarding claims
          waterfall and related issues and multiple
          e-mails regarding same (1.2); multiple calls
          with counsel and claimants regarding claim
          objection resolutions and related matters (.8)
          Sarah B. Boehm   9.60 hours at  450.00 per hour.      $4,320.00

10/13/09  Continue drafting and revising notice of
          hearing regarding certain omnibus objections
          for November 3, 2009 and related issues (.80);
          continued attention to omnibus objections to
          claims and continue to review, analyze, and
          research issues regarding claims and related
          issues and continue resolution of same and
          multiple telephone conferences and e-mails with
          debtors' professionals and creditors regarding
          same (4.30)
          Daniel F. Blanks   5.10 hours at  375.00 per hour.        $1,912.50

10/13/09  Review communications and documentation
          regarding omnibus objection number 9 (.6);
          e-mail and telephone calls regarding the same
          (.2); review and analyze conflicts reports and
          e-mail regarding the same (1.4); draft notices
          of omnibus objections (1.3); review and analyze
          omnibus objections and exhibits thereto (.9);
          compile and assist in filing omnibus objections
          and memorandums in support and notices thereof
          (1.6); e-mail regarding the same (.4)
          Bryan A. Stark   6.40 hours at  295.00 per hour.         $1,888.00

10/13/09  Meeting with Debtors Professionals regarding
          401 (K) and pension claims
          Erin Q. Ashcroft    .20 hours at  300.00 per hour.          $60.00

10/13/09  Research electronic database of filings (1.9);
          work on multiple omnibus objection response
          charts for tracking and court submittal (4.2)
          Karen B. Cain   6.10 hours at  195.00 per hour.         $1,189.50

10/13/09  Analyze and revise Export Development Canada
          objection (1.2); research, draft and revise
          response to Sennheiser's late claim motion
          (5.0)
          Dana James Hall   6.20 hours at  225.00 per hour.        $1,395.00

10/14/09  Several telephone conversations and e-mails
          with client and debtors professionals regarding
          status of resolution of various responses to
          omnibus claim objections and preparation of
          additional objections going forward and
          collection of accounts receivable and
          preference claims (3.7); several e-mails
          telephone conferences with creditors and
          creditors counsel regarding omnibus hearings
          scheduled for Thursday October 15th and status

Circuit City Stores Inc
File Number: 2055557                              Page  35
Invoice No. 91197928                             November 9, 2009

of various claim objections and continuance
dates (.8); telephone conference with debtor's
professionals regarding the form of
demonstrative exhibit relating to summary of
status of resolution of claim objections (.7)
Douglas M. Foley   5.20 hours at  550.00 per hour.        $2,860.00

10/14/09 Analyze, revise, finalize and file notices of
hearing on merits for multiple claim objections
and multiple calls and e-mails regarding same
(1.4); prepare for and participate in claims
resolution strategy call (1.4); analyze claim
objection chart and e-mails with FTI regarding
revising same for status hearing (.9); continue
to analyze responses, claims and related
documents and review and revise summary chart
(.7); multiple calls with claimants and counsel
regarding omni objections (.6)
Sarah B. Boehm   5.00 hours at  450.00 per hour.        $2,250.00

10/14/09 Prepare for and participate in conference with
debtors' professionals and company regarding
omnibus objections to claims and related issues
and analyze strategies regarding same and
research issues regarding same and e-mails and
telephone conferences with claimants regarding
same and omnibus objections
Daniel F. Blanks   5.10 hours at  375.00 per hour.        $1,912.50

10/14/09 Review responses to omnibus objections (1.2);
revise notice of hearing on omnibus objections
and exhibits thereto (.8); correspond with the
debtors' professionals regarding the same (.6);
correspond with the debtors' professionals
about claims and responses to omnibus
objections (.6); review claim by creditor and
information on chart for clarification (.8);
e-mail regarding the same (.1)
Bryan A. Stark   4.10 hours at  295.00 per hour.        $1,209.50

10/14/09 Research electronic database of filings (3.9);
work on multiple omnibus objection response
charts for tracking and court submittal (4.2);
telephone calls and e-mail to and from
professionals regarding same (.3)
Karen B. Cain   8.40 hours at  195.00 per hour.        $1,638.00

10/14/09 Research, draft, revise and analyze Sennheiser
late claim motion response
Dana James Hall   5.50 hours at  225.00 per hour.        $1,237.50

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91197928                                   November 9, 2009

10/15/09  Prepare for and participate in omnibus hearing
          on claims and multiple conferences regarding
          same and summary chart (3.9); multiple e-mails
          with claimants regarding continued status
          hearings on claim objections (.8); telephone
          conference with FTI regarding claim objection
          statistical chart and multiple e-mails
          regarding same (.7); analyze issues regarding
          notices of hearing on merits and claim binders
          for court (.3); multiple calls and e-mails with
          claimants and counsel regarding various omnibus
          objections and possible resolutions (.9)
          Sarah B. Boehm   6.40 hours at  450.00 per hour.       $2,880.00

10/15/09  Continued attention to omnibus objections to
          claims and related issues and review and
          analyze claims, pleadings, notices, and other
          items regarding same and analyze issues
          regarding same and multiple telephone
          conferences and e-mails with claimants and
          debtors' professionals regarding same
          Daniel F. Blanks   5.50 hours at 375.00 per hour.     $2,062.50

