United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In re:
Circuit City Stores, Inc., et al,
Debtors.

RICHMOND DIVISION
FILED DEC 1 4 2009
CLERK
U.S. BANKRUPTCY COURT

Case Number 08-35653-KRH
Chapter 11
Jointly Administered

Response of Jason W. Martinez to Debtors' Sixteenth Omnibus Objection to Claims (Disallowance of certain (I) no liability (Legal Claims); (II) no liability (Miscellaneous claims); and (III) no liability (subcontractor claims))

b-c)

I, Jason W. Martinez submit this Response to the Debtors' Sixteenth Omnibus Objection to Claims (Disallowance of certain (I) no liability (Legal Claims); (II) no liability (Miscellaneous claims); and (III) no liability (subcontractor claims)) I state as follows:

The amount of the claim and the methodology for computing that claim has already been submitted in the initial response and filing of my claim (claim 6260.) To briefly restate; I was owed wages that were never paid. Those wages in addition to amounts that were added by the State of Colorado by statute are included (and explained.)

Council for the debtor states that "the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the No Liability Legal Claims [and] No Liability Miscellaneous Claims ." These statements, combined with the simple fact that my claim was pending for small claims action due to inaction of the debtor to comply with relevant law and not to utilize the court for forming fact;

To state it plainly: my pending small claims action was to enable me to collect monies that were already owed by the debtor prior to the initiation of action, not as a "potential result" of action.

I Kelly Martinez, wife of the creditor Jason W. Martinez have personal knowledge of the wages claimed by Jason W. Martinez not being paid and subsequent activities that led to the above and previously stated.

I swear and affirm that my statement is true.

Kelly A. Martinez
621 West 7th Street
Pueblo, CO  81003
(719) 404-3839

I also swear and affirm that these statements are true.

Jason W. Martinez (Claimant)
621 West 7th Street
Pueblo, CO  81003
Jason@quillweb.com
(719) 248-1691