# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## 155 NORTH WACKER DRIVE
### CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8880
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 8, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

> RE:    In re Circuit City Stores, Inc.,
> Case No. 08-35653 (KRH)
> Jointly Administered

Dear Jim:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through August 31, 2009 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $611,026 consisting of $585,033 for professional fees and $25,993 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($165,331), Reorganization Plan/Plan Sponsors ($85,970) and Litigation ($57,197). We have written off the amount of $29,466 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

James Marcum
October 8, 2009
Page 2

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to October 28, 2009, you are authorized to pay to our firm the total amount of $523,271, which consists of the amount of $497,278 with respect to the fee request, (net of the 15% fee holdback amount of $87,755) and the total charge and disbursement amount of $25,993. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of August 1, 2009 through October 31, 2009.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
      Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

October 8, 2009
Bill No.:  1283329

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1283329 |

Invoice # 1283329
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through August 31, 2009

For General Corporate Advice ................... $        2,891
Less Fee Accommodation.......................... (           0)
                                                          2,891

Charges and Disbursements
Computer Legal Research ............. $      2,051
Courier, Express
Delivery and Postage ...............          47
Telecommunications ..................          39

     Total Disbursements ...................      2,137

                                              $        5,028


For Asset Analysis and Recovery ............. $       14,900
Less Fee Accommodation.......................... (           1)
                                                         14,899

Charges and Disbursements
Travel Expenses ...................... $112

     Total Disbursements ...................        112

                                              $       15,011

For Asset Dispositions (General) .............. $      35,883
Less Fee Accommodation .....................  (          87)
                                                        35,796

    Charges and Disbursements
    Courier, Express
    Delivery and Postage ................  $      201
    Telecommunications ..................           33
    Reproduction and Document Preparation          269
    Travel Expenses ......................          364

        Total Disbursements ...................      867

                                              $      36,663


For Asset Dispositions (Real Property) ......... $      25,624
Less Fee Accommodation .........................  (          -1)
                                                        25,625

    Charges and Disbursements
    Reproduction and Document Preparation      $73

        Total Disbursements ...................       73

                                              $      25,698


For Automatic Stay (Relief Actions) ........... $      2,108
Less Fee Accommodation .........................  (          -1)
                                                        2,109

    Charges and Disbursements
    Total Disbursements .........................        0

                                              $      2,109

For Case Administration ....................... $      21,246
Less Fee Accommodation .........................  (          59)
                                                        21,187

    Charges and Disbursements
    Computer Legal Research .............   $    2,280
    Courier, Express
    Delivery and Postage ...............          194
    Telecommunications ..................          290
    Court Reporting .....................        1,610
    Electronic Document Management .......         204
    Reproduction and Document Preparation          104
    Travel Expenses ......................       11,616

        Total Disbursements ...................     16,298

For Claims Admin. (General) .................... $         164,532
Less Fee Accommodation ........................... (          3,562)
                                                             160,970

    <u>Charges and Disbursements</u>
    Computer Legal Research ............     $      4,274
    Courier, Express
    Delivery and Postage ...............            21
    Reproduction and Document Preparation          66

      Total Disbursements ..................           4,361

                                                    $         165,331


For Creditor Meetings / Statutory Committees ... $             378
Less Fee Accommodation ........................... (              0)
                                                                 378

    <u>Charges and Disbursements</u>
    Reproduction and Document Preparation        $3

      Total Disbursements ..................             3

                                                    $           381


For Disclosure Statement / Voting Issues ....... $          40,592
Less Fee Accommodation ........................... (              0)
                                                              40,592

    <u>Charges and Disbursements</u>
    Computer Legal Research ............     $         60

      Total Disbursements ..................            60

                                                    $    .      40,652


For Employee Matters (General) ................. $          30,364
Less Fee Accommodation ........................... (            587)
                                                              29,777

    <u>Charges and Disbursements</u>
    Courier, Express
    Delivery and Postage ...............     $         16
    Outside Research Services ...........              19

      Total Disbursements ..................            35

For Executory Contracts (Personalty) ........... $            1,552
Less Fee Accommodation ........................ (                0)
                                                             1,552

    Charges and Disbursements
  Total Disbursements ...........................                  0

                                               $            1,552


For Insurance ............................... $            1,089
Less Fee Accommodation ........................ (                0)
                                                             1,089

    Charges and Disbursements
  Reproduction and Document Preparation            $17

    Total Disbursements ..................                 17

                                               $            1,106


For Intellectual Property ..................... $                0
Less Fee Accommodation ........................ (                0)
                                                                 0

