```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
General Corporate Advice                                 Bill Number: 1283329
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 08/18/09 | 2.10 | PREPARE FOR/ATTEND BOARD MEETING (2.1). |
| | | 2.10 | |
| GALARDI GM | 08/18/09 | 0.90 | BOARD MEETING RE: PLAN AND DISCLOSURE STATEMENT. |
| | | 0.90 | |
| **Total Partner** | | **3.00** | |
| ZYLICH AK | 08/04/09 | 1.40 | ASSEMBLE FOR ATTORNEY REVIEW THE CHART RE: STORE CLOSURES AND DATES. |
| | | 1.40 | |
| **Total Legal Assistant** | | **1.40** | |
| **TOTAL TIME** | | **4.40** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/08/09
Asset Analysis and Recovery                                        Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/06/09 | 0.20 | CALL WITH G. HOLTZER RE: CHASE (.2). |
| GALARDI GM | 08/10/09 | 0.40 | REVIEW REVISED WARRANTY SETTLEMENT MOTION. |
| GALARDI GM | 08/11/09 | 0.30 | REVIEW NUMEROUS EMAILS RE: WARRANTY SETTLEMENTS. |
| GALARDI GM | 08/13/09 | 0.40 | REVIEW REVISED WARRANTY SETTLEMENT PAPERS. |
| GALARDI GM | 08/14/09 | 0.20 | REVIEW EMAILS RE: WARRANTY PAPERS. |
| GALARDI GM | 08/19/09 | 0.40 | FOLLOW-UP RE; PREFERENCE ANALYSIS. |
| GALARDI GM | 08/20/09 | 0.30 | REVIEW EMAILS AND FOLLOW-UP RE: PREFERENCE ANALYSIS ISSUES. |
| GALARDI GM | 08/24/09 | 0.30 | WORK ON WARRANTY SETTLEMENT ISSUES. |
| GALARDI GM | 08/31/09 | 0.80 | REVIEW EMAILS AND DOCUMENTS RE: WARRANTY SETTLEMENT. |
| | | **3.30** | |
| **Total Partner** | | **3.30** | |
| FREDERICKS IS | 08/10/09 | 4.10 | PARTICIPATE IN CONFERENCE CALL WITH J. MARCUM AND C. FALCONER RE: WARRANTIES (1.2); REVIEW AND REVISE WARRANTY SETTLEMENT AGREEMENTS BASED ON SUCH CALL (2.6); CORRESPONDENCE TO COUNSEL FOR THE VARIOUS SETTLING PARTIES RE: SAME (.3). |
| FREDERICKS IS | 08/11/09 | 0.80 | TELEPHONE CALL W/ COUNSEL TO ASSURANT RE: SETTLEMENT (.3); REVISE ASSURANT SETTLEMENT DOCUMENTS (.5). |
| FREDERICKS IS | 08/16/09 | 2.60 | REVIEW PREFERENCE ANALYSIS FOR TOP 25 VENDORS AND TELEPHONE CALL WITH J. ROBINSON RE SAME (2.6). |
| FREDERICKS IS | 08/17/09 | 0.90 | ADDRESS ISSUES RELATED TO WARRANTY SETTLEMENT AND CORRESPONDENCE RELATED THERETO (.9). |
| FREDERICKS IS | 08/19/09 | 2.90 | REVIEW ACTIVISION AND EA PREFERENCE ANALYSIS AND COMPANY SUMMARY INFORMATION FOR RELATED SETTLEMENTS (1.5); TELEPHONE CALL W/ B. CASHMAN, H. FERGUSON AND B. FOSE RE: PREFERENCE ANALYSIS (.8); FOLLOW-UP CALL WITH J. ROBINSON RE: SAME (.6). |
| FREDERICKS IS | 08/24/09 | 0.60 | MULTIPLE CORRESPONDENCE TO AND FROM VARIOUS SETTLING PARTIES (.6). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 08/25/09 | 2.60 | FINALIZE ALL WARRANTY DOCUMENTS FOR EXECUTION AND CORREPONDENCE TO VARIOUS SETTLING PARTIES RE: SAME AND CONDITIONS FOR RELEASE (2.6). |
| FREDERICKS IS | 08/28/09 | 2.10 | REVIEW AND REVISE MOTION TO APPROVE WARRANTY SETTLEMENTS AND DRAFT ORDER (2.1). |
| FREDERICKS IS | 08/30/09 | 3.20 | PARTICIPATE IN CONFERENCE CALL WITH J. MARCUM RE: WARRANTY SETTLEMENT MOTION (1.4); REVIEW AND REVISE WARRANTY MOTION (1.3); CORRESPONDENCE TO WARRANTY SETTLING PARTIES RE: DRAFT OF MOTION AND ORDER (.5). |
| | | 19.80 | |
| **Total Associate** | | 19.80 | |
| **TOTAL TIME** | | **23.10** | |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Asset Dispositions (General) | | | Bill Number: 1283329 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 08/05/09 | 0.40 | DISCUSSIONS RE FLAT PANEL LITIGATION. |
| | | **0.40** | |
| GALARDI GM | 08/04/09 | 0.60 | REVIEW EMAILS AND MOTION RE: LS PROPERTY SALE. |
| GALARDI GM | 08/09/09 | 0.20 | FOLLOW-UP RE: IP SALE. |
| GALARDI GM | 08/10/09 | 0.60 | WORK ON IP SALE ISSUES AND STRATEGY RE: ROLR. |
