| | | | |
|---|---|---|---|
| BAKER SK | 08/24/09 | 7.10 | REVISE MOTION AND ORDER REGARDING PUBLICATION NOTICE (3.1); TELEPHONE CONFERENCE WITH R. PINKSTON REGARDING 19TH OMNIBUS OBJECTION TO CLAIMS (.2); REVISE OBJECTION TO PBGC PROOFS OF CLAIM (3.3); TELEPHONE CALL WITH D. DAVIS REGARDING CIRCUIT CITY DEADLINES (.1); TELEPHONE CALL WITH M. WOOLF REGARDING COMMON STOCK (.2); REVIEW SHASTA COUNTY'S RESPONSE TO DEBTORS' 27TH OMNIBUS CLAIMS OBJECTION (.2). |
| BAKER SK | 08/25/09 | 1.30 | TELEPHONE CALL WITH M. RIGHEETTI REGARDING HEARING ON OBJECTION TO CLAIMS (.1); TELEPHONE CALL WITH B. MCQUEENY REGARDING EQUITY INTEREST HOLDERS (.2); REVIEW INDIANA DEPARTMENT RESPONSE TO DEBTORS 27TH OMNIBUS OBJECTION TO CLAIMS (.1); DRAFT SUPPLEMENTAL ORDER TO DEBTORS 19TH OMNIBUS CLAIMS OBJECTION (.7); REVIEW CORRESPONDENCE FROM NICOR GAS REGARDING UTILITY ACCOUNTS (.2). |
| BAKER SK | 08/31/09 | 0.50 | REVIEW S. BORGER'S RESPONSE TO DEBTORS' 9TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW POPS COSMETIC COUNTERS, INC.'S RESPONSE TO DEBTORS' 28TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW M. RACINES RESPONSE TO DEBTORS 25TH OMNIBUS CLAIMS OBJECTION (.1); TELEPHONE CALL WITH B. CLAY REGARDING WARRANTY CLAIMS (.1); TELEPHONE CALL WITH L. CONTI REGARDING CLAIMS OBJECTIONS (.1). |
| | | **88.80** | |
| DOSUNMU FS | 08/03/09 | 1.10 | MUTLIPLE CONFERENCES REGARDING ADMINISTRATIVE EXPENSES (.7); WORK WITH COMPANY TO RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (.4). |
| DOSUNMU FS | 08/10/09 | 1.20 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.2). |
| DOSUNMU FS | 08/11/09 | 2.10 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.4); MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS (.7). |
| DOSUNMU FS | 08/12/09 | 1.20 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (.8); MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS (.4). |
| DOSUNMU FS | 08/14/09 | 1.60 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.6). |
| DOSUNMU FS | 08/17/09 | 0.80 | CONFERENCE WITH VARIOUS COUNSEL REGARDING ADMINISTRATIVE CLAIMS REQUESTS (.8). |
| | | **8.00** | |

| | | | | |
|---|---|---|---|---|
| FREDERICKS IS | 08/11/09 | 0.60 | PARTICIPATE IN CONFERENCE CALL W/ SKADDEN WORKING GROUP, CC REPRESENTATIVES, AND GROOM LAW FIRM RE: PBGC CLAIMS (.6). |
| FREDERICKS IS | 08/12/09 | 0.70 | REVIEW AND DISCUSS MOTION TO FILE LATE FILED PROOF OF CLAIM IN KOBRA BANKRUPTCY CASE (.7). |
| FREDERICKS IS | 08/13/09 | 8.30 | CONFERENCE WITH H. FERGUSON AND OTHER CC REPRESENTATIVES AND REVIEW ALL SECURED CLAIMS FOR PURPOSES OF OBJECTIONS (8.3). |
| FREDERICKS IS | 08/14/09 | 1.40 | REVIEW AND REVISE ASSURANT AND TWG SETTLEMENT AGREEMENTS (.8); DRAFT ORDERS APPROVING SUCH AGREEMENTS (.6). |
| FREDERICKS IS | 08/17/09 | 2.70 | PREPARE AGENDA FOR WEEKLY CALL WITH THE COMMITTEE (.4); PARTICIPATE IN WEEKLY CONFERENCE CALL WITH COMMITTEE ADVISORS RE CLAIMS AND SETTLEMENTS (.9); PARTICIPATE IN WEEKLY GENERAL UPDATE CALL WITH CC (1.4). |
| FREDERICKS IS | 08/18/09 | 1.20 | WORK WITH G. GALARDI AND J. MARCUM RE: SETOFF AND 502(D) OBJECTIONS (1.2). |
| FREDERICKS IS | 08/19/09 | 1.70 | PARTICIPATE IN GENERAL CLAIMS MEETING BY PHONE (1.7). |
| FREDERICKS IS | 08/20/09 | 3.70 | REVIEW AND REVISE MOTION TO FILE A LATE PROOF OF CLAIM IN ED CA CASE WHERE LANDLORD FILED AND ORDER (3.7). |
| FREDERICKS IS | 08/21/09 | 3.70 | REVIEW AND REVISE OBJECTION TO PANASONIC 503B9 CLAIM (1.4); REVIEW AND REVISE PBGC CLAIM OBJECTION (2.3). |
| FREDERICKS IS | 08/24/09 | 3.10 | REVIEW AND REVISE PBGC OBJECTION (3.1. |
| FREDERICKS IS | 08/25/09 | 2.80 | REVIEW, REVISE AND FINALIZE PANASONIC OBJECTION (2.8). |
| FREDERICKS IS | 08/26/09 | 1.90 | REVIEW OBJECTIONS TO 5TH, 6TH AND 14TH OMNI AND RELATED CLAIMS (1.3); REVIEW PLASTECH AND GOODY'S GOODS DECISIONS AND CORRESPONDENCE TO G. GALARDI RE: GOODS ARGUMENT (.6). |
| FREDERICKS IS | 08/27/09 | 3.60 | PARTICIPATE IN MEETING WITH CC AND MCGUIREWOODS RE: RECEIVEABLES AND CLAIMS (3.6). |
| FREDERICKS IS | 08/28/09 | 3.60 | TELEPHONE CALL W/ J. MARCUM RE: OVERALL CLAIMS' STRATEGY (.7); MEETING W/ M. MOSIER RE: SAME (.4); PARTICPATE IN GENERAL CLAIMS' MEETING WITH CC AND FTI (2.5). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 08/31/09 | 8.70 | FURTHER REVIEW AND REVISE OBJECTION TO LTIP AND PHANTOM STOCK CLAIMS (1.3); CONFERENCE CALL WITH SKADDEN WORKING GROUP RE: ADMIN AND PRIORITY CLAIMS AND REVIEW THEREOF (.4); TELEPHONE CALLS FROM P. DEANGELO AND C. KORKIS RE: QUESTIONS ON DISCRETE CLAIMS (.8); REVIEW AND REVISE OBJECTION TO ADMIN AND 503B9 CLAIMS TO EFFECTUATE SETOFF (6.2). |
| | | **47.70** | |
| KIM CW | 08/02/09 | 1.60 | REVIEW CASE LAW REGARDING FRAUDULENT TRANSFERS AND RECOVERING VALUE (1.6). |
| KIM CW | 08/04/09 | 1.10 | DRAFT FRAUDULENT TRANSFER COMPLAINT (1.1). |
| KIM CW | 08/05/09 | 4.40 | CONTINUE RESEARCHING FRAUDULENT TRANSFER ACTIONS IN 4TH CIRCUIT (3.2); REVISE SUMMARY OF SAME (1.2). |
| KIM CW | 08/06/09 | 1.10 | REVIEW CASE LAW REGARDING FRAUDULENT TRANSFER (1.1). |
| KIM CW | 08/19/09 | 2.50 | DRAFT NOTICE FOR TECHNUITY SETTLEMENT (1.9); REVIEW TECHNUITY SETTLEMENT (0.3); REVIEW ORDER REGARDING SETTLEMENT PROCEDURES (0.3). |
| KIM CW | 08/21/09 | 5.10 | EDIT COMPLAINT AGAINST ACTIVE (2.6); REVISE ACTIVE COMPLAINT (1.8); READ THROUGH DOCUMENTS REGARDING ACTIVE TRANSACTIONS (0.7). |
| KIM CW | 08/23/09 | 2.00 | REVISE COMPLAINT AGAINST ACTIVE MEDIA (2.0). |
| KIM CW | 08/24/09 | 4.70 | REVIEW AND REVISE ACTIVE COMPLAINT (4.3); REVIEW ACTIVE EXHIBITS (0.4). |
| KIM CW | 08/28/09 | 1.30 | JOIN IN CONFERENCE CALL (1.3). |
| KIM CW | 08/31/09 | 1.20 | RESEARCH SETOFF (0.6); CONFERENCE CALL ON CLAIMS (0.6). |
| | | **25.00** | |
| KUMAR JS | 08/03/09 | 5.50 | LEGAL RESEARCH RE COLLECTING PREFERENCES FROM CONSIGNMENT VENDORS AND DRAFTING EMAIL RE SAME (1.4). DRAFTING OMNIBUS CLAIMS OBJECTION RE CERTAIN INCENTIVE PROGRAMS (3.2). REVISING CONSENSUAL ORDER RE GOVERNMENT'S MOTION TO RECOUP (.9). |
| KUMAR JS | 08/04/09 | 2.80 | CONTINUE DRAFTING OMNIBUS CLAIMS OBJECTION RE CERTAIN INCENTIVE PROGRAMS (.9); FINALIZING ORDER RE GOVERNMENT'S MOTION FOR RECLAMATION (.6). DRAFTING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS (1.9). |
| KUMAR JS | 08/05/09 | 2.20 | DRAFTING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS (2.2). |

