| | | | |
|---|---|---|---|
| LIBERI JM | 08/17/09 | 4.00 | CONFERENCE CALL RE: SETTLEMENT ISSUES (0.7); CONTACT COUNSEL FOR TECHNUITY RE: SETTLEMENT AGREEMENT ISSUES (0.3); DRAFT AND SEND PAYMENT DEMAND LETTER RE: HAIER TRADING CORP. (0.4); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIM DISPUTE ISSUES (0.3); COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: CLAIM DISPUTE ISSUES (0.3); BEGIN DRAFTING COMPLAINT RE: ADVERTISING BROKER DISPUTE (1.7); CONTACT COUNSEL FOR CANON RE: SETTLEMENT MATTERS (0.3). |
| LIBERI JM | 08/18/09 | 5.10 | REVIEW CONTRACTS AND RELATED DOCUMENTS RE: ACTIVE MEDIA SERVICES (0.8); BEGIN DRAFTING COMPLAINT RE: ACTIVE MEDIA SERVICES (3.4); DRAFT AND SEND DEMAND LETTER FOR PAYMENT RE: SEGA (0.3); REVIEW DETAIL PROVIDED BY QUEBECOR RE: PAPER INVENTORY (0.4); COMMUNICATE WITH QUEBECOR COUNSEL RE: SAME (0.2). |
| LIBERI JM | 08/19/09 | 5.10 | COMMUNICATE WITH COUNSEL FOR TECHNUITY RE: SETTLEMENT (0.3); REVISE SETTLEMENT PAPERS (0.2); REVIEW PROCEDURES RE: NOTICE & APPROVAL OF SETTLEMENTS (0.4); REVIEW AND REVISE DRAFT NOTICE SUMMARIZING KEY TERMS OF SETTLEMENT (0.4); CAUSE SETTLEMENT AND NOTICE TO BE FILED AND SERVED (0.2); REVIEW CORRESPONDENCE AND DOCUMENTATION RE: LEXINGTON LEASE ISSUES (0.4); FOLLOW UP RE: SAME (0.2); WORK ON MATTERS RE: ASHLEY ISAAC CIVIL LITIGATION, RELIEF FROM STAY AND DISCOVERY (0.4); CONFERENCE CALL RE: PENDING LITIGATION MATTERS (0.8); CONFERENCE CALL RE: CLAIMS OBJECTION MATTERS (0.7); REVIEW DOCUMENTS AND POTENMTIAL CLAIMS RE: SAME (1.1). |
| LIBERI JM | 08/20/09 | 2.80 | REVIEW AND WORK ON DISPUTED ACCOUNTS RECEIVABLE MATTERS (1.4); CONFERENCE CALL WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYEE LITIGATION MATTER (0.5); REVIEW AND COMMENT ON REVISED CONCILIATION AGREEMENT RE: SAME (0.4); REVIEW AND COMMENT ON RESPONSE TO A. ISAAC MOTIONS AND RELATED PAPERS (0.5). |
| LIBERI JM | 08/21/09 | 3.00 | REVIEW PREFERENCE ANALYSES RE: POTENTIAL PREFERENCE DEFENDANTS (1.2); REVISE DRAFT FORM OF PREFERENCE COMPLAINT RE: SAME (0.4); RESEARCH EFFECT OF RELEASE OF 'KNOWN CLAIMS AND CAUSES OF ACTION' IN CONTEXT OF SETTLEMENT (0.8); REVIEW DETAIL RE: MOTOROLA AND GENERAL INSTRUMENT CLAIMS AND ACCOUNTS (0.6). |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/24/09 | 1.70 | FOLLOW UP WITH COUNSEL FOR VENDORS UPON WHOM THE DEBTORS HAVE MADE DEMAND FOR PAYMENT (0.7); REVIEW REVISED DRAFT CONCILIATION AGREEMENT RE: HUFF MATTER (0.4); COMMUNICATE WITH COUNSEL FOR QUEBECOR RE: DISPUTED ISSUES (0.2); DRAFT LETTER RE: SAME (0.4). |
| LIBERI JM | 08/25/09 | 2.70 | REVIEW RESPONSE LETTERS FROM COUNSEL FOR MAGELLAN, SEGA, AND HAIER TRADING RE: DEBTORS' DEMANDS FOR PAYMENT (0.8); FOLLOW UP ON ALLEGATIONS MADE IN RESPONSE LETTERS (1.1); REVISE COMPLAINT RE: ACTIVE MEDIA SERVICES (0.8). |
| LIBERI JM | 08/26/09 | 1.90 | WORK ON QUEBECOR MATTERS (0.4); REVIEW CORRESPONDENCE RE: LEXINGTON LEASE DISPUTE ISSUES (0.3); ANALYZE POTENTIAL THEORIES OF LIABILITY RE: VENDORS REFUSING TO COMPLY WITH PAYMENT DEMANDS (1.2). |
| LIBERI JM | 08/27/09 | 5.40 | CONFERENCE CALL RE: ACCOUNTS RECEIVABLE MATTERS AND PENDING LITIGATION MATTERS (2.2); FOLLOW UP RE: SAME (1.1); REVIEW HAIER TRADING AGREEMENTS RE: PAYMENT DISPUTES (0.7); REVISE COMPLAINT RE: ADVERTISING BROKER (0.6); RESEARCH ADDITIONAL THEORIES OF LIABILITY RE: ADVERTISING BROKER (0.8). |
| LIBERI JM | 08/28/09 | 0.50 | REVIEW CORRESPONDENCE FROM COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION (0.2); REVIEW REVISED DRAFT OF CONCILIATION AGREEMENT RE: EMPLOYEE LITIGATION (0.3). |
| LIBERI JM | 08/31/09 | 2.20 | REVIEW DOCUMENTS AND CORRESPONDENCE RE: PREPARATION FOR CALL WITH QUEBECOR (0.5); CONFERENCE CALLS WITH QUEBECOR AND COUNSEL FOR QUEBECOR (0.5); CORRESPOND WITH COUNSEL FOR MICROSOFT RE: INFORMATION REQUESTS (0.2); FOLLOW UP RE: MICROSOFT CLAIMS (0.4); CORRESPOND WITH COUNSEL FOR PARAMOUNT RE: INFORMATION REQUESTS (0.3); FOLLOW UP RE: SAME (0.3). |
