Circuit City Stores, Inc. (DIP)                              Bill Date: 10/06/09
General Corporate Advice                                     Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/02/09 | 1.80 | MEETING WITH FULL BOARD (.8); MEETING WITH MANAGING BOARD MEMBERS (.7); CALL WITH D. KORNSTEIN (.3). |
| GALARDI GM | 09/21/09 | 0.70 | BOARD CALL RE: DISCLOSURE STATEMENT HEARING. |
|  |  | 2.50 |  |
| **Total Partner** |  | **2.50** |  |
| **TOTAL TIME** |  | **2.50** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　Bill Date: 10/06/09
Asset Analysis and Recovery　　　　　　　　　　　　　　　　Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 09/01/09 | 2.20 | REVIEW VARIOUS DRAFTS OF REVISED MOTION TO APPROVE WARRANTY SETTLEMENT WITH VARIOUS WARRANTY PROVIDERS (.9); CONFER WITH C. FALCNER AND J. MARCUM RE: SAME (.6); REVISE AND FINALIZE MOTION AND RELATED DOCUMENTS FOR FILING (.7). |
| FREDERICKS IS | 09/16/09 | 0.60 | PARTICIPATE IN CONFERENCE CALL RE: CONSOR REVISED AGREEMENT CONCERNING ANTITRUST CLASS ACTION LITIGATION RIGHTS (.6). |
| | | 2.80 | |
| **Total Associate** | | **2.80** | |
| **TOTAL TIME** | | **2.80** | |

B43E

Circuit City Stores, Inc. (DIP)                                   Bill Date: 10/06/09
Asset Dispositions (General)                                      Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 09/01/09 | 2.10 | ATTENTION TO ISSUES RELATED TO VARIOUS IP SALES AND CORRESPONDENCE TO SKADDEN WORKING GROUP AND PURCHASERS RE: SAME (.7); RESEARCH AND ANALYZE ISSUES RELATED TO DISCREPENCY IN WARRANTY LANGUAGE IN AGREEMENT AND ORDER (1.4). |
| FREDERICKS IS | 09/02/09 | 3.40 | WORK WITH COUNSEL TO ASSURANT TO ATTEMPT TO RESOLVE WARRANTY LANGUAGE IN IP SALE ORDERS FOR ALPINE DATA AND TRADING, INCLUDING TELEPHONE CALLS AND MULTIPLE CORRESPONDENCE (2.6); CORRESPONDENCE TO AND FROM MICRO ELECTRONICS RE: ALPINE DATA AND TRADING CIRCUIT CLOSING ISSUES (.8). |
| FREDERICKS IS | 09/04/09 | 1.50 | REVIEW AND REVISE BILL OF SALE WITH QUEBECOR RE: PAPER AND PARTIAL RELEASE (.7); CORRESPONDENCE TO AND FROM J. LIBERI AND H. FERGUSON RE: SAME (.8). |
| FREDERICKS IS | 09/08/09 | 2.60 | ADDRESS ISSUES RELATED TO IP SALES AND CLOSINGS (2.6). |
| FREDERICKS IS | 09/17/09 | 0.40 | CORRESPONDENCE TO KOYOSU RE: PREVENTING THE SALE OF THE TRADING CIRCUIT ASSETS (.4). |
| FREDERICKS IS | 09/24/09 | 0.50 | CORRESPONDENCE FROM AND TO KYOZOU RE: TRADING CIRCUIT CLOSING AND AGREEMENT TO TRASFER DATA (.5). |
| FREDERICKS IS | 09/29/09 | 1.90 | ATTENTION TO VARIOUS ISSUES RELATED TO CLOSING OF TRADING CIRCUIT ASSETS, INCLUDING DRAFTING CERTAIN CLOSING DOCUMENTS (1.9). |
| | | **12.40** | |
| KIM CW | 09/18/09 | 2.60 | REVIEW DRAFT OF CONSOR RETENTION APPLICATION AND RELATED DOCUMENTS (0.7); PERUSE DRAFT OF LITIGATION CLAIMS SALE MOTION (0.5); REVISE CONSOR RETENTION APPLICATION (1.4). |
| KIM CW | 09/21/09 | 4.80 | WORK ON CONSOR RETENTION APPLICATION AND ATTENDANT DOCUMENTS FOR FILING (4.8). |
| KIM CW | 09/24/09 | 4.20 | REVISE CONSOR RETENTION APPLICATION BASED ON NEW INFORMATION (3.0); PREPARE AFFIDAVIT (0.6); EDIT AFFIDAVIT (0.3); PREPARE NOTICE (0.3). |
| KIM CW | 09/25/09 | 0.40 | REVISE CONSOR AFFIDAVIT (0.4). |
| | | **12.00** | |
| LAZAROFF KA | 09/01/09 | 0.70 | CORRESPONDENCE REGARDING IP AND REAL ESTATE SALE ORDERS. |

