| | | | |
|---|---|---|---|
| BAKER SK | 09/23/09 | 1.10 | REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING MANUFACTURERS AND TRADERS TRUST (.1); REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING NON-VOTING CLASS SOLICITATION MATERIALS (.1); REVIEW EMAIL FROM E. EGERSHBEIN REGARDING NON-VOTING CLASS SOLICITATION MATERIALS (.1); REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING VOTING BALLOTS (.1); REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING BALLOTS VOTED BY SCHEDULED CREDITORS (.1); REVIEW MOTOROLA'S RESPONSE TO DEBTORS' 34TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW M. FINCH'S RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW BREVARD COUNTY TAX COLLECTORS' RESPONSE TO DEBTORS' 37TH OMNIBUS OBJECTION TO CLAIM (.1); REVIEW SPOKANE COUNTY TREASURER'S RESPONSE TO DEBTORS' 37TH OMNIBUS OBJECTION (.2); REVIEW KITSUP COUNTY TREASURER'S RESPONSE TO DEBTORS' 37TH OMNIBUS OBJECTION TO CLAIMS (.1). |
| BAKER SK | 09/24/09 | 0.60 | TELEPHONE CALL WITH A. GRISSANTI REGARDING WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH R. CORDOVA REGARDING WORKERS' COMPENSATION PROCEEDINGS (.1); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING SOLICITATION PROCEDURES (.1); REVIEW REVISED PROPOSED PBGC SETTLEMENT AGREEMENT (.2). |
| BAKER SK | 09/25/09 | 3.40 | RESEARCH REGARDING SECTION 502(D) AND DECLARATORY JUDGMENT ACTIONS (2.4); TELEPHONE CALL WITH REPRESENTATIVE OF OPTOMA TECHNOLOGIES REGARDING DEBTORS 40TH OBJECTION TO CLAIMS (.3); REVIEW BALLOTING INFORMATION AND FORM BALLOTS TO DETERMINE ACCURACY OF INFORMATION (.7). |
| BAKER SK | 09/28/09 | 6.20 | REVIEW CORRESPONDENCE FROM C. CARMADELLO REGARDING OBJECTION TO NAVARRE'S CLAIM (.1); REVISE 502(D) BRIEF (2.3); BEGIN DRAFT OF OBJECTION TO SONLY ADMINISTRATIVE CLAIMS (3.6); TELEPHONE CALL WITH M. RIGHETTI REGARDING DEBTORS' 44TH OMNIBUS CLAIMS OBJECTION (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/29/09 | 5.70 | DRAFT LETTER REGARDING SONY PICTURES SETTLEMENT PROPOSAL (.4); REVIEW PROOFS OF CLAIM REGARDING DEBTORS' 44TH OMNIBUS OBJECTION TO CLAIMS (.7); DRAFT CORRESPONDENCE TO M. RIGHETTI REGARDING CLAIM OBJECTION SETTLEMENT PROPOSAL (.7); REVIEW K. PORTER'S RESPONSE TO DEBTORS' 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW MITSUBISHI'S RESPONSE TO DEBTORS 4TH, 20TH AND 23RD OBJECTION TO CLAIMS (.2); CONTINUE DRAFT OF OBJECTION TO SONY'S ADMINISTRATIVE EXPENSE CLAIMS (3.6). |
| BAKER SK | 09/30/09 | 0.50 | REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIM AND FINAL ORDER (.1); REVIEW PROOF OF CLAIM OF SIGHT AND SOUND SOLUTIONS INC., (.2); TELEPHONE CALL WITH DAVE AT SIGHT AND SOUND SOLUTIONS, INC.; (.2). |
| | | **173.20** | |
| DANGELO PS | 09/01/09 | 4.50 | REVIEWED CLAIMS TO DETERMINE WHETHER THEY ARE ENTITLED TO PRIORITY UNDER THE BANKRUTPCY CODE. |
| DANGELO PS | 09/02/09 | 2.80 | REVIEWED CLAIMS FOR PRIORITY STATUS. |
| DANGELO PS | 09/03/09 | 2.50 | REVIEWED CLAIMS RELATED TO PENSION AND 401K OBLIGATIONS. |
| DANGELO PS | 09/04/09 | 6.90 | REVIEWED ADMINISTRATIVE EXPENSE CLAIMS. |
| DANGELO PS | 09/08/09 | 1.60 | REVIEWED CLAIMS TO DETERMINE WHETHER THEY ARE ENTITLED TO ADMINISTRATIVE PRIORITY. |
| DANGELO PS | 09/10/09 | 0.90 | REVIEWED CLAIMS TO DETERMINE WHETHER THEY ARE ENTITLED TO ADMINISTRATIVE PRIORITY. |
| DANGELO PS | 09/21/09 | 6.80 | REVIEWED CLAIMS FOR UPCOMING HEARING. |
| DANGELO PS | 09/29/09 | 7.90 | RESEARCH REGARDING AVOIDANCE ACTIONS AND TAX CLAIM ISSUES. |
| DANGELO PS | 09/30/09 | 8.70 | RESEARCH REGARDING SECTION 553(B). REVIEWED MATERIALS FOR REPLY TO PARAMOUNT HOME ENTERTAINMENT INC.'S RESPONSE. |
| | | **42.60** | |
| DOSUNMU FS | 09/01/09 | 3.20 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (3.2). |
| DOSUNMU FS | 09/02/09 | 3.70 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (2.9); VARIOUS CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.8). |

