| | | | |
|---|---|---|---|
| LIBERI JM | 09/22/09 | 0.40 | COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: POTENTIAL RESOLUTION OF EMPLOYEE LITIGATION ACTION (0.2); FOLLOW UP RE: SAME (0.2). |
| LIBERI JM | 09/24/09 | 0.40 | COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: RESOLUTION OF EMPLOYEE LITIGATION CLAIMS (0.2); FOLLOW UP RE: SAME (0.2). |
| | | **4.20** | |
| SALINS RM | 09/02/09 | 0.30 | CALL W/L. LAMBERT RE: HUFF MATTER AND RE: WARN OBLIGATIONS. |
| SALINS RM | 09/08/09 | 0.30 | CALL RE: BANKRUPTCY PROCEDURES FOR APPROVING CONCILIATION AGREEMENT IN HUFF MATTER. |
| SALINS RM | 09/10/09 | 1.00 | DRAFTED REVISED MEMO RE: WARN ANALYSIS FOR POTENTIAL SETTLEMENT OF M. MONDRAGON CLAIMS. |
| SALINS RM | 09/11/09 | 0.40 | REVIEWED DRAFT NOTICE AND ORDER RE: SETTLEMENT PROCEDURES FOR HUFF MATTER. |
| SALINS RM | 09/14/09 | 6.80 | REVIEWED LETTER FROM DOL RE: WAGE AND HOUR INVESTIGATION (1.1); CALL W/L. LAMBERT TO DISCUSS (.3); CORRESPONDENCE RE: LETTER (.8). DRAFTED MEMO RE: WARN ANALYSIS FOR POTENTIAL SETTLEMENT OF M. MONDRAGON MATTER AND PREPARED EXHIBITS THERETO (4.6). |
| SALINS RM | 09/15/09 | 2.00 | COMPLETED REVISED MEMO RE: WARN ANALYSIS AND EXHIBITS THERETO. |
| SALINS RM | 09/16/09 | 2.50 | DISCUSSIONS RE: MEMO RE: WARN ANALYSIS (.3); DRAFTED FINAL REVISIONS TO MEMO RE: WARN ANALYSIS AND FINALIZED EXHIBITS THERETO (1.0); CORRESPONDENCE W/M. MOSIER RE: LIQUIDATING FIDUCIARY EXCEPTION TO WARN (.2); RESEARCH RE: LIQUIDATING FIDUCIARY EXCEPTION (1.0). |
| SALINS RM | 09/17/09 | 0.50 | CALL RE: SETTLEMENT OF HUFF MATTER AND RE: DEPARTMENT OF LABOR INVESTIGATION (.2); CORRESPONDENCE W/M. MOSIER RE: WARN MATTERS (.3). |
| SALINS RM | 09/21/09 | 0.70 | REVIEWED REVISED VERSION OF NOTICE OF PROPOSED SETTLEMENT RE: HUFF SETTLEMENT (.2); CORRESPONDENCE RE: DEPARTMENT OF LABOR WAGE AND HOUR INVESTIGATION (.2); REVIEWED EEOC DISMISSAL NOTICE RE: BANGUS MATTER; DRAFTED EMAIL TO L. LAMBERT RE: DISMISSAL (.3). |
| SALINS RM | 09/24/09 | 0.40 | CALL TO DISCUSS CREDITOR'S COMMITTEE RESPONSE TO HUFF PROPOSED SETTLEMENT AND TO DISCUSS DOL SETTLEMENT. |

B43E

```
SALINS RM          09/30/09       3.00    MET W/C. HONOROWSKI TO DISCUSS
                                          ADDITIONAL RESEARCH RE: LIQUIDATING
                                          FIDUCIARY EXCEPTION TO WARN ACT (1.1);
                                          REVIEWED ADDITIONAL RESEARCH; CALL RE:
                                          TRUSTEE'S ROLE IN MANAGEMENT OF DEBTORS
                                          (.2); DRAFTED CORRESPONDENCE TO M.
                                          MOSIER RE: LIQUIDATING FIDUCIARY
                                          EXCEPTION (1.7).

                                 17.90

Total Associate                  35.40

TOTAL TIME                       42.70
```

B43E

**Circuit City Stores, Inc. (DIP)**
**Executory Contracts (Personalty)**

Bill Date: 10/06/09
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KUMAR JS | 09/02/09 | 1.20 | REVISING STIPULATION TO REJECT CONTRACTS WITH CHARTER COMMUNICATIONS (1.2). |
| | | 1.20 | |
| LAZAROFF KA | 09/01/09 | 0.50 | REVISIONS TO ASSURANT/TWG 9019 SETTLEMENT. |
| | | 0.50 | |
| Total Associate | | 1.70 | |
| TOTAL TIME | | 1.70 | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Financing (DIP and Emergence)**

Bill Date: 10/06/09
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 09/02/09 | 0.60 | REVIEW AND REVISE STIPULATION RESOLVING BOFA DIP CLAIMS (.6). |
| FREDERICKS IS | 09/10/09 | 1.60 | REVIEW REVISED STIPULATION RECEIVED FROM BOFA RE: SATISFACTION OF CLAIMS AND CORRESPONDENCE TO COUNSEL FOR BOFA RE: SAME (1.6). |
| | | 2.20 | |
| Total Associate | | 2.20 | |
| TOTAL TIME | | **2.20** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Insurance**

**Bill Date: 10/06/09**
**Bill Number: 1285819**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 09/02/09 | 1.30 | REVISE HURRICANE IKE SETTLEMENT AGREEMENT (1.3). |
| BAKER SK | 09/04/09 | 0.30 | DRAFT CORRESPONDENCE TO J. POMERANTZ REGARDING INSURANCE CLAIM SETTLEMENTS (.2); DRAFT CORRESPONDENCE TO P. SHAETZLE REGARDING INSURANCE SETTLEMENT (.1). |
| BAKER SK | 09/11/09 | 1.40 | REVIEW ALLENTOWN THEFT INSURANCE CLAIM DOCUMENTS (1.4). |
| BAKER SK | 09/14/09 | 1.10 | DRAFT ALLENTOWN THEFT INSURANCE SETTLEMENT AGREEMENT (1.1). |
| BAKER SK | 09/18/09 | 0.20 | DRAFT CORRESPONDENCE TO P. SCHAEZLE REGARDING HURRICANE IKE SETTLEMENT AGREEMENT (.1); REVIEW CORRESPONDENCE FROM P. SCHAETZLE REGARDING HURRICANE IKE SETTLEMENT (.1). |
| | | **4.30** | |
| FREDERICKS IS | 09/24/09 | 1.70 | REVIEW, REVISE AND FINALIZE SAFECO MOTION, ORDER AND RELATED DOCUMENTS (1.7). |
| | | **1.70** | |
| **Total Associate** | | **6.00** | |
| **TOTAL TIME** | | **6.00** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Leases (Real Property)**

