```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/11/09
General Corporate Advice                                 Bill Number: 1292791
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 10/07/09 | 0.80 | PREPARE FOR/ATTEND BOARD CALL. |
| | | 0.80 | |
| GALARDI GM | 10/06/09 | 0.40 | REVIEW MATERIALS FOR BOARD MEETING. |
| | | 0.40 | |
| **Total Partner** | | **1.20** | |
| FREDERICKS IS | 10/07/09 | 1.10 | PREPARE FOR AND PARTICIAPTE IN MONTHLY BOARD CONFERENCE CALL (1.1). |
| | | 1.10 | |
| **Total Associate** | | **1.10** | |
| **TOTAL TIME** | | **2.30** | |

Circuit City Stores, Inc. (DIP)                           Bill Date: 11/11/09
Asset Analysis and Recovery                               Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/02/09 | 0.10 | REVIEW AND RESPOND TO EMAIL RE: ASSURANT TRUST ISSUE. |
| GALARDI GM | 10/21/09 | 1.10 | ADDRESS COMMITTEE ISSUES RE: CLAIMS AND PREFERENCE ANALYSIS. |
| GALARDI GM | 10/22/09 | 0.80 | CALL RE: PREFERENCE ANALYSIS AND OTHER ISSUES. |
| | | 2.00 | |
| **Total Partner** | | **2.00** | |
| FREDERICKS IS | 10/05/09 | 2.80 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ J. ROBINSON RE: REVISED PREFERENCE ANALYSIS (2.8). |
| FREDERICKS IS | 10/07/09 | 2.30 | REVIEW CORRRESPONDENCE AND ATTACHMENTS FROM J. ROBINSON RE: PREFERENCE ANALYSIS (1.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH FTI CONCERNING PREFERECE ANALYSIS (.8); TELEPHONE CALL TO D. FOLEY RE: PREFERERNCE ANALYSIS AND GOING FORWARD STRATEGY (.3). |
| FREDERICKS IS | 10/09/09 | 1.40 | REVIEW REVISED PREFERENCE ANALYSIS AND TELEPHONE CALL WITH J. ROBINSON RE: SAME (1.4). |
| FREDERICKS IS | 10/19/09 | 4.90 | REVIEW REVISE PREFERENCE ANALYSIS (2.3); CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS WITH J. ROBINSON RE: SAME (.8); DRAFT COMPREHENSIVE CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: SAME (1.1); CIRCULATE TO AND RECEIVE AND REVIEW COMMENTS AND UPDATE CORRESPONDENCE RE: SAME (.7). |
| FREDERICKS IS | 10/20/09 | 0.70 | CONTINUE TO RECEIVE AND REVIEW COMMENTS TO COMMITTEE CORRESPONDENCE RE: PREFERENCES AND UPDATE CORRESPONDENCE RE: SAME (.7). |
| | | 12.10 | |
| **Total Associate** | | **12.10** | |
| **TOTAL TIME** | | **14.10** | |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 11/11/09
Asset Dispositions (General)                                       Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LIBERI JM | 10/01/09 | 2.00 | COMMUNICATE WITH COUNSEL FOR QUEBECOR RE: WIRE TRANSFER MATTERS AND EXECUTION DRAFTS OF BILL OF SALE (0.6); COMMUNICATE WITH DEBTOR REPRESENTATIVES RE: SAME (0.4); REVIEW EXECUTED BILL OF SALE (0.1); COMMUNICATE WITH COUNSEL FOR POTENTIAL BUYER OF ASSETS RE: ASSET SALE MATTERS (0.4); RESEARCH AVAILABILITY OF SAME ASSETS (0.5). |
| LIBERI JM | 10/02/09 | 2.30 | COMMUNICATE WITH COUNSEL FOR POTENTIAL BUYER RE: ASSET SALE MATTERS (0.4); REVIEW OFFER LETTER RE: POTENTIAL ASSET SALES (0.5); FOLLOW UP WITH DEBTOR PERSONNEL RE: ASSET SALE ISSUES (0.6); WORK ON LITIGATION RIGHTS ASSET SALE MATTERS (0.8). |
| LIBERI JM | 10/06/09 | 0.80 | REVIEW CORRESPONDENCE WITH CREDITORS' COMMITTEE COUNSEL RE: ASSET DISPOSITION MATTERS (0.3); FOLLOW UP WITH POTENTIAL CONSULTANTS/PROFESSIONALS TO ASSIST WITH ASSET SALE (0.5). |
| LIBERI JM | 10/07/09 | 1.10 | CONFERENCE CALL RE: ASSET SALE MATTERS (0.6); FOLLOW UP ON LITIGATION RIGHTS ISSUES (0.5). |
