| | | | |
|---|---|---|---|
| BAKER SK | 10/12/09 | 11.90 | TELEPHONE CALL WITH J. ROBINSON REGARDING OMNIBUS OBJECTION EXHIBITS (.3); REVIEW CLAIMS FILED BY 502 120 86TH STREETH REGARDING TIMELINES OF AMENDED CLAIMS (.5); REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING CLAIMS TO BE LISTED IN VARIOUS OMNIBUS OBJECTIONS (.2); TELEPHONE CALL WITH CHRIS PROVST REGARDING PREFERENCE ANALYSIS (.2); REVIEW REVISED DRAFTS OF SET OFF OBJECTIONS AND 502(D) OBJECTION EXHIBITS (1.4); REVIEW CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (9.3). |
| BAKER SK | 10/13/09 | 14.60 | REVIEW CORRESPONDENCE FROM K. BARKSDALE REGARDING CLAIMS SATISFIED POST-PETITION (.1); TELEPHONE CALL WITH S. NEUMANN REGARDING 502 12 86TH STREET'S ADMINISTRATIVE CLAIMS (.2); REVIEW AND FINALIZE 502(D) BRIEF (.2); REVIEW ADMINISTRATIVE CLAIMS REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (4.7); REVIEW AND REVISE OMNIBUS OBJECTION EXHIBITS (9.2); TELEPHONE CALL WITH S. COOK REGARDING DISCLOSURE STATEMENT (.2). |
| BAKER SK | 10/14/09 | 5.20 | DRAFT CORRESPONDENCE TO S. NEWMAN REGARDING DEBTORS' 42ND OMNIBUS OBJECTION (.3); TELEPHONE CALL WITH K. MILLER REGARDING OBJECTION TO CLAIMS FOR VOTING PURPOSES ONLY (.2); TELEPHONE CALL WITH P. BEAN REGARDING DISCLOSURE STATEMENT AND PROPOSAL PLAN OF LIQUIDATION (.2); TELEPHONE CALL WITH REPRESENTATIVE FOR HAIN CAPITAL REGARDING DEBROS' 48TH AND 51ST OMNIBUS OBJECTION (.2); TELEPHONE CALL REGARDING CITY OF STEUBENVILLE REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.1); BEGIN RESEARCH REGARDING SPECIFIC NON GOODS 503(B)(9) OBJECTIONS (4.2). |
| BAKER SK | 10/15/09 | 5.50 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING POSSIBLE OMNIBUS OBJECTIONS TO BE FILED (.1); CONFERENCE CALL WITH COUNSEL FOR SONY PICTURES (.7); TELEPHONE CALL WITH BARBARA REGARDING ADS ENTERPRISES (.1); TELEPHONE CALL WITH J. DEARY REGARDING THOMPSON RECEIVABLES (.2); REVIEW CLAIM REGARDING DETERMINE LEGAL BASIS FOR OBJECTION (4.4). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/16/09 | 9.10 | TELEPHONE CALL WITH H. FERGUSON REGARDING ACCOUNTS RECEIVABLES RECONCILIATION (.2); TELEPHONE CALL WITH B. STARK REGARDING SET OFF OMNI OBJECTIONS (.2); CONFERENCE CALL REGARDING OMNIS AND RECONCILIATION PROCEDURES (.3); TELEPHONE CALL WITH M. HEIMANN REGARDING CONVENIENCE CLAIMS (.1); TELEPHONE CALL WITH H. BAER REGARDING RECONCILIATION OF BELL O CLAIM (.2); DRAFT CORRESPONDENCE TO M. HEIMANN REGARDING CONVENIENCE CLAIM OPTION (.2); RESEARCH REGARDING SONLY PICTURES CLAIMS (.6); REVIEW CORRESPONDENCE FROM DOLLAR TREE REGARDING AMOUNT OF CLAIM FOR VOTING PURPOSES (.4); TELEPHONE CALL WITH N. MALITO REGARDING DOLLAR TREE'S CLAIM (.1); DRAFT CORRESPONDENCE REGARDING AMOUNT OF DOLLAR TREES CLAIM FOR VOTING PURPOSES (.1); REVIEW CLAIMS REGARDING DETERMINE LEGAL BASIS FOR OBJECTION (6.7). |
