| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
| General Corporate Advice | | | Bill Number: 1283329 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 08/04/09 | Fredericks IS | 98.78 |
| Lexis/Nexis | 08/11/09 | Fredericks IS | 32.49 |
| Lexis/Nexis | 08/12/09 | Fredericks IS | 392.86 |
| Lexis/Nexis | 08/16/09 | Fredericks IS | 1,253.62 |
| Lexis/Nexis | 08/25/09 | Fredericks IS | 129.64 |
| Lexis/Nexis | 08/26/09 | Fredericks IS | 96.50 |
| Lexis/Nexis | 08/27/09 | Fredericks IS | 47.11 |
| | | **TOTAL LEXIS/NEXIS** | **$2,051.00** |
| Vendor Hosted Teleconferencing | 08/10/09 | Teleconferencing Services, LLC | 12.01 |
| Vendor Hosted Teleconferencing | 08/11/09 | Teleconferencing Services, LLC | 11.88 |
| Vendor Hosted Teleconferencing | 08/14/09 | Teleconferencing Services, LLC | 15.11 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$39.00** |
| Messengers/ Courier | 08/26/09 | Federal Express Corp. | 47.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$47.00** |
| | | **TOTAL MATTER** | **$2,137.00** |

B43E

Circuit City Stores, Inc. (DIP)                                Bill Date: 10/08/09
Asset Analysis and Recovery                                    Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/31/09 | Boston Coach Corp. | 112.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$112.00** |
| | | **TOTAL MATTER** | **$112.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Asset Dispositions (General) | | | Bill Number: 1283329 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/17/09 | Brown S | 364.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$364.00** |
| In-house Reproduction | 08/23/09 | Copy Center, D | 269.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$269.00** |
| Vendor Hosted Teleconferencing | 08/12/09 | Teleconferencing Services, LLC | 33.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$33.00** |
| Messengers/ Courier | 08/17/09 | Federal Express Corp. | 187.41 |
| Messengers/ Courier | 08/31/09 | Federal Express Corp. | 13.59 |
| | | **TOTAL MESSENGERS/ COURIER** | **$201.00** |
| | | **TOTAL MATTER** | **$867.00** |

