```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Claims Admin. (General)                                  Bill Number: 1283329
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 08/07/09 | Office Admin, D | 100.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$100.00** |
| In-house Reproduction | 08/23/09 | Copy Center, D | 1.40 |
| In-house Reproduction | 08/25/09 | Copy Center, D | 6.82 |
| In-house Reproduction | 08/25/09 | Copy Center, D | 57.78 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$66.00** |
| Westlaw | 08/03/09 | Kim CW | 89.06 |
| Westlaw | 08/04/09 | Baker SK | 245.17 |
| Westlaw | 08/05/09 | Kim CW | 86.40 |
| Westlaw | 08/05/09 | Baker SK | 339.18 |
| Westlaw | 08/06/09 | Baker SK | 19.98 |
| Westlaw | 08/12/09 | Baker SK | 371.72 |
| Westlaw | 08/13/09 | Lazaroff KA | 64.25 |
| Westlaw | 08/13/09 | Baker SK | 138.73 |
| Westlaw | 08/14/09 | Baker SK | 5.40 |
| Westlaw | 08/17/09 | Baker SK | 450.18 |
| Westlaw | 08/18/09 | Baker SK | 1,324.71 |
| Westlaw | 08/19/09 | Baker SK | 10.80 |
| Westlaw | 08/20/09 | Lazaroff KA | 31.64 |
| Westlaw | 08/20/09 | Baker SK | 21.60 |
| Westlaw | 08/21/09 | Kim CW | 76.80 |
| Westlaw | 08/24/09 | Lazaroff KA | 39.74 |
| Westlaw | 08/24/09 | Baker SK | 763.30 |
| Westlaw | 08/31/09 | Dangelo PS | 95.34 |
| | | **TOTAL WESTLAW** | **$4,174.00** |
| Messengers/ Courier | 08/21/09 | Federal Express Corp. | 10.57 |
| Messengers/ Courier | 08/25/09 | Federal Express Corp. | 10.43 |
| | | **TOTAL MESSENGERS/ COURIER** | **$21.00** |
| | | **TOTAL MATTER** | **$4,361.00** |

B43E

Circuit City Stores, Inc. (DIP)                                  Bill Date: 10/08/09
Creditor Meetings / Statutory Committees                         Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/25/09 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| | | **TOTAL MATTER** | **$3.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/08/09
Disclosure Statement / Voting Issues                     Bill Number: 1283329
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 08/13/09 | Kumar JS | 9.00 |
|  |  | **TOTAL LEXIS/NEXIS** | **$9.00** |
| Westlaw | 08/13/09 | Kumar JS | 51.00 |
|  |  | **TOTAL WESTLAW** | **$51.00** |
|  |  | **TOTAL MATTER** | **$60.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Employee Matters (General) | | | Bill Number: 1283329 |

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Postage | 08/21/09 | Office Admin, D | 11.19 |
| Postage | 08/21/09 | Office Admin, D | 4.81 |
| | | **TOTAL POSTAGE** | **$16.00** |
| Outside Research/Internet Services | 07/06/09 | Pacer Service Center | 19.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$19.00** |
| | | **TOTAL MATTER** | **$35.00** |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/08/09
Insurance                                                          Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/23/09 | Copy Center, D | 17.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$17.00** |
|  |  | **TOTAL MATTER** | **$17.00** |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/08/09
Insurance                                                          Bill Number: 1283329

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1283329 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/06/09 | Lazaroff KA | 111.00 |
| | | **TOTAL WESTLAW** | **$111.00** |
| | | **TOTAL MATTER** | **$111.00** |

B43E

**Circuit City Stores, Inc. (DIP)**  Bill Date: 10/08/09
**Leases (Real Property)**  Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 08/15/09 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| Reproduction - color | 08/02/09 | Copy Center, D | 3.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$3.00** |
| Messengers/ Courier | 07/31/09 | Federal Express Corp. | 6.31 |
