SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/06/09
General Corporate Advice                                           Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/03/09 | Fredericks IS | 84.36 |
| Lexis/Nexis | 09/09/09 | Fredericks IS | 179.16 |
| Lexis/Nexis | 09/10/09 | Fredericks IS | 156.40 |
| Lexis/Nexis | 09/11/09 | Fredericks IS | 55.27 |
| Lexis/Nexis | 09/15/09 | Fredericks IS | 241.27 |
| Lexis/Nexis | 09/22/09 | Fredericks IS | 177.54 |
| | | **TOTAL LEXIS/NEXIS** | **$894.00** |
| Messengers/ Courier | 09/02/09 | Federal Express Corp. | 22.38 |
| Messengers/ Courier | 09/02/09 | Federal Express Corp. | 7.16 |
| Messengers/ Courier | 09/02/09 | Federal Express Corp. | 6.46 |
| | | **TOTAL MESSENGERS/ COURIER** | **$36.00** |
| | | **TOTAL MATTER** | **$930.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 10/06/09
Asset Dispositions (General)                            Bill Number: 1285819
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/15/09 | Federal Express Corp. | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Case Administration

Bill Date: 10/06/09  
Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/14/09 | Fredericks IS | 1,484.35 |
| Air/Rail Travel - vendor feed | 09/21/09 | Fredericks IS | 479.65 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,964.00** |
| In-house Reproduction | 09/04/09 | Copy Center, D | 11.48 |
| In-house Reproduction | 09/09/09 | Copy Center, D | 35.36 |
| In-house Reproduction | 09/18/09 | Copy Center, D | 1.50 |
| In-house Reproduction | 09/22/09 | Copy Center, D | 34.66 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$83.00** |
| Air/Rail Travel (external) | 08/18/09 | Fredericks IS | 78.00 |
| Air/Rail Travel (external) | 08/18/09 | Fredericks IS | 119.00 |
| Air/Rail Travel (external) | 08/24/09 | Fredericks IS | 100.00 |
| Air/Rail Travel (external) | 08/24/09 | Fredericks IS | 92.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$389.00** |
| Out-of-Town Travel | 07/21/09 | Fredericks IS | 517.54 |
| Out-of-Town Travel | 07/22/09 | Fredericks IS | 48.00 |
| Out-of-Town Travel | 07/23/09 | Dickerson CL | 35.00 |
| Out-of-Town Travel | 07/30/09 | Fredericks IS | 45.00 |
| Out-of-Town Travel | 07/30/09 | Fredericks IS | 363.51 |
| Out-of-Town Travel | 07/30/09 | Fredericks IS | 39.00 |
| Out-of-Town Travel | 07/31/09 | Fredericks IS | 40.00 |
| Out-of-Town Travel | 08/11/09 | Fredericks IS | 12.00 |
| Out-of-Town Travel | 08/11/09 | Fredericks IS | 279.81 |
| Out-of-Town Travel | 08/11/09 | Fredericks IS | 66.00 |
| Out-of-Town Travel | 08/12/09 | Fredericks IS | 107.13 |
| Out-of-Town Travel | 08/12/09 | Fredericks IS | 45.00 |
| Out-of-Town Travel | 08/12/09 | Fredericks IS | 11.00 |
| Out-of-Town Travel | 08/13/09 | Fredericks IS | 181.88 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/13/09 | Fredericks IS | 29.20 |
| Out-of-Town Travel | 08/18/09 | Fredericks IS | 10.00 |
| Out-of-Town Travel | 08/18/09 | Fredericks IS | 10.00 |
| Out-of-Town Travel | 08/19/09 | Fredericks IS | 75.00 |
| Out-of-Town Travel | 08/20/09 | Fredericks IS | 57.00 |
| Out-of-Town Travel | 08/20/09 | Fredericks IS | 36.30 |
| Out-of-Town Travel | 08/20/09 | Fredericks IS | 533.90 |
| Out-of-Town Travel | 08/20/09 | Fredericks IS | 48.00 |
| Out-of-Town Travel | 08/20/09 | Fredericks IS | 57.08 |
| Out-of-Town Travel | 08/21/09 | Fredericks IS | 65.00 |
| Out-of-Town Travel | 08/24/09 | Fredericks IS | 12.00 |
| Out-of-Town Travel | 08/24/09 | Fredericks IS | 10.00 |
| Out-of-Town Travel | 08/26/09 | Fredericks IS | 258.77 |
| Out-of-Town Travel | 08/27/09 | Buker Limousine | 25.00 |
| Out-of-Town Travel | 08/27/09 | Fredericks IS | 181.88 |
| Out-of-Town Travel | 08/27/09 | Fredericks IS | 50.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,250.00** |
| Messengers/ Courier | 09/01/09 | Federal Express Corp. | 6.97 |
| Messengers/ Courier | 09/01/09 | Federal Express Corp. | 6.43 |
| Messengers/ Courier | 09/02/09 | Federal Express Corp. | 11.46 |
| Messengers/ Courier | 09/03/09 | Federal Express Corp. | 6.59 |
| Messengers/ Courier | 09/03/09 | Federal Express Corp. | 6.43 |
| Messengers/ Courier | 09/04/09 | Federal Express Corp. | 6.43 |
| Messengers/ Courier | 09/08/09 | Federal Express Corp. | 14.49 |
| Messengers/ Courier | 09/16/09 | Federal Express Corp. | 6.91 |
| Messengers/ Courier | 09/16/09 | Federal Express Corp. | 8.29 |
| | | **TOTAL MESSENGERS/ COURIER** | **$74.00** |
| Out-of-Town Meals | 07/21/09 | Fredericks IS | 8.06 |
| Out-of-Town Meals | 07/22/09 | Fredericks IS | 21.11 |
| Out-of-Town Meals | 07/30/09 | Fredericks IS | 34.99 |
| Out-of-Town Meals | 07/30/09 | Fredericks IS | 11.66 |
| Out-of-Town Meals | 07/30/09 | Fredericks IS | 30.28 |
| Out-of-Town Meals | 07/31/09 | Fredericks IS | 2.36 |
| Out-of-Town Meals | 07/31/09 | Fredericks IS | 25.81 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/31/09 | Fredericks IS | 25.04 |
| Out-of-Town Meals | 08/11/09 | Fredericks IS | 9.99 |
| Out-of-Town Meals | 08/11/09 | Fredericks IS | 76.51 |
