| | | | |
|---|---|---|---|
| KUMAR JS | 10/05/09 | 0.90 | REVISING STIPULATION RE CLAIMS UNDER PREPETITON CREDIT AGREEMENT (.9). |
| KUMAR JS | 10/08/09 | 1.90 | BEGIN DRAFTING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS (1.9). |
| KUMAR JS | 10/09/09 | 2.90 | DRAFTING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS (2.9). |
| KUMAR JS | 10/12/09 | 2.90 | DRAFTING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS AND LEGAL RESEARCH RE SAME (2.9). |
| KUMAR JS | 10/14/09 | 4.60 | REVISING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS AND REVIEWING CLAIMS RE SAME (4.6). |
| KUMAR JS | 10/15/09 | 3.20 | REVISING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS AND LEGAL RESEARCH RE SAME (3.2). |
| KUMAR JS | 10/16/09 | 3.50 | REVISING OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EMPLOYEE BENEFIT CLAIMS AND CALL RE SAME (1.8). RESEARCH RE SECURED CREDITOR DEFENSE TO PREFERENCES (1.7). |
| | | **22.60** | |
| LAZAROFF KA | 10/19/09 | 6.00 | ATTENTION TO LANDLORD CLAIMS OBJECTIONS. |
| LAZAROFF KA | 10/20/09 | 2.30 | ATTENTION TO VARIOUS LANDLORD CLAIM ISSUES AND TELECONFERENCES WITH CLAIMANTS SUBJECT TO OMNIBUS OBJECTIONS (1.3); REVIEWED CLAIM AND RELATED DOCUMENTATION TO PREPARE OBJECTION TO OMNIMOUNT'S MOTION FOR RECONSIDERATION OF CLAIM OBJECTION (1). |
| LAZAROFF KA | 10/21/09 | 6.50 | RESEARCH REGARDING EXCUSABLE NEGLECT AND RECONSIDERATION FOR OBJECTION TO OMNIMOUNT'S MOTION FOR RECONSIDERATION (5); REVIEW OF 502(D) BRIEFS FOR DRAFTING REPLY TO 502(D)/503(B)(9) RESPONSES (1); TELECONFERENCES WITH CREDITORS REGARDING CLAIMS RECONCILIATION (.5). |
| LAZAROFF KA | 10/22/09 | 1.80 | CONTINUED DRAFTING AND RESEARCH FOR OMNIMOUNT OBJECTION. |
| LAZAROFF KA | 10/23/09 | 6.00 | DRAFTED OBJECTION TO SITE A LATE PROOF OF CLAIM (1); REVIEWED BRIEFS AND GATHERED DOCUMENTS FOR 502(D) REPLY (1.5); COMPLETED DRAFT AND REVISED OMNIMOUNT OBJECTION (3). |
| LAZAROFF KA | 10/26/09 | 8.00 | ATTENTION TO PROOF OF CLAIMS AGAINST GENERAL GROWTH (.7); RESEARCH FOR 502(D) REPLY (5.5); ATTENTION TO CLAIMANT INQUIRIES (.3); DRAFTED PRELIMINARY OBJECTION TO MADCOW ADMIN CLAIM (1.5). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 10/27/09 | 5.00 | RESEARCH AND REVIEW OF 502(D) ISSUES. |
| LAZAROFF KA | 10/30/09 | 2.00 | REVIEWED OMNI 45 OBJECTION AND LANDLORD RESPONSES, MADE REVISIONS THERETO AND ATTENTION RELATED ISSUES. |
| | | **37.60** | |
| LIBERI JM | 10/01/09 | 1.70 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.8); REVIEW COMMUNICATIONS AND CLAIMS DETAIL RE: UNLIQUIDATED CLAIMS (0.9). |
| LIBERI JM | 10/05/09 | 1.20 | WORK ON PENDING INFORMATION REQUESTS TO CLAIMAINTS AND COUNSEL (0.8); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.4). |
| LIBERI JM | 10/06/09 | 2.10 | COMMUNICATE WITH COUNSEL FOR ACER RE: CLAIMS RECONCILIATION AND RESOLUTION (0.3); COMMUNICATE WITH DEBTORS RE: SAME (0.4); REVIEW CLAIM DETAIL AND RELATED INFORMATION RE: ACER MATTERS (1.4). |
