| Circuit City Stores, Inc. (DIP) | | | | Bill Date: 11/11/09 |
| Nonworking Travel Time | | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 10/27/09 | 6.00 | TRAVEL FROM CHICAGO TO RICHMOND. |
| BAKER SK | 10/29/09 | 4.20 | TRAVEL FROM RICHMOND TO CHICAGO. |
| | | **10.20** | |
| FREDERICKS IS | 10/14/09 | 3.20 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (3.2). |
| FREDERICKS IS | 10/15/09 | 4.10 | TRAVEL FROM RICHMOND TO WILMINGTON, INCLUDING TIME WAITING FOR FLIGHT (4.1). |
| | | **7.30** | |
| KUMAR JS | 10/07/09 | 8.90 | TRAVEL FROM CHICAGO TO RICHMOND AND RICHMOND TO CHICAGO (8.9). |
| | | **8.90** | |
| LIBERI JM | 10/26/09 | 2.40 | TRAVEL FROM PHILADELPHIA, PA TO RICHMOND, VA. |
| LIBERI JM | 10/28/09 | 3.30 | TRAVEL FROM RICHMOND, VA TO PHILADELPHIA, PA (3.3). |
| | | **5.70** | |
| **Total Associate** | | **32.10** | |
| **TOTAL TIME** | | **32.10** | |

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
|---|---|---|---|
| Reorganization Plan / Plan Sponsors | | | Bill Number: 1292791 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 10/07/09 | 1.50 | REVIEW PLAN SUPPLEMENT DOCS (1.1); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 10/08/09 | 0.30 | DISCUSSIONS RE CONFIRMATION BRIEF. |
| DICKERSON CL | 10/12/09 | 0.40 | CONFERENCE CALL WITH CLIENT RE PLAN SUPPLEMENT ISSUES. |
| DICKERSON CL | 10/14/09 | 1.20 | REVIEW LIQUIDATING TRUST AGREEMENT (.7); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 10/21/09 | 0.50 | DISCUSSIONS WITH UCC RE PLAN SUPPLEMENT DOCS. |
| | | 3.90 | |
| GALARDI GM | 10/07/09 | 0.60 | WORK ON ISSUES RE: LIQUIDATING TRUST AGREEMENT WITH J. MARCUM. |
| GALARDI GM | 10/26/09 | 0.30 | EMAILS RE: PLAN GOVERANCE ISSUES. |
| | | 0.90 | |
| **Total Partner** | | **4.80** | |
| BAKER SK | 10/05/09 | 0.20 | REVIEW DOUGLAS COUNTY, COLORADO'S OBJECTION TO CONFIRMATION OF PLAN OF LIQUIDATION (.2). |
| BAKER SK | 10/06/09 | 0.40 | TELEPHONE CALL WITH R. BADGES REGARDING PROPOSED PLAN OF LIQUIDATION (.2); TELEPHONE CALL WITH G. KWAKS REGARDING PROPOSED PLAN OF LIQUIDATION (.2). |
| | | 0.60 | |
| KUMAR JS | 10/01/09 | 2.90 | DRAFTING PLAN CONFIRMATION BRIEF (2.9). |
| KUMAR JS | 10/02/09 | 3.10 | DRAFTING PLAN CONFIRMATION BRIEF (3.1). |
| KUMAR JS | 10/05/09 | 2.90 | DRAFTING PLAN CONFIRMATION BRIEF AND REVIEWING PRECEDENTS (2.9). |
| KUMAR JS | 10/06/09 | 3.20 | DRAFTING PLAN CONFIRMATION BRIEF (3.2). |
| KUMAR JS | 10/07/09 | 2.70 | DRAFTING PLAN CONFIRMATION BRIEF AND TABLE OF CONFIRMATION OBJECTIONS (2.7). |
| KUMAR JS | 10/12/09 | 0.60 | CALL RE LIQUIDATING TRUST AGREEMENT AND OVERSIGHT COMMITTEE MEMBER (.6). |
| KUMAR JS | 10/14/09 | 2.20 | CALL RE LIQUIDATING TRUST AGREEMENT, INSERTING TAX GROUP CHANGES TO AGREEMENT AND REVIEWING ORDERS IN CONNECTION WITH AGREEMENT (2.2). |
| KUMAR JS | 10/15/09 | 1.90 | REVISING LIQUIDATING TRUST AGREEMENT (1.9). |

