| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$414.00** |
| Out-of-Town Travel | 09/14/09 | Fredericks IS | 736.90 |
| Out-of-Town Travel | 09/15/09 | Fredericks IS | 30.00 |
| Out-of-Town Travel | 09/16/09 | Fredericks IS | 27.00 |
| Out-of-Town Travel | 09/16/09 | Fredericks IS | 27.00 |
| Out-of-Town Travel | 09/17/09 | Fredericks IS | 59.99 |
| Out-of-Town Travel | 09/21/09 | Fredericks IS | 298.07 |
| Out-of-Town Travel | 09/23/09 | Fredericks IS | 22.75 |
| Out-of-Town Travel | 09/23/09 | Fredericks IS | 13.00 |
| Out-of-Town Travel | 09/23/09 | Fredericks IS | 388.22 |
| Out-of-Town Travel | 09/24/09 | Fredericks IS | 28.15 |
| Out-of-Town Travel | 09/27/09 | Fredericks IS | 659.74 |
| Out-of-Town Travel | 09/28/09 | Fredericks IS | 84.99 |
| Out-of-Town Travel | 09/28/09 | Fredericks IS | 22.00 |
| Out-of-Town Travel | 09/28/09 | Fredericks IS | 19.95 |
| Out-of-Town Travel | 09/28/09 | Fredericks IS | 77.99 |
| Out-of-Town Travel | 09/28/09 | Fredericks IS | 17.00 |
| Out-of-Town Travel | 09/29/09 | Fredericks IS | 30.00 |
| Out-of-Town Travel | 09/29/09 | Fredericks IS | 38.99 |
| Out-of-Town Travel | 09/30/09 | Fredericks IS | 7.99 |
| Out-of-Town Travel | 09/30/09 | Fredericks IS | 34.00 |
| Out-of-Town Travel | 09/30/09 | Fredericks IS | 179.64 |
| Out-of-Town Travel | 09/30/09 | Fredericks IS | 79.99 |
| Out-of-Town Travel | 09/30/09 | Fredericks IS | 59.99 |
| Out-of-Town Travel | 10/14/09 | Fredericks IS | 34.00 |
| Out-of-Town Travel | 10/14/09 | Fredericks IS | 17.00 |
| Out-of-Town Travel | 10/15/09 | Fredericks IS | 30.00 |
| Out-of-Town Travel | 10/15/09 | Fredericks IS | 228.65 |
| Out-of-Town Travel | 10/15/09 | Fredericks IS | 33.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,286.00** |
| Messengers/ Courier | 09/18/09 | Federal Express Corp. | 9.80 |
| Messengers/ Courier | 09/18/09 | Federal Express Corp. | 6.31 |
| Messengers/ Courier | 09/18/09 | Federal Express Corp. | 6.84 |
| Messengers/ Courier | 09/22/09 | Federal Express Corp. | 6.84 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/22/09 | Federal Express Corp. | 6.31 |
| Messengers/ Courier | 09/25/09 | Federal Express Corp. | 6.31 |
| Messengers/ Courier | 09/29/09 | Federal Express Corp. | 6.84 |
| Messengers/ Courier | 09/29/09 | Federal Express Corp. | 6.31 |
| Messengers/ Courier | 10/05/09 | Federal Express Corp. | 9.99 |
| Messengers/ Courier | 10/06/09 | Federal Express Corp. | 6.42 |
| Messengers/ Courier | 10/13/09 | Federal Express Corp. | 8.34 |
| Messengers/ Courier | 10/13/09 | Federal Express Corp. | 6.42 |
| Messengers/ Courier | 10/14/09 | Federal Express Corp. | 6.43 |
| Messengers/ Courier | 10/15/09 | Federal Express Corp. | 6.42 |
