Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Fifty-Fifth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one response was timely filed by a Claimant being affected by this Order, which was subsequently withdrawn; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____Dec 14 2009_____ , 2009

/s/ Kevin Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:    Entered on docket: Dec 14 2009

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10251758

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 6270<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $2,360.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $2,360.00 | Claim: 1050<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>AUDIO INNOVATIONS INC<br>133 NE 91 ST<br>KANSAS CITY, MO 64155<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,360.00<br>Reclamation::<br>Unsecured:<br>Total: $2,360.00 |
| Claim: 2088<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>BASSETT & ASSOCIATES, RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172-3032<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $343.75<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $343.75 | Claim: 383<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>BASSETT & ASSOCIATES RW<br>621 E FOSTER AVE<br>ROSELLE, IL 60172-3032<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $343.75<br>Reclamation::<br>Unsecured:<br>Total: $343.75 |
| Claim: 2966<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $570,468.36<br>Total: $570,468.36 | Claim: 1483<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>BOSTON FIXTURES LLC<br>79 BROOK ST<br>NEW BEDFORD, MA 02746<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative: $570,468.36<br>Reclamation::<br>Unsecured:<br>Total: $570,468.36 |
| Claim: 2769<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $25,235.00<br>Total: $25,235.00 | Claim: 503<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $25,235.00<br>Reclamation::<br>Unsecured:<br>Total: $25,235.00 |
| Claim: 8147<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>CORPORATE PROPERTY DISPOSITIONS<br>300 GALLERIA PKWY SE<br>ATLANTA, GA 30339-3153<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $116,008.00<br>Total: $116,008.00 | Claim: 984<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>CORPORATE PROPERTY DISPOSITIONS<br>C O MIKE FOLIO<br>300 GALLERIA PKWY 12TH FL<br>ATLANTA, GA 30339<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $116,008.00<br>Reclamation::<br>Unsecured:<br>Total: $116,008.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 890<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>TAX COLLECTOR<br>PO BOX 1177<br>PROVIDENCE, RI 02901<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,935.27<br>Reclamation:<br>Unsecured:<br>Total: $2,935.27 | Claim: 384<br>Date Filed: 12/02/2008<br>Creditor's Name and Address:<br>CRANSTON, CITY OF<br>CITY HALL<br>CRANSTON, RI 02910<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $2,935.27<br>Reclamation:<br>Unsecured:<br>Total: $2,935.27 |
| Claim: 14582<br>Date Filed: 07/16/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $29,767.21 | Claim: 14481<br>Date Filed: 07/13/2009<br>Creditor's Name and Address:<br>EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $29,767.21<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $29,767.21 |
| Claim: 13492<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL | Claim: 13486<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL |
| Claim: 1602<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO & VIDEO LLC<br>ATTN MATT VOCINO<br>FEATURE PRESENTATION A V<br>1149 KENT<br>WASHINGTON, MI 48094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,035.00<br>Total: $1,035.00 | Claim: 734<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>FEATURE PRESENTATION AUDIO<br>11491 KENT<br>WASHINGTON, MI 48094<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,035.00<br>Reclamation:<br>Unsecured:<br>Total: $1,035.00 |
