Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED
<u>CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be reclassified into general unsecured, non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified in their entirety to general unsecured, non-priority claims.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to January 14, 2010, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4.    The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
         ___Dec 14 2009_____, 2009

                    /s/ Kevin Huennekens
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  Dec 14 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley

\10252251

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Debtors' Fifty-Eighth Omnibus Objection to Claims**
**(Reclassification Of Certain Claims To Unsecured) - Ordered**

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7596<br>Date Filed:   01/29/2009<br>Docketed Total:   $28,120.94<br>Filing Creditor Name and Address:<br>  ARROWPOINT FACILITY<br>  SERVICES INC<br>  PO BOX 2613<br>  WEATHERFORD, TX 76086 | Claim Holder Name and Address    Case Number:   08-35653<br>  ARROWPOINT FACILITY SERVICES    Docketed Total:   $28,120.94<br>  INC<br>  PO BOX 2613<br>  WEATHERFORD, TX 76086<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                           $920.22    $27,200.72 | Case Number:   08-35653<br>Modified Total:   $28,120.94<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $28,120.94 |
| Claim: 7895<br>Date Filed:   01/29/2009<br>Docketed Total:   $733.32<br>Filing Creditor Name and Address:<br>  COLE, JOHN MATTHEW<br>  120 GOUDY DR<br>  RIPLEY, MS 38663 | Claim Holder Name and Address    Case Number:   08-35653<br>  COLE, JOHN MATTHEW    Docketed Total:   $733.32<br>  120 GOUDY DR<br>  RIPLEY, MS 38663<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $733.32 | Case Number:   08-35653<br>Modified Total:   $733.32<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $733.32 |
| Claim: 8110<br>Date Filed:   01/29/2009<br>Docketed Total:   $10,000.00<br>Filing Creditor Name and Address:<br>  GEISENDORFF, FREDERIC<br>  220 MILL CT<br>  COVINGTON, LA 70435 | Claim Holder Name and Address    Case Number:   08-35653<br>  GEISENDORFF, FREDERIC    Docketed Total:   $10,000.00<br>  220 MILL CT<br>  COVINGTON, LA 70435<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $10,000.00 | Case Number:   08-35653<br>Modified Total:   $10,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $10,000.00 |
| Claim: 7581<br>Date Filed:   01/29/2009<br>Docketed Total:   $2,042.90<br>Filing Creditor Name and Address:<br>  GEORGE, PHILIP<br>  25 MCWILLIAMS PL UNIT 402<br>  JERSEY CITY, NJ 07302 | Claim Holder Name and Address    Case Number:   08-35653<br>  GEORGE, PHILIP    Docketed Total:   $2,042.90<br>  25 MCWILLIAMS PL UNIT 402<br>  JERSEY CITY, NJ 07302<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $2,042.90 | Case Number:   08-35653<br>Modified Total:   $2,042.90<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $2,042.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13255<br>Date Filed: 06/01/2009<br>Docketed Total: $577.00<br>Filing Creditor Name and Address:<br>HADDAD RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | Claim Holder Name and Address   Case Number: 08-35654<br>HADDAD RALPH   Docketed Total: $577.00<br>22763 E DAVIES DR<br>AURORA, CO 80016<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                      $577.00 | Case Number: 08-35654<br>Modified Total: $577.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                         $577.00 |
| Claim: 898<br>Date Filed: 12/03/2008<br>Docketed Total: $5,724.96<br>Filing Creditor Name and Address:<br>HEARTLAND MECHANICAL<br>CONTRACTORS INC<br>511 HEALTH DEPT RD<br>MURPHYSBORO, IL 62966 | Claim Holder Name and Address   Case Number: 08-35653<br>HEARTLAND MECHANICAL   Docketed Total: $5,724.96<br>CONTRACTORS INC<br>511 HEALTH DEPT RD<br>MURPHYSBORO, IL 62966<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority        Unsecured<br>                                                  $1,904.32    $3,820.64 | Case Number: 08-35653<br>Modified Total: $5,724.96<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $5,724.96 |
| Claim: 6004<br>Date Filed: 01/27/2009<br>Docketed Total: $72,340.22<br>Filing Creditor Name and Address:<br>KING & SPALDING LLP<br>1180 PEACHTREE ST<br>ATLANTA, GA 30309 | Claim Holder Name and Address   Case Number: 08-35653<br>KING & SPALDING LLP   Docketed Total: $72,340.22<br>1180 PEACHTREE ST<br>ATLANTA, GA 30309<br><br>503(b)(9)  Reclamation  Admin        Secured  Priority  Unsecured<br>                                       $72,340.22 | Case Number: 08-35653<br>Modified Total: $72,340.22<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $72,340.22 |
