Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FIFTY-FOURTH OMNIBUS**
**<u>OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C, D, E and F attached to the Objection be disallowed in their entirety and for all

purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to January 14, 2010, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Objection to the claim identified on <u>Exhibit C</u> as attached hereto and incorporated herein is withdrawn; <u>provided</u>, <u>however</u>, the Debtors' rights to object to the

claim identified on <u>Exhibit C</u> on any grounds that applicable law permits are not waived and are expressly reserved.

    5.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

    6.   This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

    7.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Dec 14 2009         , 2009

                            /s/ Kevin Huennekens
                            HONORABLE KEVIN R. HUENNEKENS
                            UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Dec 14 2009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley


\10254192

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late 503(B)(9) Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TMLP<br>PO BOX 870<br>TAUNTON, MA 02780-0870 | 14530 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$20,958.77<br><br><br>$20,958.77 | 07/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | $20,958.77 |
|---|---|---|---|

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims (Late Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ELEGANT ACQUISITION LLC<br>RICHARD STEBEN CHIEF FINANCIAL OFFICER<br>5253 W ROOSEVELT RD<br>CICERO, IL 60804-1222 | 14457 | Secured:<br>Priority:<br>Administrative  $4,752.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $4,752.00 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMAINTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14176 | Secured:<br>Priority:<br>Administrative  UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14264 | Secured:<br>Priority:<br>Administrative  UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 07/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14263 | Secured:<br>Priority:<br>Administrative  UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 07/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14179 | Secured:<br>Priority:<br>Administrative  UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6104    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 7 of 18

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14183 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 07/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| ROBERT GENTRY AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14186 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 07/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| ROBERT GENTRY AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14181 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STONEHOUSE MARKETING SERVICES<br>RUSS MCREYNOLDS<br>2039 INDUSTRIAL BLVD<br>NORMAN, OK 73069 | 14544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$68,700.71<br><br><br><br>$68,700.71 | 08/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 9                                      **$73,452.71**

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BUTTE COUNTY TAX COLLECTOR<br>25 COUNTY CENTER DR STE 125<br>OROVILLE, CA 95965 | 14269 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,114.00<br><br><br><br><br><br>$5,114.00 | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

| | Total: | 1 | $5,114.00 |
|---|---|---|---|

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late Unsecured Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMANDA COMPTON<br>2649 CORONADO RDG<br>LEXINGTON, KY 40511 | 14553 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $750.00<br><br><br><br><br>$750.00 | 08/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAPITOL OIL ATTN E MICHAEL ZACHARIAS<br>PO BOX 26664<br>RICHMOND, VA 23261-6664 | 14495 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,167.43<br><br>$1,167.43 | 07/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHANDLER L DICKERSON<br>12 ROUNDTREE CT<br>GREENSBORO, NC 27410 | 14568 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$94.66<br><br>$94.66 | 08/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CIRCUIT CITY<br>NAOMI GANT<br>57 EASTWYCK RD<br>DECATUR, GA 30032 | 14533 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$323.99<br><br><br><br><br>$323.99 | 07/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CYNDA ANN BERGER<br>1525 CRAWFORD WOOD DR<br>MIDLOTHIAN, VA 23114 | 14293 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DILIPKUMAR PATEL PRATIBHA PATEL<br>PO BOX 339<br>STATESVILLE, NC 28687 | 13293 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $51,785.10<br>Reclamation:<br>Total: $51,785.10 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DOUGLAS AND NANCY CRANDELL<br>3 OXFORD DR<br>EAST HANOVER, NJ 07936 | 14586 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $817.00<br>Reclamation:<br>Total: $817.00 | 08/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELEANOR SURKIS<br>116 PINEHURST AVE<br>NEW YORK, NY 10033 | 14524 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 07/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FARAMARZ AZIZI<br>135 N WILLAMAN DR<br>BEVERLY HILLS, CA 90211-2112 | 13230 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $25,000.00<br>Reclamation:<br>Total: $25,000.00 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREGORY J MYERS<br>2122 PRESCOTT DR<br>BARTLETT, IL 60103 | 13749 | Secured:<br>Priority: UNL<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HORACE L & NORMA DYCHES<br>HORACE L AND NORMA D DYCHES<br>5533 HILL RD<br>POWDER SPRINGS, GA 30127 | 14555 | Secured:<br>Priority: $3,531.67<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $3,531.67 | 08/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOSSEIN, MOHAMMAD AZMAL<br>8550 SPRING VALLEY RD APT NO 265<br>DALLAS, TX 75240 | 13483 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $20,356.00<br>Reclamation:<br>Total: $20,356.00 | 06/23/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| INMAGIC INC<br>ATTN JEANNINE FLYNN<br>200 UNICORN PARK DR 4TH FL<br>WOBURN, MA 01801 | 14304 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $24,000.00<br>Reclamation:<br>Total: $24,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOEL M PORES<br>24031 EL TORO RD NO 301<br>LAGUNA HILLS, CA 92653 | 14562 | Secured:<br>Priority: $100.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $100.00 | 08/24/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JOSEPH T BROACH<br>3688 JEFFERSON LANDING RD<br>POWHATAN, VA 23139 | 14642 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,912.00<br>Reclamation:<br>Total: $1,912.00 | 09/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6104    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 12 of 18

