Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' FIFTY-THIRD OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Fifty-Third Omnibus Objection to Claims

(Disallowance of Certain Amended Claims) (the "Objection"),

which requested, among other things, that the claims

specifically identified on Exhibit C attached to the

Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The "Claims To Be Disallowed" identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The Objection to the claim identified on <u>Exhibit B</u> as attached hereto and incorporated herein is withdrawn; <u>provided</u>, <u>however</u>, that the Debtors' rights and abilities to object to the claim identified on <u>Exhibit B</u> on any grounds and bases are hereby preserved in their entirety.

2

4.   The Debtors' rights to object to any claim,
including (without limitation) the Claims, on any grounds
that applicable law permits are not waived and are expressly
reserved; provided, however, to the extent each "Claim To Be
Disallowed" was timely filed, the Debtors will not object to
the corresponding "Surviving Claim" as untimely, unless,
under applicable provisions of the Bankruptcy Code and
Bankruptcy Rules, the "Surviving Claim" included a new claim
that would not be relate back to the original date on which
the "Claim To Be Disallowed" was filed.

5.   This Court shall retain jurisdiction to hear and
determine all matters arising from or related to the
interpretation or implementation of this Order.

6.   The Debtors shall serve a copy of this Order on
the claimants included on the exhibits to this Order on or
before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____Dec 14 2009_____, 2009


/s/ Kevin Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


Entered on docket:  Dec 14 2009

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley


\10252424


4

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| Claim: 3305 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14572 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 01/12/2009 | Secured: | Date Filed: 08/25/2009 | Secured: |
| Creditor's Name and Address: | Priority: $8,772.34 | Creditor's Name and Address: | Priority: $7,936.46 |
| ALLEN COUNTY TREASURER | Administrative: | ALLEN COUNTY TREASURER | Administrative: |
| ATTN COLLECTORS OFFICE | Reclamation:: | ATTN COLLECTORS OFFICE | Reclamation:: |
| PO BOX 2540 | Unsecured: | PO BOX 2540 | Unsecured: |
| FORT WAYNE, IN | | FORT WAYNE, IN | |
| | Total: $8,772.34 | | Total: $7,936.46 |

| Claim: 1443 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2841 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 12/09/2008 | Secured: | Date Filed: 01/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BENNER MECHANICAL & ELECTRICAL INC | Administrative: | BENNER MECHANICAL & ELECTRICAL | Administrative: |
| ATTN TED WILLIAMS | Reclamation:: | ATTN TED WILLIAMS | Reclamation:: |
| 1760 LAKELAND PARK DR | Unsecured: $15,776.42 | 1760 LAKELAND PARK DR | Unsecured: $21,790.42 |
| BURLINGTON, KY 41005-8066 | | BURLINGTON, KY 41005-8066 | |
| | Total: $15,776.42 | | Total: $21,790.42 |

| Claim: 12217 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14630 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 04/13/2009 | Secured: | Date Filed: 06/15/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| CITY OF TUCSON | Administrative: $168.43 | CITY OF TUCSON | Administrative: $434.51 |
| PO BOX 27210 | Reclamation:: | PO BOX 27210 | Reclamation:: |
| TUCSON, AZ 85726-7210 | Unsecured: $367.70 | TUCSON, AZ 85726-7210 | Unsecured: $367.70 |
| | Total: $536.13 | | Total: $802.21 |

| Claim: 1532 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2484 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 12/10/2008 | Secured: | Date Filed: 01/05/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| COLORADO BROADBAND | Administrative: | COLORADO BROADBAND & COMM | Administrative: |
| COMMUNICATIONS INC | Reclamation:: | 1203 WHITE AVE | Reclamation:: |
| 1203 WHITE AVE | Unsecured: $2,254.00 | GRAND JUNCTION, CO 81501 | Unsecured: $3,671.00 |
| GRAND JUNCTION, CO 81501 | | | |
| | Total: $2,254.00 | | Total: $3,671.00 |

| Claim: 353 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2484 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 11/24/2008 | Secured: | Date Filed: 01/05/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| COLORADO BROADBAND | Administrative: | COLORADO BROADBAND & COMM | Administrative: |
| COMMUNICATIONS INC | Reclamation:: | 1203 WHITE AVE | Reclamation:: |
| 1203 WHITE AVE | Unsecured: $1,417.00 | GRAND JUNCTION, CO 81501 | Unsecured: $3,671.00 |
| GRAND JUNCTION, CO 81501 | | | |
| | Total: $1,417.00 | | Total: $3,671.00 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) - Ordered

