Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

      - and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES)**

Upon the objection (the "Objection")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105, 502 and 503, Bankruptcy Rule 3007, and Local Rule 3007-1, seeking, among other things, that the Claims

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

specifically identified on Exhibit B attached to the Objection be disallowed; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED ADJUDGED AND DECREED that:**

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to January 14, 2010, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

     Dec 14 2009               , 2009

    /s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Dec 14 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10251935

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims  
Objection To Certain Non - Hr Administrative Claims -  
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| EVA CZAJKOWSKI PHD<br>PO BOX 1400<br>NEW BRITAIN, CT 06050-1400 | 14431 | Secured:<br>Priority:<br>Administrative $324.35<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $324.35 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GANNETT CENTER FOR CREDIT & COLLECTIONS<br>TAMMY DYCUS<br>CCC COLLECTIONS SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13353 | Secured:<br>Priority:<br>Administrative $6,249.52<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $6,249.52 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13952 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13951 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 14178 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH  Doc 6106  Filed 12/16/09  Entered 12/17/09 00:44:18  Desc
Imaged Certificate of Service  Page 6 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANSING STATE JOURNAL<br>TAMMY DYCUS<br>CCC COLLECTIONS SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13332 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,318.46<br><br><br><br>$2,318.46 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEONE, MARK<br>1821 ENGLISH OAK DR<br>OFALLON, MO 63367 | 3888 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $525.00<br><br>$240.00<br><br>$765.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUNCH INTEGRATED COMMUNICATIONS INC<br>605 BOXWOOD DR<br>CAMBRIDGE, ON N3E 1A5<br>CANADA | 13491 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13742 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND THEALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATT RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13741 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims  
Objection To Certain Non - Hr Administrative Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TERRACON CONSULTANTS INC<br>18001 W 106TH ST STE 300<br>OLATHE, KS 66061 | 1492 | Secured:<br>Priority:<br>Administrative  $675.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $675.00 | 12/16/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 11 | $10,332.33 |  |

\*   "UNL" denotes an unliquidated claim.

Page 3 of 3

Case 08-35653-KRH    Doc 6106    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 8 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims -
Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202-1986 | 14578 | Secured:<br>Priority: $9,588.89<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $9,588.89 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALCASIEU PARISH SHERIFFS OFFICE<br>TONY MANCUSO SHERIFF<br>TAX COLLECTOR DIVISION<br>PO BOX 1787<br>1011 LAKESHORE DR STE 100<br>LAKE CHARLES, LA 70602 | 13252 | Secured:<br>Priority:<br>Administrative $35,981.57<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $35,981.57 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLES STRICKLAND<br>654 AIRPORT RD<br>CANON, GA 30520 | 13815 | Secured:<br>Priority:<br>Administrative $709.99<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $709.99 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF HYATTSVILLE<br>RICHARD T COLARESI ESQ<br>KARPINSKI COLARESI & KARP PA<br>ATTORNEYS AT LAW<br>120 E BALTIMORE ST STE 1850<br>BALTIMORE, MD 21202-1605 | 13498 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GALAN, GUILLERMO<br>200 S VALENCIA APT 4<br>LA HABRA, CA 90631-5573 | 13872 | Secured:<br>Priority:<br>Administrative UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims
Objection To Certain Non - Hr Administrative Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HINDS COUNTY MISSISSIPPI<br>ATTN CRYSTAL WISE MARTIN<br>BOARD ATTY<br>HINDS COUNTY BOARD OF SUPERVISORS<br>316 S PRESIDENT ST<br>PO BOX 686<br>JACKSON, MI 39205-0686 | 14180 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $52,693.87<br><br><br><br>$52,693.87 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JERRY L KNIGHTEN<br>226 BARRINGTON DR APT 226<br>BOSSIER CITY, LA 71112 | 13660 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $121.90<br><br><br><br>$121.90 | 06/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KATHRYN L STONE<br>1620 E CENTRAL ST<br>SPRINGFIELD, MO 65802 | 13272 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br>UNL | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LINDA L CONWAY<br>3556 SMITH RD<br>FURLONG, PA 18925 | 13278 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $149.76<br><br><br><br>$149.76 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PYRAMID CONTROL SYSTEMS INC<br>8075 READING RD STE 201<br>CINCINNATI, OH 45237 | 13298 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,970.00<br><br><br><br>$1,970.00 | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6106    Filed 12/16/09    Entered 12/17/09 00:44:18    Desc
Imaged Certificate of Service    Page 10 of 12

In re: Circuit City Stores, Inc.  
Case No. 08-35653-KRH

Debtors' Fifty-Seventh Omnibus Objection to Claims  
Objection To Certain Non - Hr Administrative Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT MATTHEW ROBINSON<br>5780 TIMBERLANE TER<br>SANDY SPRINGS, GA 30328-5228 | 13388 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$428.00<br><br>$428.00 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUNPREET SINGH<br>5385 BRAE BURN PL<br>BUENA PARK, CA 90621 | 14043 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$107.74<br><br><br><br>$107.74 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VILLAGE OF MT PLEASANT TREASURER<br>6126 DURAND AVE<br>RANCINE, WI 53406 | 13596 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$5,553.90<br><br><br><br>$5,553.90 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 13          $107,305.62

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Fifty-Fifth Omnibus Objection to Claims Objection  
To Certain Non - Hr Administrative Claims - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SNELL ACOUSTICS<br>300 JUBILEE DR<br>PEABODY, MA 01960 | 9227 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,166.39<br><br>$6,067.17<br><br>$8,233.56 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VERONICA SIMMONS<br>2101 SAN DIEGO DR<br>CORONA, CA 92882 | 14098 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,809.39<br><br><br><br>$3,809.39 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 2  $12,042.95

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                 Date Rcvd: Dec 14, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**                      **Signature:** *Joseph Speetjens*