Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
            Debtors.        : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 21, 2009 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
December 21, 2009 beginning at 10:00 a.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Waste Management, Inc.'s Motion to Deem Proof of Claim
      Timely Filed, Claim No. 10927 (Docket No. 4095)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 4096)

      Objection
      Deadline:        August 20, 2009 at 4:00 p.m., extended
                       for the Debtors until December 3, 2009
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been withdrawn.

**II.    CONTINUED/ADJOURNED MATTERS**

2.    Motion for Order Under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

      Related
      Documents:

      a.    Interim Order Under 11 U.S.C. 105, 362 and 541 and
            Fed. R. Bankr. P. 3001 and 3002 Establishing
            Notice, Hearing, and Sell-Down Procedures for
            Trading in Equity Securities and Claims Against
            the Debtors Estates and Setting Hearing (Docket
            No. 135)

      Objection
      Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.

3.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1135)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1242)

      c.    Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

      Objection
      Deadline:       February 6, 2009 at 4:00 p.m., extended
                      for the Debtors until January 21, 2010
                      at 4:00 p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to
                      January 28, 2010 at 11:00 a.m.

4.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative

Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
(Docket No. 1134)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1136)

b.    Amended Notice of Motion and Hearing (Docket No.
      1243)

c.    Notice of Filing Exhibit to Motion (Docket Nos.
      1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:        February 6, 2009 at 4:00 p.m., extended
                 for the Debtors until January 21, 2010
                 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.

5.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2295)

     b.    Amendment to Motion of Sony Pictures Home
           Entertainment Inc. for Entry of an Order Allowing
           Administrative Expenses Pursuant to 11 U.S.C.
           Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
           (Docket No. 3853)

> Objection
> Deadline:        April 20, 2009 at 4:00 p.m., extended
>                  for the Debtors until January 21, 2010
>                  at 4:00 p.m.
>
> Objections/
> Responses
> Filed:           None at the time of filing this agenda
>
> Status:          This matter has been adjourned to
>                  January 28, 2010 at 11:00 a.m.

6.   Motion of Michael T. Chalifoux to File Late Proof of
     Claim (Docket No. 2676)

>    Related
>    Documents:
>
>    a.   Notice of Motion and Hearing (Docket No. 2680)
>
>    b.   Amended Notice of Motion and Hearing (Docket No.
>         3607)
>
>    Objection
>    Deadline:        April 21, 2009 at 4:00 p.m., extended
>                     for the Debtors until January 21, 2010
>                     at 4:00 p.m.
>
>    Objections/
>    Responses
>    Filed:           None at the time of filing this agenda
>
>    Status:          This matter has been adjourned to
>                     January 28, 2010 at 11:00 a.m.

7.   Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

Related
Documents:

a.    Corrected Motion of Sennheiser Electronic Corp.
      (Docket No. 2723)

b.    Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:          April 7, 2009 at 4:00 p.m., extended for
                   the Debtors until January 21, 2010 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   January 28, 2010 at 11:00 a.m.

8.    Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

Objection
Deadline:          April 7, 2009 at 4:00 p.m., extended for
                   the Debtors until January 21, 2010 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   January 28, 2010 at 11:00 a.m.

9.    Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2990)

```
Objection
Deadline:        April 24, 2009 at 4:00 p.m., extended
                 for the Debtors until January 21, 2010
                 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.
```

10.   Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

```
Related
Documents:
```

a.    Notice of Motion and Hearing (Docket No. 3583)

b.    Notice of Filing of Affidavit in Support of Motion
      of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3782)

```
Objection
Deadline:        June 26, 2009 at 4:00 p.m., extended for
                 the Debtors until January 21, 2010 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.
```

11.   Motion of Slam Brands, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 3839)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3840)

Objection
Deadline:        July 17, 2009 at 4:00 p.m., extended for
                 the Debtors until January 21, 2010 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.

12.    Amended Motion of the Columbus Dispatch for Allowance
       of Administrative Expense Claim Pursuant to 11 U.S.C.
       Section 503(b)(1) (Docket Nos. 4358, 3874)

Objection
Deadline:        July 15, 2009 at 4:00 p.m., extended for
                 the Debtors until January 21, 2010 at
                 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 January 28, 2010 at 11:00 a.m.

