**KUTAK ROCK LLP**
Michael A. Condyles (Va. Bar No. 27807)
Kimberly A. Pierro (Va. Bar No. 71362)
Bank of America Center
1111 East Main Street, 8th Floor
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile: (804) 783-6192

**STROOCK & STROOCK & LAVAN LLP**
Julia B. Strickland (*pro hac vice* to be filed)
Stephen J. Newman (*pro hac vice* to be filed)
David W. Moon (*pro hac vice* to be filed)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Chase Bank USA, N.A.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------x

### ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

   **THIS MATTER** comes before the Court upon a request by Chase Bank USA, N.A., on its own behalf and as successor by merger to Bank One Delaware, N.A. ("Chase"), to consider the *Motion to File Certain Documents Under Seal* (the "Motion"), and after a hearing held on October 7, 2009, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other

4823-8349-2100.1

or further notice is necessary, and (iv) it appearing that good cause exists as alleged therein, it is

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted.

2. The *Purchase and Sale Agreement By And Among Circuit City Stores, Inc., First North American National Bank, Tyler International Funding, Inc. and Bank One, Delaware, National Association*, dated as of January 16, 2004 ("PSA") and *Consumer Credit Card Program Agreement By And Between Circuit City Stores, Inc. And Bank One, Delaware, N.A.* (the "Consumer Credit Card Program Agreement," and together with the PSA, the "Agreements") filed as part of the *Response to Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims), in Regard to Claim No. 7065* (the "Response") filed by Chase shall be filed under seal.

3. Chase shall provide a copy of the Agreements to counsel for the Official Committee of Unsecured Creditors and counsel for the Official Committee of Unsecured Creditors agrees to keep the information contained in the Agreements confidential in all respects.

4. Let the Clerk issue copies of this Order to counsel of record.

ENTERED: Dec 14 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY COURT JUDGE

Entered on Docket:  Dec 15 2009

4823-8349-2100.1                                            2

Order submitted by:

/s/ Kimberly A. Pierro
**KUTAK ROCK LLP**
Michael A. Condyles (Va. Bar No. 27807)
Kimberly A. Pierro (Va. Bar No. 71362)
Bank of America Center
1111 East Main Street, 8th Floor
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile: (804) 783-6192


**STROOCK & STROOCK & LAVAN LLP**
Julia B. Strickland (*pro hac vice* to be filed)
Stephen J. Newman (*pro hac vice* to be filed)
David W. Moon (*pro hac vice* to be filed)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
*Attorneys for Chase Bank USA, N.A.*


Agreed:



/s/ Douglas M. Foley
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
(757) 640-3715
(fax)(757) 640-3957
dfoley@mcguirewoods.com

and

Gregg M. Galardi, Esq.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302) 651-3000
*Attorneys for the Debtors*

4823-8349-2100.1                                      3

Agreed:

/s/ Paula S. Beran
Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300
(fax)804-783-0178
ltavenner@tb-lawfirm.com

and

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910
jpomerantz@pszjlaw.com
*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF ENDORSEMENT

Pursuant to the Local Rules, I certify under penalty of perjury that all necessary parties have endorsed this Order:

By: ___/s/ Kimberly A. Pierro_____
**KUTAK ROCK LLP**
Michael A. Condyles (Va. Bar No. 27807)
Kimberly A. Pierro (Va. Bar No. 71362)
Bank of America Center
1111 East Main Street, 8th Floor
Richmond, Virginia 23219
Telephone: (804) 343-5227
Facsimile:  (804) 783-6192


**STROOCK & STROOCK & LAVAN LLP**
Julia B. Strickland (*pro hac vice* to be filed)
Stephen J. Newman (*pro hac vice* to be filed)
David W. Moon (*pro hac vice* to be filed)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
*Attorneys for Chase Bank USA, N.A.*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Dec 15, 2009
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Dec 17, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2009**              **Signature:** *Joseph Speetjens*