**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

## PROCEDURAL INSTRUCTIONS ON APPEALS

**Time for Designating Record on Appeal**:

1. Within **14 days** after filing the notice of appeal or entry of an order granting leave to appeal, the appellant(s) shall file with the Clerk of the Bankruptcy Court and serve on the appellee(s) a designation of the items to be included in the record on appeal and a statement of the issues to be presented. (Federal Rule of Bankruptcy Procedure 8006) **The designation shall include the style of the pleadings, the date filed and the document number, if any, which may be obtained from the case or proceeding docket maintained in the Clerk's Office.**

2. Within **14 days** after the service of the statement of the appellant(s), the appellee(s) may file and serve on the appellant(s), a designation of additional items to be included in the record on appeal, and if the appellee has filed a cross appeal, the appellee as cross appellant shall file and serve a statement of the issues to be presented on the cross appeal and a designation of additional items to be included in the record. A cross appellee may, within **14 days** of service of the statement of the cross appellant, file and serve on the cross appellant a designation of additional items to be included in the record. (Federal Rule of Bankruptcy Procedure 8006) **The designation shall include the style of the pleadings, the date filed and the document number, if any, which may be obtained from the case or proceeding docket maintained in the Clerk's Office.**

3. Upon failure of the parties to file written designation of the record with the Clerk within **14 days** after the notice of appeal is filed, the Clerk shall forward to the proper appellate court a certification that no designation of record was filed as required under Federal Rule of Bankruptcy Procedure 8006. (Local Bankruptcy Rule 8006-1)

4. If the record designated by any party includes an unfiled transcript of any proceeding or a part thereof, the designating party shall immediately order the transcript from the court reporter and copy and make satisfactory arrangements for payment of its cost. (See Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 5077-1)

      Bankruptcy Court Reporters:   **J & J Court Transcribers, Inc**.
                                                  **(609) 586-2311**

**The appellant(s) and appellee(s) should indicate in the designation the date transcripts are ordered**.

**Copies of designated items for inclusion in the record on appeal shall be filed conventionally in accordance with Local Bankruptcy Rule 8006-1(C) and the Administrative Procedures Exhibit to Standing Order No. 02-2:**

The party filing a designation of items to be included in the record on appeal shall file with the designation either:
    (1)    a complete and correct copy of all items designated, **OR**
    (2)    a copy request form for the court's authorized copy service. Copy request forms are available from the Clerk's Office upon request.

**For more specific information on the appeal process, refer to 28 U.S.C. 158; Part VIII of the Federal Rules of Bankruptcy Procedure; and Local Bankruptcy Rules 5077-1, 8005-1 and 8006-1.**

[appinsr ver. 12/09]