## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2009, a true and accurate copy of the foregoing **Notice of Appeal** was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached service list.

/s/ *June Yeum*
June Yeum
Duane Morris LLP
1540 Broadway
New York, New York 10036
212-692-1070

# **SERVICE LIST**

**Counsel for Debtors:**

Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL  60606

**Counsel for United States Trustee:**

Robert B. Van Arsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for Official Committee of Unsecured Creditors:**

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100

John M. Brom, Esquire
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Ste. 1600
Chicago, IL 60604-2827

John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017