Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
P.O. Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' FORTY-EIGHTH OMNIBUS
OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES
AND 503(b)(9) CLAIMS AND MOTION FOR (I) AUTHORITY
TO SETOFF AGAINST SUCH EXPENSES AND CLAIMS
AND (II) A WAIVER OF THE REQUIREMENT THAT THE FIRST HEARING
ON ANY RESPONSE PROCEED AS A STATUS CONFERENCE**

THIS MATTER having come before the Court on the Debtors' Forty-Eighth Omnibus Objection To Certain Administrative Expenses And 503(B)(9) Claims And Motion For (I) Authority To Setoff Against Such Expenses And Claims

And (Ii) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (the "Objection"),[1] which requested, among other things, that the claims identified on Exhibit C attached to the Objection be reduced as identified on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and, for the reasons set forth in this Court's Memorandum Opinion and Order dated December 3, 2009,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED as to those parties set forth on <u>Exhibit A</u> attached hereto and incorporated herein.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> attached hereto and incorporated herein is hereby adjourned to January 14, 2010 at 2:00 p.m. (Eastern) or until such later time as agreed by the parties or ordered by the Court.

3. The Objection to the claim identified on <u>Exhibit C</u> attached hereto and incorporated herein is withdrawn;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

provided, however, that the Debtors' rights to object to such claim on any grounds that governing law permits is not waived and expressly reserved.

4. The Debtors' are authorized to exercise their setoff rights in order to offset Circuit City's Receivables against each of the Administrative Expenses identified on Exhibit A attached hereto in the manner provided therein.

5. The 503(b) Administrative Expenses set forth on Exhibit A are reduced as provided in Exhibit A.

6. The 503(b)(9) Claims set forth on Exhibit A are reduced as provided in Exhibit A.

7. In the event the Debtors determine that any Administrative Expense set forth in the Objection is overstated, the Debtors' rights to obtain payment of the amount of the Receivable offset against the overstated amount of the Claim are not waived and are expressly reserved.

8. The Debtors' rights to seek to avoid any transfers under 11 U.S.C. §§ 547, 553 or any other section of the Bankruptcy Code or applicable law with respect to the Claimants are not waived and are expressly reserved.

9. For those parties who filed a response, the requirement that this Court hold a status conference at the

3

first hearing, as set forth in the Omnibus Objection Procedures Order, is hereby waived.

10. To the extent any Receivable remains after the offsets contemplated by the Objection are effectuated, the Debtors' rights to obtain payment of any remaining Receivable, or offset the Receivable against other claims filed by the Claimants, are not waived and are expressly reserved.

11. The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to the Administrative Expenses included in the Objection or any other claims that have been or may be asserted against the Debtors on any grounds governing law permits, and to seek reduction of any claim to the extent such claim has been paid, are not waived and are expressly reserved.

12. This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

5

13. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia

_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley_____
                                      Douglas M. Foley

\10196155

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>AMERICAN FUTURE TECHNOLOGY<br>SUSAN HOU<br>11581 FEDERAL DRIVE<br>EL MONTE, CA 91731 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1279<br>Date Filed: 12/18/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>AMERICAN FUTURE TECHNOLOGY<br>SUSAN HOU<br>11581 FEDERAL DRIVE<br>EL MONTE, CA 91731 | Docketed Amount*: $15,994.99<br>Total Receivables: $11,424.00<br>Modified Amount: $4,570.99 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>ARCHOS INC<br>7951 E MAPPLEWOOD AVE STE 260<br>GREENWOOD VILLAGE, CO 80111 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 441<br>Date Filed: 12/01/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>ARCHOS INC<br>7951 E MAPPLEWOOD AVE STE 260<br>GREENWOOD VILLAGE, CO 80111 | Docketed Amount*: $278,250.00<br>Total Receivables: $343,356.67<br>Modified Amount: $0.00 | $65,106.67 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Page 1 of 8

Case 08-35653-KRH   Doc 6126   Filed 12/18/09   Entered 12/18/09 13:55:00   Desc Main
Document      Page 8 of 20

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: 13754<br>Date Filed: 6/25/2009<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>EBC MARKETING INC<br>45 STERLING ST<br>WEST BOYLSTON, MA 01583-1200 | Docketed Amount*: $25,735.20<br>Total Receivables: $1,181.16<br>Modified Amount: $24,554.04 | Claim Number: 452<br>Date Filed: 12/01/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>EB CARLSON MARKETING<br>45 STERLING ST<br>WEST BOYLSTON, MA 01583 | Docketed Amount*: $43,047.90<br>Total Receivables: $0.00<br>Modified Amount: $43,047.90 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 4257<br>Date Filed: 01/23/2009<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Docketed Amount*: $20,097.36<br>Total Receivables: $950.00<br>Modified Amount: $19,147.36 | $0.00 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1026<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $82.00<br>Total Receivables: $31,011.12<br>Modified Amount: $0.00 | $30,929.12 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1338<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $18.75<br>Total Receivables: $30,929.12<br>Modified Amount: $0.00 | $30,910.37 |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Case 08-35653-KRH   Doc 6126   Filed 12/18/09   Entered 12/18/09 13:55:00   Desc Main
Document   Page 10 of 20

