Gregg M. Galardi, Esq.Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &MCGUIREWOODS LLP
FLOM, LLPOne James Center
One Rodney Square901 E. Cary Street
PO Box 636Richmond, Virginia 23219
Wilmington, Delaware 19899-0636(804) 775-1000
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION
TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient

and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A – Late 503(b)(9)Claims – Ordered</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B – Late 503(b)(9) Claims – Adjourned</u> as attached hereto and incorporated herein, is hereby adjourned to January 14, 2009, at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

3. The Debtors' rights to object to any claim, including (without limitation) the Late Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2009

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                   _/s/ Douglas M. Foley_____
                                   Douglas M. Foley

\10273056.1

Case 08-35653-KRH    Doc 6131    Filed 12/18/09    Entered 12/18/09 14:17:41    Desc Main
Document    Page 5 of 8

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims  
Late 503(B)(9) Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADDRESSOGRAPH BARTIZAN<br>450 WEAVER ST<br>ROCKY MOUNT, VA 24151 | 1866 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 298.30<br>Unsecured:<br>Total: $298.30 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANN TAYLOR INC<br>C O CHRIS SHULTZ<br>476 WHEELERS FARMS RD<br>MILFORD, CT 06461 | 1883 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANTOWI, CHRISTINE<br>147 MOTT ST<br>OCEANSIDE, NY 11572 | 12260 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 04/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BIR SINGH<br>3308 PEMBERTON CREEK CT<br>RICHMOND, VA 23233 | 11971 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 3,701.33<br>Unsecured:<br>Total: $3,701.33 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CADLE JR, HENRY W<br>2040 BOCCIONI LN<br>CLOVES, CA 93611 | 12252 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 332.49<br>Unsecured:<br>Total: $332.49 | 04/10/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| EDWARDS, TERRY E<br>PO BOX 45285<br>BATON ROUGE, LA 70895 | 12139 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): UNL<br>Unsecured:<br>Total: UNL | 04/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6131    Filed 12/18/09    Entered 12/18/09 14:17:41    Desc Main
Document    Page 6 of 8

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims
Late 503(B)(9) Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ELIZABETH ANN PETERS<br>02002 COUNTY LINE RD<br>AUBURNDALE, WI 54412 | 12126 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 823.13<br>Unsecured:<br>Total: $823.13 | 04/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LARRY K HEITMAN<br>300 LILA LN<br>ATHENS, TX 75751 | 12117 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 200.00<br>Unsecured:<br>Total: $200.00 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARIA QUIROGA<br>121 09 LINDEN BLVD<br>SOUTH OZONE PARK, NY 11420 | 11941 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 509.33<br>Unsecured:<br>Total: $509.33 | 03/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MICHAEL J CLOUKEY<br>22 MAPLE ST<br>TURNERS FALLS, MA 01376 | 12151 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 2,500.00<br>Unsecured:<br>Total: $2,500.00 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDWAY<br>BANK OF AMERICA LOCKBOX SVC<br>15218 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 1848 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 47,960.00<br>Unsecured:<br>Total: $47,960.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARADA, CELIA<br>10213 WOOD DR<br>ROWLETT, TX 75089 | 12308 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): 430.02<br>Unsecured:<br>Total: $430.02 | 04/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6131    Filed 12/18/09    Entered 12/18/09 14:17:41    Desc Main
Document    Page 7 of 8

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims
Late 503(B)(9) Claims - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RAYMOND HANDLING CORP<br>41400 BOYCE RD<br>FREMONT, CA 94538-3152 | 1884 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  6,391.98<br>Unsecured:<br>Total:  $6,391.98 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIRICO, RUSSELL<br>529 JERSEY AVE<br>GREENWOOD LK, NY 10925 | 11695 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  324.36<br>Unsecured:<br>Total:  $324.36 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNIWEST MANAGEMENT SERVICES INC OWNER OR AGENT FOR BATTLEFIELD FE LIMITED PARTNER T A FORT EVANS PLAZA II LEESBURG VA<br>C O DAVID L POLLACK ESQ<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>1735 MARKET ST 51ST FL<br>PHILADELPHIA, PA 19103 | 12990 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  76,471.05<br>Unsecured:<br>Total:  $76,471.05 | 05/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILSON, LENORAH<br>2833 VICTORIA ST<br>PHILADELPHIA, PA 19107 | 11986 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  7,500.00<br>Unsecured:<br>Total:  $7,500.00 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ZUNIGA, ARCADIO<br>8601 BROADWAY ST NO 2032<br>HOUSTON, TX 77061 | 11513 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):  1,042.08<br>Unsecured:<br>Total:  $1,042.08 | 02/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    17             **$148,484.07**

\* "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIMPLETECH A FABRIK COMPANY<br>ALAN DOCHERTY DIRECTOR OF SALES FINANCE<br>1830 E WARNER AVE<br>SANTA ANA, CA 92705 | 11495 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$224,330.32<br><br><br>$224,330.32 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | $224,330.32 |
|---|---|---|---|

* "UNL" denotes an unliquidated claim.