# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. **08-35653** |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| Ashley Isaac, *pro se* | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter came before the Court upon the Motion For Leave To Appear Hearing Telephonically At The December 21, 2009 Hearing at 10:00 a.m., filed by Ashley Isaac, *pro se*. After review of the Motion and statements therein, the Court finds that (i) adequate notice of the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED, AND DONE** that the motion is **GRANTED**; and it is further **ORDERED** that the motion shall be granted to permit Ashley Isaac, *pro se*, to appear telephonically at the December 21, 2009 Hearing at 10:00 a.m. in the United States Bankruptcy Court For The Eastern District Of Virginia Richmond Division.

ENTERED: _____ 2009

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted,

_____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and an exact copy of the document has been delivered to the following party by certified United States Mail, properly addressed, postage pre-paid

Ashley Isaac, *pro se*

**OF COUNSEL:**
Gregg M. Galardi Esq.
Ian S. Fredericks Esq.
Skadden, Arps, Slate, Meagher & Flom LLP.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636