<pre>
Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
</pre>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

<pre>
- - - - - - - - - - - - - - x
                            :
In re:                      :  Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :  Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - x
</pre>

**ORDER (I) SUSTAINING DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS), (II) SUSTAINING DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS) AND (III) GRANTING DEBTORS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CERTAIN CLAIMS SUBJECT TO (I) THE DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) AND (II) THE DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

Upon the Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) (the "Nineteenth Omnibus Objection"), the Debtors' Thirty-Third Omnibus Objection To Claims (Modification And/Or Reclassification Of Certain Claims) (the "Thirty-Third Omnibus Objection" and together with the "Nineteenth Omnibus Objection, the "Objections") and the Motion For Summary Judgment With Respect To Certain Claims Subject To (I) The Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) And (II) The Debtors' Thirty-Third Omnibus Objection To Claims (Modification And/Or Reclassification Of Certain Claims) (the "Summary Judgment Motion");[1] and the Court having determined that the relief requested in the Objections and Summary Judgment Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Objections and the Summary

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Summary Judgment Motion.

Judgment Motion has been given and that no other or

further notice is necessary; and upon the record herein;

and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Summary Judgment Motion is GRANTED.

2.    The Objections are SUSTAINED as set forth

herein.

3.    Claim No. 7792 (LumiSource, Inc.), Claim

No. 5076 (Cisco-Linksys LLC), Claim No. 9681 (Paramount

Home Entertainment Inc.), Claim No. 9545 (Seagate

Technology LLC), Claim No. 1451 (Denon Electronics (USA)

LLC, Claim No. 5096 (Plantronics Inc.) and Claim No.

5096 (Boston Acoustics, Inc.) (collectively, the

"Reclamation Claims") are reclassified in their entirety

to general unsecured, non-priority claims for all

purposes in these bankruptcy cases.

4.    The Debtors' rights to object to any

claim, including any Reclamation Claim, on any grounds

governing law permits are not waived and are expressly

reserved in their entirety.

       5.    The Debtors shall serve a copy of this Order on the Respondents on or before five (5) business days from the entry of this Order.

       6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated:  Richmond, Virginia
         _____, 2010


       _____
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                         /s/ Douglas M. Foley
                         Douglas M. Foley

606121-Wilmington Server 1A - MSW