| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS**

THIS MATTER having come before the Court on the Debtors' Eighth Omnibus Objection to Certain Late Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  Notwithstanding the Order on Debtors' Eighth Omnibus Objection to Certain Late Claims entered on July 20, 2009 (Docket No. 4170), the Objection to the claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, is withdrawn; <u>provided</u>, <u>however</u>, that the Debtors' rights to object to the claim(s) identified on <u>Exhibit A</u> on any grounds that applicable law permits (other than on the ground that such claim(s) were not filed by the applicable bar date) are not waived and are expressly reserved.

2.  Notwithstanding the Order on Debtors' Eighth Omnibus Objection to Certain Late Claims entered on July 20, 2009 (Docket No. 4170), the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein, are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. With the exception of the claim(s) identified on Exhibit A on the grounds that such claim(s) were not filed by the applicable bar date, the Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4. To the extent that this Order conflicts with the Order on Debtors' Eighth Omnibus Objection to Certain Late Claims entered on July 20, 2009 (Docket No. 4170), this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on Exhibits A and B to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       December ___, 2009
             Dec 16 2009

                              /s/ Kevin Huennekens
                          HONORABLE KEVIN R. HUENNEKENS
                          UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Dec 17 2009

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    _/s/ Douglas M. Foley_____
                                    Douglas M. Foley

In re: Circuit City Stores, Inc, et al.  Debtors' Eighth Omnibus Objection to Claims
Case No. 08-35653-KRH  Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WASTE MANAGEMENT<br>C O JACQUOLYN E MILLS<br>1001 FANNIN STE 4000<br>HOUSTON, TX 77002-0000 | 10927 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$27,545.97<br><br>$27,545.97 | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1            $27,545.97

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims
Supplemental Order On Late Claims To Be Disallowed - Ordered

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WASTE MANAGEMENT<br>C O JACQUOLYN E MILLS<br>1001 FANNIN STE 4000<br>HOUSTON, TX 77002-0000 | 11268 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$27,545.97<br><br>$27,545.97 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $27,545.97

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1              Date Rcvd: Dec 17, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 19, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                    **Signature:**    _Joseph Speetjens_