```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM LLP                            One James Center
One Rodney Square                   901 E. Cary Street
P.O. Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES AND MOTION FOR (I) AUTHORITY TO SETOFF AGAINST SUCH EXPENSES AND (II) A WAIVER OF THE REQUIREMENT THAT THE FIRST HEARING ON ANY RESPONSE PROCEED AS A STATUS CONFERENCE**

THIS MATTER having come before the Court on the Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses And Motion For (I) Authority To Setoff Against Such Expenses And (II) A Waiver Of The

Requirement That The First Hearing On Any Response Proceed As A Status Conference (the "Objection"),[1] which requested, among other things, that the claims identified on Exhibit C attached to the Objection be reduced as identified on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and, for the reasons set forth in this Court's Memorandum Opinion and Order dated December 3, 2009,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED as to those parties set forth on <u>Exhibit A</u> attached hereto and incorporated herein.

2. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> attached hereto and incorporated herein is hereby adjourned to January 14, 2010 at 2:00 p.m. (Eastern) or until such later time as agreed by the parties or ordered by the Court.

3. The Debtors' are authorized to exercise their setoff rights in order to offset Circuit City's Receivables

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

against each of the Administrative Expenses identified on Exhibit A attached hereto in the manner provided therein.

4. The Administrative Expenses set forth on Exhibit A are reduced as provided in Exhibit A.

5. In the event the Debtors determine that any Administrative Expense set forth in the Objection is overstated, the Debtors' rights to obtain payment of the amount of the Receivable offset against the overstated amount of the Administrative Expense are not waived and are expressly reserved.

6. The Debtors' rights to seek to avoid any transfers under 11 U.S.C. §§ 547, 553 or any other section of the Bankruptcy Code or applicable law with respect to the Claimants are not waived and are expressly reserved.

7. For those parties who filed a response, the requirement that this Court hold a status conference at the first hearing, as set forth in the Omnibus Objection Procedures Order, is hereby waived.

8. To the extent any Receivable remains after the offsets contemplated by the Objection are effectuated, the Debtors' rights to obtain payment of any remaining Receivable, or offset the Receivable against other claims

filed by the Claimants, are not waived and are expressly reserved.

9.  The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to the Administrative Expenses included in the Objection or any other claims that have been or may be asserted against the Debtors on any grounds governing law permits, and to seek reduction of any claim to the extent such claim has been paid, are not waived and are expressly reserved.

10. This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

11. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia

_____Dec 18 2009_____, 2009

/s/ Kevin Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Dec 18 2009

4

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                            /s/ Douglas M. Foley
                                            Douglas M. Foley

\10275396

In re: Circuit City Stores, Inc, et al. Debtors' Fiftieth Omnibus Objection To Claims
Case No. 08-35653-KRH — Objection To Certain Administrative Expenses - Modified

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR | RECEIVABLES |
|---|---|---|---|---|
| Claim Number: 14354<br>Date Filed: 06/30/2009<br><br>CYBER POWER SYSTEMS USA INC<br>4241 12TH AVE E STE 400<br>SHAKOPEE, MN 55370 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $163,686.34<br>$305.95<br>$163,380.39 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $0.00 |
| Claim Number: 13277<br>Date Filed: 06/08/2009<br><br>TELEDYNAMICS<br>WENDY WAGNER CONTROLLER<br>2200 WHELESS LN<br>AUSTIN, TX 78723 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $56,480.81<br>$6,168.84<br>$50,311.97 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $0.00 |
