Scott E. Blakeley, Esq. (Cal Bar No. 141418)
Ronald A. Clifford, Esq. (Cal Bar No. 246542)
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, California 92660
(949) 260-0613

Richard I. Hutson, Esq. (VSB No. 71097)
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, CA 20124
(703) 818-2602

Counsel to Export Development Canada

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------X
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :    Case No. 08-35653
                                                :
        Debtors.                                :
                                                :    Jointly Administered
------------------------------------------------X

**ORDER RESOLVING DISCOVERY DISPUTE BETWEEN EXPORT DEVELOPMENT CANADA AND THE DEBTORS**

THIS MATTER having come before the Court upon the request by the Circuit City Stores, Inc., et al. (the "Debtors") at a hearing held before this Court on December 7, 2009 to resolve the discovery disputes between Export Development Canada ("EDC") and the Debtors relating to discovery propounded by the Debtors on EDC regarding the Motion for Allowance of the Late Filed Administrative Expense Claim of Export Development Canada.

/ / /

/ / /

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. EDC is to provide the Court, on or before December 14, 2009, with a copy of the insurance contract and application for payment regarding TechCraft, which the Court shall review in camera to determine the sensitivity of the information contained in such documents, and to further determine whether it is appropriate for those documents to be turned over to the Debtors under the protection of an order preventing the disclosure of these documents to any party other than counsel for the Debtors pursuant to their discovery requests.

2. EDC is to provide counsel with all written communication between EDC and TechCraft Manufacturing, Inc. that is not subject to a privilege, privacy laws of Canada or the U.S., or the Export Development Act, in which case a privilege log must be completed cataloging those protected communications.

3. EDC is to provide counsel, through amendment to EDC's responses to the debtor's first set of interrogatories, protocols and procedures EDC utilizes in the handling of U.S. Bankruptcy case notifications involving an insured, if any exist, and any documents related to those protocols and procedures that are not subject to a privilege, privacy laws of Canada or the U.S., or the Export Development Act, in which case a privilege log must be completed cataloging those protected documents.

Dated:    December____, 2009
        Dec 18 2009

/s/ Kevin Huennekens
**HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE**

Entered on docket:  Dec 18 2009

WE ASK FOR THIS:

/s/ Richard I. Hutson
Richard I. Hutson, Esq.
VSB# 71097
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com

AND

/s/ Ronald A. Clifford
Scott E. Blakeley, Esq. (Cal Bar No. 141418)

Ronald A. Clifford, Esq. (Cal Bar No. 246542)
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, California 92660
(949) 260-0613
Counsel to Export Development Canada

**Certificate of Service**

I hereby certify that on December 11, 2009, a copy of the foregoing was filed electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order).

/s/ Ronald A. Clifford

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: ramirez-l          Page 1 of 1          Date Rcvd: Dec 18, 2009
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Dec 20, 2009.
smg           +UST smg Richmond,    Office of the U. S. Trustee,    701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**                    **Signature:** _Joseph Speetjens_