UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| Ashley Isaac, *pro se* | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter came before the Court upon the Motion For Leave To Appear Hearing Telephonically At The December 21, 2009 Hearing at 10:00 a.m., filed by Ashley Isaac, *pro se*. After review of the Motion and statements therein, the Court finds that (i) adequate notice of the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED, AND DONE** that the motion is **GRANTED**; and it is further **ORDERED** that the motion shall be granted to permit Ashley Isaac, *pro se*, to appear telephonically at the December 21, 2009 Hearing at 10:00 a.m. in the United States Bankruptcy Court For The Eastern District Of Virginia Richmond Division.

ENTERED: _____ 2009

Dec 18 2009

/s/ Kevin Huennekens

_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Dec 18 2009

Respectfully Submitted,

_Ashley Cox_

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and an exact copy of the document has been delivered to the following party by certified United States Mail, properly addressed, postage pre-paid

_____
Ashley Isaac, *pro se*

**OF COUNSEL:**
Gregg M. Galardi Esq.
Ian S. Fredericks Esq.
Skadden, Arps, Slate, Meagher & Flom LLP.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: ramirez-l           Page 1 of 1                  Date Rcvd: Dec 18, 2009
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Dec 20, 2009.
mvnt          +Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**          **Signature:**  _Joseph Speetjens_