Scott E. Blakeley, Esq. (Cal. Bar No. 141418)
Ronald A. Clifford, Esq. (Cal. Bar No. 246542)
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, California 92660
(949) 260-0611

Richard I. Hutson, Esq. (VSB No. 71097)
FULLERTON & KNOWLES, P.C.
12644 Chapel Rd., #206
Clifton, CA 20124
(703) 818-2602

Counsel to Export Development Canada

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
-----------------------------------------------X
In re:                              :    Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :    Case No. 08-35653
                                    :
             Debtors.               :
                                    :    Jointly Administered
-----------------------------------------------X
```

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion is **GRANTED** and Ronald A. Clifford is permitted to appear and be heard by telephone at the hearing on December 21, 2009 on behalf of Export Development Canada.

1

Enter:

_____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

By: /s/Richard I. Hutson__
Richard I. Hutson, Esq.
FULLERTON & KNOWLES, P.C.
12644 Chapel Rd., #206
Clifton, VA 20124

*-and-*

By: /s/Ronald A. Clifford__
Ronald A. Clifford, Esq.
BLAKELEY & BLAKELEY LLP
4685 MacArthur Court, Suite 421
Newport Beach, CA 92660
(949) 260-0611

*Attorneys for Export Development Canada*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 17th day of December, 2009, a copy of the foregoing was served via electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders; (ii) the 2002 List; (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order) and (iv) electronically to the parties set forth on the Court's ECF Service List in this case.

/s/ Ronald A. Clifford