Richard I. Hutson, Esq. (VSB No. 71097)
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, CA 20124
(703) 818-2602
Counsel to Sharp Electronics Corporation

Wanda Borges, Esq. (NY Reg. No. 1604404)
BORGES & ASSOCIATES, LLC
575 Underhill Blvd., Ste. 118
Syosset, NY 11791
(516) 677-8200
Counsel to Sharp Electronics Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

-----------------------------------------------X
In re:                                            :        Chapter 11
                                                  :
CIRCUIT CITY STORES, INC., et al.,                :        Case No. 08-35653
                                                  :
Debtors.                                          :
                                                  :        Jointly Administered
-----------------------------------------------X

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion") of Richard Hutson, associate with the law firm of Fullerton & Knowles, P.C., for the admission *pro hac vice* of Wanda Borges, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief

requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Wanda Borges is permitted to appear *pro hac vice* as counsel to Sharp Electronics Corporation in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated: December____, 2009

_____
**UNITED STATES BANKRUPTCY JUDGE**

I ASK FOR THIS:

/s/ Richard I. Hutson
Richard I. Hutson, Esq.
VSB# 71097
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
Counsel to Sharp Electronics Corporation

### **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing Motion and proposed order have been endorsed by all necessary parties, filed on December 18, 2009 using the Court's CM/ECF system and thereby served electronically upon all registered users of the ECF system that have filed a 2002 notice of appearance in this matter, and served upon the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders, via regular US mail, first class, postage prepaid, as required by the Case Management Order.

/s/ Richard I. Hutson