

9 Highland Road
Henrico, Virginia 23229-8503
December 16, 2009

The Honorable Kevin R. Huennekens
701 E. Broad Street
Suite 4000
Richmond, Virginia 23219

Judge Huennekens:

I recently received a Form SSA-L99-C1 (9-08) from the Social Security Administration which advises me that I might be entitles to "deferred vested benefits" from Circuit City Stores INC. in the form of an annuity in the amount of $11,189. The form identifies it as a single payment, lump sum annuity.

I have followed the guidelines on the form for applying for the benefits and contacted the Department of Labor's Employee Benefits Security Administration. They are doing a search and advised me that sometime around the first of the year they should be able to advise me as to whether the funds are available.

I also contacted McGuire, Woods and Battle and left a message on a Circuit City "hot line" but have not heard from them.

I am writing because I read recently there would be a hearing on December 21, 2009, concerning Circuit City. I worked for the company for over 13 years. If I am due this money, I believe I earned it and would like to be considered in the dispersal of funds.
I have the notification form I received and have documented all contacts concerning this matter. If necessary, I will make the information available.

Wishing you a pleasant day.

Sincerely,

James C. Fields Jr.