# CHIARIELLO & CHIARIELLO

ATTORNEYS AT LAW
147 GLEN STREET
GLEN COVE, NEW YORK 11542
516 801-8100
718 261-5200

GERALD CHIARIELLO
DOMINIC L. CHIARIELLO*
GERALD CHIARIELLO, II

*ALSO ADMITTED IN NJ

FAX
516 801-8099

E-MAIL
WEBINFO@CHIARIELLO.COM

December 15, 2009

Clerk of the Court
UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

FILED
DEC 21 2009

Re:   In re: Circuit City Stores, Inc.
      Case No.: 08-35653-KRH
      My Client / Creditor: Donovan Dunwell

To the Clerk of the Court:

    Please be advised that effective immediately my contact information is as set forth above. I had previously changed my information via ECF, however I continue to receive mail from the court at my former address. Kindly update your records to reflect this new information.

    Feel free to contact me should you require anything additional. Best wishes for a Merry Christmas and a Happy New Year.

Very truly yours,

DOMINIC L. CHIARIELLO

DLC:cd

QUEENS COUNTY OFFICE:
118-21 QUEENS BLVD., SUITE 609, FOREST HILLS, NY 11375
(BY APPOINTMENT ONLY)