UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                     *

CIRCUIT CITY STORES, INC.                  *        No. 08-35653

                                                    Chapter 11
Debtor                                     *

WITHDRAWAL OF CLAIM
BY HAMILTON COUNTY TRUSTEE

Comes now the Hamilton County Trustee in Chattanooga, Tennessee,, through counsel, and respectfully withdraws its Claim No. 1591, in the amount of $59,011.00, filed on December 15, 2008. Said 2008 real property taxes represented in Claim No. 1591 have been paid in full.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By:_____
Scott N. Brown, Jr., Esq.   BPR #1212
Attorneys for Hamilton County Trustee
P. O. Box 1749
Chattanooga, TN 37401-1749
423/756-7000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Withdrawal of Claim by Hamilton County Trustee has been sent via U. S. Postal Service on December 1¥, 2009, to the following:

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Ave.
El Segundo, CA 90245

Pachulski, Stang, Ziehl & Jones, LLP
Attn: Richard M. Pachulski, Esq.
10100 Santa Monica Boulevard, 11th Fl.
Los Angeles, CA 90067-4100

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Gregg M. Galardi, Esq.
P. O. Box 636
Wilmington, DE 19899-0636

Tavenner & Beran, PLC
Attn: Lynn L. Tavenner, Esq.
20 North Eighth Street, Second Floor
Richmond, VA 23219

McGuire Woods, LLP
Attn: Dion W. Hayes, Esq.
One James Center
901 E. Cary Street
Richmond, VA 23219

By: _____
Scott N. Brown, Jr., Esq.
Attorney for Hamilton County Trustee
P. O. Box 1749
Chattanooga, TN 37401-1749
423/756-7000

-2-

| | | |
|---|---|---|
| JAMES W. GENTRY, JR.<br>THOMAS S. KALE<br>SCOTT N. BROWN, JR.<br>W. FERBER TRACY<br>FRED H. MOORE<br>L. HALE HAMILTON<br>ROBERT J. BOEHM<br>DAVID C. BURGER<br>G. MICHAEL LUHOWIAK<br>RALPH E. TALLANT, JR.<br>MARK A. RAMSEY<br>ARTHUR P. BROCK<br>LANE C. AVERY<br>RANDY CHENNAULT<br>JOSEPH R. WHITE<br>HOWELL DEAN CLEMENTS<br>CARL EUGENE SHILES, JR.<br>JOHN B. BENNETT<br>SHAREL VANSANDT HOOPER<br>SUE ELLEN SCRUGGS<br>DANIEL M. STEFANIUK<br>JAMES H. PAYNE<br>TIMOTHY J. MILLIRONS<br>JENNIFER L. KENT<br>BRIE ALLAMAN STEWART<br>WILLIAM J. RIEDER<br>ANNA MARIE DAVENPORT<br>LESLIE T. FOSTER<br>DREW H. REYNOLDS<br>CASSIE COOPER | LAW OFFICES<br>**SPEARS, MOORE, REBMAN & WILLIAMS**<br>PROFESSIONAL CORPORATION<br>801 BROAD STREET<br>SIXTH FLOOR<br>P. O. BOX 1749<br>CHATTANOOGA, TENNESSEE 37401-1749<br>(423) 756-7000<br>FACSIMILE (423) 756-4801<br>www.SpearsMoore.com | WILLIAM D. SPEARS<br>(1906-1992)<br>A. FRED REBMAN, III<br>(1917-1992)<br>FORD P. MITCHELL<br>(1930-1993)<br>MICHAEL W. BOEHM<br>(1944-1996)<br>ALVIN O. MOORE<br>(1912-1998)<br>WILLIAM L. TAYLOR, JR.<br>(1931-2006)<br>RETIRED:<br>SILAS WILLIAMS, JR.<br>E. BLAKE MOORE |

December 14, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, VA 23219

    RE: Circuit City Stores, Inc.
       Chapter 11 - Case No. 08-35653

Dear Sirs:

  Please find enclosed a Withdrawal of Claim by Hamilton County Trustee to be filed in the above referenced case.

  Please return a stamped filed copy to this office in the enclosed courtesy envelope. Thank you for your services.

          Very truly yours,

          SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

          Kathy F. Jackson
          Paralegal
          kfj@smrw.com

kj
Enclosure
F:\Library\users\Kathy\KATHY\HCT\Circuit City filing of withdrawal of claim 1591.wpd