12-07-09

I.D. # 2196

To Whom it my concern.

I Thomas H Gibson has been advised that I am not entitled to a priority claim #3995. Therefore I wish to have my case #3933 put into the appropriate general unsecured claims classification.

Thank you,
Thomas H Gibson

RICHMOND DIVISION
DEC 2 2 2009
U.S. BANKRUPTCY COURT

**www.dell.com**