# MERRITT, FLEBOTTE, WILSON, WEBB & CARUSO, PLLC

ATTORNEYS AND COUNSELORS AT LAW

2525 MERIDIAN PARKWAY, SUITE 300

POST OFFICE BOX 2247

DURHAM, NORTH CAROLINA 27702

PHONE (800) 645-2499
FAX (919) 956-7076
WWW.CAROTENNLAW.COM



December 17, 2009

Circuit City Stores, Inc.
Store 1607
1171 Western Blvd
Jacksonville, NC 28546

RE:   Demand for $4182.71 from Circuit City Stores

Dear Sirs:

      Tomesha Washington contacted this law firm concerning the above referenced matter involving your company. Ms. Washington informs me that your company installed a TV or DVD player into her vehicle in April of 2007 and the ticket number was 160703005143. Additionally, Ms. Washington purchased a protection plan. After Ms. Washington began having troubles with the vehicle, she took it to local mechanics and shops in the area. The main problem was that the vehicle would not start. The mechanics determined that the wiring for the DVD player was incorrectly installed and had come loose contacting a metal bracket and shorting out the body control module. Mechanics fixed the problem and Ms. Washington paid $1433.71 for the diagnosis and repair at two shops. Ms. Washington states that the car warranty is now void due to the incorrectly installed DVD player and resulting problems. The cost of a new or substitute warranty will be $2,749.00.

      Ms. Washington has contacted your office to seek reimbursement under the protection plan, but was told that installation was not covered. The situation resulted from negligence of the installer that worked for your company and thus, your company is ultimately responsible. Ms. Washington is prepared to take legal action, but would prefer to resolve this in a more amicable fashion.

      Ms. Washington, hereby, requests that your company reimburse her for the $1433.71 that she had to pay to get the vehicle fixed. Additionally, Ms. Washington requests that your company pay $2749.00 for a new or substitute warranty. The total Ms. Washington requests that your company pay is $4182.71. Please send the $4182.71 (via cashier's check or money order) to me at the above address or directly to Ms. Washington at 104 Amber Stone, Jacksonville, NC 28546 within fifteen (15) days of the date of this letter. Do not make any payments payable to this law firm. Thank you for your attention to this matter.

      Sincerely,
      MERRITT, FLEBOTTE, WILSON, WEBB & CARUSO, PLLC
      *Harold Hunter*
      Harold Hunter Jr
      Attorney at Law

hrh/
cc:   Tomesha L Washington /863267/ 104 Amber Stone, Jacksonville, NC 28546

**Circuit City Stores, Inc.**
Store 1607
1171 WESTERN BLVD
JACKSONVILLE, NC 29546-6662
(910) 938-3900                         16:11:28  04/14/07

Sold to:                               Orig Date 04/14/07
TOMESHA WASHINGTON
                                       Ticket
CUSTOMER COPY                          160703005143

| Salesperson | | | | Register | Cashier |
|---|---|---|---|---|---|
| C. HULETT | | | | 52 | 100879 |
| Item | Qty | Model | Description | Tax | Amount |
| 1 SL | 1 PKG | 0408MOBOFR2 | PROMO PACKAGE | N | .00 |
| 2 SL | 1 ADV | DT10200PKG | INSTALLED MOBILE | Y | 849.99 |
| 3 SL | 1 INS | OVERHEADFREC | ROADSHOP INSTALL | N | 100.00 |
| 4 SL | 1 ESP | CCA | Protection Plan | N | 166.24 |
| 5 SL | 1 PKG | 0408MOBOF... | PROMO PACKAGE | N | .00 |
| 6 SL | 1 ADV | DT10200P... | INSTALLED MOBILE | Y | 849.99 |
| 7 SL | 1 INS | OVERHEAD... | ... INSTALL | N | 100.00 |
| 8 SL | 1 ESP | CCA | ...ection Plan | N | 166.24 |

                       ...Tax. to        $    532.48
                       Total T......     $  1,298.98
                       Sale  Tax         $     87.74
                       TOTAL PURCHASE    $  1,9.. .20
                       ...              Dis....   $  1,920.20
                       BALANCE                    $      0.00

For more ... information, please refer to
you...                    ...ircuitcity.com

Handwritten notes:
800-843-2489 @ NEW Circuit City
1-800-555-4615 OLD / Extended Warranty
~~[crossed out]~~
Name:
Contact#: Benjam/Viray 2:00

ASK A... FIREDOG SERVICES FOR YOUR PC AND TV!

