## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### *Richmond Division*

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES INC., <u>et al</u>.** | ) | **CHAPTER 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **Debtors.** | ) | (Joint Administration Pending) |
| | ) | |

## <u>WITHDRAWAL OF CLAIMS</u>

The County of Henrico, Virginia requests that the following proof of claim forms be withdrawn as paid:

1.      Secured Claim No. 2249 for 2008 Personal Property Tax in the amount of $11,638.42 for Furniture, Fixtures and Computers;

2.      Secured Claim No. 7665 for 2008 Personal Property Tax in the amount of $7,357.79 for Furniture, Fixtures and Computers;

3.      Secured Claim No. 2245 for 2008 Real Estate Tax in the amount of $7,572.26; and

4.      Secured Claim No. 14206 for 2009 Real Estate Tax in the amount of $6,883.87.

Dated:  December 24, 2009

Respectfully Submitted,

**County of Henrico, Virginia**

---

Rhysa Griffith South, VSB 25944
Office of the County Attorney
P. O. Box 90775
Henrico, Virginia  23273-0775
Phone:  (804) 501-5091
*Counsel for Henrico County, Virginia*

By:/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile:  (804) 501-4140
*Counsel for Henrico County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December, 2009, a true copy of the foregoing *Withdrawal of Claims* was electronically filed with the Clerk of the Court via the CM/ECF system.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)