DAVID L. POLLACK (PA 15694)
JEFFREY MEYERS (PA 23760)
BALLARD SPAHR LLP
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473

Jenelle M. Dennis (VA 66569)
BALLARD SPAHR LLP
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814-3401
Telephone: (301) 664-6600
Facsimile: (301) 664-6299

Counsel for Centro Properties Group, Federal Realty Investment Trust,
Cencor Realty, The Hutensky Group, UBS Realty Investors, LLC
The Morris Companies Affiliates and Uniwest Commercial Realty

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.** *et al.*. | : | Case No. 08-35653-KRH |
| | : | |
| Debtor. | : | Jointly Administered |

---------------------------------------------------------x

**WITHDRAWAL OF APPEARANCE OF JESSE N. SILVERMAN AND NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON JENELLE M. DENNIS**

Please take notice that Jesse N. Silverman hereby withdraws his appearance on behalf of Centro Properties Group ("Centro"), Federal Realty Investment Trust ("Federal"), Cencor Realty ("Cencor"), The Hutensky Group ("Hutensky"), UBS Realty Investors, LLC ("UBS"), The Morris Companies Affiliates ("Morris") and Uniwest Commercial Realty ("Uniwest").

Please take further notice that the foregoing entities will continue to be represented by Jenelle M. Dennis of the law firm **BALLARD SPAHR LLP**, who hereby appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and

1

1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> **Ballard Spahr LLP**
> **51st Floor - Mellon Bank Center**
> **1735 Market Street**
> **Philadelphia, Pennsylvania 19103**
> **Telephone: (215) 864-8325**
> **DID Facsimile: (215) 864-9473**
> **email: pollack@ballardspahr.com**
> **Attn:  David L. Pollack, Esquire**
> **Jeffrey Meyers, Esquire**
>
> **and**
>
> **BALLARD SPAHR LLP**
> **4800 Montgomery Lane, 7th Floor**
> **Bethesda, Maryland 20814-3401**
> **Telephone: (301) 664-6600**
> **Facsimile: (301) 664-6299**
> **email: dennisj@ballardspahr.com**
> **Attn: Jenelle M. Dennis**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3)

to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR LLP**


BY:_____/s/ Jesse N. Silverman_____
DAVID L. POLLACK (PA 15694)
JEFFREY MEYERS (PA 23760)
JESSE N. SILVERMAN (VA 46456)
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473


BY: _____/s/ Jenelle M. Dennis_____
Jenelle M. Dennis
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814-3401
Telephone: (301) 664-6600
Facsimile: (301) 664-6299

*Attorneys for Centro Properties Group, Federal Realty Investment Trust, Cencor Realty, The Hutensky Group, UBS Realty Investors, LLC, The Morris Companies Affiliates and Uniwest Commercial Realty*


December 24, 2009

## CERTIFICATE OF SERVICE

I, Jenelle M. Dennis, hereby certify that on the 24th day of December 2009, a true and accurate copy of the foregoing pleading was electronically filed with the Court, which causes notices of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/    Jenelle M. Dennis
Counsel