David Pollack
Jeffrey Meyers
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8127
Facsimile: (215) 864-9035

Jenelle M. Dennis (VA Bar No. 66569)
BALLARD SPAHR LLP
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814-3401
Telephone: (301) 664-6600
Facsimile: (301) 664-6299

- and -

Thomas J. Leanse (Cal. Bar No. 084638)
Dustin P. Branch (Cal. Bar No. 174909)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Attorneys for The Macerich Company, Cousins Properties Incorporated, Watt Management Company, RREEF Management Company, Fourscore Properties, Inc., KNP Investments, The Prudential Insurance Company of America, and Portland Investment Company of America

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.** *et al.*. | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------x

**WITHDRAWAL OF APPEARANCE OF JESSE N. SILVERMAN AND NOTICE OF
APPEARANCE AND REQUEST FOR SERVICE ON JENELLE M. DENNIS**

Please take notice that Jesse N. Silverman hereby withdraws his appearance on behalf of the Macerich Company, Cousins Properties Incorporated, Watt Management Company, RREEF Management Company, Fourscore Properties, Inc., KNP Investments, the Prudential Insurance Company of America, and Portland Investment Company of America.

DMEAST #12046049 v1

Please take further notice that the foregoing entities will continue to be represented by Jenelle M. Dennis of the law firm **BALLARD SPAHR LLP**, who hereby appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**Ballard Spahr LLP**
**51st Floor - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania 19103**
**Telephone: (215) 864-8325**
**DID Facsimile: (215) 864-9473**
**email: pollack@ballardspahr.com**
**Attn:  David L. Pollack, Esquire**
**Jeffrey Meyers, Esquire**

**and**

**BALLARD SPAHR LLP**
**4800 Montgomery Lane, 7th Floor**
**Bethesda, Maryland 20814-3401**
**Telephone: (301) 664-6600**
**Facsimile: (301) 664-6299**
**email: dennisj@ballardspahr.com**
**Attn: Jenelle M. Dennis**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

DMEAST #12046049 v1

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR LLP**

BY: _____/s/ Jesse N. Silverman_____
DAVID L. POLLACK (PA 15694)
JEFFREY MEYERS (PA 23760)
JESSE N. SILVERMAN (VA 46456)
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473


BY: _____/s/ Jenelle M. Dennis_____
Jenelle M. Dennis
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814-3401
Telephone: (301) 664-6600
Facsimile: (301) 664-6299

*Attorneys for The Macerich Company, Cousins Properties Incorporated, Watt Management Company, RREEF Management Company, Fourscore Properties, Inc., KNP Investments, The Prudential Insurance Company of America, and Portland Investment Company of America*

December 24, 2009

## CERTIFICATE OF SERVICE

I, Jenelle M. Dennis, hereby certify that on the 24th day of December 2009, a true and accurate copy of the foregoing pleading was electronically filed with the Court, which causes notices of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/    Jenelle M. Dennis
Counsel

DMEAST #12046049 v1