

December 21, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

*In re: Circuit City Stores, Inc., et al, Case No. 08-35653 (KRH)*
*Notice of Debtors' Twenty-Fifth and Twenty-Sixth Omnibus Objection to Claims*
*(Disallowance of Certain Claims for Paid Time Off)*

Dear Sir:

My name is Carrie A. Lee and I would like you to please consider this letter as an objection to Debtor's Twenty-Fifth and Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims for Paid Time Off). I did not receive the notice dated July 17, 2009.

I moved from my address noted in my claim submitted dated 1/26/09, and it is unfortunate that the Disallowance Notice never made it to my new address. My old address was 5408 Macalpine Circle, Apt. 1435, Glen Allen, VA 23059, and my current address is 2250 Old Brick Road, Apt. 2538, Glen Allen, VA 23060. This move took place on June 15, 2009, and the notice was probably lost in transit during the switch of addresses. The next communication that I received concerning the lawsuit was forwarded to me from the current tenant at 5408 Macalpine Circle with a handwritten note asking the Post Master to please forward to new address (although I had changed my forwarding address with the Post Office before I moved; all of my mail still was not forwarded to me). That mail was the Order indicating that those who responded would get priority status for their PTO. Thinking that this Order referred to my January 26, 2009, claim, I contacted Kurtzman Carson Consultants ("KCC") directly informing them of my new address hoping my check for $542.60 (amount owed to me for PTO from Circuit City) would find its way to me. After searching KCC's site on December 18, 2009, for updates on the case, I discovered that a notice had been sent out indicating a deadline objection should be sent by 4:00 PM Eastern on August 10, 2009 (the "Response Deadline").

I assure you Sir had I received this notice, I would have responded well before the response deadline. Please note that Circuit City owes a great number of hourly former employees well over $500,000, and given the economy, there is absolutely no way only twenty-seven former employees would have entered an objection. I therefore believe this notice did not reach a majority of Circuit City's former hourly employees.

Clerk of the Bankruptcy Court
December 21, 2009
Page Two


I would appreciate it if you would reconsider the current Order of allowing only those that responded on or before August 10, 2009, to be priority status, and allow all former hourly employees to recoup our PTO reimbursement as promised by Circuit City, by extending the response deadline.

Please note that I was "laid-off" in November 2008 and was told that I would, in fact, be getting payment for unused PTO in my last check, which did not occur.

Thanks for your time and consideration.

Sincerely,

Carrie A. Lee
2250 Old Brick Road
Apt. 2538
Glen Allen, VA 23060
804-527-0714