

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                              :
                                    :    CHAPTER 11
CIRCUIT CITY STORES, INC.           :
                                    :    Case No.: 08-35653 (KRH)
                   Debtor           :
                                    :

## WITHDRAWAL OF APPEARANCE

To the Clerk of Courts:

Please take notice that Thomas D. Bielli, Esquire hereby withdraws his appearance for Little Britain Holdings, LLC.

**CIARDI CIARDI & ASTIN**

/s/ Thomas D. Bielli
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel: 215-557-3550
Fax: 215-557-3551
tbielli@ciardilaw.com

Dated: November 12, 2009

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| IN RE: : | |
| : | **CHAPTER 11** |
| **CIRCUIT CITY STORES, INC.** : | |
| : | **Case No.: 08-35653 (KRH)** |
| **Debtor** : | |

### CERTIFICATE OF SERVICE

I, Thomas D. Bielli, Esquire, hereby caused a true and correct copy of the Withdraw of Appearance via United States mail postage prepaid upon the following:

**CIARDI CIARDI & ASTIN**

/s/ Thomas D. Bielli
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel: 215-557-3550
Fax: 215-557-3551
tbielli@ciardilaw.com

Dated: November 12, 2009

William C. Redden, Clerk
US Courthouse, Annex
1100 E. Main Street, Ste. 310
Richmond, VA 23219

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Sarah Beckett Boehm, Esquire
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skaddn, Arps, Slate,
Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Bruce H. Besanko, Esquire
9950 Mayland Drive
Richmond, VA 23233

Timothy G. Pohl. Esquire
Chris L. Dickerson, Esquire
Skaddn, Arps, Slate,
Meagher & Flom, LLP
333 West Wacker Dr., Ste 2000
Chicago, IL 60606

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

W. Clarkson McDow, Jr., Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

| ALBERT A. CIARDI, JR.*<br>ALBERT A. CIARDI, III * ° †<br>DANIEL K. ASTIN * ° Δ<br>CARL E. SINGLEY * ‡<br>MARK H. RALSTON ±‡<br>DIMITRI L. KARAPELOU * ° □<br>ANTHONY M. SACCULLO Δ<br>THOMAS H. CHIACCHIO, JR. * ° ‡ | **CIARDI CIARDI & ASTIN**<br>One Commerce Square • 2005 Market Street • Suite 1930<br>Philadelphia, Pennsylvania 19103<br>Phone: 215-557-3550    • Fax: 215-557-3551 | SHANNON D. LEIGHT *Δ<br>NICOLE M. NIGRELLI * ° ‡<br>MARY E. AUGUSTINE Δ ¥<br>JOSEPH V. BONGIORNO * °<br>THOMAS D. BIELLI *<br>KEVIN G. MCDONALD * °<br>JENNIFER E. CRANSTON * °<br>CARL D. NEFF ° Δ ≠ ∞ |
|---|---|---|
| MEMBER OF PA BAR *<br>MEMBER OF NJ BAR °<br>MEMBER OF FL BAR †<br>MEMBER OF DE BAR Δ<br>MEMBER OF NY BAR □ | **DELAWARE OFFICE**    **QUAKERTOWN OFFICE**    **NEW JERSEY OFFICE**<br>919 Market Street, Ste 700    2083 Quaker Pointe Drive    57 Euclid Street, Suite B<br>Wilmington, DE 19801    Quakertown, PA 18951    Woodbury, NJ 08096<br>Phone: (302) 658-1100        Phone: (856) 368-2001<br>Fax: (302) 658-1300    By Appointment Only    Fax: (856) 368-2002 | MEMBER OF AZ BAR ≠<br>MEMBER OF DC BAR ∞<br>MEMBER OF IL BAR ¥<br>MEMBER OF TX BAR ±<br>OF COUNSEL ‡ |

November 12, 2009

**VIA US MAIL**
William C. Redden, Clerk
US Courthouse, Annex
1100 E. Main Street, Ste. 310
Richmond, VA  23219

      Re:    **CIRCUIT CITY STORES, INC.**
             **Case No.:  08-35653 (KRH)**

Dear Mr. Redden:

Enclosed please find an original and two (2) copies of the Withdrawal of Appearance with respect to the above-referenced matter.  Please take the necessary steps to file the Withdraw of Appearance then forward a time-stamped copy in the enclosed self addressed stamped envelope.

                                    Sincerely,

                                    Thomas D. Bielli

TDB/dt

Enclosure

cc:    Certificate of Service