**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF AMENDED PROOF OF CLAIM NUMBER 14506
FILED BY TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**

Toshiba America Consumer Products, L.L.C., by its attorneys and pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws its amended proof of claim, filed on July 16, 2009 and numbered 14506.

　　　　　　　　　　　　　　　　　　　　/s/ Jeremy S. Friedberg
　　　　　　　　　　　　　　　　　Jeremy S. Friedberg, VSB No. 40228
　　　　　　　　　　　　　　　　　Gordon S. Young, VSB No. 68822
　　　　　　　　　　　　　　　　　Leitess Leitess Friedberg + Fedder PC
　　　　　　　　　　　　　　　　　One Corporate Center
　　　　　　　　　　　　　　　　　10451 Mill Run Circle, Suite 1000
　　　　　　　　　　　　　　　　　Baltimore, Maryland 21117
　　　　　　　　　　　　　　　　　(410) 581-7400
　　　　　　　　　　　　　　　　　(410) 581-7410 (facsimile)

　　　　　　　　　　　　　　　　　*Attorneys for Toshiba America
　　　　　　　　　　　　　　　　　 Consumer Products, L.L.C.*

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.*

103203.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2009, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg