IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| | JUDGE KEVIN R. HUENNEKENS |

**WITHDRAWAL OF PROOF OF CLAIM NO. 7183 FILED BY
T.D. FARRELL CONSTRUCTION, INC.**

COMES NOW, T.D. FARRELL CONSTRUCTION, INC., a creditor and party in interest in the above referenced matter and, by and through its undersigned counsel, hereby withdraws its Proof of Claim filed on January 28, 2009 in the amount of $213,357.30. Said claim being Claim No. 7183 on the claims agent's register of claims.

This 31st day of December, 2009.

                                                                 Respectfully submitted,

                                                                 /S/ Ron C. Bingham, II
                                                                 Ron C. Bingham, II
                                                                 Georgia State Bar No. 057240

For the firm of:
**STITES & HARBISON, PLLC**
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308
(404) 739-8800 – Telephone
(404) 739-8870 – Facsimile
Email: rbingham@stites.com
Attorney for T. D. Farrell Construction, Inc.

3885A:04400:207312:1:ATLANTA

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JUDGE KEVIN R. HUENNEKENS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Withdrawal of Proof of Claim No. 7183 filed by T.D. Farrell Construction, Inc.** was sent via first-class mail, postage prepaid, to those parties listed blow on this the **31st** day of **December, 2009.**

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233

McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233

Skadden Arps Slate Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

U.S. Trustee
W. Clarkston McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA  23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA  23219

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA  90067-4100

Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219

3885A:04400:207312:1:ATLANTA

| | |
|---|---|
| Crane-Snead & Associates, Inc.<br>4914 Fitzhugh Avenue<br>Suite 203<br>Richmond, VA  23230-3435 | Circuit City Stores, Inc., et al.<br>Claims Processing Dept.<br>Kurtzman Carson Consultants, LLC<br>2335 Alaska Ave.<br>El Segundo, CA 90245 |

<u>/S/ Ron C. Bingham, II</u>
Ron C. Bingham, II
Georgia State Bar No. 057240

For the Firm of:
**STITES & HARBISON, PLLC**
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308
(404) 739-8800 - Telephone
(404) 739-8870 – Facsimile
Attorney for T. D. Farrell Construction, Inc.

3885A:04400:207312:1:ATLANTA