| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

   IN THE UNITED STATES BANKRUPTCY COURT
    FOR THE EASTERN DISTRICT OF VIRGINIA
              RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SIXTY-FIRST OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN ALLEGED 503(B)(9) CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Sixty-First Omnibus Objection (Reclassification of Certain Alleged 503(b)(9) Claims to General Unsecured, Non-priority Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on

Exhibit C attached to the Objection be reclassified as general unsecured, non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A (as attached hereto and incorporated herein) are reclassified as general unsecured, non-priority claims.

3. The Debtors' rights to amend, modify, or supplement the Sixty-First Omnibus Objection, to file additional objections to any claim, including the Lease Claims, (filed or not) that have been or may be asserted

against the Debtors, and to seek reduction of any claim to the extent such claim has been paid, are preserved.

    4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

    5.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      December_____, 2009
          Dec 29 2009

          /s/ Kevin R. Huennekens
          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

          Entered on docket: Dec 30 3009

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              __/s/ Douglas M. Foley____

**In re Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

Debtors' Sixty-First Omnibus Objection to Claims (Reclassification Of Certain Alleged 503(B)(9) Claims To General Unsecured, Non-Priority Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13374<br>Date Filed: 06/15/2009<br>Docketed Total: $181,199.83<br>Filing Creditor Name and Address:<br>PENSKE<br>PO BOX 827380<br>PHILADELPHIA, PA 19182 | Claim Holder Name and Address    Case Number: 08-35653<br>PENSKE            Docketed Total: $181,199.83<br>PO BOX 827380<br>PHILADELPHIA, PA 19182<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$181,199.83 | Case Number: 08-35653<br>Modified Total: $181,199.83<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$181,199.83 |
| Claim: 657<br>Date Filed: 12/08/2008<br>Docketed Total: $390.74<br>Filing Creditor Name and Address:<br>SNO WHITE DUST CONTROL SERVICE<br>PO BOX 1630<br>HOLLYWOOD, FL 33022 | Claim Holder Name and Address    Case Number: 08-35653<br>SNO WHITE DUST CONTROL SERVICE   Docketed Total: $390.74<br>PO BOX 1630<br>HOLLYWOOD, FL 33022<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$390.74 | Case Number: 08-35653<br>Modified Total: $390.74<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$390.74 |
|  |  | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed:** $181,590.57<br>**Total Amount As Modified:** $181,590.57 |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Dec 30, 2009
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jan 01, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**                    **Signature:** *Joseph Speetjens*