Darrell W. Clark, Bar No. 43943
Tracey M. Ohm, Bar No. 77150
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
dclark@stinson.com
tohm@stinson.com
Tel. (202) 785-9100
Fax (202) 785-9163
*Attorneys for Waste Management, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653 (KRH) |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | |
| Debtors. | ) | Jointly Administered |

## WITHDRAWAL OF WASTE MANAGEMENT, INC.'S
## MOTION TO DEEM PROOF OF CLAIM TIMELY FILED
### (Claim No. 10927)

TO THE HONORABLE KEVIN R. HUENNEKENS, BANKRUPTCY JUDGE:

COMES NOW Waste Management, Inc. ("Waste Management"), by and through its undersigned attorneys, and respectfully states as follows:

Waste Management hereby voluntarily withdraws its Motion to Deem Proof of Claim Timely Filed (Claim No. 10927), filed on July 15, 2009 [Docket Entry No. 4095].

WHEREFORE Waste Management requests that the records of this Honorable Court reflect the knowing and voluntary withdrawal of its Motion [Docket Entry No. 4095].

DB04/837742.0002/2194574.1 DD02

Dated: January 4, 2010　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Darrell W. Clark
　　　　　　　　　　　　　　　　　　　　Darrell W. Clark, Bar No. 43943
　　　　　　　　　　　　　　　　　　　　Tracey M. Ohm, Bar No. 77150
　　　　　　　　　　　　　　　　　　　　Stinson Morrison Hecker LLP
　　　　　　　　　　　　　　　　　　　　1150 18th Street, NW, Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　　　dclark@stinson.com
　　　　　　　　　　　　　　　　　　　　tohm@stinson.com
　　　　　　　　　　　　　　　　　　　　Tel. (202) 785-9100
　　　　　　　　　　　　　　　　　　　　Fax (202) 785-9163
　　　　　　　　　　　　　　　　　　　　*Counsel for Waste Management, Inc.*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on the 4th day of January, 2010, Waste Management, Inc.'s Withdrawal of Motion to Deem Proof of Claim Timely Filed was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* entered in this case.

　　　　　circuitcityservice@mcguirewoods.com
　　　　　project.circuitcity@skadden.com


　　　　　　　　　　　　　　　　　　　　/s/ Darrell W. Clark
　　　　　　　　　　　　　　　　　　　　Darrell W. Clark

2