**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 28, 2009, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6125)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On December 28, 2009, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Supplemental Order on Debtors' Forty-Ninth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6126)

On December 28, 2009, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit C**:

1. Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6127)

On December 28, 2009, copies of the following document were served via first class mail upon the party set forth on the service list attached hereto as **Exhibit D**:

1. Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6128)

On December 28, 2009, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit E**:

1. Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

Dated: December 30, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 30th day of December, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

2

# EXHIBIT A

Circuit City Stores, Inc.
Omni 48 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| Interactive Toy Concepts Inc | | 1192 Martin Grove Rd | | Toronto | ON | M9W 5M9 | Canada |
| EXCEL BEST INDUSTRIES LIMITED | LIN LIM UNIT 1603 | 16/F TOWER 2 SILVERCORD NO 30 CANTON RD | | TSIMSHATSUI KOWLOON | | | HONG KONG |
| ACTIONTEC | TONG KHUC | 760 NORTH MARY AVE | | SUNNYVALE | CA | 94085 | USA |
| AMERICAN FUTURE TECHNOLOGY | SUSAN HOU | 11581 FEDERAL DRIVE | | EL MONTE | CA | 91731 | USA |
| ASM Capital III LP | ASM Capital | 7600 Jericho Tpke Ste 302 | | Woodbury | NY | 11797 | USA |
| AVERATEC INC TRIGEM USA INC | | 1231 E DYER RD STE 150 | | SANTA ANA | CA | 92705 | USA |
| AVERATEC INC TRIGEM USA INC | Lim Ruger & Kim LLP | Samuel S Oh | 1055 W 7th St Ste 2800 | Los Angeles | CA | 90017 | USA |
| Cohesion Products Inc | | 895 Dove St Ste 310 | | Newport Beach | CA | 92660 | USA |
| Cohesion Products Inc | Cohesion Products Inc | c o Receivable Management Services | PO Box 5126 | Timonium | MD | 21094-5126 | USA |
| Cohesion Products Inc | Cohesion Products Inc | c o RMS | PO Box 5126 | Timonium | MD | 21094 | USA |
| EB CARLSON MARKETING | | 45 STERLING ST | | WEST BOYLSTON | MA | 01583 | USA |
| I TOUCHLESS HOUSEWARES & PRODUCTS, INC | | AIIN VIVIAN JIN | 551 FOSTER CITY BLVD UNIT M | FOSTER CITY | CA | 94404 | USA |
| Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | USA |
| Monarch Master Funding Ltd | Attn Michael Gillin | 535 Madison Ave 26th Fl | | New York | NY | 10022 | USA |
| Monarch Master Funding Ltd | Attn Michael Gillin | 535 Madison Ave 26th Fl | | New York | NY | 10022 | USA |
| PHILIPS LIGHTING COMPANY | TERRY LANDRIGAN | PO BOX 100194 | | ATLANTA | GA | 30384-0194 | USA |
| PHILIPS LIGHTING COMPANY | Philips Lighting Co | Attn Corp Credit | 200 Franklin Sq Dr | Somerset | NJ | 08873 | USA |
| SDI TECHNOLOGIES INC | | 1299 MAIN ST | | RAHWAY | NJ | 07065 | USA |
| SP RICHARDS COMPANY | | 5400 HIGHLANDS PKY | | SMYRNA | GA | 30082 | USA |
| SP RICHARDS COMPANY | SP Richards Company | | 6300 Highlands Pkwy | Smyrna | GA | 30082 | USA |
| TIVO INC | DOUG BIETER | 2160 GOLD ST | | ALVISO | CA | 95002-2160 | USA |
| United States Debt Recovery LLC | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451-7401 | USA |
| VonWin Capital Management, LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016-7701 | USA |
| VonWin Capital Management, LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016-7701 | USA |
| VonWin Capital Management, LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016-7701 | USA |

# EXHIBIT B

Circuit City Stores, Inc.
Omni 49 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| VonWin Capital Management LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016-7701 | USA |
| Stillwater Designs and Audio Inc | c o Paul S Bliley Jr Attorney | PO Box 1320 | | Richmond | VA | 23218 | USA |
| Korea Export Insurance Corporation | Attn William C Heuer | Duane Morris LLP | 1540 Broadway | New York | NY | 10036 | USA |

