CLAIM 4481 - SURVIVING CLAIMANT 1/5/11   PAGE 1 OF 2
SURVIVING CLAIMANT - WEILDIER SETTLEMENT CLASS

U.S. BANKRUPTCY COURT
701 EAST BROAD ST - ROOM 4000
RICHMOND VIRGINIA 23219

DEBTORS ATTORNEYS - SKADDEN, ARPS, SLATE MEAGHER
& FLOM LLP
1- Rodney SQUARE
P.O. BOX 636
WILIMINGTON DE -19859-0636
ATTN: GREGG M. GALARDI
ATTN: IAN S. FREDERICKS



MCGUIREWOODS LLP
ONE JAMES CENTER
901 E. CARY STREET
RICHMOND, VIRGINIA 23219
ATTN: DION W. HAYES
ATTN: DOUGLAS M. FOLEY

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 NORTH WACKER DRIVE
CHICAGO, ILLINOIS, 60606
ATTN: CHRIS DICKERSON

JOHN F. TOZZI - CLAIMANT
$60,000 - WAS AWARDED by COURT IN AN
AGE - DISCRIMINATION SUIT

JOHN F. TOZZI - CLAIMANT
17230 DEVONSHIRE ST #112
NORTHRIDGE CA 91325
CELL PHONE 818-203-2906
AS I AM NOT AN ATTORNEY, I would refer the
legal response to my ATTORNEYS
   LAW OFFICES
   ALLRED, MARKOT + GOLDBERG
   PHONE 323-653-6530
   FAX 323-653-1660
   BUT I think THAT to OVER TURN
ANOTHER COURT'S decision which has been
decided AFTER due process that this
compensation was warranted, Does NOT
seem Right, AS A Result of this MATTER
I AM CURRENTLY deep IN debt AND HOMELESS