UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In re:

Circuit City Stores, Inc., et al.,

Debtor.

Chapter 11

Case No. 08-35653 (KRH)

## NOTICE OF CHANGE OF ADDRESS REGARDING ADMINISTRATIVE EXPENSE CLAIM AND UNSECURED CLAIM

Please take notice that the name and address at which service and mailing regarding administrative Claim No. 11820 and unsecured Claim No. 11791 for Watercress Associates LP, LLLP dba Pearlridge Center, has changed. The law firm of Robinson, Diamant & Wolkowitz, A Professional Corporation, of which Douglas D. Kappler is a member will merge on January 1, 2010 into the law firm of Levene, Neale, Bender, Rankin & Brill. Notices, payments and service should be made as follows:

Levene, Neale, Bender, Rankin & Brill, LLP
Attn: Lawrence A. Diamant, Esq.
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234

Date: 12/29/09

_____
DOUGLAS D. KAPPLER

LAD/00207164.WPD/NTC/15750.040

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

I caused the following document(s) to be served On **December 29, 2009**:

**NOTICE OF CHANGE OF ADDRESS REGARDING ADMINISTRATIVE EXPENSE CLAIM AND UNSECURED CLAIM**

on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed to:

| Debtor | Claims Agent |
|---|---|
| Circuit City Stores, Inc. | Circuit City Stores, Inc., et al. |
| Attn: Michelle Mosier | Claims Processing Department |
| P.O. Box 5695 | Kurtzman Carson Consultants LLC |
| Glen Allen, VA 23058-5695 | 2335 Alaska Avenue |
|  | El Segundo, CA 90245 |

By mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed at Los Angeles, California on **December 29, 2009**.

_Katie Finn_
KATIE FINN

LAD/00207164.WPD/NTC/15750.040