Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:	(804) 237-8811
F:	(804) 237-8801

*Local Counsel to Sonoma County Tax Collector*

-and-

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
T:	(213) 229-2868
F:	(213) 229-2870

*Lead Attorneys for Sonoma County Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:   CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter    11    Proceedings |
| Debtor(s). | |

**MOTION FOR ADMISSION OF
<u>BARRY S. GLASER *PRO HAC VICE*</u>**

Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Sonoma County Tax Collection ("Sonoma County"), hereby moves the Court to enter an Order permitting Barry S. Glaser, with the Los Angela, California office of the law firm of Steckbauer Weinhart Jaffe, LLP (the "Admittee"), to practice *pro hac vice* before

the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent the interests of Sonoma County, pursuant to Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2), in the above-captioned proceeding. In support of this motion, the Movant states as follows:

1. The Admittee is a member in good standing of the bar of the State of California, admitted to practice before the U.S. District Court for the Northern, Eastern, Central and Southern Districts of California, and the 9th Circuit Court of Appeals and District Court for the State of Hawaii. There are no disciplinary proceedings pending against the Admittee. The Admittee understand that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

2. Movant requests that the Court grant this Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

3. Movant and his law firm shall serve as local counsel with the Admittee in these cases.

4. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the requirements that all motions be accompanied by written memorandum be waived.

5. Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, to local counsel for the above-captioned debtors, to local counsel for the unsecured creditors committee, and to all parties

receiving electronic notice in this case. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

WHEREFORE the Movant respectfully requests that the Court enter an Order (i) permitting the Admittee to appear *pro hac vice* in association with the Movant as counsel for Sonoma County in these cases and (ii) granting such other further relief as is just and proper.

Dated:  January 5, 2010

Respectfully submitted,

Vandeventer Black, LLP

By: */s/ Kevin A. Lake*

Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801

-- and --

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA 90071
T:      (213) 229-2868
F:      (213) 229-2870

Lead Attorneys for Sonoma County Tax Collector

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2010, a true and correct coy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
901 East Cary Street
Richmond, Virginia 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219


/s/  Kevin A. Lake
Kevin A. Lake