# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE:   Circuit City Stores, *et al.*,<br><br>Debtor. | Chapter 11<br>Case No: 08-35653-KRH |

## REQUEST to TRANSFER NEF's to OF-COUNSEL ONLY

PLEASE TAKE NOTICE that local counsel for VonWin Capital Management, L.P., the law offices of John Carter Morgan, Jr., PLLC, hereby requests this Honorable Court to discontinue the sending to its email the NEF's for this case, and also that local counsel herein requests that the said NEF's continue for other, receiving, non-local counsel (herein "Of-Counsel") for VonWin Capital Management, L.P. who desire to continue to receive NEF's, and that local counsel is not withdrawing his appearance, but simply requesting the cessation of NEF's.

JOHN CARTER MORGAN, JR., PLLC

BY:   /s/ John C.Morgan
John C. Morgan, Esquire, VSB # 30148
JOHN CARTER MORGAN, JR., PLLC
98 Alexandria Pike, Suite 10
Warrenton ,Virginia 20186
(540) 349-3232
(FAX) 349-1278

### Certificate of Service

I, John C. Morgan, of John Carter Morgan, Jr., PLLC, hereby certify that on the 5th day of January 2010, a true and accurate copy of the foregoing pleading was electronically filed with the Court, which causes notices of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/ John C. Morgan
Local Counsel