Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:       (804) 237-8811
F:       (804) 237-8801

*Local Counsel to Sonoma County Tax Collector*

-and-

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
T:       (213) 229-2868
F:       (213) 229-2870

*Lead Attorneys for Sonoma County Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   CIRCUIT CITY STORES, INC., et al.          Case No. 08-35653-KRH
                                                    Jointly Administered
                                                    Chapter   11   Proceedings

                          Debtor(s).

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (the

"Motion"), filed by Kevin A. Lake ("Movant"), a member in good standing of the Bar of

the State of Virginia, an attorney admitted to practice before the United States District and

Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond,

Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case

for Sonoma County Tax Collector, requesting the Court to admit *pro hac vice* Barry S.

Glaser, with the Los Angela, California office of the law firm of Steckbauer Weinhart

Jaffe, LLP (the "Admittee"), to represent the interests of Sonoma County (as such term is

defined in the Motion) in connection with these Chapter 11 cases.

The Court, having jurisdiction to consider the Motion, finding that due and

sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1.      The Motion is GRANTED.

2.      Barry S. Glaser is permitted to appear *pro hac vice* to represent the interests

of Sonoma County in these cases in accordance with Eastern District of Virginia Local

Bankruptcy Rule 2090-1(E)(2).


Date:_____                          _____
                                               Kevin R. Huennekens, Judge
                                               United States Bankruptcy Court
                                                 For the Eastern District of Virginia

                                               Entered on Docket: _____


WE ASK FOR THIS:

  /s/ Kevin A. Lake_____
Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801
        Local Counsel for Sonoma County Tax Collector

-- and --

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
T:      (213) 229-2868
F:      (213) 229-2870
        Lead Attorneys for Sonoma County Tax Collector

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2010 a true and correct coy of the foregoing proposed Order Granting Admission *Pro Hac Vice* was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
John H. Maddock, III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219


/s/  Kevin A. Lake
Kevin A. Lake