Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:        (804) 237-8811
F:        (804) 237-8801

*Local Counsel to Sonoma County Tax Collector*

-and-

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
T:        (213) 229-2868
F:        (213) 229-2870

*Lead Attorneys for Sonoma County Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:   CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter    11    Proceedings |
| Debtor(s). | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Sonoma County Tax Collector, requesting the Court to admit *pro hac vice* Barry S. Glaser, with the Los Angela, California office of the law firm of Steckbauer Weinhart

Jaffe, LLP (the "Admittee"), to represent the interests of Sonoma County (as such term is defined in the Motion) in connection with these Chapter 11 cases.

The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is GRANTED.

2. Barry S. Glaser is permitted to appear *pro hac vice* to represent the interests of Sonoma County in these cases in accordance with Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

Date: Jan 7 2010

/s/ Kevin Huennekens
Kevin R. Huennekens, Judge
United States Bankruptcy Court
  For the Eastern District of Virginia

Entered on Docket: 1/8/2010

WE ASK FOR THIS:

/s/ Kevin A. Lake
Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801
    Local Counsel for Sonoma County Tax Collector

-- and --

Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street
36th Floor
Los Angeles, CA  90071
T:    (213) 229-2868
F:    (213) 229-2870
    Lead Attorneys for Sonoma County Tax Collector

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2010 a true and correct coy of the foregoing proposed Order Granting Admission *Pro Hac Vice* was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
John H. Maddock, III, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

/s/ Kevin A. Lake
Kevin A. Lake

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Jan 08, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Jan 10, 2010.
smg           +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2010**          **Signature:**  _Joseph Speetjens_