Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
             Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 14, 2010 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
January 14, 2010 beginning at 2:00 p.m. Eastern.

**I.     RESOLVED/WITHDRAWN MATTERS**

1.     Motion of Marblegate Asset Management, LLC for
       Allowance and Payment of Administrative Expense Claim
       (Claim No. 1385) (Docket No. 5430)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 5431)

       b.    Notice of Proposed Settlement with Marblegate
             Asset Management, LLC Regarding Claim No. 1385
             (Docket No. 6240)

       Objection
       Deadline:          November 16, 2009 at 4:00 p.m., extended
                          until January 7, 2010 at 4:00 p.m. for
                          the Debtors

       Objections/
       Responses
       Filed:             None at the time of filing this agenda

       Status:            This matter has been resolved.  A
                          proposed settlement agreement and notice
                          of settlement have been filed.

2.     Motion of Marblegate Asset Management, LLC for
       Allowance and Payment of Administrative Expense Claim
       (Claim No. 1225) (Docket No. 5432)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 5433)

       b.    Notice of Proposed Settlement with Marblegate
             Asset Management, LLC Regarding Claim No. 1225
             (Docket No. 6239)

       Objection
       Deadline:          November 16, 2009 at 4:00 p.m., extended
                          until January 7, 2010 at 4:00 p.m. for

the Debtors

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been resolved.  A
                proposed settlement agreement and notice
                of settlement have been filed.

3.   Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property
     Leases and (C) Lease Rejection Procedures (Docket No.
     1946)

     Related
     Documents:

     a.   Notice of Hearing (Docket No. 1947)

     b.   Order under Bankruptcy Code Sections 105, 363, and
          265 (I) Approving Bidding and Auction Procedures
          for Sale of Unexpired Nonresidential Real Property
          Leases, (II) Setting Sale Hearing Dates and (III)
          Authorizing and Approving (A) Sale of Certain
          Unexpired Nonresidential Real Property Leases Free
          and Clear of All Interests, (B) Assumption and
          Assignment of Certain Unexpired Nonresidential
          Real Property Leases and (C) Lease Rejection
          Procedures (Docket No. 2242)

     c.   Notice of February Lease Bid Deadline, Auction
          Date and Related Objection Deadline and Sale
          Hearing Date (Docket No. 2245)

     d.   Supplemental Order Under Bankruptcy Code Sections
          105, 363, and 365 Approving Amended Bid Deadline
          in Connection with Bidding and Auction Procedures
          for Sale of Unexpired Nonresidential Real Property

Leases (Docket No. 2346)

e.    Notice of Amended March Bid Deadline – New
      Deadline: March 3, 2009 at 4:00 p.m. (Eastern)
      (Docket No. 2351)

f.    Notice of Bids Received (Docket No. 2403)

g.    Cure Schedule (Docket No. 2407)

h.    Supplemental Cure Schedule (Docket No. 2421)

i.    Notice of Withdrawal of Objection of 444
      Connecticut Avenue, LLC to Assumption and
      Assignment of Lease, and Cure Amounts Associated
      Therewith (Docket No. 6061)

Objection
Deadline:              March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure
      Amounts Associated Therewith (Docket No. 2480)

      Related
      Document:

      i.    Debtors' Reply to Objection of 444
            Connecticut, LLC to Debtors' Proposed Cure
            Amount (Docket No. 4151)

  Status:        The Objection of 444 Connecticut Avenue,
                 LLC has been withdrawn.  Therefore, this
                 matter has been fully resolved.

4.    Waste Management, Inc.'s Motion to Deem Proof of Claim
      Timely Filed, Claim No. 10927 (Docket No. 4095)

      Related
      Documents:

a.      Notice of Motion and Hearing (Docket No. 4096)

b.      Withdrawal Of Waste Management, Inc.'s Motion To
        Deem Proof Of Claim Timely Filed (Docket No. 6215)

Objection
Deadline:          August 20, 2009 at 4:00 p.m., extended
                   for the Debtors until December 3, 2009
                   at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been withdrawn (Docket
                   No. 6215).

**II.   CONTINUED/ADJOURNED MATTERS**

5.   Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363(b) and 503(c)(3) Approving a Wind
     Down Incentive and Retention Plan and Authorizing
     Payment of Wind Down Incentive and Retention Pay
     (Docket No. 2008)

     Related
     Documents:

     a.      Notice of Motion and Hearing (Docket No. 2011)

     b.      Order Granting Motion to File Documents Under Seal
             (Docket No. 2395)

     c.      Order Under Bankruptcy Code Sections 105, 363(b)
             and 503(c)(3) Approving a Wind Down Incentive and
             Retention Plan and Authorizing Payment of Wind
             Down Incentive Pay to Plan Participants (Docket
             No. 2757)

     Objection
     Deadline:          February 23, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

a.      Letter Objection of Barbara Gillis (Docket No.
        2254)

b.      Informal Objection by the Committee

c.      United States Trustee's Objection to the Debtors'
        Motion for an Order Approving the Wind Down
        Incentive and Retention Plan and Authorizing
        Payment of Wind Down Incentive and Retention Pay
        (Docket No. 2287)

Status:         The Court has entered an order partially
                approving the relief requested by the
                Motion.  The relief requested with
                respect to James Marcum has been
                adjourned to February 11, 2010 at 11:00
                a.m.

6.   Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:       February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.      Debtors' Objection to Motion of DirecTV, Inc. for
             Relief from the Automatic Stay to Effect Setoff
             and Memorandum of Points and Authorities in
             Support Thereof (Docket No. 2331)

     Status:         This matter has been adjourned to
                     February 24, 2010 at 2:00 p.m.

