Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com


Attorneys for LaSalle Bank National
Association f/k/a LaSalle National Bank,
as trustee for Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-l
and Corporate Lease-Backed Certificates
Series 1999-CLF1, acting by and through
Midland Loan Services, Inc., a Delaware
corporation, as special servicer pursuant
to those certain Pooling and Servicing
Agreements dated January 15, 1997 and
August 15, 1999

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case No. 08-35653-KRH |
| ) | Chapter No. 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Fulbright & Jaworski L.L.P. ("**Fulbright**") appears on behalf of LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1 (collectively, the "**C1 Trust**"), acting by and through

85439300.1

Midland Loan Services, Inc. (**"Midland"**), a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999, respectively, a creditor and party-in-interest, and hereby submits this notice of appearance (the **"Notice of Appearance"**) in the above-captioned case and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 9007, 9010 and 3017 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**) and sections 342 and 1109 of title 11 of the United States Code (the **"Bankruptcy Code"**).  All notices given or required to be given in these cases shall be given to and served upon Fulbright at the following addresses:

> Reid Whitten (VSB No. 75563)
> Kimberly S. Walker (VSB No. 47921)
> Fulbright & Jaworski L.L.P.
> 801 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2623
> Telephone:  (202) 662-0200
> Fax:  (202) 662-4643
> rwhitten@fulbright.com
> kwalker@fulbright.com
>
> Travis Torrence
> Fulbright & Jaworski L.L.P.
> 1301 McKinney, Suite 5100
> Houston, Texas 77010-3095
> Telephone:  (713) 651-5151
> Facsimile:   (713) 651-5246
> ttorrence@fulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or judge (as those terms are defined in Rule 9001 of the Bankruptcy Rules) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that C1 Trust intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of C1 Trust to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right of C1 Trust to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (iii) the right of C1 Trust to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which C1 Trust is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of C1 Trust.

Dated: Houston, Texas
      January 13, 2010

Respectfully submitted,

**FULBRIGHT & JAWORSKI, L.L.P.**

By: */s/ Reid WHitten*_____
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

**ATTORNEYS FOR LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2010, a true and correct copy of the foregoing *Notice of Appearance, Request for all Notices, and Demand for Service of Papers* was served by electronic mail and/or electronically upon all registered users of the ECF system that have filed a 2002 notice of appearance in this matter, and served upon the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders, via regular US mail, first class, postage prepaid, as required by the Case Management Order.

Daniel F. Blanks
Douglas M. Foley

85439300.1

- 4 -

McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

          */s/ Reid Whittenr*
          Reid Whitten (VSB No. 75563)
          Kimberly S. Walker (VSB No. 47921)
          Fulbright & Jaworski L.L.P.
          801 Pennsylvania Avenue, N.W.
          Washington, DC 20004-2623
          Telephone: (202) 662-0200
          Fax: (202) 662-4643
          rwhitten@fulbright.com

kwalker@fulbright.com

Attorneys for LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999