Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

William Greendyke (Texas Bar. No. 08390450)
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Fax: (214) 855- 8200
wgreendyke@fulbright.com

Attorneys for LaSalle Bank National
Association f/k/a LaSalle National Bank,
as trustee for Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-l
and Corporate Lease-Backed Certificates
Series 1999-CLF1, acting by and through
Midland Loan Services, Inc., a Delaware
corporation, as special servicer pursuant
to those certain Pooling and Servicing
Agreements dated January 15, 1997 and
August 15, 1999

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | Chapter No. 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**MOTION TO APPEAR PRO HAC VICE PURSUANT TO LOCAL**
**BANKRUPTCY RULE 2090-1(E)(2)**

85440402.1

COMES NOW THE MOVANT, Reid Whitten (the **"Movant"**), a member in good standing of the bar of the Supreme Court of Virginia, and admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the **"Court"**), and an associate of Fulbright & Jaworski L.L.P. (**"Fulbright"**), and hereby moves (the **"Motion"**) this Court to enter an order authorizing William Greendyke to appear *pro hac vice* before this Court to represent LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999, in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the **"Local Bankruptcy Rules"**). In support of the Motion, the Movant states as follows:

1. William Greendyke is a partner in the Dallas, Texas office of Fulbright and has appeared regularly before numerous bankruptcy courts throughout the United States in chapter 11 cases.

2. Mr. Greendyke is admitted to practice and in good standing as a member of the bar of the State of Texas. Among other courts, he is admitted to practice in the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas, and the Court of Appeals for the Third and Fifth Circuits.

3. Mr. Greendyke has been practicing law since 1979 and has not been reprimanded in any court nor has there been any action in any court pertaining to Mr. Greendyke's conduct or fitness as a member of any bar.

4. Mr. Greendyke has been retained by LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999, to provide legal representation in connection with the above-styled matter now pending in this Court.

5. Mr. Greendyke hereby certifies that, within 90 days before the submission of this application, he has read the Local Rules of this Court and that his knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

6. Attached hereto as **Exhibit "A"** and incorporated herein for all purposes is a true and correct copy of the Mr. Greendyke's Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2).

7. The Movant hereby requests that this Court grant this Motion and that Mr. Greendyke be admitted to appear before this Court *pro hac vice*.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the United States District Court for the Eastern District of Virginia.

**WAIVER OF MEMORANDUM OF LAW**

9. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

**WHEREFORE**, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit "B,"** (i) authorizing William Greendyke to appear *pro hac vice* in association with the Movant as attorneys for LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999; and (ii) granting such other and further relief as is just and proper.

Dated: Washington, DC
January 13, 2010

Respectfully submitted,

**FULBRIGHT & JAWORSKI, L.L.P.**

By: */s/ Reid WHitten*
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

**ATTORNEYS FOR LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999**

Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

William Greendyke (Texas Bar. No. 08390450)
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone:  (214) 855-8000
Fax:   (214) 855- 8200
wgreendyke@fulbright.com

Attorneys for LaSalle Bank National
Association f/k/a LaSalle National Bank,
as trustee for Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-l
and Corporate Lease-Backed Certificates
Series 1999-CLF1, acting by and through
Midland Loan Services, Inc., a Delaware
corporation, as special servicer pursuant
to those certain Pooling and Servicing
Agreements dated January 15, 1997 and
August 15, 1999

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | Chapter No. 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE PURSUANT TO**
**LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the **"Motion"**) of Kimberly S. Walker, senior associate with the law firm of Fulbright & Jaworski L.L.P., for the admission *pro hac vice* of William Greendyke, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. William Greendyke is permitted to appear *pro hac vice* as counsel to LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999 in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated: January ___, 2010

_____
**UNITED STATES BANKRUPTCY JUDGE**

I ASK FOR THIS:

By: */s/ Reid WHitten*_____
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

ATTORNEYS FOR LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing Motion and proposed order have been endorsed by all necessary parties, filed on January 13, 2010 using the Court's CM/ECF system and thereby served electronically upon all registered users of the ECF system that have filed a 2002 notice of appearance in this matter, and served upon the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition

lenders, and counsel to the agents for the Debtors' post-petition lenders, via regular US mail, first class, postage prepaid, as required by the Case Management Order.

By: */s/ Reid WHitten*
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

ATTORNEYS FOR LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999