# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

For:  ☐  Debtor
☑  Attorney  [If Applicable:] Name: O'Neil LLP (ATTORNEYS FOR TARGUS, INC.)
☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:  ☐  Husband <u>and</u> Wife
☐  Husband <u>Only</u>
☐  Wife <u>Only</u>

*[If applicable]* Case Name: In re Circuit City
*[If applicable]* Case Number: 08-35653 KRH
*[If applicable]* Creditor Name: _____

New Address:  **FIRM NAME: O'Neil LLP   19900 MacArthur Blvd., Suite 1050
No. and Street, Apt., P. O. Box or R. D. No.

City: Irvine       State: CA       ZIP: 92612

Old Address:  **FIRM NAME: Hewitt & O'Neil LLP   19900 MacArthur Blvd., Suite 1050
No. and Street, Apt., P. O. Box or R. D. No.

City: Irvine       State: CA       ZIP: 92612

Telephone Number: ( 949 ) 798-0500
Please include area code

_____
☐  Attorney for Debtor
☐  Debtor
*[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
☐  Creditor
☑  Attorney (ATTORNEYS FOR TARGUS, INC.)

Date: January 13, 2010

pc:  Trustee
United States Trustee
Creditor (for creditor's change of address)

[ver. NN-changead-5/03]

| In re:<br>**In re: Circuit City Stores, Inc.**<br><br>Debtor(s). | CHAPTER **11**<br><br>CASE NUMBER **08-35653-KRH** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 19900 MacArthur Boulevard, Suite 1050, Irvine, California 92612

A true and correct copy of the foregoing document described: **CHANGE OF ADDRESS (FIRM NAME ONLY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 14, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 14, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via FedEx*

U.S. Trustee
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
804-771-2310

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 14, 2010** | *Patricia Ann Garnica* | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br><br>Debtor(s). | CHAPTER **11**<br><br>CASE NUMBER **08-35653-KRH** |
|---|---|

