UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter: 11 |
| CIRCUIT CITY STORES, INC. | Case No: 08-35653 krh |
| Debtor. | |

### WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that William H. Ramsey hereby withdraws his appearance on behalf of the State of Wisconsin and its Office of the State Treasurer in the above-captioned matter.

Dated this 15 day of January, 2010.

*/s/ William H. Ramsey*
WILLIAM H. RAMSEY
State Bar #1031922

CERTIFICATE OF SERVICE

I certify that on January \_\_\_15\_\_\_, 2010, I will cause a copy of the foregoing withdrawal of appearance to be electronically filed with the United States Bankruptcy Court for the Eastern District of Virginia which will cause electronic notification of the filing to be served on all registered users of the ECF system who have filed notices of appearances in this case.

_____
WILLIAM H. RAMSEY
State Bar #1031922