IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

```
-------------------------------------------------------x
                                                       :  Chapter 11
In re:                                                 :
                                                       :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,                     :
                                                       :
        Debtors.                                       :
                                                       :
-------------------------------------------------------x
```

## ORDER APPROVING ADMISSION PRO HAC VICE OF MAX J. NEWMAN

This matter comes before the Court upon the Motion of William Daniel Sullivan, counsel for Pioneer Electronics, Inc. herein, requesting entry of an order approving the admission *pro hac vice* of Max J. Newman of the firm of Butzel Long, a professional corporation, Stoneridge West, 41000 Woodward, Bloomfield Hills, Michigan 48304, to represent the interests of Pioneer Electronics, Inc.  Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

**ORDERS**, that Max J. Newman, and hereby is, ADMITTED *pro hac* vice to practice before the Court in these proceedings.

Dated: January ____, 2010

_____
Hon. Kevin R. Huennekens
United States Bankruptcy Judge

Entered: _____

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order was served on all necessary parties on November 10, 2009 and January 7, 2010.

    /s/ William Daniel Sullivan