Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
         Debtors.              :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS**

THIS MATTER having come before the Court on the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (the "Objection"); and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (Docket No. 4449) (the "Initial Order"), and the Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority  Claims) (Docket No. 4784) (the "Supplemental Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   Notwithstanding the Initial Order and the Supplemental Order, the claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases as set forth on <u>Exhibit A</u>; <u>provided</u>, <u>further</u>, that the Debtors' rights and

2

abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2.   Notwithstanding the Initial Order and the Supplemental Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit B (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

- and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10268511

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 6299    Filed 01/15/10    Entered 01/15/10 15:03:33    Desc Main    Debtors' Seventh Omnibus Objection to Claims
Case No. 08-35653 (KRH)    Document    Page 6 of 8    Supplemental Order On (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8047<br>Date Filed: 01/29/2009<br>Docketed Total: $45,375.00<br>Filing Creditor Name and Address:<br>ESTATE OF JOSEPH Y EINBINDER<br>AKA EINBINDER PROPERTIES LLC<br>ESTATE OF JOSEPH Y EINBINDER<br>3602 GARDENVIEW RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address    Case Number: 08-35653<br>ESTATE OF JOSEPH Y EINBINDER    Docketed Total: $45,375.00<br>AKA EINBINDER PROPERTIES LLC<br>ESTATE OF JOSEPH Y EINBINDER<br>3602 GARDENVIEW RD<br>BALTIMORE, MD 21208<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                           Secured: $45,375.00 | Case Number: 08-35653<br>Modified Total: $45,375.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Unsecured: $45,375.00 |
| Claim: 3995<br>Date Filed: 01/16/2009<br>Docketed Total: $250,000.00<br>Filing Creditor Name and Address:<br>GIBSON, THOMAS<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112 | Claim Holder Name and Address    Case Number: 08-35653<br>GIBSON, THOMAS    Docketed Total: $250,000.00<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Priority: $250,000.00 | Case Number: 08-35653<br>Modified Total: $250,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Unsecured: $250,000.00 |
| Claim: 8828<br>Date Filed: 01/30/2009<br>Docketed Total: $3,189.74<br>Filing Creditor Name and Address:<br>STEELE, PHILLIP LEE<br>1208 DAWKINS ST UNIT B<br>DURHAM, NC 27707-2314 | Claim Holder Name and Address    Case Number: 08-35653<br>STEELE, PHILLIP LEE    Docketed Total: $3,189.74<br>1208 DAWKINS ST UNIT B<br>DURHAM, NC 27707-2314<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Secured: $3,189.74 | Case Number: 08-35653<br>Modified Total: $3,189.74<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Unsecured: $3,189.74 |
| Claim: 5079<br>Date Filed: 01/21/2009<br>Docketed Total: $35,107.00<br>Filing Creditor Name and Address:<br>THE PARKES COMPANIES INC<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201 | Claim Holder Name and Address    Case Number: 08-35653<br>THE PARKES COMPANIES INC    Docketed Total: $35,107.00<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Secured: $35,107.00 | Case Number: 08-35653<br>Modified Total: $35,107.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>Unsecured: $35,107.00 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 5300<br>Date Filed: 01/26/2009<br>Docketed Total: $27,498.74<br>Filing Creditor Name and Address:<br>WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY<br>PO BOX 3416<br>VENTURA, CA 93006 | Claim Holder Name and Address<br>WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY<br>PO BOX 3416<br>VENTURA, CA 93006 | | Case Number:<br>Docketed Total: | | 08-35653<br>$27,498.74 | | | | Case Number:<br>Modified Total: | | 08-35653<br>**$27,498.74** | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$27,498.74 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$27,498.74 |

**Total Claims To Be Modified: 5**

**Total Amount As Docketed:** $361,170.48

**Total Amount As Modified:** $361,170.48

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Nineteenth Omnibus Objection to Claims Supplemental Order On (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DISH IT UP INC<br>3361 FAULKNER BLVD<br>BRUNSWICK, OH 44212 | 8264 | Secured:<br>Priority: $4,430.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $4,430.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 | 11814 | Secured:<br>Priority:<br>Administrative $1,815.46<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,815.46 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 2   $6,245.46

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1