Mark Stromberg, Attorney-in-Charge
STROMBERG & ASSOCIATES, P. C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, Texas 75240
Telephone: (972) 458-5353
Facsimile:  (972) 770-2156
E-mail:    mark@stromberglawfirm.com

*Attorneys for CDB Falcon Sunland Plaza, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CIRCUIT CITY STORES, INC. | § | CASE NO: 08-35653-KRH |
| | § | |
| **Debtors** | § | |

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**COMES NOW, MARK STROMBERG of STROMBERG & ASSOCIATES, P. C.,** respectfully requests the Court, all creditors, and parties in interest remove it from any and all service lists.

Respectfully submitted,

**STROMBERG & ASSOCIATES, P. C.**

By _/s/ Mark Stromberg_
Mark Stromberg
State Bar No. 19408830

### CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of January, 2010, a copy of the foregoing is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

_/s/ Mark Stromberg_
**MARK STROMBERG**