Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-THIRD  
OMNIBUS OBJECTION TO CLAIMS (MODIFICATION  
OF CERTAIN DUPLICATIVE 503(b)(9) CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-Third Omnibus Objection To Claims (Modification of Certain Duplicative 503(b)(9) Claims) (the "Objection"),[1] and it appearing that due and proper notice

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection (the "Responses"); and it appearing that certain Responses have been resolved; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are modified as set forth on <u>Exhibit A</u>, <u>provided, however</u>, to the extent any claim (or a portion thereof) (1) asserted under Bankruptcy Code section 503(b)(9) and (2) listed on <u>Exhibit A</u> is disallowed, the claimant reserves the right to assert such portion as a general unsecured non-priority claim and all of the Debtors' rights (other than the right to object on the basis of timeliness) with respect thereto are not waived and are expressly reserved.  By entry of this Order, the claimant

shall not be deemed to have waived any defenses to any objection(s) to its general unsecured claim which defenses are deemed preserved, including without limitation, any defenses concerning any portion of the claimant's section 503(b)(9) administrative priority claim that may later be asserted as a general unsecured claim pursuant to the terms hereof.

2.   The Debtors' rights to object to any claim, including (without limitation) the 503(b)(9) Claims and Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

3.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
    Jan 15 2010    , 2010

        /s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 15 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                            _/s/ Douglas M. Foley_____
                                                           Douglas M. Foley

\10252447.2

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twenty-Third Omnibus Objection to Claims Supplemental Order
on (Modification of Certain Duplicate 503(b)(9) Claims)

**Exhibit A**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|
| 2425 | 1/2/2009 | SAMSUNG ELECTRONICS AMERICA INC | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | CIRCUIT CITY STORES, INC. | Unsecured | $ 122,577,855.01 | $ 103,501,602.98 |
| 1425 | 12/18/2008 | SAMSUNG ELECTRONICS AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 19,262,466.96 | $ 19,262,466.96 |

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                Date Rcvd: Jan 15, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jan 17, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 17, 2010**    **Signature:** *Joseph Speetjens*