**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

---------------------------------------------------------x
|  | : | **Chapter 11** |
|---|---|---|
| **In re:** | : |  |
|  | : | **Case No. 08-35653 (KRH)** |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | : |  |
|  | : |  |
| **Debtors.** | : |  |
|  | : |  |

---------------------------------------------------------x

### ORDER APPROVING ADMISSION PRO HAC VICE OF MAX J. NEWMAN

This matter comes before the Court upon the Motion of William Daniel Sullivan, counsel for Pioneer Electronics, Inc. herein, requesting entry of an order approving the admission *pro hac vice* of Max J. Newman of the firm of Butzel Long, a professional corporation, Stoneridge West, 41000 Woodward, Bloomfield Hills, Michigan 48304, to represent the interests of Pioneer Electronics, Inc. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

**ORDERS**, that Max J. Newman, and hereby is, ADMITTED *pro hac* vice to practice before the Court in these proceedings.

/s/ Kevin R. Huennekens
_____

Dated: January ____, 2010          Hon. Kevin R. Huennekens
    Jan 15 2010          United States Bankruptcy Judge

Entered:  Jan 15 2010 _____

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order was served on all necessary parties on November 10, 2009 and January 7, 2010.

      /s/ William Daniel Sullivan

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                Date Rcvd: Jan 15, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 17, 2010.
       +Max J. Newman,    Butzel Long,    Stoneridge West,    41000 Woodward,
        Bloomfield Hills, MI 48304-5130

The following entities were noticed by electronic transmission.
NONE.                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**                                           **Signature:** *Joseph Speetjens*