Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS**

THIS MATTER having come before the Court on the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (the "Objection"); and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (Docket No. 4449) (the "Initial Order"), and the Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (Docket No. 4784) (the "Supplemental Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    Notwithstanding the Initial Order and the Supplemental Order, the claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases as set forth on <u>Exhibit A</u>; <u>provided</u>, <u>further</u>, that the Debtors' rights and

abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. Notwithstanding the Initial Order and the Supplemental Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit B (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Jan 15 2010              , 2010

                        /s/ Kevin R. Huennekens
                        HONORABLE KEVIN R. HUENNEKENS
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:        Entered on docket: Jan 15 2010

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10268511

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Nineteenth Omnibus Objection to Claims  
Supplemental Order On (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8047<br>Date Filed: 01/29/2009<br>Docketed Total: $45,375.00<br>Filing Creditor Name and Address:<br>ESTATE OF JOSEPH Y EINBINDER<br>AKA EINBINDER PROPERTIES LLC<br>ESTATE OF JOSEPH Y EINBINDER<br>3602 GARDENVIEW RD<br>BALTIMORE, MD 21208 | Claim Holder Name and Address: ESTATE OF JOSEPH Y EINBINDER AKA EINBINDER PROPERTIES LLC ESTATE OF JOSEPH Y EINBINDER 3602 GARDENVIEW RD BALTIMORE, MD 21208<br>Case Number: 08-35653  Docketed Total: $45,375.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$45,375.00 | Case Number: 08-35653<br>Modified Total: $45,375.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$45,375.00 |
| Claim: 3995<br>Date Filed: 01/16/2009<br>Docketed Total: $250,000.00<br>Filing Creditor Name and Address:<br>GIBSON, THOMAS<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112 | Claim Holder Name and Address: GIBSON, THOMAS 66 ATHENS ST SAN FRANCISCO, CA 94112<br>Case Number: 08-35653  Docketed Total: $250,000.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$250,000.00 | Case Number: 08-35653<br>Modified Total: $250,000.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$250,000.00 |
| Claim: 8828<br>Date Filed: 01/30/2009<br>Docketed Total: $3,189.74<br>Filing Creditor Name and Address:<br>STEELE, PHILLIP LEE<br>1208 DAWKINS ST UNIT B<br>DURHAM, NC 27707-2314 | Claim Holder Name and Address: STEELE, PHILLIP LEE 1208 DAWKINS ST UNIT B DURHAM, NC 27707-2314<br>Case Number: 08-35653  Docketed Total: $3,189.74<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,189.74 | Case Number: 08-35653<br>Modified Total: $3,189.74<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$3,189.74 |
| Claim: 5079<br>Date Filed: 01/21/2009<br>Docketed Total: $35,107.00<br>Filing Creditor Name and Address:<br>THE PARKES COMPANIES INC<br>SMITH CASHION & ORR PLC<br>231 THIRD AVE N<br>NASHVILLE, TN 37201 | Claim Holder Name and Address: THE PARKES COMPANIES INC SMITH CASHION & ORR PLC 231 THIRD AVE N NASHVILLE, TN 37201<br>Case Number: 08-35653  Docketed Total: $35,107.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,107.00 | Case Number: 08-35653<br>Modified Total: $35,107.00<br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$35,107.00 |

\*  "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Debtors' Nineteenth Omnibus Objection to Claims Supplemental Order On (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified**

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5300<br>Date Filed: 01/26/2009<br>Docketed Total: $27,498.74<br>Filing Creditor Name and Address:<br>WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY<br>PO BOX 3416<br>VENTURA, CA 93006 | Claim Holder Name and Address  Case Number: 08-35653<br>WALTER E HARTMAN & SALLY J HARTMAN AS TRUSTEES OF THE HARTMAN 1995 OHIO PROPERTY<br>PO BOX 3416<br>VENTURA, CA 93006<br>Docketed Total: $27,498.74<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                $27,498.74 | Case Number: 08-35653<br>Modified Total: $27,498.74<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                        $27,498.74 |

**Total Claims To Be Modified: 5**

**Total Amount As Docketed:** $361,170.48

**Total Amount As Modified:** $361,170.48

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Nineteenth Omnibus Objection to Claims
Supplemental Order On (Reclassification Of Certain
Misclassified Claims To General Unsecured, Non-Priority
Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DISH IT UP INC<br>3361 FAULKNER BLVD<br>BRUNSWICK, OH 44212 | 8264 | Secured:<br>Priority: $4,430.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $4,430.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE LANDING AT ARBOR PLACE II LLC<br>C O SCOTT M SHAW<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 | 11814 | Secured:<br>Priority:<br>Administrative $1,815.46<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,815.46 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     2     **$6,245.46**

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                    Date Rcvd: Jan 15, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jan 17, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**                         **Signature:** *Joseph Speetjens*