Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

William Greendyke (Texas Bar. No. 08390450)
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone:  (214) 855-8000
Fax:   (214) 855- 8200
wgreendyke@fulbright.com

Attorneys for LaSalle Bank National
Association f/k/a LaSalle National Bank,
as trustee for Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-l
and Corporate Lease-Backed Certificates
Series 1999-CLF1, acting by and through
Midland Loan Services, Inc., a Delaware
corporation, as special servicer pursuant
to those certain Pooling and Servicing
Agreements dated January 15, 1997 and
August 15, 1999

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | Chapter No. 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE PURSUANT TO
## LOCAL BANKRUPTCY RULE 2090-1(E)(2)

THIS MATTER having come before the Court upon the Motion to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the **"Motion"**) of Reid S. Whitten, associate with the law firm of Fulbright & Jaworski L.L.P., for the admission *pro hac vice* of William Greendyke, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED.

2.      William Greendyke is permitted to appear *pro hac vice* as counsel to LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999 in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated: January ___, 2010

    Jan 15 2010

                                    /s/ Kevin R. Huennekens
                                   _____
                                    **UNITED STATES BANKRUPTCY JUDGE**

  Entered on docket:  Jan 15 2010

I ASK FOR THIS:

By: */s/ Reid WHitten*_____
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

ATTORNEYS FOR LASALLE BANK
NATIONAL ASSOCIATION F/K/A
LASALLE NATIONAL BANK, AS
TRUSTEE FOR CORPORATE CREDIT-
BACKED PASS-THROUGH
CERTIFICATES, SERIES 1997-CTL-L
AND CORPORATE LEASE-BACKED
CERTIFICATES SERIES 1999-CLF1,
ACTING BY AND THROUGH MIDLAND
LOAN SERVICES, INC., A DELAWARE
CORPORATION, AS SPECIAL SERVICER
PURSUANT TO THOSE CERTAIN
POOLING AND SERVICING
AGREEMENTS DATED JANUARY 15,
1997 AND AUGUST 15, 1999

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing Motion

and proposed order have been endorsed by all necessary parties, filed on January 13, 2010 using

the Court's CM/ECF system and thereby served electronically upon all registered users of the ECF

system that have filed a 2002 notice of appearance in this matter, and served upon the Core Group,

which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-

counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel

to the agents for the Debtors' post-petition lenders, via regular US mail, first class, postage

prepaid, as required by the Case Management Order.

By:  */s/ Reid WHitten*_____
Reid Whitten (VSB No. 75563)
Kimberly S. Walker (VSB No. 47921)
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
rwhitten@fulbright.com
kwalker@fulbright.com

ATTORNEYS FOR LASALLE BANK NATIONAL
ASSOCIATION F/K/A LASALLE NATIONAL
BANK, AS TRUSTEE FOR CORPORATE
CREDIT-BACKED PASS-THROUGH
CERTIFICATES, SERIES 1997-CTL-L AND
CORPORATE LEASE-BACKED CERTIFICATES
SERIES 1999-CLF1, ACTING BY AND
THROUGH MIDLAND LOAN SERVICES, INC.,
A DELAWARE CORPORATION, AS SPECIAL
SERVICER PURSUANT TO THOSE CERTAIN
POOLING AND SERVICING AGREEMENTS
DATED JANUARY 15, 1997 AND AUGUST 15,
1999

- 4 -

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Jan 15, 2010
Case: 08-35653               Form ID: pdforder       Total Noticed: 2

The following entities were noticed by first class mail on Jan 17, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
              Wilmington, DE 19899-0636
              William Greendyke,    2200 Ross Ave.,    Suite 2800,    Dallas, TX 75201-2784

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**                    **Signature:**    *Joseph Speetjens*