B 210A (Form 210A) (12/09)

RICHMOND DIVISION
F I L E D    JAN 1 5 2010
CLERK
US BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re Circuit City Stores, Inc.,                    Case No. 08-35653

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Midland Loan Services, Inc. | Drexel Delaware Ltd Partnership |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Travis Torrence
Kimberly S. Walker
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Court Claim # (if known): KC 12258
Amount of Claim: $ 890,379.81
Date Claim Filed: April 8, 2009

Phone: 713.651.5151
Last Four Digits of Acct #: N/A

Phone: 804.697.4104
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):
Midland Loan Services, Inc.
Attn: Josh Azinger
10851 Mastin, Suite 300
Overland Park, KS 66210

Phone: 913.253.9602
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                    Date: January 13, 2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

85438415.1                    - 1 -

B 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re **In re Circuit City Stores, Inc.**,     Case No. **08-35653**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>KC 12258</u> was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 14, 2010.

| | |
|---|---|
| <u>Drexel Delaware Ltd Partnership</u> | <u>Midland Loan Services, Inc.</u> |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Transferor: | Address of Transferee: |
| Attn: Paul Lukeman | |
| c/o Casto | Midland Loan Services, Inc. |
| 191 W. Nationwide Blvd, Suite 200 | Attn: Josh Azinger |
| Columbus, Ohio 43215 | 10851 Mastin, Suite 300 |
| | Overland Park, KS  66210 |

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                            _____
                                                         **CLERK OF COURT**