**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEAL

LG ELECTRONICS USA, INC. ("LG"), by counsel, WILEY REIN LLP, H. Jason Gold, Valerie P. Morrison and Dylan G. Trache, appeals under 28 U.S.C. § 158(a) from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 6th day of January, 2010, docket entry number 6228.

The names of all parties or parties in interest to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**LG Electronics USA, Inc. (Appellant)**

      Represented by:

      H. Jason Gold, Esquire
      Valerie P. Morrison, Esquire
      Dylan G. Trache, Esquire
      WILEY REIN LLP
      7925 Jones Branch Drive, Suite 6200
      McLean, Virginia 22102
      703.905.2800

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, Suite # 500
Glen Allen, VA 23060
804.273.6850

Represented by:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
302.651.3000

Chris L. Dickerson
Jessica S. Kumar
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
312.407.0700

Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1000

**Official Committee of Unsecured Creditors**

Represented by:

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
310.277.6910

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
212.561.7700

      Lynn L. Tavenner
      Paula S. Beran
      Tavenner & Beran, PLC
      20 N. Eighth Street, Second Floor
      Richmond, VA 23219
      804.783.8300

**Office of the United States Trustee**

      Represented by:

      Robert B. Van Arsdale
      Office of the United States Trustee
      701 East Broad Street, Suite 4304
      Richmond, VA 23219
      804.771.2310


Dated: January 19, 2010

                                                              Respectfully submitted,

                                                              LG ELECTRONICS USA, Inc.

                                                              By Counsel


WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By:   /s/ Dylan G. Trache
       H. Jason Gold, Va. Bar No. 19117
       Valerie P. Morrison, Va. Bar No.
       Dylan G. Trache, Va. Bar No. 45939

Counsel to LG Electronics USA, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2010 the foregoing Notice of Appeal was served via first class mail, postage prepaid, upon:

**Circuit City Stores, Inc. (Appellee)**

    Circuit City Stores, Inc.
    Attn: Michelle Mosier
    4951 Lake Brook Drive, Suite # 500
    Glen Allen, VA 23060

    Represented by:

    Gregg M. Galardi
    Ian S. Fredericks
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    10th and King Streets, 7th Floor
    Wilmington, DE 19801

    Chris L. Dickerson
    Jessica S. Kumar
    Skadden Arps Slate Meagher & Flom, LLP
    155 North Wacker Drive
    Chicago, Illinois 60606

    Douglas M. Foley
    Sarah B. Boehm
    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219

**Official Committee of Unsecured Creditors**

    Represented by:

    Jeffrey N. Pomerantz
    Stanley E. Goldich
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Boulevard, 11th Floor
    Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219

**Office of the United States Trustee**

Represented by:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219


  /s/ Dylan G. Trache
Dylan G. Trache

13091875.2