**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

### NOTICE OF MOTION FOR LEAVE TO APPEAL

PLEASE TAKE NOTICE that LG ELECTRONICS USA, INC. ("LG"), by counsel, WILEY REIN LLP, H. Jason Gold, Valerie P. Morrison and Dylan G. Trache, has filed a Motion for Leave to Appeal ("Motion").

- On or before fourteen (14) days after service of this Notice, any adverse party may file with the clerk at the address show below, an answer in opposition to the Motion, pursuant to Federal Rule of Bankruptcy Procedure 8003. If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

  - Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, Virginia 23219

  - You must **also** serve a copy of your response to the persons listed below.

    H. Jason Gold
    Valerie P. Morrison, Esquire
    Dylan G. Trache, Esquire
    WILEY REIN LLP
    7925 Jones Branch Drive, Suite 6200
    McLean, Virginia 22102

Dated: January 19, 2010 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LG ELECTRONICS USA, Inc.

　　　　　　　　　　　　　　　　　　　　　　By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By: 　/s/ Dylan G. Trache
　　　H. Jason Gold, Va. Bar No. 19117
　　　Valerie P. Morrison, Va. Bar No.
　　　Dylan G. Trache, Va. Bar No. 45939

Counsel to LG Electronics USA, Inc.

2

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010 the foregoing Notice of Motion for Leave to Appeal was served via first class mail, postage prepaid, upon:

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, Suite # 500
Glen Allen, VA 23060

Represented by:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801

Chris L. Dickerson
Jessica S. Kumar
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**Official Committee of Unsecured Creditors**

Represented by:

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

3

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219

**Office of the United States Trustee**

Represented by:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

   /s/ Dylan G. Trache
Dylan G. Trache

13094326.1