

# TOUCHPOINT
RETAIL REDEFINED.

January 11, 2010

```
RICHMOND DIVISION
F                    F
I                    I
L    JAN 1 9 2010    L
E                    E
D       CLERK        D
    US BANKRUPTCY COURT
```

U S Bankruptcy Court
701 E Broad St
Richmond, VA 23219

RE:  Circuit City Bankruptcy

Touchpoint Retail would like to withdraw the response they filed in regard to the Circuit City Bankruptcy proceeding, Docket #3409, Claim #1101.  Please change the classification to general unclassified.

Thank you for your help in this matter.

Debby Prudhomme
Office Manager