# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
CIRCUIT CITY STORES, INC., et al.,                          :    Case No. 08-35653 (KRH)
                                                            :    Jointly Administered
                                                            :
                                                            :
                                                            :
**Debtors.**                                                :
------------------------------------------------------------X

## NOTICE OF APPEAL

     United States Debt Recovery LLC, a creditor in this Chapter 11 bankruptcy, appeals under 28 U.S.C. § 158(a) or (b) from the "Order On Debtors' Fifty-First and Fifty-Second Omnibus Objections" and related "Memorandum Opinion" entered on the docket of this proceeding on January 6, 2010, as Docket Number 6228.

     The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Attorneys for Appellant:** |
|---|---|
| United States Debt Recovery LLC | Neil E. McCullagh, Esquire (VSB #39027)<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>Phone: (804) 697-2000<br>Fax: (804) 697-2100 |
| | and |
| | Nathan E. Jones (CA State Bar # 99025)<br>P.O. Box 5241<br>Incline Village, Nevada 89450<br>Phone: (775) 832-5250<br>Fax: (775) 832-5085 |

**Neil E. McCullagh, Esquire (VSB #39027)**           **Nathan E. Jones (CA State Bar # 99025)**
**Spotts Fain PC**                                    P.O. Box 5241
411 East Franklin Street, Suite 600                   Incline Village, Nevada 89450
Richmond, Virginia 23219                              Phone: (775) 832-5250
Phone: (804) 697-2000                                 Fax: (775) 832-5085
Fax: (804) 697-2100

**Counsel to United States Debt Recovery LLC**

| **Appellee:** | **Attorneys for Appellee:** |
|---|---|
| Circuit City Stores, Inc., et al., Debtors-In-Possession[1] <br> Attn: Michelle Mosier <br> 4951 Lake Brook Drive, 5th Floor <br> Glen Allen, VA 23060 | Gregg M. Galardi, Esquire <br> Ian S. Fredericks, Esquire <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, Delaware 19899-0636 <br> Telephone: 302-651-3000 <br><br> Timothy G. Pohl, Esquire <br> Chris L. Dickerson, Esquire <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 155 North Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: 312-408-0700 <br><br> Dion W. Hayes, Esquire <br> Douglas M. Foley, Esquire <br> MCGUIRE WOODS LLP <br> One James Center <br> 901 East Cary Street <br> Richmond, Virginia 23219 <br> Telephone: 804-775-1000 |
| **Interested Parties:** | **Attorneys for Interested Parties:** |
| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esquire <br> Robert J. Feinstein, Esquire <br> Jeffrey N. Pomerantz, Esquire <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Boulevard, 11th Floor <br> Los Angeles, California 90067-4100 <br> Telephone: 310-277-6910 |

---

[1] The Debtors are Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp., PRAHS, INC., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

|  |  |
|---|---|
|  | Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North 8th Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: 804-783-8300 |
| United States Trustee | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street Suite 4304<br>Richmond, Virginia 23219-1888<br>Telephone: 804-771-2310 |

UNITED STATES DEBT RECOVERY LLC

By: /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

and

Nathan E. Jones (CA State Bar # 99025)
P.O. Box 5241
Incline Village, Nevada 89450
Phone: (775) 832-5250
Fax: (775) 832-5085

*Counsel to United States Debt Recovery LLC*

3

Certificate of Service

       I hereby certify that on January 20, 2010, I caused a copy of the foregoing Notice of Appeal to be served on the Appellees, as listed below, by first class mail, postage prepaid, and by electronic service through email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov


      /s/ Neil E. McCullagh