UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------X
                              :

In re:                                        :         Chapter 11

CIRCUIT CITY STORES, INC., et al.,    :         Case No. 08-35653 (KRH)
                                        :         Jointly Administered

Debtors.                                 :
------------------------------------------------------------X

## NOTICE OF MOTION FOR LEAVE TO APPEAL

PLEASE TAKE NOTICE that United States Debt Recovery LLC ("USDR"), by counsel, has filed a Motion for Leave to Appeal ("Motion"), a copy of which accompanies this Notice.

- On of before fourteen (14) days after service of the Notice, any adverse party may file with the clerk at the address shown below, an answer in opposition to the Motion, pursuant to Federal Rule of Bankruptcy Procedure 8003. If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

  - Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, Virginia 23219

You must **also** serve a copy of your response to the persons listed below.

        Neil E. McCullagh
        SPOTTS FAIN PC
        411 East Franklin Street, Suite 600
        Post Office Box 1555
        Richmond, Virginia 23218-1555

**Neil E. McCullagh, Esquire (VSB #39027)**    **Nathan E. Jones (CA State Bar # 99025)**
**Spotts Fain PC**    **P.O. Box 5241**
**411 East Franklin Street, Suite 600**    **Incline Village, Nevada 89450**
**Richmond, Virginia  23219**    **Phone: (775) 832-5250**
**Phone:  (804) 697-2000**    **Fax: (775) 832-5085**
**Fax: (804) 697-2100]**

**Counsel to United States Debt Recovery  LLC**

UNITED STATES DEBT RECOVERY LLC

By: /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

and

Nathan E. Jones (CA State Bar # 99025)
P.O. Box 5241
Incline Village, Nevada 89450
Phone: (775) 832-5250
Fax: (775) 832-5085

*Counsel to United States Debt Recovery, LLC*

Certificate of Service

  I hereby certify that on January 20, 2010, I caused a copy of the foregoing Notice of Motion for Leave to be served on the Core Group (as defined in the Court's Supplemental Procedures Order of December 30, 2009) by first class mail, postage prepaid, and by electronic service through email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov


    /s/ Neil E. McCullagh