McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

Attorneys for PNY Technologies, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al.[1], ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |

**PNY TECHNOLOGIES, INC.'S NOTICE OF APPEAL**

PNY Technologies, Inc. ("PNY"), by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 6th day of January, 2010, docket entry number 6228. The names of all parties or parties in interest to the Order

---

[1] The Debtors are as follows: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp., PRAHS, INC., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**PNY Technologies, Inc. (Appellant)**

Represented by:

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Represented by:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: 302-651-3000
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &

FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: 312-408-0700
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: 804-775-1000
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

**Official Committee of Unsecured Creditors**

Represented by:

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

**Office of the United States Trustee**

Represented by:

Robert B. Van Arsdale, Esquire
Office of the United States Trustee

Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Telephone: 804-771-2310
Robert.b.van.arsdale@usdoj.gov


                                        PNY TECHNOLOGIES, INC.


                              By: /s/ Neil E. McCullagh
                                          Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

and

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Counsel for PNY Technologies, Inc.

Certificate of Service

      I hereby certify that on January 20, 2010, I caused a copy of the foregoing Notice of Appeal to be served on the Appellee and its counsel, the Official Committee of Unsecured Creditors and its counsel, and the Office of the United States Trustee, all as show below, constituting all necessary parties, by first class mail, postage prepaid, and by email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov

   /s/ Neil E. McCullagh