Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**NOTICE OF SAMSUNG ELECTRONICS AMERICA, INC.'S
MOTION FOR LEAVE TO APPEAL**

PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court a Motion for Leave to Appeal the Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under  Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than fourteen (14) days of service of this Motion, or by February 3, 2010.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2. You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

{TY095722;1}

*Counsel for Circuit City Stores, Inc.*
Douglas M. Foley, Esquire
Dion W. Hayes, Esquire
MCGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

*Counsel for Samsung Electronics America, Inc.*
Mona M. Murphy, Esquire
AKERMAN SENTERFITT LLP
8100 Boone Boulevard
Suite 700
Vienna, Virginia  22182-2642

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St.  Suite 4304
Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

**DATED:** January 20, 2010			**AKERMAN SENTERFITT LLP**

By:   /s/ Mona M. Murphy
Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750
fax:  (703) 448-1767
mona.murphy@akerman.com
stan.salus@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of January, 2010, a copy of the foregoing Notice of Motion was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue of the electronic filing of same and by first-class or electronic mail to the following:

    Gregg M. Galardi, Esquire
    Ian S. Fredericks, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    Wilmington, DE 19899
    gregg.galardi@skadden.com

    Dion W. Hayes, Esquire
    Douglas M. Foley, Esquire
    McGuire Woods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    dfoley@mcguirewoods.com

    Chris L. Dickerson, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Chicago, IL 60606
    chris.dickerson@skadden.com

    Robert B. Van Arsdale, Esquire
    Office of the U.S. Trustee
    701 E. Broad Street, Suite 4304
    Richmond, VA 23219
    Robert.B.Van.Arsdale@usdoj.gov

    /s/ Mona M. Murphy
    Mona M. Murphy