Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

            DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION
            TO CLAIMS (RECLASSIFICATION OF CERTAIN
            CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification of Certain Claims Filed by Equity Holders
to Interests) (the "Objection"), and hereby move this Court,
pursuant to sections 105 and 502 of title 11 of the United
States Code, 11 U.S.C. §§ 101 et seq. (as amended, the
"Bankruptcy Code"), Rule 3007 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules"), and Local
Bankruptcy Rule 3007-1, for an order, the proposed form of
which is attached hereto as Exhibit A, granting the relief
sought by this Objection, and in support thereof states as
follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409.  The statutory and legal predicates
for the relief requested herein are Bankruptcy Code sections
105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the

Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.  By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 501, and 502 and Bankruptcy Rule 3007, reclassifying and/or modifying the claims filed by shareholders of stock and/or stock options in the Debtors as set forth on Exhibit C (the "Claims").

12.  The Debtors object to the Claims to the extent that such claims are asserted in dollar amounts on account of ownership of stock in the Debtors.  Holders of stock, whether restricted or unrestricted or vested or unvested, of the Debtors are equity security holders pursuant to 11 U.S.C. § 101 (17), are not owed money from the Debtors, and

do not have "claims" against the Debtors or their estates. See 11 U.S.C. § 501(a) ("An equity security holder may file a proof of **_interest_**.") (emphasis added).  Courts also have routinely held that holders of stock options are equity security holders under the Bankruptcy Code and, consequently, do not have claims against the Debtor or their estates.  See Carrieri v. Jobs.com Inc., 393 F.3d 508, 525 (5th Cir. 2004) ("[C]ourts are clear that stock options, or the rights to exercise the stock option, are properly classified as equity security interests, not claims."); In re America West Airlines, Inc., 179 B.R. 893, 897 (Bankr. D. Ariz. 1995) ("The Court finds and concludes that the stock options which are the subject of the . . . proof of claim are equity securities as defined by 11 U.S.C. § 101(16)."); In re Baldwin-United Corp., 52 B.R. 549, 552 (Bankr. S.D. Ohio 1985).

13.  Rather, parties owning stock or holding stock options may hold "interests" in the Debtors that will be treated in accordance with the Debtors' plan of liquidation which has been filed with the Court.  As such, the Claims should be reclassified in their entirety because they are not properly asserted "claims" against the Debtors or their

estates.[2]

14.   For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

15.   At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims.  Accordingly, the Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

<u>**RESERVATION OF RIGHTS**</u>

16.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits.  The Debtors likewise reserve the right to modify, supplement

---

[2] This Objection is without prejudice to such interest holders' rights as owners of various forms of stock of the Debtors.

and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

17.   Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Bankruptcy Rule 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are

serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

18.    To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. (Eastern) on February 17, 2010** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **2:00 p.m. (Eastern) on February 24, 2010** and thereafter schedule the matter for a future hearing as to the merits of such claim.[3] However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C attached hereto for all purposes in these bankruptcy cases.

---

[3] In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

19.    This Objection complies with Bankruptcy Rule

3007(e).   Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

20.    Pursuant to Local Bankruptcy Rule 9013-1(G), and

because there are no novel issues of law presented in the

Motion, the Debtors request that the requirement that all

motions be accompanied by a written memorandum of law be

waived.

## NO PRIOR RELIEF

21.    No previous request for the relief sought herein

has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an

Order sustaining this Objection and granting such other and

further relief as the Court deems appropriate.

Dated: Richmond, Virginia       SKADDEN, ARPS, SLATE, MEAGHER &
       January 21, 2010          FLOM, LLP
                                 Gregg M. Galardi, Esq.
                                 Ian S. Fredericks, Esq.
                                 P.O. Box 636
                                 Wilmington, Delaware 19899-0636
                                 (302) 651-3000

                                        - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                                 Chris L. Dickerson, Esq.
                                 155 North Wacker Drive
                                 Chicago, Illinois 60606-7120
                                 (312) 407-0700

                                        - and -

                                 MCGUIREWOODS LLP

                                 /s/ Douglas M. Foley_____
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

### ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)

THIS MATTER having come before the Court on the

Debtors' Sixty-Fifth Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit C attached to the Objection be modified and/or

reclassified for those reasons set forth in the Objection;

and it appearing that due and proper notice and service of

the Objection as set forth therein was good and sufficient

and that no other further notice or service of the Objection

need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein are forever reclassified

and/or modified as set forth on Exhibit A for all purposes

in these bankruptcy cases.

3.    The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        _____, 2010


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley_____
                            Douglas M. Foley

\10285856

In re: Circuit City Stores, Inc, et al.                                                                                    Debtors' Sixty-Fifth Omnibus Objection to Claims
Case No. 08-35653 (KRH)

