Paul V. Shalhoub (admitted pro hac vice)
Terence K. McLaughlin (admitted pro hac vice)
Jeanna L. Composti
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

- and -

Bruce H. Matson (VSB No. 22874)
Christopher L. Perkins (VSB No. 41783)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
(804) 783-2003

Counsel to Olympus Corporation and Olympus Imaging America Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
CIRCUIT CITY STORES, INC.,                                   :    Case No. 08-35653 (KRH)
et al.,                                                      :
                                                             :    JOINTLY ADMINISTERED
                    Debtors.                                 :
------------------------------------------------------------ x

**OLYMPUS CORPORATION AND OLYMPUS IMAGING AMERICA INC.'S
JOINDER TO MOTION OF APEX DIGITAL, INC. AND THQ, INC. FOR
RECONSIDERATION OF COURT'S ORDER ON DEBTORS'
FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTIONS**

Olympus Corporation and Olympus Imaging America Inc. (collectively, "**Olympus**"),

through its counsel Willkie Farr & Gallagher LLP and LeClairRyan, A Professional

Corporation, hereby join in the *Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration*

*of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections* [Document No. 6258].

WHEREFORE, Olympus respectfully joins in the request of Apex Digital, Inc. and THQ, Inc. that the Court grant the Motion for Reconsideration and all relief requested therein.

Dated: January 22, 2010
      Richmond, Virginia

LECLAIRRYAN, A Professional Corporation

/s/ Christopher L. Perkins
Bruce H. Matson (VSB No. 22874)
Christopher L. Perkins (VSB No. 41783)
LECLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
(804) 783-2003

- and -

WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub (admitted pro hac vice)
Terence K. McLaughlin (admitted pro hac vice)
Jeanna L. Composti
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Counsel to Olympus Corporation and Olympus Imaging America Inc.

## CERTIFICATE OF SERVICE

Pursuant to the *Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures* entered on November 13, 2008 [Docket No. 130], I hereby certify that on this 22nd day of January 2010 the foregoing was served upon the following parties via electronic mail.

Skadden, Arps, Slate, Meagher &
Flom, LLP One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Jan S. Fredericks

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Douglas M. Foley

Skadden, Arps, Slate, Meagher &
Flom, LLP 333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson

I further certify that the original of the foregoing was filed with the Court via the Clerk's CM/ECF electronic filing system on January 22, 2010.

/s/ Christopher L. Perkins
Counsel