IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC, *et al.,* | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

### ONKYO USA CORPORATION'S JOINDER TO MOTION OF APEX DIGITAL, INC. AND THQ, INC. FOR RECONSIDERATION OF COURT'S ORDER ON DEBTORS' FIFTY-FIRST AND FIFTY SECOND OMNIBUS OBJECTION

Onkyo USA Corporation ("Onkyo"), by and through its undersigned attorneys, hereby joins (the "**Joinder**") the *Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections* (the "**Motion**") [Dkt. No. 6258].

WHEREFORE, Onkyo respectfully joins in the request of Apex Digital, Inc. and THQ, Inc. that the Court grant the Motion for Reconsideration and all relief requested therein.

_____
Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
Counsel for Onkyo USA Corporation

**ONKYO USA CORPORTION**

/s/ Philip C. Baxa

Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Telephone: (804) 782-8691
Facsimile: (804) 644-0209
phil.baxa@mercertrigiani.com

Larry D. Henin, Esquire
Paul J. Labov, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

Counsel for Onkyo USA Corporation

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on the 25th day of January, 2010, Onkyo USA Corporation's Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtor's Fifty-First and Fifty-Second Omnibus Objection will be filed with the Clerk of the Court using the CM/ECF system, and I will send a true and correct copy of the Joinder via regular mail, postage prepaid, on January25th, 2010 to:

Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA  23058-5695
Attn. Michelle Mosier

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi & Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson & Jessica S. Kumar

McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Attn: Douglas M. Foley & Sarah B. Boehm

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz and Stanley E. Goldrich

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Attn: Robert J. Feinstein

Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner & Paula S. Beran

Office of the United States Trustee, Eastern District of Virginia
701 East Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale

/s/ Philip C. Baxa

R0009835

3