Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 28, 2010 AT 11:00 A.M. (EASTERN)**

      Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
January 28, 2010 beginning at 11:00 a.m. Eastern.

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Motion of Michael T. Chalifoux to File Late Proof of
      Claim (Docket No. 2676)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2680)

      b.    Amended Notice of Motion and Hearing (Docket No.
            3607)

      Objection
      Deadline:        April 21, 2009 at 4:00 p.m., extended
                       for the Debtors until January 21, 2010
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          An order has been submitted resolving
                       this matter.  Once the order is entered,
                       this matter will be withdrawn.

2.    Application of The City of Newport News, Virginia for
      Payment of Taxes (Docket No. 3095)

      Objection
      Deadline:        June 2, 2009 at 4:00 p.m., extended for
                       the Debtors until July 17, 2009 at 4:00
                       p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Response and Objection to Motion for
            Application for Payment of Taxes Filed by the City
            of Newport News (Docket No. 4145)

      Status:          This matter has been resolved.  A
                       proposed settlement agreement and notice

of settlement have been filed at Docket
No. 6231.  The deadline for filing
objections to the proposed agreement was
January 12, 2010 at 5:00 p.m.

3.   Amended Motion of the Columbus Dispatch for Allowance
of Administrative Expense Claim Pursuant to 11 U.S.C.
Section 503(b)(1) (Docket Nos. 4358, 3874)

Objection
Deadline:        July 15, 2009 at 4:00 p.m., extended for
the Debtors until January 21, 2010 at
4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been resolved.  A
proposed settlement agreement and notice
of settlement have been filed at Docket
No. 6249.  The deadline for filing
objections to the proposed agreement was
January 12, 2010 at 5:00 p.m.

4.   Motion for Relief from Automatic Stay, by Nancy and
Charles Booth (Docket No. 5597)

Objection
Deadline:        November 24, 2009 at 4:00 p.m., extended
for the Debtors until December 14, 2009
at 4:00 p.m.
Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been resolved.  A
proposed settlement agreement and notice
of settlement have been filed at Docket
No. 6301.  The deadline for filing
objections to the proposed agreement was
January 12, 2010 at 5:00 p.m.

II.  **CONTINUED/ADJOURNED MATTERS**

5.   Motion for Order under 11 U.S.C. Sections 105, 362 and

3

541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
Notice, Hearing, and Sell-Down Procedures for Trading
in Equity Securities and Claims Against the Debtors'
Estates (Docket No. 20)

Related
Documents:

a.   Interim Order under 11 U.S.C. 105, 362 and 541 and
     Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for
     Trading in Equity Securities and Claims Against
     the Debtors Estates and Setting Hearing (Docket
     No. 135)

Objection
Deadline:      November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Informal Response of the Securities Exchange
     Commission

b.   Informal Response of the Official Committee of
     Unsecured Creditors

Status:        This matter has been adjourned to
               February 11, 2010 at 11:00 a.m.

6.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim

Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:           February 6, 2009 at 4:00 p.m., extended
                    for the Debtors until February 17, 2010.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    February 24, 2010 at 2:00 p.m.

7.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1136)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1243)

     c.   Notice of Filing Exhibit to Motion (Docket Nos.
          1281, 1282, 1283, 1284, 1285, 1286, 1287)

     Objection
     Deadline:           February 6, 2009 at 4:00 p.m., extended
                         for the Debtors until February 17, 2010.

     Objections/
     Responses
     Filed:              None at the time of filing this agenda

     Status:             This matter has been adjourned to
                         February 24, 2010 at 2:00 p.m.

8.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)

and 507(a)(2) (Docket No. 2294)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 2295)

b.    Amendment to Motion of Sony Pictures Home
      Entertainment Inc. for Entry of an Order Allowing
      Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
      (Docket No. 3853)

Objection
Deadline:      April 20, 2009 at 4:00 p.m., extended
               for the Debtors until March 1, 2010.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter has been adjourned to March,
               8, 2010 at 11:00 a.m.

