UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653-KRH |
| et al., ) | |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
NO. 5980 FILED BY GOOGLE, INC.

Google, Inc., by its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 5980 that was filed on January 27, 2009; provided, however, that this withdrawal shall not affect or prejudice claim number 14714 that was filed on November 5, 2009 in the total amount of $2,101,862.55, which amended claim number 5980.

Dated: January 25, 2010
Norfolk, Virginia    /s/ Paul K. Campsen
KAUFMAN & CANOLES, a
professional corporation
Paul K. Campsen, Esq.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
(757) 624-3253

Counsel for Google, Inc.

\9787633
::ODMA\PCDOCS\DOCSNFK\1573357\1