Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND
(III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims)) (the "Objection"), which requested,

among other things, that the claims specifically identified on Exhibit C, Exhibit D, and Exhibit E attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.   The Objection is GRANTED.

   2.   The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

   3.   The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to February 24, 2010 at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

2

  4. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

  5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

  6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
    _____, 2010

      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley


\10446720

Case 08-35653-KRH    Doc 6368    Filed 01/26/10    Entered 01/26/10 11:21:09    Desc Main
Document      Page 5 of 16

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Legal Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMANDA COMPTON<br>2649 CORONADO RDG<br>LEXINGTON, KY 40511 | 14554 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$750.00<br><br><br>$750.00 | 08/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHIRAG GOVANI<br>MARK BRADSHAW ESQ<br>SHULMAN HODGES & BASTIAN LLP<br>26632 TOWNE CTR DR STE 300<br>FOOTHILL RANCH, CA 92610 | 12329 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$3,400,680.10<br><br>$3,400,680.10 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CITIGROUP INC<br>SARA B BLOTNER ESQ<br>125 BROAD ST 7TH FL<br>NEW YORK, NY 10004 | 10037 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HAMPTON, HERMAN DESEAN<br>4902 HARVEST FIELDS CIR<br>MEMPHIS, TN 38125-4725 | 4722 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,000.00<br><br><br><br>$1,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILGENBERG, JOHN & EVELYN<br>KENNETH G GILMAN<br>GILMAN & PASTOR LLP<br>225 FRANKLIN ST 16TH FL<br>BOSTON, MA 02110 | 10263 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Legal Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OKLAHOMA DEPARTMENT OF AGRICULTURE FOOD AND FORESTRY<br>ATTN JAMES WOODRUFF<br>2800 N LINCOLN BLVD<br>OKLAHIOMA CITY, OK 73105-4298 | 12306 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 04/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA CIESLA<br>WEINER LESNIAK LLP<br>ATTORNEYS AT LAW<br>629 PARSIPPANY RD<br>PO BOX 0438<br>PARSIPPANY, NJ 07054-0438 | 13261 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| YOUNG, JACKSON H<br>1958 FARLEY DR<br>WILMINGTON, NC 28405-1014 | 2591 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $599.99<br><br><br><br><br><br>$599.99 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    8    $3,408,030.09

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Miscellaneous Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CARROW, JOE A<br>14873 MASONIC BLVD<br>WARREN, MI 48088 | 9085 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$644.10<br><br>$644.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 14262 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$5,000.00<br><br><br>$5,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DASGUPTA, JEAN<br>JEAN DASGUPTA RYAN DASGUPTA<br>2723 PEMBSLY DR<br>VIENNA, VA 22181 | 4423 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$400.00<br><br><br><br>$400.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHNSON, STEVEN<br>1538 PEMBERTON DR<br>COLUMBUS, OH 43221 | 12225 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$65.00<br><br><br>$65.00 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOEHLER, KATHY<br>1188 WAVING WILLOW DR<br>KETTERING, OH 45409 | 5246 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$100.00<br><br><br><br>$100.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6368    Filed 01/26/10    Entered 01/26/10 11:21:09    Desc Main
Document    Page 8 of 16

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Miscellaneous Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KUNYSZ, WILLIAM<br>2213 TIMBER TRAIL<br>PLAINFIELD, IL 60586-5084 | 4300 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $499.99<br><br><br><br><br>$499.99 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUCERO, JOSHUA THOMAS<br>280 CORTEZ ST<br>DENVER, CO 80221 | 4882 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $161.46<br><br><br><br><br>$161.46 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTIN, JOHNNY<br>3720 NW 63RD ST<br>FT LAUDERDALE, FL 33309 | 2986 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br>UNL | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIGUEL, AUSTIN<br>1636 W 120TH<br>LOS ANGELES, CA 90047 | 11603 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br>UNL | 02/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PATRICK SEELYE<br>7630 W ST ANDREWS CIR<br>PORTAGE, MI 49024 | 11760 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$599.95<br><br><br>$599.95 | 03/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6368    Filed 01/26/10    Entered 01/26/10 11:21:09    Desc Main
Document    Page 9 of 16

