IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:    **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

* * * * * * * * * * * * *

**JOINDER OF TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
TO MOTION OF APEX DIGITAL, INC. AND THQ, INC. FOR RECONSIDERATION
OF COURT'S ORDER ON DEBTORS' FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTIONS**

Toshiba America Consumer Products, L.L.C. ("TACP"), by its attorneys, hereby joins in the *Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections* [Docket No. 6258] (the "Motion for Reconsideration"), requesting that the Court reconsider its *Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections* and related *Memorandum Opinion*, both entered on January 6, 2010 [Docket Numbers 6228 and 6228-1] (together, the "Order"), and states:

1.    TACP timely requested reimbursement of administrative expenses from the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors")[1] pursuant to 11 U.S.C. § 503(b)(9).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.*

104312.doc

2. TACP hereby joins, adopts, and incorporates the Motion for Reconsideration.

3. Toshiba reserves its rights to supplement this Joinder at any time prior to a final hearing on the Motion for Reconsideration.

WHEREFORE, Toshiba America Consumer Products, L.L.C. respectfully requests that this Court:

A. Grant the Motion for Reconsideration;

B. Reconsider its Order;

C. Overrule the *Debtors' (I) Fifty-second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference* [Docket No. 5216]; and

D. Provide such other and further relief as the Court determines to be necessary.

        /s/ Jeremy S. Friedberg  
Jeremy S. Friedberg, VSB No. 40228  
Gordon S. Young, VSB No. 68822  
Leitess Leitess Friedberg + Fedder PC  
One Corporate Center  
10451 Mill Run Circle, Suite 1000  
Owings Mills, Maryland 21117  
(410) 581-7400  
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America  
  Consumer Products, L.L.C.*

---

(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

104312.doc     2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2010, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219.

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg