**Hearing Date: February 24, 2010 at 2:00 p.m.**

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -  

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS' PENDING OMNIBUS OBJECTIONS TO RECLASSIFY CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS AND RESPONSES THERETO**

**PLEASE TAKE NOTICE** that on June 19, 2009, the Debtors filed their:

Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3676); and

Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 3677) (collectively, the "Omnibus Objections to

Reclassify Claims Filed by Equity Holders to Interests").

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objections to Reclassify Claims Filed by Equity Holders to Interests (the "Responding Claimants"). A listing of the two (2) remaining Responding Claimants, the claims under objection on which the hearing will go forward (the "Claims"), and the docket numbers of their Responses is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objections to Reclassify Claims Filed by Equity Holders to Interests with respect to the Claims and the Responses shall be heard at <u>**2:00 p.m. (Eastern Time) on February 24, 2010**</u> at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. <u>**If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**</u>.

**PLEASE TAKE FURTHER NOTICE** that if any of the Responding Claimants want the Court to consider their Responses with respect to the Claims, then they or their attorneys must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, <u>**at 2:00 p.m. (Eastern Time) on February 24, 2010**</u> at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. <u>**If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**</u>.

<u>**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**</u>

Dated: January 26, 2010         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                        - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Chris L. Dickerson, Esq.
                                155 North Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                        - and -

                                MCGUIREWOODS LLP

                                /s/ Douglas M. Foley            .
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 15 | Cynda Ann Berger | 5476 | 3934 |
| 16 | James Lubary | 9053 | 4101 |
| 16 | James Lubary | 9055 | 4101 |
| 16 | James Lubary | 9057 | 4101 |

\10522800.2