Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
             Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS'
NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS
AND (II) LATE 503(B)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims entered on July 20, 2009 (Docket No. 4171), and the Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims entered on December 18, 2009 (Docket No. 6131), the Objection to the claims identified on Exhibit A as attached hereto and incorporated herein, is withdrawn; provided, however, that the Debtors' rights to object to the claims identified on Exhibit A on any grounds that applicable law permits (other than on the ground that such claims were not filed by the applicable bar date) are not waived and are expressly reserved.

2.   The Debtors' rights to object to any claim, including (without limitation) the claims included in the

Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

    3.    To the extent that this Order conflicts with the Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims entered on July 20, 2009 (Docket No. 4171) and/or the Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims entered on December 18, 2009 (Docket No. 6131), this Order shall control.

    4.    The Debtors shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order on or before five (5) business days from the entry of this Order.

    5.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
        _____, 2010

                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  /s/ Douglas M. Foley
                                  Douglas M. Foley

4

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims Supplemental Order On (Late Claims To Be Disallowed) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CHALIFOUX MICHAEL T<br>C O LAUREL CHALIFOUX<br>10801 WHITAKER WOODS RD<br>RICHMOND, VA 23233 | 11878 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $2,823,915.00<br>Reclamation:<br>Total: $2,823,915.00 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIDWAY<br>BANK OF AMERICA LOCKBOX SVC<br>15218 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 1848 | Secured:<br>Priority:<br>Administrative 503(b)(9): $47,960.00<br>Unsecured:<br>Reclamation:<br>Total: $47,960.00 | 12/22/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:    2        $2,871,875.00**

\*    "UNL" denotes an unliquidated claim.