

RICHMOND DIVISION
F I L E D
JAN 2 6 2010
F I L E D
CLERK
US BANKRUPTCY COURT

Please see the enclosed first pages of two documents relating to case #08-35653, please change my address for future mailings. Thank You.

MILL312   7018101O5 1709 63  11/02/09
NOTIFY SENDER OF NEW ADDRESS
MILLER
62101 QUEEN MARY CT
BRANDON MS 39042-2578

New Address

CASE NO: 08-35653
PRF 20070

ROBERT L MILLER JR
PO BOX 11312
JEFFERSON, LA 70181-1312
USA

old address

Robert L Miller Jr
26 December 2009

SVC: 1
PACK NO: 3439

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------x
In re:                              :   Chapter 11
                                    :
Circuit City Stores, Inc., et al.,  :   Case No. 08-35653 (KRH)
                                    :
                          Debtors.  :   (Jointly Administered)
------------------------------------x

NOTICE OF

(1) APPROVAL OF DISCLOSURE STATEMENT;
(2) HEARING ON CONFIRMATION OF PLAN;
(3) DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN;
(4) TREATMENT OF CERTAIN UNLIQUIDATED OR DISPUTED CLAIMS FOR NOTICE, VOTING, AND DISTRIBUTION PURPOSES;
(5) DEADLINE AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS FOR VOTING PURPOSES;
(6) RECORD DATE;
(7) VOTING DEADLINE FOR RECEIPT OF BALLOTS; AND
(8) PROPOSED RELEASE, INJUNCTION AND EXCULPATION IN THE PLAN

TO ALL CREDITORS AND INTEREST HOLDERS OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATE DEBTORS:

PLEASE TAKE NOTICE that the debtors and debtors in possession in the above-captioned cases (the "Debtors") and the statutory committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") are soliciting votes on the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (as may be further amended or modified, the "Plan") from holders of impaired claims who are (or may be) entitled to receive distributions under the Plan.

PLEASE TAKE FURTHER NOTICE that if the Plan is confirmed by the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") the terms of the Plan will be binding on all holders of claims against, and all current and former holders of equity securities and other interests in, the Debtors.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has entered an order on September 24, 2009 (the "Solicitation Procedures Order") (Docket No. 5090) approving the disclosure statement (the "Disclosure Statement") with respect to the Plan and providing, among other things, that:

1. Confirmation Hearing Date. The hearing to consider confirmation of the Plan (the "Confirmation Hearing"), will commence on **November 23, 2009 at 10:00 a.m. (Eastern)** or as soon thereafter as counsel can be heard, before the Honorable Kevin Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219. The Confirmation Hearing may be adjourned from time to time by announcing the adjournment in open court. The Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
Circuit City Stores, Inc., et al.,  :    Case No. 08-35653 (KRH)
                                    :
                        Debtors.    :    (Jointly Administered)
------------------------------------x

### NOTICE OF NON-VOTING STATUS WITH RESPECT TO CERTAIN CLAIMS AND INTERESTS

PLEASE TAKE NOTICE that the Bankruptcy Court has entered an order on September 24, 2009 (the "Solicitation Procedures Order") (Docket No. 5090) approving the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan")[1] filed by the debtors and debtors in possession in the above-captioned cases (the "Debtors") and the statutory committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") and (ii) authorizing the Plan Proponents to solicit votes on the Plan.

PLEASE TAKE FURTHER NOTICE that, under the Solicitation Procedures Order, the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and the Plan, holders of claims or interests that are impaired as defined in Bankruptcy Code section 1124 and will not receive or retain any property under the Plan are deemed to reject the Plan and are not entitled to vote.

PLEASE TAKE FURTHER NOTICE that holders of claims and interests in Class 5 (Intercompany Claims), Class 6 (Subordinated 510(c) Claims), Class 7 (Subordinated 510(b) Claims) and Class 8 (Interests) are impaired and will not receive or retain any property under the Plan on account of such claims or interests. Accordingly, holders of claims and interests in Classes 5, 6, 7 and 8 are not entitled to vote on the Plan. Articles III.C.3, III.C.4, III.C.5 and III.D.1. of the Plan govern treatment of Classes 5, 6, 7 and 8. respectively.

PLEASE TAKE FURTHER NOTICE that certain claims in Class 3 (Convenience Claims) and Class 4 (General Unsecured Claims) are subject to objections to <u>disallow</u> such claims, which objections are still pending as of the Voting Deadline (as defined herein) (the "Disputed Claims"). Pursuant to the Solicitation Procedures Order, holders of Disputed Claims are not entitled to vote to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE that you have been identified as the holder of either (i) a claim in Classes 5, 6 or 7 or an interest in Class 8 under the Plan or (ii) a Disputed Claim. Accordingly, you are not entitled to vote on the Plan The Plan Proponents therefore will not solicit your vote, and you will not receive a ballot with respect to your impaired claim or interest.**

Accordingly, this may be the final notice you receive with respect to the Plan and with respect to your impaired claim or interest. Although you will not be entitled to vote on the Plan with respect to your impaired claim or interest, you are a party in interest in the Debtors' Chapter 11 Cases. Accordingly, you are entitled to participate in the Chapter 11 Cases, including by filing objections to confirmation of the Plan, as set forth below.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Plan.