Hearing Date: February 11, 2010, at 11:00 a.m.
Objection Deadline: February 8, 2010, at 4:00 p.m.

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON**
**MOTION OF DEBTORS FOR ORDER PURSUANT TO BANKRUPTCY CODE**
**SECTIONS 105 AND 503, AND BANKRUPTCY RULES 2002 AND 9007**
**(I) SETTING SECOND ADMINISTRATIVE BAR DATE AND PROCEDURES**
**FOR FILING AND OBJECTING TO ADMINISTRATIVE EXPENSE REQUESTS**
**AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that on January 28, 2010, the
above-captioned debtors and debtors-in-possession (the
"Debtors") filed the Motion of the Debtors for Order
Pursuant to Bankruptcy Code Sections 105 and 503, and
Bankruptcy Rules 2002 and 9007 (i) Setting Second
Administrative Bar Date and Procedures for Filing and

Objecting to Administrative Expense Requests and (ii)
Approving Form and Manner of Notice Therof (the "Motion").

**Your rights may be affected.  You should read these
papers carefully and discuss them with your attorney, if you
have one in these bankruptcy cases.  (If you do not have an
attorney, you may wish to consult one.)**  Under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motion is filed with the Clerk of the Court and served on
the moving party, the trustee and those parties as required
by the Supplemental Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and
Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (entered on December 30, 2009 at Docket No. 6208)
(the "Case Management Order") no later than three (3)
calendar days before the scheduled hearing date, the Court
may deem any opposition waived, treat the Motion as
conceded, and issue an order granting the requested relief
without further notice or hearing.  If you do not want the
Court to approve the Motion, or if you want the Court to
consider your views on the Motion, then you or you attorney
must:

[X]  File with the Court, either electronically or at
     the address shown below, a written response
     pursuant to Local Bankruptcy Rule 9013-1(H).  If
     you mail your response to the Court for filing,
     you must mail it early enough so the Court will
     **receive it on or before February 8, 2010 at 4:00
     p.m.**

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]  Pursuant to the Case Management Order, you must
     also serve a copy of any written response and
     request for hearing by the foregoing date via
     electronic mail on the following:(i) the Core
     Group, which includes the Debtors, co-counsel to
     the Debtors, the Office of the United States
     Trustee, co-counsel for any committee, counsel to
     the agents for the Debtors' prepetition lenders,

and counsel to the agents for the Debtors'
postpetition lenders; (ii) the 2002 List; and
(iii) those additional parties as required by the
Case Management Order (all of which are defined in
the Case Management Order), which can be found at
www.kccllc.net/circuitcity.

[X]    Attend a hearing before the Honorable Kevin
Huennekens, United States Bankruptcy Judge, **at
11:00 a.m. (Eastern Time) on February 11, 2010** at
the United States Bankruptcy Court, Room 5000, 701
East Broad Street, Richmond, Virginia 23219.  **If
you or your attorney do not attend the hearing,
the Court may grant the relief requested in the
Motion**.

If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motion and may enter an order granting the relief
requested.

Dated: January 28, 2010      SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia   FLOM, LLP
      Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      (302) 651-3000

      - and –

      SKADDEN, ARPS, SLATE, MEAGHER &
      FLOM, LLP
      Chris L. Dickerson, Esq.
      155 North Wacker Drive
      Chicago, Illinois 60606
      (312) 407-0700

      - and –

      MCGUIREWOODS LLP

      /s/ Douglas M. Foley          .
      Dion W. Hayes (VSB No. 34304)
      Douglas M. Foley (VSB No. 34364)
      One James Center
      901 E. Cary Street
      Richmond, Virginia 23219
      (804) 775-1000

      Counsel for Debtors and Debtors
      in Possession

\10540561.1