Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
             Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' EIGHTH OMNIBUS MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND
BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN
EXECUTORY CONTRACTS**

        The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move (the "Motion") for entry of
an order, pursuant to sections 105(a) and 365(a) of
title 11 of the United States Code (the "Bankruptcy
Code") and Rule 6006 of the Federal Rules of Bankruptcy
Procedure (the "Bankruptcy Rules"), authorizing the
Debtors to reject certain executory contracts, including
any amendments or modifications thereto and any and all
attachments thereto, as set forth on the attached
Exhibit A (collectively, the "Contracts").  In support
of the Motion, the Debtors respectfully represent:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider
this Motion under 28 U.S.C. §§ 157 and 1334.  This is a
core proceeding under 28 U.S.C. § 157(b).  Venue of

---

[1]  The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
Inc. (0875), Ventoux International, Inc. (1838), Circuit City
Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
Distribution Company of Virginia, Inc. (2821), Circuit City
Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263),
Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address
for the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen,
VA 23060.

these cases and this Motion in this district is proper
under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief
requested herein are Bankruptcy Code sections 105(a) and
365(a) and Bankruptcy Rule 6006.

**BACKGROUND**

3.    On November 10, 2008 (the "Petition
Date"), the Debtors filed voluntary petitions in this
Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue as debtors in
possession pursuant to Bankruptcy Code sections 1107 and
1108.

5.    On November 12, 2008, the Office of the
United States Trustee for the Eastern District of
Virginia appointed a statutory committee of unsecured
creditors (the "Creditors' Committee").  To date, no
trustee or examiner has been appointed in these chapter
11 cases.

6.    On January 16, 2009, the Court authorized
the Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores
pursuant to an agency agreement (the "Agency Agreement")

between the Debtors and a joint venture, as agent (the

"Agent").  On January 17, 2009, the Agent commenced

going-out-of-business sales pursuant to the Agency

Agreement at the Debtors' remaining stores.  The going-

out-of-business sales were concluded on or about March 8,

2009.

   7. On September 29, 2009, the Debtors and

the Creditors Committee filed the First Amended Joint

Plan of Liquidation of Circuit City Stores, Inc. and its

Affiliated Debtors and Debtors In Possession and its

Official Committee of Creditors Holding General

Unsecured Claims (the "Plan").  The associated

disclosure statement (the "Disclosure Statement") was

approved on September 24, 2009.  Confirmation of the

Plan is currently scheduled for January 28, 2010.

   8. Generally, the Plan provides for the

liquidation of the Debtors under chapter 11 of the

Bankruptcy Code.

**RELIEF REQUESTED**

   9. By this Motion, the Debtors request the

entry of an order under Bankruptcy Code sections 105(a),

4

363 and 365(a) and Bankruptcy Rule 6006 authorizing the
Debtors to reject the Contracts.[2]

    10.  The Debtors are currently performing
their review and evaluation of other executory contracts
that are not the subject of this Motion.  As this
process continues, the Debtors may identify additional
executory contracts to be assumed or rejected.
Accordingly, the Debtors reserve the right to seek to
assume or reject additional executory contracts.  This
Motion should not be construed as a determination that
any executory contracts not listed herein are to be
assumed or rejected.

**BASIS FOR RELIEF**

    11.  In an effort to avoid any future
potential postpetition administrative costs and in the

---

[2]  Certain of the Contracts listed on <u>Exhibit A</u> and included in this
     Motion may have been terminated prior to the Petition Date, may
     have been terminated since the Petition Date as a result of a
     breach by the Contract counterparty or otherwise, may not have
     become effective or may not be executory as of the date hereof.
     To the extent any of the foregoing applies, the this Motion has
     no force or effect with respect to any such terminated, non-
     effective or non-executory Contracts.  This Motion is not
     intended to reinstate or otherwise alter the status of any
     Contract, and does not mean that any particular Contract
     counterparty is entitled to damages for rejection thereof.  The
     Debtors reserve any and all rights with respect to the Contracts.

exercise of the Debtors' sound business judgment, the Debtors hereby move to reject the Contracts.

