Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
<u>AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and Certain Duplicate Claims) on October 29, 2009 (Docket No. 5396) (the "Initial Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses"); and it appearing that the Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The claims identified under the column entitled "Claim to be Disallowed" on <u>Exhibit A</u> as attached hereto and incorporated herein (the "Disallowed Claims"), are forever disallowed for all purposes in these bankruptcy cases; <u>provided however</u>, that, for the avoidance of doubt, the claims identified under the column entitled "Surviving Claim" shall not be disallowed.

2.  The Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the

claims identified on Exhibit B on any grounds and bases are hereby preserved in their entirety.

3. The Debtors' rights to object to any claim on any grounds that the applicable law permits are not waived and are expressly reserved.

4. To the extent this Order conflicts with the Initial Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Jan 23 2010                , 2010

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 26 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\10220407.6

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Fifth Omnibus Objection to Claims  
Supplemental Order (Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9026<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS<br>GE FLEET SERVICES<br>ATTN KEITH BERGQUIST BANKRUPTCY<br>LITIGATION MGR<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $15,729,938.78<br>Total: $15,729,938.78 | Claim: 4867<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS<br>GE FLEET SERVICES<br>ATTN KEITH BERGQUIST BANKRUPTCY<br>LITIGATION MGR<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $15,729,938.78<br>Total: $15,729,938.78 |
| Claim: 13851<br>Date Filed: 06/26/2009<br>Creditor's Name and Address:<br>JWC LOFTUS LLC<br>PHILIP C BAXA ESQ<br>16 S SECOND ST<br>RICHMOND, VA 23219<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $237,101.45<br>Reclamation::<br>Unsecured:<br>Total: $237,101.45 | Claim: 13710<br>Date Filed: 06/16/2009<br>Creditor's Name and Address:<br>JWC LOFTUS LLC<br>PHILIP C BAXA ESQ<br>MERCER TRIGIANI LLP<br>16 S SECOND ST<br>RICHMOND, VA 23219-3723<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $237,101.45<br>Reclamation::<br>Unsecured:<br>Total: $237,101.45 |
| Claim: 13771<br>Date Filed: 06/26/2009<br>Creditor's Name and Address:<br>JWC LOFTUS LLC<br>PHILIP C BAXA ESQ<br>MERCER TRIGIANI LLP<br>16 S SECOND ST<br>RICHMOND, VA 23219-3723<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $237,101.45<br>Reclamation::<br>Unsecured:<br>Total: $237,101.45 | Claim: 13709<br>Date Filed: 06/16/2009<br>Creditor's Name and Address:<br>JWC LOFTUS LLC<br>PHILIP C BAXA ESQ<br>16 S SECOND ST<br>RICHMOND, VA 23219<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $237,101.45<br>Reclamation::<br>Unsecured:<br>Total: $237,101.45 |
| Claim: 9067<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $401,333.00<br>Total: $401,333.00 | Claim: 9598<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $401,333.00<br>Total: $401,333.00 |
| Claim: 8571<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>NEWPORT NEWS SHOPPING CENTER LLC<br>PAUL K CAMPSEN ESQ<br>KAUFMAN & CANOLES<br>150 W MAIN ST STE 2100<br>NORFOLK, VA 23510<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $63,977.13<br>Total: $63,977.13 | Claim: 7663<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>NEWPORT NEWS SHOPPING CENTER LLC<br>PAUL K CAMPSEN ESQ<br>KAUFMAN & CANOLES<br>150 W MAIN ST STE 2100<br>NORFOLK, VA 23510<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $63,977.13<br>Total: $63,977.13 |

In re: Circuit City Stores, Inc, et al.                                                                               Debtors' Thirty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                                 Supplemental Order (Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

|   |   |
|---|---|
| 5 | Total Claims To Be Duplicated:             5 |
|   | Total Asserted Amount To Be Duplicated:    $16,669,451.81 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Fifth Omnibus Objection to Claims  
Supplemental Order (Amended Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2861<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711-4446 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $4,154.64<br>Administrative:<br>Reclamation::<br>Unsecured: $12,724.73<br>Total: $16,879.37 | Claim: 1585<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $16,879.37<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $16,879.37 |
| Claim: 9281<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>CHASE BANK USA NATIONAL ASSOCIATION<br>ATTN DEBORAH J STIPICK ESQ<br>201 N WALNUT ST<br>3 CHRISTINA CTR<br>WILMINGTON, DE 19801 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 12402<br>Date Filed: 04/29/2009<br>Creditor's Name and Address:<br>CHASE BANK USA NATIONAL ASSOCIATION<br>ATTN DANIEL P TIERNEY<br>201 N WALNUT ST<br>3 CHRISTINA CTR<br>WILMINGTON, DE 19801 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $37,182,615.00<br>Total: $37,182,615.00 |

2

**Total Claims To Be Amended:** 2  
**Total Asserted Amount To Be Amended:** $16,879.37

Case 08-35653-KRH    Doc 6421    Filed 01/28/10    Entered 01/29/10 01:00:10    Desc
Imaged Certificate of Service    Page 8 of 9

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Fifth Omnibus Objection to Claims
Supplemental Order (Duplicate Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13413 | Secured:<br>Priority: $150.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $150.00 | 05/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13575 | Secured:<br>Priority: $150.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $150.00 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COTTONWOOD CORNERS PHASE V LLC<br>MICHAEL P FALZONE & SHEILA DELA CRUZ<br>HIRSCHLER FLEISCHER PC<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | 13893 | Secured:<br>Priority:<br>Administrative $70,388.88<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $70,388.88 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 3    $70,688.88

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Jan 26, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 28, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**    _Joseph Speetjens_