Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
           Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS ASSERTED AGAINST A <u>DOMESTIC COMPANY FOR WHICH THE DEBTORS SHOW NO LIABILITY</u>)**

THIS MATTER having come before this Court on the Debtors' Sixty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Asserted Against a Domestic Company for Which the Debtors Show No Liability) (the "Objection"), which requested, among other things, that the

claims specifically identified in Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified in Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       <u>Jan 23 2010</u>, 2010

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 26 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                              __/s/ Douglas M. Foley____
                              Douglas M. Foley
```

\10446824

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COMPUTERSHARE TRUST CO OF CANADA<br>PLAN MANAGERS<br>1500 UNIVERSITY AVE 7TH FL<br>MONTREAL, QC H3A 3S8<br>CANADA | 4512 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 01/20/2009 | INTERTAN, INC.<br>(08-35655) |
| HEWLETT PACKARD CANADA CO<br>C O FRIEDMAN DUMAS & SPRINGWATER LLP<br>150 SPEAR ST STE 1600<br>SAN FRANCISCO, CA 94105 | 953 | Secured:<br>Priority:<br>Administrative 503(b)(9): $22,796.29<br>Unsecured:<br>Reclamation:<br>Total: $22,796.29 | 12/19/2008 | INTERTAN, INC.<br>(08-35655) |
| HEWLETT PACKARD CANADA CO<br>C O FRIEDMAN DUMAS & SPRINGWATER LLP<br>150 SPEAR ST STE 1600<br>SAN FRANCISCO, CA 94105 | 7965 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $473,770.40<br>Reclamation:<br>Total: $473,770.40 | 01/29/2009 | INTERTAN, INC.<br>(08-35655) |
| INNERWORKINGS INC<br>ATTN JOSEPH BUSKY<br>600 W CHICAGO AVE STE 850<br>CHICAGO, IL 60654 | 6247 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $240,937.63<br>Reclamation:<br>Total: $240,937.63 | 01/26/2009 | INTERTAN, INC.<br>(08-35655) |
| MONSTER CABLE INTERNATIONAL LIMITED<br>ATTN LEGAL<br>C O MONSTER CABLE PRODUCTS INC<br>455 VALLEY DR<br>BRISBANE, CA 94005 | 7809 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $453,573.00<br>Reclamation:<br>Total: $453,573.00 | 01/29/2009 | INTERTAN, INC.<br>(08-35655) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Second Omnibus
Objection to Claims (No Liability
Domestic Company) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MONSTER TECHNOLOGY INTERNATIONAL LIMITED ATTN LEGAL C O MONSTER CABLE PRODUCTS INC 455 VALLEY DR BRISBANE, CA 94005 | 7808 | Secured: Priority: Administrative 503(b)(9): Unsecured: $40,333.10 Reclamation: Total: $40,333.10 | 01/29/2009 | INTERTAN, INC. (08-35655) |

|  |  |  |
|---|---|---|
| Total: | 6 | $1,231,410.42 |

\*    "UNL" denotes an unliquidated claim.

Page 2 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                  Date Rcvd: Jan 26, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jan 28, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:** _Joseph Speetjens_