Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

        - and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653 (KRH)
et al.,                        :
                               :
         Debtors.              : Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' SIXTY-FOURTH OMNIBUS  
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN  
<u>QUALIFIED PENSION PLAN AND 401(k) CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Sixty-Fourth Omnibus Objection to Claims (Disallowance of Certain Qualified Pension Plan and 401(k) Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C

attached to the Objection be disallowed in their entirety for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The Debtors' rights to object to any claim, including (without limitation) the Qualified Pension Plan Claims and 401(k) Plan Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
         Jan 23 2010       , 2010

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 26 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                           __/s/ Douglas M. Foley____
                           Douglas M. Foley
```

\10446845

4

Case 08-35653-KRH    Doc 6423    Filed 01/28/10    Entered 01/29/10 01:00:10    Desc
Imaged Certificate of Service    Page 5 of 18

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Fourth Omnibus Objection to
Claims (Pension No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| APODACA, JOANN<br>705 DAKOTA SE<br>ALBUQUERQUE, NM 87108 | 4843 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $49,000.00<br><br><br><br><br>$49,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CRITTENDEN, ALAN<br>286 DESOTO DRIVE<br>AIKEN, SC 29803 | 4665 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $12,796.08<br><br><br><br><br>$12,796.08 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CZUPKOWSKI, MARK A<br>648 FAN HILL RD<br>MONROE, CT 06468 | 7859 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br><br>UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | 6681 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br><br>UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOYERS, TOBY P<br>12102 CHEROY WOOD CT<br>ASHLAND, VA 23005 | 4917 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Sixty-Fourth Omnibus Objection to
Claims (Pension No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RICH, ERROL R<br>4325 WINTERBERRY RIDGE CT<br>WINSTON SALEM, NC 27103 | 7832 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:  UNL<br>Reclamation:<br>Total:  UNL | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SALERNO, JOHN<br>3342 ASHLEY DRIVE<br>BLASDELL, NY 14219 | 4438 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHALLE, GREGORY<br>P O BOX 235<br>CLAREMONT, VA 23899 | 4692 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:  UNL<br>Reclamation:<br>Total:  UNL | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHEPHERD, CAROL<br>7347 HIDDEN LAKE ESTATE DR<br>MECHANICSVILLE, VA 23111 | 5160 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SLAVIN, MARTIN<br>9219 BELLFALL CT<br>COLUMBIA, MD 21045 | 5143 | Secured:<br>Priority:  UNL<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  UNL | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Fourth Omnibus Objection to  
Claims (Pension No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SNYDER, EVELYN<br>9 MEADOW VALLEY DRIVE<br>RISING SUN, MD 21911 | 6456 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br><br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WALTON, NATALIA G<br>601 OAK HALL TERRACE<br>SANDSTON, VA 23150-3441 | 5054 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,577.00<br><br><br><br>$1,577.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 12    $63,373.08

\* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                Date Rcvd: Jan 26, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jan 28, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:** _Joseph Speetjens_