Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

            ORDER ON DEBTORS' SIXTIETH OMNIBUS OBJECTION
     TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
       CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND
              (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))

     THIS MATTER having come before the Court on the

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance

of Certain (I) No Liability (Legal Claims); (II) No

Liability (Miscellaneous Claims); and (III) No Liability

(Subcontractor Claims)) (the "Objection"), which requested,

among other things, that the claims specifically identified

on Exhibit C, Exhibit D, and Exhibit E attached to the

Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of

the Objection need be given; and it further appearing that

certain Claimants filed a response to the Objection; and it

appearing that the relief requested on the Objection is in

the best interest of the Debtors, their estates and

creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.   The Objection is GRANTED.

   2.   The Claims identified on Exhibit A as attached

hereto and incorporated herein are forever disallowed in

their entirety for all purposes in these bankruptcy cases.

   3.   The status hearing on the Objection to the claims

identified on Exhibit B as attached hereto and incorporated

herein is hereby adjourned to February 24, 2010 at 2:00 p.m.

(Eastern) or until such later time as agreed by the parties.

2

4.    The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        Jan 23 2010                    , 2010


                              /s/ Kevin R. Huennekens
                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE

                              Entered on docket:  Jan 26 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley


\10446720

4

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMANDA COMPTON<br>2649 CORONADO RDG<br>LEXINGTON, KY 40511 | 14554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br>$750.00<br><br><br>$750.00 | 08/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHIRAG GOVANI<br>MARK BRADSHAW ESQ<br>SHULMAN HODGES & BASTIAN LLP<br>26632 TOWNE CTR DR STE 300<br>FOOTHILL RANCH, CA 92610 | 12329 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,400,680.10<br><br>$3,400,680.10 | 04/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CITIGROUP INC<br>SARA B BLOTNER ESQ<br>125 BROAD ST 7TH FL<br>NEW YORK, NY 10004 | 10037 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HAMPTON, HERMAN DESEAN<br>4902 HARVEST FIELDS CIR<br>MEMPHIS, TN 38125-4725 | 4722 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$1,000.00<br><br><br><br><br>$1,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILGENBERG, JOHN & EVELYN<br>KENNETH G GILMAN<br>GILMAN & PASTOR LLP<br>225 FRANKLIN ST 16TH FL<br>BOSTON, MA 02110 | 10263 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>UNL<br><br><br><br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixteenth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Legal Claims) - Ordered

EXHIBIT A

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OKLAHOMA DEPARTMENT OF AGRICULTURE FOOD AND FORESTRY ATTN JAMES WOODRUFF 2800 N LINCOLN BLVD OKLAHIOMA CITY, OK 73105-4298 | 12306 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,000.00 $5,000.00 | 04/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA CIESLA WEINER LESNIAK LLP ATTORNEYS AT LAW 629 PARSIPPANY RD PO BOX 0438 PARSIPPANY, NJ 07054-0438 | 13261 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| YOUNG, JACKSON H 1958 FARLEY DR WILMINGTON, NC 28405-1014 | 2591 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $599.99 $599.99 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        8                          $3,408,030.09

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Thirtieth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Miscellaneous Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CARROW, JOE A<br>14873 MASONIC BLVD<br>WARREN, MI 48088 | 9085 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$644.10<br><br>$644.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 14262 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$5,000.00<br><br><br><br>$5,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DASGUPTA, JEAN<br>JEAN DASGUPTA RYAN DASGUPTA<br>2723 PEMBSLY DR<br>VIENNA, VA 22181 | 4423 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$400.00<br><br><br><br><br>$400.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHNSON, STEVEN<br>1538 PEMBERTON DR<br>COLUMBUS, OH 43221 | 12225 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$65.00<br><br><br><br>$65.00 | 03/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOEHLER, KATHY<br>1188 WAVING WILLOW DR<br>KETTERING, OH 45409 | 5246 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$100.00<br><br><br><br><br>$100.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Debtors' Sixteenth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Miscellaneous Claims) - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KUNYSZ, WILLIAM 2213 TIMBER TRAIL PLAINFIELD, IL 60586-5084 | 4300 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $499.99 $499.99 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUCERO, JOSHUA THOMAS 280 CORTEZ ST DENVER, CO 80221 | 4882 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $161.46 $161.46 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTIN, JOHNNY 3720 NW 63RD ST FT LAUDERDALE, FL 33309 | 2986 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIGUEL, AUSTIN 1636 W 120TH LOS ANGELES, CA 90047 | 11603 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 02/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| PATRICK SEELYE 7630 W ST ANDREWS CIR PORTAGE, MI 49024 | 11760 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $599.95 $599.95 | 03/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Debtors' Sixteenth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Miscellaneous Claims) - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| READING, GLEN<br>8 DEBILL COURT<br>VERNON HILLS, IL 60061 | 8179 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $528.99<br>$528.99 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROLDAN, RODOLFO<br>1602 W ANAHEIM ST<br>HARBOR CITY, CA 90710 | 8359 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $119.98<br>$119.98 | 01/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SABLE, BILL<br>563 WHITE SWAN LANE<br>LANGHORNE, PA 19047 | 3033 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $625.93<br>$625.93 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THEODORE F WAHL<br>3207 CYPRESS ST<br>W MIFFLIN, PA 15122 | 13601 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $151.59<br>$151.59 | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TY D PAUL<br>721 W A ALLEN<br>WYLIE, TX 75098 | 12503 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,286.65<br>$3,286.65 | 04/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        15                    $12,183.64

