| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN CLAIMS FILED AGAINST THE WRONG DEBTOR)**

THIS MATTER having come before the Court on the Debtors' Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) on October 9, 2009 (Docket No. 5192) (the "Initial Order"); and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection to the claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the claims identified on <u>Exhibit A</u> on any grounds and bases are hereby preserved in their entirety.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Jan 23 2010 , 2010

        /s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 26 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


 _/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              _/s/ Douglas M. Foley_____
                              Douglas M. Foley

\10444519.1

**In re: Circuit City Stores, Inc, et al.**
Case No. 08-35653-KRH

**Supplemental Order On Debtors'
Twenty-Second Omnibus Objection to
Claims(Disllowance Of Certain Claims Filed
Against The Wrong Debtor)-Withdrawn**

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1251 FOURTH STREET INVESTORS LLC AND BEVERLY GEMINI INVESTMENTS LLC<br>LORI E EROPKIN ESQ SBN 253048<br>LEVINSON ARSHONSKY & KURTZ LLP<br>15303 VENTURA BLVD STE 1650<br>SHERMAN OAKS, CA 91403 | 9271 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,234,942.29<br><br>$2,234,942.29 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| DE RITO PAVILIONS 140 LLC<br>ADAM B NACH ESQ<br>LANE & NACH PC<br>2025 N 3RD ST STE 157<br>PHOENIX, AZ 85004 | 4863 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$594,334.52<br><br>$594,334.52 | 01/21/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MITAC DIGITAL CORP<br>BRANDY GREEN<br>471 EL CAMINO REAL<br>SANTA CLARA, CA 95050 | 6238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,328,695.86<br><br><br><br><br><br>$2,328,695.86 | 01/26/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

**Total:**    3            $5,157,972.67

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Jan 26, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Jan 28, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**    _Joseph Speetjens_