## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** Case No. 08-35653-KRH |
| | **:** (Jointly Administered) |
| Debtors. | **:** |
| | **:** |
| | **:** |

## ORDER ALLOWING INTERIM
## COMPENSATION AND EXPENSE REIMBURSEMENT
### (Gowling Lafleur Henderson LLP)

This matter came before the Court upon the First Interim Application Of Gowling Lafleur

Henderson LLP  ("Gowlings") for Compensation for Services Rendered and Reimbursement of

Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors for the Period

from November 18, 2008 through October 31, 2009 (the "Application"); and it appearing to the

Court that (i) Gowlings provided proper notice of the Application to all necessary parties; (ii) no

objections to the Application have been filed; and (iii) the request for compensation and

reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The requests for compensation in the amount of $104,456.00 and reimbursement of

expenses in the amount of $749.65 by Gowlings be and hereby are allowed; and,

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3.      The Debtors are authorized and directed to pay to Gowlings the amount of

compensation and reimbursement of expenses allowed herein as an administrative expense.

4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Gowlings.

ENTER:  Jan 26 2010

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 27 2010

We ask for this:

/s/ Lynn L. Tavenner
_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

          Co-Counsel for the Official
          Committee of Unsecured Creditors


Seen and No Objection:

/s/  Robert B. Van Arsdale   (per email dated 1/20/2010)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

          Assistant United States Trustee

2

## <u>LOCAL RULE 9022-1 CERTIFICATION</u>

   In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

       <u>*/s/ Lynn L. Tavenner*    </u>
          Co-Counsel

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs         Page 1 of 1          Date Rcvd: Jan 27, 2010
Case: 08-35653              Form ID: pdforder     Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 29, 2010.
```
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                          TOTAL: 0
```

          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2010**                    **Signature:**