| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF ADDITIONAL OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that pursuant to paragraph five (5) of the Amended Notice, Case Management and Administrative Procedures approved by the Court in the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures (Docket No. 6208) (the "Case Management Order"), the Court has scheduled the following omnibus hearings in the above-captioned cases (the "Omnibus Hearing Dates"):

March 18, 2010 at 10:00 a.m.;

April 6, 2010 at 10:00 a.m.;

        April 15, 2010 at 2:00 p.m.;

        April 29, 2010 at 2:00 p.m.;

        May 11, 2010 at 10:00 a.m.;

        May 20, 2010 at 10:00 a.m.; and

        June 3, 2010 at 10:00 a.m.

All matters requiring a hearing in these cases shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

Dated: February 2, 2010    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia    FLOM, LLP
                                           Gregg M. Galardi, Esq.
                                           Ian S. Fredericks, Esq.
                                           P.O. Box 636
                                           Wilmington, Delaware 19899-0636
                                           (302) 651-3000

                                           - and -

                                           SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM, LLP
                                           Chris L. Dickerson, Esq.
                                           155 North Wacker Drive
                                           Chicago, Illinois 60606
                                           (312) 407-0700

                                           - and -

                                           MCGUIREWOODS LLP

                                           /s/ Douglas M. Foley          .
                                           Dion W. Hayes (VSB No. 34304)
                                           Douglas M. Foley (VSB No. 34364)
                                           One James Center
                                           901 E. Cary Street
                                           Richmond, Virginia 23219
                                           (804) 775-1000

                                           Counsel for Debtors and Debtors
                                           in Possession

\9787633