*RICHMOND DIVISION — FILED JAN 29 2010 — CLERK BANKRUPTCY COURT*

In re: The "Objection" Jan. 26, 2010

The United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division

in Re:
Circuit City Stores, Inc.,    Chapter 11
"et al.," ss#(3875)    Case No. 08-35653 (KRH)
Debtors.    Jointly Administered

"Old" Claim Number    amount as Filed    as Modified
13259    $109.99    Priority    Interests

| | | | |
|---|---|---|---|
| 11/11/2008 09:33:12 Bought 50 GM @ 3.11 | Bought through | -165.49 | -$165.49 |
| 11/11/2008 11:34:16 Bought 1000 CCTYQ @ 0.1 | TO Amer. Trade | -109.99 | -$275.48 |
| 11/14/2008 02:50:35 MONEY MARKET REDEMPTION | | | $0.00 |

We bought these Shares in
Circuit City Stores; with "hopes"
of a better Life + retirement!

Louis A Luchak 2269

ss#2269
Louis A Luchak    Dolores J. Luchak
4219 AVE. J
Santa Fe. TX 77510
409-925 1016

"Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reclassify and/or modify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim To Be Reclassified | Claim Amount As Filed | Claim Classification As Filed | Classification As Modified |
|---|---|---|---|---|
| [Claimant Name][1] *Louis A Luchak AND Dolores I Luchak* | | $109.99 | Admin Priority | Interests |
| [Claimant Address] *4219 Ave J, Santa Fe, TX 77510* | | | | |

*Re: Circuit City Stores, Inc., Debtors. Case # 08-35653 (KRH) Chapter 11 Jointly Administered*

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON FEBRUARY 17, 2010, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

### Critical Information for Claimants Choosing to File a Response to the Objection

---

[1] Personalized claim information is included in the personalized notices served on the claimants listed on Exhibit B to the Objection.

2