JANET T. MILLS
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY: 1-888-577-6690

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES:
84 HARLOW ST., 2ND FLOOR
BANGOR, MAINE, 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

44 OAK STREET, 4TH FLOOR
PORTLAND, MAINE, 04101-3014
TEL: (207) 822-0260
FAX: (207) 822-0259
TDD: (877) 428-8800

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE, 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

January 26, 2010

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Suite 4000
Richmond, Virginia 23219

```
RICHMOND DIVISION
F                                   F
I                                   I
L      JAN 2 9 2010                 L
E                                   E
D           CLERK                   D
     US BANKRUPTCY COURT
```

Re:    Circuit City Stores, Inc. et al. Bankruptcy Claims
       Case No. 08-35653 and Case No. 08-35657

Dear Clerk:

It has come to our attention that you have the wrong Zip Code for our mailing address, delaying our receipt of mail sent from the Court. Could you please change our Zip Code on your mailing lists for the above-captioned cases to: **04333-0006**.

Thank you for your attention to this matter.

Sincerely,

Lucinda E. White
Assistant Attorney General

PRINTED ON RECYCLED PAPER