Name : Phillip Lee Steele

Docket No # 6065

Claim number : 8828

SSN : 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

Debtor : 08-35653

Address : 1208 Dawkins St Apt B
Durham, NC 27707

RICHMOND DIVISION
FILED
FEB 2 2010
CLERK
US BANKRUPTCY COURT

"The Response"

```
                                    RICHMOND DIVISION
                                    FILED
                                    JUL 16 2009
                                    CLERK
                                    U.S. BANKRUPTCY COURT
```

United States Bankruptcy Court
Debtor: Circuit City Stores, INC
Case No 08-35653 (KRH) Jointly Administered
Response to Objection:

Name: Phillip Lee Steele
Claim Amount: $3,189

Person with personal knowledge:
~~[scribbled out]~~
Dalya Keon Jackson

I moved to Durham, N.C. in 2006 with my girlfriend, Dalya Jackson who is my girlfriend to this day. I totaled my original vehicle which was a 1985 Mercedes Benz 300C while working for Circuit City. After receiving payments for that vehicle I purchased a 2001 Ford Escort ZX2. I've been leasing that vehicle since I was taken off the Schedule at Circuit City. I could not file fore unemployment because I was still on payroll for Circuit City. I was on payroll from May 07' to May 2009 before I was taken off.

My Address: 1208 Dawkins St Apt B
Durham, NC 27707
(919) 246-4068

1

Name: Dalya M. Jackson
Address: 1208 Dawkins St Apt B Durham 27707 NC
Phone #: (919)-246-4068

I am the girlfriend of Phillip L Steele and I witnessed him working for Circuit City from May 2007 to May 2009. He was on the payroll for three months and they didn't work him or try to release him until May of 2009 so he could recieve unemployment benefits. Mr. Steele was a dedicated worker who did not deserve this type of treatment. He was there for Circuit City even though Circuit City wasn't there for him. Thank you.

