IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtor. ) | |
| ) | Jointly Administered |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 09-03232 (KRH) |
| ) | |
| ACTIVE MEDIA SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Paul Hastings Janofsky & Walker LLP, as counsel for Active Media Services, Inc., a claimant in this case and a Defendant in Adversary Proceeding No. 09-03232 (KRH), hereby enter their appearance pursuant to 11 U.S.C. §§ 101-1532 and Fed. R. Bankr. P. 9010(b) and such counsel hereby request that, pursuant to Bankr. R. 2002, 3017, and 9007, that all notices given or required to given in this case and all papers served or required to be served in this case, be given to and served upon the following:

James E. Anklam
PAUL HASTINGS JANOFSKY & WALKER LLP
875  15th St., NW
Washington, DC  20005
tel: 202-551-1700
fax: 202-551-1705
jamesanklam@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject o recoupment to which Active Media is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

    /s/ James E. Anklam
James E. Anklam (VSB No. 27976)
PAUL HASTINGS JANOFSKY & WALKER
875  15th St., NW
Washington, DC  20005
tel:    202-551-1700
fax:   202-551-1705

*Counsel for Active Media Services, Inc.*

Dated: February 2, 2010
LEGAL USE 86745570.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of February 2010, I caused a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be served by electronic means through the ECF system in accordance with Bankr. E.D. Va. CM/ECF Policy 9.

                                              /s/ James E. Anklam
                                              James E. Anklam