Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' FIFTEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION
<u>OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)</u>**

THIS MATTER having come before the Court on the Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (the "Objection");[1] and it appearing that due and proper notice and service of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) on August 12, 2009 (Docket No. 4445) (the "Initial Order"); and the Court having entered the Supplemental Order on Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) on November 17, 2009 (Docket No. 5790) (the "Supplemental Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses"); and it appearing that certain Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

    2.    The Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the

claims identified on Exhibit B on any grounds and bases are hereby preserved in their entirety.

3. The Debtors' rights to object to any claim, including (without limitation) the Equity Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

4. To the extent this Order conflicts with the Initial Order or the Supplemental Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

      - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                                /s/ Douglas M. Foley
                                Douglas M. Foley
```

\10511165.2

4

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7242<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>APPLEBY, ROBERT J<br>14320 WINTER RIDGE LANE<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>APPLEBY, ROBERT J<br>14320 WINTER RIDGE LANE<br>MIDLOTHIAN, VA 23113<br><br>Docketed Total: **UNL**<br><br>Case Number  Secured  Priority  Unsecured<br>08-35653                                           UNL | Modified Total: **$0.00**<br><br><br><br>Case Number                                              Interest<br>08-35653                                                       $0.00 |
| Claim: 6864<br>Date Filed: 01/28/2009<br>Docketed Total: $17,737.50<br>Filing Creditor Name and Address:<br>DRAXLER, STEVEN F<br>2322 POCONO CT<br>DE PERE, WI 54115 | Claim Holder Name and Address<br>DRAXLER, STEVEN F<br>2322 POCONO CT<br>DE PERE, WI 54115<br><br>Docketed Total: **$17,737.50**<br><br>Case Number  Secured  Priority     Unsecured<br>08-35653                       $17,737.50 | Modified Total: **$17,737.50**<br><br><br><br>Case Number                                              Interest<br>08-35653                                                 $17,737.50 |

**Total Claims To Be Modified: 2**

**Total Amount As Docketed:** $17,737.50

**Total Amount As Modified:** $17,737.50

\* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Fifteenth Omnibus Objection to Claims Second
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BERGER, CYNDA ANN<br>1525 CRAWFORD WOOD DR<br>MIDLOTHIAN, VA 23114 | 5467 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | UNL |
|---|---|---|---|

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1