Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
<u>AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and Certain Duplicate Claims) on October 29, 2009 (Docket No. 5396) (the "Initial Order"); and the Debtors having submitted the Supplemental Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and Certain Duplicate Claims) to the Court (the "Supplemental Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses") asserting that the claimants did not file duplicative proofs of claim, but rather duplicative claims were mistakenly docketed by the Debtors' claims noticing and balloting agent (the "Claims Agent"); and it appearing that the Claims Agent did in fact docket duplicate claims; that based on this acknowledgement the Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  By agreement of the parties, the Claims identified on

2

<u>Exhibit A</u>, as attached hereto and incorporated herein, are disallowed solely for administrative purposes in these bankruptcy cases.

    2.   Any of the Debtors' costs associated with the Responses shall be borne by the Claims Agent.

    3.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that the applicable law permits are not waived and are expressly reserved, and the rights of the claimants, whose claims are subject to this Order, to assert any claims other than duplicate claims that are the subject of this Order and any available response to any objection raised are likewise reserved.

    4.   To the extent this Order conflicts with the Initial Order and/or the Supplemental Order, this Order shall control.

    5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10099636.7

4

| In re: Circuit City Stores, Inc, et al. | Debtors' Thirty-Fifth Omnibus Objection to Claims |
|---|---|
| Case No. 08-35653-KRH | Second Supplemental Order (Duplicate Claims) - Disallowed |

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14073<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>BEAR VALLEY ROAD PARTNERS LLC<br>ATTN BRAD BECKER<br>C O BECKER DEVELOPMENT INVESTMENTS<br>12730 HIGH BLUFF DR<br>SAN DIEGO, CA 92130<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $36,335.39<br>Reclamation::<br>Unsecured:<br>Total: $36,335.39 | Claim: 14065<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>BEAR VALLEY ROAD PARTNERS LLC<br>ATTN BRAD BECKER<br>C O BECKER DEVELOPMENT INVESTMENTS<br>12730 HIGH BLUFF DR<br>SAN DIEGO, CA 92130<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $36,335.39<br>Reclamation::<br>Unsecured:<br>Total: $36,335.39 |
| Claim: 14072<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>GMS GOLDEN VALLEY RANCH LLC<br>ATTN MICHAEL STRAHS<br>C O TERRAMAR RETAIL CENTERS<br>5973 AVENIDA ENCINAS<br>CARLSBAD, CA 92008-0000<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $5,264.55<br>Reclamation::<br>Unsecured:<br>Total: $5,264.55 | Claim: 14067<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>GMS GOLDEN VALLEY RANCH LLC<br>ATTN MICHAEL STRAHS<br>C O TERRAMAR RETAIL CENTERS<br>5973 AVENIDA ENCINAS<br>CARLSBAD, CA 92008-0000<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $5,264.55<br>Reclamation::<br>Unsecured:<br>Total: $5,264.55 |
| Claim: 14068<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $58,908.69<br>Reclamation::<br>Unsecured:<br>Total: $58,908.69 | Claim: 14066<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $58,908.69<br>Reclamation::<br>Unsecured:<br>Total: $58,908.69 |
| Claim: 14077<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>MANTECA STADIUM PARK LP<br>ATTN DONALD GLATTHORN<br>C O KITCHELL DEVELOPMENT COMPANY<br>703 PALOMAR AIRPORT RD NO 320<br>CARLSBAD, CA 92011<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $52,683.77<br>Reclamation::<br>Unsecured:<br>Total: $52,683.77 | Claim: 14069<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>MANTECA STADIUM PARK LP<br>ATTN DONALD GLATTHORN<br>C O KITCHELL DEVELOPMENT COMPANY<br>703 PALOMAR AIRPORT RD NO 320<br>CARLSBAD, CA 92011<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $52,683.77<br>Reclamation::<br>Unsecured:<br>Total: $52,683.77 |

Case 08-35653-KRH    Doc 6459    Filed 02/04/10    Entered 02/04/10 11:14:11    Desc Main
                                 Document         Page 6 of 6

In re: Circuit City Stores, Inc, et al.                                                                        Debtors' Thirty-Fifth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                          Second Supplemental Order (Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14076  Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 06/30/2009  Secured:<br>Creditor's Name and Address:  Priority:<br>SWEETWATER ASSOCIATES LIMITED PARTNERSHIP  Administrative: $40,928.54<br>ATTN KERRIE L OZARSKI REAL ESTATE MANAGER  Reclamation::<br>C O STEPSTONE REAL ESTATE SERVICES  Unsecured:<br>1660 UNION ST 4TH FL  Total: $40,928.54<br>SAN DIEGO, CA 92101-2926 | Claim: 14074  Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 06/30/2009  Secured:<br>Creditor's Name and Address:  Priority:<br>SWEETWATER ASSOCIATES LIMITED PARTNERSHIP  Administrative: $40,928.54<br>ATTN KERRIE L OZARSKI REAL ESTATE MANAGER  Reclamation::<br>C O STEPSTONE REAL ESTATE SERVICES  Unsecured:<br>1660 UNION ST 4TH FL  Total: $40,928.54<br>SAN DIEGO, CA 92101-2926 |

5

**Total Claims To Be Duplicated:** 5

**Total Asserted Amount To Be Duplicated:** $194,120.94