**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |

**AFFIDAVIT OF SERVICE**

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 1, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Supplemental Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (Docket No. 6363)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On February 1, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Order Sustaining Debtors' Sixty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Asserted Against a Domestic Company for Which the Debtors Show No Liability) (Docket No. 6364)

On February 1, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit C**:

1. Order Sustaining Debtors' Sixty-Fourth Omnibus Objection to Claims (Disallowance for Certain Qualified Pension Plan and 401(k) Claims) (Docket No. 6365)

On February 1, 2010, copies of the following document were served via first class mail upon the party set forth on the service list attached hereto as **Exhibit D**:

1. Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims)) (Docket No. 6368)

On February 1, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit E**:

1. Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Dated: February 3, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 3rd day of February, 2010, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> AIMEE M. PAREL
> Commission # 1866499
> Notary Public - California
> Los Angeles County
> My Comm. Expires Sep 27, 2013

# EXHIBIT A

Circuit City Stores, Inc.
Omni 35 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALBERQUE, EDWARD A | | 4100 46TH AVE S | | ST PETERSBURG | FL | 33711-4446 | USA |
| Chase Bank USA National Association | Attn Deborah J Stipick Esq | 201 N Walnut St | 3 Christina Ctr | Wilmington | DE | 19801 | USA |
| Gelco Corporation Doing Business as GE Fleet Services | Attn Keith Bergquist Bankruptcy Litigation Mgr | Three Capital Dr | | Eden Prairie | MN | 55344 | USA |
| JWC Loftus LLC | Philip C Baxa Esq | Mercer Trigiani LLP | 16 S Second St | Richmond | VA | 23219-3723 | USA |
| JWC Loftus LLC | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | USA |
| JWC Loftus LLC | JWC Loftus LLC | | 2595 Canyon Blvd Ste 250 | Boulder | CO | 80302 | USA |
| JWC Loftus LLC | JWC Loftus LLC | | 2595 Canyon Blvd Ste 250 | Boulder | CO | 80302 | USA |
| LUBARY, JAMES | | 3161 DRUID LN | | LOS ALAMITOS | CA | 90720 | USA |
| Newport News Shopping Center LLC | Paul K Campsen Esq | Kaufman & Canoles | 150 W Main St Ste 2100 | Norfolk | VA | 23510 | USA |

# EXHIBIT B

Circuit City Stores, Inc.
Omni 62 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Computershare Trust Co of Canada | Plan Managers | 1500 University Ave 7th Fl | | Montreal | QC | H3A 3S8 | Canada |
| Hewlett Packard Canada Co | c o Friedman Dumas & Springwater LLP | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | USA |
| Hewlett Packard Canada Co | c o Friedman Dumas & Springwater LLP | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | USA |
| InnerWorkings Inc | Attn Joseph Busky | 600 W Chicago Ave Ste 850 | | Chicago | IL | 60654 | USA |
| InnerWorkings Inc | DLA Piper LLP US | Timothy W Brink | 203 N LaSalle St Ste 1900 | Chicago | IL | 60601-1293 | USA |
| Monster Cable International Limited | Attn Legal | c o Monster Cable Products Inc | 455 Valley Dr | Brisbane | CA | 94005 | USA |
| Monster Technology International Limited | Attn Legal | c o Monster Cable Products Inc | 455 Valley Dr | Brisbane | CA | 94005 | USA |

# EXHIBIT C

Circuit City Stores, Inc.
Omni 64 Claims Objection Claimants

| Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|
| APODACA, JOANN | 705 DAKOTA SE | ALBUQUERQUE | NM | 87108 | USA |
| CRITTENDEN, ALAN | 286 DESOTO DRIVE | AIKEN | SC | 29803 | USA |
| Czupkowski, Mark A | 648 Fan Hill Rd | Monroe | CT | 06468 | USA |
| Freeman, James M | 10307 Sageglow | Houston | TX | 77089 | USA |
| MOYERS, TOBY P | 12102 CHEROY WOOD CT | ASHLAND | VA | 23005 | USA |
| RICH, ERROL R | 4325 WINTERBERRY RIDGE CT | WINSTON SALEM | NC | 27103 | USA |
| SALERNO, JOHN | 3342 ASHLEY DRIVE | BLASDELL | NY | 14219 | USA |
| SCHALLE, GREGORY | P O BOX 235 | CLAREMONT | VA | 23899 | USA |
| SHEPHERD, CAROL | 7347 HIDDEN LAKE ESTATE DR | MECHANICSVILLE | VA | 23111 | USA |
| SLAVIN, MARTIN | 9219 BELLFALL CT | COLUMBIA | MD | 21045 | USA |
| SNYDER, EVELYN | 9 MEADOW VALLEY DRIVE | RISING SUN | MD | 21911 | USA |
| WALTON, NATALIA G | 601 OAK HALL TERRACE | SANDSTON | VA | 23150-3441 | USA |

