# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| | **Case No. 08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.* | |
| | **Jointly Administered** |
| Debtors. | **Judge Kevin R. Huennekens** |

## NOTICE WITHDRAWING MOTION TO FILE LATE PROOF OF CLAIM

COMES NOW Michael T. Chalifoux ("Chalifoux"), through his undersigned counsel, and in light of the Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims entered January 27, 2010 [Docket No. 6373], hereby withdraws his Motion to File Late Proof of Claim [Docket No. 2676].

Date: February 4, 2010                                   Respectfully submitted,

                                                         /s/ Richard E. Hagerty
                                                         Richard E. Hagerty
                                                         VSB No. 47673
                                                         *Attorney for Michael T. Chalifoux*
                                                         Troutman Sanders LLP
                                                         1660 International Drive, Suite 600
                                                         McLean, VA  22102
                                                         (703) 734-4326
                                                         (703) 448-6520 (facsimile)
                                                         richard.hagerty@troutmansanders.com

Richard E. Hagerty
VSB No. 47673
*Attorney for Mike Chalifoux*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that on this 4th day of February, 2010, I have served the foregoing Amended Notice of Motion (i) electronically or by first class mail postage prepaid on the "2002" and "Core" lists and (ii) through the Court's ECF System.

                                          /s/ Richard E. Hagerty
                                Richard E. Hagerty, VSB No. 47673

Tyson01 413316v1 235554.000001