Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
FAX: 804.783.6507
pbliley@williamsmullen.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No. 08-35653 (KRH) |
| | ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Carmax, Inc. (the "Creditor"), by counsel, pursuant to Fed.R.Bankr.P. 3006, hereby withdraws the original and amended proofs of claim (Claim Nos. 8298 and 14710) filed on account of its general unsecured claim.

**THE CREDITOR DOES NOT RELEASE AND EXPRESSLY RESERVES ALL OF ITS RIGHTS WITH RESPECT TO THE CLAIM FILED IN ITS RELEATED COMPANY CARMAX AUTO SUPER STORES, INC.**

CARMAX, INC.

By  /s/ Paul S. Bliley, Jr.
    Of Counsel

Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
FAX: 804.783.6507
**pbliley@williamsmullen.com**

## CERTIFICATE OF SERVICE

That on the 4th day of February, 2010, I caused the foregoing to be (i) electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System, which causes notices of the electronic filing to be served all registered users of the CM/ECF System that have filed notices of appearance, and (ii) electronically mailed to all parties on the "Rule 2002 Service List" maintained on the website of the Debtors' Court-approved noticing agent in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

7327816_1.DOC