IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 |
| | | Chapter 11 |
| | Debtors. | Jointly Administered |

**ORDER ON MOTION FOR ALLOWANCE OF THE LATE FILED
ADMINISTRATIVE EXPENSE CLAIM OF EXPORT DEVELOPMENT CANADA**

Upon consideration of the Motion for Allowance of the Late Filed Administrative Expense Claim of Export Development Canada ("EDC") (Docket No. 2960) (the "Motion"), the Debtors' objections thereto (Docket Nos. 3131, 3154 and 6252) (collectively, the "Objection") and EDC's replies thereto (Docket Nos. 3152, 4186 and 6264) (collectively, the "Reply"); and the Court having reviewed the Motion, the Objection, and the Reply; and the Court having held an evidentiary hearing and considered the arguments advanced by EDC and the Debtors at the hearing held on January 14, 2010 (the "Hearing"); and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefore as set out in the Court's Findings of Fact and Conclusions of Law entered on this date, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is SUSTAINED and the Motion is DENIED.

2. Claim No. 8051 is disallowed for all purposes in these bankruptcy cases. EDC is not entitled to any administrative expense claim(s) pursuant to 11 U.S.C. § 503(b)(9) with respect to its alleged claim(s) on behalf of TechCraft.

3. KCC is hereby directed to update the official claims register as is necessary or appropriate to carry out the provisions of this Order.

ENTERED: _____

                                                      /s/Kevin R. Huennekens
                                 UNITED STATES BANKRUPTCY JUDGE