IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 (KRH) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 09-03232 (KRH) |
| ) | |
| ACTIVE MEDIA SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF MICHAEL M. BRUSO

James E. Anklam ("Movant"), a member in good standing of the Bar of this Court, hereby moves the Court, pursuant to E.D. Va. Bankr. R. 2090-1(E)(2), to enter an Order permitting Michael M. Bruso, of the New York Office of the Paul Hastings Janofsky & Walker LLP firm, to appear pro hac vice in the above-referenced Bankruptcy Case, the above-referenced Adversary Case, and any related proceedings before the United States Bankruptcy Court for the Eastern District of Virginia, to represent Active Media Services, Inc. ("Active Media"), a creditor in the Bankruptcy Case and Defendant in the Adversary Case. In support of this Motion, Movant states as follows:

1.   As required by E.D. Va. Bankr. R. 2090-1(E)(2), Movant appends hereto the Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2)

executed by Mr. Bruso and by the Movant, which sets forth Mr. Bruso's qualifications for admission pro hac vice.

2. Movant requests that this Court authorize Mr. Bruso to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case and the Adversary Case on behalf of Active Media.

3. Movant shall serve as co-counsel with Mr. Bruso in the Bankruptcy Case and the Adversary Case and, unless excused from the requirement by the Court, will appear with him as required by E.D. Va. Bankr. R. 2090-1(E)(2).

4. Notice of this Motion will be given by electronic notice to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all other persons receiving electronic notice via ECF in the Bankruptcy Case.

WHEREFORE, Movant respectfully requests this Court enter an Order, substantially in the form submitted, permitting Mr. Bruso to appear pro hac vice in association with the Movant as counsel for Active Media in these proceedings.

Respectfully submitted,

/s/ James E. Anklam
James E. Anklam (VSB No. 27976)
PAUL HASTINGS JANOFSKY & WALKER
875 15th St., NW
Washington, DC 20005
tel:   202-551-1700
fax:  202-551-1705

*Counsel for Active Media Services, Inc.*

Dated: February 4, 2010
LEGAL USE 86771751.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2010, I caused a copy of the foregoing Motion for Admission Pro Hac Vice of Michael M. Bruso to be served by electronic means through the ECF system in accordance with Bankr. E.D. Va. CM/ECF Policy 9.

/s/ James E. Anklam
James E. Anklam

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653        ,* Case Name Circuit City Stores, Inc.

PERSONAL STATEMENT

FULL NAME (no initials, please) Michael Melburn Bruso
Bar Identification Number 4446993        State New York
Firm Name Paul, Hastings, Janofsky & Walker LLP
Firm Phone # 212-318-6000        Direct Dial # 212-318-6287        FAX # 212-230-7688
E-Mail Address michaelbruso@paulhastings.com
Office **Mailing** Address 75 East 55th Street, New York, NY 10022-3205
Name(s) of federal court(s) in which I have been admitted U.S. District Courts - SDNY and EDNY

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        Feb. 3, 2010
(Signature)        (Date)

James E. Anklam
(Typed or Printed Name)

_____

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)        (Date)

Ver. 11/05/09 [effective 12/01/09]