```
Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION
OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (the "Objection");[1] and it appearing that due and proper notice and service of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) on October 9, 2009 (Docket No. 5190) (the "Initial Order"); and the Court having entered the Supplemental Order on Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) on November 17, 2009 (Docket No. 5788) (the "Supplemental Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses"); and it appearing that certain Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection to the claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein is withdrawn; <u>provided, however,</u> that the Debtors' rights and abilities to object to the claims identified on <u>Exhibit A</u> on any grounds and bases are hereby preserved in their entirety.

2.  The Debtors' rights to object to any claim, including

(without limitation) the Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. To the extent this Order conflicts with the Initial Order or the Supplemental Order, this Order shall control.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
      <u>Feb 4 2010</u>      , 2010

/s/ Kevin Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Feb 4 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley


\10512428.2

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Thirty-Second Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims
Filed By Equityholders To Interests) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEVEN F DRAXLER<br>2322 POCONO CT<br>DE PERE, WI 54115 | 6955 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,440.00<br><br><br><br><br>$5,440.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $5,440.00

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1                 Date Rcvd: Feb 04, 2010
Case: 08-35653                  Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 06, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:** _Joseph Speetjens_