Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| <u>et</u> <u>al</u>., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and Certain Duplicate Claims) on October 29, 2009 (Docket No. 5396) (the "Initial Order"); and the Debtors having submitted the Supplemental Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and Certain Duplicate Claims) to the Court (the "Supplemental Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses") asserting that the claimants did not file duplicative proofs of claim, but rather duplicative claims were mistakenly docketed by the Debtors' claims noticing and balloting agent (the "Claims Agent"); and it appearing that the Claims Agent did in fact docket duplicate claims; that based on this acknowledgement the Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    By agreement of the parties, the Claims identified on

Exhibit A, as attached hereto and incorporated herein, are disallowed solely for administrative purposes in these bankruptcy cases.

    2.   Any of the Debtors' costs associated with the Responses shall be borne by the Claims Agent.

    3.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that the applicable law permits are not waived and are expressly reserved, and the rights of the claimants, whose claims are subject to this Order, to assert any claims other than duplicate claims that are the subject of this Order and any available response to any objection raised are likewise reserved.

    4.   To the extent this Order conflicts with the Initial Order and/or the Supplemental Order, this Order shall control.

    5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
      Feb 4 2010    , 2010

        /s/ Kevin Huennekens
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Feb 4 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\10099636.7

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Fifth Omnibus Objection to Claims  
Second Supplemental Order (Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 14073<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>BEAR VALLEY ROAD PARTNERS LLC<br>ATTN BRAD BECKER<br>C O BECKER DEVELOPMENT INVESTMENTS<br>12730 HIGH BLUFF DR<br>SAN DIEGO, CA 92130 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $36,335.39<br>Reclamation::<br>Unsecured:<br>Total: $36,335.39 | | Claim: 14065<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>BEAR VALLEY ROAD PARTNERS LLC<br>ATTN BRAD BECKER<br>C O BECKER DEVELOPMENT INVESTMENTS<br>12730 HIGH BLUFF DR<br>SAN DIEGO, CA 92130 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $36,335.39<br>Reclamation::<br>Unsecured:<br>Total: $36,335.39 | |
| Claim: 14072<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>GMS GOLDEN VALLEY RANCH LLC<br>ATTN MICHAEL STRAHS<br>C O TERRAMAR RETAIL CENTERS<br>5973 AVENIDA ENCINAS<br>CARLSBAD, CA 92008-0000 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $5,264.55<br>Reclamation::<br>Unsecured:<br>Total: $5,264.55 | | Claim: 14067<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>GMS GOLDEN VALLEY RANCH LLC<br>ATTN MICHAEL STRAHS<br>C O TERRAMAR RETAIL CENTERS<br>5973 AVENIDA ENCINAS<br>CARLSBAD, CA 92008-0000 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $5,264.55<br>Reclamation::<br>Unsecured:<br>Total: $5,264.55 | |
| Claim: 14068<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $58,908.69<br>Reclamation::<br>Unsecured:<br>Total: $58,908.69 | | Claim: 14066<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>LAGUNA GATEWAY PHASE 2 LP<br>ATTN JOHN L PAPPAS<br>C O PAPPAS INVESTMENTS<br>2020 L ST 5TH FL<br>SACRAMENTO, CA 95814 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $58,908.69<br>Reclamation::<br>Unsecured:<br>Total: $58,908.69 | |
| Claim: 14077<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>MANTECA STADIUM PARK LP<br>ATTN DONALD GLATTHORN<br>C O KITCHELL DEVELOPMENT COMPANY<br>703 PALOMAR AIRPORT RD NO 320<br>CARLSBAD, CA 92011 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $52,683.77<br>Reclamation::<br>Unsecured:<br>Total: $52,683.77 | | Claim: 14069<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>MANTECA STADIUM PARK LP<br>ATTN DONALD GLATTHORN<br>C O KITCHELL DEVELOPMENT COMPANY<br>703 PALOMAR AIRPORT RD NO 320<br>CARLSBAD, CA 92011 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $52,683.77<br>Reclamation::<br>Unsecured:<br>Total: $52,683.77 | |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Fifth Omnibus Objection to Claims  
Second Supplemental Order (Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 14076<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>SWEETWATER ASSOCIATES LIMITED PARTNERSHIP<br>ATTN KERRIE L OZARSKI REAL ESTATE MANAGER<br>C O STEPSTONE REAL ESTATE SERVICES<br>1660 UNION ST 4TH FL<br>SAN DIEGO, CA 92101-2926 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,928.54<br>Reclamation::<br>Unsecured:<br>Total: $40,928.54 | Claim: 14074<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>SWEETWATER ASSOCIATES LIMITED PARTNERSHIP<br>ATTN KERRIE L OZARSKI REAL ESTATE MANAGER<br>C O STEPSTONE REAL ESTATE SERVICES<br>1660 UNION ST 4TH FL<br>SAN DIEGO, CA 92101-2926 | Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative: $40,928.54<br>Reclamation::<br>Unsecured:<br>Total: $40,928.54 |

5

**Total Claims To Be Duplicated:** 5  
**Total Asserted Amount To Be Duplicated:** $194,120.94

Page 2 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1               Date Rcvd: Feb 04, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 06, 2010.
aty            +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
                 Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:** _Joseph Speetjens_