IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,  Case No. 08-35653
  *et al.*,  Chapter 11
  Debtors.  Jointly Administered

**ORDER ON MOTION FOR ALLOWANCE OF THE LATE FILED
ADMINISTRATIVE EXPENSE CLAIM OF EXPORT DEVELOPMENT CANADA**

Upon consideration of the Motion for Allowance of the Late Filed Administrative Expense Claim of Export Development Canada ("EDC") (Docket No. 2960) (the "Motion"), the Debtors' objections thereto (Docket Nos. 3131, 3154 and 6252) (collectively, the "Objection") and EDC's replies thereto (Docket Nos. 3152, 4186 and 6264) (collectively, the "Reply"); and the Court having reviewed the Motion, the Objection, and the Reply; and the Court having held an evidentiary hearing and considered the arguments advanced by EDC and the Debtors at the hearing held on January 14, 2010 (the "Hearing"); and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefore as set out in the Court's Findings of Fact and Conclusions of Law entered on this date, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is SUSTAINED and the Motion is DENIED.

2. Claim No. 8051 is disallowed for all purposes in these bankruptcy cases. EDC is not entitled to any administrative expense claim(s) pursuant to 11 U.S.C. § 503(b)(9) with respect to its alleged claim(s) on behalf of TechCraft.

3. KCC is hereby directed to update the official claims register as is necessary or appropriate to carry out the provisions of this Order.

ENTERED: February 4, 2010

/s/Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 2/4/2010

2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1              Date Rcvd: Feb 04, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 06, 2010.
       +Ronald A. Clifford, Esq.,   1000 Quail St., Ste. 200,   Newport Beach, CA 92660-2767

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:** _Joseph Speetjens_