Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' FORTY-EIGHTH OMNIBUS
OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES AND 503(b)(9)
CLAIMS AND MOTION FOR (I) AUTHORITY TO SETOFF AGAINST SUCH
EXPENSES AND CLAIMS AND (II) A WAIVER OF THE REQUIREMENT
THAT THE FIRST HEARING ON ANY RESPONSE PROCEED AS A STATUS
CONFERENCE**

THIS MATTER having come before the Court on the

Debtors' Forty-Eighth Omnibus Objection To Certain

Administrative Expenses And 503(B)(9) Claims And Motion For

(I) Authority To Setoff Against Such Expenses And Claims

And (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (the "Objection"),[1] which requested, among other things, that the claims identified on Exhibit C attached to the Objection be reduced as identified on Exhibit C for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and, for the reasons set forth in this Court's Memorandum Opinion and Order dated December 3, 2009,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED as to the Claimant set forth on <u>Exhibit A</u> attached hereto and incorporated herein.

2.    The Debtors are authorized to exercise their setoff rights in order to offset Circuit City's Receivables against the Administrative Expense identified on <u>Exhibit A</u> attached hereto in the manner provided therein.

3.    The 503(b)(9) Claim set forth on <u>Exhibit A</u> is reduced as provided in <u>Exhibit A</u>.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

4.   In the event the Debtors determine that any
Administrative Expense set forth in the Objection is
overstated, the Debtors' rights to obtain payment of the
amount of the Receivable offset against the overstated
amount of the Claim are not waived and are expressly
reserved.

5.   To the extent that this Order conflicts with the
Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth
Omnibus Objections entered on December 3, 2009 (D.I. 5964),
or the Supplemental Order on Debtors' Forty-Eighth Omnibus
Objection to Certain Administrative Expenses and 503(B)(9)
Claims and Motion for (I) Authority to Setoff Against Such
Expenses and Claims and (II) a Waiver of the Requirement
that the First Hearing on any Response Proceed as a Status
Conference entered on December 18, 2009 (D.I. 6125), this
Order shall control.

6.   The Debtors' rights to seek to avoid any
transfers under 11 U.S.C. §§ 547, 553 or any other section
of the Bankruptcy Code or applicable law with respect to
the Claimant are not waived and are expressly reserved.

7.   To the extent any Receivable remains after the
offsets contemplated by the Objection are effectuated, the
Debtors' rights to obtain payment of any remaining

Receivable, or offset the Receivable against other claims filed by the Claimant, are not waived and are expressly reserved.

8.    The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to the Administrative Expenses included in the Objection or any other claims that have been or may be asserted against the Debtors on any grounds governing law permits, and to seek reduction of any claim to the extent such claim has been paid, are not waived and are expressly reserved.

9.    This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

10.   The Debtors shall serve a copy of this Order on the Claimant included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia

_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    /s/ Douglas M. Foley_____
                    Douglas M. Foley

\10196155

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Claims

Objection to Certain Administrative Expenses and 503(b)(9) Claims - Ordered

**EXHIBIT A**

| 503(b) ADMINISTRATIVE EXPENSE CREDITOR'S  NAME AND ADDRESS | ADMINISTRATIVE CLAIM | | 503(b)(9) CREDITOR'S NAME AND ADDRESS | 503(b)(9) CLAIM | REMAINING RECEIVABLES |
|---|---|---|---|---|---|
| Claim Number:                    N/A<br>Date Filed:                      N/A<br>Docketed Debtor:          N/A<br><br>COHESION PRODUCTS INC<br>895 DOVE ST STE 310<br>NEWPORT BEACH, CA 92660 | Docketed Amount*:          N/A<br><br>Total Receivables:          N/A<br><br>Modified Amount:          N/A | | Claim Number:                    1138<br>Date Filed:                12/15/2008<br>Docketed Debtor:    CIRCUIT CITY STORES, INC. (08-35653)<br><br>COHESION PRODUCTS INC<br>895 DOVE ST STE 310<br>NEWPORT BEACH, CA 92660 | Docketed Amount*:      $223,062.84<br><br>Total Receivables:        $4,010.64<br><br>Modified Amount:      $219,052.20 | $0.00 |

| | Total Docketed Amount: | | | Total Docketed Amount: | $223,062.84 |
|---|---|---|---|---|---|
| | Total Modified Amount: | | | Total Modified Amount: | $219,052.20 |

* Claims filed, adjourned or ordered on prior omnibus
objections are reflected at the modified amount