Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
              Debtors.       : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 11, 2010 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
February 11, 2010 beginning at 11:00 a.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Motion of United Radio, Inc. to Modify the Automatic
      Stay or for Abandonment, and Notice of Motion and
      Notice of Hearing (Docket No. 6346)

          Objection
          Deadline:          February 8, 2010, extended for the
                             Debtors until February 17, 2010 at 4:00
                             p.m.

          Objections/
          Responses
          Filed:             None at the time of filing this agenda

           Status:           This matter has been resolved.  A
                             consent order has been submitted.

**II.   CONTINUED/ADJOURNED MATTERS**

2.    Motion for Order Under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

          Related
          Documents:

          a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And
                Fed. R. Bankr. P. 3001 And 3002 Establishing
                Notice, Hearing, And Sell-Down Procedures For
                Trading In Equity Securities And Claims Against
                The Debtors Estates And Setting Hearing (Docket
                No. 135)

          Objection
          Deadline:          November 22, 2008 at 4:00 p.m.

          Objections/
          Responses
          Filed:

          a.    Informal Response of the Securities Exchange
                Commission

    b.    Informal Response of the Official Committee of
        Unsecured Creditors

    Status:        This matter has been adjourned to March
                 8, 2010 at 11:00 a.m.

3.    Debtors' Objection to Claim of Panasonic Corporation of
North America (Claim No. 1254) (Docket No. 4630)

    Related
    Documents:

    a.    Motion To Seal Exhibit (Docket No. 5669)

    Objection
    Deadline:      September 25, 2009 at 4:00 p.m.,
                 extended until November 13, 2009 at 4:00
                 p.m. for Panasonic Corporation

    Objections/
    Responses
    Filed:

    a.    Response to Debtors' Objection to Claim of
        Panasonic Corporation of North America (Claim No.
        1254) (Docket No. 5662)

    Status:        This matter has been adjourned to March
                 8, 2010 at 11:00 a.m.

4.    Madcow International Group Limited's Memorandum of
Points and Authorities in Support of Motion for Entry
of an Order Granting Allowance and Compelling Payment
of Administrative Expense Claim (Docket No. 5196)

    Related
    Documents:

    a.    Notice of Motion and Hearing for Motion for Entry
        of an Order Granting Allowance and Compelling
        Payment of Administrative Expense Claim, by Madcow
        International Group Limited (Docket No. 5197)

    Objection
    Deadline:      October 27, 2009 at 4:00 p.m., extended

for the Debtors until February 17, 2010
at 4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to
                    February 24, 2010 at 2:00 p.m.

5.   Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to
     Compel Debtor to Assume Executory Contract (Docket No.
     5648)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5651)

     Objection
     Deadline:          November 30, 2009 at 11:59 p.m.,
                        extended for the Debtors until March 1,
                        2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to March
                        8, 2010 at 11:00 a.m.

6.   Madcow International Group Limited's Motion for
     Allowance of Payment of 503(b)(9)Administrative Expense
     Claim (Docket No. 6039)

     Objection
     Deadline:          January 7, 2010 at 4:00 p.m., extended
                        for the Debtors until February 17, 2010
                        at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to

February 24, 2010 at 2:00 p.m.

### III. UNCONTESTED MATTERS

7.     Motion of the Debtors for Order Pursuant to Bankruptcy
       Code Sections 105 and 503, and Bankruptcy Rules 2002
       and 9007 (i) Setting Second Administrative Bar Date and
       Procedures for Filing and Objecting to Administrative
       Expense Requests and (ii) Approving Form and Manner of
       Notice Thereof (Docket No. 6414)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 6415)

       Objection
       Deadline:        February 8, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Objection of the United States of America to
             Debtors Motion for Order Pursuant to Sections 105
             and 503, and Bankruptcy Rules 2002 and 9007 Setting
             Second Administrative Bar Date (Docket No. 6470)

       Status:          This matter is going forward.  A
                        Stipulation and Consent Order has been
                        submitted resolving the objection of the
                        United States of America.

