# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CH-11 CIRCUIT CITY STORES, INC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653<br><br><br><br>Claim. No.:13590 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FRANKLIN ELECTRONIC PUBLISHERS, INC., IN THE AMOUNT OF $270,036.00, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**

Franklin Electronic Publishers, Inc.
Frank Musto, VP
One Franklin Plaza
Burlington, NJ 08016

PLEASE TAKE NOTICE that the transfer of $270,036.00 of the above-captioned §503 (b) (9) claim has been transferred to:

**Transferee:**

VonWin Capital Management, LP
Attn:  Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of the claims agent website listing the claim and a copy of the Proof of claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Ch-11 Circuit City Stores, Inc.

Debtor

Case No. 08-35653

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Franklin Electronic Publishers, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $270,036.00 | 13590 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016
Signature:
Name: Roger Von Spiegel
Title: Managing Director
Date:

ASSIGNOR: Franklin Electronic Publishers, Inc.
Address:   One Franklin Plaza
           Burlington, NJ 08016
Signature:
Name: FRANK MUSTO
Title: VP - CFO
Date:

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION | ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT |
|---|---|

| In re: Circuit City Stores, Inc., et al., Debtor | Chapter 11 Case No. 08-35653 | |
|---|---|---|

| Name of Creditor and Address:<br><br>Franklin Electronic Publishers, Inc.<br>One Franklin Plaza<br>Burlington, NJ 08016 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement given particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if this address differs from the address on the envelope sent to you by the court. | |
|---|---|---|
| Name of Attorney or Representative (if applicable) and Address:<br><br>Gregory Winsky, Esquire<br>Franklin Electronic Publishing, Inc.<br>One Franklin Plaza<br>Burlington, New Jersey 08016 | | |
| Creditor Telephone Number<br>609-386-2500 | | |
| CREDITOR TAX ID#:<br>22-2476703 | Check here   {   ☐ replaces or      a previously filed claim<br>If this claim        ☐ amends         dated:_____ | |

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
Vendor #71058

| 1. | BASIS FOR ADMINISTRATIVE CLAIM | | |
|---|---|---|---|
| | ☑ Goods sold | ☐ Personal injury/wrongful death/property damage | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| | ☐ Services performed<br>☐ Money loaned<br>☐ Contractual or lease obligations | ☐ Taxes<br>☐ Other (describe briefly) | ☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed from _____ to _____<br>                                                                  (date)      (date) |
| 2. | DATE DEBT WAS INCURRED 11/25/08 - 1/6/09 | 3. | IF COURT JUDGMENT, DATE OBTAINED: |
| 4. | TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: | $270,036.00<br>(Total) | |

If all or part of your claim is secured, also complete Item 5 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. | SECURED CLAIM | 7. | Offsets, Credits and Setoffs: |
|---|---|---|---|
| ☐ | Check this box if your claim is secured by collateral (including a right of set off) | ☑ | All payments made on this claim by the Debtors have been credited and deducted from the amount claimed herein. |
| | Brief description of collateral: | ☑ | This claim is not subject to any setoff or counter claim. |
| | _____ | ☐ | This claim is subject to setoff or counter claim as follows: |
| | ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment<br>☐ Other _____<br>      Value of collateral:$_____ | | _____ |
| 6. | Please identify the Debtor against whom you claim is asserted:<br>_____ | 8. | This Administrative Proof of Claim: |
| | | ☑ | is the first filed proof of claim evidencing the claim asserted herein |
| | | ☐ | amends/supplements a proof of claim filed on _____, or |
| | | ☐ | replaces/suspends a proof of claim filed on _____ |
| 9. | Assignment:    ☐ If the claimant has obtained this claim by Assignment, a copy is attached hereto. | | THIS SPACE FOR COURT USE ONLY |
| DATE SIGNED:<br>6/19/09 | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any)<br>_Barbara Anderson_, Assistant Treasurer<br>Franklin Electronic Publishers, Inc. | | |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

4718058v1

# Creditor Data for Claim Number 13590

Help

| Creditor: | Date Claim Filed: 6/22/2009 |
|---|---|
| Franklin Electronic Publishers Inc<br>One Franklin Plz<br>Burlington, NJ 08016 | Claim #: 13590 |

**Notice Party(ies):**
Gregory Winsky Esq
Franklin Electronic Publishing Inc
One Franklin Plz
Burlington, NJ 08016

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  | $270,036.00 | $270,036.00 |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | $270,036.00 | $270,036.00 |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".