IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtor. ) | |
| ) | Jointly Administered |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 09-03232 (KRH) |
| ) | |
| ACTIVE MEDIA SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING
MOTION FOR ADMISSION PRO HAC VICE OF
MICHAEL M. BRUSO PURSUANT TO E.D. VA. BANKR. R. 2090-1(E)(2)**

THIS MATTER came before the Court upon the Motion pursuant to E.D. Va. Bankr. R. 2090-1(E)(2) for Admission Pro Hac Vice of Michael M. Bruso ("Motion) filed by James E. Anklam, seeking admission pro hac vice of Michael M. Bruso of the law firm of Paul Hastings Janofsky & Walker to represent Active Media Services, Inc., in the above-styled Bankruptcy Case, Adversary Case, and related proceedings.  After a review of the Motion and the Application appended thereto, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or require, and its is appropriate that Michael M. Bruso be authorized to practice pro hac vice before the Court in the Bankruptcy Case, the Adversary Case, and related proceedings.

Document      Page 2 of 3

Therefore,

IT IS HEREBY ORDERED that the Motion is Granted.

IT IS FURTHER ORDERED that Michael M. Bruso is permitted to appear pro hac vice in the Bankruptcy Case, the Adversary Case, and related proceedings in accordance with E.D. Bankr. R. 2090-1(E)(2). Mr. Bruso may file pleadings in, appear and be heard at hearings concerning, and otherwise participate in the Bankruptcy Case, the Adversary Case, and related proceedings.

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:   _____

I ASK FOR THIS:

/s/  James E. Anklam
James E. Anklam (VSB No. 27976)
PAUL HASTINGS JANOFSKY & WALKER
875  15th St., NW
Washington, DC  20005
tel.:     202-551-1700
fax:     202-551-1705

*Counsel to Active Media Services, Inc.*

**RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to E.D. Bankr. R. 9022-1(C)

_/s/ James E. Anklam_
James E. Anklam

**Parties to receive copies:**

Douglas M. Foley
Bryan A. Fratkin
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219

*Counsel to the Debtors and to Plaintiff*


Greg M. Galardi
SKADDEN ARPS SLATE MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Counsel to the Debtors*


Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

*Assistant United States Trustee*