**THE LAW OFFICES OF**
**VIC FEAZELL P.C.**

Austin
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas 78730

Tel 512.372.8100
Fax 512.372.8140

www.withvic.com

Waco
3302 West Waco Drive
Waco, Texas 76710

Tel 254.772.7500
Fax 254.755.8181

www.wacopersonalinjurylawyers.com

Killeen/Fort Hood
Tel 254.699.0009

Belton/Temple
Tel 254.742.2600

September 14, 2009

*Via CMRRR*

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street—Room 4000
Richmond, Virginia 23219

RICHMOND DIVISION
FILED
SEP 1 8 2009
CLERK
U.S. BANKRUPTCY COURT

Re:    Case 08-35653-KRH

Dear Clerk:

Please be advised that the Law Offices of Vic Feazell, P.C. no longer represents Cynthia D. Bucher with regard to injuries she sustained at Circuit City Store #1610 on April 8, 2008; and our office holds no attorney fee interest. Please send all notices in Cause No. 08-35653 to Mrs. Bucher at: 14360 N. Hwy 6, Valley Mills, Texas, 76689.

Should you have any questions, please feel free to contact this office at (254) 772-0033. Thank you.

Very truly yours,

Eleeza Johnson

cc: *Cynthia D. Bucher (via first class mail)*