February 7, 2010

FILED

2010 FEB -8 PM 2: 14

RICHMOND DIVISION

Clerk Of Court

United States Bankruptcy Court

701 East Broad Street, Suite 4000

Richmond, VA 23219


RE: Case# 08-35653KRH


Dear Sir or Madam:

On or about February 1, 2010 I received notification that the debtors in the case 08-35653- KRH filed a motion for relief regarding several executory contracts with the court on January 28, 2010. Regarding this motion I hereby respectfully request that the court not approve the motion as it pertains to my employment agreement dated June 6, 2006. Certain paragraphs in my agreement are in direct contradiction to said motion and should therefore be heard by the court.

I can be reached at 804-971-3018 or 5318 Woodstone Court Louisa, VA 23093 for comment or additional information regarding this motion. I plan to attend the February 11th hearing regarding this matter.

Sincerely,

Russell Joly

5318 Woodstone Court

Louisa, VA 23093

804-971-3018