

# Heilman & Associates, Incorporated
Post Office Box 374
Solomons, Maryland 20688
Office 301-627-9700 • Fax 443-975-7823
Email edwardheilman@comcast.net

February 3, 2010

United States Bankruptcy Court
for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA, 23219

```
RICHMOND DIVISION
F                           F
I                           I
L    FEB  8 2010            L
E                           E
D         CLERK             D
   US BANKRUPTCY COURT
```

Re:  Case#: 08-35653, Circuit City Stores, Inc.
     Claim#: 1099

To Whom It May Concern:

Please be advised that our contact information has changed since the Proof of Claim was filed in reference to Case#: 08-35653. Any future correspondence in this case should be forwarded to:

**Heilman & Associates, Incorporated**
Post Office Box 374
Solomons, Maryland 20688
Office: 301-627-9700 • Fax: 443-975-7823
Email: edwardheilman@comcast.net

Thank you in advance for your attention to this matter.

Sincerely,
HEILMAN & ASSOCIATES, INC.

M. Edward Heilman
President

Established 1985