February 3, 2010

United States Bankruptcy Court
701 East Broad Street-Courtroom 5100
Richmond, VA 23219



Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meaher
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert Van Arsdale
Office of the US Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219-1888

Debtors: Circuit City Stores, Inc.,et al.
Case Number: 08-35653-KRH, Claim Number 14337

Title of Objection: Debtors' Eighth Omnibus Motion for order pursuant to bankruptcy code sections 105(a) and 365(a) and bankruptcy rule 6006 authorizing rejection of certain executory contracts.

    Bruce H. Besanko (claimant) respectfully asks the Court to reject this motion and grant payment of his Employment Agreement. Claimant has a legally binding Employment Agreement which requires payments based on a Change in Control as defined as 'the consummation of a plan of complete liquidation, dissolution, or sale of substantially all the assests of the Company'.

    I apologize to the Court in advance for being unable to attend the proceedings on February 11, 2010 as I have a Board of Directors Meeting on this same date, which requires my participation.

Respectfully,

Bruce H. Besanko

24929-2

**Hearing Date: February 11, 2010, at 11:00 a.m.**
**Objection Deadline: February 8, 2010, at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
DEBTORS' EIGHTH OMNIBUS MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY
RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY
CONTRACTS**

**PLEASE TAKE NOTICE** that on January 28, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Debtors' Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (the "Motion").

        Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]    Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Time) on February 11, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.