Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-1720  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION  
TO CLAIMS (RECLASSIFICATION OF CERTAIN  
<u>CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS</u>)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,

their Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, and Rule 3007 of the Bankruptcy Rules.

---

Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

2

## BACKGROUND

2. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4. On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee"). To date, no trustee or examiner has been appointed in these chapter 11 cases.

5. On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6. On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.  Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.  On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

9.  On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the

4

Debtors and a joint venture, as agent (the "Agent"). On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores. As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10. On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11. By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 501, and 502 and Bankruptcy Rule 3007, reclassifying and/or modifying the claims filed by shareholders of stock and/or stock options in the Debtors as set forth on Exhibit C (the "Claims").

12. The Debtors object to the Claims to the extent that such claims are asserted in dollar amounts on account of ownership of stock in the Debtors. Holders of stock, whether restricted or unrestricted or vested or unvested, of the Debtors are equity security holders pursuant to 11 U.S.C. § 101 (17), are not owed money from the Debtors, and

5

do not have "claims" against the Debtors or their estates. See 11 U.S.C. § 501(a) ("An equity security holder may file a proof of ***interest***.") (emphasis added).  Courts also have routinely held that holders of stock options are equity security holders under the Bankruptcy Code and, consequently, do not have claims against the Debtor or their estates.  See Carrieri v. Jobs.com Inc., 393 F.3d 508, 525 (5th Cir. 2004) ("[C]ourts are clear that stock options, or the rights to exercise the stock option, are properly classified as equity security interests, not claims."); In re America West Airlines, Inc., 179 B.R. 893, 897 (Bankr. D. Ariz. 1995) ("The Court finds and concludes that the stock options which are the subject of the . . . proof of claim are equity securities as defined by 11 U.S.C. § 101(16)."); In re Baldwin-United Corp., 52 B.R. 549, 552 (Bankr. S.D. Ohio 1985).

13.  Rather, parties owning stock or holding stock options may hold "interests" in the Debtors that will be treated in accordance with the Debtors' plan of liquidation which has been filed with the Court.  As such, the Claims should be reclassified in their entirety because they are not properly asserted "claims" against the Debtors or their

estates.[2]

14. For ease of reference, attached as <u>Exhibit B</u> is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

15. At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims. Accordingly, the Claims may be the subject of additional subsequently filed objections. To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

### **RESERVATION OF RIGHTS**

16. As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits. The Debtors likewise reserve the right to modify, supplement

---

[2] This Objection is without prejudice to such interest holders' rights as owners of various forms of stock of the Debtors.

7

and/or amend this Objection as it pertains to any claim or claimant herein.

## NOTICE AND PROCEDURE

17.  Notice of this Objection has been provided to all claimants with claims that are the subject to this Objection as identified on Exhibit C, and to parties-in-interest in accordance with the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (Docket No. 130) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Bankruptcy Rule 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are

serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

18.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. (Eastern) on March 18, 2010** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **2:30 p.m. (Eastern) on March 25, 2010** and thereafter schedule the matter for a future hearing as to the merits of such claim.[3] However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing the Claims set forth on Exhibit C attached hereto for all purposes in these bankruptcy cases.

---

[3] In accordance with the Omnibus Objection Procedures Order, claimants who respond to the Objection do not need to appear at the status conference.

9

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

19. This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

20. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

21. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia  
February 17, 2010

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700

- and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

11

**EXHIBIT A**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
             Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' SIXTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION
OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Sixth Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on Exhibit C attached to the Objection be modified and/or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reclassified and/or modified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

  3. The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

  4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

  5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
    _____, 2010


    _____
    HONORABLE KEVIN R. HUENNEKENS
    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley

\10698406

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Sixty-Sixth Omnibus Objection to Claims  
(Reclassification of Certain Claims Filed by Equityholders to Interests)

