Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC., _et_ :  Case No. 08-35653 (KRH)
_al_.,                          :
                              :
            Debtors.          :
                              x    Jointly Administered
- - - - - - - - - - - - - - - x

**STIPULATION AND CONSENT ORDER RESOLVING THE UNITED STATES OF AMERICA'S OBJECTION TO MOTION FOR SECOND ADMINISTRATIVE BAR DATE**

Circuit City Stores, Inc. and the above-referenced debtors

and debtors in possession jointly administered under Case No.

08-35653 (collectively, the "Debtors")[1] and the United States of

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),

America (the "USA") have stipulated and agreed to the terms and
conditions set forth below:

**RECITALS**

1.     On November 10, 2008, the Debtors filed voluntary
petitions under chapter 11 of title 11 of the United States
Code.  Pursuant to an order of the Court signed on November 10,
2008, the Debtors' chapter 11 cases have been consolidated for
procedural purposes only and are being jointly administered
under Case No. 08-35653.

2.     On January 28, 2010, the Debtors filed the Motion of
the Debtors for Order Pursuant to Bankruptcy Code Sections 105
and 503, and Bankruptcy Rules 2002 and 9007 (i) Setting Second
Administrative Bar Date and Procedures for Filing and Objecting
to Administrative Expense Requests and (ii) Approving Form and
Manner of Notice Thereof (Docket No. 6414) (the "Motion for
Second Administrative Bar Date").

3.     On February 5, 2010, the USA filed an objection to
Debtors Motion for Order Pursuant to Sections 105 and 503, and
Bankruptcy Rules 2002 and 9007 Setting Second Administrative Bar
Date (Docket No. 6470) (the "Objection).

---

Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores
PR, LLC (5512).  The address the Debtors is 4951 Lake Brook Drive, Suite
#500, Glen Allen, VA 23060.

## **STIPULATION**

4.     The Debtors and the USA stipulate and agree that the

relief sought in the Motion for Second Administrative Bar Date

shall not apply to any administrative expense claims of the USA.

5.     The Court shall retain jurisdiction over all matters

or disputes concerning this Stipulation and Consent Order.

Dated:   Richmond, Virginia
         _____, 2010


         _____
         UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000


          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700


          - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street

Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*


        and

/s/ Richard F. Stein
Richard F. Stein (DC Bar No. 931105)
Special Assistant United States Attorney
Eastern District of Virginia
600 East Main Street, Suit 1601
Richmond, Virginia 23219-2430
(804) 916-3945

*Counsel for the United States of America*



### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed by
or served upon all necessary parties.

                        /s/ Douglas M. Foley


\10595722.2

4