VANDEVENTER BLACK, LLP
Kevin A. Lake, Esq., of counsel
Eighth & Main Building
7070 East Main Street
P. O. Box 1558
Richmond, VA 23218-1558
Telephone: (804) 237-8800
Facsimile: (804) 237-8801

and

GREEN & SEIFTER, ATTORNEYS, PLLC
Robert K. Weiler, Esq., of counsel
One Lincoln Center
110 West Fayette Street, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Facsimile: (315) 423-2870

Counsel for United Radio, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND, VIRGINIA

In re:                                              CHAPTER 11

CIRCUIT CITY STORES, INC., et al.,                  CASE NO.: 08-35653-KRH

**CONSENT ORDER**

This matter came before the Court upon the Motion to Modify the Automatic Stay or for Abandonment (the "Motion") filed herein by United Radio Inc. (the "Movant"), and

It appearing that the Movant and Debtors have agreed that the Motion should be granted, as provided herein, as evidenced by the endorsement of this Order by their respective counsel; and

It further appearing right and proper so to do; it is

**ORDERED, ADJUDGED and DECREED THAT:**

1. Unless otherwise defined herein, all capitalized terms shall have the same meaning assigned them in the Motion.

2. The Motion hereby shall be and hereby is GRANTED, as provided herein.

3. The Television Sets (as such term is more particularly described in the Motion) are burdensome to the Debtors' estates or of inconsequential value and, therefore, the Debtors abandon their interest in the Television Sets pursuant to 11 U.S.C. § 554(a).

4. The automatic stay provided in 11 U.S.C. § 362 is hereby modified for the limited purpose of allowing Movant to sell or otherwise dispose of the Television Sets, in accordance with New York law.

5. Movant's sale or other disposition of the Television Sets may be done without further hearing or notice to the Debtors or any other party in interest.

6. Movant is authorized to apply any proceeds realized by the sale or disposition of the Television Sets to Movant's storage, disposition, and administrative costs already incurred or to be incurred in connection with final disposition of the Television Sets (including, but not limited to, storage and related costs that allegedly exceeded $27,000.00 as of the date the Motion was filed). Movant hereby waives any and all administrative expense claims against the Debtors.

DATE: _____             _____
                                      Kevin R. Huennekens
                                      United States Bankruptcy Judge

                                      NOTICE OF JUDGMENT OR
ORDER
                                      Entered on Docket

                                      _____

I ASK FOR THIS:

 /s/ Kevin A. Lake_____
Kevin A. Lake, Esquire (VSB# 34286)

2

VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, VA 23218
T:      (804) 237-8811
F:      (804) 237-8801
klake@vanblk.com

Robert K. Weiler, Esq.,
GREEN & SEIFTER, ATTORNEYS, PLLC
One Lincoln Center
110 West Fayette Street, Suite 900
Syracuse, NY 13202
Telephone: (315) 422-1391
Facsimile: (315) 423-2870

*Counsel for United Radio, Inc.*


SEEN AND AGREED:


/S/ Sarah Beckett Boehm
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
804.775.7487 (Direct Line)
804.698.2255 (Direct FAX)
sboehm@mcguirewoods.com

*Counsel for the Debtors*

## Local Rule 9022-1(C) Certification

I hereby certify that the foregoing order has been endorsed by or served upon all necessary parties.


                             /s/ Kevin A. Lake_____
                             Kevin A. Lake

# SERVICE LIST

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120

Douglas M. Foley
Dion W. Hayes
McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Lynn L. Tavenner
Tavenner & Beran, PLC

20 North Eighth Street, Second Floor
Richmond, VA 23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

Kevin A. Lake, Esquire
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, VA 23218

4847-6118-2213, v. 1