**Matthew Righetti, Esq. (121012)**
**John Glugoski, Esq. (191551)**
**RIGHETTI LAW FIRM, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
T: (415) 983-0900
F: (415) 397-9005

**Richard I. Hutson, Esq. VSB#71097**
**FULLERTON & KNOWLES, P.C.**
12642 Chapel Road
Clifton, VA  20124-1951
T:  (703) 818-2600
F:  (703) 818-2602
E-Mail: rhutson@fullertonlaw.com
Counsel for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf and all other persons similarly situated to each.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING**
**MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion is **GRANTED** and Matthew Righetti is permitted to appear and be heard by telephone at the hearing on February 24, 2010 at 2:00 p.m. on behalf of Creditors Jonathan Card, on behalf of himself and all others similarly situated, Joseph Skaf, on behalf of himself and all others similarly situated, and Creditors Jack Hernandez, on behalf of himself and all others similarly situated, and Robert Gentry, on behalf of himself and all others similarly situated.

_____, 2010        _____
                                                                            HONORABLE KEVIN R. HUENNEKENS
                                                                            UNITED STATES BANKRUPTCY JUDGE

We ask for this:

  /s/ Richard I. Hutson
**Richard I. Hutson, Esq. VSB#71097**
**FULLERTON & KNOWLES, P.C.**
12642 Chapel Road
Clifton, VA  20124-1951
T:  (703) 818-2600
F:  (703) 818-2602
E-Mail: rhutson@fullertonlaw.com

-and -

  /s/ Mathew Righetti
**Matthew Righett, Esq.i (121012)**
**John Glugoski, Esq. (191551)**
**RIGHETTI LAW FIRM, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
T: (415) 983-0900
F: (415) 397-9005