Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   1Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**CONSENT ORDER RESOLVING THE DEBTORS' SIXTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS AS TO LEXINGTON COUNTY CLAIM NUMBER 1165**

This matter having come before the Court on the Debtors Sixth Omnibus Objection To Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"); and the Debtors and Lexington County, South Carolina having stipulated as follows: (i) Lexington County filed a proof of claim on

December 8, 2008 for $6,333.70 asserting priority under Bankruptcy Code section 503(b)(9) (Claim 1165); (ii) the Debtors objected to Claim 1165 in the Objection; (iii) Lexington County amended Claim 1165 pursuant to the proof of claim filed on November 30, 2009 (Claim 14750); and (iv) the Debtors and Lexington County agree that Claim 1165 should be disallowed in its entirety; and, based on the foregoing, the Court finding that disallowing Claim 1165 is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim 1165 is disallowed in its entirety for all purposes in these bankruptcy cases.

2. The Objection is resolved as to Claim 1165.

3. The Debtors' rights to object to Claim 14750 at a later time on any grounds that governing law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

    - and –

/s/ Jeffrey Anderson_____
Jeffrey Anderson, Esq.
NICHOLSON, DAVIS, FRAWLEY, ANDERSON & AYER LLC
212 South Lake Drive
Lexington, SC 29072
(803) 785-8345

Counsel for Lexington County

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

　　　Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　　　　　/s/ Douglas M. Foley
　　　　　　　　　　　　　　　　　　Douglas M. Foley