**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

```
·············································· x
                                          :   Chapter 11
In re:                                    :
                                          :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                :
et al.,                                   :
                                          :   Jointly Administered
            Debtors.¹                     :
                                          :
·············································· x
```

## AFFIDAVIT OF SERVICE

I, Timothy J. Kelsey, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On February 8, 2010, copies of the following documents were served via electronic mail

upon the parties set forth on the service lists attached hereto as **Exhibit A**, and facsimile upon the

parties set forth on the service lists attached hereto as **Exhibit B**, and qxgtpki j vmail upon the parties

set forth on the service lists attached hereto as **Exhibit C**:

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

1.  Notice of Agenda of Matters Scheduled for Hearing on February 11, 2010 at 11:00
    a.m. (Eastern) (Docket No. 6486)

Dated: February 11, 2010

_____
Timothy J. Kelsey

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 11th day of February, 2010, by
Timothy J. Kelsey, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

> MICHELLE CRUZ
> Commission # 1875517
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 2, 2014

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ.<br>CHRIS L. DICKERSON, ESQ. | tim.pohl@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |

2/10/2010 5:35 PM
Ex A - Core Service List 100111 (14).XLS

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@bryancave.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | cgibbs@akingump.com |
| | Sarah Link Schultz | sschultz@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
| | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Attorney General of Indiana | Gregory F Zoeller | legrand.clark@atg.in.gov |
| | LeGrand L Clark | gregory.zoeller@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
| | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski & | trepczynski@beankinney.com |
| | Martin J Yeager | myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore | jmoore@bmpllp.com |
| | Sarah Davis | sdavis@bmpllp.com |
| | | bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Stacey Suncine | |
| | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
| | Julie H Rome Banks Esq | julie@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
| | John Lucian Esq | Lucian@blankrome.com |
| Blankinship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| | Jeremy B Root Esq | jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
| | Andria M Beckham | abeckham@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| | William D Buckner | wbuckner@bamlaw.net |
| Buckner Alani & Mirkovich | Catherine J Weinberg | cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | Augustus C Epps Jr Esq | aepps@cblaw.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.com |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| | Karen C Bifferato Esq | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| | Michael St Patrick Baxter | |
| | Dennis B Auerbach | |
| Covington & Burling LLP | Joshua D McKarcher | jmckarcher@cov.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| | Christopher A Provost | |
| | Stephen T Loden | |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| DLA Piper LLP | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com |
| | | nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| Duane Morris LLP | Junghye June Yeum Esq | |
| | John Dellaportas Esq | |
| | William C Heuer Esq | wheur@duanemorris.com |
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Envision Peripherals Inc | Gay Richey | |
| | Sr Credit Manager | gay@epius.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | mkogan@ecjlaw.com |
| | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Friedlander Misler PLLC | Robert E Greenberg Esq | |
| | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Reid Whitten | rwhitten@fulbright.com |
| | Kimberly S Walker | kwalker@fulbright.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorence@fulbright.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne M Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq | mfalzone@hf-law.com |
| | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| | Robert S Westermann | rwestermann@hf-law.com |
| | Thomas J Dillon III Esq | tdillon@hf-law.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| | Jason W Harbour | jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| Jackson & Campbell PC | David H Cox Esq | dcox@jackscamp.com |
| | John J Matteo Esq | jmatteo@jackscamp.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | dpoitras@jmbm.com |
| | Caroline R Djang | crd@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Jones Day | Jeffrey B Ellman | jbellman@jonesday.com |
| | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com |
| | | bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq | akcrenshaw@kaufcan.com |
| | Paul K Campsen Esq | |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Kelley Drye & Warren LLP | James S Carr Esq | KDWBankruptcyDepartment@kelleydry |
| | Robert L LeHane Esq | e.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| King & Spalding LLP | James A Pardo Jr | jpardo@kslaw.com |
