# TFL ENTERPRISES LLC

February 10, 2010

*FILED FEB 17 2010 CLERK US BANKRUPTCY COURT RICHMOND DIVISION*

**BY CERTIFIED MAIL**

United States Bankruptcy Court
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

Re:   Notice of Change of Creditor Address (Case No. 08-35653-KRH)

Dear Sir or Madame:

In connection with the bankruptcy proceeding of Circuit City Stores, Inc., please find enclosed a notice of change of address with respect to TFL Enterprises LLC, a creditor in the proceeding. Please file the notice in the bankruptcy case set forth above.

Please call me at (312) 787-1100, extension 203 if you have any questions. I appreciate your assistance.

Best regards,

*[signature]*

Aaron A. Mobarak
Manager
TFL Enterprises LLC
980 North Michigan Ave, Suite 1540
Chicago, Illinois  60611

CHI99 5214343-1.048741.0018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) Chapter 11 ) ) ) Case No.: 08-35653 (KJH) |
| CIRCUIT CITY STORES, INC., | ) ) (Jointly Administered) ) |
| Debtor. | ) NOTICE OF CHANGE OF ) CREDITOR ADDRESS ) |

## NOTICE OF CHANGE OF CREDITOR ADDRESS

PLEASE TAKE NOTICE of a change of address for TFL Enterprises LLC, a creditor in this action. The new address is:

TFL Enterprises LLC
980 North Michigan Ave, Suite 1540
Chicago, Illinois 60611

Dated: February 10, 2010

Respectfully submitted,

*signature*

Aaron A. Mobarak, Manager

*TFL Enterprises LLC*