**Hearing Date: March 8, 2010 at 11:00 a.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) ) ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'
SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN CLAIMS FILED BY
EQUITY HOLDERS TO INTERESTS) AND RESPONSE THERETO**

**PLEASE TAKE NOTICE** that on January 21, 2010, the Debtors filed their Sixty-Fifth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Omnibus Objection to Reclassify Claims Filed by Equity Holders to Interests").

**PLEASE TAKE FURTHER NOTICE** that a certain party filed a response (the "Response") to the Omnibus Objection to Reclassify Claims Filed by Equity Holders to Interests (the

"Responding Claimant"). A listing of the one (1) remaining Responding Claimant, the claim under objection on which the hearing will go forward (the "Claim"), and the docket number of the Response is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objection to Reclassify Claims Filed by Equity Holders to Interests with respect to the Claim and the Response shall be heard at **<u>11:00 a.m. (Eastern Time) on March 8, 2010</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Response with respect to the Claim, then it or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **<u>at 11:00 a.m. (Eastern Time) on March 8, 2010</u>** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**<u>If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested</u>**.

Dated: February 18, 2010     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             155 North Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                    - and –

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley            .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 65 | Louis A. and Dolores Luchak | 13259 | 6446 |

\10714834