February 5, 2010

<u>VIA FEDERAL EXPRESS:</u>

United States Bankruptcy Court
Eastern District of Virginia
(Alexandria Division) Martin V. B. Bostetter, Jr. Courthouse
200 S. Washington Street
Alexandria, VA
22314-5405

    Re:    Transfer of Allowed Claim pursuant to FRBP Rule 3001(e)2
             Eastman Kodak Company to Marblegate Special Opportunities
             Master Fund L.P.

Dear Clerk of the Court:

Enclosed for processing is the following transfer of claim pursuant to rule 3001(e) 2:

| Transferor | Transferee | Amount Transferred |
| --- | --- | --- |
| Eastman Kodak Company | Marblegate Special Opportunities Master Fund L.P. | $3,874,428.88 |

I have enclosed an additional copy of the filing and a pre-paid Fedex envelope with the return slip already filled out. Can you please return a copy of the transfer stamped "Filed" once the transfer is put on the docket? If you have any questions I can be reached at the number above.

Best Regards,

Erica Wolf

FILED 2010 FEB 12 A 11:21
US BANKRUPTCY COURT
ALEXANDRIA DIVISION
CLERK

# United States Bankruptcy Court

## Eastern District of Virginia

In re Circuit City Stores, Inc., et al.     Case No. 08-35653 (KRH)
                                             Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND L.P. | EASTMAN KODAK COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 1147

Amount of Claim: $3,874,428.88

Name and Address where notices to Transferee should be sent:

Marblegate Special Opportunities Master Fund L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
Attn: Mark E. Zoldan
Tel: (212) 616-7150
Email: mark@marblegate.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MARBLEGATE SPECIAL OPPORTUNITIES
MASTER FUND LP

By: _____     Date: 2/3/10
Name: Andrew Milgram
Title: Managing Partner of Marblegate Asset
Management LLC the Investment Manager of
Marblegate Special OpportunitiesMaster Fund LP

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Eastman Kodak Company ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Marblegate Special Opportunities Master Fund LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, administrative claims in the aggregate amount of $3,874,428.88 (the "Assigned Claim"), against Circuit City Stores, Inc., et al. ("Debtor"), the debtor-in-possession in Case No. 08-35653 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 22, 2009.

EASTMAN KODAK COMPANY

By: *[signature]*
Name: Patrick M. Slater
Title: Corporate Secretary