**Hearing Date: March 8, 2010 at 11:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'
THIRTY-THIRD OMNIBUS OBJECTION TO CLAIM 7295 FILED BY
AMORE CONSTRUCTION COMPANY AND RESPONSE THERETO**

    **PLEASE TAKE NOTICE** that on August 21, 2009, the Debtors objected to proof of claim 7295 filed by Amore Construction Company ("Claim 7295") in the Corrected Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 4590; the "Thirty-Third Omnibus Objection").

    **PLEASE TAKE FURTHER NOTICE** that Amore Construction Company filed a response (Docket No. 4947; the "Response")

to the Thirty-Third Omnibus Objection (the "Responding Claimant").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Thirty-Third Omnibus Objection with respect to Claim 7295 and the Response shall be heard at **11:00 a.m. (Eastern Time) on March 8, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Response with respect to Claim 7295, then it or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Time) on March 8, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: February 18, 2010         SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia         FLOM, LLP
                                                   Gregg M. Galardi, Esq.
                                                   Ian S. Fredericks, Esq.
                                                   P.O. Box 636
                                                   Wilmington, Delaware 19899-0636
                                                   (302) 651-3000

                                                           - and -

                                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                               FLOM, LLP
                                               Chris L. Dickerson, Esq.
                                               155 North Wacker Drive
                                               Chicago, Illinois 60606
                                               (312) 407-0700

                                                           - and -

                                               MCGUIREWOODS LLP

                                               /s/ Douglas M. Foley                .
                                               Dion W. Hayes (VSB No. 34304)
                                               Douglas M. Foley (VSB No. 34364)
                                               One James Center
                                               901 E. Cary Street
                                               Richmond, Virginia 23219
                                               (804) 775-1000

                                               Counsel for Debtors and Debtors
                                               in Possession