# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: Simpletech, a Fabrik Company
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband and Wife
                       ☐ Husband Only
                       ☐ Wife Only

[If applicable] Case Name: In re Circuit City Stores, Inc. (jointly administered)
[If applicable] Case No./Adversary Proceeding No.: 08-35653
[If applicable] Creditor Name: Simpletech by Hitachi, Hitachi Global Storage Technologies, Inc., formerly Simpletech, a Fabrik Company

☑ Street Address    ☑ Mailing Address
New Address: 3403 Yerba Buena Road
            No. and Street, Apt., P. O. Box or R. D. No.

City: San Jose          State: CA    Zip: 95135
Attention: Chelse A. Ferrero, Sr. Corporate Counsel

☑ Street Address    ☑ Mailing Address
Old Address: 1830 East Warner Avenue
            No. and Street, Apt., P. O. Box or R. D. No.

City: Santa Ana         State: CA    Zip: 92705

Telephone Number: ( 408 ) 717-8405
Please include area code

WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
By: _[signature]_
Signature of Filer [*check filer type below*]: Lei Lei Wang Ekvall
☑ Attorney for ~~Debtor~~ Creditor
☐ Debtor [*If joint case and address is for **husband and wife**, both debtors must sign.*]
☐ Creditor
☐ Attorney

Date: February 16, 2010
pc: Trustee
    United States Trustee
    Creditor (for creditor's change of address)

[changead ver. 02/08]

| In re: CIRCUIT CITY STORES, INC. | Debtor(s). | CHAPTER: 11 |
| --- | --- | --- |
| | | CASE NUMBER: 08-35653 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document described **CHANGE OF ADDRESS (CREDITOR, SIMPLETECH, A FABRIK, COMPANY)** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: See Attachment

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Via - U.S. Mail - See Attachment

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/17/10 | Terri Jones | *[signature]* |
| --- | --- | --- |
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
391912.1

F 9013-3.1

| In re: | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY U.S. MAIL**

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

United States Trustee

Gregg M. Galardi, Esq.
Ian S Fredericks, Esq
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilington, DE 19899-0636

Counsel to Debtors

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Counsel to Debtors

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Counsel to Debtors

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
391912.1

**F 9013-3.1**