Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED TO UNSECURED
CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS
RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE
COMMENCEMENT OF THE CASES)**

THIS MATTER having come before the Court on the

Debtors' Twentieth Omnibus Objection to Claims (Reclassified

to Unsecured Claims of Certain Claims Filed as 503(b)(9)

Claims for Goods Received by the Debtors not within Twenty

Days of the Commencement of the Cases) (the "Objection");

and it appearing that due and proper notice and service of

the Objection as set forth therein was good and sufficient

and that no other further notice or service of the Objection

need be given; and it further appearing that certain

claimants filed responses to the Objection; and the Court

having entered the Order on Debtors' Twentieth Omnibus

Objection to Claims (Reclassified to Unsecured Claims of

Certain Claims Filed as 503(b)(9) Claims for Goods Received

by the Debtors not within Twenty Days of the Commencement of

the Cases) (Docket No. 4576) (the "Initial Order"); and it

appearing that the relief requested on the Objection is in

the best interest of the Debtors, their estates and

creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Initial Order, the claims

identified on Exhibit A attached hereto and incorporated

herein are reclassified for all purposes in these bankruptcy

cases as set forth on Exhibit A; provided, further, that the

Debtors' rights and abilities to object to the claims on

Exhibit A on any available grounds and bases applicable law

permits are hereby preserved in their entirety and nothing

herein shall be construed or deemed to limit or impair such

rights and abilities.

2.   Notwithstanding the Initial Order, the Objection is

withdrawn without prejudice as to the claims identified on

Exhibit B attached hereto and incorporated herein; provided,

further, that the Debtors' rights and abilities to object to

the claims on Exhibit B on any available grounds and bases

applicable law permits are hereby preserved in their

entirety and nothing herein shall be construed or deemed to

limit or impair such rights and abilities.

3.   The Debtors' rights to object to any claim,

including (without limitation) the Claims, on any grounds

that applicable law permits are not waived and are expressly

reserved.

4.   This Court shall retain jurisdiction with respect

to all matters arising from or related to this Order.

5.   The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
          _____, 2010


          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10476386

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of
Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The
Commencement Of The Cases) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| Claim: 423<br>Date Filed:    12/01/2008<br>Docketed Total:    $223,961.06<br>Filing Creditor Name and Address:<br>CYBER ACOUSTICS<br>3109 NE 109TH AVE<br>VANCOUVER, WA 98682 | Claim Holder Name and Address<br><br>CYBER ACOUSTICS<br>3109 NE 109TH AVE<br>VANCOUVER, WA 98682<br><br>Case Number:    08-35653<br>503(b)(9):    $223,961.06<br>Unsecured:<br>Docketed Total:    **$223,961.06** | Invoice Detail<br>Filing Creditor Name:    CYBER ACOUSTICS<br><br>Claim:    423<br>Invoice Total:    **$146,871.14** | | | | Case Number:    08-35653<br>503(b)(9):    $77,089.92<br>Unsecured:    $146,871.14<br>Modified Total:    **$223,961.06** |

| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|
| 08/25/2008 | 09/03/2008 | IN145936 | $951.84 |
| 08/25/2008 | 09/03/2008 | IN145938 | $2,655.68 |
| 08/26/2008 | 09/03/2008 | IN145980 | $2,577.60 |
| 08/26/2008 | 09/02/2008 | IN145981 | $768.48 |
| 08/26/2008 | 09/04/2008 | IN145982 | $1,991.04 |
| 08/26/2008 | 09/02/2008 | IN145984 | $2,732.68 |
| 08/26/2008 | 09/04/2008 | IN145985 | $2,617.44 |
| 08/29/2008 | 09/03/2008 | IN146233 | $370.80 |
| 08/29/2008 | 09/03/2008 | IN146234 | $1,317.60 |
| 08/29/2008 | 09/04/2008 | IN146235 | $1,105.46 |
| 08/29/2008 | 09/03/2008 | IN146236 | $2,302.78 |
| 08/29/2008 | 09/09/2008 | IN146237 | $1,668.24 |
| 08/29/2008 | 09/09/2008 | IN146238 | $2,009.80 |
| 08/31/2008 | 09/03/2008 | IN145983 | $5,173.10 |
| 09/02/2008 | 09/09/2008 | IN146283 | $2,565.60 |
| 09/02/2008 | 09/09/2008 | IN146284 | $933.12 |
| 09/02/2008 | 09/10/2008 | IN146285 | $1,704.96 |
| 09/02/2008 | 09/09/2008 | IN146286 | $4,166.22 |
| 09/02/2008 | 09/09/2008 | IN146287 | $2,192.92 |
| 09/02/2008 | 09/10/2008 | IN146288 | $2,203.96 |
| 09/05/2008 | 09/09/2008 | IN146485 | $1,219.92 |
| 09/05/2008 | 09/11/2008 | IN146486 | $783.24 |
| 09/05/2008 | 09/09/2008 | IN146487 | $2,043.12 |
| 09/08/2008 | 09/10/2008 | IN146543 | $435.84 |
| 09/08/2008 | 09/16/2008 | IN146544 | $2,458.92 |
| 09/09/2008 | 09/16/2008 | IN146587 | $3,704.00 |
| 09/09/2008 | 09/16/2008 | IN146588 | $1,419.38 |
| 09/09/2008 | 09/18/2008 | IN146589 | $2,297.04 |
| 09/12/2008 | 09/16/2008 | IN146791 | $1,159.08 |
| 09/12/2008 | 09/17/2008 | IN146792 | $2,227.60 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| | | Invoice Detail | | | | |
| | | Filing Creditor Name: | CYBER ACOUSTICS | | | |
| | | Claim: | 423 | | | |
| | | Invoice Total: | **$146,871.14** | | | |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | |
| | | 09/15/2008 | 09/18/2008 | IN146859 | $777.60 | |
| | | 09/15/2008 | 09/17/2008 | IN146860 | $86.64 | |
| | | 09/15/2008 | 09/18/2008 | IN146861 | $342.72 | |
| | | 09/15/2008 | 09/18/2008 | IN146862 | $625.92 | |
| | | 09/15/2008 | 09/18/2008 | IN146863 | $179.76 | |
| | | 09/15/2008 | 09/18/2008 | IN146864 | $435.84 | |
| | | 09/15/2008 | 09/23/2008 | IN146865 | $2,029.68 | |
| | | 09/15/2008 | 09/23/2008 | IN146866 | $1,781.88 | |
| | | 09/16/2008 | 09/23/2008 | IN146909 | $4,841.28 | |
| | | 09/16/2008 | 09/23/2008 | IN146910 | $1,320.96 | |
| | | 09/16/2008 | 09/23/2008 | IN146911 | $3,983.92 | |
| | | 09/16/2008 | 09/23/2008 | IN146912 | $1,879.30 | |
| | | 09/16/2008 | 09/25/2008 | IN146963 | $2,458.56 | |
| | | 09/16/2008 | 09/25/2008 | IN146964 | $1,893.86 | |
| | | 09/17/2008 | | IN146991 | $292.32 | |
| | | 09/19/2008 | 09/24/2008 | IN147049 | $1,058.64 | |
| | | 09/19/2008 | 09/23/2008 | IN147050 | $1,145.28 | |
| | | 09/19/2008 | 09/24/2008 | IN147051 | $1,673.24 | |
| | | 09/19/2008 | 09/23/2008 | IN147052 | $1,981.86 | |
| | | 09/22/2008 | 09/30/2008 | IN147076 | $2,726.92 | |
| | | 09/23/2008 | 09/30/2008 | IN147125 | $5,100.96 | |
| | | 09/23/2008 | 09/30/2008 | IN147126 | $2,402.80 | |
| | | 09/23/2008 | 10/02/2008 | IN147127 | $2,279.24 | |
| | | 09/26/2008 | 10/01/2008 | IN147307 | $1,691.14 | |
| | | 09/26/2008 | 09/30/2008 | IN147308 | $2,561.24 | |
| | | 09/29/2008 | 10/02/2008 | IN147360 | $634.08 | |
| | | 09/29/2008 | 10/01/2008 | IN147361 | $731.28 | |
| | | 09/29/2008 | 10/02/2008 | IN147362 | $806.16 | |
| | | 09/29/2008 | 10/02/2008 | IN147363 | $249.60 | |
| | | 09/29/2008 | 10/02/2008 | IN147364 | $259.68 | |
| | | 09/29/2008 | 10/07/2008 | IN147365 | $822.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| | | Invoice Detail | |
| | | Filing Creditor Name:    CYBER ACOUSTICS | |
| | | Claim:    423 | |
| | | Invoice Total:    **$146,871.14** | |

| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|
| 09/29/2008 | 10/07/2008 | IN147366 | $1,793.88 |
| 09/30/2008 | 10/07/2008 | IN147408 | $1,170.96 |
| 09/30/2008 | 10/07/2008 | IN147409 | $4,570.40 |
| 09/30/2008 | 10/07/2008 | IN147410 | $1,388.52 |
| 09/30/2008 | 10/09/2008 | IN147411 | $2,180.20 |
| 10/03/2008 | 10/07/2008 | IN147614 | $1,417.12 |
| 10/03/2008 | 10/07/2008 | IN147615 | $1,618.98 |
| 10/06/2008 | 10/08/2008 | IN147660 | $266.40 |
| 10/06/2008 | 10/09/2008 | IN147661 | $435.84 |
| 10/06/2008 | 10/09/2008 | IN147662 | $272.88 |
| 10/06/2008 | 10/09/2008 | IN147663 | $605.04 |
| 10/06/2008 | 10/14/2008 | IN147664 | $2,704.60 |
| 10/07/2008 | 10/14/2008 | IN147724 | $1,967.28 |
| 10/07/2008 | 10/16/2008 | IN147725 | $1,209.12 |
| 10/07/2008 | 10/14/2008 | IN147726 | $5,563.14 |
| 10/07/2008 | 10/14/2008 | IN147727 | $1,451.36 |
| 10/07/2008 | 10/16/2008 | IN147728 | $3,258.58 |
| 10/10/2008 | 10/14/2008 | IN148074 | $1,154.16 |
| 10/10/2008 | 10/15/2008 | IN148075 | $1,494.00 |
| 10/10/2008 | 10/14/2008 | IN148076 | $2,159.98 |
| 10/13/2008 | 10/15/2008 | IN148113 | $86.64 |
| 10/13/2008 | 10/16/2008 | IN148114 | $732.48 |
| 10/13/2008 | 10/16/2008 | IN148115 | $557.76 |

Invoice Total:    $146,871.14

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| | | | Total Claims To Be Modified: 1 |
| | | | Total Amount As Docketed:        $223,961.06 |
| | | | Total Amount As Modified:        $223,961.06 |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Fortieth Omnibus Objection to Claims Supplemental Order
Case No. 08-35653-KRH    (Reclassification To Unsecured Claims Of Certain Claims Filed As
503(B)(9) Claims For Goods Received By The Debtors Not Within
Twenty Days Of The Commencement Of The Cases) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACTIONTEC TONG KHUC 760 NORTH MARY AVE SUNNYVALE, CA 94085 | 501 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $18,349.38 UNL _____ $18,349.38 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $18,349.38

* "UNL" denotes an unliquidated claim.