Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
               Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (the "Objection"),[1] which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) on September 14, 2009 (Docket No. 4848) (the "Initial Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses") asserting that the claimants did not file duplicative proofs of claim, but rather duplicative claims were mistakenly docketed by the Debtors' claims noticing and balloting agent (the "Claims Agent"); and appearing that the Claims Agent did in fact docket duplicate claims; and that based on this acknowledgement the Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The claims identified under the column entitled "Claim to be Disallowed" on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed for all purposes in these bankruptcy cases.

2.   Any of the Debtors' costs associated with Responses shall be borne by the Claims Agent.

3.   The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

4.   To the extent this Order conflicts with the Initial Order, this Order shall control.

5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley


\10451141.1

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Eighth Omnibus Objection to Claims
Supplemental Order On Amended Claims To Be
Disallowed - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 1996<br>Date Filed: 12/29/2008<br>Creditor's Name and Address:<br><br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: | $4,879,490.23<br>$212,835.76<br><br><br>$84,383.50<br>$5,176,709.49 | Claim: 11845<br>Date Filed: 03/20/2009<br>Creditor's Name and Address:<br><br>DEPARTMENT OF THE TREASURY INTERNAL<br>REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: | $5,414,021.35<br><br><br><br><br>$5,414,021.35 |
| Claim: 2001<br>Date Filed: 12/29/2008<br>Creditor's Name and Address:<br><br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: | <br>$2,192.31<br><br><br>$551.06<br>$2,743.37 | Claim: 11847<br>Date Filed: 03/20/2009<br>Creditor's Name and Address:<br><br>DEPARTMENT OF THE TREASURY INTERNAL<br>REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: | <br><br><br><br>$441.54<br>$441.54 |

**Total Claims To Be Amended:** 2
**Total Asserted Amount To Be Amended:** $5,179,452.86