Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :    Jointly Administered
- - - - - - - - - - - - - - x

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' THIRTIETH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS
FOR WAGES AND COMPENSATION)**

THIS MATTER having come before the Court on the

Debtors' Thirtieth Omnibus Objection to Claims (Disallowance

of Certain Claims for Wages and Compensation) (the

"Objection"); and it appearing that due and proper notice

and service of the Objection as set forth therein was good

and sufficient and that no other further notice or service
of the Objection need be given; and it further appearing
that certain claimants filed responses to the Objection; and
the Court having entered the Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of Certain Claims
for Wages and Compensation) (Docket No. 5191) (the "Initial
Order"), and the Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of Certain Claims
for Wages and Compensation) (Docket No. 6460) (the
"Supplemental Order"); and it appearing that the relief
requested on the Objection is in the best interest of the
Debtors, their estates and creditors and other parties-in-
interest; and after due deliberation thereon good and
sufficient cause exists for the granting of the relief as
set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Initial Order and the
Supplemental Order, the Objection is withdrawn without
prejudice as to the claim identified on Exhibit A (as
attached hereto and incorporated herein); provided, further,
that the Debtors' rights and abilities to object to the
claim on Exhibit A on any available grounds and bases
applicable law permits are hereby preserved in their

entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.   The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
          _____, 2010


          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley

\10697442

**In re: Circuit City Stores, Inc, et al.**

**Case No. 08-35653-KRH**

Debtors' Thirtieth Omnibus Objection to Claims
Second Supplemental Order (Certain Claims For
Wages And Compensation) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TATARU, MARIUS SORIN<br>3530 DECATUR ST<br>PHILADELPHIA, PA 19136 | 4747 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,994.50<br><br><br><br><br>$3,994.50 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          1                    $3,994.50

*      "UNL" denotes an unliquidated claim.