Gregg M. Galardi, Esq.      Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.      Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                One James Center
One Rodney Square         901 E. Cary Street
PO Box 636               Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATIVE CLAIMS)**

THIS MATTER having come before the Court on the Debtors'
Twenty-First Omnibus Objection to Claims (Disallowance of
Certain Duplicative Claims) (the "Objection"),[1] which requested,
among other things, that the claims specifically identified on
Exhibit C attached to the Objection be disallowed for those

---

[1] Capitalized terms not otherwise defined herein shall have the meanings
ascribed to such terms in the Objection.

reasons set forth in the Objection; and it appearing that due

and proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further notice

or service of the Objection need be given; and the Court having

entered the Order on Debtors' Twenty-First Omnibus Objection to

Claims (Disallowance of Certain Duplicative Claims) on August

13, 2009 (Docket No. 4466) (the "Initial Order"); and it

appearing that certain claimants filed responses to the

Objection (the "Responses") asserting that the claimants did not

file duplicative proofs of claim, but rather duplicative claims

were mistakenly docketed by the Debtors' claims noticing and

balloting agent (the "Claims Agent"); and appearing that the

Claims Agent did in fact docket duplicate claims; that based on

this acknowledgement the Responses have been resolved; and it

appearing that the Responses have been resolved; and it

appearing that the relief requested in the Objection is in the

best interest of the Debtors, their estates and creditors, and

other parties-in-interest; and after due deliberation thereon

good and sufficient cause exists for the granting of the relief

as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The claims identified under the column entitled "Claim

to be Disallowed" on Exhibit A as attached hereto and

incorporated herein are forever disallowed for all purposes in

these bankruptcy cases.

2.   Any of the Debtors' costs associated with Responses shall be borne by the Claims Agent.

3.   The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

4.   To the extent this Order conflicts with the Initial Order, this Order shall control.

5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
          _____, 2010

          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed by
or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


\10450838.1


4

In re: Circuit City Stores, Inc, et al.

Debtors' Twenty-First Omnibus Objection to Claims

Case No. 08-35653-KRH

Supplemental Order On (Disallowance Of Certain

Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2430 | Debtor: PATAPSCO DESIGNS, INC. (08-35667) | Claim: 1998 | Debtor: PATAPSCO DESIGNS, INC. (08-35667) |
| Date Filed: 01/02/2009 | Secured: | Date Filed: 12/29/2008 | Secured: |
| Creditor's Name and Address: | Priority: $9,293.85 | Creditor's Name and Address: | Priority: $9,293.85 |
| | Administrative: | | Administrative: |
| DEPARTMENT OF THE TREASURY | Reclamation:: | DEPARTMENT OF THE TREASURY INTERNAL | Reclamation:: |
| INTERNAL REVENUE SERVICE | | REVENUE SERVICE | |
| INTERNAL REVENUE SERVICE | Unsecured: $9,775.22 | INTERNAL REVENUE SERVICE | Unsecured: $9,775.22 |
| PO BOX 21126 | | PO BOX 21126 | |
| PHILADELPHIA, PA 19114 | Total: $19,069.07 | PHILADELPHIA, PA 19114 | Total: $19,069.07 |

Total Claims To Be Duplicated:                    1

Total Asserted Amount To Be Duplicated:        $19,069.07