**Hearing Date: March 8, 2010 at 11:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS OF (I) THE MOTION OF
SOUTHPEAK INTERACTIVE, LLC FOR PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM; AND (II) DEBTORS' TWENTY-THIRD, THIRTY-
FOURTH, AND THIRTY-FIFTH OMNIBUS OBJECTIONS TO CLAIMS
FILED BY SOUTHPEAK INTERACTIVE, LLC. AND RESPONSES THERETO**

**PLEASE TAKE NOTICE** that

On March 25, 2009, SouthPeak Interactive, LLC (the "Responding Claimant") filed its Motion of Southpeak Interactive, LLC for Payment of Administrative Expense Claim and Notice of Hearing (Docket No. 2758; the "Motion for Administrative Expense Claim").

On June 23, 2009, the Debtors objected to proof of claim 1 filed by the Responding Claimant ("Claim 1") in the Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 503(b)(9) Claims) (Docket No. 3711; the "Twenty-Third Omnibus Objection").

On August 21, 2009, the Debtors objected to proof of claim 13999 filed by the Responding Claimant ("Claim 13999") in the Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicative 503(b)(9) Claims) (Docket No. 4598; the "Thirty-Fourth Omnibus Objection").

On August 21, 2009, the Debtors objected to proof of claim 13999 filed by the Responding Claimant ("Claim 13999") in the Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicative Claims) (Docket No. 4599; the "Thirty-Fifth Omnibus Objection," and collectively, with the Twenty-Third Omnibus Objection and the Thirty-Fourth Omnibus Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that the Responding Claimant filed a response (Docket No. 4123; the "Response to the Twenty-Third Omnibus Objection") to the Twenty-Third Omnibus Objection.

The Responding Claimant filed a response (Docket No. 4882; the "Response to the Thirty-Fourth Omnibus Objection") to the Thirty-Fourth Omnibus Objection.

The Responding Claimant filed a response (Docket No. 4884; the "Response to the Thirty-Fifth Omnibus Objection" and collectively, with the Response to the Twenty-Third Omnibus Objection and the Thirty-Fourth Omnibus Objection, the "Responses") to the Thirty-Fifth Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Motion for Administrative Expense Claim, the Objections with respect to the Responding Claimants' claims, and the Responses shall be heard at **11:00 a.m. (Eastern Time) on March 8, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Responses then it or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 11:00 a.m. (Eastern Time) on March 8, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: February 19, 2010         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM, LLP
                                 Gregg M. Galardi, Esq.
                                 Ian S. Fredericks, Esq.
                                 P.O. Box 636
                                 Wilmington, Delaware 19899-0636
                                 (302) 651-3000

                                         - and -

                                 SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM, LLP
                                 Chris L. Dickerson, Esq.
                                 155 North Wacker Drive
                                 Chicago, Illinois 60606
                                 (312) 407-0700

                                         - and -

                                 MCGUIREWOODS LLP

                                 /s/ Douglas M. Foley            .
                                 Dion W. Hayes (VSB No. 34304)
                                 Douglas M. Foley (VSB No. 34364)
                                 One James Center
                                 901 E. Cary Street
                                 Richmond, Virginia 23219
                                 (804) 775-1000

                                 Counsel for Debtors and Debtors
                                 in Possession