Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

           – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
           Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 24, 2010 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
February 24, 2010 beginning at 2:00 p.m. Eastern.

**I.   RESOLVED/WITHDRAWN MATTERS**

1.   Motion of DirecTV, Inc. for Relief from the Automatic
     Stay to Effect Setoff and Memorandum of Points and
     Authorities in Support Thereof (Docket No. 2082)

     Objection
     Deadline:          February 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of DirecTV, Inc. for
          Relief from the Automatic Stay to Effect Setoff
          and Memorandum of Points and Authorities in
          Support Thereof (Docket No. 2331)

     Status:            This matter has been resolved.  A
                        proposed settlement agreement and notice
                        of settlement have been filed at Docket
                        No. 6471.  The deadline for filing
                        objections to the proposed agreement is
                        February 19, 2010 at 4:00 p.m.

**II.  CONTINUED/ADJOURNED MATTERS**

2.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim
          Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
          Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:          February 6, 2009 at 4:00 p.m., extended
                   for the Debtors until March 18, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to March
                   25, 2010 at 2:30 p.m.

3.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative
      Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
      (Docket No. 1134)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1136)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1243)

      c.    Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

      Objection
      Deadline:          February 6, 2009 at 4:00 p.m., extended
                         for the Debtors until March 18, 2010

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to March
                         25, 2010 at 2:30 p.m.

4.    Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

Related
Documents:

a.   Corrected Motion of Sennheiser Electronic Corp.
     (Docket No. 2723)

b.   Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until March 18, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to March
                 25, 2010 at 2:30 p.m.

5.   Motion of Southpeak Interactive, LLC for Payment of
     Administrative Expense Claim and Notice of Hearing
     (Docket No. 2758)

Objection
Deadline:        April 7, 2009 at 4:00 p.m., extended for
                 the Debtors until March 5, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to March
                 8, 2010 at 11:00 a.m.

6.   Motion of Vertis, Inc. to Allow Proof of Claim to be
     Deemed Timely Filed (Docket No. 2989)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2990)

Objection
Deadline:        April 24, 2009 at 4:00 p.m., extended
                 for the Debtors until March 18, 2010

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to March
                25, 2010 at 2:30 p.m.

7.    Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      b.    Notice of Filing of Affidavit in Support of Motion
            of Towne Square Plaza to Allow the Filing of (1)
            Amended Proof of Claim and (2) Late Proof of Claim
            (Docket No. 3782)

      Objection
      Deadline:       June 26, 2009 at 4:00 p.m., extended for
                      the Debtors until March 18, 2010

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to March
                      25, 2010 at 2:30 p.m.

8.    Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:       June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction Company, LLC's Motion for Examination and Order Directing Debtor, Circuit City Stores, Inc. to Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004 (Docket No. 3701)

      Status:      This matter has been adjourned to March 25, 2010 at 2:30 p.m.

9.    Motion of Slam Brands, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 3839)

      Related Documents:

      a.  Notice of Motion and Hearing (Docket No. 3840)

      Objection Deadline:      July 17, 2009 at 4:00 p.m., extended for the Debtors until March 18, 2010

      Objections/ Responses Filed:      None at the time of filing this agenda

      Status:      This matter has been adjourned to March 25, 2010 at 2:30 p.m.

10.    Motion of Miner Fleet Management Group, Ltd. for Leave to File Late Administrative Claims (Docket No. 4763)

      Related Documents:

      a.  Notice of Motion and Hearing (Docket No. 4764)

      Objection Deadline:      September 18, 2009 at 4:00 p.m., extended for the Debtors until March 18, 2010

      Objections/

Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to March
                    25, 2010 at 2:30 p.m.

11. Movant Ashley Isaac's Motion to Allow Existing Late
    Proof of Claim as Valid (Docket No. 5008)

    Objection
    Deadline:           September 22, 2009 at 11:00 a.m.,
                        extended for the Debtors until January
                        21, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:              None at the time of filing this agenda

    Status:             This matter has been adjourned to March
                        25, 2010 at 2:30 p.m. for a final
                        evidentiary hearing.

12. Motion of OmniMount Systems, Inc. for Reconsideration
    of the Court's August 20, 2009 Order on the Debtors'
    Twentieth Omnibus Objection for the Purpose of Vacating
    the Reclassification of OmniMount Systems, Inc.'s
    503(B)(9) Claim (Docket No. 5010)

    Related
    Documents:

    a.   Order on Debtors' Twentieth Omnibus Objection to
         Claims (Reclassified to Unsecured Claims of
         Certain Claims Filed as 503 (B) (9) Claims for
         Goods Received by the Debtors Not Within Twenty
         Days of the Commencement of the Case (Docket No.
         4576)

    b.   Notice of Motion and Hearing (Docket No. 5012)

    c.   Exhibits A and B to Motion of OmniMount Systems,
         Inc. for Reconsideration (Docket No. 5014)

    Objection
    Deadline:           October 8, 2009 at 4:00 p.m., extended

for the Debtors until March 11, 2010 at
4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to March
                18, 2010 at 10:00 a.m. The parties
                anticipate submitting a consensual
                stipulation prior to the March 18, 2010,
                2010 hearing resolving these matters in
                their entirety.

