## EXHIBIT A

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 2 | Hayden Meadows Joint Venture | 3161 | A supplemental order has been submitted disallowing this claim. |
| 2 | Gamer Grafix Worldwide | 3222 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| | | | |
| 3 | Tasler Pallet, Inc. | 3162 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| | | | |
| 4 | Ion Audio, LLC | 3380 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384 3386 3946 5122 | **This matter will go forward on the merits of the procedural issues on March 8, 2010 at 11:00 a.m.** |
| 4 | Bethesda Softworks LLC | n/a | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| | | | |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the February 24, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Charleston Newspapers | 3561 | A Settlement Agreement and Stipulation (Docket No. 6544) has been filed.  If no objections are received by February 25, 2010, this matter will be resolved. |
| 5 | Retail MDS, Inc. | 3563 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 5 | Magnus Magnusson | 3573 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6550).** |
| 5 | Graphic Communications, Inc. | 3600 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 5 | Vector Security, Inc. | 3612 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 5 | Schimenti Construction Company LLC | 3622 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 5 | U.S. Signs | 3623 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
|  |  |  |  |
| 6 | E-Z Spread n' Lift Industries | 3492 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 6 | Consumer Vision, LLC | 3521 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 6 | AA Home Services, LLC | 3634 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 6 | Eastern Security Corp. | 4094 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 7 | Kim E's Flowers, Inc. | 3611 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Marian B. Frauenglass | 3636 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Sie Ling Chiang | 3639 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Cheryl Daves | 3661 3811 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | David Lee Cates | 3690 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Louis C. Jones, III | 3791 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Ty Holbrook | 3792 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Marilyn N. Campbell | 3794 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Richard L. Schurz | 3802 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 7 | Austin James Harthun | 3815 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Mikael Salovaara | 3835 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Bernice Slipow | 3875 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Jean Abdallah | 3880 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Jakob Joffe | 3886 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Michael McCabe | 3887 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | Elton J. Turnage | 3889 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 7 | Michael Boger | 3905 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 7 | WXCW TV – Sun Broadcasting | 3919 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| | | | |
| 8 | Gettysburg Times | 3640 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Dr. Robert Koenig | 3642 3643 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Ismay Gayle | 3659 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | First Baptist Church of Sunrise | 3662 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Punto Aparte Communications Inc. | 3785 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Taylor B. Phillips | 3788 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Evin C. Olson | 3789 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | Gloria E. Scarnati | 3790 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Ty Holbrook | 3793 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Marsha Blanchette | 3798 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Alex P. Thorson | 3804 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Michael Alexander | 3805 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Richard Daly | 3806 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to March 18, 2010 at 10:0 a.m. |
| 8 | Vertis, Inc. | 3827 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Cornella D. Beverly | 3832 3908 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Snagajob.com | 3857 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|:---:|---|:---:|---|
| 8 | Connie Y. Boyer | 3883 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Margaret Given | 3894 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Craig Bender | 3897 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | KPLR | 3903 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 8 | Nicholas S. Weeks | 3913 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | WINK TV - Fort Myers Broadcasting | 3920 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | John P. Raleigh | 3921 5198 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 9 | Kenneth Giacone | 3635 3955 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Jerry L. Knighten | 3658 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Mary H. Stienemann | 3660 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Kisha T. Buchanan | 3692 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Patricia A. Bean | 3693 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Compass Group USA, Inc. | 3712 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Richard Stevens | 3786 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Alice Norton | 3801 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Chuan-Fa Liu and Chang Rao | 3809 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Sharon Brown Hope | 3813 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Laura L. Scannell | 3838 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Oklahoma Gas and Electric Company | 3858 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Tec-Com Services, Inc. d/b/a Micro Tech | 3865 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Deanna Heckman | 3885 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Michael Karpinski | 3890 3963 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Sheryl A. Borger | 3891 4000 4709 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Marin Municipal Water District | 3900 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | John Batioff | 3901 3902 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | WPBF Television | 3904 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Mary Ann Hudspeth | 3911 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 9 | Mary Riordan | 3918 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| | | | |
