| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

   - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**STIPULATION AND CONSENT ORDER RESOLVING THE UNITED STATES OF AMERICA'S OBJECTION TO MOTION FOR SECOND ADMINISTRATIVE BAR DATE**

Circuit City Stores, Inc. and the above-referenced debtors and debtors in possession jointly administered under Case No. 08-35653 (collectively, the "Debtors")[1] and the United States of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),

America (the "USA") have stipulated and agreed to the terms and conditions set forth below:

### RECITALS

1. On November 10, 2008, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code. Pursuant to an order of the Court signed on November 10, 2008, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 08-35653.

2. On January 28, 2010, the Debtors filed the Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 503, and Bankruptcy Rules 2002 and 9007 (i) Setting Second Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (ii) Approving Form and Manner of Notice Thereof (Docket No. 6414) (the "Motion for Second Administrative Bar Date").

3. On February 5, 2010, the USA filed an objection to Debtors Motion for Order Pursuant to Sections 105 and 503, and Bankruptcy Rules 2002 and 9007 Setting Second Administrative Bar Date (Docket No. 6470) (the "Objection).

---

Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen, VA 23060.

2

**STIPULATION**

4. The Debtors and the USA stipulate and agree that the relief sought in the Motion for Second Administrative Bar Date shall not apply to any administrative expense claims of the USA.

5. The Court shall retain jurisdiction over all matters or disputes concerning this Stipulation and Consent Order.

Dated:     Richmond, Virginia
           Feb 16 2010    , 2010

                    /s/ Kevin Huennekens
                    UNITED STATES BANKRUPTCY JUDGE

                    Entered on docket: Feb 17 2010

WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street

3

Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*


and

/s/ Richard F. Stein
Richard F. Stein (DC Bar No. 931105)
Special Assistant United States Attorney
Eastern District of Virginia
600 East Main Street, Suit 1601
Richmond, Virginia 23219-2430
(804) 916-3945

*Counsel for the United States of America*




**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley


\10595722.2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Feb 17, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 19, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                    **Signature:**    _Joseph Speetjens_