Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
           Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**CONSENT ORDER RESOLVING THE DEBTORS' SIXTH OMNIBUS OBJECTION
TO CERTAIN MISCLASSIFIED NON-GOODS 503(B)(9) CLAIMS AS TO
LEXINGTON COUNTY CLAIM NUMBER 1165**

This matter having come before the Court on the Debtors Sixth Omnibus Objection To Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"); and the Debtors and Lexington County, South Carolina having stipulated as follows: (i) Lexington County filed a proof of claim on

December 8, 2008 for $6,333.70 asserting priority under Bankruptcy Code section 503(b)(9) (Claim 1165); (ii) the Debtors objected to Claim 1165 in the Objection; (iii) Lexington County amended Claim 1165 pursuant to the proof of claim filed on November 30, 2009 (Claim 14750); and (iv) the Debtors and Lexington County agree that Claim 1165 should be disallowed in its entirety; and, based on the foregoing, the Court finding that disallowing Claim 1165 is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim 1165 is disallowed in its entirety for all purposes in these bankruptcy cases.

2. The Objection is resolved as to Claim 1165.

3. The Debtors' rights to object to Claim 14750 at a later time on any grounds that governing law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
      Feb 16 2010 , 2010

          /s/ Kevin Huennekens
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

          Entered on docket: Feb 17 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

     - and -

/s/ Jeffrey Anderson_____
Jeffrey Anderson, Esq.
NICHOLSON, DAVIS, FRAWLEY, ANDERSON & AYER LLC
212 South Lake Drive
Lexington, SC 29072
(803) 785-8345

Counsel for Lexington County
```

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        _/s/ Douglas M. Foley_____
                                        Douglas M. Foley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1              Date Rcvd: Feb 17, 2010
Case: 08-35653                Form ID: pdforder         Total Noticed: 1

The following entities were noticed by first class mail on Feb 19, 2010.
aty           +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
                Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                          **Signature:** _Joseph Speetjens_