```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED TO UNSECURED
CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS
RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE
COMMENCEMENT OF THE CASES)**

THIS MATTER having come before the Court on the Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors not within Twenty

Days of the Commencement of the Cases) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors not within Twenty Days of the Commencement of the Cases) (Docket No. 4576) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Initial Order, the claims identified on Exhibit A attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases as set forth on Exhibit A; provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law

permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2.   Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit B attached hereto and incorporated herein; provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
<u>Feb 18 2010</u>, 2010

/s/ Kevin R. Huennekens
<u>                              </u>
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Feb 19 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley
<u>                              </u>
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            /s/ Douglas M. Foley
            Douglas M. Foley

\10476386

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| Claim: 423<br>Date Filed: 12/01/2008<br>Docketed Total: $223,961.06<br>Filing Creditor Name and Address:<br>CYBER ACOUSTICS<br>3109 NE 109TH AVE<br>VANCOUVER, WA 98682 | Claim Holder Name and Address<br>CYBER ACOUSTICS<br>3109 NE 109TH AVE<br>VANCOUVER, WA 98682<br><br>Case Number: 08-35653<br>503(b)(9): $223,961.06<br>Unsecured:<br>Docketed Total: $223,961.06 | Invoice Detail<br>Filing Creditor Name: CYBER ACOUSTICS<br>Claim: 423<br>Invoice Total: $146,871.14 | | | | Case Number: 08-35653<br>503(b)(9): $77,089.92<br>Unsecured: $146,871.14<br>Modified Total: $223,961.06 |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | |
| | | 08/25/2008 | 09/03/2008 | IN145936 | $951.84 | |
| | | 08/25/2008 | 09/03/2008 | IN145938 | $2,655.68 | |
| | | 08/26/2008 | 09/03/2008 | IN145980 | $2,577.60 | |
| | | 08/26/2008 | 09/02/2008 | IN145981 | $768.48 | |
| | | 08/26/2008 | 09/04/2008 | IN145982 | $1,991.04 | |
| | | 08/26/2008 | 09/02/2008 | IN145984 | $2,732.68 | |
| | | 08/26/2008 | 09/04/2008 | IN145985 | $2,617.44 | |
| | | 08/29/2008 | 09/03/2008 | IN146233 | $370.80 | |
| | | 08/29/2008 | 09/03/2008 | IN146234 | $1,317.60 | |
| | | 08/29/2008 | 09/04/2008 | IN146235 | $1,105.46 | |
| | | 08/29/2008 | 09/03/2008 | IN146236 | $2,302.78 | |
| | | 08/29/2008 | 09/09/2008 | IN146237 | $1,668.24 | |
| | | 08/29/2008 | 09/09/2008 | IN146238 | $2,009.80 | |
| | | 08/31/2008 | 09/03/2008 | IN145983 | $5,173.10 | |
| | | 09/02/2008 | 09/09/2008 | IN146283 | $2,565.60 | |
| | | 09/02/2008 | 09/09/2008 | IN146284 | $933.12 | |
| | | 09/02/2008 | 09/10/2008 | IN146285 | $1,704.96 | |
| | | 09/02/2008 | 09/09/2008 | IN146286 | $4,166.22 | |
| | | 09/02/2008 | 09/09/2008 | IN146287 | $2,192.92 | |
| | | 09/02/2008 | 09/10/2008 | IN146288 | $2,203.96 | |
| | | 09/05/2008 | 09/09/2008 | IN146485 | $1,219.92 | |
| | | 09/05/2008 | 09/11/2008 | IN146486 | $783.24 | |
| | | 09/05/2008 | 09/09/2008 | IN146487 | $2,043.12 | |
| | | 09/08/2008 | 09/10/2008 | IN146543 | $435.84 | |
| | | 09/08/2008 | 09/16/2008 | IN146544 | $2,458.92 | |
| | | 09/09/2008 | 09/16/2008 | IN146587 | $3,704.00 | |
| | | 09/09/2008 | 09/16/2008 | IN146588 | $1,419.38 | |
| | | 09/09/2008 | 09/18/2008 | IN146589 | $2,297.04 | |
| | | 09/12/2008 | 09/16/2008 | IN146791 | $1,159.08 | |
| | | 09/12/2008 | 09/17/2008 | IN146792 | $2,227.60 | |

