| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATIVE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-First Omnibus Objection to Claims (Disallowance of Certain Duplicative Claims) (the "Objection"),[1] which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Twenty-First Omnibus Objection to Claims (Disallowance of Certain Duplicative Claims) on August 13, 2009 (Docket No. 4466) (the "Initial Order"); and it appearing that certain claimants filed responses to the Objection (the "Responses") asserting that the claimants did not file duplicative proofs of claim, but rather duplicative claims were mistakenly docketed by the Debtors' claims noticing and balloting agent (the "Claims Agent"); and appearing that the Claims Agent did in fact docket duplicate claims; that based on this acknowledgement the Responses have been resolved; and it appearing that the Responses have been resolved; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The claims identified under the column entitled "Claim to be Disallowed" on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed for all purposes in

these bankruptcy cases.

    2.   Any of the Debtors' costs associated with Responses shall be borne by the Claims Agent.

    3.   The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

    4.   To the extent this Order conflicts with the Initial Order, this Order shall control.

    5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Feb 18 2010    , 2010

        /s/ Kevin R. Huennekens
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Feb 19 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley


\10450838.1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-First Omnibus Objection to Claims  
Supplemental Order On (Disallowance Of Certain Duplicate Claims) - Disallowed

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2430 <br> Date Filed: 01/02/2009 <br> Creditor's Name and Address: <br> DEPARTMENT OF THE TREASURY <br> INTERNAL REVENUE SERVICE <br> INTERNAL REVENUE SERVICE <br> PO BOX 21126 <br> PHILADELPHIA, PA 19114 | Debtor: PATAPSCO DESIGNS, INC. (08-35667) <br> Secured: <br> Priority: $9,293.85 <br> Administrative: <br> Reclamation:: <br> Unsecured: $9,775.22 <br> Total: $19,069.07 | Claim: 1998 <br> Date Filed: 12/29/2008 <br> Creditor's Name and Address: <br> DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE <br> INTERNAL REVENUE SERVICE <br> PO BOX 21126 <br> PHILADELPHIA, PA 19114 | Debtor: PATAPSCO DESIGNS, INC. (08-35667) <br> Secured: <br> Priority: $9,293.85 <br> Administrative: <br> Reclamation:: <br> Unsecured: $9,775.22 <br> Total: $19,069.07 |

**Total Claims To Be Duplicated:** 1  
**Total Asserted Amount To Be Duplicated:** $19,069.07

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Feb 19, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 21, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**                         **Signature:** _Joseph Speetjens_