Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance

of Certain (I) No Liability (Legal Claims); (II) No

Liability Miscellaneous Claims); and (III) No Liability

(Subcontractor Claims)) (the "Objection"); and it appearing

that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given;

and it further appearing that certain claimants filed

responses to the Objection; and the Court having entered the

Order on Debtors' Sixtieth Omnibus Objection to Claims

(Disallowance of Certain (I) No Liability (Legal Claims);

(II) No Liability Miscellaneous Claims); and (III) No

Liability (Subcontractor Claims))(Docket No. 6368) (the

"Initial Order"); and it appearing that the relief requested

on the Objection is in the best interest of the Debtors,

their estates and creditors and other parties-in-interest;

and after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   Notwithstanding the Initial Order, the Objection is

withdrawn without prejudice as to the claims identified on

Exhibit A (as attached hereto and incorporated herein);

provided, further, that the Debtors' rights and abilities to

object to the claims on Exhibit A on any available grounds

and bases applicable law permits are hereby preserved in

their entirety and nothing herein shall be construed or

deemed to limit or impair such rights and abilities.

2.   The Debtors' rights to object to any claim,

including (without limitation) the Claims, on any grounds

that applicable law permits are not waived and are expressly

reserved.

3.   This Court shall retain jurisdiction with respect

to all matters arising from or related to this Order.

4.   The Debtors shall serve a copy of this Order on the

claimants included on the exhibit to this Order on or before

five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
            _____, 2010


            _____
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    /s/ Douglas M. Foley
                    Douglas M. Foley

\10701306

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims
Supplemental Order (Disallowance Of Certain No
Liability Legal Claims) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOOKER,JAMAL<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4230 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNOW, CHRISTOPHER<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          2                    $100,000.00

\*        "UNL" denotes an unliquidated claim.