Gregg M. Galardi, Esq.　　　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &　　MCGUIREWOODS LLP
FLOM, LLP　　　　　　　　　　　　　One James Center
One Rodney Square　　　　　　　　　901 E. Cary Street
PO Box 636　　　　　　　　　　　　　Richmond, Virginia 23219
Wilmington, Delaware 19899-0636　　(804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS' EIGHTH OMNIBUS
OBJECTION TO CERTAIN LATE CLAIMS**

THIS MATTER having come before the Court on the Debtors' Eighth Omnibus Objection to Certain Late Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further

appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4169) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
              _____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley

\10701500

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEXANDER, MICHAEL<br>3313 KENSINGTON AVE<br>RICHMOND, VA 23221 | 11075 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $10,950.00<br><br><br>$29,050.00<br><br>$40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENDER, CRAIG P<br>457 EAST WATER ST<br>HUGHESVILLE, PA 17737 | 11429 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$15,000.00<br><br><br><br>$15,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEVERLY, CORNELLA D<br>4912 LOVELLS RD<br>RICHMOND, VA 23224 | 11073 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,372.00<br><br><br><br><br>$1,372.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLANCHETTE, MARSHA L<br>750 SIX FLAGS RD L553<br>AUSTELL GGA, 30168 | 11351 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,984.11<br><br><br><br>$1,984.11 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOYER, CONNIE Y<br>11909 RUTGERS DR<br>RICHMOND, VA 23233 | 11424 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$5,107.00<br><br><br><br>$5,107.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6588    Filed 02/22/10    Entered 02/22/10 16:59:42    Desc Main
Document    Page 6 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DALY, RICHARD<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344 | 11376 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $5,007.50<br>Reclamation:<br>Total: $5,007.50 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | 11197 | Secured: $11,399.48<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $11,399.48 | 02/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | 11312 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $4,021.51<br>Reclamation:<br>Total: $4,021.51 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GETTYSBURG TIMES<br>1570 FAIRFIELD RD<br>PO BOX 3669<br>GETTYSBURG, PA 17325 | 11490 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $669.52<br>Reclamation:<br>Total: $669.52 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILTON, NATALIA<br>3525 WHEAT DR<br>BEAUMONT, TX 77706-0000 | 11036 | Secured:<br>Priority: $33,470.76<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $33,470.76 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6588    Filed 02/22/10    Entered 02/22/10 16:59:42    Desc Main
Document    Page 7 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HILTON, NATALIA<br>3525 WHEAT DR<br>BEAUMONT, TX 77706-0000 | 11035 | Secured:<br>Priority: $10,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $10,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLBROOK, TY<br>5915 CROCKETT<br>LUMBERTON, TX 77657-0000 | 11057 | Secured:<br>Priority: $5,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $5,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>JULIA M GIVEN<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | 11181 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $6,320.00<br>Reclamation:<br>Total: $6,320.00 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | 11501 | Secured: $550.00<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $550.00 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | 11500 | Secured: $100.00<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $100.00 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Case 08-35653-KRH    Doc 6588    Filed 02/22/10    Entered 02/22/10 16:59:42    Desc Main
Document    Page 7 of 10

\*   "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6588    Filed 02/22/10    Entered 02/22/10 16:59:42    Desc Main
Document    Page 8 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KPLR TELEVISION<br>C O SZABO ASSOCIATES INC<br>3355 LENOX RD NE 9TH FL<br>ATLANTA, GA 30326-0000 | 11218 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $7,029.50<br>Reclamation:<br>Total: $7,029.50 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OLSON, ERVIN C<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059 | 11389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,584.00<br>Reclamation:<br>Total: $1,584.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHILLIPS, TAYLOR B<br>211 MAYMONT WAY<br>MANAKIN SABOT, VA 23103 | 11098 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $38,080.00<br>Reclamation:<br>Total: $38,080.00 | 03/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUNTOAPARTE COMMUNICATIONS INC<br>PO BOX 9066636<br>SAN JUAN, PR 00906-6636 | 11417 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $162,566.36<br>Reclamation:<br>Total: $162,566.36 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RALEIGH, JOHN P<br>3621 MEADOW POND COURT<br>GLEN ALLEN, VA 23060 | 11391 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $138,527.92<br>Reclamation:<br>Total: $138,527.92 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6588    Filed 02/22/10    Entered 02/22/10 16:59:42    Desc Main
Document    Page 9 of 10

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SCARNATI, MISS GLORIA E<br>3567 MOUNTAIN VIEW DR NO 119<br>PITTSBURGH, PA 15122-2447 | 11481 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $1,439.09<br>Reclamation:<br>Total: $1,439.09 | 02/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNAGAJOB COM<br>4880 COX RD STE 200<br>GLEN ALLEN, VA 23060-0000 | 11034 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $10,500.00<br>Reclamation:<br>Total: $10,500.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THORSON, ALEX<br>8829 JUANITA DR NE<br>KIRKLAND, WA 98034 | 11011 | Secured:<br>Priority: $317.19<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $317.19 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VERTIS INC<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J CRUCIANI ESQ<br>4801 MAIN ST STE 1000<br>KANSAS CITY, MO 64112-0000 | 10903 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $47,363.50<br>Reclamation:<br>Total: $47,363.50 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEEKS, NICKS<br>4512 STATEN ISLAND COURT<br>PLANO, TX 75024-0000 | 10916 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $55.66<br>Reclamation:<br>Total: $55.66 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**  Debtors' Eighth Omnibus Objection to Claims Fourth
**Case No. 08-35653-KRH**  Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WINK TV<br>2824 PALM BEACH BLVD<br>FT MEYERS, FL 33916-0000 | 10940 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$14,726.25<br><br>$14,726.25 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | Total: 26 | | $562,191.35 | | |

\*  "UNL" denotes an unliquidated claim.

Page 6 of 6