UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN SPENCER WILSON

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

CIRCUIT CITY

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

U.S. DISTRICT COURT
FILED
MAR 6 - 2008
S.D. OF N.Y.

**AMENDED
COMPLAINT**

Jury Trial:  ☐ Yes   ☑ No
_(check one)_

I.    Parties in this complaint:

A.    List your name, address and telephone number.  If you are presently in custody, include your
      identification number and the name and address of your current place of confinement.  Do the same
      for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name       Franklin S. Wilson
              Street Address   P.O. Box 198x
              County, City   White Plains, West Chester County
              State & Zip Code   New York   10602
              Telephone Number   845-326-7079

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a
      government agency, an organization, a corporation, or an individual.  Include the address where
      each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
      contained in the above caption.  Attach additional sheets of paper as necessary.

_Rev. 05/2007_                          1

Defendant  No. 1   Name  _CIRCUIT CITY_

Street Address  _CITY CENTER MARK AVENUE_

County, City  _WHITE PLAINS, NY_

State & Zip Code  _NEW YORK 10602_

Telephone Number  _____

Defendant  No. 2   Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

Telephone Number  _____

Defendant  No. 3   Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

Telephone Number  _____

Defendant  No. 4   Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

Telephone Number  _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  _____

Defendant(s) state(s) of citizenship  _____

_____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?  CIRCUIT CITY WHITE PLAINS

B.   What date and approximate time did the events giving rise to your claim(s) occur?
7/9/2007

C.   Facts:  TERMINATED: WINDOWS XP AND ALL FILES DESTROYED FOR EBAY - SETUP A FIREWALL BLOCKED ME FROM GAINING ENTRY & ACCESS TO MY COMPUTER DESTROYING MY ATTEMPTS TO SETUP A BUSINESS ON THE INTERNET  TECHNICIANS AT CIRCUIT CITY

| What happened to you? |
| Who did what? |

NO

| Was anyone else involved? |

NO ONE

| Who else saw what happened? |

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  NO PHYSICAL INJURYS
SUFFERED GREAT EMOTIONAL TRAUMA, INJURY TO THE POINT OF A NERVOUS BREAKDOWN, HAVING EXPERIENCED ONE SOME THIRP YEARS AGO

Rev. 05/2007                    3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

CASE #: 1:08-CV-00285-KMW

PLAINTIFF
FRANKLIN WILSON

SIGNED:
FRANKLIN S. WILSON

DEFENDANT
CIRCUIT CITY

YOUR HONOR I OFFER THE COURT
AS EVIDENCE: A PORTION OF MICROSOFTS CODED
ANSWER, AFTER REMOTELY ACCESSING MY COMPAQ
LAPTOP, ON MY REQUEST. I PHOTOGRAPHED THE
SCREEN HOWEVER I WAS ONLY ABLE TO AFFORD
THE COMPUTER PRINTS WHICH ARE NOT TOO CLEAR,
I WILL ENDEAVOR TO HAVE PHOTOGRAPH PRINTS
MADE THAT ARE MUCH CLEARER IN DETAIL
OF MICROSOFTS CODED ANSWERS FOR THIS
COURT.
    INCLUDED HERE ALSO IS THE EXTRACTION
PATH AND COMMAND THE COMPUTER TECHNICIAN
AT CIRCUIT USED AS WELL AS THE NOW
RESTRICTED WEBSITE TWENTY CENTENNEAL@EBAY
COM.

(1)

F. Wilson Vs CIRC CITY

Your Honor, I PRESENT TO THIS COURT
THE CONDITION MY COMPAQ LAPTOP WAS IN
WHEN IT WAS RETURNED TO ME BY
CIRC CITY TO PROVE TO THE COURT BY
THE BEST WINDOW TECHNIQUE, THE
ANSWER, IN NO UNCERTAIN TERMS THE
LAST PERSON WHO CONFIGURED MY COMPUTER
INTENTIONALLY EXTRACTED THE WINDOWS XP
PROFESSIONAL OPERATING SYSTEM "AN ERROR
OCCURED DURING THE LAST CONFIGURATION
WHY YOU'RE HAVING TROUBLE STARTING UP,
TRY YOUR LAST BEST CONFIGURATION"

