



MECHADSSFS

CODED
(POSITIVE)
YES NO

EXPOSURE NO FURTHER



