

Case 08-35653-KRH    Doc 6590-4    Filed 02/22/10    Entered 02/22/10 18:13:19    Desc
Exhibit D - Part 4    Page 4 of 5

