Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

               - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' FIFTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Fifty-Fourth Omnibus Objection to Claims

(Disallowance of Certain Late Claims)(the "Objection"); and

it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection

need be given; and it further appearing that certain

claimants filed responses to the Objection; and the Court

having entered the Order on Debtors' Fifty-Fourth Omnibus

Objection to Claims (Disallowance of Certain Late Claims)

(Docket No. 6068) (the "Initial Order"); and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    Notwithstanding the Initial Order, the Objection is

withdrawn without prejudice as to the claims identified on

Exhibit A (as attached hereto and incorporated herein);

provided, further, that the Debtors' rights and abilities to

object to the claims on Exhibit A on any available grounds

and bases applicable law permits are hereby preserved in

their entirety and nothing herein shall be construed or

deemed to limit or impair such rights and abilities.

2.    The Debtors' rights to object to any claim,

including (without limitation) the Claims, on any grounds

that applicable law permits are not waived and are expressly

reserved.

3.    This Court shall retain jurisdiction with respect

to all matters arising from or related to this Order.

4.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
 _____ , 2010


 _____
 HONORABLE KEVIN R. HUENNEKENS
 UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley

\10701902

4

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Fifty-Fourth Omnibus Objection to Claims
Supplemental Order On (Late Claims) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARRY B GROSS SR<br>206 N PACIFIC<br>HUTCHINS, TX 75141 | 14541 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $199.99<br><br><br><br>$199.99 | 08/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SONOMA COUNTY TAX COLLECTOR<br>PO BOX 3879<br>SANTA ROSA, CA 95402-3879 | 14571 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $7,254.55<br><br><br><br>$7,254.55 | 08/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    **2**                      **$7,454.54**

\*        "UNL" denotes an unliquidated claim.

Page 1 of 1