Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection

need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5785) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.   Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

   2.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

2

    3.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

    4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2010

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                   /s/ Douglas M. Foley
                                                   Douglas M. Foley

\10711527

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Forty-Third Omnibus Objection to Claims Supplemental Order On (Late Claims To Be Disallowed) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HARRISON, DAVID<br>5115 VERMONT DRIVE<br>EASTON, PA 18045 | 13027 | Secured:<br>Priority: $165.96<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $165.96 | 05/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONES III LOUIS C<br>17 SPRING HARBOR<br>ALISO VIEJO, CA 92656 | 13632 | Secured:<br>Priority: $15,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $15,000.00 | 06/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

**Total:** 2        **$15,165.96**

\*  "UNL" denotes an unliquidated claim.

Page 1 of 1