Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' FIFTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED
ADMINISTRATIVE EXPENSES)**

THIS MATTER having come before the Court on the

Debtors' Fifty-Seventh Omnibus Objection to Claims

(Disallowance of Certain Alleged Administrative Expenses)

(the "Objection"); and it appearing that due and proper

notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR

3007-1; and it appearing that notice and service were good

and sufficient and that no other further notice or service

of the Objection need be given; and it appearing that the

relief requested on the Objection is in the best interest of

the Debtors, their estates and creditors and other parties

in interest; and after due deliberation thereon; and good

and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.    Notwithstanding the Order on Debtors' Fifty-

Seventh Omnibus Objection to Claims (Disallowance of Certain

Alleged Administrative Expenses) entered on December 14,

2009 (Docket No. 6070), the Objection to the claim

identified on Exhibit A, as attached hereto and incorporated

herein, is sustained.  The Claim identified on Exhibit A as

attached hereto and incorporated herein is forever disallowed

in its entirety for all purposes in these bankruptcy cases.

2.    The Debtors' rights to object to any claim,

including (without limitation) the claims included in the

Objection, on any grounds that applicable law permits are

not waived and are expressly reserved.

3.    To the extent that this Order conflicts with the

Order on Debtors' Fifty-Seventh Omnibus Objection to Claims

2

(Disallowance of Certain Alleged Administrative Expenses)

entered on December 14, 2009 (Docket No. 6070), this Order

shall control.

    4.    The Debtors shall serve a copy of this Order on

the claimant included on <u>Exhibit A</u> to this Order on or

before five (5) business days from the entry of this Order.

    5.    This Court shall retain jurisdiction with respect

to all matters arising from or related to this Order.

Dated: Richmond, Virginia
         _____, 2010


            _____
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley


4

In re: Circuit City Stores, Inc, et al.    Document    Page 5 of 5    Debtors' Fifty-Seventh Omnibus Objection to Claims
Case No. 08-35653-KRH    Supplemental Order - (Objection To Certain Non - Hr
Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VERONICA SIMMONS<br>2101 SAN DIEGO DR<br>CORONA, CA 92882 | 14098 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,809.39<br>————<br>$3,809.39 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

    **Total:        1                              $3,809.39**