Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS'**  
**TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**  
**(DISALLOWANCE OF CERTAIN DUPLICATIVE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicative Claims) (the "Objection");[1] and it appearing that due and proper notice

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Duplicative Claims) on September 10, 2009 (Docket No. 4805) (the "Initial Order"); and it appearing that certain parties filed responses to the Objection (the "Responses"); and it appearing that certain Responses have been resolved; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Objection to the claim identified on Exhibit A as attached hereto and incorporated herein is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claim identified on Exhibit A on any grounds and bases are hereby preserved in their entirety.

2. The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims, on any

grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    _/s/ Douglas M. Foley_____
                                    Douglas M. Foley

\10699914

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims Supplemental Order (Duplicate Claims) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BENTON COUNTY TREASURER<br>BENTON COUNTY PROSECUTING ATTORNEY<br>7122 W OKANOGAN PL BLDG A<br>KENNEWICK, WA 99336-2359 | 11564 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,848.80<br><br><br><br><br><br>$3,848.80 | 02/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

            **Total:**      **1**      **$3,848.80**

\*    "UNL" denotes an unliquidated claim.