

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca.
        93403-8103

United States Bankruptcy Court

Eastern District of Virginia

Richmond Division


In Re:                                    Chapter 11
Circuit City Stores, Inc. et al,    No. 08-35653   (KRH)
    Debtors

                                    Request To Reconsider The
Bruce Senator                       January 23, 2010 Order On
    Creditor and Objector           Debtors' Sixtieth Omnibus
                                    Objection To Claims


    Creditor and Objector Bruce Senator ("Senator") requests the court to review the evidence and filings put forth (Exhibits: A and B) and reconsider its January 23, 2010 Order On Debtors' Sixtieth Omnibus Objection To Claims (Attachment: 1) as the basis for disallowance of Senator's Claim No. 13082

    (a) Allows debtor and debtors counsel to benefit from fraud and deceit,

    (b) Acts to restate law, holding creditor Senator ot-harm for debtors' and counsels' actions.

1.

## FACTUAL BACKGROUND

From studying EXHIBIT: A, SENATOR's filing "OBJECTIONS TO THE "PLAN" FOR CLAIM 13082" and from studying EXHIBIT: B, SENATOR's filing "Opposition To DEBTORS' SIXTIETH Omnibus OBJECTION REGARDING CLAIM 13082" we find:

(a) SENATOR purchased product from debtor in August - Sept. 2006, paying in full and to receive a $150.00 rebate thereafter, Thus being a SECURED, PRIORITY DEBT.

(b) SENATOR was subsequently, in an unrelated matter, incarcerated Sept. 25, 2006 and remains so to this date.

(c) Debtor did issue the $150 rebate check, but put a "Void 90 days after issue" expiration, in violation of the initial contractual agreement which did not indicate a rebate check would expire.

(d) Upon learning of debtors bankruptcy filing via the custodial authority television, SENATOR wrote to debtor seeking information allowing filing of a claim. Debtor and debtors' counsel REPEATEDLY FAILED TO REPLY.

2.

(e) Debtor, having full knowledge of SENATOR's potential claim, failed to list SENATOR as a creditor or potential creditor in its bankruptcy filings.

(f) Only after months of letter writing to various bankruptcy courts was SENATOR able to track down the case information, obtain claim forms and file a claim. However, due to fraud and delaying tactics by debtor, SENATOR's filing was technically late.

## MISCARRIAGE OF JUSTICE WILL RESULT

SENATOR's claim must be GRANTED FULL RELIEF FROM TECHNICAL DEFAULT due to:

(a) SENATOR was diligent

(b) SENATOR's actions bear no fault

(c) Debtors and debtors counsels' actions are AT-FAULT.

3.

WHEREFORE, creditor requests the court to fully reconsider and reverse its JANUARY 23, 2010 ORDER as to _not_ include SENATOR's CLAIM No. 13082.

SENATOR also requests any other and further relief in the interests of justice.

VERIFIED TRUE & CORRECT UNDER PENALTY OF PERJURY.

FEB. 10, 2010                    Bruce Senator

                                 BRUCE SENATOR

4.

ATTACHMENT: 1

ATTACHMENT: 1

Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
               Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SIXTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
CLAIMS); (II) NO LIABILITY (MISCELLANEOUS CLAIMS); AND
(III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Sixtieth Omnibus Objection to Claims (Disallowance

of Certain (I) No Liability (Legal Claims); (II) No

Liability (Miscellaneous Claims); and (III) No Liability

(Subcontractor Claims)) (the "Objection"), which requested,

4.    The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
Jan 23 2010 _____, 2010

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jan 26 2010

3

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtor's Sixtieth Omnibus Objection to Claims (Disallowance
Of Certain Liability Miscellaneous Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRUCE DAVIS<br>76 WEBWOOD CIR<br>ROCHESTER, NY 14626 | 13286 | Secured:<br>Priority:<br>Administrative    $250.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:    $250.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13082 | Secured:<br>Priority:    $150.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:    $150.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 13646 | Secured:<br>Priority:<br>Administrative    $2,442.43<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:    $2,442.43 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | 13035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:    $799.99<br>Reclamation:<br>Total:    $799.99 | 05/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD<br>ATTN NINA MOJIRI AZAD OR MARY PETERS<br>1666 K STREET NW<br>BALTIMORE, MD 20006 | 14216 | Secured:<br>Priority:<br>Administrative    $4,700.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:    $4,700.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

EXHIBIT: A.

EXHIBIT: A

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca.
        93403-8103


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


IN RE:                                :        CHAPTER 11
Circuit City Stores, Inc. et al,      :   No. 08-35653 (KRH)
    Debtors                           :

                                      :   OBJECTIONS TO THE "PLAN"
Bruce Senator,                        :   FOR CLAIM 13082
    Objector                          :

                                      HEARING DATE: Nov. 23, 2009
                                              Time: 10:00 A.M.
                                          JUDGE: KEVIN HUENNEKENS


    CLAIMANT AND CREDITOR BRUCE SENATOR having
surviving claim No. 13082 in the amount of $150,
does hereby object to what appears to be clear
error in application of the "Plan" to Claim No. 13082.


    Bruce Senator's claim arises out of the purchase
of product (laptop computer) in Sept. 2006 from the
debtor Circuit City Stores, Inc., and thus a priority claim

1.

