**Hearing Date: March 25, 2010, at 2:30 p.m.**
**Response Deadline: March 18, 2010, at 4:00 p.m.**

| | |
|---|---|
| WheGregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING
ON (I) DEBTORS' MOTION FOR AND MEMORANDUM OF LAW IN
SUPPORT OF SUMMARY JUDGMENT ON NINETEENTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS
TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) WITH RESPECT TO
THE CLASS CLAIM FILED BY JACK HERNANDEZ; AND (II) DEBTORS'
SUPPLEMENT TO THE NINETEENTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL
UNSECURED, NON-PRIORITY CLAIMS) WITH RESPECT TO THE CLASS
CLAIM FILED BY JACK HERNANDEZ**

**PLEASE TAKE NOTICE** that on February 25, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the following:

Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (the "Motion"); and

Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (the "Supplement," and collectively with the Motion, the "Filings").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Filings is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order") no later than seven (7) calendar days before the scheduled hearing date, the Court may deem any opposition waived, treat the Filings as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Filings, or if you want the Court to consider your views on the Filings, then you or you attorney must:

[X] File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before March 18, 2010 at 4:00 p.m.**

Clerk of Court

                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]    Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]    Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 2:30 p.m. (Eastern Time) on March 25, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Filings**.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Filings and may enter an order granting the relief requested.

Dated: February 25, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                                             Gregg M. Galardi, Esq.
                                             Ian S. Fredericks, Esq.
                                             P.O. Box 636
                                             Wilmington, Delaware 19899-0636
                                             (302) 651-3000

                                                          - and -

                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                             FLOM, LLP
                                             Chris L. Dickerson, Esq.
                                             155 North Wacker Drive
                                             Chicago, Illinois 60606
                                             (312) 407-0700

                                                          - and -

                                             MCGUIREWOODS LLP

                                             /s/ Douglas M. Foley        .
                                             Dion W. Hayes (VSB No. 34304)
                                             Douglas M. Foley (VSB No. 34364)
                                             One James Center
                                             901 E. Cary Street
                                             Richmond, Virginia 23219
                                             (804) 775-1000

                                             Counsel for Debtors and Debtors
                                             in Possession