Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

    - and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
CIRCUIT CITY STORES, INC., : Case No. 08-35653 (KRH)
et al., :
:
                Debtors. : Jointly Administered
- - - - - - - - - - - - - - - - x

**DECLARATION OF DEBORAH E. MILLER IN SUPPORT OF DEBTORS' MOTION FOR AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT ON NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS) WITH RESPECT TO THE CLAIM OF JACK HERNANDEZ**

       I, Deborah E. Miller, declare as follows:

       1.   I serve as Acting General Counsel for the Debtors and have held such position since July, 2009. I

submit this declaration on behalf of the Debtors in support of the Debtors' Motion For And Memorandum Of Law In Support Of Summary Judgment On Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) With Respect To The Claim Of Jack Hernandez. I have personal knowledge of the matters set forth herein, with appropriate reliance on the Debtors' officers and representatives.

    2.   Jack Hernandez ("Hernandez") was employed by Circuit City Stores West Coast, Inc. from January 3, 2007 to October 23, 2007.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:   February 25, 2010
          Richmond, Virginia

*Deborah E. Miller*
Deborah E. Miller