| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**DECLARATION OF DEBORAH E. MILLER IN SUPPORT OF DEBTORS' MOTION FOR AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT ON THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS) WITH RESPECT TO THE CLAIM OF JONATHAN CARD**

I, Deborah E. Miller, declare as follows:

1. I serve as Acting General Counsel for the Debtors and have held such position since July, 2009. I submit this declaration on behalf of the Debtors in

support of the Debtors' Motion For And Memorandum Of Law In Support Of Summary Judgment On Thirty-First Omnibus Objection To Claims (Disallowance Of Certain Legal Claims) With Respect To The Claim Of Jonathan Card. I have personal knowledge of the matters set forth herein, with appropriate reliance on the Debtors' officers and representatives.

2. Jonathan Card ("Card") was employed by Circuit City Stores West Coast, Inc. from November 10, 2005 to April 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 25, 2010
Richmond, Virginia

*Deborah E. Miller*
Deborah E. Miller

2

800464-Chicago Server 2A - MSW