```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' SEVENTH
OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS**

THIS MATTER having come before the Court on the Debtors' Seventh Omnibus Objection to Certain Late Claims (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further

appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 4169) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
    Feb 21 2010           , 2010

        /s/ Kevin R. Huennekens
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE
        Entered on Docket: Feb 22 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10701486

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA | 10320 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $96,709.82<br>Reclamation:<br>Total: $96,709.82 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOGER, MICHAEL THOMAS<br>22 CARTERET RD<br>HOPATCONG, NJ 07843 | 10111 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $15,000.00<br>Reclamation:<br>Total: $15,000.00 | 01/31/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455 | 10848 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $9,631.25<br>Reclamation:<br>Total: $9,631.25 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CATES, DAVID LEE<br>1075 CHALCEDONY ST NO G<br>SAN DIEGO, CA 92109 | 10621 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,942.50<br>Reclamation:<br>Total: $1,942.50 | 02/04/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CHIANG, SIE LING<br>13503 POINT PLEASANT DR<br>CHANTILLY, VA 20151 | 10615 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 02/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventh Omnibus Objection to Claims
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DAVES, CHERYL<br>8601 E OLD SPANISH TRL 320<br>TUCSON, AZ 85710 | 10474 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $605.35<br>Reclamation:<br>Total: $605.35 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FRAUENGLASS, MARIAN B<br>105 BRIAN DR<br>WARNER ROBINS, GA 31088 | 10640 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $150.00<br>Reclamation:<br>Total: $150.00 | 02/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARTHUN, AUSTIN JAMES<br>19032 TAYLOR AVE<br>MORGAN HILL, CA 95037 | 10290 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $639.12<br>Reclamation:<br>Total: $639.12 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLBROOK, TY<br>5915 CROCKETT<br>LUMBERTON, TX 77657-0000 | 10588 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $15,000.00<br>Reclamation:<br>Total: $15,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOFFE, JAKOB<br>10708 CHIPEWYAM DR<br>RICHMOND, VA 23238 | 10306 | Secured:<br>Priority: $20,413.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $20,413.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al
Case No. 08-35653-KRH

Debtors' Seventh Omnibus Objection to Claims
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JONES III, LOUIS C<br>17 SPRING HARBOR<br>ALISO VIEJO, CA 92656 | 10648 | Secured:<br>Priority: $15,000.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $15,000.00 | 02/04/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| KIM ES FLOWERS INC<br>350 E BROAD ST<br>GROVELAND, FL 34736 | 10390 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $64.20<br>Reclamation:<br>Total: $64.20 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCCABE, MICHAEL<br>PO BOX B<br>VILLA GRANDE, CA 95486 | 10546 | Secured:<br>Priority: $473.25<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $473.25 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SALOVAARA, MIKAEL<br>170 DRYDEN RD<br>BERNARDSVILLE, NJ 07924 | 10575 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHURZ, RICHARD L<br>12117 JAMIESON PL<br>GLEN ALLEN, VA 23059 | 10307 | Secured:<br>Priority: $604.75<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $604.75 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SLIPOW, JONAH M & BERNIE W SLIPOW JTWROS<br>JONAH M & BERNIE SLIPOW<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000 | 10780 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TURNAGE, ELTON J<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000 | 10718 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,574.54<br><br>$1,574.54 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WXCW TV<br>SUN BROADCASTING<br>2824 PALM BEACH BLVD<br>FORT MYERS, FL 33916 | 10363 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$7,658.50<br><br>$7,658.50 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    18             $190,466.28

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                    Date Rcvd: Feb 23, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 25, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2010**                          **Signature:**   _Joseph Speetjens_