| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

    - - - - - - - - - - - - - - - -x
    In re:                          :   Chapter 11
                                    :
    CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
    et al.,                         :
                                    :
                   Debtors.         :   Jointly Administered
    - - - - - - - - - - - - - - - -x
```

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS' EIGHTH OMNIBUS
OBJECTION TO CERTAIN LATE CLAIMS**

THIS MATTER having come before the Court on the Debtors' Eighth Omnibus Objection to Certain Late Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further

appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4169) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Feb 21 2010        , 2010

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:    Feb 22 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10701500

Case 08-35653-KRH    Doc 6648    Filed 02/25/10    Entered 02/26/10 00:52:59    Desc
Imaged Certificate of Service    Page 5 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEXANDER, MICHAEL<br>3313 KENSINGTON AVE<br>RICHMOND, VA 23221 | 11075 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$10,950.00<br><br>$29,050.00<br><br>$40,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BENDER, CRAIG P<br>457 EAST WATER ST<br>HUGHESVILLE, PA 17737 | 11429 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$15,000.00<br><br><br><br>$15,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEVERLY, CORNELLA D<br>4912 LOVELLS RD<br>RICHMOND, VA 23224 | 11073 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,372.00<br><br><br><br><br>$1,372.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLANCHETTE, MARSHA L<br>750 SIX FLAGS RD L553<br>AUSTELL GGA, 30168 | 11351 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$1,984.11<br><br><br><br>$1,984.11 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOYER, CONNIE Y<br>11909 RUTGERS DR<br>RICHMOND, VA 23233 | 11424 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$5,107.00<br><br><br><br>$5,107.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6648    Filed 02/25/10    Entered 02/26/10 00:52:59    Desc
Imaged Certificate of Service    Page 6 of 11

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth  
Supplemental Order On Late Claims - Withdrawn

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DALY, RICHARD<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344 | 11376 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$5,007.50<br><br>$5,007.50 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | 11197 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $11,399.48<br><br><br><br><br><br>$11,399.48 | 02/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | 11312 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$4,021.51<br><br>$4,021.51 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GETTYSBURG TIMES<br>1570 FAIRFIELD RD<br>PO BOX 3669<br>GETTYSBURG, PA 17325 | 11490 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$669.52<br><br>$669.52 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HILTON, NATALIA<br>3525 WHEAT DR<br>BEAUMONT, TX 77706-0000 | 11036 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$33,470.76<br><br><br><br><br>$33,470.76 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6648    Filed 02/25/10    Entered 02/26/10 00:52:59    Desc
Imaged Certificate of Service    Page 7 of 11

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth  
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HILTON, NATALIA<br>3525 WHEAT DR<br>BEAUMONT, TX 77706-0000 | 11035 | Secured:<br>Priority: $10,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $10,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLBROOK, TY<br>5915 CROCKETT<br>LUMBERTON, TX 77657-0000 | 11057 | Secured:<br>Priority: $5,000.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $5,000.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>JULIA M GIVEN<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | 11181 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $6,320.00<br>Reclamation:<br>Total: $6,320.00 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | 11501 | Secured: $550.00<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $550.00 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | 11500 | Secured: $100.00<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $100.00 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 6648    Filed 02/25/10    Entered 02/26/10 00:52:59    Desc
Imaged Certificate of Service    Page 8 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth
Supplemental Order On Late Claims - Withdrawn

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KPLR TELEVISION<br>C O SZABO ASSOCIATES INC<br>3355 LENOX RD NE 9TH FL<br>ATLANTA, GA 30326-0000 | 11218 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $7,029.50<br>Reclamation:<br>Total:  $7,029.50 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OLSON, ERVIN C<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059 | 11389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $1,584.00<br>Reclamation:<br>Total:  $1,584.00 | 02/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHILLIPS, TAYLOR B<br>211 MAYMONT WAY<br>MANAKIN SABOT, VA 23103 | 11098 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $38,080.00<br>Reclamation:<br>Total:  $38,080.00 | 03/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUNTOAPARTE COMMUNICATIONS INC<br>PO BOX 9066636<br>SAN JUAN, PR 00906-6636 | 11417 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $162,566.36<br>Reclamation:<br>Total:  $162,566.36 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RALEIGH, JOHN P<br>3621 MEADOW POND COURT<br>GLEN ALLEN, VA 23060 | 11391 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:  $138,527.92<br>Reclamation:<br>Total:  $138,527.92 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCARNATI, MISS GLORIA E<br>3567 MOUNTAIN VIEW DR NO 119<br>PITTSBURGH, PA 15122-2447 | 11481 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,439.09<br><br>$1,439.09 | 02/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNAGAJOB COM<br>4880 COX RD STE 200<br>GLEN ALLEN, VA 23060-0000 | 11034 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$10,500.00<br><br>$10,500.00 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THORSON, ALEX<br>8829 JUANITA DR NE<br>KIRKLAND, WA 98034 | 11011 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$317.19<br><br><br><br><br>$317.19 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VERTIS INC<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J CRUCIANI ESQ<br>4801 MAIN ST STE 1000<br>KANSAS CITY, MO 64112-0000 | 10903 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$47,363.50<br><br>$47,363.50 | 02/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WEEKS, NICKS<br>4512 STATEN ISLAND COURT<br>PLANO, TX 75024-0000 | 10916 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$55.66<br><br>$55.66 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Eighth Omnibus Objection to Claims Fourth  
Supplemental Order On Late Claims - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WINK TV<br>2824 PALM BEACH BLVD<br>FT MEYERS, FL 33916-0000 | 10940 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $14,726.25<br>Reclamation:<br>Total: $14,726.25 | 02/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 26    $562,191.35

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Feb 23, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Feb 25, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2010**                          **Signature:** *Joseph Speetjens*