| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

       - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - -x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
               Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - -x
```

### THIRD SUPPLEMENTAL ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION TO (I) CERTAIN LATE CLAIMS AND (II) LATE 503(b)(9) CLAIMS

THIS MATTER having come before the Court on the Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 4171) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly

reserved.

    3.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

    4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Feb 21 2010    , 2010

                /s/ Kevin R. Huennekens
                HONORABLE KEVIN R. HUENNEKENS
                UNITED STATES BANKRUPTCY JUDGE

                Entered on Docket: Feb 23 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10701706

4

Case 08-35653-KRH    Doc 6650    Filed 02/25/10    Entered 02/26/10 00:52:59    Desc
In re: Circuit City Stores, Inc, et al. Imaged Certificate of Service    Page 5 of 10
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims
Third Supplemental Order On (Late Claims To Be
Disallowed) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277 | 11677 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$105.00<br><br>$105.00 | 03/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BORGER, SHERYL A<br>31654 LYNNE DR<br>ROCKWOOD, MI 48173 | 11633 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,019.96<br><br>$1,019.96 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROWN HOPE, SHARON<br>2961 SANDY LN SE<br>SMYRNA, GA 30082 | 11580 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $59.59<br><br><br><br><br><br>$59.59 | 03/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHUAN FA LIU & CHANG RAO<br>15 KINGS WAY NO 33<br>WALTHAM, MA 02451 | 12952 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,000.00<br><br>$1,000.00 | 05/11/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMPASS GROUP USA INC<br>ATTN LYNNE FORESMAN<br>2400 YORKMOUNT RD<br>CHARLOTTE, NC 28217 | 12877 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$120,000.71<br><br>$120,000.71 | 05/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims  
Third Supplemental Order On (Late Claims To Be Disallowed) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DEANNA L & GALEN HECKMAN JT TEN<br>ATTN DEANNA HARDING<br>7201 HUGHES RD<br>SANDSTON, VA 23150 | 11631 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIACONE, KENNETH<br>502 PALM CT<br>CRYSTAL LAKE, IL 60014 | 11616 | Secured:<br>Priority: $220.00<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $220.00 | 02/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KARPINSKI, MICHAEL<br>263 BODEGA DR<br>ROMEOVILLE, IL 60446 | 12281 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $1,415.27<br>Reclamation:<br>Total: $1,415.27 | 04/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KISHA T BUCHANAN<br>523 JOE B JACKSON PKWY<br>MURFREESBORO, TN 37127 | 11672 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $139.75<br>Reclamation:<br>Total: $139.75 | 03/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KNIGHTEN, JERRY L<br>226 BARRINGTON DR APT 226<br>BOSSIER CITY, LA 71112 | 12211 | Secured: $121.90<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $121.90 | 04/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MARIN MUNICIPAL WATER<br>220 NELLEN AVE<br>CORTE MADERA, CA 94925 | 12207 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $28.02<br>Reclamation:<br>Total: $28.02 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARIN MUNICIPAL WATER DISTRICT<br>P O BOX 994<br>CORTE MADERA, CA 94976-0994 | 12183 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,140.55<br>Reclamation:<br>Total: $1,140.55 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARY ANNE HUDSPETH<br>PO BOX 11684<br>RENO, NV 89510 | 11979 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $266.00<br>Reclamation:<br>Total: $266.00 | 04/02/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MARY H STIENEMANN<br>1037 MAIDEN CHOICE LN NO B<br>BALTIMORE, MD 21229-5339 | 12868 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $100.00<br>Reclamation:<br>Total: $100.00 | 05/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARY RIORDAN<br>3216 BLACKHAWK MEADOW DR<br>DANVILLE, CA 94506 | 11656 | Secured:<br>Priority: $40.00<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $40.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Ninth Omnibus Objection to Claims  
Third Supplemental Order On (Late Claims To Be Disallowed) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NORTON, ALICE H<br>5308 ANTELOPE LN<br>STONE MOUNTAIN, GA 30087 | 11600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $20,000.00<br>Reclamation:<br>Total: $20,000.00 | 02/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| OG&E ELECTRIC SERVICES<br>ATTN ABBEY CAMPBELL MC M223<br>PO BOX 321<br>OKLAHOMA CITY, OK 73101-0321 | 11674 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $9,862.44<br>Reclamation:<br>Total: $9,862.44 | 03/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHARD STEVENS<br>221 W 82ND ST APT NO 4F<br>NEW YORK, NY 10024 | 11988 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $260.09<br>Reclamation:<br>Total: $260.09 | 03/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCANNELL, LAURA<br>6055 KNIGHTS RIDGE WAY<br>ALEXANDRIA, VA 22310 | 11719 | Secured:<br>Priority: $2,029.73<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $2,029.73 | 03/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TEC COM SERVICES INC DBA<br>MICRO TECH<br>C O THOMAS L SCHULMAN<br>ATTORNEY AT LAW<br>600 W SANTA ANA BLVD STE 955<br>SANTA ANA, CA 92701-4509 | 11645 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $9,940.00<br>Reclamation:<br>Total: $9,940.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WPBF TELEVISION NO 6663<br>C O SZABO ASSOCIATES INC<br>3355 LENOX RD NE 9TH FL<br>ATLANTA, GA 30326 | 12016 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $2,210.00<br>Reclamation:<br>Total: $2,210.00 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    21           $169,959.01

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Feb 23, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Feb 25, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2010**                         **Signature:**   _Joseph Speetjens_