**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: § § | Case No. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC.** *et al.*, § § | (Chapter 11) |
| Debtors. § § | (Jointly Administered) |

ORDER GRANTING MOTION OF RYAN, INC. F/K/A
RYAN & COMPANY, INC. FOR PERMISSION TO ATTEND AND
PARTICIPATE TELEPHONICALLY AT MARCH 8, 2010 OMNIBUS HEARING

THIS MATTER came on before the Court upon the *Motion To Attend and Participate Telephonically at March 8, 2010 Omnibus Hearing* (the "Motion") filed by Ryan, Inc. f/k/a Ryan & Company, Inc. ("Ryan"), a creditor and party in interest herein, seeking an Order granting Ryan's lead and local counsel permission to attend and participate telephonically at the March 8, 2010 omnibus hearing (the "March 8 Omnibus Hearing") scheduled in this case with respect to (i) confirmation of the Debtors' *First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors* (the "Plan") and Ryan's *Objection* thereto (the "Ryan Plan Objection") (Docket Entry No. 5647), (ii) Ryan's *Motion to Compel Debtor Circuit City Stores, Inc. to Assume Executory Contract* ("Motion to Compel") (Docket Entry No. 5648), and (iii) Debtors' *Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts* (the "Motion to Reject") (Docket Entry No. 6416) and Ryan's *Response* thereto (Docket Entry No. 6506); and it

APPEARING TO THE COURT that good cause exists for the relief requested in the Motion; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED in part; and that lead counsel

| | |
|---|---|
| Bruce W. Akerly, Esq. Texas Bar No. 00953200<br>BELL NUNNALLY & MARTIN LLP<br>1400 One McKinney Plaza<br>3232 McKinney Avenue<br>Dallas, Texas 75204-2429<br>(214) 740-1430 Telephone<br>(214) 740-1421 Facsimile<br>brucea@bellunnually.com<br>Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc. | Robert M. Marino, Esq. VSB #26076<br>Redmon Peyton & Braswell, LLP<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br>(703) 684-2000 Telephone<br>(703) 684-5109 Facsimile<br>rmmarino@rpb-law.com<br>Local Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc. |

for Ryan be, and they hereby are, permitted to appear and be heard by telephone at the March 8 Omnibus Hearing with respect to the *Ryan Plan Objection*, the *Motion to Compel* and the *Motion to Reject*.

Dated:

      /s/ Kevin R. Huennekens
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Local Counsel for Ryan, Inc. f/k/a Ryan & Company, Inc.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing proposed Order was served electronically through the ECF System on February 12, 2010, upon all persons, entities and parties-in-interest who have entered their appearance and requested to receive notice in this case, and by email upon Daniel F. Blanks, Esq., McGuireWoods, LLP, dblanks@mcguirewoods.com.

      /s/ Robert M. Marino
Robert M. Marino