Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

          - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
               Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x

       **SUPPLEMENTAL ORDER ON DEBTORS' SIXTH OMNIBUS OBJECTION TO
        CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

       THIS MATTER having come before the Court on the Debtors'

Sixth Omnibus Objection to Certain Misclassified Non-Goods

503(b)(9) Claims (the "Objection"), and it appearing that due

and proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1

and was good and sufficient and that no other further notice or

service of the Objection need be given; and the Court having

entered the Order on Debtors' Sixth Omnibus Objection to Certain

Misclassified Non-Goods 503(b)(9) Claims on July 8, 2009 (Docket

No. 4012) (the "Initial Order"); and it appearing that certain

claimants filed responses to the Objection (the "Responses") as

set forth on Exhibit B; and it appearing that the Responses have

been withdrawn; and it appearing that the relief requested in

the Objection is in the best interest of the Debtors, their

estates and creditors and other parties-in-interest; and after

due deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    Notwithstanding the Initial Order, the Objection is

withdrawn without prejudice as to the claims identified on

Exhibit A (as attached hereto and incorporated herein).

2.    Notwithstanding the Initial Order, the claims

identified on Exhibit B (as attached hereto and incorporated

herein) are reclassified as set forth on Exhibit B.

3.    The responses filed by the claimants identified on

Exhibit A are deemed resolved.

4.    The Debtors' rights to object to any claims, including

the claims on Exhibit A and Exhibit B, on any grounds that the

applicable law permits are not waived and are expressly

reserved.

5.    To the extent that this Order conflicts with the

Initial Order, this Order shall control.

6.    The Debtors shall serve a copy of this Order on the

claimants included on Exhibit A and Exhibit B to this Order on

or before seven (7) business days from the entry of this Order.

7.    This Court shall retain jurisdiction with respect to

all matters arising from or related to this Order.

Dated: Richmond, Virginia
        Feb 24 2010        , 2010

                            /s/ Kevin Huennekens

                            Honorable Kevin R. Huennekens
                            United States Bankruptcy Judge


                            Entered on docket:  Feb 26 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

           - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed by
or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley

4

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Sixth Omnibus Objection to Claims Supplemental Order -
(Non-Goods 503(B)(9) Claims) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EZ SPREAD N LIFT INDUSTRIES 1815 BUCK RD FEASTERVILLE, PA 19053 | 161 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,700.00 $2,700.00 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     **1**                         **$2,700.00**

\*      "UNL" denotes an unliquidated claim.

**In re Circuit City Stores, Inc, et al.**

**Case No. 08-35653 (KRH)**

**Debtors' Sixth Omnibus Objection to Claims Supplemental**

**Order - (Non-Goods 503(B)(9) Claims) - Ordered**

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| | | |
| Claim: 1101<br>Date Filed:   12/15/2008<br>Docketed Total:     $5,131.30<br>Filing Creditor Name and Address:<br>  TOUCHPOINT RETAIL DESIGN<br>  INC<br>  118 E 26TH ST STE 300<br>  MINNEAPOLIS, MN 55404 | Claim Holder Name and Address          Case Number:          08-35653<br><br>  TOUCHPOINT RETAIL DESIGN INC          Docketed Total:          **$5,131.30**<br>  118 E 26TH ST STE 300<br>  MINNEAPOLIS, MN 55404<br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>$5,131.30 | Case Number:          08-35653<br><br>Modified Total:          **$5,131.30**<br><br><br>503(b)(9)     Reclamation     Admin     Secured     Priority     Unsecured<br>$5,131.30 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**     **$5,131.30**

**Total Amount As Modified:**     **$5,131.30**

*      "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Feb 26, 2010
Case: 08-35653                Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Feb 28, 2010.
aty           +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2010**                     **Signature:**   _Joseph Speetjens_