**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC.** *et al.*, § | **(Chapter 11)** |
| § | **(Jointly Administered)** |
| Debtors. § | |

ORDER GRANTING MOTION OF RYAN, INC. F/K/A
RYAN & COMPANY, INC. FOR PERMISSION TO ATTEND AND
PARTICIPATE TELEPHONICALLY AT MARCH 8, 2010 OMNIBUS HEARING

THIS MATTER came on before the Court upon the *Motion To Attend and Participate Telephonically at March 8, 2010 Omnibus Hearing* (the "Motion") filed by Ryan, Inc. f/k/a Ryan & Company, Inc. ("Ryan"), a creditor and party in interest herein, seeking an Order granting Ryan's lead and local counsel permission to attend and participate telephonically at the March 8, 2010 omnibus hearing (the "March 8 Omnibus Hearing") scheduled in this case with respect to (i) confirmation of the Debtors' *First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors* (the "Plan") and Ryan's *Objection* thereto (the "Ryan Plan Objection") (Docket Entry No. 5647), (ii) Ryan's *Motion to Compel Debtor Circuit City Stores, Inc. to Assume Executory Contract* ("Motion to Compel") (Docket Entry No. 5648), and (iii) Debtors' *Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts* (the "Motion to Reject") (Docket Entry No. 6416) and Ryan's *Response* thereto (Docket Entry No. 6506); and it

APPEARING TO THE COURT that good cause exists for the relief requested in the Motion; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED in part; and that lead counsel

| | |
|---|---|
| Bruce W. Akerly, Esq. Texas Bar No. 00953200 | Robert M. Marino, Esq. VSB #26076 |
| BELL NUNNALLY & MARTIN LLP | Redmon Peyton & Braswell, LLP |
| 1400 One McKinney Plaza | 510 King Street, Suite 301 |
| 3232 McKinney Avenue | Alexandria, VA 22314 |
| Dallas, Texas 75204-2429 | (703) 684-2000 Telephone |
| (214) 740-1430 Telephone | (703) 684-5109 Facsimile |
| (214) 740-1421 Facsimile | rmmarino@rpb-law.com |
| brucea@bellnunnally.com | Local Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc. |
| Attorneys for Ryan, Inc. f/k/a Ryan & Company, Inc. | |

for Ryan be, and they hereby are, permitted to appear and be heard by telephone at the March 8 Omnibus Hearing with respect to the *Ryan Plan Objection*, the *Motion to Compel* and the *Motion to Reject*.

Dated: Feb 25 2010

                                       /s/ Kevin R. Huennekens
                                       Honorable Kevin R. Huennekens
                                       United States Bankruptcy Judge

I ask for this:

Entered on docket: Feb 26 2010

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Local Counsel for Ryan, Inc. f/k/a Ryan & Company, Inc.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing proposed Order was served electronically through the ECF System on February 12, 2010, upon all persons, entities and parties-in-interest who have entered their appearance and requested to receive notice in this case, and by email upon Daniel F. Blanks, Esq., McGuireWoods, LLP, dblanks@mcguirewoods.com.

                                       /s/ Robert M. Marino
                                       Robert M. Marino

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Feb 26, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 28, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2010**                    **Signature:**    _Joseph Speetjens_