Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) (the "Objection"), and it appearing that due and proper notice and service of the Objection was given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that this Court entered an Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Docket No. 4807) (the "Initial Order"); and it further appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection to the claims identified on Exhibit A as attached hereto and incorporated herein is withdrawn; provided, however, that the Debtors' rights and abilities to object to the claim identified on Exhibit A on any grounds and bases are hereby preserved in their entirety.

2.   The Debtors' rights to object to any claim, including (without limitation) the claims on Exhibit A on any grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on Exhibit A to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                             /s/ Douglas M. Foley_____
                                             Douglas M. Foley

\10158371

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims
Supplemental Order - (Reduction Of Certain Personal
Property Tax Claims) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUIS J CISZ ESQ AND GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CENTER 18TH FL<br>SAN FRANCISCO, CA 94111 | 11811 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>UNL<br><br><br><br>UNL | 03/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| CALIFORNIA SELF INSURERS SECURITY FUND<br>LOUISE J CISZ ESQ GINA FORNARIO ESQ<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CTR 18TH FL<br>SAN FRANCISCO, CA 94111 | 11721 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL<br><br><br><br>UNL | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CATAWBA COUNTY<br>TAX COLLECTOR<br>NEWTON, NC 28658 | 7638 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$6,446.18<br><br><br><br>$6,446.18 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JACKSON COUNTY<br>PO BOX 1569<br>DEPT OF TAXATION<br>MEDFORD, OR 97501 | 3688 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,712.33<br><br><br><br><br>$4,712.33 | 01/13/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SHASTA COUNTY TAX COLLECTOR<br>PO BOX 99 1830<br>REDDING, CA 96099-1830 | 13381 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$5,160.82<br><br><br>$5,160.82 | 06/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total: 5   $16,319.33

\*   "UNL" denotes an unliquidated claim.