Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :    Jointly Administered
             Debtors.         :
                              :
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363 AUTHORIZING DEBTORS TO RETAIN AND EMPLOY ALFRED H. SIEGEL OF CROWE HORWATH LLP AS CHIEF RESTRUCTURING OFFICER TO THE DEBTORS**

The debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors")[1]

---

[1]  The Debtors are the following entities: The Debtors and the last
four digits of their respective taxpayer identification numbers
*(cont'd)*

seek entry of an order, under sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtors to retain and employ Alfred H. Siegel ("Mr. Siegel") of Crowe Horwath LLP ("Crowe") as chief restructuring officer ("CRO") to the Debtors (the "Motion").  In support of the Motion, the Debtors rely upon the Affidavit of Mr. Siegel dated February 24, 2010 (the "Siegel Affidavit"), a copy of which is attached hereto as <u>Exhibit B</u> and incorporated herein by reference.  In further support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

---

*(cont'd from previous page)*
    are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen, VA 23060.

these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 363.

**BACKGROUND**

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement")
between the Debtors and a joint venture, as agent (the
"Agent").  On January 17, 2009, the Agent commenced
going-out-of-business sales pursuant to the Agency
Agreement at the Debtors' remaining stores.  The going-
out-of-business sales were concluded on or about March
8, 2009.

7.    On September 29, 2009, the Debtors and
the Creditors Committee filed the First Amended Joint
Plan of Liquidation of Circuit City Stores, Inc. and its
Affiliated Debtors and Debtors In Possession and its
Official Committee of Creditors Holding General
Unsecured Claims (the "Plan").  The associated
disclosure statement (the "Disclosure Statement") was
approved on September 24, 2009.  Confirmation of the
Plan is currently scheduled for April 6, 2010.

8.    Generally, the Plan provides for the
liquidation of the Debtors under chapter 11 of the
Bankruptcy Code.

**RELIEF REQUESTED**

9.    By this Motion, the Debtors seek entry of
an order, under Bankruptcy Code sections 105(a) and 363,

4

authorizing the employment and retention of Mr. Siegel
of Crowe as their CRO in these chapter 11 cases and, to
the extent Mr. Siegel deems appropriate, the employment
of additional Crowe professionals.

### MR. SIEGEL'S QUALIFICATIONS

10.    The Debtors are continuing to wind down
their affairs and hope to secure confirmation of the
Plan in the near future.  The Debtors' CEO has resigned
and the Controller and Chief Accounting Officer has
advised that Debtors that she will do so by no later
than the hearing on this Motion; consequently the
Debtors' require a CRO to administer their estates up to
the effective date of the Plan (the "Effective Date").
Moreover, upon the Effective Date, many of the Debtors'
current management professionals, including those with
the greatest knowledge and primary responsibility for
management of the Debtors' chapter 11 cases, will no
longer be involved in these cases.  The Debtors will be
dissolved and replaced by the Liquidating Trust (as
defined in the Plan) to be administered, in consultation
with the Liquidating Trust Oversight Committee (as
defined in the Plan), by the Liquidating Trustee.

Pursuant to the Plan, Mr. Siegel is the proposed
Liquidating Trustee.

11.   Based on this progression of events, it
is important that Mr. Siegel be retained and employed as
CRO so that he can (i) administer the Debtors' estates
now that the CEO has resigned and Controller and Chief
Accounting Officer has given notice of her plans to do
so, and (ii) familiarize himself with the Debtors'
chapter 11 cases including (without limitation) the
Debtors' assets and liabilities, additional sources of
recovery of assets, and the claims objection and
adversary proceedings filed or to be filed by or against
the Debtors.   As CRO, Mr. Siegel will begin the Debtors'
transition to post-confirmation liquidation and will be
able to take the steps necessary and appropriate for the
efficient administration of the Liquidating Trust.

12.   Mr. Siegel has a wealth of experience in
providing management and oversight services similar to
those required here.   He enjoys an excellent reputation
for services rendered in large and complex chapter 7 and
11 case on behalf of debtors and creditors throughout
the United States.   Most recently, Mr. Siegel has served

as trustee in the chapter 7 cases of Indymac Bancorp,
Inc ("Indymac").  As part of this role, Mr. Siegel
performed duties and engaged other Crowe professionals
to provide assistance similar to that to be provided in
the Debtors' chapter 11 cases.

13.  Moreover, Mr. Siegel and other Crowe
professionals have already devoted substantial amounts
of time and effort in recent months learning about and
understanding the Debtors' bankruptcy cases and the
remaining issues related thereto. Siegel and Crowe
reserve the right to and intend to seek compensation in
accordance with the Order Under Bankruptcy Code Sections
105(a) and 331 Establishing Procedures for Interim
Compensation (D.I. 830; the "Interim Compensation
Order").

**SCOPE OF SERVICES**

14.  Pursuant to the terms of the engagement
agreement (the "Engagement Agreement", a copy of which
is attached as Exhibit C to the Siegel Affidavit), Mr.
Siegel will serve as CRO to the Debtors at the direction
of and reporting to the Board.  Mr. Siegel will provide

7

interim management assistance including, but not limited

to, the following:[2]

(a)    Oversee the recovery and disposition
of the Debtors' remaining assets;

(b)    Oversee the reconciliation of
liabilities, including (without
limitation) filed claims asserted
against the Debtors;

(c)    Oversee the administration of the
Debtors' bankruptcy reporting
requirements and compliance with
obligations as a debtor in
possession under Bankruptcy Code
sections 1107 and 1108;

(d)    Oversee all litigation, including
(without limitation) claims
objections and adversary
proceedings, filed by or against the
Debtors;

(e)    Oversee the Debtors' efforts to
obtain confirmation of the Plan;

(f)    Oversee the coordination of the
activities necessary or appropriate
for the expeditious and efficient
resolution of the chapter 11 cases;
and

---

[2]    The following descriptions of certain terms of the Engagement
Agreement are intended to provide an overview for parties in
interest.  All parties are directed to the Engagement Agreement
for the controlling terms of such agreement.  To the extent that
the descriptions set forth in the Motion differ from the terms of
the Engagement Agreement, the terms of the Engagement Agreement
control.

8

         (g)  Appear and, to the extent necessary or appropriate, testify before this Court and other courts on behalf of the Debtors.

15.   Pursuant to the Engagement Agreement, Mr. Siegel may also engage other Crowe professionals to assist him with operational, financial, tax and accounting matters as deemed necessary and appropriate. In doing so, Mr. Siegel will use commercially reasonable best efforts to avoid duplication of work and increased administrative liability to the Debtors and their estates.

16.   The Engagement Agreement further provides that Mr. Siegel, in his capacity as CRO, shall not have the authority to expand or limit the scope of the services provided by any professional retained by the Debtors in the chapter 11 cases, although Mr. Siegel may make recommendations to the Board with respect to such matters.

17.   Finally, the Debtors request that the fact that Mr. Siegel serves as CRO will not conflict or preclude Mr. Siegel from serving as the Liquidating Trustee under the Plan.

## MR. SIEGEL'S AND CROWE'S DISINTERESTEDNESS

18.  To the best of the Debtors' knowledge and based upon the Siegel Affidavit, Mr. Siegel and Crowe are "disinterested person[s]" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

19.  To the best of the Debtors' knowledge and based upon the Siegel Affidavit, Mr. Siegel and Crowe do not hold or represent an interest adverse to the estate that would impair their ability to objectively perform professional services for the Debtors, in accordance with section 327 of the Bankruptcy Code.

20.  To the best of the Debtors' knowledge and based upon the Siegel Affidavit, (1) Mr. Siegel's and Crowe's connections with the creditors, any other party in interest, or their respective attorneys are disclosed in Exhibit B to the Siegel Affidavit; and (2) Mr. Siegel and any other Crowe professionals working on this matter are not relatives of the United States Trustee of the Eastern District of Virginia or of any known employee in the office thereof, or any United States Bankruptcy Judge of the Eastern District of Virginia.

21.   Neither Mr. Siegel nor Crowe has
provided, and will not provide, professional services to
any of the creditors, other parties-in-interest, or
their attorneys with regard to any matter related to
these chapter 11 cases.

### PROPOSED COMPENSATION TERMS

22.   Mr. Siegel's requested compensation for
professional services rendered to the Debtors for
interim management services, as well as those of other
Crowe professionals who might be engaged, are estimated
as follows:

| Professional | Hourly Rate |
|---|---|
| Mr. Siegel | $550 |
| Other Partner/Director | $360-$580 |
| Manager and Senior | $225-$350 |
| Forensic/Litigation Expert | |
| Senior Accountant | $165-$220 |
| Staff Accountant | $130-$160 |
| Bookkeeper and Paralegal | $85-$130 |

23.   Mr. Siegel and Crowe will also seek
reimbursement for necessary expenses incurred, which
shall include travel, photocopying, delivery service,

11

postage, vendor charges and other out-of-pocket expenses
incurred in providing professional services.

24.   Because Mr. Siegel and Crowe are not
being employed as professionals under section 327 of the
Bankruptcy Code, they will not submit quarterly or final
fee applications pursuant to Bankruptcy Code sections
330 and 331.  However Mr. Siegel and Crowe will submit
statements of services performed and expenses incurred
to the Debtors (and other parties in interest) on a
monthly basis in accordance with the Interim
Compensation Order.

25.   Pursuant to the Engagement Agreement, in
no event will Mr. Siegel, Crowe or Crowe's partners or
representatives be liable for damages, other than
damages arising from or related to incidents of gross
negligence, willful misconduct or fraud.  In situations
where damages may be assessed, (i) Mr. Siegel will not
be liable for more than actual damages, which will be
limited to no more than two times the fees paid to Crowe
for Mr. Siegel's services and (ii) Crowe will not be
liable for more than actual damages, which will be
limited to no more than two times the fees paid to Crowe

for this engagement (other than fees paid on account of
Mr. Siegel's services).

26. The Debtors believe that Mr. Siegel's and
Crowe's fees and compensation as set forth herein are
reasonable and justified under the circumstances.

