United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

## Section 503(b)(9) Claim Request Form

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** (The person or other entity to whom the debtor owes money or property) NameID: 4503460    (P1) PackID: 9702

BUREAU VERITAS CONSUMER PRODUCTS
PO BOX 26987
NEW YORK, NY 10087-6987

Telephone: _____
Fax: _____

**Name and address where notices should be sent** (if different from above)
Bureau Veritas Consumer Products
100 Northpointe Pkwy
Buffalo, NY 14228
Telephone: (716) 505-3368
Fax: 505-3311

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** Acct # 74734

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case.    Value of Goods: $ _____

**2. DATE OF SHIPMENT:** _____    **METHOD OF SHIPMENT:** _____    **DATE OF RECEIPT:** _____
**NAME OF CARRIER:** _____    **PLACE OF DELIVERY:** _____

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 10,500.00
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** These are services provided
Describe goods sold: _____    *Attach support for your claim.*

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FOR COURT USE ONLY**

Date: 12/9/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) [signature]

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>CIRCUIT CITY STORES, INC | Case Number:<br>08-35653 - THRU 08-35670 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**BUREAU VERITAS CONSUMER PRODUCT SERVICES**

Name and address where notices should be sent:
BUREAU VERITAS CONSUMER PRODUCT SERVICES
100 NORTHPOINTE PKWY
BUFFALO, NY 14228

Telephone number:
(716) 505-3368

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $_____10,500.00_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** ___TESTING SERVICES___
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ___4734___

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $_____ Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**

   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 12/09/2008

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

## Section 503(b)(9) Claim Request Form

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., *et al.*, Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., *et al.* Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., *et al.*, Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by <u>December 19, 2008</u>, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)* NameID: 4503460   (P1) PackID: 9702

BUREAU VERITAS CONSUMER PRODUCTS
PO BOX 26987
NEW YORK, NY 10087-6987

Telephone: _____
Fax: _____

**Name and address where notices should be sent (if different from above):** Bureau Veritas Consumer Products
100 Northpointe PKWY
Buffalo, NY 14228
Telephone: (716) 505-3368
Fax: 505-3311

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))
- ☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

- ☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
- ☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
- ☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
- ☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
- ☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
- ☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
- ☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
- ☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
- ☐ Prahs, Inc. (n/a)
- ☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
- ☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
- ☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
- ☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
- ☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
- ☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
- ☐ Courchevel, LLC (n/a)
- ☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
- ☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** Acct # 74734

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ _____

**2. DATE OF SHIPMENT:** ___ **METHOD OF SHIPMENT:** ___ **DATE OF RECEIPT:** ___
**NAME OF CARRIER:** ___ **PLACE OF DELIVERY:** ___

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ $10,500.00
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** These are services provided.
Describe goods sold: _____   *Attach support for your claim.*

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

Date: 12/9/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *[signature]*

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>CIRCUIT CITY STORES, INC | Case Number:<br>08-35653 - THRU 08-35670 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>BUREAU VERITAS CONSUMER PRODUCT SERVICES | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>BUREAU VERITAS CONSUMER PRODUCT SERVICES<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228<br>Telephone number:<br>(716) 505-3368 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____10,500.00_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __TESTING SERVICES__
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** __4734__

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/09/2008 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>[signature] | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. :    10261255
(Please quote this invoice number on your payment advice)

INVOICE DATE :    OCT 14, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082540032 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: (DUAL) NAMSUNG AMERICA, INC.<br>FACTORY: SONAVOX ELECTRONICS SUZHOU IND PARK CO LTD<br>FACTORY LOCATION: SUZHOU/JIANGSU/CHINA<br>AUDIT DATE: 26 SEP 2008<br>AUDIT BY: I-SHANGHAI OFFICE<br><br>LUMP SUM AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | INVOICE TOTAL USD | | 550.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: | PAYMENT METHOD: |
|---|---|
| • Our invoice is payable within 30 days from invoice date.<br>• 1.5% monthly interest will be levied when the account is overdue 30 days or more.<br>• Special discounts and prices will be withdrawn when the account is overdue 60 days or more.<br>• Prepayment on test, inspection and / or audit will be enforced when the account is overdue.<br>• We reserve all rights to charge the report recipient for third party default payment.<br>• Please keep this invoice as payment record. A separate receipt will not be issued.<br>• Special discounts and prices are not applicable to the standard minimum report charge.<br>• All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party | (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.<br>(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA<br>(C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH<br>(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