10/15/09  Correspond with creditors and the debtors'
          professionals regarding omnibus objections to
          claims (2.2); review and analyze proofs of
          claim and omnibus objections (.5)
          Bryan A. Stark   2.70 hours at  295.00 per hour.        $796.50

10/15/09  Research response filings (.9); analyze status
          reports from professionals (.7); revise chart
          of responses to omnibus objections (3.2)
          Karen B. Cain   4.80 hours at  195.00 per hour.         $936.00

10/16/09  Numerous e-mails with client, creditors,
          creditors counsel, and telephone conference
          with debtor's professionals regarding protocol
          and strategy relating to the responses and
          replies to omnibus objection relating to
          set-off and application of Section 502(d) to
          the 503 b9 claims
          Douglas M. Foley   3.80 hours at  550.00 per hour.     $2,090.00

10/16/09  Analyze and revise exhibit to omnibus objection
          orders and e-mails with FTI regarding same
          (1.1); telephone conference regarding setoff
          and preference analysis and requests for
          information regarding recent omnibus objections

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91197928                                   November 9, 2009

        (.6); multiple e-mails from counsel regarding
        dates of continued status hearings (.6); draft,
        finalize and file notice of hearing on merits
        on pension claims and telephone conference with
        claimants regarding same (.9); analyze AR files
        regarding setoff objections and e-mails
        regarding same (.5); analyze responses to
        objections and related documents, revise
        summary chart and multiple calls and e-mails
        regarding same (1.2)
        Sarah B. Boehm   4.90 hours at  450.00 per hour.       $2,205.00

10/16/09 Continued attention to omnibus objections and
        review and analyze claims, pleadings and other
        items regarding same and multiple telephone
        conferences and e-mails with creditors and
        debtors' professionals regarding same and
        prepare orders for omnibus objections and
        review responses and research issues regarding
        same
        Daniel F. Blanks   5.20 hours at  375.00 per hour.     $1,950.00

10/16/09 Correspond with the debtors' professionals
        regarding omnibus objections (1.4); conference
        call regarding recently filed omnibus
        objections (.6); review and analyze responses
        to omnibus objections (1.2); correspond with
        counsel about resolving objections (1.2)
        Bryan A. Stark   4.40 hours at  295.00 per hour.       $1,298.00

10/16/09 Prepare and organize omnibus objections
        Linda J. Neilson   1.10 hours at  185.00 per hour.      $203.50

10/16/09 Review and revise EDC response to late claim
        motion (.7); review and revise Sennheiser
        response (1.8)
        Dana James Hall   2.50 hours at  225.00 per hour.       $562.50

10/19/09 Numerous e-mails with debtor's counsel, client
        regarding status of omnibus claim objections
        and filing new claim objections (0.9); e-mails
        with creditors' counsel regarding status of
        502(b) objection and setoff objection and
        preference analyses (1.3); e-mails regarding
        status of administrative non-human resources
        claims and timing of objections to same (0.3);
        e-mails with creditor's counsel for landlords
        regarding guarantee claims (0.3); e-mails

regarding preparation for meeting with Fox Home
Entertainment regarding setoff claims and
collection of accounts receivable (0.3)
Douglas M. Foley   3.10 hours at   550.00 per hour.        $1,705.00

10/19/09 Multiple calls and e-mails with claimants and
counsel regarding claim reconciliation and
various omnibus objections (1.2); analyze
claims, responses and summary chart and
multiple calls and e-mails regarding same
(1.6); analyze issues regarding objections to
reclamation claims and e-mails regarding same
(.4); analyze issues regarding accounts
receivable files regarding setoff objections
and e-mails regarding same (.6); analyze and
revise exhibits to multiple omnibus objection
orders and e-mails regarding same (.8); analyze
issues regarding new omnibus objections and
multiple calls and e-mails regarding same (1.1)
Sarah B. Boehm   5.70 hours at   450.00 per hour.        $2,565.00

10/19/09 Continued attention to omnibus objections to
claims and multiple telephone conferences and
e-mails with debtors' professionals and
claimants regarding same and continue
resolution of same and reconcile and resolve
issues regarding same
Daniel F. Blanks   4.90 hours at   375.00 per hour.      $1,837.50

10/19/09 Respond to requests for information regarding
omni objections (1.6); correspond with the
debtors' professionals regarding the same (.8);
telephone calls with counsel to creditors
regarding omnibus objections (.5)
Bryan A. Stark   2.90 hours at   295.00 per hour.          $855.50

10/19/09 Review correspondence and filings of response
claimants (2.1); revise omnibus objection
response chart (3.2);
Karen B. Cain   5.30 hours at   195.00 per hour.         $1,033.50

10/19/09 Research regarding reclamation issues (.5);
research and draft EDC discovery requests (2.0)
Dana James Hall   2.50 hours at   225.00 per hour.         $562.50

Circuit City Stores Inc
File Number: 2055557                                 Page   39
Invoice No. 91197928                                November 9, 2009

10/20/09 Multiple calls and e-mails regarding omnibus
         objections to be filed this week and analyze
         issues regarding same (.4); multiple e-mails
         with claimants and counsel regarding various
         claim related issues (.6); e-mails regarding
         omnibus objection orders (.3)
         Sarah B. Boehm   1.30 hours at  450.00 per hour.           $585.00