    Charges and Disbursements
  Computer Legal Research ..............    $     111

    Total Disbursements ..................                111

                                               $                111


For Leases (Real Property) .................... $           33,915
Less Fee Accommodation ........................ (                0)
                                                            33,915

    Charges and Disbursements
  Courier, Express
  Delivery and Postage ...............    $      17
  Reproduction and Document Preparation            4

    Total Disbursements ..................                 21

                                               $           33,936


For Litigation (General) ..................... $           55,973
Less Fee Accommodation ........................ (               -1)

55,974

## Charges and Disbursements

| | |
|---|---:|
| Computer Legal Research ............. $ | 1,162 |
| Telecommunications ................... | 58 |
| Outside Research Services ........... | 1 |
| Reproduction and Document Preparation | 2 |
| Total Disbursements ................... | 1,223 |
| $ | 57,197 |

| | |
|---|---:|
| For Liquidation / Feasibility ................. $ | 417 |
| Less Fee Accommodation........................... ( | 0) |
| | 417 |

## Charges and Disbursements

| | |
|---|---:|
| Total Disbursements ........................... | 0 |
| $ | 417 |

| | |
|---|---:|
| For Nonworking Travel Time ................... $ | 39,645 |
| Less Fee Accommodation........................... ( | 20,048) |
| | 19,597 |

## Charges and Disbursements

| | |
|---|---:|
| Travel Expenses ...................... | $324 |
| Total Disbursements ................... | 324 |
| $ | 19,921 |

| | |
|---|---:|
| For Regulatory and SEC Matters ................. $ | 284 |
| Less Fee Accommodation........................... ( | 0) |
| | 284 |

## Charges and Disbursements

| | |
|---|---:|
| Total Disbursements ........................... | 0 |
| $ | 284 |

| | |
|---|---:|
| For Reorganization Plan / Plan Sponsors ........ $ | 85,656 |
| Less Fee Accommodation........................... ( | -1) |
| | 85,657 |

## Charges and Disbursements

Telecommunications ........                    $        31
Travel Expenses ............                            282

    Total Disbursements ..................    _____    313

                                     $    85,970


For Retention / Fee Matters (SASM&F) .......... $      4,173
Less Fee Accommodation ...........................  (         0)
                                                 4,173

    Charges and Disbursements
  Total Disbursements ...........................    _____    0

                                      $    4,173


For Secured Claims ...................... $      4,950
Less Fee Accommodation ....................  (         0)
                                               4,950

    Charges and Disbursements
  Telecommunications ..................    $       6

    Total Disbursements ..................    _____    6

                                      $    4,956


For Tax Matters ............................... $     18,058
Less Fee Accommodation ...........................  (     2,493)
                                              15,565

    Charges and Disbursements
    Telecommunications ..................    $      31
    Reproduction and Document Preparation            1

    Total Disbursements ..................    _____    32

                                      $    15,597


For Utilities ...................................... $     26,532
Less Fee Accommodation ...........................  (         0)
                                              26,532

    Charges and Disbursements
  Total Disbursements ...........................    _____    0

                                      $    26,532

For Vendor Matters                                              $        1,104
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . .   (            0)
                                                                        1,104

    **Charges and Disbursements**

  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          0

                                                              $        1,104

Total Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     585,033

Total Charges and Disbursements . . . . . . . . . . . . . . . .      25,993

Grand Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     611,026

Less 15% Holdback . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (    87,755)

Current Amount Payable by Administrative Order . . $     523,271

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Exhibit C Page 9 of 27

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 2, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
       Case No. 08-35653 (KRH)
       Jointly Administered

Dear Jim:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through September 30, 2009 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $630,249 consisting of $607,322 for professional fees and $22,927 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($316,019), Disclosure Statement/Voting Issues ($77,332) and Case Administration ($43,083). We have written off the amount of $31,434 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

James Marcum
November 2, 2009
Page 2

       The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request.  Thus, if the fee request is acceptable to you and no timely objections are made prior to November 14, 2009, you are authorized to pay to our firm the total amount of $539,151, which consists of the amount of $516,224 with respect to the fee request, (net of the 15% fee holdback amount of $91,098) and the total charge and disbursement amount of $22,927.  Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of August 1, 2009 through October 31, 2009.

       Should you have any questions or comments, please do not hesitate to call me at your convenience.