| GALARDI GM | 08/11/09 | 0.20 | REVIEW EMAILS RE: IP AUCTION AND BIDS (.2). |
| GALARDI GM | 08/12/09 | 0.70 | ADDRESS IP OBJECTION AND ROLF (.7). |
| GALARDI GM | 08/13/09 | 0.60 | FOLLOW-UP RE: IP SALE ISSUES WITHSTREAMBANK. |
| GALARDI GM | 08/14/09 | 0.40 | REVIEW AND RESPOND TO EMAILS RE: IP ISSUES (.3); REVIEW CURRENT BID INFORMATION (.1). |
| GALARDI GM | 08/17/09 | 0.60 | REVIEW ANALYSIS AND EMAILS RE: BIDS. |
| GALARDI GM | 08/18/09 | 0.40 | ADDRESS MISCELLANEOUS ISSUES AT AUCTION (.4). |
| GALARDI GM | 08/26/09 | 0.30 | ADDRESS ADDITIONAL IP SALE ISSUES (.3). |
| GALARDI GM | 08/27/09 | 0.40 | ATTEND AND REPRESENT COMPANY AT IP HEARING. |
| | | **5.00** | |
| **Total Partner** | | **5.40** | |
| BAKER SK | 08/31/09 | 0.30 | REVIEW CONSUMER PRIVACY OMBUDSMAN REPORT REGARDING SECOND SALE OF CONSUMER DATA (.3). |
| | | **0.30** | |
| FREDERICKS IS | 08/10/09 | 2.40 | REVIEW MATERIALS RELATED TO NETEZZA STIPULATION PROVIDED BY CC (1.3); REVIEW AND REVISE STIPULATION BASED ON SAME (.5); DRAFT CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: SUMMARY OF ISSUES, RESULTS OF RESEEARCH BY CC AND RECOMMENDATIONS (.6). |
| FREDERICKS IS | 08/12/09 | 1.90 | REVIEW AND REVISE PROPOSED MEMO TO BE PLACED IN IP DATA ROOM RE: ROFR (.2); MULTIPLE CORRESPONDENCE TO AND FROM S. BROWN, K. LAZAROFF AND STREAMBANK RE: IP SALE ISSUES AND BIDS (1.3); TELEPHONE CALL W/ COUNSEL TO VANITY RE: ROFR (.2); REVIEW AND CONSIDER OBJECTION TO SALE RE: ROFR (.2). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 08/14/09 | 1.80 | MULTIPLE CORRESPONDENCE TO AND FROM STREAMBANK RE: 800.COM ASSET AND RIGHT OF LAST REFUSAL ISSUE (1.8). |
| FREDERICKS IS | 08/17/09 | 4.70 | REVIEW VARIOUS IP BIDS AND CORRESPONDENCE WITH STREAMBANK AND S. BROWN RE: SAME (4.7). |
| FREDERICKS IS | 08/18/09 | 8.30 | PREPARE FOR AND CONDUCT AUCTION ON IP ASSETS, INCLUDING MEETINGS WITH BIDDERS AND STRATEGY MEETINGS (8.3). |
| FREDERICKS IS | 08/26/09 | 3.80 | DRAFT ORDERS RE: SALE OF VARIOUS IP ASSETS (1.4); ATTENTION TO VARIOUS ISSUES RELATED TO 800.COM AND CPO CONCERNS (2.4). |
| FREDERICKS IS | 08/27/09 | 1.30 | REVIEW AND FINALIZE ALL IP ORDERS AND RELATED DOCUMENTS (1.3). |
| | | **24.20** | |
| LAZAROFF KA | 08/06/09 | 2.50 | RESEARCH AND CORRESPONDENCE REGARDING RIGHT OF FIRST REFUSAL, CORRESPONDENCE REGARDING VARIOUS BID DEADLINE AND NOTICE ISSUES FOR MISCELLANEOUS IP ASSET SALE. |
| LAZAROFF KA | 08/07/09 | 0.50 | ATTENTION TO ISSUES REGARDING MODIFIED BID DEADLINE FOR IP SALE. |
| LAZAROFF KA | 08/11/09 | 2.00 | DISCUSSIONS REGARDING AND BEGIN DRAFTING MOTION TO REJECT CONTRACT AND SET ASIDE ROFR FOR 800.COM. |
| LAZAROFF KA | 08/12/09 | 5.60 | RESEARCH FOR, DRAFTED AND REVISED MOTION TO REJECT 800.COM CONTRACT AND SET ASIDE RIGHT OF FIRST REFUSAL (5); CORRESPONDENCE REGARDING VARIOUS IP ASSET SALE ISSUES (.6). |
| LAZAROFF KA | 08/14/09 | 4.50 | ATTENTION TO IP BIDS, SUMMARIZING BIDS, COMMUNICATIONS WITH STREAMBANK AND CPO. |
| LAZAROFF KA | 08/15/09 | 1.70 | REVIEW IP BIDS, CORRESPONDENCE WITH CPO, STREAMBANK AND OTHER SKADDEN ATTORNEYS. |
| LAZAROFF KA | 08/17/09 | 6.80 | ATTENTION TO NUMEROUS IP AUCTION ISSUES. |
| LAZAROFF KA | 08/18/09 | 5.20 | PREPARATIONS FOR, FOLLOW-UP ON AND TELEPHONIC ATTENDANCE RELATED TO IP AUCTION. |
| LAZAROFF KA | 08/19/09 | 1.50 | FOLLOW-UP RE IP AUCTION OF PII (ALPINE AND TRADING CIRCUIT DATA) WITH SKADDEN, STREAMBANK, MICRO ELECTRONICS, FIRSTMARK, CPO AND AGS. |
| LAZAROFF KA | 08/20/09 | 0.50 | TELECONFERENCE RE IP SALE PRIVACY ISSUES WITH FIREDOG. |
| | | **30.80** | |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/06/09 | 1.90 | COMMUNICATE WITH INTELLECTUAL PROPERTY MARKETING/AUCTION CONSULTANT RE: REVISING BID DEADLINES (0.3); WORK ON INTELLECTUAL PROPERTY ISSUES RE: MISCELLANEOUS IP ASSET SALES (1.6). |