| | | | |
|---|---|---|---|
| KUMAR JS | 08/07/09 | 4.70 | REVISING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS (4.7). |
| KUMAR JS | 08/10/09 | 0.60 | FINALIZING AND SENDING EMAIL RE LEGAL RESEARCH ON RECOVERING PREFERENCES FROM CONSIGNMENT VENDORS (.6). |
| KUMAR JS | 08/14/09 | 0.90 | REVIEWING CHARTER COMMUNICATIONS DOCKET TO DETERMINE STATUS OF CASE IN CONNECTION WITH NOTICE FROM CHARTER TO ASSUME CIRCUIT CITY CONTRACTS (.9). |
| KUMAR JS | 08/17/09 | 4.30 | REVISING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS AND CALL WITH J. MARCUM RE SAME (3.9); REVIEWING OBJECTIONS TO PROOFS OF CLAIM FILED AGAINST MERCEDES HOMES (.4). |
| KUMAR JS | 08/18/09 | 2.10 | REVISING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS (2.1). |
| KUMAR JS | 08/19/09 | 1.80 | CALL WITH CHARTER COMMUNICATIONS COUNSEL RE NOTICE FROM CHARTER TO ASSUME CIRCUIT CITY CONTRACTS (.5). REVISING OMNIBUS OBJECTION RE INCENTIVE PROGRAMS (.3). ADJOURNING HEARINGS RE MOTIONS TO FILE LATE CLAIMS (.3); REVIEWING DOCKET AND CALLING COUNSEL RE MERCEDES HOMES OBJECTION TO CIRCUIT CITY'S PROOFS OF CLAIM (.7). |
| KUMAR JS | 08/24/09 | 0.40 | CONTACTING COUNSEL RE ADJOURNING HEARINGS ON MOTIONS TO FILE LATE CLAIMS (.4). |
| KUMAR JS | 08/25/09 | 1.90 | DRAFTING RESPONSE TO OBJECTION OF MERCEDES HOMES TO CIRCUIT CITY'S PROOFS OF CLAIM (1.9). |
| KUMAR JS | 08/26/09 | 0.30 | CONTINUE DRAFTING RESPONSE TO MERCEDES HOMES' CLAIMS OBJECTIONS (.3). |
| KUMAR JS | 08/28/09 | 0.40 | CONTACTING MERCEDES HOME'S COUNSEL (.2). CONTACTING CHARTER HOMES' COUNSEL (.2). |
| KUMAR JS | 08/31/09 | 3.10 | REVISING OMNIBUS CLAIMS OBJECTION RE INCENTIVE PROGRAMS (3.1). |
| | | **31.00** | |
| LAZAROFF KA | 08/03/09 | 1.00 | DRAFT ADMIN CLAIM SETTLEMENT AGREEMENTS FOR TECHNUITY AND ELECTRONIC ARTS. |
| LAZAROFF KA | 08/11/09 | 0.40 | COORDINATING EXECUTION AND FILING OF VERIZON SETTLEMENT. |
| LAZAROFF KA | 08/12/09 | 2.50 | REVISED SETTLEMENT AGREEMENT AND DRAFTED NOTICE OF THE SAME WITH NETEZZA (1.3); CORRESPONDENCE WITH VERIZON REGARDING SETTLEMENT (.2); REVISED KOBRA LATE PROOF OF CLAIM MOTION (1). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 08/13/09 | 8.10 | REVISE NETEZZA SETTLEMENT DOCUMENTS AND COORDINATE FILING (.8); REVISE KOBRA LATE PROOF OF CLAIM MOTION AND RESEARCH FOR THE SAME (4.2); DRAFTED ACTIVISION SETTLEMENT AGREEMENT (.6); REVIEWED VARIOUS OTHER CLAIMS ISSUES AND TELECONFERENCES REGARDING THE SAME (2.5). |
| LAZAROFF KA | 08/18/09 | 5.70 | ATTENTION TO RECONCILIATION OF LANDLORD ADMINISTRATIVE CLAIMS. |
| LAZAROFF KA | 08/19/09 | 9.70 | ATTENTION TO LL CLAIMS (6.5); ATTENTION TO GENERAL CLAIMS ISSUES (.5); REVIEWED DOCUMENTS AND BEGAN DRAFTING 9019 MOTION TO APPROVE TWG/ASSURANT/GE SETTLEMENTS (2.7). |
| LAZAROFF KA | 08/20/09 | 6.80 | REVISIONS AND PREPARATION OF KOBRA LATE PROOF OF CLAIM FOR FILING (4.3); ATTENTION TO LANDLORD CLAIMS (2.5). |
| LAZAROFF KA | 08/21/09 | 1.00 | COORDINATION OF FILING, SERVICE LIST FOR KOBRA LATE PROOF OF CLAIM MOTION. |
| LAZAROFF KA | 08/24/09 | 2.80 | RESEARCH AND REVISIONS TO PANASONIC 503(B)(9) OBJECTION. |
| LAZAROFF KA | 08/31/09 | 8.20 | ATTENTION TO LANDLORD ADMIN CLAIMS. |
| | | **46.20** | |