| | | 79.00 | |
| **Total Associate** | | **91.80** | |
| HEANEY CM | 08/10/09 | 0.70 | DRAFT EDIT/REVISE THIRD REMOVAL MOTION AND ORDER (.7). |
| HEANEY CM | 08/24/09 | 0.90 | REVIEW ADVERSARY DOCKET RE: UPDATES IN PREPARATION FOR FILING BRIEF (.3); ASSIST ATTORNEYS WITH PREPARATION OF BRIEF (.6). |
| | | 1.60 | |
| **Total Legal Assistant** | | **1.60** | |
| **TOTAL TIME** | | <u>**93.40**</u> | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Liquidation / Feasibility                                    Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 08/19/09 | 0.70 | PARTICIPATE IN CALL RE: LIQUIDATION ANALYSIS AND PLAN/DISCLOSURE STATEMENT (.7). |
|  |  | 0.70 |  |
| **Total Associate** |  | 0.70 |  |
| **TOTAL TIME** |  | **0.70** |  |

| | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Number: 1283329 |
| Nonworking Travel Time | | | |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/17/09 | 0.70 | NON-WORKING TRAVEL TO NY FOR IP AUCTION. |
| GALARDI GM | 08/26/09 | 1.40 | NON-WORKING TRAVEL FROM NYC TO RICHMOND. |
| GALARDI GM | 08/27/09 | 1.70 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| | | 3.80 | |
| **Total Partner** | | **3.80** | |
| FREDERICKS IS | 08/11/09 | 4.10 | TRAVEL FROM WILMINGTON TO SAN FRANSISCO (8.2). |
| FREDERICKS IS | 08/12/09 | 2.20 | TRAVEL FROM SAN FRANSISCO TO RICHMOND (4.4). |
| FREDERICKS IS | 08/13/09 | 3.80 | CONTINUE TO TRAVEL FROM SAN FRANSISCO TO RICHMOND (7.6). |
| FREDERICKS IS | 08/14/09 | 1.50 | TRAVEL FROM RICHMOND TO WILMINGTON (3.0). |
| FREDERICKS IS | 08/18/09 | 1.80 | TRAVEL FROM WILMINGTON TO NEW YORK (1.7) AND FROM NEW YORK TO WILMINGTON (1.9). |
| FREDERICKS IS | 08/19/09 | 3.90 | TRAVEL FROM WILMINGTON TO LOS ANGELES (7.8). |
| FREDERICKS IS | 08/21/09 | 4.60 | TRAVEL FROM LOS ANGELES TO WILMINGTON DE (9.2). |
| FREDERICKS IS | 08/24/09 | 1.90 | TRAVEL FROM WILMINGTON, DE TO WASHINGTON DC FOR CC AUCTION (1.7); TRAVEL FROM WASHINGTON DC TO WILMINGTON DE (2.1). |
| FREDERICKS IS | 08/26/09 | 1.30 | TRAVEL FROM WILMINGTON TO RICHMOND (2.6). |
| FREDERICKS IS | 08/28/09 | 1.80 | TRAVEL FROM RICHMOND, VA TO WILMINGTON, DE (3.6). |
| | | 26.90 | |
| **Total Associate** | | **26.90** | |
| **TOTAL TIME** | | **30.70** | |

B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Regulatory and SEC Matters                                   Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/28/09 | 0.30 | REVIEW 8K (.3). |
|  |  | 0.30 |  |
| **Total Partner** |  | **0.30** |  |
| **TOTAL TIME** |  | **0.30** |  |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Reorganization Plan / Plan Sponsors                          Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 08/03/09 | 2.60 | REVIEW REVISIONS TO PLAN AND RELATED PLEADINGS (1.4); DISCUSSIONS RE SAME (1.2). |
| DICKERSON CL | 08/04/09 | 3.20 | PREPARE FOR/ATTEND CALL WITH CLIENT AND FTI RE PLAN ISSUES (2.3); REVIEW REVISED PLAN PLEADINGS (.4); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 08/05/09 | 2.80 | CONFERENCE CALL WITH CLIENT RE PLAN ISSUES (1.3); CONTINUED ATTENTION TO REVIEW OF REVISED PLAN PLEADINGS (1.1); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 08/07/09 | 3.20 | PREPARE FOR/ATTEND CONFERENCE CALL WITH COMMITTEE RE PLAN ISSUES (2.1); REVIEW REVISED PLAN PLEADINGS (.6); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 08/10/09 | 0.80 | DISCUSSIONS RE COMMITTEE COMMENTS TO PLAN AND RELATED PLEADINGS. |
| DICKERSON CL | 08/11/09 | 2.50 | DISCUSSIONS RE REVISIONS TO PLAN; REVIEW CHANGES TO SAME. |
| DICKERSON CL | 08/12/09 | 4.20 | REVIEW REVISIONS TO PLAN; DISCUSSIONS RE SAME; ATTEND CONFERENCE CALL WITH CLIENT RE SAME. |
| DICKERSON CL | 08/13/09 | 4.10 | CONTINUED ATTENTION TO REVIEW OF COMMENTS/REVISIONS TO PLAN (2.2); DISCUSSIONS RE SAME (1.9). |