3                                                                            B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 09/02/09 | 0.50 | ATTENTION TO IP SALE CLOSING ISSUES. |
| LAZAROFF KA | 09/03/09 | 0.50 | ATTENTION TO IP SALE CLOSING ISSUES. |
| | | 1.70 | |
| LIBERI JM | 09/01/09 | 0.40 | COMMUNICATE WITH REPRESENTATIVES OF CONSULTING FIRM RE: POTENTIAL ENGAGEMENT TO ASSIST IN ASSET DISPOSITION (0.4). |
| LIBERI JM | 09/02/09 | 0.20 | REVIEW ACCOUNTING REPORT FROM CHASE (0.2). |
| LIBERI JM | 09/03/09 | 1.80 | REVIEW AND COMMENT ON REVISED DRAFT ENGAGEMENT LETTER RE: ENGAGING PARTY TO VALUE AND MARKET ASSETS (0.7); COMMUNICATE WITH POTENTIAL ENGAGMENT PARTY RE: SAME (0.3); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.2); REVIEW COMMUNICATIONS FROM PARTY INQUIRING ABOUT POTENTIAL ACQUISITION OF DEBTORS' CLASS ACTION RIGHTS (0.2); FOLLOW UP WITH PARTY AND COUNSEL RE: SAME (0.4). |
| LIBERI JM | 09/09/09 | 0.60 | COMMUNICATE WITH POTENTIAL PURCHASER OF MISCELLANEOUS ASSETS RE: DETAILS OF OFFER (0.4); FOLLOW UP RE: SAME (0.2). |
| LIBERI JM | 09/14/09 | 0.80 | COMMUNICATE WITH POTENTIAL PURCHASERS OF ASSETS RE: ASSET SALE MATTERS (0.4); FOLLOW UP RE: SAME (0.4). |
| LIBERI JM | 09/18/09 | 1.10 | CONFERENCE CALL WITH CREDITORS' COMMITTEE COUNSEL RE: ASSET DISPOSITION ISSUES (0.3); FOLLOW UP RE: SAME (0.2); REVIEW DRAFT MOTION PAPERS RE: ENGAGEMENT OF CONSULTANT TO VALUE AND MARKET ASSETS (0.6). |
| LIBERI JM | 09/21/09 | 0.90 | COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: MISCELLANEOUS ASSET SALE ISSUES (0.2); PREPARE SALE PAPERS RE: SAME (0.4); COMMUNICATE WITH PURCHASER RE: SAME (0.3). |
| LIBERI JM | 09/22/09 | 0.70 | FINALIZE ASSET SALE DEAL WITH QUEBECOR (0.4); REVISE NOTICE AND RELATED PAPERS FOR FILING (0.3). |
| LIBERI JM | 09/23/09 | 0.90 | COMMUNICATE WITH COUNSEL FOR POTENTIAL PURCHASER OF MISCELLANEOUS IP/LITIGATION ASSETS (0.3); RESEARCH DETAILS OF ASSETS SOUGHT (0.3); FOLLOW UP RE: SAME (0.3). |
| LIBERI JM | 09/29/09 | 2.20 | REVIEW DETAILS OF PENDING CLASS ACTION LITIGATIONS IN WHICH POTENTIAL PURCHASERS HAVE EXPRESSED INTEREST (1.8); FOLLOW UP WITH COUNSEL FOR POTENTIAL PURCHASER RE: SAME (0.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 09/30/09 | 1.00 | CONFERENCE CALL WITH CREDITORS' COMMITTEE COUNSEL RE: DISPOSITION OF ASSETS (0.4); FOLLOW UP RE: SAME (0.4); COMMUNICATE WITH COUNSEL FOR ASSET PURCHASER RE: PAYMENT DETAILS AND EXECUTION OF AGREEMENT (0.2). |
| | | 10.60 | |
| Total Associate | | 36.70 | |
| **TOTAL TIME** | | **36.70** | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 10/06/09
Asset Dispositions (Real Property)                       Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 09/01/09 | 0.40 | ATTENTION TO VARIOUS ISSUES RELATED TO REAL ESTATE SALES PENDING AND CORRESPONDENCE TO PURCHASERS AND CC CA COUNSEL RE: SAME (.4). |
| FREDERICKS IS | 09/08/09 | 1.20 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO GOLFSMITH RE: ESTIMATES FOR LANDSCAPING AND OTHER CLEAN UP AT SAN JOSE PREPERTY (.7); MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS W/ D. MILLER RE: SAME (.5). |
| FREDERICKS IS | 09/29/09 | 1.70 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ A. MOYER AND FIDELITY RE: CLOSING ISSUES ON SAN JOSE (.6); FOLLOW-UP CALL WITH A. MOYER RE: SAME (.2); REVIEW DOCKET MATERIALS TO PROVIDE SERVICE SUPPORT TO FIDELITY AND CORRESPONDENCE RE: SAME (.9). |