| | | | |
|---|---|---|---|
| DOSUNMU FS | 09/25/09 | 1.20 | CONFERENCE WITH CLAIMANTS REGARDING VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.2). |
| | | **8.10** | |
| FREDERICKS IS | 09/01/09 | 9.70 | REVIEW ISSUES RELATED OBJECTIONS TO PERSONAL INJURY CLAIMS AND CORRESPONDENCE TO D. FOLEY RE: SAME (2.7); REVIEW VARIOUS ADMIN AND PRIORITY CLAIMS AND CONFER W/ SKADDEN WORKING GROUP RE: SAME (4.1); FURTHER REVIEW AND REVISE OBJECTION TO ADMIN AND 503(B)(9) CLAIMS TO EFFECTUATE SETOFF (2.9). |
| FREDERICKS IS | 09/02/09 | 5.40 | REVIEW AND REVISE VARIOUS ADMIN AND PRIORITY CLAIMS FOR OBJECTIONS TO BE FILED (4.1); REVIEW AND REVISE OBJECTION TO LTIP CLAIMS (1.3). |
| FREDERICKS IS | 09/03/09 | 8.70 | REVIEW AND REVISE OBJECTION TO PBGC CLAIMS BASED ON COMMENTS FROM GROOME (8.7). |
| FREDERICKS IS | 09/04/09 | 8.10 | CONTINUE TO REVIEW AND REVISE SETOFF AN PBGC OBJECTIONS AND CORRESPONDENCE RE: SAME (4.2); REVIEW VARIOUS CLAIMS FOR UPCOMING OBJECTIONS AND CORRESPONDENCE TO H. FERGUSON RE: SAME (2.6); WORK RE: ADDITIONAL CLAIM REVIEWS AND ADDRESS QUESTIONS RE: SAME (1.3). |
| FREDERICKS IS | 09/08/09 | 5.10 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO PBGC RE: CLAIMS (1.4); TELEPHONE CALL RE: PBGC CALL (.3); CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: PROPOSED PBGC SETTLEMENT (.2); CONTINUE TO REVIEW ADMIN CLAIMS AND UPDATE OBJECTION CHART FOR CC (3.2). |
| FREDERICKS IS | 09/09/09 | 9.10 | REVIEW STATUS CHARTS OF LANDLORD CLAIMS AND TELEPHONE CALL RE: SAME (.8); REVIEW AND REVISE UPDATED PBGC OBJECTION TO INCORPORATE G. GALARDI'S COMMENTS (8.3). |
| FREDERICKS IS | 09/10/09 | 6.50 | DRAFT SETTLEMENT PROPOSAL AND UNDERLYING REASONING TO COUNSEL TO PBGC RE: RESOLUTION OF ALL CLAIMS (.7); REVIEW LIST OF SCHEDULED MERCHANDISE CLAIMS AS CORD AND CORRESPONDENCE TO J. POMERANTZ RE: SAME (.8); REVIEW AND REVISE MOTION TO ALLOW CERTAIN SCHEDULED MERCHANDISE CLAIMS IN REDUCED AMOUNT AFTER SETOFF (4.6); TELEPHONE CALL W/ B. FOSE RE: SAME (.4). |
| FREDERICKS IS | 09/14/09 | 2.60 | CONFER WITH B. FOSE AND H. FERGUSAN RE: SCHEDULED AMENDMENT MOTION (.8); REVIEW DATA RELATED TO SCHEDULE AMENDMENT MOTION (1.3); CONFER WITH CC REPRESENTATIVES RE: LANDLORD CLAIM ISSUES (.5). |

18                                                                B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 09/16/09 | 5.90 | PARTICIPATE IN VARIOUS MEETINGS WITH CC, FTI AND CC AND FTI RE: GENERAL CLAIMS STRATEGY AND LANDLORD CLAIMS STRATEGY (4.4); REVIEW AND REVISE PBGC STIPULATION RESOLVING ALL CLAIMS (.7); CONFERENCE W/ S. BOEHM AND D. FOLEY RE: GENERAL CLAIMS STRATEGY (.8). |
| FREDERICKS IS | 09/17/09 | 3.60 | REVIEW SUMMARY CHART OF ADMIN AND PRIORITY CLAIMS THAT WERE REVIEWED AND CORRESPONDENCE TO CC RE: SAME (2.2); REVIEW, REVISE AND FINALIZE SUMMARY CHART OF ADMIN LANDLORD CLAIMS AND CORRESPONDENCE TO CC RE: SAME (1.4). |
| FREDERICKS IS | 09/18/09 | 7.10 | REVIEW CLAIMS WATERFALL AND WORK WITH FTI RE: SAME (1.7); WORK WITH FTI ON LANDLORD/LANDLORD GUARANTEE ISSUES (3.5); PARTICIPATE IN CONFERENCE CALLS WITH FTI AND CC RE: GENERAL CLAIMS STRATEGY (1.9). |
| FREDERICKS IS | 09/21/09 | 2.10 | REVIEW AND REVISE OMNIBUS OBJECTIONS 42-47 FOR FILING (2.1). |
| FREDERICKS IS | 09/22/09 | 3.80 | REVIEW AND REVISE 503B9/558 SETOFF OBJECTION (3.8). |
| FREDERICKS IS | 09/24/09 | 3.20 | CONFERENCE CALL WITH CC AND FTI RE: GOING FORWARD CLAIMS STRATEGY AND FOLLOW-UP FROM MEETING WITH LIQUIDATING TRUSTEE (1.3); REVIEW AND REVISE STIPULATION AS REVISED BY PBGC AND CORRESPONDENCE RE: SAME (1.1); REVIEW CIRCUIT CITY 503(B)(9) OPINION AND TELEPHONE CALL RE: DRAFTING OBJECTION TO UTILITY 503(B)(9) CLAIMS (.8). |
| FREDERICKS IS | 09/29/09 | 2.70 | REVIEW AND REVISE MULTIPLE DRAFTS OF PBGC SETTLEMENT AND WORK WITH COUNSEL TO PBGC TO ATTEMPT TO FINALIZE SAME (2.7). |
| FREDERICKS IS | 09/30/09 | 5.70 | PARTICIPATE IN CLAIM STRATEGY MEETINGS (5.7). |
| | | **89.30** | |
| KIM CW | 09/01/09 | 2.70 | SEARCH FOR 4TH CIR CASES ON SETOFF (2.7). |
| KIM CW | 09/02/09 | 3.70 | RESEARCH SETOFF ISSUE IN 4TH CIRCUIT (2.8); RESEARCH TREATISES ON SETOFF ISSUE (0.9). |
| KIM CW | 09/03/09 | 3.60 | RESEARCH SETOFF IN THE 2D CIRCUIT (2.1); SUMMARIZE SETOFF CASE LAW IN 4TH AND 2D CIRCUITS (1.5). |
| KIM CW | 09/24/09 | 3.00 | REVIEW RECLAMATION ISSUES AND MEMO (0.6); BEGIN RECLAMATION RESEARCH IN TREATISES (0.7); PULL AND READ CASES MENTIONED BY TREATISES (1.2) REVIEW PARAMOUNT RESPONSE AND OUTLINE ARGUMENTS (0.5). |