Bill Date: 10/06/09
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 09/22/09 | 0.20 | TELEPHONE CALL WITH J. PUFFER REGARDING FIRE CODE VIOLATIONS (.2). |
| | | 0.20 | |
| DOSUNMU FS | 09/01/09 | 1.40 | ATTENTION TO LEASE REJECTION ISSUES (1.4). |
| DOSUNMU FS | 09/03/09 | 3.90 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY (2.8); ATTENTION TO LEASE REJECTION AND TERMINATION ISSUES (.7); MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.4). |
| DOSUNMU FS | 09/04/09 | 2.20 | REVIEW AND REVISE VARIOUS ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY LEASES (2.2). |
| DOSUNMU FS | 09/08/09 | 5.80 | REVIEW AND REVISE ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY LEASES (4.4); ATTENTION TO LEASE REJECTION ISSUES (.8); MULTIPLE CONFERENCES WITH COUNSEL REGARDING LANDLORD'S ADMINISTRATIVE CLAIM REQUESTS AND UTILITY PAYMENTS (.6). |
| DOSUNMU FS | 09/09/09 | 1.50 | REVIEW AND REVISE VARIOUS ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY (.8); ATTENTION TO LEASE REJECTION ISSUES (.7). |
| DOSUNMU FS | 09/10/09 | 1.00 | ATTENTION TO LEASE REJECTION ISSUES (.6); CONFERENCE REGARDING ADMINISTRATIVE CLAIM REQUESTS ISSUES (.4). |
| DOSUNMU FS | 09/11/09 | 4.90 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS REQUESTS REGADING REAL PROPERTY LEASES (3.2); ATTENTIONT TO LEASE REJECTION ISSUES (1.7). |
| DOSUNMU FS | 09/14/09 | 0.60 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS REGARDING REAL PROPERTY (.6). |
| DOSUNMU FS | 09/16/09 | 2.90 | ATTENTION TO LEASE REJECTION TERMINATION ISSUES (1.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS REQUESTS REGARDING REAL PROPERTY (1.3). |
| DOSUNMU FS | 09/17/09 | 3.20 | ATTENTION TO LEASE REJECTION/TERMINATION ISSES (3.2). |

B43E

| | | | |
|---|---|---|---|
| DOSUNMU FS | 09/18/09 | 4.60 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS REGARDING REAL PROPERTY (2.2); CONFERENCE WITH VARIOUS COUNSEL REGARDING LEASE ISSUES (.8). |
| DOSUNMU FS | 09/21/09 | 4.90 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.2); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS REGARDING REAL PROPERTY (3.7). |
| DOSUNMU FS | 09/23/09 | 1.30 | ATTENTION TO LEASE REJECTION AND TERMINATION ISSUES (1.3). |
| DOSUNMU FS | 09/24/09 | 2.20 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (2.2). |
| DOSUNMU FS | 09/25/09 | 1.30 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.3). |
| DOSUNMU FS | 09/28/09 | 1.40 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.4). |
| DOSUNMU FS | 09/29/09 | 2.20 | ATTENTION TO LEASE REJECTION REGARDING CLAIMS DAMAGES (2.2). |
| DOSUNMU FS | 09/30/09 | 1.80 | ATTENTION TO LEASE REJECTION CLAIMS DAMAGES (1.8). |
| | | 47.10 | |
| LAZAROFF KA | 09/01/09 | 0.80 | ATTENTION TO LEASE REJECTION INQUIRIES (.3); ATTENTION TO CURE LETTER AGREEMENTS (.5). |
| | | 0.80 | |
| **Total Associate** | | 48.10 | |
| QIU SX | 09/29/09 | 0.40 | RESEARCH RE BANKRUPTCY CODE RE LANDLORD CLAIMS. |
| | | 0.40 | |
| **Total Legal Assistant Specialist** | | 0.40 | |
| **TOTAL TIME** | | **48.50** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Litigation (General)**

Bill Date: 10/06/09
Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 09/27/09 | 1.70 | REVIEW REVISED PREFERENCE ANALYSIS (.8); TELEPHONE CALL W/ J. ROBINSON RE: SAME (.9). |
| | | **1.70** | |
| LIBERI JM | 09/01/09 | 2.20 | COMMUNICATE WITH QUEBECOR'S COUNSEL RE: SAME (0.2); REVIEW PREFERENCE DETAIL RE: DIRECTTV MATTERS (0.4); REVIEW AND REVISE COMPLAINT AGAINST TRADE VENDOR RE: DEBTOR PERSONNEL COMMENTS (0.8); REVISE DRAFT SETTLEMENT AGREEMENTS RE: TRADE VENDORS (0.7); COMMUNICATE WITH COUNSEL FOR TRADE VENDORS RE: SAME (0.3). |
| LIBERI JM | 09/03/09 | 2.40 | REVIEW PREFERENCE ANALYSES RE: CLAIM RECONCILIATION ISSUES (2.2); COMMUNICATE WITH FINANCIAL ADVISORS RE: PREFERENCE MATTERS (0.2). |
| LIBERI JM | 09/11/09 | 2.40 | BEGIN REVIEW OF SETTLEMENT PROPOSAL AND SUPPORTING DOCUMENTS PROVIDED BY COUNSEL FOR INFOGAIN (1.4); REVIEW FILED CLAIMS AND MOTIONS RE: SAME (0.7); FOLLOW UP WITH DEBTOR PERSONNEL RE: SAME (0.3). |
| LIBERI JM | 09/16/09 | 1.70 | REVIEW SETTLEMENT PROPOSAL AND SUPPORTING DOCUMENTATION RE: FUNAI CORP. (0.6); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.2); REVIEW REVISED PREFERENCE ANALYSES RE: POTENTIAL PREFERENCE ACTIONS (0.9). |
| LIBERI JM | 09/17/09 | 2.90 | CONFERENCE CALL RE: VARIOUS PENDING SETTLEMENT PROPOSALS (1.6); REVIEW SUPPORTING DOCUMENTATION RE: SAME (1.3). |
| LIBERI JM | 09/21/09 | 0.20 | CHECK ON STATUS OF PENDING EMPLOYEE LITIGATION FILED BY A. ISAAC (0.2). |
| LIBERI JM | 09/22/09 | 2.40 | FOLLOW UP WITH VENDORS AND COUNSEL RE: DEBTORS' DEMANDS FOR PAYMENT (1.2); REVIEW INFORMATION PROVIDED BY PARTIES RE: SAME (0.5); BEGIN DRAFTING SETTLEMENT AGREEMENT RE: INFOGAIN MATTERS (0.5); COMMUNICATE WITH COUNSEL RE: SAME (0.2). |