| LIBERI JM | 10/09/09 | 0.90 | COMMUNICATE WITH COUNSEL FOR POTENTIAL ASSET PURCHASER RE: SALE MATTERS (0.3); FOLLOW UP RE: POTENTIAL SALE OF IP/LITIGATION ASSETS (0.6). |
| LIBERI JM | 10/12/09 | 0.70 | CORRESPOND WITH CREDITORS' COMMITTEE COUNSEL RE: ENGAGEMENT OF PROFESSIONAL TO ASSIST IN ASSET DISPOSITION (0.3); FOLLOW UP RE: SAME (0.4). |
| LIBERI JM | 10/14/09 | 0.60 | REVIEW RETENTION PAPERS RE: SUSMAN FIRM (0.3); ADDRESS ASSET SALE ISSUES (0.3). |
| LIBERI JM | 10/29/09 | 0.80 | RESPOND TO INQUIRY FROM POTENTIAL IP ASSET BUYER (0.3); COMMUNICATE WITH COUNSEL FOR QUEBECOR AND DEBTORS RE: POTENTIAL ASSET SALE (0.5). |
|  |  | 9.20 |  |
| **Total Associate** |  | 9.20 |  |
| **TOTAL TIME** |  | <u>9.20</u> |  |

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
|---|---|---|---|
| Automatic Stay (Relief Actions) | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 10/23/09 | 0.30 | REVIEW MOTION OF UNICAL FOR RELIEF FROM STAY(.3). |
| | | 0.30 | |
| FREDERICKS IS | 10/07/09 | 1.40 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH SAFECO CONCERNING INFORMAL OBJECTION TO MOTION TO TERMINATE BONDS (1.4). |
| | | 1.40 | |
| Total Associate | | 1.70 | |
| **TOTAL TIME** | | **1.70** | |

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　　　Bill Date: 11/11/09
Case Administration　　　　　　　　　　　　　　　　　　　　　　Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/12/09 | 0.40 | WORK ON ISSUES RE: ADDTIONAL MEMBER OF LT BOARD. |
| GALARDI GM | 10/13/09 | 0.30 | EMAILS AND CALLS RE: APPOINT TO LT BOARD. |
| | | 0.70 | |
| **Total Partner** | | **0.70** | |
| BAKER SK | 10/01/09 | 0.20 | REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.2). |
| BAKER SK | 10/02/09 | 0.20 | REVIEW DRAFT AGENDA FOR UPCOMING HEARING (.2). |
| BAKER SK | 10/08/09 | 0.30 | TELEPHONE CALL WITH T. SIMPSON REGARDING TAX FORMS (.2); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING EMPLOYEE TAX FORMS (.1). |
| BAKER SK | 10/23/09 | 0.20 | TELEPHONE CALL WITH E. SIPIORA REGARDING PAYMENTS FOR CRIMINAL CASE (.2). |
| | | 0.90 | |
| FREDERICKS IS | 10/09/09 | 4.70 | REVIEW AND RESPOND TO CASE RELATED CORRESPONDENCE (4.7). |
| FREDERICKS IS | 10/12/09 | 1.30 | CONTINUE TO REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.3). |
| FREDERICKS IS | 10/15/09 | 3.60 | PREPARE FOR AND CONDUCT OMNIBUS HEARING (3.6). |
| FREDERICKS IS | 10/22/09 | 3.10 | CORRESPONDENCE TO AND FROM B. CASHMAN AND CC REPRESENTATIVES RE: OPEN INFORMATION REQUESTS (1.2); REVIEW INFORMATION REQUESTS THAT WERE PROVIDED (1.2) CORESPONDENCE TO COMMITTEE PROFESSIONALS RE: SAME (.7). |
| | | 12.70 | |
| KUMAR JS | 10/05/09 | 1.70 | RESPONDING TO INQUIRIES BY PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (1.7). |
| KUMAR JS | 10/07/09 | 0.60 | ATTENDING OMNIBUS HEARING (.6). |
| KUMAR JS | 10/15/09 | 0.80 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.8). |
| KUMAR JS | 10/16/09 | 1.10 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (1.1). |
| | | 4.20 | |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 10/08/09 | 0.40 | REVIEW AND COMMENT ON DRAFT AGENDA (0.4). |
| LIBERI JM | 10/23/09 | 1.10 | REVIEW CASE CALENDAR AND APPROACHING RESPONSE DEADLINES (0.5); REVIEW MATTERS REQUIRING RESPONSES AND COORDINATE RESPONSES (0.6). |
| LIBERI JM | 10/29/09 | 0.50 | REVIEW INCOMING CASE CORRESPONDENCE (0.5). |
| | | 2.00 | |
| **Total Associate** | | **19.80** | |