| BAKER SK | 10/19/09 | 10.10 | REVIEW RECEIVABLES INFORMATION REGARDING LENOVO AND THOMSON CLAIMS (.6); DRAFT CORRESPONDENCE TO J. MANEVITZ REGARDING DEBTORS' 48TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW CLAIMS FILED BY WEC-96D APPLICATION-2 INVESTMENT TRUST (.3); TELEPHONE CALL WITH M. FORNEY REGARDING DEBTORS' 42ND OMNIBUS OBJECTION (.1); REVIEW CLAIMS TO DETERMINE LEGAL BASIS FRO OBJECTION (4.4); TELEPHONE CALL WITH B. MASON REGARDING TUSCALOOSA COUNTY TAX CLAIMS (.2); TELEPHONE CALL WITH L. SAVAKIN OF SONY REGARDING RECLAMATION CLAIMS (.2); REVIEW S. NAGUE'S RESPONSE TO DEBTORS' OBJECTION OF DUPLICATION CLAIMS (.1); REVIEW HERITAGE PLAZA'S RESPONSE TO DEBTORS' 42ND OMNIBUS OBJECTION (.1); REVIEW AND REVISE DEBTORS OBJECTION TO FULLY SATISFIED CLAIMS (2.6); BEGIN RESEARCH REGARDING DOCTRINE OF RECOUPMENT (1.4). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 10/20/09 | 5.90 | REVIEW CORRESPONDENCE FROM B. STARK REGARDING LENOVO RECEIVABLES (.1); REVIEW CORRESPONDENCE FROM J. DEARY REGARDING THOMPSON RECEIVABLES AND 503(B)(9) CLAIMS (.1); DRAFT RESPONSE TO J. DEARY REGARDING THOMPSON RECEIVABLES AND 503(B)(9) CLAIMS (.1); TELEPHONE CALL WITH C. PROVOST REGARDING DEADLINE FOR PREFERENCE OBJECTION (.2); TELEPHONE CALL WITH E. GERSHBEIN REGARDING AMOUNT OF CLAIM AS DOCKETED ON KCC (.2); TELEPHONE CALL WITH J. MCCORMACK REGARDING AMOUNT OF CLAIMS FOR VOTING PURPOSES ONLY (.2); DRAFT CORRESPONDENCE TO S. CHENETZ REGARDING DEBTORS' 44TH OMNIBUS OBJECTION TO CLAIMS (.2); DRAFT CORRESPONDENCE TO SONLY REGARDING RECLAMATION CLAIMS (.6); REVIEW CLAIMS REGARDING DETERMINING LEGAL BASES FOR RECLASSIFICATION(4.2). |
| BAKER SK | 10/21/09 | 11.90 | REVIEW 503(B)(9) CLAIMS TO DETERMINE WHETHER THEY ARE FRO NON-GOODS (1.5); REVIEW CORRESPONDENCE FROM K. BRADSHAW REGARDING REBATE CHECKS (.1); REVIEW CORRESPONDENCE FROM M. O'LAUGHLIN REGARDING ADMINISTRATIVE EXPENSES FILED BY UTILITIES (.1); DRAFT RESPONSE TO M. O'LAUGHLIN REGARDING ADMINISTRATIVE EXPENSES FILED BY UTILITIES (.2); TELEPHONE CALL WITH N. SPONG REGARDING PENSION PLAIN BENEFITS (.2); CONFERENCE CALL REGARDING CLAIMS OBJECTIONS AND TAX ISSUES (.8); REVISE CORRESPONDENCE TO L. SARAKIN REGARDING 46TH OMNIBUS OBJECTION (.3); DRAFT CORRESPONDENCE TO S. NEWMAN REGARDING DEBTORS 45TH OMNIBUS OBJECTION (.2); REVIEW RECEIVABLES INFORMATION REGARDING E B CARLSON (.3); DRAFT CORRESPONDENCE TO S. MCNAMARA REGARDING E B CARLSON RECEIVABLES(.2); TELEPHONE CALL WITH S. NEWMAN REGARDING DEBTORS' 45TH OMNIBUS OBJECTION (.2); REVIEW AND REVISE EXHIBITS TO VARIOUS OMNI OBJECTIONS (7.8). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/22/09 | 9.30 | REVIEW LEASE BETWEEN DEBTORS AND WXIII POWER REAL ESTATE LP REGARDING AMOUNT OF CLAIM FOR VOTING PURPOSES (.6); DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING AMENDED SOLICITATION PACKAGE (.1); REVIEW CIRCUIT CITY UPDATED CASE CALENDAR(.2); TELEPHONE CALL WITH S. CHANETZ REGARDING DEBTORS 44TH OMNIBUS OBJECTION (.1); CONFERENCE CALL WITH S. DELACRUZ REGARDING DEBTORS' 45TH OMNIBUS CLAIMS OBJECTION (.3); TELEPHONE CALL WITH J. MANEVITZ REGARDING PREFERENCE ANALYSIS (.2); DRAFT CORRESPONDENCE TO S. DELACRUZ REGARDING RESOLUTION OF DEBTORS' 45TH OBJECTION TO CLAIMS (.4); TELEPHONE CALL WITH J. KREIGER REGARDING DEBTORS 51ST OMNIBUS OBJECTION TO CLAIMS (.2); DRAFT PROPOSAL SETTLEMENT AGREEMENT TO DEBTORS' 48TH OMNIBUS OBJECTION (1.2); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING SOLICITATION PARKEYS(.1); DRAFT CORRESPONDNECE TO A. BRANDINO REGARDING ARCHON'S CLAIM FOR VOTING PURPOSES ONLY (.3) REVIEW SAMSUNG'S MOTION TO SHORTEN TIME TO RESPOND TO INTERROGATORIES (.2); REVIEW SITE A'S MOTION TO FILE LATE PROOF OF CLAIM(.1); REVIEW DEBTORS' PROPOSED PLAIN OF LIQUIDATION REGARDING RESEARCH VARIOUS CREDITOR QUESTIONS (1.8); DRAFT CORRESPONDENCE TO C. PROVOST REGARDING CLAIMS OBJECTION DEADLINE (.3); REVIEW CORRESPONDENCE FOR S. DELACRUZ REGARDING SETTLEMENT PROPOSAL (.1); REVIEW CORRESPONDENCE FROM A. BRANDINE REGARING AMOUNT OF CLAIM FOR VOTING PURPOSES(.1); CALL WITH B. STARK REGARDING RESOLUTION OF CLAIMS OBJECTION (.3); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING DOLLARTREE STORES (.1); REVIEW CORRESPONDENCE FROM P. SUMMER REGARDING CLAIM AMENDMENTS (.1); REVIEW CORRESPONDENCE FROM C. PROVOST REGARDING CLAIMS OBJECTIONS(.1); REVIEW DISCOVERY REQUESTS PROPOUNDED BY SAMSUNG(.6); REVIEW CLAIMS REGARDING DETERMINE LEGAL BASIS FOR OBJECTION(1.8). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 10/23/09 | 1.90 | DRAFT CORRESPONDENCE TO J. ROBINSON REGARDING PREFERENCE ANALYSIS (.1); TELEPHONE CALL WITH L. BRESSLER REGARDING EQUITY INTEREST HOLDERS (.2); TELEPHONE CALL WITH S. MITCHELL REGARDING DEBTORS THIRTEENTH OBJECTION TO CLAIMS (.1); TELEPHONE CALL WITH L. MCNAMARA REGARDING DEBTORS' 18TH OMNIBUS OBJECTION (.2); DRAFT CORRESPONDENCE TO L. MCNAMARA REGARDING SETTLEMENT AGREEMENT(.4); TELEPHONE CALL WITH M. WINSTON REGARDING DEBTORS 48TH OMNIBUS OBJECTION(.2); REVIEW CLAIMS FILED BY TOSHIBA AMERICA (.4); TELEPHONE CALL WITH H. FERGUSON REGARDING CLAIM RESOLUTIONS (.2); REVIEW RESPONSE OF L. JONES TO DEBTORS 43RD OMNIBUS OBJECTION TO CLAIMS (.1). |