B43E

Circuit City Stores, Inc. (DIP)                                          Bill Date: 10/08/09
Asset Dispositions (Real Property)                                       Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/23/09 | Copy Center, D | 73.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$73.00** |
|  |  | **TOTAL MATTER** | **$73.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Case Administration                                      Bill Number: 1283329
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 08/11/09 | Fredericks IS | 1,330.60 |
| Air/Rail Travel - vendor feed | 08/12/09 | Fredericks IS | 1,055.60 |
| Air/Rail Travel - vendor feed | 08/13/09 | Fredericks IS | 1,474.20 |
| Air/Rail Travel - vendor feed | 08/19/09 | Fredericks IS | 1,625.60 |
| Air/Rail Travel - vendor feed | 08/21/09 | Fredericks IS | 946.60 |
| Air/Rail Travel - vendor feed | 08/26/09 | Galardi GM | 1,484.20 |
| Air/Rail Travel - vendor feed | 08/26/09 | Galardi GM | 419.60 |
| Air/Rail Travel - vendor feed | 08/26/09 | Galardi GM | -419.60 |
| Air/Rail Travel - vendor feed | 08/26/09 | Fredericks IS | 914.20 |
| Air/Rail Travel - vendor feed | 08/27/09 | Galardi GM | 390.00 |
| Air/Rail Travel - vendor feed | 08/28/09 | Fredericks IS | 150.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,371.00** |
| In-house Reproduction | 08/07/09 | Copy Center, D | 30.62 |
| In-house Reproduction | 08/14/09 | Copy Center, D | 17.97 |
| In-house Reproduction | 08/16/09 | Copy Center, D | 52.20 |
| In-house Reproduction | 08/18/09 | Copy Center, D | 3.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$104.00** |
| Lexis/Nexis | 08/04/09 | Heaney CM | 1,835.95 |
| Lexis/Nexis | 08/13/09 | Heaney CM | 101.05 |
| | | **TOTAL LEXIS/NEXIS** | **$1,937.00** |
| Westlaw | 08/04/09 | Heaney CM | 100.65 |
| Westlaw | 08/07/09 | Heaney CM | 60.53 |
| Westlaw | 08/13/09 | Heaney CM | 7.50 |
| Westlaw | 08/23/09 | Fredericks IS | 174.32 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL WESTLAW** | **$343.00** |
| Vendor Hosted Teleconferencing | 07/02/09 | Teleconferencing Services, LLC | 16.35 |
| Vendor Hosted Teleconferencing | 07/08/09 | Teleconferencing Services, LLC | 1.08 |
| Vendor Hosted Teleconferencing | 07/14/09 | Teleconferencing Services, LLC | 15.81 |
| Vendor Hosted Teleconferencing | 07/16/09 | Teleconferencing Services, LLC | 2.17 |
| Vendor Hosted Teleconferencing | 07/20/09 | Teleconferencing Services, LLC | 2.71 |
| Vendor Hosted Teleconferencing | 07/22/09 | Teleconferencing Services, LLC | 30.87 |
| Vendor Hosted Teleconferencing | 07/22/09 | Teleconferencing Services, LLC | 0.94 |
| Vendor Hosted Teleconferencing | 07/22/09 | Teleconferencing Services, LLC | 12.97 |
| Vendor Hosted Teleconferencing | 07/24/09 | Teleconferencing Services, LLC | 30.47 |
| Vendor Hosted Teleconferencing | 07/27/09 | Teleconferencing Services, LLC | 20.56 |
| Vendor Hosted Teleconferencing | 07/27/09 | Teleconferencing Services, LLC | 9.42 |
| Vendor Hosted Teleconferencing | 08/10/09 | Teleconferencing Services, LLC | 11.72 |
| Vendor Hosted Teleconferencing | 08/16/09 | Teleconferencing Services, LLC | 11.67 |
| Vendor Hosted Teleconferencing | 08/17/09 | Teleconferencing Services, LLC | 14.18 |
| Vendor Hosted Teleconferencing | 08/17/09 | Teleconferencing Services, LLC | 15.19 |
| Vendor Hosted Teleconferencing | 08/20/09 | Teleconferencing Services, LLC | 21.03 |
| Vendor Hosted Teleconferencing | 08/24/09 | Teleconferencing Services, LLC | 8.00 |
| Vendor Hosted Teleconferencing | 08/28/09 | Teleconferencing Services, LLC | 37.30 |
| Vendor Hosted Teleconferencing | 08/30/09 | Teleconferencing Services, LLC | 12.76 |
| Vendor Hosted Teleconferencing | 08/31/09 | Teleconferencing Services, LLC | 14.80 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$290.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 06/24/09 | Fredericks IS | 100.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$100.00** |
| Out-of-Town Travel | 06/22/09 | DND Limousine Service | 92.25 |
| Out-of-Town Travel | 06/22/09 | Fredericks IS | 49.00 |
| Out-of-Town Travel | 06/22/09 | Fredericks IS | 494.97 |
| Out-of-Town Travel | 06/23/09 | Fredericks IS | 22.00 |
| Out-of-Town Travel | 06/23/09 | Fredericks IS | 19.00 |
| Out-of-Town Travel | 06/23/09 | Fredericks IS | 45.00 |
| Out-of-Town Travel | 06/24/09 | Fredericks IS | 32.00 |
| Out-of-Town Travel | 06/24/09 | Fredericks IS | 15.00 |
| Out-of-Town Travel | 07/06/09 | Fredericks IS | 123.18 |
| Out-of-Town Travel | 07/07/09 | Fredericks IS | 45.00 |
| Out-of-Town Travel | 07/07/09 | Fredericks IS | 65.00 |
| Out-of-Town Travel | 07/07/09 | Fredericks IS | 25.00 |
| Out-of-Town Travel | 07/16/09 | Fredericks IS | 224.88 |
| Out-of-Town Travel | 07/23/09 | Dickerson CL | 30.00 |
| Out-of-Town Travel | 08/27/09 | The Eagle's Nest, Inc. | 98.72 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,381.00** |
| Messengers/ Courier | 08/06/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/07/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/07/09 | Federal Express Corp. | 6.95 |
| Messengers/ Courier | 08/12/09 | Federal Express Corp. | 9.48 |
| Messengers/ Courier | 08/14/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/14/09 | Federal Express Corp. | 6.96 |
| Messengers/ Courier | 08/14/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/14/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/14/09 | Federal Express Corp. | 14.57 |
| Messengers/ Courier | 08/17/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/18/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/18/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/18/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/18/09 | Federal Express Corp. | 7.89 |
| Messengers/ Courier | 08/18/09 | Federal Express Corp. | 43.92 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 08/21/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/21/09 | Federal Express Corp. | 6.95 |
| Messengers/ Courier | 08/25/09 | Federal Express Corp. | 13.03 |
| Messengers/ Courier | 08/26/09 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 08/28/09 | Federal Express Corp. | 6.40 |
| | | **TOTAL MESSENGERS/ COURIER** | **$194.00** |
| Out-of-Town Meals | 06/23/09 | Fredericks IS | 25.08 |
| Out-of-Town Meals | 06/23/09 | Fredericks IS | 8.13 |
| Out-of-Town Meals | 06/24/09 | Fredericks IS | 9.01 |
| Out-of-Town Meals | 06/24/09 | Fredericks IS | 5.54 |
| Out-of-Town Meals | 07/07/09 | Fredericks IS | 25.08 |
| Out-of-Town Meals | 07/16/09 | Fredericks IS | 15.02 |
| Out-of-Town Meals | 07/17/09 | Fredericks IS | 26.68 |
| Out-of-Town Meals | 07/23/09 | Fredericks IS | 6.46 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$121.00** |
| Court Reporting | 08/28/09 | TSG Reporting, Inc | 1,610.00 |
| | | **TOTAL COURT REPORTING** | **$1,610.00** |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 7.94 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 12.58 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 4.81 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 5.21 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 6.33 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 5.05 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 5.85 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 3.37 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 6.17 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 6.89 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.76 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 3.13 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.08 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.08 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.76 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 12.74 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 6.17 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 13.47 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 7.21 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 3.13 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 2.00 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 7.13 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 6.89 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 3.69 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.16 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.58 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.44 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.08 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 1.36 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 2.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 4.81 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 5.21 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 6.33 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 12.74 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 6.17 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 2.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 1.44 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.96 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 2.40 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 08/27/09 | Ndumu TA | 0.40 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$204.00** |
| Internal Catering-NY | 08/18/09 | Galardi GM | 643.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$643.00** |
| | | **TOTAL MATTER** | **$16,298.00** |

B43E