| Messengers/ Courier | 08/06/09 | Federal Express Corp. | 10.69 |
| | | **TOTAL MESSENGERS/ COURIER** | **$17.00** |
| | | **TOTAL MATTER** | **$21.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 10/08/09
Litigation (General)                                    Bill Number: 1283329
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/21/09 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 08/05/09 | Liberi JM | 139.36 |
| Lexis/Nexis | 08/07/09 | Liberi JM | 64.98 |
| Lexis/Nexis | 08/07/09 | Baker SK | 56.84 |
| Lexis/Nexis | 08/12/09 | Baker SK | 64.73 |
| Lexis/Nexis | 08/13/09 | Liberi JM | 220.09 |
| | | **TOTAL LEXIS/NEXIS** | **$546.00** |
| Westlaw | 08/07/09 | Baker SK | 499.05 |
| Westlaw | 08/10/09 | Baker SK | 5.40 |
| Westlaw | 08/18/09 | Lazaroff KA | 111.55 |
| | | **TOTAL WESTLAW** | **$616.00** |
| Vendor Hosted Teleconferencing | 07/28/09 | Teleconferencing Services, LLC | 8.22 |
| Vendor Hosted Teleconferencing | 08/14/09 | Teleconferencing Services, LLC | 2.98 |
| Vendor Hosted Teleconferencing | 08/14/09 | Teleconferencing Services, LLC | 7.35 |
| Vendor Hosted Teleconferencing | 08/17/09 | Teleconferencing Services, LLC | 9.05 |
| Vendor Hosted Teleconferencing | 08/25/09 | Teleconferencing Services, LLC | 16.66 |
| Vendor Hosted Teleconferencing | 08/27/09 | Teleconferencing Services, LLC | 13.74 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$58.00** |
| Outside Research/Internet Services | 08/05/09 | Skardel, Inc. | 1.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1.00** |
| | | **TOTAL MATTER** | **$1,223.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Nonworking Travel Time

Bill Date: 10/08/09  
Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/21/09 | Dickerson CL | 244.12 |
| Out-of-Town Travel | 07/21/09 | Dickerson CL | 39.94 |
| Out-of-Town Travel | 07/21/09 | Dickerson CL | 39.94 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$324.00** |
| | | **TOTAL MATTER** | **$324.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                        Bill Date: 10/08/09
Reorganization Plan / Plan Sponsors                    Bill Number: 1283329
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/09/09 | Teleconferencing Services, LLC | 0.33 |
| Vendor Hosted Teleconferencing | 07/09/09 | Teleconferencing Services, LLC | 9.98 |
| Vendor Hosted Teleconferencing | 07/27/09 | Teleconferencing Services, LLC | 20.69 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$31.00** |
| Out-of-Town Travel | 07/30/09 | Galardi GM | 35.05 |
| Out-of-Town Travel | 07/30/09 | Galardi GM | 162.95 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$198.00** |
| Out-of-Town Meals | 07/30/09 | Galardi GM | 84.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$84.00** |
| | | **TOTAL MATTER** | **$313.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Secured Claims

Bill Date: 10/08/09  
Bill Number: 1283329

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/14/09 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/08/09 |
|---|---|---|---|
| Tax Matters | | | Bill Number: 1283329 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 08/01/09 | Network, D | 0.83 |
| In-house Repro (network) | 08/29/09 | Network, D | 0.17 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| Vendor Hosted Teleconferencing | 07/14/09 | Teleconferencing Services, LLC | 10.51 |
| Vendor Hosted Teleconferencing | 07/20/09 | Teleconferencing Services, LLC | 16.29 |
| Vendor Hosted Teleconferencing | 08/21/09 | Teleconferencing Services, LLC | 4.20 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$31.00** |
| | | **TOTAL MATTER** | **$32.00** |
| | | **TOTAL CLIENT** | **$25,993.00** |

B43E