| Out-of-Town Meals | 08/12/09 | Fredericks IS | 36.98 |
| Out-of-Town Meals | 08/12/09 | Fredericks IS | 25.56 |
| Out-of-Town Meals | 08/12/09 | Fredericks IS | 15.26 |
| Out-of-Town Meals | 08/13/09 | Fredericks IS | 12.37 |
| Out-of-Town Meals | 08/18/09 | Fredericks IS | 9.70 |
| Out-of-Town Meals | 08/18/09 | Fredericks IS | 17.48 |
| Out-of-Town Meals | 08/19/09 | Fredericks IS | 49.98 |
| Out-of-Town Meals | 08/20/09 | Fredericks IS | 28.31 |
| Out-of-Town Meals | 08/28/09 | Fredericks IS | 11.55 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$453.00** |
| Court Reporting | 09/05/09 | TSG Reporting, Inc | 753.99 |
| Court Reporting | 09/05/09 | TSG Reporting, Inc | 646.90 |
| Court Reporting | 09/05/09 | TSG Reporting, Inc | 569.11 |
| | | **TOTAL COURT REPORTING** | **$1,970.00** |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 3.21 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 12.26 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 3.92 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 6.57 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 3.77 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 8.98 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 3.77 |
| Print Images to Paper (from Electronic Media) | 09/21/09 | Simpson C | 2.16 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA) | $46.00 |
| Internal Catering - DC | 09/23/09 | Galardi GM | 418.00 |
| | | TOTAL INTERNAL CATERING - DC | $418.00 |
| | | TOTAL MATTER | $8,647.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/06/09
Claims Admin. (General)                                            Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/13/09 | Baker SK | 1,155.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,155.00** |
| In-house Reproduction | 09/02/09 | Copy Center, D | 12.64 |
| In-house Reproduction | 09/13/09 | Copy Center, D | 0.10 |
| In-house Reproduction | 09/22/09 | Copy Center, D | 3.44 |
| In-house Reproduction | 09/30/09 | Copy Center, D | 1.82 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$18.00** |
| Lexis/Nexis | 09/02/09 | Kim CW | 149.63 |
| Lexis/Nexis | 09/03/09 | Kim CW | 51.40 |
| Lexis/Nexis | 09/25/09 | Kim CW | 20.97 |
| | | **TOTAL LEXIS/NEXIS** | **$222.00** |
| Westlaw | 09/01/09 | Korkis C | 24.30 |
| Westlaw | 09/01/09 | Dangelo PS | 208.05 |
| Westlaw | 09/01/09 | Baker SK | 1,096.95 |
| Westlaw | 09/01/09 | Kim CW | 133.70 |
| Westlaw | 09/02/09 | Baker SK | 60.25 |
| Westlaw | 09/02/09 | Kim CW | 62.40 |
| Westlaw | 09/03/09 | Baker SK | 1,520.61 |
| Westlaw | 09/03/09 | Kim CW | 34.71 |
| Westlaw | 09/04/09 | Baker SK | 80.02 |
| Westlaw | 09/08/09 | Kumar JS | 458.91 |
| Westlaw | 09/08/09 | Baker SK | 1,098.33 |
| Westlaw | 09/09/09 | Kumar JS | 124.35 |
| Westlaw | 09/09/09 | Lazaroff KA | 195.68 |
| Westlaw | 09/09/09 | Baker SK | 929.63 |
| Westlaw | 09/15/09 | Kumar JS | 257.31 |
| Westlaw | 09/15/09 | Lazaroff KA | 56.48 |
| Westlaw | 09/15/09 | Baker SK | 428.98 |
| Westlaw | 09/18/09 | Kumar JS | 16.20 |
| Westlaw | 09/24/09 | Baker SK | 224.94 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/25/09 | Baker SK | 775.00 |
| Westlaw | 09/25/09 | Kim CW | 197.20 |
| | | **TOTAL WESTLAW** | **$7,984.00** |
| Vendor Hosted Teleconferencing | 08/12/09 | Teleconferencing Services, LLC | 15.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$15.00** |
| Out-of-Town Travel | 08/26/09 | Galardi GM | 276.05 |
| Out-of-Town Travel | 08/26/09 | Galardi GM | 54.97 |
| Out-of-Town Travel | 08/28/09 | Galardi GM | 32.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$364.00** |
| Out-of-Town Meals | 08/26/09 | Galardi GM | 44.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$44.00** |
| | | **TOTAL MATTER** | **$9,802.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 10/06/09
Claims Admin. (Reclamation/Trust Funds)                  Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/27/09 | Copy Center, D | 6.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.00** |
| Westlaw | 09/24/09 | Korkis C | 134.00 |
| | | **TOTAL WESTLAW** | **$134.00** |
| | | **TOTAL MATTER** | **$140.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/06/09
Disclosure Statement / Voting Issues                         Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/21/09 | Kumar JS | 453.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$453.00** |
| Westlaw | 09/11/09 | Korkis C | 248.67 |
| Westlaw | 09/16/09 | Kumar JS | 17.29 |
| Westlaw | 09/22/09 | Kumar JS | 207.04 |
| | | **TOTAL WESTLAW** | **$473.00** |
| | | **TOTAL MATTER** | **$926.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/06/09
Employee Matters (General)                                         Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/25/09 | Copy Center, D | 4.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Westlaw | 09/16/09 | Kumar JS | 11.87 |
| Westlaw | 09/22/09 | Honorowski CJ | 483.13 |
| | | **TOTAL WESTLAW** | **$495.00** |
| | | **TOTAL MATTER** | **$499.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Employee Matters (Labor Unions)