| LIBERI JM | 10/07/09 | 2.60 | COMMUNICATE WITH COUNSEL FOR ACER RE: CLAIMS MATTERS (0.3); REVIEW INFORMATION PROVIDED BY ACER RE: CLAIMS (0.7); COMMUNICATE WITH DEBTOR PERSONNEL RE: RECONCILIATION OF ACER CLAIMS (0.5); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS RECONCILIATION AND PREFERENCE ISSUES (0.4); REVIEW PREFERENCE AND CLAIMS RECONCILIATION INFORMATION RE: SAME (0.7). |
| LIBERI JM | 10/08/09 | 0.80 | REVIEW CLAIMS DETAIL AND ANALYSIS BEING PROVIDED TO COMMITTEE COUNSEL (0.8). |
| LIBERI JM | 10/12/09 | 1.20 | REVIEW CLAIMS ANALYSIS AND CORRESPONDENCE RE: SAME (0.8); REVIEW CORRESPONDENCE WITH CREDITORS' COMMITTEE COUNSEL RE: SAME (0.4). |
| LIBERI JM | 10/14/09 | 3.50 | CONFERENCE CALL RE: CLAIMS ANALYSIS, OBJECTIONS, VENDOR RECEIVABLES (2.6); REVIEW CLAIMS DATA RE: SAME (0.9). |
| LIBERI JM | 10/15/09 | 0.80 | REVIEW DRAFT OBJECTIONS AND CLAIMS FOR OBJECTION RE: DUPLICATE, AMENDED AND LATE CLAIMS (0.8). |
| LIBERI JM | 10/16/09 | 1.20 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.7); REVIEW DRAFT EXHIBITS RE: OMNIBUS CLAIMS OBJECTIONS (0.5). |
| LIBERI JM | 10/20/09 | 1.40 | WORK ON LEASE REJECTION CLAIM ISSUES (0.6); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR INCLUSION IN OMNIBUS OBJECTION (0.8). |
| LIBERI JM | 10/21/09 | 1.40 | CONTACT COUNSEL FOR CLAIMANTS SEEKING ADDITIONAL INFORMATION IN SUPPORT OF CLAIMS SUBMITTED WITH INSUFFICIENT DOCUMENTATION/SUPPORT (0.8); FOLLOW UP RE: PAST INFORMATION REQUESTS (0.6). |

| | | | |
|---|---|---|---|
| LIBERI JM | 10/27/09 | 1.60 | REVIEW INFORMATION REQUESTS FROM CREDITORS' COMMITTEE COUNSEL (0.4); COORDINATE RESPONSES TO REQUESTS (0.4); REVIEW DRAFT RESPONSES AND INFORMATION RE: SAME (0.8). |
| LIBERI JM | 10/29/09 | 1.50 | REVIEW RESPONSES TO CLAIMS OBJECTIONS (0.7); REVIEW AND COMMENT ON DRAFT REPLY TO RESPONSES (0.8). |
| LIBERI JM | 10/30/09 | 4.10 | REVIEW CREDITORS' COMMITTEE COUNSEL INFORMATION REQUESTS (0.3); COMMUNICATE WITH DEBTORS AND DEBTORS' FINANCIAL ADVISORS RE: SAME (0.8); REVIEW INFORMATION RE: RESPONSES TO INQUIRIES (2.7); COMMUNICATE WITH CREDITORS' COMMITTEE COUNSEL RE: SAME (0.3). |
| | | 25.10 | |
| **Total Associate** | | **602.40** | |
| HEANEY CM | 09/29/09 | 0.80 | EDIT/REVISE GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS TO CLAIMS (.8). |
| HEANEY CM | 10/01/09 | 0.40 | REVIEW COURT DOCKETS AND CASE FILES REGARDING REPLYS IN CONNECTION WITH 503(B)(9) CLAIMS (.4). |
| HEANEY CM | 10/05/09 | 0.40 | DRAFT EDIT/REVISE EXHIBIT A TO THE 10-7 HEARING AGENDA (.4). |
| HEANEY CM | 10/07/09 | 1.80 | REVIEW EXHIBITS FROM AGENDAS AND COURT DOCKETS RE: UPDATES TO GLOBAL RESPONSE CHART TO OMNIBUS OBJECTIONS (.4); EDIT/REVISE CHART (1.4). |
| HEANEY CM | 10/08/09 | 0.90 | REVIEW ADVERSARY DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, ORGANIZE MEMORANDUM AND OPINION RE: 25TH AND 26TH OMNIBUS OBJECTIONS FOR CLAIM AND SUPPORTING DOCUMENTS (.6). |