| | | | |
|---|---|---|---|
| KUMAR JS | 10/16/09 | 2.60 | REVISING LIQUIDATING TRUST AGREEMENT (.4). DRAFTING PLAN CONFIRMATION BRIEF (1.6). UPDATING CONFIRMATION OBJECTION CHART (.6). |
| | | **22.10** | |
| LAZAROFF KA | 10/22/09 | 0.80 | REVIEWED AND REVISED LIQUIDATING TRUST AGREEMENT. |
| | | **0.80** | |
| **Total Associate** | | **23.50** | |
| HEANEY CM | 09/29/09 | 1.20 | REVIEW VARIOUS DOCKETS AND CASE FILES FOR MEMORANDUMS IN SUPPORT OF CONFIRMATION ORDER (.9); OBTAIN, REVIEW AND DISTRIBUTE MEMORANDUMS (.3). |
| | | **1.20** | |
| LAMANNA WK | 10/02/09 | 0.30 | SET UP VOICE MAILBOX FOR CALLERS REGARDING CONFIRMATION HEARING NOTICE. |
| | | **0.30** | |
| **Total Legal Assistant** | | **1.50** | |
| **TOTAL TIME** | | **29.80** | |

Circuit City Stores, Inc. (DIP)                                          Bill Date: 11/11/09
Retention / Fee Matters (SASM&F)                                         Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 10/07/09 | 1.80 | ATTENTION TO AUGUST FEE STATEMENT. |
|  |  | 1.80 |  |
| **Total Partner** |  | 1.80 |  |
| **TOTAL TIME** |  | <u>1.80</u> |  |

B43E

Circuit City Stores, Inc. (DIP)  
Secured Claims

Bill Date: 11/11/09  
Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 10/02/09 | 0.30 | TELEPHONE CALL WITH M. STOVER AND G. BACHRACH REGARDING CANCELLATION OF SURETY GOODS (.2); DRAFT CORRESPONDENCE TO M. STOVER AND G. BACHRACH REGARDING EXTENSION OF TIME TO RESPOND TO MOTION TO CANCEL SURETY BONDS (.1). |
| BAKER SK | 10/06/09 | 0.10 | DRAFT CORRESPONDENCE TO G. BACHRACH REGARDING MOTION TO REJECT BONDS (.1). |
| BAKER SK | 10/07/09 | 3.50 | REVIEW CORRESPONDENCE FROM SAFECO REGARDING RESOLUTION OF BOND CLAIM FILED BY DIXIE ELECTRIC COOPERATION (.2); REVIEW CORRESPONDENCE FROM SAFECO REGARDING RESOLUTION OF BOND CLAIM FILED BY KNOXVILLE UTILITY BOARD (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING RESOLUTION OF BOND CLAIM FILED BY GREYSTONE POWER CORPORATION (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING RESOLUTION OF BOND CLAIMS FILED BY LAKELAND ELECTRIC COMPANY (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING RESOLUTION OF BOND CLAIMS FILED BY PROGRESS ENERGY CORPORATION (.2); CONFERENCE CALL REGARDING TERMINATING SURETY BONDS (.7); REVISE BOND CLAIMS STATUS REPORT TO REFLECT REMAINING COLLATERAL AND RESOLVED CLAIMS (1.7); REVIEW CORRESPONDENCE FROM D. FOLEY REGARDING AGENDA FOR CONFERENCE CALL (.1). |
| BAKER SK | 10/09/09 | 0.20 | TELEPHONE CALL WITH K. BRADSHAW REGARDING LETTERS OF CREDIT (.2). |
| BAKER SK | 10/14/09 | 1.50 | REVIEW BOND CLAIMS FILED BY ACP/SOUTHWESTER ELECTRIC POWER COMPANY (.7); BEGIN REVIEW OF KNOXVILLE UTILITIES BOARD BOND CLAIM (.8). |
| BAKER SK | 10/15/09 | 4.30 | DRAFT RESPONSES AND AMENDED RESPONSES TO BOND CLAIMS (4.3). |
| BAKER SK | 10/16/09 | 1.20 | REVISE RESPONSES TO UTILITY BOND CLAIMS (1.2). |
| BAKER SK | 10/20/09 | 0.20 | DRAFT CORRESPONDENCE TO M. STOVER AND G. BACHRACH REGARDING MOTION TO TERMINATE BONDS (.2). |
| BAKER SK | 10/23/09 | 0.80 | TELEPHONE CALL WITH COUNSEL FOR SAFECO REGARDING MOTION TO TERMINATE BONDS (.5); DRAFT CORRESPONDENCE TO G. BACHRACH REGARDING MOTION TO TERMINATE BONDS (.3). |
| | | 12.10 | |
| Total Associate | | 12.10 | |