| Messengers/ Courier | 10/27/09 | Federal Express Corp. | 6.42 |
| | | **TOTAL MESSENGERS/ COURIER** | **$106.00** |
| Out-of-Town Meals | 08/26/09 | Fredericks IS | 35.08 |
| Out-of-Town Meals | 08/27/09 | Fredericks IS | 31.50 |
| Out-of-Town Meals | 08/28/09 | Fredericks IS | 17.83 |
| Out-of-Town Meals | 08/28/09 | Fredericks IS | 25.06 |
| Out-of-Town Meals | 09/14/09 | Fredericks IS | 5.84 |
| Out-of-Town Meals | 09/15/09 | Fredericks IS | 4.20 |
| Out-of-Town Meals | 09/16/09 | Fredericks IS | 15.00 |
| Out-of-Town Meals | 09/22/09 | Fredericks IS | 30.59 |
| Out-of-Town Meals | 09/23/09 | Fredericks IS | 42.36 |
| Out-of-Town Meals | 09/27/09 | Fredericks IS | 16.40 |
| Out-of-Town Meals | 09/27/09 | Fredericks IS | 63.73 |
| Out-of-Town Meals | 09/27/09 | Fredericks IS | 75.75 |
| Out-of-Town Meals | 09/29/09 | Fredericks IS | 42.87 |
| Out-of-Town Meals | 09/29/09 | Fredericks IS | 45.45 |
| Out-of-Town Meals | 09/29/09 | Fredericks IS | 65.20 |
| Out-of-Town Meals | 09/30/09 | Fredericks IS | 1.00 |
| Out-of-Town Meals | 09/30/09 | Fredericks IS | 3.00 |
| Out-of-Town Meals | 09/30/09 | Fredericks IS | 1.50 |
| Out-of-Town Meals | 09/30/09 | Fredericks IS | 38.83 |
| Out-of-Town Meals | 10/14/09 | Fredericks IS | 40.06 |
| Out-of-Town Meals | 10/14/09 | Fredericks IS | 70.01 |
| Out-of-Town Meals | 10/15/09 | Fredericks IS | 4.74 |
| Out-of-Town Meals | 10/15/09 | Fredericks IS | 18.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN MEALS** | **$694.00** |
| Outside Research/Internet Services | 10/02/09 | Restructuring Concepts, LLC | 13.83 |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 2.61 |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 12.56 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$29.00** |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 8.50 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 5.29 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 28.39 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 8.50 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 5.29 |
| Print Images to Paper (from Electronic Media) | 10/08/09 | Mc Clendon AD | 28.39 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 14.36 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 0.96 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 3.61 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 3.13 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 6.82 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 2.17 |
| Print Images to Paper (from Electronic Media) | 10/15/09 | Mc Clendon AD | 2.25 |
| Print Images to Paper (from Electronic Media) | 10/26/09 | Copy Center, D | 60.15 |
| Print Images to Paper (from Electronic Media) | 10/26/09 | Copy Center, D | 10.59 |

**TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)**          $194.00

**TOTAL MATTER**          $10,083.00

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 11/11/09
Claims Admin. (General)                                  Bill Number: 1292791

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/27/09 | Baker SK | 1,174.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,174.00** |
| In-house Repro (network) | 10/24/09 | Network, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$2.00** |
| In-house Reproduction | 10/11/09 | Copy Center, D | 0.38 |
| In-house Reproduction | 10/16/09 | Copy Center, D | 1.14 |
| In-house Reproduction | 10/18/09 | Copy Center, D | 0.29 |
| In-house Reproduction | 10/21/09 | Copy Center, D | 0.19 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 09/24/09 | Korkis C | 265.08 |
| Lexis/Nexis | 09/25/09 | Korkis C | 396.87 |
| Lexis/Nexis | 09/30/09 | Baker SK | 101.80 |
| Lexis/Nexis | 10/15/09 | Korkis C | 113.03 |
| Lexis/Nexis | 10/16/09 | Korkis C | 62.13 |
| Lexis/Nexis | 10/20/09 | Korkis C | 35.09 |
| | | **TOTAL LEXIS/NEXIS** | **$974.00** |
| Westlaw | 09/28/09 | Korkis C | 192.82 |
| Westlaw | 09/28/09 | Baker SK | 73.16 |
| Westlaw | 09/28/09 | Korkis C | 19.98 |
| Westlaw | 09/29/09 | Korkis C | 120.51 |
| Westlaw | 09/29/09 | Dangelo PS | 776.19 |
| Westlaw | 10/01/09 | Korkis C | 88.99 |
| Westlaw | 10/01/09 | Dangelo PS | 126.29 |
| Westlaw | 10/02/09 | Dangelo PS | 255.15 |
| Westlaw | 10/05/09 | Baker SK | 182.43 |
| Westlaw | 10/07/09 | Dangelo PS | 199.76 |
| Westlaw | 10/07/09 | Baker SK | 221.48 |
| Westlaw | 10/08/09 | Dangelo PS | 767.75 |
| Westlaw | 10/09/09 | Dangelo PS | 31.64 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 10/11/09 | Kumar JS | 25.38 |
| Westlaw | 10/12/09 | Kumar JS | 188.37 |
| Westlaw | 10/12/09 | Dangelo PS | 765.58 |
| Westlaw | 10/13/09 | Baker SK | 27.00 |
| Westlaw | 10/15/09 | Kumar JS | 36.71 |
| Westlaw | 10/15/09 | Korkis C | 205.74 |
| Westlaw | 10/15/09 | Baker SK | 32.92 |
| Westlaw | 10/16/09 | Kumar JS | 97.52 |
| Westlaw | 10/16/09 | Korkis C | 134.23 |
| Westlaw | 10/19/09 | Korkis C | 10.80 |
| Westlaw | 10/19/09 | Dangelo PS | 182.43 |
| Westlaw | 10/19/09 | Baker SK | 284.75 |
| Westlaw | 10/21/09 | Dangelo PS | 577.18 |
| Westlaw | 10/22/09 | Lazaroff KA | 251.41 |
| Westlaw | 10/22/09 | Korkis C | 219.92 |
| Westlaw | 10/22/09 | Dangelo PS | 204.35 |
| Westlaw | 10/23/09 | Lazaroff KA | 14.58 |
| Westlaw | 10/23/09 | Dangelo PS | 227.79 |
| Westlaw | 10/26/09 | Qiu SX | 11.88 |
| Westlaw | 10/26/09 | Lazaroff KA | 176.35 |
| Westlaw | 10/26/09 | Korkis C | 717.90 |
| Westlaw | 10/26/09 | Dangelo PS | 188.64 |
| Westlaw | 10/26/09 | Baker SK | 257.01 |
| Westlaw | 10/27/09 | Lazaroff KA | 162.85 |
| Westlaw | 10/27/09 | Korkis C | 515.23 |
| Westlaw | 10/28/09 | Lazaroff KA | 43.20 |
| Westlaw | 10/29/09 | Lazaroff KA | 69.44 |
| Westlaw | 10/29/09 | Baker SK | 31.64 |
| Westlaw | 10/30/09 | Dangelo PS | 260.05 |
| | | **TOTAL WESTLAW** | **$8,977.00** |
| Vendor Hosted Telecon-ferencing | 09/11/09 | Teleconferencing Services, LLC | 28.14 |
| Vendor Hosted Telecon-ferencing | 10/07/09 | Teleconferencing Services, LLC | 18.45 |
| Vendor Hosted Telecon-ferencing | 10/13/09 | Teleconferencing Services, LLC | 50.22 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/14/09 | Teleconferencing Services, LLC | 49.81 |
| Vendor Hosted Teleconferencing | 10/16/09 | Teleconferencing Services, LLC | 3.38 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$150.00** |
| Out-of-Town Travel | 09/13/09 | Baker SK | 20.00 |
| Out-of-Town Travel | 09/13/09 | Baker SK | 20.00 |
| Out-of-Town Travel | 09/14/09 | Baker SK | 45.50 |
| Out-of-Town Travel | 09/14/09 | Baker SK | 32.00 |
| Out-of-Town Travel | 09/15/09 | Baker SK | 35.00 |
| Out-of-Town Travel | 09/16/09 | Baker SK | 34.00 |
| Out-of-Town Travel | 09/16/09 | Baker SK | 32.00 |
| Out-of-Town Travel | 09/16/09 | Baker SK | 156.21 |
| Out-of-Town Travel | 09/17/09 | Baker SK | 53.00 |
| Out-of-Town Travel | 09/17/09 | Baker SK | 953.29 |
| Out-of-Town Travel | 09/17/09 | Baker SK | 20.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,401.00** |