| Claim: 14311<br>Date Filed: 06/24/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL | Claim: 13872<br>Date Filed: 06/29/2009<br>Creditor's Name and Address:<br>GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: UNL<br>Reclamation:<br>Unsecured:<br>Total: UNL |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 422<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>IMPACT INSTALLATIONS INC<br>10091 STREETER RD<br>STE 2<br>AUBURN, CA 95602 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $300,827.71<br>Reclamation::<br>Unsecured:<br>Total: $300,827.71 | Claim: 12<br>Date Filed: 11/13/2008<br>Creditor's Name and Address:<br>IMPACT INSTALLATIONS INC<br>10091 STREETER RD STE 2<br>AUBURN, CA 95602 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $300,827.71<br>Total: $300,827.71 |
| Claim: 1582<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>INNOVATIVE COMMUNICATION OF FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $10,655.00<br>Total: $10,655.00 | Claim: 1572<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>INNOVATIVE COMMUNICATION OF FARMINGTON LLC<br>17738 FLINT AVE<br>FARMINGTON, MN 55024 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,655.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $10,655.00 |
| Claim: 5026<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>J&F MFG INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $438,704.37<br>Total: $438,704.37 | Claim: 622<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>J & F MANUFACTURING INC<br>104 46 DUNKIRK ST<br>JAMAICA, NY 11412 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $438,704.37<br>Reclamation::<br>Unsecured:<br>Total: $438,704.37 |
| Claim: 9979<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $50,934.94<br>Total: $50,934.94 | Claim: 8693<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $50,934.94<br>Total: $50,934.94 |
| Claim: 14629<br>Date Filed: 09/14/2009<br>Creditor's Name and Address:<br>JESSE LEHMAN<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $264,000.00<br>Reclamation::<br>Unsecured:<br>Total: $264,000.00 | Claim: 14628<br>Date Filed: 09/14/2009<br>Creditor's Name and Address:<br>JESSE LEHMAN<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $264,000.00<br>Reclamation::<br>Unsecured:<br>Total: $264,000.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2927  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,249.52<br>Total: $6,249.52 | Claim: 471  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>JOURNAL & COURIER<br>217 N 6TH ST<br>LAFAYETTE, IN 47901-1448<br>Secured:<br>Priority:<br>Administrative: $6,249.52<br>Reclamation::<br>Unsecured:<br>Total: $6,249.52 |
| Claim: 12778  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 | Claim: 12776  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/01/2009<br>Creditor's Name and Address:<br>MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $49,514.58<br>Total: $49,514.58 |
| Claim: 13824  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/11/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303<br>Secured:<br>Priority:<br>Administrative: $4,565.00<br>Reclamation::<br>Unsecured:<br>Total: $4,565.00 | Claim: 13761  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>MELANIE FINCH<br>MELANIE JEAN FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303<br>Secured:<br>Priority:<br>Administrative: $4,565.00<br>Reclamation::<br>Unsecured:<br>Total: $4,565.00 |
| Claim: 2596  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,392.00<br>Total: $1,392.00 | Claim: 463  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>MERRIMACK VALLEY CORP<br>20 AEGEAN DR<br>UNIT 11<br>METHUEN, MA 01844-1580<br>Secured:<br>Priority:<br>Administrative: $1,392.00<br>Reclamation::<br>Unsecured:<br>Total: $1,392.00 |
| Claim: 3201  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $520.00<br>Total: $520.00 | Claim: 1207  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>NETREADY HOME<br>12048 SW US HWY 54<br>ANDOVER, KS 67002<br>Secured:<br>Priority:<br>Administrative: $520.00<br>Reclamation::<br>Unsecured:<br>Total: $520.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1943  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>NORTHERN UTILITIES UNITIL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102-2025<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,997.04<br>Total: $2,997.04 | Claim: 517  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/05/2008<br>Creditor's Name and Address:<br>NORTHERN UTILITIES<br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102-2025<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,997.04<br>Total: $2,997.04 |