| Claim: 13324<br>Date Filed: 06/11/2009<br>Docketed Total: $97,277.25<br>Filing Creditor Name and Address:<br>KING COUNTY TREASURY<br>OPERATIONS<br>KING COUNTY<br>ADMINISTRATION BLDG<br>500 FOURTH AVE ROOM NO 600<br>SEATTLE, WA 98104-2387 | Claim Holder Name and Address   Case Number: 08-35653<br>KING COUNTY TREASURY   Docketed Total: $97,277.25<br>OPERATIONS<br>KING COUNTY ADMINISTRATION<br>BLDG<br>500 FOURTH AVE ROOM NO 600<br>SEATTLE, WA 98104-2387<br><br>503(b)(9)  Reclamation  Admin        Secured  Priority  Unsecured<br>                                       $97,277.25 | Case Number: 08-35653<br>Modified Total: $97,277.25<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $97,277.25 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 14559<br>Date Filed: 08/24/2009<br>Docketed Total: $757.02<br>Filing Creditor Name and Address:<br>MIGUEL A MALENA<br>5531 69TH ST NO 2<br>MASPETH, NY 11378 | Claim Holder Name and Address<br>MIGUEL A MALENA<br>5531 69TH ST NO 2<br>MASPETH, NY 11378 | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| | | | | Docketed Total: | | $757.02 | | | | Modified Total: | | $757.02 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$757.02 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$757.02 |
| Claim: 1379<br>Date Filed: 12/19/2008<br>Docketed Total: $7,265.00<br>Filing Creditor Name and Address:<br>PRESS PLAY HOME<br>ENTERTAINMENT LLC<br>PO BOX 605<br>DUANESBURG, NY 12056 | Claim Holder Name and Address<br>PRESS PLAY HOME<br>ENTERTAINMENT LLC<br>PO BOX 605<br>DUANESBURG, NY 12056 | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| | | | | Docketed Total: | | $7,265.00 | | | | Modified Total: | | $7,265.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$7,265.00 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$7,265.00 |
| Claim: 1833<br>Date Filed: 12/22/2008<br>Docketed Total: $114,559.45<br>Filing Creditor Name and Address:<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>NORRISTOWN, PA 19403 | Claim Holder Name and Address<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>NORRISTOWN, PA 19403 | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| | | | | Docketed Total: | | $114,559.45 | | | | Modified Total: | | $114,559.45 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$1,454.24 | Unsecured<br>$113,105.21 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$114,559.45 |
| Claim: 14602<br>Date Filed: 08/21/2009<br>Docketed Total: $47,038.06<br>Filing Creditor Name and Address:<br>SAFETY AND SECURITY<br>SERVICES INC<br>416 NW 16TH ST<br>OKLAHOMA CITY, OK 73102 | Claim Holder Name and Address<br>SAFETY AND SECURITY SERVICES<br>INC<br>416 NW 16TH ST<br>OKLAHOMA CITY, OK 73102 | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| | | | | Docketed Total: | | $47,038.06 | | | | Modified Total: | | $47,038.06 |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$47,038.06 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$47,038.06 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1817<br>Date Filed: 12/22/2008<br>Docketed Total: $140,181.32<br>Filing Creditor Name and Address:<br>SYNIGENT TECHNOLOGIES INC<br>4435 WATERFRONT DR STE 202<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address    Case Number: 08-35653<br>SYNIGENT TECHNOLOGIES INC    Docketed Total: $140,181.32<br>4435 WATERFRONT DR STE 202<br>GLEN ALLEN, VA 23060<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $10,950.00    $129,231.32 | Case Number: 08-35653<br>Modified Total: $140,181.32<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                $140,181.32 |
| Claim: 8243<br>Date Filed: 01/29/2009<br>Docketed Total: $1,933.05<br>Filing Creditor Name and Address:<br>TAPP IVAN J<br>1379 FELTON WAY<br>PLUMAS LAKE, CA 95961 | Claim Holder Name and Address    Case Number: 08-35654<br>TAPP, IVAN J    Docketed Total: $1,933.05<br>1379 FELTON WAY<br>PLUMAS LAKE, CA 95961<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                $1,933.05 | Case Number: 08-35654<br>Modified Total: $1,933.05<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                $1,933.05 |
| Claim: 13838<br>Date Filed: 06/29/2009<br>Docketed Total: $14,799.98<br>Filing Creditor Name and Address:<br>THE ADVOCATE<br>OFFICE OF GENERAL COUNSEL<br>HEARST CORP<br>300 W 57TH ST 40TH FL<br>NEW YORK, NY 10019 | Claim Holder Name and Address    Case Number: 08-35653<br>THE ADVOCATE    Docketed Total: $14,799.98<br>OFFICE OF GENERAL COUNSEL<br>HEARST CORP<br>300 W 57TH ST 40TH FL<br>NEW YORK, NY 10019<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                    $14,799.98 | Case Number: 08-35653<br>Modified Total: $14,799.98<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                $14,799.98 |
| Claim: 5390<br>Date Filed: 01/26/2009<br>Docketed Total: $3,588.00<br>Filing Creditor Name and Address:<br>US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | Claim Holder Name and Address    Case Number: 08-35653<br>US PEST CONTROL    Docketed Total: $3,588.00<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                    $3,588.00 | Case Number: 08-35653<br>Modified Total: $3,588.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                $3,588.00 |
| | | **Total Claims To Be Modified: 16**<br>**Total Amount As Docketed:** $546,938.47<br>**Total Amount As Modified:** $546,938.47 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Fifty-Eighth Omnibus Objection to Claims  
(Reclassification Of Certain Claims To Unsecured) - Adjourned