In re: Circuit City Stores, Inc.
Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late
Unsecured Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LELAND COHEN<br>ALLEN COHEN ESQ<br>100 GREENWOOD AVE<br>WYNCOTE, PA 19095 | 14480 | Secured:<br>Priority: $40.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $40.00 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LISA M BOYER<br>6317 PARK RIDGE RD<br>LOVES PARK, IL 61111-4072 | 14644 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $390.78<br>Reclamation:<br>Total: $390.78 | 09/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LISA M BOYER BENEF IRA HELEN J KERL DECD<br>FCC AS CUST<br>6317 PARK RIDGE RD<br>LOVES PARK, IL 61111-4072 | 14643 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $684.22<br>Reclamation:<br>Total: $684.22 | 09/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT E KNIESCHE<br>179 SHELBY DR<br>NEWPORT NEWS, VA 23608 | 14509 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $621.00<br>Reclamation:<br>Total: $621.00 | 07/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHMIDT, GARY<br>830 CARNELLIAN LANE<br>PEACHTREE CITY, GA 30269 | 13061 | Secured:<br>Priority: $40,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $40,000.00 | 05/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6104    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 13 of 18

In re: Circuit City Stores, Inc., et al. Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late Unsecured Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SHAMEEN MYERS<br>101 STAGG WALK 3C<br>BROOKLYN, NY 11206-1801 | 14618 | Secured: $650.23<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $650.23 | 09/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SPADA, GUIDO<br>P O BOX 396<br>NINE MILE FALLS, WA 99026 | 14594 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $6,351.00<br>Reclamation:<br>Total: $6,351.00 | 09/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WAYNE BERKLEY LUCK<br>8954 KINGS CHARTER DR<br>MECHANICSVILLE, VA 23116 | 14406 | Secured:<br>Priority: $400,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $400,000.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WAYNE BERKLEY LUCK<br>WAYNE B LUCK<br>8954 KINGS CHARTER DR<br>MECHANICSVILLE, VA 23116 | 14328 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $212,300.00<br>Reclamation:<br>Total: $212,300.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     24     **$790,875.08**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifth-Fourth Omnibus Objection to Claims (Late Administrative Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FM FACILITY MAINTENANCE FKA IPT LLC<br>10 COLUMBUS BLVD 4TH FL<br>HARTFORD, CT 06106 | 14325 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $731,293.46<br><br><br><br>$731,293.46 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FM FACILITY MAINTENANCE FKA IPT LLC<br>10 COLUMBUS BLVD 4TH FL<br>HARTFORD, CT 06106 | 14525 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $607,961.73<br><br><br><br>$607,961.73 | 07/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

    **Total:**    **2**    **$1,339,255.19**

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SONOMA COUNTY TAX COLLECTOR PO BOX 3879 SANTA ROSA, CA 95402-3879 | 14571 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $7,254.55 $7,254.55 | 08/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | $7,254.55 |
|---|---|---|---|

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1

Case 08-35653-KRH    Doc 6104    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 16 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifth-Fourth Omnibus Objection to Claims (Late Unsecured Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GREGG J NAGY<br>DANIEL W SHEPPARD ESQ<br>MORGAN & MORGAN PA<br>PO BOX 9504<br>FORT MYERS, FL 33906 | 13305 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$15,000.00<br><br>$15,000.00 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRY B GROSS SR<br>206 N PACIFIC<br>HUTCHINS, TX 75141 | 14541 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$199.99<br><br><br><br><br>$199.99 | 08/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    2      **$15,199.99**

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims (Late Administrative Claims) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS INC VINCENT A DAGOSTINO ESQ C O LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE ROSELAND, NJ 07068 | 13926 | Secured: Priority: Administrative $146,003.58 503(b)(9): Unsecured: Reclamation: Total: $146,003.58 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total: 1    $146,003.58

* "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Dec 14, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 16, 2009**                     **Signature:** _Joseph Speetjens_