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| **Claim:** 1064    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/19/2008<br>**Creditor's Name and Address:**<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG<br><br>Secured:<br>Priority:<br>Administrative: $27,967.20<br>Reclamation::<br>Unsecured:<br>Total: $27,967.20 | **Claim:** 4257    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 01/23/2009<br>**Creditor's Name and Address:**<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG<br><br>Secured:<br>Priority:<br>Administrative: $20,097.36<br>Reclamation::<br>Unsecured:<br>Total: $20,097.36 |
| **Claim:** 2907    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 01/07/2009<br>**Creditor's Name and Address:**<br><br>G & W SERVICE CO LP<br>GEORGETTE TREECE TREASURER<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203<br><br>Secured: $31,084.26<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $31,084.26 | **Claim:** 11769    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 03/05/2009<br>**Creditor's Name and Address:**<br><br>G & W SERVICE CO LP<br>GEORGETTE TREECE TREASURER<br>2503 CAPITOL AVE<br>HOUSTON, TX 77003-3203<br><br>Secured:<br>Priority:<br>Administrative: $15,325.38<br>Reclamation::<br>Unsecured:<br>Total: $15,325.38 |
| **Claim:** 11552    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 02/23/2009<br>**Creditor's Name and Address:**<br><br>HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Secured:<br>Priority:<br>Administrative: $237,952.61<br>Reclamation::<br>Unsecured:<br>Total: $237,952.61 | **Claim:** 14428    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 07/01/2009<br>**Creditor's Name and Address:**<br><br>HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Secured:<br>Priority:<br>Administrative: $335,630.40<br>Reclamation::<br>Unsecured:<br>Total: $335,630.40 |
| **Claim:** 11448    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 02/17/2009<br>**Creditor's Name and Address:**<br><br>HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Secured: $586.13<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $586.13 | **Claim:** 14039    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 06/30/2009<br>**Creditor's Name and Address:**<br><br>HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Secured:<br>Priority:<br>Administrative: $614.09<br>Reclamation::<br>Unsecured:<br>Total: $614.09 |
| **Claim:** 11461    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 02/17/2009<br>**Creditor's Name and Address:**<br><br>HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Secured: $260.13<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $260.13 | **Claim:** 14032    Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 06/30/2009<br>**Creditor's Name and Address:**<br><br>HENRICO COUNTY<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775<br><br>Secured:<br>Priority:<br>Administrative: $273.14<br>Reclamation::<br>Unsecured:<br>Total: $273.14 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 1706<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br><br>HERNANDO COUNTY<br>789 PROVIDENCE BLVD<br>BROOKSVILLE, FL 34601<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $7,367.88<br>Reclamation::<br>Unsecured:<br>Total: $7,367.88 | Claim: 11961<br>Date Filed: 03/24/2009<br>Creditor's Name and Address:<br><br>HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES CFC<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $7,637.88<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $7,637.88 |
| Claim: 14493<br>Date Filed: 07/17/2009<br>Creditor's Name and Address:<br><br>IBM CREDIT LLC<br>C O IBM CORP BANKRUPTCY<br>COORDINATOR<br>13800 DIPLOMAT DR<br>DALLAS, TX 75234<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,966,537.79<br>Reclamation::<br>Unsecured:<br>Total: $3,966,537.79 | Claim: 14543<br>Date Filed: 08/05/2009<br>Creditor's Name and Address:<br><br>IBM CREDIT LLC<br>VICKI NAMKEN<br>IBM CORP<br>13800 DIPLOMAT DR<br>DALLAS, TX 75234-8812<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,966,537.79<br>Reclamation::<br>Unsecured:<br>Total: $3,966,537.79 |
| Claim: 1104<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br><br>KING COUNTY TREASURY<br>500 FOURTH AVE<br>ROOM 600<br>SEATTLE, WA 98104-2387<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $4,847.24<br>Reclamation::<br>Unsecured:<br>Total: $4,847.24 | Claim: 13324<br>Date Filed: 06/11/2009<br>Creditor's Name and Address:<br><br>KING COUNTY TREASURY OPERATIONS<br>KING COUNTY ADMINISTRATION BLDG<br>500 FOURTH AVE ROOM NO 600<br>SEATTLE, WA 98104-2387<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $97,277.25<br>Reclamation::<br>Unsecured:<br>Total: $97,277.25 |
| Claim: 1886<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br><br>LA CROSSE TECHNOLOGY, LTD<br>MANDA SHAH<br>2809 LOSEY BLVD SOUTH<br>LA CROSSE, WI 54601<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $79,274.00<br>Reclamation::<br>Unsecured:<br>Total: $79,274.00 | Claim: 13604<br>Date Filed: 06/22/2009<br>Creditor's Name and Address:<br><br>LA CROSSE TECHNOLOGY, LTD<br>MANDA SHAH<br>2809 LOSEY BLVD SOUTH<br>LA CROSSE, WI 54601<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $79,274.00<br>Total: $79,274.00 |
| Claim: 11767<br>Date Filed: 03/16/2009<br>Creditor's Name and Address:<br><br>LAKE COUNTY<br>PO BOX 327<br>TAX COLLECTOR BOB MCKEE<br>TAVARES, FL 32778-0327<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $9,894.33<br>Reclamation::<br>Unsecured:<br>Total: $9,894.33 | Claim: 14641<br>Date Filed: 09/21/2009<br>Creditor's Name and Address:<br><br>LAKE COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>PO BOX 327<br>TAVARES, FL 32778-0327<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $9,894.33<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $9,894.33 |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| Claim: 609 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 4513 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 12/04/2008 | Secured: | | Date Filed: 01/20/2009 | Secured: |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: $26,898.24 |
| | Administrative: $26,898.24 | | | Administrative: |
| LEE COUNTY TAX COLLECTOR | | | LEE COUNTY TAX COLLECTOR | |
| PO BOX 271 | Reclamation: | | ATTN COLLECTORS OFFICE | Reclamation: |
| TUPELO, MS 38802 | Unsecured: | | COURTHOUSE | Unsecured: |
| | | | P O BOX 271 | |
| | Total: $26,898.24 | | TUPELO, MS 38802-0271 | Total: $26,898.24 |