13.    Motion of Miner Fleet Management Group, Ltd. for Leave
       to File Late Administrative Claims (Docket No. 4763)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 4764)

Objection
Deadline:        September 18, 2009 at 4:00 p.m.,
                 extended for the Debtors until January
                 21, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                None at the time of filing this agenda

Status:               This matter has been adjourned to
                      January 28, 2010 at 11:00 a.m.

14.   Movant Ashley Isaac's Motion to Allow Existing Late
      Proof of Claim as Valid (Docket No. 5008)

      Objection
      Deadline:       September 22, 2009 at 11:00 a.m.,
                      extended for the Debtors until January
                      21, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to
                      January 28, 2010 at 11:00 a.m.

15.   Motion of OmniMount Systems, Inc. for Reconsideration
      of the Court's August 20, 2009 Order on the Debtors'
      Twentieth Omnibus Objection for the Purpose of Vacating
      the Reclassification of OmniMount Systems, Inc.'s
      503(B)(9) Claim (Docket No. 5010)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified to Unsecured Claims of
            Certain Claims Filed as 503 (B) (9) Claims for
            Goods Received by the Debtors Not Within Twenty
            Days of the Commencement of the Case (Docket No.
            4576)

      b.    Notice of Motion and Hearing (Docket No. 5012)

      c.    Exhibits A and B to Motion of OmniMount Systems,
            Inc. for Reconsideration (Docket No. 5014)

Objection
Deadline:          October 8, 2009 at 4:00 p.m., extended
                   until January 21, 2010 at 4:00 p.m. for
                   the Debtors

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   January 28, 2010 at 11:00 a.m.

16.   Debtors' Motion for Entry of Order Pursuant to
      Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
      and Bankruptcy Rules 4001 and 6006, and Local
      Bankruptcy Rule 4001 (I) Authorizing Rejection of
      Surety Bonds, (II) Modifying the Automatic Stay for the
      Limited Purpose of Allowing Safeco Insurance Company of
      America to Commence Cancellation of Surety Bonds, (III)
      Establishing Surety Bond Claim Deadline, and (IV)
      Granting Related Relief (Docket No. 5114)

      Objection
      Deadline:          October 7, 2009 at 4:00 p.m., extended
                         until October 28, 2009 at 4:00 p.m. for
                         Safeco Insurance Company

      Objections/
      Responses
      Filed:

      a.    Response of United States Customs and Border
            Protection to Debtors' Motion (Docket No. 5386)

      b.    Safeco Insurance Company of America's Objection to
            Debtors' Motion (Docket No. 5390)

      Status:            This matter has been adjourned to
                         January 28, 2010 at 11:00 a.m.

17.   Motion of Marblegate Asset Management, LLC for
      Allowance and Payment of Administrative Expense Claim
      (Claim No. 1385) (Docket No. 5430)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5431)

Objection
Deadline:         November 16, 2009 at 4:00 p.m., extended
                  for the Debtors until January 7, 2010 at
                  4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to
                  January 14, 2010 at 2:00 p.m.

18.   Motion of Marblegate Asset Management, LLC for
      Allowance and Payment of Administrative Expense Claim
      (Claim No. 1225) (Docket No. 5432)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 5433)

      Objection
      Deadline:         November 16, 2009 at 4:00 p.m., extended
                        for the Debtors until January 7, 2010 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to
                        January 14, 2010 at 2:00 p.m.

19.   Motion for Relief from Automatic Stay, by Nancy and
      Charles Booth (Docket No. 5597)

      Objection
      Deadline:         November 24, 2009 at 4:00 p.m., extended
                        until December 14, 2009 at 4:00 p.m. for
                        the Debtors.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    January 28, 2010 at 11:00 a.m.

20.  Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to
     Compel Debtor to Assume Executory Contract (Docket No.
     5648)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 5651)

     Objection
     Deadline:          November 30, 2009 at 11:59 p.m.,
                        extended for the Debtors until January
                        21, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to
                        January 28, 2010 at 11:00 a.m.