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1341<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $41.00<br>Total Receivables: $30,910.37<br>Modified Amount: $0.00 | $30,869.37 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1066<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $23.50<br>Total Receivables: $30,869.37<br>Modified Amount: $0.00 | $30,845.87 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Case 08-35653-KRH  Doc 6126  Filed 12/18/09  Entered 12/18/09 13:55:00  Desc Main
Document  Page 11 of 20

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 970<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $53.00<br>Total Receivables: $30,845.87<br>Modified Amount: $0.00 | $30,792.87 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 969<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $18.75<br>Total Receivables: $30,792.87<br>Modified Amount: $0.00 | $30,774.12 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Case 08-35653-KRH  Doc 6126  Filed 12/18/09  Entered 12/18/09 13:55:00  Desc Main
Document  Page 12 of 20

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1067<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>INTERACTIVE TOY CONCEPTS INC<br>1192 MARTIN GROVE RD<br>TORONTO, ON M9W 5M9<br>CANADA | Docketed Amount*: $24.50<br>Total Receivables: $30,774.12<br>Modified Amount: $0.00 | $30,749.62 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>I TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>AIIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 788<br>Date Filed: 12/11/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>I TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>AIIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | Docketed Amount*: $12,999.00<br>Total Receivables: $371.00<br>Modified Amount: $12,628.00 | $0.00 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 686<br>Date Filed: 12/09/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | Docketed Amount*: $993.63<br>Total Receivables: $71.06<br>Modified Amount: $922.57 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>PHILIPS LIGHTING COMPANY<br>TERRY LANDRIGAN<br>PO BOX 100194<br>ATLANTA, GA 30384-0194 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1007<br>Date Filed: 12/16/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>PHILIPS LIGHTING COMPANY<br>TERRY LANDRIGAN<br>PO BOX 100194<br>ATLANTA, GA 30384-0194 | Docketed Amount*: $599.40<br>Total Receivables: $413.92<br>Modified Amount: $185.48 | $0.00 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | | REMAINING RECEIVABLES |
|---|---|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>SP RICHARDS COMPANY<br>5400 HIGHLANDS PKY<br>SMYRNA, GA 30082 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | N/A<br><br>N/A<br><br>N/A | Claim Number: 476<br>Date Filed: 12/08/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>SP RICHARDS COMPANY<br>5400 HIGHLANDS PKY<br>SMYRNA, GA 30082 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | $4,640.39<br><br>$886.93<br><br>$3,753.46 | $0.00 |
| | **Total Docketed Amount:** | **$25,735.20** | | **Total Docketed Amount:** | **$376,884.17** | |
| | **Total Modified Amount:** | **$24,554.04** | | **Total Modified Amount:** | **$84,255.76** | |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Page 8 of 8

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims

Objection To Certain Administrative Expenses And 503(B)(9) Claims - Adjourned

**EXHIBIT B**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>ACTIONTEC<br>TONG KHUC<br>760 NORTH MARY AVE<br>SUNNYVALE, CA 94085 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 501<br>Date Filed: 12/01/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>ACTIONTEC<br>TONG KHUC<br>760 NORTH MARY AVE<br>SUNNYVALE, CA 94085 | Docketed Amount*: $18,349.38<br>Total Receivables: $8,117.24<br>Modified Amount: $10,232.14 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>AVERATEC INC TRIGEM USA INC<br>1231 E DYER RD STE 150<br>SANTA ANA, CA 92705 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 111<br>Date Filed: 12/02/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>AVERATEC INC TRIGEM USA INC<br>1231 E DYER RD STE 150<br>SANTA ANA, CA 92705 | Docketed Amount*: $193,032.00<br>Total Receivables: $197,914.12<br>Modified Amount: $0.00 | $4,882.12 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Page 1 of 5