| | **Total Docketed:** | $220,167.15 | | |
| | **Total Modified:** | $213,692.36 | | |

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al    Debtors' Fiftieth Omnibus Objection To Claims
Case No. 08-35653-KRH    Objection To Certain Administrative Expenses - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR | RECEIVABLES |
|---|---|---|---|---|
| Claim Number: 13497<br>Date Filed: 06/25/2009<br><br>AUDIOVOX CORPORATION<br>ATTN LORIANN SHELTON<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $225,216.88<br>$635,084.04<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $409,867.16 |
| Claim Number: 14253<br>Date Filed: 06/30/2009<br><br>CYBER POWER SYSTEMS INC<br>WILLIAM J JOANIS ESQ<br>4241 12TH AVE E STE 400<br>SHAKOPEE, MN 55370 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $2,767.50<br>$7,996.55<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $5,229.05 |
| Claim Number: 9984<br>Date Filed: 01/30/2009<br><br>CYBERPOWER SYSTEMS USA INC<br>ATTN GEN COUNSEL<br>4241 12TH AVE E STE 400<br>SHAKOPEE, MN 55379 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $4,923.10<br>$5,229.05<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $305.95 |
| Claim Number: 13327<br>Date Filed: 06/11/2009<br><br>FUJITSU TEN CORP OF AMERICA<br>ATTN EIKO KUBOTA CYWINSKI<br>19600 S VERMONT AVE<br>TORRANCE, CA 90502 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $52,829.50<br>$1,007,252.55<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $954,423.05 |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al**     Debtors' Fiftieth Omnibus Objection To Claims
**Case No. 08-35653-KRH**     Objection To Certain Administrative Expenses - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR | RECEIVABLES |
|---|---|---|---|---|
| Claim Number: 14015<br>Date Filed: 06/29/2009<br><br>HAUPPAUGE COMPUTER WORKS INC<br>ATTN CONTROLLER<br>91 CABOT CT<br>HAUPPAUGE, NY 11788 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $41,300.00<br>$131,436.80<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $90,136.80 |
| Claim Number: 14596<br>Date Filed: 09/04/2009<br><br>NYKO TECHNOLOGIES INC<br>ALAN F BROIDY PC<br>LAW OFFICES OF ALAN F BROIDY<br>A PROFESSIONAL CORPORATION<br>1925 CENTURY PARK E 7TH FL<br>LOS ANGELES, CA 90067-2701 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $695,021.60<br>$205,375.78<br>$489,645.82 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $0.00 |
| Claim Number: 13476<br>Date Filed: 06/17/2009<br><br>SIMA PRODUCTS CORPORATION<br>120 PENNSYLVANIA AVE<br>OAKMONT, PA 15139 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $12,387.12<br>$15,138.32<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $2,751.20 |
| Claim Number: 13130<br>Date Filed: 03/25/2009<br><br>SOUTHPEAK INTERACTIVE, LLC<br>C O WILLIAM H SCHWARZSCHILD III<br>WILLIAMS MULLEN<br>TWO JAMES CENTER 17TH FL<br>1021 EAST CARY ST<br>RICHMOND, VA 23218-1320 | Docketed Amount:<br>Total Receivables:<br>Modified Amount: | $107,075.52<br>$131,758.31<br>$0.00 | CIRCUIT CITY STORES, INC.<br>(08-35653) | $24,682.79 |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al  
Case No. 08-35653-KRH

Debtors' Fiftieth Omnibus Objection To Claims  
Objection To Certain Administrative Expenses - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | | ASSERTED CLAIM AMOUNT * | | DOCKETED DEBTOR | RECEIVABLES |
|---|---|---|---|---|---|
| Claim Number: | 14251 | Docketed Amount: | $102,059.64 | | |
| Date Filed: | 06/30/2009 | | | | |
| VONWIN CAPITAL MANAGEMENT LP ATTN ROGER VON SPIEGEL MANAGING DIRECTOR 261 FIFTH AVE 22ND FL NEW YORK, NY 10016-7701 | | Total Receivables: | $8,420.58 | CIRCUIT CITY STORES, INC. (08-35653) | $0.00 |
| | | Modified Amount: | $93,639.06 | | |

|   |   |
|---|---|
| **Total Docketed:** | **$1,243,580.86** |
| **Total Modified:** | **$583,284.88** |

\*     "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: ramirez-l           Page 1 of 1              Date Rcvd: Dec 18, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Dec 20, 2009.
smg           +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
                Richmond, VA 23219-1849
The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**                    **Signature:** _Joseph Speetjens_