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333

**Get a Chance to Win One of Five $1,000 Gift Cards!**

Circuit City Stores, Inc.
Store 1607
1171 WESTERN BLVD
JACKSONVILLE, NC 28546-6829
(910) 938-3900                        16:11:28  04/14/07

Sold to:                              Orig Date 04/14/07
TOMESHA WASHINGTON
                                      Ticket
CUSTOMER COPY                         160703005143

Salesperson                    Register    Cashier
C HUETT                           52       103879

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 | 1 | PKG 0408MOB0FR2 | PROMO PACKAGE | N | .00 |
| 2 | 1 | ADV 0T10200PKG | INSTALLED MOBILE | Y | 649.99 |
| 3 | 1 | INS OVERHEAD | ROADSHOP INSTALL | N | .00 |
| 4 | 1 | ESP CCA | PROTECTION PLAN | | |
| 5 | 1 | PKG 0408MOB0 | | N | .00 |
| 6 | 1 | ADV 0T10200 | | Y | 649.99 |
| 7 | 1 | INS OVERHEAD | | N | .00 |
| 8 | 1 | ESP CCA | | | |

Protection Plan
Starts 04/14/07
expires 04/14/11

04/14/07

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333

Meineke Car Care Center #419  
1319 Country Club Rd  
Jacksonville, NC 28546  
(910)347-7746  

**Estimate:** 014815

**KEMMINI WASHINGTON**

\*\*\*\* Estimate \*\*\*\*

2007 SUZUKI XL7

JACKSONVIILLE, NC 28546

Estimate Created: 10-22-09    @ 03:12:07 A  
Promised: 10-22-09  
Phone:    (H) (910) 353-5731 {P}  
          (W) () -  
          (Cell) (910) 382-9665

License/ID:          / 2S3DB217876105021    Odometer:    30926    Eng: V6-3564 3.6L DOHC    Color:  
Comment:  
Salesman:            Note:

| \*\* A/D | Qty | Part # | Description | Warranty | \* Map Code | Price | Total |
|---|---|---|---|---|---|---|---|
| ENG-DRVTRN | | | | | | | |
| A | 1.00 | LABOR | SHOP LABOR TO REMOVE BCM - | | | 80.00 | 80.00 |
| A | 1.00 | LABOR | NO START DIAGNOSTICS- 1ST HOUR | | | 69.95 | 69.95 |
| A | 2.00 | LABOR | NO START DIAGNOSTICS- 2ND HR + | | | 80.00 | 160.00 |
| | | | | | | | 309.95 |
| A | | MEMO | NO START----VEHICLE STOPPED WORKING. WAS PARKED IN GARAGE AND DIDN'T START NEXT MORNING.  REPLACED BATTERY AND SOME DASH LIGHTS CAME ON. THE DEALER INFORMED HIM THAT THEY THINK IT MAY BE SOMTHING TO DO WITH THE TV (WIRES) THAT WAS INSTALLED IN 2007. CUSTOMER WANTED US TO DETERMINE WHATS WRONG WITH CAR– DON'T FIX.. PREPAIR EST. | | | | |
| A | | MEMO | VEHICLE DROPPED OFF WITH NO START CONDITION. WINDOWS, POWER DOOR LOCKS, SHIFT LOCKOUT, DATA LINK CONN. , DEAD BTRY, IGN LOCK , ALL IN A NON WORKING STATE. FOUND THAT THE WIRING OF THE AFTER MARKET TV HAD CAUSED A POWER SURGE. THE POWER SURGE CAUSED DAMMAGE TO THE BCM. THE TV WAS WIRED TO THE IGN SWITCH ASSY. | | | | |
| A | | MEMO | REC REPAIR THE TV WIRING AND REPLACE THE DAMMAGED BCM (BODY CONTROL MODULE). AFTER R/R BCM REINSPECT FOR ANY OTHER DAMMAGED COMPUTER CONTROL SYSTEMS. POSS. THAT THE PCM HAS BEEN DAMMAGED AS WELL. STILL UNKNOWN | | | | |

THIS ACKNOWLEDGES RECEIPT OF THE ESTIMATE AND AUTHORIZES MEINEKE TO PROCEED WITH REPAIRS.