# EXHIBIT C

Circuit City Stores, Inc.
Omni 50 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Cyber Power Systems Inc | Cyber Power Systems Inc | | 6F No 32 Sec 1 Chenggong Rd | | | Nangang District | Taipei | 11570 | Taiwan |
| Audiovox Corporation | Attn Loriann Shelton | 150 Marcus Blvd | | | | Hauppauge | NY | 11788 | USA |
| Cyber Power Systems Inc | William J Joanis Esq | 4241 12th Ave E Ste 400 | | | | Shakopee | MN | 55370 | USA |
| Cyber Power Systems USA Inc | | 4241 12th Ave E Ste 400 | | | | Shakopee | MN | 55370 | USA |
| CYBERPOWER SYSTEMS USA INC | ATTN GEN COUNSEL | 4241 12TH AVE E STE 400 | | | | SHAKOPEE | MN | 55379 | USA |
| FUJITSU TEN CORP OF AMERICA | ATTN EIKO KUBOTA CYWINSKI | 19600 S VERMONT AVE | | | | TORRANCE | CA | 90502 | USA |
| Hauppauge Computer Works Inc | Attn Controller | 91 Cabot Ct | | | | Hauppauge | NY | 11788 | USA |
| Nyko Technologies Inc | Alan F Broidy PC | Law Offices of Alan F Broidy | A Professional Corporation | 1925 Century Park E 7th Fl | | Los Angeles | CA | 90067-2701 | USA |
| Sima Products Corporation | | 120 Pennsylvania Ave | | | | Oakmont | PA | 15139 | USA |
| Southpeak Interactive, LLC | C O  William H Schwarzschild III | Williams Mullen | Two James Center 17th Fl | 1021 East Cary St | | Richmond | VA | 23218-1320 | USA |
| Southpeak Interactive, LLC | W Alexander Burnett | | Willaims Mullen | Two James Center 17th Fl | 1021 East Cary St | Richmond | VA | 23218-1320 | USA |
| Teledynamics | Wendy Wagner Controller | 2200 Wheless Ln | | | | Austin | TX | 78723 | USA |
| Teledynamics | Teledynamics | c o RMS Bankruptcy Recovery Services | PO Box 5126 | | | Timonium | MD | 21094-5126 | USA |
| VonWin Capital Management LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | | | New York | NY | 10016-7701 | USA |

# EXHIBIT D

Circuit City Stores, Inc.
Omni 27 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| California Self Insurers Security Fund | Louis J Cisz Esq and Gina Fornario Esq | Nixon Peabody LLP | One Embarcadero Center 18th Fl | San Francisco | CA | 94111 | USA |

3

# EXHIBIT E

Circuit City Stores, Inc.
Omni 9 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ADDRESSOGRAPH BARTIZAN | | 450 WEAVER ST | | | ROCKY MOUNT | VA | 24151 | USA |
| Ann Taylor Inc | c o Chris Shultz | 476 Wheelers Farms Rd | | | Milford | CT | 06461 | USA |
| Ann Taylor Inc | ANN TAYLOR INC | ATTN CHRIS SHULTZ | 476 WHEELERS FARM RD | | MILFORD | CT | 06461 | USA |
| Antowi, Christine | | 147 Mott St | | | Oceanside | NY | 11572 | USA |
| Bir Singh | | 3308 Pemberton Creek Ct | | | Richmond | VA | 23233 | USA |
| Cadle Jr, Henry W | | 2040 Boccioni Ln | | | Cloves | CA | 93611 | USA |
| EDWARDS, TERRY E | | PO BOX 45285 | | | BATON ROUGE | LA | 70895 | USA |
| Elizabeth Ann Peters | | 02002 County Line Rd | | | Auburndale | WI | 54412 | USA |
| Larry K Heitman | | 300 Lila Ln | | | Athens | TX | 75751 | USA |
| Maria Quiroga | | 121 09 Linden Blvd | | | South Ozone Park | NY | 11420 | USA |
| Michael J Cloukey | | 22 Maple St | | | Turners Falls | MA | 01376 | USA |
| MIDWAY | | BANK OF AMERICA LOCKBOX SVC | 15218 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | USA |
| MIDWAY | Midway Home Entertainment Inc | | 10636 Scripps Summit Ct | | San Diego | CA | 92131 | USA |
| MIDWAY | Midway Home Entertainment | Attn Eric Muellner | 2704 W Roscoe St | | Chicago | IL | 60618-5910 | USA |
| Parada, Celia | | 10213 Wood Dr | | | Rowlett | TX | 75089 | USA |
| RAYMOND HANDLING CORP | | 41400 BOYCE RD | | | FREMONT | CA | 94538-3152 | USA |
| SIMPLETECH A FABRIK COMPANY | ALAN DOCHERTY DIRECTOR OF SALES FINANCE | 1830 E WARNER AVE | | | SANTA ANA | CA | 92705 | USA |
| SIMPLETECH A FABRIK COMPANY | LEI LEI WANG EKVALL | WEILAND GOLDEN | SMILEY WANG EKVALL & STROK LLP | 650 TOWN CENTER DR STE 950 | COSTA MESA | CA | 92626 | USA |
| Sirico, Russell | | 529 Jersey Ave | | | Greenwood Lk | NY | 10925 | USA |
| Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partner t a Fort Evans Plaza II Leesburg VA | c o David L Pollack Esq | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | USA |
| Wilson, Lenorah | | 2833 Victoria St | | | Philadelphia | PA | 19107 | USA |
| Wilson, Lenorah | Michael John Goodnow Esq | | 1101 Market St Ste 2500 | | Philadelphia | PA | 19107 | USA |
| Zuniga, Arcadio | | 8601 Broadway St No 2032 | | | Houston | TX | 77061 | USA |