7.   Schimenti Construction Company, LLC's Motion for
     Examination and Order Directing Debtor, Circuit City
     Stores, Inc. to Produce Documents Pursuant to Federal
     Rule of Bankruptcy Procedure Rule 2004 and Memorandum
     in Support Thereof (Docket No. 3591)

     Objection

6

Deadline:        June 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Schimenti Construction
      Company, LLC's Motion for Examination and Order
      Directing Debtor, Circuit City Stores, Inc. to
      Produce Documents Pursuant to Federal Rule of
      Bankruptcy Procedure Rule 2004 (Docket No. 3701)

Status:          This matter has been adjourned to
                 February 24, 2010 at 2:00 p.m.

8.    Debtors' Objection to Claim of Panasonic Corporation of
      North America (Claim No. 1254) (Docket No. 4630)

      Related
      Documents:

      a.    Motion To Seal Exhibit (Docket No. 5669)

      Objection
      Deadline:        September 25, 2009 at 4:00 p.m.,
                       extended until November 13, 2009 at 4:00
                       p.m. for Panasonic Corporation

      Objections/
      Responses
      Filed:

   a. Response to Debtors' Objection to Claim of Panasonic
      Corporation of North America (Claim No. 1254) (Docket
      No. 5662)

      Status:          This matter has been adjourned to
                       February 11, 2010 at 11:00 a.m.

9.    Madcow International Group Limited's Motion for
      Allowance of Payment of Administrative Expense Claim
      (Docket No. 6039)

      Objection
      Deadline:        January 7, 2010 at 4:00 p.m., extended

7

                                  until January 21, 2010 at 4:00 p.m. for
                                  the Debtors

          Objections/
          Responses
          Filed:               None at the time of filing this agenda

          Status:              This matter has been adjourned to
                               January 28, 2010 at 11:00 a.m.

### III.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD

10.   Debtors' Sixty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Asserted Against a
      Domestic Company for Which the Debtors Show No
      Liability) (Docket No. 6048)

          Objection
          Deadline:            January 7, 2010 at 4:00 p.m.

          Objections/
          Responses
          Filed:               None at the time of Filing this agenda

          Status:              This matter is going forward.  The
                               Debtors will present an order granting
                               the relief sought in the objection.

11.   Debtors' Sixty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Qualified Pension Plan and
      401(k) Claims) (Docket No. 6057)

          Objection
          Deadline:            January 7, 2010 at 4:00 p.m.

          Objections/
          Responses
          Filed:               None at the time of filing this agenda

          Status:              This matter is going forward.  The
                               Debtors will present an order granting
                               the relief sought in the objection.

12.   Debtors' Motion for Summary Judgment with Respect to
      Certain Claims Subject to (I) the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of

Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-Third Omnibus Objection to Claims Modification and/or Reclassification of Certain Claims) (Docket No. 6135)

Related
Documents:

a.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

b.    Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

c.    Debtors' Memorandum of Law in Support of Motion for Summary Judgment with Respect to Certain Claims Subject to (I) the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-Third Omnibus Objection to Claims Modification and/or Reclassification of Certain Claims) (Docket No. 6136)

d.    Notice of Motion and Hearing (Docket No. 6137)

Objection
Deadline:        January 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Denon Electronics (USA) LLC and Boston Acoustic, Inc.'s Opposition to Debtors' Motion for Summary Judgment with Respect to Certain Claims Subject to (I) the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-Third Omnibus Objection to the Claims (Modification and/or Reclassification of Certain Claims) (Docket No.

6236)

b.  Opposition of Paramount Home Entertainment Inc. to
Debtors' Motion for Summary Judgment With Respect
to Certain Claims Subject to the Debtors'
Nineteenth and Thirty-Third Omnibus Objections to
Claims (Docket No. 6237)

c.  Declaration of David M. Stern Pursuant to Fed. R.
Civ. P. 56(f) (Docket No. 6238)

d.  Opposition of Cisco-Linksys LLC Debtors' Motion for
Summary Judgment and Memorandum of Law in Support
of Motion for Summary Judgment With Respect to
Certain Claims Subject to (I) the Debtors'
Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) and (II)
the Debtors' Thirty-Third Omnibus Objection to the
Claims (Modification and/or Reclassification of
Certain Claims)(Docket No. 6243)

e.  Opposition of Plantronics, Inc. to Debtors' Motion
for Summary Judgment and Memorandum of Law in
Support of Motion for Summary Judgment With Respect
to Certain Claims Subject to (I) the Debtors'
Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) and (II)
the Debtors' Thirty-Third Omnibus Objection to the
Claims (Modification and/or Reclassification of
Certain Claims)(Docket No. 6244)

f.  Opposition of Seagate Technology, LLC to Debtors'
Motion for Summary Judgment and Memorandum of Law
in Support of Motion for Summary Judgment With
Respect to Certain Claims Subject to (I) the
Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) and (II)
the Debtors' Thirty-Third Omnibus Objection to the
Claims (Modification and/or Reclassification of
Certain Claims)(Docket No. 6245)

g.  Joinder of Lumisource, Inc. to (a) The Opposition

Paramount Home Entertainment Inc. to Debtors'
Motion for Summary Judgment With Respect to Certain
Claims Subject to the Debtors' Nineteenth and
Thirty-Third Omnibus Objections to Claims; and
(b)Denon Electronics (USA) LLC and Boston Acoustic,
Inc.'s Opposition to Debtors' Motion for Summary
Judgment with Respect to Certain Claims Subject to
(I) the Debtors' Nineteenth Omnibus Objection to
Claims (Reclassification of Certain Misclassified
Claims to General Unsecured, Non-Priority Claims)
and (II) the Debtors' Thirty-Third Omnibus
Objection to the Claims (Docket No. 6246)

Status:        This matter is going forward.