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

- Robin S. Abramowitz     abramowitz@larypc.com
- Angela Sheffler Abreu     aabreu@mccarter.com, rowan20@excite.com
- Benjamin C. Ackerly     backerly@hunton.com, cloving@hunton.com
- Christopher M. Alston     alstc@foster.com, laboj@foster.com
- Mark K. Ames     mames777@yahoo.com
- Heather Lynn Anderson     Heather.Anderson@dol.lps.state.nj.us
- Tara B. Annweiler     tannweiler@greerherz.com
- Henry P. Baer     CSommer@fdh.com, csommer@fdh.com
- Peter Barrett     peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
- Raymond William Battaglia     rbattaglia@obht.com
- Philip C. Baxa     phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
- Brett Christopher Beehler     bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
- Christopher R. Belmonte     cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
- Paula S. Beran     pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
- Jason B. Binford     jason.binford@haynesboone.com
- Ron C. Bingham     rbingham@stites.com, dclayton@stites.com
- Patrick M. Birney     pbirney@rc.com, jcarrion@rc.com
- Paul M. Black     pblack@spilmanlaw.com, cquesenberry@spilmanlaw.com
- Daniel F. Blanks     dblanks@mcguirewoods.com
- Paul S. Bliley     pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
- Sarah Beckett Boehm     sboehm@mcguirewoods.com, kcain@mcguirewoods.com
- Wanda Borges     borgeslawfirm@aol.com
- Anne Elizabeth Braucher     anne.braucher@gmail.com
- James J. Briody     jim.briody@sablaw.com, kim.smith@sablaw.com
- William A. Broscious     wbroscious@kbbplc.com
- Heather D. Brown     hbrown@kkgpc.com, lstudyvent@kkgpc.com
- Martin A. Brown     martin.brown@lawokc.com
- Steven L. Brown     brown@wolriv.com, bankruptcy@wolriv.com
- Timothy Francis Brown     brownt@arentfox.com, giaimo.christopher@arentfox.com
- Mark E. Browning     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Linda Sharon Broyhill     lbroyhill@reedsmith.com, nkatzen@reedsmith.com
- Andrew M. Brumby     abrumby@shutts-law.com, rhicks@shutts-law.com
- Kristen E. Burgers     keburgers@venable.com
- William A. Burnett     aburnett@williamsmullen.com
- Marc A. Busman     mbusman@busmanandbusman.com
- Aaron R. Cahn     cahn@clm.com
- Paul K. Campsen     pkcampsen@kaufcan.com
- Robert A. Canfield     bcanfield@canfieldbaer.com, sstanley@canfieldbaer.com;hivey@canfieldbaer.com;bhochfelder@canfieldbaer.com
- Peter J. Carney     jlerner@whitecase.com,jrubalcava@whitecase.com
- William H. Casterline     wcasterlinejr@blankeith.com, bford@bklawva.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br><br>Debtor(s). | CHAPTER **11**<br><br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Eugene Chang    echang@steinlubin.com
- Jeffrey Chang    jchang@wildman.com
- Wm. Joseph A. Charboneau    jcharboneau@mglspc.com, lcopenhaver@mglspc.com
- Sara L. Chenetz    chenetz@blankrome.com
- Dominic L. Chiariello    dc@chiariello.com
- Charles W. Chotvacs    cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
- Anthony J. Cichello    acichello@kb-law.com
- City of Newport News, Virginia    jdurant@nngov.com
- Darrell William Clark    dclark@stinson.com, cscott@stinson.com
- Robert D. Clark    rclark@douglas.co.us
- James E. Clarke    vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Mindy D. Cohn    mcohn@winston.com
- Andrew Lynch Cole    acole@fandpnet.com
- Ken Coleman    Ken.Coleman@allenovery.com
- Michael A. Condyles    michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Andrew S. Conway    aconway@taubman.com
- Eric C. Cotton    hsmith@ddr.com
- Robert K. Coulter    robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
- David H. Cox    dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com
- John M. Craig    johncraigg@aol.com, russj4478@aol.com
- Catherine Elizabeth Creely    ccreely@akingump.com, bkemp@akingump.com
- William C. Crenshaw    bill.crenshaw@bryancave.com
- Paul McCourt Curley    pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
- Gilbert D. Dean    ddean@coleschotz.com, jdonaghy@coleschotz.com
- Jenelle Marie Dennis    dennisj@ballardspahr.com, pollack@ballardspahr.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com
- Jaime Sue Dibble    jdibble@stinson.com, lbigus@stinson.com
- Louis E. Dolan    ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com
- Seth A. Drucker    sdrucker@honigman.com
- Joseph M. DuRant    jdurant@nngov.com
- Ronald G. Dunn    bstasiak@gdwo.net
- Robert A. Dybing    rdybing@t-mlaw.com, pfemiani@t-mlaw.com
- Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov
- Carl A. Eason    bankruptcy@wolriv.com
- Robert C. Edmundson    redmundson@attorneygeneral.gov
- Elizabeth A. Elam    betsyelam@toase.com, wtaylor@toase.com;cfickes@toase.com;kkalos@toase.com
- Tara L. Elgie    telgie@hunton.com
- Bradford F. Englander    benglander@wtplaw.com, bnestor@wtplaw.com;wbatres@wtplaw.com
- Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com
- David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Belkys Escobar    Belkys.Escobar@loudoun.gov, Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
- K. Stewart Evans    evansks@pepperlaw.com, brakeg@pepperlaw.com
- Michael P. Falzone    mfalzone@hf-law.com, jbsmith@hf-law.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
- John D. Fiero    jfiero@pszjlaw.com
- Douglas M. Foley    dfoley@mcguirewoods.com
- Christine McAteer Ford    cford@mdpcelaw.com
- Gina M Fornario    gfornario@nixonpeabody.com, klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
- Jeremy S. Friedberg    jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com
- Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com
- Ellen A. Friedman    efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Gary V. Fulghum    gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
- Rand L. Gelber    RGelberMD@aol.com
- Karen L. Gilman    KGILMAN@WOLFFSAMSON.COM
- Lawrence H. Glanzer    glanzer@rlglegal.com, mozelle@rlglegal.com
- Brad R. Godshall    bgodshall@pszjlaw.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Anitra D. Goodman Royster    anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
- Kimbell D. Gourley    kgourley@idalaw.com, sprescott@idalaw.com
- Garry M. Graber    GGraber@HodgsonRuss.com, dpiazza@hodgsonruss.com;ncalderon@hodgsonruss.com
- Jeffrey J. Graham    jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com;mburns@sandsanderson.com
- Peter A. Greenburg    pgreenburg@aol.com
- Steven H. Greenfeld    steveng@cohenbaldinger.com
- David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
- Elizabeth L. Gunn    egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
- Richard E. Hagerty    richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
- Jerry Lane Hall    jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com
- Aaron L. Hammer    ahammer@freebornpeters.com
- Gina Baker Hantel    agbankcal@ag.tn.gov
- Michael E. Hastings    michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
- Jonathan L. Hauser    jonathan.hauser@troutmansanders.com
- David Emmett Hawkins    dhawkins@velaw.com
- Dion W. Hayes    dhayes@mcguirewoods.com
- Melissa S. Hayward    mhayward@lockelord.com
- Andrew H. Herrick    aherrick@albemarle.org