Exhibit B - Claimants and Related Claims Subject to Sixty-Fifth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BABB, JAMES T | 6838 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BEAM, MICHAEL W | 9503 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BEAM, MICHAEL W | 9505 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BEDSOLE, DONALD | 5235 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BISHOP, BENJAMIN T | 7521 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BOWMAN, DENNIS | 2812 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| BURCHFIELD, FRANKLIN J | 6576 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CAROLYN WELCOME | 4594 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CHRISTOPHER MEANS | 13750 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CLARKE, JESSICA S | 6833 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CLARKE, JESSICA S | 6832 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CLEVENGER, DAVID W | 6057 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CONSTANCE G KOVAN | 7635 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CROUSE, ANGELA C | 9494 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CURRIER, MICHAEL J | 7023 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CURRIER, MICHAEL J | 7020 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| CURTIS EUGENE HENSON | 7136 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| DAVE BARTIK | 13269 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| DAVIS, TONY V | 9093 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| DEASON, STEPHEN N | 14339 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| DENTAL SERVICE CO INC | 12188 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| DENTON, DIANA INDIVIDUAL OWNERSHIP & JOINT WITH RONALD DENTON | 11660 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| EASTWOOD, VICTORIA L | 13956 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| EASTWOOD, VICTORIA L | 13995 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| EASTWOOD, VICTORIA L | 14099 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| ELIZABETH R WARREN | 13532 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| ELIZABETH R WARREN | 13526 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FARRINGTON, LAWRENCE R | 12187 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FAY LAWRENCE W | 7101 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FREEMAN JAMES M | 6677 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FREEMAN JAMES M | 6680 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FREEMAN, JAMES M | 6687 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FREEMAN, JAMES M | 6679 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| FREEMAN, JAMES M | 6685 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| GILMOUR, CATHERINE M | 9218 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| GLOSKEY, MARIA M | 5481 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| JACOB M ESHLER | 6865 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| JOLY, RUSSELL N | 6458 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| JOYCE M DAVIS | 3811 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| JOYCE M DAVIS | 3931 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| JUNE B CADE | 3944 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LANE, DARICK | 6538 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| LATTA, DONNA | 8007 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| LOUIS A LUCHAK | 13259 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| LUBARY, JAMES | 8780 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| LUBARY, JAMES | 8779 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| LYNN SPINDLER | 13661 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| MARK S STINDE | 7041 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| MARTINEZ, ALVARO | 3584 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| MCGINNIS, HOLLY C | 8494 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| MCGINNIS, HOLLY C | 8498 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| MCGINNIS, ROBERT C | 8508 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| NICHOLAS CALABRESE | 9126 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| NICHOLS JOHN M | 6717 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| NISAR MD, MM FACP PA | 7232 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| OWEN LINDA M | 9572 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| PAUL B SCACCIO | 10770 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| PEOPLES, LEE | 5298 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| QUARLES, JANE B | 5974 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RAAB, DAVID T | 8397 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RAMSEY, DANIEL W | 13849 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RAMSEY, DANIEL W | 7033 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RAMSEY, DANIEL W | 13969 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RECIO, DAVID | 7277 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| RICHARD WILLIAM TASKER JR | 7018 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| ROBERT G BLEDSOE & JUNE V BLEDSOE | 6175 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SCHAUER, JUSTIN C | 7000 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SIDDONS, DEREK J | 6708 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SIDDONS, DEREK J | 6710 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SIFFORD, MICHELLE A | 7351 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SINDELAR, ERIC C | 7043 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SINDELAR, ERIC C | 7047 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| SINDELAR, ERIC C | 7057 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| STINDE, MARK S | 7037 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| STOCKETT, LES K | 8414 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| WEISS, STEVEN | 8474 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| WOODS TERRELL A | 8199 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| WOOLDRIDGE, WALTER L | 6487 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |
| YOGESH S KULKARNI | 7016 | EXHIBIT C - DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS) |

Debtors' Sixtieth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 6838<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  BABB, JAMES T<br>  2307 SHADOW RIDGE COURT<br>  MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br><br>  BABB, JAMES T<br>  2307 SHADOW RIDGE COURT<br>  MIDLOTHIAN, VA 23112<br><br>Docketed Total: **UNL** | Modified Total: **$0.00** |
|---|---|---|

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

| Claim: 9503<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059<br><br>Docketed Total: **UNL** | Modified Total: **$0.00** |
|---|---|---|

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

| Claim: 9505<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059<br><br>Docketed Total: **UNL** | Modified Total: **$0.00** |
|---|---|---|

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

| Claim: 5235<br>Date Filed: 01/26/2009<br>Docketed Total: $4,000.00<br>Filing Creditor Name and Address:<br>  BEDSOLE, DONALD<br>  580 HAGANS CT<br>  FLEMING ISLAND, FL 32003 | Claim Holder Name and Address<br><br>  BEDSOLE, DONALD<br>  580 HAGANS CT<br>  FLEMING ISLAND, FL 32003<br><br>Docketed Total: **$4,000.00** | Modified Total: **$4,000.00** |
|---|---|---|