9.    Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

      Related
      Documents:

      a.    Corrected Motion of Sennheiser Electronic Corp.
            (Docket No. 2723)

      b.    Notice of Motion and Hearing (Docket No. 2724)

      Objection
      Deadline:      April 7, 2009 at 4:00 p.m., extended for
                     the Debtors until February 17, 2010.

      Objections/
      Responses

Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    February 24, 2010 at 2:00 p.m.

10.   Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

      Objection
      Deadline:           April 7, 2009 at 4:00 p.m., extended for
                          the Debtors until February 17, 2010.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to
                          February 24, 2010 at 2:00 p.m.

11.   Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2990)

      Objection
      Deadline:           April 24, 2009 at 4:00 p.m., extended
                          for the Debtors until February 17, 2010.

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to
                          February 24, 2010 at 2:00 p.m.

12.   Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      b.    Notice of Filing of Affidavit in Support of Motion of Towne Square Plaza to Allow the Filing of (1) Amended Proof of Claim and (2) Late Proof of Claim (Docket No. 3782)

Objection
Deadline:      June 26, 2009 at 4:00 p.m., extended for the Debtors until February 17, 2010.

Objections/
Responses
Filed:      None at the time of filing this agenda

Status:      This matter has been adjourned to February 24, 2010 at 2:00 p.m.

13.    Motion of Slam Brands, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 3839)

Related
Documents:

      a.    Notice of Motion and Hearing (Docket No. 3840)

Objection
Deadline:      July 17, 2009 at 4:00 p.m., extended for the Debtors until February 17, 2010.

Objections/
Responses
Filed:      None at the time of filing this agenda

Status:      This matter has been adjourned to February 24, 2010 at 2:00 p.m.

14.    Motion of Miner Fleet Management Group, Ltd. for Leave to File Late Administrative Claims (Docket No. 4763)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 4764)

Objection
Deadline:      September 18, 2009 at 4:00 p.m.,
               extended for the Debtors until February
               17, 2010.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        This matter has been adjourned to
               February 24, 2010 at 2:00 p.m.

15.   Movant Ashley Isaac's Motion to Allow Existing Late
      Proof of Claim as Valid (Docket No. 5008)

Objection
Deadline:      September 22, 2009 at 11:00 a.m.,
               extended for the Debtors until January
               21, 2010 at 4:00 p.m.

Objections/
Responses
Filed:         None at the time of filing this agenda

Status:        The Debtors have made several attempts
               to contact Ms. Isaac to have this matter
               consensually adjourned.  The Debtors
               propose to adjourn this matter to
               February 24, 2010 at 2:00 p.m.

16.   Motion of OmniMount Systems, Inc. for Reconsideration
      of the Court's August 20, 2009 Order on the Debtors'
      Twentieth Omnibus Objection for the Purpose of Vacating
      the Reclassification of OmniMount Systems, Inc.'s
      503(B)(9) Claim (Docket No. 5010)

Related
Documents:

a.   Order on Debtors' Twentieth Omnibus Objection to
     Claims (Reclassified to Unsecured Claims of
     Certain Claims Filed as 503 (B) (9) Claims for

Goods Received by the Debtors Not Within Twenty
Days of the Commencement of the Case (Docket No.
4576)

b.    Notice of Motion and Hearing (Docket No. 5012)

c.    Exhibits A and B to Motion of OmniMount Systems,
Inc. for Reconsideration (Docket No. 5014)

Objection
Deadline:         October 8, 2009 at 4:00 p.m., extended
                  for the Debtors until January 21, 2010
                  at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to
                  February 24, 2010 at 2:00 p.m.