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Miscellaneous Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| READING, GLEN<br>8 DEBILL COURT<br>VERNON HILLS, IL 60061 | 8179 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$528.99<br><br>$528.99 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROLDAN, RODOLFO<br>1602 W ANAHEIM ST<br>HARBOR CITY, CA 90710 | 8359 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$119.98<br><br><br><br><br>$119.98 | 01/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SABLE, BILL<br>563 WHITE SWAN LANE<br>LANGHORNE, PA 19047 | 3033 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$625.93<br><br>$625.93 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THEODORE F WAHL<br>3207 CYPRESS ST<br>W MIFFLIN, PA 15122 | 13601 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$151.59<br><br><br><br><br>$151.59 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TY D PAUL<br>721 W A ALLEN<br>WYLIE, TX 75098 | 12503 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$3,286.65<br><br><br><br>$3,286.65 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    15    $12,183.64

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6368    Filed 01/26/10    Entered 01/26/10 11:21:09    Desc Main
Document      Page 10 of 16

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Subcontractor Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGV CONSTRUCTION INC<br>ARMANDO GUERRERO<br>132 CARRINGTON DR<br>ROCKWALL, TX 75032 | 1609 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$11,644.00<br><br>$11,644.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | 6511 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $37,647.77<br><br><br><br><br><br>$37,647.77 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC<br>2445 E GUASTI RD 1ST FL<br>ONTARIO, CA 91761 | 5254 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $40,472.30<br><br><br><br><br><br>$40,472.30 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILLSON ELECTRIC INC<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4015 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $51,187.09<br><br><br><br><br><br>$51,187.09 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMPERIAL PAVING CO , INC<br>10715 BLOOMFIELD AVE<br>SANTA FE SPRINGS, CA 90670 | 8134 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$36,880.20<br><br>$36,880.20 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Subcontractor Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | 8693 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $50,934.94<br>Reclamation:<br>Total:  $50,934.94 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | 9371 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $105,825.09<br>Reclamation:<br>Total:  $105,825.09 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHN ROHRER CONTRACTING CO<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4016 | Secured:  $49,315.86<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $49,315.86 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANG CONSTRUCTION INC<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4018 | Secured:  $43,623.16<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $43,623.16 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MITZI INTERNATIONAL HANDBAGS<br>EULER HERMES ACI<br>AGENT OF MITZI INTERNATIONAL HANDBAGS<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 1641 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $23,184.80<br>Reclamation:<br>Total:  $23,184.80 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

*       "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6368    Filed 01/26/10    Entered 01/26/10 11:21:09    Desc Main
Document    Page 12 of 16

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Subcontractor Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUNTECH SERVICES OF FLORIDA<br>ATTN JEFF BOBLOOCH<br>1024 ROYAL BIRKDALE DR<br>TARPON SPRINGS, FL 34688 | 9273 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $20,000.00<br><br><br><br><br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON BUILDING MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334 | 5363 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $9,420.53<br><br><br><br><br><br>$9,420.53 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

    **Total:**    **12**    **$480,135.74**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Legal Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ASHLEY ISAAC<br>617 S 76TH ST<br>BIRMINGHAM, AL 35206-5227 | 14526 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$850,000.00<br><br>$850,000.00 | 07/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOOKER, JAMAL<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4230 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6045 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$23,940,292.00<br><br><br><br>$23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARTINEZ, JASON WARWICK<br>621 WEST 7TH ST<br>PUEBLO, CO 81003 | 6260 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$5,291.97<br><br>$81.94<br><br>$5,373.91 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6039 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$7,070,131.60<br><br><br><br>$7,070,131.60 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Legal Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SNOW, CHRISTOPHER<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $50,000.00<br>Reclamation:<br>Total: $50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEWART, MARK<br>6547 BIG CREEK PKWY<br>PARMA HEIGHTS, OH 44130 | 9295 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $75,000.00<br>Reclamation:<br>Total: $75,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 7     **$32,040,797.51**

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Sixtieth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                    Of Certain No Liability Miscellaneous Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRUCE DAVIS<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | 13286 | Secured:<br>Priority:<br>Administrative  $250.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $250.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13082 | Secured:<br>Priority:  $150.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $150.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 13646 | Secured:<br>Priority:<br>Administrative  $2,442.43<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $2,442.43 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | 13035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $799.99<br>Reclamation:<br>Total:  $799.99 | 05/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD<br>ATTN NINA MOJIRI AZAD OR MARY PETERS<br>1666 K STREET NW<br>BALTIMORE, MD 20006 | 14216 | Secured:<br>Priority:<br>Administrative  $4,700.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $4,700.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Miscellaneous Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEELE, PHILLIP LEE<br>1208 DAWKINS ST B<br>DURHAM, NC 27707 | 14123 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$3,189.00<br><br><br><br>$3,189.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 6  $11,531.42

\*  "UNL" denotes an unliquidated claim.