12.   The Contracts are comprised of all remaining employment agreements between the Debtors and their current and former employees.[3]  In particular, as set forth above, the Debtors have closed all of their retail stores and have proposed the Plan, which provides for the complete liquidation of the Debtors' businesses. At this time, the Debtors are operating with a minimal staff of approximately 23 employees – less than one-tenth of one percent of the approximately 40,000 employees the Debtors employed on the Petition Date. The remaining employees are working for the limited period necessary to conclude the Debtors' liquidation and wind down their estates.

13.   Accordingly, given the Debtors' liquidation and the termination of the vast majority of the Debtors' employees, the Debtors have determined that it is in their best interest to reject any and all

---

[3]   In addition, the Contracts include a letter agreement with Ryan, Inc., to provide tax consulting services to the Debtors.  As with the employment agreements, this agreement no longer provides any value to the Debtors.

outstanding employment agreements, both with previously terminated employees and with those few employees temporarily remaining with the Debtors.  The Debtors will continue to employ their remaining employees on an at-will basis without the need for an employment agreement.

14.   Each of the Contracts is listed on Exhibit A, attached hereto, along with the name and address of the Contract counterparty and the date of the Contract.

15.   In considering their options with respect to the Contracts, the Debtors have determined in their business judgment, in light of the liquidation and the termination of the majority of the Debtors' employees, including the vast majority of the Contract counterparties, that assumption is unwarranted.  Based on this analysis, the Debtors have determined that the Contracts provide no value to the Debtors' estates.

16.   Accordingly, the Debtors believe that rejection of the Contracts is in the best interests of their estates, their creditors, and other parties in interest.

## APPLICABLE AUTHORITY

17.   Bankruptcy Code section 365(a) provides
that a debtor, "subject to the court's approval, may
assume or reject any executory contract or unexpired
lease."  11 U.S.C. § 365(a).  A debtor's determination
to reject an executory contract is governed by the
"business judgment" standard.  See Lubrizol Enterprises,
Inc. v. Richmond Metal Finishers, Inc., 756 F.2d 1043,
1046-47 (4th Cir. 1985), cert. denied sub nom., Lubrizol
Enters., Inc. v. Canfield, 475 U.S. 1057 (1986); In re
Extraction Technologies of VA, L.L.C., 296 B.R. 393, 399
(Bankr. E.D. Va. 2001); see also In re HQ Global
Holdings, Inc., 290 B.R. 507, 511 (Bankr. D. Del. 2003)
(stating that a debtor's decision to reject an executory
contract is governed by the business judgment standard
and can only be overturned if the decision was the
product of bad faith, whim, or caprice).

18.   Once the Debtors articulate a valid
business justification, "[t]he business judgment rule
'is a presumption that in making a business decision the
directors of a corporation acted on an informed basis,
in good faith and in the honest belief that the action

taken was in the best interests of the company.'"
Official Comm. Of Subordinated Bondholders v. Integrated
Res., Inc., 147 B.R. 650, 656 (S.D.N.Y. 1992) (quoting
Smith v. Van Gorkom, 488 A.2d 858, 872 (Del. 1985)).

19.   The business judgment rule has vitality
in chapter 11 cases and shields a debtor's management
from judicial second-guessing.  See Comm. Of Asbestos-
Related Litigants and/or Creditors v. Johns-Manville
Corp., 60 B.R. 612, 615 16 (Bankr. S.D.N.Y. 1986)
("[T]he Code favors the continued operation of a
business by a debtor and a presumption of reasonableness
attaches to a debtor's management decisions.").

20.   As set forth above, the Debtors have
satisfied the "business judgment" standard for rejecting
the Contracts.  The Contracts provide no economic
benefit to the Debtors, nor are such Contracts a source
of potential value for the Debtors' estates and
creditors.  Accordingly, rejection of the Contracts
reflects the exercise of the Debtors' sound business
judgment.