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc,    Thirty-Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain No Liability Subcontractor Claims) - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGV CONSTRUCTION INC ARMANDO GUERRERO 132 CARRINGTON DR ROCKWALL, TX 75032 | 1609 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $11,644.00 $11,644.00 | 12/12/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC 2445 E GUASTI RD 1ST FL ONTARIO, CA 91761 | 6511 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $37,647.77 $37,647.77 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GENERAL MASONRY & CONCRETE INC 2445 E GUASTI RD 1ST FL ONTARIO, CA 91761 | 5254 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $40,472.30 $40,472.30 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILLSON ELECTRIC INC C O GARY V FULGHUM 2800 COMMERCE TOWER 911 MAIN ST KANSAS CITY, MO 64105 | 4015 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $51,187.09 $51,187.09 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMPERIAL PAVING CO , INC 10715 BLOOMFIELD AVE SANTA FE SPRINGS, CA 90670 | 8134 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $36,880.20 $36,880.20 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Subcontractor Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | 8693 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $50,934.94<br><br>$50,934.94 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| J&L ELECTRICAL SERVICES INC<br>C O CATHERINE HARRISON KING<br>MILLER & MARTIN PLLC<br>1170 PEACHTREE ST NE STE 1170<br>ATLANTA, GA 30309-7706 | 9371 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $105,825.09<br><br>$105,825.09 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHN ROHRER CONTRACTING CO<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4016 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $49,315.86<br><br><br>$49,315.86 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LANG CONSTRUCTION INC<br>C O GARY V FULGHUM<br>2800 COMMERCE TOWER<br>911 MAIN ST<br>KANSAS CITY, MO 64105 | 4018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $43,623.16<br><br><br>$43,623.16 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MITZI INTERNATIONAL HANDBAGS<br>EULER HERMES ACI<br>AGENT OF MITZI INTERNATIONAL HANDBAGS<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 1641 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $23,184.80<br><br>$23,184.80 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                                          Debtors' Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH                                                                            Of Certain No Liability Subcontractor Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUNTECH SERVICES OF FLORIDA<br>ATTN JEFF BOBLOOCH<br>1024 ROYAL BIRKDALE DR<br>TARPON SPRINGS, FL 34688 | 9273 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $20,000.00<br><br><br><br><br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON BUILDING MATERIALS FONTANA<br>PO BOX 950<br>FONTANA, CA 92334 | 5363 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $9,420.53<br><br><br><br><br><br>$9,420.53 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**          **12**                              **$480,135.74**

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Twenty-Sixth Omnibus Objection to Claims (Disallowance
Of Certain No Liability Legal Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ASHLEY ISAAC<br>617 S 76TH ST<br>BIRMINGHAM, AL 35206-5227 | 14526 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$850,000.00<br><br>$850,000.00 | 07/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOOKER,JAMAL<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4230 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6045 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$23,940,292.00<br><br><br><br><br>$23,940,292.00 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARTINEZ, JASON WARWICK<br>621 WEST 7TH ST<br>PUEBLO, CO 81003 | 6260 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$5,291.97<br><br><br>$81.94<br><br>$5,373.91 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>C O RIGHETTI LAW FIRM PC<br>MATTHEW RIGHETTI<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 6039 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$7,070,131.60<br><br><br><br><br>$7,070,131.60 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Sixth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain No Liability Legal Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SNOW, CHRISTOPHER<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEWART, MARK<br>6547 BIG CREEK PKWY<br>PARMA HEIGHTS, OH 44130 | 9295 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$75,000.00<br><br>$75,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        7                    $32,040,797.51

*        "UNL" denotes an unliquidated claim.

Page 2 of 2

In re: Circuit City Stores, Inc., et al.    Fifteenth Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain No Liability Miscellaneous Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRUCE DAVIS<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | 13286 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $250.00<br><br>$250.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13082 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $150.00<br><br>$150.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 13646 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,442.43<br><br>$2,442.43 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | 13035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $799.99<br>$799.99 | 05/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD<br>ATTN NINA MOJIRI AZAD OR MARY PETERS<br>1666 K STREET NW<br>BALTIMORE, MD 20006 | 14216 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,700.00<br><br>$4,700.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Omnibus Objection to Claims (Disallowance
Case No. 08-35653-KRH    Of Certain No Liability Miscellaneous Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEELE, PHILLIP LEE<br>1208 DAWKINS ST  B<br>DURHAM, NC 27707 | 14123 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,189.00<br><br>$3,189.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          6                          $11,531.42

\*          "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1            Date Rcvd: Jan 26, 2010
Case: 08-35653              Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Jan 28, 2010.
aty         +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
             Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**    *Joseph Speetjens*