Dalya M. Jack—

Date: 7-13-2009

Start Date: 12/29/2008
End Date: 1/27/2010

| Date Posted | Principal | Interest | Charges | Misc Chrgs | Effective Date | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/22/2010 | -$190.59 | -$29.54 | $.00 | $.00 | 1/22/2010 | Drive Collector - ACH | -$220.13 | $976.0 |
| 1/22/2010 | $.00 | $.00 | $.00 | -$10.95 | 1/22/2010 | Drive Collector - ACH | -$10.95 | $1,166 |
| 1/22/2010 | $.00 | $.00 | $.00 | $10.95 | 1/22/2010 | Drive Collector - ACH | $10.95 | $1,166 |
| 1/21/2010 | $.00 | $.00 | $6.00 | $.00 | 1/21/2010 | System Generated Transaction | $6.00 | $1,166 |
| 12/21/2009 | $.00 | $.00 | $6.00 | $.00 | 12/21/2009 | System Generated Transaction | $6.00 | $1,166 |
| 12/11/2009 | -$206.89 | -$13.24 | $.00 | $.00 | 12/11/2009 | Drive Collector - Visa | -$220.13 | $1,166 |
| 12/11/2009 | $.00 | $.00 | $.00 | -$10.95 | 12/11/2009 | Drive Collector - Visa | -$10.95 | $1,373 |
| 12/11/2009 | $.00 | $.00 | $.00 | $10.95 | 12/11/2009 | Drive Collector - Visa | $10.95 | $1,373 |
| 11/25/2009 | -$198.82 | -$51.18 | $.00 | $.00 | 11/25/2009 | Drive Collector - Visa | -$250.00 | $1,373 |
| 11/25/2009 | $.00 | $.00 | $.00 | -$10.95 | 11/25/2009 | Drive Collector - Visa | -$10.95 | $1,572 |
| 11/25/2009 | $.00 | $.00 | $.00 | $10.95 | 11/25/2009 | Drive Collector - Visa | $10.95 | $1,572 |
| 11/24/2009 | $.00 | $.00 | $.00 | -$10.95 | 11/6/2009 | Return - NSF on ACH | -$10.95 | $1,572 |
| 11/24/2009 | $.00 | $.00 | $.00 | $10.95 | 11/6/2009 | Return - NSF on ACH | $10.95 | $1,572 |
| 11/24/2009 | $216.83 | $33.17 | $.00 | $.00 | 11/6/2009 | Return - NSF on ACH | $250.00 | $1,572 |
| 11/24/2009 | $.00 | $.00 | $.00 | $25.00 | 11/6/2009 | Return - NSF on ACH | $25.00 | $1,355 |
| 11/21/2009 | $.00 | $.00 | $6.00 | $.00 | 11/21/2009 | System Generated Transaction | $6.00 | $1,355 |
| 11/6/2009 | -$216.83 | -$33.17 | $.00 | $.00 | 11/6/2009 | Drive Collector - ACH | -$250.00 | $1,355 |
| 11/6/2009 | $.00 | $.00 | $.00 | -$10.95 | 11/6/2009 | Drive Collector - ACH | -$10.95 | $1,572 |
| 11/6/2009 | $.00 | $.00 | $.00 | $10.95 | 11/6/2009 | Drive Collector - ACH | $10.95 | $1,572 |
| 10/21/2009 | $.00 | $.00 | $6.00 | $.00 | 10/21/2009 | System Generated Transaction | $6.00 | $1,572 |
| 10/2/2009 | -$190.38 | -$29.75 | $.00 | $.00 | 10/2/2009 | IVR - Visa | -$220.13 | $1,572 |
| 10/2/2009 | $.00 | $.00 | $.00 | -$10.95 | 10/2/2009 | IVR - Visa | -$10.95 | $1,762 |
| 10/2/2009 | $.00 | $.00 | $.00 | $10.95 | 10/2/2009 | IVR - Visa | $10.95 | $1,762 |
| 9/21/2009 | $.00 | $.00 | $6.00 | $.00 | 9/21/2009 | System Generated Transaction | $6.00 | $1,762 |
| 9/4/2009 | -$122.95 | -$17.05 | $.00 | $.00 | 9/4/2009 | Webpay - Visa | -$140.00 | $1,762 |
| 9/4/2009 | $.00 | $.00 | $.00 | -$10.95 | 9/4/2009 | Webpay - Visa | -$10.95 | $1,885 |
| 9/4/2009 | $.00 | $.00 | $.00 | $10.95 | 9/4/2009 | Webpay - Visa | $10.95 | $1,885 |
| 8/21/2009 | $.00 | $.00 | $6.00 | $.00 | 8/21/2009 | System Generated Transaction | $6.00 | $1,885 |
| 8/20/2009 | -$144.34 | -$75.86 | $.00 | $.00 | 8/20/2009 | IVR - Visa | -$220.20 | $1,885 |
| 8/20/2009 | $.00 | $.00 | $.00 | -$10.95 | 8/20/2009 | IVR - Visa | -$10.95 | $2,030 |
| 8/20/2009 | $.00 | $.00 | $.00 | $10.95 | 8/20/2009 | IVR - Visa | $10.95 | $2,030 |
| 8/19/2009 | $.00 | $.00 | $.00 | -$10.95 | 8/14/2009 | Return - No Account | -$10.95 | $2,030 |
| 8/19/2009 | $.00 | $.00 | $.00 | $10.95 | 8/14/2009 | Return - No Account | $10.95 | $2,030 |
| 8/19/2009 | $151.54 | $68.52 | $.00 | $.00 | 8/14/2009 | Return - No Account | $220.06 | $2,030 |
| 8/19/2009 | $.00 | $.00 | $.00 | $25.00 | 8/14/2009 | Return - No Account | $25.00 | $1,878 |
| 8/14/2009 | -$151.54 | -$68.52 | $.00 | $.00 | 8/14/2009 | Drive Collector - ACH | -$220.06 | $1,878 |
| 8/14/2009 | $.00 | $.00 | $.00 | -$10.95 | 8/14/2009 | Drive Collector - ACH | -$10.95 | $2,030 |
| 8/14/2009 | $.00 | $.00 | $.00 | $10.95 | 8/14/2009 | Drive Collector - ACH | $10.95 | $2,030 |
| 6/19/2009 | -$210.74 | -$9.46 | $.00 | $.00 | 6/19/2009 | Webpay - Visa | -$220.20 | $2,030 |
| 6/19/2009 | $.00 | $.00 | $.00 | -$10.95 | 6/19/2009 | Webpay - Visa | -$10.95 | $2,240 |
| 6/19/2009 | $.00 | $.00 | $.00 | $10.95 | 6/19/2009 | Webpay - Visa | $10.95 | $2,240 |
| 6/12/2009 | -$371.35 | -$99.19 | $.00 | $.00 | 6/12/2009 | Drive Collector - Visa | -$470.54 | $2,240 |
| 6/12/2009 | $.00 | $.00 | $.00 | -$10.95 | 6/12/2009 | Drive Collector - Visa | -$10.95 | $2,612 |
| 6/12/2009 | $.00 | $.00 | $.00 | $10.95 | 6/12/2009 | Drive Collector - Visa | $10.95 | $2,612 |