# EXHIBIT D

Circuit City Stores, Inc.
Omni 60 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AGV Construction Inc | Armando Guerrero | 132 Carrington Dr | | | Rockwall | TX | 75032 | USA |
| Amanda Compton | | 2649 Coronado Rdg | | | Lexington | KY | 40511 | USA |
| Ashley Isaac | | 617 S 76th St | | | Birmingham | AL | 35206-5227 | USA |
| BOOKER,JAMAL | JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT | 2640 WESTVIEW DR BOX 6286 | | | WYOMISSING | PA | 19610 | USA |
| BOOKER,JAMAL | KOZLOFF STOUDT | JEFFREY R ELLIOTT ESQ | BARRY W SAWTELLE ESQ | 2640 WESTVIEW DR | WYOMISSING | PA | 19610 | USA |
| Bruce Davis | | 76 Webwood Cir | | | Rochester | NY | 14626 | USA |
| Bruce Senator | Bruce Senator F 99302 | California Mens Colony | PO Box 8103 | | San Luis Obispo | CA | 93403-8103 | USA |
| Bruce Senator | Bruce Senator | c o Nancy Lee | 10502 Lampson Ave | | Garden Grove | CA | 92840 | USA |
| Carrow, Joe A | | 14873 Masonic Blvd | | | Warren | MI | 48088 | USA |
| Carter, Artie | | 124 E 95th St | | | Chicago | IL | 60619 | USA |
| Carter, Artie | Harman & Fedick Ltd | Lindsay A Markley Esq | 222 N LaSalle St Ste 430 | | Chicago | IL | 60601 | USA |
| Chirag Govani | Mark Bradshaw Esq | Shulman Hodges & Bastian LLp | 26632 Towne Ctr Dr Ste 300 | | Foothill Ranch | CA | 92610 | USA |
| Citigroup Inc | Sara B Blotner Esq | 125 Broad St 7th Fl | | | New York | NY | 10004 | USA |
| Dasgupta, Jean | Jean Dasgupta Ryan Dasgupta | 2723 Pembsly Dr | | | Vienna | VA | 22181 | USA |
| General Masonry & Concrete Inc | | 2445 E Guasti Rd 1st Fl | | | Ontario | CA | 91761 | USA |
| General Masonry & Concrete Inc | | 2445 E Guasti Rd 1st Fl | | | Ontario | CA | 91761 | USA |
| HAMPTON, HERMAN DESEAN | | 4902 HARVEST FIELDS CIR | | | MEMPHIS | TN | 38125-4725 | USA |
| HAMPTON, HERMAN DESEAN | Hampton Herman Desean | | 4902 Harvest Fields Cir | | Memphis | TN | 38136 | USA |
| HILGENBERG, JOHN & EVELYN | KENNETH G GILMAN | GILMAN & PASTOR LLP | 225 FRANKLIN ST 16TH FL | | BOSTON | MA | 02110 | USA |
| HILLSON ELECTRIC INC | c o Gary V Fulghum | 2800 Commerce Tower | 911 Main St | | Kansas City | MO | 64105 | USA |
| IMPERIAL PAVING CO , INC | | 10715 BLOOMFIELD AVE | | | SANTA FE SPRINGS | CA | 90670 | USA |
| J&L Electrical Services Inc | c o Catherine Harrison King | Miller & Martin PLLC | 1170 Peachtree St NE Ste 1170 | | Atlanta | GA | 30309-7706 | USA |
| J&L Electrical Services Inc | c o Catherine Harrison King | Miller & Martin PLLC | 1170 Peachtree St NE Ste 1170 | | Atlanta | GA | 30309-7706 | USA |
| J&L Electrical Services Inc | J&L Electrical Services Inc | c o John Gudger | 141 Railroad St Ste 108 | | Canton | GA | 30115 | USA |
| J&L Electrical Services Inc | J&L Electrical Services Inc | c o John Gudger | 141 Railroad St Ste 108 | | Canton | GA | 30115 | USA |
| Jack Hernandez and All Those Similarly Situated | c o Righetti Law Firm PC Matthew Righetti | 456 Montgomery St Ste 1400 | | | San Francisco | CA | 94104 | USA |
| JOHN ROHRER CONTRACTING CO | c o Gary V Fulghum | 2800 Commerce Tower | 911 Main St | | KANSAS CITY | MO | 64105-5301 | USA |
| JOHN ROHRER CONTRACTING CO | JOHN ROHRER CONTRACTING COMPANY INC | | 2820 ROE LN BLDG S | | KANSAS CITY | KS | 66103 | USA |
| Johnson, Steven | | 1538 Pemberton Dr | | | Columbus | OH | 43221 | USA |
| KOEHLER, KATHY | | 1188 WAVING WILLOW DR | | | KETTERING | OH | 45409 | USA |
| KUNYSZ, WILLIAM | | 2213 TIMBER TRAIL | | | PLAINFIELD | IL | 60586-5084 | USA |
| LANG CONSTRUCTION INC | c o Gary V Fulghum | 2800 Commerce Tower | 911 Main St | | Kansas City | MO | 64105 | USA |
| LUCERO, JOSHUA THOMAS | | 280 CORTEZ ST | | | DENVER | CO | 80221 | USA |
| MARTIN, JOHNNY | | 3720 NW 63RD ST | | | FT LAUDERDALE | FL | 33309 | USA |
| MARTINEZ, JASON WARWICK | | 621 WEST 7TH ST | | | PUEBLO | CO | 81003-2317 | USA |
| MIGUEL, AUSTIN | | 1636 W 120TH | | | LOS ANGELES | CA | 90047 | USA |
| Mitzi International Handbags | Euler Hermes ACI | Agent of Mitzi International Handbags | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | USA |
| Ohio Bureau of Workers Compensation | Legal Division Bankruptcy Unit | PO Box 15567 | | | Columbus | OH | 43215-0567 | USA |
| Oklahoma Department of Agriculture Food and Forestry | Attn James Woodruff | 2800 N Lincoln Blvd | | | Oklahioma City | OK | 73105-4298 | USA |
| Patricia Ciesla | Weiner Lesniak LLP | Attorneys at Law | 629 Parsippany Rd | PO Box 0438 | Parsippany | NJ | 07054-0438 | USA |