8.     Debtors' Motion for Order Shortening Notice Period and
       Limiting Notice of Debtors' Motion for Order Under
       Bankruptcy Code Sections 105, 363(b) and 503(c)(3)
       Approving a Liquidation Retention Plan and Authorizing
       Payment of Liquidation Retention Pay (Docket No. 6433)

       Related
       Documents:

       a.    Motion of the Debtors Pursuant to 11 U.S.C. § 105,
             and Local Bankruptcy Rule 9013-1(m) for an Order
             Setting an Expedited Hearing (Docket No. 6434)

Objection
Deadline:          February 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter is going forward.

9.   Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363(b) and 503(c)(3) Approving a
     Liquidation Retention Plan and Authorizing Payment of
     Liquidating Retention Pay (Docket No. 6431)

     Related
     Documents:

     a.   Motion of the Debtors Pursuant to 11 U.S.C. § 105,
          and Local Bankruptcy Rule 9013-1(m) for an Order
          Setting an Expedited Hearing (Docket No. 6434)

     Objection
     Deadline:          February 8, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

10.  Motion to Seal Exhibit to Debtors' Motion for Order
     Under Bankruptcy Code Sections 105, 363(b) and
     503(c)(3) Approving a Liquidation Retention Plan and
     Authorizing Payment of Liquidation Retention Pay
     (Docket No. 6432)

     Related
     Documents:

     a.   Motion of the Debtors Pursuant to 11 U.S.C. § 105,
          and Local Bankruptcy Rule 9013-1(m) for an Order
          Setting an Expedited Hearing (Docket No. 6434)

     Objection
     Deadline:          February 8, 2010 at 4:00 p.m.

```
          Objections/
          Responses
          Filed:          None at the time of filing this agenda

          Status:         This matter is going forward.
```

## IV.   CONFIRMATION MATTERS

11.   Debtors' Motion for Order Under Bankruptcy Code
      Sections 105, 363(b) and 503(c)(3) Approving a Wind
      Down Incentive and Retention Plan and Authorizing
      Payment of Wind Down Incentive and Retention Pay
      (Docket No. 2008)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2011)

      b.   Order Granting Motion to File Documents Under Seal
           (Docket No. 2395)

      c.   Order Under Bankruptcy Code Sections 105, 363(b)
           and 503(c)(3) Approving a Wind Down Incentive and
           Retention Plan and Authorizing Payment of Wind
           Down Incentive Pay to Plan Participants (Docket
           No. 2757)

      Objection
      Deadline:       February 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Letter Objection of Barbara Gillis (Docket No.
           2254)

      b.   Informal Objection by the Committee

      c.   United States Trustee's Objection to the Debtors'
           Motion for an Order Approving the Wind Down
           Incentive and Retention Plan and Authorizing
           Payment of Wind Down Incentive and Retention Pay