Exhibit B - Claimants and Related Claims Subject To Sixty-Sixth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ABDALLAH, JEAN | 10320 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| BALL, DIRLEY L | 11106 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| BEAN, PATRICIA A | 11677 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| CAMPBELL, MARILYN | 10848 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| CHUAN FA LIU & CHANG RAO | 12952 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| FIRST BAPTIST CHURCH OF SUNRISE | 11197 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| GAYLE, ISMAY I TUCKER | 11312 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA | 11181 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| NORTON, ALICE H | 11600 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| OLSON, ERVIN C | 11389 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| RICHARD DALY | 11376 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| SIE LING CHIANG | 10615 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| SLIPOW, JONAH M & BERNIE W SLIPOW JTWROS | 10780 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |
| TURNAGE, ELTON J | 10718 | EXHIBIT C - DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION (RECLASSIFICATION OF CERTAIN CLAIMS FILED BY EQUITYHOLDERS TO INTERESTS) |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10320<br>Date Filed: 02/09/2009<br>Docketed Total: $96,709.82<br>Filing Creditor Name and Address:<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA | Claim Holder Name and Address<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA<br><br>Docketed Total: $96,709.82<br><br>Case Number — Secured — Priority — Unsecured<br>08-35653 — — — $96,709.82 | Modified Total: $96,709.82<br><br>Case Number — Interest<br>08-35653 — $96,709.82 |
| Claim: 11106<br>Date Filed: 02/02/2009<br>Docketed Total: $10,950.00<br>Filing Creditor Name and Address:<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | Claim Holder Name and Address<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836<br><br>Docketed Total: $10,950.00<br><br>Case Number — Secured — Priority — Unsecured<br>08-35653 — — $10,950.00 — | Modified Total: $10,950.00<br><br>Case Number — Interest<br>08-35653 — $10,950.00 |
| Claim: 11677<br>Date Filed: 03/04/2009<br>Docketed Total: $105.00<br>Filing Creditor Name and Address:<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277 | Claim Holder Name and Address<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277<br><br>Docketed Total: $105.00<br><br>Case Number — Secured — Priority — Unsecured<br>08-35653 — — — $105.00 | Modified Total: $105.00<br><br>Case Number — Interest<br>08-35653 — $105.00 |
| Claim: 10848<br>Date Filed: 02/03/2009<br>Docketed Total: $9,631.25<br>Filing Creditor Name and Address:<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455 | Claim Holder Name and Address<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455<br><br>Docketed Total: $9,631.25<br><br>Case Number — Secured — Priority — Unsecured<br>08-35653 — — — $9,631.25 | Modified Total: $9,631.25<br><br>Case Number — Interest<br>08-35653 — $9,631.25 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 12952<br>Date Filed:  05/11/2009<br>Docketed Total:   $1,000.00<br>Filing Creditor Name and Address:<br>  CHUAN FA LIU & CHANG RAO<br>  15 KINGS WAY NO 33<br>  WALTHAM, MA 02451 | Claim Holder Name and Address<br>  CHUAN FA LIU & CHANG RAO<br>  15 KINGS WAY NO 33<br>  WALTHAM, MA 02451<br><br>Case Number  Secured  Priority  Unsecured<br>08-35653                                  $1,000.00 | | | Docketed Total: $1,000.00 | Modified Total: $1,000.00<br><br>Case Number                              Interest<br>08-35653                                 $1,000.00 | |
| Claim: 11197<br>Date Filed:  02/05/2009<br>Docketed Total:   $11,399.48<br>Filing Creditor Name and Address:<br>  FIRST BAPTIST CHURCH OF SUNRISE<br>  6401 SUNSET STRIP<br>  SUNRISE, FL 33313 | Claim Holder Name and Address<br>  FIRST BAPTIST CHURCH OF SUNRISE<br>  6401 SUNSET STRIP<br>  SUNRISE, FL 33313<br><br>Case Number  Secured       Priority  Unsecured<br>08-35653     $11,399.48 | | | Docketed Total: $11,399.48 | Modified Total: $11,399.48<br><br>Case Number                              Interest<br>08-35653                                 $11,399.48 | |