| | Thaddeus D Wilson | thadwilson@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| | David M Stern Esq | dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzman@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Kutak Rock LLP | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt | |
| | Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| | Gordon S Young Esq | gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com |
| | | aarusso@mindspring.com |
| Loudoun County Attorney | John R Roberts | |
| | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us |
| | | swells@co.madison.al.us |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr | cmagee@mfgs.com |
| | W Joel Charboneau | jcharboneau@mfgs.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq | |
| | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| McCarter & English LLP | Clement J Farley | cfarley@mccarter.com |
| | Angela Sheffler Abreu | aabreu@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| McDonough Holland & Allen PC | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| | J David Folds Esq | |
| McKenna Long & Alridge LLP | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| | J David Folds | dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Missouri Attorney General Office | Chris Koster Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo Kenneth Miller Esq | bmoldo@mdfslaw.com kmiller@mdfslaw.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | nherman@morganlewis.com mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq Martin A Brown Esq | rco@lawokc.com martin.brown@kawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner Anitra Goodman Royster | terri.gardner@nelsonmullins.com anitra.royster@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Nixon Peabody LLP | Daniel R Sovocool Louis J Cisz III Gina M Fornario Louis E Dolan | dsovocool@nixonpeabody.com lcisz@nixonpeabody.com gfornario@nixonpeabody.com ldolan@nixonpeabody.com |
| Nixon Peabody LLP | Dennis J Drebsky Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | asecker@nheh.com |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | msage@omm.com kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq<br>Jonathan P Guy Esq | sstengel@orrick.com<br>jguy@orrick.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks<br>Marc S Wasserman | jdacks@osler.com<br>mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov<br>efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| Pepper Hamilton LLP | K Stewart Evans Jr<br>Matthew D Foster | evansks@pepperlaw.com<br>fosterm@pepperlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq<br>Scott L Adkins Esq | sws@pgslaw.com<br>sla@pgslaw.com |
| Pima County Attorney Civil Division | German Yusufov<br>Terri A Roberts | terri.roberts@pcao.pima.gov<br>german.yusufov@pcao.pima.gov |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird<br>Amy E Hatch | jbird@polsinelli.com<br>ahatch@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq<br>Laura A Otenti Esq | rsomma@pbl.com<br>lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| Quarles & Brady LLP | Faye B Feinstein Esq<br>Christopher Combest Esq | fbf@quarles.com<br>ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| Reed Smith LLP | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com<br>erin@righettilaw.com |
| Rivkin Radler LLP | Matthew V Spero Esq<br>Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| Robinson & Cole | Peter E Strniste<br>Patrick M Birney | pstrniste@rc.com<br>pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas F Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq<br>William A Gray Esq<br>Peter M Pearl Esq<br>Lisa Taylor Hudson Esq | ppearl@sandsanderson.com<br>lhudson@sandsanderson.com<br>bgray@sandsanderson.com<br>tebel@sandsanderson.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | lburnat@swfllp.com<br>chord@swfllp.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq<br>Rhett Petcher Esq<br>Alexander Jackins | jhughes@seyfarth.com<br>rpetcher@seyfarth.com<br>ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | William J Factor Esq<br>David C Christian II | wfactor@seyfarth.com<br>dchristian@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe<br>Margaret Mann | bwolfe@sheppardmullin.com<br>Mmann@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen Richard E Braun | braunre@doj.state.wi.uc |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| | Darrell W Clark Esq | dclark@stinson.com |
| | Tracey M Ohm Esq | tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson McMullan PC | Robert A Dybing Robert R Musick | rdybing@t-mlaw.com bmusick@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Venable LLP | Lawrence A Katz Kristen E Burgers | lakatz@venable.com keburgers@venable.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | William L Wallander | bwallander@velaw.com |
| Vinson & Elkins LLP | Angela B Degeyter | adegeyter@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| | Gary T Holtzer Esq | gary.holtzer@weil.com |
| Weil Gotshal & Manges LLP | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| | Edward L Rothberg | erothberg@wkpz.com |
| Weycer Kaplan Pulaski & Zuber PC | Jessica L Hickford | jhickford@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| | Peter J Carney | |
| | William Sloan Coats | |
| White & Case LLP | Julieta L Lerner | jlerner@whitecase.com |
| | Bradford F Englander | |
| Whiteford Taylor & Preston LLP | Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| | William H Schwarzschild III | tschwarz@williamsmullen.com |
| Williams Mullen | W Alexander Burnett | aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| | Brian D Womac | Stacey@brianwomac.com |
| Womac & Associates | Stacy Kremling | brianwomac@aol.com |
| | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |

Circuit City Stores, Inc.
Special Service List

| Name | Notice Name | Email |
|------|-------------|-------|
| Akerman Senterfitt LLP | Michael I Goldberg Esq & Joanne Gelfand Esq | michael.goldberg@akerman.com<br>joanne.gelfand@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy & Stanley M Salus & Michael Goldberg & Joanne Gelfand | mona.murphy@akerman<br>stan.salus@akerman.com<br>michael.goldberg@akerman.com<br>joanne.gelfand@akerman.com |
| Bell Nunnally & Martin LLP | Bruce W Akerly Esq | brucea@bellunnually.com |
| Butler Snow OMara Stevens & Cannada PLLC | John A Crawford Jr | jack.crawford@butlersnow.com |
| Butler Snow OMara Stevens & Cannada PLLC | John A Crawford Jr | jack.crawford@butlersnow.com |
| Butzel Long Tighe Patton PLLC | William Daniel Sullivan | dsullivan@butzeltp.com |
| Christian & Barton LLP | Augustus C Epps Jr & Michael D Mueller & Jennifer McClain McLemore | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com |
| Covington & Burling LLP | Michael St Patrick Baxter & Dennis B Auerbach & Joshua D McKarcher | mbaxter@cov.com<br>dauerbach@cov.com<br>jmckarcher@cov.com |
| Donchess Notinger & Tamposi PC | Peter N Tamposi Esq | peter@dntpc.cp, |
| Green Seifter Attorneys PLLC | Robert K Weiler Esq | rweiler@gslaw.com |
| Gregory Kaplan PLC | Troy Savenko & Leslie A Skiba | tsavenko@gregkaplan.com<br>lskiba@gregkaplan.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hirschler Fleischer PC | Robert S Westermann | rwestermann@hf-law.com |
| Honigman Miller Schwartz and Cohn LLP | Judy B Calton & Joseph R Sgroi | jcalton@honigman.com<br>jsgroi@honigman.com |
| Hunton & Williams LLP | JR Smith & Henry Toby P Long III | jrsmith@hunton.com<br>hlong@hunton.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras & Caroline R Djang | DPoitras@JMBM.com<br>CRD@JMBM.com |
| Kantrowitz Goldhamer & Graifman PC | Randy J Perlmutter & Gary S Graifman | ggraifman@kgglaw.com<br>rperlmutter@kgglaw.com |
| Katten Muchin Rosenman LLP | Thomas J Leanse & Dustin P Branch | thomas.leanse@kattenlaw.com<br>dustin.branch@kattenlaw.com |
| Keesal Young & Logan APC | William H Collier Jr & David D Piper & James A Marissen | william.collier@kyl.com<br>david.piper@kyl.com<br>james.marissen@kyl.com |
| Kepley Broscious & Biggs PLC | William A Broscious | wbroscious@kbbplc.com |
| King & Spalding LLP | James A Pardo Jr & Thaddeus D Wilson | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern & Michael L Tuchin & Korin A Elliot | dstern@ktbslaw.com<br>mtuchin@ktbslaw.com<br>kelliott@ktbslaw.com |
| Landau & Berger LLP | Jon LR Dalberg | jdalberg@lgbfirm.com |
| Law Office of Rand L Gelber | Rand L Gelber | rgelbermd@aol.com |
| Law Offices of Robert E Luna PC | Andrea Sheehan Esq | sheehan@txschoollaw.com |
| LeClairRyan APC | Bruce H Matson & Christopher L Perkins | bruce.matson@leclairryan.com<br>christopher.perkins@leclairryan.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg & Gordon S Young | jeremy.friedbergweb@llff.com<br>gordon.young@llff.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller Esq | BethW@publicans.com |
| Magee Goldstein Lasky & Sayers PC | W Joel Charbonneau Esq | jcharboneau@mfgs.com |
| Magee Goldstein Lasky & Sayers PC | W Joel Charbonneau Esq & A Carter Magee Jr | jcharboneau@mfgs.com<br>cmagee@mfgs.com |
| McCandlish Holton PC | Jeremy W Martin | jeremymartin@lawmh.com |
| McCreary Veselka Bragg Allen PC | Michael Reed | mreed@mvbalaw.com |
| McKenna Long & Aldridge LLP | John G McJunkin & Daniel Carrigan | jmcjunkin@mckennalong.com<br>dcarrigan@mckennalong.com |
| Mercer Trigiani LLP | Philip C Baxa | Phil.baxa@mercertrigiani.com |
| Meyers Rodbell & Rosenbaum PA | Brett Christopher Beehler | bbeehler@mrrlaw.net |
| Office of the County Attorney Douglas County Colorado | Robert D Clark | rclark@douglas.co.us |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Perdue Brandon Fiedler Collins & Mott LLP | Elizabeth Banda & Owen M Sonik | ebanda@pbfcm.com<br>osonik@pbfcm.com |
| Pima County Attorneys Office | German Yusufov | german.yusufov@pcao.pima.gov |
| Redmon Peyton & Braswell LLP | Robert M Marino Esq | rmmarino@rpb-law.com |
| Richardson & Patel LLP | Sharon Z Weiss & Mark E Carrillo | sweiss@richardsonpatel.com<br>mcarrillo@richardsonpatel.com |
| Robinson & Cole LLP | Peter E Strniste Jr & Patrick Birney | pstrniste@rc.com<br>pbirney@rc.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |

Circuit City Stores, Inc.
Special Service List

| Name | Notice Name | Email |
|------|-------------|-------|
| Saiber LLC | Nancy A Washington | nwashington@saiber.com |
| Sands Anderson Marks & Miller PC | William A Gray Esq & C Thomas Ebel Esq & William A Burgess Esq | BGray@SandsAnderson.com ABurgess@SandsAnderson.com TEbel@SandsAnderson.com |
| Schulte Roth & Zabel LLP | David M Hillman & Meghan M Breen | david.hillman@srz.com meghan.breen@srz.com |
| Taxing Authority Conulting Services PC | Mark K Ames | mark@taxva.com |
| Travis County Attorneys Office | Karon Y Wright | karon.wright@co.travis.tx.us |
| Vandeventer Black LLP | Kevin A Lake Esq | klake@vanblk.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo & Whitney J Levin | smilo@wawlaw.com wlevin@wawlaw.com |
| Whiteford Taylor & Preston LLP | Bradford F Englander & Brian M Nestor & Christopher A Jones | benglander@wtplaw.com cajones@wtplaw.com |
| Wiley Rein LLP | Dylan G Trache & H Jason Gold | dtrache@wileyrein.com jgold@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache & Valerie P Morrison | dtrache@wileyrein.com vmorrison@wileyrein.com |
| Wilkie Farr & Gallagher LLP | Alan J Lipkin | alipkin@willkie.com |
| Wilkie Farr & Gallagher LLP | Paul V Shalhoub & Terence K McLaughlin & Jeanna I Composti | pshalhoub@willkie.com tmclaughlin@willkie.com jcomposti@willkie.com |
| Williams Mullen | Paul S Bliley Jr | pbliley@williamsmullen.com |
| Williams Mullen | William H Schwarzschild III & W Alexander Burnett | tschwarz@williamsmullen.com aburnett@williamsmullen.com |
| Williams Mullen | William H Schwarzschild III & W Alexander Burnett & R Joseph Noble & Paul S Bliley Jr | tschwarz@williamsmullen.com jnoble@williamsmullen.com aburnett@williamsmullen.com pbliley@williamsmullen.com |
| Wright Constable & Skeen LLP | Cynthia E Rodgers Waire & Michael A Stover | crodgers-waire@wcslaw.com mstover@wcslaw.com |

# EXHIBIT B

Circuit City Stores, Inc.
Core List

| NAME | ATTENTION | FAX |
|------|-----------|-----|
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9293 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |

Facsimile List

Circuit City Stores, Inc.

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |

Fax List

Circuit City Stores

Special Service List

| Name | Notice Name | Fax |
|------|-------------|-----|
| Active Media Services Inc | Michele Burns | 845-735-0717 |
| Dye Foley Krohn & Shannon SC | John G Shannon | 262-637-1460 |
| Mark Browning Assistant Attorney General | Bankruptcy & Collections Division | 512-482-8341 |
| Office of Henrico County Attorney | Rhysa Griffith South Asst County Attorney | 804-501-4140 |
| State of Connecticut Department of Revenue Services | Richard Blumenthal & Denise Mondell | 860-808-5383 |

# EXHIBIT C

Circuit City Stores, Inc.

Core List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | USA |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | USA |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN DIRECTOR | P O BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | USA |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS ESQ PATRICIA SCHRAGE ESQ | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | USA |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | 900 E MAIN ST | | RICHMOND | VA | 23219 | USA |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | US |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | US |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 | US |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | US |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 | US |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 | US |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 | US |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 | US |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 | US |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 | US |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | US |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 | US |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 | US |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | US |

Circuit City Stores, Inc.
Special Service List

| Company | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Bell Nunnally & Martin LLP | Bruce W Akerly Esq | 1400 One McKinney Plz | 3232 McKinney Ave | Dallas | TX | 75204-2429 | USA |
| California Mens Colony | Bruce Senator F 99302 | PO Box 8103 | | San Luis Obispo | CA | 93403-8103 | USA |
| Donchess Notinger & Tamposi PC | Peter N Tamposi Esq | 547 Amherst At Ste 204 | | Nashua | NH | 3063 | USA |
| MA Dept of Revenue Litigation Bur | Stephen G Murphy | 100 Cambridge St | PO Box 9565 | Bostion | MA | 2114 | USA |
| Office of the US Trustee | Robert B Van Arsdale | 701 E Broad St Ste 4304 | Shannon Franklin Pecoraro | Richmond | VA | 23219 | USA |
| US Customs and Border Protection | Robert P McIntosh | 1800 Main St Ctr | 600 E Main St | Richmond | VA | 23219 | USA |
| US Internal Revenue Service | Richard F Stein | 600 E Main St Ste 1601 | | Richmond | VA | 23219-2430 | USA |
| Vincent E Rhynes | | 1514 W Manchester Ave No 5 | | Los Angeles | CA | 90047 | USA |