13. Debtors' Motion for Entry of Order Pursuant to
    Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
    and Bankruptcy Rules 4001 and 6006, and Local
    Bankruptcy Rule 4001 (I) Authorizing Rejection of
    Surety Bonds, (II) Modifying the Automatic Stay for the
    Limited Purpose of Allowing Safeco Insurance Company of
    America to Commence Cancellation of Surety Bonds, (III)
    Establishing Surety Bond Claim Deadline, and (IV)
    Granting Related Relief (Docket No. 5114)

    Objection
    Deadline:       October 7, 2009 at 4:00 p.m., extended
                    for Safeco Insurance Company until
                    October 28, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.   Response of United States Customs and Border
         Protection to Debtors' Motion (Docket No. 5386)

    b.   Safeco Insurance Company of America's Objection to
         Debtors' Motion (Docket No. 5390)

    Status:         This matter has been adjourned to March
                    8, 2010 at 11:00 a.m.

14. Madcow International Group Limited's Memorandum of
    Points and Authorities in Support of Motion for Entry
    of an Order Granting Allowance and Compelling Payment

8

of Administrative Expense Claim (Docket No. 5196)

Related
Documents:

a.    Notice of Motion and Hearing for Motion for Entry
      of an Order Granting Allowance and Compelling
      Payment of Administrative Expense Claim, by Mad
      Cow International Group Limited (Docket No. 5197)

Objection
Deadline:         October 27, 2009 at 4:00 p.m., extended
                  for the Debtors until March 1, 2010 at
                  4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to March
                  8, 2010 at 11:00 a.m.

15.   Creditor John Raleigh's Motion To Deem Proof Of Claim
      Timely Filed And For Leave To Amend (Docket No. 5198)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5199)

Objection
Deadline:         May 21, 2009 at 5:00 p.m., extended for
                  the Debtors until March 18, 2010

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to March
                  25, 2010 at 2:30 p.m.

16.   Amended Motion to Allow Late Filing of Proof of Claim,
      by Site A, LLC (Docket Nos. 5310, 5404)

Related

Documents:

a.   Notice of Motion and Hearing (Docket No. 5405)

Objection
Deadline:         October 27, 2009 at 5:00 p.m., extended
                  for the Debtors until March 18, 2010

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to March
                  25, 2010 at 2:30 p.m.

17.  Madcow International Group Limited's Motion for
     Allowance of Payment of 503(b)(9) Administrative
     Expense Claim (Docket No. 6039)

Objection
Deadline:         January 7, 2010 at 4:00 p.m., extended
                  for the Debtors until March 1, 2010 at
                  4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter has been adjourned to March
                  8, 2010 at 11:00 a.m.

**III. CONTESTED MATTERS – GOING FORWARD**

18.  Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363(b) and 503(c)(3) Approving a Wind
     Down Incentive and Retention Plan and Authorizing
     Payment of Wind Down Incentive and Retention Pay
     (Docket No. 2008)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 2011)

b.   Order Granting Motion to File Documents Under Seal
     (Docket No. 2395)

c.    Order Under Bankruptcy Code Sections 105, 363(b) and 503(c)(3) Approving a Wind Down Incentive and Retention Plan and Authorizing Payment of Wind Down Incentive Pay to Plan Participants (Docket No. 2757)

Objection
Deadline:        February 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Letter Objection of Barbara Gillis (Docket No. 2254)

b.    Informal Objection by the Committee

c.    United States Trustee's Objection to the Debtors' Motion for an Order Approving the Wind Down Incentive and Retention Plan and Authorizing Payment of Wind Down Incentive and Retention Pay (Docket No. 2287)

Status:          The Court has entered an order partially approving the relief requested by the Motion.  The Debtors are working to resolve the objections with respect to James Marcum.  In the event the parties are able to reach a consensual resolution, this matter will go forward on the merits.  Otherwise, this matter will go forward as a status conference and a hearing on the merits with respect to James Marcum will be adjourned to March 8, 2010 at 11:00 a.m.

19.   Motion of Debtors for Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 2002, 3003(c)(3), and 9007 to Deem Publication Notice of General Bar Date Sufficient as to Certain Parties (Docket No. 6455)

Objection
Deadline:        February 17, 2010 at 4:00 p.m., extended

                            until February 22, 2010 for certain
                            states.

          Objections/
          Responses
          Filed:            Informal Objection of Certain States

          Status:           This matter is going forward.

**IV.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD**

20.   Debtors' Sixty-Third Omnibus Objection to Claims
      (Disallowance of Certain Duplicate Claims of the
      Weidler Settlement Class) (Docket No. 6049)

          Objection
          Deadline:         January 7, 2010 at 4:00 p.m., extended
                            until February 17, 2010 at 4:00 p.m. for
                            Weidler Settlement Class.

          Objections/
          Responses
          Filed:            None at the time of filing this agenda

          Status:           This matter is going forward.  The
                            Debtors will seek entry an order
                            granting the relief sought in the
                            objection.

21.   Debtors' Sixty-Fifth Omnibus Objection to Claims
      (Reclassification of Certain Claims Filed by Equity
      Holders to Interests) (Docket No. 6344)

          Related
          Documents:

          a.    Notice of Hearing on the Merits on Debtors' Sixty-
                Fifth Omnibus Objection to Claims
                (Reclassification of Certain Claims Field by
                Equity Holders to Interests) and Response Thereto
                (Docket No.6548)

          Objection
          Deadline:         February 17, 2010 at 4:00 p.m.