| 10 | Martin Garcia | 3667 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 10 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC and Source Interlink Media, LLC | 3844 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 19 | Donna M. Kincheloe | 3985 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Imitation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Jack Hernandez | 4027 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | County of Henrico, Virginia | 4062 4108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Laurel Plumbing, Inc. | 4102 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Union County Construction Group, Inc. | 4103 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 19 | Seagate Technology LLC | 4115 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |
| 19 | Plantronics, Inc. | 4118 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |
| 19 | Cisco-Linksys LLC | 4120 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |
| 19 | LumiSource, Inc. | 4122 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Jason W. Martinez | 4142 | A Settlement Agreement and Stipulation (Docket No. 6549) has been filed. If no objections are received by February 25, 2010, this matter will be resolved. |
| 19 | Denon Electronics (USA) LLC | 4148 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |
| 19 | Paramount Home Entertainment Inc. | 4154 | This matter went forward on the merits on January 14, 2010 and was taken under advisement.  The parties are awaiting a ruling by the Court. |
| 19 | Wells Fargo Business Credit, Inc. as assignee of claims from Photoco, Inc. | 4180 | A Settlement Agreement and Stipulation (Docket No. 6543) has been filed.  If no objections are received by February 25, 2010, this matter will be resolved. |
| 19 | Robert Gentry and all those similarly situated | 4956 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
|  |  |  |  |
| 20 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | **The status hearing on this response is adjourned to march 8, 2010 at 11:00 a.m.** |
| 20 | Kinyo Company, Inc. | 4057 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 20 | Fujitsu Ten Corp. of America | 4066 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 20 | Integrated Label Corporation | 4073 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to March 8, 2010 at 11:00 a.m. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 22 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 23 | SouthPeak Interactive, LLC | 4123 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6565).** |
| 23 | Vonage Marketing, LLC | 4124 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | **This matter will go forward on the merits of the procedural issues on March 8, 2010 at 11:00 a.m.** |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 24 | Pulaski County, Arkansas | 4382 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 24 | Laburnum Investment LLC | 4390 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 24 | Travis County Tax Collector | 4420 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 24 | Henrico County, Virginia | 4422 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 24 | Lane County, Oregon Department of Assessment & Taxation | 4431 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 27 | Jackson County, Oregon | 4415 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Catawba County, NC | 4424 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Clark County Treasurer, IN | 4526 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Maine State Treasurer | 4533 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 27 | California Self-Insurers' Security Fund | 4581 4582 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Pennsylvania State Treasurer | 4592 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Shasta County Tax Collector | 4601 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Harris County, TX | 4759 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Los Angeles, California | 4786 4931 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | Monterey, California | 4786 4931 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 27 | San Bernardino, California | 4786 4931 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 28 | Source Interlink Media, LLC | 4579 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 29 | Benton County Treasurer | 4593 | A supplemental order has been submitted withdrawing the objection without prejudice. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Stephen Saunders | 4838 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Nicole Cervanyk | 4967 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Franklin Wilson | 4963 | The status hearing is going forward to advise the Court that the Debtors intend to file a motion for summary judgment to be heard on March 18, 2010 at 10:00 a.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to March 18, 2010 at 10:0 a.m. |
| 33 | Cyndi Ann Haines | 4829 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6551).** |
| 33 | Boston Acoustics, Inc. | 4850 | This matter went forward on the merits on January 14, 2010 and was taken under advisement. The parties are awaiting a ruling by the Court. |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 33 | Amore Construction Company | 4947 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6553).** |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 34 | SouthPeak Interactive, LLC | 4882 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6565).** |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to March 8, 2010 at 11:00 a.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC | 4902 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 34 | DirecTV, Inc. | 4982 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 35 | SouthPeak Interactive, LLC | 4884 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6565).** |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 37 | Boulder County, Colorado | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Hernando County, Florida | 4885 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Spokane County, Washington | 5033 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Pima County, AZ | 5100 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Loudoun County, VA | 5102 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Bell County, Texas | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Arlington ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Carroll ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Lake Worth | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Fort Bend ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Hidalgo | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Potter County Tax Office | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Tyler ISD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Wichita County | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Ada County, Idaho | 5110 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Pierce County, Washington | 5111 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Monterey County | 5113 