\*  "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| | | Invoice Detail<br><br>Filing Creditor Name:   CYBER ACOUSTICS<br><br>Claim:   423<br>Invoice Total:   $146,871.14<br><br>| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |<br>\|---\|---\|---\|---\|<br>\| 09/15/2008 \| 09/18/2008 \| IN146859 \| $777.60 \|<br>\| 09/15/2008 \| 09/17/2008 \| IN146860 \| $86.64 \|<br>\| 09/15/2008 \| 09/18/2008 \| IN146861 \| $342.72 \|<br>\| 09/15/2008 \| 09/18/2008 \| IN146862 \| $625.92 \|<br>\| 09/15/2008 \| 09/18/2008 \| IN146863 \| $179.76 \|<br>\| 09/15/2008 \| 09/18/2008 \| IN146864 \| $435.84 \|<br>\| 09/15/2008 \| 09/23/2008 \| IN146865 \| $2,029.68 \|<br>\| 09/15/2008 \| 09/23/2008 \| IN146866 \| $1,781.88 \|<br>\| 09/16/2008 \| 09/23/2008 \| IN146909 \| $4,841.28 \|<br>\| 09/16/2008 \| 09/23/2008 \| IN146910 \| $1,320.96 \|<br>\| 09/16/2008 \| 09/23/2008 \| IN146911 \| $3,983.92 \|<br>\| 09/16/2008 \| 09/23/2008 \| IN146912 \| $1,879.30 \|<br>\| 09/16/2008 \| 09/25/2008 \| IN146963 \| $2,458.56 \|<br>\| 09/16/2008 \| 09/25/2008 \| IN146964 \| $1,893.86 \|<br>\| 09/17/2008 \| \| IN146991 \| $292.32 \|<br>\| 09/19/2008 \| 09/24/2008 \| IN147049 \| $1,058.64 \|<br>\| 09/19/2008 \| 09/23/2008 \| IN147050 \| $1,145.28 \|<br>\| 09/19/2008 \| 09/24/2008 \| IN147051 \| $1,673.24 \|<br>\| 09/19/2008 \| 09/23/2008 \| IN147052 \| $1,981.86 \|<br>\| 09/22/2008 \| 09/30/2008 \| IN147076 \| $2,726.92 \|<br>\| 09/23/2008 \| 09/30/2008 \| IN147125 \| $5,100.96 \|<br>\| 09/23/2008 \| 09/30/2008 \| IN147126 \| $2,402.80 \|<br>\| 09/23/2008 \| 10/02/2008 \| IN147127 \| $2,279.24 \|<br>\| 09/26/2008 \| 10/01/2008 \| IN147307 \| $1,691.14 \|<br>\| 09/26/2008 \| 09/30/2008 \| IN147308 \| $2,561.24 \|<br>\| 09/29/2008 \| 10/02/2008 \| IN147360 \| $634.08 \|<br>\| 09/29/2008 \| 10/01/2008 \| IN147361 \| $731.28 \|<br>\| 09/29/2008 \| 10/02/2008 \| IN147362 \| $806.16 \|<br>\| 09/29/2008 \| 10/02/2008 \| IN147363 \| $249.60 \|<br>\| 09/29/2008 \| 10/02/2008 \| IN147364 \| $259.68 \|<br>\| 09/29/2008 \| 10/07/2008 \| IN147365 \| $822.00 \| | |

\*     "UNL" denotes an unliquidated claim.

**In re Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| | | Invoice Detail<br><br>Filing Creditor Name: CYBER ACOUSTICS<br><br>Claim: 423<br>Invoice Total: $146,871.14<br><br>| INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT |<br>\|---\|---\|---\|---\|<br>\| 09/29/2008 \| 10/07/2008 \| IN147366 \| $1,793.88 \|<br>\| 09/30/2008 \| 10/07/2008 \| IN147408 \| $1,170.96 \|<br>\| 09/30/2008 \| 10/07/2008 \| IN147409 \| $4,570.40 \|<br>\| 09/30/2008 \| 10/07/2008 \| IN147410 \| $1,388.52 \|<br>\| 09/30/2008 \| 10/09/2008 \| IN147411 \| $2,180.20 \|<br>\| 10/03/2008 \| 10/07/2008 \| IN147614 \| $1,417.12 \|<br>\| 10/03/2008 \| 10/07/2008 \| IN147615 \| $1,618.98 \|<br>\| 10/06/2008 \| 10/08/2008 \| IN147660 \| $266.40 \|<br>\| 10/06/2008 \| 10/09/2008 \| IN147661 \| $435.84 \|<br>\| 10/06/2008 \| 10/09/2008 \| IN147662 \| $272.88 \|<br>\| 10/06/2008 \| 10/09/2008 \| IN147663 \| $605.04 \|<br>\| 10/06/2008 \| 10/14/2008 \| IN147664 \| $2,704.60 \|<br>\| 10/07/2008 \| 10/14/2008 \| IN147724 \| $1,967.28 \|<br>\| 10/07/2008 \| 10/16/2008 \| IN147725 \| $1,209.12 \|<br>\| 10/07/2008 \| 10/14/2008 \| IN147726 \| $5,563.14 \|<br>\| 10/07/2008 \| 10/14/2008 \| IN147727 \| $1,451.36 \|<br>\| 10/07/2008 \| 10/16/2008 \| IN147728 \| $3,258.58 \|<br>\| 10/10/2008 \| 10/14/2008 \| IN148074 \| $1,154.16 \|<br>\| 10/10/2008 \| 10/15/2008 \| IN148075 \| $1,494.00 \|<br>\| 10/10/2008 \| 10/14/2008 \| IN148076 \| $2,159.98 \|<br>\| 10/13/2008 \| 10/15/2008 \| IN148113 \| $86.64 \|<br>\| 10/13/2008 \| 10/16/2008 \| IN148114 \| $732.48 \|<br>\| 10/13/2008 \| 10/16/2008 \| IN148115 \| $557.76 \|<br><br>Invoice Total: $146,871.14 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| | | | **Total Claims To Be Modified: 1** <br> **Total Amount As Docketed:** $223,961.06 <br> **Total Amount As Modified:** $223,961.06 |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
Case No. 08-35653-KRH

**Debtors' Twentieth Omnibus Objection to Claims Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Withdrawn**

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACTIONTEC<br>TONG KHUC<br>760 NORTH MARY AVE<br>SUNNYVALE, CA 94085 | 501 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$18,349.38<br>UNL<br><br>$18,349.38 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 1 | $18,349.38 |
|---|---|---|---|

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                   Date Rcvd: Feb 19, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 21, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**                                   **Signature:**   _Joseph Speetjens_