②

AN ERROR, YOUR HONOR IN COMPUTER
TECHNOLOGY IS "A FATAL EXCEPTION" THE
EXTRACATEING, INTENTIONALLY OF THAT
APPLICATION OF WINDOWS XP PROFESSIONAL
USEING THE PATH FOR EXTRACTION=
  A:\> CMD EXE: EXTRACT [/Y][A][/D][/E] [/L d=] CABONET
      WINDOWS XP PROFESSIONAL [FILENAME= WINDOWS
      XP PROFESSIONAL] EXTRACT [/Y] SOURCE= WINDOW
      XP PROFESSIONAL]\BIN [/A][A] EXE CMD
IN MS DOS.
  YOUR HONOR THIS WAS NO ACCIDENT OR MISTAKE
THIS PATH AS WRITTEN IS CALLED "A FATAL
EXCEPTION" AN ERROR
  IF YOU TYPE THIS INTO YOUR COMPUTER YOUR HONOR
IN JUST A FEW MINUTES THERE'LL BE NO WINDOWS,
NO FILES - EVERYTHING ERASED.

THAT TYPEING THIS COMMAND INTO MY COMPUTER
WOULD ERASE MY WINDOWS XP AND ALL MY FILES,
WOULD I DO THIS TO MYSELF? DID THIS JUST
MYSTERIOUSLY TAKE PLACE WHILE IN THE
POSSESSION OF CERCUIT CITY? NO ONE DID
IT THE COMPUTER TYPED IT IN ITSELF? YOU
SEE YOUR HONOR THIS CAN'T HAPPEN BY ITSELF,
IT HAS TO HAPPEN BY SOMEONE TYPEING IT IN.
AND THE ONLY PEOPLE WHO KNOW THESE EXTRACT
COMMANDS ARE → COMPUTER TECHNICIANS, NOT
EVEN PROGRAMMERS KNOW LET ALONE A
NOVICE.
    THE CERCUIT CITY TECH SAYS HE RAN A
DIAGNOSTIC (AN MS DOS) AND FOUND THAT "YOU HAVE A
DEFECTIVE HARD DRIVE" WHAT HE REALLY MEANT
WAS A TOTALLY ERASED HARD DRIVE. THE BIOS
WINDOW SAYS NOTHING ABOUT A DEFECTIVE H. DRIVE

⑤

IT IS APPARANT HERE THEN BY MY OWN STATEMENTS, I KNOW A BIT ABOUT TERMINATEING WINDOWS OPERATEING SYSTEMS: I TAUGHT MYSELF SINCE THAT EPISODE WITH CIRCUIT CITY: BUYING SECOND HAND COMPUTERS, PICKING THEM UP OFF THE STREET — AND EXTRACTING THE OBSOLETE WINDOWS OPERATEING SYSTEMS FROM THEM. THIS WAY I CAUGHT UP WITH THE CIRCUIT CITY TECH WHO FOOLISHLY BELIEVED HE COULD MAKE A FOOL OUT OF ME AND DESTROY ME COMPLETELY. HE HAS DESTROYED ME YOUR HONOR, BUT I DID CATCH UP WITH HIM AND AM ASKING THIS COURT FOR JUSTICE IN THE FORM OF FINANCIAL COMPENSATION

EXTRACT [/Y] [/A] [/D] i /E]

[/L dir] CABINET [FILENAME]

_____

EXTRACT [/Y] SOURCE [NEWNAME]

FILENAME

SOURCE - NEW FILENAME

/A PROCESS ALL CABINETS. Follows CAB
   CHAIN

/C COPY SOURCE FILE TO DEST (COPY
   FROM DMF dISKS)

/D DISPLAY CAB DIRECTY (use E
                              FILENAME)

/E  EXTRACT

/L  dir  LOCATION TO PLACE EXTR FILE

/Y  DO NOT PROMPT BEFORE OVERWRITE
   AN EXISTING FILE





# Google

Results 1 to 5 and ...

**Web**

**How Microsoft Lost the API War**
Why does automatic monday marketpiece ... steer you
Internet Explorer team seems to have the superior th...
www.jeelinesoftware.com/apt-warfare.html

**flashcroplau.com** Sub-sign ...
I probably know about so much about Prototype ...
they have put .NET features inside Prototype ...
www.flashcroplau.com/index ...
other - 93k - Cached

**Part 25: Prototypes** ...
If Microsoft wants to have Prototype ...
They can only learn so much with ...
part25.jeelines.com.au ...
Cached - Similar pages

**Can Microsoft** ...
Anyway, thank you all for your ...
discussing the ...Quartz who designed ...
www.jeelines.com/microsoft ...
Cached - Similar pages