In the product purchase initial payment was made IN Full, with a $150 rebate to be paid back. The initial rebate check for $150 was received in 2006. However it contained a '90-day expiration period' and became VOID after 90 days requiring issuance of a new rebate check.

[ NOTE: Upon purchase of the product, nowhere in the sales agreement contract were there any provisions allowing an expiration period on the rebate check. And since the sale was made in California, it is California contract law that governs, not the State of Virginia, or otherwise ]

As claimant was incarcerated and unable to personally deposit or cash the check, after initial expiration a new rebate check was issued April 2, 2007. However it also expired after 90 days. Prior and later attempts to have the rebate check issued to "BRUCE SENATOR IN CARE OF NANCY LEE" so that NANCY LEE could cash or deposit the check went fully unresponded to by debtor. (Debtor kept the $150).

But irregardless of any rebate check expiring or timing-out, the DEBT is:

(a) A priority debt.
(b) A secured debt, secured by the $150 I paid to the debtor in SEPT. 2006.

2.

Thus Claim No. 13082, going back to Sept. 2006, long before any bankruptcy "talk" let alone filing, is both a Priority and a Secured Claim/Debt.

The entire $1,150 rebate debt must be paid to claimant, and the payment made as follows:

Bruce Senator
In Care Of Nancy Lee
10502 Lampson Ave.
Garden Grove, CA 92840

If the debtor wrote the rebate check and did not have funds to cover it, or if the debtor failed to reissue the check in an attempt to evade payment, both enter civil and importantly criminal violations of California statutory law. As the transactions took place in multi-state venues, we also have violations of federal criminal law.

Attachment: I is a recent motion put before this court. In the motion are a series of letters to debtor, and to debtor's counsel which are evidence of an INTENT to defraud and INTENT to obstruct Justice before this court.

3.

For an extended period of time, both prior to the bankruptcy filing and after filing, whether via debtors or their counsel, continual efforts to evade responsibility (criminal efforts) have been employed.

But still, claimant is due payment in full for a debt which is:
    (a) A priority debt
    (b) A secured debt.

Any part of the "PLAN" which calls for anything less than payment in full for Claim No. 13082, is objected to.
    [ NOTE: The plethora of convoluted notices
    issued by debtors and creditors counsel
    do little to "clear the air" ]

VERIFIED TRUE & CORRECT UNDER PENALTY OF PERJURY:
    Oct 12, 2009        Bruce Senator
                 BRUCE SENATOR
                 F-99302

ATTACHMENT: 1

ATTACHMENT: 1

Bruce Senator  F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA  93403-8103

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

IN RE:                              :  No.  08-35653-KRH
    CIRCUIT CITY STORES, INC.,      :
                         :  BRUCE SENATOR'S MOTION TO BE PAID
BRUCE SENATOR                       :  THE $150 DUE AS HE IS ENTITLED TO
    Creditor & Moving Party         :  PRIORITY UNDER 11 U.S.C. §507(a)(7)

     BRUCE SENATOR filed a claim to be paid the $150.00 due him from a

product purchase rebate, due from way back in the summer of 2006.  This

was far before the debtor filed for bankruptcy.  (EXHIBIT: A).

     SENATOR did receive notice of "PROOF OF CLAIM CONFIRMATION" receiving

two (2) claim numbers:  13082 and 13413.  (EXHIBIT: B).  *There is also a non-noticed Claim #13575. 13575 and 13413 are duplicates.*

     In the past few months SENATOR has received several notices from this

court in which it appears other creditors have received payments; creditors

which do not appear to have priority status.

     SENATOR is due $150.00.  Since the debtor has engaged in fraudulent

deceit, ... refusing for many months to even provide SENATOR with the case

information so he could file his claim, clearly the debtor and their counsel

should be assessed SANCTIONS in addition to SENATOR being awarded INTEREST

on the $150.00 from Sept. 1, 2006, *some three (3) years ago.*

     In any event, SENATOR would like this court to order that SENATOR be

PAID his **PRIORITY CLAIM** immediately if not sooner, and if not, to have a

concrete explanation as to WHY, and WHEN it may be resolved.

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY:  *Bruce Senator*
    August 24, 2009

                            1.          Bruce Senator  F-99302

SEPARATOR

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

**EXHIBIT:** _A_

_Proof of Claim_

_5-18-2009_

**EXHIBIT:** _A_

EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653-KRH |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bruce Senator

Name and address where notices should be sent:
Bruce Senator   F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca, 93403-8103

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):
Bruce Senator
c/o Nancy Lee
10502 Lampson Ave.
Garden Grove, Ca, 92840

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 150.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Rebate check for goods purchased, expired
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate** ___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   if any: $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**

   $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 5-18-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Bruce Senator | FOR COURT USE ONLY |
|---|---|---|
| 5-18-2009 | Bruce Senato   Bruce Senator | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bruce Senator F-99302<br>California Men's Colony<br>P.O. Box 8103<br>San Luis Obispo, Ca. 93403-8103<br>TELEPHONE NO.:          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Bruce Senator In Pro Per | |

UNITED STATES BANKRUPTCY COURT
STREET ADDRESS: 701 E. Broad St., Suite 4000
MAILING ADDRESS:
CITY AND ZIP CODE: Richmond, Va. 23219-1888
BRANCH NAME: Eastern District of Virginia

PLAINTIFF/PETITIONER: In Re Circuit City Stores, Inc.
DEFENDANT/RESPONDENT:

| DECLARATION | CASE NUMBER:<br>08-35653-KRH |
|---|---|

Circuit City Stores, Inc. filed its petition Nov. 10, 2008. The attached letters go back prior to that time, and a copy of the $150 [expired] rebate check goes back to 04/02/07 [2007].