## BASIS FOR RELIEF

27. The retention of interim corporate
officers and other temporary employees is proper under
section 363 of the Bankruptcy Code.  Section 363(b) of
the Bankruptcy Code provides, in relevant part, that the
trustee or debtor in possession, "after notice and a
hearing, may use, sell, or lease, other than in the
ordinary course of business, property of the estate." 11
U.S.C. § 363(b)(1).  In order to obtain approval for the
use of estate assets outside the ordinary course of
business, the debtor must articulate a valid business
justification for the requested use.  See, e.g., In re
Montgomery Ward Holding Corp., 242 B.R. 147, 153 (Bankr.
D. Del. 1999).  Thus, if a debtor's proposed use of its
assets pursuant to section 363(b) of the Bankruptcy Code
represents a reasonable business judgment on the part of
the debtor, such use should be approved.  See, e.g.,

Myers v. Martin (In re Martin), 91 F.3d 389, 395 (3d
Cir. 1996) (citing Fulton State Bank v. Schipper (In re
Schipper), 933 F.2d 513, 515 (7th Cir. 1991)); Comm. of
Equity Sec. Holders v. Lionel Corp. (In re Lionel
Corp.), 722 F.2d 1063, 1070 (2d Cir. 1983); In re
Delaware & Hudson Ry. Co., 124 B.R. 169, 175-76 (D. Del.
1991) (courts have applied the "sound business purpose"
test to evaluate motions brought pursuant to section
363(b)).

28.   Bankruptcy courts have analyzed and
condoned the propriety of a debtor's employment of
corporate restructuring officers, advisors and other
professionals under section 363 on numerous occasions
and have determined that it is an appropriate exercise
of business judgment to employ a restructuring or other
type of professional in this manner.  See, e.g., In re
Sharper Image Corp., Case No. 08-10322 (Bankr. D. Del.
Apr. 23, 2008); In re Leiner Health Prods., Inc., Case
No. 08-10446 (Bankr. D. Del. Apr. 8, 2008); In re
Friedman's Inc., Case No. 08-10161 (Bankr. D. Del. Jan
28, 2008); In re Calpine Corp., Case No. 05-60200 (Bank.
S.D.N.Y Jan. 17, 2007).

29.   Further, bankruptcy courts in this jurisdiction have authorized a debtor's appointment of high-ranking executives pursuant to section 363.  See In re LandAmerica Financial Group, Inc., Case No. 08-35994 (KRH) (Bankr. E.D. Va. Feb. 27, 2009) In re Movie Gallery, Inc., Case No. 07-33849 (DOT) (Bankr. E.D. Va. Jan 28, 2008); In re Heilig Meyers Co., Case No. 34533 (DOT) (Bankr. E.D. Va. Dec. 15, 2004).

30.   The retention of Mr. Siegel is a sound exercise of the Debtors' business judgment.  Mr. Siegel has extensive experience as an advisor for many troubled companies, as do other of the other Crowe professionals who may be engaged.  As discussed above, Mr. Siegel is particularly qualified to serve as CRO preceding a liquidation, as he has recently served as the trustee in the Indymac chapter 7 cases.  And since Mr. Siegel is the proposed Liquidating Trustee upon the Effective Date of the Plan, the Debtors' estates and creditors will be well served by his retention as CRO and the resulting smooth transition to post-confirmation operations.  In light of the foregoing, the Debtors believe that the retention of Mr. Siegel and other Crowe professionals is

appropriate and in the best interests of the Debtors and
their estates and creditors.

### NOTICE

31.   Notice of this Motion has been provided
to those parties entitled to notice under the
Supplemental Order Pursuant to Bankruptcy Code Sections
102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain
Notice, Case Management and Administrative Procedures
(D.I. 6208; the "Case Management Order").  The Debtors
submit that, under the circumstances, no other or
further notice need be given.

### WAIVER OF MEMORANDUM OF LAW

32.   Pursuant to Local Bankruptcy Rule 9013-
1(G), and because there are no novel issues of law
presented in the Motion and all applicable authority is
set forth in the Motion, the Debtors request that the
requirement that all applications be accompanied by a
separate memorandum of law be waived.

### NO PRIOR REQUEST

33.   No previous request for the relief sought
herein has been made to this Court or any other court.

### CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:     Richmond, Virginia
           March 1, 2010

           Circuit City Stores, Inc.


           /s/ Michelle Mosier_____
           Michelle Mosier
           Controller and Chief Accounting
           Officer

**EXHIBIT A**
Order

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 Nroth Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - X
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363
AUTHORIZING DEBTORS TO RETAIN AND EMPLOY ALFRED H.
SIEGEL OF CROWE HORWATH LLP AS CHIEF RESTRUCTURING
OFFICER TO THE DEBTORS**

Upon the motion (the "Motion")[1] of the Debtors

for an order, pursuant to Bankruptcy Code sections 105(a)

and 363, authorizing them to retain and employ Alfred H.

---

[1]    Capitalized terms not otherwise defined herein shall have the
       meanings ascribed to such terms in the Motion.

Siegel of Crowe Horwath LLP ("Crowe") as chief

restructuring officer ("CRO") to the Debtors; and the

Court having reviewed the Motion and the Siegel

Affidavit; and due and adequate notice of the Motion

having been given; and it appearing that no other notice

need be given; and it appearing that Mr. Siegel and

Crowe neither hold nor represent any interest adverse to

the Debtors' estates; and it appearing that Mr. Siegel

and Crowe are "disinterested", as that term is defined

in Bankruptcy Code section 101(14); and it appearing

that the relief requested in the Motion is in the best

interests of the Debtors, their estates and their

creditors; after due deliberation thereon and sufficient

cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.    The Motion is GRANTED.

2.    The Engagement Letter is approved in all

respects, including (without limitation) the

indemnification and limitation of liability provisions

therein.

3.    In accordance with Bankruptcy Code

section 363, the Debtors are authorized to employ and

retain Mr. Siegel of Crowe as CRO and, to the extent Mr.

Siegel deems appropriate, additional Crowe professionals

on the terms set forth in the Motion and the Engagement

Agreement.

4.    All compensation and reimbursement due to,

and other rights of Mr. Siegel and Crowe, relating to

services performed on or after the date of entry of this

Order, including, without limitation, indemnification

obligations, shall be treated and allowed as

administrative expenses in accordance with section 503

of the Bankruptcy Code and shall be paid in accordance

with the Engagement Agreement.  Nothing in this Order

shall prejudice any rights of Mr. Siegel or Crowe to

seek compensation as an administrative expense under the

Interim Compensation Order for services rendered prior

to entry of this Order.

5.    The employment and retention of Mr.

Siegel as CRO shall not conflict with or preclude Mr.

Siegel from serving as Liquidating Trustee under the

First Amended Joint Plan of Liquidation of Circuit City

Stores, Inc. and its Affiliated Debtors and Debtors In

Possession and its Official Committee of Creditors

Holding General Unsecured Claims.

6.    The requirement under Local Bankruptcy

Rule 9013-1(G) to file a memorandum of law in connection

with the Motion is hereby waived.

7.    This Court shall retain jurisdiction with

respect to all matters arising or related to the

implementation of this Order.

Dated:  Richmond, Virginia
        March 18, 2010


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

4

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that proposed order has been
endorsed by all necessary parties.

_/s/ Douglas M. Foley_____

**EXHIBIT B**
**Siegel Affidavit**

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION


- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x


            **AFFIDAVIT IN SUPPORT OF THE DEBTORS' MOTION
        FOR ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY
        ALFRED H. SIEGEL OF CROWE HORWATH LLP AS CHIEF
                RESTRUCTURING OFFICER TO THE DEBTORS**


STATE OF CALIFORNIA        )
                           )  ss.
COUNTY OF LOS ANGELES      )


        I, Alfred H. Siegel, being duly sworn, depose and

say:

1.   I am a partner of Crowe Horwath LLP ("Crowe"),
a public accounting and consulting firm.  Crowe Horwath
LLP is the United States member firm of Crowe Horwath
International, a Swiss association.  I submit this
affidavit on behalf of myself and Crowe in support of
the motion (the "Motion")[1] of Circuit City Stores, Inc.,
as debtors and debtors in possession in the above-
captioned cases (collectively, the "Debtors"), for an
order authorizing my retention and employment as chief
restructuring officer ("CRO") and, to the extent deemed
necessary, additional Crowe professionals, under the
terms and conditions set forth in the Motion. Except as
otherwise noted, I have personal knowledge of the
matters set forth herein.[2]

### QUALIFICATIONS OF PROFESSIONALS

2.   I am a partner at Crowe, a firm of independent
public accountants as defined under the Code of
Professional Conduct of the American Institute of
Certified Public Accountants.

---

[1]  Capitalized terms used herein but not otherwise defined shall
     have those meanings set forth in the Motion.
[2]  Certain of the disclosures herein relate to matters within the
     knowledge of other professionals at Crowe.

3.    The Debtors have selected me as their CRO
because of my extensive experience as an advisor to
chapter 7 and chapter 11 debtors, including, among
others, my appointment as trustee in the chapter 7 cases
of Indymac Bancorp, Inc.

4.    The Debtors need interim management as their
former CEO has resigned and they move to confirmation of
their Plan, under which they are dissolved and replaced
by a liquidating trust (the "Liquidating Trust") of
which I am to serve as trustee.  Accordingly, my
retention and employment is necessary to fulfill current
management needs and effect a smooth transition to post-
confirmation liquidation and the efficient
administration of the Liquidating Trust.

5.    As noted above, I am particularly suited to
serve as CRO, as is Crowe to provide other professionals
to assist me, given extensive experience in providing
management and oversight services similar to those
required here.

**SERVICES TO BE RENDERED**

6.    Pursuant to the terms of the engagement
agreement (the "Engagement Agreement", a copy of which

3

is attached hereto as Exhibit C) I, and to the extent I

deem necessary, other Crowe professionals will provide

management services, including operational, financial,

tax and accounting services, and any other such services

for which the Debtors seek advice and consultation.

7.    Subject to this Court's approval of the Motion,

I am willing to serve as the Debtors' CRO and to perform

the services described above and more fully in the

Motion.

### DISINTERESTEDNESS

8.    Based upon information supplied by Debtors'

counsel, Crowe searched its client database to identify

any connection or relationship with the following

entities:[3]

> (a)  The Debtors and their affiliates;
> (b)  The Debtors' officers and directors;
> (c)  The equity shareholders known to own more than twenty percent (20%) of outstanding stock;
> (d)  The Debtors' pre and post-petition secured lenders;
> (e)  The Debtors' merchandise creditors, vendors and major contract parties;
> (f)  Counsel to the Debtors; and
> (g)  Financial advisors and counsel to certain other parties-in-interest.

---

[3]   A complete list of the names provided to Crowe by Debtors' counsel are set forth in Exhibit A hereto.

4

9.    Neither I nor Crowe hold or represent an
interest adverse to the estate that would impair our
ability to objectively perform professional services for
the Debtors, in accordance with section 327 of the
Bankruptcy Code.