Page No. 1 of 1



**BUREAU VERITAS HONG KONG LIMITED**

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

**INVOICE NO. :   10261254**
(Please quote this invoice number on your payment advice)

INVOICE DATE :    OCT 14, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082530281 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: JQGE (HK) CO LTD<br>FACTORY: YUE FENG PRODUCTS<br>FACTORY LOCATION: DONGGUAN/GUANGDONG/CHINA<br>AUDIT DATE: 24 SEP 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>LUMP SUM AUDIT FEE | 1.00 | 950.00 | 950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 950.00 |

Please quote the invoice number on your payment advice

**PAYMENT TERMS AND CONDITIONS:**
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

**PAYMENT METHOD:**
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
              (HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

## BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. : 10259823
(Please quote this invoice number on your payment advice)

INVOICE DATE : OCT 03, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082550293 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: A & L INTERNATIONAL LTD<br>FACTORY: YUYAO YUDA INDUSTRIAL CO., LTD<br>FACTORY LOCATION: YUYAO/ZHEJIANG/CHINA<br>AUDIT DATE: 23 SEP 2008<br>AUDIT BY: I-SHANGHAI OFFICE<br><br>LUMP SUM AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | INVOICE TOTAL USD | | 550.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: | PAYMENT METHOD: |
|---|---|
| • Our invoice is payable within 30 days from invoice date.<br>• 1.5% monthly interest will be levied when the account is overdue 30 days or more.<br>• Special discounts and prices will be withdrawn when the account is overdue 60 days or more.<br>• Prepayment on test, inspection and / or audit will be enforced when the account is overdue.<br>• We reserve all rights to charge the report recipient for third party default payment.<br>• Please keep this invoice as payment record. A separate receipt will not be issued.<br>• Special discounts and prices are not applicable to the standard minimum report charge.<br>• All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party | (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.<br>(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA<br>(C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH<br>(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

Page No. 1 of 1



BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. :   10258063
(Please quote this invoice number on your payment advice)

INVOICE DATE :   SEP 24, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082420093 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: CHANNEL WELL TECHNOLOGY CO., LTD<br>FACTORY: DATA WELL ELECTRONIC CO., LTD<br>FACTORY LOCATION: SHENZHEN/GUANGDONG/CHINA<br>AUDIT DATE: 08 SEP 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>LUMP SUM AUDIT FEE | 1.00 | 950.00 | 950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | INVOICE TOTAL USD | | 950.00 |

Please quote the invoice number on your payment advice

PAYMENT TERMS AND CONDITIONS:
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

PAYMENT METHOD:
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
              (HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

Page No. 1 of 1

**BUREAU VERITAS HONG KONG LIMITED**

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO.: 10258062
(Please quote this invoice number on your payment advice)

INVOICE DATE: SEP 24, 2008
CUSTOMER REFERENCE:
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 10082420074 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC. SERVICE REQUEST: INITIAL SOCIAL AUDIT VENDOR: DATAPLUS SUPPLIES INC FACTORY: YONVILLE ELECTRONIC LTD FACTORY LOCATION: SHENZHEN/GUANGDONG/CHINA AUDIT DATE: 05 SEP 2008 AUDIT BY: I-SHENZHEN OFFICE LUMP SUM AUDIT FEE | 1.00 | 950.00 | USD 950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 950.00 |

Please quote the invoice number on your payment advice

**PAYMENT TERMS AND CONDITIONS:**
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

**PAYMENT METHOD:**
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to:
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary: Bureau Veritas Hong Kong Limited
Account No.: (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

Page No. 1 of 1



**BUREAU VERITAS HONG KONG LIMITED**

TO:   CIRCUIT CITY STORES, INC.
      9950 MAYLAND DRIVE,
      RICHMOND, VIRGINIA, 23233
      UNITED STATES

      Tel: 804-527-4000
      Fax: 804-527-4005
      Email: Brian_James@circuitcity.com

INVOICE NO. :   10256986
(Please quote this invoice number on your payment advice)

INVOICE DATE :   SEP 16, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082310143 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: LUMISOURCE, INC.<br>FACTORY: SINOSOURCE INC<br>FACTORY LOCATION: DONGGUAN/GUANGDONG/CHINA<br>AUDIT DATE: 26 AUG 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>LUMP SUM AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | INVOICE TOTAL USD | | 550.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: | PAYMENT METHOD: |
|---|---|
| • Our invoice is payable within 30 days from invoice date.<br>• 1.5% monthly interest will be levied when the account is overdue 30 days or more.<br>• Special discounts and prices will be withdrawn when the account is overdue 60 days or more.<br>• Prepayment on test, inspection and / or audit will be enforced when the account is overdue.<br>• We reserve all rights to charge the report recipient for third party default payment.<br>• Please keep this invoice as payment record. A separate receipt will not be issued.<br>• Special discounts and prices are not applicable to the standard minimum report charge.<br>• All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party | (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.<br>(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA<br>(C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH<br>(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE

Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



**BUREAU VERITAS HONG KONG LIMITED**

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO.: 10256985
(Please quote this invoice number on your payment advice)

INVOICE DATE: SEP 16, 2008
CUSTOMER REFERENCE:
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082240042 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: AMAX TECHNOLOGY MACAO COMMERCIAL OFFSHORE CO LTD<br>FACTORY: SHENZHEN ZHONGYUYUANYI DIGITAL SCIENCE AND TECHNOLOGY COMPANY LIMITED<br>FACTORY LOCATION: SHENZHEN/GUANGDONG/CHINA<br>AUDIT DATE: 21 AUG 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 950.00 | 950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 950.00 |

Please quote the invoice number on your payment advice

**PAYMENT TERMS AND CONDITIONS:**
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

**PAYMENT METHOD:**
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

**BUREAU VERITAS HONG KONG LIMITED**
**KWAI CHUNG OFFICE**
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



# BUREAU VERITAS HONG KONG LIMITED

| TO: | CIRCUIT CITY STORES, INC.<br>9950 MAYLAND DRIVE,<br>RICHMOND, VIRGINIA, 23233<br>UNITED STATES | **INVOICE NO.:  10256983**<br>(Please quote this invoice number on your payment advice) |
|---|---|---|
| | Tel: 804-527-4000<br>Fax: 804-527-4005<br>Email: Brian_James@circuitcity.com | INVOICE DATE :  SEP 16, 2008<br>CUSTOMER REFERENCE :<br>CIRCUIT CITY STORES, INC. |

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 10082140024 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: SLAM BRANDS INC<br>FACTORY: GRACE CHANCE ENTERPRISE CO LTD (CHINA)<br>FACTORY LOCATION: SHENZHEN/GUANGDONG/CHINA<br>AUDIT DATE: 22 AUG 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 550.00 | USD<br><br><br><br><br><br><br><br>550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 550.00 |

Please quote the invoice number on your payment advice

**PAYMENT TERMS AND CONDITIONS:**
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

**PAYMENT METHOD:**
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

*This Is A Computer Invoice And Does Not Bear An Authorized Signature.*

Page No. 1 of 1



BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. :   10256984
*(Please quote this invoice number on your payment advice)*

INVOICE DATE :   SEP 16, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082140042 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: SLAM BRANDS INC<br>FACTORY: LIFEART FURNITURE CO LTD<br>FACTORY LOCATION: DONGGUAN/GUANGDONG/CHINA<br>AUDIT DATE: 22 AUG 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 550.00 |

Please quote the invoice number on your payment advice

**PAYMENT TERMS AND CONDITIONS:**
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

**PAYMENT METHOD:**
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

**BUREAU VERITAS HONG KONG LIMITED**
**KWAI CHUNG OFFICE**
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO.: 10255469
(Please quote this invoice number on your payment advice)

INVOICE DATE: SEP 02, 2008
CUSTOMER REFERENCE:
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082180184 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: SLAM BRANDS INC<br>FACTORY: MODERN HOME FURNITURE CO LTD<br>FACTORY LOCATION: DONGGUAN /GUANGDONG/CHINA<br>AUDIT DATE: 13 AUG 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | US DOLLAR FIVE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 550.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: | PAYMENT METHOD: |
|---|---|
| • Our invoice is payable within 30 days from invoice date.<br>• 1.5% monthly interest will be levied when the account is overdue 30 days or more.<br>• Special discounts and prices will be withdrawn when the account is overdue 60 days or more.<br>• Prepayment on test, inspection and / or audit will be enforced when the account is overdue.<br>• We reserve all rights to charge the report recipient for third party default payment.<br>• Please keep this invoice as payment record. A separate receipt will not be issued.<br>• Special discounts and prices are not applicable to the standard minimum report charge.<br>• All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party | (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.<br>(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA<br>(C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH<br>(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



BUREAU VERITAS HONG KONG LIMITED

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. : 10251554
(Please quote this invoice number on your payment advice)