10/20/09 Continued resolution of claims and multiple
         telephone conferences and e-mails with
         claimants and debtors professionals regarding
         same and review and analyze claims, pleadings,
         and other items regarding same and research
         issues regarding same (3.9); draft response to
         Omnimount and research issues regarding same
         and review material regarding same (2.4)
         Daniel F. Blanks   6.30 hours at  375.00 per hour.       $2,362.50

10/20/09 Review and analyze revised exhibits to omni
         objection (.6); telephone call regarding
         omnibus objections to be filed (.4); correspond
         with the debtors' professionals regarding
         responses to omnibus objections (.5)
         Bryan A. Stark   1.50 hours at  295.00 per hour.           $442.50

10/20/09 Revise chart of omnibus objection responses
         (.7); analysis of responses (.4)
         Karen B. Cain   1.10 hours at  195.00 per hour.            $214.50

10/20/09 Draft and revise EDC discovery requests
         Dana James Hall    .90 hours at  225.00 per hour.          $202.50

10/21/09 Numerous e-mails with client and debtor's
         professionals regarding claims meetings and
         subsequently filed claims, claim objections and
         status regarding same
         Douglas M. Foley   1.30 hours at  550.00 per hour.         $715.00

10/21/09 Claims call regarding omnibus objections (1.0);
         analyze claims, draft, revise, finalize and
         file multiple omnibus objections and notices
         thereof and multiple calls and e-mails
         regarding same (6.2); analyze summary chart of
         responses to omnibus objections and e-mails
         regarding same (1.2); analyze pleadings,
         discovery requests and issues regarding Samsung
         and e-mails regarding same (.7); multiple calls
         and e-mails with claimants and counsel

Circuit City Stores Inc
File Number: 2055557                                      Page   40
Invoice No. 91197928                                     November 9, 2009

regarding various omnibus objections and
related issues regarding voting (1.1);
telephone conference regarding omnibus
objection orders and e-mails regarding same
(.6)
Sarah B. Boehm   10.80 hours at   450.00 per hour.            $4,860.00

10/21/09   Prepare for and participate in telephone
conferences with client and debtors'
professionals regarding omnibus objections
(1.3); draft and revise omnibus objections to
claims and review claims, pleadings, and other
items regarding same and file same with the
court and research issues regarding same (7.4);
multiple telephone conferences and e-mails with
creditors and parties in interest regarding
omnibus objections to claims and related issues
(2.1)
Daniel F. Blanks   10.80 hours at   375.00 per hour.         $4,050.00

10/21/09   Prepare for and participate in conference call
regarding omnibus objections (.8); review and
analyze omnibus objections in preparation for
filing (2.1)
Bryan A. Stark   2.90 hours at   295.00 per hour.              $855.50

10/21/09   Prepare stipulation and notice for certain
pension claimants (1.2); correspondence
regarding claims (.2)
Linda J. Neilson   1.40 hours at   185.00 per hour.            $259.00

10/21/09   Research electronic database of claims (1.1);
revise omnibus objection response chart (.8)
Karen B. Cain   1.90 hours at   195.00 per hour.               $370.50

10/21/09   Call claimants regarding 11/3 hearing date to
give notice of hearing on merits (1.8);
multiple calls and e-mails resolving Jakob
Joffe claim objection (.3)
Dana James Hall   2.10 hours at   225.00 per hour.             $472.50

Circuit City Stores Inc
File Number: 2055557                                    Page  41
Invoice No. 91197928                                   November 9, 2009

10/22/09 Telephone conferences and e-mails with counsel
         for creditors relating to 502(d) objection and
         setoff objections including SDI and
         reconciliation of claim amounts regarding same
         (2.1); several e-mails and telephone
         conferences with debtor's professionals
         regarding updates to omnibus claim objection
         response chart and strategy with respect to
         format or providing to committee
         representatives (0.9)
         Douglas M. Foley   3.00 hours at  550.00 per hour.      $1,650.00

10/22/09 Analyze claims and responses and revise charts
         regarding summary of responses for all omnibus
         objections and draft correspondence to
         committee regarding same (4.8); analyze Samsung
         preference data, telephone conference and
         e-mails regarding same and related pleadings
         (.6); draft summary regarding claims status
         hearing information (.3); review claims binders
         for hearing on merits and draft correspondence
         to court regarding same (.6)
         Sarah B. Boehm   6.30 hours at  450.00 per hour.        $2,835.00

10/22/09 Continued attention to omnibus objections and
         multiple telephone conferences and e-mails with
         parties regarding same and research issues
         regarding same and review and analyze claims,
         pleadings, and other documents regarding same
         Daniel F. Blanks   4.90 hours at  375.00 per hour.      $1,837.50

10/22/09 Correspond with the debtors' professionals
         regarding resolution of claims (1.1); review
         and analyze draft supplemental orders and
         stipulations (.7)
         Bryan A. Stark   1.80 hours at  295.00 per hour.          $531.00

10/22/09 Revise objection response chart
         Karen B. Cain    .90 hours at  195.00 per hour.           $175.50

10/22/09 Call Equity, 401, and pension claimants to
         provide notice of 11/3 hearing (3.0); research
         burden of proof on 502(d) objections (3.0)
         Dana James Hall   6.00 hours at  225.00 per hour.       $1,350.00