       Very truly yours,

       Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
      Linda Edwards

**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)                    October 6, 2009
9950 Mayland Drive                          Bill No.:  1285819
Richmond, Virginia  23233

                                            TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1285819 |

Invoice # 1285819
    Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through September 30, 2009

For General Corporate Advice .................. $          2,438
Less Fee Accommodation.......................... (                0)
                                                          2,438

    Charges and Disbursements
    Computer Legal Research .............     $      894
    Courier, Express
    Delivery and Postage ...............              36

        Total Disbursements ...................            930

                                            $          3,368


For Asset Analysis and Recovery ............... $          1,750
Less Fee Accommodation.......................... (                0)
                                                          1,750

        Charges and Disbursements
    Total Disbursements .........................            0

                                            $          1,750


For Asset Dispositions (General) ............. $         21,239

Less Fee Accommodation                                          2/15/09 138)
                                                               21,101

Charges and Disbursements
Courier, Express
Delivery and Postage ................    $        6

        Total Disbursements ...................    _____6

                                          $      21,107


For Asset Dispositions (Real Property) ......... $    4,856
Less Fee Accommodation........................... (_____0)
                                                      4,856


        Charges and Disbursements
        Total Disbursements .........................    _____0

                                          $       4,856


For Case Administration ....................... $   34,434
Less Fee Accommodation........................... (_____-2)
                                                     34,436

Charges and Disbursements
Courier, Express
Delivery and Postage ...............    $       74
Court Reporting .....................          1,970
Electronic Document Management .......           46
Reproduction and Document Preparation            83
Travel Expenses .....................          6,474

        Total Disbursements ...................    _____8,647

                                          $      43,083


For Claims Admin. (General) ................... $  311,915
Less Fee Accommodation........................... (____5,698)
                                                    306,217

Charges and Disbursements
Computer Legal Research .............    $     8,206
Telecommunications ..................            15
Reproduction and Document Preparation            18

Travel Expenses ............................ 1,563
    Total Disbursements ................... _____ 9,802

                                          $     316,019


For Claims Admin. (Reclamation/Trust Funds) .... $     1,197
Less Fee Accommodation........................... (          0)
                                                        1,197

    Charges and Disbursements
    Computer Legal Research .............. $     134
    Reproduction and Document Preparation         6

        Total Disbursements ................... _____ 140

                                          $       1,337


For Creditor Meetings / Statutory Committees ... $     1,170
Less Fee Accommodation........................... (          0)
                                                        1,170

      Charges and Disbursements
    Total Disbursements ......................... _____ 0

                                          $       1,170


For Disclosure Statement / Voting Issues ....... $    76,671
Less Fee Accommodation........................... (        265)
                                                       76,406

    Charges and Disbursements
    Computer Legal Research .............. $     473
    Travel Expenses ......................         453

        Total Disbursements ................... _____ 926

                                          $      77,332


For Employee Matters (General) ................. $    28,828
Less Fee Accommodation........................... (        310)
                                                       28,518

<u>Charges and Disbursements</u>
Computer Legal Research .................... $        495
Reproduction and Document Preparation                  4

    Total Disbursements ....................  _____499

                                    $     29,017


For Employee Matters (Labor Unions) ........... $        612
Less Fee Accommodation......................... (        612)
                                             0


   <u>Charges and Disbursements</u>
   Reproduction and Document Preparation          $12

    Total Disbursements ....................  _____12

                                      $         12


For Executory Contracts (Personalty) .......... $      1,024
Less Fee Accommodation......................... (        200)
                                        824

    <u>Charges and Disbursements</u>
  Total Disbursements ............................  _____0

                                      $        824


For Financing (DIP and Emergence) ............. $      1,375
Less Fee Accommodation......................... (          0)
                                     1,375

    <u>Charges and Disbursements</u>
  Total Disbursements ............................  _____0

                                      $      1,375


For Insurance ................................. $      3,385
Less Fee Accommodation......................... (          0)
                                     3,385

Total Disbursements .... 0

$ 3,385

For Leases (Real Property) ..................... $ 30,572
Less Fee Accommodation........................... ( 540)
30,032

Charges and Disbursements
Computer Legal Research............. $ 61

Total Disbursements ................... 61

$ 30,093

For Litigation (General) ..................... $ 19,815
Less Fee Accommodation........................... ( 0)
19,815

Charges and Disbursements
Computer Legal Research............. $ 296

Total Disbursements ................... 296

$ 20,111

For Nonworking Travel Time ..................... $ 39,325
Less Fee Accommodation........................... ( 19,819)
19,506

Charges and Disbursements
Travel Expenses ...................... $1,396

Total Disbursements ................... 1,396

$ 20,902

For Reorganization Plan / Plan Sponsors ........ $ 8,734
Less Fee Accommodation........................... ( -1)
8,735