| LIBERI JM | 08/07/09 | 1.00 | CXOMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: MISCELLANEOUS IP ASSET SALE ISSUES (0.3); DRAFT NOTICE OF EXTENDED BID DEADLINES (0.4); WORK WITH KCC TO POST LINK TO NOTICE ON KCC'S WEBSITE (0.3). |
| LIBERI JM | 08/10/09 | 0.80 | REVIEW REVISED ENGAGEMENT PROPOSAL FROM CONSULTANT RE: POTENTIAL SALE OF LITIGATION RIGHTS ASSETS (0.5); COMMUNICATE WITH POTENTIAL BIDDERS RE: ASSET SALE MATTERS (0.3). |
| LIBERI JM | 08/13/09 | 0.40 | REVIEW OBJECTION TO IP ASSET SALE (0.4). |
| LIBERI JM | 08/21/09 | 0.80 | WORK ON ISSUES RE: ENGAGEMENT OF CONSULTANT TO VALUE, MARKET AND AUCTION CERTAIN IP AND/OR LITIGATION RIGHTS ASSETS (0.5); COMMUNICATE WITH COUNSEL FOR WINNING IP ASSET BIDDERS RE: HEARING MATTERS (0.3). |
| LIBERI JM | 08/25/09 | 0.60 | CONFERENCE CALL RE: POSSIBLE DISPOSITION OF IP AND LITIGATION RIGHTS ASSETS (0.6). |
| LIBERI JM | 08/27/09 | 0.80 | CONFERENCE CALL WITH CONSULTING FIRM RE: POTENTIAL ENGAGEMENT IN CONNECTION WITH ASSET SALE (0.6); FOLLOW UP RE: SAME (0.2). |
| | | 6.30 | |
| **Total Associate** | | **61.60** | |
| HEANEY CM | 08/07/09 | 0.30 | PREPARE REVISION TO SALE MOTION AND AND ORDER FOR DISTRIBUTION ON THIRD PARTIES (.3). |
| | | 0.30 | |
| **Total Legal Assistant** | | **0.30** | |
| **TOTAL TIME** | | **67.30** | |

6

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Asset Dispositions (Real Property)                       Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/12/09 | 0.80 | TELEPHONE CALL WITH T. SMITH REGARDING BLOOMINGTON NORMAL LOCATION (.2); INVESTIGATE OWNERSHIP INFORMATION FOR LOCATION 3165 (.3); DRAFT CORRESPONDENCE REGARDING OWNERSHIP INFORMATION FOR LOCATION 3165 (.3). |
| BAKER SK | 08/20/09 | 0.10 | REVIEW GOLFSMITH INTERNATIONAL'S RESPONSE TO DEBTORS' MOTION TO SELL REAL PROPERTY (.1). |
|  |  | **0.90** |  |
| FREDERICKS IS | 08/07/09 | 1.70 | REVIEW AND REVISE MOTION AND ORDER FOR SALE OF GA PROPERTY (1.7). |
| FREDERICKS IS | 08/10/09 | 1.40 | REVIEW BID RECEIVED FOR SAN JOSE PROPERTY (.6); ATTENTION TO VARIOUS ISSUES RELATED TO PENDING REAL PROPERTY SALE MOTIONS (.8). |
| FREDERICKS IS | 08/12/09 | 2.90 | TELEPHONE CALL W/ COUNSEL TO SMYTHE RE: AGREEMENT (.2); PREPARE FOR AND CONDUCT AUCTION ON SAN JOSE PROPERTY (2.7). |
| FREDERICKS IS | 08/14/09 | 0.70 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE RELATED TO UPCOMING REAL ESTATE SALES (.7). |
| FREDERICKS IS | 08/20/09 | 4.30 | PREPARE AUCTION OUTLINE (.5); REVIEW BIDS SUBMITTED BY VARIOUS BIDDERS AND CONSULT WITH BIDDERS RE: CERTAIN REVISIONS (1.2); CONDUCT AUCTION (2.6). |
| FREDERICKS IS | 08/24/09 | 2.40 | REVIEW BIDS PRIOR TO AUCTION (.7); CONSULT WITH BIDDERS RE: CERTAIN ISSUES (.4); CONDUCT AUCTION 1.3). |
| FREDERICKS IS | 08/26/09 | 4.60 | REVIEW AND REVISE VARIOUS REAL ESTATE SALE ORDERS (1.7); MULTIPLE CORRESPONDENCE TO AND FROM VARIOUS PARTIES IN INTEREST RE: PENDING REAL ESTATE SALE MOTIONS (1.8); TELEPHONE CALL WITH COUNSEL TO LA AND CORRESPONDENCE RE: LIMITED OBJECTION (.4); MULTIPLE TELEPHONE CALLS WITH D. MILLER RE: SALES (.7). |
| FREDERICKS IS | 08/27/09 | 0.80 | FINALIZE ALL REAL ESTATE ORDERS AND RELATED DOCUMENTS (.8). |
|  |  | **18.80** |  |
| GRANT K | 08/19/09 | 0.50 | EMAILS AND TELECONFERENCES WITH T. ROSEN AND D. MILLER REGARDING MORENO SALE. (.5). |
| GRANT K | 08/20/09 | 0.50 | EMAILS WITH T. ROSEN, J. HARBOUR, AND D. MILLER REGARDING REVISIONS TO MORENO SALE ORDER. (.5). |

| | | | |
|---|---|---|---|
| GRANT K | 08/21/09 | 1.10 | REVIEWED PROPOSED CHANGES TO MORENO SALE ORDER AND EMAILS WITH J. HARBOUR, A. MOYER AND D. MILLER REGARDING SAME. (1.1). |