| LIBERI JM | 08/03/09 | 0.90 | REVIEW AND REVISE PROPOSED CONSENT ORDER RE: SLAM BRANDS BASED ON RECENT INFORMATION (0.5); REVIEW AND REVISE PROPOSED CONSENT ORDER RE: COLUMBUS DISPATCH BASED ON RECENT INFORMATION (0.4). |
| LIBERI JM | 08/04/09 | 3.00 | RESEARCH PUBLICATION NOTICE MATTERS (0.8); RESEARCH EXCUSABLE NEGLECT ISSUES IN THE FOURTH CIRCUIT AND ELSEWHERE (1.6); COMMUNICATE WITH KCC RE: CLAIMS ANALYSIS ISSUES (0.3); COMMUNICATE WITH COUNSEL FOR EMPLOYEE RESPONDING TO OMNIBUS OBJECTION TO PAID TIME OFF CLAIMS (0.3). |
| LIBERI JM | 08/05/09 | 2.80 | COMMUNICATE WITH COUNSEL FOR UTILITY PROVIDER RE: RESERVE PAYMENT DEMAND MATTERS (0.2); FOLLOW UP RE: SAME (0.3); COMMUNICATE WITH COUNSEL FOR TSA STORES, INC. RE: TWENTY-FOURTH OMNIBUS OBJECTION (0.4); REVIEW CLAIM OF TSA STORES AND OBJECTION THERETO (0.4); COMMUNICATE WITH CLAIMS AGENT RE: SAME (0.3); REVIEW RESPONSES TO OMNIBUS OBJECTIONS (1.2). |
| LIBERI JM | 08/10/09 | 0.40 | CONSIDER TREATMENT OF EMPLOYEE EXPENSE REIMBURSEMENT CLAIMS WITH, OR WITHOUT, PROPER DOCUMENTATION (0.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/11/09 | 1.80 | COMMUNICATE WITH NY TAX REVENUE DEPT. RE: OMNIBUS OBJECTION AND INFORMATION REQUESTS (0.4); REVIEW RESPONSES TO OMNIBUS OBJECTION (1.4). |
| LIBERI JM | 08/13/09 | 5.90 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (1.6); REVIEW CONTRACTS AND RELATED DOCUMENTS RE: PANASONIC DISPUTED CLAIM (1.4); REVIEW AND REVISE DRAFT CLAIM OBJECTION RE: PANASONIC CLAIM (2.3); RESEACH RECLAMATION ISSUES RE: SAME (0.6). |
| LIBERI JM | 08/14/09 | 0.80 | COMMUNICATE WITH COUNSEL FOR ACER/GATEWAY RE: CLAIMS RESOLUTION ISSUES (0.3); REVIEW INFORMATION AVAILABLE ON ACER/GATEWAY CLAIMS AND INTERESTS. (0.5). |
| LIBERI JM | 08/17/09 | 3.80 | CONFERENCE CALL RE: CLAIMS MATTERS AND CASE ADMINISTRATION (1.7); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (2.1). |
| LIBERI JM | 08/20/09 | 2.30 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (1.3); REVIEW AND COMMENT ON DRAFT HEARING AGENDA RE: PENDING CLAIMS MATTERS (0.6); CONSIDER APPROACHES RE: TAX DETERMINATION ISSUES (0.4). |
| LIBERI JM | 08/24/09 | 1.20 | REVIEW ADMINISTRATIVE CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.8); RESPOND TO CREDITOR CALLS RE: CLAIMS OBJECTIONS MATTERS (0.4). |
| LIBERI JM | 08/25/09 | 1.60 | CALL WITH COUNSEL FOR VECTOR RE: OMNIBUS OBJECTION TO MISCLASSIFIED GOODS CLAIMS (0.5); REVIEW CLAIM INFORMATION RE: VECTOR (0.3); REVIEW RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (0.8). |
| LIBERI JM | 08/26/09 | 2.10 | COMMUNICATE WITH COUNSEL FOR CLAIMANTS RE: GOODS VS. SERVICES OMNIBUS OBJECTION MATTERS (0.4); REVIEW STATUS OF OMNIBUS OBJECTIONS RE: SAME (0.3); REVIEW RESPONSES TO OMNIBUS OBJECTIONS (0.8); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.6). |
| LIBERI JM | 08/28/09 | 7.20 | CONFERENCE CALLS RE: CLAIMS MATTERS AND CASE ADMINISTRATION (2.9); FOLLOW UP RE: SAME (1.3); FOLLOW UP WITH MULTIPLE CLAIMANTS FROM WHOM DEBTORS REQUESTED ADDITIONAL INFORMATION IN SUPPORT OF CLAIMS (2.6); SUMMARIZE STATUS OF INFORMATION REQUESTS (0.4). |
| LIBERI JM | 08/31/09 | 1.00 | CONFERENCE CALL RE: CLAIMS ANALYSIS AND OBJECTION MATTERS (0.4); REVIEW CLAIMS INFORMATION RE: SAME (0.6). |
| | | **34.80** | |
| PAN B | 08/14/09 | 0.10 | DRAFT CORRESPONDENCE REGARDING ED CA FILING. |