| DICKERSON CL | 08/14/09 | 3.60 | REVIEW REVISED PLAN AND RELATED PLEADINGS (1.4); DISCUSSIONS RE SAME (.7); REVIEW LIQUIDATION ANALYSIS (1.1); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 08/15/09 | 2.10 | CONTINUED REVIEW OF REVISED PLAN AND RELATED PLEADINGS (1.6); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 08/17/09 | 2.40 | REVIEW SOLICITATION PROCEDURES PLEADINGS (1.7); DISCUSSIONS RE SAME (.7). |
| DICKERSON CL | 08/18/09 | 1.40 | REVIEW SOLICITATION PROCEDURES MOTION (.9); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 08/19/09 | 3.20 | PREPARE FOR/ATTEND CONFERENCE CALL WITH CLIENT AND FTI RE REVIEW OF PLAN AND RELATED PLEADINGS/DOCUMENTS (2.4); REVIEW REVISED PLAN AND RELATED PLEADINGS (.8). |
| DICKERSON CL | 08/20/09 | 2.60 | REVIEW UCC COMMENTS TO PLAN AND RELATED PLEADINGS (1.8); DISCUSSIONS RE SAME (.8). |

| | | | |
|---|---|---|---|
| DICKERSON CL | 08/21/09 | 4.20 | REVIEW REVISED PLAN AND RELATED PLEADINGS (1.4); DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 08/22/09 | 1.10 | CONTINUED ATTENTION TO REVISED PLAN AND RELATED PLEADINGS (.7); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 08/23/09 | 2.10 | CONTINUED ATTENTION TO REVISED PLAN AND RELATED PLEADINGS (1.6); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 08/24/09 | 3.90 | FINAL REVIEW OF PLAN AND RELATED PLEADINGS FOR FILING (3.1); DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 08/26/09 | 2.60 | REVIEW COMMENTS/REVISIONS TO SOLICITATION PROCEDURES MOTION AND RELATED PLEADINGS (1.8); DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 08/28/09 | 2.50 | REVIEW/PROVIDE COMMENTS TO FORM 8-K RE FILING OF PLAN (.7); DISCUSSIONS RE SAME (.5); REVIEW FINAL FORM OF SOLICITATION PROCEDURES PLEADINGS FOR FILING (.8); DISCUSSIONS RE SAME (.5). |
| | | **55.10** | |
| GALARDI GM | 08/03/09 | 1.40 | WORK ON ISSUES RE: SUBSTANTIVE CONSOLIDATION AND RELATED MATTERS (1.4). |
| GALARDI GM | 08/04/09 | 1.10 | CONFERENCE CALL RE: PLAN AND SUBSTANTIVE CONSOLIDATION ANALYSIS. |
| GALARDI GM | 08/05/09 | 0.60 | REVIEW REVISED SUBSTANTIVE CONSOLIDATION ANALYSIS. |
| GALARDI GM | 08/06/09 | 0.70 | CONTINUE WORKING ON SUBSTNATIVE CONSOLIDATION ISSUES WITH FTI (.7). |
| GALARDI GM | 08/07/09 | 0.50 | CALL RE: SUBSTANTIVE CONSOLIDATION ISSUES WITH COMPANY. |
| GALARDI GM | 08/10/09 | 1.70 | CALL WITH COMMITTEE COUNSEL RE: POR ISSUES AND POSSIBLE RESOLUTION (1.1); REVIEW AND COMMENT ON PLAN AND DISCLOSURE STATEMENT PER CALL (.6). |
| GALARDI GM | 08/11/09 | 1.30 | REVIEW REVISED PLAN AND PROVIDE FURTHER COMMENTS. |
| GALARDI GM | 08/12/09 | 0.70 | CALL RE: REVISED PLAN AND OPEN ISSUES, INCLUDING RELEASES AND EXCLUPATION. |
| GALARDI GM | 08/13/09 | 0.70 | REVIEW BLACKLINE OF PLAN AND DISCLOSURES STATEMENT AND EMAILS RE: SAME TO COMMITTEE COUNSEL. |
| GALARDI GM | 08/14/09 | 0.70 | CALL WITH J. POMMERANTZ AND R. FEINSTEIN RE: OUTSTANDING PLAN ISSUES AND RESOLUTION OF SAME. |
| GALARDI GM | 08/17/09 | 0.70 | REVIEW AND COMMENT ON COMMITTEE COMMENTS TO PLAN AND DS. |

| | | | |
|---|---|---|---|
| GALARDI GM | 08/18/09 | 0.80 | CALLS AND EMAILS RE: OUTSTANDING DS AND PLAN ISSUES (.8). |
| GALARDI GM | 08/19/09 | 2.30 | CALLS AND EMAILS WITH COMPANY RE: PLAN AND DISCLOSURE STATEMENT (1.6); CALLS AND EMAILS WITH COMMITTEE RE: FINAL COMMENTS TO PLAN AND DISCLOSURE STATEMENT (.7). |
| GALARDI GM | 08/20/09 | 0.70 | REVIEW AND RESPOND TO EMAILS RE: PLAN COMMENTS FROM COMMITTEE. |
| GALARDI GM | 08/21/09 | 1.30 | REVIEW AND COMMENT ON NUMEROUS DRAFTS OF LIQUIDATION ANALYSIS AND PLAN CLAIM SUMMARY. |
| GALARDI GM | 08/22/09 | 0.30 | CALL WITH J. POMERANTZ AND FOLLOW-UP RE SAME (.3). |
| GALARDI GM | 08/23/09 | 0.70 | REVIEW LIQUIDATION ANALYSIS. |
| GALARDI GM | 08/24/09 | 1.10 | REVIEW FINAL PLAN AND DISCLOUSRE STATEMENT AS WELL AS NOTICES. |
| | | **17.30** | |
| LEVY DF | 08/06/09 | 1.70 | DRAFT AND EDIT PLAN AND DISCLOSURE STATEMENT. (0.9) DRAFT ANCILLARY DOCUMENTS (0.8). |
| LEVY DF | 08/14/09 | 1.20 | DRAFT AND EDIT PLAN, DISCLOSURE STATEMENT AND RELATED DOCUMENTS, AND REVIEW TAX AND OTHER ISSUES REGARDING INTERCOMPANY CLAIMS (1.2). |