|  |  | **3.30** |  |
| LIBERI JM | 09/01/09 | 1.10 | DRAFT NOTICE OF SALE OF MISCELLANEOUS ASSETS RE: QUEBECOR MATTER (0.4); DRAFT BILL OF SALE RE: QUEBECOR MATTER (0.5); COMMUNICATE WITH QUEBECOR'S COUNSEL RE: SAME (0.2). |
| LIBERI JM | 09/02/09 | 0.90 | REVIEW AND CONSIDER COMMENTS OF QUEBECOR'S COUNSEL RE: SALE AGREEMENT (.4); COMMUNICATE WITH QUEBECOR COUNSEL RE: SAME (.2); WITH DEBTOR PERSONNEL RE: SAME (.3). |
| LIBERI JM | 09/08/09 | 1.60 | REVISE DRAFT BILL OF SALE RE: QUEBECOR ASSET SALE (0.4); CONSIDER RELEASE LANGUAGE ISSUES (0.3); COMMUNICATE WITH COUNSEL FOR QUEBECOR RE: SAME (0.3); COMMUNICATE WITH COUNSEL FOR THE CREDITORS' COMMITTEE RE: PROPOSED ASSET SALE DETAILS (0.3); RESEARCH DETAILS RE: SAME (0.3). |
| LIBERI JM | 09/10/09 | 0.60 | COMMUNICATE WITH REPRESENTATIVE OF GRAPHIC COMMUNICATIONS RE: QUEBECOR ASSET SALE MATTERS (0.3); PROVIDE INFORMATION RE: SAME (0.3). |
|  |  | **4.20** |  |
| **Total Associate** |  | **7.50** |  |
| **TOTAL TIME** |  | **7.50** |  |

B43E

```
                                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                Bill Date: 10/06/09
Case Administration                                            Bill Number: 1285819


NAME                DATE         HOURS     DESCRIPTION

DICKERSON CL        09/23/09      5.50     PREPARE FOR/ATTEND MEETING WITH CLIENT,
                                           UCC AND LIQUIDATING TRUSTEE RE STATUS
                                           UPDATE AND  TRANSITION PROCESS.

                                  5.50

Total Partner                     5.50

BAKER SK            09/01/09      0.10     TELEPHONE CONVERSATION REGARDING CASE
                                           STATUS (.1).

BAKER SK            09/25/09      0.10     DRAFT CORRESPONDENCE TO I. PANZALES
                                           REGARDING SERVICE OF MOTIONS (.1).

BAKER SK            09/30/09      3.40     TELEPHONE CONFERENCE WITH CLIENT
                                           REGARDING CLAIMS RESOLUTION,
                                           LITIGATION MATTERS, AND GENERAL CASE
                                           STATUS (3.4).

                                  3.60

FREDERICKS IS       09/04/09      0.60     CORRESPONDENCE TO AND FROM DEBTORS'
                                           PROFESSIONALS AND COMMITTEE'S
                                           PROFESSIONALS RE: DC MEETING W/
                                           LIQUIDATION TRUSTEEE (.6).

FREDERICKS IS       09/09/09      2.70     REVIEW AND RESPOND TO VARIOUS CASE
                                           RELATED CORRESPONDENCE (2.7).

FREDERICKS IS       09/11/09      2.90     MULTIPLE CORRESPONDENCE TO AND FROM FTI
                                           AND CC RE: MATERIALS FOR UPCOMING CALL
                                           (.7); PREPARE FOR UPCOMING CASE
                                           STRATGEY CALL AND PARTICIPATE IN
                                           CONFERENCE CALL WITH SKADDEN WORKING
                                           GROUP, FTI AND CC RE: GENERAL CASE
                                           STRATEGY GOING FORWARD (2.2).