| | | | |
|---|---|---|---|
| KIM CW | 09/25/09 | 5.50 | READ CASE SUMMARIES ON RECLAMATION (0.3); SEARCH FOR CASE LAW IN ALL JURISDICTIONS REGARDING RECLAMATION CLAIMS POST-BAPCPA (2.1); READ AND SUMMARIZE CASES ON RECLAMATION (3.1). |
| KIM CW | 09/28/09 | 2.80 | REVIEW AND SUMMARIZE CASES ON RECLAMATION (2.8). |
| KIM CW | 09/29/09 | 1.00 | ORGANIZE RECLAMATION CASES (0.2); CONTINUE SUMMARIZING RECLAMATION CASE LAW (0.3); SEARCH FOR ADDITIONAL RECLAMATION CASES ON LEXIS (0.5). |
| KIM CW | 09/30/09 | 1.10 | SEND INFORMATION TO P. DANGELO REGARDING RECLAMATION WITH CASES AND CASE SUMMARIES (1.1). |
| | | **23.40** | |
| KORKIS C | 09/01/09 | 10.40 | CLASSIFIED AND DETERMINED STATUS OF ADMINISTRATIVE CLAIMS (3.4). CONDUCTED RESEARCH RE OBJECTIONS TO PERSONAL INJURY TORT CLAIMS UNDER SECTION 157(B) AND WHAT IS CONSIDERED A PERSONAL INJURY TORT CLAIM (7.0). |
| KORKIS C | 09/02/09 | 6.30 | REVIEWED AND CLASSIFIED CLAIMS. |
| KORKIS C | 09/03/09 | 2.60 | REVIEWED AND CLASSIFIED CLAIMS TO DETERMINE VALIDITY AND APPROPRIATE OBJECTIONS. |
| KORKIS C | 09/04/09 | 6.10 | CLAIMS CLASSIFICATION AND REVIEW FOR VALIDITY AND OBJECTIONS. |
| KORKIS C | 09/08/09 | 2.00 | REVIEWED AND CLASSIFIED CLAIMS TO DETERMINE VALIDITY AND OBJECTIONS. |
| KORKIS C | 09/10/09 | 2.00 | CLASSIFIED AND DETERMINED OBJECTIONS TO ADMIN CLAIMS. |
| KORKIS C | 09/21/09 | 4.30 | REVIEWED AMENDED CLAIMS FOR ACCURACY. |
| KORKIS C | 09/24/09 | 4.30 | RESEARCH RE TREATMENT OF UTILITIES AS GOODS OR SERVICES FOR PURPOSES OF 503(B)(9). |
| KORKIS C | 09/25/09 | 6.10 | RESEARCH RE TREATMENT OF UTILITIES AS GOODS OR SERVICES UNDER SECTION 503(B)(9) AND BEGAN WRITING MOTION RE OBJECTIONS TO UTILITY PROVIDERS SEEKING RELIEF UNDER 503(B)(9). |
| KORKIS C | 09/28/09 | 10.10 | WROTE MOTION RE OBJECTION TO UTILITY PROVIDERS' 503(B)(9) CLAIMS. |
| KORKIS C | 09/29/09 | 8.00 | WROTE MOTION RE OBJECTION TO UTILITY PROVIDERS' 503(B)(9) CLAIMS. |
| KORKIS C | 09/30/09 | 1.00 | EDITED MOTION RE OBJECTION TO UTILITY PROVIDERS' 503(B)(9) CLAIMS. |
| | | **63.20** | |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 09/01/09 | 7.40 | REVISING OMNIBUS OBJECTION RE CERTAIN INCENTIVE PROGRAMS (2.9). DRAFTING STIPULATION RE: CLAIMS OF DIP LENDERS (3.3). REVIEWING OBJECTION OF MERCEDES HOMES TO CIRCUIT CITY'S PROOF OF CLAIM AND CONTRACTING COUNSEL (.5). ADJOURNING HEARINGS RE LATE PROOFS OF CLAIM (.4). UPDATING TASK LIST (.3). |
| KUMAR JS | 09/02/09 | 4.10 | CONTINUE DRAFTING STIPULATION RE CLAIMS OF DIP LENDERS (1.3). FINALIZING AND FILING RESPONSE TO OBJECTION OF MERCEDES HOMES (.4). REVIEWING CLAIMS FOR EXHIBIT TO OMNIBUS OBJECTION RE CERTAIN INCENTIVE PROGRAMS (2.4). |
| KUMAR JS | 09/03/09 | 6.80 | CONTINUE REVIEWING CLAIMS FOR EXHIBITS TO OMNIBUS OBJECTION RE INCENTIVE PROGRAMS AND REVISING OMNIBUS OBJECTION RE INCENTIVE PROGRAMS (6.8). |
| KUMAR JS | 09/04/09 | 0.70 | REVISING OMNIBUS OBJECTION RE INCENTIVE PROGRAMS (.7). |
| KUMAR JS | 09/08/09 | 8.90 | LEGAL RESEARCH RE EQUITABLE SUBORDINATION OF PENALTY CLAIMS (5.8); CALL WITH COMPANY RE OMNIBUS OBJECTION RE INCENTIVE PROGRAMS (.8) AND REVISING OBJECTION (2.3). |
| KUMAR JS | 09/09/09 | 7.50 | REVISING OMNIBUS OBJECTION RE INCENTIVE PROGRAMS (3.4). CALL WITH SKADDEN, KCC AND FTI RE CLAIMS AND SOLICITATION (.5). DRAFTING SECTION OF OBJECTION TO PBGC CLAIMS RE PENALTIES (3.6). |
| KUMAR JS | 09/10/09 | 2.40 | REVISING OMNIBUS OBJECTION RE INCENTIVE CLAIMS AND REVIEWING EXHIBITS (2.4). |
| KUMAR JS | 09/14/09 | 2.10 | REVISING OMNIBUS OBJECTION RE INCENTIVE PROGRAM AND REVIEWING EXHIBITS THERETO (2.1). |
| KUMAR JS | 09/15/09 | 3.20 | LEGAL RESEARCH RE CERTAIN EMPLOYMENT CLAIMS UNDER SECTION 502(B)(7) AND UNDER TOP HAT BENEFIT PLANS (3.2). |
| KUMAR JS | 09/25/09 | 0.60 | EMAIL AND CALL WITH COUNSEL TO CHARTER COMMUNICATIONS RE LEASE REJECTION STIPULATION (.6). |
| KUMAR JS | 09/28/09 | 1.10 | REVIEWING BANK OF AMERICA CLAIMS (1.1). |
| | | **44.80** | |
| LAZAROFF KA | 09/01/09 | 4.50 | ATTENTION TO LANDLORD CLAIMS (4); REVIEW OF NON-GOODS CLAIMS (.5). |
| LAZAROFF KA | 09/02/09 | 6.00 | REVIEW OF VARIOUS PRIORITY CLAIMS (.3); REVIEW OF LANDLORD CLAIMS (3.7); REVIEW OF EMPLOYEE LTIP CLAIMS (2). |
| LAZAROFF KA | 09/03/09 | 8.80 | REVIEW OF LTIP EMPLOYEE CLAIMS (5.3); REVIEW OF LANDLORD CLAIMS (3.5). |
| LAZAROFF KA | 09/04/09 | 5.00 | ATTENTION TO LANDLORD ADMIN CLAIMS. |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 09/08/09 | 6.80 | ATTENTION TO LANDLORD ADMIN CLAIMS. |
| LAZAROFF KA | 09/09/09 | 7.00 | ATTENTION TO LANDLORD ADMIN CLAIMS. |
| LAZAROFF KA | 09/10/09 | 8.00 | RESEARCH FOR OBJECTION TO PBCG ADMIN CLAIM FOR TERMINATION PREMIUMS (4); ATTENTION TO LANDLORD CLAIMS (4). |
| LAZAROFF KA | 09/11/09 | 8.00 | ATTENTION TO LANDLORD ADMIN CLAIMS. |
| LAZAROFF KA | 09/14/09 | 2.00 | ATTENTION TO LANDLORD ADMINISTRATIVE CLAIMS. |
| LAZAROFF KA | 09/15/09 | 2.00 | RESEARCH ON CALCULATION OF LEASE REJECTION DAMAGES (1.5); ATTENTION TO VERIZON SETTLEMENT PAYMENT ISSUE (.5). |
| | | **58.10** | |
| LIBERI JM | 09/01/09 | 1.50 | BEGIN REVIEW OF CLAIMS FOR POTENTIAL OBJECTION RE: NO DOMESTIC ENTITY LIABILITY (0.8); REVIEW PROPOSED OBJECTION AND CLAIMS RE: 503(B)(9) NON-GOODS MATERS (0.7). |
| LIBERI JM | 09/02/09 | 2.70 | CONTINUE REVIEW OF CLAIMS AND SUPPORTING DOCUMENTATION RE: CLAIMS OBJECTION FOR NON-DOMESTIC COMPANY LIABILITIES (0.9); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.3); REVIEW ORDER ON TWENTY-FOURTH OMNIBUS OBJECTION RE: CLAIMS OF TSA STORES, INC. (0.3); COMMUNICATE WITH COUNSEL FOR TSA STORES RE: SAME (0.2); REVIEW STATUS OF PENDING CLAIMS OBJECTIONS (0.3); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.7). |
| LIBERI JM | 09/03/09 | 3.50 | REVIEW/ANALYZE MULTIPLE CLAIMS FILED BY CERTAIN CLAIMANTS RE: DUPLICATE OR WRONG-DEBTOR ISSUES (2.6); REVIEW MOTION OF MINER FLEET MANAGEMENT RE: LEAVE TO FILE LATE ADMINISTRATIVE CLAIM (0.3); FOLLOW UP RE: ALLEGATIONS PRESENTED IN MOTION (0.6). |
| LIBERI JM | 09/04/09 | 4.20 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (1.8); REVIEW DRAFT OMNIBUS OBJECTION EXHIBITS RE: PREVIOUSLY PAID/SATISFIED CLAIMS (0.6); REVIEW CLAIMS RE: SAME (0.5); FOLLOW UP ON INFORMATION REQUESTS TO CREDITORS SUBMITTING PROOFS OF CLAIM WITH INSUFFICIENT SUPPORT (1.3). |
| LIBERI JM | 09/08/09 | 0.30 | FOLLOW UP ON TECHNUITY SETTLEMENT AND PAYMENT OF SETTLEMENT AMOUNT (0.3). |
| LIBERI JM | 09/09/09 | 2.60 | REVIEW CLAIMS RE: GROUNDS FOR OBJECTION (1.8); REVIEW DRAFT OMNIBUS OBJECTIONS AND EXHIBITS RE: RECLASSIFICATION OF CLAIMS (0.8). |