B43E

| LIBERI JM | 09/23/09 | 3.80 | COMMUNICATE WITH FBI PERSONNEL RE: SUBPOENA REQUESTS (0.5); REVIEW SUBPOENA REQUESTS (0.3); RESEARCH CRIMINAL PROCEDURE SUBPOENA RESPONSE ISSUES (0.5); COMMUNICATE WITH DEBTOR PERSONNEL RE: SUBPOENA MATTERS (0.2); FOLLOW UP RE: SAME (0.6); REVISE DRAFT SETTLEMENT AGREEMENT RE: INFOGAIN MATTERS (0.4); REVISE DRAFT PREFERENCE COMPLAINT RE: REVISED ANALYSIS (0.5); RESEARCH OBLIGATION OF INSURER/INSURED TO DEFEND PRE-PETITION ACTIONS (0.8). |
|---|---|---|---|
| LIBERI JM | 09/24/09 | 0.70 | COMMUNICATE WITH FBI RE: SUBPOENA REQUESTS (0.4); FOLLOW UP WITH DEBTORS RE: SAME (0.3). |
| LIBERI JM | 09/25/09 | 1.60 | REVIEW STATUS OF PENDING STAYED LITIGATION ACTIONS (0.5); REVIEW COMMUNICATIONS RE: PENDING EMPLOYEE LITIGATION CLAIMS (0.4); REVIEW LITIGATION-BASED CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.7). |
| LIBERI JM | 09/27/09 | 1.20 | REVIEW COMPLAINT AND RELATED PAPERS RE: PRE-PETITION PERSONAL INJURY ACTION SERVED UPON INSURER (0.7); CONSIDER DEBTOR OBLIGATIONS RE: SAME (0.5). |
| LIBERI JM | 09/28/09 | 0.80 | REVIEW COMMUNICATIONS AND PAPERS RE: POTENTIAL LITIGATION CLAIMS (0.8). |
| LIBERI JM | 09/29/09 | 3.90 | RESEARCH INSURER/INSURED MATTERS RE: PENDING PRE-PETITION LITIGATIONS (1.1); REVIEW DETAILS RE: DEFAULT JUDGMENT ENTERED AGAINST FORMER EMPLOYEE IN PERSONAL INJURY ACTION (0.8); RESEARCH DEBTOR INTERVENTION IN THIRD-PARTY LITIGATION (0.5); COMMUNICATE WITH COUNSEL FOR CREDITOR WHICH FILED MOTION FOR LEAVE TO FILE LATE CLAIMS (0.3); DRAFT STIPULATION AND CONSENT ORDER RESOLVING LATE-FILED CLAIM MOTION (0.5); REVISE DRAFT COMPLAINT AGAINST VENDOR FOR BREACH OF CONTRACT AND REFUSAL TO TURN OVER ESTATE PROPERTY (0.7). |
| LIBERI JM | 09/30/09 | 1.20 | CONFERENCE CALL RE: POTENTIAL LITIGATION MATTERS AND SETTLEMENT ISSUES (1.2). |
|  |  | **27.40** |  |
| **Total Associate** |  | **29.10** |  |
| HEANEY CM | 09/08/09 | 1.20 | REVIEW ADVERSARY MATTERS REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS (.3); EDIT/REVISE THIRD REMOVAL MOTION IN PREPARATION FOR FILING (.9). |
| HEANEY CM | 09/25/09 | 0.60 | REVIEW ADVERSARY DOCKETS RE: UPDATES TO CASE FILES (.3); ASSIST ATTORNEYS WITH PREPARATION OF BRIEF (.3). |
|  |  | **1.80** |  |

B43E

**Total Legal Assistant**          1.80

**TOTAL TIME**                     <u>30.90</u>

B43E

**Circuit City Stores, Inc. (DIP)**
**Nonworking Travel Time**

**Bill Date: 10/06/09**
**Bill Number: 1285819**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 09/21/09 | 1.80 | TRAVEL TO RICHMOND FOR DISCLOSURE STATEMENT HEARING. |
| DICKERSON CL | 09/22/09 | 1.00 | TRAVEL TO WASHINGTON DC FOR MEETING WITH COMMITTEE AND LIQUIDATING TRUSTEE RE TRANSITION. |
| DICKERSON CL | 09/23/09 | 1.90 | RETURN TRAVEL TO CHICAGO. |
| | | **4.70** | |
| **Total Partner** | | **4.70** | |
| BAKER SK | 09/13/09 | 3.50 | TRAVEL FROM CHICAGO TO VIRGINIA FOR CLIENT MEETINGS. |
| BAKER SK | 09/17/09 | 3.00 | TRAVEL TO CHICAGO FROM VIRGINIA REGARDING CLIENT MEETINGS(6.0). |
| | | **6.50** | |
| FREDERICKS IS | 09/14/09 | 1.40 | TRAVEL FROM WILMINGTON, DE TO RICHMOND, VA (2.8). |
| FREDERICKS IS | 09/17/09 | 1.90 | TRAVEL FROM RICHMOND, VA TO WILMINGTON DE (3.8). |
| FREDERICKS IS | 09/21/09 | 1.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA FOR DISCLSOURE STATEMENT HEARING (3.2). |
| FREDERICKS IS | 09/22/09 | 0.60 | TRAVEL FROM RICHMOND, VA TO WASHINGTON DC (1.2). |
| FREDERICKS IS | 09/23/09 | 1.00 | TRAVEL FROM DC TO WILMINGTON (2.0). |
| FREDERICKS IS | 09/27/09 | 3.60 | TRAVEL FROM WILMINGTON DE TO LOS ANGELES CA (7.2). |
| FREDERICKS IS | 09/29/09 | 1.50 | TRAVEL FROM LA TO WASHINGTON DC (3.0). |
| FREDERICKS IS | 09/30/09 | 3.80 | CONTINUE TO TRAVEL FROM LA TO WASH DC (3.2); TRAVEL FROM WASH DC TO RICHMOND (1.8); TRAVEL FROM RICHMOND VA TO PHILADELPHIA (3.6). |
| | | **15.40** | |
| KUMAR JS | 09/21/09 | 2.55 | TRAVEL FROM CHICAGO TO RICHMOND (5.1). |
| KUMAR JS | 09/22/09 | 2.25 | TRAVEL FROM RICHMOND TO CHICAGO (4.5). |
| | | **4.80** | |
| **Total Associate** | | **26.70** | |
| **TOTAL TIME** | | **31.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 10/06/09
Reorganization Plan / Plan Sponsors                      Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 09/16/09 | 1.10 | REVIEW COMMITTEE COMMENTS TO PLAN (.3); DISCUSSIONS RE SAME (.8). |
| | | 1.10 | |
| GALARDI GM | 09/21/09 | 0.60 | NEGOTIAITONS WITH COMMITTEE COUNSEL RE: PLAN CLOSING ISSUES. |
| GALARDI GM | 09/22/09 | 0.30 | FOLLOW-UP RE: PLAN ISSUES. |
| | | 0.90 | |
| Total Partner | | 2.00 | |
| FREDERICKS IS | 09/09/09 | 0.90 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH FTI, SKADDEN, KCC AND MW RE: PLAN SOLICITATION AND CLAIMS (.9). |
| FREDERICKS IS | 09/10/09 | 3.60 | PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH FTI AND J. MARCUM RE: VOTING, CLAIM OBJECTIONS AND RELATED DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION ISSUES (3.6). |
| | | 4.50 | |
| KUMAR JS | 09/29/09 | 2.80 | REVIEWING PRECEDENT FOR AND BEGIN DRAFTING CONFIRMATION BRIEF (2.8). |
| KUMAR JS | 09/30/09 | 0.30 | DRAFTING CONFIRMATION BRIEF (.3). |
| | | 3.10 | |
| RALPH SE | 09/21/09 | 2.50 | REVIEWED AMENDED PLAN AND DISCLOSURE. REVIEWED LIQUIDATING TRUST AGREEMENT, PREPARED COMMENTS. |
| RALPH SE | 09/22/09 | 1.60 | REVIEWED LIQUIDATING TRUST AGREEMENT, PREPARED COMMENTS. |
| RALPH SE | 09/23/09 | 1.10 | REVIEWED LIQUIDATING TRUST AGREEMENT, PREPARED MARK-UP. |
| | | 5.20 | |
| Total Associate | | 12.80 | |
| TOTAL TIME | | 14.80 | |