| HEANEY CM | 09/28/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 09/29/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 09/30/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW 10-7 AGENDA FOR UPDATES (.3). |
| HEANEY CM | 10/01/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/02/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/05/09 | 1.80 | REVIEW DOCKET RE: UPDATES TO 10-7 HEARING AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); EDIT/REVISE HEARING AGENDA (.6); OBTAIN AND PREPARE HEARING BINDER (.6). |
| HEANEY CM | 10/06/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO 10-7 HEARING MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); REVIEW CALENDAR RE MATTER FOR 10-27 HEARING (.3). |
| HEANEY CM | 10/07/09 | 2.20 | REVIEW DOCKET RE: STATUS OF 10-7 HEARING (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); EDIT/REVISE 10-15 HEARING AGENDA (1.1). |
| HEANEY CM | 10/08/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO 10-15 HEARING AGENDA (.4); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO AGENDA (.2); EDIT/REVISE 10-15 HEARNG AGENDA (.9); DISTRIBUTE AGENDA ON THIRD PARTIES FOR ADDITIONAL COMMENTS (.1). |
| HEANEY CM | 10/09/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); EDIT/REVISE AGENDA (.4). |
| HEANEY CM | 10/12/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |

| | | | |
|---|---|---|---|
| HEANEY CM | 10/13/09 | 0.80 | OBTAIN/ORDER REVIEW, ORGANIZE AND PREPARE HEARING BINDER FOR 10-15 HEARING (.8). |
| HEANEY CM | 10/14/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/15/09 | 0.90 | REVIEW DOCKET RE: STATUS OF HEARING MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 10/19/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 10/20/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/21/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/22/09 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARITES (.8); REVIEW AGENDAS AND CASE CALENDAR FOR UPDATES TO 11-3 HEARING AGENDA (.3). |
| HEANEY CM | 10/23/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW ORGANIZE AND DISTRIBUTE PLEADINGS FOR DISTRIBUTION ON THIRD PARTIES (.6). |
| HEANEY CM | 10/26/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 10/27/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DSTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 10/28/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9); EDIT/REVISE HEARING AGENDA (.4). |
| HEANEY CM | 10/29/09 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE AGENDA (.8); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 10/30/09 | 3.30 | REVIEW DOCKET RE: UPDATES TO 11-3 HEARING AGENDA (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); EDIT/REVISE HEARING AGENDA (.4); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO AGENDA (.2); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS FOR 11-13 HEARING (2.1). |

                                    24.70

B43E

| | | | |
|---|---|---|---|
| LAMANNA WK | 10/06/09 | 2.30 | DRAFT HEARING AGENDA FOR OCT. 15 OMNIBUS HEARING. |
| LAMANNA WK | 10/07/09 | 0.60 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 10/09/09 | 0.10 | REVIEW CRITICAL DATES WITH I. FREDERICKS. |
| LAMANNA WK | 10/11/09 | 0.20 | REVIEW CASE CALENDAR AND BEGIN TO SET UP DEADLINE ALERTS FOR I. FREDERICKS. |
| LAMANNA WK | 10/13/09 | 0.30 | CREATE EMAIL ALERTS FOR CRITICAL CASE DEADLINES. |