| BAKER SK | 10/26/09 | 8.90 | TELEPHONE CALL WITH G. KAPLAN REGARDING GUARANTY CLAIMS (.3); REVIEW VOTING PROCEDURES ORDER (.4); REVIEW CLAIMS FILED BY EEL MCKEE (.8); RESEARCH REGARDING GUARANTY CLAIMS FOR VOTING PURPOSES (.9); REVIEW ORDER OPPOSING SETTLEMENT AGREEMENT BETWEEN DEBTORS AND PBGC (.2); DRAFT CORRESPONDENCE REGARDING ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN DEBTORS AND PBGC (.1); REVIEW PERFORMANCE ANALYSIS FOR APEX DIGITAL (.3); DRAFT CORRESPONDENCE TO J. MENVITZ REGARDING APEX DIGITAL (.2); REVIEW TKG COFFEE TREES RESPONSE TO DEBTORS 44TH OMNI OBJECTION (.2); REVIEW BRIGHTON COMMERCIAL'S RESPONSE TO DEBTORS 42ND OMNI OBJECTION (.1); REVIEW IBM'S RESPONSE TO DEBTORS MOTION TO REDUCE CLAIMS FOR VOTING PURPOSES (.3); REVIEW IBM'S RESPONSE TO DEBTORS' 42ND OMNI OBJECTION (.1); REVIEW LG ELECTRONICS RESPONSE TO DEBTORS MOTION TO REDUCE CLAIMS FOR VOTING PURPOSES ONLY (.2); REVIEW VOTING PROCEDURES ORDER (.3); TELEPHONE CALL WITH D. BLANKS REGARDING GUARANTY CLAIMS (.2); RESEARCH REGARDING RECOUPMENT AND SETOFF (4.3). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 10/27/09 | 4.90 | REVIEW RECONCILIATION OF LENOVO RETURN TO VENDOR MERCHANDISE (.6); REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING LENOVO(.1); REVIEW ADMINISTRATIVE EXPENSE CLAIMS FILED BY UTILITIES TO DETERMINE WHETHER SATISFIED POST-PETITION (1.7); REVIEW GENERAL INSTRUMENTS RESPONSE TO DEBTORS 44TH OMNIBUS OBJECTION (.1); REVIEW 412 SOUTH BROADWAYS RESPONSE TO DEBTORS' 42ND OMNIBUS OBJECTION TO CLAIMS (.2); REVIEW 412 SOUTH BROADWAYS' AMENDED REQUEST FOR ADMINISTRATIVE EXPENSE (.1); REVIEW THOMSON WEST MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIMS (.1); REVIEW GOOGLE INC.'S RESERVATION OF RIGHTS REGARDING OBJECTION TO CLAIM FOR VOTING PURPOSES (.1); TELEPHONE CALL WITH COUNSEL FOR COKEN REGARDING DEBTORS 51ST OMNIBUS OBJECTION TO CLAIMS (.2); RESEARCH REGARDING RECOUPMENT AND SETOFF (1.7). |
| BAKER SK | 10/28/09 | 10.40 | ON-SITE MEETING WITH CLIENT REGARDING OMNIBUS CLAIMS OBJECTIONS (8.2); DRAFT CORRESPONDENCE TO G. KAPLAN REGARDING DEBTORS OBJECTION TO CLAIMS FOR VOTING PURPOSES ONLY (.2); REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING VARIOUS OUTSTANDING UTILITY PAYMENT REQUESTS (.6); CONTACT UTILITY COMPANIES REGARDING REQUEST FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (1.4). |
| BAKER SK | 10/29/09 | 3.50 | TELEPHONE CALLS WITH P. LABOU REGARDING DEBTORS 51ST OMNIBUS OBJECTION (.4); REVIEW PREPLAN ANALYSIS REGARDING ONKYO (.3); REVIEW ADT SECURITY SYSTEMS INC.'S RESPONSE TO DEBTORS' 47TH OMNIBUS OBJECTION (.1); REVIEW EXPENSES PERSONAL SERVICES RESPONSE TO DEBTORS' 42ND OMNIBUS OBJECTION TO CLAIMS (.3); REVIEW R. JANIS' RESPONSE TO DEBTORS' 47TH OMNIBUS OBJECTIONS (.1); BEGIN DRAFT OF REPLY TO DEBTORS' 48TH OMNIBUS OBJECTION (2.3). |