Bill Date: 10/06/09  
Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/25/09 | Copy Center, D | 12.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| | | **TOTAL MATTER** | **$12.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/06/09
Leases (Real Property)                                       Bill Number: 1285819

| Disbursement | Date     | Vendor/Employee/Dept. | Amount   |
|--------------|----------|-----------------------|----------|
| Westlaw      | 09/02/09 | Dosunmu FS            | 61.00    |
|              |          | **TOTAL WESTLAW**     | **$61.00** |
|              |          | **TOTAL MATTER**      | **$61.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 10/06/09
Litigation (General)                                         Bill Number: 1285819
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/01/09 | Baker SK | 221.65 |
| Lexis/Nexis | 09/09/09 | Baker SK | 74.35 |
|  |  | **TOTAL LEXIS/NEXIS** | **$296.00** |
|  |  | **TOTAL MATTER** | **$296.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)　　　　　　　　　　　　　　　　　　　　Bill Date: 10/06/09
Nonworking Travel Time　　　　　　　　　　　　　　　　　　　　　　　Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/21/09 | Dickerson CL | 1,660.23 |
| Air/Rail Travel - vendor feed | 09/21/09 | Dickerson CL | -264.23 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,396.00** |
| | | **TOTAL MATTER** | **$1,396.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                  Bill Date: 10/06/09
Reorganization Plan / Plan Sponsors                              Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 08/18/09 | Teleconferencing Services, LLC | 197.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$197.00** |
| | | **TOTAL MATTER** | **$197.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                 Bill Date: 10/06/09
Tax Matters                                                     Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 09/26/09 | Network, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$3.00** |
| | | **TOTAL MATTER** | **$3.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Utilities

Bill Date: 10/06/09  
Bill Number: 1285819

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/13/09 | Copy Center, D | 1.50 |
| In-house Reproduction | 09/27/09 | Copy Center, D | 0.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | $2.00 |
| Messengers/ Courier | 09/10/09 | Federal Express Corp. | 10.00 |
| | | **TOTAL MESSENGERS/ COURIER** | $10.00 |
| | | **TOTAL MATTER** | $12.00 |
| | | **TOTAL CLIENT** | $22,927.00 |

B43E