| HEANEY CM | 10/12/09 | 0.70 | DRAFT EDIT/REVISE EXHIBIT TO 10-15 HEARING AGENDA (.7). |
| HEANEY CM | 10/13/09 | 0.90 | REVIEW COURT DOCKETS RE: PLEADINGS TO BE USED AS PREPCEDENT (.4); ASSIST ATTORNEYS WITH PREPARATION OF 503(B)(9) BRIEF (.2); EDIT/REVISE EXHIBIT FOR HEARING AGENDA (.3). |
| HEANEY CM | 10/14/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); ASSIST WITH REVISIONS TO EXHIBIT A TO HEARING AGENDA (.4). |
| HEANEY CM | 10/21/09 | 0.70 | PREPARE EXHIBITS TO OMNIBUS CLAIMS OBJECTION (.7). |
| HEANEY CM | 10/22/09 | 1.60 | REVIEW COURT DOKCETS RE: OPINIONS REGARDING 502(D) IN PREPARATION OF FILING BRIEF (1.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS TO BE USED AS PREPCEDENT (.4). |

| | | | |
|---|---|---|---|
| HEANEY CM | 10/23/09 | 0.40 | PREPARE CLAIMS ANALYSIS CHART FOR REVIEW (.4). |
| HEANEY CM | 10/28/09 | 2.20 | DRAFT EDIT/REVISE EXHIBIT TO HEARING AGENDA (1.9); REVIEW DOCKET RE: UPDATES TO EXHIBIT (.3). |
| HEANEY CM | 10/29/09 | 1.10 | EDIT/REVISE EXHIBIT TO 11-3 HEARING AGENDA (.9); COORDINATE WITH THIRD PARTIES RE UPDATES (.2). |
| HEANEY CM | 10/30/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO EXHIBIT FOR 11-3 HEARING (.3). |
| | | 12.90 | |
| **Total Legal Assistant** | | 12.90 | |
| **TOTAL TIME** | | <u>617.00</u> | |

```
Circuit City Stores, Inc. (DIP)                        Bill Date: 11/11/09
Claims Admin. (Reclamation/Trust Funds)                Bill Number: 1292791
```

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 10/21/09 | 0.20 | TELEPHONE CALL WITH COUNSEL FOR SONY REGARDING RECLAMATION CLAIMS (.2). |
|  |  | 0.20 |  |
| FREDERICKS IS | 10/19/09 | 5.80 | REVIEW REPLY TO PARAMOUNT RESPONSE TO RECLAMATION CLAIM OBJECTION (2.1); CONDUCT ADDITIONAL RESEARCH RE: SAME (3.7). |
|  |  | 5.80 |  |
| **Total Associate** |  | **6.00** |  |
| **TOTAL TIME** |  | **6.00** |  |

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
| Disclosure Statement / Voting Issues | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LIBERI JM | 10/09/09 | 0.80 | REVIEW AND CONSIDER BALLOTING ISSUES (0.8). |
| LIBERI JM | 10/14/09 | 1.30 | COMMUNICATE WITH COUNSEL FOR IANUCCI DEVELOPMENT CORP. RE: PLAN VOTING ISSUES (0.3); RESEARCH BACKGROUND FACTS RE: SAME (0.7); CONFER WITH CLAIMS AGENT RE: SAME (0.3). |
| LIBERI JM | 10/26/09 | 0.60 | RESPOND TO INQUIRIES RE: PLAN VOTING MATTERS AND BALLOTS (0.4); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: SAME (0.2). |
| | | 2.70 | |
| Total Associate | | 2.70 | |
| **TOTAL TIME** | | **2.70** | |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/11/09
Employee Matters (General)                               Bill Number: 1292791

NAME              DATE          HOURS    DESCRIPTION

GALARDI GM        10/15/09       0.30    FOLLOW-UP RE: REMAINING BONUS PAYMENTS
                                         AND ISSUES.