TOTAL TIME                    <u>12.10</u>

B43E

Circuit City Stores, Inc. (DIP)  
Tax Matters

Bill Date: 11/11/09  
Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BREWSTER JJ | 10/22/09 | 5.60 | CONFER RE: PRIVATE LETTER RULING REQUEST (4.4); REVIEW CORRESPONDENCE TO AND FROM IRS REGARDING ISSUES (1.2). |
| BREWSTER JJ | 10/23/09 | 3.60 | REVIEW STATUS OF BACKGROUND TAX DOCUMENTS (1.3); REVIEW CLIENT DOCUMENTS (1.1); TELEPHONE CONFERENCE WITH IRS OFFICIALS RE: TAX ISSUES (1.2). |
| BREWSTER JJ | 10/26/09 | 8.10 | REVIEW CLIENT DOCUMENTS (5.3); TELEPHONE CONFERENCE WITH IRS OFFICIALS AND A. LEDUC RE: TAX ISSUES (1.6); TELEPHONE CONFERENCE RE: SAME (2.2). |
| BREWSTER JJ | 10/27/09 | 9.90 | REVIEW CLIENT DOCUMENTS (3.8); ATTEND MEETING AT KPMG (6.1). |
| BREWSTER JJ | 10/28/09 | 4.70 | WORK ON TAX ISSUES. |
| BREWSTER JJ | 10/29/09 | 5.00 | REVIEW CLIENT DOCUMENTS AND TAX AUTHORITIES (1.8); TELEPHONE CONFERENCE WITH J. MCDONALD RE: SAME (.6); REVIEW TAX OPINION AND TAX ADVISE FROM ACCOUNTING FIRM (2.6). |
| BREWSTER JJ | 10/30/09 | 8.70 | REVIEW CLIENT DOCUMENTS AND TAX AUTHORITIES. |
| BREWSTER JJ | 10/31/09 | 1.00 | REVIEW CLIENT AND IRS TAX DOCUMENTS. |
| | | **46.60** | |
| GALARDI GM | 10/29/09 | 0.90 | CALL RE: TAX ISSUES (.6); REVIEW EMAILS RE: SAME (.3). |
| GALARDI GM | 10/30/09 | 0.40 | CALL RE: TAX ISSUE. |
| | | **1.30** | |
| GOLDBERG, JR. FT | 10/22/09 | 1.00 | PREP AND CALL WITH CLIENT AND SKADDEN TEAM RE STATUS OF IRS TAM AND REFUND CLAIM (.8); FOLLOW-UP RE PROCEDURAL ISSUES AND STRATEGY IN APPROACHING IRS (.2). |
| GOLDBERG, JR. FT | 10/23/09 | 0.30 | REVIEW E-MAIL EXCHANGES AND COMMENT ON PROCEDURE AND STRATEGY FOR APPROACHING THE IRS. |
| GOLDBERG, JR. FT | 10/26/09 | 1.10 | WORK ON ISSUES RE TAM AND REFUND CLAIM (REVIEW E-MAILS AND CLIENT DOCS). |
| GOLDBERG, JR. FT | 10/27/09 | 2.10 | REVIEW DOCS, BRIEF INTERNAL DISCUSSIONS RE REFUND CLAIM AND TAM STATUS. |
| GOLDBERG, JR. FT | 10/29/09 | 2.20 | CONFERENCES RE TAX REFUND CLAIMS AND PREP FOR ADVERSE CONFERENCE WITH IRS. |
| GOLDBERG, JR. FT | 10/30/09 | 1.40 | REVIEW MATERIALS RE MERITS OF IRS REFUND CLIAM. |