| Messengers/ Courier | 10/13/09 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 10/13/09 | Federal Express Corp. | 6.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$13.00** |
| Out-of-Town Meals | 09/14/09 | Baker SK | 16.46 |
| Out-of-Town Meals | 09/16/09 | Baker SK | 18.54 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$35.00** |
| Outside Research/Internet Services | 08/12/09 | Pacer Service Center | 38.03 |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 86.97 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$125.00** |
| | | **TOTAL MATTER** | **$12,853.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 11/11/09**
**Disclosure Statement / Voting Issues**               **Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/21/09 | Kumar JS | 33.96 |
| Out-of-Town Travel | 09/22/09 | Kumar JS | 281.04 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$315.00** |
| Out-of-Town Meals | 09/22/09 | Kumar JS | 13.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$13.00** |
| Outside Re-search/Internet Services | 10/05/09 | Pacer Service Center | 13.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$13.00** |
| | | **TOTAL MATTER** | **$341.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Employee Matters (General)**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 10/13/09 | Office Admin, D | 1.50 |
| Postage | 10/13/09 | Office Admin, D | 0.50 |
| | | **TOTAL POSTAGE** | **$2.00** |
| Messengers/ Courier | 10/02/09 | Federal Express Corp. | 9.00 |
| Messengers/ Courier | 10/02/09 | Federal Express Corp. | 9.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$18.00** |
| Outside Re-search/Internet Services | 10/05/09 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Leases (Real Property)**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 10/10/09 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| Lexis/Nexis | 09/30/09 | Szafranski CM | 105.56 |
| Lexis/Nexis | 10/01/09 | Szafranski CM | 301.44 |
| | | **TOTAL LEXIS/NEXIS** | **$407.00** |
| Westlaw | 10/01/09 | Szafranski CM | 32.00 |
| | | **TOTAL WESTLAW** | **$32.00** |
| Messengers/ Courier | 09/28/09 | Federal Express Corp. | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 18.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$18.00** |
| | | **TOTAL MATTER** | **$465.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Litigation (General)**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/26/09 | Liberi JM | 771.50 |
| Air/Rail Travel - vendor feed | 10/28/09 | Liberi JM | 726.50 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,498.00** |
| Vendor Hosted Telecon-ferencing | 09/11/09 | Teleconferencing Services, LLC | 1.05 |
| Vendor Hosted Telecon-ferencing | 09/16/09 | Teleconferencing Services, LLC | 5.42 |
| Vendor Hosted Telecon-ferencing | 09/18/09 | Teleconferencing Services, LLC | 2.97 |
| Vendor Hosted Telecon-ferencing | 09/23/09 | Teleconferencing Services, LLC | 3.56 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| | | **TOTAL MATTER** | **$1,511.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Reorganization Plan / Plan Sponsors**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/14/09 | Teleconferencing Services, LLC | 16.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$16.00** |
| | | **TOTAL MATTER** | **$16.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Secured Claims**

Bill Date: 11/11/09
Bill Number: 1292791

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/29/09 | Baker SK | 34.00 |
| | | **TOTAL WESTLAW** | **$34.00** |
| | | **TOTAL MATTER** | **$34.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Utilities**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/04/09 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Messengers/ Courier | 10/01/09 | Federal Express Corp. | 12.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$12.00** |
| | | **TOTAL MATTER** | **$13.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Vendor Matters**

**Bill Date: 11/11/09**
**Bill Number: 1292791**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 10/05/09 | Pacer Service Center | 4.00 |

| | | |
|---|---|---|
| **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | | **$4.00** |
| **TOTAL MATTER** | | **$4.00** |
| **TOTAL CLIENT** | | **$25,703.00** |

B43E