| Claim: 12037  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/04/2009<br>Creditor's Name and Address:<br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479<br>Secured: $13,083.61<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $13,083.61 | Claim: 11673  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/03/2009<br>Creditor's Name and Address:<br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD<br>DEPT 479<br>PONTIAC, MI 48341-0479<br>Secured: $13,083.61<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $13,083.61 |
| Claim: 14585  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/28/2009<br>Creditor's Name and Address:<br>OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br>Secured:<br>Priority:<br>Administrative: $2,442.43<br>Reclamation:<br>Unsecured:<br>Total: $2,442.43 | Claim: 13646  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/26/2009<br>Creditor's Name and Address:<br>OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br>Secured:<br>Priority:<br>Administrative: $2,442.43<br>Reclamation:<br>Unsecured:<br>Total: $2,442.43 |
| Claim: 14651  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 08/12/2009<br>Creditor's Name and Address:<br>PREMIER RESOURCES INTERNATIONAL LLC<br>PETER A GREENBURG ESQ<br>51 MONROE PL STE 707<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority:<br>Administrative: $28,179.47<br>Reclamation:<br>Unsecured:<br>Total: $28,179.47 | Claim: 13580  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>PREMIER RESOURCES INTERNALIONAL LLC<br>PETER A GREENBURG ESQ<br>51 MONROE PL STE 707<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority:<br>Administrative: $28,179.47<br>Reclamation:<br>Unsecured:<br>Total: $28,179.47 |
| Claim: 3959  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/15/2009<br>Creditor's Name and Address:<br>SEEKONK, TOWN OF<br>SEEKONK TOWN OF<br>PO BOX 504<br>MEDFORD, MA<br>Secured: $250.00<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $250.00 | Claim: 893  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/10/2008<br>Creditor's Name and Address:<br>SEEKONK, TOWN OF<br>PO BOX 504<br>MEDFORD, MA 02155-0006<br>Secured:<br>Priority:<br>Administrative: $250.00<br>Reclamation:<br>Unsecured:<br>Total: $250.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14633  Date Filed: 07/17/2009  Creditor's Name and Address:  SEFERINO SANCHEZ  1511 N CALIFORNIA  CHICAGO, IL 60622  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority:  Administrative:  Reclamation::  Unsecured: $1,389.03  Total: $1,389.03 | Claim: 14579  Date Filed: 07/17/2009  Creditor's Name and Address:  SEFERINO SANCHEZ  1511 N CALIFORNIA  CHICAGO, IL 60622  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority:  Administrative:  Reclamation::  Unsecured: $1,389.03  Total: $1,389.03 |
| Claim: 3915  Date Filed: 01/13/2009  Creditor's Name and Address:  SLICER & ASSOCIATES LLC  PO BOX 1647  WEST CHATHAM, MA 02669  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority: $8,250.00  Administrative:  Reclamation::  Unsecured: $1,699.75  Total: $9,949.75 | Claim: 155  Date Filed: 12/04/2008  Creditor's Name and Address:  SLICER & ASSOCIATES LLC  PO BOX 1647  WEST CHATHAM, NJ 02669-1647  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority:  Administrative: $9,949.75  Reclamation::  Unsecured:  Total: $9,949.75 |
| Claim: 3429  Date Filed: 01/13/2009  Creditor's Name and Address:  SLICER & ASSOCIATES LLC  PO BOX 1647  WEST CHATHAM, NJ 02669-1647  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority: $750.00  Administrative:  Reclamation::  Unsecured:  Total: $750.00 | Claim: 154  Date Filed: 12/04/2008  Creditor's Name and Address:  SLICER & ASSOCIATES LLC  PO BOX 1647  WEST CHATHAM, MA 02669  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority:  Administrative: $750.00  Reclamation::  Unsecured:  Total: $750.00 |
| Claim: 2377  Date Filed: 01/05/2009  Creditor's Name and Address:  TELECO INC  PO BOX 11364  COLUMBIA, SC 29211-1364  Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)  Secured:  Priority:  Administrative:  Reclamation::  Unsecured: $23,122.80  Total: $23,122.80 | Claim: 642  Date Filed: 12/08/2008  Creditor's Name and Address:  TELECO INC  PO BOX 11364  COLUMBIA, SC 29211-1364  Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)  Secured:  Priority:  Administrative: $23,122.80  Reclamation::  Unsecured:  Total: $23,122.80 |