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9584<br>Date Filed: 01/30/2009<br>Docketed Total: $1,749,707.14<br>Filing Creditor Name and Address:<br>JAMES H WIMMER JR<br>12928 CHURCH RD<br>RICHMOND, VA 23233 | Claim Holder Name and Address    Case Number: 08-35653<br>WIMMER JR, JAMES H    Docketed Total: $1,749,707.14<br>RICHMOND, VA 23233<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                              $107,500.00                          $1,642,207.14 | Case Number: 08-35653<br>Modified Total: $1,749,707.14<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                      $1,749,707.14 |
| Claim: 7786<br>Date Filed: 01/29/2009<br>Docketed Total: $1,046,083.00<br>Filing Creditor Name and Address:<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address    Case Number: 08-35653<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998    Docketed Total: $1,046,083.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                              $300,000.00                          $746,083.00 | Case Number: 08-35653<br>Modified Total: $1,046,083.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                      $1,046,083.00 |
| Claim: 9544<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823 | Claim Holder Name and Address    Case Number: 08-35653<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823    Docketed Total: **UNL**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00                                                UNL      UNL | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00                                                        UNL |
| Claim: 9227<br>Date Filed: 01/30/2009<br>Docketed Total: $8,233.56<br>Filing Creditor Name and Address:<br>SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960 | Claim Holder Name and Address    Case Number: 08-35653<br>SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960    Docketed Total: $8,233.56<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                              $2,166.39                          $6,067.17 | Case Number: 08-35653<br>Modified Total: $8,233.56<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                        $8,233.56 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification Of Certain Claims To Unsecured) - Adjourned**

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5836<br>Date Filed: 01/26/2009<br>Docketed Total: $2,019,596.68<br>Filing Creditor Name and Address:<br>THQ INC<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address         Case Number:       08-35653<br>THQ INC                                Docketed Total:   $2,019,596.68<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067<br><br>503(b)(9)    Reclamation    Admin    Secured         Priority    Unsecured<br>$0.00                                    $2,019,596.68 | Case Number:       08-35653<br><br>Modified Total:   $2,019,596.68<br><br><br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$0.00                                                  $2,019,596.68 |
| Claim: 11271<br>Date Filed: 02/06/2009<br>Docketed Total: $14,368,903.70<br>Filing Creditor Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Claim Holder Name and Address         Case Number:       08-35653<br>WEIDLER SETTLEMENT CLASS             Docketed Total:   $14,368,903.70<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority        Unsecured<br>                                                       $6,005,700.00  $8,363,203.70 | Case Number:       08-35653<br><br>Modified Total:   $14,368,903.70<br><br><br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                        $14,368,903.70 |
|  |  | **Total Claims To Be Modified: 6**<br>**Total Amount As Docketed:**    $19,192,524.08<br>**Total Amount As Modified:**     $19,192,524.08 |

* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                Date Rcvd: Dec 14, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**              **Signature:** _Joseph Speetjens_