| Claim: 2156 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 11639 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 01/02/2009 | Secured: | | Date Filed: 02/11/2009 | Secured: |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: |
| | Administrative: | | | Administrative: |
| MARCONI, NOELLE | | | MARCONI, NOELLE L | |
| C O ALEXANDER J PALAMARCHUK ESQ | Reclamation: | | 865 WILLOW AVE | Reclamation: |
| 8380 OLD YORK RD STE 410 | Unsecured: $5,145.63 | | LANGHORNE, PA 19047 | Unsecured: $5,145.63 |
| ELKINS PARK, PA 19027 | | | | |
| | Total: $5,145.63 | | | Total: $5,145.63 |

| Claim: 11768 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 14640 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 03/16/2009 | Secured: | | Date Filed: 09/21/2009 | Secured: $46,603.17 |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: |
| | Administrative: $46,603.17 | | | Administrative: |
| MCKEE, BOB | | | LAKE COUNTY TAX COLLECTOR | |
| PO BOX 327 | Reclamation: | | ATTN BANKRUPTCY | Reclamation: |
| LAKE COUNTY TAX COLLECTOR | Unsecured: | | PO BOX 327 | Unsecured: |
| TAVARES, FL 32778-0327 | | | TAVARES, FL 32778-0327 | |
| | Total: $46,603.17 | | | Total: $46,603.17 |