**III.  UNCONTESTED MATTERS**

21.  Debtors' Motion for an Order Under 11 U.S.C. § 105(a)
     and Fed. R. Bankr. P. 9006(b) Further Extending the
     Time Period Within Which the Debtors May Remove Actions
     Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027
     (Docket No. 6050)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 6051)

     Objection
     Deadline:          December 17, 2009 at 4:00 p.m.

```
Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.
```

**IV.   CONTESTED MATTERS**

22.  Motion of Export Development Canada for Allowance of
     the Late Filed Administrative Expense Claim (Docket No.
     2960)

```
     Objection
     Deadline:        April 21, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:
```

   a.   Debtors' Preliminary Objection to Motion for
        Allowance of the Late Filed Administrative Expense
        Claim of Export Development Canada (Docket No. 3131)

   b.   Reply to Debtors' Preliminary Objection to Motion
        for Allowance of the Late Filed Administrative
        Expense Claim (Docket No. 3152)

   c.   Debtors' Amended Preliminary Objection to Motion for
        Allowance of the Late Filed Administrative Expense
        Claim of Export Development Canada (Docket No. 3154)

```
     Status:          This matter was previously heard on
                      December 7, 2009 and is scheduled for
                      hearing to further address unresolved
                      discovery disputes.  This matter is
                      going forward on the merits on January
                      14, 2010 at 2:00 p.m.
```

**V.   CONFIRMATION MATTERS**

23.  Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363(b) and 503(c)(3) Approving a Wind
     Down Incentive and Retention Plan and Authorizing
     Payment of Wind Down Incentive and Retention Pay
     (Docket No. 2008)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2011)

b.    Order Granting Motion to File Documents Under Seal
      (Docket No. 2395)

c.    Order Under Bankruptcy Code Sections 105, 363(b)
      and 503(c)(3) Approving a Wind Down Incentive and
      Retention Plan and Authorizing Payment of Wind
      Down Incentive Pay to Plan Participants (Docket
      No. 2757)

Objection
Deadline:      February 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Letter Objection of Barbara Gillis (Docket No.
      2254)

b.    Informal Objection by the Committee

c.    United States Trustee's Objection to the Debtors'
      Motion for an Order Approving the Wind Down
      Incentive and Retention Plan and Authorizing
      Payment of Wind Down Incentive and Retention Pay
      (Docket No. 2287)

Status:        The Court has entered an order partially
               approving the relief requested by the
               Motion.  The relief requested with
               respect to James Marcum is scheduled to
               go forward on the merits on January 14,
               2010 at 2:00 p.m.

24.   First Amended Joint Plan of Liquidation of Circuit city
      Stores, Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5124)

Related
Documents:

a.      Notice of (1) Approval of Disclosure Statement;
        (2) Hearing on Confirmation of Plan; (3) Deadline
        and Procedures for Filing Objections to
        Confirmation of Plan; (4) Treatment of Certain
        Unliquidated or Disputed Claims for Notice, Voting
        and Distribution Purposes; (5) Deadline and
        Procedures for Temporary Allowance of Certain
        Claims for Voting Purposes; (6) Record Date; (7)
        Voting Deadline for Receipt of Ballots; and (8)
        Proposed Release, Injunction and Exculpation in
        the Plan (Docket No. 5121)

b.      Notice of Filing Plan Exhibits (Docket No. 5548)

c.      Notice of Continued Hearing on Confirmation of the
        Plan (Docket No. 5799)

Objection
Deadline:       November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Treasurer of Douglas County Colorado's Objections
        to Confirmation of the August 24, 2009 Joint Plan
        of Liquidation (Docket Nos. 5145, 5163, 5684)

b.      Texas Comptroller's Objection to Confirmation of
        First Amended Joint Plan of Reorganization (Docket
        Nos. 5168, 5221)

c.      Objections to the "Plan" for Claim 13082, by Bruce
        Senator (Docket No. 5331)

d.      Prince George's County, Maryland Objection to
        Debtor's First Amended Joint Plan of Liquidation
        (Docket Nos. 5526, 5589, 5637)

e.      Charles County, Maryland Objection to Debtors'
        First Amended Joint Plan of Liquidation (Docket
        Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department
      of Revenue Services to the Debtors' Joint First
      Amended Plan of Reorganization (Docket No. 5596,
      5708)

g.    The Florida Tax Collectors for the Counties of
      Palm Beach, Hernando, Highlands, Lee, Indian
      River, Bay, Okaloosa, Brevard, Polk, Manatee,
      Orange, Marion, Pinnellas and Osceola Counties
      Objection to Confirmation of First Amended Joint
      Plan of Reorganization (Docket No. 5603, 5624)