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Adjourned

**EXHIBIT B**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | | REMAINING RECEIVABLES |
|---|---|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>COHESION PRODUCTS INC<br>895 DOVE ST STE 310<br>NEWPORT BEACH, CA 92660 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | N/A<br>N/A<br>N/A | Claim Number: 1138<br>Date Filed: 12/15/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>COHESION PRODUCTS INC<br>895 DOVE ST STE 310<br>NEWPORT BEACH, CA 92660 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | $223,062.84<br>$4,010.64<br>$219,052.20 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 7TH FL<br>RUTHERFORD, NJ 07070 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | N/A<br>N/A<br>N/A | Claim Number: 1382<br>Date Filed: 12/19/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 7TH FL<br>RUTHERFORD, NJ 07070 | Docketed Amount*:<br>Total Receivables:<br>Modified Amount: | $1,261,318.48<br>$1,790,353.70<br>$0.00 | $529,035.22 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims

Objection To Certain Administrative Expenses And 503(B)(9) Claims - Adjourned

**EXHIBIT B**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 651<br>Date Filed: 12/02/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065 | Docketed Amount*: $48,984.00<br>Total Receivables: $140,013.33<br>Modified Amount: $0.00 | $91,029.33 |
| Claim Number: 13676<br>Date Filed: 6/26/2009<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>TIVO INC<br>2160 GOLD ST<br>ALVISO, CA 95002 | Docketed Amount*: $166,530.00<br>Total Receivables: $781,140.00<br>Modified Amount: $0.00 | Claim Number: 1222<br>Date Filed: 12/18/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>TIVO INC<br>DOUG BIETER<br>2160 GOLD ST<br>ALVISO, CA 95002-2160 | Docketed Amount*: $35,400.00<br>Total Receivables: $614,610.00<br>Modified Amount: $0.00 | $579,210.00 |

* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Case 08-35653-KRH    Doc 6126    Filed 12/18/09    Entered 12/18/09 13:55:00    Desc Main
Document    Page 18 of 20

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims

Objection To Certain Administrative Expenses And 503(B)(9) Claims - Adjourned

**EXHIBIT B**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 7TH FL<br>RUTHERFORD, NJ 07070 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1059<br>Date Filed: 12/15/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 7TH FL<br>RUTHERFORD, NJ 07070 | Docketed Amount*: $446,517.08<br>Total Receivables: $282,809.77<br>Modified Amount: $163,707.31 | $0.00 |
| Claim Number: 13330<br>Date Filed: 6/12/2009<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>UNITED STATES DEBT RECOVERY LLC<br>PO BOX 5241<br>INCLINE VILLAGE, NV 89450 | Docketed Amount*: $157,310.43<br>Total Receivables: $4,781.83<br>Modified Amount: $152,528.60 | Claim Number: 720<br>Date Filed: 12/09/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>UNITED STATES DEBT RECOVERY LLC<br>940 SOUTHWOOD BL STE 101<br>INCLINE VILLAGE, NV 89451-7401 | Docketed Amount*: $12,205.01<br>Total Receivables: $0.00<br>Modified Amount: $12,205.01 | $0.00 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

Case 08-35653-KRH    Doc 6126    Filed 12/18/09    Entered 12/18/09 13:55:00    Desc Main
Document    Page 19 of 20

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims  
Objection To Certain Administrative Expenses And 503(B)(9) Claims - Adjourned

**EXHIBIT B**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S NAME AND ADDRESS | ADMINISTRATIVE CLAIM | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>VONWIN CAPITAL MANAGEMENT, LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1310<br>Date Filed: 12/18/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>VONWIN CAPITAL MANAGEMENT, LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701 | Docketed Amount*: $37,996.00<br>Total Receivables: $12,059.98<br>Modified Amount: $25,936.02 | $0.00 |
| Claim Number: N/A<br>Date Filed: N/A<br>Docketed Debtor: N/A<br><br>VONWIN CAPITAL MANAGEMENT, LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701 | Docketed Amount*: N/A<br>Total Receivables: N/A<br>Modified Amount: N/A | Claim Number: 1342<br>Date Filed: 12/17/2008<br>Docketed Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br><br>VONWIN CAPITAL MANAGEMENT, LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701 | Docketed Amount*: $185,328.00<br>Total Receivables: $22,548.04<br>Modified Amount: $162,779.96 | $0.00 |

|  | Total Docketed Amount: | $323,840.43 | Total Docketed Amount: | $2,462,192.79 |
|---|---|---|---|---|
|  | Total Modified Amount: | $152,528.60 | Total Modified Amount: | $593,912.64 |

\* Claims filed, adjourned or ordered on prior omnibus objections are reflected at the modified amount

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Eighth Omnibus Objection to Claims Objection To Certain Administrative Expenses And 503(B)(9) Claims - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, LP ATTN ROGER VON SPIEGEL MANAGING DIRECTOR 261 FIFTH AVE 22ND FL NEW YORK, NY 10016-7701 | 234 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $20,693.04 UNL $20,693.04 | 11/28/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | $20,693.04 |
|---|---|---|---|

\*     "UNL" denotes an unliquidated claim.

Page 1 of 1