CUSTOMER SIGNATURE._____

\* Map Code Legend  
\*\* A/D Legend  
S1=Sugg-Failure Likely  
A=Accepted  

**Shop Supplies:**    11.95

☐ D=Declined  
S2=Sugg-Customer Req.  
**Subtotal:**    321.90

☐  
**Sales Tax:**  
S3=Sugg-Maintenance    0.00

☐    S4=Sugg-Recommendation

**Parts:**    0.00  
**Labor:**    309.95

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \* \* \* THIS IS NOT AN INVOICE \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Print Date: 11/10/2009  8:05 am                                                        Page -1 of 1

Meineke Car Care Center #419  **Estimate:** 014815
1319 Country Club Rd
Jacksonville, NC 28546
(910)347-7746

**KEMMINI WASHINGTON**          **** Estimate ****

2007 SUZUKI XL7                                    Estimate Created: 10-22-09    @ 03:12:07 A
                                                   Promised: 10-22-09
JACKSONVIILLE, NC 28546                            Phone:    (H) (910) 353-5731 {P}
                                                             (W) () -
                                                             (Cell) (910) 382-9665
License/ID:              /  2S3DB217876105021   Odometer:   30926    Eng: V6-3564 3.6L DOHC
Comment:                                                                           Color:
Salesman:         Note:

                                                                     * Map
** A/D   Qty    Part #       Description                  Warranty   Code    Price         Total

]                                                                    RA=Req-Performance
**Total:**                                                                   **$321.90**

]              RB=Req-Design Spec
Customer Signature:
RC=Req-Missing

******************************* * * * THIS IS NOT AN INVOICE * * * *******************************

Print Date: 11/10/2009  8:05 am                                                      Page -1 of 1

    

**STEVENSON HYUNDAI · SUZUKI**

2225 N. Marine Blvd.   Phone 455-1555
JACKSONVILLE, N.C. 28540
www.stevensonjeep.com
"Since 1951"

CELL: 910-382-9665

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 28570 | CHRIS WATERS | 427 | 11/04/09 | SMCS165783 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| KEMMINI SHUTTLE WASHINGTON | | YNN-2810 | 30,926 | MAJESTIC SI | 57033 |
| 104 AMBERSTONE CT | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| JACKSONVILLE, NC 28546 | 07/SUZUKI/XL7 G.V./XL7 | | | 01/01/07 | 36 |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 2S3DB21787 6105021 | | | 432113 | 10/30/06 |
| | R.F.P. NO. | | P.O. NO. | R.O. DATE | |
| | | | | 11/02/09 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 30928 |
|---|---|---|---|---|
| 910-353-5731 | 252-466-4242 | | | |

```
LABOR & PARTS
J# 1 03SMZ-1        NO START                     TECH(S):205              350.16
        CUSTOMER STATES - VEHICLE WILL NOT START
        CUSTOMER STATES - INSTALL BODY CONTROL MODULE AND PROGRAM
        AS PER PREVIOUS DIAGNOSIS. CORRECTLY INSTALL DVD POWER
        HARNESS TO IGNITION HARNESS
        VERIFIED - WIRING FOR DVD PLAYER INCORRECTLY INSTALLED AND
        HAD COME LOOSE CONTACTING METAL BRACKET AND SHORTING OUT
        BODY CONTROL MODULE
        OTHER REPAIR FACILITY HAD DISASSEMBLED VEHICLE AND
        INSTALLED BODY CONTROL MODULE. REPROGRAMMED BODY CONTROL
        MODULE, RETRAIN TIRE PRESSURE MONITORING SYSTEM,
        REINSTALL DVD POWER TO IP FUSE BOX PER CUSTOMER REQUEST -
        REPAIRED DAMAGED WIRING CAUSED BY INCORRECT POWER WIRE
        INSTALL - REINSTALLED PANELS AND ROAD TESTED - PERFORMING
        TO SPECIFICATIONS AT THIS TIME

PARTS.....QTY...FP-NUMBER..............DESCRIPTION..............UNIT PRICE.
JOB # 1     1     36770-78J05          MODULE ASM-CONTROLE          585.52      585.52
                                               JOB #  1 TOTAL PARTS             585.52

                                               JOB #  1 TOTAL LABOR & PARTS     935.68

SUBLET.....PO#........VEND INV#-INV.DATE-DESCRIPTION
JOB # 1    4882     125184    11/02/09 TOWING                                    85.00
                                               TOTAL - SUBLET                    85.00

G.O.G. & SUPPLIES
JOB # 1             FREIGHT (PARTS)                                              30.00
                                               TOTAL - GOG                       30.00

MISC.....CODE........DESCRIPTION.................................CONTROL NO.
JOB # A    WASTERMVL   WASTE / RECYCLING                                          1.25
JOB # 1    61H         HYUNDAI SHOP SUPPLIES/FLUIDS ETC.                         14.50
                                               TOTAL - MISC                      15.75
```



**WARRANTY DISCLAIMER**
Any warranties on the item/items sold hereby are those made by the manufacturer. The seller, J.O. STEVENSON, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and J.O. STEVENSON, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT IN VEHICLES IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

THE REPAIRED VEHICLE WILL BE RELEASED ONLY DURING REGULAR SERVICE HOURS AND THEN ONLY TO THE REGISTERED OWNER OR PERSON AUTHORIZING REPAIRS.