13.   Debtors' Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      General Unsecured, Non-Priority Claims) (Docket No.
      3703)

      Related
      Documents:

      a.    Order on Debtors' Nineteenth Omnibus Objection to
            Claims (Reclassification of Certain Misclassified
            Claims to General Unsecured, Non-Priority Claims)
            (Docket No. 4449)

      b.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4736)

      c.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4758)

      Objection
      Deadline:       July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

Status:         Orders have been entered partially
                sustaining the objection.  **For those
                claims subject to matter 10, this matter
                is going forward.  FOR ALL OTHER CLAIMS
                FOR WHICH THE OBJECTION IS STILL
                PENDING, THIS MATTER HAS BEEN ADJOURNED
                TO FEBRUARY 24, 2010 AT 2:00 P.M.**

14.   Debtors' Thirty-Third Omnibus Objection to Claims
      (Modification and/or Reclassification of Certain
      Claims) (Docket Nos. 4588, 4590)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
            to Claims (Modification and/or Reclassification of
            Certain Claims) (Docket No. 5192)

      Objection
      Deadline:       September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  **For those
                      claims subject to matter 10, this matter
                      is going forward.  FOR ALL OTHER CLAIMS
                      FOR WHICH THE OBJECTION IS STILL
                      PENDING, THIS MATTER HAS BEEN ADJOURNED
                      TO FEBRUARY 24, 2010 AT 2:00 P.M.**

**IV.   OMNIBUS CLAIM OBJECTIONS - ADJOURNED MATTERS**

15.   Debtors' Second Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2789)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2790)

      b.    Order on Debtors' Second Omnibus Objection to
            Certain Late 503(b)(9) Claims (Docket No. 3356)

Objection
Deadline:        April 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

16.   Debtors' Third Omnibus Objection to Certain Late
      503(b)(9) Claims (Docket No. 2791)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2792)

      b.   Order on Debtors' Third Omnibus Objection to
           Certain Late 503(b)(9) Claims (Docket No. 3357)

      Objection
      Deadline:        April 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached <u>Exhibit A</u>.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter has been adjourned
                       to February 24, 2010 at 2:00 p.m.

17.   Debtors' Fourth Omnibus Objection to Certain
      Duplicative Claims (Docket No. 3096)

      Related
      Documents:

      a.   Order on Debtors' Fourth Omnibus Objection to

Certain Duplicative Claims (Docket No. 3494)

Objection
Deadline:         May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter has been adjourned
                  to February 24, 2010 at 2:00 p.m.

18.   Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3309)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3310)

      b.    Order Adjourning Debtors Fifth Omnibus Objection
            to Certain Misclassified Non-Goods 503(b)(9)
            Claims (Docket No. 4007)

      c.    Order on Debtors Fifth Omnibus Objection to
            Certain Misclassified Non-Goods 503(b)(9) Claims
            (Docket No. 4008)

      d.    Memorandum and Opinion (Docket No. 5040)

      e.    Order (Docket No. 5041)

      Objection
      Deadline:         June 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached <u>Exhibit A</u>.

      Status:           An order has been entered partially
                        sustaining the objection.  For those

14

claims for which the objection is still pending, this matter has been adjourned to February 24, 2010 at 2:00 p.m.

19.    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3312)

b.    Order Adjourning Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4011)

c.    Order on Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4012)

d.    Memorandum and Opinion (Docket No. 5040)

e.    Order (Docket No. 5041)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter has been adjourned to February 24, 2010 at 2:00 p.m.

20.    Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506)

Related
Documents:

a.    Order on Debtors' Seventh Omnibus Objection to

Certain Late Claims (Docket No. 4169)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

21.  Debtors' Eighth Omnibus Objection to Certain Late
     Claims (Docket No. 3507)

     Related
     Documents:

     a.   Order on Debtors' Eighth Omnibus Objection To
          Certain Late Claims (Docket No. 4170)

     b.   Supplemental Order on Debtors' Eighth Omnibus
          Objection to Certain Late Claims (Docket No. 6080)

     c.   Supplemental Order on Debtors' Eighth Omnibus
          Objection to Certain Late Claims (Docket No. 6109)

     Objection
     Deadline:        June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          Orders have been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter has been adjourned
                      to February 24, 2010 at 2:00 p.m.

22.  Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus
      Objection to Certain (i) Late Claims (ii) Late
      503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection To
      Certain (I) Late Claims And (II) Late 503(B)(9)
      Claims (Docket No. 4171)

c.    Supplemental Order on Debtors' Ninth Omnibus
      Objection to Certain (I) Late Claims and (II) Late
      503(b)(9) Claims (Docket No. 6131)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

23.   Debtors' Tenth Omnibus Objection to Certain Duplicate
      Claims (Docket No. 3513)

      Related
      Documents:

      a.    Order On Debtors' Tenth Omnibus Objection To
            Certain Duplicate Claims (Docket No. 4172)

      b.    Supplemental Order on Debtors' Tenth Omnibus
            Objection to Certain Duplicate Claims (Docket No.
            4406)

      c.    Second Supplemental Order on Debtors' Tenth
            Omnibus Objection to Certain Duplicate Claims
            (Docket No. 5875)

Objection
Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

24.   Debtors' Twentieth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases (Docket No. 3704)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified to Unsecured Claims of
            Certain Claims Filed As 503 (B) (9) Claims for
            Goods Received by the Debtors Not Within Twenty
            Days of the Commencement of the Case (Docket No.
            4576)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter has been adjourned
                         to February 24, 2010 at 2:00 p.m.

25.   Debtors' Twenty-First Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      3709)

Related
Documents:

a.   Order on Debtors' Twenty-First Omnibus Objection
     to Claims (Disallowance of Certain Duplicate
     Claims) (Docket No. 4466)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter has been adjourned
                  to February 24, 2010 at 2:00 p.m.

26.  Debtors' Twenty-Second Omnibus Objection to Claims
     (Disallowance of Certain Claims Filed Against the Wrong
     Debtor) (Docket No. 3710)

     Related
     Documents:

     a.   Order On Debtors' Twenty-Second Omnibus Objection
          To Claims (Disallowance Of Certain Claims Filed
          Against The Wrong Debtor) (Docket No. 4577)

     Objection
     Deadline:         July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:            See attached Exhibit A.