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                           **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**                    Debtor(s). | CHAPTER **11**<br>CASE NUMBER **08-35653-KRH** |
|---|---|

- William Heuer    wheuer@duanemorris.com
- Robert B. Hill    kcummins@hillrainey.com
- John E. Hilton    jeh@carmodymacdonald.com
- Matthew E. Hoffman    mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
- David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com
- Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com
- Lisa Taylor Hudson    lhudson@sandsanderson.com
- F. Marion Hughes    marion.hughes@smithmoorelaw.com
- Jessica Regan Hughes    jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
- Peter C. Hughes    phughes@dilworthlaw.com
- Martha E. Hulley    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
- Richard Iain Hutson    rhutson@fullertonlaw.com
- Alexander Xavier Jackins    ajackins@seyfarth.com
- Thomas Neal Jamerson    tjamerson@hunton.com, tomjam2003@yahoo.com
- Russell R. Johnson    russ4478@aol.com
- Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com
- Nathan Jones    heather@usdrllc.com
- Dexter D. Joyner    caaustin@comcast.net
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Douglas D. Kappler    dkappler@rdwlawcorp.com
- Lawrence Allen Katz    lakatz@venable.com
- Adam K. Keith    akeith@honigman.com, tsable@honigman.com
- Gerald P. Kennedy    gpk@procopio.com
- Brian F. Kenney    bkenney@milesstockbridge.com
- Erin Elizabeth Kessel    ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
- Thomas G. King    tking@kech.com, dholmgren@kech.com
- Jeffrey E. Klusmeier    Jeff.Klusmeier@ago.mo.gov
- Kurt M. Kobiljak    kkobi@aol.com
- Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com
- Charles Gideon Korrell    gkorrell@dl.com
- Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com
- Darryl S. Laddin    bkrfilings@agg.com
- Kevin A. Lake    klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
- John J. Lamoureux    jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
- Ian S. Landsberg    ilandsberg@lm-lawyers.com
- Jennifer Langan    jlangan@patreasury.org
- Stephen E. Leach    sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
- Richard E. Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**                    Debtor(s). | CHAPTER **11**<br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Robert L. Lehane     rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
- Stephen K. Lehnardt     skleh@lehnardt-law.com
- Justin D. Leonard     jleonard@balljanik.com
- Fredrick J. Levy     fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
- Dennis T. Lewandowski     dtlewand@kaufcan.com
- James V. Lombardi     jvlombardi@rossbanks.com
- Henry Pollard Long     hlong@hunton.com
- John E. Lucian     lucian@blankrome.com
- Donald K. Ludman     dludman@brownconnery.com
- Christine D. Lynch     clynch@goulstonstorrs.com
- Robert M. Marino     rmmarino@rpb-law.com, rmmarino1@aol.com
- Joel T. Marker     joel@mbt-law.com
- Jeremy W. Martin     jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com
- Richard M. Maseles     edvaecf@dor.mo.gov
- Gary E. Mason     gmason@masonlawdc.com
- Bruce H. Matson     bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
- David McCall     bankruptcy@ntexas-attorneys.com
- Kevin R. McCarthy     krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
- Michael Keith McCrory     mmcrory@btlaw.com
- Neil E. McCullagh     nmccullagh@spottsfain.com, jstern@spottsfain.com
- W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov
- David R. McFarlin     dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
- Annemarie G. McGavin     annemarie.mcgavin@bipc.com
- Frank F. McGinn     ffm@bostonbusinesslaw.com
- Robert P. McIntosh     Robert.McIntosh@usdoj.gov
- John D. McIntyre     jmcintyre@wilsav.com, wedwards@wilsav.com
- John G. McJunkin     jmcjunkin@mckennalong.com, sparson@mckennalong.com
- Joshua D. McKarcher     jmckarcher@cov.com
- Jennifer McLain McLemore     jmclemore@cblaw.com, avaughn@cblaw.com
- Janet M. Meiburger     admin@meiburgerlaw.com
- Stephen A. Metz     smetz@shulmanrogers.com
- C. Christopher Meyer     cmeyer@ssd.com
- Kalina Boyanova Miller     kmiller@wileyrein.com, rours@wileyrein.com
- Stephan William Milo     smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;khunter@wawlaw.com;KRichman@wawlaw.com;wlevin@wawlaw.com
- Satchidananda Mims     smims21@hotmail.com
- Malcolm M. Mitchell     mmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
- Byron Z. Moldo     bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
- Joseph T. Moldovan     bankruptcy@morrisoncohen.com
- Denise S. Mondell     denise.mondell@po.state.ct.us
- Valerie P. Morrison     vmorrison@wileyrein.com, rours@wileyrein.com
- Michael D. Mueller     mmueller@cblaw.com, avaughn@cblaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Mona M. Murphy     mona.murphy@akerman.com, tammy.scott@akerman.com;joan.levit@akerman.com