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | $4,000.00 | | 08-35653 | $4,000.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7521<br>Date Filed:  01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  BISHOP, BENJAMIN T<br>  1712 POINT OF ROCKS RD<br>  CHESTER, VA 23836 | Claim Holder Name and Address<br><br>  BISHOP, BENJAMIN T<br>  1712 POINT OF ROCKS RD<br>  CHESTER, VA 23836 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**<br>08-35653 | Administrative | Secured | Priority | **Unsecured**<br>UNL | **Case Number**<br>08-35653 | **Interest**<br>$0.00 |
| Claim: 2812<br>Date Filed:  01/06/2009<br>Docketed Total:     $6,155.00<br>Filing Creditor Name and Address:<br>  BOWMAN, DENNIS<br>  3732 GLADES END LANE<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  BOWMAN, DENNIS<br>  3732 GLADES END LANE<br>  RICHMOND, VA 23233 | | Docketed Total: | | **$6,155.00** | Modified Total: | **$6,155.00** |
| | **Case Number**<br>08-35653 | Administrative | Secured | Priority | **Unsecured**<br>$6,155.00 | **Case Number**<br>08-35653 | **Interest**<br>$6,155.00 |
| Claim: 6576<br>Date Filed:  01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  BURCHFIELD, FRANKLIN J<br>  6028 MAYBROOK WAY<br>  GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br><br>  BURCHFIELD, FRANKLIN J<br>  6028 MAYBROOK WAY<br>  GLEN ALLEN, VA 23060 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**<br>08-35653 | Administrative | Secured | Priority | **Unsecured**<br>UNL | **Case Number**<br>08-35653 | **Interest**<br>$0.00 |
| Claim: 4594<br>Date Filed:  01/20/2009<br>Docketed Total:     $1,639.90<br>Filing Creditor Name and Address:<br>  CAROLYN WELCOME<br>  2015 MILL CREEK DR<br>  ARLINGTON, TX 76010 | Claim Holder Name and Address<br><br>  WELCOME, CAROLYN<br>  2015 MILL CREEK DR<br>  ARLINGTON, TX 76010 | | Docketed Total: | | **$1,639.90** | Modified Total: | **$1,639.90** |
| | **Case Number**<br>08-35653 | Administrative | Secured | **Priority**<br>$1,639.90 | Unsecured | **Case Number**<br>08-35653 | **Interest**<br>$1,639.90 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Desc Main

Case No. 08-35653 (KRH)                                                                    Debtors' Sixty-Main Omnibus Objection to Claims

Document        Page 20 of 37                              (Reclassification Of Certain Claims Filed By Equity

Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 13750<br>Date Filed:   06/22/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  CHRISTOPHER MEANS<br>  460 WILDER ST<br>  AURORA, IL 60506 | Claim Holder Name and Address<br><br>  CHRISTOPHER MEANS    Docketed Total:    **UNL**<br>  460 WILDER ST<br>  AURORA, IL 60506<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                      UNL | Modified Total:    **$0.00**<br><br><br>Case Number    Interest<br>08-35653    $0.00 |
| Claim: 6832<br>Date Filed:   01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  CLARKE, JESSICA S<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>  CLARKE, JESSICA S    Docketed Total:    **UNL**<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                      UNL | Modified Total:    **$0.00**<br><br><br>Case Number    Interest<br>08-35653    $0.00 |
| Claim: 6833<br>Date Filed:   01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  CLARKE, JESSICA S<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>  CLARKE, JESSICA S    Docketed Total:    **UNL**<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                      UNL | Modified Total:    **$0.00**<br><br><br>Case Number    Interest<br>08-35653    $0.00 |
| Claim: 6057<br>Date Filed:   01/26/2009<br>Docketed Total:      $123.82<br>Filing Creditor Name and Address:<br>  CLEVENGER, DAVID W<br>  2000 GINGHAM COURT<br>  MARION, IL 62959 | Claim Holder Name and Address<br><br>  CLEVENGER, DAVID W    Docketed Total:    **$123.82**<br>  2000 GINGHAM COURT<br>  MARION, IL 62959<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                      $123.82 | Modified Total:    **$123.82**<br><br><br>Case Number    Interest<br>08-35653    $123.82 |

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7635**
Date Filed: 01/28/2009
Docketed Total: $760.00
Filing Creditor Name and Address:
CONSTANCE G KOVAN
32451 MEDITERRANEAN DR
DANA POINT, CA 92629

Claim Holder Name and Address
KOVAN, CONSTANCE G
32451 MEDITERRANEAN DR
DANA POINT, CA 92629
Docketed Total: **$760.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $760.00 |

Modified Total: **$760.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $760.00 |

---

**Claim: 9494**
Date Filed: 01/30/2009
Docketed Total: $77.39
Filing Creditor Name and Address:
CROUSE, ANGELA C
14960 LEBANON RD
SPRING GROVE, VA 23881

Claim Holder Name and Address
CROUSE, ANGELA C
14960 LEBANON RD
SPRING GROVE, VA 23881
Docketed Total: **$77.39**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $77.39 |

Modified Total: **$77.39**

| Case Number | Interest |
|---|---|
| 08-35653 | $77.39 |

---

**Claim: 7020**
Date Filed: 01/28/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
CURRIER, MICHAEL J
16339 COPPERTREE DR
MONTPELIER, VA 23192

Claim Holder Name and Address
CURRIER, MICHAEL J
16339 COPPERTREE DR
MONTPELIER, VA 23192
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total: **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 7023**
Date Filed: 01/28/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
CURRIER, MICHAEL J
16339 COPPERTREE DR
MONTPELIER, VA 23192

Claim Holder Name and Address
CURRIER, MICHAEL J
16339 COPPERTREE DR
MONTPELIER, VA 23192
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total: **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

*    "UNL" denotes an unliquidated claim.