17.  Debtors' Motion for Entry of Order Pursuant to
     Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
     and Bankruptcy Rules 4001 and 6006, and Local
     Bankruptcy Rule 4001 (I) Authorizing Rejection of
     Surety Bonds, (II) Modifying the Automatic Stay for the
     Limited Purpose of Allowing Safeco Insurance Company of
     America to Commence Cancellation of Surety Bonds, (III)
     Establishing Surety Bond Claim Deadline, and (IV)
     Granting Related Relief (Docket No. 5114)

     Objection
     Deadline:         October 7, 2009 at 4:00 p.m., extended
                       for Safeco Insurance Company until
                       October 28, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Response of United States Customs and Border
           Protection to Debtors' Motion (Docket No. 5386)

     b.    Safeco Insurance Company of America's Objection to
           Debtors' Motion (Docket No. 5390)

10

Status:          This matter has been adjourned to
                 February 24, 2010 at 2:00 p.m.

18.   Notice of Motion and Hearing for Motion for Entry of an
      Order Granting Allowance and Compelling Payment of
      Administrative Expense Claim, by Mad Cow International
      Group Limited (Docket No. 5197)

      Related
      Documents:

      a.    Memorandum of Points and Authorities in Support of
            Motion for Entry of an Order Granting Allowance
            and Compelling Payment of Administrative Expense
            Claim (Docket No. 5196)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m., extended
                       for the Debtors until February 4, 2010
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to
                       February 11, 2010 at 11:00 a.m.

19.   Creditor John Raleigh's Motion To Deem Proof Of Claim
      Timely Filed And For Leave To Amend (Docket No. 5198)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3287)

      Objection
      Deadline:        May 21, 2009 at 5:00 p.m., extended for
                       the Debtors until February 17, 2010.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 February 24, 2010 at 2:00 p.m.

20.  Amended Motion to Allow Late Filing of Proof of Claim,
     by Site A, LLC (Docket Nos. 5310, 5404)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5405)

     Objection
     Deadline:        October 27, 2009 at 5:00 p.m., extended
                      for the Debtors until February 4, 2010.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      February 24, 2010 at 2:00 p.m.

21.  Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to
     Compel Debtor to Assume Executory Contract (Docket No.
     5648)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5651)

     Objection
     Deadline:        November 30, 2009 at 11:59 p.m.,
                      extended for the Debtors until January
                      21, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to
                      February 11, 2010 at 11:00 a.m.

22.  Madcow International Group Limited's Motion for
     Allowance of Payment of Administrative Expense Claim

(Docket No. 6039)

Objection
Deadline:          January 7, 2010 at 4:00 p.m., extended
                   for the Debtors until February 4, 2010
                   at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   February 11, 2010 at 11:00 a.m.

**III. CONFIRMATION MATTERS**

23.   First Amended Joint Plan of Liquidation of Circuit city
      Stores, Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5124)

      Related
      Documents:

      a.    Notice of (1) Approval of Disclosure Statement;
            (2) Hearing on Confirmation of Plan; (3) Deadline
            and Procedures for Filing Objections to
            Confirmation of Plan; (4) Treatment of Certain
            Unliquidated or Disputed Claims for Notice, Voting
            and Distribution Purposes; (5) Deadline and
            Procedures for Temporary Allowance of Certain
            Claims for Voting Purposes; (6) Record Date; (7)
            Voting Deadline for Receipt of Ballots; and (8)
            Proposed Release, Injunction and Exculpation in
            the Plan (Docket No. 5121)

      b.    Notice of Filing Plan Exhibits (Docket No. 5548)

      c.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 5799)

      d.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6096)

      e.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6317)