21.   This Court has authorized similar relief
throughout these chapter 11 cases.  See, e.g., In re

<u>Circuit City Stores, Inc.</u>, Case No. 08-35653 (Bankr. E.D.
Va.) (Docket Nos. 1260, 1280, 1706, 2907, 2935, 3078,
3219); <u>see also</u> <u>In re Movie Gallery, Inc.</u>, Case No. 07-
33849 (Bankr. E.D. Va. Oct. 17, 2007); <u>In re Storehouse,
Inc.</u>, Case No. 06-11144 (Bankr. E.D. Va. Nov. 21, 2006);
<u>In re Rowe Furniture, Inc.</u>, Case No. 06-11143 (Bankr.
E.D. Va. Nov. 21, 2006); <u>In re The Rowe Cos.</u>, Case No.
06-11142 (Bankr. E.D. Va. Nov. 21, 2006); <u>In re US
Airways Group, Inc.</u>, Case No. 02-83984 (Bankr. E.D. Va.
Aug. 12, 2002).

**NOTICE**

22.   Notice of this Motion has been provided
to those parties entitled to notice under this Court's
Order Pursuant to Bankruptcy Code Sections 102 and 105,
Bankruptcy Rules 2002 and 9007, and Local Bankruptcy
Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket
No. 130) and Supplemental Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and
9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Amended Notice, Case Management and
Administrative Procedures (Docket No. 6208) and to all

counterparties to the Contracts.  The Debtors submit
that, under the circumstances, no other or further
notice need be given.

### WAIVER OF MEMORANDUM OF LAW

23.   Pursuant to Local Bankruptcy Rule 9013-
1(G), and because there are no novel issues of law
presented in the Motion and all applicable authority is
set forth in the Motion, the Debtors request that the
requirement that all motions be accompanied by a
separate memorandum of law be waived.

### NO PRIOR REQUEST

24.   No previous request for the relief sought
herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request
that the Court enter an Order, substantially in the form
of the Proposed Order annexed hereto, granting the
relief requested in the Motion and such other and
further relief as may be just and proper.

Dated: January 28, 2010
        Richmond, Virginia

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                   - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                   - and -

                              MCGUIREWOODS LLP

                              _____/s/ Douglas M. Foley _____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and
                              Debtors in Possession