Circuit City Stores, Inc.
Omni 60 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Patricia Johnson | | 2680 Bell Hurst Dr | | | Dunedin | FL | 34698 | USA |
| Patrick Seelye | | 7630 W St Andrews Cir | | | Portage | MI | 49024 | USA |
| Public Company Accounting Oversight Board | Attn Nina Mojiri Azad or Mary Peters | 1666 K Street NW | | | Baltimore | MD | 20006 | USA |
| READING, GLEN | | 8 DEBILL COURT | | | VERNON HILLS | IL | 60061-2401 | USA |
| Robert Gentry and All Those Similarly Situated | c o Righetti Law Firm PC Matthew Righetti | 456 Montgomery St Ste 1400 | | | San Francisco | CA | 94104 | USA |
| ROLDAN, RODOLFO | | 1602 W ANAHEIM ST | | | HARBOR CITY | CA | 90710 | USA |
| SABLE, BILL | | 563 WHITE SWAN LANE | | | LANGHORNE | PA | 19047 | USA |
| SNOW, CHRISTOPHER | JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT | 2640 WESTVIEW DR BOX 6286 | | | WYOMISSING | PA | 19610 | USA |
| SNOW, CHRISTOPHER | KOZLOFF STOUDT | JEFFREY R ELLIOTT ESQ | BARRY W SAWTELLE ESQ | 2640 WESTVIEW DR | WYOMISSING | PA | 19610 | USA |
| Steele, Phillip Lee | | 1208 Dawkins St  B | | | Durham | NC | 27707 | USA |
| STEWART, MARK | | 6547 BIG CREEK PKWY | | | PARMA HEIGHTS | OH | 44130-2858 | USA |
| STEWART, MARK | Morris Levin Co LPA | Morris Levin | 55 Public Sq Ste 940 | | Cleveland | OH | 44113-1998 | USA |
| SUNTECH SERVICES OF FLORIDA | ATTN JEFF BOBLOOCH | 1024 ROYAL BIRKDALE DR | | | TARPON SPRINGS | FL | 34688-6322 | USA |
| Theodore F Wahl | | 3207 Cypress St | | | W Mifflin | PA | 15122 | USA |
| THOMPSON BUILDING MATERIALS FONTANA | | PO BOX 950 | | | FONTANA | CA | 92334 | USA |
| Ty D Paul | | 721 W A Allen | | | Wylie | TX | 75098 | USA |
| Young, Jackson H | | 1958 Farley Dr | | | Wilmington | NC | 28405-1014 | USA |

3

# EXHIBIT E

Circuit City Stores, Inc.
Omni 22 Claims Objection Claimants

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1251 Fourth Street Investors | Lori E Eropkin Esq SBN 253048 | Levinson Arshonsky & Kurtz LLP | 15303 Ventura Blvd Ste 1650 | Sherman Oaks | CA | 91403 | USA |
| De Rito Pavilions 140 LLC | Adam B Nach Esq | Lane & Nach PC | 2025 N 3rd St Ste 157 | Phoenix | AZ | 85004 | USA |
| De Rito Pavilions 140 LLC | De Rito Partners Development Inc | Attn Barbara Kunze | 3200 E Camelback Rd Ste 175 | Phoenix | AZ | 85018 | USA |
| MiTAC Digital Corp | Brandy Green | 471 El Camino Real | | Santa Clara | CA | 95050 | USA |