                              7
```

(Docket No. 2287)

Status:         An order has been entered partially
                granting the relief requested by the
                Motion.  At this hearing, this matter
                will go forward as a status conference
                and to resolve any discovery disputes
                between the Debtors and the Committee.
                A hearing on the merits with respect to
                James Marcum will be adjourned to
                February 24, 2010 at 2:00 p.m.

12.  First Amended Joint Plan of Liquidation of Circuit City
     Stores, Inc. and Its Affiliated Debtors and Debtors in
     Possession and its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5124)

     Related
     Documents:

     a.    Notice of (1) Approval of Disclosure Statement;
           (2) Hearing on Confirmation of Plan; (3) Deadline
           and Procedures for Filing Objections to
           Confirmation of Plan; (4) Treatment of Certain
           Unliquidated or Disputed Claims for Notice, Voting
           and Distribution Purposes; (5) Deadline and
           Procedures for Temporary Allowance of Certain
           Claims for Voting Purposes; (6) Record Date; (7)
           Voting Deadline for Receipt of Ballots; and (8)
           Proposed Release, Injunction and Exculpation in
           the Plan (Docket No. 5121)

     b.    Notice of Filing Plan Exhibits (Docket No. 5548)

     c.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 5799)

     d.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 6096)

     e.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 6317)

     f.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 6443)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Treasurer of Douglas County Colorado's Objections
      to Confirmation of the August 24, 2009 Joint Plan
      of Liquidation (Docket Nos. 5145, 5163, 5684)

b.    Texas Comptroller's Objection to Confirmation of
      First Amended Joint Plan of Reorganization (Docket
      Nos. 5168, 5221)

c.    Objections to the "Plan" for Claim 13082, by Bruce
      Senator (Docket No. 5331)

d.    Prince George's County, Maryland Objection to
      Debtor's First Amended Joint Plan of Liquidation
      (Docket Nos. 5526, 5589, 5637)

e.    Charles County, Maryland Objection to Debtors'
      First Amended Joint Plan of Liquidation (Docket
      Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department
      of Revenue Services to the Debtors' Joint First
      Amended Plan of Reorganization (Docket No. 5596,
      5708)

g.    The Florida Tax Collectors for the Counties of
      Palm Beach, Hernando, Highlands, Lee, Indian
      River, Bay, Okaloosa, Brevard, Polk, Manatee,
      Orange, Marion, Pinnellas and Osceola Counties
      Objection to Confirmation of First Amended Joint
      Plan of Reorganization (Docket No. 5603, 5624)

h.    Commonwealth of Virginia Department of Taxation's
      Objection to Confirmation (Docket No. 5609)

i.    Maricopa County Treasurer's Objection to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and

Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5627, 5728)

j.    Objection of Certain Texas Taxing Authorities to
Confirmation of Circuit City Stores, Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.    Objection of Lewisville Independent School
District to Confirmation of the First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5644,
5711)

l.    Objection of Nancy and Charles Booth Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores Inc and Its Affiliated Debtors
and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5645, 5701)

m.    Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
to Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5647)

n.    Objection of LG Electronics USA, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5652, 5730)

o.    Objection by Eastman Kodak Company to Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.    Objection by Commissioner of Massachusetts
      Department of Revenue to Confirmation of First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5657, 5743)

q.    Objection of Envision Peripherals, Inc. to
      Confirmation of Chapter 11 Plan of Liquidation
      (Docket No. 5659, 5732)

r.    Objection to Confirmation of Chapter 11 Plan by
      United States Customs and Border Protection
      (Docket No. 5661)

s.    Objection of the United States of America,
      Internal Revenue, to Confirmation of First Amended
      Joint Plan of Liquidation of Circuit City Stores,
      Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5664,
      5725)

t.    Pima County's Objection To The First Amended Plan
      Of Liquidation Of Circuit City Stores, Inc. And
      Its Affiliated Debtors And Debtors In Possession
      And Its Official Committee Of Creditors Holding
      General Unsecured Claims (Docket No. 5665)

u.    Objection of Paramount Home Entertainment Inc. to