| Claim: 11312<br>Date Filed:  02/09/2009<br>Docketed Total:   $4,021.51<br>Filing Creditor Name and Address:<br>  GAYLE, ISMAY I TUCKER<br>  1242 SUMMERSTONE TRACE<br>  AUSTELL, GA 30168 | Claim Holder Name and Address<br>  GAYLE, ISMAY I TUCKER<br>  1242 SUMMERSTONE TRACE<br>  AUSTELL, GA 30168<br><br>Case Number  Secured  Priority  Unsecured<br>08-35653                                  $4,021.51 | | | Docketed Total: $4,021.51 | Modified Total: $4,021.51<br><br>Case Number                              Interest<br>08-35653                                 $4,021.51 | |
| Claim: 11181<br>Date Filed:  02/03/2009<br>Docketed Total:   $6,320.00<br>Filing Creditor Name and Address:<br>  JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>  432 EDNAM DR<br>  CHARLOTTESVILLE, VA 22903 | Claim Holder Name and Address<br>  JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>  432 EDNAM DR<br>  CHARLOTTESVILLE, VA 22903<br><br>Case Number  Secured  Priority  Unsecured<br>08-35653                                  $6,320.00 | | | Docketed Total: $6,320.00 | Modified Total: $6,320.00<br><br>Case Number                              Interest<br>08-35653                                 $6,320.00 | |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 11600<br>Date Filed: 02/13/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>NORTON, ALICE H<br>5308 ANTELOPE LN<br>STONE MOUNTAIN, GA 30087 | Claim Holder Name and Address<br>NORTON, ALICE H<br>5308 ANTELOPE LN<br>STONE MOUNTAIN, GA 30087 | | Docketed Total: | $20,000.00 | Modified Total: | $20,000.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$20,000.00 | Case Number<br>08-35653 | Interest<br>$20,000.00 |
| Claim: 11389<br>Date Filed: 02/09/2009<br>Docketed Total: $1,584.00<br>Filing Creditor Name and Address:<br>OLSON, ERVIN C<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059 | Claim Holder Name and Address<br>OLSON, ERVIN C<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059 | | Docketed Total: | $1,584.00 | Modified Total: | $1,584.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,584.00 | Case Number<br>08-35653 | Interest<br>$1,584.00 |
| Claim: 11376<br>Date Filed: 02/02/2009<br>Docketed Total: $5,007.50<br>Filing Creditor Name and Address:<br>RICHARD DALY<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344 | Claim Holder Name and Address<br>DALY, RICHARD<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344 | | Docketed Total: | $5,007.50 | Modified Total: | $5,007.50 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$5,007.50 | Case Number<br>08-35653 | Interest<br>$5,007.50 |
| Claim: 10615<br>Date Filed: 02/04/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIE LING CHIANG<br>13503 POINT PLEASANT DR<br>CHANTILLY, VA 20151 | Claim Holder Name and Address<br>CHIANG, SIE LING<br>13503 POINT PLEASANT DR<br>CHANTILLY, VA 20151 | | Docketed Total: | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 10780<br>Date Filed: 02/03/2009<br>Docketed Total: $5,000.00<br>Filing Creditor Name and Address:<br>  SLIPOW, JONAH M & BERNIE W<br>  SLIPOW JTWROS<br>  521 TUCKAHOE CLUB CT<br>  RICHMOND, VA 23229-0000 | Claim Holder Name and Address<br>SLIPOW, JONAH M & BERNIE W<br>SLIPOW JTWROS<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000 | Docketed Total: | | $5,000.00 | | Modified Total: $5,000.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$5,000.00 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$5,000.00 |
| Claim: 10718<br>Date Filed: 02/03/2009<br>Docketed Total: $1,574.54<br>Filing Creditor Name and Address:<br>  TURNAGE, ELTON J<br>  PO BOX 301<br>  YOUNGSTOWN, OH 44501-0000 | Claim Holder Name and Address<br>TURNAGE, ELTON J<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000 | Docketed Total: | | $1,574.54 | | Modified Total: $1,574.54 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,574.54 | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$1,574.54 |
| | | | | | **Total Claims To Be Modified: 14**<br>**Total Amount As Docketed:** $173,303.10<br>**Total Amount As Modified:** $173,303.10 | |

\*    "UNL" denotes an unliquidated claim.