          Objections/

Responses
Filed:              See attached <u>Exhibit A</u>.

Status:             The status hearing is going forward with
                    respect to those claims for which a
                    response was filed.  During the status
                    hearing the Debtors will advise the
                    Court that there will be a hearing on
                    the merits on the reclassification of
                    Louis and Dolores Luckak's claim to an
                    interest on March 8, 2010 at 11:00 a.m.
                    **Those parties who filed a response do
                    not need to appear at the February 24,
                    2010 status hearing. Such parties'
                    rights will not be affected at this
                    hearing.** The Debtors will submit a
                    revised form of order granting the
                    relief sought in the objection with
                    respect to those claims for which no
                    response was filed.

22.    Notice of Hearing on the Merits on Debtors' Pending
       Omnibus Objection to Reclassify Certain Claims Filed by
       Equity Holders to Interests and Responses Thereto
       (Docket No. 6371)

       Related
       Documents:

       a.    Debtors' Fifteenth Omnibus Objection to Claims
             (Reclassification of Claims Filed By Equity
             Holders to Interests) (Docket No. 3676)

       b.    Debtors' Sixteenth Omnibus Objection to Claims
             (Reclassification of Claims Filed By Equity
             Holders to Interests) (Docket No. 3677)

       Objection
       Deadline:       July 16, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Letter Regarding Claims, by Cynda Ann Berger

(Docket No. 3934)

b.   Response of James Lubary to Debtors' Omnibus
     Objection to Claims (Reclassification of Claims
     Filed By Equity Holders to Interests) and Request
     for Hearing (Docket No. 4101)

Status:        This matter is going forward.  The
               Debtors are seeking the reclassification
               of certain claims filed by Cynda Ann
               Berger and James Lubary to interests.

V.   **OMNIBUS CLAIM OBJECTIONS – ADJOURNED MATTERS**

23.  Debtors' Second Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2789)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2790)

     b.   Order on Debtors' Second Omnibus Objection to
          Certain Late 503(b)(9) Claims (Docket No. 3356)

     Objection
     Deadline:      April 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  A
                    supplemental order has been submitted
                    resolving the two (2) remaining
                    responses.  See attached Exhibit A.

24.  Debtors' Third Omnibus Objection to Certain Late
     503(b)(9) Claims (Docket No. 2791)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2792)

    b.    Order on Debtors' Third Omnibus Objection to
        Certain Late 503(b)(9) Claims (Docket No. 3357)

Objection
Deadline:        April 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:        An order has been entered partially
        sustaining the objection.  A
        supplemental order has been submitted
        resolving the one (1) remaining
        response.  See attached <u>Exhibit A</u>.

25.    Debtors' Fourth Omnibus Objection to Certain
      Duplicate Claims (Docket No. 3096)

    Related
    Documents:

    a.    Order on Debtors' Fourth Omnibus Objection to
        Certain Duplicative Claims (Docket No. 3494)

Objection
Deadline:        May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:        An order has been entered partially
        sustaining the objection.  The status
        hearing is going forward with respect to
        the remaining respondents – Bethesda
        Softworks LLC and Mitsubishi Digital
        Electronics America, Inc. – to advise
        the Court that the Objection will
        forward on the merits on March 8, 2010
        at 11:00 a.m.  See attached <u>Exhibit A</u>.

26.    Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3309)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3310)

b.    Order Adjourning Debtors Fifth Omnibus Objection
      to Certain Misclassified Non-Goods 503(b)(9)
      Claims (Docket No. 4007)

c.    Order on Debtors Fifth Omnibus Objection to
      Certain Misclassified Non-Goods 503(b)(9) Claims
      (Docket No. 4008)

d.    Memorandum and Opinion (Docket No. 5040)

e.    Order (Docket No. 5041)

f.    Notice of Hearing on the Merits on Debtors' Fifth
      Omnibus Objection to Claim 760 filed by Magnus
      Magnusson Inc. and Response Thereto (Docket No.
      6550)


Objection
Deadline:      June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         See attached Exhibit A.

Status:        An order has been entered partially
               sustaining the objection.  The status
               hearing is going forward with respect to
               Magnus Magnusson Inc., to advise the
               Court that the Objection will go forward
               on the merits on March 8, 2010 at 11:00
               a.m.  Other than the foregoing, for
               those claims for which the objection is
               still pending, this matter has been
               adjourned to March 18, 2010 at 10:00
               a.m.  See attached Exhibit A.

27.  Debtors' Sixth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3311)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3312)

b.   Order Adjourning Debtors' Sixth Omnibus Objection
     to Certain Misclassified Non-Goods 503(b)(9)
     Claims (Docket No. 4011)

c.   Order on Debtors' Sixth Omnibus Objection to
     Certain Misclassified Non-Goods 503(b)(9) Claims
     (Docket No. 4012)

d.   Memorandum and Opinion (Docket No. 5040)

e.   Order (Docket No. 5041)

f.   Consent Order Resolving The Debtors' Sixth Omnibus
     Objection To Certain Misclassified Non-Goods
     503(b)(9) Claims As To Lexington County Claim
     Number 1165 (Docket No. 6540)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to March 18, 2010 at 10:00 a.m.  See
                 attached Exhibit A.