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Bexar County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Cameron County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Dallas County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | El Paso | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Frisco | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Gregg County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Harlingen | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Harris County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | City of McAllen | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | McLennan County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Memphis | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Nueces County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Rockwall CAD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Round Rock ISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Smith County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | South Texas College | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | South Texas ISD | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Tarrant County | 5115 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Placer County, California | 4788 4932 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 39 | Madcow International Group Limited | 5166 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 42 | Mitsubishi Digital Electronics America, Inc. | 5122 | **This matter will go forward on the merits of the procedural issues on March 8, 2010 at 11:00 a.m.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Walter E. Hartman & Sally J. Hartman, Trustees of the Hartman 1995 Ohio Property | 5230 | A supplemental order has been submitted disallowing the amended claim. |
| 42 | Central Investments, LLC | 5328 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 42 | Brighton Commercial LLC | 5353 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 42 | 412 South Broadway Realty LLC | 5362 | A supplemental order has been submitted disallowing the amended claim. |
| 42 | Janaf Shops, LLC | 5370 | A supplemental order has been submitted disallowing the amended claim. |
| 42 | Golf Galaxy, Inc. | 5373 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 42 | Abilene-Ridgemont, LLC | 5378 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 43 | Louis C. Jones, III | 5340 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 43 | David Harrison | 5380 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 44 | TKG Coffee Tree, L.P. | 5355 5356 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 48 | Actiontec Electronics, Inc. | 5382 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | Lenovo USA on behalf of Hain Capital Holdings, LLC | 5423 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | Thomson, Inc. (Hain Capital Holdings, LLC) | 5518 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | Imagination Entertainment | 5533 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | United States Debt Recovery LLC (assignee of Atlantic, Inc.) | 5536 | A supplemental order has been submitted granting the relief sought in the objection. |
| 48 | Salamander Designs | 5558 5808 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 48 | SDI Technologies, Inc. | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 49 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to March 8, 2010 at 11:00 a.m. |
| 50 | Sima Products Corporation | 5485 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Hauppauge Computer Works, Inc. | 5531 | A supplemental order will be submitted granting the relief sought in the objection. |
| 50 | CyberPower Systems (USA), Inc. | 5809 5810 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 50 | Fuitsu Ten Corp of America | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 54 | Greg Nagy | 5587 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 54 | Harry B. Gross, Sr. | 5591 | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 54 | FM Facility Maintenance, LLC f/k/a IPT, LLC | 5723 | This matter has been resolved and the parties are drafting the settlement agreement and stipulation. |
| 54 | Sonoma County Tax Collector | 5751 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| | | | |
| 56 | Dawn W. vonBechmann | 5660 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Bruce H. Besanko | 5687 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | James H. Wimmer, Jr. | 5693 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Linda H. Castle | 5697 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Francis E. Telegadas | 5698 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Laurie Lambert-Gaffney | 5700 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Jon C. Geith | 5704 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Scott D. Mainwaring | 5706 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Kelly Breitenbecher | 5733 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | David W. Tolliver | 5744 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Michael D. Goode | 5748 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 56 | Lawrence W. Fay | 5749 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Daniel W. Ramsey | 5754 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Jeff McDonald | 5755 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Richard E. Salon | 5811 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| 56 | Thomas C. Bradley | 5719 5721 5724 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m.** |
| | | | |
| 57 | Snell Acoustics, Inc. | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 57 | Veronica Simmons | 5713 | A supplemental order has been submitted disallowing this claim. |
| | | | |
| 58 | SanDisk Corporation | 5549 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 58 | THQ, Inc. | 5676 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 58 | Kelly Breitenbecher | 5722 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 58 | James H. Wimmer, Jr. | 5735 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 58 | Weidler Settlement Class | 5753 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 58 | Snell Acoustics, Inc. | 5674 5675 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Ashley Isaac | 6064 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Jason W. Martinez | 6087 | A Settlement Agreement and Stipulation (Docket No. 6549) has been filed.  If no objections are received by February 25, 2010, this matter will be resolved. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| 60 | Jamal Booker | n/a | A supplemental order has been submitted withdrawing this objection without prejudice. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Christopher Snow | n/a | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to March 18, 2010 at 10:00 a.m. |
| | | | |
| 65 | Louis A. and Dolores Luchak | 6446 | **This matter will go forward on the merits on March 8, 2010 at 11:00 a.m. (Docket No. 6548).** |

\10224688