Circuit City has refused for over two years now to reissue the expired check. Circuit City has refused to list me as a creditor, nor to even respond to my inquiries and demands.
//

As their actions are an attempt to defraud, and as my rebate came well over one-year prior to bankruptcy, their fraud means I must be paid all $150. Not a penny less.

I had to track down the case by writing to multiple federal bankruptcy courts. I DEMAND PAYMENT IN FULL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 18, 2009

Bruce Senator

BRUCE SENATOR
(TYPE OR PRINT NAME)

Bruce Senator
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Creditor

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

Page 1 of 1

www.accesslaw.com

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK - HOLD UP TO LIGHT TO    "SAFE" AND "VERIFY FIRST"



↓    CIRCUIT CITY STORES    ↓
Check



⑈006013878⑈ ⑆091916873⑈ 737934⑈

Never cashed.
Just found them
recently

May 11, 2009                          Bruce Senator   F-99302
                                      California Men's Colony
                                      P.O. Box 8103
                                      San Luis Obispo, CA   93403-8103


LEGAL COUNSEL
**- BANKRUPTCY ACTION**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA   23233


RE:   REBATE CHECK From Back In The Year 2006
      Check #:        06013878
      Amount:         $150.00
      Other Info:     202223143 / 134647

Dear Counsel,

    As I had not heard a word from you I started writing letters to
the various federal bankruptcy courts.  Finally I was advised by the
court in Delaware that your action is filed in Richmond, VA.  I have
now written to that court seeking forms to file (1) A Creditor Claim,
and (2) A Bankruptcy Fraud Claim.

    You were STUPID to think I would let you slide by without
paying me the $150.00 you still owe me.

    Now, with the FRAUD action I will file, you will NOT be able to
get away with paying anything less than the full $150.

    As soon as the clerk of the court responds I will file my action for
the claim and the fraud.    STUPID!

                          Thank you,

                          *Bruce Senator*

                          Bruce Senator

January 17, 2009                    Bruce Senator   F-99302
                                   California Men's Colony
                                   P.O. Box 8103
                                   San Luis Obispo, CA  93403-0183


LEGAL COUNSEL
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233


RE:   REBATE CHECK From Back In The Year 2006
      Check #:  06013878
      Amount:   $150.00
      Other Info:  202223143 / 134647


Dear Legal Counsel,

        Attached are copies of letters dated 10/8/2008, 9/3/2008, and 8/2/2008

along with a xerox of the $150 rebate check in question.  The initial check

was issued in 2006.  I purchased an ACER laptop computer from one of your

stores in the San Fernando Valley, possibly in the City of Burbank, in

August 2006 or Sept 2006.  Shortly afterwards I was arrested and in the

end run went to state prison.

        The check was reissued to my friend's address in Garden Grove, Calif.

as at that time I was in Orange County Jail.  Unfortunately, my friend did

not deposit the check and that is the status currently.

        The $150 rebate is due, and was due prior to your initial bankruptcy

filing and recent decision to liquidate.  I have tried to have it reissued

but to no avail.  Since your offices have not responded, this falls under

the FRAUD statutes and thus bankruptcy would not cover you in this instance.

        I need to know if you have me listed as a CREDITOR in the bankruptcy

filing.  If yes, why have I not been served.  It comes down to this, either

serve me as a CREDITOR or pay me the $150.  Otherwise, I will file a breach

of contract/fraud civil suit in California.

                                Thank you,
                                Bruce Senator
                                Bruce Senator

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca. 93403-8103

10/8/2008

Circuit City
—Attn: Rebates

P.O. Box 469

Coppell, TX 75019


Re: Check #: 06013878
      Amt:    $150.00
      Order No: 202223143 / 034642


Ladies and Gentlemen,
       On 8-12-2008 I sent a letter to my friend
NANCY LEE to mail to you (copy attached) On
9-3-2008 I wrote inquiring as to if you reissued
the $150 rebate check (copy attached)
       Failure to reissue the check will result in
a civil suit; an unnecessary but costly civil suit.
Bankruptcy will not evade liability as the
issue of fraudulent evasion is not protected.
       Please reissue as requested to:
       BRUCE SENATOR
       C/O NANCY LEE
       10502 Lampson Ave.
       Garden Grove, Ca.
              92840-5004

Thank You
Bruce Senator

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA 93403-8103

9-3-2008

Circuit City
- Attn: Rebates
P.O. Box 469
Coppell, TX 75019

Re: Check #: 06013878
    Amount: $150.00
    Other Info: 202223143 / 034647

Ladies and Gentlemen,
    Attached is a copy of a letter I mailed to my
friend NANCY LEE which was to be forwarded to
you for reissuance of the $150 check. (A copy of
which is attached).
    Have you reissued the check? It should be
pretty easy to Void-Out, Stop, etc and reissue
... mailing directly to; NANCY LEE
                10502 Lampson Ave.
                Garden Grove, CA.
                        92840

                Thank You
                Bruce Senator

BRUCE SENATOR
c/o Navy 668
10502 Laurie Ave.
Garden Grove C. 92840

8-12-2009

Circuit City
— ATTN: REBATE CHECKS
P.O. Box 469
Coppell, TX. 75019

Re: Check #: 06013878
Amount: $150.00
Other Info: 202223143/03489

Ladies and Gentlemen,

The enclosed check for a $150 rebate was misplaced, being issued 04/02/07.
It states "Void 90 days after issue."