10.    I and Crowe are "disinterested person[s]" as
that term is defined in section 101(14) of the
Bankruptcy Code, as modified by section 1107(b), of the
Bankruptcy Code in that, to the best of my information
and belief, Crowe:

(a)    Is not a creditor, an equity security holder,
or an insider of the Debtors;

(b)    Is not and was not an investment banker for
any outstanding security of the Debtors;

(c)    Has not been within three years before the
commencement of this Chapter 11 case, an
investment banker for a security of the
Debtors, or an attorney for such investment
banker in connection with the offer, sale or
issuance of a security of the Debtors;

(d)    Is not and was not, within two years before
the commencement of this Chapter 11 case, a
director, officer or employee of the Debtors
or of an investment banker of the Debtors; and

(e)    Does not have an interest materially adverse
to the interest of the estate or of any class
of creditors or equity security holders, by
reason of any direct or indirect relationship
to, connection with or interest in the Debtors
or an investment banker of the Debtors or for
any other reason.

5

11.  To the best of my knowledge, except as set forth herein and in Exhibit B attached hereto and incorporated herein by reference, (a) neither I nor Crowe have connections with the creditors, any other party-in-interest, or their respective attorneys and accountants; and (b) neither I nor the Crowe professionals working on this matter are relatives of the United States Trustee of the Eastern District of Virginia or of any known employee in the office thereof, or any United States Bankruptcy Judge of the Eastern District of Virginia.

12.  I and Crowe have in the past been retained by, and presently and likely in the future will provide services for, certain creditors of the Debtors, other parties-in-interest, and their respective attorneys and other professionals in matters unrelated to such parties' claims against the Debtors or interests in this chapter 11 case.  I and Crowe currently perform or have previously performed such services for the entities listed in Exhibit B.

13.  Neither I nor Crowe have provided, nor will provide, any professional services to any of the

6

creditors, other parties-in-interest, or their
respective attorneys and other professionals with regard
to any matter related to this chapter 11 case.

14. As noted above, Crowe Horwath LLP is the United
States member firm of Crowe Horwath International, a
Swiss association of member firms, each a separate legal
entity, located worldwide.  Only Crowe Horwath LLP is
being retained in this matter.  Crowe Horwath LLP has
not performed a comprehensive global search for
potential relationships between the other Crowe Horwath
International member firms and the Debtors, other
parties-in-interest, and their respective attorneys and
other professionals. Crowe Horwath LLP cannot assure
that an engagement will not be accepted by a foreign
member firm of Crowe Horwath International for another
party that may bear upon Crowe Horwath LLP's engagement
by the Debtors.

15. As part of its practice, I and Crowe appear in
many cases, proceedings, and transactions involving many
different law firms, financial consultants, and
accountants in matters unrelated to this bankruptcy.
Neither I nor Crowe have identified any material

7

relationships or connections with any law firm,

financial consultant, accountant or investment banker

involved in this chapter 11 case that would cause us to

be adverse to the Debtors, the Debtors' estate, any

creditor or any other party-in-interest.

16.  If and when additional information becomes

available with respect to any other relationships which

may exist between myself or Crowe, foreign member firms

of Crowe Horwath International, or their partners and

professionals and the Debtors, creditors, or any other

parties-in-interest which may affect this case,

supplemental affidavits describing such information

shall be filed with this Court.

**PROFESSIONAL COMPENSATION**

17.  My and Crowe's requested compensation for

professional services rendered to the Debtors for

management and related services are estimated as

follows:

| **Professional** | **Hourly Rate** |
|---|---|
| Mr. Siegel | $550 |
| Other Partner/Director | $360-$580 |
| Manager and Senior | $225-$350 |
| Forensic/Litigation Expert | |

8

| Senior Accountant | $165-$220 |
| Staff Accountant | $130-$160 |
| Bookkeeper and Paralegal | $85-$130 |

18.  My and Crowe's requested compensation for professional services rendered to the Debtors for management services will be based upon the hours actually expended by each assigned professional at each professional's current hourly billing rate. The Debtors have agreed to compensate me and Crowe for professional services rendered at its normal and customary hourly rates.

19.  I and Crowe will also seek reimbursement for necessary expenses incurred, which shall include travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

20.  I and Crowe intend to submit statements of services performed and expenses incurred to the Debtors and other parties-in-interest on a monthly basis.  I and Crowe have agreed to accept as compensation such sums as may be allowed by the Court.

21.  In accordance with section 504 of the
Bankruptcy Code, I hereby state that there is no
agreement or understanding between myself or Crowe and
any other entity, other than a member, partner or
regular associate of Crowe, for the sharing of
compensation received or to be received for services
rendered in connection with these proceedings.

22.  This affidavit is provided in accordance with
section 327 of the Bankruptcy Code and Bankruptcy Rule
2014.

*Dated February 24, 2010*
*Sherman Oaks, California*

FURTHER AFFIANT SAYETH NOT.

_____

Alfred H. Siegel

Subscribed and sworn to
before me this 24th day of February
2010.

_____
Notary Public

LAURA HUA
Commission # 1785907
Notary Public - California
Los Angeles County
My Comm. Expires Jan 8, 2012

10

**<u>EXHIBIT A</u>**
**Parties-in-Interest**

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Circuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.

Kornstein, Don R.
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.
Wahle, Elliot
Wong, Mark J.
Woo, Carolyn Y.

**Businesses Affiliated with Directors
and Officers**
AFC Enterprises
Air Products and Chemicals Inc.
Aon Corporation
Bally Total Fitness Holding Corporation
Centex Corporation
Home Depot International
Iconix Brand Group Inc.
Lexmark International Inc.
Nisource Inc.
Pan American Life Insurance
Stride Rite Sourcing International
Sunoco Inc.
Textron Lycoming Corporation
The Brink's Company
The Servicemaster Company
True Value Company
Varsity Brands Inc.
VF Corporation
Wabco Holdings

**Shareholders**
J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Prepetition and Postpetition**
**Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation
Wells Fargo Retail Finance, LLC

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation
Kingston Technologies
Klipsch Audio Technologies, LLC
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.

Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba America Information Systems
Toshiba Computer Systems Division
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corporation

**Vendors and Major Contract Parties**
Acco Brands LLC
Active Media Services Inc
Adobe Systems
AK Designs LLC
Almo E-Commerce LLC
Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
AOL LLC
Atlantic Inc
Bailiwick Data Systems Inc.
Barcoding Inc
Benson Co. Inc., LA
Besam
Bose Corp.
Bulldog Rack Co.
CDW Direct LLC
Centron Electronics Inc
Checkpoint Systems Inc
Clay Inc, Bruce
Clickit Inc.
Cobra Electronics Corp.
Coca Cola Enterprises Inc
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
D&H Distributing Co.
DC Power Solutions
Dennco
Denon
Digital Innovations LLC
Directed Electronics Inc
DXG Technology USA
Eaon Communications Corp
Eastern Security Corporation
Electra-Craft Inc
Eleets Logistics

Energizer Battery Co.
Ereplacements LLC
FCMA, LLC
Fire Materials Group LLC
First International Computer of America
Fujikon Industrial Co. Ltd
Funai Corp. Inc
General Instruments
Good Mind Industries Co Ltd
Gorilla Nation Media
Graphic Communications
Guidecraft USA
Haier America Trading LLC
Horizon USA
Ideal Technology Inc.
Illinois Wholesale Cash Register
Imagination Entertainment
Imitation Corp.
Ingram Entertainment
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc.
Konami Digital Entertainment America
Korea Export Insurance Co.
Lexington Richmond LLC
Lowepro USA
Mad Catz Inc
Madcow International Group
Majesco International Group
Micro Products Distributors
Mills & Nebraska
Minwa Electronics Co. Ltd
Mio Technology USA Ltd
Mitex Corp.
Mizco International Inc
Motion Systems
Motorola Inc
Nextag
Nextar Inc
NFL Enterprises LLC
Nintendo Hardware
North American Roofing Systems Inc.
Northern Wire Productions
Orbis Corporation
Pan Digital
Parrot Inc
Photoco Inc
Platform-A Inc
Platinum Disc Corp
Polk Audio Inc
Pricegrabber.Com LLC
Proctor & Gamble Distributing Co.
PTR Compactor & Baler Company
Pure Digital Technologies Inc
Quebecor World KRI
R Pac International Corp.

Redline Studio
Retail Maintenance Services LLC
Retail Vision
Salamander Designs
Samsonite
Samsung Electronics America Inc.
Sanford LP
Sanwen International Co. Ltd.
Sega
Shopping.Com Inc.
Shopzilla Inc.
Sirius XM
Smart Micro USA No. 1 LP
Smartparts, Inc
Sony
Source Interlink Media
Specificmedia Inc.
Spiderwear
Standard Electric
Stephen Gould Corp.
Streater Inc.
Swiff Train Company
Take Two Interactive
Ten Tronics Co. Ltd
The Warranty Group
Time Warner Cable
Tracfone Wireless Inc
Trane
Tremor Media
Tritronics Inc
Universal Fixtures & Display
US Music Corp.
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Velocity Micro Inc
Virginia Electronic Components
Vonage Marketing
Vontech
Wayne Dalton Corporation
Weather Channel Interactive, The
Wireless Solutions LLC
XM Satellite Radio

**Consignors**
foneGear
Intuit Inc.
Memorex Products, Inc.
Navarre Corporation
Panasonic Consumer Electronics Company
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Personal Property Lessors**
Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard
Service Power
Toshiba

**Credit Card Companies and/or Processors**
American Express
Chase Bank, USA
Discover Card
IPS Card Solutions, Inc.
MasterCard
ValueLink
Visa Inc.

**Banks Utilized in the Company's**
**Cash Management System**
American Savings
AmSouth Bancorporation
Banco Popular
Bank of America
CRP Securities, LLC
Chase Bank
CRP Securities
Fifth Third Bank
Fifth Third Securities
JP Morgan Securities Inc
Lehman Brothers
Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
SunTrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**Insurers**
American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Chubb
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Company
Executive Risk Indemnity Inc.
Federal Insurance Company
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers

Integon Specialty Insurance Company
Lancashire Insurance Company (UK) Ltd
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Fire Insurance Company
Lloyds of London
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
America Bankers Insurance Co. of Florida
American Express Travel Related Services Company
American Express Trust Company
Aon Inc.
Assurant Inc.
Avista Advantage, Inc.
Beecher Carlson Insurance Services
Computerized Waste Systems
CTSI
E-Count
Empire Blue Cross Blue Shield
Federal Warranty Service Cop.
Hewitt Associates LLC
IBM
Jardine Lloyd Thompson Canada
Kaiser Permanente
Marsh USA, Inc.
Medco Health Solutions
Mercer Insurance Group
Mid-Atlantic Vision Service Plan, Inc.
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.
Triple-S Management Corporation
Vision Service Plan
Wachovia Bank, N.A.