INVOICE DATE : AUG 14, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10081660177 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: LEXMARK INTERNATIONAL, INC.<br>FACTORY: LITE-ON SALES & DIST.<br>FACTORY LOCATION: GUANGZHOU/GUANGDONG/CHINA<br>AUDIT DATE: 30 JUL 2008 - 31 JUL 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 950.00 | 950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | INVOICE TOTAL USD | | 950.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: |
|---|
| • Our invoice is payable within 30 days from invoice date. |
| • 1.5% monthly interest will be levied when the account is overdue 30 days or more. |
| • Special discounts and prices will be withdrawn when the account is overdue 60 days or more. |
| • Prepayment on test, inspection and / or audit will be enforced when the account is overdue. |
| • We reserve all rights to charge the report recipient for third party default payment. |
| • Please keep this invoice as payment record. A separate receipt will not be issued. |
| • Special discounts and prices are not applicable to the standard minimum report charge. |
| • All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party |

| PAYMENT METHOD: |
|---|
| (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R. |
| (B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA |
| (C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH |
| (D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

BUREAU VERITAS HONG KONG LIMITED
KWAI CHUNG OFFICE
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



**BUREAU VERITAS HONG KONG LIMITED**

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. :    10251552
(Please quote this invoice number on your payment advice)

INVOICE DATE :    AUG 14, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 10081870097 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: BELL'O INT'L CORP<br>FACTORY: TOPSOUND AUDIO NINGBO CO.LTD<br>FACTORY LOCATION: NINGBO/ZHEJIANG/CHINA<br>AUDIT DATE: 25 JUL 2008<br>AUDIT BY: I-SHANGHAI OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 950.00 | USD<br>950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 950.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: |
|---|
| • Our invoice is payable within 30 days from invoice date. |
| • 1.5% monthly interest will be levied when the account is overdue 30 days or more. |
| • Special discounts and prices will be withdrawn when the account is *overdue 60 days or more.* |
| • Prepayment on test, inspection and / or audit will be enforced when the account is overdue. |
| • We reserve all rights to charge the report recipient for third party default payment. |
| • Please keep this invoice as payment record. A separate receipt will not be issued. |
| • Special discounts and prices are not applicable to the standard minimum report charge. |
| • All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party |

PAYMENT METHOD:
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

**BUREAU VERITAS HONG KONG LIMITED**
**KWAI CHUNG OFFICE**
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.

Page No. 1 of 1



**BUREAU VERITAS HONG KONG LIMITED**

TO: CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

INVOICE NO. :    10249689
(Please quote this invoice number on your payment advice)

INVOICE DATE :    JUL 30, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 10081910511 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: INITIAL SOCIAL AUDIT<br>VENDOR: JAKKS PACIFIC, INC. (CA)<br>FACTORY: EARLY LIGHT INDUSTRIAL CO LTD (SHENZHEN)<br>FACTORY LOCATION: SHENZHEN/GUANGDONG/CHINA<br>AUDIT DATE: 21 JUL 2008<br>AUDIT BY: I-SHENZHEN OFFICE<br><br>SOCIAL AUDIT FEE | 1.00 | 950.00 | USD<br><br><br><br><br><br><br><br>950.00 |
| | US DOLLAR NINE HUNDRED AND FIFTY ONLY | | INVOICE TOTAL USD | 950.00 |

Please quote the invoice number on your payment advice

| PAYMENT TERMS AND CONDITIONS: | PAYMENT METHOD: |
|---|---|
| • Our invoice is payable within 30 days from invoice date.<br>• 1.5% monthly interest will be levied when the account is overdue 30 days or more.<br>• Special discounts and prices will be withdrawn when the account is overdue 60 days or more.<br>• *Prepayment on test, inspection and / or audit will be enforced when the account is overdue.*<br>• We reserve all rights to charge the report recipient for third party default payment.<br>• Please keep this invoice as payment record. A separate receipt will not be issued.<br>• Special discounts and prices are not applicable to the standard minimum report charge.<br>• All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party | (A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.<br>(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA<br>(C) By Telegraph Transfer In Full Net Amount to :<br>The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong<br>Beneficiary : Bureau Veritas Hong Kong Limited<br>Account No. : (US Dollar) 502-493141-274<br>(HK Dollar) 502-493141-292<br>SWIFT: HSBCHKHH<br>(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8. |

**BUREAU VERITAS HONG KONG LIMITED**
**KWAI CHUNG OFFICE**
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
Tel: (852) 2331 0888 Fax: (852) 2331 0889
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com
INS / RGBV Company Code: 00009

This Is A Computer Invoice And Does Not Bear An Authorized Signature.