10/23/09 E-mails with counsel for Samsung Electronics
         regarding discovery issues and data relating to
         preference analysis for purposes of 502(d)
         objection (.4); e-mails with debtors'
         professionals regarding "Site A" motion for

allowance of late filed claim (.2); e-mails
with landlord's counsel regarding responses to
claim objections and exhibits relating thereto
(.2); review omnibus claim objection response
chart and e-mails with debtors' professionals
and client regarding same and updates for
recently filed omnibus objections (1.4);
telephone conference with chambers and e-mails
regarding PTO ruling with respect to omni 25
and 26 and strategy going forward (.3); several
e-mails with debtors' professionals regarding
claims waterfall and cash on effective date
analysis based upon claims analysis (.8)
Douglas M. Foley   3.00 hours at  550.00 per hour.        $1,650.00

10/23/09 Analyze claims and responses and revise summary
chart for all omnibus objection and multiple
calls and e-mails regarding same (2.1); analyze
preference data and e-mails regarding Samsung
discovery request regarding Omni 52 and
multiple calls regarding same (.5); multiple
calls and e-mails with claimants and counsel
regarding various omnibus objections and
responses thereto (.7); e-mails regarding
orders for omnibus objections and related
issues (.4)
Sarah B. Boehm   3.70 hours at  450.00 per hour.         $1,665.00

10/23/09 Continued attention to omnibus objections to
claims and multiple telephone conferences and
e-mails with claimants and parties regarding
same and continue to review and analyze claims,
pleadings, and other documentation regarding
same analyze and research regarding same
Daniel F. Blanks   5.10 hours at  375.00 per hour.       $1,912.50

10/23/09 Research and compile cases regarding informal
proof of claim standard (.5); meet with the
debtors' professionals regarding the same (.7)
Bryan A. Stark   1.20 hours at  295.00 per hour.          $354.00

10/23/09 Correspond with the debtors' professionals and
the court regarding contacting respondents to
Omni 25 and Omni 26 (.6); correspond with
Pennsylvania state court personnel regarding
restitution payments (.3);
Bryan A. Stark   .90 hours at  295.00 per hour.           $265.50

Circuit City Stores Inc
File Number: 2055557                                Page  43
Invoice No. 91197928                               November 9, 2009

10/23/09  Update omnibus objection status list (.9
          hours); review and retrieve responses to
          omnibus objections (1.6 hours)
          Linda J. Neilson   2.50 hours at  185.00 per hour.        $462.50

10/23/09  Analyze bankruptcy court filings (1.1) revise
          omnibus objection response chart (1.7)
          Karen B. Cain   2.80 hours at  195.00 per hour.           $546.00

10/26/09  Review and revise pleadings regarding Omnimount
          and EDC and e-mails and conference with
          debtors' professionals regarding same (2.7);
          several telephone conferences and e-mails with
          creditors, creditors counsel regarding status
          of various claim resolutions and responses to
          upcoming omnibus objections on four initial
          hearing on November 3rd (1.8); review omnibus
          claim objection response chart and e-mails with
          debtors' professionals and analyze issues
          regarding same and updates for client (1.8);
          review and analyze proposed settlement with SDI
          and e-mails with opposing counsel regarding
          same (1.2)
          Douglas M. Foley   7.50 hours at  550.00 per hour.      $4,125.00

10/26/09  Analyze responses and exhibits and multiple
          e-mails regarding exhibits for omnibus
          objection orders (.9); analyze call log and
          e-mails regarding calls to claimants and return
          multiple calls to claimants and counsel (.8);
          e-mails regarding PBGC claim settlement and
          wire instructions (.2); analyze issues,
          pleadings and e-mails regarding Mad Cow
          administrative expense claim motion (.7);
          analyze claims, responses and related documents
          and draft and revise summary chart (2.2);
          prepare for and participate in telephone
          conference regarding omnibus claim objection
          resolutions and strategy regarding same (1.2)
          Sarah B. Boehm   6.00 hours at  450.00 per hour.        $2,700.00

10/26/09  Draft response to Omnimount's motion for
          reconsideration and multiple telephone
          conferences and e-mails regarding same and
          research issues regarding same (1.8); continued
          resolution of claims and review and analyze
          claims, pleadings, documents and charts
          regarding same and multiple telephone
          conferences and e-mails with creditors
          regarding same and analyze issues regarding
          same and attention to omnibus objections and

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. 91197928                                   November 9, 2009

```
              responses (5.6)
              Daniel F. Blanks   7.40 hours at  375.00 per hour.      $2,775.00

10/26/09  Prepare for and participate in conference call
          regarding omnibus claims and responses thereto
          (1.6); review chart and update chart of
          responses to omnibus objections to claims (1.2)
          Bryan A. Stark   2.80 hours at  295.00 per hour.            $826.00

10/26/09  Research bankruptcy court docket (1.7); analyze
          responses to omnibus objections (2.3); analyze
          items set for omnibus hearing (1.1); work on
          agenda exhibit (2.7)
          Karen B. Cain   7.80 hours at  195.00 per hour.          $1,521.00

10/26/09  Multiple calls with claimants regarding
          resolution (.8); research regarding Site A
          motion (1.2); telephone call to claimants
          regarding 401k, equity and pension claims and
          hearing on merits (.4); multiple telephone
          calls to omni twenty six claimants (PTO) to
          inform them that we will not be appealing
          (1.4); research, draft and revise omnimount
          response (1.5); participate in conference call
          on claims resolution and status (1.2)
          Dana James Hall   6.50 hours at  225.00 per hour.        $1,462.50

10/27/09  Numerous e-mails with debtors' professionals
          and client and various creditors regarding
          status of negotiations and potential
          settlements and preparation for hearings on
          November 3
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

10/27/09  Analyze and revise objection regarding Mad Cow
          administrative expense request and e-mails
          regarding same, telephone conference with
          counsel and e-mails regarding adjournment of
          same (1.2); revise omnibus claim objection
          orders and e-mails regarding same (.4); analyze
          pleadings, claims and related documents and
          draft and revise summary chart and e-mails
          regarding same (2.4); analyze issues regarding
          multiple omnibus claim objection resolutions
          and multiple calls and e-mails regarding same
          (1.4); review and revise stipulation (.3);
          analyze multiple responses to omnibus claim
          objections and e-mails regarding updating
          summary of same (.7)
          Sarah B. Boehm   6.40 hours at  450.00 per hour.        $2,880.00
```