Charges and Disbursements
Telecommunications ................... $ 197

Total Disbursements

|                                                    |    |        |
|----------------------------------------------------|----|--------|
|                                                    | $  | 8,932  |
| For Retention / Fee Matters (SASM&F) ...........   | $  | 8,421  |
| Less Fee Accommodation.........................    | (  | 0)     |
|                                                    |    | 8,421  |

### Charges and Disbursements

| Total Disbursements ............... |   | 0 |
|-------------------------------------|---|---|
|                                     | $ | 8,421 |

|                                       |   |        |
|---------------------------------------|---|--------|
| For Secured Claims ................... | $ | 9,384  |
| Less Fee Accommodation.............    | ( | 0)     |
|                                       |   | 9,384  |

### Charges and Disbursements

| Total Disbursements ............... |   | 0 |
|-------------------------------------|---|---|
|                                     | $ | 9,384 |

|                                       |   |         |
|---------------------------------------|---|---------|
| For Tax Matters ..................... | $ | 2,888   |
| Less Fee Accommodation.............   | ( | 2,888)  |
|                                       |   | 0       |

### Charges and Disbursements

| Reproduction and Document Preparation |    | $3 |
|---------------------------------------|----|----|
| Total Disbursements ...............   |    | 3  |
|                                       | $  | 3  |

|                                  |   |         |
|----------------------------------|---|---------|
| For Utilities .................. | $ | 27,756  |
| Less Fee Accommodation.........  | ( | 0)      |
|                                  |   | 27,756  |

### Charges and Disbursements

| Courier, Express Delivery and Postage .............. | $ | 10 |
|------------------------------------------------------|---|----|
| Reproduction and Document Preparation                |   | 2  |
| Total Disbursements ...............                  |   | 12 |
|                                                      | $ | 27,768 |

Total Fees ............... $         607,322

Total Charges and Disbursements ................. _____ 22,927

Grand Total ..................................... $         630,249

Less 15% Holdback ............................... ( _____ 91,098)

Current Amount Payable by Administrative Order .. $         539,151

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 8, 2009

James Marcum
Chief Executive Office
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Jim:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through October 31, 2009 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $634,015 consisting of $608,312 for professional fees and $25,703 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($327,439), Tax Matters ($123,641) and Litigation (General) ($52,693). We have written off the amount of $74,487 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

James Marcum
December 8, 2009
Page 2

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to December 28, 2009, you are authorized to pay to our firm the total amount of $542,768, which consists of the amount of $517,065 with respect to the fee request, (net of the 15% fee holdback amount of $91,247) and the total charge and disbursement amount of $25,703. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of August 1, 2009 through October 31, 2009.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP

AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    November 11, 2009
9950 Mayland Drive                                 Bill No.:  1292791
Richmond, Virginia  23233

                                                   TIN:  13-1777230

| **PLEASE REMIT TO:** | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY  10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1292791 |

Invoice # 1292791
      Re:  Corporate Advice, Financing and Special Projects


TO PROFESSIONAL SERVICES RENDERED
through October 31, 2009


For General Corporate Advice ................... $        1,758
Less Fee Accommodation......................... (            0)
                                                           1,758


      Charges and Disbursements
      Computer Legal Research .............    $       162

           Total Disbursements ...................            162

                                               $         1,920



For Asset Analysis and Recovery ............... $       14,661
Less Fee Accommodation......................... (        5,148)
                                                            9,513

      Charges and Disbursements
      Computer Legal Research .............    $       147

           Total Disbursements ...................            147

                                               $         9,660

For Asset Dispositions (General) ............. $        7,718 Desc
Less Fee Accommodation .................... (              0)
                                                       6,118

### Charges and Disbursements
Outside Research Services ............     $        22

    Total Disbursements ...................              22

                                            $        6,140


For Automatic Stay (Relief Actions) ............ $     1,037
Less Fee Accommodation......................... (          0)
                                                       1,037

### Charges and Disbursements
Total Disbursements ...........................              0

                                            $        1,037


For Business Operations / Strategic Planning ... $         0
Less Fee Accommodation......................... (          0)
                                                           0

### Charges and Disbursements
Outside Research Services ............     $        24
Reproduction and Document Preparation                3

    Total Disbursements ...................              27

                                            $           27


For Case Administration ....................... $    52,419
Less Fee Accommodation......................... (     28,338)
                                                      24,081