| GRANT K | 08/24/09 | 0.70 | EMAILS WITH A. MOYER, D. MILLER AND COUNSEL FOR 99CENTS ONLY AND LOWE'S REGARDING SALE ORDER FOR MORENO. (.7). |
| GRANT K | 08/25/09 | 0.40 | REVIEWED AMENDMENT TO MORENO APA AND EMAILS WITH A. MOYER AND D. MILLER REGARDING SAME. (.4). |
| GRANT K | 08/27/09 | 0.50 | TELECONFERENCE WITH T. ROSEN AND A. MOYER REGARDING SALE CLOSING. (.5). |
| GRANT K | 08/28/09 | 0.80 | TELECONFERENCES AND EMAILS WITH T. ROSEN AND D. MILLER REGARDING CLOSING MORENO VALLEY SALE. (.8). |
| | | **4.50** | |
| LAZAROFF KA | 08/03/09 | 1.00 | DRAFTING MOTION AND ORDER FOR SALE OF ATLANTA PROPERTY. |
| LAZAROFF KA | 08/06/09 | 0.50 | CORRESPONDENCE AND TELECONFERENCES REGARDING PSA FOR ATLANTA PROPERTY. |
| LAZAROFF KA | 08/07/09 | 1.00 | REVISE DOCUMENTS AND PREPARE FOR FILING AND SERVICE FOR SALE OF ATLANTA PROPERTY (1). |
| LAZAROFF KA | 08/10/09 | 0.80 | CORRESPONDENCE REGARDING SAN JOSE PROPERTY BID AND AUCTION. |
| LAZAROFF KA | 08/11/09 | 0.80 | PREPARE FOR SAN JOSE AUCTION (.5); CORRESPONDENCE WITH INTERESTED PARTIES REGARDING HOLLYWOOD PROPERTY BIDS (.3). |
| LAZAROFF KA | 08/12/09 | 5.00 | SAN JOSE PROPERTY AUCTION (2); REVISED LETTER AGREEMENTS RESOLVING DISPUTE CURES REMAINING FROM MARCH LEASE SALES (.8); DRAFTED LETTER RESPONSES TO PROPERTY MANAGER DEMAND FOR DISBURSEMENT FROM MORENO VALLEY ESCROW (1.5); CORRESPONDENCE WITH AND INSTRUCTIONS FOR INTERESTED HOLLYWOOD BIDDERS (.7). |
| LAZAROFF KA | 08/14/09 | 5.00 | ATTENTION TO LANDLORD CLAIM ADMINISTRATION (4); COMMUNICATIONS WITH BIDDERS, CREDITORS REGARDING HOLLYWOOD PROPERTY AUCTION (.5); REVISIONS AND COORDINATION OF SENDING LETTER RESPONSE TO MORENO VALLEY DISBURSEMENT DEMAND (.5). |
| LAZAROFF KA | 08/19/09 | 1.50 | PREPARATION FOR HOLLYWOOD PROPERTY AUCTION (1); CORRESPONDENCE AND REVISIONS TO MORENO VALLEY SALE ORDER REGARDING LOWE'S SIGNAGE RIGHTS (.5). |
| LAZAROFF KA | 08/20/09 | 2.50 | CORRESPONDENCE RE ATLANTA PROPERTY SALE, PREPARE BINDER FOR AUCTION (1.5); HOLLYWOOD PROPERTY AUCTION (1). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 08/24/09 | 1.50 | REVISIONS TO HOLLYWOOD, MORENO VALLEY, ATLANTA AND SAN JOSE SALE ORDERS. |
| | | 19.60 | |
| LIBERI JM | 08/03/09 | 1.10 | CORRESPOND WITH COUNSEL FOR POTENTIAL PURCHASERS OF SAN JOSE ASSETS (0.6); REVIEW SAN JOSE SALE DOCUMENTS AND PROPOSED PURCHASER DEAL DOCUMENTS (0.5). |
| LIBERI JM | 08/04/09 | 1.80 | RESPOND TO FURTHER REQUESTS FROM POTENTIAL PURCHASERS RE: SAN JOSE ASSET SALE (1.4); FOLLOW UP WITH FTI RE: POTENTIAL ENGAGEMENT RE: ASSET SALE MATTERS (0.4). |
| LIBERI JM | 08/05/09 | 0.50 | COMMUNICATE WITH POTENTIAL PURCHASERS OF SAN JOSE ASSETS RE: INFORMATION REQUESTS (0.2); LOCATE AND PROVIDE ANSWERS TO INFORMATION REQUESTS (0.3). |
| LIBERI JM | 08/06/09 | 0.50 | WORK ON REAL PROPERTY BIDDING/AUCTION MATTERS (0.5). |
| LIBERI JM | 08/07/09 | 1.60 | REVIEW DRAFT SALE DOCUMENTS RE: ATLANTA REAL PROPERTY (0.8); CONFERENCE CALL WITH S. HERSCOVICI OF ANALYSIS GROUP RE: POTENTIAL ENGAGEMENT (0.5); PROVIDE CONFLICTS INFORMATION RE: SAME (0.3). |
| | | 5.50 | |
| **Total Associate** | | 49.30 | |
| **TOTAL TIME** | | **49.30** | |

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 10/08/09
Automatic Stay (Relief Actions)                           Bill Number: 1283329
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/06/09 | 0.20 | REVIEW PREMIER CONTRACTING'S MOTION FOR RELIEF FROM STAY (.2). |
| BAKER SK | 08/07/09 | 0.70 | REVIEW A. ISSAC'S MOTION FOR RELIEF FROM STAY AND SUBPOENA TO THE DEBTORS (.7). |
| BAKER SK | 08/31/09 | 0.20 | REVIEW A. ISAAC MOTION TO OPPOSE DEBTORS' RESPONSE TO LIFT STAY MOTION (.2). |