B43E

| | | | |
|---|---|---|---|
| PAN B | 08/19/09 | 0.50 | REVIEW CA ED ECF RULES TO PREPARE FOR FILING. |
| PAN B | 08/20/09 | 3.50 | REVIEW AND REVISE MOTION TO FILE LATE PROOF OF CLAIM AND PROPOSED ORDER. |
| PAN B | 08/21/09 | 6.10 | CONTINUE REVIEWING AND REVISING MOTION TO ACCEPT LATE FILED CLAIM AND SUPPORTING DOCUMENTS (5.8); FILE MOTION TO ACCEPT LATE FILED CLAIM AND SUPPORTING DOCUMENTS (.3). |
| PAN B | 08/28/09 | 0.10 | REVIEW NEW FILINGS IN KOBRA PROPERTIES CASE. |
| | | 10.30 | |
| **Total Associate** | | **291.80** | |
| HEANEY CM | 08/03/09 | 1.80 | REVIEW EDIT/REVISE OMNIBUS CLAIMS OBJECTION RESPONSE CHART (1.8). |
| HEANEY CM | 08/04/09 | 1.90 | RESEARCH ON/IN CASE FILES AND CASE LAW REGARDING ISSUES CONCERNING PUBLICATION OF CASE FILING AS EFFECTIVE NOTICE (1.9). |
| HEANEY CM | 08/06/09 | 0.40 | REVIEW RESPONSE CHART AND DOCKET FOR OUTSTANDING RESPONSES (.4). |
| HEANEY CM | 08/10/09 | 0.40 | PREPARE ORGANIZE AND DISTRIBUTE PROOF OF CLAIM FOR ANALYSIS BY ATTORNEY (.4). |
| HEANEY CM | 08/11/09 | 1.80 | EDIT/REVISE GLOBAL RESPONSE CHART OF RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS (1.8). |
| HEANEY CM | 08/12/09 | 1.80 | EDIT/REVISE GLOBAL CHART OF RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (1.4); DRAFT, EDIT/REVISE CHART REGARDING 8-18 AGENDA (.4). |
| HEANEY CM | 08/13/09 | 0.80 | EDIT/REVISE RESPONSE CHART (.3); COORDINATE WITH THIRD PARTIES REGARDING PREPARATION OF FILING OF CHART (.1); RESEARCH CASE LAW REGARDING CLAIMS ISSUES (.4). |
| HEANEY CM | 08/17/09 | 0.40 | REVIEW DOCKET RE: ADDITIONAL RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (.4). |
| HEANEY CM | 08/18/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CLAIMS RESPONSE CHART (.2); COORDINATE WITH THIRD PARTIES REGARDING STATUS AND UPDATES TO VARIOUS RESPONSES (.1). |
| HEANEY CM | 08/19/09 | 1.40 | EDIT/REVISE GLOBAL CHART OF OMNIBUS RESPONSES (.8); COORDINATE WITH THIRD PARTIES REGARDING REVISIONS TO STATUS LINES (.3); ASSIST ATTORNEYS WITH RESOLUTION OF RESPONSES (.3). |

| | | | |
|---|---|---|---|
| HEANEY CM | 08/20/09 | 2.30 | REVIEW RESPONSES TO FIFTH, SIXTH AND FOURTEENTH OMNIBUS OBJECTION TO CLAIMS FOR ARGUMENTS CONCERNING GOODS VS. SERVICES (1.2); OBTAIN AND DISTRIBUTE RESPONSES ON THIRD PARTIES (.3); REVIEW RESPONSES TO TWENTY-FOURTH OMNIBUS OBJECTION FOR ARGUMENT BETWEEN PERSONAL PROPERTY AND REAL ESTATE (.8). |
| HEANEY CM | 08/21/09 | 0.90 | DRAFT EDIT/REVISE EXHIBIT TO 8-27 HEARING AGENDA (.9). |
| HEANEY CM | 08/24/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO EXHIBIT TO 8-27 HEARING AGENDA (.3); EDIT/REVISE HEARING EXHIBIT (.9). |
| | | **15.40** | |
| LAMANNA WK | 08/31/09 | 3.50 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE (2.7); SET UP NEW ADVERSARY PROCEEDING AND CALENDAR CRITICAL DATES (0.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| | | **3.50** | |
| **Total Legal Assistant** | | **18.90** | |
| **TOTAL TIME** | | **319.80** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Creditor Meetings / Statutory Committees                 Bill Number: 1283329
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/14/09 | 0.40 | REVIEW COMMITTEE UPDATE REPORT (.4). |
|  |  | 0.40 |  |
| **Total Partner** |  | **0.40** |  |
| **TOTAL TIME** |  | **0.40** |  |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Disclosure Statement / Voting Issues                         Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 08/24/09 | 2.10 | REVIEWED DRAFT SOLICITATION MOTION. (2.1). |
| GRANT K | 08/26/09 | 0.70 | REVIEWED AND REVISED SOLICITATION MOTION. (.7). |
| GRANT K | 08/28/09 | 2.30 | REVIEWED SOLICITATION MATERIALS. (2.3). |
|  |  | **5.10** |  |
| KUMAR JS | 08/10/09 | 3.10 | UPDATING DISCLOSURE STATEMENT AND ADDING SUBSTANTIVE CONSOLIDATIONS SECTIONS (3.1). |
| KUMAR JS | 08/11/09 | 4.10 | REVISING AND UPDATING DISCLOSURE STATEMENT (4.1). |
| KUMAR JS | 08/12/09 | 4.30 | UPDATING DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES MOTION AND EXHIBITS AND CALL WITH COMPANY RE SAME (4.3). |
| KUMAR JS | 08/13/09 | 3.60 | UPDATING DISCLOSURE STATEMENT AND REDLINING FOR COMPANY (3.6). |
| KUMAR JS | 08/14/09 | 3.40 | CALL WITH COMPANY RE PLAN AND DISCLOSURE STATEMENT (1.3). REVISING DISCLOSURE STATEMENT PER CALL AND UPDATING SOLICITATION PROCEDURES MOTION (2.1). |
| KUMAR JS | 08/17/09 | 2.10 | UPDATING AND REDLINING DISCLOSURE STATEMENT FOR BOARD (.9). UPDATING AND REVIEWING SOLICITATION PROCEDURES MOTION (1.2). |
| KUMAR JS | 08/18/09 | 0.60 | REVISING SOLICITATION PROCEDURES MOTION (.6). |
| KUMAR JS | 08/19/09 | 0.90 | UPDATING DISCLOSURE STATEMENT (.9). |
| KUMAR JS | 08/20/09 | 2.70 | UPDATING DISCLOSURE STATEMENT (2.7). |
| KUMAR JS | 08/21/09 | 4.40 | UPDATING AND REVIEWING DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT NOTICE (4.4). |
| KUMAR JS | 08/23/09 | 5.90 | REVISING AND REVIEWING DISCLOSURE STATEMENT (5.9). |
| KUMAR JS | 08/24/09 | 5.50 | FINALIZING AND FILING DISCLOSURE STATEMENT (3.1). REVIEWING AND REVISING SOLICITATION PROCEDURES MOTION AND EXHIBITS (2.4). |
| KUMAR JS | 08/25/09 | 3.30 | REVIEWING AND REVISING SOLICITATION PROCEDURES MOTION AND EXHIBITS (3.3). |
| KUMAR JS | 08/26/09 | 4.20 | REVIEWING SOLICITATION PROCEDURES MOTION AND EXHIBITS (4.2). |