| LEVY DF | 08/18/09 | 0.70 | DRAFT AND EDIT PLAN, DISCLOSURE DOCUMENTS, AND LIQUIDATING TRUST DOCUMENTS (0.7). |
| LEVY DF | 08/19/09 | 0.60 | DRAFT PLAN, DISCLOSURE AND LIQUIDATING TRUST (.6). |
| LEVY DF | 08/24/09 | 0.80 | DRAFT AND EDIT PLAN AND DISCLOSURE STATEMENT (0.8). |
| LEVY DF | 08/25/09 | 0.40 | CONFERENCE REGARDING DISCLOSURE AND PLAN RELATED ISSUES (0.4). |
| | | **5.40** | |
| **Total Partner** | | **77.80** | |
| BAKER SK | 08/31/09 | 0.30 | TELEPHONE CALL WITH S. EICHELL REGARDING PLAN AND DISCLOSURE STATEMENT (.1); DRAFT EMAIL TO S. EICHELL REGARDING PLAN AND DISCLOSURE STATEMENT (.2). |
| | | **0.30** | |
| FREDERICKS IS | 08/12/09 | 4.40 | REVIEW THE PLAN AND DISCLOSURE STATEMENT (2.5); PARTICIPATE IN CONFERENCE CALL RE: PLAN AND DISCLOSURE STATEMENT (1.9). |
| FREDERICKS IS | 08/18/09 | 0.80 | PARTICIPATE IN BOARD CALL RE: PLAN OF REORGANIZATION (.8). |

|            |          | 5.20  |                                                                                                                    |
|------------|----------|-------|--------------------------------------------------------------------------------------------------------------------|
| KUMAR JS   | 08/04/09 | 2.30  | REVISING PLAN AND REDLINING FOR COMMITTEE (2.3).                                                                   |
| KUMAR JS   | 08/10/09 | 3.50  | CALL WITH COMPANY RE SUBSTANTIVE CONSOLIDATION (.7) REVISING PLAN, INSERTING SUBSTANTIVE CONSOLIDATION SECTIONS (2.8). |
| KUMAR JS   | 08/11/09 | 4.60  | REVISING PLAN (4.6).                                                                                               |
| KUMAR JS   | 08/12/09 | 3.90  | REVISING PLAN (3.9).                                                                                               |
| KUMAR JS   | 08/13/09 | 4.70  | REVISING PLAN AND REDLINING FOR COMMITTEE AND COMPANY (4.7).                                                       |
| KUMAR JS   | 08/14/09 | 1.10  | REVISING PLAN PER CALL WITH COMPANY (1.1).                                                                         |
| KUMAR JS   | 08/18/09 | 1.80  | REVISING PLAN (1.1). BOARD CALL RE PLAN AND DISCLOSURE STATEMENT (.7).                                             |
| KUMAR JS   | 08/19/09 | 2.30  | REVISING PLAN, CALL WITH COMPANY RE PLAN AND CALL WITH COMMITTEE RE PLAN (2.3).                                    |
| KUMAR JS   | 08/20/09 | 3.20  | REVISING PLAN (3.2).                                                                                               |
| KUMAR JS   | 08/21/09 | 4.10  | REVISING AND REVIEWING PLAN (4.1).                                                                                 |
| KUMAR JS   | 08/23/09 | 2.10  | REVISING PLAN (2.1).                                                                                               |
| KUMAR JS   | 08/24/09 | 2.10  | FINALIZING AND FILING PLAN (2.1).                                                                                  |
|            |          | 35.70 |                                                                                                                    |
| **Total Associate** |   | 41.20 |                                                                                                                    |
| **TOTAL TIME**      |   | <u>119.00</u> |                                                                                                            |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/08/09
Retention / Fee Matters (SASM&F)                                   Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 08/03/09 | 2.40 | ATTENTION TO SKADDEN FEE STATEMENT. |
| DICKERSON CL | 08/04/09 | 1.70 | CONTINUED ATTENTION TO REVIEW OF SKADDEN MONTHLY FEE STATEMENT (1.7). |
| | | 4.10 | |
| **Total Partner** | | 4.10 | |
| LAZAROFF KA | 08/10/09 | 2.00 | CONNECTIONS AND DISCLOSURE RESEARCH. |