FREDERICKS IS       09/14/09      1.60     PARTICIPATE IN CONFERENCE CALL WITH
                                           COUNSEL TO AND ADVISORS FOR THE
                                           COMMITTEE RE: PREFERENCE ANALYSIS AND
                                           WEEKLY UPDAATE (1.6).

FREDERICKS IS       09/16/09      2.80     PREPARE FOR AND ATTEND HEARING ON
                                           WARRANTY SETTLEMENT (INCLUDING TIME
                                           WAITING FOR JUDGE TO FINISH PRIOR
                                           HEARING) (2.8).

FREDERICKS IS       09/22/09      7.60     PREPARE FOR AND ATTEND DISCLOSURE
                                           STATEMENT HEARING (6.7); FOLLOW-UP WITH
                                           CLIENT RE: DISCLOSURE STATEMENT HEARING
                                           (.9).

FREDERICKS IS       09/23/09      6.30     PREPARE FOR AND PARTICIPATE IN MEETING
                                           WITH THE CREDITORS' COMMITTEE AND THE
                                           LIQUIDATION TRUSTEE RE: GENERAL STATUS
                                           AND TRANSITION (5.2); PARTICIPATE IN
                                           MEETING WITH FTI AND CIRCUIT CITY RE:
                                           FOLLOW-UP TO MEETING WITH LT AND GOING
                                           FORWARD STRATEGY (1.1).
```

|          |          | 24.50 |                                                                                                                             |
|----------|----------|-------|-----------------------------------------------------------------------------------------------------------------------------|
| KIM CW   | 09/01/09 | 0.10  | ORGANIZE CASE CORRESPONDENCES (0.1).                                                                                        |
| KIM CW   | 09/03/09 | 0.20  | ORGANIZE CASE CORRESPONDENCES (0.2).                                                                                        |
| KIM CW   | 09/15/09 | 0.70  | ORGANIZE CASE DISTRIBUTION (0.7).                                                                                           |
| KIM CW   | 09/16/09 | 0.50  | SORT CASE CORRESPONDENCES AND DISTRIBUTE ACCORDINGLY (0.5).                                                                 |
| KIM CW   | 09/18/09 | 0.20  | ORGANIZE AND DISTRIBUTE CASE CORRESPONDENCES (0.2).                                                                         |
| KIM CW   | 09/21/09 | 0.70  | SORT CASE DISTRIBUTION AND DISTRIBUTE TO RELEVANT PARTIES (0.7).                                                            |
| KIM CW   | 09/23/09 | 0.10  | ORGANIZE CASE CORRESPONDENCES (0.1).                                                                                        |
| KIM CW   | 09/24/09 | 0.10  | DISCUSS FILING OF CERTAIN DOCUMENTS WITH C. GREENWAY (0.1).                                                                 |
| KIM CW   | 09/25/09 | 0.20  | ORGANIZE AND DISTRIBUTE CASE CORRESPONDENCES (0.2).                                                                         |
| KIM CW   | 09/29/09 | 0.50  | SORT CASE CORRESPONDENCES AND DISTRIBUTE ACCORDINGLY (0.4); REVIEW UTILITY CORRESPONDENCES (0.1).                           |
| KIM CW   | 09/30/09 | 0.10  | ORGANIZE AND FORWARD UTILITY CORRESPONDENCES TO S. BAKER (0.1).                                                             |