| | | | |
|---|---|---|---|
| LIBERI JM | 09/11/09 | 1.20 | REVIEW DRAFT OMNIBUS OBJECTIONS AND EXHIBITS RE: PENSION AND 401(K) CLAIMS (0.7); FOLLOW UP RE: PENSION CLAIMS ISSUES (0.5). |
| LIBERI JM | 09/14/09 | 0.70 | REVIEW DRAFT OMNIBUS OBJECTION TO CLAIMS (0.3); REVIEW CLAIMS SUBJECT TO OBJECTION RE: GROUNDS FOR OBJECTION (0.4). |
| LIBERI JM | 09/15/09 | 2.20 | REVIEW AND COMMENT ON FOURTIETH OMNIBUS OBJECTION TO CLAIMS AND RELATED EXHIBITS (0.8); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: VARIOUS ASSERTED CLAIMS (0.3); REVIEW DOCUMENTATION RE: SAME (0.4); COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: ADMINISTRATIVE CLAIMS (0.2); REVIEW DOCUMENTATION RE: SAME (0.3); FOLLOW UP WITH DEBTORS RE: MOTOROLA AND GENERAL INSTRUMENT CLAIMS (0.2). |
| LIBERI JM | 09/16/09 | 2.20 | COMMUNICATE FOR CLAIMANTS AND COUNSEL RE: ADDITIONAL SUPPORTING DOCUMENTATION REQUIRED FOR FILED CLAIMS (1.4); REVIEW INFORMATION PROVIDED IN SUPPORT OF SAME (0.5); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.3). |
| LIBERI JM | 09/17/09 | 1.80 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.8); REVIEW CONTRACTS ALLEGEDLY SUPPORTING CLAIMS RE: SAME (0.6); CONSIDER CLAIMS OBJECTIONS RE: NON-DOMESTIC COMPANY LIABILITIES (0.4). |
| LIBERI JM | 09/18/09 | 2.00 | REVIEW DRAFT OMNIBUS OBJECTIONS AND EXHIBITS RE: DUPLICATES AND LATE-FILED CLAIMS (1.2); COMMUNICATE WITH CLAIMANTS RE: INQUIRIES ABOUT CLAIMS RECONCILIATION AND PAYMENT (0.4); FOLLOW UP WITH CLAIMANTS RE: ADDITIONAL SUPPORT REQUIRED FOR CERTAIN FILED CLAIMS (0.4). |
| LIBERI JM | 09/21/09 | 2.90 | REVIEW RESPONSES TO OMNIBUS OBJSCTIONS (1.8); FOLLOW UP ON ALLEGATIONS MADE IN RESPONSES (0.7); RESPOND TO CREDITOR INQUIRIES RE: STATUS OF CLAIMS RECONCILIATION AND PAYMENT (0.4). |
| LIBERI JM | 09/22/09 | 3.30 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (0.8); FOLLOW UP ON ALLEGATIONS MADE THEREIN (0.6); RESPOND TO CREDITOR INQUIRIES RE: STATUS OF CLAIMS PROCESS (0.5); REVIEW COURT'S OPINION RE: SECTION 503(B)(9) AND DEFINITION OF GOODS (0.4); FOLLOW UP RE: SAME (0.6); COMMUNICATE WITH 503(B)(9) CLAIMANTS RE: PENDING CLAIMS AND DEFINITION OF GOODS (0.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 09/23/09 | 1.90 | RESEARCH ISSUES RE: INTEREST AND ATTORNEYS' FEES ASSERTED IN ADMINISTRATIVE AND GENERAL UNSECURED CLAIMS (1.6); COMMUNICATE WITH CLAIMS AGENT RE: CLAIMS REGISTER MATTERS IN CONNECTION WITH CLAIMS SETTLEMENTS (0.3). |
| LIBERI JM | 09/24/09 | 3.20 | FOLLOW UP ON PAST INFORMATION REQUESTS TO CLAIMANTS LACKING SUPPORT FOR ALLEGED CLAIMS (1.7); REVIEW INFORMATION PROVIDED BY CLAIMANTS AND COUNSEL (0.4); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.3); RESPOND TO CREDITOR INQUIRIES RE: CLAIMS RECONCILIATION AND DISTRIBUTION (0.3); REVIEW RESPONSES TO OMNIBUS OBJECTIONS AND ALLEGATIONS MADE THEREIN (0.5). |
| LIBERI JM | 09/25/09 | 3.00 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.6); REVIEW ADDITIONAL DOCUMENTATION PROVIDED BY CLAIMANTS IN SUPPORT OF CLAIMS (0.5); REVISE DRAFT SETTLEMENT PAPERS RE: CLAIMS RESOLUTIONS (0.4); COMMUNICATE WITH COUNSEL FOR INFOGAIN RE: CLAIMS MATTERS (0.2); COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: PEREFERENCE MATTERS (0.3); REVIEW PREFERENCE DEFENSE MATERIALS PROVIDED BY COUNSEL TO COLUMBUS DISPATCH (0.7); COMPARE TO DEBTORS' PREFERENCE ANALYSIS (0.3). |
| LIBERI JM | 09/28/09 | 4.30 | REVIEW/RECONCILE CLAIMS AND SUPPORT PROVIDED BY ACER/GATEWAY (1.6); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.4); CONSIDER SETTLEMENT PROPOSALS RE: SAME (0.3); COMMUNICATE WITH CLAIMANTS AND COUNSEL RE: INSUFFICIENT SUPPORT FOR FILED CLAIMS (0.8); DRAFT NOTICE OF WITHDRAWAL OF CLAIM RE: STERLING REPORTING (0.2); COMMUNICATE WITH STERLING PERSONNEL RE: SAME (0.2); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.8). |
| LIBERI JM | 09/29/09 | 1.30 | RESEARCH ALLEGATIONS BY CREDITOR THAT IT FILED 503(B)(9) CLAIM BEFORE BAR DATE DESPITE NO CLAIMS AGENT RECORD OF SUCH FILING (0.7); COMMUNICATE WITH CLAIMS AGENT RE: SAME (0.3); FOLLOW UP RE: SAME (0.3). |
| LIBERI JM | 09/30/09 | 4.10 | CONFERENCE CALL RE: CLAIMS MATTERS AND COLLECTION OF ACCOUNTS RECEIVABLE (2.3); RESEARCH AND REVIEW PROOFS OF CLAIM FILED BY SLAM BRANDS, INC. AND SUPPORTING DOCUMENTATION (0.7); COMMUNICATE WITH CLAIMS AGENT RE: SAME (0.4); REVIEW INFORMATION PROVIDED BY CLAIMS AGENT RE: SAME (0.4); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: SAME (0.3). |
| | | 48.90 | |