43                                                                          B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 10/06/09**
**Retention / Fee Matters (SASM&F)**                   **Bill Number: 1285819**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 09/03/09 | 2.10 | ATTENTION TO PREPARATION OF AUGUST FEE STATEMENT. |
| | | 2.10 | |
| **Total Partner** | | **2.10** | |
| FREDERICKS IS | 09/11/09 | 2.30 | REVIEW AND REVISE SKADDEN FEE APPLICATION (2.3). |
| | | 2.30 | |
| LAZAROFF KA | 09/01/09 | 1.70 | BRING-DOWN CONNECTIONS AND DISCLOSURE RESEARCH. |
| LAZAROFF KA | 09/08/09 | 3.20 | DRAFTED SUPPLEMENTAL AFFIDAVIT OF DISCLOSURES. |
| LAZAROFF KA | 09/09/09 | 1.70 | DRAFTED EXHIBITS FOR 3RD FEE APPLICATION. |
| LAZAROFF KA | 09/10/09 | 3.50 | DRAFTED 3RD FEE APPLICATION. |
| LAZAROFF KA | 09/11/09 | 0.50 | REVISED 3RD FEE APPLICATION. |
| LAZAROFF KA | 09/14/09 | 0.70 | REVISE FEE APP AND PREPARE EXHIBITS FOR FILING. |
| | | 11.30 | |
| **Total Associate** | | **13.60** | |
| **TOTAL TIME** | | **15.70** | |

B43E

**Circuit City Stores, Inc. (DIP)**                              Bill Date: 10/06/09
**Secured Claims**                                              Bill Number: 1285819

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 09/01/09 | 0.60 | REVISE RESPONSE TO SANTEC COOPER BOND CLAIM (.4); TELEPHONE CALL WITH REPRESENTATIVE OF NCO FINANCIAL SYSTEMS REGARDING UTILITY CHARGES (.2). |
| BAKER SK | 09/17/09 | 1.20 | REVIEW CORRESPONDENCE FROM C. MOHAN-MAXFIELD REGARDING ATMOS ENERGY BOND CLAIM (.2); REVIEW ATMOS ENERGY BOND CLAIM (.7); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING ATMOS ENERGY BOND CLAIM (.1); DRAFT EMAIL TO C. MOHAN-MAXFIELD REGARDING ATMOS ENERGY (.2). |
| BAKER SK | 09/22/09 | 2.50 | BEGIN DRAFTS OF EXHIBITS TO SURETY BOND MOTION (2.5). |
| BAKER SK | 09/23/09 | 5.90 | CONTINUE DRAFT OF EXHIBITS TO SURETY BOND MOTION (2.7); ANALYSIS TO SURETY BONDS TO DETERMINE CANCELLATION PROCEDURES (1.6); REVISE MOTION TO TERMINATE SURETY BONDS (1.6). |
| BAKER SK | 09/24/09 | 1.70 | REVIEW NOTICE OF PERFECTION OF LIEN OF M&A INDUSTRIAL CONCRETE (.1); ANALYZE VARIOUS BONDS REGARDING APPLICABLE BOND CANCELLATION PROVISIONS (1.6). |
| BAKER SK | 09/25/09 | 2.20 | REVIEW SURETY BOND MOTION, ORDER AND EXHIBITS (2.2). |
| | | 14.10 | |
| **Total Associate** | | 14.10 | |
| HEANEY CM | 09/23/09 | 5.30 | REVIEW SURETY BONDS FOR CONTACT AND NOTICING INFORMATION (1.6); DRAFT, EDIT/REVISE SERVICE INFORMATION REGARDING CONTACT PARTIES (3.1); RESEARCH ADDITIONAL BACKGROUND INFORMATION (.6). |
| HEANEY CM | 09/24/09 | 0.70 | EDIT/REVISE SERVICE INFORMATION TO CONTACT LIST FOR SURETY BONDS (.4); RESEARCH ADDITIONAL SERVICE INFORMATION (.3). |
| | | 6.00 | |
| **Total Legal Assistant** | | 6.00 | |
| **TOTAL TIME** | | 20.10 | |