| LAMANNA WK | 10/14/09 | 3.50 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (2.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); CREATE EMAIL ALERTS FOR CRITICAL CASE DEADLINES (0.7). |
| LAMANNA WK | 10/21/09 | 0.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.3). |
| LAMANNA WK | 10/22/09 | 1.50 | CONTINUE TO REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 10/23/09 | 1.30 | BEGIN DRAFT OF NOV. 3 HEARING AGENDA. |
| LAMANNA WK | 10/24/09 | 1.40 | DRAFT NOV. 3, 2009 HEARING AGENDA. |
| LAMANNA WK | 10/26/09 | 0.70 | EDIT/REVISE NOV. 3, 2009 HEARING AGENDA. |
| LAMANNA WK | 10/27/09 | 0.10 | PREPARE AND DISTRIBUTE HEARING AGENDA. |
| LAMANNA WK | 10/28/09 | 0.20 | EDIT/REVISE NOV. 3, 2009 HEARING AGENDA. |
| LAMANNA WK | 10/29/09 | 1.70 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.5); PREPARE AND DISTRIBUTE CASE CALENDAR (0.2). |
| LAMANNA WK | 10/30/09 | 0.30 | SET OF INFORMATION VOICE MAILBOX FOR THIRD PARTY CALLERS. |
| | | 14.50 | |
| **Total Legal Assistant** | | 39.20 | |
| **TOTAL TIME** | | <u>59.70</u> | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 11/11/09
Claims Admin. (General)                                      Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/05/09 | 0.20 | CALL RE: 502(D) OBJECTION. |
| GALARDI GM | 10/06/09 | 0.20 | FOLLOW-UP RE: SETOFF AND CLAIM MOTION. |
| GALARDI GM | 10/07/09 | 0.40 | FOLLOW-UP RE: PTO CLAIMS (.4). |
| GALARDI GM | 10/11/09 | 0.30 | CALL RE: VARIOUS CLAIM ISSUES. |
| GALARDI GM | 10/14/09 | 0.60 | REVIEW 503(B)(9) CASE AND FOLLOW-UP RE: CLAIMS. |
| | | 1.70 | |
| **Total Partner** | | **1.70** | |
| BAKER SK | 10/01/09 | 4.90 | REVIEW CORRESPONDENCE FROM K. BRADSHAW REGARDING CUSTOMER INVOICES (.1); TELEPHONE CALL WITH P. WINTER REGARDING ALLIANCE ENTERTAINMENT (.2); REVIEW CLAIM OF ADS ENTERPRISES (.7); DRAFT CORRESPONDENCE TO J. EDELMAN REGARDING ADS ENTERPRISE'S PROOF OF CLAIM (.4); TELEPHONE WITH J. EDELMAN REGARDING ADS ENTERPRISE'S PROOF OF CLAIM (.2); TELEPHONE CALL WITH RYAN PINKSTON REGARDING DEBTORS' MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES ONLY (.1); REVIEW DEBTORS OBJECTION TO CLAIMS FOR VOTING PURPOSES ONLY (.4); REVIEW DEBTORS' 19TH OMNIBUS OBJECTION TO CLAIMS (.2); CONTINUE DRAFT OF OBJECTION TO SURVEY CLAIMS (2.6). |
| BAKER SK | 10/02/09 | 5.30 | REVISE 9019 MOTION REGARDING PBGC SETTLEMENT (1.2); DRAFT ORDER REGARDING PBGC SETTLEMENT MOTION (1.1); REVIEW REVISED DRAFT OF PBGC SETTLEMENT AGREEMENT (.5); REVIEW CORRESPONDENCE FROM S. EAGLE REGARDING PBGC SETTLEMENT AGREEMENT (.1); DRAFT CORRESPONDENCE TO M. RIGHETTI REGARDING DEBTORS' 40TH OBJECTION TO CLAIMS (.1); TELEPHONE CALL WITH M. SUECHE REGARDING NON-VOTING STATUS NOTICE (.2); REVIEW EXHIBIT TO MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES ONLY TO DETERMINE ACCURACY OF LEGAL OBJECTION (2.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/05/09 | 8.70 | REVIEW CORRESPONDENCE FROM M. RIGHETTI REGARDING DEBTORS' 44TH OMNIBUS OBJECTION TO CLAIMS (.1); DRAFT CORRESPONDENCE TO J. ROBINSON REGARDING EXHIBIT TO DEBTORS' 44TH OMNIBUS OBJECTION (.2); REVIEW CORRESPONDENCE FROM J. PREAS REGARDING DEBTORS 31ST OMNIBUS OBJECTION TO CLAIMS (.1); DRAFT RESPONSE TO J. PREAS REGARDING DEBTORS 31ST OMNIBUS OBJECTION TO CLAIMS (.1); TELEPHONE CALL WITH K. BRADSHAW REGARDING CUSTOMER REQUESTS FOR PURCHASE INFORMATION (.3); REVIEW AND REVISE DRAFT OF PBGC 9010 MOTION AND ORDER (7.4); REVIEW CORRESPONDENCE FROM S. EAGLE REGARDING REVISIONS TO PBGC MOTION (.1); REVIEW GASTON COUNTY'S RESPONSE TO DEBTORS' 37TH OMNIBUS OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH P. OLZZCEUK REGARDING CUSTOMER PURCHASE INFORMATION (.2). |