| BAKER SK | 10/30/09 | 3.10 | TELEPHONE CALL WITH P. LABOR REGARDING DEBTORS' 51ST OMNIBUS OBJECTION (.1); TELEPHONE CALL WITH J. KHANG REGARDING SHERWOOD AMERICAN PREFERENCE LIABILITY (.2); TELEPHONE CALL WITH T. MELACHALAN REGARDING DEBTORS 51ST OMNIBUS OBJECTION (.2); TELEPHONE CALL WITH M. SKOLNIK REGARDING SIMA PRODUCTS AND DEBTORS' 50TH OMNIBUS OBJECTION (.2); REVIEW PREFERENCE ANALYSIS FOR OLYMPUS CORPORATION (.4); REVIEW SITE A'S AMENDED MOTION TO FILE LATE PROOF OF CLAIM (.1); ANALYZE SONY CLAIMS REGARDING POTENTIAL COUNTER SETTLEMENT PROPOSAL (1.9). |

**173.90**

| | | | |
|---|---|---|---|
| DANGELO PS | 10/01/09 | 6.30 | BEGAN DRAFTING REPLY TO PARAMOUNT RESPONSE (4.1); RESEARCH FOR PARAMOUNT REPLY (2.2). |
| DANGELO PS | 10/02/09 | 5.90 | CONTINUED DRAFTING REPLY TO PARAMOUNT HOME'S RESPONSE. |
| DANGELO PS | 10/05/09 | 7.50 | EDITED REPLY TO PARAMOUNT RESPONSE REGARDING RECLAMATION CLAIMS. (5.9) REVIEWED EQUITY CLAIMS. (1.6). |
| DANGELO PS | 10/06/09 | 8.30 | REVIEWED CLAIMS FOR ADMINISTRATIVE EXPENSE PRIORITY. |
| DANGELO PS | 10/07/09 | 2.40 | REVIEWED EMPLOYEES' CLAIMS FOR PRIORITY AND PERFORMED RESEARCH RELATED TO SAME. |
| DANGELO PS | 10/08/09 | 7.40 | RESEARCH REGARDING UNDERSECURED AND OVERSECURED CREDITORS. (2.2) EDITED REPLY TO PARAMOUNT RESPONSE. (1.4) CALLS WITH MCGUIRE WOODS AND SKADDEN TEAM REGARDING CLAIM RESPONSES. (2.1) REVIEWED CLAIMS CHART AND RESPONSES. (1.7). |
| DANGELO PS | 10/09/09 | 2.00 | REVIEWED RESPONSES TO OBJECTIONS. (1.8) CALL WITH MCGUIRE WOODS REGARDING RESPONSES. (0.2). |
| DANGELO PS | 10/12/09 | 9.00 | CALLED CLAIMANTS REGARDING DUPLICATE CLAIMS AND DRAFTED A SUPPLEMENTAL ORDER ALLOWING CERTAIN CLAIMS. (6.0) RESEARCH REGARDING 503(B)(9) CLAIMS. (3.0). |
| DANGELO PS | 10/13/09 | 7.80 | REVIEWED HR CLAIMS AND NEGOTIATED WITH CREDITORS REGARDING DUPLICATE CLAIMS. |
| DANGELO PS | 10/14/09 | 7.90 | REVIEWED CLAIMS AND WORKED TO RESOLVE DUPLICATE CLAIMS. (7.3) CALL WITH FTI AND MCGUIRE WOODS (0.6). |
| DANGELO PS | 10/15/09 | 4.40 | RECONCILED RESPONSES TO OMNIBUS OBJECTIONS. (4.1) ASSISTED IN REVIEWING ADMIN PRIORITY CLAIMS. (0.3). |
| DANGELO PS | 10/16/09 | 3.90 | ISSUES RELATED TO HR ADMIN CLAIMS (1.0). ATTENTION TO RESPONSES FILED TO OMNIBUS OBJECTIONS (2.7). RESEARCH RELATED TO 503(B)(9) ISSUES. |
| DANGELO PS | 10/19/09 | 5.30 | NEGOTIATED AND DRAFTED DOCUMENTS RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. (4.6) RESEARCH AND EDITED REPLY TO PARAMOUNT RESPONSE. (0.7). |
| DANGELO PS | 10/20/09 | 6.20 | REVIEWED DOCUMENTS FOR OMNIBUS OBJECTIONS AND RESPONSES. (0.9) RESEARCH FOR OBJECTION MOTION RELATED TO SECTION 503(B)(9). (1.0) RESEARCHED AND EDITED REPLY TO PARAMOUNT RESPONSE. (4.3). |

| | | | |
|---|---|---|---|
| DANGELO PS | 10/21/09 | 8.00 | EDITED REPLY TO PARAMOUNT RESPONSE. (4.5) RESEARCH RELATED TO 503(B)(9) CLAIMS. (1.2) CALL WITH FTI REGARDING OMNIBUS OBJECTIONS. (0.4) EDITED RESPONSE CHART AND CALL WITH D-LINK CREDITOR REGARDING CLAIM. (0.4) REVIEWED OMNIBUS OBJECTION DOCUMENTS FOR FILING. (1.5). |