                                 0.30

Total Partner                    0.30

TOTAL TIME                       0.30
```

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
| Insurance | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 10/06/09 | 0.40 | REVIEW SIGNED SETTLEMENT AGREEMENT BY INSURANCE CARRIERS REGARDING HURRICANE IKE (.4). |
| BAKER SK | 10/07/09 | 0.20 | DRAFT CORRESPONDENCE TO P. SCHAETZLE REGARDING SETTLEMENT AGREEMENT (.1); REVIEW CORRESPONDENCE FROM P. SCHAETZLE REGARDING SETTLEMENT AGREEMENT (.1). |
| BAKER SK | 10/08/09 | 0.20 | REVIEW CORRESPONDENCE FROM P. SCHNETZLE REGARDING REVISED SETTLEMENT AGREEMENT (.2). |
| BAKER SK | 10/13/09 | 0.70 | REVIEW CORRESPONDENCE FROM P. SCHETZLE REGARDING INSURANCE SETTLEMENT AGREEMENT (.2); REVISE INSURANCE SETTLEMENT NOTICE AND AGREEMENT (.5). |
| | | 1.50 | |
| Total Associate | | 1.50 | |
| **TOTAL TIME** | | **1.50** | |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
|---|---|---|---|
| Leases (Real Property) | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DOSUNMU FS | 10/01/09 | 0.80 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.8). |
| DOSUNMU FS | 10/02/09 | 3.30 | ATTENTION TO LEASE TERMINATION ISSUES (3.3). |
| DOSUNMU FS | 10/05/09 | 2.40 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (2.4). |
| DOSUNMU FS | 10/06/09 | 0.40 | ATTENTION TO LEASE TERMINATION/REJECTION ISSUES (.4). |
| DOSUNMU FS | 10/07/09 | 1.20 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.2). |
| DOSUNMU FS | 10/08/09 | 1.30 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.3). |
| DOSUNMU FS | 10/09/09 | 1.20 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.2). |
| DOSUNMU FS | 10/13/09 | 1.40 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.4). |
| DOSUNMU FS | 10/14/09 | 0.80 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.8). |
| DOSUNMU FS | 10/16/09 | 1.40 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (1.4). |
| DOSUNMU FS | 10/19/09 | 1.90 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.7); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.2). |
| DOSUNMU FS | 10/20/09 | 1.00 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.3). |
| DOSUNMU FS | 10/21/09 | 1.20 | ATTENTION TO LEASE TERMINATION ISSUES (1.2). |
| DOSUNMU FS | 10/22/09 | 0.70 | ATTENTION TO LEASE REJECTION TERMINATION ISSUES (.7). |
| DOSUNMU FS | 10/23/09 | 0.40 | ATTENTION TO LEASE REJECTION ISSUES (.4). |
| DOSUNMU FS | 10/26/09 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 10/28/09 | 0.40 | ATTENTION TO LEASE REJECTION ISSUES (.4). |
|  |  | **20.40** |  |