| | | 8.10 | |
|---|---|---|---|
| LEDUC A | 10/24/09 | 1.80 | REVIEW CLIENT MATERIALS. |
| LEDUC A | 10/25/09 | 1.50 | REVIEW TAM MATERIALS. |
| LEDUC A | 10/26/09 | 6.60 | REVIEW TAM MATERIALS (4.5); ANALYSIS OF LEGAL ARGUMENTS (2.1). |
| LEDUC A | 10/27/09 | 6.50 | ANALYSIS OF TAM ISSUES. |
| LEDUC A | 10/28/09 | 6.50 | REVIEW NEW TAX ISSUES. |
| LEDUC A | 10/29/09 | 6.00 | REVIEW NEW TAX ISSUES. |
| LEDUC A | 10/30/09 | 6.60 | REVIEW NEW TAX ISSUE; T/CONF CLIENT. |
| | | **35.50** | |
| LEVY DF | 10/07/09 | 1.30 | DRAFT AND EDIT LIQUIDATING TRUST AGREEMENT (0.7) ANALYSIS OF LIQUIDATING TRUST TAX REQUIREMENTS. (0.3) CONFERENCE REGARDING LIQUIDATING TRUST PROVISION ISSUES. (0.3). |
| LEVY DF | 10/08/09 | 0.60 | REVIEW LIQUIDATING TRUST AND ANCILLARY AGREEMENTS. (0.6). |
| LEVY DF | 10/14/09 | 0.40 | ANALYSIS OF LIQUIDATING TRUST AGREEMENT AND GRANTOR TRUST QUALIFICATION ISSUES. |
| LEVY DF | 10/21/09 | 0.40 | ANALYSIS OF TAX REFUND ISSUES. (0.2) CONFERENCE REGARDING TAX REFUND TACTICS. (0.2). |
| LEVY DF | 10/22/09 | 1.70 | READ AND ANALYZE IRS REFUND DOCUMENTS, TAM, AND RELATED DOCUMENTS. (0.8) CONFERENCE CALL WITH CIRCUIT CITY TEAM REGARDING IRS PROCESS, STRATEGIES, AND RELATED ISSUES. (0.9). |
| LEVY DF | 10/23/09 | 0.60 | CONFERENCE REGARDING IRS STRATEGY AND REFUND RELATED ISSUES. |
| LEVY DF | 10/26/09 | 2.60 | CONFERENCE REGARDING IRS ISSUES AND STRATEGIES. (1.4) ANALYSIS OF SALE LEASEBACK DOCUMENTS AND IRS BRIEFS. (1.2). |
| LEVY DF | 10/27/09 | 1.90 | REVIEW AND ANALYZE REFUND RELATED DOCUMENTS AND PRIOR SUBMISSIONS. (0.7) STRATEGY CALL REGARDING IRS CONFERENCE OF RIGHT PROCESS AND SUBSTANCE OF MEETING. (1.2). |
| LEVY DF | 10/29/09 | 2.70 | ANALYSIS OF US STRUCTURING ISSUES RELEVANT TO CANADIAN WIND-UP (0.7) CONFERENCE WITH PWC CANADIAN TEAM REGARDING CANADIAN WIND-UP, CANADIAN WITHHOLDING, ALTERNATE STRUCTURES, AND LIQUIDATION TIMING. (0.8) DRAFT LIQUIDATING TRUST AGREEMENT. (0.2) ANALYSIS OF IRS REFUND ISSUES AND RELATED DOCUMENTS. (0.4) CONFERENCE REGARDIN GIRS REFUND STRATEGY AND ISSUES. (0.6). |