| Claim: 14634  Date Filed: 07/31/2009  Creditor's Name and Address:  THE COLUMBUS DISPATCH  C O CARL A EASON ESQ  301 BENDIX RD STE 500  VIRGINIA BEACH, VA 23452  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured: $82,001.44  Priority:  Administrative:  Reclamation::  Unsecured:  Total: $82,001.44 | Claim: 14542  Date Filed: 08/04/2009  Creditor's Name and Address:  THE COLUMBUS DISPATCH  C O CARL A EASON ESQ & RICHARD E BIEMILLER  301 BENDIX RD STE 500  CONVERGENCE CTR IV  VIRGINIA BEACH, VA 23452  Debtor: CIRCUIT CITY STORES, INC. (08-35653)  Secured:  Priority:  Administrative: $82,001.44  Reclamation::  Unsecured:  Total: $82,001.44 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14148 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br>Secured:<br>Priority:<br>Administrative: $61,444.92<br>Reclamation:<br>Unsecured:<br>Total: $61,444.92 | Claim: 14097 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124<br>Secured:<br>Priority:<br>Administrative: $61,444.92<br>Reclamation:<br>Unsecured:<br>Total: $61,444.92 |
| Claim: 2718 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>US TECHDISPLAY<br>8980 ROUTE 108<br>STE N<br>COLUMBIA, MD 21045<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $27,370.20<br>Total: $27,370.20 | Claim: 8 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 11/12/2008<br>Creditor's Name and Address:<br>US TECHDISPLAY LLC<br>JESSICA OTTESEN<br>US TECHDISPLAY<br>8980 RTE 108 STE N<br>COLUMBIA, MD 21045-2115<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $27,370.20<br>Total: $27,370.20 |
| Claim: 2029 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>VANGUARD STRIPING<br>538 E 17TH CIR<br>LA CENTER, WA 98629<br>Secured:<br>Priority:<br>Administrative: $793.76<br>Reclamation:<br>Unsecured:<br>Total: $793.76 | Claim: 309 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/20/2008<br>Creditor's Name and Address:<br>VANGUARD STRIPING LLC<br>538 E 17TH CIR<br>LA CENTER, WA 93629<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $793.76<br>Total: $793.76 |
| Claim: 3035 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>VELOCITY MICRO<br>7510 WHITE PINE RD<br>RICHMOND, VA 23237<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $60,003.38<br>Total: $60,003.38 | Claim: 830 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>VELOCITY MICRO INC<br>7510 WHITEPINE RD<br>RICHMOND, VA 23237<br>Secured:<br>Priority:<br>Administrative: $60,003.38<br>Reclamation:<br>Unsecured:<br>Total: $60,003.38 |
| Claim: 3036 — Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>VISUAL DEFENCE INC<br>9225 LESLIE ST UNIT 7<br>RICHMOND HILL, ON L4B 3H6<br>UNKNOWN<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $6,820.08<br>Total: $6,820.08 | Claim: 786 — Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>VISUAL DEFENCE INC<br>PO BOX 933294<br>ATLANTA, GA 31193-3294<br>Secured:<br>Priority:<br>Administrative: $6,820.08<br>Reclamation:<br>Unsecured:<br>Total: $6,820.08 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2958<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>WEBB BURNETT CORNBROOKS ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,335.00<br>Total: $1,335.00 | Claim: 1238<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>WEBB BURNETT CORNBROOKS ET AL<br>115 BROAD ST<br>PO BOX 910<br>SALISBURY, MD 21803-0910 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $1,335.00<br>Reclamation::<br>Unsecured:<br>Total: $1,335.00 |
| Claim: 7958<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ZARGARI, DAVID<br>11120 HUNTINGTON MEADOW LN<br>CHARLOTTE, NC 28273 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $80,000.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $80,000.00 | Claim: 7675<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>ZARGARI, DAVID<br>11120 HUNTINGTON MEADOW LN<br>CHARLOTTE, NC 28273 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $80,000.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $80,000.00 |

Total Claims To Be Duplicated: 37  
Total Asserted Amount To Be Duplicated: $2,277,448.62

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1                  Date Rcvd: Dec 14, 2009
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 16, 2009**          **Signature:** _Joseph Speetjens_