| Claim: 415 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 3514 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 12/01/2008 | Secured: | | Date Filed: 01/13/2009 | Secured: |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: $2,619.72 |
| | Administrative: $2,619.72 | | | Administrative: |
| NASH COUNTY TAX COLLECTOR | | | NASH COUNTY TAX COLLECTOR | |
| PO BOX 1070 | Reclamation: | | 120 W WASHINGTON ST STE 2058 | Reclamation: |
| CHARLOTTE, NC 28201 | Unsecured: | | NASHVILLE, NC 27856 | Unsecured: |
| | | | | |
| | Total: $2,619.72 | | | Total: $2,619.72 |

| Claim: 23 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 3282 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 11/14/2008 | Secured: | | Date Filed: 01/09/2009 | Secured: |
| Creditor's Name and Address: | Priority: $3,530.00 | | Creditor's Name and Address: | Priority: $3,245.00 |
| | Administrative: | | | Administrative: |
| NEVAEH ELECTRONICS LLC | | | NEVAEH ELECTRONICS | |
| 1182 OLD BOONES CRK RD | Reclamation: | | 1182 OLD BOONES CRK RD | Reclamation: |
| JONESBORO, TN 37659 | Unsecured: | | JONESBOROUGH, TN 37659 | Unsecured: |
| | | | | |
| | Total: $3,530.00 | | | Total: $3,245.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Third Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|

| Claim: 716 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3938 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 12/12/2008 | Secured: | Date Filed: 01/15/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $58,213.67 |
| NEWINGTON, TOWN OF | Administrative: $58,213.67 | NEWINGTON TOWN TAX COLLECTOR | Administrative: |
| 131 CEDAR ST TOWN HALL | Reclamation: | ATTN COLLECTORS OFFICE | Reclamation: |
| NEWINGTON, CT 06111 | Unsecured: | 131 CEDAR ST | Unsecured: |
| | Total: $58,213.67 | NEWINGTON, CT | Total: $58,213.67 |

| Claim: 2281 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14645 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 12/19/2008 | Secured: $50,998.90 | Date Filed: 09/08/2009 | Secured: |
| Creditor's Name and Address: | Priority: $86.41 | Creditor's Name and Address: | Priority: |
| OREGON DEPARTMENT OF REVENUE | Administrative: | OREGON DEPARTMENT OF REVENUE | Administrative: |
| 955 CENTER ST NE | Reclamation: | 955 CENTER ST NE | Reclamation: |
| REVENUE BUILDING | Unsecured: | REVENUE BUILDING | Unsecured: UNL |
| SALEM, OR 97301-2555 | Total: $51,085.31 | SALEM, OR 97301-2555 | Total: UNL |

| Claim: 12019 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12365 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 03/31/2009 | Secured: $65,800.00 | Date Filed: 04/24/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| ST TAMANY PARISH | Administrative: | ST TAMMANY PARISH ASSESSOR | Administrative: |
| PO BOX 608 | Reclamation: | PO BOX 608 | Reclamation: |
| COVINGTON, LA 70434-0608 | Unsecured: | COVINGTON, LA 70434-0608 | Unsecured: $106,708.98 |
| | Total: $65,800.00 | | Total: $106,708.98 |

| Claim: 12018 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 12365 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 03/31/2009 | Secured: $40,908.98 | Date Filed: 04/24/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| ST TAMMANY PARISH COLLECTOR | Administrative: | ST TAMMANY PARISH ASSESSOR | Administrative: |
| ATTN COLLECTORS OFFICE | Reclamation: | PO BOX 608 | Reclamation: |
| P O BOX 608 | Unsecured: | COVINGTON, LA 70434-0608 | Unsecured: $106,708.98 |
| COVINGTON, LA | Total: $40,908.98 | | Total: $106,708.98 |