h.    Commonwealth of Virginia Department of Taxation's
      Objection to Confirmation (Docket No. 5609)

i.    Maricopa County Treasurer's Objection to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5627, 5728)

j.    Objection of Certain Texas Taxing Authorities to
      Confirmation of Circuit City Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and
      Its Official Committee of Creditors Holding
      General Unsecured Claims' First Amended Joint Plan
      of Liquidation Dated September 24, 2009 (Docket
      No. 5631, 5694)

k.    Objection of Lewisville Independent School
      District to Confirmation of the First Amended
      Joint Plan of Liquidation of Circuit City Stores,
      Inc. and Its Affiliated Debtors and Debtors in
      Possession and Its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5644,
      5711)

l.    Objection of Nancy and Charles Booth Confirmation
      of the First Amended Joint Plan of Liquidation of
      Circuit City Stores Inc and Its Affiliated Debtors
      and Debtors in Possession and Its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket No. 5645, 5701)

m.    Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
      to Confirmation of the First Amended Joint Plan of
      Liquidation of Circuit City Stores Inc and Its
      Affiliated Debtors and Debtors in Possession and
      Its Official Committee of Creditors Holding
      General Unsecured Claims (Docket No. 5647)

n.    Objection of LG Electronics USA, Inc. to
      Confirmation of Chapter 11 Plan of Liquidation
      (Docket No. 5652, 5730)

o.    Objection by Eastman Kodak Company to Confirmation
      of the First Amended Joint Plan of Liquidation of
      Circuit City Stores, Inc. and Its Affiliated
      Debtors and Debtors in Possession and Its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket No. 5655)

p.    Objection by Commissioner of Massachusetts
      Department of Revenue to Confirmation of First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5657, 5743)

q.    Objection of Envision Peripherals, Inc. to
      Confirmation of Chapter 11 Plan of Liquidation
      (Docket No. 5659, 5732)

r.    Objection to Confirmation of Chapter 11 Plan by
      United States Customs and Border Protection
      (Docket No. 5661)

s.    Objection of the United States of America,
      Internal Revenue, to Confirmation of First Amended
      Joint Plan of Liquidation of Circuit city Stores,
      Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5664,
      5725)

t.    Pima County's Objection to the First Amended Plan
      of Liquidation of Circuit City Stores, Inc. and

Its Affiliated Debtors and Debtors In Possession
and Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5665)

u.   Objection of Paramount Home Entertainment Inc. to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5667, 5737)

v.   Objection of Monterey County, Placer County,
Riverside County and San Bernardino County,
California, Collectively The California Taxing
Authorities to Confirmation of Circuit City Stores
and Its Affiliated Debtors Et Al in Its First
Amended Joint Plan of Liquidation (Docket No.
5671, 5741)

w.   Travis County Texas Objection to Confirmation
(Docket No. 5672)

x.   Limited Objection Of THQ, Inc. To First Amended
Joint Plan of Liquidation (Docket No. 5677)

y.   Objection of DeSoto County, Mississippi to the
Debtors' Joint First Amended Plan of Liquidation
(Docket No. 5679)

z.   Samsung America Electronics, Inc.'s Objection to
Confirmation of the Debtors' First Amended Joint
Plan of Liquidation (Docket No. 5681, 5826)

aa.  Limited Objection of Henrico County, Virginia to
Debtors' First Amended Joint Plan of Liquidation
(Docket Nos. 5682, 5838)

bb.  Joinder of Apex Digital, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to
Confirmation of Debtors' Chapter 11 Plan of
Liquidation (Docket No. 5683)

cc.  Florida Tax Collector for Miami-Dade County
Objection to Confirmation of the Debtors' First
Amended Joint Plan of Liquidation (Docket Nos.