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE] 11:00am

    

# STEVENSON
## HYUNDAI • SUZUKI

2225 N. Marine Blvd.   Phone 455-1555
JACKSONVILLE, N.C. 28540
www.stevensonjeep.com
"Since 1951"

CELL: 910-382-9665

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 28570 | CHRIS WATERS | 427 | 11/04/09 | SMCS165783 |

KEMMINI SHUTTLE WASHINGTON
104 AMBERSTONE CT
JACKSONVILLE, NC 28546

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | YNN-2810 | 30,926 | MAJESTIC SI | 57033 |

| YEAR/MAKE/MODEL | DELIVERY DATE | |
|---|---|---|
| 07/SUZUKI/XL7_G.V./XL7 | 01/01/07 | 36 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 2S3DB21787610502l | 432113 | 10/30/06 |

| RESIDENCE PHONE | BUSINESS PHONE | R.O. DATE |
|---|---|---|
| 910-353-5731 | 252-466-4242 | 11/02/09 |

MO: 30928

TOTALS

* NEXT RECOMMENDED SERVICE:
* 02/08/2010 / 33928 MI 23SMZLOF    LUBE, OIL AND FILTER

[ ] CASH    [ ] CHECK   CHK # [     ]
[ ] VISA    [ ] MASTERCARD    [ ] DISCOVER
[ ] AM X    [ ] CAR CARE ONE  [ ] CHARGE

TOTAL LABOR...... 350.16
TOTAL PARTS...... 585.52
TOTAL SUBLET..... 85.00
TOTAL G.O.G...... 30.00
TOTAL MISC CHG... 15.75
TOTAL MISC DISC... 0.00
TOTAL TAX........ 45.38
**TOTAL INVOICE $ 1111.81**

WE WOULD LIKE TO THANK YOU FOR CHOOSING US AS YOUR SERVICE FACILITY! IT IS OUR PRIVILEGE TO HANDLE ALL OF YOU NEEDS. IF WE HAVE FAILED TO MEET YOUR EXPECTATIONS IN ANY WAY, PLEASE CONTACT OUR SERVICE MANAGER, CHRIS WATERS.
*** OUR CUSTOMERS ARE OUR NUMBER ONE PRIORITY!!! ***

CUSTOMER SIGNATURE

**WARRANTY DISCLAIMER**
Any warranties on the item/items sold hereby are those made by the manufacturer. The seller, J.O. STEVENSON, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and J.O. STEVENSON, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLES OR ARTICLES LEFT IN VEHICLES IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

THE REPAIRED VEHICLE WILL BE RELEASED ONLY DURING REGULAR SERVICE HOURS AND THEN ONLY TO THE REGISTERED OWNER OR PERSON AUTHORIZING REPAIRS.

PAGE 2 OF 2    CUSTOMER COPY    [ END OF INVOICE ] 11:00am

# MERRITT, FLEBOTTE, WILSON, WEBB & CARUSO, PLLC

ATTORNEYS AND COUNSELORS AT LAW

2525 MERIDIAN PARKWAY, SUITE 300

POST OFFICE BOX 2247

DURHAM, NORTH CAROLINA 27702

PHONE (800) 645-2499
FAX (919) 956-7076
WWW.CAROTENNLAW.COM

December 18, 2009

US Bankruptcy Court
Eastern District Of VA
701 E. Broad Street, Suite 4000
Richmond, VA 23219

      Re:    Letter Concerning Circuit City
               Our Client – Tomesha L Washington
               Our Intake No. 863267

Dear Sirs:

    Please see the enclosed letter concerning Circuit City and please respond within fifteen (15) days of the date of this letter.

                                      Very truly yours,
                                      Merritt, Flebotte, Wilson, Webb & Caruso, PLLC

                                      Harold Hunter Jr.

CHARLOTTE • COLUMBIA • **DURHAM** • FAYETTEVILLE • MEMPHIS • NASHVILLE • RALEIGH