     Status:           An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter has been adjourned
                       to February 24, 2010 at 2:00 p.m.

27.  Debtors' Twenty-Third Omnibus Objection to Claims

(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 3711)

Related
Documents:

a.    Order on Debtors' Twenty-Third Omnibus Objection
      to Claims (Modification of Certain Duplicate
      503(b)(9) Claims) (Docket No. 4465)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

28.   Debtors' Twenty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Real Estate Tax Claims on Real
      Property in Which the Debtors Leased the Real Property)
      (Docket No. 4017)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Real Estate Tax
            Claims on Real Property in Which the Debtors
            Leased the Real Property) (Docket No. 4727)

      Objection
      Deadline:        August 10, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          An order has been entered partially
                       sustaining the objection.  For those

claims for which the objection is still
pending, this matter has been adjourned
to February 24, 2010 at 2:00 p.m.

29.   Debtors' Twenty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Tax Claims for No Tax
      Liability) (Docket No. 4276)

      Related
      Documents:

      a.   Order on Debtors' Twenty-Seventh Omnibus Objection
           to Claims (Disallowance of Certain Tax Claims for
           No Tax Liability) (Docket No. 4807)

      b.   Supplemental Order on Debtors' Twenty-Seventh
           Omnibus Objection to Claims (Disallowance of
           Certain Tax Claims for No Tax Liability) (Docket
           No. 6128)

      Objection
      Deadline:        August 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          Orders have been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter has been adjourned
                       to February 24, 2010 at 2:00 p.m.

30.   Debtors' Twenty-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Amended Claims) (Docket No.
      4277)

      Related
      Documents:

      a.   Order on Debtors' Twenty-Eighth Omnibus Objection
           to Claims (Disallowance of Certain Amended Claims)
           (Docket No. 4848)

      Objection

Deadline:          August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

31.   Debtors' Twenty-Ninth Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims) (Docket No.
      4278)

      Related
      Documents:

      a.   Order on Debtors' Twenty-Ninth Omnibus Objection
           to Claims (Disallowance of Certain Duplicate
           Claims) (Docket No. 4805)

      Objection
      Deadline:          August 20, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter has been adjourned
                         to February 24, 2010 at 2:00 p.m.

32.   Debtors' Thirtieth Omnibus Objection to Claims
      (Disallowance of Certain Claims for Wages and
      Compensation) (Docket No. 4583)

      Related
      Documents:

      a.   Notice of Objection and Hearing (Docket No. 4584)

    b.    Order on Debtors' Thirtieth Omnibus Objection to
        Claims (Disallowance of Certain Claims for Wages
        and Compensation) (Docket No. 5191)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached Exhibit A.

Status:        An order has been entered partially
        sustaining the objection.  For those
        claims for which the objection is still
        pending, this matter has been adjourned
        to February 24, 2010 at 2:00 p.m.

33.   Debtors' Thirty-First Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     4585)

Related
Documents:

    a.    Order on Debtors' Thirty-First Omnibus Objection
        to Claims (Disallowance of Certain Legal Claims)
        (Docket No. 5294)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached Exhibit A.

Status:        An order has been entered partially
        sustaining the objection.  For those
        claims for which the objection is still
        pending, this matter has been adjourned
        to February 24, 2010 at 2:00 p.m.

34.   Debtors' Thirty-Fourth Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 4598)

Related
Documents:

a.    Order On Debtors' Thirty-Fourth Omnibus Objection
      To Claims (Modification Of Certain Duplicate
      503(b)(9) Claims) (Docket No. 5385)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

35.   Debtors' Thirty-Fifth Omnibus Objection to Claims
      (Disallowance of (I) Certain Amended Claims; and (II)
      Certain Duplicate Claims) (Docket No. 4599)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Fifth Omnibus Objection
            to Claims (Disallowance of (I) Certain Amended
            Claims; and (II) Certain Duplicate Claims) (Docket
            No. 5396)

      Objection
      Deadline:        September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter has been adjourned
                       to February 24, 2010 at 2:00 p.m.

36.   Debtors' Thirty-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Claims Relating to Short Term
      Incentive Plan) (Docket No. 4600)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Sixth Omnibus Objection
            to Claims (Disallowance of Certain Claims Relating
            to Short Term Incentive Plan) (Docket No. 5193)

      Objection
      Deadline:         September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter has been adjourned
                        to February 24, 2010 at 2:00 p.m.

37.   Debtors' Thirty-Seventh Omnibus Objection to Claims
      (Reduction of Certain Personal Property Tax Claims)
      (Docket No. 4613)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Seventh Omnibus Objection
            to Claims (Reduction of Certain Personal Property
            Tax Claims) (Docket No. 5397)

      Objection
      Deadline:         September 25, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still

pending, this matter has been adjourned
to February 24, 2010 at 2:00 p.m.

38.  Debtors' Thirty-Ninth Omnibus Objection to Claims
(Reclassification to Unsecured Claims of Certain Claims
Filed as 503(b)(9) Claims for Goods Received by the
Debtors Not Within Twenty Days of the Commencement of
the Cases) (Docket No. 4881)

Related
Documents:

a.    Order on Debtors' Thirty-Ninth Omnibus Objection
to Claims (Reclassification to Unsecured Claims of
Certain Claims Filed as 503(b)(9) Claims for Goods
Received by the Debtors Not Within Twenty Days of
the Commencement of the Cases) (Docket No. 5829)

Objection
Deadline:        October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

39.  Debtors' Forty-First Omnibus Objection to Claims
(Disallowance of Certain No Liability Claims that were
(I) Paid Prepetition or (II) Satisfied Postpetition)
(Docket No. 4890)

Related
Documents:

a.    Order on Debtors' Forty-First Omnibus Objection to
Claims (Disallowance of Certain No Liability
Claims that were (I) Paid Prepetition or (II)
Satisfied Postpetition) (Docket No. 5781)

Objection

Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

40.  Debtors' Forty-Second Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5015)

     Related
     Documents:

     a.    Order on Debtors' Forty-Second Omnibus Objection
           to Claims (Disallowance of Certain Amended Claims)
           (Docket No. 5939)

     Objection
     Deadline:          October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter has been adjourned
                        to February 24, 2010 at 2:00 p.m.