- Stephen G. Murphy     Murphys@dor.state.ma.us
- Thomas Francis Murphy     tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com
- Robert Ryland Musick     bmusick@t-mlaw.com, clobou@t-mlaw.com
- Kevin M. Newman     knewman@menterlaw.com
- Steven H. Newman     snewman@katskykorins.com
- Alan Michael Noskow     anoskow@pattonboggs.com, tbryan@pattonboggs.com
- Darlene M. Nowak     nowak@marcus-shapira.com
- Michael John O'Grady     mjogrady@fbtlaw.com, ahammerle@fbtlaw.com
- Samuel S. Oh     sam.oh@limruger.com
- Tracey Michelle Ohm     tohm@stinson.com, tmackey@stinson.com
- Mary E. Olden     molden@mhalaw.com, akauba@mhalaw.com
- Laura Otenti     lotenti@pbl.com
- Ronald Allen Page     rpage@durrettebradshaw.com, rpage@cantorarkema.com
- Craig M. Palik     cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com
- Karla Lynn Palmer     kpalmer@mwe.com, dgaghan@mwe.com
- R. Chase Palmer     cpalmerplf@gmail.com
- Min Park     mpark@cblh.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
- Peter M. Pearl     ppearl@sandsanderson.com
- Frank T. Pepler     fpepler@peplermastromonaco.com
- Christopher L. Perkins     christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com
- Rhett E. Petcher     rpetcher@seyfarth.com
- Loc Pfeiffer     loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
- Kimberly A. Pierro     kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
- David M. Poitras     dmp@jmbm.com
- Jeffrey N. Pomerantz     jpomerantz@pszjlaw.com
- Courtney E. Pozmantier     cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
- Raymond Pring     rpring@pringlaw.com
- Julie Ann Quagliano     quagliano@quagseeg.com, belcher@quagseeg.com
- Albert F. Quintrall     a.quintrall@quintrall.com
- William H. Ramsey     ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us
- Andrew Rapp     arapp@wpblaw.com
- Victoria A. Reardon     reardonv@michigan.gov, jacksonst@michigan.gov
- Michael Reed     othercourts@mvbalaw.com
- Linda Dianne Regenhardt     lregenhardt@garyreg.com, krector@garyreg.com;cmarchant@garyreg.com
- Thomas W. Repczynski     trepczynski@beankinney.com, njackson@beankinney.com
- Matthew Righetti     matt@righettilaw.com, erin@righettilaw.com
- Fred B. Ringel     fbr@robinsonbrog.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                     **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Philip M. Roberts    mroberts@bdlaw.org
- Terri A. Roberts    pcaocvbk@pcao.pima.gov
- Wendy Michele Roenker    wroenker@cityofchesapeake.net
- James H. Rollins    jim.rollins@hklaw.com, avis.francis@hklaw.com
- Martha E. Romero    romero@mromerolawfirm.com
- Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com
- Edward L. Rothberg    erothberg@wkpz.com
- David R. Ruby    druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com
- David R. Ruby    druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com
- Michael F. Ruggio    mruggio@polsinelli.com, cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com
- Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
- Jeremy W. Ryan    jryan@saul.com
- Denyse Sabagh    dsabagh@duanemorris.com
- Travis Aaron Sabalewski    tsabalewski@reedsmith.com, shicks@reedsmith.com
- Michael J. Sage    msage@omm.com, kzeldman@omm.com
- Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com
- Troy Savenko    tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com
- Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com
- Nancy R. Schlichting    nschlichting@kolawfirm.com, bshmidheiser@kolawfirm.com;mhall@kolawfirm.com
- Ann E. Schmitt    aschmitt@culbert-schmitt.com
- William H. Schwarzschild    tschwarz@williamsmullen.com
- Douglas Scott    BankruptcyCounsel@gmail.com
- Erick Frank Seamster    eseamster@wallacepledger.com
- Sheila L. Shadmand    slshadmand@jonesday.com
- Jeffrey M. Sherman    jsherman@jackscamp.com, emoyer@jackscamp.com;jtsikerdanos@jackscamp.com
- Gilbert D. Sigala    sigalaw1@aol.com
- Glenn H. Silver    ctbghs@aol.com
- Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com
- Kevin L. Sink    ksink@nichollscrampton.com
- John Ronald Smith    jrsmith@hunton.com
- Eric J. Snyder    esnyder@sillerwilk.com
- Rhysa Griffith South    sou06@co.henrico.va.us
- Matthew V. Spero    matthew.spero@rivkin.com
- Leonard E. Starr    lstarr@Starr-Law.com, gadams@Starr-Law.com
- Aryeh E. Stein    astein@wtplaw.com
- Richard F. Stein    richard.f.stein@irscounsel.treas.gov
- Peter E. Strniste    pstrniste@rc.com, kcooper@rc.com
- Mark Stromberg    mark@strombergstock.com, sarah@strombergstock.com;kedrin@strombergstock.com
- William Daniel Sullivan    dsullivan@butzeltp.com
- Lisa P. Sumner    lsumner@poyners.com, cjeckel@poyners.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:<br>**In re: Circuit City Stores, Inc.**<br><br>Debtor(s). | CHAPTER **11**<br><br>CASE NUMBER **08-35653-KRH** |
|---|---|

- Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com
- Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
- Mark D. Taylor    mataylor@kilpatrickstockton.com
- Robert D. Tepper    rtepper@sabt.com, pcoover@sabt.com
- Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
- Lucy L. Thomson    lthomson2@csc.com
- Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com
- Suzanne J. Trowbridge    sjt@goodwingoodwin.com
- Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com,dgrimes@simon.com
- Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov
- John P. Van Beek    jvanbeek@ygvb.com, awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com
- Madeleine C. Wanlsee    mwanslee@gustlaw.com, rstein@gustlaw.com
- Gilbert Barnett Weisman    notices@becket-lee.com
- Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com
- Jennifer J. West    jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
- Robert S. Westermann    rwestermann@hf-law.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Brenda M. Whinery    bwhinery@mcrazlaw.com
- Reid Steven Whitten    rwhitten@fulbright.com
- Nicholas W. Whittenburg    nwhittenburg@millermartin.com, mcsmith@millermartin.com
- Michael L. Wilhelm    ECF@w2lg.com
- Amy Pritchard Williams    amy.williams@klgates.com, hailey.andresen@klgates.com
- Walter Laurence Williams    walter.williams@wilsonelser.com, mary.skow@wilsonelser.com
- William A. Wood    trey.wood@bgllp.com, gale.gattis@bgllp.com
- Gordon S. Woodward    gwoodward@schnader.com
- J. Christian Word    chefiling@lw.com;robert.klyman@lw.com
- Hale Yazicioglu    hyazicioglu@jshllp.com
- Martin J. Yeager    myeager@beankinney.com, TGross@beankinney.com
- Meredith Linn Yoder    myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
- Jonathan W. Young    young@wildman.com
- German Yusufov    pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
- Erica S. Zaron    cao.bkc@miamidade.gov
- Peter G. Zemanian    pete@zemanianlaw.com
- Sheila G. deLa Cruz    sdelacruz@hf-law.com, jbsmith@hf-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**