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7136<br>Date Filed:   01/28/2009<br>Docketed Total:   $1,420.96<br>Filing Creditor Name and Address:<br>CURTIS EUGENE HENSON<br>3430 ELLEDGE MILL RD<br>N WILKESBORO, NC 28659 | Claim Holder Name and Address<br><br>HENSON, CURTIS EUGENE<br>3430 ELLEDGE MILL RD<br>N WILKESBORO, NC 28659 | | Docketed Total: | | **$1,420.96** | Modified Total: | **$1,420.96** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | | $1,420.96 | 08-35653 | $1,420.96 |
| Claim: 13269<br>Date Filed:   06/04/2009<br>Docketed Total:   $140.00<br>Filing Creditor Name and Address:<br>DAVE BARTIK<br>8101 PIERS DR NO 1804<br>WOODRIDGE, IL 60517 | Claim Holder Name and Address<br><br>DAVE BARTIK<br>8101 PIERS DR NO 1804<br>WOODRIDGE, IL 60517 | | Docketed Total: | | **UNL** | Modified Total: | **$140.00** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | | $140.00 | 08-35653 | $140.00 |
| Claim: 9093<br>Date Filed:   01/23/2009<br>Docketed Total:   $1,500.00<br>Filing Creditor Name and Address:<br>DAVIS, TONY V<br>11220 BUCKHEAD CT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br><br>DAVIS, TONY V<br>11220 BUCKHEAD CT<br>MIDLOTHIAN, VA 23113 | | Docketed Total: | | **$1,500.00** | Modified Total: | **$1,500.00** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | | $1,500.00 | 08-35653 | $1,500.00 |
| Claim: 14339<br>Date Filed:   06/30/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>DEASON, STEPHEN N<br>2701 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br><br>DEASON, STEPHEN N<br>2701 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | UNL | | | | 08-35653 | $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Desc Main
Document    Page 23 of 37
Case No. 08-35653 (KRH)

Debtors' Sixty-Main Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12188**
Date Filed:   04/14/2009
Docketed Total:    $308.50
Filing Creditor Name and Address:
 DENTAL SERVICE CO INC
 135 ORCHARD BEACH RD
 NORTH EAST, PA 16428

Claim Holder Name and Address
 DENTAL SERVICE CO INC
 135 ORCHARD BEACH RD
 NORTH EAST, PA 16428

Docketed Total:          **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $308.50 | | | |

Modified Total:          **$308.50**

| Case Number | Interest |
|---|---|
| 08-35653 | $308.50 |

---

**Claim: 11660**
Date Filed:   03/03/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
 DENTON, DIANA INDIVIDUAL
 OWNERSHIP & JOINT WITH
 RONALD DENTON
 6102 BREMO RD
 RICHMOND, VA 23226

Claim Holder Name and Address
 DENTON, DIANA INDIVIDUAL
 OWNERSHIP & JOINT WITH
 RONALD DENTON
 6102 BREMO RD
 RICHMOND, VA 23226

Docketed Total:          **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:          **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 13956**
Date Filed:   06/30/2009
Docketed Total:    $3,544.00
Filing Creditor Name and Address:
 EASTWOOD, VICTORIA L
 3919 SOUTHWINDS PL
 GLEN ALLEN, VA 23059

Claim Holder Name and Address
 EASTWOOD, VICTORIA L
 3919 SOUTHWINDS PL
 GLEN ALLEN, VA 23059

Docketed Total:          **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $3,544.00 | | | |

Modified Total:          **$3,544.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $3,544.00 |

---

**Claim: 13995**
Date Filed:   06/30/2009
Docketed Total:    $21,697.50
Filing Creditor Name and Address:
 EASTWOOD, VICTORIA L
 3919 SOUTHWINDS PL
 GLEN ALLEN, VA 23059

Claim Holder Name and Address
 EASTWOOD, VICTORIA L
 3919 SOUTHWINDS PL
 GLEN ALLEN, VA 23059

Docketed Total:          **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $21,697.50 | | | |

Modified Total:          **$21,697.50**

| Case Number | Interest |
|---|---|
| 08-35653 | $21,697.50 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Desc Main
Case No. 08-35653 (KRH)    Document    Page 24 of 37    Debtors' Sixty-Main Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14099**
Date Filed: 06/30/2009
Docketed Total: $11,524.00
Filing Creditor Name and Address:
EASTWOOD, VICTORIA L
3919 SOUTHWINDS PL
GLEN ALLEN, VA 23059

Claim Holder Name and Address
EASTWOOD, VICTORIA L
3919 SOUTHWINDS PL
GLEN ALLEN, VA 23059
Docketed Total: **UNL**

Modified Total: **$11,524.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $11,524.00 | | | |

| Case Number | Interest |
|---|---|
| 08-35653 | $11,524.00 |

**Claim: 13526**
Date Filed: 06/19/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220

Claim Holder Name and Address
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

**Claim: 13532**
Date Filed: 06/19/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220

Claim Holder Name and Address
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

**Claim: 12187**
Date Filed: 04/14/2009
Docketed Total: $1,784.43
Filing Creditor Name and Address:
FARRINGTON, LAWRENCE R
28512 CHIANTI TERR
BONITA SPRINGS, FL 34135

Claim Holder Name and Address
FARRINGTON, LAWRENCE R
28512 CHIANTI TERR
BONITA SPRINGS, FL 34135
Docketed Total: **UNL**

Modified Total: **$1,784.43**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $1,784.43 | | | |

| Case Number | Interest |
|---|---|
| 08-35653 | $1,784.43 |

* "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7101<br>Date Filed:  01/28/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  FAY LAWRENCE W<br>  2500 MAPLE HALL CT<br>  MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br><br>  FAY, LAWRENCE W<br>  2500 MAPLE HALL CT<br>  MIDLOTHIAN, VA 23113 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 6677<br>Date Filed:  01/27/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 6680<br>Date Filed:  01/27/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 6679<br>Date Filed:  01/27/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

*    "UNL" denotes an unliquidated claim.