Objection
Deadline:         November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Treasurer of Douglas County Colorado's Objections
      to Confirmation of the August 24, 2009 Joint Plan
      of Liquidation (Docket Nos. 5145, 5163, 5684)

b.    Texas Comptroller's Objection to Confirmation of
      First Amended Joint Plan of Reorganization (Docket
      Nos. 5168, 5221)

c.    Objections to the "Plan" for Claim 13082, by Bruce
      Senator (Docket No. 5331)

d.    Prince George's County, Maryland Objection to
      Debtor's First Amended Joint Plan of Liquidation
      (Docket Nos. 5526, 5589, 5637)

e.    Charles County, Maryland Objection to Debtors'
      First Amended Joint Plan of Liquidation (Docket
      Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department
      of Revenue Services to the Debtors' Joint First
      Amended Plan of Reorganization (Docket No. 5596,
      5708)

g.    The Florida Tax Collectors for the Counties of
      Palm Beach, Hernando, Highlands, Lee, Indian
      River, Bay, Okaloosa, Brevard, Polk, Manatee,
      Orange, Marion, Pinnellas and Osceola Counties
      Objection to Confirmation of First Amended Joint
      Plan of Reorganization (Docket No. 5603, 5624)

h.    Commonwealth of Virginia Department of Taxation's
      Objection to Confirmation (Docket No. 5609)

i.    Maricopa County Treasurer's Objection to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee

of Creditors Holding General Unsecured Claims
(Docket No. 5627, 5728)

j.   Objection of Certain Texas Taxing Authorities to
Confirmation of Circuit City Stores, Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.   Objection of Lewisville Independent School
District to Confirmation of the First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5644,
5711)

l.   Objection of Nancy and Charles Booth Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores Inc and Its Affiliated Debtors
and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5645, 5701)

m.   Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
to Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5647)

n.   Objection of LG Electronics USA, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5652, 5730)

o.   Objection by Eastman Kodak Company to Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.   Objection by Commissioner of Massachusetts

15

Department of Revenue to Confirmation of First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5657, 5743)

q.  Objection of Envision Peripherals, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5659, 5732)

r.  Objection to Confirmation of Chapter 11 Plan by
United States Customs and Border Protection
(Docket No. 5661)

s.  Objection of the United States of America,
Internal Revenue, to Confirmation of First Amended
Joint Plan of Liquidation of Circuit city Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5664,
5725)

t.  Pima County's Objection To The First Amended Plan
Of Liquidation Of Circuit City Stores, Inc. And
Its Affiliated Debtors And Debtors In Possession
And Its Official Committee Of Creditors Holding
General Unsecured Claims (Docket No. 5665)

u.  Objection of Paramount Home Entertainment Inc. to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5667, 5737)

v.  Objection of Monterey County, Placer County,
Riverside County and San Bernardino County,
California, Collectively the California Taxing
Authorities to Confirmation of Circuit City Stores
and Its Affiliated Debtors et al in its First
Amended Joint Plan of Liquidation (Docket No.
5671, 5741)

w.  Travis County Texas Objection to Confirmation

(Docket No. 5672)

x.    Limited Objection of THQ, Inc. to First Amended
      Joint Plan of Liquidation (Docket No. 5677)

y.    Objection of DeSoto County, Mississippi to the
      Debtors' Joint First Amended Plan of Liquidation
      (Docket No. 5679)

z.    Samsung America Electronics, Inc.'s Objection to
      Confirmation of the Debtors' First Amended Joint
      Plan of Liquidation (Docket No. 5681, 5826)

aa.   Limited Objection of Henrico County, Virginia to
      Debtors' First Amended Joint Plan of Liquidation
      (Docket Nos. 5682, 5838)

bb.   Joinder of Apex Digital, Inc. to Objections of LG
      Electronics USA, Inc. and Eastman Kodak Company to
      Confirmation of Debtors' Chapter 11 Plan of
      Liquidation (Docket No. 5683)

cc.   Florida Tax Collector for Miami-Dade County
      Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation (Docket Nos.
      5685, 5868)

dd.   Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation, by Vincent E.
      Rhynes (Docket No. 5686)

ee.   DIRECTV, Inc.'s Limited Objection to Confirmation
      of the Debtors' Plan (Docket No. 5689, 5789)

ff.   Joinder Of Olympus Corporation And Olympus Imaging
      America Inc. In Objections Of LG Electronics USA
      Inc., Eastman Kodak Company And Samsung America
      Electronics, Inc. Objection To Confirmation Of The
      Debtors' First Amended Joint Plan Of Liquidation
      (Docket No. 5690)

gg.   Texas Ad Valorem Tax Claimants (Tax Appraisal
      District of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland

Central Appraisal District, Taylor Central
Appraisal District, County of Williamson)
Objection To Confirmation Of The Debtors' First
Amended Joint Plan Of Liquidation (Docket No.
5691)

hh.  Response and Objection of Bethesda Softworks LLC
to the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

ii.  Objection of Village of Mount Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

jj.  Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk.  Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

ll.  Limited Objection of Safeco Insurance Company of
America to Confirmation ff the First Amended Joint
Plan (Docket No. 5714, 5946)

mm.  Joinder of Mitsubishi Digital Electronics America,
Inc. to Objections of Samsung America Electronics,
Inc., LG Electronics USA, Inc. and Eastman Kodak
Company to Confirmation of Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint

Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5717, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5720, 5786)

pp.  Joinder of Slam Brands, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to
Confirmation of Debtors Chapter 11 Plan of
Liquidation (Docket No. 5726)

qq.  Joinder of Take-Two Interactive Software, Inc. in
Objections of LG Electronics USA Inc., Eastman
Kodak Company and Samsung America Electronics,
Inc. to Confirmation of the Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5727)

rr.  Joinder of Stillwater Designs and Audio, Inc. to
Objection to Confirmation of the Debtors First
Amended Joint Plan of Liquidation Filed by Samsung
America Electronics, Inc. (Docket No. 5729, 5787)

ss.  Objection Of Schimenti Construction Company, LLC
To First Amended Joint Plan Of Liquidation (Docket
Nos. 5731, 5835)

tt.  Chatham County, Georgia Tax Commissioner's
Objections to Confirmation to the Debtor's First
Joint Amended Plan of Reorganization (Docket No.
5736)

uu.  Joinder Of Paramount Home Entertainment Inc. To
Objections To Confirmation Of Debtors' Chapter 11
Plan Of LG Electronics USA, Inc.; Eastman Kodak
Company; Envision Peripherals; And THQ, Inc.
(Docket No. 5738)

vv.  Joinder of SouthPeak Interactive, LLC to Objection
to Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5739, 5784)

ww.  Joinder of Cokem International, Inc. to Objections

of LG Electronics USA, Inc. and Paramount Home
Entertainment Inc. to Confirmation of Debtors'
Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon's Objection to Confirmation of
Plan (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
Objection to Confirmation of Plan (Docket Nos.
5747, 5836)

aaa.  Limited Objection of Alliance Entertainment
Corporation, Source Interlink Media, LLC to
Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

ccc.  Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

ddd.  Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee.  Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.

(Docket No. 5816)

fff. Objection of Lexmark International, Inc. to
     Confirmation of Debtors' First Amended Joint Plan
     of Liquidation (Docket Nos. 5876, 5877)

ggg. Objection of the Macerich Company, RREEF
     Management Company, Cousins Properties
     Incorporated, Watt Management Company, The
     Prudential Insurance Company of America, Portland
     Investment Company, Foursquare Properties Inc.,
     and KNP to the Plan of Liquidation for Circuit
     City Stores, Inc. and Its Affiliated Debtors and
     Debtors in Possession and Its Official Committee
     of Creditors Holding General Unsecured Claims
     (Docket No. 5941)

Status:          This matter has been adjourned to
                 February 11, 2010 at 11:00 a.m.