**EXHIBIT A**

**(Executory Contracts)**

**EXHIBIT A**
**Executory Contracts**

| Counterparty | Title of Agreement | Date of Agreement | Counterparty Address 1 | Counterparty Address 2 | Counterparty City, State ZIP |
|---|---|---|---|---|---|
| Allen, Keith | Employment Agreement for Keith Allen | 6/1/2006 | 489 Mill Wood Blvd | | Marysville, OH 43040 |
| Appleby, Robert J | Employment Agreement for Robert J. Appleby | 6/22/2007 | 14320 Winter Ridge Lane | | Midlothian, VA 23113 |
| Bade, Brian M | Employment Agreement for Brian M. Bade | 6/11/2007 | 11200 Prescott Place | | Glen Allen, VA 23059 |
| Baldyga, Lisa J | Letter Agreement | 2/13/2007 | 15539 Pinehurst Forest Dr | | Montpelier, VA 23192 |
| Becker, Elliot | Employment Agreement for Elliot F. Becker | 3/7/2005 | 3019 Hanover Avenue | | Richmond, VA 23221 |
| Bergan, Erik L | Employment Agreement for Erik Bergan | 6/11/2007 | 1746 War Ave | | East Point, GA 30344 |
| Besanko, Bruce | Employment Agreement for Bruce H. Besanko | 7/30/2007 | 191 Farmington Rd | | Longmeadow, MA 01106 |
| Birnbaum, Richard | Memorandum Agreement | 4/25/2003 | 10480 Cherokee Road | | Richmond, VA 23235 |
| Bogle, Gerry Raymond | Employment Agreement for Gerry Bogle | 7/26/2007 | 3408 22nd Ave N W | | Gig Harbor, WA 98335 |
| Botelho, Antone C | Employment Agreement | 6/24/2003 | 131 4th Avenue | | Holtsville, NY 11742 |
| Bradley, Brian | Employment Agreement for Brian Bradley | 1/29/2008 | 2400 Odendron Court | | Richmond, VA 23233 |
| Brasby, Charles | Employment Agreement for Charles Brasby | 11/1/2006 | 5 Ledge Terrace | | Old Bridge, NJ 08857 |
| Breitenbecher, Kelly | Employment Agreement for Kelly Breitenbecher | 10/18/2007 | Sands Anderson Marks & Miller PC | 801 E. Main Street, Suite 1800 | Richmond, VA 23218 |
| Chalifoux, Michael | Memorandum Agreement | 6/10/2003 | 10801 Whitaker Woods Road | | Richmond, VA 23233 |
| Collum, Jerry | Employment Agreement for Jerry Collum | 1/8/2008 | 879 Terrace Drive | | Lantana, TX 76226 |
| Davis, Tony V | Employment Agreement for Tony V. Davis | 6/19/2006 | 11220 Buckhead Court | | Midlothian, VA 23113 |
| Deason, Stephen N | Employment Agreement | 7/13/1990 | 2701 E. Brigstock Road | | Midlothian, VA 23113 |
| Dickey, Richard D | Employment Agreement for Richard D. Dickey | 12/3/2003 | 1401 Cedar Lake Drive | | Prosper, TX 75078 |
| Eaton, Andrew R | Employment Agreement for Andrew R Eaton | 8/13/2003 | 2673 Water Race Terrace | | Midlothian, VA 23112 |
| Ebner, Scott P | Employment Agreement for Scott P. Ebner | 1/28/2005 | 110 Fieldstone Estates Drive | | Wentzville, MO 63385 |
| Eckenroad, David E | Employment Agreement for David E Eckenroad | 8/13/2003 | 2337 White Marsh Drive | | Twinsburg, OH 44087 |
| Edwards, Terry L | Employment Agreement for Terry L Edwards | 8/13/2003 | 370 Stoneledge Drive | | Roanoke, VA 24019 |
| Elliott, Willard Mark | Employment Agreement for Willard Mark Elliot | 9/7/2007 | 49622 Woodland Dr | | East Liverpool, OH 43920 |
| Engen, William M | Employment Agreement for William M. Engen | 6/30/2008 | 12029 Stonewick Place | | Glen Allen, VA 23059 |
| Engin, Oguzhan | Employment Agreement for Oguzhan Engin | 7/28/2008 | 3608 Kimberly Lane | | Dover, PA 17315 |
| Eriksen, David | Employment Agreement for David Eriksen | 10/10/2007 | 84422 Manhasset Street | | Riverside, CA 92508 |
| Errion, Vicki Felton | Employment Agreement for Vicki Felton Errion | 4/1/2008 | 1360 Woodlawn Dr | | Orange Park, FL 32065 |
| Etheridge, Curtis W | Employment Agreement for Curtis W. Etheridge | 5/1/2006 | 119 Deer Creek Drive | | Blythewood, SC 29016 |
| Falconer, Carin Elaine | Employment Agreement for Carin E. Falconer | 7/16/2007 | Gardere Wynne Sewell LLP | 1601 Elm St, Suite 3000 | Dallas, TX 75201 |
| Fay, Lawrence W | Employment Agreement for Lawrence W. Fay | 3/3/2006 | 2500 Maple Hall Court | | Midlothian, VA 23113 |
| Finch, Roland L | Employment Agreement for Roland L. Finch | 12/15/2005 | 4137 Stony Lane | | Doylestown, PA 18902 |
| Fioravanti, David H | Employment Agreement for David H. Fioravanti | 8/13/2003 | 161 Chilton | | Langhorne, PA 19047 |
| Fox, Jason R | Employment Agreement for Jason R Fox | 1/17/2005 | 22406 E Roxbury Pl | | Aurora, CO 80016 |
| Frascone, Matthew Scott | Employment Agreement for Matthew Frascone | 3/21/2006 | 9823 Kerry Lane | | Richmond, VA 23238 |
| Freeman, James M | Employment Agreement for James Freeman | 4/5/2007 | 10307 Sageglow | | Houston, TX 77089 |
| Fuller, Carol K | Employment Agreement for Carol K. Fuller | 9/13/2004 | 707 Taylors Hill Court | | Manakin Sabot, VA 23103 |
| Geith, Jon C | Employment Agreement for Jon C. Geith | 3/10/2005 | 14213 Riverdowns South Drive | | Midlothian, VA 23113 |
| Godbout Jr, David A | Employment Agreement for David A. Godbout, Jr | 4/3/2006 | 13 Heritage Green | | Hudson, WI 54016 |