      First Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5667, 5737)

v.    Objection Of Monterey County, Placer County,
      Riverside County And San Bernardino County,
      California, Collectively The California Taxing
      Authorities To Confirmation Of Circuit City Stores
      And Its Affiliated Debtors Et Al In Its First
      Amended Joint Plan Of Liquidation (Docket No.
      5671, 5741)

w.   Travis County Texas Objection to Confirmation
     (Docket No. 5672)

x.   Limited Objection Of THQ, Inc. To First Amended
     Joint Plan Of Liquidation (Docket No. 5677)

y.   Objection of DeSoto County, Mississippi to the
     Debtors' Joint First Amended Plan of Liquidation
     (Docket No. 5679)

z.   Samsung America Electronics, Inc.'s Objection to
     Confirmation of the Debtors' First Amended Joint
     Plan of Liquidation (Docket No. 5681, 5826)

aa.  Limited Objection of Henrico County, Virginia to
     Debtors' First Amended Joint Plan of Liquidation
     (Docket Nos. 5682, 5838)

bb.  Joinder of Apex Digital, Inc. to Objections of LG
     Electronics USA, Inc. and Eastman Kodak Company to
     Confirmation of Debtors' Chapter 11 Plan of
     Liquidation (Docket No. 5683)

cc.  Florida Tax Collector for Miami-Dade County
     Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation (Docket Nos.
     5685, 5868)

dd.  Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation, by Vincent E.
     Rhynes (Docket No. 5686)

ee.  DIRECTV, Inc.'s Limited Objection to Confirmation
     of the Debtors' Plan`(Docket No. 5689, 5789)

ff.  Joinder Of Olympus Corporation And Olympus Imaging
     America Inc. In Objections Of LG Electronics USA
     Inc., Eastman Kodak Company And Samsung America
     Electronics, Inc. Objection To Confirmation Of The
     Debtors' First Amended Joint Plan Of Liquidation
     (Docket No. 5690)

gg.  Texas Ad Valoram Tax Claimants (Tax Appraisal
     District of Bell County, County of Brazos, County
     of Comal, County of Denton, Longview ISD, City of

Waco, Waco Independent School District, Midland
Central Appraisal District, Taylor Central
Appraisal District, County of Williamson)
Objection To Confirmation Of The Debtors' First
Amended Joint Plan Of Liquidation (Docket No.
5691)

hh.   Response and Objection of Bethesda Softworks LLC
to the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

ii.   Objection of Village of Mount Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

jj.   Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk.   Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

ll.   Limited Objection Of Safeco Insurance Company Of
America To Confirmation Of The First Amended Joint
Plan (Docket No. 5714, 5946)

mm.   Joinder Of Mitsubishi Digital Electronics America,
Inc. To Objections Of Samsung America Electronics,
Inc., LG Electronics USA, Inc. And Eastman Kodak
Company To Confirmation Of Debtors' First Amended
Joint Plan Of Liquidation (Docket No. 5716)

nn.   Joinder of Vonage Marketing Inc. to Objection to

Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5717, 5782)

oo.   Joinder of Nyko Technologies, Inc. to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5720, 5786)

pp.   Joinder Of Slam Brands, Inc. To Objections Of LG Electronics USA, Inc. And Eastman Kodak Company To Confirmation Of Debtors Chapter 11 Plan Of Liquidation (Docket No. 5726)

qq.   Joinder Of Take-Two Interactive Software, Inc. In Objections Of LG Electronics USA Inc., Eastman Kodak Company And Samsung America Electronics, Inc. To Confirmation Of The Debtors' First Amended Joint Plan Of Liquidation (Docket No. 5727)

rr.   Joinder of Stillwater Designs and Audio, Inc. to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5729, 5787)

ss.   Objection Of Schimenti Construction Company, LLC To First Amended Joint Plan Of Liquidation (Docket Nos. 5731, 5835)

tt.   Chatham County, Georgia Tax Commissioner's Objections to Confirmation to the Debtor's First Joint Amended Plan of Reorganization (Docket No. 5736)

uu.   Joinder Of Paramount Home Entertainment Inc. To Objections To Confirmation Of Debtors' Chapter 11 Plan Of LG Electronics USA, Inc.; Eastman Kodak Company; Envision Peripherals; And THQ, Inc. (Docket No. 5738)

vv.   Joinder of SouthPeak Interactive, LLC to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections
      of LG Electronics USA, Inc. and Paramount Home
      Entertainment Inc. to Confirmation of Debtors'
      Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan
      (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
      Objection to Confirmation of Plan (Docket Nos.
      5747, 5836)

aaa.  Limited Objection of Alliance Entertainment
      Corporation, Source Interlink Media, LLC to
      Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and
      TeleDynamics LLP Joinder to Objections to
      Confirmation of Debtors' First Amended Plan of
      Liquidation (Docket No. 5756)

ccc.  Joinder of Toshiba America Consumer Products,