28.  Debtors' Seventh Omnibus Objection to Certain Late
     Claims (Docket No. 3506)

     Related
     Documents:

     a.   Order on Debtors' Seventh Omnibus Objection to
          Certain Late Claims (Docket No. 4169)

Objection
Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  A
                   supplemental order has been submitted
                   withdrawing the objection to certain
                   claims.  For those claims for which the
                   objection is still pending, this matter
                   has been adjourned to March 18, 2010 at
                   10:00 a.m.  See attached Exhibit A.

29.  Debtors' Eighth Omnibus Objection to Certain Late
     Claims (Docket No. 3507)

     Related
     Documents:

     a.    Order on Debtors' Eighth Omnibus Objection To
           Certain Late Claims (Docket No. 4170)

     b.    Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6080)

     c.    Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6109)

     d.    Second Supplemental Order on Debtors' Eighth
           Omnibus Objection to Certain Late Claims (Docket
           No. 6354)

     Objection
     Deadline:          June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            Orders have been entered partially
                        sustaining the objection.  A
                        supplemental order has been submitted

withdrawing the objection to certain
claims.  For those claims for which the
objection is still pending, this matter
has been adjourned to March 18, 2010 at
10:00 a.m.  See attached <u>Exhibit A</u>.

30.  Debtors' Ninth Omnibus Objection to Certain (i) Late
Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.  Amended Exhibit C to Debtors' Ninth Omnibus
Objection to Certain (i) Late Claims (ii) Late
503(b)(9) Claims (Docket No. 3512)

b.  Order On Debtors' Ninth Omnibus Objection To
Certain (I) Late Claims And (II) Late 503(B)(9)
Claims (Docket No. 4171)

c.  Supplemental Order on Debtors' Ninth Omnibus
Objection to Certain (I) Late Claims and (II) Late
503(b)(9) Claims (Docket No. 6131)

d.  Second Supplemental Order on Debtors' Ninth
Omnibus Objection to Certain (I) Late Claims and
(II) Late 503(b)(9) Claims (Docket No. 6373)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
sustaining the objection.  A
supplemental order has been submitted
withdrawing the objection to certain
claims.  For those claims for which the
objection is still pending, this matter
has been adjourned to March 18, 2010 at
10:00 a.m.  See attached <u>Exhibit A</u>.

31.  Debtors' Tenth Omnibus Objection to Certain Duplicate
     Claims (Docket No. 3513)

     Related
     Documents:

     a.   Order on Debtors' Tenth Omnibus Objection to
          Certain Duplicate Claims (Docket No. 4172)

     b.   Supplemental Order on Debtors' Tenth Omnibus
          Objection to Certain Duplicate Claims (Docket No.
          4406)

     c.   Second Supplemental Order on Debtors' Tenth
          Omnibus Objection to Certain Duplicate Claims
          (Docket No. 5875)

     Objection
     Deadline:      June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        Orders have been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter has been adjourned
                    to March 18, 2010 at 10:00 a.m.  See
                    attached Exhibit A.

32.  Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.   Order on Debtors' Nineteenth Omnibus Objection to
          Claims (Reclassification of Certain Misclassified
          Claims to General Unsecured, Non-Priority Claims)
          (Docket No. 4449)

     b.   Supplemental Order on Debtors' Nineteenth Omnibus

Objection to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 4736)

c.    Supplemental Order on Debtors' Nineteenth Omnibus
Objection to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 4758)

d.    Second Supplemental Order on Debtors' Nineteenth
Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured,
Non-Priority Claims) (Docket No. 6299)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
sustaining the objection.  A hearing on
the merits was held on January 14, 2010
as to certain claimants, which remains
under advisement.  For those claims for
which the objection is still pending,
this matter has been adjourned to March
18, 2010 at 10:00 a.m.  See attached
<u>Exhibit A</u>.

33.  Debtors' Twentieth Omnibus Objection to Claims
(Reclassification to Unsecured Claims of Certain Claims
Filed as 503(b)(9) Claims for Goods Received by the
Debtors Not Within Twenty Days of the Commencement of
the Cases (Docket No. 3704)

Related
Documents:

a.    Order on Debtors' Twentieth Omnibus Objection To
Claims (Reclassified To Unsecured Claims Of
Certain Claims Filed As 503 (B) (9) Claims For
Goods Received By The Debtors Not Within Twenty
Days Of The Commencement Of The Case (Docket No.

4576)

b.   Supplemental Order on Debtors' Twentieth Omnibus
     Objection to Claims (Reclassified to Unsecured
     Claims of Certain Claims Filed as 503 (B) (9)
     Claims for Goods Received by the Debtors Not
     Within Twenty Days of the Commencement Of The Case
     (Docket No. 6560)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For Audiovox
                   Corporation and Mitsubishi Digital
                   Electronics America, Inc., the status
                   hearing has been adjourned to March 8,
                   2010 at 11:00 a.m. for all other claims
                   for which the objection is still
                   pending, this matter has been adjourned
                   to March 18, 2010 at 10:00 a.m.  See
                   attached Exhibit A.