Please reissue as follows:

Bruce Senator
c/o Navy 668
10502 Laurien Ave.
Garden Grove CA 92840

Thank You,
Bruce Senator

RIFICATION – 446, 2015.5 C.C.P.)

TE OF CALIFORNIA
JNTY OF SAN LUIS OBISPO

the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis
po County.  My current address is:

BRUCE SENATOR, CDCR No.: F 99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25T
San Luis Obispo, California 93403-8103

RTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
CUTED ON 5-13-09, AT SAN LUIS OBISPO, CALIFORNIA. 93403-8103.

_____
PETITIONER (Signature)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

OOF OF SERVICE BY MAIL

TE OF CALIFORNIA
JNTY OF SAN LUIS OBISPO

n not the party of the above entitled actions, am a citizen of the United States, over the age of eighteen years and a resident of San
Obispo County.  My current address is:

BRUCE SENATOR, CDCR No.: F-99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25T
San Luis Obispo, California 93403-8103

_____ May 19, 2009 _____ I SERVED THE WITHIN Proof of Claim;
                                                        Declaration;
THE PARTY: _____    Attachments

SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
EPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103,
DRESS AS FOLLOWS: U.S. Bankruptcy Court 701 E. Broad St. #4000 Richmond, Va. 23219

| |
|---|
| Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC |
| 2335 Alaska Ave. El Segundo, Ca. 90245 |
| Gregg M. Galardi, Skadden Arps Slate Meagher & Flom LLP |
| One Rodney Sq. P.O. Box 636 Wilmington, DE 19899 |

CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
XECUTED ON 5-19-2009, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

Bruce Senator
DECLARANT (Signature)

EV. 9/02)

SENATOR

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT: _B_

EXHIBIT

PROOF OF CLAIM

EXHIBIT

CONFIRMATION

5-27-2009  #13413

EXHIBIT

5-29-2009  #13082

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT

EXHIBIT: _B_

EXHIBIT

EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT – EXHIBIT

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

**Bruce Senator**
**Bruce Senator F 99302**
**California Mens Colony**
**PO Box 8103**
**San Luis Obispo, CA 93403-8103**

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **5/29/2009**
and assigned claim number 13082

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

---

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

**Bruce Senator**
**Bruce Senator F 99302**
**California Mens Colony**
**PO Box 8103**
**San Luis Obispo, CA 93403-8103**

## PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**,
case no **08-35653** was received on **5/27/2009**
and assigned claim number 13413

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

(VERIFICATION – 446, 2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County.  My current address is:

Bruce Senator     CDCR No.:   F 99302
California Men's Colony – West
P.O. Box 8103 / Unit  4  Dorm  23  Bed  25 L
San Luis Obispo, California 93403-8103

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON  8/24/09 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

Bruce Senator
PETITIONER (Signature)

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am not the party of the above entitle actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County.  My current address is:

ON      Aug. 27, 2009          I SERVED THE DOCUMENT  BRUCE SENATOR'S MOTION TO BE PAID
THE $150 DUE AS HE IS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507(a)(7)

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA  93403-8103, ADDRESS AS FOLLOWS:   Clerk of the Bankruptcy Court
United States Bankruptcy Court   Eastern District of Virginia   Richmond Division
701 East Broad Street   Richmond, VA  23219
Gregg M. Galardi  Skadden, Arps, Slate, Meagher 7 Flom LLP  (Counsel for Circuit City Stores)
One Rodney Square   P.O. Box 636   Wilmington, DE  19899
Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.   El Segundo, CA  90245

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON  8/27/09 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

Bruce Senator
DECLARANT (Signature)

REV. 7/09

## VERIFICATION

I am a party of the above entitled action, or a next-friend petitioner, and over the age of eighteen years.  My current address of residence is:

Name: _Bruce Senator_          CDCR #: _F-99302_
Facility: _California Men's Colony_
Address: _P.O. Box 8103_
_San Luis Obispo, Ca._          Zip Code: _93403 - 8103_

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT UPON KNOWLEDGE AND BELIEF:
EXECUTED ON _Oct. 12_ , 20_09_, AT _San Luis Obispo, Ca_
                (date)                              (location)

_Bruce Senator_                    _Bruce Senator_
(print name)                        (signature)

*********************************************************************

## PROOF OF SERVICE BY MAIL

I [X]AM / [_]AM NOT a party of the above entitled action, and over the age of eighteen years.  My current address of residence is:

Name: _Bruce Senator_          CDCR #: _F-99302_
Facility: _California Men's Colony_
Address: _P.O. Box 8103_
_San Luis Obispo, Ca._          Zip Code _93403 - 8103_