**Liquidators**
Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Fifty Largest Unsecured Creditors**

Advertising.com
Alliance Entertainment
Apex Digital Inc
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett-Packard
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington Computer Products Group
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Samsung Electronics America
Sandisk Corporation
Sharp Electronics Corporation
Simpletech
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Vizio
Vtech Communications Inc.
Vtech Electronics

Warner Home Video
Zenith Electronics Corporation

**Litigation Counterparties**

Alicea, Ada
Audiobahn
Banker, Michael
Booker, Jamal
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Foss, Andrew
Harris, William
Holloman, Latia
Ibrahim, Betty
Internal Revenue Service
Iowa AG
JP Morgan Chase
Keystone Automotive Industries
Kobra Properties
Mad Rhino
Maria Moncayo (class action)
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry (class action)
Securities and Exchange Commission
Snow, Christopher
State of Iowa
Temple, Floyd Edward Jr.
Tennesee Department of Revenue
Unical
Visa
Voegtle, Clayton P.
Weidler, Daniel

**Adverse Position Parties**

Actiontec
Add On Computer Peripherals
Aipteck Inc.
American Future Technology
Ameriwoods Industries
Archos Inc
Atari Inc
Audiovox Corp.
Averatec Inc.
Bethesda Softworks
Bissell Homecare Inc
Bush Industries Inc
Canon USA Inc.

Case Logic Inc
Ching Wei Telecom Co. Ltd.
Cohesion Products Inc
Cokem International
Cyber Acoustics
Cyber Power Systems
DSI Systems Inc
EB Carlson Marketing
EBC Marketing Inc
Envision Peripherals Inc
Excel Best Industries Ltd
Fujifilm USA Inc
Fujitsu Ten Corp. of America
Genius Products
Hain Capital Group
Hauppage Computer Works Inc
Interactive Toy Concepts
Itouchless Housewares & Products Inc
JVC Americas
Liquidity Solutions Inc
Metra Electronics
Midland Radio Corp.
Mitsubishi Digital Electronics
Namsung America Inc
Nikon Inc
Nyko Technologies Inc
Onkyo USA Corp.
Panasonic
Philips Lighting Co.
PNY Technologies
Procare International Co.
SDI Technologies Inc
Sherwood America
Signature Home Furnishing
Sima Products Corp.
Southpeak Interactive
SP Richards Co.
SVG Distribution
Tamrac Inc
Teledynamics LLP
Thomson Multimedia Inc
THQ Inc
TIVO Inc
Trigem USA Inc
United States Debt Recovery LLC
US Luggage Co.
Vonwin Capital Management
Vtech Communications

**Potential Adverse Parties**
CRA Acquisition Corp.
Creative Realty Management
Cushman & Wakefield
Siebel, Gretchen and Frederick
Mannix, John B.
Merchant Equity

Siebel Marketing Group

**Utility Providers**
Accent Energy
American Electric Power Company
American Water Company
Alabama Gas Corporation
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power
Alliant Energy/WP&L
Alltel
Altoona City Authority
Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water & Energy Savers
American Water Service, Inc.
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
Arizona Public Service
Aqua New Jersey
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corporation
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric
Atmos Energy
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas
Bell South

Bellevue City Treasurer, WA
Belmont County Sanitary Sewer District, OH
Bexar County WCID
Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority
California Water Service-Bakersfield
Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC
Central Hudson Gas & Electric Company
Central Maine Power
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL

City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC
City of Columbus, OH
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busing
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL
City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE
City of Durham, NC
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR

City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX
City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT
City of Mesa, AZ

City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR
City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA

City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee
City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX
City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light
City Water Light & Power, Springfield IL
Clackamas River Water

Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, LLC
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast
Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power
Connecticut Natural Gas Corporation
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications
CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA
Delta Charter Township, MI
Denver Water
Deptford Township MUA, NJ
Direct Energy
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
Dominion East Ohio
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy
Dublin San Ramon Services District
Duke Energy
Dupage County Public Works
Duquesne Light Company
East Bay Municipal Utility District
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
El Paso Electric Company

| | |
|---|---|
| El Paso Water Utilities | Hawaiian Electric Company, Inc. |
| El Toro Water District | Hawaiian Telecom |
| Electric City Utilities/City of Anderson | Hayward Water System |
| Electric Power Board-Chattanooga | Helix Water District |
| Elizabethtown Gas | Hernando County Utilities, FL |
| Elmira Water Board  NY | Hicksville Water District |
| Elyria Public Utilities | Highland Sewer & Water Authority |
| Embarq Communications | Highland Utilities Dept, IN |
| Emerald Coast Utilities Authority | Highlands Ranch Metro Districts |
| Entergy Arkansas, Inc. | Hillsborough County Water Resource Ser. |
| Entergy Gulf States LA, LLC | Holland Board of Public Works |
| Equitable Gas Company | Holland Charter Township, MI |
| Erie County Water Authority | Holyoke Gas & Electric Department |
| Evansville, IN Waterworks Dept | Holyoke Water Works, MA |
| Everett Utilities | Huntsville Utilities, AL |
| Fairfax Water - VA | Idaho Power |
| Fairfield Municipal Utilities | Imperial Irrigation District, CA |
| Fairpoint Communications | Indian River County Utilities, FL |
| Fewtek Inc. | Indianapolis Power & Light |
| First Utility District of Knox County | Indianapolis Water Company |
| Flint EMC, GA | Insight |
| Flint Township-Board of Public Works | Intercall |
| Florence Water & Sewer Commission | Intermountain Gas Company |
| Florida City Gas | Intermountain Rural Electric Association |
| Florida Power & Light Company | Irvine Ranch Water District |
| Florida Public Utilities Co, DeBary | Jackson Electric Membership Corp, GA |
| Floyd County Water Department | Jackson Energy Authority |
| Fontana Water Company | Jackson Water Collection, MI |
| Fort Collins Utilities | Jacksonville Electric Authority |
| Fort Worth Water Dept, TX | Jefferson County AL, Sewer Service Fund |
| Frederick County Division of Utilities | Jefferson Parish, LA |
| Frontier | Jersey Central Power & Light |
| Fruitland Mutual Water Company | Johnson City Power Board |
| Gainesville Regional Utilities | Johnson City Utility System |
| Gas South | Kansas City Power & Light Company |
| Geoff Patterson, Receiver of Taxes | Kansas Gas Service |
| Georgia Power | KCMO Water Services Department |
| Golden State Water Company | Keynote Red Alert |
| Grand Chute Utilities | Kissimmee Utility Authority |
| Grand Traverse County Dept of Pub Works | Knoxville Utilities Board |
| Granite Telecommunications | Kentucky Utilities Company |
| Greater Augusta Utility District, ME | Laclede Gas Company |
| Greater Cincinnati Water Works | Lafayette Utilities Systems |
| Green Bay Water Utility | Lake Apopka Natural Gas District, FL |
| Green Mountain Power | Lake County Dept of Public Works, IL |
| Greene County - Department of Public Wor | Lakehaven Utility District |
| Greenville Utilities Commission, NC | Lakeland Electric/City of Lakeland,FL |
| Greenville Water System, SC | Lansing Board of Water & Light |
| GreyStone Power Corporation | Lee County Electric Cooperative |
| Gulf Power | Lincoln Electric System |
| Gwinnett Co. Water Resources | Long Island American Water, NY |
| Hamilton Township | Long Island Power Authority |
| Hampton Roads Utility Billing Services | Los Angeles County Dept. of Public Works |
| Harker Heights Water Department, TX | Los Angeles County Dept of Public Works |
| Harpeth Valley Utilities District | Los Angeles Dept of Water & Power |
| Harrisonburg Electric Commission | Loudoun Water |
| | Louisville Water Company |

Lubbock Power Light & Water
Lycoming County Water & Sewer Authority
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility District
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
McAllen Public Utilities -TX
MCI
Manatee County Utilities Cust Serv
Medford Water Commission, OR
Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pennsauken
Met-Ed
Metro
Metro Technology, Inc. (AL)
Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept.
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri Gas Energy
Mobile Area Water & Sewer System
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation
New Jersey Natural Gas Company
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation
Nicor Gas
Northern Indiana Public Service Company
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas

North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/
NW Natural
NYC Water Board
New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility, FL
Oceanic Time Warner Cable
Onondaga County Water Authority
Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Company
Olivenhain Municipal Water District
Ontario Water Works
Orange and Rockland Utilities
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company
Pedernales Electric Cooperative, Inc.
Penelec
Pennichuck Water Works, Inc.
Peoples Gas
PEPCO (Potomac Electric Power Company)
PhiladeLPhia Gas Works
Piedmont Natural Gas-Nashville Gas
Pinellas County, FL-Utilities
Plaza Mill Limited
PNM Electric & Gas Services
Portland General Electric
Portland Water District - ME
PPL Utilities
Prattville Water Works Board
Progress Energy Carolinas, Inc
Providence Water
Public Service Electric & Gas Company
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Public Works Commission, City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
Prince William County Services
Questar Gas
Qwest

Racine Water & Wastewater Utilities, WI
Rancho California Water District
Regional Water Authority, CT
Research In Motion
Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
Southern Maryland Electric Cooperative
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board
Springfield Water & Sewer Commission
Sprint
Salt River Project

St. Lucie West Services District
Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc., FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant
TDS Telecom
Tampa Electric Company
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS
Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept

Turlock Irrigation District
TXU Energy
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
Valencia Water Company, CA
VCCDD Utility
Vectren Energy Delivery
Verizon (BA)
Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas
Washington Suburban Sanitary Commission
Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
Wisconsin Electric
Wisconsin Gas
West View Water Authority
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department

Willmut Gas Company
Windstream
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy: Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