Circuit City Stores Inc
File Number: 2055557                              Page  45
Invoice No. 91197928                             November 9, 2009

10/27/09 Attention to omnibus objections to claims and
         continued resolution of claims and review and
         analyze claims, pleadings, documents and charts
         regarding same and multiple telephone
         conferences and e-mails with creditors
         regarding same and analyze issues regarding
         same and attention to omnibus objections and
         responses and research and analyze issues and
         strategies regarding same
         Daniel F. Blanks   6.40 hours at  375.00 per hour.      $2,400.00

10/27/09 Correspond with creditors and the debtors'
         professionals regarding responses to omnibus
         objections and setoff standard (.8); review and
         analyze documentation regarding the same (.7);
         review and comment on supplemental orders to
         omnibus objections (.4); draft and revise
         supplemental order to omnibus objections (.4)
         Bryan A. Stark   2.40 hours at  295.00 per hour.         $708.00

10/27/09 Research bankruptcy court docket and electronic
         database (3.2); analyze responses to omnibus
         objections (1.9); research court's calendar of
         omnibus hearing items (.9); work on agenda
         exhibit (2.7)
         Karen B. Cain   8.70 hours at  195.00 per hour.        $1,696.50

10/27/09 Research, draft, analyze and revise EDC
         response to motion to file late claim and
         omnimount Response
         Dana James Hall   2.00 hours at  225.00 per hour.       $450.00

10/28/09 Meeting with company regarding administrative
         and secured claims and next round of objections
         and analyze status of adjourned claim
         responses; (3.5) several telephone conferences
         and creditors including Samsung , JVC, Thompson
         West regarding status of claim objections as
         well as administrative claim priority issues
         (1.9); e-mails regarding SDI Technologies
         reconciliation and potential stipulation(.4)
         Douglas M. Foley   5.80 hours at  550.00 per hour.     $3,190.00

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91197928                                  November 9, 2009

10/28/09  Prepare for and participate in onsite claims
          review meeting (4.9); multiple calls and
          e-mails with claimants and counsel regarding
          various omnibus objections (.8); analyze agenda
          and related issues regarding omnibus claim
          adjournments and related matters (.6); analyze
          responses and e-mails with counsel and revise
          summary chart regarding same (1.1)
          Sarah B. Boehm   7.40 hours at  450.00 per hour.        $3,330.00

10/28/09  Continued attention to omnibus objections to
          claims and resolution of claims and review and
          analyze claims, pleadings, documents and charts
          regarding same and multiple telephone
          conferences and e-mails with creditors
          regarding same and analyze issues regarding
          same and attention to omnibus objections and
          responses
          Daniel F. Blanks   5.30 hours at  375.00 per hour.      $1,987.50

10/28/09  Review and summarize responses to omnibus
          objections for chart (.7); correspond with the
          debtors' professionals regarding the same (.4)
          Bryan A. Stark   1.10 hours at  295.00 per hour.          $324.50

10/28/09  Research electronic database for objection
          responses (3.2); work on response tracking
          chart (4.3); work on exhibit to agenda (1.7)
          Karen B. Cain   9.20 hours at  195.00 per hour.         $1,794.00

10/29/09  Several telephone conferences and e-mails with
          creditors and creditors counsel regarding
          status of hearings on November 3 and November
          12 and providing data relating to preference
          analysis and exposure
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

10/29/09  Analyze responses and summary chart and analyze
          and revise agenda regarding adjourned claims
          (2.3); analyze issues and e-mails with counsel
          regarding SDI (.4); multiple calls and e-mails
          with claimants and counsel regarding various
          omnibus objections and analyze claims,
          responses and summary regarding same (1.6)
          Sarah B. Boehm   4.30 hours at  450.00 per hour.        $1,935.00

Circuit City Stores Inc
File Number: 2055557                          Page  47
Invoice No. 91197928                         November 9, 2009

10/29/09  Continued resolution of claims and review and
          analyze claims, pleadings, documents and charts
          regarding same and multiple telephone
          conferences and e-mails with creditors
          regarding same and analyze issues regarding
          same and attention to omnibus objections and
          responses and draft stipulations and other
          documents regarding same
          Daniel F. Blanks   5.10 hours at  375.00 per hour.        $1,912.50