### Charges and Disbursements
Computer Legal Research ..............     $       253
Courier, Express
Delivery and Postage ...............               106
Telecommunications ...................             524
Outside Research Services ............             29
Electronic Document Management .......            194
Reproduction and Document Preparation             45

Travel Expenses ...........................  8,932
Total Disbursements .................... _____ 10,083

$   34,164

For Claims Admin. (General) .................... $   334,051
Less Fee Accommodation ......................... (_____ 19,465)
314,586

Charges and Disbursements
Computer Legal Research ..............  $   9,951
Courier, Express
Delivery and Postage ................        13
Telecommunications ..................       150
Outside Research Services ...........       125
Reproduction and Document Preparation         4
Travel Expenses .....................     2,610

Total Disbursements .................... _____ 12,853

$   327,439

For Claims Admin. (Reclamation/Trust Funds) .... $   6,252
Less Fee Accommodation ......................... (_____ 2,519)
3,733

Charges and Disbursements
Total Disbursements ........................... _____ 0

$   3,733

For Disclosure Statement / Voting Issues ....... $   1,796
Less Fee Accommodation ......................... (_____ 0)
1,796

Charges and Disbursements
Outside Research Services ...........  $   13
Travel Expenses .....................       328

Total Disbursements .................... _____ 341

$   2,137

For Employee Matters (General) ............ $        4,014
Less Fee Accommodation ......................... (        3,721)
                                                          293


   <u>Charges and Disbursements</u>
   Courier, Express
   Delivery and Postage  ................ $        20
   Outside Research Services ............          5

     Total Disbursements ...................          25

                                                 $        318



For Insurance ................................. $        810
Less Fee Accommodation......................... (          0)
                                                          810


   <u>Charges and Disbursements</u>
  Total Disbursements ...........................          0

                                                 $        810


For Leases (Real Property) .................... $      17,135
Less Fee Accommodation......................... (        1,275)
                                                        15,860


   <u>Charges and Disbursements</u>
   Computer Legal Research .............. $        439
   Courier, Express
   Delivery and Postage  ................          7
   Outside Research Services ............         18
   Reproduction and Document Preparation          1

     Total Disbursements ...................        465

                                                 $      16,325



For Litigation (General) ..................... $      51,390
Less Fee Accommodation......................... (        208)
                                                        51,182


   <u>Charges and Disbursements</u>
  Telecommunications ................... $        13

Travel Expenses .......................   1,488
Total Disbursements ....................   1,511

$       52,693


For Liquidation / Feasibility ................. $       4,563
Less Fee Accommodation .......................... (          0)
                                                       4,563

   Charges and Disbursements
   Total Disbursements ...........................          0

                                                 $       4,563


For Nonworking Travel Time .................... $      18,267
Less Fee Accommodation ........................... (      9,134)
                                                       9,133

   Charges and Disbursements
   Total Disbursements ...........................          0

                                                 $       9,133


For Reorganization Plan / Plan Sponsors ........ $      16,267
Less Fee Accommodation ........................... (         -1)
                                                      16,268

   Charges and Disbursements
      Telecommunications ...................   $      16
         Total Disbursements ...................          16

                                                 $      16,284


For Retention / Fee Matters (SASM&F) ........... $       1,530
Less Fee Accommodation ........................... (          0)
                                                       1,530

   Charges and Disbursements
   Total Disbursements ...........................          0

                                                 $       1,530

For Secured Claims ............................ $         6,534
Less Fee Accommodation........................... (              0)
                                                          6,534


#### Charges and Disbursements
Computer Legal Research ..............      $         34

        Total Disbursements ...................          34

                                            $         6,568



For Tax Matters ................................ $       126,002
Less Fee Accommodation........................... (        2,361)
                                                        123,641


#### Charges and Disbursements
Total Disbursements ...........................          0

                                            $       123,641


For Utilities .................................. $        15,876
Less Fee Accommodation........................... (            0)
                                                         15,876


#### Charges and Disbursements
Courier, Express
Delivery and Postage ................       $         12
Reproduction and Document Preparation                 1

        Total Disbursements ...................          13

                                            $        15,889



For Vendor Matters ............................. $            0
Less Fee Accommodation........................... (            0)
                                                              0


#### Charges and Disbursements
Outside Research Services ...........       $          4

        Total Disbursements ...................           4

Total Fees ..................................... $        608,312

Total Charges and Disbursements .................          25,703

Grand Total .................................... $        634,015

Less 15% Holdback .............................. (         91,247)

Current Amount Payable by Administrative Order .. $       542,768