|  |  | 1.10 |  |
| **Total Associate** |  | **1.10** |  |
| HEANEY CM | 08/07/09 | 2.40 | OBTAIN/ORDER REVIEW, ORGANIZE AND DISTRIBUTE BACKGROUND PLEADINGS AND INFORMATION REGARDING ISAAC MOTION FOR RELIEF FROM STAY (.6); ASSIST ATTORNEYS WITH RESEARCH OF CASE LAW AND PREPARATION OF RESPONSIVE PLEADINGS (1.8). |
| HEANEY CM | 08/10/09 | 2.20 | REVIEW NORTHERN DISTRICT OF ALABAMA LOCAL RULES FOR PROCEDURES FOR FILING AND ATTORNEY REGISTRATION (.8); COORDINATE WITH CLERK'S OFFICE REGARDING PROCEDURES (.1); ASSIST ATTORNEY WITH PREPARATION OF RESPONSES AND OBJECTIONS TO A. ISAAC MOTION (1.3). |
| HEANEY CM | 08/12/09 | 0.70 | PREPARE SERVICE INFORMATION REGARDING RESPONSES AND OBJECTIONS TO DISCOVERY REQUEST (.1); ASSIST ATTORNEYS WITH PREPARATION OF A. ISAAC DOCUMENTS (.6). |
|  |  | 5.30 |  |
| **Total Legal Assistant** |  | **5.30** |  |
| **TOTAL TIME** |  | **6.40** |  |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Case Administration                                      Bill Number: 1283329
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 08/17/09 | 1.80 | PREPARE FOR/ATTEND WEEKLY STATUS CALL WITH CLIENT AND FTI (1.8). |
| DICKERSON CL | 08/24/09 | 1.50 | PREPARE FOR/ATTEND WEEKLY STATUS CALL WITH CLIENT AND FTI. |
| DICKERSON CL | 08/31/09 | 1.10 | PREPARE FOR/ATTEND WEEKLY STATUS CALL WITH CLIENT AND FTI (1.1). |
| | | **4.40** | |
| GALARDI GM | 08/27/09 | 0.50 | ATTEND OMNIBUS HEARING. |
| | | **0.50** | |
| **Total Partner** | | **4.90** | |
| BAKER SK | 08/31/09 | 0.20 | TELEPHONE CALL WITH D. DOSS REGARDING CURE STATUS UPDATE (.2). |
| | | **0.20** | |
| FREDERICKS IS | 08/10/09 | 0.80 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.8). |
| FREDERICKS IS | 08/24/09 | 1.40 | REVIEW AND REVISE VARIOUS CASE RELATED CORRESPONDENCE (1.4). |
| FREDERICKS IS | 08/27/09 | 5.20 | PREPARE FOR AND ATTEND OMNIBUS HEARING (5.2). |
| | | **7.40** | |
| KIM CW | 08/03/09 | 0.10 | SORT CORRESPONDENCES (0.1). |
| KIM CW | 08/06/09 | 0.30 | SORT CASE CORRESPONDENCES AND DISTRIBUTE ACCORDINGLY (0.3). |
| KIM CW | 08/10/09 | 0.40 | ORGANIZE CASE CORRESPONDENCES (0.4). |
| KIM CW | 08/17/09 | 0.40 | ORGANIZE CASE CORRESPONDENCES (0.4). |
| KIM CW | 08/18/09 | 0.20 | ORGANIZE CASE DISTRIBUTION (0.2). |
| KIM CW | 08/24/09 | 0.10 | ORGANIZE CASE CORRESPONDENCES (0.1). |
| KIM CW | 08/25/09 | 0.30 | HANDLE CASE CORRESPONDENCES AND DISTRIBUTE ACCORDINGLY (0.3). |
| | | **1.80** | |
| KUMAR JS | 08/05/09 | 0.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINSTRATION ISSUES (.4). |
| KUMAR JS | 08/17/09 | 0.90 | UPDATING TASK LIST (.5). CONTACTING COUNSEL TO ADJOURN HEARINGS (.4). |
| | | **1.30** | |

| | | | |
|---|---|---|---|
| PAN B | 08/24/09 | 1.10 | REVIEW EASTERN DISTRICT CA LOCAL RULES AND ELECTRONIC FILING AND NOTICE REQUIREMENTS. |
| | | 1.10 | |
| **Total Associate** | | **11.80** | |
| HEANEY CM | 08/03/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 08/04/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 08/05/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 08/06/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 08/07/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 08/10/09 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.4); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (1.7). |
| HEANEY CM | 08/11/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 08/12/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); REVIEW AND DISTRIBUTE 8-18 HEARING AGENDA ON THIRD PARTIES (.1); COORDINATE SERVICE OF AGENDA WITH THIRD PARTIES (.1). |