| | | | |
|---|---|---|---|
| KUMAR JS | 08/27/09 | 8.70 | REVIEWING AND REVISING SOLICITATION PROCEDURES MOTION AND EXHIBITS (8.7). |
| KUMAR JS | 08/28/09 | 7.20 | FINALIZING AND FILING SOLICITATION PROCEDURES MOTION AND EXHIBITS (6.8). PROVIDIGN REVISIONS TO COMPANY RE FORM 8-K RE FILING OF DISCLOSURE STATEMENT AND PLAN (.4). |
| | | **64.00** | |
| RALPH SE | 08/03/09 | 0.50 | DISCUSSED STATE PROPERTY TAX APPEALS WITH NANCY FLAGG. SUMMARIZED ISSUE FOR D. LEVY. |
| RALPH SE | 08/04/09 | 0.30 | COMMUNICATION RE STATE PROPERTY TAX APPEALS. |
| RALPH SE | 08/06/09 | 0.50 | DISCUSSED CC STATUS WITH J. KUMAR. COMMUNICATION WITH N. FLAGG RE PROPERTY TAX ASSESSMENTS. DISCUSSED CC STATUS WITH D. LEVY. |
| RALPH SE | 08/17/09 | 2.50 | REVIEWED DRAFT PLAN AND DISCLOSURE, REVIEWED MATERIALS RE LIQUIDATING TRUSTS, TRUSTEE POWERS OF INVESTMENT (2.0); DISCUSSED WITH D. LEVY (.5). |
| RALPH SE | 08/18/09 | 3.00 | REVIEWED PLAN AND DISCLOSURE, LIQUIDATING TRUSTEE COMMENTS ON PLAN (1.5); DISCUSSED DISCLOSURE ISSUES (.6); PREPARED MARK-UP OF PLAN AND DISCLOSURE (.9). |
| RALPH SE | 08/19/09 | 1.50 | REVIEWED LIQUIDATING TRUSTEE'S COMMENTS ON THE PLAN (1.5). |
| RALPH SE | 08/21/09 | 4.70 | REVISED TAX DISCLOSURE. |
| RALPH SE | 08/22/09 | 1.00 | COMMUNICATION WITH D. LEVY RE TAX DISCLOSURE. PREPARED REVISED TAX DISCLOSURE FOR DISCLOSURE STATEMENT. |
| RALPH SE | 08/23/09 | 1.00 | COMMUNICATION RE REVISED PLAN AND DISCLOSURE (.5); PREPARED REVISED DISCLOSURE (.5). |
| RALPH SE | 08/24/09 | 1.80 | REVIEWED REVISED PLAN AND DISCLOSURE (.5); PREPARED MARK-UP OF TAX DISCLOSURE (.5); COMMUNICATION WITH J. KUMAR RE REVISIONS (.8). |
| | | **16.80** | |
| **Total Associate** | | **85.90** | |
| HEANEY CM | 08/14/09 | 0.80 | REVIEW COURT DOCKETS AND CASE FILES RE: PLEADINGS AND BACKGROUND DOCUMENT TO BE USED AS PRECEDENT (.8). |
| | | **0.80** | |
| **Total Legal Assistant** | | **0.80** | |
| **TOTAL TIME** | | <u>**86.70**</u> | |

Circuit City Stores, Inc. (DIP)  
Employee Matters (General)