| | | 2.00 | |
| **Total Associate** | | 2.00 | |
| **TOTAL TIME** | | **6.10** | |

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Secured Claims | | | Bill Number: 1283329 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/05/09 | 0.20 | REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING MOTION TO CANCEL (.1); DRAFT RESPONSE TO G. BACHRACH REGARDING MOTION TO CANCEL (.1). |
| BAKER SK | 08/07/09 | 2.10 | REVISE MOTION AND ORDER TO CANCEL SURETY BONDS (2.1). |
| BAKER SK | 08/13/09 | 3.70 | REVIEW BOND CANCELLATION MOTION, ORDER AND NOTICE IN PREPARATION OF CONFERENCE CALL (1.1); CONFERENCE CALL REGARDING BOND CANCELLATION MOTION, ORDER AND NOTICE (1.); DRAFT CORRESPONDENCE REGARDING SUMMARY OF ISSUES OUTSTANDING REGARDING BOND CANCELLATION MOTION, ORDER AND NOTICE (1.2); REVISE BOND CANCELLATION MOTION, NOTICE AND ORDER (.6); REVIEW VARIOUS UTILITY PROOFS OF CLAIM REGARDING VALIDITY OF CHARGES (.7). |
| BAKER SK | 08/21/09 | 1.20 | REVIEW U.S. CUSTOMS BOND CLAIM (.5); BEGIN DRAFTING RESPONSES TO VARIOUS BOND CLAIMS (.7). |
| BAKER SK | 08/24/09 | 1.10 | REVISE MOTION TO CANCEL SURETY BONDS (1.1). |
| BAKER SK | 08/25/09 | 1.70 | REVISE MOTION TO TERMINATE SURETY BONDS (.7); REVISE ORDER AND MOTION REGARDING CANCELLATION OF SURETY BONDS (.8); REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING MOTION TO CANCEL SURETY BONDS (.2). |
| | | 10.00 | |
| **Total Associate** | | 10.00 | |
| **TOTAL TIME** | | <u>10.00</u> | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/08/09
Tax Matters                                                  Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEVY DF | 08/06/09 | 1.20 | CONFERENCE REGARDING STATE TAX ISSUES AND INTERFACE WITH FEDERAL CLAIMS. (0.4) ANALYSIS OF ATTRIBUTE USAGE ISSUES (0.8). |
| LEVY DF | 08/07/09 | 0.70 | CONFERENCE WITH ERNST & YOUNG AND CIRCUIT CITY TEAM MEMBERS REGARDING LIQUIDATION, DILIGENCE AND RELATED ISSUES. |
| LEVY DF | 08/10/09 | 1.90 | DRAFT BANKRUPTCY RELATED DOCUMENTS. (0.8) CONFERENCE REGARDING LIQUIDATION PROCESS AND CANADIAN ISSUES THAT RELATE TO US TAX EXPOSURE. (0.7) ANALYSIS OF INTERCOMPANY CLAIMS ISSUES. (0.4). |
| LEVY DF | 08/11/09 | 0.80 | CONFERENCE WITH LIQUIDATING TRUSTEE REGARDING LIQUIDATION RELATED ISSUES. |
| LEVY DF | 08/12/09 | 1.40 | DRAFT AND EDIT PLAN AND ANCILLARY DOCUMENTS. (0.8) CONFERENCE REGARDING LIQUIDATING TRUST ISSUES. (0.6). |
| LEVY DF | 08/14/09 | 0.40 | CONFERENCE REGARDING LIQUIDATING ISSUES (0.4). |
| LEVY DF | 08/17/09 | 2.40 | DRAFT AND EDIT BK PLAN AND DISCLOSURE DOCUMENTS. (1.2) CONFERENCE WITH LIQUIDATING TRUSTEE. (0.4) RESEARCH REGARDING LIQUIDATING TRUST TAXATION ISSUES. (0.2) CONFERENCE WITH ERNST & YOUNG TEAM REGARDING INTERCOMPANY DEBT AND RELATED ISSUES. (0.6). |
| LEVY DF | 08/18/09 | 0.60 | CONFERENCE WITH CIRCUIT CITY AND ERNST & YOUNG TEAMS REGARDING TAX ATTRIBUTE USAGE, MODELING, ELA AND CONSOLIDATED RETURN ISSUES (0.6). |
| LEVY DF | 08/19/09 | 1.20 | ANALYSIS OF UCC COMMENTS REGARDING LIQUIDATING TRUST AGREEMENT; ANALYSIS OF DISPUTED CLAIMS RESERVE ISSUES (1.2). |
| LEVY DF | 08/20/09 | 1.40 | CONFERENCE WITH ERNST & YOUNG REGARDING CONSOLIDATED RETURN, ELA, ADMINISTRATIVE CLAIMS, AND RELATED ISSUES (.7); ANALYSIS OF ERNST & YOUNG MODEL REGARDING ELA (.5); RESEARCH REGARDING ELA AND NOL ISSUE (.2). |
| LEVY DF | 08/21/09 | 2.80 | DRAFT AND EDIT PLAN AND DISCLOSURE STATEMENT. |
| LEVY DF | 08/22/09 | 1.10 | CONFERENCE WITH D. NAGLER REGARDING TAX DISCLOSURE ISUES. (0.4) DRAFT AND EDIT TAX DISCLOSURE. (0.7). |

| | | | |
|---|---|---|---|
| LEVY DF | 08/23/09 | 1.90 | DRAFT AND EDIT DISCLOSURE AND PLAN DOCUMENTS TO REFLECT CHANGES REQUESTED BY LIQUIDATING TRUSTEE COUNSEL. (1.2) ANALYSIS OF ISSUE REGARDING LIQUIDATING TRUST TAX CLASSIFICATION AND RESERVES. (0.7). |
| LEVY DF | 08/24/09 | 0.60 | CONFERENCE WITH D. AGLER OF LIQUIDATING TRUSTEE REGARDING MULTIPLE ISSUES (0.6). |