|          |          | 3.40  |                                                                                                                             |
| KUMAR JS | 09/15/09 | 0.70  | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.7).                                |
|          |          | 0.70  |                                                                                                                             |
| LIBERI JM | 09/09/09 | 1.20 | REVIEW CASE CALENDAR AND DOCKET RE: DEADLINES AND MATTERS SCHEDULED FOR HEARING (0.8); FOLLOW UP RE: STATUS OF MOTIONS, OBJECTIONS, AND RESPONSES WITH APPROACHING DEADLINES (0.4). |
|          |          | 1.20  |                                                                                                                             |
| **Total Associate** |  | 33.40 |                                                                                                                      |
| HEANEY CM | 09/01/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE SIGNED ORDERS ON THIRD PARTIES (.6).            |
| HEANEY CM | 09/02/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); REVIEW CASE CALENDAR RE: UPDATES TO HEARNG MATTERS (.2). |
| HEANEY CM | 09/08/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3).                                                                               |
| HEANEY CM | 09/09/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8).                |

B43E

| | | | |
|---|---|---|---|
| HEANEY CM | 09/10/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 9-16 HEARING AGENDA (.3). |
| HEANEY CM | 09/11/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); EDIT/REVISE 9-22 HEARING AGENDA (.3). |
| HEANEY CM | 09/14/09 | 1.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9); REVIEW AND DISTRIBUTE 9-16 HEARING AGENDA ON THIRD PARTIES (.1); EDIT/REVISE 9-22 HEARING AGENDA (.4). |
| HEANEY CM | 09/15/09 | 2.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (1.2); EDIT/REVISE 9-22 HEARING AGENDA (.9). |
| HEANEY CM | 09/16/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); EDIT/REVISE 9-22 HEARING AGENDA (.6); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF 9-22 AGENDA AND EXHIBIT (.3). |
| HEANEY CM | 09/17/09 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.4); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE (.9); EDIT/REVISE 9-22 HEARING AGENDA (.6) COORDINATE WITH THIRD PARTIES REGARDING UPDATES AND STATUS TO HEARING AGENDA (.2). |
| HEANEY CM | 09/18/09 | 3.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); EDIT/REVISE 9-22 HEARING AGENDA (.7); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF AGENDA AND EXHIBIT (.1); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS FOR 9-22 HEARNG (1.2). |
| HEANEY CM | 09/21/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS AND CASE FILES (.4); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7). |
| HEANEY CM | 09/22/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 09/23/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 09/24/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |

| | | | |
|---|---|---|---|
| HEANEY CM | 09/25/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| | | **21.30** | |
| LAMANNA WK | 09/04/09 | 0.20 | UPDATE DOCKET AND REVIEW NEW CASE FILINGS FOR DISTRIBUTION (0.2). |
| LAMANNA WK | 09/09/09 | 1.90 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); DRAFT 9/16/09 HEARING AGENDA (0.3). |