| | | | |
|---|---|---|---|
| **Total Associate** | | 551.60 | |
| HEANEY CM | 09/10/09 | 1.60 | EDIT/REVISE GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS TO CLAIMS (1.6). |
| HEANEY CM | 09/11/09 | 0.40 | EDIT/REVISE GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS TO CLAIMS (.4). |
| HEANEY CM | 09/14/09 | 1.30 | EDIT/REVISE GLOBAL CHART OF RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS (1.3). |
| HEANEY CM | 09/15/09 | 0.90 | EDIT/REVISE GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS TO CLAIMS (.9). |
| HEANEY CM | 09/16/09 | 1.90 | EDIT/REVISE GLOBAL CHART OF RESPONSES TO OMNIBUS OBJECTIONS TO CLAIMS (.7); DRAFT, EDIT/REVISE EXHIBIT CHART FOR 9-22 HEARING (1.2). |
| HEANEY CM | 09/17/09 | 2.10 | EDIT/REVISE EXHIBIT AND GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS TO CLAIMS (1.9); COORDINATE WITH THIRD PARTIES REGARDING SERVICE ON AFFECTED PARTIES (.2). |
| HEANEY CM | 09/18/09 | 0.40 | EDIT/REVISE BILLS FOR EXHIBIT AND GLOBAL CHART TO OMNIBUS OBJECTIONS RESPONSES (.4). |
| HEANEY CM | 09/21/09 | 0.40 | REVIEW RESPONSE CHART AND DOCKETS FOR UPDATES (.4). |
| HEANEY CM | 09/24/09 | 1.10 | REVIEW CASE FILES AND COURT DOCKETS RE: PLEADINGS TO BE USED AS PRECEDENT (.3); OBTAIN, AND DISTRIBUTE PLEADINGS (.2); EDIT/REVISE GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS (.6). |
| HEANEY CM | 09/25/09 | 1.90 | REVIEW AGENDA EXHIBITS AND COURT DOCKET RE: UPDATES TO GLOBAL RESPONSE CHART (.9); EDIT/REVISE CHART (.7); ASSIST ATTORNEY WITH STATUS OF RESPONSES (.3). |
| | | 12.00 | |
| **Total Legal Assistant** | | 12.00 | |
| **TOTAL TIME** | | <u>575.50</u> | |