B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 10/06/09**
**Utilities**                                          **Bill Number: 1285819**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 09/01/09 | 0.60 | TELEPHONE CALL WITH K. BRADSHAW REGARDING UTILITY LETTERS OF CREDIT (.3); REVISE NOTICE OF TERMINATION OF UTILITY BLOCKED ACCOUNT IN PREPARATION OF FILING AND SERVICE (.3). |
| BAKER SK | 09/02/09 | 0.20 | TELEPHONE CALL WITH D. ILIFF REGARDING CITY OF RICHMOND UTILITIES (.2). |
| BAKER SK | 09/03/09 | 1.10 | TELEPHONE CALL WITH REPRESENTATIVE OF SPRINGFIELD UTILITY BOARD (.1); REVIEW UTILITY PAYMENT REQUEST OF SPRINGFIELD OREGON UTILITY BOARD (.2); REVIEW UTILITY PAYMENT REQUEST OF SOUTH CENTRAL POWER COMPANY (.2); REVIEW UTILITY PAYMENT REQUEST OF PORTLAND GENERAL ELECTRIC  (.4); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUEST (.2). |
| BAKER SK | 09/09/09 | 0.60 | REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF CITY OF GASTONIA (.2); REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF CITY OF VIENNA (.1); REVISE UTILITY BLOCKED ACCOUNT TRACKING REPORT (.3). |
| BAKER SK | 09/10/09 | 3.10 | REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF MIDDLE TENNESSEE EMC (.2);  REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF KNOXVILLE UTILITY BOARD (.2); TELEPHONE CALL WITH D.D. HAMILTON REGARDING KNOXVILLE UTILITY BOARD'S REQUEST FOR PAYMENT (.2); DRAFT CORRESPONDENCE TO D.D. HAMILTON REGARDING UTILITY ACCOUNT AND TERMINATION ORDER (.4); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF BAY STATE GAS (.2); DRAFT CORRESPONDENCE TO BAY STATE GAS REGARDING UTILITY ACCOUNT AND TERMINATION ORDER (.4); TELEPHONE CALL WITH REPRESENTATIVE FOR AMEREN UE (.1); REVIEW CORRESPONDENCE FROM D. BELK REGARDING UTILITY PAYMENT REQUESTS (.1); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF AMEREN UE (.1); REVIEW DRAFT ACCESS AGREEMENT (.3); REVIEW DEBTORS 33RD OMNIBUS OBJECTION (.2); REVIEW AMENDED UTILITY PAYMENT REQUEST OF SNOHOMISH PUD (.2); REVIEW AMENDED UTILITY REQUEST OF CITY WATER AND LIGHT PLANT OF CITY OF JONESBORO (.2); REVISE STATUS REPORT REGARDING UTILITY BLOCKED ACCOUNT PAYMENT REQUESTS (.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 09/11/09 | 1.60 | REVIEW FORM FROM V. GOLDMAN REGARDING UTILITY PAYMENT REQUEST (.1); REVIEW UTILITY PAYMENT REQUEST OF CITY OF TACOMA DEPARTMENT OF PUBLIC UTILITIES (.2); REVIEW UTILITY REQUEST OF DUBLIN SAN RAMON DISTRICT (.2); REVIEW IMPERIAL IRRIGATION DISTRICT'S UTILITY ACCOUNT PAYMENT REQUEST (.2); DRAFT CORRESPONDENCE TO N. MCDONALD REGARDING PAYMENT REQUEST FORMS (.1); REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING PAYMENT REQUESTS (.2); REVIEW CORRESPONDENCE REGARDING LOUISVILLE GAS AND ELECTRIC ACCOUNTS (.1); REVISE UTILITY ACCOUNT PAYMENT REQUEST STATUS REPORT (.4); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUESTS (.1). |
| BAKER SK | 09/14/09 | 2.90 | REVIEW CORRESPONDENCE FROM T. LILLARD REGARDING UTILITY PAYMENT REQUESTS (.2); REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING STATUS OF UTILITY BLOCKED ACCOUNT PAYMENT REQUESTS (.4); REVISE UTILITY BLOCKED ACCOUNT PAYMENT REQUEST STATUS REPORT (1.2); DRAFT CORRESPONDENCE TO T. LILLARD REGARDING UTILITY PAYMENT REQUEST FROM (.1); REVIEW PAYMENT REQUEST FORM OF CITY OF WINCHESTER UTILITIES (.2); REVIEW PAYMENT REQUEST FORM OF PANAMA CITY UTILITIES (.2); REVIEW UTILITY BLOCKED ACCOUNT PAYMENT REQUEST FORM OF AMEREN I.P. (.2); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUEST FORMS (.1); REVISE UTILITY BLOCKED ACCOUNT STATUS AGREEMENT (.3). |
| BAKER SK | 09/15/09 | 0.70 | REVIEW CITY OF STEUBENVILLE'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW GREEN MOUNTAIN POWER'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVISE UTILITY ACCOUNT STATUS REPORT (.2); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY ACCOUNT PAYMENT REQUESTS (.1). |

B43E

| BAKER SK | 09/17/09 | 2.30 | REVIEW UTILITY PAYMENT REQUEST OF INTEGRRAYS SYSTEMS (.2); REVIEW UTILITY PAYMENT REQUEST OF NASHVILLE ELECTRIC COMPANY (.2); REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING REQUEST FOR PAYMENT FROM UTILITY ACCOUNT REGARDING ALLIANT ENERGY (.1); DRAFT CORRESPONDENCE TO ALLIANT ENERGY REGARDING REQUEST FOR PAYMENT FOR UTILITY ACCOUNT (.1);  REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING GREYSTONE POWER CORPORATION'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.1); DRAFT CORRESPONDENCE TO T. BARRET REGARDING GREYSTONE POWER CORPORATION'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); TELEPHONE CALL WITH J. REDDY REGARDING NORTH ATTLEBOROUGH'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); TELEPHONE CALL WITH S. WORTHY REGARDING GREYSTONE POWER CORPORATION'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW CITY OF GARLAND'S REQUEST FRO PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW CITY OF HIGH POINTS' REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW ROCHESTER GAS AND ELECTRIC'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW NORTH ATTLEBOROUGH ELECTRIC DEPARTMENT'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW CLARKSVILLE DEPARTMENT OF ELECTRICITY'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2). |
| BAKER SK | 09/18/09 | 3.10 | TELEPHONE CALL WITH B. JOHNSON OF PENN CREDIT CORPORATION REGARDING UTILITY ACCOUNTS (.2); TELEPHONE CALL WITH K. BRADSHAW REGARDING MISCELLANEOUS UTILITY AND INSURANCE ISSUES (.2); TELEPHONE CALL WITH B. SMITH OF DOMINION VIRGINIA POWER REGARDING UTILITY ACCOUNTS (.2); REVIEW MODESTO IRRIGATION DISTRICT'S UTILITY ACCOUNT PAYMENT REQUEST (.2); REVIEW CITY OF TULSA'S UTILITY ACCOUNT PAYMENT REQUEST (.2); TELEPHONE CALL WITH D. ROWE AT FIRST POINT COLLECTIONS REGARDING CHATTANOOGA GAS ACCOUNTS (.2); TELEPHONE CALL WITH REPRESENTATIVES OF COM EDISON SOLUTIONS REGARDING UTILITY ACCOUNTS (.2); TELEPHONE CALL WITH REPRESENTATIVE OF SO CAL GAS REGARDING UTILITY ACCOUNTS (.1); TELEPHONE CALL WITH ALAMEDA COUNTY TAX COLLECTORS OFFICE (.2); TELEPHONE CALL WITH J. JOHNSON REGARDING DISCLOSURE STATEMENT (.2); REVIEW UTILITY PAYMENT REQUEST OF CITY OF ALEXANDRIA, LA (.2); REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (.8); TELEPHONE CALL WITH C. WHITTENS OF SACRAMENTO MUNICIPAL UTILITIES REGARDING PAYMENT REQUESTS (.2). |