| BAKER SK | 10/06/09 | 7.10 | REVIEW CORRESPONDENCE FROM M. MOSIER REGARDING WHOLLY OWNED SUBSIDIARIES (.1); DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING ARBORETUM OF SOUTH BARRINGTON LEASE (.1); DRAFT CORRESPONDENCE TO P. SCHAETZLE REGARDING HURRICANE IKE SETTLEMENT AGREEMENT (.2); REVIEW CORRESPONDENCE FROM D. SERANTON REGARDING CLAIMS RECONCILIATION (.1); REVIEW CORRESPONDENCE FROM D. MILLER REGARDING TIA PAYMENTS (.1); TELEPHONE CALL WITH S. NEUMANN REGARDING DEBTORS' 42ND AND 45TH CLAIMS OBJECTIONS (.2); DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING DEBTORS 45TH OMNIBUS CLAIMS OBJECTION (.1); REVISE DRAFT OF OBJECTION TO SONY CLAIMS (4.5); CONFERENCE CALL WITH COUNSEL FOR SONY REGARDING ADMINISTRATIVE CLAIMS (.3); TELEPHONE CALL WITH J. ROBINSON REGARDING SET OFF OBJECTION EXHIBITS (.1); TELEPHONE CALL WITH R. PINKSON REGARDING DEBTORS OBJECTION TO CLAIMS FOR VOTING PURPOSES ONLY (.2); TELEPHONE CALL WITH E.BELL REGARDING EQUITY INTEREST UNDER PROPOSAL LIQUIDATION PLAN (.2); REVIEW RESPONSE OF S. DASTANPOUR TO DEBTORS' 17TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW ARBORETUM OF SOUTH BARRINGTON PROOF OF CLAIM AND LEASE (.8). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/07/09 | 5.50 | REVIEW EMAIL FROM D. FOLEY REGARDING CLAIMS OF 502 12 86TH STREET (.1); TELEPHONE CALL WITH T. WILMAS REGARDING CHANGE OF ADDRESS (.2); REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING CLAIMS FILED BY PARAMOUNT HOME VIDEO (1.); REVIEW PARAMOUNT HOME VIDEO CLAIMS (.4); DRAFT CORRESPONDENCE TO S. CHENETZ REGARDING SONY HOME ENTERTAINMENT PROOF OF CLAIM (.2); TELEPHONE CALL WITH D. TAYLOR REGARDING PERSONAL INJURY CLAIMS (.2); REVIEW AND REVISE SET OFF OBJECTION (1.6); REVIEW CORRESPONDENCE FORM J. POMERANTZ REGARDING SET OFF OBJECTION (.1); DRAFT CORRESPONDENCE TO J. ROBINSON REGARDING SET OFF OBJECTION (.1); TELEPHONE CALL WITH J. ROBINSON REGARDING SET OFF OBJECTION (.1); TELEPHONE CALL WITH E. GERSHBEIN REGARDING SOLICIATION PROCEDURES (.2); RESEARCH SOLICITATION PROCEDURES AND CLAIMS BOUGH AND SOLD DURING CASE (2.2). |
| BAKER SK | 10/08/09 | 9.30 | REVIEW POTENTIAL SET OFF CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (6.8); DRAFT CORRESPONDENCE TO I. MARKUS REGARDING DEBTORS 19TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW CLAIMS TO DETERMINE WHETHER FULLY OR PARTIALLY SATISFIED POST PETITION (.7); CONFERENCE CALL REGARDING RESOLVING CLAIMS OBJECTIONS (1.2); TELEPHONE CALL WITH I. MARKUS REGARDING DEBTORS' 19TH OMNIBUS OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH R. PINKSTON REGARDING MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES ONLY (.2); REVIEW CORRESPONDENCE FROM M. BENZ REGARDING TRANSFER OF CLAIMS (.1). |
| BAKER SK | 10/09/09 | 10.00 | DRAFT CORRESPONDENCE TO J. EDELMAN REGARDING CLAIM OF AD'S ENTERPRISE INC. (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING NEW GOODS OBJECTIONS (.2); REVIEW ADMINISTRATIVE CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (9.6). |
| BAKER SK | 10/10/09 | 3.20 | REVIEW ADMINISTRATIVE CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (3.2). |
| BAKER SK | 10/11/09 | 3.70 | REVIEW ADMINISTRATIVE CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (3.7). |