| DANGELO PS | 10/22/09 | 6.50 | REVIEWED RESPONSES TO OMNIBUS OBJECTIONS AND PREPARED SUPPLEMENTAL ORDER. (1.9) RESEARCH REGARDING 503(B)(9) ISSUE. (4.6). |
| DANGELO PS | 10/23/09 | 7.60 | EDITED STIPS AND NOTICES FOR RESPONSES TO OMNIBUS OBJECTIONS. (0.9) RESEARCHED MATTERS RELATED TO 503(B)(9) RESPONSE. (1.5) BEGAN DRAFTING 503(B)(9) RESPONSE. (5.0) ATTENTION TO ISSUES RELATED TO SECOND SUPPLEMENTAL ORDER TO TENTH OMNIBUS OBJECTION. (0.2). |
| DANGELO PS | 10/26/09 | 6.90 | DID RESEARCH AND REVISED RESPONSE TO 503(B)(9) MOTION. |
| DANGELO PS | 10/27/09 | 1.70 | CONTACTED CLAIMANTS REGARDING RESPONSES TO OMNIBUS OBJECTIONS AND EDITED STIP AGREEMENTS. (1.2) EDITED SUPPLEMENTAL ORDER. (0.5). |
| DANGELO PS | 10/28/09 | 0.80 | EDITED OMNIMOUNT RESPONSE AND ATTENTION TO OMNIBUS OBJECTION ISSUES. |
| DANGELO PS | 10/29/09 | 3.50 | CONTACTED CLAIMANTS REGARDING RESPONSES TO OMNIBUS OBJECTIONS. (1.2) EDITED RESPONSE TO OMNIMOUNT MOTION. (0.7) EDITED SUPPLEMENTAL ORDER. (0.6) ATTENTION TO MATTERS FOR UPCOMING HEARING. (1.0). |
| DANGELO PS | 10/30/09 | 6.30 | ATTENTION TO TAX CLAIMANT ISSUES. |
| | | **125.60** | |
| DOSUNMU FS | 10/05/09 | 2.50 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.8); MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS REQUESTS (.7). |
| DOSUNMU FS | 10/06/09 | 1.70 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.7). |
| DOSUNMU FS | 10/07/09 | 1.40 | MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM TREATMENTS (.8); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (.6). |
| DOSUNMU FS | 10/08/09 | 2.40 | MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS (.7); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIM REQUESTS (1.7). |

| | | | |
|---|---|---|---|
| DOSUNMU FS | 10/09/09 | 1.00 | MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (.4). |
| DOSUNMU FS | 10/14/09 | 0.30 | CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS (.3). |
| DOSUNMU FS | 10/20/09 | 2.60 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.2); MULTIPLE CONFERENCES WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (1.4). |
| DOSUNMU FS | 10/21/09 | 2.00 | CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (1.3); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (.7). |
| DOSUNMU FS | 10/22/09 | 1.40 | RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.4). |
| DOSUNMU FS | 10/23/09 | 1.30 | CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUESTS (.6); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (.7). |
| DOSUNMU FS | 10/26/09 | 1.70 | REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.7). |
| DOSUNMU FS | 10/27/09 | 2.20 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (2.2). |