| KUMAR JS | 10/02/09 | 0.80 | REVIEWING CERTAIN ISSUES RE THE MARCH LEASE SALE (.8). |
|  |  | **0.80** |  |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 10/19/09 | 1.50 | REVIEWED DOCUMENTS AND BEGAN DRAFT OF SITE A RESPONSE. |
| LAZAROFF KA | 10/20/09 | 2.50 | DRAFTED OBJECTION TO SITE A MOTION FOR ADMINISTRATIVE EXPENSE. |
| LAZAROFF KA | 10/21/09 | 0.40 | REVIEWED CORRESPONDENCE WITH AND STATUS OF SITE A ADMINISTRATIVE CLAIM. |
| LAZAROFF KA | 10/22/09 | 1.50 | REVIEWED BLOOMINGDALE CLAIM AND LEASE SALE DOCUMENTION (.5); DRAFTED AND REVISED OBJECTION TO SITE A ADMINISTRATIVE CLAIM (1). |
| | | 5.90 | |
| **Total Associate** | | 27.10 | |
| **TOTAL TIME** | | **27.10** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 11/11/09
Litigation (General)                                         Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LAZAROFF KA | 10/19/09 | 0.50 | CONNECTIONS AND DISCLOSURE RESEARCH ON POTENTIAL PREFERENCE DEFENDANTS. |
| LAZAROFF KA | 10/20/09 | 1.00 | CONNECTIONS AND DISCLOSURE RESEARCH REGARDING POTENTIAL PREFERENCE DEFENDANTS. |
| LAZAROFF KA | 10/21/09 | 0.50 | CONNECTIONS AND DISCLOSURE RESEARCH ON POTENTIAL PREFERENCE DEFENDANTS. |
| LAZAROFF KA | 10/22/09 | 0.60 | CONNECTIONS AND DISCLOSURE RESEARCH ON POTENTIAL PREFERENCE DEFENDANTS. |
|  |  | **2.60** |  |
| LIBERI JM | 10/01/09 | 4.10 | REVIEW AND COMMENT ON DRAFT PBGC SETTLEMENT PAPERS (0.8); COMMUNICATE WITH S. EAGLE AT PBGC RE: SAME (0.7); WORK ON ASSURANT SETTLEMENT ISSUES (0.5); COMMUNICATE WITH COUNSEL FOR INFOGAIN RE: SETTLEMENT MATTERS (0.4); REVIEW CLAIMS DETAIL AND OTHER INFORMATION BEING PROVIDED TO COMMITTEE COUNSEL (1.3); REVIEW COMMUNICATIONS RE: SAME (0.4). |
| LIBERI JM | 10/02/09 | 5.50 | COMMUNICATE WITH COUNSEL FOR SYSTEMAX RE: SALE AND CEASE-AND-DESIST ISSUES RE: TRADEMARKS (0.4); FOLLOW UP RE: SAME (0.4); COMMUNICATE WITH COUNSEL FOR AMERICAN EXPRESS RE: SETTLEMENT AND PAYMENT ISSUES (0.5); REVIEW SETTLEMENT STIPULATION AND RELATED DOCUMENTS RE: SAME (0.4); REVIEW AND REVISE PBGC SETTLEMENT MOTION (0.8); REVIEW PREFERENCE ISSUES RE: POTENTIAL VENDOR LITIGATIONS (1.7); REVIEW RECENTLY FILED MOTIONS AND RESPONSES RE: CLAIMS MATTERS (0.9); COMMUNICATE WITH COUNSEL FOR CANON RE: SETTLEMENT MATTERS (0.4). |
| LIBERI JM | 10/05/09 | 5.10 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENTS RE: POTENTIAL VENDOR SETTLEMENTS (1.3); REVIEW PREFERENCE ISSUES RE: SAME (0.6); REVIEW CASE DOCKETS AND COMMUNICATIONS RE: PENDING EMPLOYEE LITIGATIONS (0.5); REVIEW COMMUNICATIONS, COMPLAINT, AND INSURANCE INFORMATION RE: PERSONAL INJURY ACTIONS FILED AGAINST DEBTORS' EMPLOYEES (0.7); REVIEW INFORMATION RE: POTENTIAL LITIGATION CONFLICT (0.4); REVIEW COMMUNICATIONS AND SUPPORTING DOCUMENTATION RE: POTENTIAL VENDOR AND CLAIMANT LITIGATIONS (1.6). |