B43E

| Name | Date | Hours | Description |
|---|---|---|---|
| LEVY DF | 10/30/09 | 1.90 | CONFERENCE REGARDING CANADIAN WIND-UP AND ALTERNATIVES. (0.7) CONFERENCE REGARDING IRS REFUND ISSUES, LEASE ISSUES, AND RELATED ISSUES. (0.6) ANALYSIS OF CIRCUIT CITY RESPONSES AND CIRCUIT CITY MODELS REGARDING SALE-LEASEBACK TRANSACTIONS. (0.6). |
| LEVY DF | 10/31/09 | 1.40 | ANALYSIS OF SALE/LEASEBACK TRANSACTIONS AND DRAFT TRANSACTION SUMMARY. |
|  |  | **15.50** |  |
| **Total Partner** |  | **107.00** |  |
| SCHNEIDER DA | 10/22/09 | 2.70 | REVIEW BACKGROUND MATERIALS (1.9); TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME (.8). |
| SCHNEIDER DA | 10/24/09 | 2.60 | REVIEW BACKGROUND MATERIALS IN PREPARATION FOR ADVERSE CONFERENCE. |
| SCHNEIDER DA | 10/26/09 | 6.40 | REVIEW AUTHORITIES RELATING TO SALE OF TENANT IMPROVEMENTS (4.8); CONFERENCES REGARDING THE SAME (1.6). |
| SCHNEIDER DA | 10/27/09 | 6.40 | MEETING AT KPMG REGARDING TAX ISSUES. |
| SCHNEIDER DA | 10/28/09 | 0.70 | CONFERENCES RE: TAX ISSUES. |
| SCHNEIDER DA | 10/29/09 | 0.70 | CONFERENCE REGARDING TAX ISSUES. |
| SCHNEIDER DA | 10/30/09 | 1.10 | RESEARCH REGARDING TAX ISSUES. |
|  |  | **20.60** |  |
| **Total Counsel** |  | **20.60** |  |
| FREDERICKS IS | 10/14/09 | 1.40 | PARTICIPATE IN MEETINGS RE: TAX MATTERS AND TAX CLAIMS (1.4). |
| FREDERICKS IS | 10/22/09 | 3.40 | ATTENTION TO ISSUES RELATED TO IRS TAX REFUND AND PARTICIPATE IN VARIOUS CALLS WITH SKADDEN WORKING GROUP AND CC (3.4). |
|  |  | **4.80** |  |
| **Total Associate** |  | **4.80** |  |
| ROBISON D | 10/22/09 | 1.00 | PREPARE FOR/ATTEND CALL WITH CLIENT TO DISCUSS TAX. |
| ROBISON D | 10/27/09 | 2.50 | REVIEW TAM, BACKGROUND MATERIALS AND ISSUES GENERALLY (1.8); MEETING TO DISCUSS SAME. |
| ROBISON D | 10/30/09 | 1.50 | REVIEW OF MATERIALS PROVIDED BY CLIENT AND DISCUSSIONS. |
|  |  | **5.00** |  |
| **Total Client Specialist** |  | **5.00** |  |
| **TOTAL TIME** |  | **137.40** |  |

Circuit City Stores, Inc. (DIP)                                 Bill Date: 11/11/09
Utilities                                                       Bill Number: 1292791