| Claim: 223 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3403 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|
| Date Filed: 11/28/2008 | Secured: | Date Filed: 01/13/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: $7,917.25 |
| SULLIVAN COUNTY | Administrative: $6,734.18 | SULLIVAN COUNTY | Administrative: |
| 3258 HWY 126 STE 101 | Reclamation: | 3258 HWY 126 STE 101 | Reclamation: |
| CLERK | Unsecured: | CLERK | Unsecured: |
| BLOUNTVILLE, TN 37617 | Total: $6,734.18 | BLOUNTVILLE, TN 37617 | Total: $7,917.25 |

In re: Circuit City Stores, Inc, et al.                                    Debtors' Fifty-Third Omnibus Objection to Claims
Case No. 08-35653-KRH                                              (Disallowance Of Certain Amended Claims) - Ordered

EXHIBIT A

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| Claim: 2490 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 14650 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 01/05/2009 | Secured: $1,607.28 | | Date Filed: 09/15/2009 | Secured: $1,784.13 |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: |
| | Administrative: | | | Administrative: |
| TAYLOR CITY TREASURER WAYNE | Reclamation:: | | TAYLOR CITY TREASURER WAYNE | Reclamation:: |
| CITY OF TAYLOR MICHIGAN | | | CITY OF TAYLOR MICHIGAN | |
| C O KURT M KOBILJAK | Unsecured: | | C O KURT M KOBILJAK | Unsecured: |
| 2915 BIDDLE AVE | | | 2915 BIDDLE AVE | |
| EDELSON BLD STE 200 | Total: $1,607.28 | | EDELSON BLD STE 200 | Total: $1,784.13 |
| WYANDOTTE, MI 48192 | | | WYANDOTTE, MI 48192 | |

| Claim: 2050 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 14600 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 12/22/2008 | Secured: $36,850.56 | | Date Filed: 09/08/2009 | Secured: $17,033.18 |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: |
| | Administrative: | | | Administrative: |
| TYLER INDEPENDENT SCHOOL DISTRICT | Reclamation:: | | TYLER INDEPENDENT SCHOOL DISTRICT | Reclamation:: |
| DAVID HUDSON | | | DAVID HUDSON | |
| PERDUE BRANDON FIELDER COLLINS & | Unsecured: | | PERDUE BRANDON FIELDER COLLINS & | Unsecured: |
| MOTT LLP | | | MOTT LLP | |
| PO BOX 2007 | Total: $36,850.56 | | PO BOX 2007 | Total: $17,033.18 |
| TYLER, TX 75710-2007 | | | TYLER, TX 75710-2007 | |

| Claim: 857 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | Claim: 3527 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
|---|---|---|---|---|
| Date Filed: 12/08/2008 | Secured: | | Date Filed: 01/13/2009 | Secured: |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: $8,711.09 |
| | Administrative: $7,919.18 | | | Administrative: |
| WARNER ROBINS, CITY OF | Reclamation:: | | CITY OF WARNER ROBINS, GA | Reclamation:: |
| PO BOX 1488 | | | P O BOX 1468 | |
| OCCUPATION TAX DIVISION | Unsecured: | | WARNER ROBINS, GA 31099 | Unsecured: $547.68 |
| WARNER ROBINS, GA 31099 | Total: $7,919.18 | | | Total: $9,258.77 |

Total Claims To Be Amended:                    28
Total Asserted Amount To Be Amended:    $4,748,443.38

In re: Circuit City Stores, Inc., et al.    Debtors' Fifty-Third Omnibus Objection to Claims
Case No. 08-35653-KRH    (Disallowance Of Certain Amended Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE ATTN BANKRUPTCY UNIT AUDIT DIVISION 345 ADAMS ST 5TH FL BROOKLYN, NY 11201 | 2297 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $715,000.00 $715,000.00 | 12/19/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        1                    $715,000.00

\*        "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Dec 14, 2009
Case: 08-35653               Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**              **Signature:**