5685, 5868)

dd.   Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation, by Vincent E.
      Rhynes (Docket No. 5686)

ee.   DIRECTV, Inc.'s Limited Objection to Confirmation
      of the Debtors' Plan (Docket Nos. 5689, 5789)

ff.   Joinder of Olympus Corporation and Olympus Imaging
      America Inc. in Objections of LG Electronics USA
      Inc., Eastman Kodak Company and Samsung America
      Electronics, Inc. Objection to Confirmation of the
      Debtors' First Amended Joint Plan of Liquidation
      (Docket No. 5690)

gg.   Texas Ad Valoram Tax Claimants (Tax Appraisal
      District of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland
      Central Appraisal District, Taylor Central
      Appraisal District, County of Williamson)
      Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation (Docket No.
      5691)

hh.   Response and Objection of Bethesda Softworks LLC
      to the First Amended Joint Plan of Liquidation of
      Circuit City Stores, Inc. and its Affiliated
      Debtors and Debtors in Possession and its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket No. 5692, 5901)

ii.   Objection of Village of Mount Pleasant, Racine,
      Wisconsin to Discharge (Docket No. 5702)

jj.   Local Texas Tax Authorities (Bexar County, Cameron
      County, Cedar Hill, Cypress Fairbanks ISD, Dallas
      County, Deer Park ISD, El Paso, Fort Bend County,
      Frisco, Galveston County, Grayson County, Gregg
      County, Harris County, Irving ISD, Jefferson
      County, Judson ISD, Katy ISD, McAllen, McAllen
      ISD, McLennan County, Montgomery County, Nueces
      County, Rockwall CAD, Rockwall County, Round Rock
      ISD, Smith County, South Texas College, South

Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk. Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

ll. Limited Objection Of Safeco Insurance Company Of
America To Confirmation Of The First Amended Joint
Plan (Docket No. 5714, 5946)

mm. Joinder of Mitsubishi Digital Electronics America,
Inc. to Objections of Samsung America Electronics,
Inc., LG Electronics USA, Inc. and Eastman Kodak
Company to Confirmation of Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5716)

nn. Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5717, 5782)

oo. Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5720, 5786)

pp. Joinder of Slam Brands, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to
Confirmation of Debtors Chapter 11 Plan of
Liquidation (Docket No. 5726)

qq. Joinder Of Take-Two Interactive Software, Inc. in
Objections of LG Electronics USA Inc., Eastman
Kodak Company and Samsung America Electronics,
Inc. to Confirmation of the Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5727)

rr. Joinder of Stillwater Designs and Audio, Inc. to
Objection to Confirmation of the Debtors First
Amended Joint Plan of Liquidation Filed by Samsung
America Electronics, Inc. (Docket No. 5729, 5787)

ss. Objection of Schimenti Construction Company, LLC

to First Amended Joint Plan of Liquidation (Docket Nos. 5731, 5835)

tt.  Chatham County, Georgia Tax Commissioner's Objections to Confirmation to the Debtor's First Joint Amended Plan of Reorganization (Docket No. 5736)

uu.  Joinder of Paramount Home Entertainment Inc. to Objections to Confirmation of Debtors' Chapter 11 Plan of LG Electronics USA, Inc.; Eastman Kodak Company; Envision Peripherals; And THQ, Inc. (Docket No. 5738)

vv.  Joinder of SouthPeak Interactive, LLC to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5739, 5784)

ww.  Joinder of Cokem International, Inc. to Objections of LG Electronics USA, Inc. and Paramount Home Entertainment Inc. to Confirmation of Debtors' Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.  Marlon Mondragon Objection to Confirmation of Plan (Docket No. 5745)

yy.  Objection of BISSELL Homecare, Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5746)

zz.  FM Facility Maintenance Inc., f/k/a IPT, LLC Objection to Confirmation of Plan (Docket Nos. 5747, 5836)

aaa.  Limited Objection of Alliance Entertainment Corporation, Source Interlink Media, LLC to Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and TeleDynamics LLP Joinder to Objections to Confirmation of Debtors' First Amended Plan of

Liquidation (Docket No. 5756)

ccc.   Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

ddd.   Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee.   Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff.   Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876, 5877)

ggg.   Objection of the Macerich Company, RREEF
Management Company, Cousins Properties
Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

Status:        This matter has been adjourned to
January 28, 2010 at 11:00 a.m.