41.  Debtors' Forty-Third Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5016)

     Related
     Documents:

     a.    Order on Debtors' Forty-Third Omnibus Objection to
           Claims (Disallowance of Certain Late Claims)
           (Docket No. 5785)

Objection
Deadline:          October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

42.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.    Order on Debtors' Forty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Duplicative
            Claims) (Docket No. 5830)

      Objection
      Deadline:          October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached <u>Exhibit A</u>.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter has been adjourned
                         to February 24, 2010 at 2:00 p.m.

43.   Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6125)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

44.  Debtors' Forty-Ninth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion
     for (I) Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that the
     First Hearing on Any Response Proceed as a Status
     Conference (Docket No. 5212)

     Related
     Documents:

     a.    Memorandum Opinion (Docket No. 5963)

     b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
           Fiftieth Omnibus Objections (Docket No. 5964)

     c.    Supplemental Order on Debtors' Forty-Ninth Omnibus

Objection to Certain Administrative Expenses and
503(b)(9) Claims and Motion for (I) Authority to
Setoff Against Such Expenses and Claims and (II) a
Waiver of the Requirement that the First Hearing
on Any Response Proceed as a Status Conference
(Docket No. 6126)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

45.   Debtors' Fiftieth Omnibus Objection to Certain
      Administrative Expenses and Motion for (I) Authority to
      Setoff Against Such Expenses and (II) a Waiver of the
      Requirement that the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 5213)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
            Fiftieth Omnibus Objections (Docket No. 5964)

      c.    Supplemental Order on Debtors' Fiftieth Omnibus
            Objection to Certain Administrative Expenses and
            Motion for (I) Authority to Setoff Against Such
            Expenses and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6127)

      Objection
      Deadline:          November 4, 2009 at 4:00 p.m.

      Objections/

Responses
Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter has been adjourned
                    to February 24, 2010 at 2:00 p.m.

46.   Debtors' Fifty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5318)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Late Claims)
            (Docket No. 6068)

      Objection
      Deadline:     November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        See attached Exhibit A.

      Status:       An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter has been adjourned
                    to February 24, 2010 at 2:00 p.m.

47.   Debtors' Fifty-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Alleged Administrative
      Expenses on Account of Employee Obligations) (Docket
      No. 5320)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Sixth Omnibus Objection to
            Claims (Disallowance of Certain Alleged
            Administrative Expenses on Account of Employee
            Obligations)(Docket No. 6071)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to February 24, 2010 at 2:00 p.m.

48.   Debtors' Fifty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Alleged Administrative
      Expenses) (Docket No. 5321)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Seventh Omnibus Objection
            to Claims (Disallowance of Certain Alleged
            Administrative Expenses) (Docket No. 6070)

      Objection
      Deadline:          November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter has been adjourned
                         to February 24, 2010 at 2:00 p.m.

49.   Debtors' Fifty-Eighth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      Unsecured, Non-Priority Claims) (Docket No. 5322)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Eighth Omnibus Objection

to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 6067)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to February 24, 2010 at 2:00 p.m.

50.  Debtors' Sixty-Third Omnibus Objection to Claims
     (Disallowance of Certain Duplicate Claims of the
     Weidler Settlement Class) (Docket No. 6049)

     Objection
     Deadline:        January 7, 2010 at 4:00 p.m., extended
                      until February 17, 2010 at 4:00 p.m. for
                      Weidler Settlement Class.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      February 24, 2010 at 2:00 p.m.

**V.    FEE APPLICATIONS**

51.  Fourth Interim Application of Pachulski Stang Ziehl &
     Jones for Compensation for Services Rendered and
     Reimbursement of Expenses as Counsel to the Official
     Committee of Unsecured Creditors For the Period From
     August 1, 2009 through October 31, 2009 (Docket No.
     6074)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 6078)

Objection
Deadline:        January 7, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

52.  First Interim Application of Gowling Lafleur Henderson
     LLP for Compensation for Services Rendered and
     Reimbursement of Expenses as Canadian Counsel to the
     Official Committee of Unsecured Creditors for the
     Period from November 18, 2008 Through October 31, 2009
     (Docket No. 6075)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 6078)

     Objection
     Deadline:        January 7, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter is going forward.

53.  Application of Protiviti, Inc. for Fourth Interim
     Allowance of Compensation and Reimbursement of Expenses
     as Financial Advisor for the Official Committee of
     Unsecured Creditors For the Period August 1, 2009
     through October 31, 2009 (Docket No. 6076)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 6078)

     Objection
     Deadline:        January 7, 2010 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

54.   Fourth Interim Application of Tavenner & Beran, PLC for
      Allowance of Compensation and Expense Reimbursement as
      Local Counsel to the Official Committee of Unsecured
      Creditors (Docket No. 6077)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 6078)

      Objection
      Deadline:        January 7, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

55.   Fourth Interim Application for Compensation and
      Reimbursement of Expenses for McGuireWoods LLP as Co-
      Counsel to the Debtors for Services Rendered from
      August 1, 2009 through October 31, 2009 (Docket No.
      6085)

      Objection
      Deadline:        January 4, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

56.   Fourth Interim Fee Application of Skadden, Arps, Slate,
      Meagher & Flom, LLP for Compensation for Services
      Rendered and Reimbursement of Expenses as Counsel to
      the Debtors for the Period from August 1, 2009 through
      and including October 31, 2009 (Docket No. 6089)

Objection
Deadline:        January 4, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