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6685**
Date Filed:  01/27/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
 FREEMAN, JAMES M
 10307 SAGEGLOW
 HOUSTON, TX 77089

Claim Holder Name and Address

 FREEMAN, JAMES M
 10307 SAGEGLOW
 HOUSTON, TX 77089

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 6687**
Date Filed:  01/27/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
 FREEMAN, JAMES M
 10307 SAGEGLOW
 HOUSTON, TX 77089

Claim Holder Name and Address

 FREEMAN, JAMES M
 10307 SAGEGLOW
 HOUSTON, TX 77089

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 9218**
Date Filed:  01/30/2009
Docketed Total:    $0.00
Filing Creditor Name and Address:
 GILMOUR, CATHERINE M
 10801 SNOWMASS CT
 GLEN ALLEN, VA 23060

Claim Holder Name and Address

 GILMOUR, CATHERINE M
 10801 SNOWMASS CT
 GLEN ALLEN, VA 23060

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 5481**
Date Filed:  01/26/2009
Docketed Total:    $9,577.55
Filing Creditor Name and Address:
 GLOSKEY, MARIA M
 900 MICKLEY RDAPT T1 3
 WHITEHALL, PA 18052

Claim Holder Name and Address

 GLOSKEY, MARIA M
 900 MICKLEY RDAPT T1 3
 WHITEHALL, PA 18052

Docketed Total:    **$9,577.55**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | $9,577.55 | |

Modified Total:    **$9,577.55**

| Case Number | Interest |
|---|---|
| 08-35653 | $9,577.55 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 6865<br>Date Filed:   01/27/2009<br>Docketed Total:     $31,013.25<br>Filing Creditor Name and Address:<br>  JACOB M ESHLER<br>  6310 BOUNDARY RUN DR<br>  MECHANICSVILLE, VA 23111 | Claim Holder Name and Address<br><br>  ESHLER, JACOB M                Docketed Total:        **$31,013.25**<br>  6310 BOUNDARY RUN DR<br>  MECHANICSVILLE, VA 23111 | Modified Total:        **$31,013.25** |

Case Number: 08-35653 — Administrative / Secured / Priority $31,013.25 / Unsecured
Case Number: 08-35653 — Interest $31,013.25

| Claim: 6458<br>Date Filed:   01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JOLY, RUSSELL N<br>  5318 WOODSTONE COURT<br>  LOUISA, VA 23093 | Claim Holder Name and Address<br><br>  JOLY, RUSSELL N                Docketed Total:        **UNL**<br>  5318 WOODSTONE COURT<br>  LOUISA, VA 23093 | Modified Total:        **$0.00** |

Case Number: 08-35653 — Unsecured UNL
Case Number: 08-35653 — Interest $0.00

| Claim: 3811<br>Date Filed:   01/15/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JOYCE M DAVIS<br>  11307 SW 167 ST<br>  MIAMI, FL 33157 | Claim Holder Name and Address<br><br>  DAVIS, JOYCE M                Docketed Total:        **UNL**<br>  11307 SW 167 ST<br>  MIAMI, FL 33157 | Modified Total:        **$0.00** |

Case Number: 08-35653 — Priority UNL
Case Number: 08-35653 — Interest $0.00

| Claim: 3931<br>Date Filed:   01/15/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  JOYCE M DAVIS<br>  11307 SW 167 ST<br>  MIAMI, FL 33157 | Claim Holder Name and Address<br><br>  DAVIS, JOYCE M                Docketed Total:        **UNL**<br>  11307 SW 167 ST<br>  MIAMI, FL 33157 | Modified Total:        **$0.00** |

Case Number: 08-35653 — Priority UNL
Case Number: 08-35653 — Interest $0.00

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Debtors' Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)    Document    Page 28 of 37    (Reclassification Of Certain Claims Filed By Equity Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3944**

Date Filed: 01/15/2009

Docketed Total: $0.00

Filing Creditor Name and Address:

JUNE B CADE
725 E IMPERIAL HWY
LOS ANGELES, CA 90059

Claim Holder Name and Address

CADE, JUNE B
725 E IMPERIAL HWY
LOS ANGELES, CA 90059

Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

**Claim: 6538**

Date Filed: 01/23/2009

Docketed Total: $0.00

Filing Creditor Name and Address:

LANE, DARICK
3413 ANDOVER HILLS PL
RICHMOND, VA 23294

Claim Holder Name and Address

LANE, DARICK
3413 ANDOVER HILLS PL
RICHMOND, VA 23294

Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

**Claim: 8007**

Date Filed: 01/29/2009

Docketed Total: $138.00

Filing Creditor Name and Address:

LATTA, DONNA
5504 COPPERPENNY DR
CHESTERFIELD, VA 23832

Claim Holder Name and Address

LATTA, DONNA
5504 COPPERPENNY DR
CHESTERFIELD, VA 23832

Docketed Total: **$138.00**

Modified Total: **$138.00**

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | $138.00 | 08-35653 | $138.00 |