24.  Motion of Pioneer Electronics under Fed. R. Bankr. P.
     3020(a) for Order Requiring Confirmation Deposit
     (Docket No. 5461)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5463)

     b.   Samsung Electronics America, Inc.'s Motion under
          Fed. R. Bankr. P. 3020(a) for Order Requiring
          Confirmation Deposit and Joinder to Motion of
          Pioneer Electronics for Same (Docket No. 5614)

     c.   Joinder of Apex Digital Inc. and THQ, Inc. to
          Motions of Pioneer Electronics, Inc. and Samsung
          Electronics America, Inc. for an Order Requiring
          Confirmation Deposit Pursuant to Bankruptcy Rule
          3020(a) (Docket No. 5663)

     d.   Joinder of Paramount Home Entertainment Inc. to
          Motions of Pioneer Electronics and Samsung
          Electronics America, Inc. for Order Requiring
          Confirmation Deposit Under Fed. R. Bankr. P.
          3020(a) (Docket No. 5668)

e.    Joinder of Bethesda Softworks LLC to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5695)

f.    Amended Notice of Hearing (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Rule 3020 of the
Federal Rules of Bankruptcy Procedure, or, in the
Alternative, Objection to Confirmation of Chapter
11 Plan of Liquidation (Docket No. 5742)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:        November 16, 2009 at 4:00 p.m., extended
                 for the Debtors until February 4, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to
                 February 11, 2010 at 11:00 a.m.

25.  Samsung Electronics America, Inc.'s Motion under Fed.
R. Bankr. P. 3020(a) for Order Requiring Confirmation
Deposit and Joinder to Motion of Pioneer Electronics

for Same (Docket No. 5614)

Related
Documents:

a.   Motion for an Expedited Hearing (Docket No. 5615)

b.   Notice of Motion and Hearing (Docket No. 5616)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to
     Motions of Pioneer Electronics, Inc. and Samsung
     Electronics America, Inc. for an Order Requiring
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5663)

d.   Joinder of Paramount Home Entertainment Inc. to
     Motions of Pioneer Electronics and Samsung
     Electronics America, Inc. for Order Requiring
     Confirmation Deposit Under Fed. R. Bankr. P.
     3020(a) (Docket No. 5668)

e.   Joinder of Bethesda Softworks LLC to Motions of
     Pioneer Electronics and Samsung Electronics
     America, Inc. for Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5695)

f.   Joinder of Cokem International, Inc. to Motions of
     Pioneer Electronics and Samsung Electronics
     America, Inc. for Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5734)

g.   Joinder of BISSELL Homecare, Inc. to Motions of
     Pioneer Electronics, Inc. and Samsung Electronics
     America, Inc. for an Order Requiring a
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5752)

h.   Amended Notice of Motion and Hearing (Docket No.
     5757)

i.   Second Amended Notice of Motion and Hearing
     (Docket No. 6001)

j.   Third Amended Notice of Motion and Hearing (Docket No. 6101)

Objection
Deadline:          November 19, 2009 at 4:00 p.m., extended
                   for the Debtors until February 4, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to
                   February 11, 2010 at 11:00 a.m.

**IV.   ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCE**

26.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Active Media Services, Inc.</u>, Adversary No. 09-3232
      (KRH))

Response
Deadline:          January 13, 2010 at 4:00 p.m., extended
                   for Active Media Services, Inc. until
                   February 4, 2010.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            The pre-trial conference on this matter
                   has been adjourned to February 11, 2010
                   at 11:00 a.m.

Dated: January 25, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia            FLOM LLP
                                 Gregg M. Galardi, Esq.
                                 Ian S. Fredericks, Esq.
                                 P.O. Box 636
                                 Wilmington, Delaware 19899-0636
                                 (302) 651-3000

                                      - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                     FLOM LLP
                                 Chris L. Dickerson, Esq.
                                 155 N. Wacker Drive, Suite 2700
                                 Chicago, Illinois 60606-2700
                                 (312) 407-0700

                                      - and -

                                 MCGUIREWOODS LLP


                                 __/s/ Douglas M. Foley_____
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession

\10509212.1