| | | | | | |
|---|---|---|---|---|---|
| Gonsalves, George G | Employment Agreement for George Gonsalves | 7/10/2007 | 240 Round St | | Tauton, MA 02780 |
| Grove, Jacqueline | Employment Agreement for Jacqueline Grove | 8/7/2006 | 4204 Whitford Court, Apt 1403 | | Glen Allen, VA 23060 |
| Hanson, Erik R | Employment Agreement for Erik Hanson | 8/3/2007 | 10301 Nightingale Avenue | | Fountain Valley, CA 92708 |
| Harlow, John | Employment Agreement for John Harlow | 1/14/2008 | 9 Tide Mill Road | | Saint James, NY 11780 |
| Harrington, Thomas K | Employment Agreement for Thomas K. Harrington | 8/13/2003 | 4972 Arbor View Parkway | | Acworth, GA 30101 |
| Hedgebeth, Reginald D | Employment Agreement for Reginald D. Hedgebeth | 7/11/2005 | 4401 Wilcot Drive | | Midlothian, VA 23113 |
| Hendricks, Edward | Employment Agreement for Edward Hendricks | 6/30/2008 | 1289 89th Street | | New Richmond, WI 54017 |
| Houston, Jason E | Employment Agreement for Jason Houston | 5/4/2007 | 11621 Peavey St | | Glen Allen, VA 23059 |
| Hoye, Michael B | Employment Agreement for Michael B. Hoye | 9/28/2004 | 14001 Wiley Circle | | Midlothian, VA 23114 |
| Joly, Russell N | Employment Agreement for Russell N. Jolly | 6/6/2006 | 5318 Woodstone Ct | | Louisa, VA 23093 |
| Jonas Jr, Eric A | Employment Agreement for Eric A. Jonas, Jr. | 7/26/2004 | 10 S 20th St, Unit 709 | | Richmond, VA 23223 |
| Kelley, Bobby C | Employment Agreement for Bobby C. Kelley | 1/21/2008 | 9 Poe Road | | Billerica, MA 01821 |
| Kelly, John | Employment Agreement for John J. Kelly | 5/16/2005 | 14812 Felbridge Way | | Midlothian, VA 23113 |
| Krajewski, Todd M | Employment Agreement for Todd Krajewski | 6/1/2007 | 1208 Oakwater Dr | | Royal Palm Beach, FL 33411 |
| Krueger,Gary R | Employment Agreement for Gary R. Krueger | 8/4/2004 | 835 Norris Shores Drive | | Sharps Chapel, TN 37866 |
| Kubica, Chad A | Employment Agreement for Chad Kubica | 11/14/2005 | 24126 Matthew Place | | Santa Clarita, CA 91321 |
| Lamar, Ronald Wade | Employment Agreement for Ronald Wade Lamar | 3/1/2006 | 12822 Daisy Place | | Bradenton, FL 34212 |
| Lambert Gaffney, Laurie | Employment Agreement for Laurie Lambert-Gaffney | 4/1/2005 | 432 Shadow Creek Lane | | Manakin Sabot, VA 23103 |
| Laxson, Blake | Employment Agreement for Blake Laxson | 1/1/2007 | 1830 Radius Rd, No 924 | | Hollywood, FL 33020 |
| Leach, Brian R | Employment Agreement for Brian R. Leach | 9/24/2007 | 9060 Cottleston Circle | | Mechanicsville, VA 23116 |
| Levin, Michael | Employment Agreement for Michael Levin | 3/1/2006 | 37 Thornbury Avenue | | Glen Rock, NJ 07452 |
| Lowe, Tim | Employment Agreement for Tim Lowe | 6/11/2007 | 443 Penwood Dr | | Edgewater, MD 21037 |
| Luck, Wayne | Employment Agreement for Wayne B. Luck | 11/6/2006 | 8954 Kings Charter Drive | | Mechanicsville, VA 23116 |
| Malik, Ali I | Employment Agreement for Ali I. Malik | 1/12/2004 | 68 Mark Smith Drive | | Mandeville, LA 70471 |
| Marcum, James A | Employment Agreement for James A. Marcum | 8/18/2008 | 55 Wentworth Cove Road | | Laconia, NH 03246 |
| Maynard, Jeffery | Employment Agreement for Jeffery C. Maynard | 11/4/2007 | 2325 Wooded Oak Pl | | Midlothian, VA 23113 |
| McClard, Dwain A | Employment Agreement for D. Allen McClard | 11/14/2005 | 4513 Welby Turn | | Midlothian, VA 23113 |
| McDonald, Jeffrey A | Employment Agreement for Jeffrey A. McDonald | 6/22/2007 | 5540 Quail Ridge Terr | | Chesterfield, VA 23832 |
| McGaugh, Damien H | Employment Agreement for Damien H. McGaugh | 5/25/2005 | 1805 Portglen | | League City, TX 77573 |
| McNeese, Michael | Employment Agreement for Michael McNeese | 10/3/2006 | 17814 West Wood Dr | | Surprise, AZ 85388 |
| Mercado, Steve | Employment Agreement for Steve Mercado | 11/14/2005 | 551 Iris Street | | Redlands, CA 92373 |
| Mestas II, Phillip Oliver | Employment Agreement for Phillip O Mestas I | 9/28/2004 | 3889 SW 22nd Drive | | Gresham, OR 97080 |
| Miller, Colin A | Employment Agreement for Colin Miller | 9/25/2007 | 544 South Belfast Ave | | Augusta, ME 04330 |
| Mitchell, Ellen D | Employment Agreement for Ellen D. Mitchell | 6/22/2007 | 11101 Park Ridge Dr | | Fredericksburg, VA 22408 |
| Monteleone, Jack T | Employment Agreement for Jack T. Monteleone | 10/20/2003 | 39W374 Grand Avenue | | Elgin, IL 60124 |
| Morrow, Bradley J | Employment Agreement for Bradley Morrow | 11/16/2007 | 711 Stubbs Vinson Rd | | Monroe, LA 71203 |
| Mosier, Michelle O | Employment Agreement for Michelle O. Mosier | 6/24/2005 | 4503 W Franklin St | | Richmond, VA 23221 |
| Nichols, John M | Employment Agreement for Michael Nichols | 2/1/2007 | 4417 Hickory Lake Court | | Richmond, Va 23059 |
| Norcross, Mark Charles | Employment Agreement for Mark Charles Norcross | 8/20/2007 | 1613 Lydia Court | | Spring Hill, TN 37174 |