      L.L.C., Toshiba America Information Systems, Inc.
      to Objections of Paramount Home Entertainment,
      Inc. and Samsung America Electronics, Inc. (Docket
      No. 5758)

ddd.  Joinder of Warner Home Video, a Division of Warner
      Bros. Home Entertainment Inc., to Objections to
      First Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5759)

eee.  Joinder of Paramount Home Entertainment Inc. to
      Objections to Confirmation of Debtors' Chapter 11
      Plan of Samsung America Electronics, Inc., BISSELL

Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff.  Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876, 5877)

ggg.  Objection of the Macerich Company, RREEF
Management Company, Cousins Properties
Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

Status:       This matter has been adjourned to March
8, 2010 at 11:00 a.m.

13.  Motion of Pioneer Electronics Under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.  Notice of Motion and Hearing (Docket No. 5463)

b.  Samsung Electronics America, Inc.'s Motion Under
Fed. R. Bankr. P. 3020(a) for Order Requiring
Confirmation Deposit and Joinder to Motion of
Pioneer Electronics for Same (Docket No. 5614)

c.  Joinder of Apex Digital Inc. and THQ, Inc. to
Motions of Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order Requiring
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5663)

d.  Joinder Of Paramount Home Entertainment Inc. To
Motions Of Pioneer Electronics And Samsung
Electronics America, Inc. For Order Requiring
Confirmation Deposit Under Fed. R. Bankr. P.

3020(a) (Docket No. 5668)

e.    Joinder Of Bethesda Softworks LLC to Motions Of
      Pioneer Electronics And Samsung Electronics
      America, Inc. For Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5695)

f.    Amended Notice Of Hearing (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Confirmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:          November 16, 2009 at 4:00 p.m., extended
                   for the Debtors until March 1, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:            This matter has been adjourned to March
                   8, 2010 at 11:00 a.m.

14.  Samsung Electronics America, Inc.'s Motion under Fed.
     R. Bankr. P. 3020(a) for Order Requiring Confirmation

Deposit and Joinder to Motion of Pioneer Electronics for Same (Docket No. 5614)

Related
Documents:

a.   Motion for an Expedited Hearing (Docket No. 5615)

b.   Notice of Motion and Hearing (Docket No. 5616)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5663)

d.   Joinder Of Paramount Home Entertainment Inc. To Motions Of Pioneer Electronics And Samsung Electronics America, Inc. For Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5668)

e.   Joinder Of Bethesda Softworks LLC to Motions Of Pioneer Electronics And Samsung Electronics America, Inc. For Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5695)

f.   Joinder of Cokem International, Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5734)

g.   Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5752)

h.   Amended Notice Of Motion and Hearing (Docket No. 5757)

i.   Second Amended Notice of Motion and Hearing (Docket No. 6001)

j.   Third Amended Notice of Motion and Hearing (Docket No. 6101)

Objection
Deadline:       November 19, 2009 at 4:00 p.m., extended for the Debtors until March 1, 2010

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         This matter has been adjourned to March 8, 2010 at 11:00 a.m.

## V.   CONTESTED MATTERS

15.  Debtors' Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (Docket No. 6416)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 6417)

Objection
Deadline:       February 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Informal Response of Russell Joly

b.   Informal Response of Bruce H. Besanko

c.   Informal Response of Ryan, Inc. f/k/a Ryan & Company, Inc.

d.   Response of Lawrence W. Fay to Debtors' Eighth Omnibus Motion for Rejection of Executory Contracts (Docket No. 6485)

Status:           This matter is going forward as to all
                  parties except Ryan, Inc. f/k/a Ryan &
                  Company, Inc.  This matter has been
                  adjourned to March 8, 2010 at 11:00 a.m.
                  solely with respect to Ryan, Inc.

**VI.   ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCE**

16.  Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
     Active Media Services, Inc.</u>, Adversary No. 09-3232
     (KRH))

     Objections/
     Responses
     Filed:

     a.   Answer filed by Active Media Services, Inc. (Docket
          No. 10)

     Status:           The pre-trial conference on this matter
                       is going forward.

Dated: February 8, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia    FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

      - and -

MCGUIREWOODS LLP


/s/ Douglas M. Foley            .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\10602474