34.  Debtors' Twenty-First Omnibus Objection to Claims
     (Disallowance of Certain Duplicate Claims) (Docket No.
     3709)

     Related
     Documents:

     a.   Order on Debtors' Twenty-First Omnibus Objection
          to Claims (Disallowance of Certain Duplicate
          Claims) (Docket No. 4466)

     b.   Supplemental Order on Debtors' Twenty-First
          Omnibus Objection to Claims (Disallowance of
          Certain Duplicate Claims (Docket No. 6483)

     c.   Supplemental Order on Debtors' Twenty-First
          Omnibus Objection to Claims (Disallowance of
          Certain Duplicate Claims) (Docket No. 6564)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             All of the responses to the Twenty-First
                   Omnibus Objection have been resolved.

Status:            All of the responses to the Twenty-First
                   Omnibus Objection have been resolved.
                   This matter is concluded.

35.  Debtors' Twenty-Second Omnibus Objection to Claims
     (Disallowance of Certain Claims Filed Against the Wrong
     Debtor) (Docket No. 3710)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Second Omnibus Objection
           to Claims (Disallowance of Certain Claims Filed
           Against the Wrong Debtor) (Docket No. 4577)

     b.    Supplemental Order on Debtors' Twenty-Second
           Omnibus Objection to Claims (Disallowance of
           Certain Claims Filed Against the Wrong Debtor)
           (Docket No. 6369)

     Objection
     Deadline:          July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter has been adjourned
                        to March 18, 2010 at 10:00 a.m.  See
                        attached Exhibit A.

36.  Debtors' Twenty-Third Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 3711)

     Related
     Documents:

     a.   Order on Debtors' Twenty-Third Omnibus Objection
          to Claims (Modification of Certain Duplicate
          503(b)(9) Claims) (Docket No. 4465)

     b.   Notice of Hearing on the Merits of (I) The Motion
          of Southpeak Interactive, LLC for Payment of
          Administrative Expense Claim; and (II) Debtors'
          Twenty-Third, Thirty-Fourth and Thirty-Fifth
          Omnibus Objections to Claims Filed by Southpeak
          Interactive, LLC and Responses Thereto (Docket No.
          6565)

     Objection
     Deadline:      July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  The status
                    hearing is going forward with respect to
                    SouthPeak Interactive, LLC to advise the
                    Court that the Objection will go forward
                    on the merits on March 8, 2010 at 11:00
                    a.m.  Other than the foregoing, for
                    those claims for which the objection is
                    still pending, this matter has been
                    adjourned to March 18, 2010 at 10:00
                    a.m.  See attached Exhibit A.

37.  Debtors' Twenty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Real Estate Tax Claims on Real
     Property in Which the Debtors Leased the Real Property)
     (Docket No. 4017)

     Related
     Documents:

a.     Order on Debtors' Twenty-Fourth Omnibus Objection
       to Claims (Disallowance of Certain Real Estate Tax
       Claims on Real Property in Which the Debtors
       Leased the Real Property) (Docket No. 4727)

Objection
Deadline:           August 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter has been adjourned
                    to March 18, 2010 at 10:00 a.m.  See
                    attached Exhibit A.

38.  Debtors' Twenty-Seventh Omnibus Objection to Claims
     (Disallowance of Certain Tax Claims for No Tax
     Liability) (Docket No. 4276)

Related
Documents:

a.     Order on Debtors' Twenty-Seventh Omnibus Objection
       to Claims (Disallowance of Certain Tax Claims for
       No Tax Liability) (Docket No. 4807)

b.     Supplemental Order on Debtors' Twenty-Seventh
       Omnibus Objection to Claims (Disallowance of
       Certain Tax Claims for No Tax Liability) (Docket
       No. 6128)

Objection
Deadline:           August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             Orders have been entered partially
                    sustaining the objection.  For those

claims for which the objection is still pending, this matter has been adjourned to March 18, 2010 at 10:00 a.m.  See attached Exhibit A.

39.   Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 4277)

Related
Documents:

a.   Order on Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 4848)

b.   Supplemental Order on Debtors' Twenty-Eighth Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 6561)

Objection
Deadline:        August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  For the one (1) claim for which the objection is still pending, this matter has been adjourned to March 18, 2010 at 10:00 a.m.  See attached Exhibit A.

40.   Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (Docket No. 4278)

Related
Documents:

a.   Order on Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims) (Docket No. 4805)

Objection
Deadline:        August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  A
                 supplemental order has been submitted
                 resolving the one (1) remaining
                 response.  See attached Exhibit A.

41.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

     Related
     Documents:

     a.   Notice of Objection and Hearing (Docket No. 4584)

     b.   Order on Debtors' Thirtieth Omnibus Objection to
          Claims (Disallowance of Certain Claims for Wages
          and Compensation) (Docket No. 5191)

     c.   Supplemental Order on Debtors' Thirtieth Omnibus
          Objection to Claims (Disallowance of Certain
          Claims for Wages and Compensation) (Docket No.
          6460)

     d.   Second Supplemental Order on Debtors' Thirtieth
          Omnibus Objection to Claims (Disallowance of
          Certain Claims for Wages and Compensation) (Docket
          No. 6562)

     Objection
     Deadline:        September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          An order has been entered partially
                      sustaining the objection.  For those

claims for which the objection is still
pending, this matter has been adjourned
to March 18, 2010 at 10:00 a.m.  See
attached Exhibit A.