On _Oct. 16_ , 20_09_ I SERVED VIA U.S. MAIL THE FOLLOWING:
_Objections To The "Plan" For Claim 13082_

IN SAID ACTION BY PLACING A TRUE COPY/COPIES IN A SEALED ENVELOPE, WITH POSTAGE PREPAID, UPON THE FOLLOWING PARTIES, INTERESTED PARTIES, REAL PARTIES IN INTEREST:

① Honorable Kevin Huennekens  United States Bankruptcy Court  Eastern Dist. of Virginia
   701 E. Broad St. Rm. 5000  Richmond, Va 23219
② Circuit City Stores, Inc. P.O. Box 5695 Glen Allen, Va. 23058-5695 (Attn: Michelle Mosier)
③ Skadden, Arps, Slate, Meagher & Flom LLP  One Rodney Square P.O. Box 636
   Wilmington, DE 19899-636 (Attn: Greg M. Galardi and Ian S. Fredericks)
④ Skadden, Arps, Slate, Meagher & Flom LLP  155 N. Wacker Dr. Chicago, IL 60606
   (Attn: Chris L. Dickerson and Jessica S. Kumar)
⑤ McGuire Woods LLP  One James Center  901 E. Cary St. Richmond, Va. 23219
   (Attn: Douglas M. Foley and Sarah B. Boehm)
⑥ Pachulski Stang Ziehl & Jones LLP  10100 Santa Monica Blvd. 11th Fl, Los Angeles, Ca. 90067
   (Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)
⑦ Pachulski Stang Ziehl & Jones LLP  780 Third Ave  36th Fl New York, NY 10017
   (Attn: Robert J. Feinstein)

** [X] SEE FOLLOWING PAGE(S) FOR ADDITIONAL SERVICE **

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY: _Oct. 16_ , 20_09_

_Bruce Senator_
(SIGNATURE OF DECLARANT)

ADDITIONAL    SERVICE

(8)    TAVENNER & BERAN, PLC    20 N. Eighth St., Second Floor,
        Richmond, Va. 23219 (Attn: Lynn L. Tavenner and Paula S. Beran)

(9)    Office of the UNITED STATES TRUSTEE for the Eastern District
        of Virginia   701 E. Broad St., Suite 4304, Richmond, Va. 23219
        (Attn: Robert B. Van Arsdale),

EXHIBIT: B

EXHIBIT: B

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca.
      93403-8103



UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

IN RE:                                    }        CHAPTER 11

Circuit City Stores, Inc. et al,    }    No. 08-35653  (KRH)
     Debtors                              }

                                          }    OPPOSITION TO DEBTORS'
Bruce Senator                         }    SIXTIETH OMNIBUS
     Creditor and Objector          }    OBJECTION REGARDING
                                               CLAIM 13082

                                 Hearing Date: Dec. 21, 2009
                                          Time: 10:00 A.M.
                                          JUDGE: KEVIN HUENNEKENS


     In the Nov. 19, 2009 filed "NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR HEARING ON NOVEMBER 23,
2009 AT 10:00 A.M.", under section IV. CONFIRMATION
MATTERS- ADJOURNED, at number 25. It appears
BRUCE SENATOR's claim 13082 may be incorrectly
Listed as an "unsecured claim".

1.

When Bruce SENATOR paid In Full, $550.00 cash for product (laptop computer) with the contract including a $150.00 rebate, that is a secured debt, not unsecured.

When Bruce SENATOR made the contract, nothing was stated orally or in writing that the rebate check would 'time-out' in 90 days.

Irregardless of the check timing-out, the debt (from 2006) was secured by the amount of $150 cash which I paid upon purchase to be rebated later.

## DEBTOR'S FRAUDULENT ACTIONS

Long before the creditor filed for bankruptcy protection they could have easily sent a replacement check, or a money order without a time-out provision. But the creditor failed to do so, instead engaging in unlawful "conversion" via fraudulent deceit.

2.

DEBTOR'S COUNSELS'
FRAUDULENT DECEIT

Upon creditor SENATOR reading in the
newspaper about the Circuit City intent to
seek bankruptcy and liquidation, he began
the search for their corporate address.

In creditor SENATOR's "OBJECTIONS TO THE
"PLAN" FOR CLAIM 13082" are included Letters to:
(a) Circuit City  ATTN: REBATES
        8-12-2008,  9-3-2008,  10-8-2008.
        [see in claim filing as attached]

(b)  LEGAL COUNSEL
     Circuit City Stores, Inc.
     9954 MAYLAND DRIVE
     Richmond, VA 23223
        1-17-2009,  5-11-2009
        [see in claim filing as attached]

Debtor and Debtor's legal counsel acted to
engage in fraudulent deceit, refusing to provide
bankruptcy filing information nor claim filing
information. [SENATOR had to search this out
from writing to federal bankruptcy court clerks,
who provided case info, and claim forms, But
by the time it all arrived, time lapsed for filing.]

3.

LATE CLAIM FILING
DUE TO
DEBTOR'S FRAUD
AND
DEBTOR'S COUNSELS' FRAUD


We have debtor and debtors counsel clearly engaging in FALSE REPRESENTATION or FRAUD (11 U.S.C. §523(a)(2)) resulting in Wilful and Malicious Injury (11 U.S.C. §523(a)(6)) in causing what appears to be a late claim filing.