**Real Property Lessors**
1030 W. North Avenue Bldg., LLC
120 Orchard LLC
1251 Fourth Street Investors, LLC
13630 Victory Boulevard LLC
1890 Ranch, Ltd
1965 Retail LLC
19th Street Investors, Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard, LP
380 Towne Crossing, LP
4 Newbury Danvers LLC
44 North Properties, LLC
444 Connecticut Avenue LLC
502-12 86th Street, LLC
5035 Associates, LP
553 Retail LLC
601 Plaza, LLC
610 & San Felipe, Inc.
680 S. Lemon Avenue Company LLC
700 Jefferson Road Ii, LLC
ADD Holdings, LP
AAC Cross County Leasehold Owner, LLC
Abercorn Common, LLP
Abrams Willowbrook Three LP
Acadia Realty Limited Partnership
ACCent Homes, Inc
ACPG Management, LLC
Advance Real Estate Management, LLC
Agree Limited Partnership
AIG Baker Deptford, LLC
AIG Baker Hoover, LLC
Alameda Associates
Alexander's Of Rego Park Center, Inc.
Alexandria Main Mall LLC
Alliance - Rocky Mount, LLC
Almaden Plaza Shopping Center, Inc.
Almeda-Rowlett Retail LP
Almonesson Associates, LP
Altamonte Springs Real Estate Associates, LLC
Amargosa Palmdale Investments, LLC
AMB Property, LP
Amcap Arborland LLC
Amcap Northpoint LLC
American National Bank & Trust Company Of Chicago
American National Insurance Company

Amherst Industries, Inc.
Amherst VF, LLC
AMLI Land Development- I, LP
Ammon Properties LLC
AMREITTexas Real Estate Investment Trust
AR Investments, LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I, LLC
Arho LP
Arrowhead Net Lease, LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
AVR CPC Associates, LLC
Awe-Ocala, Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLLC
Barberio, Janet
Bard, Ervin & Suzanne
Barnes and Powers North LLC
Basile LLC
Basser - Kaufman 222, LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale, LLC
BC Portland Partners, Inc.
Bear Valley Road Partners LLC & M Lantz LLC
Becker Investment Company
Becker Trust, LLC
Bedford Park Properties, LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Development Company
Benderson Properties Inc.
Benenson Columbus - OH Trust
Berkshire West
Berkshire-Amherst, LLC
Berkshire-Hyannis, LLC
BFLO-Waterford Associates, LLC
BFW/Pike Associates, LLC
BG Walker, LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Building Retail 2007 LLC & Netarc LLC
Bl-NTY I, LLC
Boise Towne Plaza LLC
Bond CC I Delaware Business Trust
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond CC V Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust

Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates
Boulevard North Associates, LP
Boyer Lake Pointe, Lc
BPP-Connecticutt LLC
BPP-Muncy LLC
BPP-Ny LLC
BPP-Oh LLC
BPP-Redding LLC
BPP-Sc LLC
BPP-Va, LLC
BPP-Wb, LLC
Brandywine Grande C, LP
Bre, Louis Joliet, LLC
Briantree Property Association LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
Burnham Pacific Properties
By-Pass Development Company LLC
CC. Hamburg NY Partners, LLC
CJM. Management Company
CA New Plan Asset Partnership IV, LLP
Cafaro Governors Square Partnership
Cafaro Northwest Partnership
Camelback Center Properties
Cameron Group Associates LLP
Campbell Properties LP
CAP Brunswick LLC
Caparra Center Associates, S.E.
Capital Centre LLC
Cardinal Capital Partners
Cardinal Court, LLC
Carlyle-Cypress Tuscaloosa I, LLC
Carousel Center Company, LP
Carriage Crossing Market Place, LLC
Carrollton Arms
Catellus Development Corporation
Catellus Operating LP
CBC - Wilbur Properties
CBL Terrace Limited Partnership
CC - Investors 1995-6
CC - Investors 1996-1
CC - Investors 1996-12
CC - Investors 1996-17
CC - Investors 1996-3
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC

CC Ft. Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC Investors 1996-6
CC Investors 1996-7
CC Investors 1997-10
CC Investors 1997-12
CC Investors 1997-2
CC Investors 1997-3
CC Investors 1997-
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC
CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville, LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty, LLC
CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development, Ltd
Centennial Holdings LLC
Central Investments, LLC
Central Park 1226, LLC
Central Park Property Owners Association
Centre at 38th St. TIC, LLC
Centro Bradley Spe 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group
Centro Watt
Century Plaza Development Corporation
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hills - West LLC

Chapman And Main Center
Charbonnet Family Ltd et. al
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chelmsford Realty Associations
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
Cim/Birch St., Inc.
Circuit Distribution - Illinois
Circuit II Corporation
Circuit Investors - Fairfield, LP
Circuit Investors - Vernon Hills, LP
Circuit Investors - Yorktown, LP
Circuit Investors #2 Ltd
Circuit Investors #3 LP
Circuit Investors #4 - Thousand Oaks LP
Circuit Oklahoma Property Investor
Circuit Pennslyvania Corporation
Circuit Sports LP
Circuit Tax Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City View Center LLC
CK Richmond Business Services #2, LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II LP
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co, LLC
Cole CC Groveland Fl, LLC
Cole CC Kennesaw Ga, LLC
Cole CC Mesquite Tx, LLC
Cole CC Taunton Ma, LLC
Colonial Heights Holding, LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaz, LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC
Compton Commercial Redevelopment Company
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC.
Continental 64 Fund LLC
Cortlandt B. LLC
Cosmo-Eastgate, Ltd.
Cottonwood Corners Phase V LLC
Coventry II DDR Buena Park Place LP

Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress CC Marion I LP
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G. Kamin Baton Rouge LLC
Daniel G. Kamin Burlington LLC
Daniel G. Kamin Elmwood Park LLC
Daniel G. Kamin Flint, LLC
Daniel G. Kamin Mcallen LLC
Daniel G Kamin and Howard Kadish, LLC
Dartmouth Marketplace Associates
Dayton Hudson Corporation
DDR  Southeast Loisdale LLC
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR Mdt Asheville River Hills
DDR Mdt Fairfax Towne Center LLC
DDR Mdt Grandville Marketplace LLC
DDR Mdt Monaca Township Marketplace LLC
DDR Mdt Union Consumer Square, LLC
DDR Miami Ave LLC
DDR Norte LLC, S.E.
DDR Southeast Cary LLC
DDR Southeast Cortez, LLC
DDR Southeast Culver City District
DDR Southeast Dothan Outparcel, LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Olympia District
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR 1st Carolina Crossings South LLC
DDRA Arrowhead Crossing LLC
DDRM Hilltop Plaza LP
DDRM Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase II, LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks at Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC

DDRTC Walks at Highwood Preserve I LLC
Decatur Plaza I, LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family Limited Partnership
Derito Pavilions 140 LLC
Descanso TIC, LLC
Desert Home Communities of Oklahoma, LLC
DEV LP
Diamond Square LLC
Dicker/Warmington Properties
Dikeou, Deno P.
DIM Vastgoed, N.V.
DJD Partners LP
DMC Properties, Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown, LLC
Drexel Delaware Trust
Drury Land Development Inc.
Dudley Mitchell Properties TX, LLC
Durham Westgate Plaza Investors LLC.
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Brunswick VF LLC
East Gate Center V
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
Eatontown Commons Shopping Center
EEL Mckee LLC
EKLEC Co. Newco LLC
ELPF Slidell, LLC
Emporium on LBJ Owners Association
Encinitas PFA, LLC
Enid Two, LLC
ERP of Midway, LLC
Estate of Joseph Y. Einbinder
Evansville Developers LLC, G.B.
Evergreen Plaza Associates I, LP
Excel Realty Partners LP
Excel Westminster Marketplace, Inc.
F.R.O., LLC Ix
Faber Bros., Inc
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associate, LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park, LLC
FC Wodbridge Crossing, LLC
Federal Realty Investment Trust

Feil Organization, The
FGP Company
Fingerlakes Crossing LLC
Firecreek Crossing o Reno LLC
First Berkshire Properties LLC
First Industrial Realty Trust, Inc
FJL MVP LLC
Flintlock Northridge LLC
F&M Properties
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Forest City Ratner Company
Fourels Investment Company
FR/Cal Gouldsboro Property Holding LP
FR E2 Property Holding, LP
Friedland, Lawrence And Melvin
FT Orchard LLC
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub, LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center
Gateway Center Properties III, LLC
Gateway Company LLC
Gateway Woodside Inc.
GC Acquisition Corporation
Geenen Dekock Properties LLC
General Growth Properties
Generation H One and Two LP
Georgia Pension Realty Corp
Gladwyne Investors, LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodmill LLC
Gould Investors, LP
Gould Livermore LLC
Grand Hunt Center Oea
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP

GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments, LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium Association
Hannon Ranches Ltd
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows JV
Hayward 880, LLC
Heritage Plaza, LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
HIP Stephanie, LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC.
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners - Intermodal, LLC
Holyoke Crossing LP II
Home Depot USA Inc.
Hoprock Limonite LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Company
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates, LP
I-93 Somerville LLC
Iannucci Development Corporation
Immobilien Verwaltung GMBH
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn, LLC
Inland American Retail Management
Inland Commercial Property Management Inc.
Inland Us Management LLC
Inland Western Austin Southpark Meadows II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II, LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC
Inland Western Oswego Gerry Centennial LLC

Inland Western Richmond Mayland LLC
Inland Western San Antonio Hq LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III District
Intergrated Real Estate Services LLC
International Speedway Square Ltd
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Company LLC
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossings, LLC
Jantzen Dynamic Corporation
Jefferson Mall Company II LLC
JKCG LLC
Johnson City Crossing (Delaware)LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC.
Kamin Realty Co
Karns Real Estate Holdings II, LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
K E - Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes S.C., LLC
Kimco Pk LC
Kimco Realty Corporation
KIR Amarillo LP
KIR Arboretum Crossing LP
KIR Augusta I 044 LLC
KIR Piers 716 LLC
Kite Coral Springs LLC
KJF/Faris TIC, LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investment
Krupp Equity Limited Partnership
KSK Scottsdale Mall LP
L. Mason Capitani Propety & Asset Mgmt. Inc
La Cienega-Sawyer Ltd.
La Frontera Village LP