10/29/09  Review and comment on draft order for Omni 10
          (.7); telephone calls regarding the same (.4);
          draft supplemental order for Omni 35 (.5);
          review and analyze response chart and omnibus
          objections and return telephone calls with
          creditors regarding omnibus objections (1.9)
          Bryan A. Stark   3.50 hours at  295.00 per hour.          $1,032.50

10/29/09  Review omnibus objection responses (3.2); work
          on response chart for professionals (2.7)
          Karen B. Cain   5.90 hours at  195.00 per hour.           $1,150.50

10/29/09  Returning calls on caller hotline
          Dana James Hall   .20 hours at  225.00 per hour.            $45.00

10/30/09  Several telephone conferences and e-mails with
          creditors regarding omnibus objections on for
          November 3 and November 12 and status of same
          regarding preference analysis and formula for
          set-off arguments (1.7); review and revise
          stipulations relating to withdrawal of certain
          claims and analyze issues regarding same (.3);
          e-mails with committee members and debtors
          professionals regarding claims included in
          allegedly missing from FTI claims waterfall
          analysis (.8)
          Douglas M. Foley   2.80 hours at  550.00 per hour.        $1,540.00

10/30/09  Analyze, draft, revise, finalize and file
          agenda and exhibit of adjourned claims and
          multiple e-mails regarding same (2.3); analyze
          pleadings, draft, revise, finalize and file
          objection to Samsung's discovery motions and
          multiple calls and e-mails regarding same
          (2.3); multiple calls and e-mails with
          claimants and counsel regarding various omnibus
          objections (1.3); review and revise summary
          chart of all responses and multiple e-mails
          regarding same (.7)
          Sarah B. Boehm   6.60 hours at  450.00 per hour.          $2,970.00

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91197928                                   November 9, 2009

10/30/09 Draft and revise stipulation withdrawing claims
         regarding pension and 401(k) and e-mails and
         telephone conference with counsel regarding
         same (.70); continue resolution of claims and
         multiple telephone conferences and e-mails with
         debtors' professionals and claimants regarding
         same and analyze and research multiple issues
         regarding same (3.8)
         Daniel F. Blanks   4.50 hours at  375.00 per hour.        $1,687.50

10/30/09 Correspond with creditors regarding omnibus
         objections and responses (.6)
         Bryan A. Stark    .60 hours at  295.00 per hour.           $177.00

10/30/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson   3.50 hours at  185.00 per hour.         $647.50

| Timekeeper        | Rate/HR    | Hours  | Fees        |
|-------------------|------------|--------|-------------|
| Douglas M. Foley  | $550.00    | 65.6   | $36,080.00  |
| Sarah B. Boehm    | $450.00    | 132.9  | $59,805.00  |
| Daniel F. Blanks  | $375.00    | 125.0  | $46,875.00  |
| Erin Q. Ashcroft  | $300.00    | 1.9    | $570.00     |
| Bryan A. Stark    | $295.00    | 51.1   | $15,074.50  |
| Dana James Hall   | $225.00    | 63.5   | $14,287.50  |
| Karen B. Cain     | $195.00    | 96.0   | $18,720.00  |
| Linda J. Neilson  | $185.00    | 22.4   | $4,144.00   |
| TOTAL FEES        |            | 558.4  | $195,556.00 |

Re: Disclosure Statement and Plan
    Our File No.            2055557-0270
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

10/01/09 E-mails with landlord counsel and debtors
         professionals regarding subcon analysis and
         explanation of same
         Douglas M. Foley    .60 hours at  550.00 per hour.         $330.00

10/05/09 Telephone call and e-mails with creditors
         counsel and debtors professionals regarding
         informal discovery and subcon analysis
         Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

Circuit City Stores Inc
File Number: 2055557                                      Page  49
Invoice No. 91197928                                     November 9, 2009

10/06/09  Analyze issues regarding solicitation materials
          and affidavit of service and e-mails regarding
          same (.3); analyze objection to plan and
          e-mails regarding same (.3)
          Sarah B. Boehm    .60 hours at  450.00 per hour.        $270.00

10/06/09  Return telephone calls from creditors and
          parties in interest regarding notices of
          amended plan
          Bryan A. Stark    .80 hours at  295.00 per hour.        $236.00

10/07/09  Review and analyze subcon analysis with
          landlord creditors counsel, client, and debtors
          professionals
          Douglas M. Foley   1.40 hours at  550.00 per hour.      $770.00

10/07/09  Analyze issues and e-mails regarding
          substantive consolidation analysis
          Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

10/08/09  Several telephone calls and e-mails with
          creditors counsel regarding balloting and
          claims voting motion issues and analyze same
          Douglas M. Foley   1.20 hours at  550.00 per hour.      $660.00

10/09/09  E-mails and telephone conferences with
          creditors counsel regarding voting issues on
          plan and resolution of possible landlord
          objections relating to guarantee claims (1.2);
          e-mails regarding evaluation of claims
          waterfall for administrative solvency and
          analysis of post-confirmation governing board
          selection by debtor (0.5)
          Douglas M. Foley   1.70 hours at  550.00 per hour.      $935.00

10/09/09  Review claims and ballots and multiple e-mails
          with KCC and claimants regarding ballots and
          other related issues
          Daniel F. Blanks   1.40 hours at  375.00 per hour.      $525.00

10/11/09  Evaluate issues relating to oversite committee
          candidate and trust agreement and e-mails with
          client and debtors professionals regarding same
          Douglas M. Foley    .60 hours at  550.00 per hour.      $330.00