| HEANEY CM | 08/13/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 08/14/09 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); PREPARE AND DISTRIBUTE AGENDA AND RESPONSE CHART FOR FILING (.1). |
| HEANEY CM | 08/17/09 | 1.90 | REVIEW DOCKET RE: UPDATES TO 8-27 HEARING AGENDA (.4); COORDINATE WITH THIRD PARTIES REGARDING STATUS UPDATES TO AGENDA (.2); EDIT/REVISE HEARING AGENDA (1.3). |
| HEANEY CM | 08/18/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO 8-27 HEARING AGENDA (.3); EDIT/REVISE HEARING AGENDA (.6); COORDINATE WITH THIRD PARTIES REGARDING UPDATES AND STATUS OF VARIOUS AGENDA MATTERS (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |

| | | | |
|---|---|---|---|
| HEANEY CM | 08/19/09 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND 8-27 HEARING AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); EDIT/REVISE HEARING AGENDA (1.2); COORDINATE WITH THIRD PARTIES REGARDING STATUS UPDATES AND REVISIONS TO VARIOUS AGENDA MATTERS (.3). |
| HEANEY CM | 08/20/09 | 2.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND 8-27 HEARING AGENDA (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO HEARING AGENDA (.3); EDIT/REVISE AGENDA (.9). |
| HEANEY CM | 08/21/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO 8-27 HEARING AGENDA AND CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); EDIT/REVISE HEARING AGENDA (.9). |
| HEANEY CM | 08/24/09 | 2.70 | REVIEW DOCKET RE: UPDATES TO 8-27 HEARING AGENDA (.4); EDIT/REVISE HEARING AGENDA (2.1); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO HEARING AGENDA (.2). |
| HEANEY CM | 08/25/09 | 3.80 | REVIEW DOCKET RE: UPDATES TO 8-27 HEARING AGENDA AND CASE FILES (.4); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2); EDIT/REVISE HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF AGENDA AND EXHIBIT (.1); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS FOR 8-27 HEARING (2.8). |
| HEANEY CM | 08/26/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); ASSIST ATTORNEY WITH HEARING PREPARATION (.6). |
| HEANEY CM | 08/27/09 | 0.60 | REVIEW DOCKET RE: STATUS OF HEARING MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 08/28/09 | 0.40 | REVIEW DOCKET RE: STATUS OF UNSIGNED SALE ORDERS (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| | | **26.20** | |
| LAMANNA WK | 08/04/09 | 0.10 | UPDATE SERVICE LIST WITH CLAIMS AGENT. |
| LAMANNA WK | 08/05/09 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 08/06/09 | 0.70 | DRAFT AUGUST 18, 2009 HEARING AGENDA (0.7). |

| | | | |
|---|---|---|---|
| LAMANNA WK | 08/10/09 | 1.20 | REVIEW COURT DOCUMENTS AND CALENDAR CRITICAL DATES (1.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 08/14/09 | 3.90 | BEGIN TO DRAFT 8/27/09 HEARING AGENDA (3.2); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE (0.7). |
| LAMANNA WK | 08/17/09 | 1.90 | REVIEW COURT DOCUMENTS AND CALENDAR CRITICAL DATES IN MAIN CASE AND APPEALS (0.7); CONTINUE EDITING 8/27/09 HEARING AGENDA (1.2). |
| LAMANNA WK | 08/18/09 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 08/21/09 | 0.70 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.2); CALENDAR CRITICAL DATES IN MAIN CASE (0.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.1). |
| LAMANNA WK | 08/28/09 | 0.10 | UPDATE COURT DOCKET AND REVIEW (0.1). |
| | | 10.00 | |
| **Total Legal Assistant** | | 36.20 | |
| **TOTAL TIME** | | **52.90** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Claims Admin. (General)                                      Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/03/09 | 0.60 | REVIEW AND RESPOND TO EMAILS RE: CLAIMS OBJECTIONS AND ISSUES (.6). |
| GALARDI GM | 08/05/09 | 0.60 | CALL RE: PBGC CLAIMS. |