Bill Date: 10/08/09  
Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FURFARO JP | 08/06/09 | 0.70 | REVIEW OF EEO CLAIM/RESOLUTION. |
| FURFARO JP | 08/10/09 | 0.50 | REVIEW OF CLAIM ISSUE RE: EEO MATTER (.30); REVIEW OF INFORMATION RE: POSSIBLE SETTLEMENT OF EEO MATTER (.20). |
| FURFARO JP | 08/24/09 | 1.30 | REVIEW OF EEO CLAIM/POSSIBLE SETTLEMENT (1.1); REVIEW OF RESPONSE TO SUBPOENA (.20). |
| FURFARO JP | 08/25/09 | 2.30 | REVIEW OF MATERIALS RE: WARN CLAIM. |
| FURFARO JP | 08/26/09 | 2.60 | REVIEW OF MATERIALS RE CLASS CLAIMS (1.1); REVISE DRAFT STATEMENT FOR POSSIBLE SETTLEMENT OF CLAIMS (1.5). |
|  |  | **7.40** |  |
| **Total Partner** |  | **7.40** |  |
| BAKER SK | 08/25/09 | 0.40 | REVIEW MOTION TO DISMISS MONDRAGON CLASS ACTION SUIT (.4). |
|  |  | **0.40** |  |
| KUMAR JS | 08/18/09 | 4.90 | DRAFTING MOTION TO DISMISS MONDRAGON AMENDED COMPLAINT AND RELATED BRIEF (4.9). |
| KUMAR JS | 08/19/09 | 3.10 | REVISING MOTION AND BRIEF TO DISMISS MONDRAGON AMENDED COMPLAINT (3.1). |
| KUMAR JS | 08/24/09 | 1.20 | FINALIZING AND FILING MOTION TO DISMISS MONDRAGON AMENDED COMPLAINT AND BRIEF (1.2). |
|  |  | **9.20** |  |
| SALINS RM | 08/04/09 | 2.00 | CALL RE: HUFF MATTER AND REQUESTED STORE CLOSURE LIST (.20). PREPARED AND SENT STORE CLOSURE LIST TO OHIO CIVIL RIGHTS COMMISSION (.50). REVIEWED DOCUMENTS SENT BY OHIO CIVIL RIGHTS COMMISSION RE: HUFF EARNINGS (1.3). |
| SALINS RM | 08/05/09 | 2.50 | REVIEWED CALCULATIONS PROVIDED BY OHIO CIVIL RIGHTS COMMISSION RE: HUFF MATTER AND DOCUMENTATION PROVIDED RE: HUFF EARNINGS (1.5); CALL TO DISCUSS SAME (.40); DRAFTED CORRESPONDENCE RE: COUNTERPROPOSAL (.60). |
| SALINS RM | 08/18/09 | 1.20 | REVIEWED DRAFT CONCILIATION AGREEMENT IN HUFF MATTER (.50). REVIEWED RESPONSE TO SUBPOENA IN ISAAC MATTER (.50). CALL TO DISCUSS HUFF AND ISAAC MATTERS (.20). |
| SALINS RM | 08/20/09 | 0.50 | REVIEWED OHIO CIVIL RIGHTS COMMISSION COMMENTS TO CONCILIATION AGREEMENT IN HUFF MATTER; CALL TO DISCUSS. |

| | | | |
|---|---|---|---|
| SALINS RM | 08/21/09 | 3.00 | REVIEWED SECONDED AMENDED COMPLAINT IN MONDRAGON MATTER (.5); REVIEWED EMPLOYEE HEADCOUNT AND WARN ANALYSIS INFORMATION FOR LOCATIONS IDENTIFIED IN SECOND AMENDED COMPLAINT (.6); MET W/K. ZYLICH TO DISCUSS PREPARING CHARTS FOR JUST THOSE LOCATIONS. REVIEWED DRAFTS OF CHARTS (1.9). |
| SALINS RM | 08/24/09 | 8.50 | DRAFTED MEMO RE: WARN ANALYSIS FOR M. MONDRAGON MATTER. |
| SALINS RM | 08/25/09 | 3.50 | COMPLETED DRAFT OF MEMO RE: WARN ANALYSIS FOR M. MONDRAGON MATTER. |
| SALINS RM | 08/26/09 | 1.00 | DRAFTED ADDITIONAL REVISIONS TO AGREEMENT (.50). CALLS TO DISCUSS MEMO RE: M. MONDRAGON MATTER (.50). |
| SALINS RM | 08/27/09 | 2.00 | DRAFTED REVISIONS TO MEMO RE WARN ANALYSIS FOR M. MONDRAGON MATTER. |
| SALINS RM | 08/28/09 | 0.20 | EMAIL CORRESPONDENCE W/ D. OPPENHEIMER OF OHIO CIVIL RIGHTS COMMISSION RE HUFF MATTER. |
| SALINS RM | 08/31/09 | 0.80 | CALL RE D. HUFF MATTER (.2); REVIEWED FINAL CHANGES TO CONCILIATION AGREEMENT (.3); DRAFTED EMAIL TO L. LAMBERT RE HUFF MATTER AND PROPOSED CONCILIATION AGREEMENT (.3). |
| | | 25.20 | |
| **Total Associate** | | **34.80** | |
| HEANEY CM | 08/14/09 | 0.40 | REVIEW WARN ADVERSARY DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW AND DISTRIBUTE OPENING BRIEF (.2). |
| | | **0.40** | |
| ZYLICH AK | 08/21/09 | 3.20 | REVIEW/REVISE WARN ANALYSIS AND EMPLOYEE LISTS FOR SELECTED STORE LOCATIONS. |
| ZYLICH AK | 08/24/09 | 1.80 | ASSEMBLE FOR ATTORNEY REVIEW THE EMPLOYEE LIST AND WARN ANALYSIS FOR SELECTED STORES. |
| | | 5.00 | |
| **Total Legal Assistant** | | **5.40** | |
| **TOTAL TIME** | | <u>**47.60**</u> | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Executory Contracts (Personalty)                         Bill Number: 1283329
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 08/11/09 | 0.40 | WORK ON FINALIZING AND FILING VERIZON SETTLEMENT (.4). |
|  |  | **0.40** |  |
| KUMAR JS | 08/27/09 | 0.20 | CALL WITH COUNSEL TO CHARTER COMMUNICATIONS RE CHARTER'S NOTICE RE ASSUMPTION OF CIRCUIT CITY CONTRACTS (.2). |
| KUMAR JS | 08/31/09 | 2.20 | DRAFTING STIPULATION TO REJECT CONTRACTS WITH CHARTER COMMUNICATIONS (2.2). |
|  |  | **2.40** |  |
| LAZAROFF KA | 08/20/09 | 0.50 | REVIEW ASSURANT/TWG SETTLEMENT. |
|  |  | **0.50** |  |
| **Total Associate** |  | **3.30** |  |
| **TOTAL TIME** |  | **3.30** |  |

| | | | | Bill Date: 10/08/09 |
|---|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | | Bill Number: 1283329 |
| Insurance | | | | |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/31/09 | 2.20 | DRAFT HURRICANE IKE SETTLEMENT AGREEMENT (2.2). |
| | | 2.20 | |
| **Total Associate** | | **2.20** | |
| **TOTAL TIME** | | **2.20** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Leases (Real Property)                                   Bill Number: 1283329


NAME              DATE        HOURS    DESCRIPTION

DOSUNMU FS        08/03/09    0.80     ATTENTION TO LEASE REJECTION
                                       TERMINATION ISSUES (.8).

DOSUNMU FS        08/04/09    0.80     ATTENTION TO LEASE REJECTION AND
                                       TERMINATION ISSUES (.8).

DOSUNMU FS        08/06/09    1.20     ATTENTION TO LEASE REJECTION
                                       TERMINATION ISSUES (1.2).

DOSUNMU FS        08/10/09    0.70     ATTENTION TO LEASE REJECTION ISSUES
                                       (.7).

DOSUNMU FS        08/13/09    0.70     ATTENTION TO LEASE REJECTION
                                       TERMINATION ISSUES (.7).