| LEVY DF | 08/25/09 | 1.20 | ANALYSIS OF NOL CARRYFORWARD AND RELATED ISSUES (0.8); DRAFT LIQUIDATING TRUST (0.4). |
| | | **19.60** | |
| **Total Partner** | | **19.60** | |
| GRANT K | 08/21/09 | 0.60 | EMAILS WITH D. BLANKS REGARDING PERSONAL PROPERTY TAX ISSUES. (.6). |
| | | **0.60** | |
| **Total Associate** | | **0.60** | |
| **TOTAL TIME** | | **20.20** | |

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Utilities | | | Bill Number: 1283329 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/03/09 | 8.30 | TELEPHONE CALL WITH REPRESENTATIVE FROM COMED SOLUTIONS REGARDING UTILITY RESERVE ACCOUNT (.1); DRAFT MOTION TO RELEASE UTILITY ACCOUNT FUNDS (4.2); TELEPHONE CALL WITH K. BRADSHAW REGARDING OUTSTANDING UTILITY AND INSURANCE ISSUES (.2); DRAFT ORDER TO RELEASE FUNDS FROM UTILITY ACCOUNT (2.1); DRAFT NOTICE OF PAYMENT REQUEST DEADLINE (1.7). |
| BAKER SK | 08/04/09 | 4.10 | DRAFT AMENDED EXHIBIT B TO MOTION TO RELEASE BLOCKED ACCOUNT (1.2); REVISE UTILITY ACCOUNT MOTION AND ORDER (2.4); TELEPHONE CALL WITH L. DEMKO REGARDING CITY OF PASADENA ACCOUNTS (.2); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING UTILITY ACCOUNT BALANCE (.1); TELEPHONE CALL WITH REPRESENTATIVE OF CNEXUS ENERGY (.2). |
| BAKER SK | 08/05/09 | 1.00 | REVIEW CORRESPONDENCE FROM D. CURTIS REGARDING UTILITY ACCOUNTS (.1); DRAFT CORRESPONDENCE TO D. CURTIS REGARDING PRE-PETITION CHARGES (.1); TELEPHONE CALL WITH D. CURTIS REGARDING UTILITY BLOCKED ACCOUNT (.1); REVIEW PAYMENT REQUEST OF CONSOLIDATED EDISON SOLUTIONS (.5); TELEPHONE CALL WITH T. JACKSON REGARDING COLLECTION PROCEEDINGS (.2). |
| BAKER SK | 08/06/09 | 1.20 | TELEPHONE CALL WITH REPRESENTATIVE OF CITY OR OREM REGARDING COLLECTIONS PROCEEDINGS (.2); TLEEPHONE CALL WITH REPRESENTATIVE OF PUGET SOUND ENERGY (.2); TELEPHONE CALL WITH E. MOORE REGARDING COM ED SOLUTIONS (.2); REVIEW UTILITY PAYMENT REQUEST FOR THE CITY OF PASADENA (.3); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUESTS (.1); TELEPHONE CALL WITH REPRESENTATIVE OF CASCADE GAS (.2). |
| BAKER SK | 08/07/09 | 0.50 | TELEPHONE CALL WITH COUNSEL FOR SOUTH JERSEY GAS CORP (.1); REVIEW SOUTH JERSEY GAS COMPANY'S UTILITY PAYMENT REQUEST (.4). |
| BAKER SK | 08/10/09 | 0.40 | REVIEW CORRESPONDENCE FROM D. CASAREZ REGARDING UTILITY BLOCKED ACCOUNT (.1); TELEPHONE CALL WITH REPRESENTATIVE OF WE ENERGIES (.2); DRAFT CORRESPONDENCE TO XCEL ENERGY REGARDING UTILITY BLOCKED ACCOUNT (.1). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 08/11/09 | 7.50 | TELEPHONE CALL WITH REPRESENTATIVE FROM OZARK ELECTRIC COMPANY (.2); TELEPHONE CALL WITH SHARON OF CASCADE NATURAL GAS (.2); REVISE NOTICE, ORDER AND EXHIBITS TO MOTION TO RELEASE UTILITY ACCOUNT (1.8); DRAFT RESPONSE TO SAFECO REGARDING OPEN BOND ISSUES (2.6); CONTINUE DRAFT OF SUFFICIENCY OF NOTICE OF MOTION (2.7). |
| BAKER SK | 08/12/09 | 1.70 | REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF CASCADE NATURAL GAS (.3); TELEPHONE CALL WITH JAIME OF WE ENERGIES (.1); TELEPHONE CALL WITH REPRESENTATIVE OF PUGET SOUND ENERGY (.1); INVESTIGATE ATMOS ENERGY ACCOUNTS REGARDING COLLECTION ACTIONS (.4); DRAFT CORRESPONDENCE J. HOWELL REGARDING ATMOS ENERGY (.1); REVIEW CORRESPONDENCE FROM LOUISVILLE WATER COMPANY REGARDING DEBTORS UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CONNECTICUT NATURAL GAS REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM GREEN BAY WATER UTILITY REGARDING TERMINATED ACCOUNTS (.1); TELEPHONE CALLS WITH REPRESENTATIVES OF PUGET SOUNDS ENERGY REGARDING UTILITY PAYMENTS (.2); REVIEW CORRESPONDENCE FROM J. HO REGARDING WALMART VALLEY WATER DISTRICT (.1); REVIEW CORRESPONDENCE FROM THE WASHINGTON SUBURBAN SANITARY COMMISSION (.1). |