| LAMANNA WK | 09/10/09 | 2.10 | DRAFT AGENDA FOR SEPTEMBER 22, 2009 HEARING. |
| LAMANNA WK | 09/11/09 | 0.20 | COORDINATE WITH CO-COUNSEL LEGAL ASSISTANT REGARDING AGENDA ITEMS SCHEDULED FOR HEARING. |
| LAMANNA WK | 09/14/09 | 0.20 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 09/16/09 | 2.20 | REVIEW COURT DOCKET/CASE DOCUMENTS AND CALENDAR CRITICAL DATES IN MAIN CASE (2.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 09/23/09 | 2.00 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.8); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 09/26/09 | 0.80 | EDIT/REVISE OCTOBER 7 HEARING AGENDA. |
| LAMANNA WK | 09/28/09 | 0.70 | EDIT/REVISE OCT. 7 HEARING AGENDA. |
| LAMANNA WK | 09/30/09 | 1.60 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.4). PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| | | **11.90** | |
| **Total Legal Assistant** | | **33.20** | |
| **TOTAL TIME** | | **72.10** | |

B43E

Circuit City Stores, Inc. (DIP)  
Claims Admin. (General)

Bill Date: 10/06/09  
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 09/10/09 | 0.60 | ATTENTION TO PBGC CLAIMS ISSUES (.3); DISCUSSIONS RE SAME (.3). |
| | | 0.60 | |
| GALARDI GM | 09/01/09 | 0.40 | WORK ON STRATEGY RE: REBATE CLAIMS (.3); REVIEW AND RESPOND TO EMAILS RE: 503(B)(9) CLAIMS (.1). |
| GALARDI GM | 09/03/09 | 0.20 | EMAILS RE: PBGC CLAIMS AND STRATEGY (.2). |
| GALARDI GM | 09/04/09 | 0.60 | BRIEFLY REVIEW PBGC AND SETOFF OBJECTIONS (.4); EMAILS WITH COMMITTEE COUNSEL RE: SAME (.2). |
| GALARDI GM | 09/08/09 | 2.40 | REVIEW AND COMMENT ON DRAFT OBJECTION TO PBGC CLAIMS (1.6); REVIEW AND COMMENT ON RECEIVABLES SETOFF OBJECTION (.8). |
| GALARDI GM | 09/09/09 | 1.10 | FOLLOW-UP RE: PBGC CLAIMS OBJECTION AND SETOFF OBJECTION. |
| GALARDI GM | 09/10/09 | 1.40 | CALLS WITH PBGC RE: CLAIMS ANALYSIS AND SETTLEMENT (.9); FOLLOW-UP RE: SETOFF RECEIVABLES OBJECTION (.5). |
| GALARDI GM | 09/11/09 | 2.10 | CALLS AND EMAILS RE: CLAIMS ANALYSIS AND DS/PLAN NEEDS (1.6); CALLS AND EMAILS RE: PBGC STRATEGY (.5). |
| GALARDI GM | 09/14/09 | 0.40 | CALL RE: GUARANTY CLAIMS (.3); FOLLOW-UP REL PBGC (.1). |
| GALARDI GM | 09/15/09 | 0.60 | CALLS AND EMAILS RE: PBGC CLAIM SETTLEMENT (.6). |
| GALARDI GM | 09/16/09 | 0.20 | ADDRESS CLAIMS MATTERS RE: PBGC AND OTHERS. |
| GALARDI GM | 09/21/09 | 0.80 | WORK ON ISSUES RE: PBGC SETTLEMENT. |
| GALARDI GM | 09/24/09 | 0.70 | CALL WITH PBGC COUNSEL RE: VAIOUS ISSUES ON SETTLEMENT. |
| GALARDI GM | 09/25/09 | 0.40 | REVIEW PBGC STIPULATION. |
| | | 11.30 | |
| **Total Partner** | | **11.90** | |

| | | | |
|---|---|---|---|
| BAKER SK | 09/01/09 | 9.90 | REVISE OMNIBUS OBJECTION TO CERTAIN 503(B) AND 503(B)(9) CLAIMS AND TO ASSERT SET OFF RIGHTS (6.8); TELEPHONE CALL WITH M. NEARING REGARDING ADMINISTRATIVE EXPENSE REQUESTS (.2); RESEARCH CLAIMS OF MICRO PRODUCT DISTRIBUTIONS (.8); DRAFT CORRESPONDENCE TO M. NEARING REGARDING CLAIMS OF MICRO PRODUCTS DISTRIBUTORS (.2); TELEPHONE CONVERSATION WITH D. ENGDAHL REGARDING DISCLOSURE STATEMENT (.2); BEGIN DRAFT OF MOTION TO ALLOW CLAIMS (1.7). |