25

B43E

Circuit City Stores, Inc. (DIP)                                   Bill Date: 10/06/09
Claims Admin. (Reclamation/Trust Funds)                           Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LIBERI JM | 09/15/09 | 0.90 | REVIEW EMAILS AND EXHIBITS ATTACHED TO MINER FLEET MANAGEMENT MOTION TO FILE LATE ADMINISTRATIVE CLAIM (0.5); FOLLOW UP WITH DEBTORS RE: SAME (0.2); COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: SAME (0.2). |
| LIBERI JM | 09/18/09 | 0.40 | COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: PROPOSED RESOLUTION OF MOTION FOR LEAVE TO FILE LATE CLAIMS (0.2); FOLLOW UP RE: SAME (0.2). |
| LIBERI JM | 09/21/09 | 0.50 | REVIEW MOTION OF A. ISAAC RE: LEAVE TO FILE LATE CLAIMS (0.3); FOLLOW UP RE: SAME (0.2). |
|  |  | 1.80 |  |
| **Total Associate** |  | 1.80 |  |
| **TOTAL TIME** |  | <u>1.80</u> |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                               Bill Date: 10/06/09
Creditor Meetings / Statutory Committees                      Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/02/09 | 0.60 | REVIEW AND COMMENT ON COMMITTEE UPDATE (.6). |
| GALARDI GM | 09/23/09 | 0.60 | FOLLOW-UP RE: COMMITTEE/LIQUIDATING TRUSTEE MEETING. |
|  |  | 1.20 |  |
| **Total Partner** |  | 1.20 |  |
| **TOTAL TIME** |  | <u>1.20</u> |  |