B43E

```
BAKER SK              09/21/09       0.20   REVIEW CORRESPONDENCE FROM D. CURTIS
                                            REGARDING CONSOLIDATED EDISON ACCOUNTS
                                            (.1); DRAFT CORRESPONDENCE TO D. CURTIS
                                            REGARDING CONSOLIDATED EDISON ACCOUNTS
                                            (.1).
```

B43E

BAKER SK            09/22/09      4.80   REVIEW REQUEST FOR PAYMENT FROM CITY OF
MESQUITE (.2); REVIEW REQUEST FOR
PAYMENT FROM UTILITY ACCOUNT OF
SACRAMENT MUNICIPAL UTILITIES DISTRICT
(.2);  REVIEW CORRESPONDENCE FROM L.
LANDRY REGARDING CITY OF WESTMINSTER
COLORADO'S REQUEST FOR PAYMENT FOR
UTILITY ACCOUNT (.1); DRAFT LETTER
REGARDING CITY OF WESTMINSTER ACCOUNTS
(.3); REVIEW CORRESPONDENCE FROM L.
LANDRY REGARDING CITY OF STEUBENVILLE'S
REQUEST FOR PAYMENT FROM UTILITY
BLOCKED ACCOUNT (.1); DRAFT
CORRESPONDENCE TO CITY OF STEUBENVILLE
REGARDING PROCEDURES FOR REQUESTS FOR
PAYMENT FROM UTILITY ACCOUNT (.2);
REVIEW CORRESPONDENCE FROM M. SHUSTER
REGARDING REQUESTS FOR PAYMENT FROM
UTILITY ACCOUNT (.1); REVIEW
CORRESPONDENCE FROM L. LANDRY REGARDING
CITY OF BARLAND'S REQUEST FOR PAYMENT
FROM UTILITY ACCOUNT (.1); DRAFT
CORRESPONDENCE TO CITY OF GARLAND
REGARDING UTILITY BLOCKED ACCOUNT
PAYMENT REQUEST (.1); REVIEW
CORRESPONDENCE FROM L. LANDRY REGARDING
SNOHOMISH PUD'S REQUEST FOR PAYMENT
FROM UTILITY ACCOUNT (.1); DRAFT
CORRESPONDENCE TO SNOHOMISH PUD'S
REQUEST FOR PAYMENT FROM UTILITY
ACCOUNT (.1); REVIEW CORRESPONDENCE
FROM L. LANDRY REGARDING CITY OF
VIENNA'S REQUEST FOR PAYMENT FROM
UTILITY BLOCKED ACCOUNT (.1); DRAFT
CORRESPONDENCE TO CITY OF VIENNA
REGARDING REQUEST FOR PAYMENT FROM
UTILITY BLOCKED ACCOUNT (.1); DRAFT
CORRESPONDENCE TO J. PUFFER REGARDING
REJECTION OF COLORADO SPRINGS LEASE
(.2); TELEPHONE  CALL WITH B. SMITH OF
DOMINION VIRGINIA POWER (.1); TELEPHONE
CALL WITH REPRESENTATIVE OF OKLAHOMA
GAS AND ELECTRIC REGARDING UTILITIES AT
ROGERS ROAD LOCATION (.2); REVIEW
AMENDED REQUEST FOR PAYMENT FROM CITY OF
BARLAND (.2); TELEPHONE CALL WITH A.
ROBERTS OF CITY OF VIENNA REGARDING WIRE
INSTRUCTIONS (.1); TELEPHONE CALL WITH
REPRESENTATIVE OF SNOHOMISH PUBLIC
UTILITIES REGARDING PAYMENT FROM
UTILITY ACCOUTN (.2); DRAFT
CORESPONDENCE TO L. LANDRY REGARDING
SNOHOMISH PUBLIC UTILITIES PAYMENT
REQUEST (.1); REVIEW CORRESPONDENCE
FROM J.KNOPKE REGARDING TAX CLAIMS
(.1); REVIEW CORRESPONDENCE FROM K.
MUELLER REGARDING LOCATION 3409 (.1);
REVIEW REQUEST FOR PAYMENT FROM UTILITY
BLOCKED ACCOUNT FOR TOWN OF APEX, N.C.
(.2); TELEPHONE HEARING REGARDING
DEBTORS' PREPAID DISCLOSURE STATEMENT
(1.5); TELEPHONE CALL WITH
REPRESENTATIVE REGARDING INDIANA
AMERICAN WATER ACCOUNTS (.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
BAKER SK            09/23/09      3.90   DRAFT CORRESPONDENCE TO BANK OF AMERICA
                                         REGARDING VERIFIED UTILITY ACCOUNTS
                                         (.3); REVIEW CORRESPONDENCE FROM V.
                                         GOLDMAN REGARDING UTILITY BLOCKED
                                         ACCOUNT PAYMENT REQUEST (.1); REVIEW
                                         CORRESPONDENCE REGARDING TAUNTON
                                         MUNICIPAL LIGHTING PLANT'S REQUEST FOR
                                         PAYMENT FROM UTILITY BLOCKED ACCOUNT
                                         (.1); DRAFT CORRESPONDENCE REGARDING
                                         TAUNTON MUNICIPAL LIGHTING PLANT'S
                                         REQUEST FOR PAYMENT FROM UTILITY
                                         BLOCKED ACCOUNT (.1); TELEPHONE CALL
                                         WITH REPRESENTATIVE OF PENN CREDIT
                                         CORPORATION (.2); REVIEW
                                         CORRESPONDENCE FROM D. CURTIS REGARDING
                                         CONSOLIDATED EDISON ACCOUNTS (.1);
                                         DRAFT REPLY TO D. CURTIS REGARDING
                                         CONSOLIDATED EDISON ACCOUNTS (.1);
                                         REVIEW UTILITY PAYMENT REQUEST OF
                                         CLARKSVILLE ELECTRIC (.2); REVIEW
                                         CORRESPONDENCE FROM K. HARKNESS
                                         REGARDING REQUEST FOR PAYMENT FROM
                                         UTILITY BLOCKED ACCOUNT (.1); DRAFT
                                         RESPONSE TO K. HARKNESS REGARDING
                                         REQUEST FOR PAYMENT FROM UTILITY
                                         BLOCKED ACCOUNT (.1); TELEPHONE CALL
                                         WITH DAWN REGARDING XCEL ENERGY PAYMENT
                                         REQUEST (.2); REVIEW REQUEST FOR
                                         PAYMENT OF CITY OF ALCOA (.4); DRAFT
                                         CORRESPONDENCE TO CITY OF ALCOA
                                         REGARDING UTILITY ACCOUNT PAYMENT
                                         REQUEST (1.4); REVISE UTILITY BLOCKED
                                         ACCOUNT STATUS REPORT (.3); REVIEW
                                         CORRESPONDENCE FROM CITY OF FL.
                                         LAUDERDALE REGARDING UTILITY ACCOUNT
                                         PAYMENT REQUEST (.1); DRAFT
                                         CORRESPONDENCE TO CITY OF FT.
                                         LAUDERDALE REGARDING UTILITY ACCOUNT
                                         PAYMENT REQUEST (.1).
```

B43E

BAKER SK          09/24/09       6.70   REVIEW SEMCO ENERGY CORPORATION'S
                                        UTILITY ACCOUNT PAYMENT REQUEST (.2);
                                        DRAFT CORRESPONDENCE TO K. MUELLER
                                        REGARDING SEMCO ENERGY CORPORATION'S
                                        UTILITY ACCOUNT PAYMENT REQUEST (.1);
                                        REVISE LETTER TO CITY OF ALCOA REGARDING
                                        UTILITY PAYMENT REQUEST (.8); REVISE
                                        DRAFT ACCESS AND INDEMNITY AGREEMENT
                                        BETWEEN DEBTORS AND LOUISIANA GAS AND