| DOSUNMU FS | 10/29/09 | 0.80 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.8). |
| | | **21.30** | |
| FREDERICKS IS | 10/05/09 | 5.30 | REVIEW AND REVISE MOTION TO APPROVE PBGC SETTLEMENT MOTION, ORDER AND AGREEMENT (2.5); CORRESPONDENCE TO AND FROM COUNSEL TO PBGC RE: ADDING AN ADDITIONAL NON-DEBTOR TO THE AGREEMENT AND RESEARCH RELATED TO SAME (1.3); REVIEW AND REVISE 502D OBJECTION AND SETOFF OBJECTION AND CORRESPONDENCE RE: SAME (1.1); CORRESPONDENCE TO AND FROM J. POMERANTZ RE: VARIOUS CLAIM RELATED ISSUES (.4). |
| FREDERICKS IS | 10/08/09 | 4.60 | REVIEW COMPREHENSIVE CLAIM OBJECTION AND RESPONSE SUMMARY CHART AND CERTAIN RESPONSES (2.7); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH MW AND SKADDEN WORKING GROUP CONCERNING RESOLUTION OF ADJOURNED CLAIMS (1.9). |
| FREDERICKS IS | 10/09/09 | 4.20 | REVIEW HR RELATED ADMIN CLAIMS AND CORRESPONDENCE TO AND FROM CC RE: SAME (1.8); WORK ON SETOFF OBJECTIONS AND 502D OBJECTIONS (2.4). |
| FREDERICKS IS | 10/12/09 | 9.80 | REVIEW, REVISE AND DRAFT OBJECTION TO CERTAIN UTILITY 503B9 CLAIMS (4.7); REVIEW, REVISE, DRAFT AND CONDUCT RESEARCH RE: REPLY TO CERTAIN RECLAMATION CLAIMS (5.1). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 10/13/09 | 10.60 | REVIEW, REVISE AND FINALIZE SETOFF OBJECTION AND 502D OBJECTION AND BRIEF IN SUPPORT (3.8); DRAFT ADDITIONAL SETOFF OBJECTION TO CERTAIN ADMIN CLAIMS (1.2); REVIEW AND COMMENT ON EXHBIITS TO VARIOUS OBJECTIONS AND WORK WITH FTI AND MCGURIEWOODS TO FINALIZE ALL DOCUMENTS FOR FILING (5.6). |
| FREDERICKS IS | 10/14/09 | 5.10 | PARTICIPATE IN GENERAL CLAIM MEETING (3.8); REVIEW AND REVISE OBJECTION TO ADMIN HR CLAIMS AND CORRESPONDENCE TO J. KUMAR RE: SAME (1.3). |
| FREDERICKS IS | 10/15/09 | 6.50 | PARTICIPATE IN VARIOUS CLAIM AND RECEIVABLE MEETINGS (5.2); REVIEW AND RESPOND TO VARIOUS RELATED CORRESPONDENCE (1.3). |
| FREDERICKS IS | 10/16/09 | 8.10 | REVIEW AND REVISE VARIOUSS DRAFT OMNIBUS OBJECITONS (3.2); REVIEW AND ADDRESS QUESTIONS/ISSUES RELATED TO CLAIMS SUBJECT TO VARIOUS OMNIBUS OBJECTIONS (2.7); PARTICIPATE IN MULTIPLE CONFERENCE CALLS RE: SAME (1.4); ATTENTION TO OTHER CLAIM RELATED ISSUES (.8). |
| FREDERICKS IS | 10/20/09 | 7.60 | CONTINUE TO REVIEW VARIOUS CLAIMS FOR UPCOMING OBJECTIONS AND CORRESPONDENCE TO AND FROM CC AND FTI RE: SAME (4.2); REVIEW AND REVISE SUBSTANTIVE OBJECTIONS AND WORK WITH SKADDEN WORKING GROUP RE: SAME (3.4). |
| FREDERICKS IS | 10/21/09 | 14.30 | REVIEW, REVISE AND FINALIZE CLAIM OBJECTIONS, EXHIBITS AND RELATED DOCUMENTS FOR OMNIS 54 THROUGH 59 (9.2); PARTICIPATE IN CONFERENCE CALLS RE: CLAIM OBJECTIONS (.7); REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE RE: CLAIM OBJECTIONS (1.6); MULTIPLE CORRESPONDENCE TO AND FROM J. POMERANTZ AND M. ATKINSON RE: INFORMATION REQUESTS (1.2); REVIEW INFORMATION TO BE PROVIDED TO COMMITTEE RE: INFORMATION REQUESTS (1.3); TELEPHONE CALL WITH G. GALARDI RE: SAME (.3). |