| | | | |
|---|---|---|---|
| LIBERI JM | 10/06/09 | 5.10 | REVIEW AND DISCUSS PLEADINGS BY A. ISAAC (0.5); REVIEW CORRESPONDENCE RE: PARAMOUNT MATTERS (0.3); DISCUSS EA AND ACTIVISION MATTERS WITH DEBTORS (0.5); REVIEW NOTICE RE: EMPLOYMENT LITIGATION MATTER (0.3); FOLLOW UP RE: STATUS OF SAME (0.4); REVIEW AND COMMENT ON DRAFT RESPONSE TO 503(B)(9) CLAIM MATTER (0.5); RESEARCH EFFECT OF F.O.B. DELIVERY TERMS ON 503(B)(9) CLAIMS (1.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR HAIER (0.3); REVIEW AGREEMENTS AND RELATED DOCUMENTATION RE: HAIER (0.7); DRAFT CORRESPONDENCE TO COUNSEL FOR HAIER RE: PAYMENT DEMANDS (0.4). |
| LIBERI JM | 10/07/09 | 2.40 | REVIEW PREFERENCE ISSUES RE: LITIGATION MATTERS (1.4); COMMUNICATE WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYEE LITIGATION MATTERS (0.4); BEGIN DRAFTING REVISED SETTLEMENT DOCUMENTATION RE: SAME (0.6). |
| LIBERI JM | 10/08/09 | 0.70 | COMMUINICATE WITH COUNSEL FOR SLAM BRANDS RE: DISPUTED PROOF OF CLAIM FILING ISSUE (0.3); FOLLOW UP RE: SAME (0.4). |
| LIBERI JM | 10/09/09 | 3.10 | REVIEW AND DISCUSS INFOGAIN PROPOSED RESOLUTION (0.4); ANALYZE DISPUTES WITH VENDORS RE: POTENTIAL LITIGATION ISSUES (1.3); REVIEW PREFERENCE ANALYSES RE: POTENTIAL PREFERENCE ACTIONS AND SETOFF ISSUES (1.4). |
| LIBERI JM | 10/12/09 | 4.30 | REVIEW RECEIVABLES AND POTENTIAL LITIGATION ISSUES RE: VENDORS (2.3); REVIEW PREFERENCE ISSUES RE: POTENTIAL SETTLEMENTS (1.3); COMMUNICATE WITH COUNSEL FOR MINER FLEET MANAGEMENT RE: 503(B)(9) ISSUES (0.3); FOLLOW UP RE: SAME (0.4). |
| LIBERI JM | 10/13/09 | 2.60 | REVIEW INFOGAIN SETTLEMENT ISSUES (0.6); REVIEW PREFERENCE DETAIL RE: INFOGAIN (0.4); WORK ON INFOGAIN SETTLEMENT AGREEMENT (0.5); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS RECONCILIATION (0.3); REVIEW CLAIMS DETAIL RE: SAME (0.8). |
| LIBERI JM | 10/14/09 | 0.80 | CONFERENCE CALL RE: PENDING AND POSSIBLE LITIGATION MATTERS (0.8). |
| LIBERI JM | 10/15/09 | 0.40 | CORRESPOND WITH CREDITORS' COMMITTEE COUNSEL RE: LITIGATION AND SETTLEMENT MATTERS (0.4). |
| LIBERI JM | 10/16/09 | 2.20 | WORK ON PREFERENCE ISSUES RE: DRAFT COMPLAINTS (0.9); REVISE DRAFT COMPLAINT RE: MARKETING/ADVERTISING VENDOR (0.6); REVIEW CORRESPONDENCE RE: PENDING CONTESTED MATTERS AND CLAIMS OBJECTIONS (0.7). |

| | | | |
|---|---|---|---|