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 10/01/09 | 4.10 | DRAFT CORRESPONDENCE TO L. LANDRY REGARDING TERMINATING UTILITY BLOCKED ACCOUNT (.1); REVIEW CORRESPONDENCE FROM G. COHEN REGARDING ROCKY MOUNTAIN UTILITIES (.1); DRAFT CORRESPONDENCE TO A. HORKIN REGARDING ROCKY MOUNTAIN UTILITIES (.1); REVIEW UTILITY PAYMENT REQUEST OF FLOYD COUNTY WATER (.2); REVIEW UTILITY PAYMENT REQUEST OF CITY OF HICKORY, NC (.2); REVIEW UTILITY PAYMENT REQUEST OF INTERMOUNTAIN GAS COMPANY (.2); REVIEW UTILITY PAYMENT REQUEST OF ATMOS ENERGY ENTITIES (1.0); REVIEW UTILITY PAYMENT REQUEST OF JACKSON ENERGY AUTHORITY (.2); REVIEW UTILITY PAYMENT REQUEST OF IDAHO POWER (.2); REVIEW UTILITY PAYMENT REQUEST OF DIXIE ELECTRIC COOPERATIVE (.2); TELEPHONE CALL WITH J. FAULKNER REGARDING UTILITY PAYMENT REQUEST (.2); DRAFT LETTER TO M. BRABHAM REGARDING PSNC REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.7); REVISE UTILITY ACCOUNT STATUS REPORT (.7). |
| BAKER SK | 10/02/09 | 1.90 | TELEPHONE CALL WITH REPRESENTATIVE OF IDAHO POWER REGARDING UTILITY PAYMENT REQUEST (.2); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING WIRE INSTRUCTIONS FOR UTILITY PAYMENT (.1); REVIEW UTILITY PAYMENT REQUEST OF CITY OF SUNNYVALE, CA (.2); REVIEW UTILITY PAYMENT REQUEST OF CITY OF KINGSPORT (.2); REVIEW UTILITY PAYMENT REQUEST OF AUGUSTA UTILITIES DEPARTMENT (.2) REVIEW UTILITY PAYMENT REQUEST OF WILKINSBURG PENN JOINT WATER AUTHORITY (.2); REVIEW UTILITY PAYMENT REQUEST OF WARRINGTON TOWNSHIP WATER AND SEWER (.2); REVISE STATUS REPORT OF UTILITY BLOCKED ACCOUNT REQUEST (.6). |
| BAKER SK | 10/05/09 | 0.40 | REVIEW CORRESPONDENCE FROM L. RYAN REGARDING AUGUSTA FUEL AND PLUMBING (.2); TELEPHONE CALL WITH REPRESENTATIVE OF PENN CREDIT CORPORATION REGARDING ELIZABETH TOWN AMERICAN WATER ACCOUNTS (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/06/09 | 1.00 | REVIEW OZARKS ELECTRIC COOPERATIVE'S REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.2); REVIEW NORTH ATTENBOROUGH PUBLIC WORKS' REQUEST FOR PAYMENT FORM UTILITY ACCOUNT (.2); REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (.3); DRAFT CORRESPONDENCE TO R. HILL REGARDING UTILITY PAYMENT REQUESTS (.1); REVIEW M. RUNERS' RESPONSE TO DEBTORS' 38TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW CORRESPONDENCE FROM R. HILL REGARDING UTILITY BLOCKED ACCOUNT TERMINATION (.1). |
| BAKER SK | 10/07/09 | 0.60 | REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING CITY OF STEUBENVILLE'S UTILITY PAYMENT REQUEST (.1); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING RESOLUTION OF BOND CLAIM FILED BY ARIZONA PUBLIC SERVICES (.2); DRAFT CORRESPONDENCE TO L. LANDRY REGARDING WIRE PAYMENTS (.1); TELEPHONE CALL WITH C. KALISH REGARDING CITY OF STEUBENVILLE WIRE INSTRUCTIONS (.2). |
| BAKER SK | 10/08/09 | 0.40 | REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING UTILITY PAYMENT AGREEMENTS (.1); DRAFT REPLY TO K. MUELLER REGARDING UTILITY PAYMENT AGREEMENTS (.1); TELEPHONE CALL WITH N. CLARK OF PORTLAND GENERAL ELECTRIC REGARDING UTILITY ACCOUNT REQUEST (.2). |
| BAKER SK | 10/09/09 | 0.70 | TELEPHONE CALL WITH M. CAMACHO AT CALIFORNIA WATER SYSTEMS (.1); REVIEW UTILITY PAYMENT REQUEST OF CALIFORNIA WATER SYSTEMS (.2); REVIEW UTILITY PAYMENT REQUEST OF GREENVILLE WATER DEPARTMENT (.2); REVISE UTILITY ACCOUNT STATUS REPORT (.2). |
| BAKER SK | 10/12/09 | 0.20 | TELEPHONE CALL WITH PENN CREDIT CORP. REPRESENTATIVE REGARDING COLLECTION PROCEEDINGS FOR VARIOUS UTILITY COMPANIES (.2). |
| BAKER SK | 10/14/09 | 1.50 | REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (1.5). |
| BAKER SK | 10/15/09 | 0.40 | TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF STEUBENVILLE REGARDING WIRE PAYMENTS (.2); REVIEW CORRESPONDENCE FROM D. LEWIS REGARDING UTILITY PAYMENT INFORMATION (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING KNOXVILLE UTILITY BOARD ACCOUNTS (.1). |
| BAKER SK | 10/20/09 | 2.50 | REVISE UTILITY BLOCKED ACCOUNT STATUS REPORT (2.5). |
| BAKER SK | 10/21/09 | 0.20 | TELEPHONE CALL REGARDING COMMONWEALTH EDISON ACCOUNTS (.2). |