25.   Motion of Pioneer Electronics Under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5463)

b.    Samsung Electronics America, Inc.'s Motion Under
      Fed. R. Bankr. P. 3020(a) for Order Requiring
      Confirmation Deposit and Joinder to Motion of
      Pioneer Electronics for Same (Docket No. 5614)

c.    Joinder of Apex Digital Inc. and THQ, Inc. to
      Motions of Pioneer Electronics, Inc. and Samsung
      Electronics America, Inc. for an Order Requiring
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5663)

d.    Joinder of Paramount Home Entertainment Inc. to
      Motions of Pioneer Electronics and Samsung
      Electronics America, Inc. for Order Requiring
      Confirmation Deposit Under Fed. R. Bankr. P.
      3020(a) (Docket No. 5668)

e.    Joinder of Bethesda Softworks LLC to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5695)

f.    Amended Notice of Hearing (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Conifrmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

i.      Joinder of BISSELL Homecare, Inc. to Motions of
        Pioneer Electronics, Inc. and Samsung Electronics
        America, Inc. for an Order Requiring a
        Confirmation Deposit Pursuant to Bankruptcy Rule
        3020(a) (Docket No. 5752)

j.      Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:           November 16, 2009 at 4:00 p.m., extended
                    for the Debtors until January 21, 2009

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    January 28, 2010 at 11:00 a.m.

26.  Samsung Electronics America, Inc.'s Motion Under Fed.
     R. Bankr. P. 3020(a) for Order Requiring Confirmation
     Deposit and Joinder to Motion of Pioneer Electronics
     for Same (Docket No. 5614)

     Related
     Documents:

     a.      Motion for an Expedited Hearing (Docket No. 5615)

     b.      Notice of Motion and Hearing (Docket No. 5616)

     c.      Joinder of Apex Digital Inc. and THQ, Inc. to
             Motions of Pioneer Electronics, Inc. and Samsung
             Electronics America, Inc. for an Order Requiring
             Confirmation Deposit Pursuant to Bankruptcy Rule
             3020(a) (Docket No. 5663)

     d.      Joinder of Paramount Home Entertainment Inc. to
             Motions of Pioneer Electronics and Samsung
             Electronics America, Inc. for Order Requiring
             Confirmation Deposit Under Fed. R. Bankr. P.
             3020(a) (Docket No. 5668)

     e.      Joinder of Bethesda Softworks LLC to Motions of
             Pioneer Electronics and Samsung Electronics

America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5695)

f.    Joinder of Cokem International, Inc. to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5734)

g.    Joinder of BISSELL Homecare, Inc. to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5752)

h.    Amended Notice of Motion of Samsung Electronics
America, Inc. Under Fed. R. Bankr. P. 3020(A) for
Order Requiring Confirmation Deposit (Docket No.
5757)

Objection
Deadline:       November 19, 2009 at 4:00 p.m., extended
                for the Debtors until January 21, 2009.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to
                January 28, 2010 at 11:00 a.m.

## VI.  OMNIBUS CLAIMS OBJECTION – UNCONTESTED MATTERS

27.  Debtors' Sixty-First Omnibus Objection
(Reclassification of Certain Alleged 503(b)(9) Claims
to General Unsecured, Non-priority Claims) (Docket No.
5880)

Objection
Deadline:       December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          None

Status:        This matter is going forward.

**VII. OMNIBUS CLAIM OBJECTIONS – STATUS CONFERENCE MATTERS**

28.  Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.    Order on Debtors' Nineteenth Omnibus Objection to
           Claims (Reclassification of Certain Misclassified
           Claims to General Unsecured, Non-Priority Claims)
           (Docket No. 4449)

     b.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4736)

     c.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4758)

     Objection
     Deadline:      July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        Orders have been entered partially
                    sustaining the objection.  **AT THIS
                    HEARING, THE STATUS CONFERENCE IS GOING
                    FORWARD SOLELY WITH RESPECT TO CERTAIN
                    PARTIES LISTED ON THE ATTACHED EXHIBIT
                    A.**  At such status conference, the
                    Debtors intend to advise the Court of
                    their motion for summary judgment, which
                    should be filed prior to the hearing,
                    and will request that a hearing

regarding those claims affected by the
motion for summary judgment go forward
on the merits on January 14, 2010.  The
Debtors have no objection to creditors
participating in the status conference
telephonically.

For all other claims for which the
status conference is not going forward
on the above and the objection is still
pending, this matter is adjourned to
February 24, 2010 at 2:00 p.m.

29.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Third Omnibus Objection
           to Claims (Modification and/or Reclassification of
           Certain Claims) (Docket No. 5192)

     Objection
     Deadline:         September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            See attached Exhibit A.