57.   Fourth Interim and Final Fee Application of Kirkland &
      Ellis LLP for Compensation and Reimbursement of
      Expenses for Services Rendered as Special Counsel for
      the Debtors and Debtors in Possession for the Period
      from November 10, 2008 Through November 30, 2009
      (Docket No. 6090)

Objection
Deadline:        January 4, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

58.   Fourth Interim Fee Application of FTI Consulting, Inc.
      for Compensation For Services Rendered and
      Reimbursement of Expenses as Financial Advisor to the
      Debtors Incurred For the Period from August 1, 2009
      Through and Including October 31, 2009 (Docket No.
      6091)

Objection
Deadline:        January 4, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

59.   Fourth Interim Fee Application of Ernst & Young LLP as
      Accounting and Tax Consultants for the Debtors for the
      Period August 1, 2009 to October 31, 2009 (Docket No.
      6092)

Objection
Deadline:           January 4, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter is going forward.

60.  Fourth Interim Fee Application of DJM Realty Services,
     LLP for Allowance and Payment of Compensation for
     Services Rendered (August 1, 2009 Through October 31,
     2009) (Docket No. 6093)

     Objection
     Deadline:           January 4, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:              None at the time of filing this agenda

     Status:             This matter is going forward.

61.  Second Interim Fee Application of Streambank, LLC for
     Reimbursement of Expenses Incurred and for Allowance
     and Payment of Compensation for Services Rendered
     (Docket No. 6094)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 6078)

     Objection
     Deadline:           January 4, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:              None at the time of filing this agenda

     Status:             This matter is going forward.

**VI.  ADVERSARY PROCEEDINGS – PRE-TRIAL CONFERENCES**

62.  Complaint (Docket No. 1) (CC-Investors 1995-6 v.
     Circuit City Stores, Inc., Adversary No. 09-3220 (KRH))

Response
Deadline:          December 21, 2009 at 4:00 p.m., extended
                   for CC-Investors until February 17,
                   2010.

Objections/
Responses
Filed:             Answer, Affirmative Defenses and
                   Counterclaims of Circuit City Stores,
                   Inc. (Docket No. 7)

Status:            The pre-trial conference on this matter
                   has been adjourned to February 24, 2010
                   at 2:00 p.m.

63.  Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
     Sharp Electronics Corporation, Adversary No. 09-3224
     (KRH))

     Related
     Documents:

     a.   Motion to Seal Exhibit (Docket No. 6)

     b.   Order Authorizing Debtors to File Exhibit under
          Seal (Docket No. 11)

     Response
     Deadline:          December 24, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             Answer to Complaint, by Sharp
                        Electronics Corporation (Docket No. 10)

     Status:            The pre-trial conference on this matter
                        is going forward.

64.  Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
     Creative Labs, Inc., Adversary No. 09-3225 (KRH))

     Related
     Documents:

     a.   Motion to Seal Exhibit (Docket No. 6)

```
Response
Deadline:        December 24, 2009 at 4:00 p.m., extended
                 for Creative Labs, Inc. until January
                 21, 2010.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          The pre-trial conference on this matter
                 has been adjourned to January 28, 2010
                 at 11:00 a.m.
```

## VII. CONTESTED MATTERS – GOING FORWARD

65.   Motion of Export Development Canada for Allowance of
      the Late Filed Administrative Expense Claim (Docket No.
      2960)

      Related
      Documents:

      a.    Notice of Rule 30(b)(6) Deposition of Export
            Development Canada (Docket No. 5869)

      b.    Order Resolving Discovery Dispute between Export
            Development Canada and the Debtors (Docket No.
            6130)

      c.    Agreed Protective Order by and Between the Debtors
            and Export Development Canada (Docket No. 6209)

      Objection
      Deadline:        April 21, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Preliminary Objection to Motion for
            Allowance of the Late Filed Administrative Expense
            Claim of Export Development Canada (Docket No.
            3131)

b.   Reply to Debtors' Preliminary Objection to Motion
     for Allowance of the Late Filed Administrative
     Expense Claim (Docket No. 3152)

c.   Debtors' Amended Preliminary Objection to Motion
     for Allowance of the Late Filed Administrative
     Expense Claim of Export Development Canada (Docket
     No. 3154)

d.   Amended Reply to Debtors' Amended Preliminary
     Objection to Motion for Allowance of the Late
     Filed Administrative Expense Claim of Export
     Development Canada (Docket No. 4186)

e.   Debtors' Supplemental Objection to Motion for
     Allowance of the Late Filed Administrative Expense
     Claim of Export Development Canada (Docket No.
     6252)

Status:      This matter is going forward on the
             merits as an evidentiary hearing.

```
Dated: January 11, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                       - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP
                                Chris L. Dickerson, Esq.
                                155 N. Wacker Drive, Suite 2700
                                Chicago, Illinois 60606-2700
                                (312) 407-0700

                                       - and -

                                MCGUIREWOODS LLP


                                _/s/ Douglas M. Foley_____
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession
```