**Claim: 13259**

Date Filed: 06/02/2009

Docketed Total: $109.99

Filing Creditor Name and Address:

LOUIS A LUCHAK
4219 AVE J
SANTA FE, TX 77510

Claim Holder Name and Address

LOUIS A LUCHAK
4219 AVE J
SANTA FE, TX 77510

Docketed Total: **UNL**

Modified Total: **$109.99**

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | $109.99 | | | | 08-35653 | $109.99 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Debtors' Sixty-Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)

Document    Page 29 of 37    (Reclassification Of Certain Claims Filed By Equity

Holders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 8779<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | Claim Holder Name and Address<br><br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35654 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>UNL | _Case Number_<br>08-35654 | _Interest_<br>$0.00 |
| Claim: 8780<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | Claim Holder Name and Address<br><br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35654 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>UNL | _Case Number_<br>08-35654 | _Interest_<br>$0.00 |
| Claim: 13661<br>Date Filed:  06/25/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  LYNN SPINDLER<br>  815 2ND ST<br>  PEPIN, WI 54759 | Claim Holder Name and Address<br><br>  LYNN SPINDLER<br>  815 2ND ST<br>  PEPIN, WI 54759 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35653 | _Administrative_<br>UNL | _Secured_ | _Priority_ | _Unsecured_ | _Case Number_<br>08-35653 | _Interest_<br>$0.00 |
| Claim: 7041<br>Date Filed:  01/28/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MARK S STINDE<br>  2501 E FRANKLIN ST NO 2<br>  RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>  STINDE, MARK S<br>  2501 E FRANKLIN ST NO 2<br>  RICHMOND, VA 23223 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35653 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>UNL | _Case Number_<br>08-35653 | _Interest_<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 3584<br>Date Filed:  01/14/2009<br>Docketed Total:      $53.05<br>Filing Creditor Name and Address:<br>  MARTINEZ, ALVARO<br>  2112 S BROADWAY<br>  SANTA ANA, CA 92707 | MARTINEZ, ALVARO                    Docketed Total:          **$53.05**<br>2112 S BROADWAY<br>SANTA ANA, CA 92707 | Modified Total:          **$53.05** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                          $53.05 | Case Number                                          Interest<br>08-35653                                              $53.05 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 8494<br>Date Filed:  01/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LANE<br>  RICHMOND, VA 23233 | MCGINNIS, HOLLY C                    Docketed Total:          **UNL**<br>11712 COOLWIND LANE<br>RICHMOND, VA 23233 | Modified Total:          **$0.00** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                          UNL | Case Number                                          Interest<br>08-35653                                              $0.00 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 8498<br>Date Filed:  01/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LN<br>  RICHMOND, VA 23233 | MCGINNIS, HOLLY C                    Docketed Total:          **UNL**<br>11712 COOLWIND LN<br>RICHMOND, VA 23233 | Modified Total:          **$0.00** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                          UNL | Case Number                                          Interest<br>08-35653                                              $0.00 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 8508<br>Date Filed:  01/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, ROBERT C<br>  11712 COOL WIND LN<br>  RICHMOND, VA 23233 | MCGINNIS, ROBERT C                    Docketed Total:          **UNL**<br>11712 COOL WIND LN<br>RICHMOND, VA 23233 | Modified Total:          **$0.00** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                          UNL | Case Number                                          Interest<br>08-35653                                              $0.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Debtors' Sixty-Main

Case No. 08-35653 (KRH)

Document    Page 31 of 37

(Reclassification Of Certain Claims Filed By Equity

Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 9126<br>Date Filed:   01/30/2009<br>Docketed Total:   $1,809.83<br>Filing Creditor Name and Address:<br>  NICHOLAS CALABRESE<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143 | Claim Holder Name and Address<br><br>  CALABRESE, NICHOLAS<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143 | Docketed Total: | | | **$1,809.83** | Modified Total: | **$1,809.83** |
| | **Case Number**   **Administrative**   **Secured**   **Priority**   **Unsecured**<br>08-35653                                                                                              $1,809.83 | | | | | **Case Number**<br>08-35653 | **Interest**<br>$1,809.83 |
| Claim: 6717<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  NICHOLS JOHN M<br>  4417 HICKORY LAKE CT<br>  RICHMOND, VA 23059 | Claim Holder Name and Address<br><br>  NICHOLS, JOHN M<br>  4417 HICKORY LAKE CT<br>  RICHMOND, VA 23059 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**   **Administrative**   **Secured**   **Priority**   **Unsecured**<br>08-35653                                                                                              UNL | | | | | **Case Number**<br>08-35653 | **Interest**<br>$0.00 |
| Claim: 7232<br>Date Filed:   01/28/2009<br>Docketed Total:   $104,937.50<br>Filing Creditor Name and Address:<br>  NISAR MD, MM FACP PA<br>  1895 OAK TREE RD<br>  EDISON, NJ 08820 | Claim Holder Name and Address<br><br>  NISAR MD, MM FACP PA<br>  1895 OAK TREE RD<br>  EDISON, NJ 08820 | Docketed Total: | | | **$104,937.50** | Modified Total: | **$104,937.50** |
| | **Case Number**   **Administrative**   **Secured**   **Priority**   **Unsecured**<br>08-35653                                                                                              $104,937.50 | | | | | **Case Number**<br>08-35653 | **Interest**<br>$104,937.50 |
| Claim: 9572<br>Date Filed:   01/30/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  OWEN LINDA M<br>  2003 WINDBLUFF CT<br>  RICHMOND, VA 23238 | Claim Holder Name and Address<br><br>  OWEN, LINDA M<br>  2003 WINDBLUFF CT<br>  RICHMOND, VA 23238 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number**   **Administrative**   **Secured**   **Priority**   **Unsecured**<br>08-35653                                                                                              UNL | | | | | **Case Number**<br>08-35653 | **Interest**<br>$0.00 |

\*     "UNL" denotes an unliquidated claim.