| Oberheu, Taber Allen | Employment Agreement for Taber Allen Oberheu | 3/23/2006 | 3356 Lenox Drive | | Pittsburgh, PA 15238 |
|---|---|---|---|---|---|
| O'Guin, Tyson | Employment Agreement for Tyson O'Guin | 1/24/2008 | 108 Sunrise Ln | | Houma, LA 70360 |
| Oldani, Mark | Employment Agreement for Mark Oldani | 5/15/2006 | 4207 Welby Drive | | Midlothian, VA 23113 |
| Passehl, Todd | Employment Agreement for Todd Passehl | 8/13/2003 | 10820 Pepperbush Court | | Glen Allen, VA 23060 |
| Pearson, Jonathan | Employment Agreement for Jonathan Pearson | 3/12/2007 | 11475 Abbots Cross Lane | | Glen Allen, VA 23059 |
| Peter, Todd | Employment Agreement for Todd Peter | 1/28/2008 | 6005 Saddle Ridge | | Johnsburg, IL 60051 |
| Raleigh, John P | Employment Agreement for John P. Raleigh | 1/23/2004 | 3621 Meadow Pond Court | | Glen Allen, VA 23060 |
| Raynor, Enas Shaqdieh | Employment Agreement for Enas Shaqdieh Raynor | 12/20/2007 | 397 NW 159th Ave | | Pembroke Pines, FL 33028 |
| Reilly, Joseph V | Employment Agreement for Joseph V. Reilly | 10/26/2007 | 944 Lakewood Dr | | Barrington, IL 60010 |
| Reyes, Fernando | Employment Agreement for Fernando Reyes | 6/7/2007 | 7321 Maplewood Court | | Corona, CA 92880 |
| Robles, Angelo Modesto | Employment Agreement for Angelo M. Robles | 3/8/2007 | 8403 Becks Mill Lane | | Camby, IN 46113 |
| Rosier, Nathan | Employment Agreement for Nathan E. Rosier | 3/12/2007 | 2996 Tranbycroft Way | | Sandy Hook, VA 23153 |
| Rowe, John M | Employment Agreement for John M. Rowe | 11/23/2007 | 903 Parkview Lane | | Southlake, TX 76092 |
| Rubin, Andrew S | Employment Agreement for Andrew S. Rubin | 11/1/2006 | 24727 Catilan Cliff | | San Antonio, TX 78261 |
| Ryan, Inc., f/k/a Ryan & Company, Inc. | Letter Agreement | 6/8/2005 | Three Gallaria Tower, 13155 Noel Road | 12th Floor, LB 72 | Dallas, TX 75240 |
| Ryan, Paul | Employment Agreement for Paul Ryan | undated | 5016 Park Meadows Way | | Glen Allen, VA 23059 |
| Schmidt, Gary | Employment Agreement | 9/10/1998 | 830 Carnellian Lane | | Peachtree City, GA 30269 |
| Schwake, Donald Frederick | Employment Agreement for Donald Schwake | 6/10/2007 | 105 Via Solara | | Encinitas, CA 92024 |
| Scottrussell, Christopher John | Employment Agreement for Christopher John Scottrussell | 5/16/2007 | 5302 30th Ave South | | Minneapolis, MN 55417 |
| Sharp, Richard | Memorandum Agreement | 10/1/2002 | P.O. Box 42333 | | Richmond, VA 23242 |
| Siddons, Derek J | Employment Agreement for Derek J. Siddons | 3/1/2007 | 545 Tomahawk Dr | | Twin Lakes, WI 53181 |
| Siegler, Neal S | Employment Agreement for Neal Siegler | 2/28/2007 | 2819 Brett Dr | | New Lenox, IL 60451 |
| Sifford, Michelle A. | Employment Agreement for Michelle Sifford | 10/15/2007 | 2917 Northlake Drive | | Richmond, VA 23233 |
| Sindelar, Eric C | Employment Agreement of Eric C. Sindelar | 3/28/2005 | 2696 E 132 Pl | | Thornton, CO 80241 |
| Sise, Brad A | Employment Agreement of Brad A. Sise | 1/5/2004 | 1020 108th Ave NE | Apt No 1408 | Bellevue, WA 98004 |
| Smith, James B | Employment Agreement of James B. Smith | 4/24/2008 | 2406 Yosemite Way | | Discovery Bay, CA 94505 |
| Stinde, Mark S | Employment Agreement for Mark S. Stinde | undated, hired 6/17/2002 | 2501 E Franklin St, No 2 | | Richmond, VA 23223 |
| Stone, Jeffrey | Employment Agreement for Jeffrey S. Stone | 1/28/2008 | 9505 Nassington Court | | Richmond, VA 23229 |
| Strauss, David Robert | Employment Agreement for David R. Strauss | 8/20/2007 | 5204 Davenport Pl | | Roswell, GA 30075 |
| Subetto, Robert Glen | Employment Agreement for Robert Subetto | undated, hired 10/31/2005 | 621 Primrose Lane | | Allentown, PA 18104 |
| Taitano, Jennifer E | Employment Agreement for Jennifer E. Taitano | 3/18/2005 | 1309 Lindsey Drive | | Keller, TX 76248 |
| Tawil, Omar A | Employment Agreement for Omar Tawil | 8/13/2003 | 7 Merrill Hill | | Ladera Ranch, CA 92694 |
| Taylor, Forrest D | Employment Agreement for Forest Taylor | 11/14/2005 | 3723 Pinto Place | | Ontario, CA 91761 |
| Terry Jr, William M | Employment Agreement for William M. Terry, Jr | 6/1/2006 | 1304 Copper Creek Drive | | Lexington, KY 40514 |
| Thrasher, John | Employment Agreement for John Thrasher | 1/23/2006 | 4679 Torrey Circle, No. 102 | | San Diego, CA 92130 |
| Timmer, Rick A | Employment Agreement for Rick A. Timmer | 3/1/2006 | 1075 Brookdale Drive | | Crestline, OH 44827 |
| Tucker, Melvin | Employment Agreement for Melvin G. Tucker | 5/1/2005 | 11508 Sethwarner Drive | | Glen Allen, VA 23059-4805 |
| Tuttle, Donald R | Employment Agreement | 7/13/1990 | 483 Greenview Dr | | Chanhassen, MN 55317 |
| Ukman, Craig W | Employment Agreement for Craig W Ukman | 8/13/2003 | 8206 Silkwood Drive | | Mechanicsville, VA 23116 |
| Urso, Frank | Employment Agreement for Frank Urso | 3/1/2006 | 3070 Foulk Road | | Boothwyn, PA 19061 |