42.   Debtors' Thirty-First Omnibus Objection to Claims
      (Disallowance of Certain Legal Claims) (Docket No.
      4585)

      Related
      Documents:

      a.    Order on Debtors' Thirty-First Omnibus Objection
            to Claims (Disallowance of Certain Legal Claims)
            (Docket No. 5294)

      Objection
      Deadline:        September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter has been adjourned
                       to March 18, 2010 at 10:00 a.m.  See
                       attached Exhibit A.

43.   Debtors' Thirty-Third Omnibus Objection to Claims
      (Modification and/or Reclassification of Certain
      Claims) (Docket Nos. 4588, 4590)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
            to Claims (Modification and/or Reclassification of
            Certain Claims) (Docket No. 5192)

      b.    Notice of Hearing on the Merits on Debtors'
            Thirty-Third Omnibus Objection to Claim 9293 filed
            by Cyndi Ann Haines and Response Thereto (Docket
            No. 6551)

c.   Notice of Hearing on the Merits on Debtors'
Thirty-Third Omnibus Objection to Claim 7295 Filed
by Amore Construction Company and Response Thereto
(Docket No. 6553)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
sustaining the objection.  The status
hearing is going forward with respect to
Cyndi Ann Haines and Amore Construction
Company to advise the Court that the
Objection will go forward on the merits
on March 8, 2010 at 11:00 a.m.  Other
than the foregoing, for those claims for
which the objection is still pending,
this matter has been adjourned to March
18, 2010 at 10:00 a.m.  See attached
<u>Exhibit A</u>.

44.  Debtors' Thirty-Fourth Omnibus Objection to Claims
(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 4598)

Related
Documents:

a.   Order On Debtors' Thirty-Fourth Omnibus Objection
To Claims (Modification Of Certain Duplicate
503(b)(9) Claims)(Docket No. 5385)

b.   Supplemental Order On Debtors' Thirty-Fourth
Omnibus Objection To Claims (Modification Of
Certain Duplicate 503(b)(9) Claims)(Docket No.
6502)

c.   Notice of Hearing on the Merits of (I) The Motion
of Southpeak Interactive, LLC for Payment of
Administrative Expense Claim; and (II) Debtors'

Twenty-Third, Thirty-Fourth and Thirty-Fifth
Omnibus Objections to Claims Filed by Southpeak
Interactive, LLC and Responses Thereto (Docket No.
6565)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            Orders have been entered partially
                   sustaining the objection.  The status
                   hearing is going forward with respect to
                   SotuhPeak Interactive, LLC to advise the
                   Court that the Objection will go forward
                   on the merits on March 8, 2010 at 11:00
                   a.m.  Other than the foregoing, for
                   those claims for which the objection is
                   still pending, this matter has been
                   adjourned to March 18, 2010 at 10:00
                   a.m.  See attached <u>Exhibit A</u>.

45.  Debtors' Thirty-Fifth Omnibus Objection to Claims
     (Disallowance of (I) Certain Amended Claims; and (II)
     Certain Duplicate Claims) (Docket No. 4599)

     Related
     Documents:

     a.   Order on Debtors' Thirty-Fifth Omnibus Objection
          to Claims (Disallowance of (I) Certain Amended
          Claims; and (II) Certain Duplicate Claims) (Docket
          No. 5396)

     b.   Supplemental Order on Debtors' Thirty-Fifth
          Omnibus Objection to Claims (Disallowance of (I)
          Certain Amended Claims; and (II) Certain Duplicate
          Claims) (Docket No. 6363)

     c.   Second Supplemental Order on Debtors' Thirty-Fifth
          Omnibus Objection to Claims (Disallowance of (I)
          Certain Amended Claims; and (II) Certain Duplicate
          Claims) (Docket No. 6459)

d.    Notice of Hearing on the Merits of (I) The Motion
      of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim; and (II) Debtors'
      Twenty-Third, Thirty-Fourth and Thirty-Fifth
      Omnibus Objections to Claims Filed by Southpeak
      Interactive, LLC and Responses Thereto (Docket No.
      6565)

Objection
Deadline:            September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              Orders have been entered partially
                     sustaining the objection.  The status
                     hearing is going forward with respect to
                     SouthPeak Interactive, LLC to advise the
                     Court that the Objection will go forward
                     on the merits on March 8, 2010 at 11:00
                     a.m.  Other than the foregoing, for
                     those claims for which the objection is
                     still pending, this matter has been
                     adjourned to March 18, 2010 at 10:00
                     a.m.  See attached Exhibit A.

46.  Debtors' Thirty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Claims Relating to Short Term
     Incentive Plan) (Docket No. 4600)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Sixth Omnibus Objection
           to Claims (Disallowance of Certain Claims Relating
           to Short Term Incentive Plan) (Docket No. 5193)

     Objection
     Deadline:            September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:               See attached Exhibit A.