EXCEPTED FROM DISCHARGE


Due to fraud on behalf of the above, the $150 secured debt owed SENATOR cannot be discharged (11 U.S.C. §523(a)(2)(A))


TREBLE DAMAGE AWARD


SENATOR should be awarded his $150 plus an additional $450 in treble damages. (COHEN v. de la Cruz (1998) 523 U.S. 213, ——, 118 S.Ct. 1212, 1216),

4.

Conclusion

Debtor's Sixtieth Omnibus Objection To Claims regarding creditor SENATOR's Claim 13082 for $150.00, must be DENIED

Creditor SENATOR's claim:
(a) Must be held as a secured claim
(b) Irrespective if secured or unsecured, it would have been filed timely if not for fraud by debtor
(c) Must be paid in full
(d) Should be eligible for additional "treble damages" award.

VERIFIED TRUE & CORRECT UNDER PENALTY OF PERJURY:
Nov 24, 2009          Bruce Senata
                      BRUCE SENATOR F-99302
                      CREDITOR

5.

ATTACHMENT

CREDITOR SENATOR'S

"PROOF OF CLAIM"

5-18-2009

ATTACHMENT

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: *Circuit City Stores, Inc.* | Case Number: *08-35653-KRH* |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): *Bruce Senator* | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: *Bruce Senator F-99302 California Men's Colony P.O. Box 8103 San Luis Obispo, Ca, 93403-8103* Telephone number: | Court Claim Number: _____ *(If known)* Filed on: _____ |
| Name and address where payment should be sent (if different from above): *Bruce Senator c/o Nancy Lee 10502 Lampson Ave. Garden Grove, Ca, 92840* Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:   $ *150.00* | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: *Rebate check for goods purchased, expired*
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: *5-18-2009* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Bruce Senator* *Bruce Senator* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



CIRCUIT CITY STORES
Check



⑈⑈O6O13878⑈⑈ ⑈:O919168731: 737934⑈⑈

Never cashed.
Just found them
recently

May 11, 2009                    Bruce Senator  F-99302
                               California Men's Colony
                               P.O. Box 8103
                               San Luis Obispo, CA  93403-8103


LEGAL COUNSEL
**- BANKRUPTCY ACTION**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233


RE:  REBATE CHECK From Back In The Year 2006
     Check #:         06013878
     Amount:          $150.00
     Other Info:      202223143 / 134647

Dear Counsel,

     As I had not heard a word from you I started writing letters to
the various federal bankruptcy courts.  Finally I was advised by the
court in Delaware that your action is filed in Richmond, VA.  I have
now written to that court seeking forms to file (1) A Creditor Claim,
and (2) A Bankruptcy Fraud Claim.

     You were STUPID to think I would let you slide by without
paying me the $150.00 you still owe me.

     Now, with the FRAUD action I will file, you will NOT be able to
get away with paying anything less than the full $150.

     As soon as the clerk of the court responds I will file my action for
the claim and the fraud.    STUPID!

                          Thank you,

                          Bruce Senator

                          Bruce Senator

January 17, 2009

Bruce Senator  F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA  93403-0183

**LEGAL COUNSEL**
Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA  23233

RE:  REBATE CHECK From Back In The Year 2006
     Check #:  06013878
     Amount:  $150.00
     Other Info:  202223143 / 134647

Dear Legal Counsel,

    Attached are copies of letters dated 10/8/2008, 9/3/2008, and 8/2/2008 along with a xerox of the $150 rebate check in question. The initial check was issued in 2006. I purchased an ACER laptop computer from one of your stores in the San Fernando Valley, possibly in the City of Burbank, in August 2006 or Sept 2006. Shortly afterwards I was arrested and in the end run went to state prison.

    The check was reissued to my friend's address in Garden Grove, Calif. as at that time I was in Orange County Jail. Unfortunately, my friend did not deposit the check and that is the status currently.

    The $150 rebate is due, and was due prior to your initial bankruptcy filing and recent decision to liquidate. I have tried to have it reissued but to no avail. Since your offices have not responded, this falls under the FRAUD statutes and thus bankruptcy would not cover you in this instance.

    I need to know if you have me listed as a CREDITOR in the bankruptcy filing. If yes, why have I not been served. It comes down to this, either serve me as a CREDITOR or pay me the $150. Otherwise, I will file a breach of contract/fraud civil suit in California.

                            Thank you,
                            Bruce Senator
                            Bruce Senator

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca. 93403-8103

10/8/2008

Circuit City
-Attn: Rebates

P.O. Bx 469

Coppell, T.X 75019

RE: Check #: 06013878
     Amt:    $150.00
     Order No: 20222314S / 034642

Ladies and Gentlemen,
     On 8-12-2008 I sent a letter to my friend
Nancy Lee to mail to you (copy attached) On
9-3-2008 I wrote inquiring as to if you reissued
the $150 rebate check (copy attached)
     Failure to reissue the check will result in
a civil suit; an unnecessary but costly civil suit.
Bankruptcy will not evade liability as the
issue of fraudulent evasion is not protected.
     Please reissue as requested to:
     Bruce Senator
c/o Nancy Lee
     10802 Lampson Ave.
     Garden Grove, Ca.
          92840-5004

Thank You
Bruce Senator

BRUCE SENATOR F-99302
California Men's Colony
P.O. Bx 8103
San Luis Obispo, CA 93403-8103

9-3-2008

CIRCUIT CITY
- ATTN: REBATES
P.O. Bx 469
Coppell, TX 75019

RE: CHECK #: 06013878
    AMOUNT : $150.00
    OTHER INFO: 202223143 / 034647

Ladies and Gentlemen,

Attached is a copy of a letter I mailed to my friend NANCY LEE which was to be forwarded to you for reissuance of the $150 check. (A copy of which is attached).