La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Association
Landman, Deborah, Eli Landman, Zoltan Schwartz &
Anna Schwartz
Laredo/MDN II LP
Larry J. Rietz, MP, LLC
Las Vegas Land and Development Company LLC
LB Commercial Mortgage Trust Series 1998 C1
LC White Plains Retail LLC
Lea Company
League City Towne Center Ltd
Leben, Robert L. & Mary C.
Lester Development Corporation
Lexington Corporate Properties Inc.
Lexington Lion Weston I LP
Lincoln Plaza Associates LP
Lincoln US Properties LP
Linden Business Center Association
Little Britain Holding, LLC
Loop West LLC
Louis Joliet Shoppingtown LP
Lucknow Associates
Lufkin Gkd Partner, LP
M & M Berman Enterprises
MIA Brookhaven LLC
Macerich Lakewood LLC
Macerich Vintage Fair LP
Macherich Copany
Macy's Central
Madison Waldorf LLC
Magna Trust Company
Main Street At Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Company Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 and Debbie Ltd.
Manteca Stadium Park LP
Manufactueres & Traders Trust Co.
Marco Portland General Partnership
Market Heights Ltd
Marketplace of Rochester Hills
Marlton VF, LLC
Mass One LLC
Mayfair - MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd
MD-GSI Associate, LLC
MDS Realty II, LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Melville Walton Hone, Trustee Of Hone Family

Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (De) LLC
MHW Warner Robins LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings, LLC
Montevideo Investments, LLC
Montgomery Towne Center Station, Inc
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
Msf Eastgate-I LLC
Myrtle Beach Farms Company Inc.
NAP Northpoint LLC
National Retail Properties, LP
Nazario Family Partnership
Necrossgates Commons Newco, LLC
Nevada Investment Holdings, Inc.
New Plan Excel Realty Trust
New Plan of Memphis Commons, LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre, LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northglenn Retail LLC
Northern Trust Bank of California
Northwoods LP
Novogroder/Abilene LLC
NP Huntsville LLC
NP I&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC St.Louis LLC
One Liberty Properties
Orangefair Marketplace LLC

Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
PL Mesa Pavilions LLC
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities
Pacific/Youngman-Woodland Hills
Paige Exchange Corporation
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Company LLC
Pappas Gateway LP
Paragon Affiliates
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza, Ltd.
Parks at Arlington LP
Parkside Realty Associates, LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
Pelkar Muskegon LLC
Pantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas, Inc
Plaza Las Palma, LLC
Plazamill LLP
Plymouth Marketplace Condominium Assoc., Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Portland Investment Co. of America
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
PrattCenter LLC
Preit Services LLC
PRGL Paxton LP
Prince George's Station Retail LLC
Principal Real Estate Holding Company LLC
Priscilla J. Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
PRU Desert Crossing V LLC
Prudential Insurance Company Of America
Puente Hills Mall LLC
Ramco JW LLC

Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond and Main Retail LLC
RB-3 Associates
RC CA Santa Barbara LLC
RD Bloomfield Associates LP
Realty Income Corporation
Rebs Muskegon LLC
Red Mountain Retail Group
Red Rose Commons Condominium Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLCtkg Coffee Tree, LP
Ricmac Equities Corporation
Rio Associates LP
Ritz Motel Co.
RJ Ventures
RLV Village Plaza
RLV Vista Plaza
RMRG Portfolio TIC
Robinson, Donald
Route 146 Millbury LLC
RREEF America REIT II Corporation VVV
RVIP Valley Central LP
Sacco of Maine LLC
Salem Rockingham LLC
Sangertown Square LLC
SAP Retail Inc
Saul Holdings LP
Saunders Hotel Group
SCC San Angelo Partners Ltd.
Schottenstein Property Group, Inc
SEA Properties I LLC
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing, LLC
Shoppes Of Beavercreek LLC
Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
Sigmund  Sommer Properties
Signal Hill Gateway LLC
Signco Inc
Signco Inc.
Silverdale K-Four
Silverstein, Raymond - Trustee
Simon Debartolo Group LP
Simon Property Group
Simvest Real Estate II LLC
Sinay Family LLC And Trust

Sir Barton Place, LLC
Site A LLC
SMR Gateway III, LLC
SJ Collins Enterprises LLC
Goodman Enterprises, LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southhaven Center II LLC
Southland Acquisitions LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd.
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LP
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Indian Ridge LLC
St. Louis Mills LP
St. Cloud Associates
St. Tammany Oaks Subdivision Association LLC
Stapleton North Town LLC
Star Universal LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC
Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T And T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP
Tanglewood Park LLC
Tanurb Burnsville LP
Target Corporation
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
Teachers Insurance & Annuity Assoc.Of Amer.
Team Retail Westbank Ltd
Ten Pryor Street Building Ltd.
Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; &
Frank
Terra Enterprises
Terranomics Crossroads Associates
The Cafaro Northwest Partnership
The City Of Portfolio TIC LLC
The Marketplace Of Rochester Hills Parcel B LLC

The Shoppes At Schererville LLC
The Shops At Kildeer
The Village At Rivergate LP
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF Onc Development LLC
THF St. Clairsville Parcel C.C. Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC
Torrington Triplets LLC
Tourbillon Corporation
Tower Center Associates
Town Square Plaza
Towson VF LLC
TPG Management
Traverse Square Company Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout, Jerome B. Jr.
Trout, Segall
Trumbull Shopping Center #2 LLC
Trustees Of Salem Rockingham LLC
TUP 430 Company LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
U.K. - American Properties Inc.
U.S. 41 & I-285 Company
Uncommon Ltd.
Union Square Retail Trust
Urbancal Oakland II LLC
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View S.C. LLC
Van Ness Post Center LLC
Ventura In Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village Square I L.P.
Village Walk Retail LP
VIWY IP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
Vornado Realty Trust
W&D - Imperial No. 1/Norwalk

W&S Associates LP
W/S Stratford LLC
Waco Investment Group
Wal-Mart Stores East LP
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington Real Estate Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayne VF LLC
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC
Weberstown Mall LLC
WEC 96D Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96D Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99A-2 LLC
WEC 99A-1 LLC
Weeks Properties
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Companies Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake Limited Partnership
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners A LP
Whitestone REIT
Wilmington Trust Company
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corporation, The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Overton Plaza LP
WRI Camp Creek Marketplace Ii, LLC
WRI Lakeside Marketplace LLC
WRI Seminole Marketplace LLC
WXIII/PWN Real Estate LP
Ziegler Cos. LLC

**Sublessees**
$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising

Advance Auto Parts
American Outdoor Advertising
Arc International Corporation
Autozone Northeast Inc.
Baby Superstore,Inc.
Blockbuster Inc.
Books A Million
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment, Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports LP
Consolidated Stores Corporation
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Don Sherwood Golf Inc.
Edwin Watts Golf Shop
Empire Education Group
Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Food Lion LLC
Forecast Danbury LP
GE Transportation Systems
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Homans Associates Inc.
Hughes MRO Ltd.
Huntington National Bank
Inkeeper Properties Inc.
International House Of Pancakes
JR Furniture USA Inc.
Joelle Inc.
JP Morgan Chase Bank
K&G Men's Company Inc.
Katz
Lakeshore Equipment Company
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's/Corner Bakery Holding Corporation
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less
MRV Wanamaker LLC

New Avenues Lease Ownership LLC
New Colorado Daily, Inc.
North South Partner, LLC
O'Charleys, Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries,Inc.
Orthodontic Centers of Virginia Inc.
Peak Place Holdings, LLC
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Company
Prosound Music Centers Inc.
Quantum Fine Casework Inc.
Quarterdeck Corporate Office
Raymund Garza
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores,LLC
Schiavone, Daniel
Sky Bank
Solo Cup Company
Staples, The Office Superstore Inc.
The Auto Toy Store Inc.
The Floor Store Inc.
The Julia Christy Salon Inc.
The Pep Boys
The Sports Authority
The TJX Operating Companies
Tire Kingdom, Inc.
Topline Appliance Depot Inc.
Toys R US Inc.
Trader Joe's Company
Truong, Se and Ly
Tru Properties Inc.
TSA Stores Inc
TVI Inc.
Viacom Outdoor
Visionary Retail Management
Waterbed Emporium of California
West Marine Products Inc.
Winchester Fun Expedition Corporation
Wired Management LLC
Workforce Central Florida

**<u>Restructuring and Other Professionals</u>**
Bingham MCCutchen LLP
Ernst & Young
FTI Consulting Inc.
Goldman, Sachs and Company
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
LeClairRyan

McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
Rothschild, Inc.
Schulte Roth & Zabel LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**Bankruptcy Court Judges (Eastern District of Virginia)**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.

**2002 List (11/4)**
Acer American Holdings Corp.
Acxiom Corporation
Akamai Technologies, Inc.
Alief ISD
Alvarez & Marshal Canada ULC
Amcor Sunclipse North America
American National Insurance Company
Amore Construction Company
Araphoe County Treasurer
Archon Group, L.P.
Arlington ISD
Baybrook MUD 1
BB Fonds International 1 USA, L.P.

Belleville News-Democrat
Bellingham Herald
Bell'O International Corp.
Benjamin Cummings
Biloxi Sun Heald
Bradenton Herald
Broward County
Brownsville Independent School District
Burleson ISD
Business Objects
C-470 Limited Liability Company
California Self-Insurers' Security Fund
Cameron Bayonne, LLC
Cameron County
CapTech Ventures, Inc.
Caribbean Display & Construction, Inc.
Carroll ISD
Centre Daily Times (State College)
Charles L. Kessinger
Charles L. Kessinger
Charlotte Observer
Chatham County Tax Commissioner
Christopher Borglin
Circuit Sports, L.P.
City and County of Denver
City of El Paso
City of Fort Worth
City of Garland Tax Assessor/Collector
City of Homestead
City of Miramar
City of New York
City of Newport News, Virginia
City of Philadelphia
City Portfolio TIC, LLC
Clear Creek ISD
Collin County Tax Assessor/Collector
Colorado Structures, Inc., dba CSI Construction Company
Columbia State
Columbus Ledger-Enquirer
Commerce Technologies, Inc.
Commonwealth of Virginia, Dept of Taxation
Compass Group U.S.A., Inc.
COMSYS Information Technology Services, Inc.
Connexion Technologies
Convergys Customer Management Group Inc.
County of Los Angeles, CA
County of Monterey, CA
County of Placer, CA
County of Riverside
County of San Bernadino, CA
Cousins Properties
CSI Construction Company
Cypress-Fairbanks Independent School District
Dallas County
David W. Cecil