10/12/09  Begin review, analysis and revisions to trust
          agreement and follow-up call with client
          regarding debtor designee to oversight
          committee and review of candidates
          Douglas M. Foley   2.30 hours at  550.00 per hour.    $1,265.00

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91197928                                   November 9, 2009

10/13/09  Telephone conference with client and debtors
          professionals regarding seventh member of
          oversight committee and strategy regarding same
          and begin review and edits of liquidating trust
          agreement
          Douglas M. Foley   2.30 hours at  550.00 per hour.        $1,265.00

10/13/09  Multiple calls and e-mails from parties
          regarding voting questions
          Sarah B. Boehm   .80 hours at  450.00 per hour.            $360.00

10/14/09  Numerous e-mails with debtors professionals and
          client regarding seventh member of oversight
          committee and continued review and editing of
          form of liquidating trust agreement (1.9);
          e-mails regarding substance consolidation
          follow-up questions from potential objectors
          and e-mails with debtors professionals
          regarding same (.4)
          Douglas M. Foley   2.30 hours at  550.00 per hour.        $1,265.00

10/16/09  Continued review of liquidating trust agreement
          and edits to same and strategy going forward
          with respect to committee and selection of 7th
          member of oversight committee
          Douglas M. Foley   1.90 hours at  550.00 per hour.        $1,045.00

10/20/09  Continued review of edits and changes to
          liquidating trust agreement and e-mails to
          client and debtor's professionals regarding
          same
          Douglas M. Foley   .90 hours at  550.00 per hour.          $495.00

10/21/09  Continued review and revisions to form of post
          confirmation trust agreement and e-mails with
          client and debtor's professionals regarding
          same
          Douglas M. Foley   1.40 hours at  550.00 per hour.         $770.00

10/23/09  Numerous e-mails with debtors' professionals,
          client and committee regarding a cash on
          effective date analysis and claims waterfall
          adjustments and analysis including preferences
          and receivables
          Douglas M. Foley   .90 hours at  550.00 per hour.          $495.00

10/26/09  E-mails and telephone conferences with KCC,
          creditors and debtors' professionals regarding
          ballot issues and analyze issues regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.         $637.50

          Timekeeper                  Rate/HR     Hours      Fees

Circuit City Stores Inc
File Number: 2055557                          Page   51
Invoice No. 91197928                          November 9, 2009

| | | | |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 18.2 | $10,010.00 |
| Sarah B. Boehm | $450.00 | 1.7 | $765.00 |
| Daniel F. Blanks | $375.00 | 3.1 | $1,162.50 |
| Bryan A. Stark | $295.00 | 0.8 | $236.00 |
| TOTAL FEES | | 23.8 | $12,173.50 |

**Re: Employee Benefits/Pensions**
    **Our File No.**        **2055557-0280**
    **Circuit City Contact**    **Michelle Mosier**
    **McGuireWoods Contact**    **Douglas M. Foley**

10/07/09 Analyze issues and e-mails regarding
         termination of plans and recovery of funds
         regarding rabbi trust
         Sarah B. Boehm   .60 hours at  450.00 per hour.        $270.00

10/09/09 Review domestic relations order
         Regina Johnson Elbert   .40 hours at  345.00 per hour.   $138.00

10/12/09 Qualified domestic relations order analysis for
         amended proposed domestic relations order for
         401(k) participant T. Higham and draft proposed
         plan administrator response
         Elizabeth A. Diller   .80 hours at  275.00 per hour.    $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.6 | $270.00 |
| Regina Johnson Elbert | $345.00 | 0.4 | $138.00 |
| Elizabeth A. Diller | $275.00 | 0.8 | $220.00 |
| TOTAL FEES | | 1.8 | $628.00 |

**Re: Intellectual Property Matters**
    **Our File No.**        **2055557-0310**
    **Circuit City Contact**    **Michelle Mosier**
    **McGuireWoods Contact**    **Douglas M. Foley**

10/06/09 E-mails with D. Miller regarding sale of
         Circuit City marks (1.1); review hard copy of
         invoice from agent in EU regarding renewal of
         800.COM and recordal of transfer (01)
         Douglas B. Smith  1.20 hours at  295.00 per hour.     $354.00

Circuit City Stores Inc
File Number: 2055557                              Page  52
Invoice No. 91197928                             November 9, 2009

10/09/09 Receive and review e-mail from agent in EU
         indicating that EU registration for 800.COM has
         been renewed and forward same for docketing
         Douglas B. Smith    .20 hours at  295.00 per hour.        $59.00

10/13/09 Consider legal issues with K. Gokey regarding
         response to office action due for IRIS & Design
         Douglas B. Smith   1.50 hours at  295.00 per hour.        $442.50

10/13/09 Review docket reminder (.1); e-mail to and
         discussion with D. Smith regarding upcoming
         maintenance deadline (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

10/16/09 Receive and review e-mail from D. Miller with
         instructions to abandon IRIS & Design
         application and forward same for docketing
         Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

10/19/09 E-mails with J. Peyton regarding THE CITY marks
         Douglas B. Smith    .10 hours at  295.00 per hour.        $29.50

10/20/09 Receive and review notice of abandonment for
         CIRCUIT CITY HELPING HANDS FUND (.1); maintain
         record and file (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas B. Smith | $295.00 | 3.1 | $914.50 |
| Kymberleigh B. Gokey | $160.00 | 0.4 | $64.00 |
| TOTAL FEES | | 3.5 | $978.50 |