| GALARDI GM | 08/11/09 | 1.10 | ADDRESS ISSUES RE: REBATE CLAIMS (.4); CALL RE: PBGC CLAIM AND STRATEGY (.7). |
| GALARDI GM | 08/12/09 | 0.20 | REVIEW AND RESPOND TO EMAIL RE: LATE ADMINISTRATIVE CLAIM (2). |
| GALARDI GM | 08/14/09 | 0.60 | WORK ON PBGC AND OTHER CLAIMS STRATEGY. |
| GALARDI GM | 08/18/09 | 1.40 | WORK ON STRATEGY RE: CLAIMS OBJECTIONS AND 558, 502(D) AND 503 ADMIN CLAIMS. |
| GALARDI GM | 08/19/09 | 0.20 | REVIEW PBGC CLAIM CALCULATION. |
| GALARDI GM | 08/26/09 | 1.90 | WORK ON ISSUES RE: PBGC (.2); BEGIN PREPARATION FOR 503(B)(9) HEARING (1.7). |
| GALARDI GM | 08/27/09 | 2.20 | PREPARE FOR AND ATTEND HEARING ON 503(B)(9) GOODS ARGUMENT. |
| GALARDI GM | 08/31/09 | 0.30 | FOLLOW-UP RE: PBGC CLAIM OBJECTION (.3). |
|  |  | **9.10** |  |
| **Total Partner** |  | **9.10** |  |
| BAKER SK | 08/03/09 | 0.30 | REVIEW CORRESPONDENCE FROM C. FALCONER REGARDING ASSURANCE AGREEMENTS (.1); REVIEW RESPONSE OF A. FLAN TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); ; REVIEW RESPONSE OF J. STROH TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1). |
| BAKER SK | 08/04/09 | 5.10 | REVIEW RESPONSE OF S. STRICKLAND TO DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION (.1); REVIEW CORRESPONDENCE REGARDING DEBTORS' 24TH OMNIBUS CLAIMS OBJECTION (.1); RESEARCH REGARDING SUFFICIENCY OF PUBLICATION NOTICE (4.9). |
| BAKER SK | 08/05/09 | 3.90 | DRAFT CORRESPONDENCE REGARDING PBGC PROOFS OF CLAIM (.2); TELEPHONE CALL WITH J. POOR REGARDING DEBTORS' 24TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW RESPONSE OF PULASKI COUNTY TREASURER TO DEBTORS' 24TH OMNIBUS CLAIMS OBJECTIONS (.1); REVIEW HILLSBOROUGH COUNTY FLORIDA'S RESPONSE TO DEBTORS' 24TH OMNIBUS CLAIMS OBJECTION (.1); RESEARCH REGARDING ADEQUACY OF NOTICE (3.4). |

| BAKER SK | 08/06/09 | 6.80 | TELEPHONE CALL WITH D. LATERNO REGARDING WARRANTY ISSUES (.1); TELEPHONE CALL WITH E. GREEN REGARDING DEBTORS' 19TH OMNIBUS OBJECTION TO CLAIMS (.3); BEGIN DRAFTING MOTION TO DEEM PUBLICATION NOTICE SUFFICIENT (6.4). |
|---|---|---|---|
| BAKER SK | 08/07/09 | 1.70 | REVIEW A. KARN'S RESPONSE TO DEBTORS' 25TH OMNIBUS OBJECTION TO CLAIMS (.1); CONTINUE DRAFT OF MOTION TO DEEM NOTICE SUFFICIENT (1.6). |
| BAKER SK | 08/10/09 | 4.90 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING REBATE CHECKS (.1); CONTINUE DRAFT OF MOTION TO DEEM NOTICE SUFFICIENT (4.8). |
| BAKER SK | 08/11/09 | 1.30 | CONFERENCE CALLS REGARDING PBGC CLAIM (.8); TELEPHONE CALL WITH K. BRADSHAW AND M. MESIRON REGARDING REBATE CHECKS (.3); REVIEW ESCANABA COUNTY'S RESPONSE TO DEBTORS' 24TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW PIERCE COUNTY'S RESPONSE TO DEBTORS 24TH OMNIBUS CLAIM OBJECTION (.1). |
| BAKER SK | 08/12/09 | 5.80 | TELEPHONE CALL WITH W. GIBSON REGARDING PROPOSED LIQUIDATION PLAN (.2); TELEPHONE CALL WITH R. STEVENS REGARDING DEBTORS' 9TH OMNIBUS OBJECTION TO CLAIMS (.2); RESEARCH REGARDING DUE PROCESS IN THE NOTICE CONTEXT (2.8); DRAFT MOTION TO DEEM NOTICE SUFFICIENT (2.6). |
| BAKER SK | 08/13/09 | 2.80 | TELEPHONE CALL WITH T. MOORE REGARDING PENSION PLAN OBJECTIONS (.1); REVISE DRAFT OF PUBLICATION NOTICE MOTION (2.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/14/09 | 7.50 | REVIEW YUMA COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' 24TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW A. BELORICH RESPONSE TO DEBTOR'S 25TH OMNIBUS CLAIMS OBJECTION(.1); REVIEW C. GIBSON'S RESPONSE TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW D. ANDERSON'S RESPONSE TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REIVEW RESPONSE OF J. MORRISON TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW J. WALKER'S RESPONSE TO DEBTORS 