DOSUNMU FS        08/14/09    2.00     CONFERENCES WITH COUNSEL REGARDING
                                       ADMINISTRATIVE CLAIM REQUESTS (.7);
                                       ATTENTION TO LEASE REJECTION AND
                                       TERMINATION ISSUES (1.3).

DOSUNMU FS        08/17/09    4.00     ATTENTION TO LEASE
                                       REJECTION/TERMINATION ISSUES (.7);
                                       REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (3.3).

DOSUNMU FS        08/18/09    2.60     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (2.6).

DOSUNMU FS        08/19/09    2.30     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (2.3).

DOSUNMU FS        08/20/09    2.40     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (2.4).

DOSUNMU FS        08/21/09    3.50     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (2.8); ATTENTION TO LEASE
                                       TERMINATION ISSUES (.7).

DOSUNMU FS        08/24/09    5.10     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (4.4); ATTENTION TO LEASE
                                       REJECTION TERMINATION ISSUES (.7).

DOSUNMU FS        08/25/09    5.30     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (5.3).

DOSUNMU FS        08/26/09    5.10     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (4.7); ATTENTION TO LEASE
                                       REJECTION AND TERMINATION ISSUES (.4).

DOSUNMU FS        08/27/09    5.20     REVIEW AND RECONCILE ADMINISTRATIVE
                                       CLAIM REQUESTS REGARDING REAL PROPERTY
                                       LEASES (5.2).
```

| | | | |
|---|---|---|---|
| DOSUNMU FS | 08/28/09 | 3.40 | REVIEW AND RECONCILE ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY LEASES (3.4). |
| DOSUNMU FS | 08/31/09 | 4.10 | REVIEW AND RECONCILE ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY LEASES (3.3); ATTENTION TO LEASE REJECTION TERMINATION ISSUES (.8). |
| | | **49.20** | |
| FREDERICKS IS | 08/12/09 | 0.40 | REVIEW AND REVISE AGREEMENTS RESOLVING REMAINING CURE DISPUTES (.4). |
| | | **0.40** | |
| LAZAROFF KA | 08/04/09 | 0.50 | RESOLVING OUTSTANDING STUB RENT ISSUES WITH THE COMPANY AND OPPOSING COUNSEL. |
| LAZAROFF KA | 08/07/09 | 0.70 | RESOLVE OUTSTANDING STUB RENT ISSUES TO MOOT APPEAL (.7). |
| LAZAROFF KA | 08/17/09 | 5.70 | ATTENTION TO LANDLORD CLAIMS. |
| | | **6.90** | |
| LIBERI JM | 08/04/09 | 2.40 | COMMUNICATE WITH COUNSEL FOR LANDLORD IN STEUBENVILLE, OHIO RE: DEMAND TO REMOVE SIGNAGE FROM PROPERTY (0.5); RESEARCH LANDLORD'S ALLEGATIONS AND CLAIMS (0.4); RESEARCH CASE LAW RE: POTENTIAL ADMINISTRATIVE CLAIM RE: LANDLORD MATTER (1.1); COMMUNICATE WITH COUNSEL FOR LANDLORDS RE: STUB RENT MATTERS (0.4). |
| | | **2.40** | |
| **Total Associate** | | **58.90** | |
| HEANEY CM | 08/31/09 | 0.60 | REVIEW GLOBAL LEASE REJECTION LIST FOR STATUS OF VARIOUS LEASES (.6). |
| | | **0.60** | |
| **Total Legal Assistant** | | **0.60** | |
| **TOTAL TIME** | | **59.50** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Litigation (General)                                         Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/07/09 | 4.50 | RESEARCH REGARDING SUBPOENA ISSUED TO DEBTORS (2.6); DRAFT DEBTORS' OBJECTION TO SUBPOENA (1.9). |
| BAKER SK | 08/10/09 | 4.40 | DRAFT MOTION TO QUASH SUBPOENA (4.4). |
| BAKER SK | 08/11/09 | 0.50 | REVISE MOTION TO QUASH SUBPOENA (.5). |
| BAKER SK | 08/12/09 | 0.50 | REVIEW NOTICES OF CANCELLATION FAILURE FROM EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (.5). |
|  |  | **9.90** |  |
| FREDERICKS IS | 08/20/09 | 0.40 | TELEPHOOE CALL W/ J. POMERANTZ RE: PREFERENCE ANALYSIS AND CORRESPONDENCE RE: SAME (.4). |
|  |  | **0.40** |  |
| LAZAROFF KA | 08/18/09 | 1.50 | RESEARCH ON JURY TRIAL RIGHTS OF PREFERENCE DEFENDANTS. |
| LAZAROFF KA | 08/19/09 | 1.00 | RESEARCH ON PREFERENCE DEFENDANTS' JURY TRIAL RIGHTS. |
|  |  | **2.50** |  |
| LIBERI JM | 08/03/09 | 5.90 | CORRESPOND WITH COUNSEL FOR DIRECT TV RE: CLAIMS AND PREFERENCE MATTERS (0.2); FOLLOW UP RE: SAME (0.4); REVIEW BACKGROUND INFORMATION, ACCOUNT INFORMATION, PREFERENCE INFORMATION, AND COMMUNICATIONS RE: TECHNUITY SETTLEMENT (0.7); RESEARCH CORPORATE SUBSIDIARIES AND AFFILIATES OF TECHNUITY (0.5); REVIEW DRAFT SETTLEMENT PAPERS RE: WARRANTY ISSUES (0.7); REVIEW DRAFT PROPOSED CONSENT ORDER RE: UNITED STATES' MOTION FOR RECOUPMENT (0.5); RESEARCH POTENTIAL LITIGATION CLAIMS RE: INTERFERENCE WITH CONTRACT/BUSINESS OPPORTUNITY IN CONNECTION WITH ASSET DISPOSITION (1.7); REVIEW BACKGROUND MATERIALS, ACCOUNT HISTORY, AND DISPUTE SUMMARY RE: POTENTIAL LITIGATION WITH ADVERTISING BROKER (1.2). |