| BAKER SK | 08/13/09 | 1.60 | TELEPHONE CALL WITH L. LANDRY REGARDING PAYMENT REQUESTS (.2); TELEPHONE CALL WITH K. MUELLER REGARDING PAYMENT REQUESTS (.2); DRAFT CORRESPONDENCE TO L. LANDRY REGARDING COM EDISON SOLUTIONS ACCOUNTS (.2); TELEPHONE CALL WITH K. ORTEGA REGARDING SOUTHERN CALIFORNIA GAS ACCOUNTS (.2); REVIEW UTILITY PAYMENT REQUEST OF NORTHERN STATES POWER COMPANY (.3); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUEST OF NORTHERN STATES POWER COMPANY (.1); CONFERENCE CALL REGARDING UTILITY ACCOUNTS (.2); REVIEW AMEREN PROOF OF CLAIM (.2). |
| BAKER SK | 08/14/09 | 1.30 | DRAFT LETTER TO UTILITY COMPANY REGARDING SERVICE CHARGES (1.2); TELEPHONE CALL WITH CINDY REGARDING COLLECTION PROCEEDINGS (.1). |
| BAKER SK | 08/17/09 | 3.90 | TELEPHONE CALL WITH SIMON AT CITY OF GLENDALE REGARDING UTILITY PAYMENT REQUEST (.2); REVISE MOTION, ORDER, NOTICE AND EXHIBIT TO MOTION TO TERMINATE UTILITY ACCOUNT (3.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/18/09 | 2.00 | TELEPHONE CALL WITH REPRESENTATIVE OF CONSOLIDATED EDISON SOLUTIONS (.2); REVIEW REQUEST FOR PAYMENT FROM UTILITY ACCOUNT OF CITY OF GLENDALE (.2); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY REQUEST FOR PAYMENT (1.0); REVISE STATUS REPORT REGARDING UTILITY BLOCKED ACCOUNT (.6). |
| BAKER SK | 08/19/09 | 0.30 | TELEPHONE CALL WITH P. SIMNO REGARDING UTILITY PAYMENT REQUEST (.1); REVIEW TRUSSVILLE UTILITIES' UTILITY ACCOUNT PAYMENT REQUEST (.2). |
| BAKER SK | 08/20/09 | 0.70 | TELEPHONE CALL WITH N. STANKICKWICZ REGARDING UTILITY PAYMENTS (.2); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF CITY OF RICHMOND UTILITIES (.2); REVISE STATUS REPORT OF UTILITY PAYMENT REQUESTS (.2); REVIEW CORRESPONDENCE FROM M. CRIDER REGARDING MOTION TO TERMINATE UTILITY BLOCKED ACCOUNT (.1). |
| BAKER SK | 08/21/09 | 2.70 | TELEPHONE CALL WITH DAWN AT XCEL ENERGY (.2); REVIEW BOND CLAIM OF PUERTO RICO POWER AUTHORITY (.5); REVIEW BOND CLAIM OF SANTEE COOPER (1.1); REVIEW UTILITY PAYMENT REQUEST OF AVISTA UTILITIES (.2); REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (.2); TELEPHONE CALL WITH K. MUELLER REGARDING UTILITY ACCOUNT BALANCES (.3); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING CONTRACTS FOR UTILITY SERVICES (.1); TELEPHONE CALL WITH REPRESENTATIVE OF SWEETWATER AUTHORITY REGARDING UTILITY ACCOUNT (.1). |
| BAKER SK | 08/24/09 | 1.20 | REVIEW CORRESPONDENCE FORM B. KLEIN REGARDING SANTEE COOPER ACCOUNTS (.1); TELEPHONE CALL WITH K. BRADSHAW REGARDING UTILITY AND INSURANCE ISSUES (.3); REVIEW AMENDED UTILITY PAYMENT REQUESTS OF TAUNTON MUNICIPAL LIGHTING PLANT (.2); REVIEW UTILITY PAYMENT REQUEST OF HOLLAND PUBLIC WORKS BOARD (.2); REVISE STATUS REPORT OF UTILITY PAYMENT REQUESTS (.3); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUESTS (.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/25/09 | 7.50 | TELEPHONE CALL WITH PATTY OF VERMONT GAS REGARDING MOTION TO TERMINATE UTILITY ACCOUNT (.2); TELEPHONE CALL WITH REPRESENTATIVE OF OKALOOSA COUNTY WATER AND SEWER (.2); REVIEW MOTION OF COLLECTION FROM CITY OF TORRANCE (.1); REVIEW CORRESPONDENCE FROM SOUTHERN CALIFORNIA GAS REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM PSE&G REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF WINSTON SALEM REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM J. GATES REGARDING UTILITY BLOCKED ACCOUNT (.1); REVIEW CORRESPONDENCE REGARDING CASCADE NATURAL GAS ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PACIFIC GAS AND ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING GOLDEN STATE WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY WATER AND LIGHT ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PUGET SOUND ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM NEW ENGLAND GAS COMPANY REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM AQUA PENNSYLVANIA REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM UNITED WATER NEW JERSEY REGARDING CLOSING ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING EAST OHIO GAS ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CALIFORNIA WATER SERVICE ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF RICHMOND UTILITIES ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM J. IDE REGARDING MUNICIPAL AUTHORITY OF THE BOROUGH OF WEST VIEW (.1); REVIEW CORRESPONDENCE FROM CPS ENERGY REGARDING TERMINATION OF ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM NSTAR ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM J. KOELER REGARDING WE ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING C/S UTILITIES ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM FROM BAY STATE GAS REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM TOWN OF SALEM, NEW HAMPSHIRE REGARDING UTILITY ACCOUNTS (.1); REVIEW UTILITY PAYMENT REQUESTS OF ALLIANT ENERGY (.2); REVIEW UTILITY PAYMENT REQUEST OF OKALOOSA COUNTY WATER AND SEWER (.2); REVIEW STATUS REPORT OF UTILITY BLOCKED ACCOUNT REQUESTS (.3); REVIEW CORRESPONDENCE FROM WASHINGTON TOWNSHIP WATER AND SEWER (.1); REVIEW CORRESPONDENCE REGARDING VALENCIA WATER COMPANY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM KANSAS CITY POWER AND LIGHTING REGARDING DELINQUENT ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM REGIONAL WATER AUTHORITY REGARDING ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING CAPE FEAR PUBLIC UTILITY AUTHORITY ACCOUNTS (.1); REVIEW |

```
BAKER SK           08/31/09      7.70   REVIEW UTILITIES PAYMENT REQUEST OF
                                        COLUMBUS CITY UTILITIES (.2); REVIEW
                                        UTILITIES PAYMENT REQUEST OF
                                        MISSISSIPPI POWER COMPANY (.3); REVIEW
                                        UTILITY PAYMENT REQUEST OF MARTIN
                                        COUNTY UTILITIES (.2); DRAFT
                                        CORRESPONDENCE TO K. BRADSHAW REGARDING
                                        UTILITY PAYMENT REQUESTS (.1); REVIEW
                                        UTILITY BLOCKED ACCOUNT PAYMENT REQUEST
                                        OF VERMONT GAS SYSTEMS (.2); REVIEW
                                        UTILITY BLOCKED ACCOUNT PAYMENT REQUEST
                                        OF AMEREN CIPS (.2); TELEPHONE CALL WITH
                                        M. PARKER REGARDING NATIONAL GRID
                                        UTILITY ACCOUNTS (.2); REVISE UTILITY
                                        PAYMENT REQUEST STATUS REPORT (1.1);
                                        REVISE MOTION AND ORDER TO CANCEL BONDS
                                        (2.1); REVIEW EMAIL FROM G. BACHRACH
                                        REGARDING REVISION TO MOTION TO CANCEL
                                        BONDS (.3); DRAFT CORRESPONDENCE TO G.
                                        BACHRACH REGARDING OUTSTANDING SURETY
                                        BONDS (.1); REVIEW UTILITY BOND CLAIMS
                                        FILED BY PUERTO RICO ELECTRIC POWER
                                        AUTHORITY (1.6); DRAFT RESPONSES TO
                                        UTILITY BOND CLAIMS (1.1).

                                53.60

Total Associate                 53.60

TOTAL TIME                      53.60
```

Circuit City Stores, Inc. (DIP)                         Bill Date: 10/08/09
Vendor Matters                                          Bill Number: 1283329

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KUMAR JS | 08/04/09 | 1.10 | REVISING STIPULATION WITH IBM RE SOFTWARE LICENSES AND SENDIGN TO COMPANY (1.1). |
| KUMAR JS | 08/05/09 | 0.40 | EMAILS RE STIPULATION WITH IBM RE SOFTWARE LICENSES (.4). |
| KUMAR JS | 08/10/09 | 0.90 | REVISING, FINALIZING AND FILIN STIPULATION WITH IBM RE SOFTWARE LICENSES AND NOTICE OF SAME (.9). |
|  |  | 2.40 |  |
| **Total Associate** |  | 2.40 |  |
| **TOTAL TIME** |  | **2.40** |  |
| **CLIENT TOTAL** |  | **1,059.30** |  |

57                                                                      B43E