| BAKER SK | 09/02/09 | 10.50 | TELEPHONE CALL WITH V. CONVERSE REGARDING CLASS ACTION CLAIMS (.3); REVIEW CLASS ACTION PROOFS OF CLAIM (.4); DRAFT CORRESPONDENCE V. CONVERSE REGARDING CLASS ACTION CLAIMS (.1); TELEPHONE CALL WITH D. NICOLS OF SANTA CLARA COUNTY TAX COLLECTIONS OFFICE REGARDING AMENDED PROOF OF CLAIM (.1); REVIEW SANTA CLARA COUNTY TAX COLLECTION'S AMENDED PROOF OF CLAIM (.2); REVIEW CLAIMS REGARDING FOREIGN DEBTOR OMNIBUS OBJECTION (2.6); TELEPHONE CALL REGARDING PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT (.2) REVIEW B.SENATA'S MOTION BE PAID (.1); REVIEW G. DUNCAN RESPONSE TO DEBTORS' 31ST OMNIBUS CLAIMS OBJECTION (.1); REVIEW S. ALLEN'S RESPONSE TO DEBTORS' 15TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW HARRIS COUNTY'S RESPONSE TO DEBTORS 27TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW Y. LEI'S RESPONSE TO DEBTORS' 31ST OMNIBUS CLAIMS OBJECTION (.1); CONTINUE DRAFT OF MOTION TO ALLOW CLAIMS (3.6); REVIEW ADMINISTRATIVE EXPENSE REQUESTS TO DETERMINE VALIDATION UNDER BANKRUPTCY CODE (2.5). |
| BAKER SK | 09/03/09 | 10.20 | TELEPHONE CALL WITH E. JOHNSON REGARDING DISCLOSURE STATEMENT (.1); REVISE OBJECTION PBGC CLAIMS 14471 (6.1); CONTINUE DRAFT OF MOTION TO ALLOW CLAIMS (2.7); DRAFT ORDER TO MOTION TO ALLOW CLAIMS (.7); REVIEW ADMINISTRATIVE CLAIMS TO DETERMINE VALIDITY (1.3). |
| BAKER SK | 09/04/09 | 10.30 | RESEARCH REGARDING INSURANCE PREMISES AS ADMINISTRATIVE EXPENSES (2.4); REVIEW VARIOUS ADMINISTRATIVE EXPENSE REQUESTS REGARDING VALIDITY OF CLAIMED EXPENSES (7.9). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/08/09 | 14.10 | REVISE DRAFT OF MOTION TO ALLOW CLAIMS AND DEBTORS SET OFF RIGHTS (2.8); REVISE DRAFT OF OBJECTION TO CERTAIN 503(B) ADMINISTRATIVE EXPENSE REQUESTS (1.2); REVISE DRAFT OF OBJECTION TO 503(B) AND 503(B)(9) CLAIMS TO HOLD CLAIMS IN ABEYANCE (1.3); TELEPHONE CALL WITH M. KOERTJE REGARDING OMNIBUS OBJECTION PROCEDURES (.1); TELEPHONE CALL WITH D. DOSS REGARDING DISCLOSURE STATEMENT (.2); RESEARCH REGARDING PRUDENT INVESTOR RATE AND UNFOUNDED BENEFIT LIABILITIES (3.2); REVISE OBJECTION TO PBGC PROOFS OF CLAIM (5.3). |
| BAKER SK | 09/09/09 | 13.90 | REVISE OBJECTION TO PBGC'S PROOFS OF CLAIM (8.2); TELEPHONE CALL WITH C. ECKERT REGARDING DISCLOSURE STATEMENT (.2); TELEPHONE CALL WITH S. CONSTANTINO REGARDING DISCLOSURE STATEMENT (.2); TELEPHONE CALL WITH B. HARRIS REGARDING DISCLOSURE STATEMENT (.1); TELEPHONE CALL WITH M. JAMES REGARDING EQUITY INTERESTS UNDER LIQUIDATION PLAN (.1); TELEPHONE CALL WITH T. BORG REGARDING EQUITY INTEREST (.2); CIRCUIT CITY TEAM STATUS CONFERENCE CALL REGARDING SETTLEMENT AND SOLICITATION PROCEDURES (.5); TELEPHONE CALL WITH A. GROSSANTI REGARDING DEBTORS 31ST OMNIBUS OBJECTION TO CLAIMS (.2); REVIEW VARIOUS ADMINISTRATIVE EXPENSE CLAIM FILED BY UTILITIES REGARDING VALIDITY OF CLAIMED EXPENSES (4.2). |
| BAKER SK | 09/10/09 | 7.40 | REVIEW PBGC SETTLEMENT PROPOSAL (.1); REVIEW VARIOUS ADMINISTRATIVE EXPENSE CLAIMS TO DETERMINE VALIDITY OF CLAIMED EXPENSES (5.2); REVIEW DEBTORS' 34TH OMNIBUS OBJECTION TO CLAIMS (.3); TELEPHONE CALL WITH M. HAYMAN REGARDING MAJESCO ENTERTAINMENT (.1); REVIEW PROOF OF CLAIM OF CAPMARK FINANCE (.4); TELEPHONE CALL WITH J. LEININGER REGARDING ADMINISTRATIVE EXPENSE CLAIMS (.2); REVIEW PROOF OF CLAIM FILED BY WEC 9CD VESTAL INVESTMENT TRUST (.2); REVIEW PROOF OF CLAIM FILED BY WEC 9CD LAGLAN INVESTMENT TRUST (.2); REVIEW PROOF OF CLAIM FILED BY BOND LAIMAINT VII DELAWARE BUSINESS TRUST (.2); REVIEW PROOF OF CLAIM FILED BY BOND CLAIMANT V DELAWARE BUSINESS TRUST (.2); DRAFT CORRESPONDENCE TO J. LEININGER REGARDING DEBTORS' 33RD OMNIBUS OBJECTION TO CLAIMS (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/11/09 | 6.20 | REVIEW DEBTORS 37TH OMNIBUS OBJECTION TO PERSONAL PROPERTY TAX CLAIMS (.3); REVIEW ALAMEDA COUNTY TAX COLLECTION'S CLAIM FOR PERSONAL PROPERTY TAXES (.3); REVIEW ADMINISTRATIVE CLAIMS REGARDING VALIDITY OF CLAIMS (5.2); REVIEW CORRESPONDENCE FROM M. NEARING REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.1) DRAFT RESPONSE TO M. NEARING REGARDING ADMINISTRATIVE CLAIMS BAR DATE (.3). |