27                                                                              B43E

Circuit City Stores, Inc. (DIP)                                  Bill Date: 10/06/09
Disclosure Statement / Voting Issues                             Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 09/20/09 | 3.10 | REVIEW OBJECTIONS AND OTHER PREPARATION FOR DISCLOSURE STATEMENT HEARING. |
| DICKERSON CL | 09/21/09 | 5.60 | PREPARE FOR DISCLOSURE STATEMENT HEARING (5.6). |
| DICKERSON CL | 09/22/09 | 5.50 | PREPARE FOR/ATTEND DISCLOSURE STATEMENT HEARING. |
| DICKERSON CL | 09/24/09 | 1.10 | ATTENTION TO SOLICITATION ISSUES (.3); DISCUSSIONS RE SAME (.8). |
|  |  | 15.30 |  |
| GALARDI GM | 09/03/09 | 0.40 | ADDRESS SOLICITATION AND BALLOTING ISSUES (.4). |
| GALARDI GM | 09/11/09 | 0.50 | WORK ON SOLICITATION AND VOTING ISSUES/BALLOTS (.5). |
| GALARDI GM | 09/15/09 | 0.80 | WORK ON ISSUES RE: VOTING AND OBJECTIONS TO CLAIMS FOR VOTING PURPOSES. |
| GALARDI GM | 09/17/09 | 0.70 | REVIEW LIQUIDATING TRUST EMAILS AND AGREEMENT. |
| GALARDI GM | 09/20/09 | 1.10 | WORK ON DISCLOSURE STATEMENT ISSUES AND OBJECTIONS. |
| GALARDI GM | 09/21/09 | 1.10 | FOLLOW-UP RE: DISCLOSURE STATEMENT ISSUES AND HEARING. |
|  |  | 4.60 |  |
| **Total Partner** |  | 19.90 |  |
| BAKER SK | 09/04/09 | 0.20 | TELEPHONE CALL FROM EMPLOYEE REGARDING DISCLOSURE STATEMENT (.2). |
|  |  | 0.20 |  |
| FREDERICKS IS | 09/10/09 | 0.70 | RESEARCH RELATED TO OBJECTION FOR VOTING PURPOSES TO PERSONAL INJURY CLAIMS (.7). |
| FREDERICKS IS | 09/11/09 | 5.10 | REVIEW AND REVISE MULTIPLE DRAFTS OF MOTION TO ESTIMATE FOR VOTING PURPOSES (3.6); WORK WITH FTI TO DRAFT AND FINALIZE EXHIBITS RELATED TO ESTIMATTION MOTION (1.5). |
| FREDERICKS IS | 09/14/09 | 6.20 | REVIEW CLAIMS WITH CC AND FTI FOR VOTING PURPOSES (6.2). |
| FREDERICKS IS | 09/15/09 | 10.40 | CONTINUE TO REVIEW CLAIMS FOR VOTING PURPOSES (10.4). |

| Name | Date | Hours | Description |
|---|---|---|---|
| FREDERICKS IS | 09/17/09 | 0.40 | TELEPHONE CALL AND CORRESPONDENCE WITH G. GALARDI RE: RESOLUTION OF LANDLORDS OBJECTIONS TO THE DISCLOSURE STATEMENT (.3); CORRESPONDENCE TO J. POMERANTZ RE: SAME (.1). |
| FREDERICKS IS | 09/18/09 | 2.30 | PARTICIPATE IN VARIOUS CALLS WITH CC, FTI AND THE CREDITORS COMMITTEE RE: OBJECTIONS TO THE DISCLOSURE STATEMENT (2.3). |
| FREDERICKS IS | 09/19/09 | 5.20 | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT AND REVISE DISCLOSURE STATEMENT RESOLUTION CHART (5.2). |
| FREDERICKS IS | 09/20/09 | 3.70 | REVIEW REVISED DISCLOSURE STATEMENT RESOLUTION CHART AND FURTHER REVISE SAME (3.7). |
| FREDERICKS IS | 09/21/09 | 13.40 | WORK W/ OBJECTORS AND THE CREDITORS' COMMITTEE TO RESOLVE DISCLOSURE STATEMENT OBJECTIONS (5.9); REVIEW AND REVISE DISCLOSURE STATEMENT OBJECTION SUMMARY CHART, DISCLOSURE STATEMENT AND PLAN (6.8); PARTICIPATE IN BOARD CALL (.6); CORRESPONDENCE TO BOARD RE: RESOLUTION OF OBJECTIONS (.1). |
| FREDERICKS IS | 09/28/09 | 8.90 | WORK WITH KCC ON VOTING AND SOLICITATION PACKAGES, ADDRESSING ISSUES RELATED THERETO, AND FINALIZING ALL SOLICITATION MATTERS PRIOR TO MAILING (8.9). |
| | | **56.30** | |
| KORKIS C | 09/11/09 | 7.90 | PREPARED MOTION AND ORDER RE ESTIMATION OF PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AT $0.00 FOR VOTING PURPOSES. |
| | | **7.90** | |
| KUMAR JS | 09/01/09 | 0.70 | EMAILING KCC RE SOLICITATION PROCESS (.7). |
| KUMAR JS | 09/15/09 | 0.40 | REVIEWING SOLICITATION PROCEDURES MOTION AND ORDER AND CALL RE SAME (.4). |
| KUMAR JS | 09/16/09 | 3.70 | EMAILS AND CALLS RE INFORMAL OBJECTION OF THE SEC TO THE DISCLOSURE STATEMENT (1.1). FINALIZING AND FILING REVISED SOLICITATION PROCEDURES ORDER (.7). REVISING DISCLOSURE STATEMENT (1.3). EMAILS WITH CLAIMS AGENT RE FORM OF BALLOTS (.6). |
| KUMAR JS | 09/18/09 | 2.90 | REVIEWING AND COMPILING CHART OF DISCLOSURE STATEMENT OBJECTIONS (2.5). ADDRESSING OBJECTION OF SEC TO SOLICITATION PROCEDURES ORDER (.4). |
| KUMAR JS | 09/20/09 | 9.20 | REVISING CHART OF DISCLOSURE STATEMENT OBJECTIONS (9.2). |