                                        ELECTRIC (.8); TELEPHONE CALL WITH B.
                                        ROBOTO REGARDING FILING CLAIMS AGAINST
                                        DEBTORS (.2); TELEPHONE CAL WITH P.
                                        BANGEL REGARDING CITY OF FT. LAUDERDALE
                                        UTILITY PAYMENT REQUEST (.2); REVIEW
                                        CORRESPONDENCE FROM J. SIDHA REGARDING
                                        UTILITY ACCOUNT PAYMENT REQUEST (.1);
                                        DRAFT RESPONSE TO J. SIDHA REGARDING
                                        UTILITY ACCOUNT PAYMENT REQUEST (. 1);
                                        REVIEW UTILITY PAYMENT REQUEST OF CITY
                                        OF LIVERMORE (.2); TELEPHONE CONFERENCE
                                        WITH LIVERMORE CITY ATTORNEY (.2);
                                        DRAFT CORRESPONDENCE TO K. MUELLER
                                        REGARDING LOCATION 3350 UTILITY
                                        ACCOUNTS (.1); TELEPHONE CALL WITH P.
                                        CURTIS REGARDING CONSOLIDATED EDISON
                                        ACCOUNTS (.3); TELEPHONE CALL WITH D.
                                        OVERBY REGARDING UTILITY ACCOUNT
                                        PAYMENT REQUEST OF CITY OF ALCOA (.2);
                                        DRAFT CORRESPONDENCE TO E. DEAN
                                        REGARDING LOS ANGELES DEPARTMENT OF
                                        WATER AND POWER'S REQUEST FOR UTILITY
                                        PAYMENT (.1); REVIEW CORRESPONDENCE
                                        FROM S. ABNER REGARDING ACCESS AND
                                        INDEMNITY AGREEMENT (.1); REVIEW SECOND
                                        AMENDED REQUEST FOR PAYMENT FOR THE CITY
                                        OF LIVERMORE, CA (.2); TELEPHONE CALL
                                        WITH K. BRADSHAW REGARDING
                                        MISCELLANEOUS SURETY BOND AND UTILITY
                                        ISSUES (.2); REVIEW AMENDED UTILITY
                                        PAYMENT REQUEST OF LOS ANGELES
                                        DEPARTMENT OF WATER AND POWER (.2);
                                        REVISE UTILITY BLOCKED ACCOUNT STATUS
                                        REPORT (.4); DRAFT CORRESPONDENCE TO R.
                                        HILL REGARDING UTILITY BLOCKED ACCOUNT
                                        PAYMENT REQUESTS (.1); RESEARCH
                                        REGARDING DECLARATORY JUDGMENT AND RULE
                                        7001(1.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER SK | 09/25/09 | 3.40 | REVIEW UTILITY PAYMENT REQUEST OF SANTEC COOPER (.2); REVIEW UTILITY PAYMENT REQUEST OF MARIN MUNICIPAL WATER DISTRICT (.2); REVIEW PUERTO RICO ELECTRIC POWER AUTHORITY'S UTILITY ACCOUNT PAYMENT REQUEST (.2); REVIEW UTILITY PAYMENT REQUEST OF VERIZON COMMUNICATIONS, INC. (.6); TELEPHONE CALL WITH REPRESENTATIVE OF SAN DIEGO GAS REGARDING UTILITY ACCOUNTS (.2); REVIEW CORRESPONDENCE FROM R. TAKESH REGARDING CITY OF TUKWILA (.1); TELEPHONE CALL WITH REPRESENTATIVE OF ALLIANCE ONE REGARDING UTILITY PAYMENTS (.2); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING LOCATION 8C8 UTILITY SERVICE (.1); REVIEW CITY OF TUKWILA'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW BANGOR GAS' REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW EL PASO ELECTRIC COMPANY'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING VERIFICATION OF UTILITY ACCOUNT NUMBERS (.2); REVIEW SAN ANTONIO WATER SURPLUS UTILITY BLOCKED ACCOUNT PAYMENT REQUEST (.2); REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (.6). |
| BAKER SK | 09/28/09 | 4.00 | REVIEW REQUEST FOR PAYMENT FROM UTILITY ACCOUNT OF BLACK HILLS ENERGY (.2); REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF PACIFIC GAS AND ELECTRIC (.3); DRAFT CORRESPONDENCE TO PACIFIC GAS AND ELECTRIC REGARDING REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.6); TELEPHONE CALL WITH ALLIANCE ONE REGARDING CITY OF RICHMOND'S REQUEST FOR UTILITY BLOCKED ACCOUNT (.2); TELEPHONE CALL WITH REPRESENTATIVE OF GREEN MOUNTAIN POWER REGARDING UTILITY PAYMENT REQUEST FORM (.2); REVIEW CITY OF TUCSON'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW SWEETWATER AUTHORITY'S REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF CITY OF HOUSTON (.3); TELEPHONE CALL WITH D. CURTIS REGARDING CON EDISON SOLUTIONS REQUEST FOR PAYMENT FOR UTILITY BLOCKED ACCOUNT (.2); TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF RICHMOND REGARDING COLLECTIONS PROCEEDINGS (.2); REVIEW CONSOLIDATED EDISON'S UTILITY BLOCKED ACCOUNT PAYMENT REQUEST (.7); REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER SK            09/29/09        6.10    REVIEW CITY OF OCALA REQUEST FOR PAYMENT
                                            FROM UTILITY BLOCKED ACCOUNT (.2);
                                            TELEPHONE CALL WITH REPRESENTATIVE OF
                                            CITY OF RICHMOND REGARDING UTILITY
                                            PAYMENTS (.1); REVIEW CORRESPONDENCE
                                            FROM R. TALEECH REGARDING PROPERTY 3336
                                            IN TUKWILA, WASHINGTON (.1); DRAFT
                                            CORRESPONDENCE TO R. TALEECH REGARDING
                                            PROPERTY 3336 IN TUKWILA, WASHINGTON
                                            (.2); TELEPHONE CALL WITH K. JONES OF
                                            AMERICAN WATER REGARDING REQUEST FOR
                                            PAYMENT FROM UTILITY ACCOUNT (.2);
                                            DRAFT CORRESPONDENCE TO K. JONES OF
                                            AMERICAN WATER REGARDING REQUEST FOR
                                            PAYMENT FROM UTILITY ACCOUNT (.1);
                                            REVIEW CORRESPONDENCE FROM K. HOLSTEN
                                            REGARDING COLLECTION PROCEEDINGS TO