| FREDERICKS IS | 10/22/09 | 7.40 | REVIEW TOP 50 REMAINING ADMIN, SECURED, AND 503B9 CLAIMS TO PROVIDE SUMMARY OF BASIS FOR OBJECTION TO COMMITTEE (7.4). |
| FREDERICKS IS | 10/23/09 | 9.60 | CONTINUE TO REVIEW TOP 50 REMAINING ADMIN, SECURED, AND 503B9 CLAIMS AND DRAFT SUMMARY BASIS FOR OBJECTION TO COMMITTEE (7.4); MULTIPLE CORRESPONDENCE TO CREDITORS' COMMITTEE RE: CLAIM ISSUES (2.2). |
| | | **93.10** | |
| KORKIS C | 10/01/09 | 2.10 | EDITED MOTION RE OBJECTION TO UTILITY 503(B)(9) CLAIMS. |
| KORKIS C | 10/05/09 | 0.30 | EDITED REPLY BRIEF. |

| | | | |
|---|---|---|---|
| KORKIS C | 10/06/09 | 1.90 | EDITED MOTION RE OBJECTION TO NON-GOODS UTILITY CLAIMS. |
| KORKIS C | 10/07/09 | 4.80 | EDITED MOTION RE OBJECTION TO NON-GOODS UTILITY CLAIMS. |
| KORKIS C | 10/08/09 | 3.00 | EDITED MOTION RE OBJECTION TO NON-GOODS UTILITY CLAIMS (1.7); RESEARCH RE UTILITIES SEEKING RECLAMATION UNDER UCC 2-702 AND/OR SECTION 546 (1.3). |
| KORKIS C | 10/14/09 | 4.50 | REVIEWED CLAIMS AND DETERMINED OBJECTIONS. |
| KORKIS C | 10/15/09 | 8.10 | REVIEWED CLAIMS AND DETERMINED OBJECTIONS (2.3); PREPARED REVISED NON-GOODS UTILITY MOTION (5.8). |
| KORKIS C | 10/16/09 | 6.00 | PREPARED NON-GOODS UTILITY MOTION, REVIEWED 10-K FILINGS (4.3); REVIEWED ADMIN CLAIMS (1.7). |
| KORKIS C | 10/19/09 | 7.60 | REVIEWED ADMIN CLAIMS AND PREPARED OBJECTION (2.6); REVISED NON-GOODS UTILITY MOTION (5.0). |
| KORKIS C | 10/20/09 | 9.30 | REVIEWED ADMIN CLAIMS AND PREPARED OBJECTION (7.4); REVISED NON-GOODS UTILITY MOTION (1.9). |
| KORKIS C | 10/21/09 | 6.60 | FINALIZED OMNI OBJECTIONS AND CORRESPONDING EXHIBITS. |
| KORKIS C | 10/22/09 | 5.30 | BEGAN RESEARCH AND WRITING REPLY TO RESPONSES TO NON-GOODS OMNI OBJECTIONS. |
| KORKIS C | 10/23/09 | 6.40 | CONTINUED RESEARCH RE REPLY TO RESPONSES TO NON-GOODS OMNI OBJECTIONS. |
| KORKIS C | 10/26/09 | 7.30 | CONTINUED RESEARCH AND WRITING OF REPLY RE RESPONSES TO NON-GOODS CLAIMS OBJECTIONS (5.8); BEGAN RESEARCH RE OBJECTION TO TRUCK LEASES AS 503B9 CLAIMS (1.5). |
| KORKIS C | 10/27/09 | 9.00 | CONTINUED RESEARCH AND WRITING REPLY TO RESPONSES TO NON-GOODS CLAIM OBJECTIONS. |
| KORKIS C | 10/28/09 | 8.30 | CONTINUED RESEARCH AND WRITING REPLY TO NON-GOODS CLAIM RESPONSES. |
| KORKIS C | 10/29/09 | 7.20 | CONTINUED WRITING REPLY TO NON-GOODS CLAIM RESPONSES (4.6); BEGAN RESEARCH RE 503(B)(9) CLAIMANTS WHO LEASED GOODS TO THE DEBTORS (1.6). |
| KORKIS C | 10/30/09 | 5.50 | RESEARCH RE WHETHER THE LEASING OF TRUCKS CAN CONSTITUTE A SALE UNDER SECTION 503(B)(9). |
| | | **103.20** | |
| KUMAR JS | 10/01/09 | 2.70 | REVISING STIPULATION RE CLAIMS UNDER PRE-PETITION CREDIT AGREEMENT (2.7). |