| LIBERI JM | 10/19/09 | 4.30 | CONSIDER PREFERENCE AND RELATED MATTERS RE: CANON, EA, AND ACTIVISION (1.8); CONSIDER POTENTIAL DISPUTES WITH HAIER (0.4); COMMUNICATE WITH COUNSEL FOR CANON RE: RECONCILIATION/SETTLEMENT MATTERS (0.3); REVISE SETTLEMENT AGREEMENT RE: SAME (0.4); REVIEW RECENT PLEADINGS AND RESPONSES TO OMNIBUS OBJECTIONS (1.4). |
| LIBERI JM | 10/20/09 | 3.50 | REVIEW CORRESPONDENCE FROM COUNSEL FOR HAIER RE: RECEIVABLES DISPUTES (0.3); ATTEMPT TO VERIFY ALLEGATIONS IN HAIER'S CORRESPONDENCE (0.8); REVISE ACTIVISION SETTLEMENT DOCUMENTATION AND REVIEW PREFERENCE ANALYSIS (0.8); COMMUNICATE WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: EMPLOYMENT LITIGATION MATTERS (0.3); REVISE DRAFT SETTLEMENT AGREEMENT RE: SAME (0.4); REVIEW RECEIVABLES DATA AND DETAIL RE: VENDOR DISPUTES (0.9). |
| LIBERI JM | 10/21/09 | 2.50 | COMMUNICATE WITH COUNSEL FOR GATEWAY RE: CLAIMS RECONCILIATION AND DISPUTED MATTERS (0.3); REVIEW DATA PROVIDED BY GATEWAY RE: SAME (0.8); COMMUNICATE WITH COUNSEL FOR ACTIVISION RE: SETTLEMENT MATTERS (0.3); FOLLOW UP WITH DEBTORS RE: ACTIVISION AND VIVENDI ACCOUNTS (0.4); REVIEW DETAIL RE: VIVENDI/ACTIVISION CORPORATE ACCOUNTS AT DEBTORS (0.7). |
| LIBERI JM | 10/22/09 | 4.40 | REVIEW CREDITORS' COMMITTEE INFORMATION REQUESTS AND PROPOSED RESPONSES (0.7); RESEARCH CORPORATE STRUCTURE/RELATIONSHIPS AMONG POTENTIALLY RELATED VENDORS WITH RECEIVABLES ACCOUNTS (0.4); REVIEW DRAFT COMPLAINT RE: RECEIVABLES AND PREFERENCE MATTERS (0.6); CONSIDER APPROACHES TO BRINGING CLAIMS AGAINST PARTIES WITH MULTIPLE OBLIGATIONS TO DEBTORS (0.5); COMMUNICATE WITH COUNSEL FOR GOOGLE AND QUEBECOR RE: OMNIBUS OBJECTION FOR VOTING PURPOSES (0.4); FOLLOW UP RE: SAME (0.3); COMMUNICATE WITH COUNSEL FOR GENERAL INSTRUMENTS RE: POTENTIAL RECONCILIATION AND CLAIMS DISPUTES (0.3); REVIEW/CONFIRM INFORMATION RE: STATUS OF ADJOURNED OMNIBUS CLAIMS OBJECTIONS AND RESPONSES (1.2). |
| LIBERI JM | 10/23/09 | 3.10 | REVIEW AND REVISE DRAFT RESPONSE TO MOTION FOR LEAVE TO FILE LATE CLAIMS (1.1); CONSIDER 502(D) AND SETOFF ISSUES RE: OMNIBUS OBJECTIONS (1.2); REVIEW CASE LAW RE: SAME (0.8). |

B43E

| Name | Date | Hours | Description |
|---|---|---|---|
| LIBERI JM | 10/26/09 | 4.10 | REVIEW STATUS OF ITEMS SCHEDULED FOR HEARING ON 11/3 (0.6); REVIEW AND REVISE DRAFT OBJECTION TO CLAIM OF MADCOW INTERNATIONAL GROUP (1.3); REVIEW AND COMMENT ON RESPONSE TO MOTION OF SITE A FOR ADMINISTRATIVE EXPENSE CLAIM (0.6); CORRESPOND WITH COUNSEL FOR HP RE: RECONCILIATION/SETTLEMENT MATTERS (0.5); REVIEW RECONCILIATION/SETTLEMENT INFORMATION PROVIDED BY HP (0.8); CORRESPOND WITH COUNSEL FOR MADCOW INTERNATIONAL RE: ADMINISTRATIVE EXPENSE CLAIM AND RELATED MATTERS (0.3). |