| Name | Date | Hours | Description |
|---|---|---|---|
| BAKER SK | 10/23/09 | 5.20 | DRAFT CORRESPONDENCE TO L. LANDRY REGARDING OUTSTANDING UTILITY PAYMENT REQUESTS (.1); REVIEW VARIOUS COLLECTION AND DISCONNECT NOTICES (2.1); TELEPHONE CALL WITH PROGRESSIVE FINANCIAL REGARDING CITY OF YUMA (.2); TELEPHONE CALL WITH K. MUELLER REGARDING CITY OF TUCSON (.1); REVIEW UTILITY ADMINISTRATIVE CLAIMS TO DETERMINE WHETHER LIABILITY SATISFIED (2.7). |
| BAKER SK | 10/26/09 | 0.20 | TELEPHONE CALL WITH REPRESENTATIVE OF BUCKLEY NATIONAL GAS REGARDING UTILITY ACCOUNTS (.2). |
| BAKER SK | 10/27/09 | 1.00 | REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING CITY OF WESTMONT, COLORADO UTILITIES (.1); DRAFT REPLY TO L. LANDRY REGARDING CITY OF WESTMONT, COLORADO UTILITIES (.1); TELEPHONE CALL WITH D. LEWIS REGARDING CITY OF STEUBINVILLE ACCOUNT NUMBER (.1); DRAFT CORRESPONDENCE TO B. STARK REGARDING THOMSON RECEIVABLES (.1); TELEPHONE CALL WITH DOT OF BUCKLEY FINANCIAL (.1); DRAFT CORRESPONDENCE TO R. TAKECHIER REGARDING REQUEST FOR PAYMENT FROM UTILITY ACCOUNT (.1); TELEPHONE CALL WITH S. WILLER REGARDING PAYMENT FROM UTILITY BLOCKED ACCOUNT(.2); TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF TUCSON (.2). |
| BAKER SK | 10/29/09 | 3.60 | CONTACT UTILITY COMPANIES REGARDING REQUESTS FOR PAYMENT FROM UTILITY BLOCKED ACCOUNT (1.1); TELEPHONE CALL WITH R. TAKECL REGARDING WIRE INSTRUCTIONS (.2); REVISE UTILITY BLOCKED ACCOUNT TRACKING REPORT (2.2); REVIEW CORRESPONDENCE FROM C. DONEGON REGARDING FT. COLLINS PAYMENT REQUEST (.1). |
| BAKER SK | 10/30/09 | 5.50 | TELEPHONE CALL WITH KEITH NELSON REGARDING SOUTHERN CALIFORNIA GAS (.2); REVIEW (502)(D) BRIEF AND CONDUCT RESEARCH REGARDING NEW RELEASE ISSUES REVISED BY CLAIMANTS (2.4); REVIEW :UTILITY ACCOUNT PAYMENT TRANSACTIONS REGARDING RECONSOLIDATION OF ACCOUNT BALANCES (2.8); TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF TUCSON REGARDING UTILITY ACCOUNT PAYMENT REQUEST (.1). |
| | | 29.40 | |
| Total Associate | | 29.40 | |
| TOTAL TIME | | <u>29.40</u> | |
| | | | |
| CLIENT TOTAL | | <u>1,069.60</u> | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/11/09 |
|---|---|---|---|
| General Corporate Advice | | | Bill Number: 1292791 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/27/09 | Fredericks IS | 40.74 |
| Lexis/Nexis | 10/06/09 | Fredericks IS | 73.99 |
| Lexis/Nexis | 10/14/09 | Fredericks IS | 39.12 |
| Lexis/Nexis | 10/15/09 | Fredericks IS | 8.15 |
| | | **TOTAL LEXIS/NEXIS** | **$162.00** |
| | | **TOTAL MATTER** | **$162.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/11/09
Asset Analysis and Recovery                              Bill Number: 1292791
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 10/19/09 | Sidhu SS | 57.24 |
| Westlaw | 10/20/09 | Sidhu SS | 89.76 |
| | | **TOTAL WESTLAW** | **$147.00** |
| | | **TOTAL MATTER** | **$147.00** |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 11/11/09
Asset Dispositions (General)                                       Bill Number: 1292791

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 22.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$22.00** |
| | | **TOTAL MATTER** | **$22.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 11/11/09
Business Operations / Strategic Planning                     Bill Number: 1292791
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/16/09 | Copy Center, D | 3.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 24.00 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$24.00** |
|  |  | **TOTAL MATTER** | **$27.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Case Administration  