     Status:           Orders have been entered partially
                       sustaining the objection.  **AT THIS
                       HEARING, THE STATUS CONFERENCE IS GOING
                       FORWARD SOLELY WITH RESPECT TO CERTAIN
                       PARTIES LISTED ON THE ATTACHED EXHIBIT
                       A.**  At such status conference, the
                       Debtors intend to advise the Court of
                       their motion for summary judgment, which
                       should be filed prior to the hearing,
                       and will request that a hearing
                       regarding those claims affected by the
                       motion for summary judgment go forward
                       on the merits on January 14, 2010.  The

Debtors have no objection to creditors
participating in the status conference
telephonically.

For all other claims for which the
status conference is not going forward
on the above and the objection is still
pending, this matter is adjourned to
February 24, 2010 at 2:00 p.m.

30.   Debtors' Sixtieth Omnibus Objection to Claims
      (Disallowance of Certain (i) No Liability (Legal
      Claims); (ii) No Liability (Miscellaneous Claims); and
      (iii) No Liability (Subcontractor Claims)) (Docket No.
      5879)

      Objection
      Deadline:      December 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached <u>Exhibit A</u>.

      Status:        The status hearing is going forward with
                     respect to those claims for which a
                     response was filed.  During the status
                     hearing the Debtors will advise the
                     Court that the status hearing will be
                     adjourned to February 24, 2010 at 2:00
                     p.m. with respect to those claims for
                     which a responses was filed.  **Those
                     parties who filed a response do not need
                     to appear at the hearing. Such parties'
                     rights will not be affected at this
                     hearing.** The Debtors will submit a
                     revised form of order granting the
                     relief sought in the objection with
                     respect to those claims for which no
                     response was filed.

```
Dated: December 17, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia         FLOM LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                     - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
                               Chris L. Dickerson, Esq.
                               155 N. Wacker Drive, Suite 2700
                               Chicago, Illinois 60606-2700
                               (312) 407-0700

                                     - and -

                               MCGUIREWOODS LLP


                               /s/ Douglas M. Foley          .
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession
```

\10285002

## EXHIBIT A

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Thomas Gibson | 3933 | This response will be withdrawn and a supplemental order will be submitted. |
| 19 | Donna M. Kincheloe | 3985 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Landing at Arbor Place II,LLC | 4019 | The Debtors will withdraw their objection and a supplemental order will be submitted. |
| 19 | Imitation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Jack Hernandez | 4027 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | County of Henrico, Virginia | 4062 4108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Walter E. and Sally J. Hartman as Trustees of the Hartman 1995 Ohio Property | 4065 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 21, 2009 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Estate of Joseph Y. Einbinder | 4085 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Laurel Plumbing, Inc. | 4102 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Union County Construction Group, Inc. | 4103 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Seagate Technology LLC | 4115 | **The status hearing is going forward with respect to this response.** |
| 19 | Plantronics, Inc. | 4118 | **The status hearing is going forward with respect to this response.** |
| 19 | Cisco-Linksys LLC | 4120 | **The status hearing is going forward with respect to this response.** |
| 19 | LumiSource, Inc. | 4122 | **The status hearing is going forward with respect to this response.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | The Parkes Companies, Inc. | 4125 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Toshiba America Information Systems, Inc. | 4128 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Toshiba America Consumer Products, L.L.C. | 4141 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Jason W. Martinez | 4142 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Denon Electronics (USA) LLC | 4148 | **The status hearing is going forward with respect to this response.** |
| 19 | Phillip Lee Steele | 4152 | This response was withdrawn (Docket No. 6065) and a supplemental order will be submitted. |
| 19 | Paramount Home Entertainment Inc. | 4154 | **The status hearing is going forward with respect to this response.** |
| 19 | Dish It Up, Inc. | 4156 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Wells Fargo Business Credit, Inc. as assignee of claims from Photoco, Inc. | 4180 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Robert Gentry and all those similarly situated | 4956 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Cyndi Ann Haines | 4829 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Boston Acoustics, Inc. | 4850 | **The status hearing is going forward with respect to this response.** |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Amore Construction Company | 4947 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Ashley Isaac | 6064 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and The Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 60 | Jason W. Martinez | 6087 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

\10244000