\10406080.1

## EXHIBIT A

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 2 | Hayden Meadows Joint Venture | 3161 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 2 | Export Development Canada | 3209 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 2 | Gamer Grafix Worldwide | 3222 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 3 | Tasler Pallet, Inc. | 3162 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 4 | Ion Audio, LLC | 3380 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384 3386 3946 5122 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the January 14, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 4 | Onkyo USA Corp. | 3389 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 4 | Bethesda Softworks LLC | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 5 | Charleston Newspapers | 3561 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Retail MDS, Inc. | 3563 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Magnus Magnusson | 3573 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Graphic Communications, Inc. | 3600 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Vector Security, Inc. | 3612 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 5 | Schimenti Construction Company LLC | 3622 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | U.S. Signs | 3623 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 6 | Touchpoint Retail Design, Inc. | 3409 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | Lexington County Treasurer's Office | 3410 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | E-Z Spread n' Lift Industries | 3492 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | Consumer Vision, LLC | 3521 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | Winn Bus Lines, Inc. | 3522 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | Towne Square Plaza | 3586 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | AA Home Services, LLC | 3634 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 6 | Eastern Security Corp. | 4094 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 7 | Kim E's Flowers, Inc. | 3611 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Marian B. Frauenglass | 3636 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Sie Ling Chiang | 3639 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Cheryl Daves | 3661 3811 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | David Lee Cates | 3690 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Louis C. Jones, III | 3791 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Ty Holbrook | 3792 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Marilyn N. Campbell | 3794 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Richard L. Schurz | 3802 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Austin James Harthun | 3815 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Michael Salovaara | 3835 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Bernice Slipow | 3875 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Jean Abdallah | 3880 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Jakob Joffe | 3886 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Michael McCabe | 3887 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Elton J. Turnage | 3889 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | Michael Boger | 3905 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 7 | WXCW TV - Sun Broadcasting | 3919 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 8 | Gettysburg Times | 3640 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Dr. Robert Koenig | 3642 3643 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Ismay Gayle | 3659 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | First Baptist Church of Sunrise | 3662 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Punto Aparte Communications Inc. | 3785 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Taylor B. Phillips | 3788 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Evin C. Olson | 3789 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Gloria E. Scarnati | 3790 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Ty Holbrook | 3793 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Marsha Blanchette | 3798 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Alex P. Thorson | 3804 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Michael Alexander | 3805 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Richard Daly | 3806 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Vertis, Inc. | 3827 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Cornella D. Beverly | 3832 3908 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Snagajob.com | 3857 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Connie Y. Boyer | 3883 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Margaret Given | 3894 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Craig Bender | 3897 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | KPLR | 3903 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Nicholas S. Weeks | 3913 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | WINK TV - Fort Myers Broadcasting | 3920 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | John P. Raleigh | 3921 5198 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Natalia Hilton | 3964 3965 3966 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 8 | Kenneth Vaughn | n/a | A supplemental order has been submitted disallowing this claim. |
| | | | |
| 9 | Kenneth Giacone | 3635 3955 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Jerry L. Knighton | 3658 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Mary H. Stienemann | 3660 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Kisha T. Buchanan | 3692 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Patricia A. Bean | 3693 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Compass Group USA, Inc. | 3712 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Richard Stevens | 3786 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Alice Norton | 3801 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Chuan-Fa Liu and Chang Rao | 3809 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Sharon Brown Hope | 3813 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Michael T. Chalifoux | 3826 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Laura L. Scannell | 3838 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Oklahoma Gas and Electric Company | 3858 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Tec-Com Services, Inc. d/b/a Micro Tech | 3865 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Deanna Heckman | 3885 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Michael Karpinski | 3890 3963 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Sheryl A. Borger | 3891 4000 4709 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Marin Municipal Water District | 3900 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | John Batioff | 3901 3902 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | WPBF Television | 3904 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Mary Ann Hudspeth | 3911 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 9 | Mary Riordan | 3918 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
|  |  |  |  |
| 10 | Martin Garcia | 3667 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 10 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC and Source Interlink Media, LLC | 3844 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |
| 19 | Thomas Gibson | 3933 | The Debtors have submitted a supplemental order reclassifying this claim. |
| 19 | Donna M. Kincheloe | 3985 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Landing at Arbor Place II, LLC | 4019 | The Debtors have submitted a supplemental order withdrawing their objection. |
| 19 | Imitation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Jack Hernandez | 4027 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | County of Henrico, Virginia | 4062 4108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Walter E. and Sally J. Hartman as Trustees of the Hartman 1995 Ohio Property | 4065 | The Debtors have submitted a supplemental order reclassifying this claim. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Estate of Joseph Y. Einbinder | 4085 | The Debtors have submitted a supplemental order reclassifying this claim. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Laurel Plumbing, Inc. | 4102 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Union County Construction Group, Inc. | 4103 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Seagate Technology LLC | 4115 | **This matter is going forward on the merits (Docket No. 6135).** |
| 19 | Plantronics, Inc. | 4118 | **This matter is going forward on the merits (Docket No. 6135).** |
| 19 | Cisco-Linksys LLC | 4120 | **This matter is going forward on the merits (Docket No. 6135).** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | LumiSource, Inc. | 4122 | **This matter is going forward on the merits (Docket No. 6135).** |
| 19 | The Parkes Companies, Inc. | 4125 | The Debtors have submitted a supplemental order reclassifying this claim. |
| 19 | Jason W. Martinez | 4142 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Denon Electronics (USA) LLC | 4148 | **This matter is going forward on the merits (Docket No. 6135).** |
| 19 | Paramount Home Entertainment Inc. | 4154 | **This matter is going forward on the merits (Docket No. 6135).** |
| 19 | Dish It Up, Inc. | 4156 | The Debtors have submitted a supplemental order withdrawing their objection. |
| 19 | Wells Fargo Business Credit, Inc. as assignee of claims from Photoco, Inc. | 4180 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 19 | Robert Gentry and all those similarly situated | 4956 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 20 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Cyber Acoustics | 4014 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 20 | ActionTec Electronics, Inc. | 4024 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Kinyo Company, Inc. | 4057 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Fujitsu Ten Corp. of America | 4066 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 21 | Tuscaloosa County, Alabama | 3980 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 21 | Blount County Trustee | 4025 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 21 | United States of America | 4075 4097 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 22 | De Rito Partners Development, Inc. | 3864 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 22 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments, LLC | 4022 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 22 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 22 | MiTAC Digital Corp. | 4179 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 23 | SouthPeak Interactive, LLC | 4123 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | Vonage Marketing, LLC | 4124 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | Samsung Electronics America, Inc. | 4136 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 24 | Pulaski County, Arkansas | 4382 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 24 | Laburnum Investment LLC | 4390 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 24 | Travis County Tax Collector | 4420 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 24 | Henrico County, Virginia | 4422 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 24 | Lane County, Oregon Department of Assessment & Taxation | 4431 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 27 | Jackson County, Oregon | 4415 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Catawba County, NC | 4424 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Clark County Treasurer, IN | 4526 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Maine State Treasurer | 4533 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | California Self-Insurers' Security Fund | 4581 4582 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 27 | Pennsylvania State Treasurer | 4592 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Shasta County Tax Collector | 4601 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Indiana Department of State Revenue | 4620 4636 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Harris County, TX | 4759 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Los Angeles, California | 4786 4931 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | Monterey, California | 4786 4931 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 27 | San Bernardino, California | 4786 4931 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |
| 28 | United States of America, Internal Revenue Service | 4578 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 28 | Source Interlink Media, LLC | 4579 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 29 | Benton County Treasurer | 4593 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | David J. Cacciotti | 4825 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Barbara Raelyn Harris | 4827 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Stephen Saunders | 4838 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Brad C. King | 4841 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Marius Tataru | 4960 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Jeffrey Agee | 4966 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Nicole Cervanyk | 4967 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Franklin Wilson | 4963 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Cyndi Ann Haines | 4829 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Boston Acoustics, Inc. | 4850 | **This matter is going forward on the merits (Docket No. 6135).** |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 33 | Amore Construction Company | 4947 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 34 | JLG Industries, Inc. | 4743 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 34 | SouthPeak Interactive, LLC | 4882 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC | 4902 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 34 | DirecTV, Inc. | 4982 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 35 | Senator, Bruce | 4754 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | JWC Loftus, LLC | 4819 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 35 | SouthPeak Interactive, LLC | 4884 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Lubary, James | 4896 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Newport News Shopping Center, LLC through its Assignee, Lea Company, a Virginia general partnership | 4897 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Cottonwood Corners-Phase V, LLC | 4898 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Chase Bank USA, National Association | 4900 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Gelco Corporation d/b/a GE Fleet Services | 4903 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Bear Valley Road Partners, LLC | 4929 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | GMS Golden Valley Ranch, LLC | 4929 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Laguna Gateway Phase 2 LP | 4929 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Manteca Stadium Park, L.P. | 4929 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 35 | Sweetwater Associates Limited Partnership | 4929 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 35 | Edward A. Alberque | 4953 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
|  |  |  |  |
| 37 | Boulder County, Colorado | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m., 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Spokane County, Washington | 5033 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Bell County, Texas | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Arlington ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Hidalgo | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Ada County, Idaho | 5110 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Cameron County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Dallas County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | El Paso | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Frisco | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Gregg County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Harlingen | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Harris County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of McAllen | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | McLennan County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Memphis | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Nueces County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Rockwall CAD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Round Rock ISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Smith County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | South Texas College | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | South Texas ISD | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Tarrant County | 5115 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 39 | Madcow International Group Limited | 5166 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Mitsubishi Digital Electronics America, Inc. | 5122 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Walter E. Hartman & Sally J. Hartman, Trustees of the Hartman 1995 Ohio Property | 5230 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Central Investments, LLC | 5328 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Brighton Commercial LLC | 5353 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | 412 South Broadway Realty LLC | 5362 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Janaf Shops, LLC | 5370 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Golf Galaxy, Inc. | 5373 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 42 | Abilene-Ridgemont, LLC | 5378 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 43 | Louis C. Jones, III | 5340 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 43 | David Harrison | 5380 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 44 | TKG Coffee Tree, L.P. | 5355 5356 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 48 | Actiontec Electronics, Inc. | 5382 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Lenovo USA on behalf of Hain Capital Holdings, LLC | 5423 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 48 | TIVO, Inc. | 5426 | A Settlement Agreement and Stipulation by and among the Debtors and TiVo, Inc. has been filed. (Docket Nos. 6230 and 6232). If no objections are filed, this matter will be resolved. |
| 48 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Thomson, Inc. (Hain Capital Holdings, LLC) | 5518 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Imagination Entertainment | 5533 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Cohesion Products, Inc. | 5534 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | United States Debt Recovery LLC (assignee of Atlantic, Inc.) | 5536 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | Salamander Designs | 5558 5808 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 48 | SDI Technologies, Inc. | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 49 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Sima Products Corporation | 5485 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Hauppauge Computer Works, Inc. | 5531 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