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10770<br>Date Filed: 02/02/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PAUL B SCACCIO<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236 | Claim Holder Name and Address<br><br>SCACCIO, PAUL B     Docketed Total:    **UNL**<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236 | Modified Total:    **$0.00** |

Case Number | Administrative | Secured | Priority | Unsecured
08-35653 | | | | UNL

Case Number | Interest
08-35653 | $0.00

| | | |
|---|---|---|
| Claim: 5298<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PEOPLES, LEE<br>14313 32 BOWSPRIT LANE<br>LAUREL, MD 20707 | Claim Holder Name and Address<br><br>PEOPLES, LEE     Docketed Total:    **UNL**<br>14313 32 BOWSPRIT LANE<br>LAUREL, MD 20707 | Modified Total:    **$0.00** |

Case Number | Administrative | Secured | Priority | Unsecured
08-35654 | | | | UNL

Case Number | Interest
08-35654 | $0.00

| | | |
|---|---|---|
| Claim: 5974<br>Date Filed: 01/27/2009<br>Docketed Total: $29,722.37<br>Filing Creditor Name and Address:<br>QUARLES, JANE B<br>9021 WELDON DR<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br><br>QUARLES, JANE B     Docketed Total:    **$29,722.37**<br>9021 WELDON DR<br>RICHMOND, VA 23229 | Modified Total:    **$29,722.37** |

Case Number | Administrative | Secured | Priority | Unsecured
08-35653 | | | $29,722.37 |

Case Number | Interest
08-35653 | $29,722.37

| | | |
|---|---|---|
| Claim: 8397<br>Date Filed: 01/29/2009<br>Docketed Total: $18,590.39<br>Filing Creditor Name and Address:<br>RAAB, DAVID T<br>2214 SHORTHORN DRIVE<br>PUEBLO, CO 81008 | Claim Holder Name and Address<br><br>RAAB, DAVID T     Docketed Total:    **$18,590.39**<br>2214 SHORTHORN DRIVE<br>PUEBLO, CO 81008 | Modified Total:    **$18,590.39** |

Case Number | Administrative | Secured | Priority | Unsecured
08-35654 | | | | $18,590.39

Case Number | Interest
08-35654 | $18,590.39

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7033<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 — Unsecured UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 $0.00 |
| Claim: 13849<br>Date Filed: 06/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 — Unsecured UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 $0.00 |
| Claim: 13969<br>Date Filed: 06/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 — Unsecured UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 $0.00 |
| Claim: 7277<br>Date Filed: 01/28/2009<br>Docketed Total: $12,543.66<br>Filing Creditor Name and Address:<br>RECIO, DAVID<br>23772 VIA ASTORGA<br>MISSION VIEJO, CA 92691 | Claim Holder Name and Address<br>RECIO, DAVID<br>23772 VIA ASTORGA<br>MISSION VIEJO, CA 92691<br>Docketed Total: **$12,543.66**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 — Priority $12,543.66 | Modified Total: **$12,543.66**<br><br>Case Number / Interest<br>08-35653 $12,543.66 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6344    Filed 01/21/10    Entered 01/21/10 14:42:12    Debtors' Sixty-Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)                                Document        Page 34 of 37    (Reclassification Of Certain Claims Filed By Equity