| | | | | | |
|---|---|---|---|---|---|
| Utley, Jonathan | Emplyment Agreement for Jonathan Utley | 7/30/2007 | 10400 Colfax Dr | | McKinney, TX 75070 |
| Vandervelde, Jeremy J. | Employment Agreement for Jeremy J. Vandervelde | 3/16/2006 | 5401 Trail Ride Court | | Moseley, VA 23120 |
| Vassilakos, Nicholas | Employment Agreement of Nicholas Vassilakos | undated | 196 Bay 11th St | | Brooklyn, NY 11228 |
| Viles, Brett W | Employment Agreement for Brett W. Viles | 8/20/2007 | 2680 Shadow Pine Dr, No 54 | | Fruitport, MI 49415 |
| Vonbechmann, Dawn W | Employment Agreement for Dawn W. Vonbechmann | 3/10/2005 | Neil E. McCullagh | 411 E. Franklin Street, Suite 600 | Richmond, VA 23219 |
| Young, Ken J | Employment Agreement for Ken J. Young | 6/16/2005 | 2836 Bayhill Woods Cove | | Collierville, TN 38017 |
| Zargari, David | Employment Agreement for David Zargari | 6/25/2007 | 11120 Huntington Meadow Ln | | Charlotte, NC 28273 |
| Zendejas, Genaro | Employment Agreement for Genaro Zendajas | 3/1/2007 | 11620 Mantova Ave | | Bakersfield, CA 93312 |
| Zinicola, David J. | Employment Agreement for David J. Zinicola | 3/1/2006 | 162 Ben Bar Circle | | Whitesboro, NY 13492 |

Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND
365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF
CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

_____

[1]  Capitalized terms not otherwise defined herein shall have the
     meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts as set

forth on the attached Exhibit A, including any

amendments or modifications thereto and any and all

attachments thereto (collectively, the "Contracts"); and

the Court having reviewed the Motion; and the Court

having determined that the relief requested in the

Motion is in the best interests of the Debtors, their

estates, their creditors, and other parties in interest;

and it appearing that proper and adequate notice of the

Motion has been given and that no other or further

notice is necessary; and upon the record herein; and

after due deliberation thereon; and good and sufficient

cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    The Contracts are hereby rejected.

3.    Each counterparty to a Contract shall

have until thirty (30) days from the date this Order is

entered on the docket to file a proof of claim on

account of any and all claims (as defined in the

Bankruptcy Code) arising from or related to rejection of

its Contract.

2

4.    To the extent any Contract listed on

Exhibit A was terminated prior to or after the Petition

Date as a result of a breach by the Contract

counterparty or otherwise, did not have become effective

at any time, or is not executory as of the date hereof,

this Order shall be of no force and effect with respect

to any and all such Contracts and nothing herein shall

be deemed to or shall reinstate or otherwise alter the

status of any Contract.  All of the Debtors rights with

respect to the foregoing are not waived and are

expressly reserved.

5.    The requirement under Local Bankruptcy

Rule 9013-1(G) to file a memorandum of law in connection

with the Motion is hereby waived.

6.    The Court retains jurisdiction to hear

and determine all matters arising from or related to the

implementation or interpretation of this Order.

Dated:  Richmond, Virginia
        _____, 2010


_____
UNITED STATES BANKRUPTCY JUDGE


3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

____/s/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                    __/s/ Douglas M. Foley____
                    Douglas M. Foley

4

**EXHIBIT A**

**(Executory Contracts)**