Status:              An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter has been adjourned
                     to March 18, 2010 at 10:00 a.m.  See
                     attached Exhibit A.

47.   Debtors' Thirty-Seventh Omnibus Objection to Claims
      (Reduction of Certain Personal Property Tax Claims)
      (Docket No. 4613)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Seventh Omnibus Objection
            to Claims (Reduction of Certain Personal Property
            Tax Claims) (Docket No. 5397)

      Objection
      Deadline:       September 25, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter has been adjourned
                      to March 18, 2010 at 10:00 a.m.  See
                      attached Exhibit A.

48.   Debtors' Thirty-Ninth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases) (Docket No. 4881)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Ninth Omnibus Objection
            to Claims (Reclassification to Unsecured Claims of
            Certain Claims Filed as 503(b)(9) Claims for Goods

Received by the Debtors Not Within Twenty Days of the Commencement of the Cases) (Docket No. 5829)

Objection
Deadline:          October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For the one
                   (1) claimant against which the objection
                   is still pending, this matter has been
                   adjourned to March 18, 2010 at 10:00
                   a.m.  See attached Exhibit A.

49.  Debtors' Forty-First Omnibus Objection to Claims
     (Disallowance of Certain No Liability Claims that were
     (I) Paid Prepetition or (II) Satisfied Postpetition)
     (Docket No. 4890)

     Related
     Documents:

     a.    Order on Debtors' Forty-First Omnibus Objection to
           Claims (Disallowance of Certain No Liability
           Claims that were (I) Paid Prepetition or (II)
           Satisfied Postpetition) (Docket No. 5781)

     Objection
     Deadline:          October 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For the one
                        (1) claimant against which the objection
                        is still pending, this matter has been
                        adjourned to March 18, 2010 at 10:00
                        a.m.  See attached Exhibit A.

50.  Debtors' Forty-Second Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5015)

     Related
     Documents:

     a.   Order on Debtors' Forty-Second Omnibus Objection
          to Claims (Disallowance of Certain Amended Claims)
          (Docket No. 5939)

     Objection
     Deadline:      October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  A
                    supplemental order has been submitted
                    sustaining the objection to certain
                    claims.  The status hearing is going
                    forward with respect to Mitsubishi
                    Digital Electronics America, Inc. to
                    advise the Court that the Objection will
                    go forward on the merits on March 8,
                    2010 at 11:00 a.m.  Other than the
                    foregoing, for those claims for which
                    the objection is still pending, this
                    matter has been adjourned to March 18,
                    2010 at 10:00 a.m.  See attached Exhibit
                    A.

51.  Debtors' Forty-Third Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5016)

     Related
     Documents:

     a.   Order on Debtors' Forty-Third Omnibus Objection to
          Claims (Disallowance of Certain Late Claims)
          (Docket No. 5785)

     Objection

Deadline:           October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter has been adjourned
                    to March 18, 2010 at 10:00 a.m.  See
                    attached Exhibit A.

52.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.    Order on Debtors' Forty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Duplicative
            Claims) (Docket No. 5830)

      Objection
      Deadline:           October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:              See attached Exhibit A.

      Status:             An order has been entered partially
                          sustaining the objection.  For those
                          claims for which the objection is still
                          pending, this matter has been adjourned
                          to March 18, 2010 at 10:00 a.m.  See
                          attached Exhibit A.

53.   Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

Related
Documents:

a.      Memorandum Opinion (Docket No. 5963)

b.      Order on Debtors' Forty-Eighth, Forty-Ninth, and
        Fiftieth Omnibus Objections (Docket No. 5964)

c.      Supplemental Order on Debtors' Forty-Eighth
        Omnibus Objection to Certain Administrative
        Expenses and 503(b)(9) Claims and Motion for (I)
        Authority to Setoff Against Such Expenses and
        Claims and (II) a Waiver of the Requirement that
        the First Hearing on Any Response Proceed as a
        Status Conference (Docket No. 6125)

d.      Second Supplemental Order on Debtors' Forty-Eighth
        Omnibus Objection to Certain Administrative
        Expenses and 503(b)(9) Claims and Motion for (I)
        Authority to Setoff Against Such Expenses and
        Claims and (II) a Waiver of the Requirement that
        the First Hearing on Any Response Proceed as a
        Status Conference (Docket No. 6484)

Objection
Deadline:         November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           An order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter has been adjourned
                  to March 18, 2010 at 10:00 a.m.  See
                  attached Exhibit A.

54.  Debtors' Forty-Ninth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion
     for (I) Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that the
     First Hearing on Any Response Proceed as a Status
     Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
      Objection to Certain Administrative Expenses and
      503(b)(9) Claims and Motion for (I) Authority to
      Setoff Against Such Expenses and Claims and (II) a
      Waiver of the Requirement that the First Hearing
      on Any Response Proceed as a Status Conference
      (Docket No. 6126)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to March 18, 2010 at 10:00 a.m.  See
                 attached Exhibit A.