Have you reissued the check? It should be pretty easy to Void-Out, Stop, etc and reissue ... mailing directly to: NANCY LEE
                        10502 LAMPSON AVE.
                        GARDEN GROVE, CA.
                                92840

Thank You
Bruce Senato

Bruce Senator
C/o Navy Fed
10502 Lampson Ave
Garden Grove Ca 92840

8-13-2008

Grove City

Attn: Rebate Checks

P.O. Box 469

Coppell, TX 75019

Re: Check # 00013852
Amount: $150.00
Other Info: 202223143/03469

Ladies and Gentlemen,

The enclosed check for a $150 rebate was
misplaced, being issued 04/02/07.
It states "Void 90 days after issue."

Please reissue as follows:

Bruce Senator
C/o Navy Fed
10502 Lampson Ave
Garden Grove Ca 92840

Thank You

Bruce Senator

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Bruce Senator F-99302
California Men's Colony
P.O. Box 8103
San Luis Obispo, Ca. 93403-8103

TELEPHONE NO.:                    FAX NO. (Optional):

E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Bruce Senator In Pro Per

FOR COURT USE ONLY

United States Bankruptcy Court
STREET ADDRESS: 701 E. Broad St., Suite 4000
MAILING ADDRESS:
CITY AND ZIP CODE: Richmond, Va. 23219-1888
BRANCH NAME: Eastern District of Virginia

PLAINTIFF/PETITIONER: In Re Circuit City Stores, Inc

DEFENDANT/RESPONDENT:

DECLARATION

CASE NUMBER:
08-35653-KRH

Circuit City Stores, Inc filed its petition Nov. 10, 2008.
The attached letters go back prior to that time, and a copy of
the $150 [expired] rebate check goes back to 04/02/07 [2007].
    Circuit City has refused for _over_ two years now to reissue
the expired check. Circuit City has refused to list me as a
creditor, nor to even respond to my inquiries and demands.
//
    As their actions are an attempt to defraud, and as my
rebate came well over one-year prior to bankruptcy, their
_fraud_ means I must be paid all $150. Not a penny less.
    I had to track down the case by writing to multiple federal
bankruptcy courts.   I DEMAND PAYMENT IN FULL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 18, 2009

Bruce Senator
(TYPE OR PRINT NAME)

Bruce Senator
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Creditor

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

Page 1 of 3

www.accesslaw.com

:RIFICATION – 446, 2015.5 C.C.P.)

TE OF CALIFORNIA
JNTY OF SAN LUIS OBISPO

: the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis
po County. My current address is:

BRUCE SENATUR, CDCR No.: F 99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25(
San Luis Obispo, California 93403-8103

:RTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
:CUTED ON 5-18-09, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
PETITIONER (Signature)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

)OF OF SERVICE BY MAIL

\TE OF CALIFORNIA
JNTY OF SAN LUIS OBISPO

n not the party of the above entitled actions, am a citizen of the United States, over the age of eighteen years and a resident of San
s Obispo County. My current address is:

BRUCE SENATUR, CDCR No.: F-99302
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 23 Bed 25(
San Luis Obispo, California 93403-8103

_____May 19, 2009_____ I SERVED THE WITHIN Proof of Claim;
                                                                    DECLARATION;
THE PARTY :_____          ATTACHMENTS

SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
:EPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103,
)DRESS AS FOLLOWS:
U.S. Bankruptcy Court 701 E. Broad St. #4000 Richmond, Va. 23219

| Circuit City Claims Processing c/o Kurtzman Carson Consultants LLC |
| 2335 Alaska Ave, El Segundo, Ca. 90245 |
| Gregg M. Galardi, SKADDEN ARPS SLATE MEAGHER + Flom LLP |
| One Rodney Sq. P.O. Box 636 Wilmington, DE 19899 |

:ERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
:ECUTED ON 5-19-2009, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

_____
DECLARANT (Signature)

:V 902)

*Senate*

## VERIFICATION

I am a party of the above entitled action, or a next-friend petitioner, and over the age of eighteen years.  My current address of residence is:

Name: Bruce Senator          CDCR #: F99302
Facility: California Meny Colony
Address: P.O. Box 8103
         San Luis Obispo, Ca          Zip Code: 93403 - 8103

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT UPON KNOWLEDGE AND BELIEF:
EXECUTED ON  11-24  ,20 09 , AT  San Luis Obispo, Ca
            (date)                    (location)

Bruce Senator                   Bruce Senator
(print name)                    (signature)

*******************************************************************

## PROOF OF SERVICE BY MAIL

I [X]AM / [_]AM NOT a party of the above entitled action, and over the age of eighteen years.  My current address of residence is:

Name: Bruce Senator          CDCR #: F99302
Facility: California Meny Colony
Address: P.O. Box 8103
         San Luis Obispo, Ca          Zip Code 93403-8103

On  12-26  12-7-2009 , 20 09 I SERVED VIA U.S. MAIL THE FOLLOWING:
Opposition to Debtors' Sixtieth Omnibus Objection
Regarding Claim 13082

IN SAID ACTION BY PLACING A TRUE COPY/COPIES IN A SEALED ENVELOPE, WITH POSTAGE PREPAID, UPON THE FOLLOWING PARTIES, INTERESTED PARTIES, REAL PARTIES IN INTEREST:
Clerk of the Bankruptcy Court   United States Bankruptcy Court
701 E. Broad St. Rm 4000   Richmond, Va. 23219
Skadden, Arps, Slate, Meagher, & Flom LLP  One Rodney Sq. P.O. Box 636
Wilmington, DE 19899-0636 (Attn: Gregg Galardi & Ian Fredericks )
McGuireWoods LLP   One James Center 901 E. Cary St.
Richmond, Va 23219     (Attn: Dion Hayes & Douglas Foley )
Skadden, Arps, Slate, Meagher, & Flom LLP 155 N. Wacker Dr.
Chicago, Ill 60606    (Attn: Chris Dickerson )

## ** [ ] SEE FOLLOWING PAGE(S) FOR ADDITIONAL SERVICE **

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY:  12-26  , 20 09
                                                      12-7-2009
Bruce Senator
(SIGNATURE OF DECLARANT)

*Senator*

## VERIFICATION

I am a party of the above entitled action, or a next-friend petitioner, and over the age of eighteen years. My current address of residence is:

Name: *Bruce Senator*                    CDCR #: *F 99302*
Facility: *Calif Men's Colony*
Address: *P.O. Bx 8103*
*San Luis Obispo, Ca*                   Zip Code: *93403 - 8103*

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT UPON KNOWLEDGE AND BELIEF:
EXECUTED ON *2-10*        ,20*10*, AT *San Luis Obispo, Ca*
              (date)                              (location)

   *Bruce Senator*                          *Bruce Senator*
   (print name)                             (signature)

*************************************************************

## PROOF OF SERVICE BY MAIL

I [X]AM / [_]AM NOT a party of the above entitled action, and over the age of eighteen years. My current address of residence is:

Name: *Bruce Senator*                    CDCR #: *F 99302*
Facility: *Calif Men's Colony*
Address: *P.O. Bx 8103*
*San Luis Obispo, Ca*                   Zip Code *93403 - 8103*

On *Feb. 12*          , 20*10* I SERVED VIA U.S. MAIL THE FOLLOWING:
*Request To Reconsider The January The January 23 2010 Order*
*On Debtor's Sixtieth Omnibus Objection To Claims*

IN SAID ACTION BY PLACING A TRUE COPY/COPIES IN A SEALED ENVELOPE, WITH POSTAGE PREPAID, UPON THE FOLLOWING PARTIES, INTERESTED PARTIES, REAL PARTIES IN INTEREST:

① *Hon. Kevin Huennekens   United States Bankruptcy Court Eastern Dist of Virginia*
   *701 E Broad St. Rm. 5000    Richmond, Va 23219*
② *Circuit City Stores, Inc. P.O. Box 5695  Glen Allen, Va. 23058-5695  (Attn: Michelle Mosier)*
③ *Skadden Arps Slate Meagher & Flom LLP    One Rodney Square   P.O. Box 636*
   *Wilmington, De 19899-636 (Attn: Greg Galardi and Ian Fredericks)*
④ *Skadden Arps Slate Meagher & Flom LLP  155 N. Wacker Dr., Chicago, Il 60606*
   *(Attn: Chris Dickerson and Jessica Kumar)*
⑤ *McGuire Woods LLP  One James Center  901 E Cary St., Richmond, Va 23219*
   *(Attn: Douglas Foley and Sarah Boehm)*
⑥ *Pachulski, Stang Ziehl & Jones LLP  10100 Santa Monica Bl., 11th Fl., Los Angeles, Ca 90067*
   *(Attn: Jeffrey Pomerantz and Stanley Golden)*
⑦ *Pachulski, Stang Ziehl & Jones LLP  780 Third Ave, 36th Fl, New York, NY 10017*
   *(Attn: Robert Feinstein)*

## ** [_] SEE FOLLOWING PAGE(S) FOR ADDITIONAL SERVICE **

VERIFIED TRUE AND CORRECT UNDER PENALTY OF PERJURY: *Feb. 12*        , 20*10*

              *Bruce Senator*
              (SIGNATURE OF DECLARANT)

FILING DATE

IS DATE PROVIDED TO
CUSTODIAL AUTHORITY
FOR MAILING

| CALIFORNIA | U.S. [FEDERAL] |
| "PRISON-DELIVERY RULE" | "PRISON MAILBOX RULE" |
| | |
| MOORE v. TWOMEY (2004) | HOUSTON v. LACK (1988) |
| 120 Cal.App.4th 910 | 487 U.S. 266, 274 |

DATE PROVIDED TO
CUSTODIAL AUTHORITY:

FEB. 12, 2010