DeHart Holdins
Dennis Morgan
DFS Services LLC
DIRECTV, Inc.
Ditan Distribution LLC
D-Link Systems, Inc.
Donovan Dunwell
Eaton Corporation
Engineered Structures, Inc.
Expesite LLC
Express Personnel Services
Federal Warranty Service Corporation
FM Facility Maintenance, f/k/a IPT, LLC
Fort Bend County
Fort Bend ISD
Fort Bend LID 2
Fort Worth ISD
Fort Worth Star-Telegram
Four Star International Trade
Fox Broadcasting Company
Fox Cable Network Service, LLC
Fresno Bee
Frisco ISD Tax Assessor/Collector
G & W Service Co., L.P.
Galena Park ISD
Garland ISD Tax Assessor/Collector
Gary M. Mierenfeld
Gateway, Inc.
Giant of Maryland LLC
Goldenberg Group
Google, Inc.
Grubb & Ellis Mid America PAC
Hamilton Beach Brands, Inc.
Harris County
Harry Hallaian, Lilly, Leon M.  and Ruby
Hidalgo County & H.C. Drainage District #1
Hillson Electric, Inc.
Hilton Ellis Epps, Sr.
Homero Mata
Humble ISD
Idaho Statesman
IKON Office Solutions, Inc.
Indiana Department of Revenue
Industriaplex, Inc.
InfoPrint Solutions Company
Iron Mountain Information Management, Inc.
Island Packet
J Scott Douglass
Jack Hernandez
Jacque L. Kessinger
Jeffrey W. Wells
Jerry L. Lawson
John A. Fitzsimmons
Jonathan Card
Jones Lang LaSalle Americas, Inc.
Joseph Skaf

Kansas City Star
Kelly Breitenbecher
Kenneth S. Golden
Kern County Treasurer and Tax Collector Office
King Thompson
Lang Construction, Inc.
Lewisville Independent School District
Lexington Herald-Leader
LG Electronics USA, Inc.
Longacre Opportunity Fund, L.P.
Loren Stocker, dba Vanity International
Loudoun County
Lowe's HIW, Inc.
Lubbock CAD
LumiSource, Inc.
Macon Telegraph
Madeleine C. Wanslee
Manatee County Tax Collector
Mansfield ISD
Marc Realty
Mario Ramirez
Mark A. Arensmeyer
Mark Petrovich
Marvin L. Oates Trust
McAllen ISD
McClatchy Company
McKinley, Inc.
McLennan County
Merced Sun Star
Miami Herald
Miami-Dade County Tax Collector
Micro Center Sales Corp
Midland County Tax Office
Millman 2000 Charitable Trust
Miner Corporation
Missouri Attorney General's Office
Missouri Department of Revenue
Modesto Bee
Monarch Alternative Capital LLP
Montgomery County
Monument Consulting, LLC
Myrtle Beach Sun News
National A-1, Inc.
NBT Bank, N.A.
North American Roofing Services, Inc.
Nueces County
Office of Unemployment Compensation Tax Services
Oklahoma County Treasurer
Olympian
Oracle Credit Corp.
Oracle USA, Inc.
Palm Beach County (Florida) Tax Collector
Panattoni Construction, Inc.
Parago, Inc.
Pasadena Independent School District
Paul Schaapman

Pennsylvania Department of Revenue
Pension Benefit Guaranty Corporation
Peter Douglas
Phillips International
Phoenix Property Company
Phyllis M Pearson
PIMA County
Pinstar Investment Properties TX, LLC
Plantation Point Development LLC
PM Construction, Inc.
Potter County Tax Office
Premier Retail Networks, Inc.
PriceGrabber.com Inc.
Primeshares World Markets, LLC
Principal Life Insurance Company
Prosite Business Solutions LLC
Public Service of North Carolina
Raleigh News & Observer
Rebecca Hylton DeCamps
Reliance Figueroa Associates, L.P.
Richard B. Lucas
Richard S. Birnbaum
RTS Marketing, Inc.
Sacramento Bee
San Luis Obispo Tribune
Savitri Cohen
SB Lender Trust
ServicePlan, Inc.
Shimenti Construction Company, LLC
Slam Brands, Inc.
South Texas College
South Texas ISD
SR Weiner & Associates Inc.
State of Connecticut, Department of Labor
State of Michigan Department of Treasury
State of New Jersey, Division of Taxation and
Depart.t of Labor
Sun Belt General Contractors, Inc.
Sureway, Inc.
Symantec Corporation
T.D. Farrell Construction Inc
Tacoma News Inc.
Targus Inc
Tarrant County
Tax Collector for Polk County, Floridia
Tax Collector of Madison County, Alabama
Tennessee Department of Revenue
Texas Instruments Inc
The Plain Dealer
The PM Company
The Post and Courier
The United States of America
Toys "R" Us
Travelers
Treasurer of Pulaski County, Arkansas
Tri-City Herald

Turner Broadcasting System, Inc.
Tyler ISD
United Parcel Service, Inc.
United Service Protection, Inc.
UPS Ground Freight, Inc.
US Securities and Exchange Commission
Vertis, Inc.
Waste Management, Inc.
Watt Companies
Wayne-Dalton Corp.
Wichita County
Wichita Eagle
Wichita Falls ISD
William Butler
William C. Denney
William Gower
Williamson County, Texas, et al.
Woodlands Metro MUD
Woodlands RUD #1

**EXHIBIT B**
**Connections**

Direct TV
Samsung Electronics
Acco Brands
Skadden, Arps, Slate, Meagher & Flom, LLP

## EXHIBIT C
### Engagement Agreement

# Crowe Horwath™

15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250
Tel  818.501.5200
Fax 818.907.9637
www.crowehorwath.com

**Crowe Horwath LLP**
Member Horwath International

February 25, 2010

Circuit City Stores, Inc.
c/o Gregg Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

       **Re:**    **In re Circuit City Stores, Inc., et al., (Case No. 08-35653 KRH)**

Dear Mr. Galardi:

This letter (the "Agreement") confirms and sets forth the terms and conditions of the engagement between Crowe Horwath LLP ("Crowe") and Circuit City Stores, Inc. ("Circuit City") as debtor and debtor in possession pursuant to a case under Chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("the Bankruptcy Court"), including the scope of the services to be performed and the basis for compensation for those services. Upon execution of this letter by each of the parties below, and the approval of the Office of the United States Trustee (the "U.S. Trustee") and the Bankruptcy Court, this letter will constitute an agreement between Circuit City and Crowe.

## SERVICES

In connection with this engagement, Crowe will make available to Circuit City the services of Alfred H. Siegel ("Siegel") who shall have the title Chief Restructuring Officer ("CRO"). Siegel shall serve at the direction of and report to the Board of Directors of Circuit City (the "Board"). As CRO, Siegel shall be responsible for:

- Overseeing the recovery and disposition of Circuit City's remaining assets;
- Overseeing the reconciliation of liabilities, including (without limitation) filed claims, asserted against Circuit City;
- Overseeing the administration of the Circuit City's bankruptcy court reporting requirements;
- Overseeing all litigation, including (without limitation) claim objections and adversary proceedings, filed by or against Circuit City;
- Overseeing Circuit City's efforts to obtain approval of the Plan (as defined herein);
- Overseeing the coordination of activities necessary or appropriate for the expeditious and efficient resolution of these Chapter 11 Cases;
- Overseeing Circuit City's compliance with obligations as a debtor in possession under section 1107 and 1008 of the Bankruptcy Code;
- Appearing and, to the extent necessary or appropriate, testifying before the Bankruptcy Court and other courts on behalf of Circuit City;

{00460600.DOC \ 1}

February 25, 2010
Gregg Galardi, Esq.
Page 2

- Performing such other responsibilities as the Board may expressly delegate or designate from time to time.

Notwithstanding the foregoing or anything in this Agreement and for the avoidance of doubt, (i) neither Siegel, Crowe, nor any of their Partners, employees, representatives, and advisors (such employees, representatives, and advisors, collectively, the "Representatives") thereof shall have the authority to expand or limit the scope of services provided by any professional now or hereafter retained by Circuit City in the Chapter 11 Cases, (ii) such rights, powers and responsibilities are expressly reserved and not waived by the Board, and (iii) Siegel is authorized to make recommendations to the Board concerning the foregoing.

Siegel may engage other Crowe personnel to the matter to assist him with respect to operational, financial, tax, and accounting matters as deemed necessary and appropriate and where possible shall use commercially reasonable best efforts to avoid duplication of work and increased administrative liability to Circuit City and its subsidiaries bankruptcy estates.

Siegel and any additional Crowe Partners and Representatives will continue to be employed by Crowe and, while rendering services to Circuit City, will continue to work with other Partners and Representatives of Crowe in connection with other unrelated matters, which will not unduly interfere with services pursuant to the engagement. With respect to Circuit City, however, the CRO and Crowe Partners and Representatives working on this engagement will operate under and pursuant to the direction of the Board.

## TERMINATION

Circuit City may only terminate this agreement with the Committee's written consent or for "cause". For purposes of this Agreement, "cause" shall include, but not be limited to, the following fraud, gross negligence, willful misconduct or a failure to follow a valid Board directive. Circuit City will provide Siegel, Crowe and the Committee with 3 business days advance notice of an termination for cause for the purpose of providing each such party with an opportunity to dispute that "cause" exists and to seek relief from the Bankruptcy Court. Absent the Bankruptcy Court granting such relief, Siegel and any Crowe personnel working on Circuit City matters shall be suspended from employment from Circuit City pending a final order of the Bankruptcy Court regarding the dispute. Siegel and Crowe may resign at any time effective upon 30 days' written notice to Circuit City.

## RETENTION

Siegel and Crowe shall promptly prepare an affidavit of disinterestedness to be filed in connection with a retention application. Thereafter, Circuit City shall promptly apply to the Bankruptcy Court for the approval pursuant to section 363 of the Bankruptcy Code of (i) this Agreement and (ii) Crowe's retention by Circuit City under the terms of this Agreement subject to the standards for review, approval and payment of fees and expenses pursuant to Bankruptcy Code section 363 and any related order of the Bankruptcy Court for payment of compensation, including (without limitation) the Bankruptcy Court's order approving interim compensation procedures (the "Interim Compensation Order")

## COMPENSATION

Crowe shall be compensated for Siegel's services at the rate of $550 per hour.

{00460600.DOC \ 1}

February 25, 2010
Gregg Galardi, Esq.
Page 3

Crowe shall be compensated for the services of other Crowe Partners and Representatives rendering
services to Circuit City at their normal hourly rates, which are:

Other Partners/Directors  $ 360 - $ 580
Managers and Senior Forensic/Litigation Experts  $ 225 - $ 350
Senior Accountants  $ 165 - $ 220
Staff Accountants $130 - $160
Bookkeepers and Paralegals $ 85 - $ 130

Crowe's billings for services performed and out-of-pocket expenses incurred will be submitted to
Circuit City (and other parties in interest) on a monthly basis in accordance with the Interim
Compensation Order  Crowe will present its invoices in summary fashion, supported by details of time in
increments of 1/10ths of an hour and expense activity and file appropriate fee applications with the
Bankruptcy Court.  Any changes in the above rates will be timely reported to the Board.