**Re: Asset Sales**
    Our File No.            2055557-0321
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

10/01/09 E-mails with D. Miller and debtors'
         professionals regarding sale of property and
         analyze issues regarding miscellaneous sale
         order
         Daniel F. Blanks    .70 hours at  375.00 per hour.        $262.50

10/28/09 Analyze issues regarding miscellaneous asset
         sale procedures regarding sale of property
         Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

Circuit City Stores Inc
File Number: 2055557                          Page  53
Invoice No. 91197928                          November 9, 2009

10/30/09 Analyze issues and revise notice regarding sale
         of miscellaneous assets
         Sarah B. Boehm   .20 hours at  450.00 per hour.        $90.00

10/30/09 Draft notice of sale for Kennesaw property and
         e-mails with D. Miller and debtors'
         professionals regarding same and review
         documents regarding same
         Daniel F. Blanks  1.10 hours at  375.00 per hour.    $412.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $450.00 | 0.5 | $225.00 |
| Daniel F. Blanks | $375.00 | 1.8 | $675.00 |
| TOTAL FEES | | 2.3 | $900.00 |

Disbursements and Other Expenses:

| | |
|---|---|
| Copy Charges | $666.00 |
| Computer Research - Lexis | $52.00 |
| Pacer Research | $97.36 |
| Long Distance Telephone Charges | $116.80 |
| 09/16/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 09/16/2009 | $16.74 |
| 09/18/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 09/18/2009 | $12.65 |
| 09/22/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 09/22/2009 | $147.19 |
| 09/28/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 09/28/2009 | $15.78 |
| 10/02/09 DANIEL F. BLANKS - Van rental to attend hearing - 9/22/09; rental | $382.50 |
| 10/05/09 DOUGLAS M. FOLEY - Travel to Richmond to attend meetings with client 09/29/09; room, mileage | $284.56 |
| 10/06/09 FedEx Priority Overnight/Int'l Priority to Tempe, AZ - Tracking #:  423311611972 | $15.04 |
| 10/06/09 DOCUMENT TECHNOLOGIES, DC - One complete copy of response to Omni objections (8 binders with tabs) | $1,036.33 |
| 10/07/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/07/2009 | $12.46 |
| 10/07/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/07/2009 | $9.05 |
| 10/07/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/07/2009 | $7.13 |
| 10/07/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/07/2009 | $13.49 |
| 10/08/09 DANIEL F. BLANKS - Travel to LA for meeting with KCC regarding solicitation of the plan and review of ballots 09/27-09/29/09; airfare, room, meals, cabs, parking, refreshments | $2,466.99 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91197928

| Date | Description | Amount |
|---|---|---|
| 10/08/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/08/2009 | $37.64 |
| 10/08/09 | J&J COURT TRANSCRIBERS INC - Professional services (Federal Court 14-day on 9/16/09) | $72.25 |
| 10/09/09 | DANIEL F. BLANKS - Travel to Richmond for client meeting 10/05/09; meals, mileage | $155.62 |
| 10/09/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA- Tracking #:  423311613541 | $7.99 |
| 10/12/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/12/2009 | $21.01 |
| 10/12/09 | JACOBACCI & PARTNERS - Foreign agent fees in connection with the preparation and filing a petition for the recordal of transfer for the mark 800.com in the EU | $3,122.00 |
| 10/12/09 | DANIEL F. BLANKS - Van transprtation to hearing 10/07/09 | $382.50 |
| 10/12/09 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 150.00 CAD payable to Gowlings Lafluer Henderson LLP, Inv. 16820975 dtd. 9/24/09; foreign agent fees for assigning proposed use application for Circuit City in Canada | $148.94 |
| 10/13/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/13/2009 | $20.35 |
| 10/13/09 | DOUGLAS M. FOLEY - Travel to Richmond for meetings with clients and hearing 10/07/09; room, mileage | $284.56 |
| 10/13/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/13/2009 | $25.10 |
| 10/14/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/14/2009 | $17.88 |
| 10/15/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/15/2009 | $25.77 |
| 10/15/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/15/2009 | $28.32 |
| 10/15/09 | GENESYS CONFERENCING - Conference call hosted by D. Foley on 10/15/2009 | $5.23 |
| 10/20/09 | DOUGLAS M. FOLEY - Travel to Richmond for Omni meeting 10/14/09; room, meals, mileage | $374.34 |
| 10/23/09 | DANIEL F. BLANKS - Travel to Richmond to attend hearing 10/14-10/15/09; room, meals, Richmond mileage, van to court | $604.73 |
| 10/23/09 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 9/22/09 | $497.25 |
| 10/27/09 | FedEx Priority Overnight/Int'l Priority to Phoenix, AZ Tracking #:  423311621068 | $15.04 |
| 10/28/09 | FedEx Priority Overnight/Int'l Priority to Chicago, IL Tracking #:  423311621436 | $15.94 |
| | TOTAL EXPENSES | $11,214.53 |

Circuit City Stores Inc
File Number: 2055557                                          Page   55
Invoice No. 91197928                                         November 9, 2009

Summary of Fees and Expenses:

    Total Fees for all Matters:           $308,142.50

    Total Expenses for all Matters:        $11,214.53

    Total for this Invoice:               $319,357.03