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW RESPONSE OF J. ADAMS TO DEBTORS 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW LANE COUNTY, OREGON'S RESPONSE TO DEBTORS 24TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW RESPONSE OF R. SAGEN TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW S. LEWIS' RESPONSE TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW T. WOODS OBJECTION TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW THE WOODLANDS METRO CENTER MUD'S OBJECTION TO DEBTORS 24TH OBJECTION TO CLAIMS (.1); REVIEW T. FOX'S RESPONSE TO DEBTOR'S 25TH OMNIBUS CLAIM OBJECTION (.1); TELEPHONE CALL WITH K. WRIGHT REGARDING OBJECTION TO TRAVIS COUNTY'S CLAIM (.1); REVISE MOTION TO DEEM NOTICE SUFFICIENT (1.2); REVISE OBJECTION TO PBGC CLAIMS (4.9). |
| BAKER SK | 08/17/09 | 6.30 | REVIEW EMAIL FROM K. BARKSDALE REGARDING MICROSOFT PROOF OF CLAIM (.1); DRAFT CORRESPONDENCE TO M. BARRCEN REGARDING MICROSOFT PROOF OF CLAIM (.1); TELEPHONE CALL WITH Y. ANAYA REGARDING ADMINISTRATIVE EXPENSE REQUESTS (.2); REVISE OBJECTION TO PBGC CLAIMS (5.9). |
| BAKER SK | 08/18/09 | 10.10 | TELEPHONE CALL REGARDING DEBTORS' 8TH OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH I. MARKUS REGARDING UPCOMING OMNIBUS HEARING (.1); REVISE OBJECTION TO PBGC'S PROOF OF CLAIM (9.8). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 08/19/09 | 9.30 | TELEPHONE CALL WITH COUNSEL FOR SAMSUNG REGARDING 23RD OMNIBUS OBJECTION TO CLAIMS (.2); REVIEW DEBTORS 23RD OMNIBUS OBJECTION TO CLAIMS AND SAMSUNG'S RESPONSE THERE TO (.8); REVISE OBJECTION TO PBGC CLAIMS (1.2); TELEPHONE CALLS WITH I. MARKUS REGARDING DEBTORS' 6TH AND 19TH OMNIBUS OBJECTION TO CLAIMS (.3); TELEPHONE CALL WITH B. CAMPBELL REGARDING 503(B)(9) CLAIMS (.1); REVIEW CORRESPONDENCE FROM M. BARRECA REGARDING MICROSOFT PROOF OF CLAIM (.1); REVIEW DEBTORS' 19TH OMNIBUS OBJECTION (.4); REVIEW PROOFS OF CLAIM OF CISCO, PLANTRONICS AND SEAGATE REGARDING DEBTORS' 19TH OMNIBUS OBJECTION (1.5); REVIEW PROOFS OF CLAIM FILED BY MAINE STATE TREASURER'S OFFICE (.4); TELEPHONE CALL WITH L. WHITE OF MAINE STATE TREASURER'S OFFICE (.1); TELEPHONE CALL WITH F. LEAON REGARDING PROOFS OF CLAIM (.1); TELEPHONE CALL REGARDING PRIORITY OF EQUITY INTEREST HOLDERS (.2); DRAFT CORRESPONDENCE TO J. LEVIT REGARDING DEBTORS 23RD OMNIBUS OBJECTION (.1); REVIEW STATE OF MAINE TREASURER'S RESPONSE TO DEBTOR'S 27TH OMNIBUS CLAIM OBJECTION (.1); DRAFT CORRESPONDENCE TO I. MARKUS REGARDING CLAIMS FILED BY CISCO SYSTEMS (.2); REVIEW CLARK COUNTY TREASURER'S RESPONSE TO DEBTORS' 27TH OMNIBUS OBJECTION TO CLAIMS (.1); BEGIN DRAFTING OBJECTION TO 503(B)(9) CLAIMS WITH RECEIVABLE SET OFFS (3.4). |
| BAKER SK | 08/20/09 | 8.80 | REVIEW DEBTORS MOTION AND ORDER REGARDING TRADING CLAIMS AGAINST THE DEBTORS (.6); TELEPHONE CALL WITH I. MARKUS REGARDING DEBTORS' 19TH OMNIBUS OBJECTION (.3); REVISE OBJECTION PBGC OBJECTION (3.1): DRAFT OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSE REQUEST AND 503(B)(9) CLAIMS ASSERTING RIGHT TO SET OFF (4.2); REVIEW CALIFORNIA SELF-INSURER'S SECURITY FUNDS RESPONSE TO DEBTORS' 27TH OMNIBUS CLAIMS OBJECTION (.2); REVIEW INTERNAL REVENUE'S SERVICE RESPONSE TO DEBTORS' 28TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW SOURCE INTERLINK MEDIA'S RESPONSE TO DEBTORS' 28TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW CORRESPONDENCE REGARDING AMENITIES AND DEBTORS' PENSION FUND (.2). |
| BAKER SK | 08/21/09 | 5.30 | DRAFT 503(B)(9) AND ADMINISTRATIVE EXPENSE REQUEST OMNIBUS OBJECTION (3.2); REVISE 502(D) BRIEF (1.1); DRAFT 502(D) OMNIBUS OBJECTION (.9); REVIEW PENNSYLVANIA STATE TREASURER'S RESPONSE TO DEBTORS 27TH OMNIBUS CLAIMS OBJECTION (.1). |