| LIBERI JM | 08/04/09 | 0.30 | DRAFT LETTER TO D&O INSURER RE: POLICY MATTERS (0.3). |

| | | | | |
|---|---|---|---|---|
| LIBERI JM | 08/05/09 | 3.90 | | COMMUNICATE WITH COUNSEL FOR LESSEE'S LENDER RE: ASSUMPTION/REJECTION OF LEASES AND RELATED DISPUTE (0.3); FOLLOW UP RE: SAME (0.4); REVIEW DISPUTE SUMMARY AND RECONCILIATION ISSUES RE: ACTIVISION (0.5); REVIEW PREFERENTIAL TRANSFER ANALYSIS RE: SAME (0.4); WORK ON STUB RENT APPEAL ISSUES (0.4); REVIEW COMPLAINT SERVED ON THE DEBTORS RE: PERSONAL INJURY MATTER (0.4); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.4); COMMUNICATE WITH LOCAL COUNSEL REPRESENTING DEBTORS RE: SAME (0.3); REVIEW AND COMMENT ON DRAFT COMPLAINT RE: ACCOUNTS RECEIVABLE AND PREFERENTIAL TRANSFERS (0.8). |
| LIBERI JM | 08/06/09 | 5.00 | | REVIEW CORRESPONDENCE WITH OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYMENT LITIGATION (0.3); REVIEW PROPOSED SETTLEMENT MATTERS RE: SAME (0.5); REVIEW RIGHT OF FIRST REFUSAL ISSUES RE: ASSET SALE DISPUTES (0.6); SEARCH FOR INFORMATION ABOUT CONSULTING GROUPS RE: POTENTIAL ENGAGEMENT IN CONNECTION WITH LITIGATION RIGHTS (2.7); REACH OUT TO ANALYSIS GROUP RE: SAME (0.3); COMMUNICATE WITH LOCAL COUNSEL RE: PERSONAL INJURY CASE RE: APPLICATION FOR ORDINARY COURSE PROFESSIONAL STATUS (0.3); FOLLOW UP WITH CANON'S COUNSEL RE: STATUS OF SETTLEMENT DISCUSSIONS AND PROPOSED AGREEMENT (0.3). |
| LIBERI JM | 08/07/09 | 4.30 | | REVIEW SUBPOENA AND DISCOVERY REQUESTS SERVED UPON DEBTORS BY A. ISAAC (0.4); REVIEW CIVIL ACTION DOCKET RE: SAME (0.5); REVIEW PLEADINGS IN A. ISAAC SEXUAL HARASSMENT CIVIL LITIGATION (2.3); BEGIN OUTLINING RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS (0.5); BEGIN DRAFTING MOTION TO QUASH SUBPOENA (0.6). |
| LIBERI JM | 08/10/09 | 7.10 | | REVIEW MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY A. ISAAC (0.4); WORK ON A. ISAAC DISCOVERY RESPONSES AND CONSIDER RESPONSES TO MOTION (1.7); COMMUNICATE WITH COUNSEL FOR CREDITORS FROM WHOM DEBTORS HAVE MADE FORMAL DEMANDS FOR PAYMENT (1.6); WORK ON QUEBECOR MATTERS (0.4); REVIEW AND COMMENT ON DRAFT CONCILIATION AGREEMENT PROVIDED BY COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYMENT LITIGATION MATTER (0.8); RESEARCH POTENTIAL CLAIMS AND CAUSES OF ACTION AGAINST ADVERTISING BROKER (2.2). |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/11/09 | 4.70 | REVIEW CANON'S COMMENTS TO PROPOSED SETTLEMENT AGREEMENT (0.6); COMMUNICATE WITH COUNSEL FOR CANON RE: SAME (0.3); FOLLOW UP WITH VENDORS UPON WHOM DEBTORS HAVE MADE PAYMENT DEMANDS (0.8); REVIEW ACCOUNT AND DISPUTE HISTORY RE: POTENTIAL LITIGATION TARGET (1.4); REVIEW CONTRACTS AND RELATED DOCUMENTS RE: SAME (1.1); RESEARCH TECHNUITY CORPORATE STRUCTURE RE: SETTLEMENT MATTERS (0.5). |
| LIBERI JM | 08/12/09 | 3.40 | REVIEW BACKGROUND DOCUMENTS, ACCOUNT HISTORY, AND DISPUTE SUMMARY RE: ELECTRONIC ARTS (0.6); DRAFT SETTLEMENT AGREEMENT RE: ELECTRONIC ARTS MATTERS (0.8); REVISE TECHNUITY SETTLEMENT AGREEMENT (0.4); CIRCULATE PROPOSED SETTLEMENT AGREEMENT TO COUNSEL FOR TECHNUITY (0.1); COMMUNICATE WITH COUNSEL FOR TECHNUITY RE: SAME (0.3); REVISE RESPONSES AND OBJECTIONS TO A. ISAAC DISCOVERY REQUESTS (0.4); SERVE RESPONSES AND OBJECTIONS ON A. ISAAC (0.2); FOLLOW UP ON MOTIONS FOR ADMINISTRATIVE EXPENSE CLAIMS FILED BY SLAM BRANDS AND COLUMBUS DISPATCH (0.6). |
| LIBERI JM | 08/13/09 | 1.90 | CONFERENCE CALL WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYEE LITIGATION ACTION (0.7); MARK UP DRAFT CONCILIATION AGREEMENT AND CIRCULATE TO COUNSEL FOR OHIO CIVIL RIGHTS COMMMISSION (1.2). |
| LIBERI JM | 08/14/09 | 3.50 | CONFERENCE CALL WITH QUEBECOR COUNSEL AND BUSINESS PEOPLE (0.5); REVIEW DRAFT PREFERENCE ANALYSES RE: VENDOR DISPUTES (1.4); REVISE SETTLEMENT SUMMARY AND SUPPORTING DOCUMENTS RE: TECHNUITY SETTLEMENT (0.4); COMMUNICATE WITH COUNSEL FOR THE CREDITORS' COMMTTEE RE: TECHNUITY SETTLEMENT (0.3); REVIEW NOTICE OF FORECLOSURE AND ASSET SALE RE: LEXINGTON LEASE MATTERS (0.4); REVIEW PRIOR CORRESPONDENCE AND COMMUNICATE WITH DEBTOR PERSONNNEL RE: SAME (0.5). |
| LIBERI JM | 08/16/09 | 4.60 | REVIEW AND REVISE DISPUTE SUMMARY, ACCOUNT STATEMENT AND PREFERENCE ANALYSIS RE: ELECTRONIC ARTS SETTLEMENT MATTERS (2.3); REVIEW AND REVISE DISPUTE SUMMARY, ACCOUNT STATEMENT AND PREFERENCE ANALYSIS RE: ACTIVISION SETTLEMENT MATTERS (1.6); REVISE DRAFT SETTLEMENT AGREEMENTS RE: SAME (0.7). |