| BAKER SK | 09/14/09 | 7.00 | REVIEW SOLICITATIONS PROCEDURES MOTION AND PROPOSAL ORDER (.9); MEETING WITH CLIENT REGARDING CLAIMS OBJECTION (6.1). |
| BAKER SK | 09/15/09 | 14.80 | MEETING WITH CIRCUIT CITY WINDDOWN TEAM REGARDING REVIEW OF CLAIMS FOR VOTING PURPOSES (7.7); TELEPHONE CALL WITH COUNSEL FOR MAD COW INC. REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH COUNSEL FOR M. ARAJAO REGARDING DEBTORS' 31ST OMNIBUS OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH J. MANEVITZ REGARDING OBJECTION TO 503(B)(9) CLAIMS (.2); DRAFT SETTLEMENT AGREEMENT REGARDING PBGC CLAIMS (2.4); BEGIN DRAFT OF 9019 MOTION REGARDING PBGC SETTLEMENT (2.2); REVIEW SETTLEMENT AGREEMENT WITH IBM (.4); DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING IBM SETTLEMENT AGREEMENT (.2); BEGIN DRAFT OF OBJECTION TO OVERRULE CLAIM FOR VOTING PURPOSES ONLY (1.3). |
| BAKER SK | 09/16/09 | 13.20 | CONTINUE DRAFT OF PBGC 9019 MOTION (1.3); REVISE SPREADSHEET REGARDING LEGAL BASIS FOR OBJECTION TO VARIOUS ADMINISTRATIVE PRIORITY CLAIMS (2.6); MEETING WITH CIRCUIT CITY WINDDOWN TEAM AND FTI REGARDING VALIDITY OF UNSECURED CLAIMS (9.3). |
| BAKER SK | 09/17/09 | 7.40 | REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING REVIEW OF UNSECURED CLAIMS FOR VOTING PURPOSES (.1); DRAFT PBGC 9019 MOTION (3.6); REVIEW CORRESPONDENCE FROM F. LEON REGARDING PROOF OF CLAIM (.1); DRAFT CORRESPONDENCE TO F. LEON REGARDING FILING PROOFS OF CLAIM (.1); RESEARCH AND REVIEW F. LEON PROOF OF CLAIM (.3); DRAFT OBJECTION FOR VOTING PURPOSES REGARDING OVERVALUED CLAIMS (3.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/18/09 | 4.20 | DRAFT ORDER TO OMNIBUS OBJECTION TO OVERVALUED CLAIMS FOR VOTING PURPOSES (.8); REVIEW OBJECTION TO DISCLOSURE STATEMENT FILED BY LONGACE OPPORTUNITY FUND (.2); REVIEW RESPONSE OF MICHAEL CULLEN TO DEBTORS' DISCLOSURE STATEMENT (.1); REVIEW ANTOR MEDIA CORPORATION'S RESPONSE TO DEBTORS' DISCLOSURE STATEMENT (.1); REVIEW E. WANAIS RESPONSE TO DEBTORS' 36TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW EMAIL FROM H. FERGUSON REGARDING DUPLICATE CLAIMS OBJECTION (.1); REVIEW CORRESPONDENCE REGARDING AGREEMENT WITH SSAN ANGELO PARTNERS (.1); REVIEW EMAIL FROM J. ROBINSON REGARDING DEBTORS' 42ND OMNIBUS CLAIMS OBJECTION (.1); REVIEW PROPOSED EXHIBITS TO DEBTORS' 42ND OMNIBUS OBJECTION MOTION (.8); REVIEW EXHIBITS TO DEBTORS 43RD OMNIBUS OBJECTION TO CLAIMS (1.6); TELEPHONE CALL WITH T. PARKER REGARDING DISCLOSURE STATEMENT (.2). |
| BAKER SK | 09/20/09 | 9.70 | REVIEW OMNIBUS OBJECTION EXHIBITS TO DETERMINE VALIDITY OF BASIS FOR OBJECTION (9.7). |
| BAKER SK | 09/21/09 | 15.70 | REVIEW OMNIBUS EXHIBITS REGARDING VALIDITY OF BASIS FOR OBJECTION (15.7). |
| BAKER SK | 09/22/09 | 1.20 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING CLAIMS FILED BY "EXPORT DEVELOPMENT CANADA(.1); REVIEW CLAIMS FILED BY EXPORT DEVELOPMENT CANADA (.3); REVIEW CORRESPONDENCE FROM A. ROBERTS REGARDING UTILITY PAYMENT REQUEST INSTRUCTIONS (.1); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING IBM SETTLEMENT TERMS (.1); DRAFT RESPONSE TO E. GERSHBEIN REGARDING SETTLEMENT TERMS (.2); REVIEW DEBTORS' 31ST OMNIBUS OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH D. KIBBY REGARDING DEBTORS' OBJECTION TO CLAIMS AND STATUS HEARING (.2). |