| | | | |
|---|---|---|---|
| KUMAR JS | 09/21/09 | 11.20 | UPDATING DISCLOSURE STATEMENT OBJECTION CHART AND REVISING DISCLOSURE STATEMENT AND PLAN (8.8). CONTACTING OBJECTORS TO RESOLVE OBJECTIONS (1.3). CALLS WITH SKADDEN AND COMMITTEE RE RESOLUTION OF OBJECTIONS (1.1). |
| KUMAR JS | 09/22/09 | 7.90 | FINALIZING CHART OF DISCLOSURE STATEMENT OBJECTIONS AND REVISED DISCLOSURE STATEMENT AND PLAN FOR HEARING (3.7). PREPARATION FOR AND ATTENDING HEARING (2.4). FINALIZING ORDER AND BALLOTS FOLLOWING HEARING (1.8). |
| KUMAR JS | 09/24/09 | 3.70 | FINALIZING NOTICES, BALLOTS, PLAN AND DISCLOSURE STATEMENT FOR SOLICITATION AND DISCUSSING SOLICITATION PROCEDURES WITH KCC (3.7). |
| KUMAR JS | 09/25/09 | 0.40 | REVIEWING SOLICITATION MATERIALS (.4). |
| | | 40.10 | |
| **Total Associate** | | 104.50 | |
| HEANEY CM | 09/11/09 | 0.90 | REVIEW COURT DOCKETS AND CASE FILES REGARDING ESTIMATION MOTION TO BE USED AS PRECEDENT (.9). |
| HEANEY CM | 09/18/09 | 0.70 | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT AND DISTRIBUTE ON THIRD PARTIES (.7). |
| HEANEY CM | 09/21/09 | 0.60 | REVIEW RESPONSES AND OBJECTIONS TO DISCLOSURE STATEMENT IN PREPARATION FOR HEARING (.6). |
| | | 2.20 | |
| **Total Legal Assistant** | | 2.20 | |
| **TOTAL TIME** | | **126.60** | |

Circuit City Stores, Inc. (DIP)  
Employee Matters (General)

Bill Date: 10/06/09  
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FURFARO JP | 09/15/09 | 2.40 | REVIEW OF DRAFT PRESENTATION RE: POTENTIAL SETTLEMENT OF CLASS CLAIMS (1.8); REVIEW OF CLAIMS MATERIALS (.60). |
| FURFARO JP | 09/16/09 | 3.70 | REVIEW OF DRAFT SUBMISSION RE: CLASS CLAIMS (1.7); REVIEW OF PRIOR DATA/SUPPORTING DOCUMENTS (1.1); CONFS. R. SALINS RE: ANALYSIS (.40); REVIEW OF WARN EXTENSION NOTICE ISSUE (.50). |
| FURFARO JP | 09/18/09 | 0.50 | REVIEW OF EXTENDED NOTICE ISSUES. |
|  |  | **6.60** |  |
| GALARDI GM | 09/16/09 | 0.70 | REVIEW EMAILS RE: WARN SETTLEMENT PROPOSAL. |
|  |  | **0.70** |  |
| **Total Partner** |  | **7.30** |  |
| FREDERICKS IS | 09/24/09 | 2.40 | REVIEW, REVISE AND FINALIZE REPLY BRIEF RE: MONDRAGON COMPLAINT (2.4). |
|  |  | **2.40** |  |
| HONOROWSKI CJ | 09/22/09 | 7.10 | RESEARCH LIQUIDATING FIDICUARY WARN EXCEPTION. |
| HONOROWSKI CJ | 09/30/09 | 0.40 | MEETING TO DISCUSS RESEARCH OF LIQUIDATING FIDUCIARY EXCEPTION. |
|  |  | **7.50** |  |
| KUMAR JS | 09/23/09 | 1.50 | REVISING AND REVIEWING REPLY BRIEF IN MONDRAGON ADVERSARY PROCEEDING (1.5). |
| KUMAR JS | 09/25/09 | 1.90 | FINALIZING AND FILING RESPONSE BRIEF IN MONDRAGON ADVERSARY PROCEEDING (1.9). |
|  |  | **3.40** |  |
| LIBERI JM | 09/14/09 | 1.50 | REVIEW COMMUNICATIONS FROM DEPARTMENT OF LABOR (0.4); FOLLOW UP RE: SAME (0.3); RESEARCH CLAIM PRIORITY ISSUE RE: EMPLOYEE WAGES (0.8). |
| LIBERI JM | 09/21/09 | 1.90 | REVIEW PENDING EMPLOYEE LITIGATION MATTERS AND DEMANDS FOR PAYMENT (1.2); REVISE PROPOSED SETTLEMENT AGREEMENT RE: EMPLOYEE DISCRIMINATION ACTION (0.4); COMMUNICATE WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYEE MATTERS (0.3). |

B43E