                                            CEASE (.1); TELEPHONE CALL WITH
                                            REPRESENTATIVE OF MARIN MUNICIPAL WATER
                                            DISTRICT REGARDING UTILITY ACCOUNT
                                            PAYMENT REQUEST (.1); TELEPHONE CALL
                                            WITH S. ABNER REGARDING LOUISVILLE GAS
                                            AND ELECTRIC (.2); REVIEW
                                            CORRESPONDENCE FROM S. ABNER REGARDING
                                            LOUISVILLE GAS AND ELECTRIC (.1);
                                            REVIEW EMAIL FROM J. POMERANTZ
                                            REGARDING SURETY BOND MOTION (.1);
                                            DRAFT RESPONSE TO J. POMERANTZ
                                            REGARDING SURETY BOND MOTION (.6);
                                            REVIEW AMENDED PAYMENT REQUEST OF CITY
                                            OF ALCOA (.2); REVIEW AMENDED PAYMENT
                                            REQUEST OF CITY OF FORT COLLINS,
                                            COLORADO (.2); REVIEW CORRESPONDENCE
                                            FROM CITY OF RICHMOND REGARDING UTILITY
                                            BALANCES PAID IN FULL (.1); REVIEW
                                            CORRESPONDENCE FROM P. ILAFF REGARDING
                                            UTILITY ACCOUNT BALANCES (.1); REVIEW
                                            CORRESPONDENCE FROM G. KENNEDY
                                            REGARDING UTILITY ACCOUNT BALANCES
                                            (.1); TELEPHONE CALL WITH LYNN OF CITY
                                            OF OCALA REGARDING REQUEST FOR PAYMENT
                                            FROM UTILITY ACCOUNT (.2); REVIEW CITY
                                            OF BEAUMONT, TEXAS' UTILITY ACCOUNT
                                            PAYMENT REQUEST (.2); TELEPHONE CALL
                                            WITH COUNSEL FOR AVAYA UTILITIES (.1);
                                            REVISE  UTILITY ACCOUNT STATUS REPORT
                                            (.9); DRAFT CORRESPONDENCE TO R. HILL
                                            REGARDING UTILITY ACCOUNT PAYMENT
                                            REQUESTS (.1); DRAFT CORRESPONDENCE TO
                                            K. MUELLER REGARDING UTILITY ACCOUNT
                                            PAYMENT REQUESTS (.3); REVIEW UTILITY
                                            PAYMENT REQUEST OF SOUTHERN CALIFORNIA
                                            GAS (.2); TELEPHONE CALL WITH
                                            REPRESENTATIVE OF SUBURBAN NATURAL GAS
                                            (.2); REVIEW AMENDED UTILITY REQUEST OF
                                            SUBURBAN NATURAL GAS (.2); REVIEW
                                            CORRESPONDENCE FROM K. JONES REGARDING
                                            UTILITY PAYMENT REQUESTS (.1); REVIEW
                                            CORRESPONDENCE FROM S. EAGLE REGARDING
                                            PBGC CLAIMS (.1); REVIEW LOUISVILLE GAS
                                            AND ELECTRIC COMPANY'S AMENDED AND
                                            RESTATED UTILITY BLOCKED PAYMENT
                                            REQUEST FORM (.5); REVIEW CITY OF
                                            AUSTIN'S UTILITY BLOCKED ACCOUNT
                                            PAYMENT REQUEST FORM (.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 09/30/09 | 6.10 | DRAFT CORRESPONDENCE TO T. ROJO AT CITY OF AUSTIN REGARDING UTILITY ACCOUNTS (.2); DRAFT CORRESPONDENCE TO C. WILLIAMS REGARDING UTILITY ACCOUNT REQUEST (.2); REVIEW OCALA ELECTRIC UTILITIES AMENDED PAYMENT REQUESTS (.2); DRAFT CORRESPONDENCE TO C. HARKNESS REGARDING UTILITY REQUEST FOR PAYMENT (.1); REVIEW REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT OF SAN DIEGO GAS AND ELECTRIC (.3); TELEPHONE CALL WITH R. GRAY REGARDING AMERICAN WATER ACCOUNTS (.2); DRAFT CORRESPONDENCE TO K. JONES REGARDING AMERICAN WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM D. CASAREZ REGARDING UTILITY PAYMENT REQUESTS (.1); DRAFT CORRESPONDENCE TO D. CASAREZ REGARDING UTILITY PAYMENT REQUESTS (.1); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING AMERICAN WATER ACCOUNTS (.2); REVIEW UTILITY PAYMENT REQUEST OF INDIANAPOLIS POWER AND LIGHT (.2); REVIEW UTILITY PAYMENT REQUEST OF XCEL ENERGY NORTHERN POWER STATES (.2); REVIEW UTILITY PAYMENT REQUEST OF TECO TAMPA ELECTRIC (.2); REVIEW UTILITY PAYMENT REQUEST OF NEW JERSEY AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF LONG ISLAND AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF MISSOURI AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF WEST VIRGINIA AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF TENNESSE AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF PENNSYLVANIA AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF MARYLAND AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF KENTUCKY AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF INDIANA AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF ILLINOIS AMERICAN WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF CALIFORNIA AMERICAN WATER (.2); REVIEW CORRESPONDENCE FROM C. WILLIAMS REGARDING SOUTHERN CALIFORNIA GAS ACCOUNTS (.1); REVIEW AMENDED PAYMENT REQUEST OF CITY OF AUSTIN UTILITIES (.2); REVIEW CORRESPONDENCE FROM S. FRITZ-FERGUSAN REGARDING UTILITY ACCOUNTS  (.1); REVIEW REQUEST FOR PAYMENT OF MONTGOMERY WATER WORKS FROM UTILITY BLOCKED ACCOUNT (.2); REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING MOTION TO CANCEL SURETY BONDS (.1); REVIEW UTILITY ACCOUNT PAYMENT REQUEST OF KANSAS GAS SERVICE (.2); REVISE BLOCKED ACCOUNT STATUS REPORT (.8). |
| --- | --- | --- | --- |

**51.40**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Total Associate**                 51.40

**TOTAL TIME**                      <u>51.40</u>


**CLIENT TOTAL**              <u>1,092.10</u>

B43E