| LIBERI JM | 10/27/09 | 7.00 | RECONCILIATION/SETTLEMENT MEETINGS WITH COUNSEL FOR HP (3.7); REVIEW DOCUMENTS AND RECONCILIATION INFORMATION RE: SAME (2.2); RESPOND TO CREDITOR INQUIRIES FROM COUNSEL FOR GOOGLE AND QUEBECOR RE: VOTING OBJECTION (0.5); FOLLOW UP RE: SAME (0.6). |
| LIBERI JM | 10/28/09 | 3.90 | REVIEW CORRESPONDENCE AND AND SETTLEMENT/RECONCILIATION DOCUMENTS PROVIDED BY COUNSEL FOR HP (2.7); REVIEW AND COMMENT ON DRAFT FORMS OF COMPLAINT (0.4); REVIEW SETTLEMENT CORRESPONDENCE FROM SEGA (0.3); REVIEW SUPPORT AND CLAIM INFORMATION RE: SAME (0.5). |
| LIBERI JM | 10/29/09 | 2.00 | REVIEW CREDITORS' COMMITTEE COUNSEL INFORMATION REQUESTS RE: STATUS OF PENDING LITIGATIONS AND SETTLEMENTS (0.3); COMMUNICATE WITH DEBTORS AND DEBTORS' FINANCIAL ADVISORS RE: COMMITTEE REQUESTS (0.5) REVIEW DOCUMENTS AND PROPOSED RESPONSES RE: SAME (0.8); COMMUNICATE WITH DEBTORS AND COUNSEL RE: TAX MATTER INQUIRY (0.4). |
| LIBERI JM | 10/30/09 | 3.80 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT AND RECONCILIATION AGREEMENT RE: OHIO CIVIL RIGHTS COMMISSION ACTION (0.7); COMMUNICATE WITH COUNSEL FOR OHIO CIVIL RIGHTS COMMISSION RE: SAME (0.2); COMMUNICATE WITH COUNSEL FOR CITY OF NEW YORK DEPT. OF FINANCE (0.4); REVIEW CLAIMS OBJECTION AND ANALYZE CITY OF NEW YORK DEPT. OF FINANCE CLAIMS RE: SAME (1.3); REVIEW AND REVISE DRAFT HEARING AGENDA RE: CONTESTED MATTERS (0.3); FOLLOW UP ON INFORMATION REQUESTS FROM CITY OF NEW YORK DEPT. OF FINANCE (0.4); REVIEW DRAFT PREFERENCE COMPLAINTS AND ANALYSES (0.5). |
| | | 74.90 | |
| **Total Associate** | | **77.50** | |

| | | | |
|---|---|---|---|
| HEANEY CM | 10/08/09 | 0.20 | UPDATE REMOVAL DOCUMENTS AND DISTRIBUTE FOR FILING (.2). |
| HEANEY CM | 10/23/09 | 0.40 | REVIEW COURT DOKCETS RE: STATUS OF A POTENTIAL LIGITATION PARTY'S CHAPTER 11 CASES (.4). |
| | | 0.60 | |
| **Total Legal Assistant** | | 0.60 | |
| **TOTAL TIME** | | **78.10** | |

| | | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM AND AFFILIATES |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
| Liquidation / Feasibility | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 10/23/09 | 2.10 | WORK WITH FTI ON CASH ON EFFECTIVE DATE ANALYSIS AND REVIEW VARIOUS DRAFTS OF SAME (2.1). |
| FREDERICKS IS | 10/24/09 | 5.20 | REVIEW VARIOUS UPDATED DRAFTS OF CASH ON EFFECTIVE DATE ANALYSIS, PARTICIPATE IN MULTIPLE CONFERENCE CALLS, AND MULITPLE CORRESPONDENCE TO AND FROM CC AND FTI RE: SAME (3.7); DRAFT COMPREHENSIVE CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: UPDATED CASH ON EFFECTIVE DATE ANALYSIS AND OTHER INFORMATION REQUESTS (1.5). |
| | | 7.30 | |
| **Total Associate** | | 7.30 | |
| **TOTAL TIME** | | <u>7.30</u> | |