Bill Date: 11/11/09  
Bill Number: 1292791  

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/27/09 | Fredericks IS | 1,338.67 |
| Air/Rail Travel - vendor feed | 09/29/09 | Fredericks IS | 1,105.86 |
| Air/Rail Travel - vendor feed | 10/07/09 | Kumar JS | 1,179.23 |
| Air/Rail Travel - vendor feed | 10/14/09 | Fredericks IS | 914.24 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,538.00** |
| In-house Reproduction | 10/06/09 | Copy Center, D | 1.39 |
| In-house Reproduction | 10/27/09 | Copy Center, D | 3.48 |
| In-house Reproduction | 10/27/09 | Copy Center, D | 40.13 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$45.00** |
| Lexis/Nexis | 10/27/09 | Marston JP | 8.59 |
| Lexis/Nexis | 10/29/09 | Marston JP | 244.41 |
| | | **TOTAL LEXIS/NEXIS** | **$253.00** |
| Telephone - Local | 10/09/09 | Verizon-DE | 69.00 |
| | | **TOTAL TELEPHONE - LOCAL** | **$69.00** |
| Vendor Hosted Teleconferencing | 09/03/09 | Teleconferencing Services, LLC | 9.76 |
| Vendor Hosted Teleconferencing | 09/08/09 | Teleconferencing Services, LLC | 2.50 |
| Vendor Hosted Teleconferencing | 09/09/09 | Teleconferencing Services, LLC | 31.55 |
| Vendor Hosted Teleconferencing | 09/14/09 | Teleconferencing Services, LLC | 33.53 |
| Vendor Hosted Teleconferencing | 09/18/09 | Teleconferencing Services, LLC | 8.88 |
| Vendor Hosted Teleconferencing | 09/18/09 | Teleconferencing Services, LLC | 12.33 |
| Vendor Hosted Teleconferencing | 09/18/09 | Teleconferencing Services, LLC | 5.96 |
| Vendor Hosted Teleconferencing | 09/18/09 | Teleconferencing Services, LLC | 8.95 |
| Vendor Hosted Teleconferencing | 09/21/09 | Teleconferencing Services, LLC | 4.89 |

B43E

CIRCUIT CITY STORES, INC. AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/21/09 | Teleconferencing Services, LLC | 4.88 |
| Vendor Hosted Teleconferencing | 09/21/09 | Teleconferencing Services, LLC | 2.78 |
| Vendor Hosted Teleconferencing | 09/30/09 | Teleconferencing Services, LLC | 37.38 |
| Vendor Hosted Teleconferencing | 09/30/09 | Teleconferencing Services, LLC | 20.52 |
| Vendor Hosted Teleconferencing | 10/05/09 | Teleconferencing Services, LLC | 5.39 |
| Vendor Hosted Teleconferencing | 10/07/09 | Teleconferencing Services, LLC | 12.59 |
| Vendor Hosted Teleconferencing | 10/15/09 | Teleconferencing Services, LLC | 8.02 |
| Vendor Hosted Teleconferencing | 10/16/09 | Teleconferencing Services, LLC | 10.63 |
| Vendor Hosted Teleconferencing | 10/22/09 | Teleconferencing Services, LLC | 12.33 |
| Vendor Hosted Teleconferencing | 10/22/09 | Teleconferencing Services, LLC | 8.38 |
| Vendor Hosted Teleconferencing | 10/23/09 | Teleconferencing Services, LLC | 8.02 |
| Vendor Hosted Teleconferencing | 10/24/09 | Teleconferencing Services, LLC | 11.73 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$261.00** |
| Telephone - Long Distance | 09/15/09 | Fredericks IS | 42.71 |
| Telephone - Long Distance | 09/27/09 | Fredericks IS | 2.00 |
| Telephone - Long Distance | 09/28/09 | Fredericks IS | 52.01 |
| Telephone - Long Distance | 09/29/09 | Fredericks IS | 97.28 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$194.00** |
| Air/Rail Travel (external) | 09/23/09 | Fredericks IS | 128.94 |
| Air/Rail Travel (external) | 09/30/09 | Fredericks IS | 34.98 |
| Air/Rail Travel (external) | 09/30/09 | Fredericks IS | 250.08 |

B43E