41

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | CyberPower Systems (USA), Inc. | 5809 5810 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 50 | Fuitsu Ten Corp of America | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 54 | Greg Nagy | 5587 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 54 | Harry B. Gross, Sr. | 5591 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 54 | FM Facility Maintenance, LLC f/k/a IPT, LLC | 5723 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 54 | Sonoma County Tax Collector | 5751 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 56 | Dawn W. vonBechmann | 5660 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Bruce H. Besanko | 5687 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | James H. Wimmer, Jr. | 5693 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Linda H. Castle | 5697 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Francis E. Telegadas | 5698 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Laurie Lambert-Gaffney | 5700 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Jon C. Geith | 5704 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Scott D. Mainwaring | 5706 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Kelly Breitenbecher | 5733 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | David W. Tolliver | 5744 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Michael D. Goode | 5748 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Lawrence W. Fay | 5749 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Daniel W. Ramsey | 5754 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Jeff McDonald | 5755 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Richard E. Salon | 5811 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 56 | Thomas C. Bradley | 5719 5721 5724 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 57 | Snell Acoustics, Inc. | n/a | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 57 | Veronica Simmons | 5713 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| | | | |
| 58 | SanDisk Corporation | 5549 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 58 | THQ, Inc. | 5676 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 58 | Kelly Breitenbecher | 5722 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 58 | James H. Wimmer, Jr. | 5735 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 58 | Weidler Settlement Class | 5753 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |
| 58 | Snell Acoustics, Inc. | 5674 5675 | The status hearing on this response is adjourned to February 24, 2010 at 2:00 p.m. |

\10224688