Holders To Interests) - Modified

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7018<br>Date Filed:  01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  RICHARD WILLIAM TASKER JR<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | Claim Holder Name and Address<br><br>  TASKER JR, RICHARD WILLIAM<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 6175<br>Date Filed:  01/26/2009<br>Docketed Total:     $3,334.28<br>Filing Creditor Name and Address:<br>  ROBERT G BLEDSOE & JUNE V<br>  BLEDSOE<br>  26123 LAFAYETTE DR<br>  RHOADESVILLE, VA 22542 | Claim Holder Name and Address<br><br>  BLEDSOE, ROBERT G & JUNE V<br>  26123 LAFAYETTE DR<br>  RHOADESVILLE, VA 22542 | | Docketed Total: | | **$3,334.28** | Modified Total: | **$3,334.28** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | $3,334.28 | 08-35653 | $3,334.28 |
| Claim: 7000<br>Date Filed:  01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  SCHAUER, JUSTIN C<br>  2602 E FRANKLIN ST<br>  APT 2<br>  RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>  SCHAUER, JUSTIN C<br>  2602 E FRANKLIN ST<br>  APT 2<br>  RICHMOND, VA 23223 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 6708<br>Date Filed:  01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  SIDDONS, DEREK J<br>  545 TOMAHAWK DR<br>  TWIN LAKES, WI 53181 | Claim Holder Name and Address<br><br>  SIDDONS, DEREK J<br>  545 TOMAHAWK DR<br>  TWIN LAKES, WI 53181 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 6710<br>Date Filed:  01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  SIDDONS, DEREK J<br>  545 TOMAHAWK DR<br>  TWIN LAKES, WI 53181 | Claim Holder Name and Address<br><br>  SIDDONS, DEREK J     Docketed Total:  **UNL**<br>  545 TOMAHAWK DR<br>  TWIN LAKES, WI 53181<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653                                     UNL | Modified Total:  **$0.00**<br><br>Case Number             Interest<br>08-35653             $0.00 |
| Claim: 7351<br>Date Filed:  01/28/2009<br>Docketed Total:      $63,000.00<br>Filing Creditor Name and Address:<br>  SIFFORD, MICHELLE A<br>  2917 NORTHLAKE DR<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  SIFFORD, MICHELLE A  Docketed Total:  **$63,000.00**<br>  2917 NORTHLAKE DR<br>  RICHMOND, VA 23233<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653                          $63,000.00 | Modified Total:  **$63,000.00**<br><br>Case Number             Interest<br>08-35653         $63,000.00 |
| Claim: 7043<br>Date Filed:  01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | Claim Holder Name and Address<br><br>  SINDELAR, ERIC C    Docketed Total:  **UNL**<br>  2696 E 132 PL<br>  THORNTON, CO 80241<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35654                                       UNL | Modified Total:  **$0.00**<br><br>Case Number             Interest<br>08-35654              $0.00 |
| Claim: 7047<br>Date Filed:  01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | Claim Holder Name and Address<br><br>  SINDELAR, ERIC C    Docketed Total:  **UNL**<br>  2696 E 132 PL<br>  THORNTON, CO 80241<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35654                                       UNL | Modified Total:  **$0.00**<br><br>Case Number             Interest<br>08-35654              $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Ninth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7057<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Claim Holder Name and Address<br><br>SINDELAR, ERIC C        Docketed Total:    **UNL**<br>2696 E 132 PL<br>THORNTON, CO 80241<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35654                                                             UNL | Modified Total:    **$0.00**<br><br><br>Case Number                                                             Interest<br>08-35654                                                             $0.00 |
| Claim: 7037<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>STINDE, MARK S<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>STINDE, MARK S        Docketed Total:    **UNL**<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                             UNL | Modified Total:    **$0.00**<br><br><br>Case Number                                                             Interest<br>08-35653                                                             $0.00 |
| Claim: 8414<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>STOCKETT, LES K<br>40 JADE LANE<br>LOPATCONG, NJ 08865 | Claim Holder Name and Address<br><br>STOCKETT, LES K        Docketed Total:    **UNL**<br>40 JADE LANE<br>LOPATCONG, NJ 08865<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                             UNL | Modified Total:    **$0.00**<br><br><br>Case Number                                                             Interest<br>08-35653                                                             $0.00 |
| Claim: 8474<br>Date Filed: 01/29/2009<br>Docketed Total: $6,165.07<br>Filing Creditor Name and Address:<br>WEISS, STEVEN<br>100 NEW CASTLE LOOP<br>GOOSE CREEK, SC 29445 | Claim Holder Name and Address<br><br>WEISS, STEVEN        Docketed Total:    **$6,165.07**<br>100 NEW CASTLE LOOP<br>GOOSE CREEK, SC 29445<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                             $6,165.07 | Modified Total:    **$6,165.07**<br><br><br>Case Number                                                             Interest<br>08-35653                                                             $6,165.07 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8199<br>Date Filed:   01/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br> WOODS TERRELL A<br> 5724 SULLIVAN POINT DR<br> POWDER SPRINGS, GA 30127 | Claim Holder Name and Address<br><br> WOODS, TERRELL A          Docketed Total:          **UNL**<br> 5724 SULLIVAN POINT DR<br> POWDER SPRINGS, GA 30127 | Modified Total:          **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                                                         UNL | Case Number                          Interest<br>08-35653                              $0.00 |
| Claim: 6487<br>Date Filed:   01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br> WOOLDRIDGE, WALTER L<br> 10371 COHOKE PATHWAY<br> ASHLAND, VA 23005-3392 | Claim Holder Name and Address<br><br> WOOLDRIDGE, WALTER L        Docketed Total:          **UNL**<br> 10371 COHOKE PATHWAY<br> ASHLAND, VA 23005-3392 | Modified Total:          **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                                                         UNL | Case Number                          Interest<br>08-35653                              $0.00 |
| Claim: 7016<br>Date Filed:   01/28/2009<br>Docketed Total:      $95.00<br>Filing Creditor Name and Address:<br> YOGESH S KULKARNI<br> 201 RAILROAD AVE APT 229<br> E RUTHERFORD, NJ 07073 | Claim Holder Name and Address<br><br> KULKARNI, YOGESH S          Docketed Total:          **$95.00**<br> 201 RAILROAD AVE APT 229<br> E RUTHERFORD, NJ 07073 | Modified Total:          **$95.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                                                         $95.00 | Case Number                          Interest<br>08-35653                              $95.00 |
| | | **Total Claims To Be Modified: 79**<br><br>**Total Amount As Docketed:**          $335,765.44<br><br>**Total Amount As Modified:**          $335,765.44 |

*     "UNL" denotes an unliquidated claim.