55.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.    Memorandum Opinion (Docket No. 5963)

     b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
           Fiftieth Omnibus Objections (Docket No. 5964)

     c.    Supplemental Order on Debtors' Fiftieth Omnibus

Objection to Certain Administrative Expenses and
Motion for (I) Authority to Setoff Against Such
Expenses and (II) a Waiver of the Requirement that
the First Hearing on Any Response Proceed as a
Status Conference (Docket No. 6127)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For Audiovox
                   Corporation, the status hearing has been
                   adjourned to March 8, 2010 at 11:00 a.m.
                   For all other claims for which the
                   objection is still pending, this matter
                   has been adjourned to March 18, 2010 at
                   10:00 a.m.  See attached Exhibit A.

56.   Debtors' Fifty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5318)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Late Claims)
            (Docket No. 6068)

      Objection
      Deadline:          November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  A
                         supplemental order has been submitted
                         withdrawing the objection to certain
                         claims.  For those claims for which the
                         objection is still pending, this matter

has been adjourned to March 18, 2010 at
10:00 a.m.  See attached <u>Exhibit A</u>.

57.  Debtors' Fifty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 5320)

     Related
     Documents:

     a.    Order on Debtors' Fifty-Sixth Omnibus Objection to
           Claims (Disallowance of Certain Alleged
           Administrative Expenses on Account of Employee
           Obligations)(Docket No. 6071)

     Objection
     Deadline:        November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

     Status:          An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, the status hearing is going
                      forward to advise the Court that this
                      this matter will go forward on the
                      merits on March 8, 2010 at 11:00 a.m.
                      See attached <u>Exhibit A</u>.  The Debtors
                      will file an omnibus reply to the
                      responses received to the Fifty-Sixth
                      Omnibus Objection prior to the March 8,
                      2010 hearing.

58.  Debtors' Fifty-Seventh Omnibus Objection to Claims
     (Disallowance of Certain Alleged Administrative
     Expenses) (Docket No. 5321)

     Related
     Documents:

     a.    Order on Debtors' Fifty-Seventh Omnibus Objection
           to Claims (Disallowance of Certain Alleged

Administrative Expenses) (Docket No. 6070)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  A
                   supplemental order has been submitted
                   disallowing the claim of Veronica
                   Simmons.  For the remaining one (1)
                   claim for which the objection is still
                   pending, this matter has been adjourned
                   to March 18, 2010 at 10:00 a.m.  See
                   attached Exhibit A.

59.   Debtors' Fifty-Eighth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims to
      Unsecured, Non-Priority Claims) (Docket No. 5322)

      Related
      Documents:

      a.    Order on Debtors' Fifty-Eighth Omnibus Objection
            to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 6067)

      Objection
      Deadline:          November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter has been adjourned
                         to March 18, 2010 at 10:00 a.m.  See
                         attached Exhibit A.

60.  Debtors' Sixtieth Omnibus Objection to Claims
     (Disallowance of Certain (i) No Liability (Legal
     Claims); (ii) No Liability (Miscellaneous Claims); and
     (iii) No Liability (Subcontractor Claims)) (Docket No.
     5879)

     Related
     Documents:

     a.   Order on Debtors' Sixtieth Omnibus Objection to
          Claims (Disallowance of Certain (i) No Liability
          (Legal Claims); (ii) No Liability (Miscellaneous
          Claims); and (iii) No Liability (Subcontractor
          Claims))(Docket No. 6368)

     Objection
     Deadline:       December 14, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         An order has been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter has been adjourned
                     to March 18, 2010 at 10:00 a.m.  See
                     attached Exhibit A.


**VI.  ADVERSARY PROCEEDING – PRE–TRIAL CONFERENCES**

61.  Complaint (Docket No. 1) (CC-Investors 1995-6 v.
     Circuit City Stores, Inc., Adversary No. 09-3220 (KRH))

     Response
     Deadline:       December 21, 2009 at 4:00 p.m., extended
                     for CC-Investors until March 18, 2010.

     Objections/
     Responses
     Filed:          Answer, Affirmative Defenses and
                     Counterclaims of Circuit City Stores,
                     Inc. (Docket No. 7)

     Status:         The pre-trial conference on this matter

has been adjourned to March 25, 2010 at
2:30 p.m.

62.   Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
      Sharp Electronics Corporation, Adversary No. 09-3224
      (KRH))

      Related
      Documents:

      a.   Motion to Seal Exhibit (Docket No. 6)

      Response
      Deadline:      December 24, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         Answer to Complaint, by Sharp
                     Electronics Corporation (Docket No. 10)

      Status:        The pre-trial conference on this matter
                     has been adjourned to March 8, 2010 at
                     11:00 a.m.

63.   Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
      Creative Labs, Inc., Adversary No. 09-3225 (KRH))

      Related
      Documents:

      a.   Motion to Seal Exhibit (Docket No. 6)

      b.   Order Authorizing Debtors to File Exhibit Under
           Seal (Docket No. 9)

      Response
      Deadline:      December 24, 2009 at 4:00 p.m., extended
                     for Creative Labs, Inc. until March 5,
                     2010.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

Status:          The pre-trial conference on this matter
                 has been adjourned to March 8, 2010 at
                 11:00 a.m.


Dated: February 19, 2010     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                 – and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                             Chris L. Dickerson, Esq.
                             155 N. Wacker Drive, Suite 2700
                             Chicago, Illinois 60606-2700
                             (312) 407-0700

                                 – and –

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley        .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\10716365