Siegel and Crowe shall not be entitled to the payment of, and Circuit City shall not be obligated to pay,
any other fees, including (without limitation) bonuses, transaction or success fees, severance, and fringe
benefits.

## CONFLICTS OF INTEREST

Crowe has been provided a list of parties in interest in the Chapter 11 Cases (the "Disclosure List").
Based upon the Disclosure List, Crowe has completed an initial review of its files for evidence of
conflicts of interest, connections, and relationships.  Crowe has identified the relationships below, and
although Crowe does not believe they constitute conflicts, Crowe has disclosed them for the Board's
review.  Other than the following, which Crowe deems not to be conflicts, Crowe is unaware that any
conflicts exist.

Crowe performed work on benefit plans for DirecTV, Samsung Electronics and Acco Brands.

If a potential or actual conflict arises, Crowe and Siegel will bring such potential or actual conflict to the
Board's attention in writing as soon as possible.

Crowe is accepting this engagement with Circuit City's consent that it may accept any other engagement
from an existing or new client, provided that the engagement is not (1) adverse to Circuit City and (2)
related to the subject matter of services Crowe and Siegel provide to Circuit City and will not
require disclosure of any confidential information.  This advance waiver of conflicts includes
controversies in which Crowe may be engaged by a client who is adverse to Circuit City.  Circuit City
acknowledges that the mere fact that Siegel accepts and serves as CRO shall not conflict or preclude
Siegel from serving as "Liquidating Trustee" under the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee
of Creditors Holding General Unsecured Claims (the "Plan").

## WORKPAPERS AND WORK PRODUCT

For purposes of this Agreement, "Communication" shall mean:  the transmittal of information (in the
form of facts, ideas, inquiries, or otherwise) by any means, including (without limitation) any meeting,
conversation, discussion, conference, correspondence, message, or other written or oral transmission,
exchange, or transfer of information in any form between two or more persons, including (without
limitation) in person or by telephone, facsimile, telegraph, telex, letter, e-mail or other medium.

{00460600.DOC \ 1}

February 25, 2010
Gregg Galardi, Esq.
Page 4

For purposes of this Agreement, "Document" shall mean: (a) any medium upon which information can be recorded or retrieved, including (without limitation) the original, drafts, revisions, and non-duplicative copies of any written, electronic, typed, printed, recorded, magnetic, graphic, copied, or other form of memorialization, (b) any Communication, and (c) metadata and/or other identifying information for those documents stored electronically, including (without limitation) electronic mail.

Please note that it is Crowe's practice to retain Documents and other information between Crowe, Circuit City, and/or any third party working with Circuit City in connection with this engagement (now or hereafter existing, collectively, the "Crowe Information"). However, some of Crowe Information may be overwritten and not maintained in original form. All Crowe Information used by Crowe during the course of this engagement will be maintained in segregated files. At the end of the engagement, Circuit City will have the following options related to the Crowe Information or copies thereof that Crowe does not need to retain in its files: (a) have Crowe return all such Crowe Information to Circuit City; (b) authorize Crowe to destroy the Crowe Information; or (c) direct Crowe to store all or selected Crowe Information, in which case Circuit City will pay for the reasonable costs of storage. At the end of the engagement, Crowe will contact Circuit City in writing to discuss disposition of the Crowe Information. Crowe reserves the right to destroy or delete the Crowe Information if there are no instructions from Circuit City within ninety (90) days of receipt of such written request.

## CONFIDENTIALITY AND PRIVILEGES

Siegel and Crowe acknowledge that (i) Siegel, Crowe and their Partners and Representatives will have access to and review Circuit City's books, records, and other Documents (now or hereafter existing, collectively, "Circuit City Information") and Circuit City's Representatives' Documents (now or hereafter existing, collectively, the "Other Information"). Siegel and Crowe further acknowledge that the Crowe Information, the Circuit City Information, and Other Information includes information protected by privileges, including (without limitation) the attorney-client and attorney-work product privileges (now or hereafter subject to any privilege, collectively, the "Privileged Information" and collectively with the Circuit City Information, the Crowe Information, and the Other Information, the "Confidential Information").

Siegel and Crowe, on behalf of themselves and their Partners and Representatives, agree (i) that they have no authority to and shall not waive any privileges with respect to Privileged Information or otherwise, (ii) that any and all privileges shall at all times remain with Circuit City, and (iii) to keep all Confidential Information (a) strictly confidential, (b) to use best efforts to ensure that all Confidential Information is kept strictly confidential, and (c) to advise all of Crowe's Partners and Representatives who may perform services concerning this engagement that all Confidential Information must be kept strictly confidential.

## PROFESSIONAL STAFF

As set forth above, Crowe has designated Siegel to serve as the CRO. Siegel may be assisted by additional professional staff and industry experts employed by Crowe upon notice Circuit City's Board. Crowe and its Partners are licensed by various state boards of Accountancy, including the California State Board of Accountancy. However, certain professional services may be provided by non-CPA professionals of Crowe. In addition, certain professional services may, at times, be performed by independent consultants who are required to follow the firm's procedures regarding confidentiality of your financial information, including (without limitation) the obligations concerning Confidential Information set forth herein.

{00460600.DOC \ 1}

February 25, 2010
Gregg Galardi, Esq.
Page 5

## INDEMNIFICATION AND LIMITATION OF LIABILITY

Circuit City agrees to indemnify and hold Siegel, Crowe and Crowe's Partners and Representatives harmless from all claims, including any third party claims or other liabilities, costs and expenses (including reasonable attorneys' fees) incurred by reason of any action taken or omitted by Siegel or Crowe in good faith arising out of this engagement, except for matters judicially determined to be caused by the gross negligence, willful misconduct, or bad faith.

In no event will Siegel, Crowe, or Crowe's Partners or Representatives be liable for damages, other than damages arising from or related to incidents of gross negligence, willful misconduct or fraud. In situations where damages may be assessed, (i) Siegel will not be liable for more than actual damages, which will be limited to no more than two times the fees paid to Crowe for Siegel's services and (ii) Crowe will not be liable for more than actual damages, which will be limited to no more than two times the fees paid to Crowe for this engagement (other than fees paid on account of Siegel's services). The limitations of liability set forth in this section are intended to apply to the fullest extent allowed by law, and, to the extent allowed by law, shall apply to any claim including without limitation claims based in contract, warranty, statute, common law, negligence or other tort, or laws regarding fiduciary relationships. Circuit City agrees to promptly provide evidence that Siegel is covered by Circuit City's directors and officers and errors and omissions insurance at levels acceptable to the CRO and Board. Siegel and Crowe shall not begin providing services until such evidence is provided and written approval of this Agreement by the U.S. Trustee and the Bankruptcy Court is obtained.

## RESPONSE TO LEGAL PROCESS

If Crowe is requested by subpoena, other legal process, or other proceedings to produce Confidential Information pertaining to Circuit City, or to testify, Circuit City agrees to reimburse Crowe for its professional time, plus out-of-pocket expenses, as well as reasonable attorneys' fees incurred in responding to such request, provided that all such fees, costs, and expenses are approved by the Bankruptcy Court.

## NOTIFICATION OF NON-LICENSEE OWNERSHIP

Crowe Horwath LLP ("the Firm") and certain owners of the Firm are licensed by the California State Board of Accountancy. However, the Firm has owners not licensed by the California State Board of Accountancy who may provide client services under this agreement.

## CHOICE OF LAWS AND FORUM AND JURY WAIVER

This Agreement shall be governed by the internal laws of the State of California, without reference to choice-of-law principles thereof. Any dispute with respect to this Agreement or engagement shall be subject to the exclusive jurisdiction of the Bankruptcy Court for the Eastern District of Virginia. The parties further agree to waive a trial by jury to the extent permitted by law. Each party agrees that it has had the opportunity to have its legal counsel review this waiver. This waiver is irrevocable, may not be modified except in writing, and shall apply to any subsequent amendments, renewals, or modifications to this Agreement. In the event of litigation, this Agreement may be filed as written consent to a trial by court.

{00460600.DOC \ 1}

February 25, 2010
Gregg Galardi, Esq.
Page 6

## AFFILIATION WITH CROWE HORWATH INTERNATIONAL

Crowe Horwath LLP is a member of Crowe Horwath International, a Swiss association ("Horwath"). Each member firm of Horwath is a separate and independent legal entity. Crowe and its affiliates are not responsible or liable for any acts or omissions of Horwath or any other member of Horwath and specifically disclaim any and all responsibility or liability for acts or omissions of Horwath or any other member of Horwath. Horwath does not render any professional services and does not have an ownership or partnership interest in Crowe and its other member firms are not responsible or liable for any acts or omissions of Crowe.

The above specifies the services Siegel and, if applicable, Crowe will perform and the terms of our engagement. Please acknowledge your agreement with the terms of this Agreement by signing and dating the enclosed original in the space provided. Please return a signed original of this letter for our files.

We appreciate the opportunity to work with you on this engagement.

Very truly yours,

Crowe Horwath LLP

By: _____
     ALFRED A. SIEGEL

Circuit City Stores, Inc.

By:_____
     MICHELLE MOSIER

February 25, 2010
Gregg Galardi, Esq.
Page 6

## AFFILIATION WITH CROWE HORWATH INTERNATIONAL

Crowe Horwath LLP is a member of Crowe Horwath International, a Swiss association ("Horwath"). Each member firm of Horwath is a separate and independent legal entity. Crowe and its affiliates are not responsible or liable for any acts or omissions of Horwath or any other member of Horwath and specifically disclaim any and all responsibility or liability for acts or omissions of Horwath or any other member of Horwath. Horwath does not render any professional services and does not have an ownership or partnership interest in Crowe and its other member firms are not responsible or liable for any acts or omissions of Crowe.

The above specifies the services Siegel and, if applicable, Crowe will perform and the terms of our engagement. Please acknowledge your agreement with the terms of this Agreement by signing and dating the enclosed original in the space provided. Please return a signed original of this letter for our files.

We appreciate the opportunity to work with you on this engagement.

Very truly yours,

Crowe Horwath LLP


By: _____
        ALFRED H. SIEGEL



Circuit City Stores, Inc.



By: _____
        MICHELLE MOSIER




{00460600.DOC \ 1}